# Exhibit T

Brooke T. Mossman, M.S., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &          :
JOHNSON TALCUM POWDER  :
PRODUCTS MARKETING,    :
SALES PRACTICES, AND   :  NO. 16-2738
PRODUCTS LIABILITY     :  (FLW) (LHG)
LITIGATION             :
                       :
THIS DOCUMENT RELATES  :
TO ALL CASES           :

- - -

April 8, 2019

- - -

        Videotaped deposition of
BROOKE T. MOSSMAN, M.S., Ph.D., taken
pursuant to notice, was held at Hotel
Vermont, 41 Cherry Street, Burlington,
Vermont, beginning at 9:12 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Brooke T. Mossman, M.S., Ph.D.

---

Page 2

```
 1    APPEARANCES:
 2
 3    THE SMITH LAW FIRM, PLLC
        BY:  R. ALLEN SMITH, JR., ESQ.
 4    300 Concourse Boulevard
        Suite 104
 5    Ridgeland, Mississippi 39157
        (601) 952-1422
 6    Allen@smith-law.org
 7      - and -
 8    BEASLEY ALLEN, P.C.
        BY:  P. LEIGH O'DELL, ESQ.
 9    218 Commerce Street
        Montgomery, Alabama 36104
10    (334) 269-2343
        leigh.odell@beasleyallen.com
11
        - and -
12
        ROBINSON CALCAGNIE, INC.
13    BY:  CYNTHIA L. GARBER, ESQ.
        19 Corporate Plaza Drive
14    Newport Beach, California 92660
        (949) 720-1288
15    cgarber@robinsonfirm.com
        Representing the Plaintiffs
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1    APPEARANCES:  (Cont'd.)
 2
 3    DRINKER BIDDLE & REATH LLP
        BY:  JACK N. FROST, JR., ESQ.
 4    600 Campus Drive
        Florham Park, New Jersey 07932
 5    (973)549.7106
        Jack.frost@dbr.com
 6
        - and -
 7
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 8    BY:  GEOFFREY M. WYATT, ESQ.
        1440 New York Avenue, NW
 9    Washington, D.C. 20005
        (202) 371-7008
10    geoffrey.wyatt@skadden.com
        Representing the Defendants, Johnson
11    & Johnson entities
12
        SEYFARTH SHAW, LLP
13    BY:  RENÉE B. APPEL, ESQ.
        975 F Street, NW
14    Washington, D.C. 20004
        (202) 463-2400
15    rappel@seyfarth.com
        Representing the Defendant, PCPC
16
17    TUCKER ELLIS, LLP
        BY:  JAMES W. MIZGALA, ESQ.
18    233 South Wacker Drive
        Suite 6950
19    Chicago, Illinois 60606
        (312) 624-6307
20    james.mizgala@tuckerellis.com
        Representing the Defendant, PTI
21    Royston LLC and PTI Union LLC
22
        ALSO PRESENT:
23
        VIDEOTAPE TECHNICIAN:
24      Dan Lawlor
```

Page 4

```
 1
 2              - - -
        I N D E X
 3
              - - -
 4
 5    Testimony of:
        BROOKE T. MOSSMAN, M.S., Ph.D.
 6
 7    By Mr. Smith          14
 8
 9
10
11              - - -
        E X H I B I T S
12
              - - -
13
14    NO.      DESCRIPTION      PAGE
15    Mossman-1   Notice of Deposition  14
16    Mossman-2   Invoices from    16
                Toxico.Logic, Inc.
17
18    Mossman-3   Supplemental     16
                Materials Considered
19    Mossman-4   Systems Analysis of  58
                ATF3 in Stress Response
20                (Tanaka)
21    Mossman-5   Letter, 1/12/90   76
                From Mossman to
22                McElveen
23
24
```

Page 5

```
 1              - - -
 2    E X H I B I T S (Cont'd.)
 3              - - -
 4
 5    NO.      DESCRIPTION      PAGE
 6    Mossman-6   Letter, 11/18/88  79
                From Mossman to
 7                Hadley
 8    Mossman-7   Partial Listing   82
                Of Key Scientists
 9                (TASSC)
10    Mossman-8   Constructing Sound  83
                Science and Good
11                Epidemiology
                (Ong)
12
        Mossman-9   Curriculum Vitae   88
13                Of Dr. Mossman
14
        Mossman-10  Doubt is Their    92
15                Product
                (Michaels)
16
        Mossman-11  Special        96
17                Contributions
                Correspondence About
18                Publication Ethics
                And Regulatory
19                Toxicology and
                Pharmacology
20                (Chrisman)
21    Mossman-12  Assessment of the   110
                Pathogenic Potential
22                Of Asbestiform v
                Non-asbestiform
23                Particulates
                (Mossman)
24
```

Brooke T. Mossman, M.S., Ph.D.

Page 6

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-13 | Cosmetic Talc Should Not Be Listed as a Carcinogen (Wehner) JNJ 000018716 | 113 |
| Mossman-14 | Talc Occurrence Characterization and Consumer Applications (Zazenski) Pltf_JNJ_00076314 | 113 |
| Mossman-15 | Prop 65 Talc Containing Asbestiform Fibers | 121 |
| Mossman-16 | Talc Not Containing Asbestiform Fibers And Talc Containing Asbestiform Fibers | 122 |
| Mossman-17 | University of Vermont Cancer Center Web Printout Ovarian Cancer | 132 |
| Mossman-18 | Memo, 2/21/64 Subject, Cornstarch Development JNJ 000265536-38 | 158 |
| Mossman-19 | Asbestos (Chrysotile, Amosite Crocidolite, Tremolite, Actinolite, and Anthophyllite IARC Monographs | 191 |

Page 7

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-20 | Current Intelligence Bulletin 62 Asbestos Fibers and Other Elongate Mineral Particles NIOSH | 196 |
| Mossman-21 | Expert Report of Brooke T. Mossman, Ph.D. | 219 |
| Mossman-22 | Systematic Review And Meta-Analysis Of the Association (Taher) | 226 |
| Mossman-23 | Key References and Reliance Materials Brook T. Mossman, Ph.D. | 237 |
| Mossman-24 | Biologic Plausibility Chronic Inflammation Compilation of Quotes (Demonstrative) | 222 |
| Mossman-25 | Inflammation: A Hidden Path to Breaking the Spell Of Ovarian Cancer (Shan & Liu) | 264 |
| Mossman-26 | The Role of Inflammation and Inflammatory Mediators (Savant) | 277 |

Page 8

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-27 | Oxidative Stress in Female Cancers (Calaf) | 299 |
| Mossman-28 | Inflammation Markers And Risk of Endometrial And Ovarian Cancer (Wentzensen) | 304 |
| Mossman-29 | Inflammation is a Key Contributor To Ovarian Cancer Cell Seeding (Jia) | 308 |
| Mossman-30 | Analgesic Use and Ovarian Cancer Risk (Trabert) | 312 |
| Mossman-31 | Biologic Plausibility: Migration/Translocation Compilation of Quotes (Demonstrative) | 315 |
| Mossman-32 | Translocation Pathways for Inhaled Asbestos Fibers (Miserocchi) | 322 |
| Mossman-33 | Correlative Polarizing Light and Scanning Electron Microscopy for the Assessment of Talc (McDonald) | 346 |

Page 9

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Mossman-34 | Alterations in Gene Expression in Human Mesothelial Cells (Shukla) JNJ 000394320 | 352 |
| Mossman-35 | Utilization of Gene Profiling and Proteomics to Determine mineral Pathogenicity (Hillegass) | 353 |
| Mossman-36 | Letter, 5/8/09 From Hillegass Mossman-NOD-00017-20 Mossman-NOD-00514 Mossman-NOD-00817-818 | 353 |
| Mossman-37 | Handwritten Document Demonstrative Shukla and Concentration Levels | 358 |
| Mossman-38 | Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity (Shukla) | 366 |
| Mossman-39 | Table 6 from Dr. Mossman's Expert Report | 388 |

3 (Pages 6 to 9)

Brooke T. Mossman, M.S., Ph.D.

---

Page 10

```
1           - - -
2     E X H I B I T S  (Cont'd.)
3           - - -
4
5   NO.      DESCRIPTION        PAGE
6   Mossman-40  Differential     401
                Susceptibility of
7               Human Pleural and
                Peritoneal Mesothelial
8               Cells to Asbestos
                Exposure
9               (Dragon)
10  Mossman-41  Affidavit of      408
                Brooke Mossman
11              3/15/19
12  Mossman-42  Gene Profiling    409
                And Mineral
13              Pathogenicity
                (Shukla)
14              Mossman-NOD-00256-84
15  Mossman-43  Presentation of   463
                ANSES
16              Web Printout
17  Mossman-44  Opinion of the    465
                French Agency for
18              Food, Environmental
                And Occupational
19              Health & Safety
                (12/4/15)
20
    Mossman-45  E-mail Thread     470
21              1/31/08
                From Refregier to
22              Zazenski
                Subject, Article
23              In IM - Asbestos
24
```

---

Page 11

```
1           - - -
2     E X H I B I T S  (Cont'd.)
3           - - -
4
5   NO.      DESCRIPTION        PAGE
6   Mossman-46  Impact Factor     492
                Of Journal of
7               Toxicology
                Web Printout
8
    Mossman-47  Cancer Epidemiology  501
9               Biomarkers & Prevention
                (Karageorgi)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

---

Page 12

```
1           - - -
2     DEPOSITION SUPPORT INDEX
3           - - -
4
5   Direction to Witness Not to Answer
6   PAGE   LINE
    None.
7
8   Request for Production of Documents
9   PAGE   LINE
    426   2
10
11  Stipulations
12  PAGE   LINE
    None.
13
14  Questions Marked
15  PAGE   LINE
    None.
16
17
18
19
20
21
22
23
24
```

---

Page 13

```
1           - - -
2        THE VIDEOGRAPHER:  We are
3   now on the record.  My name is Dan
4   Lawlor.  I'm a videographer with
5   Golkow Litigation Services.
6   Today's date is April 8th, 2019.
7   And the time is 9:12 a.m.
8        This video deposition is
9   being held in Burlington, Vermont,
10  in the matter of talcum powder
11  litigation, MDL Number 2738.
12        Counsel will be noted on the
13  stenographic record.
14        The deponent today is Brooke
15  Mossman, Ph.D.
16        The court reporter is
17  Michelle Gray and will now swear
18  in the witness.
19           - - -
20        ... BROOKE T. MOSSMAN, M.S., Ph.D.,
21  having been first duly sworn, was
22  examined and testified as follows:
23           - - -
24        THE VIDEOGRAPHER:  Please
```

Brooke T. Mossman, M.S., Ph.D.

Page 14

1    proceed.
2              - - -
3          EXAMINATION
4              - - -
5    BY MR. SMITH:
6        Q.   Good morning.
7        A.   Good morning.
8        Q.   How are you, Dr. Mossman?
9        A.   Fine, thank you.
10       Q.   We spoke on the phone on the
11   Brower case; is that correct?
12       A.   We did.
13       Q.   And I have some questions
14   for you here today.  First thing is, I
15   want to just attach, for reference, is
16   the notice of your deposition, I'm going
17   to attach as Exhibit 1.
18            Have you -- have you seen
19   this notice of deposition?
20       A.   I haven't.
21       Q.   All right.
22            (Document marked for
23            identification as Exhibit
24            Mossman-1.)

Page 15

1    BY MR. SMITH:
2        Q.   Okay.  All right.  And
3    pursuant to your notice of your
4    deposition, your counsel provided some
5    invoices.  Did you provide those to your
6    counsel for your time?
7        A.   My -- my assistant did.
8    Yes.
9        Q.   And I have one bill that
10   totals $16,548.  I have another bill that
11   totals $30,626.  And then I have a third
12   bill which totals $27,151 -- wait --
13   yeah, $151.41.
14            Is that -- or do these three
15   bills constitute all of the time that you
16   have billed in this case?
17       A.   It may not have accounted
18   for my time in the last week or two.  I'm
19   not sure when these were sent out.
20       Q.   Absent your time in the past
21   couple of weeks, would this cover the
22   bills that you have billed in this case?
23       A.   I believe so, yes.
24            MR. SMITH:  Okay.  I'm going

Page 16

1    to attach that as Exhibit 2.
2            (Document marked for
3            identification as Exhibit
4            Mossman-2.)
5    BY MR. SMITH:
6        Q.   I also was provided some
7    supplemental -- I saw the materials that
8    you considered that were attached to your
9    report.  And I was also provided
10   supplemental materials considered.  Are
11   these additional materials that you
12   considered in this case, besides the ones
13   that are included in your report?
14       A.   Yes.
15            MR. SMITH:  I'll attach that
16   as Exhibit 3.
17            (Document marked for
18            identification as Exhibit
19            Mossman-3.)
20   BY MR. SMITH:
21       Q.   And we'll go over your
22   report in more detail in a little bit.
23            Please state your name and
24   occupation.

Page 17

1        A.   Brooke Taylor Mossman.  I'm
2    a university distinguished professor in
3    the department of pathology.
4        Q.   Are you retired?
5        A.   Semi-retired, yes.
6        Q.   What does that mean?
7        A.   What it means is that I have
8    an office at the university.  I have some
9    responsibilities through my office at the
10   university, but am not being paid
11   formally by the university anymore.
12       Q.   And your professional title
13   is that of an experimental pathologist,
14   correct?
15       A.   My professional title is a
16   professor of pathology and laboratory
17   medicine.
18       Q.   You were trained in lung
19   pathology and disease associated with
20   asbestos exposure; is that correct?
21       A.   That's correct.
22       Q.   And you do not have any
23   prior training in ovarian cancer; is that
24   correct?

5 (Pages 14 to 17)

Brooke T. Mossman, M.S., Ph.D.

Page 18

1        MR. FROST:  Objection to
2   form.
3        THE WITNESS:  Yeah.  I
4   actually got a master's degree in
5   the department of obstetrics and
6   gynecology looking at cervical
7   cancer.
8   BY MR. SMITH:
9        Q.   I'm talking about ovarian
10  cancer, ma'am.
11       A.   I have not been trained in
12  ovarian cancer formally.
13       Q.   You're not a medical doctor?
14       A.   That's correct.
15       Q.   And you also understand that
16  the issues involved in this case are not
17  that of cervical cancer but of ovarian
18  cancer?  Do you understand that?
19       A.   Yes, I do.
20       Q.   You are not a diagnostic
21  pathologist, correct?
22       A.   Correct.
23       Q.   You're not an
24  epidemiologist, correct?

Page 19

1        A.   No.  But I am aware of the
2   epidemiological research which bolsters
3   my opinion in this case.
4        Q.   Ma'am, are you an
5   epidemiologist?
6        A.   I am not.
7        Q.   You're not a gynecologist?
8        A.   Correct.
9        Q.   And you're not an
10  oncologist; is that correct?
11       A.   Correct.
12       Q.   You're not a gynecological
13  oncologist; is that correct?
14       A.   That's correct.
15       Q.   And you're not an expert in
16  anatomy and physiology; is that correct?
17       MR. FROST:  Objection to
18  form.
19       THE WITNESS:  Yeah, I have
20  been trained formally in medical
21  anatomy of the lung, yes.
22  BY MR. SMITH:
23       Q.   How about of the rest of the
24  human body, such as the female

Page 20

1   reproductive tract?
2        A.   Yes, I've had formal courses
3   in my training on that.
4        Q.   What formal courses of
5   training have you had on the female
6   reproductive tract?
7        A.   I had a master's in
8   obstetrics and gynecology.  And I had a
9   course -- actually it was an eight-credit
10  course which is a requirement for not
11  only the master's, but also medical
12  students who I took the course with.  And
13  this covered anatomy of the entire body.
14       Q.   So you had an eight-hour
15  course on human female anatomy?
16       A.   No.  An eight-hour course on
17  anatomy of every organ, of which female
18  anatomy was included.
19       MR. FROST:  I object
20  belatedly to the form of that
21  question.
22  BY MR. SMITH:
23       Q.   You are not a mineralogist;
24  is that correct?

Page 21

1        A.   That's correct.
2        Q.   You are not a geologist; is
3   that correct?
4        A.   That's correct.
5        Q.   You are not a materials
6   analyst; is that correct?
7        A.   That's correct.
8        Q.   Analyzing whether a sample
9   of material is talc, asbestos, or talc
10  with asbestos, you leave to the
11  mineralogists; is that correct?
12       A.   That's correct.
13       Q.   Same for determining if a
14  mineral is asbestos or asbestiform, you
15  would leave that to a mineralogist; is
16  that correct?
17       A.   I would.
18       Q.   You're not an expert in
19  determining the flexibility or rigidity
20  of asbestos or cleavage fragments; is
21  that correct?
22       A.   That's correct.  I don't
23  measure that.
24       Q.   With regard to the

6 (Pages 18 to 21)

Brooke T. Mossman, M.S., Ph.D.

Page 22

1    crystallinity of asbestos, cleavage
2    fragments, or talc, you are not an expert
3    in that area either, correct?
4        A.   Correct.
5        Q.   Same for surface properties.
6    You are not an expert in surface
7    properties of asbestos, cleavage
8    fragments, or talc; is that correct?
9            MR. FROST:  Objection to
10           form.
11           THE WITNESS:  I have
12           measured surface properties and
13           surface charge of materials in the
14           past.
15   BY MR. SMITH:
16       Q.   Would you consider yourself
17   an expert in this area?
18       A.   I think you have to clarify
19   what an expert in surface chemistry would
20   be.
21       Q.   What would you define an
22   expert in surface chemistry to be?
23       A.   I would describe that as
24   someone who has focused on an aspect of

Page 23

1    surface chemistry that's important.  In
2    our case, we measured zeta potential or
3    surface charge of materials.
4        Q.   Do you believe that your
5    work has -- that you are an expert in
6    this area because of your work in this
7    area?
8        A.   I believe I'm an expert in
9    determining the surface charge of
10   materials that I have experimented with.
11       Q.   Okay.  Let's go to your
12   Leavitt deposition -- trial testimony, if
13   you wouldn't mind.  It's on Page 83.  And
14   it should be of the February session,
15   February 21st session.
16           Let me ask you this.  Can I
17   rely on your prior trial testimony in the
18   Leavitt case and your prior deposition
19   testimony in the Brower case?
20           MR. FROST:  Objection to
21           form.
22           THE WITNESS:  Yeah, I'm not
23           sure what you mean, sir, in terms
24           of rely upon.

Page 24

1    BY MR. SMITH:
2        Q.   Well, did you tell truthful
3    testimony in the Leavitt case in trial
4    and did you tell truthful testimony in
5    the Brower deposition?
6        A.   Absolutely.
7        Q.   Okay.  So I can rely on that
8    testimony as being truthful, correct?
9        A.   Yes.
10       Q.   Okay.  Thank you.
11           All right.  If you'll look
12   at Page 83.
13           MR. FROST:  You said
14           February 21?
15           MR. SMITH:  Yep.
16   BY MR. SMITH:
17       Q.   If you'll go to Line 8 and
18   it says, "Question:  And similarly
19   surface properties of a particle, you
20   leave that to mineralogists as well, and
21   that's not an area within your expertise,
22   correct?"
23           And your answer was, "Again,
24   I should emphasize that one of the things

Page 25

1    that we've done is looked at things such
2    as iron using this EDAX technique."
3    E-D-A-X.  "So in that case, we have
4    looked at surface iron."
5            And question again:  "Okay.
6    But other than looking at iron on the
7    surface of a particle, and we'll get into
8    that later, you determining surface
9    properties of a particular property of a
10   particular particle is not a matter
11   within your expertise, correct?
12           "I don't do that, yes,
13   that's correct."
14           Is that the correct answer?
15           MR. FROST:  Objection to
16           form.
17           THE WITNESS:  Yeah, surface
18           properties and surface charge are
19           two different things.  Surface
20           charge being a subset of surface
21           properties.
22           So as I emphasize, I have
23           measured the surface charge of
24           materials, including talc, and

7 (Pages 22 to 25)

Brooke T. Mossman, M.S., Ph.D.

Page 26

```
 1        that has been published.
 2   BY MR. SMITH:
 3        Q.   Can I rely on your testimony
 4   that I just read in Leavitt as accurate
 5   and truthful?
 6        MR. FROST:  Objection to
 7   form.
 8        THE WITNESS:  In terms of
 9   iron, yes.
10   BY MR. SMITH:
11        Q.   Thank you.
12        Have you ever diagnosed or
13   treated a person with mesothelioma?
14        A.   I have not.
15        Q.   Have you ever diagnosed or
16   treated a person with ovarian cancer?
17        A.   I have not.
18        Q.   Have you ever been called
19   upon to determine what caused a person's
20   mesothelioma?
21        A.   You'll have to be a little
22   more explicit.  What do you mean by
23   called upon?
24        Q.   Can you go to your Leavitt
```

Page 27

```
 1   testimony Page 78.
 2        A.   Mm-hmm.
 3        Q.   It says, "Question:  You
 4   have never diagnosed mesothelioma in a
 5   human being?
 6        "That's correct."
 7        Is that true?
 8        MR. FROST:  I'm sorry,
 9   what -- where are you?
10        THE WITNESS:  Yeah, I'm --
11   BY MR. SMITH:
12        Q.   Page -- I'm sorry, Page 78,
13   Line 11 through 13.
14        MR. FROST:  Okay.
15        THE WITNESS:  Okay.
16   BY MR. SMITH:
17        Q.   "Question:  And you've never
18   been diagnosed" -- "you've never" --
19   excuse me.
20        "Question:  And you have
21   never diagnosed mesothelioma in any human
22   being, correct?"
23        Your answer was, "That's
24   correct."
```

Page 28

```
 1        Is that true?
 2        A.   Yes.
 3        Q.   And next question:  "You've
 4   never been involved in the care and
 5   treatment of a person with mesothelioma,
 6   correct?"
 7        "I have not treated them,
 8   that's correct.  I have been
 9   involved in studying drugs that
10   help them though."
11        Is that correct?
12        A.   That's correct.
13        Q.   Would the same be for a
14   person that's been diagnosed with ovarian
15   cancer, have you ever diagnosed or
16   treated a person with ovarian cancer?
17        A.   I have not.
18        Q.   And you have not diagnosed a
19   person with mesothelioma, correct?
20        MR. FROST:  Objection, asked
21   and answered.
22        THE WITNESS:  Yeah.
23   BY MR. SMITH:
24        Q.   And you have never diagnosed
```

Page 29

```
 1   a person with ovarian cancer, correct?
 2        MR. FROST:  Same objection.
 3        THE WITNESS:  That's
 4   correct.
 5   BY MR. SMITH:
 6        Q.   And the levels of exposure
 7   of each type of asbestos in terms of
 8   human risk are outside of your area of
 9   expertise; is that correct?
10        MR. FROST:  Objection to
11   form.
12        THE WITNESS:  Yeah.  You're
13   going to have to be a little -- a
14   little more specific on that.  I
15   don't --
16   BY MR. SMITH:
17        Q.   Okay.  Let's go to Leavitt
18   testimony Page 92.
19        All right.  Starting on
20   page -- excuse me, Page 92, Line 10.
21        "Question:  As then you can
22   see on the next page and a half, the
23   lawyer asked you about each type of
24   asbestos, crocidolite, amosite,
```

8 (Pages 26 to 29)

Brooke T. Mossman, M.S., Ph.D.

Page 30

1    tremolite, actinolite, anthophyllite,
2    chrysotile.  Did you see that?"
3           And your answer was, "I do."
4           "Question:  And each time
5    you said that that was outside of your
6    area of expertise?
7           "Answer:  Yes, the levels of
8    exposure of these in terms of human risk
9    are outside of my area of expertise."
10          Is that truthful testimony
11   and can I rely on that today?
12          MR. FROST:  Objection to
13   form.
14          THE WITNESS:  Yeah.  That's
15   truthful, my statement is
16   truthful.
17   BY MR. SMITH:
18       Q.   Thank you.
19          Is it important to
20   understand cancer development?
21          MR. FROST:  Objection to
22   form.
23          MR. SMITH:  What's the
24   matter with the form of the

Page 31

1    question?
2           MR. FROST:  I don't
3    understand what you mean by
4    "important to understand cancer
5    development."
6    BY MR. SMITH:
7        Q.   Do you understand what I
8    mean by "it's important to understand
9    cancer development," Doctor?
10       A.   It -- it's very broad.
11   It's -- it's important for what?
12       Q.   Let's go to your deposition
13   testimony in Brower.
14       A.   Okay.
15       Q.   You got that in front of
16   you, Doctor?
17       A.   I -- I think that's Leavitt.
18          MR. FROST:  I believe this
19   is it.  October 26th.
20          It fell apart.
21   BY MR. SMITH:
22       Q.   Page 49, Doctor.  You there?
23       A.   I am not yet, sorry.
24       Q.   That's okay.

Page 32

1        A.   I'm getting there.
2        Q.   And if you'll focus in on
3    Line 14.
4           "Question:  Is it important
5    to understand cancer development in your
6    opinion?
7           "Answer:  Yes."
8           Can I rely on that testimony
9    as truthful?
10          MR. FROST:  Objection to
11   form.
12          THE WITNESS:  Yes, it was a
13   very broad question, but in
14   general, yes, the answer's
15   correct.
16   BY MR. SMITH:
17       Q.   Cell cultures or in vitro
18   studies are valuable in determining
19   mechanisms on cancer causation, correct?
20       A.   Yes.  They're part of the
21   hierarchy of studying different elements
22   of or models of cancer development.
23       Q.   One way to determine if
24   biological mechanisms or pathways are

Page 33

1    triggered is to conduct in vitro studies
2    of relevant cells of disease and exposure
3    to the questioned substance; is that
4    correct?
5        A.   Yes.
6        Q.   You would agree with me that
7    it is important to identify and, if
8    possible, eliminate substances that
9    increase human risk of contracting
10   cancer?
11          MR. FROST:  Objection to
12   form.
13          MR. SMITH:  What's the
14   matter with the form?
15          MR. FROST:  Again, I think
16   it's very vague to identify
17   impossible -- or important to
18   identify impossible to eliminate
19   substances.  Compound question.
20   It's also vague as to what you
21   mean by important.
22   BY MR. SMITH:
23       Q.   Do you understand the
24   question, Doctor?

9 (Pages 30 to 33)

Brooke T. Mossman, M.S., Ph.D.

Page 34

```
 1        A.  I don't.
 2        Q.  Why don't we go to your
 3  deposition testimony in Brower.  Page 49.
 4  Question, Line 6:  "I'm asking in
 5  general, is it important as a scientist
 6  to identify and, if possible, eliminate
 7  any substances, if possible, that
 8  increase the risk of ovarian -- excuse
 9  me -- of contracting cancer?"
10        And your answer was, "Yes,
11  in principle."
12        Can I rely on that as
13  truthful?
14        A.  Yes.
15        MR. FROST:  I'll also lodge
16  the same question that Mr. Bishop
17  lodged to that question in that
18  deposition.
19  BY MR. SMITH:
20        Q.  Chronic inflammation and
21  oxidative stress are two mechanisms that
22  promote tumor and cancer development in
23  known carcinogens; is that correct?
24        A.  That is true with regard to
```

Page 35

```
 1  certain types of asbestos, correct.
 2        Q.  And other known carcinogens,
 3  correct?
 4        A.  The only carcinogen in terms
 5  of chronic inflammation that I'm aware of
 6  has been cigarette smoke.
 7        Q.  And we'll talk about chronic
 8  inflammation and oxidative stress later.
 9  But asbestos is a known carcinogen,
10  correct?
11        A.  That, again, is a very broad
12  statement.  Asbestos types vary in their
13  potency for cancer.
14        Q.  All types of asbestos,
15  regardless of type, are human
16  carcinogens, correct?
17        MR. FROST:  Objection to
18  form.
19        THE WITNESS:  Again, I want
20  to emphasize that it's a hierarchy
21  of effects, and it depends upon
22  the tumors that you're talking
23  about.
24
```

Page 36

```
 1  BY MR. SMITH:
 2        Q.  I understand potency.  And
 3  we talked about potency and how
 4  crocidolite is more potent than, say,
 5  chrysotile.  And that's not what I'm
 6  talking about, Doctor.
 7        You would agree with me that
 8  all types of asbestos are carcinogenic to
 9  human beings, correct?
10        MR. FROST:  Objection to
11  form.
12        THE WITNESS:  Not really.  I
13  wouldn't agree with you without
14  qualifying that statement with
15  regard to consideration -- for
16  example, IARC does consider all
17  types of asbestos as carcinogenic.
18        But as a scientist, it
19  depends upon the type of asbestos
20  and the dose that determines
21  whether or not it's a carcinogen.
22  BY MR. SMITH:
23        Q.  So you're saying that not
24  all types of asbestos are carcinogenic to
```

Page 37

```
 1  human beings?
 2        MR. FROST:  Objection to
 3  form.
 4        THE WITNESS:  I'm saying
 5  that there are many types of
 6  tumors in humans, that with regard
 7  to asbestos there are certain
 8  types that are associated with
 9  asbestos exposures at high
10  concentrations.
11  BY MR. SMITH:
12        Q.  My question is just really
13  more simple.  I understand that you can
14  have levels of exposure and potency of
15  different types of asbestos.  But do you
16  consider crocidolite a human carcinogen?
17        A.  I do.
18        Q.  Do you consider chrysotile a
19  human carcinogen?
20        A.  I do with regard to lung
21  cancer.  I think it's very questionable
22  with regards to mesothelioma.
23        Q.  What about actinolite?  Do
24  you consider that a human carcinogen?
```

10 (Pages 34 to 37)

Brooke T. Mossman, M.S., Ph.D.

Page 38

1    MR. FROST: Object to form.
2    THE WITNESS: Yeah. I don't
3    think that there is any human data
4    available to classify actinolite
5    as a human carcinogen.
6 BY MR. SMITH:
7    Q.   And IARC and NTP disagree
8 with your assessment on that, don't they?
9    MR. FROST: Objection to
10   form. Misstates document.
11   THE WITNESS: Yeah. Let me
12   just state that I think both
13   agencies would consider that there
14   are no data in humans on
15   actinolite to prove its
16   carcinogenicity.
17 BY MR. SMITH:
18   Q.   There have been formal
19 statements by the national toxicology
20 program of the United States, and in a
21 monograph by IARC that say that all types
22 of asbestos are human carcinogens. You
23 know that, Doctor, correct?
24   A.   I do.

Page 39

1    MR. FROST: Objection to
2    form.
3 BY MR. SMITH:
4    Q.   So --
5    A.   But that -- but let me just
6 emphasize here that lumping asbestos into
7 one category has been necessary in terms
8 of risk assessment, but in terms of
9 biological effects, that statement may
10 not be true, especially in humans.
11   Q.   So you disagree with the
12 assessment of the national toxicology
13 program for the United States government
14 and IARC on this matter?
15   MR. FROST: Objection to
16   form. Misstates the document.
17   THE WITNESS: I don't
18   disagree. I'm just saying that
19   there are no data scientifically
20   to support the premise that
21   something like actinolite asbestos
22   is a human carcinogen.
23 BY MR. SMITH:
24   Q.   Well, how do you not

Page 40

1 disagree with NTP and IARC if they
2 classify all types of asbestos, every
3 single one of them, as a human
4 carcinogen, and you're telling me
5 actinolite, there's not data to support
6 it's a carcinogen? How are you not
7 disagreeing with the NTP and IARC on that
8 matter then?
9    MR. FROST: Objection to
10   form.
11   THE WITNESS: I don't
12   believe they have statements on
13   different types of asbestos such
14   as actinolite.
15 BY MR. SMITH:
16   Q.   Okay. We'll go get to that
17 in a minute. Does -- do you consider
18 tremolite a human carcinogen?
19   MR. FROST: Objection to
20   form.
21   THE WITNESS: Again, it
22   depends on the type of tumor you
23   are talking about and the dose of
24   the material and the form.

Page 41

1 BY MR. SMITH:
2    Q.   Can it cause cancer in human
3 beings?
4    MR. FROST: Objection to
5    form.
6    THE WITNESS: If you're
7    talking about tremolite asbestos,
8    there is some data suggesting,
9    yes, that it can cause
10   mesothelioma.
11 BY MR. SMITH:
12   Q.   What about anthophyllite?
13   MR. FROST: Same objection.
14   THE WITNESS: Yeah. A very
15   weak carcinogen compared to
16   crocidolite or amosite, certainly
17   in mesothelioma.
18 BY MR. SMITH:
19   Q.   So you believe that all
20 types of asbestos are human carcinogens
21 except actinolite?
22   MR. FROST: Objection to
23   form. Misstates testimony.
24   THE WITNESS: No, that's not

11 (Pages 38 to 41)

Brooke T. Mossman, M.S., Ph.D.

Page 42

1    what I'm saying.  I'm saying that
2    if one looks at the scientific
3    data on human population, there's
4    not clear-cut information on the
5    doses of certain materials such as
6    tremolite, such as actinolite, in
7    terms of carcinogenic effects.
8    BY MR. SMITH:
9        Q.   Again, back to my question.
10   Chronic inflammation and oxidative stress
11   are two mechanisms that promote tumor and
12   cancer development in known carcinogens;
13   is that correct?
14           MR. FROST:  Objection to
15       form.  Asked and answered.
16           THE WITNESS:  Yeah.  I
17       emphasize that that's known or
18       certainly accepted for things such
19       as asbestos, amphibole types of
20       asbestos, as well as cigarette
21       smoke.
22   BY MR. SMITH:
23       Q.   Oxidants stimulate protein
24   pathways that then cause the cell to

Page 43

1    transform and become a tumor, correct?
2           MR. FROST:  Objection to
3       form.
4           THE WITNESS:  That's some of
5       the work that we've done, yes.
6    BY MR. SMITH:
7        Q.   And antioxidant --
8    antioxidants are kicked in by a cell
9    after exposure to low doses of an
10   environmental agent as the doses become
11   chronic or at higher concentration, the
12   cells become overwhelmed and not able to
13   correct the imbalance and then protein
14   receptors on the cell are affected and
15   cause the cell to transform; is that
16   correct?
17       A.   That's true in some cases,
18   yes.
19       Q.   And you talked about a
20   four-step process to mesothelioma before,
21   Doctor; is that correct, oxidant release,
22   protein receptor changes, genome-wide
23   expression changes and cell -- cell
24   proliferation, correct?

Page 44

1        A.   Those are pathways that
2    we've studied, yes.
3        Q.   And you stated you do not
4    need all of these factors to cause
5    cancer; is that right?
6        A.   I think you need to be a
7    little more explicit.
8        Q.   Well, let's look at your
9    Leavitt testimony Page 133.
10       A.   Okay.
11       Q.   Let's see.  Question on
12   Line 8.  "Now, you mention there were
13   four different kinds, four different
14   markers of asbestos, I mean of cancer.
15   And asbestos causes all four of these
16   markers to current cells.
17           "Answer:  Yes.  And this
18   gives you an idea of the different types
19   of things we've studied.  It's like the
20   lock, and once that is unlocked, you get
21   the development of cancer.  And here we
22   see where healthy cells become cancer
23   cell and then that the cancer cell
24   divides to become a malignant tumor.

Page 45

1           "Let me ask you.  If you
2    only have three of the four markers, will
3    you still have a mutation of that cell
4    that causes cancer?
5           "You may, but you won't have
6    the entire process mimicked.  So you need
7    all four of these features of asbestos
8    fibers to induce a cell, a healthy cell
9    to become a malignant cell."
10           Is that truthful testimony
11   and can I rely on that?
12       A.   Yes, that's true.
13       Q.   Do you know which of these
14   steps is necessary to cause ovarian
15   cancer?
16       A.   No, I don't.
17       Q.   Of the four-step process you
18   said to mesothelioma, and I'm going to
19   refer to it like we did in Brower.  Is it
20   okay if I refer to the Shukla study by
21   the first author Shukla, and then
22   Hillegass by Hillegass?  Is that fair?
23       A.   Yes.
24       Q.   Okay.  In the Shukla study

12 (Pages 42 to 45)

Brooke T. Mossman, M.S., Ph.D.

Page 46

1  you saw gene expression changes with talc
2  compared to neo mesothelial cells,
3  correct?
4      A.   Could you repeat that again?
5      Q.   Sure.  In Shukla you saw 30
6  gene expression changes to talc compared
7  to neo mesothelial cells at the
8  75 micrometers per centimeter squared
9  concentration for eight hours, correct?
10     A.   Yes.
11     Q.   And -- but you never tested
12 talc in that study or in the Hillegass
13 study that came after it for oxidant
14 release, correct?
15     A.   Could you repeat that again?
16 We've never tested cells for oxidant
17 release?
18     Q.   In Hillegass, you did a
19 bunch of further studies on crocidolite
20 asbestos that you did not do on talc,
21 correct?
22     A.   We only did additional
23 studies where we focused on the proteins
24 that were increased by asbestos.  Many of

Page 47

1  these were not increased by talc.
2      Q.   Ma'am, that's not my
3  question.
4      A.   Okay.
5      Q.   My question was, you did not
6  do all of the studies, all of those
7  assays and all of the protein
8  determination and all of that in
9  Hillegass.  You did that for crocidolite
10 asbestos.  You did not do talc in that
11 study?
12         MR. FROST:  Objection to
13     form.
14         THE WITNESS:  Yeah, and I
15     emphasize we didn't do talc,
16     because we didn't see that these
17     changes were protracted.
18 BY MR. SMITH:
19     Q.   Well, ma'am, you did not
20 test talc at 24 hours at the higher
21 concentration --
22         MR. FROST:  Objection.
23 BY MR. SMITH:
24     Q.   -- so you don't know whether

Page 48

1  it was a transient change of gene
2  expression changes or not, fair?
3          MR. FROST:  Objection to
4      form.
5          THE WITNESS:  Yeah, we -- we
6      did not test asbestos or talc at
7      the highest concentration because
8      of cell death in the asbestos
9      exposed cultures.  That's correct.
10 BY MR. SMITH:
11     Q.   So you cannot tell me what
12 genes were altered or if they were more
13 altered at the higher concentration at
14 24 hours for talc that you saw at the
15 higher concentration at eight hours,
16 correct?
17         MR. FROST:  Objection to
18     form.
19         THE WITNESS:  We did not,
20     because they were -- I cannot tell
21     you that, because we didn't look
22     at talc for the reasons that I
23     just stated.
24 BY MR. SMITH:

Page 49

1      Q.   And we'll talk more about
2  the studies in more detail in a minute.
3          In the Shukla study, you saw
4  the gene expression changes at eight
5  hours at the higher concentration
6  compared to -- compared to neo
7  mesothelial cells, correct?
8          MR. FROST:  Objection to
9      form.
10         THE WITNESS:  We saw 30
11     genes that were increased by
12     highest concentrations of talc.
13 BY MR. SMITH:
14     Q.   But you never tested talc in
15 oxidant release of peritoneal mesothelial
16 cells in that study -- either one of
17 those studies, correct?
18     A.   That's correct.
19     Q.   And you did not test talc
20 for protein receptor changes in any of
21 those cells in either one of those
22 studies, correct?
23     A.   We did --
24         MR. FROST:  Objection to

13 (Pages 46 to 49)

Brooke T. Mossman, M.S., Ph.D.

Page 50

```
 1        form.
 2             THE WITNESS:  Yeah, we
 3        didn't test talc because it didn't
 4        indicate genes that were increased
 5        that were related to oxidative
 6        stress, or the proteins that we
 7        were interested in that were
 8        increased by asbestos.
 9   BY MR. SMITH:
10        Q.   You're telling me ATF3 and
11   IL-8 are not associated of mediating
12   inflammatory or oxidative processes in
13   the cell?
14             MR. FROST:  Objection to
15        form.
16             THE WITNESS:  ATF3 as we
17        showed in the -- in the Shukla
18        study is a gene that repairs cells
19        from cytokine production.
20   BY MR. SMITH:
21        Q.   Again, you did not test talc
22   for protein receptor changes when applied
23   to peritoneal mesothelial cells in either
24   one of the two studies, correct?
```

Page 51

```
 1        A.   We didn't test anything for
 2   protein receptor changes in either of
 3   those studies.  We were interested in
 4   gene expression.
 5        Q.   And for talc in either one
 6   of those studies regarding peritoneal
 7   mesothelial cells, you did not check for
 8   cell proliferation, correct?
 9        A.   Yes, we did not see genes
10   that were indicative of cell
11   proliferation by talc -- and we didn't
12   test --
13        Q.   Did you test for gene -- did
14   you test?
15        A.   No, we didn't see changes
16   that were indicated at the gene level.
17        Q.   Protein receptors that have
18   chains that bind to cellular DNA causing
19   changes to genes in the DNA to create
20   abnormal cell -- cells which can lead to
21   cancer; is that correct?
22             MR. FROST:  Objection to
23        form.
24             THE WITNESS:  Yeah, could
```

Page 52

```
 1        you read that again?
 2             MR. FROST:  Yeah, I was
 3        going to say, do you mind
 4        repeating that one?
 5   BY MR. SMITH:
 6        Q.   Sure.
 7             Protein receptors have
 8   chains that bind to cellular DNA, causing
 9   changes to genes in the DNA to create an
10   abnormal cell which can lead to cancer,
11   correct?
12        A.   That can be one endpoint of
13   a protein receptor.
14        Q.   And there's a test for that,
15   correct, a test to see which genes are
16   upregulated or downregulated, correct?
17        A.   Genes but not proteins.
18        Q.   Correct.  Cell proliferation
19   is a hallmark of cancer causing
20   substances and there are tools to look at
21   cell division and assays to look at
22   clumps of cells to see if they survive
23   and become uncontrolled and lead to
24   cancer; is that correct?
```

Page 53

```
 1             MR. FROST:  Objection to
 2        form.
 3             THE WITNESS:  Yeah, can we
 4        go through that piece by piece?
 5   BY MR. SMITH:
 6        Q.   Sure.  Is cell proliferation
 7   a hallmark of cancer-causing substances?
 8             MR. FROST:  Objection to
 9        form.
10             THE WITNESS:  Not all of
11        them.  Some substances don't
12        induce cell proliferation.  They
13        act with DNA directly.
14   BY MR. SMITH:
15        Q.   You told me earlier there
16   was a four-step process to mesothelioma,
17   correct, and one of them was cell
18   proliferation; is that right?
19        A.   These are changes that we
20   have studied called epigenetic, meaning
21   that they don't occur at the level of the
22   DNA.  And that's been the focus of our
23   lab.
24             I don't want to give you the
```

14 (Pages 50 to 53)

Brooke T. Mossman, M.S., Ph.D.

Page 54

1    impression that that's the only way that
2    mesothelioma develops.  That's what we
3    focused on.
4        Q.   All right.  Maybe a better
5    term is cell proliferation is a
6    characteristic of a cancer-causing
7    substance.  Would you agree with that?
8        A.   No, I wouldn't.
9            As I mentioned, there are a
10   lot of agents that don't induce cell
11   proliferation that cause cancer.
12       Q.   Does -- does asbestos induce
13   cell proliferation or cause it?
14       A.   It depends upon the type and
15   the dose.  Again, we've shown that for
16   crocidolite and amosite asbestos in our
17   models.
18       Q.   We don't know why some
19   carcinogens are site-specific in the
20   human body, correct?
21       A.   That's a broad statement.
22   But yes, we know -- we don't know why
23   some agents aren't site specific.
24       Q.   SNPs or single nucleotide

Page 55

1    polymorphisms, are mechanisms where some
2    cancers due to exposure to agents can
3    cause DNA changes that could lead to
4    cancer development, correct?
5            MR. FROST:  Objection to
6        form.
7            THE WITNESS:  Yes, SNPs are
8        generally something that occurs in
9        a population of cells.  It's very
10       unusual.  In fact, I've never seen
11       an agent such as asbestos that
12       induces an SNP.
13   BY MR. SMITH:
14       Q.   Can you go to your Brower
15   deposition, please, ma'am.
16           Page 87.  If you'll go down
17   to Line 13.
18           "Question:  What are SNPs or
19   SNiPs or single nucleotide polymorphisms?
20           "Answer:  Those are changes
21   in DNA.
22           "Question:  And how do they
23   influence the development of cancer?
24           "Answer:  They are thought

Page 56

1    to be one mechanism, whereas some
2    hereditary cancers or cancers due to
3    agents that focus on the break of DNA
4    exert their effects."
5            Can I rely on that answer?
6        A.   Yes.
7            MR. FROST:  Objection to
8        form.
9    BY MR. SMITH:
10       Q.   Thank you.  You talked about
11   ATF3 a minute ago.  But ATF3 is a gene,
12   and it's also a transcription factor,
13   right?
14       A.   It's a gene, it's a protein,
15   and it's a transcription factor.
16       Q.   And would you agree with me
17   that ATF3 is a gene -- the ATF3 gene is
18   important in combatting inflammation in
19   cells?
20           MR. FROST:  Objection to
21       form.
22           THE WITNESS:  It depends
23       upon the cell and the other
24       transcription factors.  In our

Page 57

1        experiments, we showed that it
2        combatted changes by asbestos;
3        that is, it decreased cytokines
4        that are associated with
5        development of tumors or immune
6        response.
7    BY MR. SMITH:
8        Q.   I'm going to ask you, I'm
9    going to read a sentence to you and ask
10   if you agree with it.  "Stress-inducible
11   transcription factors play a pivotal role
12   in cellular adaptation to environment, to
13   maintain homeostasis, and integrity of
14   the genome."
15           Would you agree with that
16   statement?
17           MR. FROST:  Object to form.
18       And I also object to you reading
19       her sentences from a document that
20       you haven't given her.
21           Thank you.
22           MR. SMITH:  Sure.
23           THE WITNESS:  Thank you.
24

15 (Pages 54 to 57)

Brooke T. Mossman, M.S., Ph.D.

Page 58

1    BY MR. SMITH:
2        Q.   This is attached as
3    Exhibit 4.
4            (Document marked for
5            identification as Exhibit
6            Mossman-4.)
7    BY MR. SMITH:
8        Q.   "Systems analysis of ATF3
9    and stress response in cancer reveals
10   opposing effects on pro-apoptotic genes
11   in p53 pathway."
12           Do you have that in front of
13   you, Doctor?
14       A.   I do.
15       Q.   I've attached it as
16   Exhibit 4.  The first sentence in the
17   blue box under abstract.  It says,
18   "Stress-inducible transcription factors
19   play a pivotal role in cellular
20   adaptation to environment to maintain
21   homeostasis and integrity in the genome."
22           Would you agree with that?
23       A.   Yes.
24       Q.   "Activating transcription

Page 59

1    factor 3, or ATF3, is induced by a
2    variety of stress and inflammatory
3    conditions and is overexposed in many
4    kind of cancer cells."
5            Would you agree with that?
6            MR. FROST:  Objection to
7        form.  It's overexpressed.
8            MR. SMITH:  That's what I
9        said.
10           MR. FROST:  You said
11       overexposed.
12   BY MR. SMITH:
13       Q.   Okay.  Excuse me.  Let me
14   read it again.  Second sentence.
15   "Activating transcription factor 3, ATF3,
16   is induced by a variety of stress and
17   inflammatory conditions and is
18   overexpressed in many kinds of cancer
19   cells."
20           Would you agree with that?
21       A.   I would agree with the first
22   part of that statement.
23           I have not seen the data on
24   many kinds of cancer cells, and as I

Page 60

1    emphasized previously, it would depend
2    upon the type of cell in terms of the
3    effects on that cell type.
4        Q.   Would you agree that ATF3 is
5    activated in response to oxidative stress
6    in a cell?
7        A.   I would have to review that
8    literature.  I don't see that statement
9    here.
10       Q.   I'm asking you just the
11   question.
12       A.   ATF3 and oxidative stress, I
13   can't recall specific experiments or cell
14   types that oxidants have been added to,
15   such as hydrogen peroxide or those
16   typical to oxidative stress in studies.
17       Q.   IL-8 is a cytokine produced
18   during inflammation by lymphocytes; is
19   that correct?
20       A.   It's one of the effects.  It
21   also can have opposite effects.
22       Q.   You've done a study on EMPs
23   or elongated mineral particles; is that
24   correct?

Page 61

1        A.   A study?  I have done many
2    studies on elongated mineral particles.
3        Q.   I was thinking of your most
4    recent study.  But you have done several
5    studies on EMPs, correct?
6        A.   Elongated mineral particles
7    including asbestos are -- have been
8    subject of my research for over 40 years.
9        Q.   And it can be of any type of
10   mineral with certain dimensions that are
11   fibrous in nature that, when in contact
12   with human cells, can cause adverse
13   changes including epigenetic changes that
14   are pathways that can potentially lead to
15   carcinogenesis; is that correct?
16           MR. FROST:  Objection to
17       form.
18           THE WITNESS:  Yeah, can we
19       pick that statement apart?
20   BY MR. SMITH:
21       Q.   Sure.  Let's go to the
22   Brower deposition, Page 85.
23       A.   Okay.
24       Q.   And I'm going to read over

16 (Pages 58 to 61)

Brooke T. Mossman, M.S., Ph.D.

Page 62

1  two pages, 85, 86 and 87.
2        "Question:  What is an EMP?
3        "An EMP is a very broad term
4  for elongated mineral particles, and it
5  could be referring to anything --
6  regardless of whether anything of certain
7  dimensions that are fibrous in nature.
8  It is a term that has been used most
9  recently by some regulatory agencies, but
10  it is very broad in terms of an umbrella
11  of materials that fit into this category.
12        "Question:  And I note in
13  your paper that it says EMPs, and you
14  talk about long EMPs greater than 5
15  micrometers in length; is that correct?
16        "That's a cutoff" --
17  answer, excuse me.
18        "That's a cutoff that's been
19  used in terms of fibers that are thought
20  to be important in regulation.  It's a
21  term that is controversial to biologists
22  and chemists.
23        "Question:  Is it true that
24  by cell's direct contact with EMP, it

Page 63

1  causes the cell to react in certain ways?
2        "Answer:  Direct contact by
3  any material can cause certain changes in
4  cells, yes.
5        "Question:  And cellular
6  reactions to EMP has occurred, would you
7  agree without the EMP binding to any
8  cellular receptors or penetrating the
9  cell itself, correct?
10        "Answer:  Could you just
11  state that again?  I'm sorry.
12        "Sure.
13        "I missed the first part."
14  Answer.
15        Question:  Sure.  The
16  cellular reactions that we just discussed
17  to EMPs, they can occur without the EMP
18  binding to any cellular receptors or
19  penetrating the cell?"
20        And your answer was -- and
21  my question was, "Correct?"
22        And the answer was, "Yes."
23        I said, "Question:  Okay,
24  what is the function of proteins and why

Page 64

1  do you focus on" -- well, I think we've
2  moved on from EMPs."
3        But can I rely on that
4  testimony regarding EMPs?
5     A.   Yes.
6        MR. FROST:  And I'm just
7        going to lodge the same objections
8        that were in the transcript.
9  BY MR. SMITH:
10     Q.   And can EMPs -- can they
11  cause adverse changes, including
12  epigenetic changes that are pathways that
13  could potentially lead to carcinogenesis?
14     A.   Can EMPs?  Certain ones
15  certainly can.
16     Q.   Different grades of talc and
17  asbestos are different and distinct in
18  shape, size, crystallinity and structure;
19  is that correct?
20        MR. FROST:  Objection to
21        form.  Vague.
22  BY MR. SMITH:
23     Q.   Let's break it out.
24        Different grades of talc are

Page 65

1  different and distinct in shape, size,
2  crystallinity and structure, correct?
3        MR. FROST:  Objection to
4        form, vague.
5        THE WITNESS:  Yeah, when you
6        say grades of talc, I'm a -- I'm a
7        little lost there.
8  BY MR. SMITH:
9     Q.   Okay.  Cosmetic versus
10  industrial.  Pharmaceutical versus
11  industrial versus cosmetic.  Those are
12  the grades I'm talking about, my
13  definition of grade.
14        Different grades of talc are
15  different and distinct in size, shape,
16  crystallinity and structure; is that
17  correct?
18        MR. FROST:  Objection to
19        form.
20  BY MR. SMITH:
21     Q.   Or do you know?
22     A.   Yeah, I -- in terms of
23  grades of talc, I would assume that's the
24  case, but I don't study grades of talc.

17 (Pages 62 to 65)

Brooke T. Mossman, M.S., Ph.D.

Page 66

1      Q.   Different types of asbestos
2  are different and distinct in shape,
3  size, crystallinity and structure,
4  correct?
5      A.   That's correct.
6      Q.   These characteristics may
7  affect the mineral's reactivity to human
8  cells and carcinogenic potency; is that
9  correct?
10     A.   That's correct.
11     Q.   The type of asbestos and
12 where it's mined, its shape and size all
13 factor in how it reacts to cells; is that
14 correct?
15     A.   Yes.
16     Q.   And would the same be of
17 different grades of talc, or do you know?
18     MR. FROST:  Objection to
19     form.
20     THE WITNESS:  I'd have to
21     study the talc to -- at different
22     grades, and I'm not sure how
23     that's separated out.
24 BY MR. SMITH:

Page 67

1      Q.   And just so we're clear,
2  you've never studied cosmetic-grade talc;
3  is that right?
4      MR. FROST:  Objection.  If
5      she -- if she knows.
6      THE WITNESS:  I've studied
7      industrial talcs.
8  BY MR. SMITH:
9      Q.   So you've never studied
10 cosmetic-grade talc; is that correct?
11     A.   I have not studied cosmetic
12 talcs as I know it.
13     Q.   Do you understand that
14 cosmetic talc is what's in Baby Powder
15 and Shower to Shower, which are the
16 products at issue in this case?
17     A.   Yes, I do.
18     Q.   Okay.  I want to talk to you
19 about your --
20     MR. SMITH:  Do you want to
21     take a break for a minute, for a
22     second?
23     MR. FROST:  Do you want to?
24     MR. SMITH:  I mean, I'm

Page 68

1  good, I'm getting ready to roll to
2  a different section.  But I'm good
3  or whatever.  Just so long --
4      THE WITNESS:  I'm fine.
5      MR. FROST:  I think we can
6  keep going.
7      MR. SMITH:  Okay.  Okay.
8  All right.  Fine.
9  BY MR. SMITH:
10     Q.   I want to talk to you about
11 some of your experience, Doctor, as an
12 expert.
13     You said you -- you partly
14 retired since 2014.  But you've been
15 testifying in litigation since 2014; is
16 that correct?
17     A.   That's correct.
18     Q.   And approximately 50 to
19 75 percent of your professional time is
20 spent on litigation since 2014; is that
21 correct?
22     A.   That's correct.
23     Q.   And would this be the vast
24 majority of your current income since

Page 69

1  2014, and that being as an expert
2  witness?
3      A.   Yes, sir.
4      Q.   I noticed from your prior
5  testimony that you attached to your
6  report that you've testified 65 times for
7  defendants in talc litigation over the
8  past four years; is that correct?
9      A.   That includes depositions
10 and trials in some of the same matters,
11 yes.
12     Q.   You were an employee of
13 Biomedical and Environmental Consultants
14 in 1998; is that right?
15     A.   1998?  No.
16     Q.   Do I have the date wrong?  I
17 might have -- I might have written that
18 down wrong.
19     A.   That was 30 years ago.
20     Q.   What dates were you at
21 Biomedical and Environmental Consultants?
22     A.   I worked part-time for them
23 for a little less than two years.  1988
24 to perhaps 1990.

18 (Pages 66 to 69)

Brooke T. Mossman, M.S., Ph.D.

Page 70

1    Q.   I apologize, I wrote it down
2    wrong.
3         And you worked there with
4    Alfred Wehner, right?
5    A.   I never worked with
6    Dr. Wehner. He was the founder of the
7    group as I understand it.
8    Q.   And you also understand that
9    he was also a consultant for Johnson &
10   Johnson in talc issues, correct?
11        MR. FROST:  Objection to
12   form.
13        THE WITNESS:  No.
14   BY MR. SMITH:
15   Q.   You don't know that?
16   A.   I know from reading the
17   scientific paper, but I don't know about
18   his relationships with Johnson & Johnson.
19   Q.   He served -- excuse me.  You
20   served as an expert for the Industrial
21   Minerals Association; is that correct?
22   A.   Served as an expert.
23   Q.   Expert or consultant for the
24   Industrial Minerals Association.

Page 71

1    A.   I have reviewed proposals
2    for them, yes.
3    Q.   And you've served as an
4    expert or consultant for Luzenac; is that
5    correct?
6    A.   Not to my knowledge.  As a
7    consultant, no, I don't think I've
8    consulted Luzenac.
9    Q.   You weren't corresponding
10   with Imerys and Luzenac employees on the
11   progress report of the Shukla paper along
12   with the IMA?
13   A.   Yes.  I wasn't a consultant
14   for them.  I was a recipient of a small
15   grant from something called EUROTALC that
16   may have included Luzenac and other
17   companies for a brief period of time in
18   about 2005.
19   Q.   And you've served as an
20   expert or consultant for R.T. Vanderbilt,
21   right?
22   A.   No.  I never had a formal
23   arrangement with R.T. Vanderbilt.
24   Q.   There's plenty of

Page 72

1    correspondence, we've gone back through
2    in Brower and Leavitt with
3    R.T. Vanderbilt, you weren't
4    corresponding with them and consulting
5    with R.T. Vanderbilt.
6    A.   I was not consulting with
7    them.  I was -- received an assignment
8    through Dr. Wehner's group for
9    correspondence with these individuals.  I
10   can't tell you the specific assignment.
11        It was with someone named
12   John Kelse who was their industrial
13   hygienist.
14   Q.   And he was an employee of
15   R.T. Vanderbilt, correct?
16   A.   He was an employee, yes.
17   Q.   You served as an expert for
18   Cyprus Minerals; is that correct?
19   A.   I have in litigation.
20   Q.   And you are currently
21   serving as an expert for Johnson &
22   Johnson and have in the past; is that
23   correct?
24   A.   I have for a little over a

Page 73

1    year now, yes.
2    Q.   You served as an expert on a
3    scientific advisory board for Owens
4    Corning in the defense of asbestos
5    litigation in the 1980s and 1990s; is
6    that correct?
7    A.   That's incorrect.  I
8    served -- I went to one meeting there in
9    19 -- in the 1980s, and one in the 1990s,
10   neither of which concerned Owens Corning
11   and litigation.
12   Q.   Can you go to Page 45 of the
13   Brower testimony, please.
14        Question, Line 1, on Page
15   45.
16        "Okay.  Well, you've
17   consulted with or served as an expert for
18   companies that produce or sold
19   asbestos-containing products, correct:
20        "Answer:  Could you be more
21   explicit?
22        "I need to be more explicit
23   than whether you served as an expert or
24   consulted with companies that produced

19 (Pages 70 to 73)

Brooke T. Mossman, M.S., Ph.D.

Page 74

1  products that contained asbestos?
2  "Answer:  The only company
3  that I had a relationship with, and it
4  wasn't a long-standing relationship, was
5  that I agreed to be on the scientific
6  advisory board, I think, once in the
7  1980s and once in the 1990s, with other
8  scientists and review inhouse research by
9  Owens Corning."
10  Is that testimony true?
11  A.  Yes.  That's what I just
12  stated.
13  Q.  Okay.  Thank you.
14  You also served as an expert
15  for the tobacco industry in the 1980s; is
16  that correct?
17  MR. FROST:  Objection to
18  form.
19  THE WITNESS:  I had one
20  assignment, approximately 30 years
21  ago, through Dr. Wehners' company.
22  BY MR. SMITH:
23  Q.  And since 2014 you have --
24  was the answer to my question yes?

Page 75

1  A.  You'll have to state it
2  again, sir.
3  Q.  You have served as an expert
4  and consultant for the tobacco industry
5  in the 1980s; is that correct?
6  MR. FROST:  Same objection.
7  THE WITNESS:  Yeah I had one
8  assignment where I did a
9  literature search for a lawyer
10  representing the tobacco industry.
11  BY MR. SMITH:
12  Q.  Since 2014, you have served
13  as an expert on behalf of companies that
14  manufacture and sell talc-based products;
15  is that correct?
16  A.  That's correct.
17  Q.  And that will continue today
18  and into the foreseeable future; is that
19  correct?
20  MR. FROST:  Objection to
21  form.
22  THE WITNESS:  Yes.
23  BY MR. SMITH:
24  Q.  I forgot to ask you.  How

Page 76

1  much are you -- what are you billing for
2  your time here today?
3  A.  $550 an hour.
4  Q.  Is that the same billing
5  rate that you would have for trial,
6  deposition?  Do you differentiate?
7  A.  Yes.  It would be the same
8  rate.
9  Q.  When is the next time that
10  you're scheduled to testify at trial?
11  A.  I'm testifying in the Olson
12  trial in New York at the latter part of
13  this week.
14  Q.  What about after that?
15  MR. FROST:  Objection.
16  THE WITNESS:  I don't have
17  any trial dates on my calendar.
18  BY MR. SMITH:
19  Q.  Earlier we had talked about,
20  you talked about your work with the
21  tobacco industry.  I want to attach as an
22  exhibit, which is Exhibit -- I'll hand
23  you a copy, Doctor.
24  (Document marked for

Page 77

1  identification as Exhibit
2  Mossman-5.)
3  BY MR. SMITH:
4  Q.  I'll attach this as
5  Exhibit 5.  This is a January 12, 1990,
6  letter to Mr. Junius McElveen, Esquire.
7  It looks it's from you.  And it's cc
8  to Alfred Wehner.
9  Are you familiar with this
10  document?
11  A.  I am.
12  Q.  At the beginning you say,
13  "Dear Mr. McElveen, you requested our
14  meeting last week that Mr. Nims" -- "a
15  brief summary of" -- excuse me.  "You
16  requested at our meeting last week with
17  Mr. Nims a brief summary of my literature
18  search to date on cellular and molecular
19  mechanisms of carcinogenesis.
20  "I specifically looked for
21  recent research data to substantiate the
22  premise that cigarette smoking prior to
23  1966 would not be sufficient for lung
24  tumor promotion and progression necessary

20  (Pages 74 to 77)

Brooke T. Mossman, M.S., Ph.D.

Page 78

1    events in the development of tumors
2    during their relatively long latency
3    period in man."
4           Is that what you were -- was
5    that -- that was the task that you were
6    doing?
7       A.   The task that I was doing
8    was to do a search on the molecular
9    biology of lung cancers.
10      Q.   And the statement that I
11   just read, is that correct?  Is that what
12   your task was?  Is that what you were
13   doing?
14      A.   I'm not sure what cigarette
15   smoking prior to 1966 was relevant to,
16   but I think the question he was asking me
17   were, do components of cigarette smoke
18   have properties that start or influence
19   the development of cancers.
20      Q.   And -- but this is your --
21   you wrote this letter, correct?
22      A.   I did.
23      Q.   Okay.  And on the last
24   paragraph of the letter, before your

Page 79

1    signature, it says, "I will continue to
2    survey new journals in the field as well
3    as Index Medica searches on 'genes and
4    lung cancer.'  Please let me know when
5    you would like to meet again for an
6    update."
7           And then did you continue to
8    do what you said you would do?
9       A.   No.  I wrote a final report
10   after meeting these individuals and no
11   longer was a consultant for Biomedical
12   and Environmental Consulting.
13      Q.   I'm going to attach what is
14   Exhibit 6 to the deposition another
15   letter from you.  And we talked about
16   Owens Corning just a minute ago.  Do you
17   recall that, Doctor?
18      A.   Yes.
19           (Document marked for
20           identification as Exhibit
21           Mossman-6.)
22   BY MR. SMITH:
23      Q.   And here is a letter from
24   you to Owens Corning.  Dr. John Hadley,

Page 80

1    Owens Corning Fiberglass Corporation,
2    Granville technical center, Granville,
3    Ohio.
4           And it says, "Dear John."
5    And you understand, as you reference in
6    this, that -- that Owens Corning was
7    producing asbestos-containing materials;
8    is that correct?
9       A.   No, not at this time point.
10   I was never aware of this in the 1980s.
11      Q.   So when you write in the
12   paragraph, final paragraph, "Please find
13   enclosed a brief critique of the recent
14   PNAS covered in the New York Times.  I
15   cannot help but surmise that Dr. Selikoff
16   was responsible for the press release.
17   Regardless, the possibility that asbestos
18   binds and introduces malignant and
19   foreign DNA into normal cells of the lung
20   seems highly unlikely."
21           You didn't understand that
22   the issue of asbestos and Owens Corning
23   was relevant to the company?
24      A.   No.  Dr. Hadley was a

Page 81

1    colleague that I met at a scientific
2    meeting.  He was responsible for the
3    development of fiberglasses at their
4    technical center.
5           He was also a scientist who
6    attended meetings on asbestos and was
7    interested in the effects of asbestos on
8    cells --
9       Q.   Did you come --
10      A.   -- by training.
11      Q.   I'm sorry.  I didn't mean to
12   cut you off.
13      A.   I'm sorry.  By training,
14   John was someone I actually met when he
15   was getting his degree earlier at Duke
16   University.
17      Q.   Did you come to learn that
18   as -- Owens Corning produced
19   asbestos-containing products?
20      A.   I came to learn that after I
21   heard about their bankruptcy.  I was
22   never aware of that directly.
23      Q.   You were a member of the
24   TASSC, weren't you?

21 (Pages 78 to 81)

Brooke T. Mossman, M.S., Ph.D.

Page 82

1    A.   TASSC?
2    Q.   Mm-hmm.
3    A.   I don't know what that is,
4  and I don't think I've ever paid
5  membership dues or I would remember.
6        MR. SMITH:  Can you hand
7    that to the witness.
8        (Document marked for
9    identification as Exhibit
10   Mossman-7.)
11 BY MR. SMITH:
12   Q.   I'm going to attach a
13 partial listing of key scientists and --
14 I don't know if I can pronounce this --
15 academicians supporting the advancement
16 of sound science coalition.  You don't
17 recall this?  TASSC?
18   A.   No, I don't think -- I'm
19 just looking at some of the people here,
20 who are -- include scientists from
21 different spheres including Bruce Ames.
22 So no, I am not aware that this is a
23 society that I ever joined, no.
24   Q.   So if you go -- and it's in

Page 83

1  alphabetical order.  And on Page 9,
2  looking at the top, there's your name.
3  Dr. Brooke T. Mossman, professor of
4  pathology, College of Medicine,
5  University of Vermont, Burlington,
6  Vermont.  Is that you?
7    A.   That's me.
8    Q.   And you are listed on the
9  partial listing of key scientists and
10 academicians -- butchering that name --
11 supporting the advancement of sound
12 science coalition, TASSC.  Do you see
13 that, Doctor?
14   A.   Yes, I have no idea what
15 that is.  Sorry.
16   Q.   Well, maybe we can put some
17 context to it here today.
18       MR. SMITH:  Thank you.
19       (Document marked for
20   identification as Exhibit
21   Mossman-8.)
22 BY MR. SMITH:
23   Q.   I'm going to attach the next
24 numbered exhibit which is Number 8.  And

Page 84

1  this is an article entitled,
2  "Constructing 'Sound Science' and 'Good
3  Epidemiology': Tobacco, Lawyers and
4  Public" -- "and the Public Relations
5  Firms."
6        And it's an article in the
7  American Journal of Public Health from
8  November of 2001.  It's a peer-reviewed
9  article.  And it's by lead author Ong.
10       And it goes down, and if you
11 look on the front page, Doctor, it says,
12 "Philip Morris' 'Sound Science'
13 organization in the United States"?
14       Says, "PM," Philip Morris,
15 "began its 'sound science' program in
16 1993 to stimulate criticism of the 1992
17 U.S. Environmental Protection Agency
18 (EPA) report, which identified secondhand
19 smoke as a Group A human carcinogen.
20 Ellen Merlo (vice president, PM Corporate
21 Affairs) wrote to William Campbell
22 (chairman at PM" -- or Philip Morris --
23 "USA)."
24       Then it goes on to the -- go

Page 85

1  to the right paragraph, "In February of
2  1993, Philip Morris, PM, and its public
3  relations firm, APCO Associates, worked
4  to launch a 'sound science' coalition in
5  the United States with approximately
6  320,000 budgeted for the first 24 weeks.
7  Three months later, The Advancement For
8  Sound Science Coalition, or TASSC, has
9  been formed.  TASSC described itself as a
10 'a not-for-profit coalition advocating
11 the use of sound science in public policy
12 decisionmaking' even though APCO created
13 it to help Philip Morris fight smoking
14 restrictions.  TASSC's public positioning
15 and media campaign were designed to
16 minimize its connections with the tobacco
17 industry.  TASSC's member survey
18 mentioned only secondhand smoke among a
19 list of other potential examples of
20 'unsound, incomplete or unsubstantiated
21 science.'"
22
23       Were you familiar with all
24 of this, Doctor, and have you seen this

22 (Pages 82 to 85)

Brooke T. Mossman, M.S., Ph.D.

Page 86

1    article before?
2        A.   I haven't seen the article,
3    but let me emphasize that I've never been
4    a member by consent of TASSC, and there's
5    no reason that tobacco would have wanted
6    me to be a member, as all my publications
7    list tobacco smoke as the Number 1 cause
8    of lung disease or lung cancers.
9        Q.   Well, you -- you haven't
10   published any articles on secondhand
11   smoke, have you?
12       MR. FROST:  Objection, form.
13   BY MR. SMITH:
14       Q.   Have you?
15       A.   Secondhand smoke, no.
16       Q.   Okay.  You mentioned all of
17   your research as best -- you mentioned
18   all of your research on asbestos, talc
19   and cleavage fragments have been
20   published and peer-reviewed, high-impact
21   scientific journals prior to the event --
22   advent of your participation in talc
23   litigation in 2014.  And that's listed in
24   your report.

Page 87

1        Do you recall saying that?
2        A.   Yes.
3        Q.   I'll assume that would mean
4    that that would be the same after your
5    involvement in talc litigation.  Would
6    that be correct?
7        A.   I'm not sure what you're
8    asking.
9        Q.   Let me rephrase.  Let me
10   rephrase it.
11       A.   Okay.
12       Q.   That was confusing.
13       You -- in your report you
14   mentioned that your research on asbestos
15   fibers, talc, and cleavage fragments have
16   been published and peer-reviewed
17   high-impact scientific journals prior to
18   the advent of your participation in talc
19   litigation in 2014?
20       A.   Yes.
21       Q.   You agreed with that.
22       And I would assume that
23   would be the same after your involvement
24   post 2014; is that correct?

Page 88

1        A.   When you say -- when you say
2    it would --
3        Q.   Your research being
4    published in peer-reviewed high-impact
5    scientific journals on asbestos, asbestos
6    fibers, talc and cleavage fragments.
7        A.   Let me emphasize that I'm
8    not doing original research anymore on
9    talc or asbestos fibers.  So that
10   statement would not be relevant.
11       Q.   Okay.  Fair enough.  I want
12   to look at your CV for a second.
13       A.   Okay.
14       Q.   And I've got an extra copy
15   for you.  Several actually.
16       MR. FROST:  Is this the CV
17       that was attached to the report?
18       MR. SMITH:  It is.
19       (Document marked for
20       identification as Exhibit
21       Mossman-9.)
22   BY MR. SMITH:
23       Q.   All right.  Now, you've
24   got -- do you have your CV in front of

Page 89

1    you, Doctor?
2        A.   I do.
3        Q.   Okay.  And I would like to
4    go to Page 15.
5        MR. SMITH:  I'm going to
6        attach this as the next numbered
7        exhibit.  It's Number 9.
8    BY MR. SMITH:
9        Q.   It says -- it should be
10   referred.  It says refereed.  Is that --
11   should it be referred manuscripts?
12       A.   No.
13       Q.   Is that -- am I missing
14   something?
15       A.   No, it's refereed.
16       Q.   Well, then I -- I'm learning
17   something new everyday.
18       Manuscripts, book chapters,
19   monographs and editorials, in parentheses
20   peer reviewed.
21       A.   Correct.
22       Q.   Hold on.  I'm getting ahead
23   of myself.
24       Let's go back to Page 2.

23 (Pages 86 to 89)

Brooke T. Mossman, M.S., Ph.D.

Page 90

1      A.   Okay.
2      Q.   And you have reviewer and in
3  parentheses journals.  And this is all of
4  the journals that you have served as a
5  reviewer of?
6      A.   Yes.
7      Q.   And then if we go to Page 3,
8  and you look at that section, it's the
9  fourth from the bottom, Regulatory
10  Pharmacology and Toxicology.  You served
11  as a reviewer for that publication; is
12  that correct, according to your CV?
13      A.   Let's see.  Could you go to
14  the page again?
15      Q.   Sure.  It's Page 3.  And if
16  you go up, it's under -- like at the top,
17  it's got the list of journals, and if you
18  see science at the bottom, then you see
19  scanning electron microscopy, and then --
20      A.   Yes.
21      Q.   -- you see risk analysis,
22  then you see Regulatory Pharmacology and
23  Toxicology.
24          Do you see that?

Page 91

1      A.   Yes, I reviewed for them.
2      Q.   Okay.  And I want to talk
3  about the Journal of Regulatory
4  Toxicology and Pharmacology for a second.
5          Do you believe this is a
6  reputable independent journal?
7      A.   Yes, I believe it is.
8  Historically I've heard a lot about it.
9      Q.   Do you know who David
10  Michaels is?
11      A.   No.
12      Q.   You served as a peer
13  reviewer of him on the NIOSH 62 bulletin.
14  You don't know him, that used to work in
15  the federal government?
16      A.   I -- no, the name doesn't
17  ring a bell.
18      Q.   Well, he wrote a book called
19  "Doubt is Their Product:  How Industry's
20  Assault on Science Threatens Your
21  Health."
22          And I'd like -- do you have
23  a copy in front of you, Doctor?
24      A.   I do.

Page 92

1          (Document marked for
2          identification as Exhibit
3          Mossman-10.)
4  BY MR. SMITH:
5      Q.   Okay.  And you see it's
6  written by David Michaels.  And if you go
7  to the very last page.  It says, "David
8  Michaels is an epidemiologist and the
9  director of the project on scientific
10  knowledge and public policy at the George
11  Washington University School of Public
12  Health and Health Services.
13          "During the Clinton
14  administration he served as assistant
15  secretary of energy for environment,
16  safety and health responsible for
17  protecting the health and safety of
18  workers, neighboring communities, and the
19  environment surrounding the nation's
20  nuclear weapons facilities.  He was the
21  architect of the historic initiative that
22  'made peace with the past,' compensating
23  U.S. nuclear weapons workers for
24  illnesses developed while making or

Page 93

1  testing atomic weapons.
2          "In 2006 Michaels received
3  an American Association" -- "received the
4  American Association For the Advancement
5  of Science" -- "Sciences, Scientific
6  Freedom and Responsibility Award.  He
7  lives in Bethesda, Maryland."
8          And that doesn't ring any
9  bells?
10      A.   No, I don't recognize him
11  and I don't recognize the name.
12      Q.   If you'll go to -- it's on
13  Page -- it's the fourth or fifth page.
14  If you look at the top, it's Page 53.
15          And he discusses this
16  publication for which he served as a
17  reviewer on.
18          MR. FROST:  Objection.
19  BY MR. SMITH:
20      Q.   Quote down at the bottom,
21  "There is now a slew of these captured
22  journals.  The tobacco industry, for
23  example, secretly financed the journal
24  Indoor and Billet Environment to promote

24 (Pages 90 to 93)

Brooke T. Mossman, M.S., Ph.D.

Page 94

1  and position for legal purposes the idea
2  that indoor air pollution was a problem
3  caused not by secondhand smoke but by
4  inadequate ventilation.  The best known
5  of these publications is Regulatory
6  Toxicology and Pharmacology, the official
7  mouthpiece of the International Society
8  of Regulatory Toxicology and Pharmacology
9  or ISRTP, an impressive name, but really
10  just an association dominated by
11  scientists who work for industry trade
12  groups and consulting firms.
13         "The sponsor of the ISRTP
14  include many of the major tobacco,
15  chemical, and drug manufacturing
16  companies.  Its leadership consists of
17  corporate and product defense scientists
18  and attorneys along with a small number
19  of government scientists who have
20  apparently bought in or who do not know
21  better.
22         "The immediate past
23  president was Terry Quill, an attorney
24  who became a senior vice president for

Page 95

1  the product defense of" -- excuse me --
2  "product defense of the Weinberg Group.
3  Quill also has roots in the tobacco wars,
4  but is not a scientific expert.  Rather
5  he served as outside counsel to Philip
6  Morris in the secondhand smoke
7  litigation."
8         Have you ever seen that
9  written about Regulatory Toxicology and
10  Pharmacology, the journal that you served
11  as a reviewer of?
12         MR. FROST:  I'll say --
13  first, I'll just object to using
14  what is basically an opinion piece
15  in this case.
16         But you can answer the
17  question, Brooke.
18         THE WITNESS:  Yeah, I'm not
19  familiar with what this source is.
20  It looks like a book chapter.
21  Again, Regulatory Toxicology and
22  Pharmacology is -- historically
23  has been a journal that has been
24  well regarded by government and

Page 96

1  academic scientists and I'm not
2  sure of the context of this or the
3  years that this covers.
4         Again, I've reviewed for
5  them in the past.  I have not been
6  on their editorial board, so I
7  really can't comment on this.
8  BY MR. SMITH:
9     Q.   Do you know what the
10  Weinberg Group's involvement has been in
11  talc litigation or defense of talc?
12         MR. FROST:  Objection to
13  form.
14         THE WITNESS:  No.
15  BY MR. SMITH:
16     Q.   I'd like to show you another
17  article.
18         (Document marked for
19  identification as Exhibit
20  Mossman-11.)
21  BY MR. SMITH:
22     Q.   Attached as the next
23  numbered exhibit.  Attached -- Doubt is
24  Their Product was Exhibit 10.  This is

Page 97

1  going to be Exhibit 11.
2         This is an article entitled
3  "Special Contributions:  Correspondence
4  About Public Ethics and Regulatory
5  Toxicology and Pharmacology."
6         This is -- this is published
7  in a peer-reviewed journal called the
8  International Journal of Occupational and
9  Environmental Health.  And it was in
10  November 19, 2002.  And I'm going to read
11  from the -- from the top.
12         MR. FROST:  Okay.  I just
13  want to object to any connotation
14  that this letter is peer-reviewed.
15  BY MR. SMITH:
16     Q.   "In this issue, IJOEH is
17  publishing correspondence concerning
18  conflicts of interest, lack of
19  transparency and absence of editorial
20  independence of the journal Regulatory
21  Toxicology and Pharmacology, RTP."
22         That's where you served as a
23  peer reviewer, right?
24     A.   I was asked once or twice to

25 (Pages 94 to 97)

Brooke T. Mossman, M.S., Ph.D.

Page 98

1  review articles for them. I have no idea
2  when this was. And I have no idea who
3  forwarded me the papers for review.
4      Q.   Ma'am, I'm just reading from
5  your CV, and you said that you were a
6  reviewer of Regulatory Toxicology and
7  Pharmacology, correct?
8      A.   I have reviewed papers for
9  that journal.
10     Q.   "Regulatory Toxicology and
11 Pharmacology is the official publication
12 of the industry-funded International
13 Society of Regulatory Toxicology and
14 Pharmacology or ISRTP." Then it goes
15 down into the second -- third paragraph.
16 "IJOEH has chosen to publish this
17 exchange in order to alert readers to the
18 ways in which supposedly credible
19 peer-reviewed journals may be co-opted by
20 corporations seeking to give credibility
21 to particular scientific points of view.
22         "RTP publishes a large
23 number of studies conducted by
24 industry-funded scientists. These

Page 99

1  studies later become part of industry's
2  efforts to influence federal regulatory
3  agencies or defend litigation claims
4  concerning toxic exposure.
5          "Without safeguards to
6  assure their independence of the
7  editorial process, suspicion, some of it
8  well deserved, is cast over studies and
9  journals."
10         And that was written by the
11 editor-in-chief of this publication.
12         Do you see that?
13     MR. FROST: Again, I object
14     to the use of what is clearly an
15     opinion piece to try to establish
16     facts in this case and in
17     questioning this witness.
18     THE WITNESS: If I can --
19     MS. O'DELL: "Object to the
20     form" --
21     THE WITNESS: If I can look
22     at the --
23     MS. O'DELL: -- is the
24     appropriate objection.

Page 100

1          Excuse me, ma'am.
2      THE WITNESS: Pardon me?
3      MS. O'DELL: "Object to the
4      form" is the appropriate
5      objection.
6      MR. FROST: I'll try to
7      remember that.
8  BY MR. SMITH:
9      Q.   And then I want to go on
10 further. It says, "November 19, 2002,
11 Ms. Kirsten Chrisman, managing editor,
12 Journals Division, Academic Press. And a
13 Paul Weislogel, vice president, global
14 Society, of Elsevier, Science, Inc. Are
15 you familiar with that publication?
16         They publish a lot of
17 scientific literature.
18     A.   Who is this now?
19     Q.   I might be pronouncing the
20 name -- Elsevier Science, Inc.?
21     A.   Yes. I'm looking at the
22 journal, though, sir. And this is a
23 letter, and it's signed by a number of
24 individuals, several whom I recognize as

Page 101

1  plaintiff experts.
2      Q.   Ma'am, there's not a
3  question on the table. I'm going to ask
4  you a question though. Okay.
5      MR. FROST: Well, I think
6      you did ask a question.
7      THE WITNESS: Well, I think
8      you asked me to look at this, and
9      I would give this, based upon the
10     signatures here, that this is not
11     a peer-reviewed letter. And that
12     it's not relevant. It looks like
13     a letter that was written. It
14     certainly was not peer-reviewed
15     and again, I want to emphasize
16     that this publication that you're
17     questioning is the official
18     publication of a society of which
19     I am not a member.
20 BY MR. SMITH:
21     Q.   Ma'am, do we need to go back
22 to your CV again where you were listed as
23 a peer reviewer of this publication?
24     A.   I did not review this

26 (Pages 98 to 101)

Brooke T. Mossman, M.S., Ph.D.

Page 102

1    publication.
2         Q.   You're not a -- you're not a
3    peer reviewer of Regulatory Toxicology
4    and Pharmacology?
5         A.   I, in the past, through
6    perhaps 40 years, have reviewed papers
7    for them.
8         Q.   And that's the extent --
9         A.   It could have been one or --
10        Q.   That's your extent of
11   involvement with Regulatory Toxicology
12   and Pharmacology?
13        A.   I have never been on their
14   editorial board, and I know little about
15   the journal. I'm not a member of the
16   society of -- that disseminates this
17   journal.
18        Q.   I'm going to read the
19   document, "Dear Ms. Chrisman and Mr.
20   Weislogel, we write you to express our
21   concerns about apparent conflicts of
22   interest, lack of transparency, and the
23   absence of editorial independence of the
24   Journal of Regulatory Toxicology and

Page 103

1    Pharmacology, RTP, which you publish.
2         "As you know, that journal
3    is the official publication of the
4    International Society of Regulatory
5    Toxicology and Pharmacology or ISRTP.
6    Our concerns about Regulatory Toxicology
7    and Pharmacology include:"
8         Bullet point, "The journal's
9    apparent bias in favor of industries that
10   are subject to governmental health and
11   environmental regulations that provide
12   financial support to RTP's sponsor,
13   ISRTP.
14        "ISRTP is supported by,
15   among others, the American Chemical
16   Council" -- "Chemistry Council,
17   Bristol-Myers Squibb Company, Dow
18   AgroSciences, Eastman Kodak, Gillette
19   Company, In-Spec Chemical Corporation.
20   Merck & Co., Inc., Procter & Gamble,
21   R.J. Reynolds Tobacco Company, The
22   Sapphire Group, Inc., Schering-Plough
23   Research Institute, and SmithKline
24   Beecham Pharmaceuticals, all companies or

Page 104

1    trade association that have direct
2    incentive to minimize the regulatory
3    burden on industry, Bullet Point 2.
4         "A significant percentage of
5    members of the RTP editorial board have
6    financial ties to companies whose
7    products or byproducts are the subject of
8    studies published by the RTP."
9         Next, down at the bottom of
10   Page 387, "RTP editorial's commonly
11   support industry, antiregulatory goals."
12        Next bullet point:  "RTP
13   serves as a convenient venue for
14   publication of industry research and
15   gives the credibility of a peer-reviewed
16   journal to articles that may not have
17   been subjected to full and meaningful
18   independent review."
19        Next bullet point:  "RTP
20   routinely fails to disclose relevant
21   conflicts of interest."
22        Then it goes on to the next
23   section.  "Given the considerable
24   industry support received by ISRTP, RTP's

Page 105

1    industry oriented editorial board, the
2    too-frequent antiregulatory tenor of
3    RTP's editorials, and the preponderance
4    of publications by industry-funded
5    scientists, we urge Academic
6    Press/Elsevier to" -- I'm mispronouncing
7    that name -- "to increase the credibility
8    of the journal by insisting that RTP, (1)
9    sever its ties to the industry-sponsored
10   ISRTP; (2) reconstitute its advisory
11   board to dramatically reduce the
12   influence of industry scientists,
13   industry lawyers, and academic
14   consultants to industry; and (3) adopt an
15   editorial policy about conflicts of
16   interest."
17        And then at the end of
18   the -- of this letter in this
19   peer-reviewed journal, it has signed by
20   one -- let's see.  One, two, three, four
21   -- 32, excuse me, that's another page.
22   It goes onto the next page.
23        42 different Ph.D.s,
24   doctors, of all walks through the United

Brooke T. Mossman, M.S., Ph.D.

Page 106

1    States and around the world, from
2    different institutions, different
3    hospitals -- do you see that, Doctor?
4         MR. FROST: I'm going to
5    object. Wonderful testimony you
6    just gave.
7         Again I'm going to object to
8    the use of an opinion piece. I'll
9    object to just reading from
10   something that, first off is --
11        MR. SMITH: Just state your
12   objection. I don't need a
13   speaking objection.
14        MR. FROST: -- second --
15        MR. SMITH: I don't need a
16   speaking objection.
17        MR. FROST: But I think this
18   entire line of questioning, quite
19   frankly, is completely improper.
20        And as Dr. Mossman said,
21   she's never seen this before. And
22   we've already established that
23   this is just an opinion piece
24   that's signed on by several

Page 107

1    plaintiffs' attorneys. Answer
2    your question --
3         MR. SMITH: Look, I'm going
4    to let -- I'm going to let you go.
5    There are no more speaking
6    objections; otherwise, I'm going
7    to get the Court on the phone.
8    You can speak -- you can voice
9    your objection, but we're not
10   going to have speaking objections.
11        MR. FROST: Well, we'll see.
12   I mean, I've -- as I've said, I
13   just -- I'm objecting to the
14   proprietary of even using, you
15   know, this example.
16        Just sitting there and
17   reading a -- a letter into the
18   record and not asking a question
19   about it, is not the proper --
20        MR. SMITH: I'll get the
21   Court involved. If you're going
22   to continue to speak, do speaking
23   objections, I'm going to call --
24   I -- we have a Special Master --

Page 108

1    do we have a Special Master in
2    this case?
3         MS. O'DELL: Yes.
4         MR. SMITH: All right. So
5    I've warned you, I've done it
6    twice now. I mean -- okay. All
7    right.
8    BY MR. SMITH:
9         Q.   Have you seen this piece,
10   Doctor?
11        A.   I have not. And I'm not a
12   member of the editorial board of this
13   journal. And these individuals, as I
14   point out, are people who -- many of whom
15   are involved as plaintiff expert
16   witnesses in litigation. And that I do
17   recognize.
18        Q.   Okay.
19        A.   I would also --
20        Q.   I know you said -- I'm
21   sorry?
22        A.   I -- I also want to bring up
23   the point that International Journal of
24   Occupational and Environmental Health,

Page 109

1    I'm not sure that journal still exists.
2    If this is the one, as the letter is
3    signed, that Dr. Egilman was editor of
4    this journal, has been dropped by
5    Elsevier.
6         Q.   Well, let's talk about a
7    few -- a few studies. Did you publish a
8    publication called "Assessment of the
9    pathogenic potential of asbestiform
10   versus non-asbestiform particulates
11   (cleavage fragments) in in vitro (cell or
12   organ culture) models and bioassays"?
13        A.   Yes. I -- that was the
14   paper that I published in this journal.
15        Q.   And, in fact, it was
16   published in the Regulatory Toxicology
17   and Pharmacology publication that we just
18   went over all this?
19        MR. FROST: Form.
20        THE WITNESS: I just said
21   that.
22   BY MR. SMITH:
23        Q.   You just told me earlier
24   that your only involvement with this

28 (Pages 106 to 109)

Brooke T. Mossman, M.S., Ph.D.

Page 110

1    publication was looking at two
2    peer-reviewed articles.  You didn't state
3    anything about actually publishing on the
4    assessment of the pathogenic potential of
5    asbestiform versus cleavage fragments.
6    You didn't state that earlier when you --
7    when you talked about your review --
8           A.   Sir --
9           Q.   -- your time -- excuse me.
10   As your time as a reviewer for this
11   publication, did you?
12          MR. FROST:  Objection to
13          form.
14          THE WITNESS:  You -- you did
15          not ask me if I published in this
16          journal.
17          Yes, I have an article
18          published in this journal.
19          (Document marked for
20          identification as Exhibit
21          Mossman-12.)
22   BY MR. SMITH:
23          Q.   Well, ma'am, you told me,
24   and I can have them read it back to you,

Page 111

1    that the only involvement you had with
2    this publication was reviewing two
3    articles.  Do we need to go back to the
4    testimony?
5           MR. FROST:  Objection to
6           form.
7           THE WITNESS:  I'm sorry,
8           sir, but you were asking me about
9           Page 3 on my CV, which lists
10          journals that I have reviewed for.
11          And the questions that you
12          asked me I answered with regard to
13          my editorial responsibility in
14          reviewing a paper or two for this
15          journal.
16   BY MR. SMITH:
17          Q.   You left out that you
18   actually published in the journal too?
19          MR. FROST:  Objection to
20          form.
21          THE WITNESS:  I -- I
22          acknowledge that I published in
23          the journal.
24   BY MR. SMITH:

Page 112

1           Q.   Well, let's -- let's look at
2    it.  Your conclusions of assessing
3    whether -- of the pathogenic potential of
4    asbestos versus non-asbestiform cleavage
5    fragments.  We look at the abstract, and
6    in the last sentence, "The available
7    studies show that cleavage fragments are
8    less bioreactive and cytotoxic than
9    asbestiform fibers."
10          Was that your conclusion?
11          A.   That is the conclusion based
12   upon all my peer-reviewed papers that
13   have been published on this topic.  Yes.
14   This is a review.
15          MR. SMITH:  I'll attach that
16          as Exhibit 12.
17   BY MR. SMITH:
18          Q.   And on your reference
19   materials that you have for this case
20   that I received, you have an article by
21   Alfred Wehner.  "Cosmetic Talc Should Not
22   Be Listed As a Carcinogen:  Comments on
23   NTP Deliberations to Talc As a
24   Carcinogen."

Page 113

1           Do you recall that?
2           A.   I do.
3           Q.   You also listed a paper by
4    Mr. Zazenski, who -- it's entitled "Talc:
5    Occurrence, Characterization and Consumer
6    Applications."
7           Do you see that?  Do you
8    recall that?
9           A.   Yes.
10          Q.   Okay.  Did you know both of
11   those were published in Regulatory
12   Toxicology and Pharmacology?
13          A.   I don't recall that.  But --
14          Q.   Let's look at them.
15          MR. FROST:  Which one?  Are
16          you going to mark this?
17          MR. SMITH:  I'm going to
18          mark Alfred Wehner's publication
19          as Exhibit 13.  And Zazenski as
20          14.
21          (Document marked for
22          identification as Exhibit
23          Mossman-13.)
24          (Document marked for

29 (Pages 110 to 113)

Brooke T. Mossman, M.S., Ph.D.

1    identification as Exhibit
2    Mossman-14.)
3  BY MR. SMITH:
4    Q.   And let's look at both of
5  these. So, we have -- we went over
6  Regulatory Toxicology and Pharmacology,
7  what David Michaels wrote about them,
8  what was in the International Journal of
9  Occupational and Environmental Health
10  that you had not seen before. We went
11  over your publication in that journal,
12  which we just talked about and discussed
13  your opinion in the abstract that when
14  looking at asbestos versus the cleavage
15  fragments, you concluded the available
16  studies showed that cleavage fragments
17  are less bioreactive and cytotoxic than
18  asbestiform fibers.
19        Now we'll move to
20  Dr. Wehner's assessment in the same
21  journal. And if you look down at his
22  conclusion in the abstract, "Considering
23  talc as a carcinogen lacks convincing
24  scientific documentation."

1  consumers." And then he quotes Alfred
2  Wehner.
3        Do you see that?
4        MR. FROST:  Objection to
5  form.
6        THE WITNESS:  Yeah, you're
7  going a little fast here. Could
8  you just point me to where you're
9  reading from?
10  BY MR. SMITH:
11    Q.   Sure. It's under -- it's
12  Page 11 of 12 under the conclusions.
13    A.   Okay. Yeah.
14    Q.   Do you see that?
15    A.   Yes.
16        MR. SMITH:  Do you want to
17  take a break, or do you want to go
18  on to a different section?
19        MR. FROST:  If you're going
20  to move on to another section,
21  I'll use the restroom.
22        THE VIDEOGRAPHER:  Off the
23  record. Time is 10:36.
24        (Short break.)

1        Do you see that?
2        MR. FROST:  Objection to
3  form, the beginning of that
4  question.
5  BY MR. SMITH:
6    Q.   Do you see that, Doctor?
7    A.   I see it in the abstract,
8  yes.
9    Q.   And then if we go -- that's
10  in Exhibit 13.
11        And if we go to Exhibit 14,
12  "Talc Occurrence, Characterization, and
13  Consumer Applications," and we go to what
14  Mr. Zazenski wrote in this publication,
15  also published in Regulatory Toxicology
16  and Pharmacology, his conclusion on Page
17  11 of 12. "Used for decades in a wide
18  variety of cosmetic and other
19  applications, talc has proven to be the
20  safest among all consumer products.
21        "A thorough review of the
22  literature provides no convincing
23  evidence that cosmetic talc when used as
24  intended presents any health risk to

1        THE VIDEOGRAPHER:  We are
2  going back on record. Beginning
3  Media File Number 2. The time is
4  10:47.
5  BY MR. SMITH:
6    Q.   Okay. Doctor, what are the
7  different histological types of ovarian
8  cancer?
9    A.   There are four types. There
10  is invasive, the serous, which is the
11  most common, high grade, endometrioid,
12  clear cell, and mucinous.
13    Q.   Do you know which type is
14  diagnosed most in the United States?
15    A.   Yes. The first category of
16  the serous.
17    Q.   Where do most experts
18  believe the histological type originates
19  in the human body?
20        MR. FROST:  Objection to
21  form.
22        THE WITNESS:  They don't
23  know. They are all derivatives of
24  epithelioid or epithelial cells.

30 (Pages 114 to 117)

Brooke T. Mossman, M.S., Ph.D.

Page 118

1    But it's unclear whether they have
2    a common precursor or whether
3    there are different precursors
4    used for different histotypes.
5    BY MR. SMITH:
6        Q.   I'm talking about --
7    specifically about serous.  Do you
8    understand that the large -- or do you
9    understand that the large majority --
10   vast majority of epithelial ovarian
11   cancers diagnosed in the United States
12   are serous type?
13       A.   Yes.
14       Q.   And my question to you is,
15   do you know where scientists think that
16   the serous type histological type of
17   epithelial ovarian cancer originates?
18       A.   If you mean the site, it's
19   thought that it originates in the
20   fallopian tubes.
21       Q.   Peritoneal mesothelial cells
22   line the peritoneal cavity, fallopian
23   tubes, and ovaries of a woman, correct?
24       A.   They do, yes.

Page 119

1        Q.   Do you have an opinion about
2    what biological mechanisms or pathways
3    can lead to ovarian cancer?
4        A.   I have an idea based upon
5    what I have read and that is that there
6    are certainly genetic predispositions
7    that are associated with it.  There
8    certainly is an estrogen-dependent effect
9    or incessant ovulation, but in terms of
10   other causes, they aren't fully
11   understood.
12       Q.   And what about incessant
13   ovulation can lead to a woman contracting
14   ovarian cancer?
15       A.   Incessant ovulation is
16   thought to be important because it gives
17   rise to estrogens that may influence the
18   process of tumor development.
19       Q.   What about the rupture --
20   the more than normal or abnormal rupture
21   of incessant ovulation of the egg from
22   the ovary and causing inflammation and
23   injury chronically?  Have you not read
24   articles that base incessant ovulation as

Page 120

1    a risk factor on that mechanism as well?
2        MR. FROST:  Objection to
3    form.
4        THE WITNESS:  No.  I think
5    that that's an open-ended question
6    on what the estrogen or the
7    incessant ovulation does.  I don't
8    believe that it's linked to
9    chronic inflammation, for example,
10   in the ovary or in the fallopian
11   tubes.
12   BY MR. SMITH:
13       Q.   Okay.
14       A.   Or that has not been
15   demonstrated.
16       Q.   In 2010, did IARC list talc
17   as a possible carcinogen?
18       MR. FROST:  Objection to
19   form.
20       THE WITNESS:  Yes.  It
21   listed talc, yes.
22   BY MR. SMITH:
23       Q.   And IARC in 2012 listed
24   asbestos as a known human ovarian

Page 121

1    carcinogen, correct?
2        MR. FROST:  Objection to
3    form.
4        THE WITNESS:  It did.
5    BY MR. SMITH:
6        Q.   And in 2010, in IARC, and on
7    Prop 65, asbestiform talc is also a known
8    human carcinogen.  Are you familiar with
9    that?
10       A.   No.  You are going to have
11   to refresh my on Prop 65.
12       Q.   Prop 65 is the
13   classification in California.  Are you
14   familiar with that classification --
15       A.   I'm not familiar --
16       Q.   -- of hazardous substance?
17       A.   -- with the details of Prop
18   65.
19       Q.   Okay.
20       (Document marked for
21   identification as Exhibit
22   Mossman-15.)
23   BY MR. SMITH:
24       Q.   I'm going to attach as

31 (Pages 118 to 121)

Brooke T. Mossman, M.S., Ph.D.

Page 122

1  Exhibit 15, which is from OEHHA.  It's
2  the Prop 65 listing of talc containing
3  asbestiform fibers.  Have you seen that
4  listing, Doctor, before?
5       A.   I have not.
6       Q.   Have you seen the IARC
7  listing of talc-containing asbestiform
8  fibers as a Group 1 carcinogen?  Have you
9  seen that before?
10      A.   Have I seen, you mean the
11 monograph or --
12           (Document marked for
13           identification as Exhibit
14           Mossman-16.)
15 BY MR. SMITH:
16      Q.   Yes, I'm going to attach
17 that as Exhibit 16.
18      A.   Okay.
19      Q.   Keep it.  Have you seen that
20 before?
21           MR. FROST:  Just for the
22           record, because it's just a
23           section of it, is this the -- the
24           2010 talc monograph?

Page 123

1            MR. SMITH:  Yes.  It should
2       say it on the --
3            MR. FROST:  Yeah, it says
4       talc on the top, but it's one of
5       the --
6            MR. SMITH:  Yeah.
7  BY MR. SMITH:
8       Q.   Have you seen that before,
9  Doctor?
10      A.   I have read this document,
11 yes.
12      Q.   Okay.  I looked at -- are
13 all your opinions in this case contained
14 in your report?
15      A.   I believe so.  Yes.
16      Q.   And in your report, you
17 don't give a causation opinion on
18 cosmetic talc and ovarian cancer, do you?
19           MR. FROST:  Objection to
20      form.
21           THE WITNESS:  You're --
22      you're going to have to tell me
23      what the causation opinion is
24      specifically compared -- I don't

Page 124

1       have my expert report in front of
2       me.
3  BY MR. SMITH:
4       Q.   In your -- I'm sorry --
5       A.   Like the jargon -- I'm
6  sorry --
7       Q.   Go ahead.
8       A.   -- about the causation
9  opinion.  I -- I list several opinions.
10      Q.   I understand.
11      A.   But causation opinions, I'm
12 not certain what you mean exactly.
13      Q.   I never saw a definitive
14 opinion in your report that says talc
15 does not cause ovarian cancer.
16           MR. FROST:  Objection to
17      form.
18           THE WITNESS:  It -- it
19      should have been conveyed as such.
20 BY MR. SMITH:
21      Q.   Okay.  And we'll get to your
22 report in a minute.
23      A.   Okay.
24      Q.   Well, when did you arrive at

Page 125

1  your opinions in this case?  I mean I see
2  the draft report was February 25, 2019,
3  was when it's signed.
4            Surely you came to your
5  opinions before it was drafted?
6            MR. FROST:  Form.
7            THE WITNESS:  I did.  I
8       reviewed all the literature and
9       came to my opinions before I
10      drafted that report, which would
11      have been probably at the end of
12      December or in January of this
13      year.
14 BY MR. SMITH:
15      Q.   Okay.  So you're saying in
16 your opinion, you give an opinion in your
17 report that -- on cosmetic-grade talc and
18 it causing ovarian cancer, or not causing
19 ovarian cancer?
20           MR. FROST:  Objection to
21      form.
22           THE WITNESS:  Yeah, I'd have
23      to look at my opinions.
24 BY MR. SMITH:

32 (Pages 122 to 125)

Brooke T. Mossman, M.S., Ph.D.

Page 126

```
 1        Q.   Hold on a second.  Had you
 2   formed that opinion in October 26th of
 3   2018?
 4        A.   Which opinion, to answer?
 5        Q.   That talc, cosmetic-grade
 6   talc does not cause ovarian cancer.
 7        A.   Yes.
 8        Q.   You weren't able to give me
 9   that opinion in the Brower case.  I
10   specifically asked you many, many times
11   and your counsel objected saying she does
12   not going to give a causation opinion.
13   She's not here to give a causation
14   opinion.  Do you recall that?
15             MR. FROST:  Objection to
16        form.
17             THE WITNESS:  Yes, that
18        was -- that was before I reviewed
19        the scientific literature.
20   BY MR. SMITH:
21        Q.   Well, I just asked you, did
22   you have that opinion on October 26, 2018
23   and you said you did.  And that's when
24   you were deposed in Brower.
```

Page 127

```
 1             MR. FROST:  Objection.
 2             THE WITNESS:  Yeah, I'm not
 3        sure what you mean about by my
 4        opinion.  My opinion has been
 5        bolstered in terms of talc and
 6        causation by reading since
 7        October 18th.
 8   BY MR. SMITH:
 9        Q.   I want to read on Page 66 of
10   the Brower deposition.
11             MR. FROST:  Give me a
12        second.  Let me catch up to you.
13             THE WITNESS:  66?  Okay.
14             MR. FROST:  Do you have
15        that, Brooke?
16             THE WITNESS:  Hold on.  I'm
17        almost there.
18             Okay.
19   BY MR. SMITH:
20        Q.   And it goes -- it's 66 and
21   I'm going to go to Line 4.
22             "But that's not what she
23        said and nor has she retracted.  There
24        are three things she relies for the basis
```

Page 128

```
 1   of her opinion that talc does not cause
 2   ovarian cancer and I need to get to the
 3   bottom of that.
 4             He said, "Yeah, I understand
 5        that.  I'm trying to tell you that --
 6        that not going to ask her as a broad a
 7        question as does talc cause ovarian
 8        cancer based on all these entities.
 9        We're going to ask her about her research
10        and what it means in terms of talc's
11        ability to cause the changes that can
12        lead to cancer, and then specifically the
13        testimony she's given previously
14        regarding her in vitro studies as well as
15        her review of animal studies dealing with
16        mesothelioma and talc, and testimony
17        she's given previously about cleavage
18        fragments, and then finally her opinions
19        and interpretation of Lauren
20        Plunkett's -- let me rephrase that.
21        The -- her comments on the interpretation
22        that Lauren Plunkett provided concerning
23        her studies as well as similar -- similar
24        studies."
```

Page 129

```
 1             Has that changed, that
 2        you're -- you're going to give an opinion
 3        generally that talc does not cause
 4        ovarian cancer from what your counsel
 5        said you were going to do in October 26,
 6        2018?
 7             MR. FROST:  Objection to
 8        form.  I just want to make the
 9        record clear that Brower is
10        obviously different than the MDL
11        case.
12             MR. SMITH:  I understand.
13             MR. FROST:  But you can
14        answer.
15   BY MR. SMITH:
16        Q.   Is -- is your report and
17   your testimony in this case different
18   than what you just -- what was said here?
19        A.   It's not any different.  I
20   think the emphasis is different, that I'm
21   relying upon my own research.  But in
22   addition, since October 18th -- or 26,
23   2018, I have read the literature in terms
24   of the lack of migration of talc to the
```

Brooke T. Mossman, M.S., Ph.D.

Page 130

1  ovary.  I've read the epidemiology.  And
2  I do have an opinion that is based upon
3  the peer-reviewed scientific medical
4  literature that talc is not associated
5  with the causation of ovarian cancers.
6       Q.  Okay.  We'll go specifically
7  in your report in a minute.  I just
8  wanted to bring that question out right
9  now.
10          You cannot tell me what the
11  risk factors for -- of ovarian cancer
12  are, can you?
13       A.  The risk factors vary
14  according to the epidemiological studies.
15       Q.  Do you consider talc a risk
16  factor for ovarian cancer?
17          MR. FROST:  Objection to
18  form.
19          THE WITNESS:  If you are
20  talking about a significant, it's
21  not a simple yes or no answer.
22          I would say that it -- talc
23  is not a significant risk factor
24  for ovarian cancer.

Page 131

1  BY MR. SMITH:
2       Q.  That wasn't my question,
3  Doctor.  Is talc a risk factor for
4  ovarian cancer?
5          MR. FROST:  Objection.
6          THE WITNESS:  I think I just
7  answered that, that it's not a
8  simple yes or no.
9          That the epidemiological
10  studies indicate that it is not.
11  BY MR. SMITH:
12       Q.  Are you an epidemiologist?
13       A.  No, but I certainly read the
14  epidemiology.
15       Q.  So do you consider talc a
16  risk factor for ovarian cancer?
17       A.  No, I don't.
18       Q.  Okay.  You are affiliated
19  with the University of Vermont Medical
20  Center, aren't you?
21       A.  I am.
22       Q.  Is it a reputable
23  organization?
24       A.  Yes.

Page 132

1          MR. SMITH:  I'd like to
2  attach this as the next numbered
3  Exhibit 17.
4          (Document marked for
5  identification as Exhibit
6  Mossman-17.)
7  BY MR. SMITH:
8       Q.  It's a printout from the
9  website, the University of Vermont
10  Medical Center on ovarian cancer.
11          And if you go to the second
12  page, Doctor, it talks -- it has listed
13  here the gynecological -- gynecologic
14  oncology group with that organization.
15  Do you see that on the front page?
16       A.  Yes.  I don't know who -- I
17  don't see any names listed.
18       Q.  And this is -- do you see at
19  the top, University of Vermont Medical
20  Center?  Do you see that?
21       A.  I do.
22       Q.  And it has ovarian cancer
23  listed at the top, correct, right under
24  the heading?  Right here.

Page 133

1       A.  Hold on here.  Yes.
2       Q.  And if you flip to the
3  second page, "Ovarian cancer, what you
4  need to know."  It says, "Ovarian cancer,
5  what is it?  Ovarian cancer risk
6  factors."  You see, "Age older than 55,
7  obesity, reproductive history, family
8  history of ovarian cancer, personal
9  history of breast cancer, put talcum
10  powder directly on genitals or sanitary
11  napkins."
12          Do you see that?
13          MR. FROST:  Objection to
14  form.
15          THE WITNESS:  Yeah, where is
16  this?  I'm sorry.  Oh, I see it,
17  okay.
18  BY MR. SMITH:
19       Q.  It's the third page.  So you
20  would disagree with the University of
21  Vermont Medical Center on whether talc is
22  a risk factor when put directly on the
23  genitals and sanitary napkins for ovarian
24  cancer?

34 (Pages 130 to 133)

Brooke T. Mossman, M.S., Ph.D.

Page 134

1      A.  I rely, again, upon the
2  peer-reviewed scientific literature that
3  indicates certainly in cohort studies and
4  case-control studies that it is not a
5  risk factor in ovarian cancer.
6          MR. SMITH: I'm going to
7  object as nonresponsive.
8  BY MR. SMITH:
9      Q.  Doctor, do you disagree with
10  the University of Vermont Medical Center
11  in this publication that lists risk
12  factors for ovarian cancer, and one
13  being, "Put talcum powder directly on
14  genitals or sanitary napkins"?
15          MR. FROST: Objection to
16  form.  It's not a publication.
17          THE WITNESS: Yeah, and let
18  me emphasize that this isn't a --
19          MR. SMITH: And I'm -- I've
20  just about had it.  The speaking
21  objections are going to stop, or
22  I'm going to get the court in.
23  I'm -- this is the last one.  Your
24  speaking objections --

Page 135

1          MR. FROST: Sure.  I was
2  just --
3          MR. SMITH: Object to form.
4          MR. FROST: I was just
5  making it clear to you what your
6  objection is so you can --
7          MR. SMITH: I don't need it.
8  I don't need any speaking.  I need
9  to form.  And I'm done with it.
10  I've given you plenty of warnings.
11  BY MR. SMITH:
12      Q.  Ma'am, do you disagree or
13  agree with what I printed off the website
14  of the University of Vermont Medical
15  Center on ovarian cancer risks?
16      A.  I disagree that talcum
17  powder is a dose-related risk in ovarian
18  cancer based upon the peer-reviewed
19  scientific literature.
20      Q.  Ma'am, that's --
21          MR. SMITH: I'm going to
22  object to nonresponsiveness.
23  BY MR. SMITH:
24      Q.  Again, do you agree or

Page 136

1  disagree with the University of Vermont
2  Medical Center publication that I have in
3  front of you that's Exhibit 17, that
4  lists risk factors for ovarian cancer,
5  one being, "Put talcum powder directly on
6  genitals or sanitary napkins"?  Do you
7  agree or disagree with that?
8          MR. FROST: Objection to
9  form.
10          THE WITNESS: I disagree
11  that that is a risk factor that's
12  significant.
13  BY MR. SMITH:
14      Q.  Well, hold on.  Wonder if
15  it's not significant.  Do you believe
16  that talc is a risk -- an insignificant
17  risk factor?
18      A.  I -- when you say
19  insignificant, I would -- I -- let me
20  qualify that these studies that I've read
21  in terms of the epidemiology show that it
22  is -- that the risks of talc are not
23  significant.
24      Q.  So, there is some risk of

Page 137

1  talc applied to the genitals in its
2  relation to ovarian cancer.  You just say
3  it's small.
4          MR. FROST: Objection to
5  form.
6          THE WITNESS: No.  I'm
7  saying it's insignificant in the
8  scientific peer-reviewed
9  literature.
10  BY MR. SMITH:
11      Q.  Well, what do you define as
12  insignificant?  Because any risk to me of
13  getting one of the most deadly forms of
14  cancer, any risk at all that has -- on a
15  product that has no health benefit is
16  significant to me.  So we could be
17  defining significant and insignificant in
18  different terms.
19          So are you saying that there
20  is some risk, albeit small, of genital
21  application of talc and ovarian cancer?
22          MR. FROST: Objection to
23  form.
24          THE WITNESS: I am speaking

35 (Pages 134 to 137)

Brooke T. Mossman, M.S., Ph.D.

Page 138

1     from a scientist who has looked at
2     the risk, relative risks, in
3     cohort studies and all of these
4     indicate that talcum powder is not
5     a significant risk in ovarian
6     cancer causation.
7     BY MR. SMITH:
8          Q.   Well, when you say
9     significant -- not a significant risk,
10    it's still -- your answer implies that
11    there is still some risk, okay.
12         My question to you is,
13    however small or however significant or
14    not, is there some risk in its -- in the
15    application -- genital application of
16    talc and the risk of ovarian cancer?
17         MR. FROST:  Objection to
18    form.
19         THE WITNESS:  All I'm saying
20    is that no, it's not a simple yes
21    or no answer, that as a scientist,
22    looking at the literature, that
23    talc powder is not a statistically
24    significant risk factor in the

Page 139

1     causation of ovarian cancer.
2     BY MR. SMITH:
3          Q.   What do you base that on?
4          MR. FROST:  Objection to
5     form.
6          THE WITNESS:  All right.  Do
7     you want me to start with my
8     opinions?
9     BY MR. SMITH:
10         Q.   I want to know what you base
11    that statement on.
12         A.   Okay.
13         Q.   I don't need your opinions.
14    I know what they are.  We're going to get
15    to them.  I need to know what do you base
16    that the genital application of talc by a
17    woman in the epidemiological studies does
18    not provide or show a statistically
19    significant increased risk of ovarian
20    cancer?
21         MR. FROST:  Objection to
22    form.
23         THE WITNESS:  Again, I can
24    emphasize that it's based on

Page 140

1     epidemiology primarily.
2     BY MR. SMITH:
3          Q.   Ma'am I'm going to need you
4     to be more specific.  We're here to get
5     your opinions.  I don't need
6     generalities.
7          MR. FROST:  I'm going to say
8     Okay.  She's -- you've got to let
9     her finish her answer.  She's
10    going to follow up.
11         THE WITNESS:  So let's talk
12    about -- I have three reasons for
13    that statement, the first and most
14    important being the epidemiology;
15    that is, the cohort studies, all
16    of the four, looking at thousands
17    of individuals, do not indicate
18    that talcum powder is a risk in
19    the development of ovarian cancer,
20    and they state it as such.
21         I also would base --
22    BY MR. SMITH:
23         Q.   Well -- okay.  I'm going
24    to -- I want to -- let's just break each

Page 141

1     one down specifically.
2          A.   Okay.
3          Q.   All of those cohort studies
4     find a non-statistical increased risk,
5     correct?
6          MR. FROST:  Objection to
7     form.
8          THE WITNESS:  Again, if it's
9     not statistical, it can be chance.
10    We're talking about a risk less
11    than twofold, and in the field of
12    epidemiology and in the field of
13    biology in general, one looks at a
14    risk or a relative risk and it
15    generally becomes significant when
16    it's above two.
17         None of those studies show
18    an observed risk or relative risk
19    of greater than two.
20    BY MR. SMITH:
21         Q.   So you're saying to have a
22    substance be a risk factor for causing
23    disease, that you need a relative risk in
24    the epidemiology of 2.0 or higher?

36 (Pages 138 to 141)

Brooke T. Mossman, M.S., Ph.D.

Page 142

1      A.   In general, but you also can
2   exclude risks that are lower than that if
3   they aren't statistically significant.
4      Q.   Do you understand that
5   statistical significance in some of those
6   cohort studies might be because they did
7   not have enough people to power the
8   study?
9          MR. FROST: Objection.
10  BY MR. SMITH:
11     Q.   Have you looked at any of
12  that?
13         MR. FROST: Objection to
14     form.
15         THE WITNESS: I'm not -- I'm
16     not an epidemiologist. I'm not
17     going to go into the shortcomings
18     of these studies. But there are
19     thousands of individuals and they
20     did have the power to detect other
21     risk factors such as genetic
22     susceptibility.
23  BY MR. SMITH:
24     Q.   Well, do you know whether or

Page 143

1   not these cohorts assessed whether they
2   were genital talc users at one period and
3   followed up to see if they continued as
4   chronic users, or did they just ask them
5   at one point in time?
6          MR. FROST: Objection to
7      form.
8          THE WITNESS: I cannot go
9      through the details. All I can
10     tell you is the bottom lines of
11     these studies.
12         They had fairly reputable
13     talc histories. And they did not
14     show either a statistical increase
15     in relative risk, but they also
16     did not show that there was
17     consistency or dose-response based
18     on frequency or duration. And
19     those are other important
20     variables to consider.
21  BY MR. SMITH:
22     Q.   Do you know if any of these
23  studies took into account frequency and
24  duration to get an actual -- accurate

Page 144

1   exposure history, or did the cohort
2   studies just look at frequency or just
3   look at duration? Do you know?
4          MR. FROST: Objection to
5      form.
6          THE WITNESS: I -- again I'd
7      have to go back. If you've got a
8      copy of the studies I'd be happy
9      to comment on that.
10  BY MR. SMITH:
11     Q.   Well, let me ask you a
12  question. To get an accurate exposure
13  history, wouldn't you agree with me that
14  you need both frequency and duration to
15  get the most accurate exposure history in
16  a woman?
17         MR. FROST: Objection to
18     form.
19         THE WITNESS: Yeah. That
20     would be a question for an
21     epidemiologist.
22         I can't comment on the
23     relative importance of frequency,
24     duration, or dose.

Page 145

1   BY MR. SMITH:
2      Q.   Okay. So if I asked you how
3   many times a year you used genital talc,
4   and you told me how many times a year,
5   you -- you said -- excuse me.
6          How frequently you used
7   talc, and you said twice a week. How
8   would I ever know what the applications
9   were in a year if I don't know the
10  duration?
11         MR. FROST: Objection to
12     form.
13         THE WITNESS: Yeah, that's a
14     question for an epidemiologist. I
15     don't have the actual
16     questionnaires that were provided
17     in these studies.
18         But at the time they were
19     the best questionnaires that could
20     be gleaned in terms of personal
21     history of use.
22  BY MR. SMITH:
23     Q.   So you are relying on the
24  cohorts for your opinion on the

37 (Pages 142 to 145)

Brooke T. Mossman, M.S., Ph.D.

Page 146

1  epidemiological cohort studies that talc
2  does not significantly increase the risk
3  of ovarian cancer. You cannot tell me in
4  the cohorts how many times they asked the
5  question of -- if these women are genital
6  talc users or followed up to see if they
7  were genital talc users, correct?
8       MR. FROST: Objection to
9  form.
10      THE WITNESS: Again, I'd
11  have to look at the studies. I've
12  read them. I can't recall. There
13  are four of them. And I can't
14  recall whether the questionnaire
15  information was in detail in those
16  publications.
17      The important point is that
18  regardless of the questionnaire,
19  and the talc use that was
20  documented, there was not an
21  increase in dose-response or
22  frequency which gives additional
23  weight to the epidemiology that is
24  the relative risk that talc

Page 147

1      doesn't cause ovarian cancer.
2  BY MR. SMITH:
3      Q.   Well, if you're going to use
4  dose-response as one of the factors that
5  you're -- in these cohorts that you're
6  relying on to say that talc does not
7  significantly increase the risk of
8  ovarian cancer, and you can't tell me
9  whether these studies looked at frequency
10 and duration to get an accurate exposure
11 history, that would all factor in to
12 whether you get a dose-response
13 relationship is a little baffling.
14      Do you know whether or not
15 that these four cohort studies that
16 you're relying on, based on lack of
17 dose-response, that talc is not a
18 significant increased risk of ovarian
19 cancer, whether or not all four studies
20 looked at both frequency and duration to
21 get an accurate exposure history that
22 would relate to an adequate dose-response
23 answer to the question?
24      MR. FROST: Objection to

Page 148

1      form.
2      THE WITNESS: Yeah, I --
3  again, I would have to look at
4  those studies. I don't recall the
5  details. But they attempted to do
6  frequency and dose-response in the
7  studies.
8  BY MR. SMITH:
9      Q.   Can you tell me if they
10 allowed for an adequate latency period or
11 follow-up period for the women for a
12 latency -- latent injury and disease like
13 ovarian cancer, do you know if they
14 allowed for an adequate exposure --
15 latency exposure period?
16      MR. FROST: Objection to
17 form.
18      THE WITNESS: Yeah,
19 certainly the follow-up studies in
20 the Nurses' Health Study did. And
21 since we don't know the latency of
22 development, we -- I can't really
23 answer that question.
24 BY MR. SMITH:

Page 149

1      Q.   So that's -- what else do
2  you rely on to say that talc doesn't
3  significantly increase the risk of
4  ovarian cancer?
5      A.   The fact that there have
6  been many animal studies, including those
7  that have injected talc directly into the
8  ovary and those have not given rise to
9  ovarian cancers or mesotheliomas.
10      Q.   Did they show adverse
11 cellular changes?
12      A.   You'll have to define
13 adverse cellular change.
14      Q.   Did they show a reaction to
15 talc?
16      A.   I'm sure they must have.
17      Q.   Did you look at any other
18 epidemiological studies besides the
19 cohorts to arrive at your opinion that
20 talc does not significantly increase the
21 risk of ovarian cancer?
22      A.   Yes. I looked at the
23 case-control studies of which I believe
24 two out of -- I think there are at least

38 (Pages 146 to 149)

Brooke T. Mossman, M.S., Ph.D.

Page 150

1   14 or maybe even more, probably between
2   14 and 20 studies, on the majority of
3   those did not show significant risks.
4   And none of them showed an increase with
5   frequency or dose of talc.
6          Q.   Did not show a significant
7   increase in risk.
8          A.   Mm-hmm.
9          Q.   You mean the majority of
10  them did not show a statistical
11  significant increased risk of -- for
12  ovarian cancer?
13         A.   The majority of them did not
14  show a statistically significant risk for
15  ovarian cancer that was related to dose
16  and duration of exposure.
17         Q.   Well, hold on a second.
18  Let's -- dose-response is totally
19  separate from whether you -- you find a
20  statistically significant increased risk
21  of ovarian cancer from genital talc use
22  in a case-control study.  Let's break it
23  down.
24             You're saying the majority

Page 151

1   of the case-control studies did not show
2   a statistically significant increased
3   risk of ovarian cancer from genital talc
4   use?
5          A.   Yes.
6          Q.   Okay.
7              MR. FROST:  Objection to
8      form.
9   BY MR. SMITH:
10         Q.   What other epidemiological
11  studies did you look at?  Any?
12         A.   I looked at the summary of
13  the reports by Dr. Saenz and Dr. Diette
14  which covered these beautifully.  So my
15  opinions are certainly bolstered by their
16  reports.
17         Q.   So your opinions are
18  bolstered by two defense experts?
19         A.   That is after I wrote my
20  report.  So my original observations are
21  based on epidemiology and animal
22  experiments and mechanistic studies.
23         Q.   You haven't looked at any
24  animal experiments since 2010, right?

Page 152

1          A.   I haven't looked at them?
2          Q.   Any post 2010 animal
3   experience -- experiments.  I asked you
4   that in Brower.  Had you looked at any --
5   we talked about IARC in 2010, the
6   monograph.
7          A.   Right.
8          Q.   And you'd said you had not
9   looked at any animal studies post that
10  monograph; is that correct?
11         A.   That had been published
12  since 2010.
13         Q.   Yes.
14         A.   Correct.
15         Q.   And if the monograph is
16  published in 2010, you realize that most
17  of those studies occurred well before
18  2010?
19         A.   Yes.
20         Q.   Dr. Saenz, is she an
21  epidemiologist?
22         A.   I believe that she is an
23  oncologist.
24         Q.   Okay.  So you relied on the

Page 153

1   summary or giving credibility, you said,
2   or I don't know what term you used.
3   Bolstered your opinion by Dr. Saenz who
4   is a gynecological oncologist on the
5   epidemiology.
6              MR. FROST:  Objection to
7      form.
8   BY MR. SMITH:
9          Q.   Is that correct?
10         A.   Yes.  I think she gave a
11  very cogent review, and also I believe
12  Dr. Diette, I read his expert report and
13  he gives a, again, I feel a balanced,
14  good overview of the strengths and
15  weaknesses of the studies.
16         Q.   Did you do an independent
17  review of the strengths and weaknesses of
18  every epidemiological study that you just
19  discussed, that being the case-control
20  studies and the cohorts?
21             MR. FROST:  Objection.
22             THE WITNESS:  I did before I
23      wrote my report.  I didn't cover
24      it in my report.  I looked at

Brooke T. Mossman, M.S., Ph.D.

Page 154

1    these studies, however.  I read
2    them, and I looked at their
3    abstracts as well for their
4    significance.
5    BY MR. SMITH:
6        Q.   What basis do you have to
7    rely on the strengths and weaknesses of
8    epidemiological study when you say you're
9    not an epidemiologist or not an expert in
10   epidemiology?
11           MR. FROST:  Object to form.
12           THE WITNESS:  Epidemiology
13       is something throughout the years
14       that I've had to comment upon in
15       all of my published materials in
16       trying to make correlations
17       between what I observe and what's
18       been observed in epidemiology.
19           So I am not one to question
20       or critique the studies in terms
21       of their individual positive or
22       negative features.  But all the
23       studies say the same thing,
24       especially the cohort studies.

Page 155

1    BY MR. SMITH:
2        Q.   Well, if you're going to
3    give weight to certain evidence and not
4    weight to certain evidence to arrive at
5    an opinion, and you're not -- you're not
6    specifically look -- and are able to look
7    at the strengths and weaknesses of these
8    epidemiological studies, how do you
9    arrive at an opinion about the
10   epidemiological studies in general?
11           MR. FROST:  Objection to
12       form.
13           THE WITNESS:  As I
14       emphasize, I look at the relative
15       risk.  I look at whether there's a
16       dose-response relationship in
17       terms of talc use.  And there are
18       no other conclusions from these
19       studies that I can make other than
20       talcum powder does not pose a risk
21       that's significant in the
22       development of ovarian cancers.
23   BY MR. SMITH:
24       Q.   I would like to know the

Page 156

1    specific strengths and weaknesses of the
2    Nurses' Health studies that you examined
3    to give weight or non-weight to those
4    particular cohort studies.
5        A.   Okay.
6            MR. FROST:  Objection to
7        form.
8            THE WITNESS:  So I'm going
9        to give two without going back to
10       the papers, which aren't in front
11       of me.
12           There would not be the
13       issues of recall bias in these
14       studies as there would have been
15       in case-control studies.
16           And there would not have
17       been misclassification of tumors
18       because these are prospective
19       studies.
20           Other than that, I could not
21       comment unless I have the study in
22       front of me.
23   BY MR. SMITH:
24       Q.   That -- your statement that

Page 157

1    you just made is a statement that could
2    be made generally about any cohort versus
3    case-control study, correct?
4            MR. FROST:  Objection.
5            THE WITNESS:  You'd have to
6        ask an epidemiologist about that.
7    BY MR. SMITH:
8        Q.   I want to know the specific
9    shortcomings of the Nurses' Health
10   studies and the other two cohort studies
11   that you considered before giving any
12   weight to those studies for your opinion
13   that talc does not significantly increase
14   the risk of ovarian cancer?
15           MR. FROST:  Objection.
16           THE WITNESS:  Again, I did
17       not see specific weaknesses in
18       those studies.
19   BY MR. SMITH:
20       Q.   Okay.  Can talc be safely
21   absorbed in a woman's vagina?
22       A.   I don't think there's any
23   evidence for talc absorption in a vagina.
24           MR. FROST:  What number are

Brooke T. Mossman, M.S., Ph.D.

Page 158

1    we on?
2         MR. SMITH:  18.
3         (Document marked for
4    identification as Exhibit
5    Mossman-18.)
6    BY MR. SMITH:
7         Q.   Have you ever seen any
8    internal documents of the defendants, of
9    Johnson & Johnson, Imerys, Luzenac?
10        A.   I have not.
11        Q.   Have you asked to see any of
12   them?
13        A.   No.
14        Q.   Would you like to have seen
15   any of them?
16        A.   I wouldn't know what to ask
17   for.
18        Q.   Well, if they're scientific
19   and otherwise -- documents from the
20   company that you're defending from
21   scientists from the company, would you
22   have liked to have seen those?
23        MR. FROST:  Objection to
24   form.

Page 159

1         THE WITNESS:  Yeah, I can't
2    think of specific instances.
3         Again, I'm not looking at internal
4    documents to render my opinions.
5    I'm looking at the peer-reviewed
6    literature.
7    BY MR. SMITH:
8         Q.   This is an article --
9    actually, it's an internal memo from
10   Johnson & Johnson. You see the title
11   is -- subject is "Cornstarch
12   development." Would you agree with me
13   that cornstarch powder, there's no
14   reported ill effects of cornstarch powder
15   and ovarian cancer risk?
16        A.   I have not seen that in the
17   literature.  But I have not done a review
18   of cornstarch through PubMed.
19        Q.   You see, "Cornstarch
20   development, February 21st, 1964," at the
21   top.
22        Do you see that?
23        A.   I do.
24        Q.   And if you look at the

Page 160

1    bottom right there's a Bates number.  It
2    says J&J, and it's got some numbers.  And
3    that's just to indicate that they
4    produced this to me.
5         And what this document is,
6    Doctor, it's about a cornstarch
7    substitute that they were looking at in
8    testing.  And I want to go to the last
9    page.  It's called it's called a Dry Flo
10   product.  And in the second paragraph,
11   "Since the meeting, Ashton
12   established" -- and he is an employee of
13   Johnson & Johnson -- "the largest
14   commercial use of Dry-Flo are in vitamin
15   A manufacturer (5 percent in finished
16   product) and as a condom lubricant where
17   it had replaced talc because it was found
18   to be safely absorbed in the vagina,
19   whereas of course talc was not."
20        Do you have an opinion
21   whether talc can be safely absorbed in a
22   woman's vagina?
23        MR. FROST:  Objection to
24   form.

Page 161

1    BY MR. SMITH:
2         Q.   I think you stated earlier.
3    I thought you said that you couldn't see
4    any reason why it couldn't be.
5         MR. SMITH:  Could we go back
6    to that question?
7         THE WITNESS:  I don't know
8    what they mean by absorbed safely
9    in the vagina.  Talc enters and
10   other things enter cells.  They're
11   not absorbed.  So I have -- I'm
12   not sure what the scientific
13   information is here.
14   BY MR. SMITH:
15        Q.   If you believe that talc
16   could be safely absorbed in a woman's
17   vagina, you would be in disagreement with
18   Mr. Ashton that wrote this letter on
19   February 21, 1964, as an employee of
20   Johnson & Johnson, correct?
21        MR. FROST:  Objection to
22   form.
23        THE WITNESS:  Yeah, I have
24   not -- I can't comment on this,

41 (Pages 158 to 161)

Brooke T. Mossman, M.S., Ph.D.

Page 162

1    because I'm unaware of any studies
2    with either cornstarch or talc
3    absorption in the vagina. I don't
4    know what that means.
5    BY MR. SMITH:
6        Q.   Can talc cause inflammation?
7            MR. FROST: Objection to
8    form.
9            THE WITNESS: Again, it
10   depends upon the circumstances and
11   the dose and the site of
12   application.
13   BY MR. SMITH:
14       Q.   Can talc cause inflammation?
15           MR. FROST: Objection to
16   form.
17           THE WITNESS: Yeah. You'd
18   have to ask me in terms of the
19   dose or give me an example.
20   BY MR. SMITH:
21       Q.   Is talc capable of causing
22   inflammation in human tissue?
23           MR. FROST: Objection to
24   form.

Page 163

1            THE WITNESS: In human
2    tissue? It's been used in
3    pleurodesis if that's what you're
4    talking about, which induces an
5    acute inflammation that's
6    beneficial to patients with
7    malignant effusions.
8    BY MR. SMITH:
9        Q.   Can chronic inflammation
10   lead to ovarian cancer?
11           MR. FROST: Objection to
12   form.
13           THE WITNESS: There is no
14   evidence that it's linked to
15   causation.
16           So I can't comment on that.
17   It hasn't been shown.
18   BY MR. SMITH:
19       Q.   Can oxidative stress lead to
20   ovarian cancer?
21           MR. FROST: Objection to
22   form.
23           THE WITNESS: Yeah, I
24   couldn't agree with that in the

Page 164

1    broadest sense. It would depend
2    upon the dose, duration from the
3    oxidant stress.
4    BY MR. SMITH:
5        Q.   Do you have an opinion on
6    whether inhaled particles can reach the
7    ovaries?
8        A.   That has not been shown.
9            So no one has really looked
10   at that in detail. But the answer is
11   that most of the information suggests
12   that an inhaled particle is dealt with
13   locally, rather than disseminated.
14   Although there's evidence in the
15   bloodstream that there is dissemination
16   of materials throughout the body.
17       Q.   Have you ever conducted a
18   study on cosmetic talc and ovarian
19   cancer?
20       A.   I haven't used cosmetic
21   talc, as I've said previously.
22       Q.   Have you ever published on
23   asbestos and ovarian cancer?
24       A.   No. But I've published

Page 165

1    studies on asbestos, on ovarian
2    epithelial cells.
3        Q.   Have you ever published on
4    asbestos and ovarian cancer?
5            MR. FROST: Objection to
6    form.
7            THE WITNESS: Yeah, I did
8    state, and I believe it's in the
9    Shukla and Hillegass paper,
10   references on ovarian cancer and
11   asbestos.
12   BY MR. SMITH:
13       Q.   Can you turn to the Brower
14   deposition Page 134?
15       A.   Mm-hmm.
16       Q.   Line 10.
17           "Question: Have you ever
18   conducted a study on asbestos and ovarian
19   cancer?
20           "Answer: No."
21           Has that changed since
22   October of 2000 --
23       A.   I'm sorry, could you point
24   that out again?

42 (Pages 162 to 165)

Brooke T. Mossman, M.S., Ph.D.

Page 166

1      Q.   Sure.  Line 10, on Page 134.
2      "Question:  Have you ever
3  conducted a study on asbestos and ovarian
4  cancer?"
5          And what was your answer?
6      A.   No.  I haven't looked at
7  ovarian cancer, per se.
8      Q.   Can I rely on that testimony
9  in Brower as being accurate?
10      A.   Pardon me?
11      Q.   Can I rely on the testimony
12  in this Brower case that I just read as
13  being accurate?
14      A.   Yes.  I've not looked at --
15  at asbestos and ovarian cancer.  I
16  emphasize that I've looked at asbestos
17  effects on ovarian epithelial case.
18      Q.   Have you ever given a speech
19  or seminar on talc and ovarian cancer?
20      A.   No.
21      Q.   Have you ever done --
22  conducted a study on fibrous talc and its
23  carcinogenicity related to ovarian
24  cancer?

Page 167

1      A.   You're going to have to be
2  specific.  When you talk about ovarian
3  cancer studies, are you talking about
4  studies on ovarian epithelial cells or
5  are you talking about studies on cancer
6  cells?
7      Q.   Can you look at Page 136 of
8  your Brower testimony?
9      A.   Sure.
10      Q.   Line 4.  "And you've never
11  conducted a study on fibrous talc and its
12  carcinogenicity to ovarian cancer,
13  correct?
14          "Answer:  I have not used
15  ovarian cells in studies with fibrous
16  talcs."
17          Is that still true today?
18      A.   Yes.  Fibrous talcs have not
19  been evaluated in ovarian epithelial
20  cells.
21      Q.   Have you ever conducted a
22  study on asbestiform talc and ovarian
23  cancer?
24      A.   No.

Page 168

1      Q.   Have you ever conducted a
2  study on EMPs and ovarian cancer?
3      A.   Again, I haven't used
4  ovarian cancer cells, just ovarian
5  epithelial cells that develop into
6  cancer.
7      Q.   And EMPs can cause
8  epigenetic changes in human cells that
9  may lead to cancer, correct?
10          MR. FROST:  Objection to
11      form.
12          THE WITNESS:  Again, it
13      depends on the EMP.  That's true
14      for amphibole asbestos fibers.
15  BY MR. SMITH:
16      Q.   Well, it's true for any
17  elongated mineral particle, correct?
18      A.   What --
19      Q.   Not just asbestos?
20      A.   That does what?
21      Q.   That cause can give rise to
22  epigenetic changes in human cells that
23  may lead to cancer.
24      A.   No.  There are other --

Page 169

1  there are materials that we and others
2  have used as negative controls in our
3  studies that are fibrous and are EMPs
4  that don't give rise to precancerous
5  changes.
6      Q.   Have you ever conducted a
7  study on heavy metals and ovarian cancer?
8      A.   I haven't.
9      Q.   Can you give an opinion on
10  whether heavy metals contribute to cause
11  ovarian cancer?
12      A.   Yes.  I have not seen any
13  studies where heavy metals have given
14  rise to ovarian cancers in animals.
15      Q.   You're saying there are no
16  studies on heavy metals and ovarian
17  cancer risk?
18      A.   I --
19          MR. FROST:  Objection to
20      form.
21          THE WITNESS:  The -- I have
22      not seen any studies that have
23      given rise to ovarian cancers.
24      There are many studies with

43 (Pages 166 to 169)

Brooke T. Mossman, M.S., Ph.D.

Page 170

1    animals using heavy metals at a
2    variety of high concentrations and
3    methods of injection or
4    inhalation.  And these have not
5    given rise to ovarian cancers.
6  BY MR. SMITH:
7        Q.   What about, do you have an
8  opinion whether fibrous talc can cause
9  ovarian cancer?
10        MR. FROST:  Objection to
11       form.
12        THE WITNESS:  Based upon my
13       research with lung epithelial
14       cells, I would argue against that
15       being a true statement.
16  BY MR. SMITH:
17        Q.   So you are extrapolating
18  your studies on lung cells to whether
19  fibrous talc can cause ovarian cancer?
20        A.   I'm not extrapolating.  I'm
21  saying that fibrous talcs as evaluated in
22  my studies and in animal studies have not
23  given rise to ovarian cancers.
24        Q.   You would --

Page 171

1        A.   So that would argue against
2  the connection.
3        Q.   Do you know whether fibrous
4  talc or other minerals act differently in
5  pleural cells versus ovarian cells or
6  peritoneal cells?
7        MR. FROST:  Objection to
8       form.
9        THE WITNESS:  No, they turn
10       on the same signaling pathways in
11       lung epithelial cells and
12       mesothelial cells.
13  BY MR. SMITH:
14        Q.   Do you know whether or not
15  fiber dimensions, crystalline structures,
16  shape tensile strength of asbestos, have
17  any relevance to ovarian cancer?
18        A.   Could we go through these
19  one at a time?
20        Q.   Sure.
21        A.   So, I would argue that these
22  different properties are properties of
23  asbestos fibers that have given rise to
24  mesotheliomas or lung cancers.

Page 172

1        If they were relevant to
2  ovarian epithelial cells, I would have
3  seen responses to these materials in my
4  studies.
5        Q.   But you've never tested
6  ovarian cells for that?
7        A.   No.  But as I emphasize,
8  I've got -- I've gotten the same
9  responses in lung epithelial and
10  mesothelial cells.  So there's different
11  cell types that are important.
12        Again, epithelial cells are
13  the cells that give rise to cancers.  So
14  ovarian epithelial cells are probably
15  very similar in their responses to lung
16  epithelial cells.
17        Q.   Probably?  What are you
18  basing that on?  Probably?
19        MR. FROST:  Objection.
20        THE WITNESS:  Yeah, I'm
21       basing it on historical studies
22       with asbestos fibers that have
23       shown the same pre-neoplastic
24       effects in our laboratory, in

Page 173

1  other laboratories that have
2  looked at a host or a huge range
3  of different cell types.  And the
4  basic phenomena, the properties of
5  those asbestos fibers are the same
6  in terms of their biological
7  reactivity in a host of different
8  cell types.
9  BY MR. SMITH:
10        Q.   But you've never done that
11  with ovarian cancer cells, right?
12        A.   I have --
13        Q.   Ovarian cells, excuse me.
14        A.   Yeah.
15        Q.   You have not done that with
16  ovarian cells?
17        A.   I have only looked at
18  fibrous -- I should say non-fibrous talc
19  in ovarian epithelial cells.
20        Q.   And when we were talking
21  about fibrous talc earlier, you've never
22  done any studies on fibrous talc correct?
23        A.   I had done studies on
24  fibrous talcs.

44 (Pages 170 to 173)

Brooke T. Mossman, M.S., Ph.D.

Page 174

1    Q.   The one study in New York,
2  correct?
3    A.   The study with Dr. Wiley
4  where we looked in two different cell
5  types at three different preparations of
6  fibrous talcs.
7    Q.   Is crystalline silica a
8  fibrogenic dust that causes oxidative
9  damage to cells?
10    A.   It does at very high
11  concentrations.
12    Q.   Have you ever performed
13  rodent studies on talc?
14    A.   I have not.
15    Q.   You've never performed any
16  rodent inhalation studies on talc and its
17  relation to ovarian cancer; is that true?
18    A.   I have not performed the
19  studies.
20    Q.   Same for cleavage fragments?
21    A.   I have not used cleavage
22  fragments in rodent inhalation studies.
23    Q.   You've not performed studies
24  on whether or not asbestos cleavage

Page 175

1  fragments cause ovarian cancer, correct?
2    A.   I have not looked at
3  cleavage fragments in ovarian epithelial
4  cells, that's correct.
5    Q.   And you do not know whether
6  the biodurability of asbestos or talc
7  have any relevance to the development of
8  ovarian cancer, correct?
9    A.   That hasn't been examined
10  since we don't know the latency period of
11  ovarian cancers to begin with.
12    Q.   Do you know what Baby Powder
13  is made of?
14    MR. FROST:  Objection to
15  form.
16    THE WITNESS:  Yeah.  I -- I
17  believe it's indicated as such on
18  the label.
19    In general, yes.  I'm aware
20  that it has some fragrance
21  chemicals, but it's also a very
22  pure type of talc.
23  BY MR. SMITH:
24    Q.   A very pure type of talc.

Page 176

1  What do you base that on?
2    A.   The fact that Zazenski and
3  others describe it as cosmetic and
4  pharmaceutical talcs are 98 percent pure
5  as opposed to industrial talcs from the
6  mining sites.
7    Q.   You're relying on Zazenski,
8  who was an employee of Imerys, who is
9  involved in talc litigation, who
10  published in the Regulatory Toxicology
11  and Pharmacology publication that we
12  discussed earlier?
13    MR. FROST:  Objection to
14  form.
15    THE WITNESS:  That's only
16  one paper.  I believe that this is
17  summarized in IARC 2010.  It says
18  the exact same thing.
19  BY MR. SMITH:
20    Q.   Well, hold on.  You said you
21  hadn't seen any internal documents.
22  Where are you seeing the Zazenski stuff?
23    A.   Zazenski is a paper that I
24  pulled from the literature in a

Page 177

1  peer-reviewed journal.
2    Q.   The Regulatory Toxicology
3  and Pharmacology --
4    A.   Talked about -- yes.
5    Q.   -- publication?
6    A.   Yes.  That's one source.
7    IARC also summarizes the
8  properties of talcs in its monograph in
9  several places in the 2010 document.  And
10  has additional references.
11    Q.   What is Shower to Shower
12  made of?
13    A.   I would have to look at the
14  label.
15    Q.   Do you know?
16    A.   I don't.
17    Q.   Do you know what percentage
18  of Baby Powder is talc and what is
19  other -- other constituents?
20    A.   I don't know the percentage
21  values.
22    Q.   None of your studies
23  concerned Baby Powder or Shower to
24  Shower, correct?

45 (Pages 174 to 177)

Brooke T. Mossman, M.S., Ph.D.

Page 178

1         A.   I have not used those
2    specifically.
3         Q.   None of your studies include
4    cosmetic-grade talc or talc from any mine
5    that has been sourced from these two
6    products, correct?
7              MR. FROST:  Objection to
8         form.
9              THE WITNESS:  Again, I
10        worked with industrial talcs, one
11        a Barrett mining talc.  I don't
12        know whether it's been sourced for
13        cosmetic talcs.
14   BY MR. SMITH:
15        Q.   Well, you've never worked
16   with talc from Vermont, correct,
17   cosmetic-grade talc from Vermont?
18        A.   That's correct.
19        Q.   You've never worked with
20   cosmetic-grade talc from China, correct?
21        A.   That's correct.
22        Q.   You've never worked with
23   cosmetic-grade talc from Italy, correct?
24        A.   Correct.

Page 179

1         Q.   Okay.  You've never
2    performed any animal inhalation studies
3    with Baby Powder or Shower to Shower,
4    correct?
5         A.   That's correct.
6         Q.   And you've never performed
7    any animal inhalation studies with
8    cosmetic-grade talc or talc from any mine
9    that has been sourced from these two
10   products, correct?
11        A.   That's correct.
12        Q.   You've never performed any
13   work or studies on Johnson & Johnson's
14   Baby Powder or Shower to Shower, correct?
15        A.   Correct.
16        Q.   Do you know what the fiber
17   or mineral size of these two products
18   are?
19        A.   I have not looked at fiber
20   size dimensions of cosmetic talcs, no.
21        Q.   What types of asbestos have
22   been found in Johnson & Johnson Baby
23   Powder and Shower to Shower?
24             MR. FROST:  Objection to

Page 180

1    form.
2              THE WITNESS:  None, to my
3         knowledge.
4    BY MR. SMITH:
5         Q.   You've never seen the report
6    of Dr. Longo?
7         A.   I'm aware he has one.  I
8    have not reviewed it for this case.
9         Q.   You didn't think it was
10   important to know what the testing
11   results were from the '60s, '70s, '80s,
12   '90s, and 2000s from Johnson & Johnson
13   bottles from their own possession from
14   their own museum regarding the presence
15   of asbestos or not?
16             MR. FROST:  Objection to
17        form.
18             THE WITNESS:  Yeah, I had no
19        information suggesting that
20        asbestos was found in cosmetic
21        talcs.  And I would assume that
22        Dr. Longo's information is
23        court-related and not in the
24        peer-reviewed scientific

Page 181

1    literature.  So for that reason, I
2    wouldn't have looked at it.
3    BY MR. SMITH:
4         Q.   Well, the fact that you have
5    an opinion that cosmetic-grade talc,
6    which you've never done any studies on,
7    is not a risk factor or cause of ovarian
8    cancer, and those are your opinions in
9    this case as you stated earlier, don't
10   you think it would be pretty important to
11   know if there are any carcinogenic
12   substances that are found in the products
13   that are at issue in this case before
14   rendering that opinion?
15             MR. FROST:  Objection to
16        form.
17             THE WITNESS:  Again, that's
18        why I read the IARC information,
19        and IARC in 2010 says that there
20        are no asbestos fibers in cosmetic
21        talcs.
22   BY MR. SMITH:
23        Q.   Have you reviewed the
24   internal documents of Johnson & Johnson

46 (Pages 178 to 181)

Brooke T. Mossman, M.S., Ph.D.

Page 182

1  and Imerys to see the numerous times that
2  different types of asbestos have been
3  found in their products, in their own
4  internal testing?
5          MR. FROST:  Objection to
6      form.
7          THE WITNESS:  No.  I
8      wouldn't know what documents to
9      even ask for.
10  BY MR. SMITH:
11      Q.   Don't you think it's
12  important -- again, if you're going to
13  render an opinion about -- and we're
14  talking about -- at issue in this case is
15  cosmetic-grade talc, not industrial,
16  right?
17      A.   Correct.
18      Q.   And we're talking about two
19  products, Baby Powder and Shower to
20  Shower, applied to a woman's genital area
21  and that causing ovarian cancer, correct?
22      A.   Again, I emphasize that it
23  wouldn't make any difference whether
24  there was a small amount of asbestos in

Page 183

1  there, in terms of my opinion.  Those
2  talcs were used by individuals, I'm sure,
3  in the Women's Health Initiative, the
4  Gonzalez study and the Nurses' Health
5  study used cosmetic talcs, and they
6  didn't report an increase in ovarian
7  cancers.
8          So in attempting to go back
9  in time and point out discovery of a few
10  fibers is not conclusive evidence in any
11  regard in terms of my opinions.
12      Q.   You did not look at any
13  meta-analyses in this case, did you?
14      A.   Meta-analyses?  I certainly
15  did.  I looked at meta-analyses in terms
16  of the epidemiology.
17      Q.   What did the meta-analyses
18  of talc and ovarian cancer risk reveal?
19      A.   The meta-analyses with the
20  exception of, I believe it's
21  Penninkilampi who eliminated one of the
22  more recent cohort studies, all say the
23  same thing.
24      Q.   What's that?

Page 184

1      A.   That there is not a
2  significantly increased risk of ovarian
3  cancer that's related to dose dependency
4  of talc use in these studies.
5      Q.   Let's -- let's get it
6  straight.
7          So the meta-analyses that
8  you looked at in forming the basis of
9  your opinion that talc does not cause or
10  is a risk factor for ovarian cancer, you
11  based in part on also the meta-analyses
12  for which you say those meta-analyses
13  state consistently the same thing, that
14  talc -- in those studies show that talc
15  does not cause -- those studies did not
16  show that talc increases the risk of
17  ovarian cancer and that -- that finding
18  is statistically significant, correct?
19          MR. FROST:  Objection to
20      form.
21          THE WITNESS:  We'd have to
22      go back to the papers.  I'm aware
23      that the meta-analyses that I've
24      looked at may have been for the

Page 185

1      case-related studies or the
2      case-control studies.  And with
3      the exception of Penninkilampi,
4      the meta-analyses that I looked at
5      did not suggest an increase in
6      ovarian cancer that was associated
7      with talc use.
8  BY MR. SMITH:
9      Q.   Okay.  You do not know if
10  there are EMPs in Baby Powder or Shower
11  to Shower, do you?
12      A.   I don't.
13      Q.   You don't know if there are
14  EMPs in cosmetic-grade talc, do you?
15      A.   I don't.
16      Q.   Do you know if scientists
17  have found EMPs in Baby Powder or Shower
18  to Shower?
19          MR. FROST:  Objection to
20      form.
21          THE WITNESS:  Yeah, I
22      haven't seen it in the
23      peer-reviewed scientific
24      literature.

47 (Pages 182 to 185)

Brooke T. Mossman, M.S., Ph.D.

Page 186

1  BY MR. SMITH:
2      Q.   You can't tell me whether or
3  not there's asbestiform talc in Baby
4  Powder or Shower to Shower, correct?
5          MR. FROST:  Objection to
6      form.
7          THE WITNESS:  Again, it
8      hasn't been indicated as such
9      and -- or published in the
10     peer-reviewed scientific
11     literature.
12 BY MR. SMITH:
13     Q.   And again, you have not
14 looked at the reports of Dr. Longo or
15 Rigler.
16         Have you seen the -- the
17 publication of Dr. Blount?
18     A.   I have -- the -- is this a
19 publication of many years ago, 40 years
20 ago?
21     Q.   It's in the 1990s.
22     A.   I did look at that at one
23 point, yes.
24     Q.   Okay.  What did it -- what

Page 187

1  did it say?
2      A.   It was confusing in terms of
3  her use of the nomenclature of talc,
4  which she referred to as sometimes
5  acicular, other types fibrous.  It was
6  difficult to interpret that paper.
7      Q.   So, you don't know whether
8  or not they talked about whether there
9  was asbestiform in -- found in Johnson &
10 Johnson's Baby Powder or Shower to Shower
11 products?
12         MR. FROST:  Objection to
13     form.
14         THE WITNESS:  Yeah, I don't
15     recall that this paper identified
16     the products that she examined.
17 BY MR. SMITH:
18     Q.   Okay.  Have you ever seen
19 any other testimony or asked for any
20 other testimony or been shown any
21 testimony that reveals what the source of
22 her study was, that being talc?
23     A.   I -- yeah, I don't recall.
24 Recently, no.

Page 188

1      Q.   Would you have liked to have
2  known that or seen that when you were
3  reviewing the study?
4          MR. FROST:  Objection to
5      form.
6          THE WITNESS:  Well, my --
7      probably not.  Because I know that
8      talc and fiber identification and
9      the methods used have become
10     increasingly more significant in
11     terms of newer approaches.  So I
12     wouldn't have been interested in
13     her work, which I believe was 40
14     or 50 years ago and had
15     questionable use of the
16     appropriate techniques.
17 BY MR. SMITH:
18     Q.   Okay.  You are aware that --
19 you are not an expert in testing for
20 asbestos, are you, the presence of
21 asbestos?
22     A.   I'm not.
23     Q.   Did you understand that the
24 Blount method is a recognized method for

Page 189

1  testing for asbestos in -- in certain
2  products?
3          MR. FROST:  Objection to
4      form.
5          THE WITNESS:  Again, I
6      emphasize that she used a
7      concentration method to
8      concentrate materials and I
9      believe that is accepted, but has
10     been questioned by scientists.
11         I am quite certain that she
12     didn't use other approaches such
13     as zonal access x-ray diffraction,
14     which is state of the art today,
15     for fiber identification.
16 BY MR. SMITH:
17     Q.   Do you know if Dr. Longo and
18 Dr. Rigler did that on the products that
19 were provided them by Johnson & Johnson?
20         MR. FROST:  Objection to
21     form.
22         THE WITNESS:  I don't know.
23 BY MR. SMITH:
24     Q.   And again, you are not an

48 (Pages 186 to 189)

Brooke T. Mossman, M.S., Ph.D.

Page 190

1    expert in identifying asbestos in
2    materials, right?
3        A.   I don't look at air samples
4    or lung digests for asbestos fibers.
5        Q.   Or -- or evaluate, for
6    instance, Baby Powder or Shower to Shower
7    to determine whether asbestos, heavy
8    metal, silica, were present, correct?
9        A.   I don't do that.  I'm a
10   biologist.
11       Q.   Do you know whether or not
12   there are carcinogenic heavy metals in
13   Baby Powder and Shower to Shower?
14       A.   Again, the carcinogens that
15   had been listed by Dr. Selikoff in her
16   report have not given rise in
17   epidemiology or animal studies to ovarian
18   cancers.
19       Q.   Do you know whether or not
20   there is carcinogenic crystalline silica
21   in Baby Powder or Shower to Shower?
22       A.   I don't.
23       Q.   We talked about the
24   different types of asbestos earlier.  Do

Page 191

1    you recall that?
2        A.   I do.
3        Q.   And we were -- I was asking
4    you whether or not you thought that all
5    types of asbestos were carcinogenic to
6    humans.  Do you recall that?
7        A.   I do.
8        Q.   And we discussed the NTP and
9    IARC have determined that all forms of
10   asbestos are known human carcinogens,
11   correct?
12           MR. FROST:  Objection to
13       form.
14           THE WITNESS:  That is stated
15       in terms of their regulatory
16       policies, yes.
17   BY MR. SMITH:
18       Q.   I will attach, the next
19   numbered exhibit is 19.
20           (Document marked for
21       identification as Exhibit
22       Mossman-19.)
23   BY MR. SMITH:
24       Q.   And you've seen this

Page 192

1    document before, Doctor?
2        A.   I have.
3        Q.   And this is on asbestos,
4    chrysotile, amosite, crocidolite,
5    tremolite, actinolite, and anthophyllite,
6    and this is the IARC monograph, right?
7        A.   Yes.
8        Q.   And if you flip to Page 253,
9    it's Page 35 of 92 down at the bottom.
10   If you look at the very bottom of the
11   page, Doctor.  It discusses cancer of the
12   ovary.
13       A.   35 of 92?
14       Q.   Yes, ma'am.
15       A.   Okay.
16       Q.   Do you see that?
17       A.   Yes.
18       Q.   And then it goes on, on
19   Page 76 of 92, for the evaluation.  It's
20   near the end.  It states, "There is
21   sufficient evidence in humans for the
22   carcinogenicity of all forms of asbestos,
23   chrysotile, crocidolite, amosite,
24   tremolite, actinolite, and

Page 193

1    anthophyllite."
2        A.   Could you point --
3           MR. FROST:  I was going to
4       say, where are you reading from?
5           THE WITNESS:  Yeah.
6           MR. SMITH:  I'm sorry.  I
7       might not have said it.  I might
8       have been thinking it and didn't
9       say it.
10   BY MR. SMITH:
11       Q.   Page 76 of 92, down at the
12   bottom --
13           MR. FROST:  Oh, under
14       evaluation?
15           MR. SMITH:  Yeah, under
16       evaluation.
17           THE WITNESS:  76.
18           MR. SMITH:  It's under
19       evaluation.
20           THE WITNESS:  Okay.
21           MR. FROST:  Now we are on
22       the same page.
23   BY MR. SMITH:
24       Q.   All right.  And it says,

49 (Pages 190 to 193)

Brooke T. Mossman, M.S., Ph.D.

Page 194

1    "There is sufficient evidence of" -- "in
2    humans for the carcinogenicity of all
3    forms of asbestos.  Asbestos causes
4    mesothelioma and cancer of the lung,
5    larynx, and ovary."
6         Do you see that?
7         A.   Yes.
8         Q.   And that's what we were
9    talking about earlier when I was talking
10   about IARC?
11        A.   Yes.
12        Q.   And then it says at the
13   bottom, "All forms of asbestos,
14   chrysotile, crocidolite, amosite,
15   tremolite, actinolite, and anthophyllite,
16   are carcinogenic to humans Group 1."
17        Do you see that?
18        A.   I do.
19        Q.   Is that what we were
20   discussing earlier?
21        A.   Yes.
22        Q.   We talked about earlier that
23   talc with asbestiform fibers is also a
24   known human carcinogen as well by IARC;

Page 195

1    is that correct?
2         A.   They classify it as such.
3         Q.   And we went through also the
4    Prop 65 listing.  Do you recall that for
5    asbestiform talc?
6         A.   Yes.  I'm not sure what that
7    said exactly, but I don't think we
8    discussed that.
9         Q.   Well, let's discuss it.  It
10   says, "Talc containing asbestiform
11   fibers."  It's Exhibit 15.
12        It says, "Chemical listing
13   details."  And it says, "Listed as
14   causing," and it says "cancer."
15        Do you see that?  And date
16   of listing was on 4/1/1990?
17        A.   Yes.
18        Q.   Okay.  And do you remember
19   us talking earlier, I asked you about if
20   you knew David Michaels, if he was -- and
21   we went through his book, his chapter in
22   the book on Regulatory Toxicology and
23   Pharmacology.  And I asked you, you
24   served as a peer reviewer of this

Page 196

1    bulletin, right, of Bulletin 62 of NIOSH?
2         A.   I did.
3         Q.   And you weren't aware that
4    Dr. -- that Dr. Michaels served on that
5    as well, with you?  You weren't aware of
6    that, right?
7         A.   He wasn't on the committee
8    meetings that I attended.  So I'm not
9    sure what -- where he was.  He may have
10   been someone that -- okay, he may have
11   been someone that served in some
12   capacity.  I just don't recall it.
13        (Document marked for
14        identification as Exhibit
15        Mossman-20.)
16   BY MR. SMITH:
17        Q.   I'm going to attach as
18   Exhibit 20.  This is current intelligence
19   Bulletin 62, "Asbestos fibers and other
20   elongated mineral particles, state of the
21   science and roadmap for research."
22        And this was put out by the
23   Department of Health and Human Services
24   and NIOSH, correct?

Page 197

1         A.   Yes.
2         Q.   And NIOSH is the scientific
3    arm of OSHA; is that correct?
4         A.   Yes, it is.
5         Q.   Responsible for health and
6    safety of American workers; is that
7    correct?
8         A.   That's OSHA.  NIOSH is more
9    a research body.
10        Q.   And if you look at XVII.
11   It's in the front page.  I guess that
12   would be 17.
13        A.   Okay.
14        Q.   It says -- do you see
15   "acknowledgments" at the top?  Down at
16   the bottom right corner, Doctor?
17        A.   Yes.
18        Q.   XVII.  It says peer
19   reviewers.  Do you see that?
20        It says, "NIOSH greatly
21   appreciates the time and efforts of
22   expert peer reviewers who provided
23   comments and suggestions on the initial
24   publicly disseminated draft of the

50 (Pages 194 to 197)

Brooke T. Mossman, M.S., Ph.D.

Page 198

1    roadmap February 7, 2007, version."
2          Do you see that?
3    A.   Yes, I do.
4    Q.   And do you see David
5    Michaels, Ph.D. MPH, George Washington
6    University listed on that page?
7    A.   I do.
8    Q.   And then on the next page
9    you are listed on the top, correct?
10   A.   Mm-hmm.
11   Q.   Okay.  If we go to -- let's
12   see.  If you look at Page 33, Doctor.  If
13   you look at the bottom right in the
14   footnote, if you go two, four, six -- six
15   lines down.  It says, "The National
16   Toxicology Program, NTP, 2005, of which
17   NIOSH is a member, has determined that
18   asbestos in all commercial forms of
19   asbestos are known to be human
20   carcinogens based on sufficient evidence
21   of carcinogenicity in humans."
22         Do you see that?
23         MR. FROST:  Want me to help
24   you?

Page 199

1          THE WITNESS:  Yeah, that
2    would be great.
3          MR. FROST:  Do you mind if I
4    point to where you were?
5          MR. SMITH:  Oh, yeah.  No,
6    no, no.
7          THE WITNESS:  I'm just --
8    I'm looking at this.  Okay.
9    BY MR. SMITH:
10   Q.   Do you see that, Doctor, in
11   the footnote?
12   A.   Yes.
13   Q.   Okay.
14         (Whereupon, a discussion was
15         held off the stenographic record.)
16   BY MR. SMITH:
17   Q.   All right, Doctor, different
18   types of asbestos vary in potency as
19   carcinogens; however, they're all
20   recognized as carcinogens, right?
21   A.   Yes.  In animals, yes.
22   Q.   And I asked you this
23   earlier.  Do you know the types of
24   asbestos that were found either

Page 200

1    internally by Johnson & Johnson, Imerys
2    internally, or by Dr. Longo?
3    A.   I don't.
4    Q.   If I told you they were
5    tremolite, anthophyllite, and actinolite,
6    the majority of what was found, the vast
7    majority, you wouldn't have any basis or
8    any knowledge regarding that, right?
9          MR. FROST:  Objection to
10         form.
11         THE WITNESS:  Yeah, could
12         you repeat that again.
13   BY MR. SMITH:
14   Q.   Tremolite, anthophyllite,
15   and actinolite.
16   A.   And the --
17         MR. FROST:  Objection to
18         form.
19         THE WITNESS:  Are you --
20         yeah, are you saying that the
21         asbestos varieties of these have
22         been found in Baby Powder?
23   BY MR. SMITH:
24   Q.   Yes, ma'am.

Page 201

1          MR. FROST:  Objection to
2          form.
3          THE WITNESS:  Okay.
4    BY MR. SMITH:
5    Q.   And you haven't seen the
6    internal documents of Johnson & Johnson
7    regarding this matter, have you?
8    A.   I haven't.
9    Q.   And you haven't seen the
10   internal documents of Imerys or Luzenac,
11   have you, on this?
12   A.   That's correct.
13   Q.   And you have not seen the
14   reports of Dr. Longo and Rigler, correct?
15   A.   Correct.
16         MR. SMITH:  What is the
17         geologist's name?
18   BY MR. SMITH:
19   Q.   And you haven't seen the
20   geologist expert Cook, Dr. Cook in this
21   case, you haven't seen his report, have
22   you?
23   A.   I might have scanned his
24   report, but I don't recall it

51 (Pages 198 to 201)

Brooke T. Mossman, M.S., Ph.D.

Page 202

```
 1    specifically.
 2        Q.   Okay.  Have you -- we'll get
 3    back to that in a minute.
 4            Your personal research has
 5    not dealt with tremolite asbestos,
 6    correct?
 7        A.   No.  I've only looked at
 8    tremolite in its non-asbestos form.
 9        Q.   Your personal research has
10    not dealt with tremolite asbestos,
11    correct?
12            MR. FROST:  Objection to
13    form.
14            THE WITNESS:  Yeah.  I've
15        looked at tremolite, but not the
16        asbestos.  That's correct.
17    BY MR. SMITH:
18        Q.   Your personal research has
19    not dealt with anthophyllite asbestos,
20    correct?
21        A.   I have not used
22    anthophyllite, that's correct.
23        Q.   Your personal research has
24    not dealt with actinolite asbestos,
```

Page 203

```
 1    correct?
 2        A.   That's correct.
 3        Q.   You cannot tell me how
 4    carcinogenic or potent tremolite or
 5    anthophyllite are, correct?
 6            MR. FROST:  Objection to
 7    form.
 8            THE WITNESS:  Again, I can
 9        tell you based on the epidemiology
10        that anthophyllite is a weak agent
11        in the development of
12        mesotheliomas as compared to
13        crocidolite or amosite asbestos.
14    BY MR. SMITH:
15        Q.   You have never studied the
16    differences between tremolite asbestos
17    and tremolite cleavage fragments,
18    correct?
19        A.   I haven't used the two
20    comparatively in experiments, that's
21    correct.
22        Q.   This thing fell apart.
23    That's crazy.
24        A.   Mine fell apart too.
```

Page 204

```
 1        Q.   Yours did too?
 2        A.   Yeah.
 3        Q.   Wasn't a very good job of
 4    binding that, was it?
 5            Bear with me just a second.
 6    And to your knowledge there are no
 7    detailed studies comparing the chemistry
 8    of tremolite asbestos to tremolite
 9    cleavage fragments, correct?
10        A.   That would be a question
11    that should be posed to a geologist.  I
12    have not looked at the mineralogy
13    literature for those comparisons.
14        Q.   With regard to anthophyllite
15    asbestos and anthophyllite cleavage
16    fragments, you have not studied the
17    differences in chemistry between the two,
18    correct?
19        A.   That's correct.
20        Q.   And the same with regard to
21    actinolite asbestos and actinolite --
22    actinolite cleavage fragments?
23        A.   That's correct.
24        Q.   And aside from the one study
```

Page 205

```
 1    in upstate New York on talc, you've never
 2    studied tremolite or anthophyllite
 3    cleavage fragments yourself, correct?
 4        A.   The study that I performed
 5    was with Dr. Wiley.
 6        Q.   Aside from the one study in
 7    upstate New York on talc, you have never
 8    studied tremolite or anthophyllite
 9    cleavage fragments yourself, have you?
10            MR. FROST:  Objection to
11    form.
12            THE WITNESS:  Correct.  It's
13        just that one study.
14    BY MR. SMITH:
15        Q.   And the talc in your New
16    York study that we just discussed was
17    a -- an industrial grade talc and not
18    cosmetic-grade talc; is that correct?
19        A.   Yes.  There were three
20    samples of talc with various proportions
21    of fibers.
22        Q.   You have not studied how
23    tremolite, anthophyllite, and actinolite
24    asbestos reached the areas of the lungs
```

52 (Pages 202 to 205)

Brooke T. Mossman, M.S., Ph.D.

Page 206

1    where meso is induced and developed, and
2    you cannot make a strict analogy to these
3    types of asbestos from your study of
4    other types of asbestos; is that correct?
5         MR. FROST:  Objection to
6    form.
7         THE WITNESS:  Yeah, I -- I'd
8    have to ask someone who is an
9    expert in dosimetry.  Assuming
10   that dimensions of fibers govern
11   where they end up in the lung, the
12   results that we have may be
13   relevant certainly to these types
14   of materials.
15   BY MR. SMITH:
16        Q.   Okay.  I'm going to ask the
17   question again.  I don't think it was
18   responsive.
19        You have studied -- you have
20   not studied how tremolite, anthophyllite,
21   and actinolite asbestos reached the area
22   in the lungs where meso is induced and
23   developed, correct?
24        MR. FROST:  Objection to

Page 207

1    form.
2         THE WITNESS:  I -- yeah, I
3    have not studied those three
4    materials in inhalation
5    experiments.
6    BY MR. SMITH:
7         Q.   And you cannot make a strict
8    analogy as to these types of asbestos
9    from your other study -- from your study
10   of other types of asbestos; is that
11   correct?
12        MR. FROST:  Objection to
13   form.
14        THE WITNESS:  And -- and my
15   comment was that if they are of
16   the same dimensional
17   characteristics of the materials
18   that I use, namely crocidolite
19   asbestos, I could make some
20   analogies based upon their size
21   and fiber characteristics.
22   BY MR. SMITH:
23        Q.   Okay.  The -- I want you to
24   go to Page 179 in Leavitt, please.

Page 208

1         In the -- it's broken up.
2    Whatever.
3         MR. FROST:  Mine stayed
4    together.
5         THE WITNESS:  Yeah, mine is
6    broken, so...
7         MR. FROST:  179 you said?
8         MR. SMITH:  Yes, please.
9         MR. FROST:  Here, do you
10   want -- do you want to switch,
11   Brooke?
12        THE WITNESS:  That's okay.
13        MR. FROST:  Mine is still
14   bound.  So do you want to switch?
15        THE WITNESS:  I think I'm
16   prime viewing here.
17        No, just in different
18   pieces.  179.
19        Okay.
20   BY MR. SMITH:
21        Q.   All right.  On Line 11:
22   "And then you were asked the following
23   question:
24        "Okay.  Well, I think the

Page 209

1    record will speak for itself, but I think
2    you did give that in your answer when I
3    asked you.  Let me ask you generally.
4         "This whole set of opinions
5    regarding how minerals such as asbestos
6    get to sites where mesothelioma is
7    induced and developed, does that apply to
8    tremolite, actinolite, and
9    anthophyllite?"
10        "And your answer:  I don't
11   know.  These, again, the animal studies
12   have been done with short and long
13   amosite asbestos and they have been done
14   with crocidolite asbestos.  And the
15   groups that have done these experiments
16   have not looked at tremolite and
17   actinolite or anthophyllite because they
18   are the least potent types of asbestos.
19   So I can't make a strict analogy between
20   what's been studied and the asbestos
21   types that I" -- "that haven't been
22   studied."
23        "Did I read that correctly?
24        "And your answer was that's

Brooke T. Mossman, M.S., Ph.D.

Page 210

1    correct."
2          Can I rely on that
3    testimony?
4          A.   You -- you can.
5          Q.   Okay.  You have not studied
6    the bio durability of asbestos cleavage
7    fragments or talc in any human tissue,
8    correct?
9          A.   I have not looked at tissue
10   digestion studies, that's correct.
11         Q.   You have not performed any
12   studies on whether cleavage fragments can
13   reach the area of the lung where meso
14   is -- mesothelioma is induced and
15   develops, correct?
16         A.   I have not done inhalation
17   studies with cleavage fragments.
18         Q.   And you have not performed
19   any studies on whether cleavage fragments
20   can reach the area of the lung -- excuse
21   me, reach the area -- excuse me.  Let me
22   back up.  I'm going to get it right here
23   in a second.
24         You have not performed any

Page 211

1    studies on whether talc can reach the
2    area of the ovaries which can lead to
3    ovarian cancer, correct?
4          A.   I have not studied migration
5    of talc.
6          Q.   Distinguishing the
7    dimensions, the aspect ratio of a
8    cleavage fragment as opposed to an
9    asbestos fiber is beyond the scope of
10   your expertise, correct?
11         A.   I have done some work on
12   dimensional characteristics in the 1980s,
13   where we compared cleavage fragment
14   population to asbestos fibers and those
15   are papers by Woodworth, et al., and
16   Hansen, et al., in cancer research.
17         Q.   Okay.  Can you go to 193 of
18   the Leavitt testimony, please?
19         A.   Okay.
20         Q.   And it's down on page -- I
21   mean, excuse me, Line 23.
22         "Question" -- and you were
23   asked, "Simply put, distinguishing the
24   dimensions, the aspect ratio of the

Page 212

1    cleavage fragment as opposed to the
2    asbestos fiber is beyond the scope of
3    your expertise, correct?"
4          And your answer under
5    that -- under oath at that time was, "I
6    do not do the measurements, no.
7    That's" -- "that's correct."
8          Is that true?
9          A.   No, actually, I have done
10   the measurements with Dr. Woodworth on
11   preparations of cleavage fragments and
12   the respective asbestos fiber
13   preparations, and that was done in the
14   1980s and '90s.
15         Q.   So this was just a
16   misstatement in Leavitt?
17         MR. FROST:  Objection to
18   form.
19         THE WITNESS:  Yeah, I don't
20   think it was a misstatement.  I --
21   I say, "I don't do the
22   measurements in each experiment.
23   I have in the past."
24         So that's what I was

Page 213

1    referring to.  That's in the next
2    six to eight lines on 194.
3    BY MR. SMITH:
4          Q.   And then you continue on by,
5    "Now I give it to a -- someone in our
6    cell imaging facility," correct?
7          A.   Right.  We have people who
8    do those measurements.
9          Q.   Okay.  You've never measured
10   the flexibility or tensile strength of
11   asbestos or cleavage fragments, correct?
12         A.   That's correct.  I don't
13   measure flexibility.
14         Q.   Flexibility of asbestos
15   fiber within a lung cell causing
16   mechanical injury is just a hypothesis,
17   correct?
18         A.   Well -- well, it --
19         MR. FROST:  Objection to
20   form.
21         THE WITNESS:  Yeah, it was
22   originally hypothesized by someone
23   named Archer who looked at plastic
24   films and measured the amount of

54 (Pages 210 to 213)

Brooke T. Mossman, M.S., Ph.D.

Page 214

1    free radical generation and
2    flexibility. So I think it's more
3    than a hypothesis. It's been
4    proven by some experimental data.
5    BY MR. SMITH:
6    Q.   Go to Page 172 in your
7    Leavitt testimony.
8    A.   Okay.
9    Q.   And I'm -- I'm going to
10   hopefully maybe get you a better copy or
11   something.
12   A.   It's okay. We're getting
13   there.
14   Q.   All right. 172. Line 15.
15   "Okay. When" -- "when asked
16   about flexibility you said in the past
17   there is a hypothesis that the
18   flexibility of an asbestos fiber within
19   the lung within a cell can cause
20   mechanical injury, correct?
21   "Yeah" -- and your answer
22   was, "Yes."
23   "Question: Okay. But
24   that's a hypothesis, correct?"

Page 215

1    And your answer was what?
2    A.   My answer was, "Yes." But
3    as I just stated, there have been studies
4    showing that flexibility within a cell
5    can cause oxidants that then are
6    associated with a mechanical injury.
7    So this statement is -- is
8    correct, but I think my statement in
9    terms of Archer experiments, it -- also
10   relate to flexibility and things that
11   injure cells.
12   Q.   Is your -- can I rely on
13   your answer in Leavitt right there?
14   A.   Sure.
15   MR. SMITH: Okay. I'm
16   getting ready to move to a
17   different section. Are we
18   breaking for lunch, are we just
19   going to plow through? What do
20   you want to do?
21   THE WITNESS: Let's go
22   through.
23   MR. FROST: Yeah, I was
24   going to say --

Page 216

1    THE WITNESS: Want to take a
2    short --
3    MR. FROST: Yeah, so why
4    don't we take like a five-minute
5    break and then -- I mean, I'm
6    generally fine going through
7    lunch. I don't normally take
8    lunches, but if the witness if
9    fine and you're fine --
10   MS. O'DELL: What's your
11   preference though?
12   THE WITNESS: It -- it's up
13   to you. I'd just as soon go.
14   MR. SMITH: Well, we're
15   going to have a --
16   MS. O'DELL: I think we
17   should have lunch at some point.
18   MR. SMITH: I'm going to
19   have to eat something.
20   THE WITNESS: Okay.
21   MR. FROST: Okay. How long
22   is your next section? Is it like
23   half an hour, 45 minutes?
24   MR. SMITH: That's a good

Page 217

1    question. I think we probably
2    better break now.
3    MR. FROST: You want to
4    break now?
5    MR. SMITH: Yeah.
6    THE WITNESS: Okay.
7    MR. SMITH: Is that okay?
8    THE WITNESS: Sure.
9    MR. FROST: Yeah, that's
10   fine.
11   THE VIDEOGRAPHER: Going off
12   record. The time is 12:16.
13   - - -
14   (Lunch break.)
15   - - -
16   A F T E R N O O N   S E S S I O N
17   - - -
18   THE VIDEOGRAPHER: We are
19   going back on record beginning
20   Media File Number 3. The time is
21   1:22.
22   - - -
23   EXAMINATION (Cont'd.)
24   - - -

55 (Pages 214 to 217)

Brooke T. Mossman, M.S., Ph.D.

Page 218

1    BY MR. SMITH:
2        Q.   All right.  Doctor, we just
3    took a lunch break, and I just have some
4    more questioning for you.
5            In your paper -- excuse me,
6    in your report for the MDL, you state, on
7    Page 10, under Paragraph D, "Chronic
8    inflammation and foreign body
9    carcinogenesis."  And I quote, "Chronic
10   inflammation over months and years can
11   result in many diseases, including
12   cancers, but has not been established as
13   a cause of ovarian cancer, and there is
14   evidence that is difficult to reconcile
15   with the inflammation hypothesis."  And
16   you have Ni cited.
17           And then you go on to say,
18   "The relationship between cancer and
19   inflammation is not simple and cannot be
20   reduced to one grand theory," quoting
21   Rakoff-Nahoum, 2006.  Do you recall that
22   in your report?
23       A.   Yes.  Do you --
24           MR. FROST:  So yeah, I was

Page 219

1    going to say, can we mark a copy
2    of the report?  It might make it
3    easier.
4            MR. SMITH:  Sure.  I have
5    some copies.
6            (Document marked for
7    identification as Exhibit
8    Mossman-21.)
9    BY MR. SMITH:
10       Q.   I'm going to mark a clean
11   copy.
12           MR. SMITH:  Can I keep one
13   of them?
14           MR. FROST:  Sure.  I was
15   going to say, is one marked up?
16           MR. SMITH:  Yeah.
17   BY MR. SMITH:
18       Q.   And that would be the next
19   numbered exhibit, Exhibit 21.  And,
20   Doctor, I was reading on Page 10 of your
21   report.
22       A.   Okay.
23       Q.   From Page 10 of your report.
24   Right in that first paragraph under,

Page 220

1    "Chronic inflammation and foreign body
2    carcinogenesis."
3        A.   Yes.
4        Q.   Did I read that correctly?
5    It's the -- it's six lines down starting
6    with, "Chronic inflammation," to the
7    right.  I'll read it again.
8        A.   Yes.
9        Q.   "Chronic inflammation over
10   months and years can result in many
11   diseases including cancers but has not
12   been established as a cause of ovarian
13   cancer, and there is evidence that is
14   difficult to reconcile with the
15   inflammation hypothesis."  You cite Ni,
16   et al., 2012.
17           "Notably Rakoff-Nahoum,
18   2006, cautions, 'The relationship between
19   cancer and inflammation is not simple and
20   cannot be reduced to one grand theory.'"
21           Did I read that correctly?
22       A.   You did.
23       Q.   Okay.  And this is in your
24   MDL report as part of your opinion in

Page 221

1    this case, correct?
2        A.   It is.
3            MR. SMITH:  I'm going to try
4    to make this as easy as possible.
5    But I put together -- it's a
6    two-sided document.
7            I'm going to mark it as the
8    next exhibit.  It's going to be
9    12.  And I created this.
10           MR. FROST:  Object for the
11   record the use to compiled,
12   created.  This is two pages?  We
13   only have one.
14           But to finish my objection,
15   but yeah, I object to the use of,
16   you know, exhibits that you
17   created.
18           MR. SMITH:  There should be
19   a back and front.
20           MR. FROST:  That's what I
21   figured.  Yeah, it's just the --
22           THE WITNESS:  It's just Page
23   1.
24           MR. SMITH:  All right.

56 (Pages 218 to 221)

Brooke T. Mossman, M.S., Ph.D.

Page 222

1  Well, let's do this. I'm going to
2  mark -- and we'll go through it.
3  I'm going to have to probably do
4  it back on the Elmo because I
5  don't know what happened. They
6  copied this downstairs. I
7  don't -- I don't have an
8  explanation.
9      I'm going to mark, which is
10 the back and front, which you just
11 have the front, as Exhibit 24.
12 And then when we get to the back
13 of it, I'm going to have to use
14 the Elmo.
15     (Document marked for
16     identification as Exhibit
17     Mossman-24.)
18 BY MR. SMITH:
19     Q.  I just want to go through
20 these studies. And just walk through
21 them with you and ask you some questions.
22 They're quotes from these studies.
23 And first let me ask you.
24 Let's go to the first one.

Page 223

1      The draft screening
2  assessment "Talc, Environment, and
3  Climate Change," Canada, Health Canada
4  December 2018. Did you use that as part
5  of your reliance materials for your
6  opinion in this case?
7      A.  I did not.
8      Q.  Okay. And it says, "With
9  respect to talc specifically, local
10 irritation leading to an inflammatory
11 response is one of the possible
12 mechanisms of tumor progression that is
13 frequently hypothesized."
14     You've not read the Health
15 Canada draft screening assessment
16 referenced here?
17     A.  I have scanned it, yes.
18     Q.  You just said you hadn't
19 seen it. Now you say you scanned it.
20 Which is it?
21     MR. FROST:  Objection to
22     form.
23     THE WITNESS:  You asked me
24     if I read it in its completeness.

Page 224

1      No.  I actually scanned it because
2  it was presented to me in another
3  matter while on the stand. So I
4  did not look at it in detail.
5  BY MR. SMITH:
6      Q.  Okay. So you've not read
7  this back to front, this draft screening
8  assessment from Health Canada?
9      A.  That's -- that's correct.
10     Q.  You were just asked
11 questions about certain parts of it on
12 the stand, witness stand?
13     A.  I was.
14     Q.  Okay. Was that in the
15 Leavitt case?
16     A.  I believe so, yes.
17     Q.  Second quote from this draft
18 screening assessment on this page:
19 "There is support for an association of
20 inflammation and increased risk of
21 ovarian cancer."
22     Would you agree or disagree
23 with that statement?
24     MR. FROST:  Objection to

Page 225

1  form.
2      THE WITNESS:  I would
3  disagree with both of them.
4  Although I think the first one
5  states possible and hypothesis.
6  And again local irritation is a
7  hypothesis. But I would disagree
8  with both of them.
9  BY MR. SMITH:
10     Q.  And the -- the second -- the
11 third paragraph down cites the second
12 article -- a second article, Taher. Have
13 you read Taher in reliance of your
14 opinions in this case?
15     A.  No, I see this is an
16 unpublished document.
17     Q.  Well, it is an unpublished
18 document that's been published. It's in
19 peer-reviewed literature.
20     Taher, you've never read it?
21     MR. FROST:  Objection to
22     form.
23     THE WITNESS:  Yeah. I am
24     unaware of it. And if it has been

57 (Pages 222 to 225)

Page 226

```
 1   published in the peer-review
 2   literature, it hasn't appeared on
 3   my searches.
 4       MR. SMITH:  And that is --
 5   I'm going to mark this as
 6   Exhibit 22.
 7       Is that correct?
 8       (Document marked for
 9   identification as Exhibit
10   Mossman-22.)
11       MS. O'DELL:  This is 24.
12       MR. SMITH:  Oh my gosh.
13       MS. O'DELL:  We didn't do a
14   20 --
15       MR. FROST:  Oh, I see.
16   Okay.
17       MR. SMITH:  Does it really
18   matter?
19       MR. FROST:  I was going to
20   say we can do 22.  I don't think
21   it has been --
22       MR. MIZGALA:  So this, this
23   is 24?
24       MR. SMITH:  Yeah, this is
```

Page 227

```
 1   24 --
 2       MR. FROST:  So I think this
 3   one will be 22.
 4       MR. SMITH:  It doesn't
 5   matter what number.
 6       MR. FROST:  We can use 22
 7   and 23 now.
 8       MR. SMITH:  Yeah.  Okay.
 9   BY MR. SMITH:
10       Q.   This is a systematic review
11   of the meta-analysis of the association
12   between perineal use of talc and risk of
13   ovarian cancer.  Have you read and relied
14   on this study in support of your opinion
15   in this case?
16       A.   I have not seen this study
17   before.
18       Q.   Okay.  And the quote on
19   Page 26, "Chronic inflammatory response
20   and alteration in local immunogenicity
21   are possible mechanisms."
22       Would you agree with that,
23   as far as mechanisms for ovarian cancer?
24       A.   I don't think that chronic
```

Page 228

```
 1   inflammation in local immunogenicity has
 2   been linked to causation of ovarian
 3   cancers in anything that I've read.
 4       Q.   But you haven't read Taher?
 5       A.   No.  This is an unpublished
 6   document.  I'm not sure where it's
 7   published.
 8       I haven't seen this document
 9   and certainly I never saw it before my
10   report.  So I would wonder what's new
11   about it and what's the source.  I don't
12   know of any of the authors and haven't
13   heard of them as well.  So I couldn't
14   really comment on this.
15       Q.   You don't know -- have any
16   knowledge about whether this
17   meta-analysis was produced and submitted
18   to Health Canada for their risk
19   assessment of talc not containing
20   asbestos?
21       A.   No, it --
22       MR. FROST:  Objection to
23   form.
24   BY MR. SMITH:
```

Page 229

```
 1       Q.   Okay.
 2       A.   It's not in the
 3   peer-reviewed literature.  And I'm
 4   unfamiliar with Dr. Taher or any of the
 5   other authors in terms of their
 6   contributions to the field.
 7       Q.   Next is a -- a study called
 8   Penninkilampi 2018.  You referenced that
 9   earlier.
10       Did you rely on the
11   Penninkilampi study for the basis of any
12   of your opinions in this case?
13       A.   Yes.  But I emphasize that
14   this was a meta-analysis and a -- an
15   epidemiological study that didn't look
16   as -- at the quote as any foreign bodies.
17   And so I wouldn't agree with this
18   statement.
19       I don't think that there is
20   any information in this article or in
21   other ones that talc would ascend
22   perineally to the ovary.
23       Q.   Quote, if chronic -- and I'm
24   quoting Penninkilampi.  If chronic
```

Brooke T. Mossman, M.S., Ph.D.

Page 230

1  inflammation due to ascending foreign
2  bodies is indeed the mechanism by which
3  talc is associated with increased ovarian
4  cancer, then these revoked results fit
5  the picture. And you said that you don't
6  believe that talc can ascend through the
7  fallopian tubes to the ovaries; is that
8  correct?
9      A.   And I'm --
10     Q.   And we'll get to that in a
11 minute about migration.
12         MR. FROST:  Objection to
13     form.
14         THE WITNESS:  Yeah, I think
15     that this -- the question if is
16     indeed the mechanism is unproven.
17     And certainly not in the
18     Penninkilampi epidemiological
19     meta-analysis.
20 BY MR. SMITH:
21     Q.   Have you read the Trabert,
22 Pinto and Hartge, et al., 2014 document
23 and used that as a basis of your opinions
24 in this case?

Page 231

1      A.   I have.
2      Q.   And quote from that study,
3  "Epidemiologic evidence implicates
4  chronic inflammation as a central
5  mechanism in the pathogenesis of ovarian
6  cancer."
7          What's pathogenesis means?
8      A.   Pathogenesis means the
9  development of disease. So it could be
10 any -- it could be talking about anything
11 from causation to later stages of
12 disease.
13     Q.   Well, here, "Epidemiologic
14 evidence implicates chronic inflammation
15 as a central mechanism in the
16 pathogenesis of ovarian cancer, the most
17 lethal gynecologic cancer among women in
18 the United States."
19         Would you agree or disagree
20 with that statement from Trabert?
21         MR. FROST:  Objection to
22     form.
23         THE WITNESS:  Yeah, I would
24     have to look at the Trabert paper.

Page 232

1  But as I remember this statement,
2  it was referenced to a hypothesis
3  paper by Ness and -- I believe it
4  was Cottreau in 1999 or 2000. And
5  that was the reference for this
6  statement. Certainly not the
7  paper which I believe was looking
8  at systemic markers of
9  inflammation and not ovarian
10 related markers in the ovary.
11 BY MR. SMITH:
12     Q.   There's another quote from
13 the Trabert study. "Our studies provide
14 additional evidence that inflammation
15 plays an important role in ovarian
16 carcinogenesis."
17         Would you agree or disagree
18 with that statement from Trabert?
19         MR. FROST:  Objection to
20     form.
21         THE WITNESS:  Again, I don't
22     have the paper in front of me, but
23     Trabert did not look at localized
24     inflammation in the ovary. I

Page 233

1  believe this was a study where
2  they looked at a total of over 40
3  markers of inflammation and found
4  only two systemically in
5  individuals with preexisting
6  cancer.
7          So, if it does play a role
8  in ovarian carcinogenesis, it
9  certainly is very speculative with
10 regard to causation.
11 BY MR. SMITH:
12     Q.   Well, it doesn't seem
13 speculative here. The quote states:
14 "Our study provides additional
15 evidence" -- "provides additional
16 evidence that inflammation plays an
17 important role in ovarian
18 carcinogenesis."
19         It's pretty direct there.
20 It doesn't say anything about hypothesis
21 or -- or any of the qualifiers that
22 you're saying, Doctor, does it?
23         MR. FROST:  Objection to
24     form.

59 (Pages 230 to 233)

Brooke T. Mossman, M.S., Ph.D.

Page 234

1    THE WITNESS:  Yeah, let me
2  emphasize though, here they are
3  looking at systemic markers of
4  inflammation in the serum of
5  patients, and some of the markers
6  they found are the same ones that
7  have been detected in lung cancers
8  or in other models of cancer.
9    So whether inflammation
10  plays a critical role is
11  speculative.
12  BY MR. SMITH:
13    Q.   They didn't say it was
14  speculative?
15    MR. FROST:  Objection to
16  form.
17  BY MR. SMITH:
18    Q.   Correct?
19    A.   They did not look at
20  inflammation in the ovary.  So you can't
21  equate systemic inflammatory markers with
22  causative roles in disease especially if
23  you're looking at individuals who had
24  disease.

Page 235

1    MR. FROST:  And she said it
2  in her answer.  I was trying to
3  get it in before.  I want to lodge
4  the general objection that I think
5  it's improper to be asking her
6  about questions about papers that
7  aren't in front of her.
8  BY MR. SMITH:
9    Q.   Did you look at the Wu 2009
10  paper?
11    A.   I did, and again, this is an
12  epidemiology paper.  I'd have to look at
13  it again to see where the source of this
14  statement comes from, whether it's
15  reference to another study or whether
16  he's talking about specific things here
17  such as talc and endometriosis that he's
18  identified as variables.
19    Q.   Quote, "Our findings on talc
20  and endometriosis are consistent with
21  previous findings and compatible with the
22  hypothesis that these factors increase
23  the risk of ovarian cancer and that
24  inflammation may be a common pathway."

Page 236

1    Would you agree or disagree
2  with that statement?
3    MR. FROST:  Objection to
4  form.
5    THE WITNESS:  I would
6  disagree that his studies
7  illustrated that endometriosis is
8  linked to the risk of ovarian
9  cancer.  Other studies have shown
10  that it's not.
11  BY MR. SMITH:
12    Q.   Have you relied on Merritt
13  2008 as a basis for your opinions in this
14  case?
15    A.   Again, I'd have to go back
16  and -- did I list this in my references?
17  Then I could tell you.
18    Q.   Well, let's look.
19    THE WITNESS:  Do we have the
20  references?
21    MR. FROST:  The references
22  aren't attached.
23    THE WITNESS:  Yeah.
24    MR. SMITH:  Hold on.  I

Page 237

1  should have it.
2    (Document marked for
3  identification as Exhibit
4  Mossman-23.)
5  BY MR. SMITH:
6    Q.   Is Merritt 2008 one of the
7  studies that you relied on in the basis
8  of your opinions in this case?
9    A.   Let me just look at it just
10  to make sure.
11    Q.   I can't remember if I
12  attached that reference.
13    A.   No.
14    Q.   I did your updated, but I'm
15  going to attach this as Exhibit 23, the
16  original key references and reliance
17  materials.  I attached the amended one
18  earlier.
19    Doctor?
20    A.   Yes.
21    Q.   Did you rely on Merritt to
22  form the basis of your opinions in this
23  case?
24    A.   No, I did not.

60 (Pages 234 to 237)

Brooke T. Mossman, M.S., Ph.D.

Page 238

1     Q.   And from that paper, quote,
2  "Chronic inflammation has been proposed
3  as a possible causal mechanism that
4  explains the observed association between
5  certain risk factors, such as the use of
6  talcum powder, talc, in the pelvic region
7  and epithelial ovarian cancer."
8          Would you agree or disagree
9  with that statement from Merritt?
10         MR. FROST:  Objection.
11         THE WITNESS:  I'd have to
12     see the paper to see in which
13     context it was used and also what
14     reference was supplied.
15         Again, I think the key word
16     here is "possible."  So I'm not
17     aware that this paper presented
18     any causative role or causative
19     link between talcum powder and
20     ovarian cancer.
21  BY MR. SMITH:
22     Q.   Well, do you -- are you of
23  the opinion that chronic inflammation is
24  a possible causal mechanism to ovarian

Page 239

1  cancer?
2          MR. FROST:  Objection to
3      form.
4          THE WITNESS:  I would argue
5      against that based upon the
6      literature that I reviewed.  We
7      can go into that later or we can
8      go into it now.
9  BY MR. SMITH:
10     Q.   I'm just asking, do you
11  think chronic inflammation is a possible
12  mechanism leading to the development of
13  ovarian cancer?
14     A.   Not based upon what I've
15  read or seen regarding Dr. Shih's work in
16  this regard.
17     Q.   Dr. Shih's work?  Is that
18  the basis of your opinion that chronic
19  inflammation is not a possible mechanism
20  leading to the development of ovarian
21  cancer?
22         MR. FROST:  Objection to
23     form.
24         THE WITNESS:  No, that's

Page 240

1  only one, I think, compelling
2  study that indicates that chronic
3  inflammation is not a causal
4  mechanism.  Let me emphasize that
5  I also have looked at the
6  meta-analysis on pelvic
7  inflammatory disease that show
8  that this is not linked to ovarian
9  cancer, as well as the data on
10  aspirin and NSAIDs.
11  BY MR. SMITH:
12     Q.   That wasn't -- my question
13  wasn't about whether it shows a causal
14  relationship.  My question is, to you,
15  are you of the opinion chronic
16  inflammation is a possible mechanism
17  leading to the development of ovarian
18  cancer?
19         MR. FROST:  Objection to
20     form.
21         THE WITNESS:  Well, yeah,
22     and as I said previously, the data
23     suggests that it is not a possible
24     mechanism that leads to the

Page 241

1  development of disease.
2  BY MR. SMITH:
3     Q.   Quote -- the next quote --
4          And you say that the data
5  suggest that.  What data are you talking
6  about?  What work?  Is this an expert
7  report?  Is Shih an expert report?
8          MR. FROST:  Objection to
9      form.
10         THE WITNESS:  No.  As I
11     said, the Shih study is only one
12     of many studies beginning at the
13     cell level, indicating in my own
14     work that talc does not give rise
15     to genes that induce chronic
16     inflammation.
17         Also the studies in animals
18     indicate that there is no chronic
19     inflammation associated with
20     disease development.
21         The pelvic inflammatory
22     disease literature and the
23     literature on aspirin and NSAIDs,
24     Dr. Shih's study examines this

61 (Pages 238 to 241)

Brooke T. Mossman, M.S., Ph.D.

Page 242

1    directly and is compelling
2    evidence that chronic inflammation
3    does not lead to the causation of
4    ovarian cancers.
5  BY MR. SMITH:
6       Q.   Where -- I'm looking on your
7  reliance materials.  Where is
8  Dr. Shih's -- where is Dr. Shih listed on
9  here?
10      A.   Dr. Shih's study was one
11 that I read after I compiled my opinions;
12 that is, my final report in this case.
13      Q.   When did you read that?
14      A.   I read that within the last
15 two weeks.
16      Q.   Well, you provided me an
17 updated list of materials relied upon.
18 It's not in that.
19      A.   It should have been.
20      Q.   Is it?
21      A.   Yes.
22      MR. FROST:  It should be.
23 BY MR. SMITH:
24      Q.   I see.  It says "Expert

Page 243

1  report of Shih."
2       A.   That's what I'm talking
3  about.
4       Q.   That's a defense expert
5  report?
6       A.   That's correct.
7       Q.   So one of the major bases of
8  whether talc can cause chronic
9  inflammation that could possibly lead to
10 the development of ovarian cancer, one of
11 your major reliance materials is an
12 expert report for the defendants in this
13 litigation?
14      MR. FROST:  Objection.
15      THE WITNESS:  That's not
16 what I said.
17 BY MR. SMITH:
18      Q.   You said it was a compelling
19 study that you relied upon for that
20 opinion.
21      MR. FROST:  Objection.
22      THE WITNESS:  It bolstered
23 my preexisting opinions written in
24 my report before I saw the study.

Page 244

1       And yes, it is a compelling study
2  showing that there is no
3  inflammation associated with early
4  lesions in ovarian cancers.
5  BY MR. SMITH:
6       Q.   It's not a study, ma'am.
7  It's an expert report.  It's not peer
8  reviewed, correct?
9       MR. FROST:  Objection.
10      THE WITNESS:  I'm sorry.  As
11 a pathologist, I looked at that
12 data.  It should be a
13 peer-reviewed report and maybe
14 some day.
15      But the fact is, it was
16 beautifully done and it was
17 compelling data showing that
18 inflammation is not associated
19 with early intraepithelial
20 development in serous types of
21 cancers.
22 BY MR. SMITH:
23      Q.   Ma'am, one day I might be
24 president of the United States.

Page 245

1       My question to you is, is
2  that a peer-reviewed publication?
3       MR. FROST:  Objection to
4  form.
5       THE WITNESS:  As I read it,
6  no.  But I'm sure it will be some
7  day.
8  BY MR. SMITH:
9       Q.   Okay.  What do you base your
10 opinion on, "I'm sure it will be some
11 day"?  What do you base that on?
12      MR. FROST:  Objection.
13      THE WITNESS:  Dr. Shih is an
14 international expert in this
15 field.  A leading pathologist in
16 this field.  And, therefore, this
17 study is at a high -- I would call
18 it a highly ranked, thorough study
19 done beautifully by leading
20 pathologists in this field.
21 BY MR. SMITH:
22      Q.   All those accolades gave
23 by -- given by another defense expert
24 being paid in this litigation, correct?

62 (Pages 242 to 245)

Brooke T. Mossman, M.S., Ph.D.

Page 246

1          MR. FROST:  Objection to
2      form.
3          THE WITNESS:  I am not
4      certain to whether how much he or
5      she is being paid.  I'm not
6      looking at the report as a report,
7      per se.  I'm looking at the data
8      and assessing it scientifically,
9      and it is compelling data.
10  BY MR. SMITH:
11      Q.   I meant all the accolades
12  that you're throwing on this expert
13  report are by you, who is a defense paid
14  expert and been in talc litigation since
15  2014; is that correct, Dr. Mossman?
16      A.   No, it's --
17          MR. FROST:  Objection --
18  BY MR. SMITH:
19      Q.   That's not correct?  Let's
20  break it down then.
21      A.   No, let -- let me finish.
22      Q.   Okay.
23      A.   I'm not talking as an expert
24  for defense in litigation.  I'm talking

Page 247

1  as a pathologist in the study of science.
2          This was a scientific study,
3  and it was done correctly and it is very
4  important in terms of bolstering my
5  opinions which were linked to other
6  things prior to my seeing the Shih study.
7      Q.   Ma'am, it's an expert
8  report.  Your reliance materials have you
9  here as a paid expert for Johnson &
10  Johnson who is a defendant in the
11  litigation.  You've been paid for talc
12  litigation since 2014.  So your opinions
13  and your reliance materials and your
14  opinion in this case is for litigation.
15  Do you not understand that?
16          MR. FROST:  Objection to
17      form.
18          THE WITNESS:  Yes.  And I
19      think you are incorrect.  My
20      opinions are not as expert in
21      litigation.
22          My opinions are as a
23      scientist who has studied this
24      field for 40 years.

Page 248

1  BY MR. SMITH:
2      Q.   Studied the field of talc
3  and ovarian cancer for 40 years?
4      A.   No.
5          MR. FROST:  Objection.
6          THE WITNESS:  Who studied
7      the field of ovarian cancer most
8      recently.  But who has done
9      research on development of
10      epithelial cancers in the cervix,
11      in the skin, and in the lung.
12  BY MR. SMITH:
13      Q.   That's not what we are
14  about.  We're talking about ovarian
15  cancer.  I'm not talking about the cervix
16  or the lung -- I'm not talking about
17  cervical cancer.
18          Do you understand that?  I'm
19  talking about ovarian cancer.
20          MR. FROST:  Objection to
21      form.
22          THE WITNESS:  What I'm
23      saying is that inflammation is
24      inflammation regardless of the

Page 249

1      cancer that you're talking about.
2  BY MR. SMITH:
3      Q.   So inflammation is
4  inflammation.
5      A.   What I'm saying here is that
6  there is no evidence that chronic
7  inflammation is associated with the
8  causation or early development of ovarian
9  cancers.
10      Q.   You have not performed one
11  study on cosmetic-grade talc, correct?
12      A.   I have said that before,
13  yes.
14      Q.   You have not performed one
15  study on Shower to Shower or Baby Powder
16  which are the products at issue in this
17  case, correct?
18          MR. FROST:  Objection to
19      form.
20          THE WITNESS:  As I
21      emphasize, I have looked at
22      industrial talcs --
23  BY MR. SMITH:
24      Q.   No, ma'am.  That's not

63 (Pages 246 to 249)

Brooke T. Mossman, M.S., Ph.D.

Page 250

1   responsive to my question.
2          My question is, have you
3   performed any studies on Baby Powder and
4   Shower to Shower that are at issue in
5   this litigation?
6          MR. FROST:  Objection to
7       form.
8          THE WITNESS:  I have not
9       myself performed studies.
10  BY MR. SMITH:
11      Q.   And have you performed
12  studies on the types of asbestos that
13  experts have found and internal documents
14  have revealed from Johnson & Johnson and
15  Imerys that are in Baby Powder and Shower
16  to Shower?
17         MR. FROST:  Objection.
18         THE WITNESS:  Again, I've
19      looked at talc, fibrous talc,
20      which contained non-asbestiform
21      tremolite.  And I'm unaware of
22      scientific data supporting the
23      claims that tremolite,
24      anthophyllite, or actinolite

Page 251

1   asbestos are in talcs.
2          MR. SMITH:  Object to
3       nonresponsiveness.
4   BY MR. SMITH:
5       Q.   My question is, have you
6   ever performed a study on the types of
7   asbestos that we went through earlier
8   that have been found in the internal
9   documents of Johnson & Johnson and Imerys
10  that are in Baby Powder and Shower to
11  Shower and by experts that have tested
12  Baby Powder bottles?
13         MR. FROST:  Objection.
14         THE WITNESS:  I have not.
15  BY MR. SMITH:
16      Q.   Okay.  In the Merritt --
17  another Merritt quote here.  "Chronic
18  inflammation was first invoked as a
19  possible mechanism leading to the
20  development of epithelial ovarian cancer
21  to explain observed associations between
22  certain factors such as talcum powder in
23  the perineal region or pelvic
24  inflammatory disease and the risk of

Page 252

1   ovarian cancer."
2          Would you agree or disagree
3   with that statement from Merritt?
4          MR. FROST:  Objection.
5          THE WITNESS:  I don't have
6       it in front of me.  I -- I really
7       can't comment on it.
8   BY MR. SMITH:
9       Q.   You can't comment on that
10  quote, whether you agree with that
11  statement or not?
12      A.   Which one was this now?  The
13  chronic inflammation again?
14      Q.   It's the second one.
15  "Chronic inflammation was first invoked
16  as a possible mechanism leading to the
17  development of epithelial ovarian cancer
18  to explain observed associations between
19  certain factors such as talcum powder in
20  the perineal region or pelvic
21  inflammatory disease, PID, and a risk of
22  ovarian cancer."
23         Do you agree or disagree
24  with that statement?

Page 253

1          MR. FROST:  Objection to
2       form.
3          THE WITNESS:  I disagree
4       with the statement.
5   BY MR. SMITH:
6       Q.   Thank you.
7          Next Merritt quote:
8   "Indeed, the most consistent evidence
9   linking inflammation with ovarian cancer
10  comes from many reports that use of the
11  talc in the perineal region increases
12  ovarian cancer risk."
13         Would you agree or disagree
14  with that statement from Merritt?
15         MR. FROST:  Objection.
16         THE WITNESS:  Again, I'd
17      have to see the report and see the
18      references, but the references
19      that I have reviewed suggest that
20      this is not consistent evidence at
21      all.
22  BY MR. SMITH:
23      Q.   And have you read Gates or
24  did you rely on Gates 2008 for the basis

64 (Pages 250 to 253)

Brooke T. Mossman, M.S., Ph.D.

Page 254

1  of your opinion in this case?
2      A.   It was one of the cohort
3  studies I believe.
4      Q.   She has several.
5      A.   I'd have to see the
6  publication.
7          Do you have it?
8          MR. FROST:  Reliance list.
9  Did you check your reliance list?
10         THE WITNESS:  I mean, I have
11  to see the publication itself.
12         MR. FROST:  Sure.
13         MR. SMITH:  I'll get that at
14  a break.  Yeah, I'll get that at a
15  break.  Let me see if I can find
16  it real quick.  If not, I'll move
17  on.  I'll come back to it.
18  BY MR. SMITH:
19     Q.   But, quote, "Talc particles
20  can induce an inflammatory response in
21  vivo which may be important" -- what's
22  "in vivo" mean?
23     A.   It means in the body.
24     Q.   "Talc particles can induce

Page 255

1  an inflammatory response in vivo."
2          Do you agree with that?
3          MR. FROST:  Objection to
4  form.
5          THE WITNESS:  I believe we
6  talked about that with talc
7  pleurodesis, yes.
8  BY MR. SMITH:
9      Q.   -- "which may be important
10  in ovarian cancer risk.  Normal ovarian
11  cells treated with talc are more likely
12  to undergo cell proliferation and
13  neoplastic transformation, and cellular
14  generation of reactive oxygen species
15  increases with increasing exposure to
16  talc."
17          Do you agree with that
18  statement from Gates?
19          MR. FROST:  Objection to
20  form.
21          THE WITNESS:  Gates did not
22  show that in this publication.  I
23  do remember the statement.  And I
24  would not agree with the statement

Page 256

1  I believe that no normal ovarian
2  cells treated with talc undergo
3  increased cell proliferation,
4  neoplastic transformation, and
5  generation of reactive oxygen
6  species.
7          She may be referencing
8  another study which -- by
9  Buz'Zard, et al., that encompasses
10  these ideas.
11  BY MR. SMITH:
12     Q.   I'm -- going to have to look
13  at the screen now.  I just don't have --
14  I don't know what happened with the -- I
15  apologize.
16          Did you rely on Langseth
17  2008 for the basis of your opinions in
18  this case?
19     A.   I did.  It was an
20  epidemiological study.  Again, the
21  hypothesis, mechanism of carcinogenicity
22  may be related to inflammation.  He
23  didn't look at inflammation, but it's a
24  hypothesis that he put forth.

Page 257

1      Q.   Do you believe it's a
2  possible hypothesis?
3          MR. FROST:  Objection to
4  form.
5          THE WITNESS:  Based upon my
6  studies with talc, no.  Because in
7  ovarian epithelial cells and
8  certainly in pleural -- I should
9  say peritoneal mesothelial cells
10  we documented antiinflammatory
11  effects of talc.  So it's
12  difficult for me to reconcile my
13  findings with this statement.
14  BY MR. SMITH:
15     Q.   Collectively -- well, let me
16  ask you this.  Did you read the Mills
17  2004 paper as reliance for your opinions
18  in this case?
19     A.   Let me look here and see
20  whether I did read it.
21          No, I am uncertain what that
22  is.
23          I believe it might be an
24  epidemiology study, because it does ring

65 (Pages 254 to 257)

Brooke T. Mossman, M.S., Ph.D.

Page 258

1  a bell.
2      Q.   You don't have it as your
3  reliance materials for the basis of your
4  opinion in this case; is that correct?
5      A.   No, it's not listed.
6      Q.   "Collectively, these studies
7  point to a possible etiologic role of
8  talc in ovarian cancer via an
9  inflammatory process at the site of the
10  ovarian epithelium."
11          Would you agree or disagree
12  with that statement from Mills?
13          MR. FROST:  Objection to
14      form.
15          THE WITNESS:  Yeah, I would
16      disagree that -- that has not been
17      shown.
18  BY MR. SMITH:
19      Q.   Have you read the Ness 2000
20  study?
21      A.   I have.  These are all
22  hypotheses generating.
23          I believe some of them are
24  reviews of the field as well.

Page 259

1      Q.   Quote, "Inflammation
2  involves rapid cell division, DNA
3  excision and repair, oxidative stress,
4  and high concentrations of cytokines
5  and" --
6      A.   Prostaglandins.
7      Q.   I'm glad you pronounced it.
8      -- "all of which are
9  established promoters of mutagenesis."
10          Would you agree with that
11  statement?
12          MR. FROST:  Objection.
13          THE WITNESS:  In a general
14      context, yes.  But it certainly
15      hasn't been shown for talc,
16      because talc doesn't induce
17      mutations.
18  BY MR. SMITH:
19      Q.   Have you relied on Ness 1999
20  in forming the basis of your opinions in
21  this case?
22      A.   Yes.  It's somewhat
23  outdated, but I think that this was a
24  review of the state of the art at that

Page 260

1  time in the literature.
2      Q.   It says, "At the same time,
3  a growing body of epidemiological
4  evidence suggest that factors calling
5  epithelial inflammation are involved in
6  ovarian carcinogenesis.  Such factors
7  include asbestos and talc exposures,
8  endometriosis, and pelvic inflammatory
9  disease."
10          I take it that you don't
11  agree with that statement of Ness in
12  1999?
13          MR. FROST:  Objection to
14      form.
15          THE WITNESS:  I don't.  I
16      don't agree with "such factors
17      include."  Maybe they were at the
18      time.  But there have been a lot
19      of papers published since then
20      that suggest the opposite.
21  BY MR. SMITH:
22      Q.   Same study.  "Inflammation
23  by its nature produces toxic oxidants
24  meant to kill pathogens.  These oxidants

Page 261

1  cause direct damage to DNA, proteins, and
2  lipids and may, therefore, play a role in
3  direct carcinogenesis."
4          Do you agree with that
5  statement?
6          MR. FROST:  Objection.
7          THE WITNESS:  Again, it's a
8      general statement with regard to
9      inflammation in general.  I don't
10      agree with it as it's been
11      shown -- has not been shown to be
12      important in ovarian cancer
13      development.
14  BY MR. SMITH:
15      Q.   Same study.  "Direct
16  induction of inflammation as a result of
17  endometriosis, talc and asbestos exposure
18  and PID, as well as ovulation itself, may
19  act to promote ovarian tumorigenesis."
20          Do you agree with that
21  statement from Ness?
22          MR. FROST:  Objection.
23          THE WITNESS:  Again, it's an
24      outdated paper that hasn't

66 (Pages 258 to 261)

Brooke T. Mossman, M.S., Ph.D.

Page 262

1     evaluated these studies that don't
2     support that mechanism of action.
3  BY MR. SMITH:
4     Q.   Same study.  "We have
5  reviewed the data suggesting that an
6  additional mechanism that may underlie
7  ovarian cancer is inflammation with
8  concomitant rapid DNA turnover and
9  defective repair."
10      Do you agree or disagree
11 with that statement?
12      MR. FROST:  Objection.
13      THE WITNESS:  Again, I -- it
14 may have been true in 1999, but
15 data do not support that as a
16 whole.
17 BY MR. SMITH:
18     Q.   Okay.  Well, let's talk
19 about data that might be more relevant.
20 And you would agree that this is
21 epidemiological data that we have gone
22 through regarding the inflammation that's
23 on Exhibit 24, correct?
24      MR. FROST:  Objection.

Page 263

1      THE WITNESS:  I would agree,
2  I'm sorry.  Was that a question?
3  BY MR. SMITH:
4     Q.   Been dealing with
5  epidemiological studies?
6     A.   Have we talked about them?
7     Q.   Yes.
8     A.   Yes, we have.
9     Q.   Excuse me.  That are
10 included in Exhibit 24 that we went
11 through all the quotes.  Those are
12 epidemiological studies that we went
13 through, correct?
14      MR. FROST:  Objection.
15      THE WITNESS:  The majority
16 of these are epidemiology studies,
17 yes, with the exception of the
18 Trabert study.
19      MR. FROST:  Are these two
20 different ones?
21      MR. SMITH:  No.
22      MR. FROST:  Okay.
23      MR. SMITH:  Same one.
24      MR. FROST:  Just not

Page 264

1  stapled.
2      (Document marked for
3      identification as Exhibit
4      Mossman-25.)
5  BY MR. SMITH:
6     Q.   All right.  Exhibit 25, this
7  is a paper that was published in 2009.
8  Do you see that, Doctor?  "Inflammation:
9  A Hidden Path to Breaking the Spell of
10 Ovarian Cancer."
11      Do you see that?
12     A.   Yes.  I am not familiar with
13 the journal Cell Cycle, but...
14     Q.   By Shan and Liu.
15      And if you turn to the next
16 page -- well, let me ask you this.  Is
17 this on your reference materials that
18 form the basis of your opinion in this
19 case?
20     A.   No.  And I'm unfamiliar with
21 the journal.  So I'm not sure it would
22 have been referenced by PubMed or my
23 PubMed searches.
24     Q.   Okay.  Well, let's go to the

Page 265

1  first page.  "Inflammation:  A hidden
2  path to breaking the spell of ovarian
3  cancer."  Shan and Liu, the authors from
4  the department of pathology at the
5  University of Texas M.D. Anderson Cancer
6  Center, Houston, Texas.
7      Is M.D. Anderson Cancer
8  Center in Houston, Texas, a reputable
9  cancer center in the United States and
10 throughout the world?
11      MR. FROST:  Objection.
12      THE WITNESS:  It is.
13 BY MR. SMITH:
14     Q.   Let's go to the first --
15 let's go to the box, grey box to the left
16 above introduction.  "Epithelial ovarian
17 cancer is a highly lethal gynecological
18 cancer for which overall prognosis has
19 remained poor over the past few decades.
20 A number of theories have been postulated
21 in an effort to explain the etiology of
22 epithelial ovarian cancer each of which
23 has been both applauded and doubted.  Of
24 note, these theories likely are not

67 (Pages 262 to 265)

Brooke T. Mossman, M.S., Ph.D.

Page 266

1 mutually exclusive as they all converge
2 more or less on the role of inflammation
3 in promoting ovarian tumorigenesis."
4 Do you agree with that
5 statement?
6 MR. FROST: Objection.
7 THE WITNESS: Yes. That the
8 inflammation certainly has been
9 shown to be important in late
10 stage cancers, including ovarian.
11 BY MR. SMITH:
12 Q. That's not what it says,
13 Doctor. It says, "Of note, these
14 theories are likely not mutually
15 exclusive as they all converge more or
16 less on the role of inflammation in
17 promoting ovarian tumorigenesis,"
18 correct?
19 A. Correct.
20 Q. Okay.
21 A. And promotion is not
22 initiation or causation.
23 Q. I understand.
24 A. So that's what I stated.

Page 267

1 That in general,
2 inflammation has been linked to the
3 progression as well as the dissemination
4 of preexisting tumors.
5 Q. Okay. Let me continue. "In
6 this review we describe the latest
7 studies on the role of inflammation in
8 the initiation and progression of
9 epithelial ovarian cancer from three
10 major aspects: Physiologic functions of
11 a normal ovary, potential involvement of
12 the fallopian tube in the initiation of
13 epithelial ovarian cancer, and the strong
14 impact of cellular microenvironment on
15 the development of disease."
16 Now, that statement doesn't
17 just say progression. It says
18 initiation, correct?
19 MR. FROST: Objection.
20 THE WITNESS: We describe
21 the latest studies on the role of
22 inflammation initiation. I'd
23 like -- I'd have to read this --
24 BY MR. SMITH:

Page 268

1 Q. Sure.
2 A. -- uncover where --
3 Q. We're going to go through
4 it. We're going to go through it.
5 A. Okay.
6 Q. All right.
7 Introduction. "Epithelial
8 ovarian cancer, EOC, is the most common
9 subgroup of ovarian cancer. It's the
10 deadliest gynecological cancer in the
11 United States, accounting for more deaths
12 than all other gynecological cancers
13 combined."
14 And we went through that
15 earlier, correct?
16 A. Yes.
17 Q. "The high mortality rate for
18 epithelial ovarian cancer is a result of
19 technical obstacles to early detection of
20 the disease, a high prevalence of distal
21 metastasis at late stages of the
22 disease" -- and that's in 70 percent of
23 the cases it said.
24 "This latter property is

Page 269

1 probably attributable to the unique
2 peritoneal environment of the epithelial
3 ovarian cancer which facilitates
4 convenient seating of ovarian cancer
5 cells in the peritoneal cavity, which is
6 further aided by the constant flow of
7 peritoneal fluid."
8 Were you aware of that
9 statement prior to us reading it?
10 A. Could you refer -- you're
11 going a little fast. I'm just wondering
12 where you are.
13 Q. I'm at introduction.
14 A. Okay.
15 Q. And I'm about six lines
16 down, "This latter property is probably
17 attributable."
18 Do you see that?
19 A. The first paragraph?
20 Q. Under introduction.
21 A. Yep.
22 Q. It's after "70 percent of
23 the cases."
24 Are you aware of the unique

68 (Pages 266 to 269)

Brooke T. Mossman, M.S., Ph.D.

Page 270

1  environment of peritoneal -- the
2  peritoneal environment being unique for
3  epithelial ovarian cancer which
4  facilitates convenient seating of ovarian
5  cancer cells in the peritoneal cavity,
6  which is further aided by constant flow
7  of peritoneal fluid."
8          Were you aware of that
9  statement prior to us reading that now?
10          MR. FROST:  Objection to
11  form.
12          THE WITNESS:  Yeah.  I'm
13      still lost in where you are here,
14      and whether there are references
15      to that statement.
16  BY MR. SMITH:
17      Q.  Ma'am.  Ma'am.  I'm in
18  introduction.
19      A.  Gotcha.
20      Q.  On the first page.
21      A.  Okay.
22      Q.  Do you see, one, two, three,
23  four, five, six, seven lines down, you
24  see 70 percent of cases right there?

Page 271

1          Do you see 70 percent?
2      A.  Yes.
3      Q.  I'm reading the line right
4  after that.  "This latter property is
5  probably attributable to the unique
6  peritoneal environment of epithelial
7  ovarian cancer which facilitates
8  convenient seating of ovarian cancer
9  cells in the peritoneal cavity, which is
10  further aided by the constant flow of
11  peritoneal fluid."
12          Were you aware of that fact
13  before we read it just now?
14          MR. FROST:  Objection.
15          THE WITNESS:  I was aware of
16      the importance of tumor
17      microenvironment on dissemination
18      of preexisting cancers.  I'm not
19      sure whether -- how unique a
20      peritoneal environment is.  Since
21      we have looked at the environment
22      of the peritoneum and the lung in
23      terms of cytokines in regard to
24      mesotheliomas and see very similar

Page 272

1  trends.
2          So I think the word unique
3  peritoneal environment is of
4  question to me.  I don't know why
5  it would be unique.
6  BY MR. SMITH:
7      Q.  Okay.  "We call particular
8  attention to this 'open' environment to
9  which epithelial ovarian cancer is
10  exposed because it has resulted in a
11  myriad of characteristics specific to
12  epithelial ovarian cancer such as ease of
13  widespread cancer metastases" --
14  "metastases in short period of time,
15  unique formation of ascites, and high
16  susceptibility of the ovarian surface
17  epithelium or OSE to peritoneal
18  inflammatory stimuli."
19      A.  Again, I think by open
20  environment they are talking about the
21  peritoneum as a cavity with fluids in it.
22  I don't recall nor have I seen papers
23  suggesting that there is high
24  susceptibility of ovarian epithelial to

Page 273

1  peritoneal inflammatory stimuli.
2          Again, this is a -- not --
3  not a paper with original results.  It's
4  a hypothesis paper.  I don't see any data
5  here supporting that, or any data at all
6  in this manuscript other than a figure
7  entitled, "Potential sources of
8  inflammatory stimuli."
9      Q.  Go to the next page, please.
10      A.  Mm-hmm.
11      Q.  If you look down at the
12  bottom right.  "Inflammation:  Cellular
13  senescence in ovarian epithelial
14  microenvironment and ovarian cancer."
15          "As described above the
16  complex biology of OSE," which is ovarian
17  surface epithelium, "makes ovarian
18  epithelial cells exceedingly sensitive to
19  peritoneal inflammatory agents."
20          And they talk about the open
21  system on the page we read just before
22  that.  Do you recall that?
23      A.  Yeah, but again I want to
24  emphasize that they are talking about

69 (Pages 270 to 273)

Brooke T. Mossman, M.S., Ph.D.

Page 274

1    Figure 1, "Potential sources of
2    inflammatory stimuli." And there's no
3    data to support this hypothesis in the
4    paper.
5        Q. It doesn't say hypothesis
6    anywhere, does it, Doctor?
7            MR. FROST: Objection.
8            THE WITNESS: This is a
9        hypothesis paper. There's no data
10       in it. This is a figure that they
11       have drawn, a schematic in which
12       they are hypothesizing that there
13       is inflammatory stimuli in the
14       peritoneal fluids.
15           So I'm unclear as to the
16       data. I think it's an intriguing
17       hypothesis. But as I emphasized
18       previously, it hasn't been borne
19       out in the last decade.
20   BY MR. SMITH:
21       Q. Okay. Let's look at Figure
22   1. It has -- at the bottom right. It
23   has, "Peritoneal inflammatory stimuli,
24   initiation of premalignant ovarian

Page 275

1    epithelial cells, senescent fibroblasts,
2    inflammatory cells, and capillaries."
3            Do you see that diagram in
4    Figure C?
5        A. Yes.
6        Q. And it says under Figure 1,
7    "Potential sources of inflammatory
8    stimuli that may contribute to the
9    initiation and/or progression of
10   epithelial ovarian cancer."
11           Do you see that?
12       A. I do. And it also states
13   that these functions may be
14   pro-inflammatory in nature.
15           So, again, this is an
16   intriguing hypothesis, but it was in
17   2009. And in ten years there's no
18   evidence suggesting that this hypothesis
19   is true.
20       Q. We'll get to that. Let's go
21   to the page, the last page conclusions.
22       A. Okay.
23       Q. "The tumor milieu in which
24   epithelial ovarian cancer develops has

Page 276

1    been described as one enriched with a
2    broad spectrum pro-inflammatory cytokines
3    and chemokines. Increasing evidence
4    suggests that inflammation contributes
5    significantly to the etiology of
6    epithelial ovarian cancer."
7            What does "etiology" mean?
8        A. Basically the process of
9    disease.
10           Again, there's no references
11   to support this. So I'm not sure what he
12   means by etiology. It's a very broad
13   term.
14       Q. Okay. Let's go to -- hold
15   on a second. Bear with me just a second.
16           Man, they did a weird way of
17   copying this stuff down there. I mean,
18   you talking about -- I couldn't figure it
19   out. It all just came to me. And I just
20   can't believe what I'm seeing. But
21   anyway, we'll get it straight.
22           MR. FROST: Is this one
23       copy?
24           MR. SMITH: Yeah, I'm

Page 277

1    getting ready to hand it to you
2    now.
3            (Document marked for
4        identification as Exhibit
5        Mossman-26.)
6            (Whereupon, a discussion was
7        held off the record.)
8    BY MR. SMITH:
9        Q. Okay. Doctor, this is a
10   study not from back in time. This is
11   August 2018, a year ago, correct?
12       A. Yes. It's in another
13   journal that I have never heard of. So
14   I'm just trying to see whether it would
15   have appeared on my PubMed searches.
16       Q. Down at the bottom left, it
17   has NCBI, which is the public release of
18   government -- and it has NIH.gov. What
19   is NIH?
20       A. That means it's referenced
21   in the National Institutes or National
22   Library of Medicine.
23       Q. It's the National Institute
24   of Health, correct?

70 (Pages 274 to 277)

Brooke T. Mossman, M.S., Ph.D.

Page 278

1      A.   NIH is the National
2  Institutes of Health.  I don't think the
3  study was done at the National Institutes
4  of Health.
5      Q.   And this study is entitled
6  The Role of Inflammation and Inflammatory
7  Mediators in the Development,
8  Progression, Metastasis and
9  Chemoresistance of Epithelial Ovarian
10  Cancer, correct?
11      A.   Yes.  This appears to be
12  another review with no new data.  Allow
13  me to just go through this.
14      Q.   I'm going to read some
15  sections in the abstract.  "Inflammation
16  plays a role in the initiation and
17  development of many types of cancers,
18  including epithelial ovarian cancer (EOC)
19  and high-grade serous ovarian cancer
20  (HGSC), a type of epithelial ovarian
21  cancer."
22          Do you agree or disagree
23  with that statement in the abstract of
24  this paper?

Page 279

1      A.   I disagree.  This is a
2  review.  And I don't believe that
3  inflammation has been linked to the
4  initiation of epithelial ovarian cancers
5  or serous grades.
6      Q.   Okay.
7      A.   So I would -- I think it's
8  an emphatic statement that needs to be
9  referenced.
10      Q.   There are -- this is the
11  abstract.  "There are connections" -- and
12  we'll get to it.
13      A.   Okay.
14      Q.   "There are connections
15  between epithelial ovarian cancer in both
16  peritoneal and ovulation-induced
17  inflammation.  Additionally, epithelial
18  ovarian cancers have an inflammatory
19  component that contributes to their
20  progression.  At sites of inflammation,
21  epithelial cells are exposed to increased
22  levels of inflammatory mediators, such as
23  reactive oxygen species, cytokines" --
24  pronounce that for me, please.

Page 280

1      A.   Prostaglandins.
2      Q.   Thank you.
3          -- "prostaglandins, and
4  growth factors that contribute to
5  increase cell division and genetic and
6  epigenetic changes."
7          Do you agree with those
8  statements?
9      MR. FROST:  Objection to
10  form.
11          THE WITNESS:  I believe that
12      this is a generalized statement in
13      terms of epithelial cells, but not
14      with regard to ovarian epithelial
15      cells.
16  BY MR. SMITH:
17      Q.   "These exposure-induced
18  changes promote" -- we just went through
19  that.  "Furthermore, the pro-inflammatory
20  tumor microenvironment (TME) contributes
21  to epithelial ovarian cancer and
22  metastases" --
23      A.   Metastases.
24      Q.   I don't know why I'm

Page 281

1  tripping over my words today.
2          -- "and chemo resistance.
3  In this review, we will discuss the roles
4  inflammation and inflammatory mediators
5  play in the development, progression,
6  metastases and chemoresistance of
7  epithelial ovarian cancer."
8          Correct?
9      MR. FROST:  Objection to
10  form.
11          THE WITNESS:  Yes, this is a
12      review that discusses that.
13  BY MR. SMITH:
14      Q.   Okay.  And the first
15  paragraph is, "Inflammation and
16  epithelial ovarian cancer."
17          Do you see that?
18      A.   I do.
19      Q.   And it states, "Inflammation
20  is part of the immune response that
21  protects against foreign pathogens and
22  aids in healing.  Inflammation is
23  elicited in response to cellular damage
24  by infection, exposure to foreign

71 (Pages 278 to 281)

Brooke T. Mossman, M.S., Ph.D.

Page 282

1    particles or pollutants or irritants, or
2    an increase in cellular stress.  The
3    ultimate goal of the inflammatory
4    response is to restore tissue
5    homeostasis, either by destruction or
6    healing of the damaged tissue.
7         "The acute or immediate
8    inflammatory response involves
9    modification of the vasculature
10   surrounding the site of stress or damage
11   to increase blood flow.  This alteration
12   is then followed by activation of innate
13   immune cells already present in the
14   tissue including macrophages, dendritic
15   cells (DC) and mast cells and an increase
16   in infiltration of additional innate
17   immune cells into the affected tissue."
18        Do you agree with that?
19        MR. FROST:  Objection.
20        THE WITNESS:  It's a
21   generalized statement for
22   inflammation, yes.
23   BY MR. SMITH:
24        Q.   It says, "At sites of

Page 283

1    inflammation, there are high levels of
2    reactive oxygen species, cytokines,
3    chemokines, and growth factors that are
4    produced by the immune cells and other
5    cells in tissue."
6         Do you agree with that?
7         MR. FROST:  Objection to
8    form.
9         THE WITNESS:  I agree that
10   this may be true in chronic
11   inflammation or extremely high
12   exposures to very toxic agents.
13   So in that vein, I would agree
14   with it.
15   BY MR. SMITH:
16        Q.   "Acute inflammation is
17   essential for the tissue homeostasis and
18   to protect against normal exposure to
19   pathogens.  However, in certain cases,
20   the body is unable to resolve this
21   response or is subjected to repeated
22   stimulation, resulting in chronic
23   inflammation."
24        Do you agree with that?

Page 284

1        A.   I do.
2        Q.   The next paragraph talks
3    about ovarian cancer.  And it states --
4    one, two, three -- four lines down,
5    "Chronic inflammation is an important
6    risk factor associated with epithelial
7    ovarian cancer and high-grade serous
8    ovarian cancer (HGSC), the most malignant
9    subtype of epithelial ovarian cancer."
10        Do you agree with that?
11        A.   I don't see a statement for
12   that.  I know inflammation has been
13   associated with late stage tumors, but we
14   don't know what the role is in terms of
15   disease or protection from disease and
16   what is the function of this.
17        Q.   "In this review, we will be
18   primarily focus on inflammation as a risk
19   factor for invasive epithelial ovarian
20   cancer, but have also included supportive
21   evidence from other ovarian cancer
22   subtypes studied that do not describe the
23   subtype of ovarian cancer and other tumor
24   types as indicated."

Page 285

1         And then they go through and
2    they talk about, on the next page --
3    well, they talk about signaling pathways
4    and transcription factors and innate
5    immune response.  It talks about the
6    immune responses.
7         Number 2 on the next page
8    talks about inflammation as a risk factor
9    for epithelial ovarian cancer.  It has
10   cites there.  It talks about ovulation.
11   It talks about infection.
12        And then it says, "Other
13   sources of inflammation."
14        Do you see that on Page 4 of
15   39?
16        A.   I do.
17        Q.   And it says, "The other
18   causes of inflammation in the ovaries
19   and/or fallopian tubes are endometriosis,
20   obesity, polycystic ovarian syndrome or
21   PCOS, and talc exposure."
22        Do you agree with that?
23        MR. FROST:  Objection to
24   this and the prior question which

72 (Pages 282 to 285)

Brooke T. Mossman, M.S., Ph.D.

Page 286

1 sort of bleed together.
2       THE WITNESS: Yeah, again
3 there's no reference for -- for
4 this statement. So I -- I
5 disagree with it. Because talc
6 exposures have not been linked to
7 inflammation in the ovaries. And
8 I think I've covered all the
9 information that I reviewed to
10 reach that conclusion. So this is
11 a review by cell biologists in a
12 low-impact journal I've never
13 heard from or seen before.
14       But in looking at the
15 original data which is not
16 relevant --
17 BY MR. SMITH:
18       Q.   Whoa, whoa. Hold on a
19 second. Low-impact journal. What do you
20 base that on?
21       A.   I've never heard of Cancers.
22 I've heard --
23       Q.   Listen -- how do you know
24 what the -- tell me what the impact

Page 287

1 factor is then, for this journal.
2       A.   If I haven't seen it, let me
3 guess --
4       Q.   No, ma'am, I don't want a
5 guess --
6       A.   -- it's going to be lower --
7       Q.   -- I want you to tell me
8 what the impact factor for this journal
9 is.
10       A.   We can look it up. Why
11 don't we look it up?
12       Q.   No, ma'am. You said it was
13 a low-impact journal and you said --
14       A.   I have never heard of it --
15       Q.   I understand.
16       A.   -- so, yes.
17       Q.   I understand. I want you to
18 tell me what your basis -- your basis for
19 that is because you've never heard of it.
20       A.   I have -- I am aware of all
21 the cancer journals that are high profile
22 and high impact. This is not one of
23 them.
24       Q.   Okay. We'll go to page --

Page 288

1 the next page, Page 5 of 39. And you go
2 three paragraphs down. It says, "Talc is
3 a silicate mineral and exposure to it can
4 cause inflammation of the ovaries and
5 poses a risk hazard for the development
6 of epithelial ovarian cancer."
7       Do you agree with that
8 statement or not?
9       A.   Let me look up Reference 45
10 and I'll tell you.
11       No.
12       Q.   "It has been proposed that
13 talc from talcum powder used for dusting
14 and from condoms in the vaginal
15 diaphragms can migrate up the fallopian
16 tubes in retrograde flow of fluids and
17 mucus and get lodged in the ovaries.
18 Tubal ligation, which is protective for
19 epithelial ovarian cancer is thought to
20 block the transport of talc from lower
21 genital -- from the lower genital tract.
22 Talc behaves as a foreign particle,
23 triggering an inflammatory response and
24 has two sites. The talc attracts

Page 289

1 macrophages, which then try to
2 phagocytose it. The macrophages then
3 send chemotactic signals to other immune
4 response mediators and initiate a wound
5 healing. Since talc is not degraded by
6 the body, it inhibits the wound healing
7 process, resulting in chronic
8 inflammation."
9       Would you agree with those
10 statements?
11       MR. FROST: Objection.
12       THE WITNESS: No, and they
13 are not supported by the
14 references. We can go through
15 these. But these statements
16 aren't supported by the
17 references.
18       In fact, 47 is a paper by
19 Muscat and Huncharek on perineal
20 talc use and ovarian cancer, a
21 critical review. It concludes
22 that talc is not associated with
23 ovarian cancer risk.
24 BY MR. SMITH:

73 (Pages 286 to 289)

Brooke T. Mossman, M.S., Ph.D.

Page 290

1    Q.   No, no, no.
2    A.   So --
3    Q.   Doctor, it says, "Talc,
4  there is not a case for causality."
5    A.   Right.
6    Q.   The -- the study published a
7  statistically significant increased risk
8  of ovarian cancer from genital talc use.
9        MR. FROST:  Objection.
10        THE WITNESS:  No.
11  BY MR. SMITH:
12    Q.   It does not?
13    A.   Muscat and Huncharek do not
14  make --
15    Q.   Paid experts from the
16  defendants.
17    A.   Pardon me?
18        MR. FROST:  Objection.
19  BY MR. SMITH:
20    Q.   Did you know that they were
21  paid experts from the defendants when
22  they wrote this paper?
23    A.   No --
24    Q.   Okay.

Page 291

1    A.   -- this was in 2008.  And
2  they concluded that there was not an
3  association.  Yet this individual is
4  citing this reference to support the
5  statement "talc behaves as a foreign
6  particle triggering an inflammatory
7  response."  And it's wrong.  The paper is
8  wrong, and the references that it uses
9  are wrong.
10        Heller didn't show that.
11  Henderson didn't show that.  Henderson is
12  an editorial.
13        So I would really question
14  the source of this supposed journal
15  called Cancers that I've never heard of,
16  while -- and we have --
17    Q.   Let me ask -- I'm sorry, I
18  didn't mean to cut you off.
19    A.   Yeah.
20    Q.   Go ahead.
21    A.   But -- we can still spend
22  time going through it, but it's not going
23  to alter my opinion that these authors
24  wrote a very sloppy paper with

Page 292

1  inconsistent statements that are not
2  supported by the references they cite.
3    Q.   Doctor, did you use
4  Huncharek and Muscat as a basis for your
5  opinions in this case, this reference
6  here?
7    A.   It was one of several
8  reviews, yes.
9    Q.   And you are stating that
10  that paper did not reveal a statistically
11  significant increased risk of ovarian
12  cancer from genital talc use?
13        MR. FROST:  Objection to
14  form.
15        THE WITNESS:  I would go
16  back to that paper and see how it
17  was worded, but the conclusions of
18  the authors were that talc did not
19  play a role in the causation of
20  ovarian cancers.
21  BY MR. SMITH:
22    Q.   Did the epidemiological
23  study that is referenced here of Muscat
24  and Huncharek conclude that there was a

Page 293

1  statistically significant increased risk
2  of ovarian cancer from genital talc use?
3    A.   I --
4        MR. FROST:  Objection to
5  form.
6        THE WITNESS:  Yeah.  I'd
7  have to go back and look at the
8  paper --
9  BY MR. SMITH:
10    Q.   Okay.
11    A.   -- to see whether that was
12  stated as such.
13    Q.   Now, under NSAIDS and
14  reduced risk of epithelial ovarian
15  cancer.
16        "Further connecting
17  inflammation to the epithelial ovarian
18  cancer are several studies that
19  demonstrate the intake of nonsteroidal
20  antiinflammatory drugs, or NSAIDs,
21  specifically of aspirin, correlates
22  adversely with the risk of epithelial" --
23    A.   Are we going back to this
24  review in Cancers?

74 (Pages 290 to 293)

Brooke T. Mossman, M.S., Ph.D.

Page 294

1    Q.   Yes.
2    A.   Or for --
3          MR. FROST:  Yeah, I was
4    going to say, what page are you
5    on?
6          THE WITNESS:  Yeah.
7          MR. SMITH:  I'm on Page 5.
8    Excuse me.  I'm right below where
9    I was reading.
10          MR. FROST:  Oh, I see.
11    Section 2.4?
12          MR. SMITH:  Yep.
13    BY MR. SMITH:
14    Q.   "Further connecting
15    inflammation to epithelial ovarian cancer
16    are several studies that demonstrate that
17    intake of nonsteroidal antiinflammatory
18    drugs, NSAIDs, specifically of aspirin,
19    correlates inversely with risk of ovarian
20    cancer and endometrial cancer," and it
21    has cites there.
22          Do you see that, Doctor?
23    A.   I do, and again these
24    studies are controversial and the

Page 295

1    statement that he puts forth does not
2    agree with a lot of the studies.
3          And let me check which ones
4    he's referencing, but I wouldn't agree
5    with this statement.
6    Q.   Okay.  Go to Page 11 of 39,
7    if you look at the bottom.  It's 3.1.
8    It's ROS and oxidative stress.
9          Do you see it?
10    A.   I do.
11    Q.   And if you go to the -- one,
12    two, three -- fourth paragraph.  The
13    paragraph at the bottom says, "Oxidative
14    stress has also been shown to facilitate
15    epigenetic mechanisms in many cancers,
16    including epithelial ovarian cancer."
17          Would you agree or disagree
18    with that?
19          MR. FROST:  Objection.
20          THE WITNESS:  Let's go -- so
21    we're on the third paragraph and
22    what sentence are you talking
23    about?
24          MR. FROST:  Do you mind if I

Page 296

1    point it to her?
2          MR. SMITH:  That's fine.
3          THE WITNESS:  Yeah.  Okay.
4    BY MR. SMITH:
5    Q.   "Oxidative stress has also
6    been shown to facilitate epigenetic
7    mechanisms in many cancers including
8    epithelial ovarian cancer."
9          Would you agree or disagree
10    with that statement?
11    A.   Let me look at Reference 86
12    and see whether it makes sense.
13          No that's not supported by
14    that.
15    Q.   Okay.
16    A.   It's another misquote.  It's
17    talking about tumor suppressor genes in
18    ovarian cancer.
19    Q.   You've never seen this
20    document, and you haven't seen the
21    document reference.  So you don't know
22    what it says, do you, Doctor?
23          MR. FROST:  Objection.
24          THE WITNESS:  I can read the

Page 297

1    title.
2    BY MR. SMITH:
3    Q.   Well, that's not the whole
4    paper though, is it, Doctor?
5    A.   Epigenetic mechanisms.
6    Okay.  We're talking about tumor
7    suppressor genes and methylation.  It's
8    an epigenetic mechanism.  OS, I have no
9    idea what that means.
10    Q.   Do you agree or disagree
11    with the statement, "Oxidative stress has
12    also been shown to facilitate epigenetic
13    mechanisms in many cancers including
14    epithelial ovarian cancer"?
15    A.   It looks like, to me, that
16    this Reference 86 is talking about
17    methylation of tumor suppression genes
18    and is not exploring the oxidative stress
19    by any agents on these genes.
20    Q.   Do you agree or disagree
21    with the statement?
22          MR. FROST:  Objection.
23          THE WITNESS:  I agree with
24    oxidative stress has been shown to

75 (Pages 294 to 297)

Brooke T. Mossman, M.S., Ph.D.

Page 298

1      facilitate epigenetic mechanisms.
2          Again, I question whether
3      Reference 86 used oxidative stress
4      insults to look at methylation of
5      tumor suppressor genes.  And I
6      doubt that they did from the
7      title.
8   BY MR. SMITH:
9          Q.   You doubt they did.  You
10  don't know, correct?
11         MR. FROST:  Objection.
12         THE WITNESS:  No.  Unless
13     you have the paper.  I'd be
14     delighted to look at it.
15  BY MR. SMITH:
16         Q.   And the statement talks
17  about, "Oxidative stress has also been
18  shown to facilitate epigenetic mechanisms
19  in many cancers, including epithelial
20  ovarian cancer."
21         Would you agree with that?
22         MR. FROST:  Objection.
23         THE WITNESS:  No.  I just
24     said that I don't agree with it,

Page 299

1      because I don't believe that that
2      statement is reflected in the
3      title of Number 86.  So I'd have
4      to see the paper.
5          But based upon the
6      references that you've pointed me
7      to already, I am suspicious
8      whether it does or not.
9          MR. SMITH:  Okay.  Let's
10     see.  I don't think I marked that
11     as an exhibit, did I?
12         MR. FROST:  No.
13         MR. SMITH:  I did something
14     with my exhibit stickers.
15         That's 26.
16         (Document marked for
17     identification as Exhibit
18     Mossman-27.)
19  BY MR. SMITH:
20         Q.   I want to next -- this is
21  another 2018 article, and it has the NCBI
22  NN -- NLM, NIH.gov reference at the
23  bottom.
24         Do you see that, Doctor?

Page 300

1          A.   I do.
2          Q.   This is on Oncotarget.  Are
3   you familiar with Oncotarget?
4          A.   Yes, I reviewed for them.
5          Q.   "Oxidative Stress in Female
6   Cancers."  And you're a reviewer of this
7   publication, right?
8          A.   I didn't review this
9   publication, no.
10         Q.   You said that you were a
11  reviewer of this Oncotarget, correct?
12         A.   Oncotarget is a journal, and
13  I review papers for Oncotarget
14  occasionally.  I have not seen this
15  paper.
16         Q.   Okay.  And it states,
17  "Abstract:  Breast, cervical, and ovarian
18  cancer are highly prevalent in women
19  worldwide.  Environmental, hormonal, and
20  viral-related factors are especially
21  relevant in the development of these
22  tumors.  These factors are strongly
23  related to oxidative stress through the
24  generation of reactive oxygen species."

Page 301

1          Would you agree with that?
2          MR. FROST:  Objection.
3          THE WITNESS:  These
4      factors -- okay.  Environmental,
5      hormonal, and viral-related
6      factors.  I don't know what
7      they're talking about here.  But
8      they're --
9   BY MR. SMITH:
10         Q.   Okay.  Well, we'll read the
11  whole abstract.
12         A.   Okay.
13         Q.   "The oxidative stress is
14  caused by an imbalance in the redox
15  status of the organism and is literally
16  defined as 'an imbalance between ROS
17  generation and its detoxification by
18  biological system, leading to the
19  impairment of damage repair by
20  cells/tissue.'
21         "The multi-step progression
22  of cancer suggests that oxidative stress
23  is involved in cancer initiation,
24  promotion, and progression.  In this

76 (Pages 298 to 301)

Brooke T. Mossman, M.S., Ph.D.

Page 302

1   review, we describe role of oxidative
2   stress and the interplay with
3   environmental, host, and viral factors
4   related to breast, cervical, and ovarian
5   cancers, initiation, promotion and
6   progression.
7           "In addition, the role of
8   natural antioxidant compounds, human and
9   other, compounds for breast, cervical,
10  and ovarian cancers' prevention/treatment
11  is discussed."
12          Do you see that?
13      A.   Yes.  This is a review.
14      Q.   Do you agree with that
15  abstract?
16      A.   As what they're describing,
17  I'd have to assume that's what they're
18  describing and see the references that
19  support their statements.
20      Q.   Go to the conclusions.  It's
21  on Page 16 of 30, Doctor.
22          "Conclusions and remarks."
23  And if you go down five lines, and you go
24  all the way to the right, it says, "We

Page 303

1   reviewed."
2           MR. FROST:  Brooke, you go
3       to -- ours doesn't say 16 or
4       whatever.
5           THE WITNESS:  No.
6           MR. FROST:  It's 283 --
7           MR. SMITH:  I'm sorry.
8           MR. FROST:  -- 5.
9   BY MR. SMITH:
10      Q.   And if you go down five
11  lines and go to the right, it says, "We
12  reviewed the recent progress."
13          Do you see that?
14      A.   "Recent progress towards the
15  potential role."  Okay.
16      Q.   "We reviewed the recent
17  progress towards the potential role of
18  ROS and associated oxygen" -- excuse
19  me -- "oxidative stress in the
20  carcinogenesis" -- "in carcinogenesis
21  since they are involved in the
22  development and progression of several
23  human cancers, like cervical, breast and
24  ovary."

Page 304

1           Do you agree with that
2   statement?
3       A.   I do.  And as I emphasized
4   previously, reactive oxygen species are
5   known to be important in development in
6   late stage tumor progression and
7   metastases.
8       Q.   Of the ovary?
9       A.   In late stage, yes.
10      Q.   No, it doesn't say late
11  stage.  It just says ovary.
12      A.   It says development and
13  progression.  That is not initiation.
14  Development is what happens in subsequent
15  stages of cancer development.  And so, as
16  I emphasize, ovarian and other tumors may
17  be reflective of roles of late stage
18  cancer development induced by oxidative
19  stress or inflammation.  Not causation.
20          (Document marked for
21      identification as Exhibit
22      Mossman-28.)
23  BY MR. SMITH:
24      Q.   I marked that previous

Page 305

1   exhibit as 27.  I'm going to mark the
2   next exhibit, which is 28.  And this is
3   from the National Cancer Institute,
4   Center Data Access System.
5           And it's "Inflammation
6   Markers and Risk of Endometrial and
7   Ovarian Cancer."  And this is in a study
8   that is ongoing, and the principal
9   investigator is Nicolas Wentzensen.
10          Do you know who he is?
11      A.   No, I've never heard of him.
12      Q.   He's deputy branch chief and
13  senior investigator for the NCI division
14  of cancer epidemiology and genetics,
15  clinical genetics branch.
16          Did you know that?
17      A.   I didn't.
18      Q.   Okay.  And here's a study
19  that's ongoing at the NCI.  And here is
20  the title and the summary.
21          "Title, Inflammation Markers
22  and Risk of Endometrial and Ovarian
23  Cancer.  Epidemiology evidence suggests
24  that chronic inflammation plays an

77 (Pages 302 to 305)

Brooke T. Mossman, M.S., Ph.D.

Page 306

1    important role in the pathogenesis of the
2    endometrial and ovarian cancers."
3         Do you agree with that
4    statement?
5         MR. FROST: Objection.
6         THE WITNESS: Yes. In late
7    stage disease.
8    BY MR. SMITH:
9    Q.   It says, "An important role
10   in the" -- what does pathogenesis means?
11   A.   Pathogenesis means the
12   development of lesions as they go from an
13   initiated cell to later stages of cancer
14   development. So pathogenesis does not
15   encompass causation. It's the
16   development of the tumors over periods of
17   time. So it's the tissue changes that
18   become evidenced after cancers are
19   initiated.
20   Q.   "Chronic inflammation can
21   induce rapid cell division, increasing
22   the possibility of replication error,
23   ineffective DNA repair, and subsequent
24   mutation. Risk factors for endometrial

Page 307

1    cancer: Unopposed estrogen use,
2    anovulation, polycystic ovarian syndrome,
3    excessive/prolonged menstruation,
4    diabetes and obesity, and conditions
5    associated with ovarian cancer:
6    Ovulation, pelvic inflammatory disease,
7    PCOS, endometriosis and exposure to talc
8    and asbestos are associated with chronic
9    inflammation."
10        Would you agree with that?
11        MR. FROST: Objection.
12        THE WITNESS: Again, this is
13   a -- it looks like a grant
14   application here. A proposed
15   study. And I would not agree with
16   the statement that exposure to
17   talc is associated with chronic
18   inflammation.
19   BY MR. SMITH:
20   Q.   Okay.
21   A.   No.
22   Q.   Let's next go to --
23        MR. SMITH: That's
24   Exhibit 28.

Page 308

1         MR. FROST: This one was 28,
2    or this one's 29?
3         MR. SMITH: Excuse me. The
4    last one was 28.
5         (Document marked for
6    identification as Exhibit
7    Mossman-29.)
8    BY MR. SMITH:
9    Q.   This is 29. This is a 2008
10   article. It says, "Inflammation is a key
11   contributor to ovarian cancer cell
12   seating."
13        Do you see that, Doctor?
14   A.   I do.
15   Q.   And if you flip to the --
16   the last page on the conclusion. In the
17   final paragraph, two, four, six, seven
18   lines down. Far right. "Our data in a
19   mouse model are consistent with the
20   concept that most factors implicated in
21   ovarian cancer incidence converge on
22   inflammation as a common denominator."
23        Do you agree or disagree
24   with that statement?

Page 309

1    A.   A mouse model. Most of the
2    factors...
3    Q.   They performed a mouse model
4    in this study.
5    A.   Yes. Inflammation is a
6    common denominator of the pathogenesis,
7    especially late stage, and what these
8    individuals are showing is that when
9    cells are seated in metastases,
10   inflammation becomes important. So
11   that's not inconsistent with the role of
12   oxidants or inflammation in late stage
13   development or metastases of cancers,
14   including ovarian.
15   Q.   It says, "Our data in a
16   mouse model are consistent with the
17   concept that most of the factors
18   implicated in ovarian cancer incidence
19   converge on inflammation as a common
20   denominator. One successful path to
21   ovarian cancer prevention has been
22   controlling factors that induce
23   inflammation, such as the use of oral
24   contraceptives to suppress ovulation."

78 (Pages 306 to 309)

Page 310

1     Do you agree with that?
2         MR. FROST: Objection.
3         THE WITNESS: I think there
4  are many reasons that oral
5  contraceptives become important,
6  including estrogen. So it's one
7  pathway.
8  BY MR. SMITH:
9     Q. "Epidemiologic data show
10 that aspirin and other nonsteroidal
11 antiinflammatory drugs, NSAIDs, can be
12 beneficial in the prevention of multiple
13 cancers, including ovarian. Although
14 factors associated with the increased
15 risk of cancer such as aging and
16 menopause can't be prevented, the risk
17 can be reduced by suppressing
18 inflammation."
19     Do you agree with that?
20     A. Again, I agree with the
21 general premise that it -- inflammation
22 may be important in late stage disease.
23     Q. They don't say late stage
24 disease there, Doctor.

Page 311

1         MR. FROST: Objection.
2         THE WITNESS: No. And they
3  don't say causation either.
4         They are talking about
5  prevention, and there could be
6  many ways in which inflammation
7  feeds an already established
8  tumor.
9  BY MR. SMITH:
10     Q. Exhibit 29, 28, or 27, were
11 they in your -- or 26, were any of those
12 in your reference materials that you
13 relied on as a basis for your opinion in
14 this case?
15     A. Say that again slowly.
16     Q. Just the exhibits that we
17 just went through, 26 through 29, are
18 those listed as -- as reference materials
19 that form a basis for your opinion in
20 this case?
21     A. No. As I emphasized, I
22 looked at peer-reviewed original data in
23 these studies and performed searches with
24 talc and asbestos. And none of these

Page 312

1  appeared, or are relevant to causation of
2  ovarian cancer by talc.
3     Q. Also, I marked as
4  Exhibit 30.
5         (Document marked for
6         identification as Exhibit
7         Mossman-30.)
8         THE WITNESS: 30 is?
9         MR. FROST: It's coming up.
10 He hasn't handed it over yet.
11         THE WITNESS: Okay.
12         MR. FROST: Another
13 interesting copy job.
14 BY MR. SMITH:
15     Q. You are familiar with this
16 study, are you not, Doctor?
17         MR. FROST: Is that more
18 than one copy or is it --
19         MR. SMITH: Here you go.
20         MR. FROST: Okay. Thank
21 you.
22         MR. SMITH: Yeah.
23 BY MR. SMITH:
24     Q. This was listed in your

Page 313

1  updated reference materials, correct?
2     A. Yes.
3     Q. "Analgesic use" -- "use and
4  ovarian cancer risk: An analysis of
5  ovarian cancer cohort consortium,"
6  Trabert. It's in 2018. This isn't a
7  decade ago, is it?
8     A. No. It's an update to their
9  earlier study.
10     Q. And it says conclusions on
11 the second page. "This large,
12 prospective analysis suggests that women
13 who use aspirin daily have a slightly
14 lower risk of developing ovarian cancer,
15 10 percent lower than infrequent/nonuse,
16 similar to the risk reduced" --
17 "reduction observed in case-control
18 analyses. The observed potential
19 elevated risk for ten plus years of
20 frequent aspirin and NSAID use require
21 further study, but could be due to
22 confounding by medical indications for
23 use in variation and drug dozing."
24         And you reviewed that prior

Brooke T. Mossman, M.S., Ph.D.

Page 314

1   to your deposition today; is that
2   correct?
3        A.   I did.
4        Q.   Okay.  All right.  Let's
5   talk about transmigration.
6        MR. FROST:  One second.  Do
7   you want to take a quick?
8        MR. SMITH:  Sure.
9        MR. FROST:  I can use the
10  restroom.
11       THE VIDEOGRAPHER:  We're
12  going off the record.  The time is
13  2:43.
14       (Short break.)
15       THE VIDEOGRAPHER:  We are
16  going back on record.  Beginning
17  Media File Number 4.  The time is
18  2:54.
19  BY MR. SMITH:
20       Q.   Okay.  Doctor, this is going
21  to be one of those situations again.  I
22  apologize.  And I'm -- we can read the
23  front together, but we can't read the
24  back together.

Page 315

1        And --
2        MR. SMITH:  Here.  I'm going
3   to attach this as Exhibit 31.  Am
4   I right?  31.
5        (Document marked for
6   identification as Exhibit
7   Mossman-31.)
8        MR. FROST:  Yeah, sounds
9   right.  I'm just going to --
10  before you start, same set of
11  actions as last time.  We object
12  to using a summary document
13  that --
14       MR. SMITH:  Sure.
15       MR. FROST:  -- and we object
16  to you asking any questions about
17  documents without putting it in
18  front of her.
19  BY MR. SMITH:
20       Q.   Okay.  This is titled,
21  "Biological plausibility, migration and
22  translocation," and what I've done here
23  is -- and there's a back to it and I'm
24  going to show it to you in a second.

Page 316

1        But I've gone through and
2   taken quotes out of different studies.
3        You stated earlier that you
4   did not go through the draft screening
5   assessment of Health Canada, correct,
6   when we were talking about inflammation?
7        A.   That's correct.
8        Q.   And so, the quote, "This
9   evidence of retrograde transport supports
10  the biological plausibility of the
11  association between perineal talc
12  application and ovarian exposure."
13       Would you agree or disagree
14  with that statement?
15       MR. FROST:  Objection to
16  form.
17       THE WITNESS:  Yeah, I would
18  disagree.  There's no evidence of
19  retrograde talc transfer.
20  BY MR. SMITH:
21       Q.   And we went over, earlier
22  you had not reviewed Taher, and the quote
23  here, "Particles of talc appeared to
24  migrate into the pelvis and ovarian

Page 317

1   tissue causing irritation and
2   inflammation."
3        Would you agree or disagree
4   with that quote from Taher?
5        MR. FROST:  Objection.
6        THE WITNESS:  I would
7   disagree.  This has not been shown
8   in -- certainly not in his
9   studies, which are
10  epidemiological.  But in terms of
11  other studies as well.
12  BY MR. SMITH:
13       Q.   And also in Taher below it,
14  "Transport of talc via peritoneal stroma
15  and presence of ovaries is documented."
16       Are you aware of studies
17  that document that fact?
18       MR. FROST:  Objection.
19       THE WITNESS:  There are
20  studies documenting talc in
21  ovaries.  But not transported talc
22  via peritoneal stroma.
23  BY MR. SMITH:
24       Q.   And Schildkraut, is that one

Brooke T. Mossman, M.S., Ph.D.

Page 318

1  of the reference materials that you
2  relied upon for your opinions in this
3  case?
4      A.  I did look at Schildkraut.
5  I don't know whether I listed it or not,
6  but I recall the study.  It's an
7  epidemiological study of African-American
8  populations.
9      Q.  Yeah, it's not listed in
10  your key references or reliance
11  materials.
12     A.  Oh.
13     Q.  But you said you read it?
14     A.  I -- I have looked at it in
15  the past, yes.
16     Q.  And says, quote from that
17  article, "As most high grade serous
18  epithelial ovarian cancer but not
19  nonserous subtypes arise in the fallopian
20  tube.  It is possible that direct
21  exposure through genital talc
22  specifically affects this disease
23  subtype."
24         That we had talked earlier

Page 319

1  about high grade serous epithelial
2  ovarian cancer thought to arise in the
3  fallopian tube; is that correct?
4      MR. FROST:  Objection.
5      THE WITNESS:  That's true.
6      But that statement doesn't, in his
7      report, doesn't support the
8      premise of direct exposure through
9      the genital tract.  And it's
10     unclear to me how this would
11     affect specifically one disease
12     subtype.
13 BY MR. SMITH:
14     Q.  Well, in the first Nurses'
15  Health Study, what was -- was there a
16  subtype of histological type of
17  epithelial ovarian cancer that showed a
18  statistical significant increased risk
19  from the genital use of talc?
20     MR. FROST:  Objection to
21     form.
22     THE WITNESS:  I'd have to go
23     back and look at that study
24     specifically.

Page 320

1  BY MR. SMITH:
2      Q.  So you don't -- can't answer
3  my question?
4      A.  I can't remember.  I'd have
5  to go back and look and see whether --
6  what were the results in terms of certain
7  subtypes of tumors.
8      Q.  Well, you had told me
9  earlier that the cohorts which you mainly
10  relied on supported your position that
11  talc does not statistically significantly
12  increase the risk of ovarian cancer.  And
13  you can't tell me that one of the -- if
14  one of the cohort studies that you're
15  relying on heavily for that -- for that
16  statement, that it showed that a
17  statistical significant increased risk of
18  a particular type of histology of ovarian
19  cancer?
20     MR. FROST:  Objection.
21     THE WITNESS:  If I recall
22     the Nurses' Health Study, the
23     original publication emphasized
24     more or a -- that there were more

Page 321

1  of the serous high grade tumors
2  observed.  But that was not of
3  statistical significance.
4      And in the later study, that
5  did not appear to be the case.
6      And I believe it was Gertig versus
7  Gates.  But I'd have to go back
8  and look at the studies
9  specifically.
10 BY MR. SMITH:
11     Q.  Same from -- and also
12  Schildkraut.  Did you realize that
13  Dr. Schildkraut is a female?
14     A.  No.
15     Q.  Okay.
16     "Therefore, lung inhalation
17  of powder could be a biologically
18  plausible mechanism for the association
19  between nongenital body powder use and
20  the increased risk" -- "increased
21  epithelial ovarian cancer risk,
22  particularly nonserous epithelial ovarian
23  cancers."
24         Do you agree with that

81 (Pages 318 to 321)

Brooke T. Mossman, M.S., Ph.D.

Page 322

1    statement from Schildkraut?
2         MR. FROST:  Objection.
3         THE WITNESS:  Oh.  I don't.
4    They did find an increase in
5    nongenital body power -- powder
6    use, but not genital body powder
7    use in that study.
8         And other studies have not
9    supported the nongenital route as
10   being important in -- in ovarian
11   cancer risk.
12   BY MR. SMITH:
13        Q.   Well, let me ask you about
14   that.  Let me attach which is the next
15   numbered exhibit, Number 32.
16        (Document marked for
17        identification as Exhibit
18        Mossman-32.)
19   BY MR. SMITH:
20        Q.   I do have those stapled.
21   This is entitled,
22   "Translocation pathways for inhaled
23   asbestos fibers."
24        Do you see that, Doctor?

Page 323

1    It's a 2008 paper, January 2008?
2         A.   Yes.
3         Q.   And if you flip to the
4    conclusion, on Page 6 of 8.  This has to
5    do with inhalation and pathways for
6    obviously asbestos fibers as it -- it
7    talks about.
8         In the -- excuse me.  Let's
9    go to the abstract at the very beginning.
10   I'm sorry.
11        "We discuss the
12   translocation of inhaled asbestos fibers
13   based on pulmonary and pleuropulmonary
14   interstitial fluid dynamics.  Fibers can
15   pass the alveolar barrier and reach the
16   lung interstitium via the paracellular
17   route down a mass water flow due to
18   combined osmotic an hydraulic pressure
19   gradient."
20        Do you see that?
21        A.   Yes.
22        Q.   And then in conclusion on
23   Page 6 of 8, it says, "Asbestos fibers
24   are found basically in all organs in

Page 324

1    subjects exposed to asbestos."
2         Do you see that?
3         A.   Let's see.  Is it -- this
4    also in the abstract?
5         Q.   No, it's in the conclusion
6    on Page 6 of 8.
7         A.   Oh, okay.
8         Q.   It says, "Asbestos fibers
9    are found basically in all organs in
10   subjects exposed to asbestos."
11        Do you see that?
12        A.   Yes.
13        Q.   So let's get back to our
14   outline that we were going through with
15   Schildkraut.
16        It says, "It has been
17   proposed that chronic inflammation
18   resulting from exposure to body powder,
19   whether through inhalation or through
20   transvaginal route may expert a
21   suppressive effect on adaptive immunity
22   leading to increased risk of epithelial
23   ovarian cancer."
24        Do you agree or disagree

Page 325

1    with that statement from Schildkraut?
2         MR. FROST:  Objection to
3    form.
4         THE WITNESS:  I don't
5    believe that a transvaginal
6    route -- I'm not sure what is
7    meant by that.
8         But certainly, whether
9    inflammation exerts a suppressive
10   effect on adaptive immunity has
11   not been shown in ovarian cancer.
12   BY MR. SMITH:
13        Q.   Next paragraph.  "The
14   results of this study show that genital
15   powder use was associated with ovarian
16   cancer risk in African-American women,
17   and are consistent with localized chronic
18   inflammation in the ovary due to
19   particles that travel through a direct
20   transvaginal route."
21        Do you agree or disagree
22   with that statement?
23        MR. FROST:  Objection to
24   form.

82 (Pages 322 to 325)

Brooke T. Mossman, M.S., Ph.D.

Page 326

1     THE WITNESS: I disagree.
2  Dr. Schildkraut did not look at
3  the travel of particles to the
4  ovary through a direct
5  transvaginal route.
6  BY MR. SMITH:
7     Q.   And Houghton was one of the
8  cohorts you said that you relied heavily
9  on for your opinion that talc does not
10  statistically increase the risk of
11  ovarian cancer, correct?
12     A.   Yes.
13     Q.   And this is a quote from
14  Houghton, if you see below that. "Talc
15  particulates from perineal application
16  have been shown to migrate to the
17  ovaries."
18     Do you agree or disagree
19  with that statement?
20     MR. FROST:  Objection.
21     THE WITNESS:  I'd have to
22  look at her publication.  I know
23  she did not look at migration in
24  her studies.  So I couldn't agree

Page 327

1  with that without seeing the
2  reference that supports the fact
3  that talc particulates may migrate
4  to the ovaries.  I have not seen
5  data showing that.
6  BY MR. SMITH:
7     Q.   Okay.  And to go on in that
8  paragraph.  "Furthermore, tubal ligation
9  and/or hysterectomy which would eliminate
10  the pathway of talc particles to the
11  ovaries are associated with a reduced
12  cancer risk."
13     Do you see that?
14     MR. FROST:  Objection to
15  form.
16  BY MR. SMITH:
17     Q.   It's in the same paragraph.
18     A.   Yes.
19     Q.   Do you agree or disagree
20  with that statement from Houghton?
21     MR. FROST:  Objection.
22     THE WITNESS:  I agree with
23  the fact that tube ligation and
24  hysterectomy would affect ovarian

Page 328

1  cancer.  But not through pathways
2  that are linked to translocation
3  to the ovaries.
4  BY MR. SMITH:
5     Q.   What are you basing that
6  opinion on?
7     A.   First of all, if you have a
8  hysterectomy, you are removing the source
9  or the site of tumor development.  And
10  you're also affecting hormonal states
11  which might be important.
12     So to extrapolate results
13  from tubal ligation or hysterectomy to
14  pathways where talc migrates to the
15  ovaries can't be linked from these
16  studies.
17     Q.   You -- you said that for
18  hysterectomies, but what about tubal
19  ligation?
20     A.   A tubal ligation may do a
21  lot of things.
22     Q.   May?
23     A.   Yes.  There's supplemental
24  hormones that maybe have to be given as a

Page 329

1  result.
2     Q.   May have to be given or you
3  know this?  What -- where are you getting
4  this from?
5     MR. FROST:  Objection.
6     THE WITNESS:  From my
7  experience when I was in the
8  department of obstetrics and
9  gynecology and working with a
10  physician in this regard.
11  BY MR. SMITH:
12     Q.   Wait, hold on.  The
13  department of obstetrics and gynecology,
14  when and where?
15     A.   At the University of
16  Vermont.  I mentioned earlier that --
17     Q.   I understand.
18     A.   -- that's where I got my
19  masters degree in cervical cancer
20  induction.
21     And I worked with a doctor
22  who did a variety of procedures including
23  publishing on tubal ligations.
24     Q.   So when you are getting your

83 (Pages 326 to 329)

Brooke T. Mossman, M.S., Ph.D.

Page 330

1  masters, how long of a program was this
2  with this doctor?
3      A.   With Dr. Ray, I started as
4  an undergraduate working summers.  So I
5  would say a total of maybe five years.
6      Q.   So as an undergraduate and
7  as a -- in your masters program, working
8  with a doctor who is an OB/GYN and
9  observing him do tubal ligations and --
10     A.   No.  That's not what I'm
11 saying.
12     Q.   Well, what --
13     A.   What I'm saying is that
14 tubal ligation occurs because of damage
15 to an ovary, infection in the pelvic
16 area, including chronic infection.  And
17 if you remove or tie off the tubes, it's
18 a way to curb these various diseases.
19         Tubal ligations are not done
20 to eliminate pathways of talc migration
21 to the ovaries.
22     Q.   I don't think --
23     A.   This makes no sense.
24     Q.   I don't think that's what

Page 331

1  they are saying.  What -- tubal ligation
2  can also be used to prevent pregnancy, as
3  a form of birth control, right?
4      A.   Well, it's pretty severe.
5  Yes.
6      Q.   I have heard a woman saying
7  she is going to get her tubes tied after
8  she has her third child.  I've heard that
9  routinely, have you not?
10     A.   Yes, but it also affects
11 their hormonal status.
12         What I'm saying is there are
13 many repercussions to tubal ligations and
14 they are not done to eliminate the
15 pathway of talc particles to the ovaries.
16     Q.   I don't think that's what
17 they are stating here.  I think that
18 what --
19     A.   Well, that's --
20     Q.   -- Houghton is stating is,
21 furthermore, tubal ligation and
22 hysterectomy, which would eliminate the
23 pathway of talc particles to the ovaries
24 are associated with a reduced risk and

Page 332

1  that's citing studies of women that have
2  had tubal ligations and looking at that,
3  right?
4          The -- the purpose of -- the
5  purpose of the -- of the -- the women
6  getting the tubal ligation wasn't to
7  prevent talc from going to their ovaries,
8  but they are looking at reduced cancer
9  risk from women that have that in these
10 studies, correct?
11         MR. FROST:  Objection.
12         THE WITNESS:  What I -- you
13 asked if I agreed with the
14 statement.  And tubal ligation is
15 not -- doesn't eliminate the
16 pathway of talc particles to the
17 ovaries as a primary function of
18 the procedure.
19         So it's -- this is an
20 epidemiological study.  We're
21 talking about plausible pathways
22 of migration or translocation of
23 particles to the ovaries.  And
24 what I'm saying here is that

Page 333

1  there's no link between tubal
2  ligation, hysterectomy, and
3  pathways of talc particle
4  migration to the ovaries.
5  BY MR. SMITH:
6      Q.   So you're telling me that if
7  the theory is, and what's stated in
8  all of the stuff that I've read with you
9  and attached as Exhibit 31, about
10 transmigration from a woman dusting her
11 perineum with Baby Powder or Shower to
12 Shower, and its ascension up the -- the
13 genital tract of a woman, through the
14 fallopian tubes to the ovaries, that if I
15 then ligate the fallopian tubes,
16 therefore, preventing an open fallopian
17 tube path to the ovary, that that would
18 not prevent the passage of talc to the
19 ovary?
20         MR. FROST:  Objection.
21         THE WITNESS:  There's no
22 evidence suggesting that talc
23 particles migrate to the ovary, is
24 what I'm saying.

84 (Pages 330 to 333)

Brooke T. Mossman, M.S., Ph.D.

Page 334

1    BY MR. SMITH:
2        Q.   Well, we talked about Taher
3    earlier, the study that you hadn't seen
4    in 2018 regarding Health Canada.  Do you
5    recall that?
6        A.   That's a meta-analysis of an
7    unpublished paper.  He did not look at
8    migration to the ovaries.
9        Q.   Okay.  And in that study it
10   says, "Women with prior ligation of the
11   fallopian tubes showed a significant
12   reduction in risk against ovarian cancer
13   compared to hysterectomy."  And then it
14   says, "In a recent meta-analysis, the
15   authors reported a negative association
16   of tubal ligation (27 studies) and
17   hysterectomy (15 studies) with the risk
18   of ovarian cancer.  This negative
19   association was more apparent in women
20   who had surgery at an early stage.  A
21   highly plausible mechanism for this
22   association, as suggested by the authors,
23   involves blocking of ascent of agents
24   such as talc to the ovaries."

Page 335

1            Would you agree with that or
2    disagree with that statement from Taher?
3            MR. FROST:  Objection.
4            THE WITNESS:  I disagree
5        with the statement.  There is no
6        evidence supporting a biological
7        plausibility of migration or
8        translocation of talc to the
9        ovaries.  In fact, there's a lot
10       of information showing that that
11       doesn't exist.
12   BY MR. SMITH:
13       Q.   So you don't believe in
14   retrograde menstruation in women?
15           MR. FROST:  Objection.
16           THE WITNESS:  I don't
17       believe in it.
18   BY MR. SMITH:
19       Q.   Does it not exist?
20       A.   It happens in a very small
21   proportion, and that's entirely different
22   than movement of an inert particle
23   through retrograde migration.
24       Q.   And we can go through them.

Page 336

1    Doctor, have you -- did you rely on
2    Huncharek 2007 and Langseth 2008 for your
3    opinions in this case?
4        A.   I did.  But not with regard
5    to talc migration to the ovaries, which
6    was not examined in any of these studies.
7        Q.   Well, Langseth down here at
8    the bottom, quote, "The evidence of talc
9    migration of the ovaries lends
10   credibility to such a possible
11   association."
12           Would you agree or disagree
13   with that?
14           MR. FROST:  Objection.
15           THE WITNESS:  I would
16       disagree.  His studies did not
17       show talc migration to the
18       ovaries.
19   BY MR. SMITH:
20       Q.   Okay.  And then we have
21   Mills in 2004, Gertig in -- did you rely
22   on Mills for migration opinions in this
23   case?  I'm looking at the -- I'm sorry.
24           MR. FROST:  I take it this

Page 337

1    is the back side of that sheet?
2            MR. SMITH:  Yeah.
3            THE WITNESS:  I'm looking.
4    BY MR. SMITH:
5        Q.   Mills 2004 for migration in
6    this case?
7        A.   Oh, he's -- here Mills is
8    mentioning migration from the vagina
9    through the peritoneal cavity to the
10   ovaries.  No, I've never seen anything
11   showing that pathway through a peritoneal
12   cavity from the vagina to the ovaries,
13   no.
14       Q.   Okay.  And Gertig, did you
15   rely on that for any of your --
16       A.   I relied on it for the
17   epidemiology, not for the statement that
18   talc is able to migrate.
19       Q.   And Ness 1999, we discussed
20   that.  You've looked at those studies in
21   2000, correct?
22       A.   Right.
23       Q.   Is that correct?
24       A.   That -- that's correct.

85 (Pages 334 to 337)

Brooke T. Mossman, M.S., Ph.D.

Page 338

1  Those are outdated, and they're
2  hypotheses papers that didn't look at
3  migration directly.
4       Q.   What about Cramer '99 or
5  Heller '96?
6       A.   Cramer found the same amount
7  of material in ovarian -- I should say in
8  the ovaries of individuals who did use
9  and did not use talc.  So I would not
10  support that.  His evidence has just been
11  looking at -- by pathology.  So I
12  would -- he did not perform migration
13  studies.  Heller also did not.
14       Q.   You're saying that
15  Dr. Cramer in 1999 found talc in people
16  exposed and not exposed?
17       MR. FROST: Objection.
18       THE WITNESS: I have to look
19  at -- yeah, that isn't what I
20  said.  He found that talc -- I
21  believe it was talc -- was in
22  ovarian tissues, and it didn't
23  necessarily correlate with talc
24  use.  But I'd have to go back and

Page 339

1       look at that.
2  BY MR. SMITH:
3       Q.   It --
4       A.   I could be confusing that
5  with Heller without the papers in front
6  of me.
7       Q.   And Heller '96, have you
8  looked at those papers -- that paper,
9  excuse me?
10       A.   I did.  And again, it's
11  looking at what's there in the ovary and
12  not how it got there.  And that's true of
13  Cramer as well.  These are pathology
14  studies.
15       Q.   What about Hamilton 1986?
16       MR. FROST: Can you raise
17  the sheet?
18       MR. SMITH: Yeah.
19       MR. FROST: Thanks.
20       MR. SMITH: Sure.
21  BY MR. SMITH:
22       Q.   What about Hamilton 1986?
23  Have you looked at that, and does that
24  form the basis of your opinion about

Page 340

1  transmigration in this case?
2       A.   Hamilton, I don't recall
3  that paper.  I'd have to look at it.
4       Q.   It says, "There is evidence
5  of transport of particulate material into
6  the female peritoneum by the transvaginal
7  route in both human and animal studies."
8       Would you agree or disagree
9  with that?
10       A.   Where are you now?  I'm
11  sorry.
12       No, I don't think that's
13  been shown.  The presence of talc has
14  been shown.  It doesn't correlate with
15  talc use.  And the pathway, if any, is
16  unclear, and certainly not from the
17  perineum.
18       Q.   "Direct communication
19  between the external environment and the
20  peritoneal cavity exist in the female via
21  her genital tract."
22       Would you agree with that?
23       MR. FROST: Objection.
24       THE WITNESS: I don't know

Page 341

1  what "communication" means.
2       Certainly the genital tract is not
3  an open system.
4  BY MR. SMITH:
5       Q.   You don't believe the female
6  genital tract is an open system?
7       A.   I believe that it's -- it's
8  not open to the environment, that there
9  are a variety of protective mechanisms,
10  beginning with the external perineal skin
11  and other mechanisms such as the labia,
12  and clearance mechanisms through normal
13  clearance of the tract.
14       Q.   "The case of migration of
15  particulate material from the vagina to
16  the peritoneal cavity has been
17  established."
18       Do you agree or disagree
19  with that quote from Hamilton?
20       MR. FROST: Objection.
21       THE WITNESS: From the
22  vagina, I would have to go back
23  and look.  But there have been
24  studies that have introduced

Brooke T. Mossman, M.S., Ph.D.

Page 342

1     material into the vagina,
2     particularly in animals that are
3     manipulated.
4          And I think that's what
5     they're talking about here.
6  BY MR. SMITH:
7     Q.   So do you believe that if
8  talc is placed into the vagina, that it
9  then can transmigrate through the female
10 genital tract to the ovary?
11          MR. FROST:  Objection.
12          THE WITNESS:  I have not
13     seen those studies, no.
14 BY MR. SMITH:
15     Q.   You haven't seen --
16     A.   Particulate matter.
17     Q.   You haven't seen any of the
18 inert particle studies that show any of
19 that testing like --
20     A.   There is one study, I
21 believe, in the 1980s that looks at this
22 in women in a supine position.  But these
23 studies that have been done, for example,
24 in rabbits and in monkeys argue against

Page 343

1  vaginal or perineal migration of talc to
2  the ovaries.
3     Q.   I'm talking about if the
4  talc is placed inside the woman's vagina.
5  I'm not talking about from perineal
6  dusting.  And my question is, are you of
7  the opinion that that talc, if placed in
8  the vagina of a woman, can transmigrate
9  to the fallopian tubes in a woman?
10          MR. FROST:  Objection.
11          THE WITNESS:  My statements
12     would be the same as the IARC
13     concludes on this.  And that is,
14     that there's no evidence that this
15     happens in healthy women.  That
16     what has been done in terms of the
17     experimental studies have been
18     shown in women with clearance
19     mechanisms that are compromised by
20     infection or other pathologies.
21 BY MR. SMITH:
22     Q.   You're saying that IARC, the
23 2010 IARC monograph, says that
24 transmigration does not happen?

Page 344

1     A.   It says that retrograde
2  migration was not considered to be
3  plausible by the group, yes.  There is a
4  statement on that in the IARC monograph.
5     Q.   Okay.  Are you familiar with
6  the Phillip's rabbit study that found
7  talc can migrate to the fallopian tubes?
8  Phillips.
9     A.   I believe that was one where
10 it was -- it wasn't perineal application.
11 I do remember that study.  And it was --
12 it may have been vaginal or applied
13 directly to the ovary.  I'm not certain.
14          There was an earlier study.
15     Q.   Is this in your reference
16 materials?  I don't see it?
17     A.   No, it's in the IARC.  Well,
18 I reference the IARC monograph that has a
19 lot of references.  And I believe that
20 Phillips is in that one.
21     Q.   The Hamilton, last quote,
22 "The rhythmic muscular contractions of
23 the uterus that can occur spontaneous and
24 the elicit current's established" --

Page 345

1  "established by the epithelial cells of
2  the genital tract may contribute to the
3  translocation process."
4          Do you agree or disagree
5  with that statement?
6          MR. FROST:  Objection.
7          THE WITNESS:  In normal
8     individuals, this would not be a
9     plausible mechanism.
10 BY MR. SMITH:
11     Q.   Are you familiar with the
12 Kuntz studies about the peristolic pump?
13     A.   These are the ones where I
14 believe they looked at -- or labeled
15 spermatozoa or other particles.  And I
16 know they were discounted by the IARC
17 because of the experimental flaws.
18     Q.   I didn't see -- do you have
19 Dr. Cramer and Dr. Godleski's 2007 case
20 study on a woman who was a chronic -- or
21 a long-time genital talc user and their
22 findings of translocation?  Have you
23 looked at that article?
24     A.   Is it -- if this is a case

Brooke T. Mossman, M.S., Ph.D.

Page 346

1  report I wouldn't have localized it with
2  my searches, no.
3      Q.   Okay. I'm going to mark
4  what's the next exhibit, Number 33.
5          (Document marked for
6          identification as Exhibit
7          Mossman-33.)
8  BY MR. SMITH:
9      Q.   And this is entitled,
10 "Correlative polarizing light and
11 scanning electron microscopy for the
12 assessment of talc in pelvic region" --
13 "region lymph nodes." Sandra McDonald is
14 the lead author.
15         Have you seen this
16 article -- or study, excuse me?
17     A.   I believe I have seen it at
18 some point in the past, yes.
19     Q.   It's not in your materials
20 or your updated reference materials?
21     A.   No. Mainly because these
22 are in pelvic lymph nodes, not in the
23 ovary. So I would not have included this
24 as compelling evidence one way or

Page 347

1  another. It's been shown by others that
2  any types of particles accumulate in
3  lymph nodes all over the body. It's a
4  normal mechanism of clearance. So I
5  would not give this any relevance,
6  certainly not to the development of
7  ovarian cancers.
8      Q.   So have you read this
9  article and -- and what it discusses
10 about transmigration of particles in
11 the -- in the female genital tract?
12     A.   No, I have not.
13     Q.   And was this in reliance of
14 your materials in forming the basis for
15 your opinion about transmigration in this
16 case?
17     A.   No, it would not be relevant
18 to ovarian cancers as talc has been found
19 in lymph nodes all over the body in the
20 normal population.
21     Q.   Well, that's not it's --
22 that's not what it's discussing in this
23 paper.
24         MR. FROST: Objection.

Page 348

1          THE WITNESS: No, but I'm
2  talking about the relevance. This
3  is looking at talc in lymph nodes.
4  I suggest you look at studies by
5  Dodson, et cetera, that have
6  looked and found particles of all
7  different types, including talc,
8  in lymph nodes all over the body
9  in the general population.
10 BY MR. SMITH:
11     Q.   Well, then how did it get
12 there?
13     A.   I told you that lymph nodes
14 are a flow system that collect -- they
15 are essentially garbage cans for inhaled
16 materials or materials in general.
17     Q.   I agree. My question to you
18 is if talc, and you agree they have been
19 found in lymph nodes, they either got
20 there through inhalation or ingestion or
21 through some other route such as a
22 genital -- genital route.
23         How did it get -- how did
24 talc, in your opinion, get to lymph nodes

Page 349

1  inside human beings if it wasn't by one
2  of those routes?
3      A.   It --
4          MR. FROST: Objection.
5          THE WITNESS: It would be
6  primarily by inhalation. We know
7  that. And ingestion. Talc is in
8  a lot of different food processes.
9  It's in plastics. We're all
10 exposed to it.
11 BY MR. SMITH:
12     Q.   Have you ever read the FDA's
13 response to citizen's petition on talc?
14     A.   No. That -- I never would
15 have found that in the scientific
16 literature.
17     Q.   It says, "While there exists
18 no direct proof of talc and ovarian
19 carcinogenesis, the potential for
20 particulates to migrate from the perineum
21 and vagina to the peritoneal cavity is
22 indisputable."
23         Do you agree or disagree
24 with that?

88 (Pages 346 to 349)

Brooke T. Mossman, M.S., Ph.D.

Page 350

1    MR. FROST: Objection.
2        THE WITNESS: I would assume
3    that this report is -- or letter
4    is from an individual.  Certainly
5    no balanced committee would make
6    that statement.
7  BY MR. SMITH:
8    Q.   Okay.  "It is, therefore,
9  plausible that perineal talc and other
10 particulate that reaches the endometrial
11 cavity, fallopian tubes and ovaries may
12 elicit a foreign body-type reaction and
13 inflammatory that" -- "response that in
14 some exposed women may progress to
15 epithelial ovarian cancers."
16       Do you agree or disagree
17 with that statement?
18       MR. FROST: Objection.
19       THE WITNESS: I think it's
20    hypotheses.  It's unproven and I'm
21    sure a committee would not have
22    made that statement.
23 BY MR. SMITH:
24    Q.   I want to talk about your

Page 351

1  Shukla study.  Is that okay?
2    A.   Sure.
3    Q.   Do you -- you don't -- do
4  you have a copy of it?
5        MR. FROST:  Yeah, I was
6    going to say we don't have a copy.
7        MR. SMITH:  Yeah.  Hold on.
8        (Wherefupon, a discussion was
9    held off the record.)
10 BY MR. SMITH:
11    Q.   Okay.  Why did you use the
12 concentrations that you did in this
13 study, or why did y'all?
14    A.   Okay.  So we were -- we were
15 interested in the study in comparing
16 various materials or particles, fibers,
17 at equal surface area concentrations.
18 And we also expressed the data as equal
19 weight concentrations.  So that we
20 compare it historically to concentrations
21 of materials used by others in other
22 studies.
23       So it's been shown that the
24 best method of dosimetry, that is, of

Page 352

1  quantitating exposure of different
2  materials to cells and culture, is based
3  on their surface area determinations
4  because it's the surface area that
5  governs their interaction with the cell
6  surface.
7    Q.   Okay.  And you did a
8  conversion, did you not?  It's -- do you
9  have the Hillegass study by any chance?
10 Probably not.  Let me grab it for you.
11       MR. FROST:  Do you have one?
12       MR. SMITH:  Yeah, I got it.
13       (Document marked for
14    identification as Exhibit
15    Mossman-34.)
16 BY MR. SMITH:
17    Q.   I notice one of the comments
18 to -- and let's go to that right now.  I
19 have got that over here.  Now we might be
20 branching out to this guy here.  I don't
21 know.
22       If we look at the front of
23 the second page.  It says -- this is
24 reviewers to the study.  Do you see that,

Page 353

1  Doctor?  This is what you provided to me.
2    A.   Right.  Okay.
3    Q.   Okay.  I'm going to attach
4  that -- excuse me.  Hold on.  I'm going
5  to attach that as exhibit -- let's attach
6  Shukla as Exhibit 34.
7        (Document marked for
8    identification as Exhibit
9    Mossman-35.)
10       MR. SMITH:  Let's do
11 Hillegass as 35.  And then this
12 collective exhibit of reviewer
13 comments with the cover letters,
14 it's May 8, 2009, University of
15 Vermont, with Jedd Hillegass on
16 the bottom.
17       (Document marked for
18    identification as Exhibit
19    Mossman-36.)
20 BY MR. SMITH:
21    Q.   And this is from a reviewer.
22 Methods, Page 6.  "The dose of minerals
23 expressed as surface-based concentration
24 may not be intuitive to all readers.  As

89 (Pages 350 to 353)

Brooke T. Mossman, M.S., Ph.D.

Page 354

1  in the recent publication, Shukla, it
2  would be helpful if some information is
3  provided about the surface area of the
4  various minerals tested, as well as how
5  this translates into micrograms per
6  centimeter squared," right?
7      A.   Yes.
8      Q.   And then your response or
9  y'all's response was, "Additional
10  information regarding the surface area of
11  particulates used in these studies was
12  added to the methods section along with
13  how many micrograms squared per
14  centimeter squared translates into
15  micrograms per centimeter squared."
16  Right?
17      A.   Okay.  So I'm trying to
18  figure out whether this is with regard to
19  the Hillegass study; is that correct?
20      Q.   Correct.
21      A.   Okay.
22      Q.   All right.  This is my
23  question.
24      A.   Sure.

Page 355

1      Q.   The concentrations that you
2  used, that being -- and I'm talking about
3  Shukla.  I'm talking about 34 --
4  15 micrometers squared per centimeter
5  squared and 75 micrometers squared per
6  centimeter squared, would translate to
7  what micrograms per centimeter squared?
8      A.   Okay.  And that's -- if you
9  look at Figure 2 in Shukla, Page 4 of 10.
10      Q.   Yep.
11      A.   And the top panel, you'll
12  see the vertical and the horizontal.  And
13  if we look at asbestos and talc, you can
14  see here that the upper column, going
15  from 015 and from talc 15, et cetera,
16  that is the comparative weight per -- so
17  it's weight per unit area of dish.
18          So that's your weight
19  concentration.
20          The numbers below are your
21  surface area concentrations.
22      Q.   Okay.  So let's get on the
23  same page.
24      A.   Mm-hmm.

Page 356

1      Q.   If I'm looking at asbestos
2  below at 15 micrometers squared per
3  centimeter squared, how many -- what
4  would that translate to to micrograms per
5  centimeter squared?
6      A.   Micrograms, it would --
7  Okay.  So that would equal one.
8      Q.   15 would be one, right?
9      A.   With asbestos.
10      Q.   Right.  And 75 would be --
11      A.   75 would be five.
12      Q.   Five, okay.
13      A.   And 15 would be
14  approximately -- well, it's 16.2, would
15  be one with talc.  And it would be, again
16  in the same range, 75 versus 81 talc.
17          So we're actually adding
18  talc at higher surface concentrations but
19  fractionally so, as compared to asbestos.
20      Q.   My question is, would the 15
21  micrometers squared per centimeter
22  squared for talc that you used the
23  concentration of in this case, would that
24  equal one microgram per centimeter

Page 357

1  squared?
2      A.   Approximately, yes.
3      Q.   Okay.  That's what I
4  thought.
5      A.   Yes.  They're comparable.
6      Q.   Okay.  And 75 micrograms per
7  centimeter squared -- micrograms squared
8  per centimeter squared would equal five
9  micrograms per centimeter squared, right?
10      A.   Yes.
11      Q.   Okay.  Now I'm on the same
12  page.  That's what I needed.
13      A.   Okay.
14      Q.   All right.  And do you
15  believe that those concentrations are
16  appropriate to use in in vitro studies to
17  determine the pathogenicity of minerals
18  such as talc and asbestos?
19      A.   Yes.  And that's based upon
20  the toxicity data that is provided in A
21  and B.  So they're comparable
22  concentrations.  The asbestos as we can
23  see at five, was toxic and the talc was
24  not.  So we -- and you can see that in

Page 358

1  the dose-response that we did with five
2  concentrations of talc ranging from one
3  to 20.
4      Q.  Okay.  So talc you tested at
5  one microgram per centimeter squared,
6  five micrograms per centimeter squared,
7  ten micrograms per centimeter squared,
8  and 20 microgram per centimeter squared?
9      A.  15 and 20.
10      Q.  10, 15, and 20?
11      A.  Yes.
12      Q.  Okay.
13      A.  So the message is that you
14  don't want to work with something that's
15  going to kill all the cells, so you can't
16  go higher.  And in fact, that's a reason
17  that with time, we didn't look at the
18  higher concentration of asbestos.
19      Q.  I want to attach this as
20  Exhibit 27 so I won't forget this.
21  Because I could.
22      (Document marked for
23      identification as Exhibit
24      Mossman-37.)

Page 359

1  BY MR. SMITH:
2      Q.  Here we are, Shukla,
3  "Appropriate Concentration Levels to
4  Determine Pathogenicity of Asbestos and
5  Talc."  And this study used concentration
6  levels of talc, at one, five, 10, 15,
7  20 micrograms per centimeter squared,
8  correct?
9      A.  Yes.
10      MR. SMITH: Okay.  That's
11  Exhibit 37.
12  BY MR. SMITH:
13      Q.  Okay.  You provided, as we
14  discussed, progress reports to the IMA
15  during the course of this study; is that
16  correct?
17      A.  After a year, yes.  We
18  didn't provide them with progress
19  reports.  I wrote them e-mails that the
20  asbestos data was positive, but the other
21  data didn't appear to be with regard to
22  the other materials.
23      Q.  And they sponsored the
24  study, correct, along with EUROTALC?

Page 360

1      A.  They only sponsored a very
2  small fraction of the studies that were
3  done with the talc.  The other materials
4  and the other work was supported by a
5  grant from the National Institutes of
6  Health.
7      Q.  Is it unusual to give
8  progress reports to those who sponsor
9  research?
10      A.  No.  It's demanded from NIH,
11  for example.  In other -- in our
12  institution it is.
13      Q.  It is -- is it -- it is not
14  unusual to submit proposal to industry
15  involved in regulatory and/or litigation
16  issues, correct?
17      A.  Could you say that again.
18      MR. FROST:  Objection.
19  BY MR. SMITH:
20      Q.  Sure.  It is not unusual to
21  submit proposals to industry involved in
22  regulatory and/or litigation issues?
23      MR. FROST:  Objection.
24  BY MR. SMITH:

Page 361

1      Q.  Is that unusual to submit
2  proposals to industry that might be
3  involved in regulatory and/or litigation
4  issues?
5      A.  To my knowledge, these
6  institutions were not involved in
7  litigation in 2005.  All this work was
8  done prior to litigation ensuing in this
9  country.
10      Q.  No, no, I'm just talking in
11  general.  I'm not talking about
12  specifically this case.  I'm not talking
13  about talc litigation.  I'm not talking
14  about any particular litigation.
15      A.  Fine.
16      Q.  I'm just talking in general
17  terms, it is not unusual to submit
18  proposals to industry involved -- that
19  may be involved in regulatory and/or
20  litigation issues, is it?
21      MR. FROST:  Objection.
22      THE WITNESS:  It is not
23  unusual in toxicology to submit
24  proposals to industry as that is

Brooke T. Mossman, M.S., Ph.D.

Page 362

1         where most toxicologists reside.
2    BY MR. SMITH:
3         Q.    And conflicts of interest,
4    as far as being expert witness,
5    disclosures are up to the specific
6    journal, correct?
7         A.    Yes.
8         Q.    Okay.
9         A.    Yes.
10        Q.    And what do you think the
11   study shows regarding talc -- talc's
12   carcinogenicity?
13            MR. FROST:  Objection.
14            THE WITNESS:  We weren't
15   attempting to show changes with
16   talc carcinogenicity.
17        Let me emphasize that our
18   intent in these studies and the
19   focus was on asbestos, on
20   crocidolite asbestos, what gene
21   changes it induced in primarily
22   mesothelial cells, as we didn't
23   get any striking results in
24   ovarian epithelial cells.

Page 364

1    was unaware of their involvement.
2    BY MR. SMITH:
3         Q.    Would you agree that the
4    Shukla study showed that the
5    non-pathogenic minerals, glass beads, and
6    fine titanium dioxide treatment to cells
7    resulted in no gene changes, and
8    crocidolite asbestos caused the maximum
9    number of gene changes followed by talc?
10        A.    No, I couldn't say that
11   statistically.  Based on the statistical
12   assays that were performed here, as well
13   as in the Hillegass paper, showed that
14   the magnitude and the types of gene
15   changes were different with talc and
16   asbestos, but talc was comparable in
17   numbers and types of changes to glass
18   beads and titanium dioxide.
19        Q.    You told me that you did not
20   study talc in the Hillegass study.
21            MR. FROST:  Objection.
22            THE WITNESS:  I didn't
23   say --
24   BY MR. SMITH:

Page 363

1         And talc was just one of
2    other materials that were used to
3    see whether our effects were
4    specific to a pathogenic mineral
5    type or induced by other materials
6    as well.  And so we used three
7    different controls, including talc
8    in these studies.
9    BY MR. SMITH:
10        Q.    You're saying talc was used
11   as a control?
12        A.    It turned out to be a
13   control, yes.  We used it as a control of
14   a mineral that was not associated with
15   the development of mesothelioma as was
16   crocidolite asbestos.
17        Q.    But at that time, it was
18   associated with the possibility of
19   increasing the risk in causing ovarian
20   cancer, according to IARC, correct?
21            MR. FROST:  Objection.
22            THE WITNESS:  No.  These
23   studies were done in 2005.  If
24   IARC was involved at that point, I

Page 365

1         Q.    It wasn't tested, talc was
2    not tested in the Hillegass study.
3            MR. FROST:  Objection.
4            THE WITNESS:  Talc is in the
5    data.  I'm sorry.
6    BY MR. SMITH:
7         Q.    I understand that, but you
8    did not perform all of the tests that you
9    did for asbestos.  You did not -- you did
10   not -- the utilization of gene profiling
11   and proteomics to determine mineral
12   pathogenicity in a human mesothelial cell
13   line.  You did not do gene profiling and
14   proteomics on talc.
15        A.    We did.  And we had looked
16   at it -- we did it in the Shukla study,
17   and we looked at the microarray data by
18   something called principle component
19   analysis in the Hillegass study and
20   showed that the changes with talc were
21   different in the two different cell
22   types, and they were different in
23   magnitude and types of gene changes from
24   asbestos, and that's in the first figure

92 (Pages 362 to 365)

Brooke T. Mossman, M.S., Ph.D.

Page 366

1  in the Hillegass study.
2      Q.   Oh, we'll -- we'll get to
3  the Hillegass study in a minute.
4      A.   Okay.
5      Q.   Let's -- let's stick with
6  Shukla.  All right.  I marked -- I marked
7  the next -- well, I'm going to mark the
8  next exhibit as 38.
9          (Document marked for
10          identification as Exhibit
11          Mossman-38.)
12 BY MR. SMITH:
13     Q.   And this on the NCBI, which
14 is the public access of studies, and it
15 says status public on September 19, 2011,
16 "Alterations in gene expression in human
17 mesothelial cells, correlate with mineral
18 pathogenicity, organisms, homo sapiens,"
19 this is your study we are talking about,
20 the Shukla, correct?
21     A.   It is.  Yes.
22     Q.   Okay.  And this is just a
23 publication -- a public publication of
24 this study, of the summary and overall

Page 367

1  design and contributors and citations.
2  And I want to look at the overall design.
3          But let me ask you first.
4  Who is Jeffrey Bond?
5      A.   Jeffrey Bond is director of
6  the biostatistics department within our
7  cancer center at the University of
8  Vermont.  So he was the one who did the
9  statistics on these studies.
10     Q.   And if you look at the
11 second page, he's listed as the contact
12 name.  It says, "Organization, University
13 of Vermont; department, microbiology and
14 molecular genetics."
15         Do you see that, in
16 Burlington, Vermont?
17     A.   Yes.
18     Q.   And it says, "Overall
19 design" -- it says, "Summary," and then
20 it says, "Overall design."
21         In the last sentence of
22 overall design of this study, the Shukla
23 study, it says, "While nonpathogenic
24 minerals, glass beads and fine titanium

Page 368

1  dioxide treatment to cell resulted in no
2  gene changes, crocidolite asbestos caused
3  the maximum number of gene changes
4  followed by talc."
5          And you told me that that
6  study, Shukla, did not state that.
7          Why would Jeffrey Bond state
8  that in the overall design in this
9  publication released to the public if
10 you're saying the study doesn't reveal
11 that in Shukla?
12         MR. FROST:  Objection.
13         THE WITNESS:  Yeah.  We
14 looked at the statistics which are
15 not referenced here.  And I'm not
16 sure why he would have put -- not
17 included the statistics.
18         But it's important to note
19 that the statistical changes by
20 talc were not significantly
21 elevated as compared to the
22 controls which were titanium
23 dioxide and glass beads.
24         And that was certainly the

Page 369

1  case following up with even more
2  sophisticated assays in the
3  Hillegass paper.
4  BY MR. SMITH:
5      Q.   But you did not look at
6  talc, the higher concentrations, at
7  24 hours to determine if it was dose
8  dependent just like asbestos.
9          MR. FROST:  Objection to
10         form.
11         THE WITNESS:  You are wrong.
12 We looked at eight hours at a low
13 and high concentration of talc.
14 It certainly was dose dependent.
15 We found only one gene at the
16 lower concentrations, and 30 at
17 the highest.
18 BY MR. SMITH:
19     Q.   Okay.
20     A.   When we took out the
21 experiment to 24 hours at low
22 concentrations of both materials, we saw
23 that changes with asbestos increased and
24 the talc at the lowest concentration did

93 (Pages 366 to 369)

Brooke T. Mossman, M.S., Ph.D.

Page 370

```
 1    not result in a higher number.
 2         So we certainly did do
 3    dose-response experiments.
 4         Q.   Point me into the Shukla
 5    study where you tested talc at the higher
 6    concentration on peritoneal mesothelial
 7    cells at 24 hours.
 8              MR. FROST: Objection.
 9              THE WITNESS: I'm saying we
10    didn't look at 24 hours --
11    BY MR. SMITH:
12         Q.   Thank you.
13         A.   -- because our cells were
14    dead.
15         Q.   Where does that state there?
16    Where is it stated?
17         A.   Where?  In the paper?
18         Q.   That the cells were dead.
19         A.   All you have to do is look
20    at the asbestos results --
21         Q.   No, ma'am.  I'm talking
22    about for talc.
23         A.   We -- we wouldn't have
24    looked -- we wouldn't have looked at talc
```

Page 371

```
 1    without looking at asbestos.  Our focus
 2    was on asbestos.  Why would I look at
 3    talc when I couldn't compare it to
 4    asbestos?
 5         Q.   Because I don't have a
 6    problem with you making assumptions about
 7    asbestos in this paper.  The problem I've
 8    got is you making assumptions that --
 9    that deal with ovarian issues and ovarian
10    gene expression changes, and what this
11    study says about exposure of talc to
12    peritoneal mesothelial cells.
13              And my question is this:
14    Did you test talc at the higher
15    concentration with peritoneal mesothelial
16    cells at 24 hours, yes or no?
17              MR. FROST: Objection.
18              THE WITNESS: We did not.
19    We looked at the low
20    concentrations of both asbestos
21    and talc at comparable
22    concentrations and showed that
23    talc changes did not increase over
24    time, but asbestos concentrations
```

Page 372

```
 1    did cause an increase.
 2              MR. SMITH:  Again, I'm going
 3    to object as nonresponsiveness.
 4    BY MR. SMITH:
 5         Q.   My question is simple and
 6    it's easy and clean and neat.
 7              Point me to where in the
 8    paper at high -- the higher
 9    concentration, that you exposed talc to
10    peritoneal mesothelial cells that you say
11    line the fallopian tubes, ovaries and
12    peritoneal cavity at 24 hours.  Tell me
13    where you did that.
14              MR. FROST: Objection.
15              THE WITNESS: Let's go
16    back --
17    BY MR. SMITH:
18         Q.   No, ma'am.  I need an answer
19    to the question.  Did -- tell me in the
20    paper.  Show it to me.
21              Where did you expose at
22    24 hours --
23         A.   Why --
24         Q.   Ma'am, let me finish my
```

Page 373

```
 1    question.  I'm just going to ask a
 2    question.
 3              Where -- point me in the
 4    paper where you exposed peritoneal
 5    mesothelial cells to talc at the higher
 6    concentrations at 24 hours, point it to
 7    me.
 8              MR. FROST: Objection.
 9              THE WITNESS: We -- we did
10    not look at asbestos or talc at
11    24 hours at the higher
12    concentrations because the cells
13    were dying from asbestos.  That's
14    why.
15    BY MR. SMITH:
16         Q.   But you don't know if they
17    would have died from talc at 24 hours?
18              MR. FROST: Objection.
19              THE WITNESS: It wouldn't
20    have made any difference.
21    BY MR. SMITH:
22         Q.   Sure it would have, because
23    then we could sit here and say, regarding
24    ovarian cells -- peritoneal --
```

94 (Pages 370 to 373)

Brooke T. Mossman, M.S., Ph.D.

Page 374

1    peritoneal -- excuse me, peritoneal
2    mesothelial cells that line the ovary and
3    fallopian tubes and peritoneal cavity,
4    whether there was a dose-dependent
5    reaction because you saw 30 genes changes
6    at eight hours. And if the gene
7    expression would have gone up at 24, then
8    we could say there was a dose-dependent
9    reaction there?
10        MR. FROST: Objection.
11        THE WITNESS: No. I want to
12   emphasize that we looked at two
13   concentrations of talc and
14   asbestos at eight hours and there
15   was a dose-dependent change with
16   asbestos that was of a huge
17   magnitude.
18        That was not the case with
19   talc. And the results were
20   essentially the same as we got
21   with the other control particles.
22   BY MR. SMITH:
23        Q.   Okay. Well, tell me -- show
24   me in this paper where -- I don't see the

Page 375

1    chart for all the genes -- all the genes
2    altered by the exposure to titanium
3    dioxide and glass beads.
4        A.   They were --
5        Q.   I see a chart for all the
6    genes altered by crocidolite asbestos to
7    peritoneal mesothelial cells. I see the
8    table of non-fibrous talc to peritoneal
9    mesothelial cells and 30 genes change.
10   I need -- where is -- show
11   me where the chart is that titanium
12   dioxide and glass beads changed the
13   comparable amount of genes that talc
14   compared to mesothelial cells at higher
15   concentrations --
16        MR. FROST: Objection.
17        THE WITNESS: They didn't
18   cause any increases in more than
19   twofold of -- and if you look at
20   the data with talc, even with the
21   30, we're talking about looking at
22   thousands of genes. That number
23   statistically is as low as the
24   titanium dioxide or the glass

Page 376

1    beads.
2    BY MR. SMITH:
3        Q.   Well, hold on. Show me. If
4    you're going to -- if you're going to
5    make general statements like that about
6    this study, I have charts. I can look at
7    them. I can look at the 30 genes that
8    were changed and altered at eight hours
9    at the higher concentrations of
10   peritoneal mesothelial cells by talc.
11        You're now making a
12   statement that I don't see anywhere in
13   this paper that titanium dioxide and
14   glass beads did had similar gene changes
15   and acted in a similar way that talc did
16   compared to mesothelial cells at this
17   concentration at these hours.
18        And my question is, where is
19   that table?
20        MR. FROST: Objection.
21        THE WITNESS: Of controlled
22   gene changes? There weren't any
23   significant gene changes.
24   BY MR. SMITH:

Page 377

1        Q.   Thank you. Thank you.
2    And --
3        A.   That is my point.
4        Q.   Okay. And let's look at
5    Hillegass.
6        A.   Okay.
7        Q.   Number 35. You have
8    chrysotile asbestos, which you would
9    agree with me is carcinogenic, correct?
10       A.   I didn't use chrysotile
11   asbestos in these studies.
12       Q.   My question to you, is
13   chrysotile asbestos carcinogenic?
14        MR. FROST: Objection.
15        THE WITNESS: I think we
16   went through this previously. But
17   if you talk about mesothelioma,
18   there's a debate on whether the
19   risk is zero or one or a low
20   number.
21   BY MR. SMITH:
22       Q.   Does IARC and the National
23   Toxicology Program consider all types of
24   asbestos, including chrysotile, human

Brooke T. Mossman, M.S., Ph.D.

Page 378

1    carcinogens?
2         MR. FROST: Objection.
3         THE WITNESS: And that's
4    based on lung cancers and
5    mesothelioma. And yes, they do.
6    BY MR. SMITH:
7         Q. Okay. Here, seven
8    micrograms per centimeter squared, do you
9    see that, Doctor? Of chrysotile. This
10   is on your Table 3 of another study,
11   correct?
12        A. Okay. You are going to have
13   to tell me what page that's on.
14        Q. It's 18 of 18.
15        A. Okay. Okay. This is a
16   summary of work done by others in
17   comparison to our work.
18        Q. Okay. And in the Shukla
19   study the higher concentration is
20   75 micrometers squared per centimeter
21   squared would be five micrograms per
22   centimeter squared, correct?
23        A. Yes.
24        Q. Okay. So the concentration

Page 379

1    that you used of talc in Shukla is lower
2    than the concentration here of
3    chrysotile, seven micrograms per
4    centimeter squared. And the results of
5    the study as far as genes altered at four
6    hours were eight by chrysotile, correct?
7         A. Yes.
8         Q. And at eight hours in talc
9    at a lower concentration, how many genes
10   were upregulated?
11        A. In our studies?
12        Q. Yes.
13        A. One gene was the ATF3 --
14        Q. Ma'am --
15        A. -- at the lowest
16   concentration.
17        Q. Ma'am, I'm talking about --
18   I'm talking about -- I'm talking about
19   the concentration used at the higher
20   concentration in your study equals five
21   micrograms per centimeter squared. The
22   chrysotile that's on this table is seven
23   micrograms per centimeter squared as the
24   concentration.

Page 380

1         Therefore, we just talked
2    about the concentration that you used in
3    Shukla of talc being five micrograms
4    per centimeter squared or a lower
5    concentration than is used for chrysotile
6    on this chart, correct?
7         MR. FROST: Objection.
8         THE WITNESS: Yeah. I'm not
9    sure what you're getting at here.
10   BY MR. SMITH:
11        Q. Well --
12        A. Let me just double-check
13   what you're saying, because I'm not sure
14   it makes sense.
15        Q. We've been through this in
16   Brower.
17        A. That's what I'm reiterating.
18   It didn't make sense either then. Okay.
19        Q. Well, let's just agree on
20   fundamentals. I mean, it's pretty easy.
21   The higher concentration of five -- 75
22   micrometers per centimeter squared that
23   you used in Shukla for talc equals five
24   micrograms per centimeter squared,

Page 381

1    correct?
2         A. In talc, the concentration
3    of five micrograms per centimeter squared
4    with talc equaled -- I'm sorry, yeah --
5    equals 81 surface area. Okay.
6         Q. So five micrograms per
7    centimeter squared.
8         A. Yes.
9         Q. Okay. So we're looking --
10   this study that you cite in Hillegass for
11   chrysotile that IARC and NTP say is
12   carcinogenic to humans, uses two
13   micrograms per centimeter squared higher
14   concentration than you used for talc at
15   the higher concentration in Shukla, and
16   eight -- excuse me -- at four hours, how
17   many genes were altered for chrysotile?
18        MR. FROST: Objection to
19   form.
20        THE WITNESS: Eight. But
21   let me emphasize.
22   BY MR. SMITH:
23        Q. No, ma'am. I don't have a
24   question. The question I asked, and how

Brooke T. Mossman, M.S., Ph.D.

Page 382

1   many genes were upregulated by talc at a
2   lower concentration at eight hours? 30,
3   correct?
4       A.   Right.  So are you
5   implicating that the results here with a
6   completely different cell type are
7   relevant to what I did in human
8   mesothelial cells or ovarian epithelial
9   cells?
10      Q.   Ma'am, you're trying to
11  extrapolate all your work in asbestos to
12  ovarian cancer and what talc's effect on
13  cells that have to do with ovarian
14  cancer.
15      A.   I'm sorry, sir --
16          MR. FROST:  Objection.
17          THE WITNESS:  -- but we have
18      not discussed ovarian epithelial
19      cells, because I got no changes
20      with talc in ovarian epithelial
21      cells.
22  BY MR. SMITH:
23      Q.   Where do the large majority
24  of the ovarian cancers that we discussed

Page 383

1   originate.  And that is the serous type.
2   Nearly 90 percent of the epithelial
3   ovarian cancers in the United States, do
4   they originate in the surface of the
5   epithelium of the -- surface area of the
6   ovary or in the fallopian tubes, ma'am?
7           MR. FROST:  Objection.
8           THE WITNESS:  So we don't
9       know.  The majority are thought
10      nowadays to originate in the
11      fallopian tubes.  That has no
12      bearing upon our results at all.
13  BY MR. SMITH:
14      Q.   I totally agree your results
15  have no bearing on that.
16          MR. FROST:  Objection.
17          THE WITNESS:  Well, you
18      would like to think so.  But the
19      fact remains that we got no
20      changes with talc in ovarian
21      epithelial cells.
22  BY MR. SMITH:
23      Q.   Did you use fallopian tube
24  cells in Shukla?

Page 384

1       A.   No one has used fallopian --
2   normal epithelial cells in any gene
3   profiling assay.  We used the most normal
4   cell type that we could get.  And that
5   was the ovarian epithelial cell line from
6   Dr. Auersperg.
7       Q.   You used immortalized cell
8   in your Shukla study?
9       A.   I used contact-inhibited
10  immortalized cells, yes.
11      Q.   Okay.  And is it appropriate
12  to use immortalized cells in in vitro
13  studies to study -- study cellular
14  reactions?
15      A.   It depends on what you're
16  trying to say.  If you recall, our
17  emphasis here was to determine in cell
18  lines that are relevant to humans, that
19  is human cell lines, whether significant
20  gene changes were observed with
21  pathogenic mineral findings that were not
22  observed with nonpathogenic mineral
23  fibers.
24          We weren't attempting to do

Page 385

1   transformation.  We were attempting to
2   look and see whether minerals at a
3   variety of different comparable surface
4   areas and weight concentrations induced
5   the same responses, and they don't.
6           Talc is inert as is glass
7       beads and titanium dioxide.
8       Q.   Inert.  What is your
9   definition of inert?
10      A.   The same as -- it -- it's
11  uncharged.  It's inert in terms of cell
12  reactions.
13          Look at the toxicity data
14      for talc, for example.  You have to go
15  extremely high to get a toxic amount.
16  And I would use inert as did IARC
17  repeatedly.
18      Q.   So you're saying -- you're
19  saying that talc -- wait.  Did you use
20  cosmetic-grade talc or industrial grade
21  talc for Shukla?
22          MR. FROST:  Objection.
23          THE WITNESS:  You know, I
24      stated that several times.  I

97 (Pages 382 to 385)

Brooke T. Mossman, M.S., Ph.D.

Page 386

1    think we know the answer.
2    BY MR. SMITH:
3        Q.   Okay.  You're saying that
4    talc is inert when at 75 micrometers
5    squared per centimeter squared at eight
6    hours, it showed 30 alterations of gene
7    expressions?
8        A.   Let's look at our ratio of
9    30 over 3,000 compared to 1 over 3,000.
10   And the 30 --
11       Q.   What -- what comparison are
12   you making that from?
13       MR. FROST:  Objection.
14       THE WITNESS:  I'm talking
15   about the inert materials that I
16   used.  The glass beads --
17   BY MR. SMITH:
18       Q.   Where is that -- where is --
19   again I'm going to go back to it.
20       If you're going to say,
21   because it's not written in this study
22   anywhere what you just said.
23       What -- what you just said,
24   that talc is inert just like glass beads

Page 387

1    and just like titanium dioxide --
2        A.   Yes.
3        Q.   -- and does -- and caused a
4    similar number of gene expression changes
5    as talc so they acted the same, which now
6    I can say they are all inert, even though
7    they changed, altered 30 genes.
8        A.   That -- it's insignificant.
9        Q.   Show me, show me the chart
10   of where I can go, you know what,
11   Dr. Mossman is right, I can look at this
12   chart over here, it shows gene expression
13   changes, 30 of them.  And then I can go
14   over here and look at glass beads and
15   titanium dioxide, and go, wow, they acted
16   the same.  Where is that?
17       MR. FROST:  Objection.
18       THE WITNESS:  Let's look at
19   the fraction of gene changes, and
20   we were looking at thousands of
21   gene changes.
22       So you put 30 --
23   BY MR. SMITH:
24       Q.   Where is the chart?  Where

Page 388

1    is the chart in the study that shows me
2    that titanium dioxide and glass beads
3    altered 30 genes at eight hours at
4    75 micrometers squared per centimeter
5    squared in peritoneal mesothelial cells?
6    Show me the chart.
7        MR. FROST:  Objection.
8        THE WITNESS:  They didn't
9    alter any genes that were elevated
10   above two to three, and the 30
11   that were elevated by talc, which
12   were not seen at a low
13   concentration, were statistically
14   of the same magnitude as what was
15   seen with glass beads and titanium
16   dioxide.
17       And that is expanded upon in
18   the Hillegass paper.
19   BY MR. SMITH:
20       Q.   We'll get to that.
21       A.   Okay.
22       (Document marked for
23   identification as Exhibit
24   Mossman-39.)

Page 389

1    BY MR. SMITH:
2        Q.   This is Table 6.  This is
3    here in your report.  Do you recall that?
4        A.   Right.
5        Q.   Okay.  I see talc.  I see
6    asbestos --
7        A.   Yeah.
8        Q.   -- I see gene changes right
9    here at the higher concentrations.  236
10   of the most potent form of asbestos,
11   crocidolite asbestos, correct?
12       A.   That's correct.
13       Q.   And you told me that
14   different carcinogens can have varying
15   potencies, correct?
16       A.   Different carcinogens?  Talc
17   and asbestos are not different
18   carcinogens.
19       Q.   In general.  Different
20   carcinogens can be of different potency,
21   correct, but they are still carcinogens?
22       MR. FROST:  Objection.
23       THE WITNESS:  Yeah, I mean
24   that doesn't really make sense.

Brooke T. Mossman, M.S., Ph.D.

Page 390

1  Everything should have a
2  dose-response and a threshold, and
3  it's going to be different with
4  different materials.
5  BY MR. SMITH:
6     Q.  All right.  We'll get to
7  that in a minute in Brower, your
8  testimony.
9     A.  Okay.
10    Q.  All right.  Hereafter, look
11 at that, 30 genes altered at -- that
12 should be --
13    A.  That's switched around.
14 You're right.
15    Q.  It should be -- that's
16 wrong.  It should be eight hours.
17    A.  Yeah.
18    Q.  Okay.  I'm looking right
19 here at fine titanium dioxide and glass
20 beads and low -- and I don't see a high
21 concentration.  Why -- where is the high
22 concentration to fine titanium dioxide?
23       MR. FROST:  Objection.
24       THE WITNESS:  Okay.  So if

Page 391

1  we look at --
2  BY MR. SMITH:
3     Q.  I'm just asking where is it
4  on this chart.
5     A.  Okay.  At low
6  concentrations, at 24 hours, fine
7  titanium dioxide was run, and the high
8  glass beads were run at eight and
9  24 hours.
10    Q.  Ma'am.
11    A.  Yeah.
12    Q.  Tell me how many genes are
13 altered in this chart by glass beads at
14 high concentrations.
15    A.  None.
16    Q.  Tell me how many genes are
17 altered by fine titanium dioxide at high
18 concentrations.
19       Was it done?
20       MR. FROST:  Objection.
21 BY MR. SMITH:
22    Q.  I don't see it.
23    A.  It was -- it was done at the
24 low amount and not at the high amount for

Page 392

1  titanium dioxide.
2     Q.  Okay.  So there is no chart.
3        In fact, there's a chart in
4  your report that shows there are no genes
5  altered by fine titanium dioxide at low
6  concentrations and glass beads at high
7  concentrations, and that talc at high
8  concentrations altered 30 genes, right?
9     A.  Yes.  But again, I emphasize
10 that we're -- if you put that back on
11 there, we can talk about it.
12    Q.  Oh, I'm sorry.
13    A.  Okay.  So we're looking --
14 again, the emphasize is on asbestos, and
15 we're looking in mesothelial cells at low
16 and high concentrations at 24 hours to
17 demonstrate a dose-response.  We don't --
18 at low and high concentrations, we get
19 a -- dose-response.  The magnitude is
20 not of the same type.  In fact, the
21 changes in the genes, including going up
22 and down, were not of the same type.
23    Q.  Ma'am, I asked you earlier.
24 You're the one that went beyond what's

Page 393

1  in -- written down in this report and
2  told me that talc at the high
3  concentrations acted just inert just like
4  fine titanium dioxide and just like glass
5  beads --
6     A.  It --
7     Q.  And now my question to you
8  is --
9     A.  Yes.
10    Q.  -- and you said they altered
11 the same amount of genes.  And you
12 said -- and I said where is the chart,
13 and you kept answering your question.
14       And I -- so I went and
15 pulled the chart that you have in your
16 report.
17    A.  Right.
18    Q.  And we can look at how many
19 genes are altered by glass beads at the
20 high concentration, right?
21       What does it say?
22       MR. FROST:  Objection.
23       THE WITNESS:  Yeah, when --
24 when one presents microarray data,

Brooke T. Mossman, M.S., Ph.D.

Page 394

1    you present significant gene
2    changes.  There's no data here for
3    thousands of genes because we
4    didn't see any.  We're talking
5    about bold increases.
6    BY MR. SMITH:
7         Q.   That's what I'm talking
8    about.
9         A.   It's got to be two or
10   greater --
11        Q.   I agree.
12        A.   So what I'm telling you is
13   that with asbestos, we see low, 29, which
14   goes up to fourfold higher, eight hours.
15        With talc at low, we see an
16   insignificant amount compared to the
17   other materials we're looking, that does
18   not go up like asbestos.
19        So we see unique changes to
20   asbestos.  That's what we are focusing
21   on.
22        MR. SMITH:  That's not my
23   question, Doctor.  I'm going to
24   object to nonresponsiveness.

Page 395

1    BY MR. SMITH:
2         Q.   My question had to do --
3    you're talking -- and stated that talc
4    was an inert substance and it did not
5    react with cells.  And you said it's
6    inert just like titanium dioxide and
7    glass beads that were controls.  And I
8    said what is the definition of inert?
9         A.   Okay.  So --
10        Q.   And you said causes cellular
11   responses.  And my question to you is,
12   show me.  I can see where talc at high --
13   the higher concentration at eight hours
14   altered 30 genes.  Show me on this chart
15   where glass beads or fine titanium
16   dioxide altered any.
17        MR. FROST:  Objection.
18   BY MR. SMITH:
19        Q.   Can you show it to me?
20        MR. FROST:  Objection.
21        THE WITNESS:  It's not on
22   this chart.
23   BY MR. SMITH:
24        Q.   In fact, you put zero.

Page 396

1         A.   There are no genes that are
2    increased above twofold levels.
3         Q.   Thank you.
4         A.   That's the zero number.
5         Q.   Does talc have a zero number
6    by it at the high concentrations at 24
7    hours -- at eight hours?
8         A.   30, compared to the total
9    number of genes that we looked at, which
10   were in the thousands, the ratio of that
11   compared to the one ratio with titanium
12   dioxide or glass beads was insignificant.
13   30 genes means nothing.
14        Q.   30 genes means nothing?
15        A.   That's correct.  It's
16   insignificant.  And that was borne out by
17   one set of analyses called ANOVA in the
18   Shukla paper and another set of analyses
19   called PCA analyses in the Hillegass.
20        Q.   But you didn't do PCA
21   analysis on talc in Hillegass?
22        MR. FROST:  Objection to
23   form.
24        THE WITNESS:  Yes, we did.

Page 397

1         It's in the data.
2    BY MR. SMITH:
3         Q.   Okay.  We'll get there.
4         A.   We went through this before.
5    Let's look at Figure 1, and the talc data
6    is graphed.
7         Q.   Okay.  All right.  We'll go
8    through it.
9         A.   Okay.
10        Q.   You stated earlier in the
11   depo that minerals such as asbestos and
12   talc react differently to human cells
13   depending on the shape, size -- shape,
14   size, and crystallinity; is that correct?
15        A.   Yes.
16        Q.   And that you admitted that
17   shape, size, and crystallinity of
18   minerals such as asbestos and talc vary
19   from type and grade of talc and different
20   types and different mines that they're
21   mined from, right?
22        A.   Yes.
23        Q.   Okay.  And this study did
24   not test cosmetic-grade talc, correct?

100 (Pages 394 to 397)

Brooke T. Mossman, M.S., Ph.D.

Page 398

1      MR. FROST: Objection.
2      THE WITNESS: It tested
3  industrial talc.
4  BY MR. SMITH:
5      Q.   It did not test
6  cosmetic-grade talc, correct?
7      MR. FROST: Objection.
8      THE WITNESS: It did not
9  look at that directly.
10 BY MR. SMITH:
11     Q.   And it did not -- therefore,
12 did not test the type or the grade of
13 talc that's in Baby Powder or Shower to
14 Shower, correct?
15     MR. FROST: Objection.
16     THE WITNESS: The grade of
17 talc -- again, you'll have to fill
18 me in on what grade means.
19 BY MR. SMITH:
20     Q.   So you don't know that the
21 grade of talc that's in Baby Powder or
22 Shower to Shower is cosmetic-grade talc?
23     A.   I'm assuming it is.
24     Q.   So the study did not examine

Page 399

1  the type or -- the type of talc that is
2  in Baby Powder or Shower to Shower, the
3  particular grade, correct?
4      MR. FROST: Objection.
5      THE WITNESS: The source of
6  talc was a mining talc.
7  BY MR. SMITH:
8      Q.   And what mine did the talc
9  used in the Shukla study come from?
10     A.   It's something called
11 Barrett's Minerals. I don't know where
12 the mine is.
13     Q.   I believe it's in Montana.
14 It states in the study.
15     Did the study use the talc
16 from any of the mines that J&J used for
17 its Baby Powder or Shower to Shower
18 products, that being from Vermont, Italy,
19 Korea, or China?
20     MR. FROST: Objection.
21     THE WITNESS: No.
22 BY MR. SMITH:
23     Q.   Okay. Have you ever
24 performed a study on talc's effect on

Page 400

1  human fallopian tube cells?
2      A.   No. Well, let me -- I want
3  to qualify that, because I'm not certain
4  where these ovarian epithelial cells came
5  from. They came from a tissue bank.
6  They were normal in terms of -- they grew
7  in anchorage-dependent conditions.
8      But I don't want to tell you
9  what their source is without looking it
10 up further.
11     Q.   In Table 3 of Shukla, the
12 genes that were upregulated at
13 75 micrometers squared per centimeter
14 squared at eight hours, do you know if
15 any of those genes have been associated
16 with primary peritoneal mesotheliomas?
17     MR. FROST: Objection.
18     THE WITNESS: The -- I
19 don't. They're certainly
20 indicative of some of the pathways
21 we've followed up on. But we
22 haven't isolated these out
23 individually to study them.
24 BY MR. SMITH:

Page 401

1      Q.   So you don't know if any of
2  these genes that were upregulated in
3  Table 3 by talc are actually those genes
4  involved in the development of peritoneal
5  cancer?
6      MR. FROST: Objection.
7      THE WITNESS: That's
8  correct. I don't know about genes
9  that are upregulated in peritoneal
10 cancers.
11     MR. SMITH: Okay. I'm going
12 to attach the next numbered
13 exhibit, which would be 40.
14     (Document marked for
15 identification as Exhibit
16 Mossman-40.)
17 BY MR. SMITH:
18     Q.   This is -- the lead author
19 is Dragon. Have you ever seen this
20 study? It's from 2015.
21     A.   Yes.
22     Q.   You have seen this?
23     A.   I have.
24     Q.   "Differential Susceptibility

101 (Pages 398 to 401)

Brooke T. Mossman, M.S., Ph.D.

Page 402

1  of Human Pleural and Peritoneal
2  Mesothelial Cells to Asbestos Exposure"?
3      A.  Yes.
4      Q.  It states in the abstract --
5  actually this is from Vermont College
6  here, right, College of Medicine?
7      A.  Yeah.  Dr. Shukla is the
8  senior author.
9      Q.  That's correct.  And the
10  abstract, "Malignant mesothelioma, or MM,
11  is an aggressive cancer of mesothelial
12  cells of the pleural and peritoneal
13  cavities.  In 85 percent of cases both
14  pleural and peritoneal malignant
15  mesothelioma is caused by asbestos
16  exposure.  Although both are
17  asbestos-induced cancers, the incidence
18  of pleural malignant mesothelioma is
19  significantly higher at 85 percent than
20  peritoneal malignant mesothelioma at
21  15 percent."
22      And down at the bottom it
23  says, "Our results are consistent with
24  the hypothesis that differences in

Page 403

1  incidences of pleural and peritoneal
2  malignant mesothelioma upon exposure to
3  asbestos are the result of differences in
4  mesothelial cell physiology that lead to
5  differences in the inflammatory response
6  which leads to cancer."
7      Do you see that?
8      A.  I do.
9      Q.  Do you agree with that?
10      MR. FROST:  Objection.
11      THE WITNESS:  I do with
12  regard to cancer by asbestos.
13  BY MR. SMITH:
14      Q.  Okay.  And if you flip to
15  Page 24.  It's a chart.  If you look at
16  it, Figure A is transcripts known to be
17  involved with malignant mesothelioma that
18  were significantly differential --
19  differentially expressed in all cell
20  lines.
21      But if you look at IL-8
22  IL-6, ATF3, ATF3, the CXCL2, CXCL3, those
23  were all altered in malignant
24  mesothelioma and in peritoneal

Page 404

1  mesothelioma.
2      Do you see that, the fold
3  changes?
4      A.  These aren't mesothelioma
5  cells.  These are two normal cell lines
6  that are normal pleural mesothelial cells
7  and a cell line including one we used in
8  our study, that were peritoneal.
9      Q.  Correct.
10      A.  So these are not tumors.
11  You can't say anything about --
12      Q.  That's not what I'm -- I
13  didn't mention tumor.  You're the one
14  that brought up tumor.  I did not say
15  that, did I?
16      A.  No, you didn't, but you said
17  mesothelioma cells.
18      Q.  Well, we see that IL-8,
19  CXCL2, CXCL3, IL-6, ATF3 were all
20  upregulated in pleural mesothelial cells
21  and in peritoneal mesothelial cells.
22      Do you see that?
23      A.  Yes.  By asbestos.
24      Q.  Okay.  And were those some

Page 405

1  of the same cell lines -- excuse me.
2  Were those some of the same genes, IL-8,
3  CXCL2, CXCL3, IL-6 and ATF3 that were
4  upregulated in peritoneal mesothelial
5  cells at the concentrations of eight
6  hours of talc in your study in Shukla?
7      MR. FROST:  Objection.
8      THE WITNESS:  Some of them,
9  certainly the ATF3 was.
10  BY MR. SMITH:
11      Q.  IL-8?
12      A.  IL-8, which could have many
13  functions.
14      Q.  CXCL2 and CXCL3, correct?
15      A.  I'd have to go back and
16  look, but they're chemokines.  I believe
17  one of them might have been upregulated
18  by talc.
19      Q.  IL-6?
20      A.  Yeah.  And this all makes
21  sense, because we know that talc induces
22  acute inflammation and antiinflammation
23  at -- by ATF3 is -- is a -- certainly a
24  protective response of the cells.

102 (Pages 402 to 405)

Brooke T. Mossman, M.S., Ph.D.

Page 406

1      Q.   And that was -- and the
2    same -- and pleural mesothelial cells
3    were upregulated, those same genes were
4    upregulated by crocidolite asbestos that
5    we know, you admit, causes mesothelioma,
6    correct?
7      A.   Are you suggesting that
8    because a gene goes up it's associated
9    with mesothelioma?
10     Q.   No, I'm just saying, would
11   you agree with me that this chart shows
12   and tests crocidolite asbestos and shows
13   gene changes in pleural mesothelial
14   cells?
15     A.   It shows gene changes in
16   pleural and peritoneal mesothelial
17   cells --
18     Q.   And my question --
19     A.   Yeah.
20     Q.   -- my question is, would you
21   agree with me that crocidolite asbestos
22   causes malignant mesothelioma?
23        MR. FROST:  Objection.
24        THE WITNESS:  Yes.  But

Page 407

1      that's not what we're -- we're
2      looking at here.
3    BY MR. SMITH:
4      Q.   Okay.  That's not what I'm
5    saying.  I'm just showing, on this chart,
6    the different gene changes that by a
7    known substance to cause malignant
8    mesothelioma, right?
9         And some of the genes that
10   were changed are IL-8, CXCL2, CXCL3,
11   IL-6, ATF3.  And those were the same
12   genes that were upregulated by talc at
13   the higher concentration at eight hours
14   in your Shukla paper, right?
15        MR. FROST:  Objection.
16        THE WITNESS:  Some of them
17     were.  I would say half of the
18     genes that were significant, the
19     IL-8, the ATF3, I believe one of
20     the CXCL2s or 3.  So some of them
21     were common.  Other ones were not.
22   BY MR. SMITH:
23     Q.   Okay.  You provided an
24   affidavit to me in the Brower case, and

Page 408

1    you produced documents.  Do you recall
2    that?
3      A.   I do.
4      Q.   And -- and I'm going to
5    attach that as an Exhibit 41.
6         (Document marked for
7         identification as Exhibit
8         Mossman-41.)
9    BY MR. SMITH:
10     Q.   And just show it to you.  Do
11   you recall this?  Affidavit of Brooke
12   Mossman you provided to me?
13     A.   Yes.
14     Q.   Okay.  And -- and I'll show
15   you your signature at the back.
16     A.   Okay.
17     Q.   And that's your signature
18   you provided to me?
19     A.   Yes.
20     Q.   Okay.  I'm going to attach
21   that as Exhibit 41.
22        And you produced some
23   documents to me.  Some of -- some of
24   them -- and there were a lot -- of drafts

Page 409

1    of the Shukla paper.  Do you recall that?
2      A.   Yeah.
3      Q.   There were like a bunch of
4    them.
5      A.   It was -- it was the same
6    paper xeroxed many times.  Yes.
7      Q.   And so this was just earlier
8    drafts or the drafts that eventually
9    became the Shukla paper that we just went
10   over, correct?
11     A.   Yes.
12        (Document marked for
13        identification as Exhibit
14        Mossman-42.)
15   BY MR. SMITH:
16     Q.   Okay.  I'm going to attach
17   this as Exhibit 42.  And it's entitled,
18   "Alterations in Gene Expression in Human
19   Mesothelial Cells Correlate With Mineral
20   Pathogenicity."
21        It has Shukla at the
22   beginning and looks almost exactly like
23   the study that we attached as Exhibit 34,
24   that was a peer-reviewed published

103 (Pages 406 to 409)

Brooke T. Mossman, M.S., Ph.D.

Page 410

1    publication, correct?
2        A.   Yes.
3        Q.   Okay.  And if you go to
4    Page 3, and look at the first large
5    paragraph in the last sentence.
6        A.   Mm-hmm.
7        Q.   "Moreover, the early
8    molecular events leading to injury by
9    asbestos fibers and other pathogenic or
10   innocuous particulates in human cells
11   that may be targets for the development
12   of disease remain enigmatic."
13       And that's the reason you
14   performed this study to look at those
15   changes, right?
16       A.   We were interested in gene
17   profiling, yes, that's correct.
18       Q.   Okay.  And if you go to the
19   second paragraph, and you go just past
20   Number 6.  It's one, two, three, four,
21   five, six lines down.
22       "This cell type is not
23   implicated in asbestos-induced diseases,
24   but is occasionally linked to the

Page 411

1    inflammation and development of ovarian
2    cancer after use of talcum powder in the
3    pelvic region, albeit highly
4    controversial."
5        Why didn't that statement
6    make it into the final?
7        MR. FROST:  Objection.
8        THE WITNESS:  This cell type
9    is not implicated...
10   BY MR. SMITH:
11       Q.   Can you tell me why that
12   statement, and I went through all of
13   them, and that's the only statement,
14   otherwise they read just exactly alike.
15   "This cell type is not implicated in
16   asbestos-induced diseases, but is
17   occasionally linked to inflammation and
18   the development of ovarian cancer after
19   use of talcum powder in the pelvic
20   region, albeit highly controversial."
21       I want to know why that
22   statement was taken out of the drafts and
23   not in the final peer-reviewed
24   publication.

Page 412

1        MR. FROST:  Objection.
2        THE WITNESS:  I believe it
3    is in the Hillegass paper.  And I
4    seem to remember when I looked
5    over this correspondence that this
6    was a comment that one of the
7    reviewers questioned, and he put
8    in additional references.
9    BY MR. SMITH:
10       Q.   I thought we might go to the
11   reviewer comments because we have it
12   attached as Exhibit 36.
13       A.   Yeah.  I remember that.
14       Q.   Show me in the reviewer
15   comments where they say take that out.
16       A.   The Hillegass paper.  They
17   asked us --
18       Q.   No, ma'am.  Ma'am.
19       A.   No.
20       Q.   This is Shukla.
21       A.   Yeah.
22       Q.   This is the Shukla paper.
23   This is the draft of the Shukla paper.
24   And that statement is in a draft of the

Page 413

1    Shukla paper that you provided me per the
2    affidavit that we just went over in
3    Exhibit 41.
4        And I want you to show me in
5    the Shukla paper that we just went over,
6    it's peer reviewed, Exhibit Number 34 --
7        A.   Yeah.
8        Q.   -- where that statement is
9    in that study that's in the draft that
10   you provided to me.
11       MR. FROST:  Objection.
12       THE WITNESS:  Okay.  So I'm
13   looking at the Shukla paper, and
14   that statement was Merritt in 2009
15   and it is in this.  So...
16   BY MR. SMITH:
17       Q.   Where is it?
18       A.   All right.  Let me just
19   look.  It's Reference Number 7?
20       It says -- although I'm
21   admitting that you looked this -- looked
22   this over very well.  It says, "This cell
23   type is not implicated in
24   asbestos-induced diseases but is

Brooke T. Mossman, M.S., Ph.D.

Page 414

1  occasionally linked to inflammation and
2  the development of ovarian cancer after
3  use of talcum powder in the pelvic
4  region, although such links are highly
5  controversial."
6       Q.  Where is it?
7       A.  It's in the final
8  publication, exactly where I --
9       Q.  I know.  Point me to it.  I
10  just missed it.  Where is it?
11       A.  Yeah, I guess you did.
12       Q.  I guess I did.  I'm -- I am
13  mortal.  I apologize.
14            Where is it?
15       A.  Here you go.
16       Q.  Can you show me?  Can you
17  tell me where the --
18       A.  It's exactly where it was in
19  the draft, yeah.
20       MR. FROST:  If you look at
21  Page 1, right-hand column.  It's
22  the first full paragraph, last
23  sentence.
24  BY MR. SMITH:

Page 415

1       Q.  I missed it.  I stand
2  corrected.
3       A.  Wow.
4       Q.  I highlighted it right
5  before it.  Thank you.
6       A.  You're welcome.
7       Q.  Do you agree with that
8  statement, now that it's -- we've
9  established that it's in your study?
10       A.  I agree that it's highly
11  controversial still.
12       Q.  Do you agree that it's been
13  occasionally linked to inflammation in
14  the development of ovarian cancer use
15  after the use of talcum powder in the
16  pelvic region?
17       A.  I believed in 2009, we
18  referenced or we looked at the Ness and
19  Cottreau, which was a hypothesis paper
20  and it is still a hypothesis that the
21  scientific data does not support.
22       Q.  Okay.  Let's talk about --
23       MR. SMITH:  Are we okay?  Or
24  can we keep going?

Page 416

1       MR. FROST:  Take a short
2  break.
3       MR. SMITH:  Sure.  We can
4  take a quick break.
5       THE VIDEOGRAPHER:  Going off
6  the record.  The time is 4:23.
7       (Short break.)
8       THE VIDEOGRAPHER:  We are
9  going back on record.  Beginning
10  of Media File Number 5.  The time
11  is 4:38.
12  BY MR. SMITH:
13       Q.  Okay.  So in Exhibit 39,
14  which is a chart in your study, I need to
15  correct --
16       A.  Yes.
17       Q.  I need to switch 24 to
18  eight --
19       A.  Right.
20       Q.  -- and eight to 24, right?
21       A.  Yes.  That's correct.
22       Q.  And I made those changes.
23       Okay.  And then over here,
24  I've got a question in -- you have talc

Page 417

1  at low concentrations of ovarian
2  epithelial cells, zero.
3       Do you see that?
4       A.  It should be -- it should be
5  high because we only added talc to the
6  ovarian epithelial cells at high
7  concentrations.  So these -- they're the
8  right word, but they need to come down a
9  little bit.
10       Q.  I'm with you.
11       A.  See.
12       Q.  So this should be -- right
13  here this should be zero right here?
14       A.  Right.
15       Q.  And that should be -- that
16  mark right there is for low
17  concentration?
18       A.  Right.  Right.  Right.
19       So in this case, yes.
20       Q.  All right.  If you look at
21  your paper --
22       A.  Yeah.
23       Q.  -- and you go to --
24       A.  Which one?  The Shukla?

105  (Pages 414 to 417)

Brooke T. Mossman, M.S., Ph.D.

Page 418

1     Q.   Shukla.
2     A.   Okay.
3          MR. MIZGALA:  I think it was
4     right the way it was.
5          THE WITNESS:  High had no
6     results.
7          MR. SMITH:  That's right.
8     BY MR. SMITH:
9     Q.   All right.  These are the
10    epithelial -- ovarian epithelial cells,
11    right?
12    A.   Yes.
13    Q.   Okay.  And at 24 hours you
14    have zero at high concentrations, right?
15    Cell -- gene changes, right?
16    A.   Yes.
17    Q.   Okay.  If you look at Page 5
18    of 10.
19    A.   Yes.
20    Q.   And it says, "At
21    24 hours" -- down at the bottom under
22    "IOSE ovarian epithelial cells exhibit
23    few gene expression changes," it says,
24    "At 24 hours, high concentrations of

Page 419

1     asbestos caused less than fourfold
2     increases in expression of only 16 genes
3     and decreased" -- hold on.  Am I in the
4     right spot?  No, I'm not.
5          Let's go back to 4 of 10.
6     I'm sorry.
7     A.   Okay.
8     Q.   "Asbestos fibers at high
9     concentrations are toxic to TP9/TERT-1
10    mesothelial cells and less to ovarian
11    epithelial cells in contrast to particle
12    preparations."
13         It talks about, "Non-fibrous
14    talc at 75 micrometers squared per
15    centimeter squared was nontoxic, and
16    significant increases in toxicity were
17    only achieved with addition of talc at
18    greater than threefold concentrations in
19    LP9/TERT-1 cells (Figure 2A), but not in
20    IOSE cells (data not shown)."
21    A.   Right.
22    Q.   Okay.  Is that -- data
23    not -- how -- where is this data to be
24    able to put zero down here?  I don't --

Page 420

1     A.   This is the --
2          MR. FROST:  Objection.
3          THE WITNESS:  -- gene --
4     you're talking about the toxicity
5     data here.  We did -- and I
6     believe it's stated in this paper.
7     We did a range of concentrations
8     with the talc up to 20.  And I
9     think we make the statement that
10    in no cases was there toxicity to
11    the ovarian epithelial cells.  So
12    it's here somewhere.
13    BY MR. SMITH:
14    Q.   Well, my question is also, I
15    didn't think you tested talc at high
16    concentrations.
17    A.   We only did that in the
18    ovarian epithelial cells, because of --
19    we, in all of these, we had done
20    preliminary studies, and our original
21    ones indicated that we had no toxicity
22    and no effect.  So we did the whole
23    experiment for microarrays at the high
24    concentration.

Page 421

1     Q.   Where is that data that
2     shows that?
3     A.   Okay.  It's probably in here
4     somewhere.
5     Q.   And data --
6     A.   Here we go.
7     Q.   Data not shown or
8     referenced, where can I get that data?
9     A.   I believe some of it might
10    have been in supplementary data in this
11    journal.
12    Q.   Can you give me a
13    supplemental journal where that --
14    A.   Wait.  Let me just make sure
15    then.  Figure 2D.  Okay.  So, in terms of
16    the toxicity data for talc, it is in
17    Figure 2D, and that's the ovarian
18    epithelial cells.  So there is data
19    presented on the cytotoxicity.
20    Q.   Well, hold on a second,
21    because Table 6 it says -- in your --
22    right here on Exhibit 39.  Table 6, "Talc
23    does not cause altered gene expression in
24    human mesothelial or ovarian epithelial

106 (Pages 418 to 421)

Brooke T. Mossman, M.S., Ph.D.

Page 422

1  cells."
2       We're not talking about
3  toxicity. We're talking about gene
4  expression changes.
5       A.  Right.
6       Q.  And you're writing zero down
7  right here that you tested talc at high
8  concentrations and got zero gene
9  expression changes.
10      My question is, where is
11 that?
12      A.  Not in -- it says -- okay.
13      (Reading to herself.)
14      Okay.  So if it didn't have
15 any significant gene changes, like for
16 the other materials, it wouldn't have
17 been presented, because there was no
18 significant increase in any of the genes.
19      Q.  Well, you have zero here.
20 Where is that?  Where does it show that
21 there are no -- no changes?  Where does
22 it state that?
23      A.  It's stated here.  Hold on.
24 I think we've got it with the asbestos.

Page 423

1  Okay.  Let me just see if it's in the --
2  Okay.  So, yeah.  So this is important to
3  look at, because in Table 4 at the high
4  concentrations, you see only one number
5  at the top, and the 2s are not
6  significantly elevated.
7       So the data is just shown at
8  the high concentrations of materials.  At
9  the low concentrations there were no gene
10 changes.
11      Q.  I understand that.  But
12 where -- I see the genes upregulated by
13 crocidolite asbestos and IOSE human
14 ovarian cells.
15      A.  Yes.
16      Q.  I do not a -- I do not see a
17 table or a sentence about zero being
18 found for talc.
19      A.  It's stated.
20      Q.  Where?
21      A.  In the results.  Let's look
22 where we describe the IO cells.
23      All right.
24      Q.  I thought that's what we

Page 424

1  were just discussing, and it says data
2  not shown.
3       A.  Right.  No significant gene
4  upregulation or downregulation in
5  response to lower concentrations of
6  asbestos.  So no significant changes,
7  data not shown.  At high concentrations
8  are what is expressed in Table 4.
9       Q.  Where are you reading that?
10      A.  I'm reading this on 5 of 10
11 under IOSE ovarian epithelial cells.
12      Q.  It says, "Data not shown,"
13 correct?
14      A.  That's correct.
15      Q.  Where can I get that data?
16      A.  It could be supplemental or
17 it may not have been presented at all.
18      Q.  Would I have -- would there
19 be any notes or lab notes or anything, or
20 where -- I mean, I haven't seen an
21 updated study of where that -- where you
22 get zero here, besides a statement.  I
23 don't see like any testing or tables.
24      MR. FROST:  Objection.

Page 425

1       THE WITNESS:  I think it's
2  the same thing that I explained to
3  you before, is that we got no
4  significant gene changes looking
5  at thousands of genes, and that
6  you don't -- you present in these
7  findings what you did find, which
8  are what you see in all these
9  figures.
10      So for any gene expression
11 data, you're not going to see
12 numbers or negative numbers for
13 5,000 or some odd genes.  It's --
14 you don't express it like that.
15 BY MR. SMITH:
16      Q.  So there was data.  It just
17 wasn't included in this study.
18      A.  No.  It was included in the
19 statistical analyses, but it was
20 insignificant; therefore, it was not
21 graphed, because the numbers were at the
22 ordinate of each graph.
23      Q.  I want to talk about the
24 Hillegass study.

107 (Pages 422 to 425)

Brooke T. Mossman, M.S., Ph.D.

Page 426

1    A.   Okay.
2         MS. O'DELL:  Excuse me for a
3    moment.  We Request that data that
4    Dr. Mossman has just testified to,
5    including the raw data, any
6    statistical analyses and outputs
7    of where the affected data has
8    been noted.
9         THE WITNESS:  This paper was
10   15 years ago.  So there's not
11   going to be any data.  We did the
12   literature search to try and find
13   it.
14        MS. O'DELL:  The -- there's
15   data that's published in the table
16   in her report that's not reflected
17   in the peer-reviewed publication,
18   and we want to know what the
19   underlying basis is for that data.
20   So that's the question.
21        MR. FROST:  We'll take it
22   under advisement.  Just send a
23   letter, take it under advisement.
24   Or an e-mail.

Page 427

1    BY MR. SMITH:
2         Q.   Let's move to the Hillegass
3    study.  And that's Exhibit 35.  What type
4    of asbestos did you look at in this
5    study?
6         A.   It's crocidolite.
7         Q.   And is crocidolite one of
8    the asbestos types that is found in Baby
9    Powder or Shower to Shower that we
10   discussed earlier?
11        A.   Not to my knowledge.
12        Q.   And you told me earlier that
13   different types of asbestos affect human
14   cells in different ways, correct?
15        A.   Yes.  Our studies have been
16   with chrysotile and crocidolite asbestos,
17   and amosite, which falls into the same
18   category as crocidolite in terms of
19   results on cells.
20        Q.   Hillegass study involved
21   gene profiling and proteomics, bioplex
22   proteins, cytokines released from
23   peritoneal mesothelial cells exposed to
24   asbestos to determine if asbestos was --

Page 428

1    was pathogenic, correct?
2         A.   Yes.
3         Q.   And since talc was not
4    subject to this test, we don't know what
5    cytokines would have been released with
6    exposure to talc and its relevance to
7    talc's ability to cause disease from this
8    study, correct?
9         MR. FROST:  Objection.
10        THE WITNESS:  Right.  The
11   levels of gene expression by talc
12   were so small that we would not
13   have expected an increase in terms
14   of proteins.
15   BY MR. SMITH:
16        Q.   That -- that wasn't my
17   question.
18        My question was, since
19   talc --
20        MR. SMITH:  And I object to
21   nonresponsiveness.
22   BY MR. SMITH:
23        Q.   Since talc was not subjected
24   to this test, we do not know what

Page 429

1    cytokines would have been released with
2    exposure to talc and its relevance to
3    talc's ability to cause disease from this
4    study, correct?
5         MR. FROST:  Objection.
6         THE WITNESS:  Again, we
7    didn't look at that because the
8    results were reversible and not of
9    a magnitude that one would expect
10   protein to be increased.
11   BY MR. SMITH:
12        Q.   Okay.  I asked you this
13   question in Brower, do you recall that?
14        MR. FROST:  Objection.
15        THE WITNESS:  No.
16   BY MR. SMITH:
17        Q.   Okay.  Look at Page 195 of
18   your testimony in Brower.  194 and 195.
19        A.   Okay.  194 and 195?
20        Q.   Correct.
21        A.   Okay.
22        Q.   And I'm going to start on
23   Line --
24        A.   Okay.

108 (Pages 426 to 429)

Brooke T. Mossman, M.S., Ph.D.

Page 430

1      Q.  -- 10 -- or I'm going to
2   start on Line 8.
3          Can we go -- "Question:  Can
4   we go back to the Hillegass study?
5          "Answer:  Sure.
6          "Question:  There were
7   additional tests done on asbestos that
8   were not done for talc in the study; is
9   that correct?
10         "Answer:  As I remember it,
11  yes.
12         "Okay.  What additional
13  tests were done on asbestos that were not
14  performed on talc?
15         "Answer:  We used what was
16  called a bioplex assay to examine
17  additional -- what are called
18  cytokines -- that were released from the
19  LP9 cell line after exposure to
20  crocidolite.
21         "Question:  So given the
22  fact that you didn't do the similar test
23  on talc or the peritoneal mesothelial
24  cells, you can't tell me what additional

Page 431

1   cytokines would have been released in
2   that regard?"
3          And there was an objection.
4          "The witness:  Yeah.  I
5   can't" --
6          "Answer:  I can't tell you
7   the additional cytokines that were
8   released by talc because we didn't look
9   at that."
10         Is that your answer?  Is
11  that correct?
12         MR. FROST:  Objection.
13         THE WITNESS:  Yes.  If it
14         had been indicated that there were
15         elevations like asbestos, we would
16         have done the studies with talc,
17         but that was not the case.
18  BY MR. SMITH:
19     Q.  In your study -- studies,
20  and that being Hillegass, you were able
21  to get additional information about
22  whether asbestos was carcinogenic to
23  cells, thought to be the origin of
24  ovarian cancer, that you failed to obtain

Page 432

1   from talc, correct?
2          MR. FROST:  Objection.
3          THE WITNESS:  I'm sorry.
4   I'm --
5          MR. FROST:  Do you want to
6   see the question or have it
7   read --
8          THE WITNESS:  Yeah.  In your
9   studies, that being --
10  BY MR. SMITH:
11     Q.  In your studies you were
12  able to get additional information about
13  whether asbestos was carcinogenic to
14  cells, thought to be the origin of
15  ovarian cancer, that you failed to obtain
16  from talc, correct?
17     A.  We weren't looking at
18  additional -- we weren't looking at
19  whether asbestos was carcinogenic to
20  cells in these studies.  We were trying
21  to determine whether the gene profiling
22  changes that we saw in the Shukla studies
23  were reflected by increased release of
24  proteins from the cells.

Page 433

1      Q.  Go to Page 196 of the Brower
2   testimony.
3      A.  Mm-hmm.  Okay.  196?
4      Q.  Yes, ma'am.
5      A.  Okay.
6      Q.  Line 3.
7      A.  Mm-hmm.
8      Q.  "Question:  So you were able
9   to get additional information about
10  whether or not crocidolite asbestos was
11  carcinogenic or not compared to
12  neomesothelial cells by doing these
13  additional studies?
14         "Answer:  In general, yes."
15         Is that your answer?  Is
16  that correct?
17         Is that statement correct
18  that you stated in Brower?
19     A.  We were getting additional
20  information.  Certainly from the study,
21  but the way your sentence is worded, your
22  question is worded, about whether or not
23  crocidolite asbestos was carcinogenic or
24  not, was not a focus of these studies

109 (Pages 430 to 433)

Brooke T. Mossman, M.S., Ph.D.

Page 434

1   whereby -- or would be gained by
2   information on these additional studies.
3           MR. SMITH: I'm going to
4   object as nonresponsive.
5   BY MR. SMITH:
6       Q.   I'm going to read the
7   question and answer again.
8           "So you weren't able to get
9   additional information about whether or
10  not crocidolite asbestos was carcinogenic
11  or not compared to neomesothelial cells
12  by doing these additional studies?" And
13  we're talking about Hillegass. And your
14  answer was: "In general, yes."
15          Is that true, is that a true
16  statement?
17          MR. FROST: Objection.
18          THE WITNESS: Yeah. Let me
19  emphasize again that the
20  additional information we were
21  getting was whether genes that we
22  saw in Shukla resulted in protein
23  secretion by mesothelial cells
24  after exposure to crocidolite

Page 435

1   asbestos.
2           This is a long leap in terms
3   of determining whether or not
4   crocidolite asbestos is
5   carcinogenic to peritoneal
6   mesothelial cells. We weren't
7   looking at that in these studies.
8   BY MR. SMITH:
9       Q.   Can I rely on your answer in
10  the Brower case?
11          MR. FROST: Objection.
12          THE WITNESS: I'm qualifying
13  it. I say in general.
14          Again, I'm trying to make it
15  clear that we were looking at
16  proteins that were released from
17  these cells. Are there links
18  between these and cancer-causing
19  effects? Not necessarily. And
20  that's my answer.
21  BY MR. SMITH:
22      Q.   All right. I would like to
23  talk to you about your report.
24      A.   Okay.

Page 436

1       Q.   I think we attached it as an
2   exhibit to the deposition.
3       A.   All right. Mm-hmm. If I
4   can find it in the pile here. Okay.
5       Q.   When did you draft your
6   report and reach your conclusions? It's
7   dated February 25th, 2019. I think you
8   said some time in December or January
9   2018, 2019. Would that be correct?
10      A.   Sometime in that realm, yes.
11      Q.   What methodology did you use
12  in arriving at your opinions in this
13  case?
14      A.   I used the same methodology
15  that I would have in our researching any
16  scientific review.
17      Q.   And what is that?
18      A.   Search of the peer-reviewed
19  literature on the topic. I was also
20  asked to comment on two expert reports.
21  And in that case, I looked at each
22  statement, each reference, and then I did
23  a literature review of my own to pull up
24  other possibly relevant papers.

Page 437

1           So my methodology was the
2   same as I would have done in this case in
3   review of scientific papers submitted by
4   others to journals.
5           I'm missing my report here.
6       Q.   Can you -- how did you
7   compile the literature or compile the
8   literature search that you did in this
9   area?
10      A.   I did a PubMed search.
11      Q.   Of what?
12      A.   I looked at asbestos and
13  ovarian cancer. I put in talc and
14  ovarian cancer. I looked at all the
15  references that were cited by
16  Drs. Zelikoff and Saed and read those
17  papers, and then I looked at statements
18  in those papers and how they were
19  referenced. So I had an additional
20  volume of information.
21      Q.   You said that you used the
22  methodology that you used in your
23  peer-reviewed literature; is that
24  correct?

110  (Pages 434 to 437)

Brooke T. Mossman, M.S., Ph.D.

Page 438

1    A.   I used the peer-review
2  process in order to compile the work.  I
3  cited work that I'd done in peer-reviewed
4  journals.  And I also -- thank you.
5         And I also looked at the
6  IARC -- two reports, which are not peer
7  reviewed.
8    Q.   The IARC monograph is not
9  peer-reviewed?
10    A.   No, it's not.  It's not in a
11  peer-reviewed database.
12    Q.   Are your opinions in this
13  case peer reviewed?  Is your report peer
14  reviewed?
15    A.   My report is based upon my
16  review of peer-reviewed data.
17    Q.   Is your report in this case
18  a peer-reviewed study?
19    A.   It's not.  It's an opinion,
20  or set of opinions.
21    Q.   In your opinion -- and we'll
22  look at it in a minute.  I don't see
23  anywhere in your -- and I could be wrong,
24  like I missed something before earlier,

Page 439

1  but I didn't see anywhere in your report
2  where you state that you do not believe
3  that talc -- there's no statement that I
4  recall that you do not hold the opinion
5  that talc does not cause ovarian cancer.
6         MR. FROST:  Objection.
7  BY MR. SMITH:
8    Q.   Do you recall that being
9  stated in your report?
10    A.   I don't.  But I'd have to go
11  through it.
12    Q.   Are all your opinions in
13  this case contained in that report?
14    A.   Yes.  I'm wondering whether
15  it's in the summary or the end of the
16  reports.
17    Q.   We'll go through your bullet
18  points --
19    A.   Okay.
20    Q.   -- and we'll come back to
21  that.
22    A.   Okay.  It might be in there.
23  I just don't know where it would be
24  stated in terms of that precise sentence.

Page 440

1    Q.   Do the Shukla and Hillegass
2  studies play a major role in the basis of
3  your opinions in this case?
4         MR. FROST:  Objection.
5         THE WITNESS:  They add basis
6  to the studies that I reviewed.
7  So I would include these as well
8  as the animal studies and the
9  epidemiology and other mechanistic
10  studies as related to my final
11  opinions.
12  BY MR. SMITH:
13    Q.   Did you examine all the
14  available data on cells responsible for
15  ovarian cancer and its interaction with
16  cosmetic-grade talc, that being the type
17  that's in Baby Powder and Shower to
18  Shower?
19    A.   Could you state that again.
20  I'm sorry.
21    Q.   Did you explain all the
22  available data on cells responsible for
23  ovarian cancer and its interaction with
24  cosmetic-grade talc, that being the type

Page 441

1  that's in Baby Powder and Shower to
2  Shower?
3    A.   If I pulled the information
4  up on PubMed, if there was research out
5  there, I would have pulled it up.  I
6  don't recall any studies in vitro that
7  focused on cosmetic talc with the
8  exception of Dr. Saed's.
9    Q.   Did you examine all the
10  available data on cells responsible for
11  ovarian cancer and its interaction of the
12  types of asbestos found in Baby Powder
13  and Shower to Shower?
14    A.   That's not a simple yes or
15  no question.  Again, if there were papers
16  that were in the peer-reviewed scientific
17  literature on talcs, I would have gotten
18  those.  Whether they were specifically
19  regarding cosmetic talcs or industrial
20  talcs or pharmaceutical-grade talcs, that
21  would have been in the papers themselves.
22    Q.   Let's go to your report.
23    A.   Okay.
24    Q.   I'd like to go to Bullet

111 (Pages 438 to 441)

Brooke T. Mossman, M.S., Ph.D.

Page 442

1    Point 1, summary of opinions.  Bullet
2    Point 1: "Cosmetic talc particles and
3    non-asbestos cleavage fragments are
4    different chemically, physically, and
5    structurally from amphibole asbestos
6    types, crocidolite and amosite."
7         You mentioned cosmetic talc
8    particles, but you have never studied
9    cosmetic talc particles; is that correct?
10        MR. FROST:  Objection.
11        THE WITNESS:  Correct.  But
12        they are -- I again reviewed the
13        IARC report and reports by
14        Zazenski, et al., characterizing
15        cosmetic talcs, and they are --
16        that's where this statement came
17        from.
18   BY MR. SMITH:
19        Q.    And you mentioned
20   crocidolite and amosite asbestos,
21   correct?
22        A.    Yes.
23        Q.    And we mentioned earlier
24   this is not the type of asbestos that's

Page 443

1    been found in Baby Powder and Shower to
2    Shower; is that correct?
3         MR. FROST:  Objection.
4         THE WITNESS:  Again, you're
5         assuming that other asbestos types
6         have been found in these
7         materials, and I am unaware of
8         that data.
9    BY MR. SMITH:
10        Q.    Okay.  Bullet Point 1, you
11   mention the different chemical, physical,
12   and structural differences of cosmetic
13   talc and crocidolite asbestos and amosite
14   asbestos, correct?
15        MR. FROST:  Objection.
16        THE WITNESS:  Yes.
17   BY MR. SMITH:
18        Q.    And you stated you are not a
19   mineralogist, correct?
20        A.    No, but I have interacted
21   with mesothelial cell, let's say,
22   biologists and geologists who have
23   emphasized in their experiments or
24   characterization that they're different

Page 444

1    reactions.
2         Q.    And analyzing whether a
3    sample of materials is talc, asbestos, or
4    talc with asbestos, you leave that to
5    mineralogists, as we discussed that
6    earlier, correct?
7         A.    Yes.  I work with reference
8    samples of materials.
9         Q.    And the same for determining
10   if a mineral is asbestos or asbestiform,
11   correct?
12        MR. FROST:  Objection.
13        THE WITNESS:  Yes.  The
14        mineralogists I collaborate with
15        characterize these materials.
16   BY MR. SMITH:
17        Q.    And you're not a geologist?
18        A.    That's correct.
19        Q.    And not a materials analyst,
20   correct?
21        A.    Correct.
22        Q.    And you are not an expert in
23   determining the flexibility or rigidity
24   of asbestos or cleavage fragments,

Page 445

1    correct?
2         MR. FROST:  Objection.
3         THE WITNESS:  I have not
4         used methods in my lab -- measure
5         particle flexibility directly.
6    BY MR. SMITH:
7         Q.    Let's go to Bullet Point 2.
8    "Because of these different properties,
9    cosmetic talc particles and non-asbestos
10   cleavage fragments are unlikely to reach
11   or be retained at sites of development of
12   mesothelioma or ovarian cancers."
13        You stated that you never
14   studied cosmetic talc particles or
15   cleavage fragments that have been
16   reported in Baby Powder or Shower to
17   Shower, correct?
18        MR. FROST:  Objection.
19        THE WITNESS:  I myself
20        haven't studied them.  But others
21        have, and their properties have
22        been documented by others,
23        including mineralogists.
24   BY MR. SMITH:

112 (Pages 442 to 445)

Brooke T. Mossman, M.S., Ph.D.

Page 446

1          Q.   What is the basis of that
2    statement?
3          A.   The basis of the statement
4    is twofold.  Cosmetic talc particles as
5    defined in IARC are platelike, large
6    platelike discs that would not be
7    deposited as would amphibole asbestos
8    types at the pleura.  They would not make
9    it out to the pleura because of their
10   size.  And this is true of non-asbestos
11   cleavage fragments as well.  Because
12   experiments by Dr. Wiley have indicated
13   that these cleavage fragments break
14   perpendicular to the fiber surface.  So
15   they don't form long, thin fibers.
16          And cleavage fragments of a
17   size that are pathogenic; that is, 5 to
18   10 microns are rare, if at all existent
19   in diameters that would allow them to be
20   taken out to the pleura by transfer or
21   retained in the pleura.
22          Q.   You told me earlier in the
23   depo that you had not studied how
24   tremolite, anthophyllite, and actinolite

Page 447

1    asbestos reached the areas of the lungs
2    where mesothelioma is induced and
3    developed, and you could not make a
4    strict analogy to these type of asbestos
5    from your study of other types of
6    asbestos.  We talked about that earlier
7    in the deposition.
8          MR. FROST:  Objection.
9          THE WITNESS:  We did.  But I
10   want to emphasize that if these
11   materials -- it's known that
12   anthophyllite and tremolite are
13   thicker, blunter fibers than the
14   needlelike amphibole asbestos
15   types and, therefore, their
16   propensity to either reach or be
17   retained at sites of development
18   of mesothelioma would be related
19   to their surface features, as well
20   as their physical features and,
21   therefore, them being blunt and
22   thick, like cleavage fragments,
23   they would be unlikely to reach or
24   be retained at sites of

Page 448

1          development of disease.
2    BY MR. SMITH:
3          Q.   And you also stated earlier
4    that you had not performed any studies on
5    whether cleavage fragments can reach the
6    area of the lung where -- where
7    mesothelioma is induced and developed.
8    We discussed that earlier.
9          MR. FROST:  Objection.
10         THE WITNESS:  That's true,
11   but other individuals have shown
12   that cleavage fragments of a
13   variety of types are not
14   mesothelioma-genic.
15   BY MR. SMITH:
16         Q.   And what basis do you have
17   to say that cosmetic-grade talc particles
18   cannot be retained by the ovaries?
19         MR. FROST:  Objection.
20         THE WITNESS:  I am saying
21   that there's no scientifically
22   plausible pathway where they would
23   be translocated in a retrograde
24   fashion from the perineum to the

Page 449

1    ovary.
2    BY MR. SMITH:
3          Q.   Well, you state in your --
4    in -- in the bullet point that fragments
5    are unlikely to be reached -- reach or be
6    retained by these sites of development of
7    mesothelioma or ovarian cancers.  And
8    I'm going to the or part.  Or retained.
9          What basis do you have to
10   say that cosmetic-grade talc particles
11   cannot be retained by the ovaries?
12         MR. FROST:  Objection.
13         THE WITNESS:  What I'm
14   saying is that there has been no
15   information suggesting that they
16   get there to cause disease.
17   BY MR. SMITH:
18         Q.   Have you not seen
19   pathological studies of -- and we've gone
20   through a bunch of them, where they have
21   found talc in human ovarian tissue?
22         MR. FROST:  Objection.
23         THE WITNESS:  Yes, and I'd
24   like to emphasize that the IARC

113 (Pages 446 to 449)

Brooke T. Mossman, M.S., Ph.D.

Page 450

1    committee found that talc degrades
2    in a period of about eight years.
3         So my point here is that
4    we're talking about mesothelioma
5    in this case, in my second bullet.
6    And that they would not be
7    retained for periods of time
8    sufficient enough for the
9    development of mesothelioma.  We
10   don't know what the latency period
11   is of ovarian cancer.
12        But the same thing is true,
13   that the amphibole asbestos types
14   that I've studied, crocidolite and
15   amosite, are durable in lung for
16   periods of time of decades, as
17   opposed to years with something
18   such as talc.
19   BY MR. SMITH:
20        Q.   You understand about talc
21   exposure, we're talking about chronic
22   talc exposure over decades.  Do you
23   understand that that's what we are
24   talking about?

Page 451

1         A.   You may be talking about it,
2    but I don't think there's evidence again
3    showing that chronic talc exposure leads
4    to migration to the ovary or that it's
5    associated with -- with disease.
6         Q.   I'm just questioning your
7    opinion about fragments are unlikely,
8    non-asbestos cleavage fragments and
9    cosmetic talc particles, to be retained
10   at the sites of development of ovarian
11   cancer.
12        And I want to know what your
13   basis of opinion that cosmetic-grade talc
14   which you've never tested cannot be
15   retained by the ovaries.
16        MR. FROST:  Objection.
17   BY MR. SMITH:
18        Q.   When we have studies that
19   show talc in human ovarian tissue and --
20   and human cancer tissue.
21        MR. FROST:  Objection.
22        THE WITNESS:  So what I'm
23   telling -- what I'm telling you is
24   that there are studies on talc

Page 452

1    particles in general showing that
2    their half life in the human body
3    is an approximately eight-year
4    time span for a platelike talc.
5    BY MR. SMITH:
6         Q.   But that's talking about
7    dissolution, not about retention.
8         A.   But retention and
9    dissolution are the same thing.  If
10   something dissolves, it can't be
11   retained.  It's one of the factors that's
12   very important.
13        Q.   Do you know if any of those
14   studies on bio durability have discussed
15   or looked at talc in ovarian tissue to
16   determine how long it survives in ovarian
17   tissue?
18        A.   No.  Because the studies
19   that have shown it in ovarian tissues are
20   for probably decades since these
21   exposures.  We have no idea.  And the way
22   to address that question wouldn't be in
23   looking at human ovarian material.
24        Q.   You have not performed any

Page 453

1    studies on whether or not asbestos
2    cleavage fragments can cause ovarian
3    cancer, correct?
4         MR. FROST:  Objection.
5         THE WITNESS:  I have not.
6    BY MR. SMITH:
7         Q.   Third bullet point.  "Talc
8    and non-asbestos cleavage fragments are
9    not reactive with cells and their
10   effective repair pathways occur.  Because
11   they are distinct in chemistry and other
12   features from asbestos fibers, they do
13   not have the same potential to cause the
14   abnormal cell responses that are integral
15   to the development of cancers."
16        MR. FROST:  Objection.
17   BY MR. SMITH:
18        Q.   Is that your third bullet
19   point in your summary of opinions?
20        A.   Yes.
21        Q.   Okay.  Well, talc not being
22   reactive with cells, we showed in Shukla
23   that talc was reactive with cells by
24   altering 30 genes at high concentrations

114 (Pages 450 to 453)

Brooke T. Mossman, M.S., Ph.D.

Page 454

1    at eight hours, right?
2         A.   And what I'm saying is that
3    any particle would have caused those
4    changes.  That was inert.  And the 30
5    changes that we observed as opposed to
6    hundreds of genes with asbestos was not
7    significantly different than the
8    responses of these cells to titanium
9    dioxide or glass.
10        Q.   And we went over, titanium
11   dioxide and glass did not alter any
12   genes, correct?
13        A.   It did not alter any genes
14   significantly.  That's correct.
15        Q.   In regards to cleavage
16   fragments, you stated you -- stated
17   earlier you never studied anthophyllite
18   or actinolite cleavage fragments, or
19   tremolite --
20        MR. FROST:  Objection.
21   BY MR. SMITH:
22        Q.   -- besides the one study in
23   New York?
24        A.   I have studied survival and

Page 455

1    toxicity of three samples of New York
2    State talc containing non-asbestiform
3    tremolite and non-asbestos anthophyllite.
4         Q.   And that was studying
5    industrial-grade talc, correct?
6         A.   That is correct.
7         Q.   And we discussed what NIOSH
8    was earlier.  Do you recall?  I think we
9    went through what NIOSH was.  It was
10   under OSHA.  Do you recall that
11   testimony?
12        A.   NIOSH stands for the
13   National Institute of Occupational Safety
14   and Health, yes.
15        MR. FROST:  Talking about
16   the roadmap?
17        THE WITNESS:  I got it here.
18   BY MR. SMITH:
19        Q.   NIOSH regulates exposures to
20   EMPs that meet the definition which may
21   include fibrous talc; is that correct?
22        MR. FROST:  Objection.
23        THE WITNESS:  OSHA is the
24   regulatory agency.  NIOSH, in my

Page 456

1    theme is primarily the national
2    institutes that conducts research.
3    And this was a road plan for
4    research.
5    BY MR. SMITH:
6         Q.   Well, they talk about the
7    NIOSH REL, correct, and exposure to EMPs
8    that meet the definition of fibrous talc
9    in this -- in this document; is that
10   correct?
11        MR. FROST:  Objection.
12        THE WITNESS:  I -- you would
13   have to show me where that's
14   specifically.  I don't remember
15   fibrous talc being used as a term
16   in this document.
17   BY MR. SMITH:
18        Q.   Look on Page 33.  Look at
19   2.7.2, clarification of the current NIOSH
20   REL.  And it says at the top right
21   column, "However, as the following
22   clarified REL makes clear, particles that
23   meet the specified dimensional criteria
24   remain countable under the REL for the

Page 457

1    reasons stated above, even if they're
2    derived from non-asbestiform analogs of
3    the asbestiform minerals.  With the use
4    of terms defined in this roadmap, the
5    NIOSH REL is now clarified as follows."
6         And it talks about, "NIOSH
7    has determined that exposure to asbestos
8    fibers can cause cancer and asbestosis in
9    humans and recommends exposure be reduced
10   to the lowest feasible concentration.
11   NIOSH has designated asbestos to be a
12   potential carcinogen and recommends that
13   exposures be reduced to the lowest
14   feasible concentration.
15        "NIOSH REL for airborne
16   asbestos fibers and elongated mineral
17   particles is .1 countable EMP from one or
18   more covered minerals per cubic
19   centimeter averaged over 100 minutes."
20        And it talks about a
21   countable elongated mineral particle,
22   EMP.  And then it goes on to the next
23   page, next bullet point.
24        "A covered mineral is any

115 (Pages 454 to 457)

Brooke T. Mossman, M.S., Ph.D.

Page 458

1     mineral having the crystal structure and
2     elemental composition of one of the
3     asbestos varieties (chrysotile),
4     riebeckite asbestos (crocidolite)", I
5     can't pronounce all of these.  All the
6     different asbestos -- "or one of their
7     non-asbestiform analogs and the amphibole
8     minerals contained in the mineral series,
9     the tremolite mineral series" -- and I
10    can't pronounce those names.
11          Is that correct?
12          MR. FROST:  Objection.
13          THE WITNESS:  I'm not sure
14      what this is saying.  It says
15      clarification -- it's under a
16      section, "Clarification of the
17      current exposure limit."  They do
18      state on Page 32 that they suggest
19      that -- "Studies suggest that
20      non-asbestiform amphiboles might
21      post different risks than
22      asbestos," and that was a theme
23      throughout this document.
24    BY MR. SMITH:

Page 459

1          Q.   Absolutely.  But they also
2     regulate -- do you understand that NIOSH
3     and REL is a time-weighted average
4     exposure to a worker by a mineral?  Do
5     you understand that?
6          MR. FROST:  Objection.
7          THE WITNESS:  I understand
8      it, but I --
9     BY MR. SMITH:
10         Q.   But my question.
11         A.   -- do not --
12         Q.   Hold on.  My question -- you
13    understand that.
14         My question is, do you
15    understand that non-asbestiform cleavage
16    fragments are regulated under the NIOSH
17    REL for exposures to human workers?
18         MR. FROST:  Objection.
19         THE WITNESS:  No.  I don't
20      think that's correct.  As a matter
21      of fact after this report, there
22      was another report to address the
23      roadmap's strengths and weaknesses
24      by the National Academy of

Page 460

1     Sciences.  And that questioned
2      statements such as this and
3      clarified them in the response of
4      that committee.
5          So there -- I would disagree
6      that NIOSH -- and in fact, I have
7      been convinced through the decades
8      that OSHA and NIOSH don't regulate
9      non-asbestiform analogs.
10    BY MR. SMITH:
11         Q.   So you're telling me, in
12    your opinion, you do not believe that
13    non-asbestos cleavage fragments are
14    subject to REL -- the count for REL
15    regarding the exposure limits to human
16    workers to non-asbestiform cleavage
17    fragments?  You don't believe that that
18    exists today?
19         MR. FROST:  Objection.
20         THE WITNESS:  I'm sorry, the
21      question is, what exists?
22    BY MR. SMITH:
23         Q.   A time-weighted limit called
24    an REL on exposures of U.S. workers to

Page 461

1     these cleavage fragments --
2          MR. FROST:  Objection.
3     BY MR. SMITH:
4          Q.   -- by NIOSH?
5          A.   I don't know what those are.
6     And they're not stated here.  So I can't
7     give you a NIOSH REL for non-asbestos
8     cleavage fragments.
9          Q.   You can't tell me whether
10    the NIOSH -- whether you count a worker's
11    exposure to non-asbestos cleavage
12    fragments -- goes to the overall exposure
13    of a worker for the NIOSH REL or not?
14         MR. FROST:  Objection.
15         THE WITNESS:  That is not my
16      area of expertise.  No, I can't
17      tell you that.  And I can just
18      tell you that biologically, as is
19      stated in this report, it's stated
20      that these cleavage fragments
21      might pose different risks or
22      lesser risks than their asbestos
23      counterparts.
24    BY MR. SMITH:

116 (Pages 458 to 461)

Brooke T. Mossman, M.S., Ph.D.

Page 462

1          Q.   It doesn't say no risk.  In
2    fact, they're regulated per the NIOSH
3    document that I just showed you.
4          MR. FROST:  Objection.
5          THE WITNESS:  I -- I would
6          have to see that, whether that
7          still exists.  That was a subject
8          of controversy, not only in this
9          document, but in a subsequent
10         document that looked at the
11         deliberations of this committee.
12   BY MR. SMITH:
13         Q.   The French government
14   doesn't agree with you on your assessment
15   of the health risk of cleavage fragments,
16   do they?
17         MR. FROST:  Objection.
18         THE WITNESS:  I think French
19         scientists agree with me.
20   BY MR. SMITH:
21         Q.   You have been shown the
22   ANSES articles and the publication, have
23   you not, and the official opinion of the
24   French agency for food, environmental,

Page 463

1    and occupational health and safety?
2          A.   That is not their
3    national -- Inserm is their national
4    research on fibers and particles.  I have
5    no idea what ANSES is.
6          Q.   Let's look at page -- at
7    document -- Exhibit 43.
8          (Document marked for
9          identification as Exhibit
10         Mossman-43.)
11   BY MR. SMITH:
12         Q.   "The French Agency For Food,
13   Environmental, and Occupational Health
14   and Safety," A-N-S-E-S, "was created on
15   July 1st, 2010.  It is an administrative
16   public establishment accountable to the
17   French Ministries of Health, Agriculture,
18   Environment, Labor and Consumer Affairs.
19   ANSES undertakes monitoring, expert
20   assessment, research, and reference
21   activities in a broad range of topics
22   that encompass human health, animal
23   health and wellbeing, and plant health.
24   It offers a cross-cutting perspective on

Page 464

1    health issues by assessing health risk
2    and benefits, often through the prism of
3    the human and social sciences.
4          "Its monitoring, diligence,
5    and surveillance work provides input for
6    risk assessment.  ANSES work fully
7    addresses all types of risk, chemical,
8    biological, physical, et cetera, to which
9    a person may be subjected intentionally
10   or otherwise at all ages and stages of
11   life, including through exposure at work,
12   while traveling, while engaging in
13   leisure activities or via their diet."
14         Do you see that?
15         A.   And I state that I have
16   never heard of ANSES prior to this
17   litigation.
18         Q.   Okay.  And if you look at
19   the second page, it talks about the
20   collaborative, impartial expert
21   assessment that they do.  And then I want
22   to --
23         A.   I've interacted with many
24   scientists, including the leading

Page 465

1    scientist in France at Inserm and never
2    have heard of this society or whatever it
3    is, an agency, and would question whether
4    it's a research agency.
5          (Document marked for
6          identification as Exhibit
7          Mossman-44.)
8    BY MR. SMITH:
9          Q.   This is Exhibit 44.  It's
10   the Director General of ANSES opinion.
11   It's an opinion of the French agency for
12   food, environmental and occupational
13   health and safety, on health effects
14   identified of cleavage fragments from --
15   of amphiboles from quarried minerals.
16         It says, "ANSES undertakes
17   independent and pluralistic scientific
18   expert assessments.  ANSES ensures
19   environmental, occupational and food
20   safety as well as assessing the potential
21   health risks they may entail.  It also
22   contributes to the protection of the
23   health and welfare of animals, the
24   protection of plant health and the

117 (Pages 462 to 465)

Brooke T. Mossman, M.S., Ph.D.

Page 466

1  evaluation of the nutritional
2  characteristics of food.  It provides the
3  competent authorities with all necessary
4  information concerning these risks as
5  well as the requisite expertise and
6  scientific and technical support for
7  drafting legislative and statutory
8  provisions and implementing risk
9  management societies."  And for -- it
10  cites the French Public Health Code.
11       The opinions are made
12  public.  And it states, "On August 28,
13  2014, ANSES was requested by the
14  Directorate General for Labour, the
15  Directorate General for Risk
16  Protection" -- "Prevention and
17  Directorate General for Health to
18  undertake the following expert appraisal:
19  Health effects and identification of
20  cleavage fragments of amphiboles from
21  quarried minerals."
22       And it goes on, the second
23  page, it says, "Against this background
24  the request included the following

Page 467

1  points:
2       "To review toxicological and
3  epidemiological evidence relating to
4  cleavage fragments of minerals with
5  non-asbestiform profiles:  Actinolite,
6  anthophyllite, tremolite, grunerite,
7  riebeckite.  What conclusions can be
8  reached about their effects on health?
9       "2, what current data are
10  available regarding the specific
11  exposures to cleavage fragments and
12  minerals cited above?
13       "3, are there routine
14  analytics methods that can be implemented
15  by laboratories accredited, capable of
16  distinguishing the fibers?"  And -- and
17  they list the fibers there.
18       And it says, "On the
19  conclusion of the expert appraisal,
20  recommendations may be proposed
21  concerning the protection and prevention
22  of risks to health of persons exposed to
23  these cleavage fragments."
24       Have you ever seen this

Page 468

1  document before?
2       MR. FROST:  Objection.
3       THE WITNESS:  I have.
4       Am I allowed to comment on
5  it?
6       MR. FROST:  My objection was
7  to reading it.
8       THE WITNESS:  Okay.
9  BY MR. SMITH:
10       Q.  And then if you go onto the
11  page -- let's see.  Seven pages in.  It
12  says, "To sum up, the CES concludes that:
13       "In the current state of
14  knowledge concerning their health
15  effects, cleavage fragments of
16  non-asbestos amphiboles, actinolite,
17  anthophyllite, tremolite, grunerite and
18  riebeckite should not be distinguished from their
19  WHO's dimensional criteria for fibers
20  should not be distinguished from their
21  asbestiform counterparts."
22       And do you see that written
23  there?
24       Do you agree with that

Page 469

1  assessment by them?
2       A.  Can you point to the --
3       MR. FROST:  Objection.
4       THE WITNESS:  -- statement
5  on Page 7 that you're talking
6  about?
7       There is no reason to make a
8  distinction?  Is that what you're
9  talking about?
10  BY MR. SMITH:
11       Q.  That statement right here.
12  It's, to sum up, the CES concludes that.
13       A.  First of all, I don't know
14  what the CES is.  This report was signed
15  by one individual.  I have never heard of
16  this review or this assignment through a
17  scientific body.
18       And I also want to emphasize
19  that the references that are cited, if
20  you look at Page 12 and 13, their total
21  for this entire document of 14 or so
22  references, of which many are original
23  ANSES studies which appear to be related
24  to outcrops of asbestos.

118 (Pages 466 to 469)

Brooke T. Mossman, M.S., Ph.D.

Page 470

1    But more importantly, the
2  references they cite, by Addison and
3  McConnell, by Cyphert, by Davis, by
4  Ilgren, Kodavanti, by me, who my name is
5  spelled wrong.  But we know that all of
6  these, and Williams, all say that
7  cleavage fragments do not pose a cancer
8  risk.
9    So this study, or whatever
10  it was, the conclusions of this
11  individual, are not based upon the
12  peer-reviewed scientific literature that
13  is cited.
14    Q.   So you disagree with their
15  opinions about cleavage fragments?
16    A.   I do.  It's not supported by
17  their own references.
18    Q.   Okay.  I want to show you an
19  e-mail which I'm attaching as Exhibit 45.
20    (Document marked for
21    identification as Exhibit
22    Mossman-45.)
23  BY MR. SMITH:
24    Q.   Series of e-mails.  I want

Page 471

1  you to go to the second page.  It's by
2  Rich Zazenski.
3    Well, I want you to read the
4  whole thing.  Let's start at the -- it's
5  going --
6    A.   Okay.
7    Q.   You are going to go to the
8  back forward.
9    A.   Okay.
10    MR. FROST:  Objection.
11  BY MR. SMITH:
12    Q.   And it's Peter Argust,
13  director of regulatory affairs from Rio
14  Tinto Minerals.
15    And it states -- from Peter
16  Argust to Rich Zazenski and Julie Pier
17  and some others, regarding the article of
18  industrial minerals asbestos.
19    Julie -- "Rich, Julie, and
20  Greg, our colleagues, Miguel Galindo has
21  shared with me the attached article in
22  Industrial Minerals magazine's
23  February 2008 edition.  The subtitle, '15
24  years after OSHA ruled that common

Page 472

1  cleavage fragments ought not to be
2  treated as asbestos.'  Confusion and
3  misinformation persists.  John Kelse" --
4  who you know, correct?
5    A.   I -- I knew him in the early
6  1990s.
7    Q.   -- "sets out the facts for
8  non-asbestiform amphiboles, reviews
9  recent cases and warns against unreasoned
10  decisionmaking."
11    And he worked for who, who
12  did John Kelse work for?
13    A.   When I corresponded with
14  him, I believe he worked for
15  R.T. Vanderbilt, but I'm not certain
16  whether that was his lifetime employer or
17  not.  I have no idea.
18    Q.   Says, "I can see how it
19  would be helpful, part of the ongoing
20  self-education process for ourselves and
21  our business partners to have something
22  like this as a reference.  But I defer to
23  the experts like yourselves and advise if
24  you feel the article is accurate, helpful

Page 473

1  or not.  Could you give me your
2  professional reactions.  Thanks and kind
3  regards, Peter, Peter Argust."
4    Then the response is from
5  Rich Zazenski at -- regulatory affairs
6  manager at Rio Tinto Minerals.  And he's
7  got richzazenski@Luzenac.com as his
8  e-mail address.
9    He says, "I had seen and
10  read this article, and my first reaction
11  was 'who really wrote this paper for
12  John's signature?'  I know John.  He is a
13  fairly technical person, but excuse me,
14  he would not write such an article and
15  cite 129 references.  The answer is
16  obvious, regardless I cannot agree with
17  his position.  We just don't have enough
18  facts.  Geologically it doesn't make
19  sense to me that you can have a mineral
20  deposit that just contains
21  non-asbestiform tremolite.
22    "I believe the USGS study of
23  talc from Death Valley, California,
24  nailed it correctly.  That if a deposit

Brooke T. Mossman, M.S., Ph.D.

Page 474

1    contains 'non-asbestiform' tremolite,
2    there is also asbestiform tremolite
3    naturally present as well.  And since
4    tremolite was never really a large
5    commercial mineral such as chrysotile or
6    crocidolite, there is not enough medical
7    data to conclude that 'blocky' tremolite
8    is simply a nuisance dust.
9            "But that has been the story
10   line for Vanderbilt for years and they
11   are sticking to it.  I closely followed
12   the OSHA/Vanderbilt debate during the
13   1990s.  Essentially OSHA 'threw in the
14   towel,' rather than expend their limited
15   resources on this issue.  Their decision
16   by no means should be interpreted as a
17   vindication of Vanderbilt's arguments.
18           "Back in the late 1970s and
19   1980s, other talc companies were
20   distancing themselves from any deposit
21   that contained tremolite and of" -- "all,
22   of course, but Vanderbilt.  They" --
23   "Then they proceeded to poison the well."
24           Then the last e-mail is from

Page 475

1    Michelle -- I can't pronounce her last
2    name, from Rio Tinto Minerals, sent on
3    January 31st, 2008.  And it said, "Dear
4    all, I agree with Rich's position."
5            So regarding cleavage
6    fragments and their ill health effects,
7    you had the employee of Luzenac, who was
8    head of regulatory affairs -- he was the
9    regulatory affairs manager, Rich
10   Zazenski, disagreeing with your position;
11   is that correct?
12           MR. FROST:  Objection.  I'll
13   just object to reading the e-mail
14   in, but...
15           THE WITNESS:  He was
16   disagreeing with my position on?
17   BY MR. SMITH:
18       Q.   On the ill health effects of
19   asbestos -- excuse me -- of cleavage
20   fragments on exposures.
21           MR. FROST:  Objection.
22           THE WITNESS:  Yeah, I'm not
23   sure what this correspondence is.
24   I have not -- I don't think I'm

Page 476

1    listed on here.  So I guess I'm
2    missing the point of this.
3            What I stated is that my
4    research, animal studies, and OSHA
5    still to this day agree that
6    cleavage fragments do not pose the
7    same health risks as their
8    asbestiform counterparts.
9    BY MR. SMITH:
10       Q.   Do you believe they pose any
11   health risk?
12           MR. FROST:  Objection.
13           THE WITNESS:  Well,
14   that's -- that's subjective.
15   Certainly with regard to
16   mesothelioma, no.  There have been
17   many studies, including recent
18   ones from the EPA, that argue
19   against cleavage fragments as
20   causing cancer in animals.
21   BY MR. SMITH:
22       Q.   What about ovarian cancer?
23           MR. FROST:  Objection.
24           THE WITNESS:  There in all

Page 477

1    of the experiments with cleavage
2    fragments in animals, ovarian
3    cancers have not developed.
4    BY MR. SMITH:
5        Q.   Well, tell me what studies
6    have studied cleavage fragments in their
7    relation to ovarian cancer.
8        A.   What I'm saying is that
9    cleavage fragments, by a variety of
10   routes, inhalation, intrapleural
11   injection, intraperitoneal, have not
12   developed -- have not resulted in the
13   development of ovarian cancers in
14   animals.  Hundreds of --
15       Q.   Tell me the study that
16   studied cleavage fragments and their
17   relationship to ovarian cancer.
18           MR. FROST:  Objection.
19   BY MR. SMITH:
20       Q.   I want the specific study
21   that you're referencing.
22       A.   That's not what I said.  I'm
23   saying that cleavage fragments of a
24   variety of types have been assessed in

120 (Pages 474 to 477)

Brooke T. Mossman, M.S., Ph.D.

Page 478

1    lifetime studies with animals, including
2    studies with tremolite asbestos and
3    tremolite non-asbestos cleavage
4    fragments.
5            None of those studies have
6    ovarian cancer develop with either
7    asbestos other cleavage fragments.
8        Q.   Have you -- do you know if
9    even ovarian cancer was looked for in
10   those studies?
11           MR. FROST:  Objection.
12           THE WITNESS:  These are
13       lifetime studies --
14   BY MR. SMITH:
15       Q.   Which studies?  I need the
16   names of them.
17           MR. FROST:  Objection.
18           THE WITNESS:  Okay.  Well, I
19       suggest that there -- many of them
20       are in my expert report.  The ones
21       that I can think of are
22       Drs. Coffin at the EPA, recent
23       studies by Cyphert, C-Y-P-H-E-R-T,
24       who looked at ferro-actinolite

Page 479

1        cleavage fragments.
2    BY MR. SMITH:
3        Q.   And ovarian cancer?
4        A.   What I'm telling you is that
5    people have not looked at ovarian cancer
6    and done studies and said, we're going to
7    expose animals and see whether they get
8    ovarian cancers.  What they have looked
9    at have been lifetime studies in a
10   variety of organs and has not -- these
11   have not indicated that ovarian cancers
12   are a signature of cleavage fragments,
13   regardless of how much was instilled and
14   regardless of the route of administration
15   over the lifetime of the animals, all of
16   whom who were autopsied at death.
17       Q.   Do you know any of those
18   that specifically looked at exposing
19   cleavage fragments and then -- to ovarian
20   tissue to determine whether they were
21   carcinogenic or had carcinogenic
22   properties to the ovaries?
23           MR. FROST:  Objection.
24           THE WITNESS:  I believe some

Page 480

1    of them may be summarized in IARC.
2    BY MR. SMITH:
3        Q.   All right.  Let's move on.
4    Bullet Point 4.  "Trace amounts of
5    cleavage fragments or other minerals may
6    be present in industrial and cosmetic
7    talcs have little or no chemical
8    biological reactivity."
9            We've gone through, I think,
10   some studies just a minute ago about
11   French government and NIOSH, and I'm
12   going to leave that bullet point alone.
13       A.   Okay.
14       Q.   Next bullet point.  The
15   numerous -- "The results of numerous
16   epidemiological and experimental studies
17   assessing carcinogenic potential short
18   asbestos support the concept that short
19   fibers and cleavage fragments, even of
20   respirable dimensions, do not play a role
21   in the induction of tumors."
22           You have not looked at Longo
23   or Rigler's testing or any internal
24   documents about what asbestos has been

Page 481

1    found in Baby Powder or Shower to Shower,
2    correct?
3            MR. FROST:  Objection.
4            THE WITNESS:  Yes.  This is
5        not relevant to this, my
6        conclusions here.  My conclusions
7        in terms of epidemiology and
8        experimental studies are based
9        upon the peer-reviewed scientific
10       literature and do not support the
11       concept that short fibers or
12       cleavage fragments play a role in
13       the induction of mesotheliomas or
14       ovarian cancers.
15   BY MR. SMITH:
16       Q.   Well --
17       A.   And those are all referenced
18   within the report.
19       Q.   Well, my point -- what I was
20   trying to get to, my second question is,
21   you don't know the fiber size or length
22   of asbestos found in these Baby Powder
23   bottles or Shower to Shower bottles.  You
24   haven't seen the studies.

121 (Pages 478 to 481)

Brooke T. Mossman, M.S., Ph.D.

Page 482

1      MR. FROST:  Objection to
2  form.
3      THE WITNESS:  Again, sir, it
4  doesn't make any difference.  All
5  of these studies and use of these
6  materials, regardless of their
7  source, were covered by cohort
8  studies with women looking at talc
9  exposures.  And none of these have
10  shown convincing or statistical
11  increase in risk, and they haven't
12  indicated dose-response or
13  frequency effect.
14      So if they -- if there were
15  fibers there, such as asbestos
16  fibers in trace amounts or small
17  amounts, it still -- it wasn't
18  reflected at an increased
19  incidence of disease.
20  BY MR. SMITH:
21      Q.   Fifth bullet point,
22  "Experimental studies demonstrate no
23  adverse effect levels from exposure to
24  certain concentrations of asbestos

Page 483

1  fibers, indicating the existence of a
2  threshold for cancer causation below
3  which tumors do not develop."
4      None of the studies that you
5  cite for support of this opinion deal
6  with tremolite, anthophyllite, or
7  actinolite, correct?
8      MR. FROST:  Objection.
9      THE WITNESS:  I'd have to go
10  back and look at -- the
11  experimental studies that I'm
12  talking about are my own with
13  inhalation.  And there are a
14  variety of studies with thresholds
15  in vitro that I summarize in a
16  2018 publication.
17  BY MR. SMITH:
18      Q.   But they don't deal with
19  tremolite asbestos, anthophyllite
20  asbestos, or actinolite asbestos; is that
21  correct?
22      A.   I'd have to go back and
23  look.  Some of them might -- may have
24  dealt with tremolite in the health

Page 484

1  effects document.  These were summarized
2  in 1990.
3      Q.   Well, you told me earlier
4  that you had not performed any studies on
5  those particular types of asbestos.
6      MR. FROST:  Objection.
7      THE WITNESS:  These are not
8  my studies.  They are studies
9  where individuals have added
10  fibers of a variety of types of
11  asbestos to cells and have shown
12  that threshold levels exist below
13  which biological effects
14  indicative of tumor formation do
15  not occur.
16  BY MR. SMITH:
17      Q.   As we discussed earlier, the
18  levels of exposure of each type of
19  asbestos in cosmetic-grade talc in terms
20  of human risk are outside your area of
21  expertise, correct?
22      MR. FROST:  Objection.
23      THE WITNESS:  Could you slow
24  down and --

Page 485

1  BY MR. SMITH:
2      Q.   As we discussed earlier, the
3  levels of exposure of each type of
4  asbestos in cosmetic-grade talc in terms
5  of human risk are outside of your area of
6  expertise, we talked about that earlier,
7  correct?
8      MR. FROST:  Objection.
9      THE WITNESS:  And, again, I
10  emphasize that it doesn't make any
11  difference what their levels would
12  be, in -- historically in talcum
13  powder if individuals using these
14  products did not develop ovarian
15  cancers.
16  BY MR. SMITH:
17      Q.   All right.  Let's go to --
18  as far as the money that you've been
19  paid, how much -- much for J&J have they
20  paid you totally, not just from the MDL?
21      How much have you made in
22  talc litigation, not just from the MDL,
23  do you know?
24      A.   From J&J, no, I would have

122 (Pages 482 to 485)

Brooke T. Mossman, M.S., Ph.D.

Page 486

1    no idea.
2        Q.  Can we get that, can you get
3    that figure together and give it to your
4    attorneys to give to us?  Because I want
5    the answer to that.
6        A.  Sure.  What -- what
7    information would you like?
8        Q.  How much you have made from
9    Johnson & Johnson in total, not just from
10   the MDL, and how much money have you made
11   since 2014 working in talc litigation.
12       A.  For Johnson & Johnson?
13   Okay.
14           MR. FROST:  You can follow
15   up with a letter, we'll take it
16   under advisement.
17           THE WITNESS:  Yeah.  That's
18   fine.
19           MS. O'DELL:  Thank you.
20           THE WITNESS:  Mm-hmm.
21   BY MR. SMITH:
22       Q.  You talked about Shih
23   earlier.  Is it your belief that this
24   study tested Johnson & Johnson talc?

Page 487

1        A.  The studies that I saw by
2    Shih --
3        Q.  It was an expert report.
4           MR. FROST:  Objection.
5           THE WITNESS:  It was an --
6    let me emphasize.  It was a
7    scientific study where incipient,
8    what are called pre-neoplastic
9    lesions in the serous location --
10   BY MR. SMITH:
11       Q.  Now, I'm -- Doctor, specific
12   to my -- I'm sorry, I'm short on time.  I
13   need you to answer the question directly.
14           Is it your belief that the
15   study, the Shih study, the expert report
16   that we discussed earlier that you said
17   was a whiz-bang expert report, is it your
18   belief that this -- this report tested
19   J&J talc?
20           MR. FROST:  Objection.
21           THE WITNESS:  I did not look
22   at that information.  These I
23   believe were lesions from
24   individuals with premalignant --

Page 488

1    BY MR. SMITH:
2        Q.  That's not -- it's
3    nonresponsive.  That's all I needed to
4    know.
5        A.  Okay.
6        Q.  Have you spoken to Dr. Shih
7    about this case?
8        A.  I have not.
9        Q.  Have you communicated with
10   Dr. Ann Wiley about this case?
11       A.  Not this case, no.
12       Q.  When was the last time you
13   spoke to her?
14       A.  Spoke to her?  I would say
15   probably last November at a meeting.  A
16   scientific meeting.
17       Q.  Have you discussed her depo
18   with her?
19       A.  My depo?
20       Q.  Hers.
21       A.  No, I haven't read her depo.
22       Q.  Have you discussed your depo
23   with her?
24       A.  No.

Page 489

1        Q.  Have you spoken or
2    communicated with Dr. Laura Webb about
3    this case?
4        A.  No, I have not.
5        Q.  She is a geologist here at
6    the University of Vermont?
7        A.  Yes, I've met her before.
8        Q.  Have you communicated with
9    Dr. Melinda Darby Dyar?
10       A.  I don't know that
11   individual.
12       Q.  Heavy metals, nickels.  What
13   is the mechanism by which it causes
14   cancer?  Is it in connection?
15           MR. FROST:  Objection.
16           THE WITNESS:  Nickel?
17   BY MR. SMITH:
18       Q.  Yes.
19       A.  It's particulate nickel.
20   And no, it's generally through DNA
21   damage.  Nickel has a lot of effects on
22   cells.
23       Q.  Can other heavy metals cause
24   inflammation in tissues, such as

123 (Pages 486 to 489)

Brooke T. Mossman, M.S., Ph.D.

Page 490

```
 1   chromium, cobalt, arsenic?
 2        A.   Any material at a high
 3   enough concentration is going to cause
 4   inflammation, whether it's pathogenic or
 5   not.
 6        Q.   Can heavy metals be
 7   cocarcinogens?
 8        MR. FROST:  Objection.
 9        THE WITNESS:  With cigarette
10        smoke or other agents, I am sure
11        there's data out there.  I have
12        not reviewed it.  I can't give you
13        an affirmative -- or a yes or no
14        on that.
15   BY MR. SMITH:
16        Q.   And Bob Glenn, I saw in some
17   of your notes.  He testified that "if
18   there were fiber" -- "were a fiber of
19   asbestos in talcum-based products, it
20   would certainly provide a biologically
21   plausible mechanism for increased lung
22   disease, and that he suspected it would
23   also have similar mechanism of disease in
24   other tissues and organs."
```

Page 491

```
 1        Do you agree with him?
 2        MR. FROST:  Objection.
 3        THE WITNESS:  I believe that
 4        was a misquote in Dr. Zelikoff's
 5        report.
 6   BY MR. SMITH:
 7        Q.   All right.  Let's go to your
 8   report real quick.
 9        You stated -- there was a
10   criticism of Dr. Saed about the
11   low-impact journal.  You said you put his
12   impact journal figures out about his
13   publication.  Do you recall that?  And it
14   was 2.548; is that right?
15        A.   No, I didn't put his impact
16   figure out there.  I provided a table of
17   impact factors.
18        Q.   Okay.  And regardless it's
19   in your report, correct?
20        A.   I have a table of impact
21   factors, yes, in my report.
22        Q.   Okay.  And your -- the
23   Hillegass study was published in the
24   Journal of Toxicology and Environmental
```

Page 492

```
 1   Health Part A.
 2        Do you recall that?
 3        A.   Yes.  This is a paper that
 4   was presented at a conference of which
 5   the journal published the conference
 6   paper.  So it wouldn't be through a --
 7   let's say a review -- review process as
 8   would -- I would have done for a
 9   high-impact journal.  It was a --
10        (Document marked for
11        identification as Exhibit
12        Mossman-46.)
13   BY MR. SMITH:
14        Q.   Well, here is the impact
15   factor during the year that you published
16   Hillegass, which was 1.637.  Do you see
17   that?  Look at the screen.
18        MR. FROST:  Objection.
19        THE WITNESS:  Yeah, that --
20        that could have been.  This was a
21        journal that was used by the EPA
22        scientists for meetings, and as I
23        emphasize, the original data in
24        that paper was --
```

Page 493

```
 1        MR. SMITH:  How much time I
 2        got?
 3        THE WITNESS:  -- reported by
 4        Dr. Shukla.
 5   BY MR. SMITH:
 6        Q.   Okay.
 7        A.   So this was a conference
 8   paper.
 9        Q.   I want to go to your report.
10   And on Page 10, it says, "Anatomy of the
11   Female Reproductive Parts And Barriers To
12   Particles."
13        It says, "As illustrated in
14   Figure 3 below, the extended genitalia
15   are the first line of defense in that
16   'the skin constitutes a relatively
17   impenetrable barrier to most
18   microorganisms unless breached by injury
19   such as abrasion or burning.'"
20        You believe that the female
21   reproductive tract, there's an
22   impenetrable barrier?
23        MR. FROST:  Objection.
24        THE WITNESS:  I think --
```

124 (Pages 490 to 493)

Brooke T. Mossman, M.S., Ph.D.

Page 494

1    what I'm emphasizing here, and
2    this is a book that actually has
3    been used to tutor individuals in
4    basic pathology, that the skin is
5    an impenetrable barrier to
6    particulate matter.
7    BY MR. SMITH:
8        Q.   Okay.  Let's go to the next
9    page.  It talks about "ovarian cancer" --
10   "cancers develop from epithelial cells
11   that line the ovaries and oviducts,
12   fallopian tubes.  These structures are
13   surrounded by a protected fibrous
14   capsule."
15           What fibrous capsule is
16   around human ovarian -- ovaries?
17           MR. FROST:  Objection.
18           THE WITNESS:  So the ovarian
19   epithelium is lined by something
20   called the submucosal or the
21   interstitium.  And that's
22   comprised of blood vessels and
23   fibers, meaning fibers from the
24   stroma.  So this is called a

Page 495

1    protective fibrous capsule.
2           Similar to the -- the lung
3    epithelium, which has a supportive
4    fibrous capsule under it, called
5    the interstitium.  It's sometimes
6    called the stroma.
7    BY MR. SMITH:
8        Q.   Do you know what -- we did
9    the conversion charts of -- well, do you
10   know the concentration levels that
11   Dr. Saed used in his study?
12       A.   That was very difficult to
13   discern.
14       Q.   Okay.  Do you know -- did
15   you know -- did you see if Dr. Saed used
16   normal epithelial cells?
17       A.   If he did, the --
18       Q.   Do you know if he did or
19   not?
20           MR. FROST:  Objection.
21           THE WITNESS:  I doubt very
22   much he did.
23   BY MR. SMITH:
24       Q.   Okay.  Do you know whether

Page 496

1    or not he used fallopian tubes cells in
2    his study?
3        A.   It may have been one of the
4    lines that he looked at, but whether they
5    were normal or whether it was his one
6    normal line --
7        Q.   Do you know?
8        A.   -- it is unclear.  No.
9        Q.   Did you have -- do you have
10   the capability of replicating Dr. Saed's
11   study if you wanted to try to replicate
12   it?
13           MR. FROST:  Objection.
14           THE WITNESS:  I wouldn't
15   want to.
16   BY MR. SMITH:
17       Q.   Could you replicate it?
18           MR. FROST:  Objection.
19   BY MR. SMITH:
20       Q.   Could you do it?
21       A.   I wouldn't do it the same
22   way he did it.
23       Q.   I don't -- that's not what
24   I'm asking.  I'm asking, could you

Page 497

1    replicate it if I asked you to do it?
2           MR. FROST:  Objection.
3    BY MR. SMITH:
4        Q.   Do you have the ability to
5    do it?
6        A.   As he did, there are so many
7    flaws in his methodology, I just don't
8    know where to start.  I mean, if we had
9    two hours, fine.
10       Q.   My question is very simple.
11   If you had the -- do you have the
12   capability of replicating his study?  Yes
13   or no?
14           MR. FROST:  Objection.
15           THE WITNESS:  I wouldn't
16   want to.  And it has -- when you
17   say replicate --
18   BY MR. SMITH:
19       Q.   If you just followed exactly
20   what he did in his study, could you do
21   exactly what he did if I told you to do
22   exactly what he did in his study?
23       A.   I wouldn't -- I wouldn't do
24   it.

Brooke T. Mossman, M.S., Ph.D.

Page 498

1    Q.   That's not what I'm asking.
2  I'm saying could you?  Do you have the
3  ability to do it?
4    A.   As he did it?
5    Q.   Again, I -- do you have the
6  ability to replicate his study?  Yes or
7  no?
8        MR. FROST:  Objection.
9        THE WITNESS:  Based upon how
10  he describes it, no, there's not
11  enough detail there.
12  BY MR. SMITH:
13    Q.   Okay.
14    A.   And there's so many flaws.
15    Q.   Did you attempt to replicate
16  his study and -- did you attempt to
17  replicate his study?
18    A.   You mean I would actually
19  perform that study --
20    Q.   Yep.
21    A.   -- as he did?
22    Q.   Yep.
23    A.   No.  I wouldn't bother,
24  because it doesn't tell you anything.

Page 499

1    Q.   You have a statement on Page
2  28.  You have two studies cited for there
3  not being talc -- I mean, excuse me,
4  asbestos in Baby Powder.  And that is
5  Boundy and Pira.
6        Do you see that on Page 28,
7  first bullet point?
8    A.   These are studies on the
9  workers that were exposed to these talcs.
10    Q.   Is that your basis that
11  there is not asbestos in Baby Powder or
12  Shower to Shower?
13        MR. FROST:  Objection to
14  form.
15        THE WITNESS:  It was stated
16  in these industrial talcs that
17  they were not associated with
18  asbestos contamination.
19  BY MR. SMITH:
20    Q.   Those are industrial talcs,
21  not cosmetic-grade talcs.  You understand
22  Baby Powder and Shower to Shower are
23  cosmetic-grade talcs, ma'am, don't you?
24        MR. FROST:  Objection.

Page 500

1        THE WITNESS:  They are
2  Vermont and Italian talc sources
3  from which Johnson's material may
4  have come from.
5  BY MR. SMITH:
6    Q.   May have?
7    A.   I don't know the details on
8  that.
9    Q.   Okay.  All right.  Next
10  page, Page 29.  You have Karageorgi
11  listed.  And it says, "This group studied
12  the possible relationship between use of
13  talcum powder and endometrial cancer."
14        Do you see that?
15    A.   Yes.
16    Q.   And you say, "This group
17  found no statistical association and
18  concluded that future studies were
19  needed."  You're saying that the
20  Karageorgi found no statistical
21  association between talcum powder and
22  endometrial cancer risk?  Is that what
23  the conclusion of this study was?
24    A.   I'd have to go back and look

Page 501

1  at it.  It dealt with endometrial
2  cancers.  I'd have to go back and review
3  it.
4        Dr. Saed stated it had --
5  that it studied ovarian cancer, and that
6  was not the case.
7    Q.   That's not my question to
8  you, Doctor.  My question to you is, did
9  the study conclude that there was no
10  statistical association found between
11  talcum powder use and endometrial cancer?
12        MR. FROST:  Objection.
13        THE WITNESS:  It -- I
14  believe that it stated there might
15  be a risk, but future studies were
16  merited.  I don't recall it
17  without looking at the --
18        (Document marked for
19  identification as Exhibit
20  Mossman-47.)
21  BY MR. SMITH:
22    Q.   This is the next numbered
23  exhibit, 47.
24    A.   -- conclusions.

126  (Pages 498 to 501)

Brooke T. Mossman, M.S., Ph.D.

Page 502

1      Q.   And this is that study?
2      A.   Okay.
3      Q.   And we go to conclusions
4   right at the first of the abstract.  "Our
5   results suggest that perineal talcum
6   powder use increases the risk of
7   endometrial cancer, particularly around
8   postmenopausal women."
9           Attach that as Exhibit 47.
10          MR. FROST:  Objection.  I
11     don't know that there's a question
12     there.
13  BY MR. SMITH:
14     Q.   Well, obviously, that's
15  different than what you put in your
16  report on Page 29, correct?
17     A.   The reason I put it in my
18  report is that Dr. Saed said that this is
19  a study linking perineal use of talcum
20  powder to ovarian cancers.  That is not
21  what Dr. Karageorgi studied here.  He
22  looked at endometrial cancer risk.
23          I believe here, and I'd have
24  to look, but I see it now.  In the

Page 503

1   abstract, it was a borderline increase in
2   risk, and it was not related to dose or
3   frequency.  And he concludes that future
4   studies need to be done to make
5   conclusions.
6      Q.   On Page 30, on the -- one,
7   two, three, four -- fourth bullet point,
8   starting "On Page 12," of your report.
9   It says, "On page 12."  It goes down and
10  says, "He does not acknowledge that ATF3
11  was characterized as an inhibitor of
12  inflammation in our studies, and unlike
13  asbestos, no changes in gene expression
14  were observed at 24 hours in mesothelial
15  or ovarian epithelial after exposure to
16  talc."
17          That is not true.  They were
18  not done at 24 at high concentrations,
19  were they?
20          MR. FROST:  Objection.
21  BY MR. SMITH:
22     Q.   Were they?
23          MR. FROST:  Objection.
24          THE WITNESS:  The 24-hour

Page 504

1   results were at the low level of
2   talc exposure and resulted in no
3   significant increases; therefore,
4   you didn't get a time-dependent or
5   dose-dependent increase --
6   BY MR. SMITH:
7      Q.   Well, I don't want to go
8   back over it --
9      A.   -- in gene expression.
10     Q.   -- but you don't know if you
11  got a time or dose-dependent at the
12  higher concentrations because you didn't
13  test it.
14     A.   It doesn't make a
15  difference.
16     Q.   You didn't test it at 24
17  hours, did you?
18          MR. FROST:  Objection.
19  BY MR. SMITH:
20     Q.   Did you?  Yes or no?
21          MR. FROST:  Objection.
22          THE WITNESS:  Low
23  concentrations, yes, we did.
24  BY MR. SMITH:

Page 505

1      Q.   High concentration.  The
2   higher concentration, did you?
3          MR. FROST:  Objection.
4          THE WITNESS:  We didn't look
5   at asbestos or talc at high
6   concentrations.
7          MR. FROST:  How are we doing
8   on time?
9          THE VIDEOGRAPHER:  You've
10  got a minute left.
11  BY MR. SMITH:
12     Q.   Okay.
13          And you talk about
14  Dr. Saed's lack of knowledge about
15  ovarian cancer.  Have you seen the
16  publications that he's published on,
17  Doctor?
18          MR. FROST:  Objection.
19          THE WITNESS:  Do you want me
20  to answer that?
21          Yes, the few he has which
22  are not in high impact journals
23  and not what they say they are.
24  BY MR. SMITH:

127 (Pages 502 to 505)

Brooke T. Mossman, M.S., Ph.D.

Page 506

1          Q.   Let me tell you what -- I'll
2    tell you what, I take exception to you
3    laughing and your sarcasm about Dr. Saed.
4    I just want to tell you I take --
5          A.   Well --
6          Q.   -- I think that is low rent
7    and classless.
8              But my question to you is,
9    do you know if he's published any
10   peer-reviewed literature prior to
11   litigation on oxidative stress and
12   inflammation and it leading to ovarian
13   cancer?  Do you know at this time?
14         A.   He's had --
15             MR. FROST:  Objection.
16             THE WITNESS:  He's had a few
17   papers on chemo resistance in
18   ovarian cancer cells.
19   BY MR. SMITH:
20         Q.   Have you had any prior
21   publications in that area?
22             MR. FROST:  Objection.
23   BY MR. SMITH:
24         Q.   Yourself?

Page 507

1          A.   In chemo resistance, no.
2              MR. FROST:  How are we
3    doing?  We done?
4              All right.  Great.  Let me
5    just consult with my colleague,
6    but I have a feeling we're done.
7    Yeah, we're done.
8              THE VIDEOGRAPHER:  This
9    concludes today's deposition.
10   We're going off the record.  The
11   time is 5:55.
12             (Excused.)
13             (Deposition concluded at
14   approximately 5:55 p.m.)
15                  - - -
16
17
18
19
20
21
22
23
24

Page 508

1
2                 CERTIFICATE
3
4          I HEREBY CERTIFY that the
5    witness was duly sworn by me and that the
     deposition is a true record of the
6    testimony given by the witness.
7
           It was requested before
8    completion of the deposition that the
     witness, BROOKE T. MOSSMAN, M.S., Ph.D.,
9    have the opportunity to read and sign the
     deposition transcript.
10
11
12   _____
     MICHELLE L. GRAY,
13   A Registered Professional
     Reporter, Certified Shorthand
14   Reporter, Certified Realtime
     Reporter and Notary Public
15   Dated:  April 9, 2019
16
17
18         (The foregoing certification
19   of this transcript does not apply to any
20   reproduction of the same by any means,
21   unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24

Page 509

1           INSTRUCTIONS TO WITNESS
2
3              Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8              After doing so, please sign
9    the errata sheet and date it.
10             You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14             It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24

128 (Pages 506 to 509)

Brooke T. Mossman, M.S., Ph.D.

Page 510

```
1              - - - - - -
                E R R A T A
2              - - - - - -
3
4    PAGE  LINE  CHANGE
5    ___  ___  _____
6       REASON: _____
7                _____
8       REASON: _____
9    ___  ___  _____
10      REASON: _____
11               _____
12      REASON: _____
13               _____
14      REASON: _____
15               _____
16      REASON: _____
17               _____
18      REASON: _____
19               _____
20      REASON: _____
21               _____
22      REASON: _____
23               _____
24      REASON: _____
```

Page 512

```
1              LAWYER'S NOTES
2    PAGE  LINE
3    ___  ___  _____
4    ___  ___  _____
5    ___  ___  _____
6    ___  ___  _____
7    ___  ___  _____
8    ___  ___  _____
9    ___  ___  _____
10   ___  ___  _____
11   ___  ___  _____
12   ___  ___  _____
13   ___  ___  _____
14   ___  ___  _____
15   ___  ___  _____
16   ___  ___  _____
17   ___  ___  _____
18   ___  ___  _____
19   ___  ___  _____
20   ___  ___  _____
21   ___  ___  _____
22   ___  ___  _____
23   ___  ___  _____
24   ___  ___  _____
```

Page 511

```
1
2         ACKNOWLEDGMENT OF DEPONENT
3
4         I,_____, do
5    hereby certify that I have read the
6    foregoing pages, 1 - 512, and that the
7    same is a correct transcription of the
8    answers given by me to the questions
9    therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____
16   BROOKE T. MOSSMAN, M.S., Ph.D.   DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.
21   My commission expires:_____
22
     _____
23   Notary Public
24
```

Brooke T. Mossman, M.S., Ph.D.

| A | | | |
|---|---|---|---|

**A-N-S-E-S**
463:14
**a.m** 1:15 13:7
**ability** 128:11
428:7 429:3
497:4 498:3,6
**able** 43:12 126:8
155:6 337:18
419:24 431:20
432:12 433:8
434:8
**abnormal** 51:20
52:10 119:20
453:14
**abrasion** 493:19
**absence** 97:19
102:23
**Absent** 15:20
**Absolutely** 24:6
459:1
**absorbed**
157:21 160:18
160:21 161:8
161:11,16
**absorption**
157:23 162:3
**abstract** 58:17
112:5 114:13
114:22 115:7
278:15,23
279:11 300:17
301:11 302:15
323:9 324:4
402:4,10 502:4
503:1
**abstracts** 154:3
**academic** 96:1
100:12 105:5
105:13
**academicians**
82:15 83:10
**Academy**
459:24
**accepted** 42:18
189:9

**access** 189:13
305:4 366:14
**accolades**
245:22 246:11
**account** 143:23
**accountable**
463:16
**accounted** 15:17
**accounting**
268:11
**accredited**
467:15
**accumulate**
347:2
**accurate** 26:4
143:24 144:12
144:15 147:10
147:21 166:9
166:13 472:24
509:20
**achieved** 419:17
**acicular** 187:5
**acknowledge**
111:22 503:10
**ACKNOWLE...**
511:2
**acknowledgm...**
197:15
**act** 53:13 171:4
261:19
**acted** 376:15
387:5,15 393:3
**actinolite** 6:23
30:1 37:23
38:4,15 39:21
40:5,14 41:21
42:6 192:5,24
194:15 200:5
200:15 202:24
204:21,21,22
205:23 206:21
209:8,17
250:24 446:24
454:18 467:5
468:16 483:7
483:20
**action** 262:2

**actions** 315:11
**activated** 60:5
**Activating**
58:24 59:15
**activation**
282:12
**activities** 463:21
464:13
**actual** 143:24
145:15
**acute** 163:5
282:7 283:16
405:22
**adaptation**
57:12 58:20
**adaptive** 324:21
325:10
**add** 440:5
**added** 60:14
354:12 417:5
484:9
**adding** 356:17
**Addison** 470:2
**addition** 129:22
302:7 419:17
**additional** 16:11
46:22 146:22
177:10 232:14
233:14,15
262:6 282:16
354:9 412:8
430:7,12,17,24
431:7,21
432:12,18
433:9,13,19
434:2,9,12,20
437:19
**Additionally**
279:17
**address** 452:22
459:22 473:8
**addresses** 464:7
**adequate** 147:22
148:10,14
**administration**
92:14 479:14
**administrative**

463:15
**admit** 406:5
**admitted** 397:16
**admitting**
413:21
**adopt** 105:14
**advancement**
82:15 83:11
85:7 93:4
**advent** 86:22
87:18
**adverse** 61:12
64:11 149:10
149:13 482:23
**adversely**
293:22
**advise** 472:23
**advisement**
426:22,23
486:16
**advisory** 73:3
74:6 105:10
**advocating**
85:10
**affairs** 84:21
463:18 471:13
473:5 475:8,9
**affect** 66:7
319:11 327:24
427:13
**affidavit** 10:10
407:24 408:11
413:2
**affiliated** 131:18
**affirmative**
490:13
**African-Amer...**
318:7 325:16
**Age** 133:6
**agencies** 38:13
62:9 99:3
**agency** 10:17
84:17 455:24
462:24 463:12
465:3,4,11
**agent** 43:10
55:11 203:10

**agents** 54:10,23
55:2 56:3
273:19 283:12
297:19 334:23
490:10
**ages** 464:10
**aggressive**
402:11
**aging** 310:15
**ago** 56:11 69:19
74:21 79:16
186:19,20
188:14 277:11
313:7 426:10
480:10
**agree** 33:6 36:7
36:13 54:7
56:16 57:10,15
58:22 59:5,20
59:21 60:4
63:7 135:13,24
136:7 144:13
159:12 163:24
224:22 227:22
229:17 231:19
232:17 236:1
238:8 252:2,10
252:23 253:13
255:2,17,24
258:11 259:10
260:11,16
261:4,10,20
262:10,20
263:1 266:4
278:22 280:7
282:18 283:6,9
283:13,24
284:10 285:22
288:7 289:9
295:2,4,17
296:9 297:10
297:20,23
298:21,24
301:1 302:14
304:1 306:3
307:10,15
308:23 310:1

Brooke T. Mossman, M.S., Ph.D.

Page 514

310:19,20
316:13 317:3
321:24 324:24
325:21 326:18
326:24 327:19
327:22 335:1
336:12 340:8
340:22 341:18
345:4 348:17
348:18 349:23
350:16 364:3
377:9 380:19
383:14 394:11
403:9 406:11
406:21 415:7
415:10,12
462:14,19
468:24 473:16
475:4 476:5
491:1
**agreed** 74:5
87:21 332:13
**Agriculture**
463:17
**AgroSciences**
103:18
**ahead** 89:22
124:7 291:20
**aided** 269:6
270:6 271:10
**aids** 281:22
**air** 94:2 190:3
**airborne** 457:15
**al** 211:15,16
220:16 230:22
256:9 442:14
**Alabama** 2:9
**albeit** 137:20
411:3,20
**alert** 98:17
**Alfred** 70:4 77:8
112:21 113:18
116:1
**alike** 411:14
**ALLEN** 2:3,8
**Allen@smith-...**
2:6

**allow** 278:12
446:19
**allowed** 148:10
148:14 468:4
**alphabetical**
83:1
**alter** 291:23
388:9 454:11
454:13
**alteration**
227:20 282:11
**alterations** 9:6
9:18 366:16
386:6 409:18
**altered** 48:12,13
375:2,6 376:8
379:5 381:17
387:7 388:3
390:11 391:13
391:17 392:5,8
393:10,19
395:14,16
403:23 421:23
**altering** 453:24
**alveolar** 323:15
**amended** 237:17
**American** 84:7
93:3,4 103:15
197:6
**Ames** 82:21
**amosite** 6:22
29:24 41:16
54:16 192:4,23
194:14 203:13
209:13 427:17
442:6,20
443:13 450:15
**amount** 182:24
213:24 338:6
375:13 385:15
391:24,24
393:11 394:16
**amounts** 480:4
482:16,17
**amphibole**
42:19 168:14
442:5 446:7

447:14 450:13
458:7
**amphiboles**
458:20 465:15
466:20 468:16
472:8
**Analgesic** 8:13
313:3
**analogies**
207:20
**analogs** 457:2
458:7 460:9
**analogy** 206:2
207:8 209:19
447:4
**analyses** 313:18
396:17,18,19
425:19 426:6
**analysis** 4:19
58:8 90:21
313:4,12
365:19 396:21
**analyst** 21:6
444:19
**analytics** 467:14
**analyzing** 21:8
444:2
**anatomy** 19:16
19:21 20:13,15
20:17,18
493:10
**anchorage-de...**
400:7
**and/or** 275:9
285:19 327:9
360:15,22
361:3,19
508:21
**Anderson** 265:5
265:7
**animal** 128:15
149:6 151:21
151:24 152:2,9
170:22 179:2,7
190:17 209:11
340:7 440:8
463:22 476:4

**animals** 169:14
170:1 199:21
241:17 342:2
465:23 476:20
477:2,14 478:1
479:7,15
**Ann** 488:10
**ANOVA** 396:17
**anovulation**
307:2
**ANSES** 10:15
462:22 463:5
463:19 464:6
464:16 465:10
465:16,18
466:13 469:23
**answer** 12:5
24:23 25:14
27:23 30:3,7
32:7 34:10
44:17 55:20,24
56:5 62:17
63:2,10,14,20
63:22 73:20
74:2,24 95:16
107:1 126:4
129:14 130:21
138:10,21
140:9 147:23
148:23 164:10
165:20 166:5
167:14 209:2
209:10,24
212:4 214:21
215:1,2,13
235:2 320:2
372:18 386:1
430:5,10,15
431:6,10
433:14,15
434:7,14 435:9
435:20 473:15
486:5 487:13
505:20
**answer's** 32:14
**answered** 28:21
42:15 111:12

131:7
**answering**
393:13
**answers** 511:8
**anthophyllite**
6:23 30:1
41:12 192:5
193:1 194:15
200:5,14
202:19,22
203:5,10
204:14,15
205:2,8,23
206:20 209:9
209:17 250:24
446:24 447:12
454:17 455:3
467:6 468:17
483:6,19
**antiinflammat...**
405:22
**antiinflammat...**
257:10 293:20
294:17 310:11
**antioxidant** 43:7
302:8
**antioxidants**
43:8
**antiregulatory**
104:11 105:2
**anymore** 17:11
88:8
**anyway** 276:21
**apart** 31:20
61:19 203:22
203:24
**APCO** 85:3,12
**apologize** 70:1
256:15 314:22
414:13
**apparent** 102:21
103:9 334:19
**apparently**
94:20
**appear** 321:5
359:21 469:23
**APPEARAN...**

Brooke T. Mossman, M.S., Ph.D.

Page 515

2:1 3:1
appeared 226:2
  277:15 312:1
  316:23
appears 278:11
APPEL 3:13
applauded
  265:23
application
  137:21 138:15
  138:15 139:16
  162:12 307:14
  316:12 326:15
  344:10
applications
  6:10 113:6
  115:13,19
  145:8
applied 50:22
  137:1 182:20
  344:12
apply 209:7
  508:19
appraisal
  466:18 467:19
appreciates
  197:21
approaches
  188:11 189:12
appropriate
  99:24 100:4
  188:16 357:16
  359:3 384:11
  509:6
approximately
  68:18 74:20
  85:5 356:14
  357:2 452:3
  507:14
April 1:10 13:6
  508:15
Archer 213:23
  215:9
architect 92:21
area 22:3,17
  23:6,7 24:21
  29:8 30:6,9

182:20 206:21
  210:13,20,21
  211:2 330:16
  351:17 352:3,4
  354:3,10
  355:17,21
  381:5 383:5
  437:9 448:6
  461:16 484:20
  485:5 506:21
areas 205:24
  385:4 447:1
argue 170:14
  171:1,21 239:4
  342:24 476:18
arguments
  474:17
Argust 471:12
  471:16 473:3
arm 197:3
ARPS 3:7
arrangement
  71:23
arrive 124:24
  149:19 155:4,9
arriving 436:12
arsenic 490:1
art 189:14
  259:24
article 10:22
  84:1,6,9 86:1,2
  96:17 97:2
  110:17 112:20
  159:8 225:12
  225:12 229:20
  299:21 308:10
  318:17 345:23
  346:16 347:9
  471:17,21
  472:24 473:10
  473:14
articles 86:10
  98:1 104:16
  110:2 111:3
  119:24 462:22
asbestiform
  5:22 6:13,14

6:15 21:14
  109:9 110:5
  112:9 114:18
  121:7 122:3,7
  167:22 186:3
  187:9 194:23
  195:5,10
  444:10 457:3
  468:21 474:2
  476:8
asbestos 6:21
  7:7 8:19 10:8
  10:23 17:20
  21:9,10,14,20
  22:1,7 29:7,24
  35:1,9,12,14
  36:8,17,19,24
  37:7,9,15
  38:22 39:6,21
  40:2,13 41:7
  41:20 42:19,20
  44:14,15 45:7
  46:20,24 47:10
  48:6,8 50:8
  54:12,16 55:11
  57:2 61:7
  64:17 66:1,11
  73:4 74:1
  80:17,22 81:6
  81:7 86:18
  87:14 88:5,5,9
  112:4 114:14
  120:24 164:23
  165:1,4,11,18
  166:3,15,16
  168:14,19
  171:16,23
  172:22 173:5
  174:24 175:6
  179:21 180:15
  180:20 181:20
  182:2,24
  188:20,21
  189:1 190:1,4
  190:7,24 191:5
  191:10 192:3
  192:22 194:3,3

194:13 196:19
  198:18,19
  199:18,24
  200:21 202:5
  202:10,16,19
  202:24 203:13
  203:16 204:8
  204:15,21
  205:24 206:3,4
  206:21 207:8
  207:10,19
  209:5,13,14,18
  209:20 210:6
  211:9,14 212:2
  212:12 213:11
  213:14 214:18
  228:20 250:12
  251:1,7 260:7
  261:17 307:8
  311:24 322:23
  323:6,12,23
  324:1,8,10
  355:13 356:1,9
  356:19 357:18
  357:22 358:18
  359:4,20
  362:19,20
  363:16 364:8
  364:16 365:9
  365:24 368:2
  369:8,23
  370:20 371:1,2
  371:4,7,20,24
  373:10,13
  374:14,16
  375:6 377:8,11
  377:13,24
  382:11 389:6
  389:10,11,17
  392:14 394:13
  394:18,20
  397:11,18
  402:2,15 403:3
  403:12 404:23
  406:4,12,21
  410:9 419:1,8
  422:24 423:13

424:6 427:4,8
  427:13,16,24
  427:24 430:7
  430:13 431:15
  431:22 432:13
  432:19 433:10
  433:23 434:10
  435:1,4 437:12
  441:12 442:5
  442:20,24
  443:5,13,14
  444:3,4,10,24
  446:7 447:1,4
  447:6,14
  450:13 453:1
  453:12 454:6
  457:7,11,16
  458:3,4,6,22
  461:22 469:24
  471:18 475:19
  478:2,7 480:18
  480:24 481:22
  482:15,24
  483:19,20,20
  484:5,11,19
  485:4 490:19
  499:4,11,18
  503:13 505:5
asbestos-cont...
  73:19 80:7
  81:19
asbestos-indu...
  402:17 410:23
  411:16 413:24
asbestos.' 472:2
asbestosis 457:8
ascend 229:21
  230:6
ascending 230:1
ascension
  333:12
ascent 334:23
ascites 272:15
Ashton 160:11
  161:18
aside 204:24
  205:6

Brooke T. Mossman, M.S., Ph.D.

29:23 42:15
97:24 101:8
111:12 126:10
126:21 145:2
146:4 152:3
158:11 187:19
195:19,23
199:22 208:22
209:3 211:23
214:15 223:23
224:10 332:13
381:24 392:23
412:17 429:12
436:20 497:1
**asking** 34:4
60:10 78:16
87:8 107:18
111:8 191:3
235:5 239:10
315:16 391:3
496:24,24
498:1
**aspect** 22:24
211:7,24
**aspects** 267:10
**aspirin** 240:10
241:23 293:21
294:18 310:10
313:13,20
**Assault** 91:20
**assay** 384:3
430:16
**assays** 47:7
52:21 364:12
369:2
**assessed** 143:1
477:24
**assessing** 112:2
246:8 464:1
465:20 480:17
**assessment** 5:21
8:23 38:8 39:8
39:12 109:8
110:4 114:20
223:2,15 224:8
224:18 228:19
316:5 346:12

462:14 463:20
464:6,21 469:1
**assessments**
465:18
**assignment** 72:7
72:10 74:20
75:8 469:16
**assistant** 15:7
92:14
**associated** 17:19
37:8 50:11
57:4 119:7
130:4 185:6
215:6 230:3
241:19 244:3
244:18 249:7
284:6,13
289:22 303:18
307:5,8,17
310:14 325:15
327:11 331:24
363:14,18
400:15 406:8
451:5 499:17
**Associates** 85:3
**association** 7:12
70:21,24 93:3
93:4 94:10
104:1 224:19
227:11 238:4
291:3 316:11
321:18 334:15
334:19,22
336:11 500:17
500:21 501:10
**associations**
251:21 252:18
**assume** 65:23
87:3,22 180:21
302:17 350:2
**assuming** 206:9
398:23 443:5
**assumptions**
371:6,8
**assure** 99:6
**ATF3** 4:19
50:10,16 56:11

56:11,17,17
58:8 59:1,15
60:4,12 379:13
403:22,22
404:19 405:3,9
405:23 407:11
407:19 503:10
**atomic** 93:1
**attach** 14:15,17
16:1,15 76:21
77:4 79:13
82:12 83:23
89:6 112:15
121:24 122:16
132:2 191:18
196:17 237:15
315:3 322:14
353:3,5,5
358:19 401:12
408:5,20
409:16 502:9
**attached** 16:8
58:2,15 69:5
88:17 96:22,23
236:22 237:12
237:17 333:9
409:23 412:12
436:1 471:21
509:12 511:11
**attaching**
470:19
**attempt** 498:15
498:16
**attempted** 148:5
**attempting**
183:8 362:15
384:24 385:1
**attended** 81:6
196:8
**attention** 272:8
**attorney** 94:23
509:16
**attorneys** 94:18
107:1 486:4
**attracts** 288:24
**attributable**
269:1,17 271:5

**Auersperg**
384:6
**August** 277:11
466:12
**author** 45:21
84:9 346:14
401:18 402:8
**authorities**
466:3
**authors** 228:12
229:5 265:3
291:23 292:18
334:15,22
**autopsied**
479:16
**available** 38:4
112:6 114:15
440:14,22
441:10 467:10
**Avenue** 3:8
**average** 459:3
**averaged** 457:19
**Award** 93:6
**aware** 19:1 35:5
80:10 81:22
82:22 175:19
180:7 184:22
188:18 196:3,5
238:17 269:8
269:24 270:8
271:12,15
287:20 317:16

———————
**B**
———————
**B** 3:13 4:11 5:2
6:2 7:2 8:2 9:2
10:2 11:2
357:21
**Baby** 67:14
175:12 177:18
177:23 179:3
179:14,22
182:19 185:10
185:17 186:3
187:10 190:6
190:13,21
200:22 249:15

250:3,15
251:10,12
333:11 398:13
398:21 399:2
399:17 427:8
440:17 441:1
441:12 443:1
445:16 481:1
481:22 499:4
499:11,22
**back** 42:9 72:1
89:24 101:21
110:24 111:3
117:2 144:7
156:9 161:5
183:8 184:22
202:3 210:22
217:19 221:19
222:4,10,12
224:7 236:15
254:17 277:10
292:16 293:7
293:23 314:16
314:24 315:23
319:23 320:5
321:7 324:13
337:1 338:24
341:22 372:16
386:19 392:10
405:15 408:15
416:9 419:5
430:4 439:20
471:8 474:18
483:10,22
500:24 501:2
504:8
**background**
466:23
**baffling** 147:13
**balanced** 153:13
350:5
**bank** 400:5
**bankruptcy**
81:21
**Barrett** 178:11
**Barrett's** 399:11
**barrier** 323:15

Brooke T. Mossman, M.S., Ph.D.

493:17,22
494:5
**Barriers** 493:11
**base** 119:24
139:3,10,15
140:21 176:1
245:9,11
286:20
**based** 101:9
112:11 119:4
128:8 130:2
135:18 139:24
143:17 147:16
151:21 170:12
184:11 198:20
203:9 207:20
239:5,14 257:5
299:5 323:13
352:2 357:19
364:11 378:4
438:15 470:11
481:8 498:9
**bases** 243:7
**basic** 173:4
494:4
**basically** 95:14
276:8 323:24
324:9
**basing** 172:18
172:21 328:5
**basis** 127:24
154:6 184:8
200:7 229:11
230:23 236:13
237:7,22
239:18 253:24
256:17 258:3
259:20 264:18
287:18,18
292:4 311:13
311:19 339:24
347:14 426:19
440:2,5 446:1
446:3 448:16
449:9 451:13
499:10
**Bates** 160:1

**Beach** 2:14
**beads** 364:5,18
367:24 368:23
375:3,12 376:1
376:14 385:7
386:16,24
387:14 388:2
388:15 390:20
391:8,13 392:6
393:5,19 395:7
395:15 396:12
**Bear** 204:5
276:15
**bearing** 383:12
383:15
**BEASLEY** 2:8
**beautifully**
151:14 244:16
245:19
**Beecham** 103:24
**began** 84:15
**beginning** 1:15
77:12 115:3
117:2 217:19
241:12 314:16
323:9 341:10
409:22 416:9
**behalf** 75:13
**behaves** 288:22
291:5
**beings** 36:9 37:1
41:3 349:1
**belatedly** 20:20
**belief** 486:23
487:14,18
**believe** 15:23
23:4,8 31:18
40:12 41:19
91:5,7 117:18
120:8 123:15
136:15 149:23
152:22 153:11
161:15 165:8
175:17 176:16
183:20 188:13
189:9 224:16
230:6 232:3,7

233:1 254:3
255:5 256:1
257:1,23
258:23 276:20
279:2 280:11
299:1 321:6
325:5 335:13
335:17 338:21
341:5,7 342:7
342:21 344:9
344:19 345:14
346:17 357:15
399:13 405:16
407:19 412:2
420:6 421:9
439:2 460:12
460:17 472:14
473:22 476:10
479:24 487:23
491:3 493:20
501:14 502:23
**believed** 415:17
**bell** 91:17 258:1
**bells** 93:9
**beneficial** 163:6
310:12
**benefit** 137:15
**benefits** 464:2
**best** 86:17 94:4
145:19 351:24
**Bethesda** 93:7
**better** 54:4
94:21 214:10
217:2
**beyond** 211:9
212:2 392:24
**bias** 103:9
156:13
**BIDDLE** 3:3
**bill** 15:9,10,12
120:8 123:15
**billed** 15:16,22
**Billet** 93:24
**billing** 76:1,4
**bills** 15:15,22
**bind** 51:18 52:8
**binding** 63:7,18
204:4

**binds** 80:18
**bio** 210:6 452:14
**bioassays**
109:12
**biodurability**
175:6
**Biologic** 7:15
8:15
**biological** 32:24
39:9 119:2
173:6 301:18
315:21 316:10
335:6 464:8
480:8 484:13
**biologically**
321:17 461:18
490:20
**biologist** 190:10
**biologists** 62:21
286:11 443:22
**biology** 78:9
141:13 273:16
**Biomarkers**
11:9
**Biomedical**
69:13,21 79:11
**bioplex** 427:21
430:16
**bioreactive**
112:8 114:17
**biostatistics**
367:6
**birth** 331:3
**Bishop** 34:16
**bit** 16:22 417:9
**bleed** 286:1
**block** 288:20
**blocking** 334:23
**blocky'** 474:7
**blood** 282:11
494:22
**bloodstream**
164:15
**Blount** 186:17
188:24
**blue** 58:17
**blunt** 447:21

**blunter** 447:13
**board** 73:3 74:6
96:6 102:14
104:5 105:1,11
108:12
**Bob** 490:16
**bodies** 229:16
230:2
**body** 19:24
20:13 54:20
117:19 164:16
197:9 218:8
220:1 254:23
260:3 283:20
289:6 321:19
322:5,6 324:18
347:3,19 348:8
452:2 469:17
**body-type**
350:12
**bold** 394:5
**bolstered** 127:5
151:15,18
153:3 243:22
**bolstering** 247:4
**bolsters** 19:2
**Bond** 367:4,5
368:7
**book** 89:18
91:18 95:20
195:21,22
494:2
**borderline**
503:1
**borne** 274:18
396:16
**bother** 498:23
**bottles** 180:13
251:12 481:23
481:23
**bottom** 90:9,18
93:20 104:9
128:3 143:10
160:1 192:9,10
193:12 194:13
197:16 198:13
273:12 274:22

Brooke T. Mossman, M.S., Ph.D.

277:16 295:7
295:13 299:23
336:8 353:16
402:22 418:21
**bought** 94:20
**Boulevard** 2:4
**bound** 208:14
**Boundy** 499:5
**box** 58:17
265:15,15
**branch** 305:12
305:15
**branching**
352:20
**breached**
493:18
**break** 56:3
64:23 67:21
116:17,24
140:24 150:22
216:5 217:2,4
217:14 218:3
246:20 254:14
254:15 314:14
416:2,4,7
446:13
**breaking** 7:19
215:18 264:9
265:2
**breast** 133:9
300:17 302:4,9
303:23
**brief** 71:17
77:15,17 80:13
**bring** 108:22
130:8
**Bristol-Myers**
103:17
**broad** 31:10
32:13 35:11
54:21 62:3,10
128:6 276:2,12
463:21
**broadest** 164:1
**broken** 208:1,6
**Brook** 7:14
**Brooke** 1:13 4:5

7:10 10:10
13:14,20 17:1
83:3 95:17
127:15 208:11
303:2 408:11
508:8 511:16
**brought** 404:14
**Brower** 14:11
23:19 24:5
31:13 34:3
45:19 55:14
61:22 72:2
73:13 126:9,24
127:10 129:9
152:4 165:13
166:9,12 167:8
380:16 390:7
407:24 429:13
429:18 433:1
433:18 435:10
**Bruce** 82:21
**budgeted** 85:6
**bullet** 103:8
104:3,12,19
439:17 441:24
442:1 443:10
445:7 449:4
450:5 453:7,18
457:23 480:4
480:12,14
482:21 499:7
503:7
**bulletin** 7:6
91:13 196:1,1
196:19
**bunch** 46:19
409:3 449:20
**burden** 104:3
**Burlington** 1:14
13:9 83:5
367:16
**burning.'**
493:19
**business** 472:21
**butchering**
83:10
**Buz'Zard** 256:9

**byproducts**
104:7

**C**

**C** 275:4
**C-Y-P-H-E-R-T**
478:23
**Calaf** 8:7
**CALCAGNIE**
2:12
**calendar** 76:17
**California** 2:14
121:13 473:23
**call** 107:23
245:17 272:7
**called** 26:18,23
53:20 71:15
91:18 97:7
109:8 160:9,9
229:7 291:15
365:18 396:17
396:19 399:10
430:16,17
460:23 487:8
494:20,24
495:4,6
**calling** 260:4
**campaign** 85:15
**Campbell** 84:21
**Campus** 3:4
**Canada** 223:3,3
223:15 224:8
228:18 316:5
334:4
**cancer** 6:17,18
7:19 8:9,11,14
11:8 17:23
18:7,10,12,17
18:18 26:16
28:15,16 29:1
30:20 31:4,9
32:5,19,22
33:10 34:9,22
35:13 37:21
41:2 42:12
44:5,14,21,22
44:23 45:4,15

51:21 52:10,19
52:24 54:11
55:4,23 58:9
59:4,18,24
117:8 118:17
119:3,14
123:18 124:15
125:18,19
126:6 128:2,8
128:12 129:4
130:11,16,24
131:4,16
132:10,22
133:3,4,5,8,9
133:24 134:5
134:12 135:15
135:18 136:4
137:2,14,21
138:6,16 139:1
139:20 140:19
146:3 147:1,8
147:19 148:13
149:4,21
150:12,15,21
151:3 157:14
159:15 163:10
163:20 164:19
164:23 165:4
165:10,19
166:4,7,15,19
166:24 167:3,5
167:12,23
168:2,4,6,9,23
169:7,11,17
170:9,19
171:17 173:11
174:17 175:1,8
181:8 182:21
183:18 184:3
184:10,17
185:6 192:11
194:4 195:14
211:3,16
218:13,18
220:13,19
224:21 227:13
227:23 230:4

231:6,16,17
233:6 234:8
235:23 236:9
238:7,20 239:1
239:13,21
240:9,18
243:10 248:3,7
248:15,17,19
249:1 251:20
252:1,17,22
253:9,12
255:10 258:8
261:12 262:7
264:10 265:3,5
265:7,9,17,18
265:22 267:9
267:13 268:8,9
268:10,18
269:3,4 270:3
270:5 271:7,8
272:9,12,13
273:14 275:10
275:24 276:6
278:10,18,19
278:21 279:15
280:21 281:7
281:16 284:3,7
284:8,9,20,21
284:23 285:9
287:21 288:6
288:19 289:20
289:23 290:8
292:12 293:2
293:15,18
294:15,20,20
295:16 296:8
296:18 297:14
298:20 300:18
301:22,23
304:15,18
305:3,7,14,23
306:13 307:1,5
308:11,21
309:18,21
310:15 312:2
313:4,5,14
318:18 319:2

Brooke T. Mossman, M.S., Ph.D.

Page 519

319:17 320:12
320:19 321:21
322:11 324:23
325:11,16
326:11 327:12
328:1 329:19
332:8 334:12
334:18 363:20
367:7 382:12
382:14 401:5
402:11 403:6
403:12 411:2
411:18 414:2
415:14 431:24
432:15 437:13
437:14 439:5
440:15,23
441:11 450:11
451:11,20
453:3 457:8
470:7 476:20
476:22 477:7
477:17 478:6,9
479:3,5 483:2
489:14 494:9
500:13,22
501:5,11 502:7
502:22 505:15
506:13,18

**cancer-causing**
53:7 54:6
435:18
**cancer.'** 79:4
**cancers** 8:6 55:2
56:2,2 78:9,19
86:8 118:11
130:5 149:9
155:22 169:14
169:23 170:5
170:23 171:24
172:13 175:11
183:7 190:18
218:12 220:11
228:3 234:7
242:4 244:4,21
248:10 249:9
266:10 268:12

271:18 278:17
279:4,18
286:21 291:15
292:20 293:24
295:15 296:7
297:13 298:19
300:6 302:5
303:23 306:2
306:18 309:13
310:13 321:23
347:7,18
350:15 378:4
382:24 383:3
401:10 402:17
445:12 449:7
453:15 477:3
477:13 479:8
479:11 481:14
485:15 494:10
501:2 502:20
**cancers'** 302:10
**cans** 348:15
**capability**
496:10 497:12
**capable** 162:21
467:15
**capacity** 196:12
**capillaries** 275:2
**capsule** 494:14
494:15 495:1,4
**captured** 93:21
**carcinogen** 6:7
35:4,9 36:21
37:16,19,24
38:5 39:22
40:4,6,18
41:15 84:19
112:22,24
114:23 120:17
121:1,8 122:8
194:24 457:12
**carcinogenesis**
61:15 64:13
77:19 218:9
220:2 232:16
233:8,18 260:6
261:3 303:20

303:20 349:19
**carcinogenic**
36:8,17,24
42:7 66:8
181:11 190:12
190:20 191:5
194:16 203:4
377:9,13
381:12 431:22
432:13,19
433:11,23
434:10 435:5
479:21,21
480:17
**carcinogenicity**
38:16 166:23
167:12 192:22
194:2 198:21
256:21 362:12
362:16
**carcinogens**
34:23 35:2,16
38:22 41:20
42:12 54:19
190:14 191:10
198:20 199:19
199:20 378:1
389:14,16,18
389:20,21
**care** 28:4
**carefully** 509:4
**case** 14:11 15:16
15:22 16:12
18:16 19:3
23:2,18,19
24:3 25:3
65:24 67:16
95:15 99:16
108:2 112:19
123:13 125:1
126:9 129:11
129:17 166:12
166:17 180:8
181:9,13
182:14 183:13
201:21 221:1
223:6 224:15

225:14 227:15
229:12 230:24
236:14 237:8
237:23 242:12
247:14 249:17
254:1 256:18
257:18 258:4
259:21 264:19
290:4 292:5
311:14,20
318:3 321:5
336:3,23 337:6
340:1 341:14
345:19,24
347:16 356:23
361:12 369:1
374:18 407:24
417:19 431:17
435:10 436:13
436:21 437:2
438:13,17
439:13 440:3
450:5 488:7,10
488:11 489:3
501:6
**case-control**
134:4 149:23
150:22 151:1
153:19 156:15
157:3 185:2
313:17
**case-related**
185:1
**cases** 1:8 43:17
268:23 269:23
270:24 283:19
402:13 420:10
472:9
**cast** 99:8
**catch** 127:12
**category** 39:7
62:11 117:15
427:18
**causal** 238:3,24
240:3,13
**causality** 290:4
**causation** 32:19

123:17,23
124:8,11
126:12,13
127:6 130:5
138:6 139:1
163:15 228:2
231:11 233:10
242:3 249:8
266:22 292:19
304:19 306:15
311:3 312:1
483:2
**causative**
234:22 238:18
238:18
**cause** 41:2,9
42:24 43:15
44:4 45:14
54:11,13 55:3
61:12 63:3
64:11 86:7
124:15 126:6
128:1,7,11
129:3 147:1
162:6,14 168:7
168:21 169:10
170:8,19 175:1
181:7 184:9,15
214:19 215:5
218:13 220:12
243:8 261:1
288:4 372:1
375:18 407:7
421:23 428:7
429:3 439:5
449:16 453:2
453:13 457:8
489:23 490:3
**caused** 26:19
94:3 301:14
364:8 368:2
387:3 402:15
419:1 454:3
**causes** 44:15
45:4 63:1
119:10 174:8
194:3 285:18

395:10 406:5
406:22 489:13
**causing** 51:18
52:8,19 119:22
125:18,18
141:22 162:21
182:21 195:14
213:15 317:1
363:19 476:20
**cautions** 220:18
**cavities** 402:13
**cavity** 118:22
269:5 270:5
271:9 272:21
337:9,12
340:20 341:16
349:21 350:11
372:12 374:3
**cc** 77:7
**cell** 8:12 32:17
42:24 43:8,14
43:15,23,23
44:23,23 45:3
45:8,8,9 48:8
50:13 51:8,10
51:20 52:10,18
52:21 53:6,12
53:17 54:5,10
54:13 56:23
60:2,3,6,13
63:1,9,19
109:11 117:12
172:11 173:3,8
174:4 213:6,15
214:19 215:4
241:13 255:12
256:3 259:2
264:13 280:5
286:11 306:13
306:21 308:11
352:5 365:12
365:21 368:1
382:6 384:4,5
384:7,17,19
385:11 403:4
403:19 404:5,7
405:1 410:22

411:8,15
413:22 418:15
430:19 443:21
453:14
**cell's** 62:24
**cells** 9:7,20 10:8
33:2 43:12
44:16,22 46:2
46:7,16 49:7
49:16,21 50:18
50:23 51:7,20
52:22 55:9
56:19 59:4,19
59:24 61:12
63:4 66:8,13
80:19 81:8
117:24 118:21
161:10 165:2
167:4,6,15,20
168:4,5,8,22
170:14,18
171:5,5,6,11
171:12 172:2,6
172:10,12,13
172:14,16
173:11,13,16
173:19 174:9
175:4 215:11
255:11 256:2
257:7,9 269:5
270:5 271:9
273:18 275:1,2
279:21 280:13
280:15 282:13
282:15,15,17
283:4,5 309:9
345:1 352:2
358:15 362:22
362:24 364:6
366:17 370:7
370:13,18
371:12,16
372:10 373:5
373:12,24
374:2 375:7,9
375:14 376:10
376:16 382:8,9

382:13,19,21
383:21,24
384:2,10,12
388:5 392:15
395:5 397:12
400:1,4 402:2
402:12 404:5,6
404:17,20,21
405:5,24 406:2
406:14,17
409:19 410:10
417:2,6 418:10
418:22 419:10
419:11,19,20
420:11,18
421:18 422:1
423:14,22
424:11 427:14
427:19,23
430:24 431:23
432:14,20,24
433:12 434:11
434:23 435:6
435:17 440:14
440:22 441:10
453:9,22,23
454:8 484:11
489:22 494:10
495:16 496:1
506:18
**cells/tissue.'**
301:20
**cellular** 51:18
52:8 57:12
58:19 63:5,8
63:16,18 77:18
149:11,13
255:13 267:14
273:12 281:23
282:2 384:13
395:10
**center** 6:17 80:2
81:4 131:20
132:10,20
133:21 134:10
135:15 136:2
265:6,8,9

305:4 367:7
**centimeter** 46:8
354:6,14,15
355:4,6,7
356:3,5,21,24
357:7,8,9
358:5,6,7,8
359:7 378:8,20
378:22 379:4
379:21,23
380:4,22,24
381:3,7,13
386:5 388:4
400:13 419:15
457:19
**central** 231:4,15
**certain** 35:1
37:7 42:5
61:10 62:6
63:1,3 64:14
124:12 155:3,4
189:1,11
224:11 238:5
246:4 251:22
252:19 283:19
320:6 344:13
400:3 472:15
482:24
**certainly** 41:16
42:18 64:15
101:14 119:6,8
131:13 134:3
148:19 151:15
183:14 206:13
228:9 230:17
232:6 233:9
257:8 259:14
266:8 317:8
325:8 340:16
341:2 347:6
350:4 368:24
369:14 370:2
400:19 405:9
405:23 433:20
476:15 490:20
**CERTIFICA...**
508:2

**certification**
508:18
**Certified** 1:16
1:16 508:13,14
**certify** 508:5
511:5
**certifying**
508:22
**cervical** 18:6,17
248:17 300:17
302:4,9 303:23
329:19
**cervix** 248:10,15
**CES** 468:12
469:12,14
**cetera** 348:5
355:15 464:8
**cgarber@robi...**
2:15
**chains** 51:18
52:8
**chairman** 84:22
**chance** 141:9
352:9
**change** 48:1
149:13 223:3
374:15 375:9
510:4
**changed** 129:1
165:21 375:12
376:8 387:7
407:10
**changes** 43:22
43:23 46:1,6
47:17 48:2
49:4,20 50:22
51:2,15,19
52:9 53:19
55:3,20 57:2
61:13,13 63:3
64:11,12
128:11 149:11
168:8,22 169:5
280:6,18
306:17 362:15
362:21 364:7,9
364:15,17

365:20,23
368:2,3,19
369:23 371:10
371:23 374:5
376:14,22,23
382:19 383:20
384:20 387:4
387:13,19,21
389:8 392:21
394:2,19 404:3
406:13,15
407:6 410:15
416:22 418:15
418:23 422:4,9
422:15,21
423:10 424:6
425:4 432:22
454:4,5 503:13
509:11 511:10
**chapter** 95:20
195:21
**chapters** 89:18
**characteristic**
54:6
**characteristics**
66:6 207:17,21
211:12 272:11
466:2
**characterizati...**
6:9 113:5
115:12 443:24
**characterize**
444:15
**characterized**
503:11
**characterizing**
442:14
**charge** 22:13
23:3,9 25:18
25:20,23
**chart** 375:1,5,11
380:6 387:9,12
387:24 388:1,6
391:4,13 392:2
392:3 393:12
393:15 395:14
395:22 403:15

406:11 407:5
416:14
**charts** 376:6
495:9
**check** 51:7
254:9 295:3
**chemical** 94:15
103:15,19
195:12 443:11
464:7 480:7
**chemically**
442:4
**chemicals**
175:21
**chemistry** 22:19
22:22 23:1
103:16 204:7
204:17 453:11
**chemists** 62:22
**chemo** 281:2
506:17 507:1
**chemokines**
276:3 283:3
405:16
**chemoresistan...**
278:9 281:6
**chemotactic**
289:3
**Cherry** 1:14
**Chicago** 3:19
**chief** 305:12
**child** 331:8
**China** 178:20
399:19
**chosen** 98:16
**Chrisman** 5:20
100:11 102:19
**chromium**
490:1
**chronic** 7:16
34:20 35:5,7
42:10 43:11
120:9 143:4
163:9 218:7,9
220:1,6,9
227:19,24
229:23,24

231:4,14 238:2
238:23 239:11
239:18 240:2
240:15 241:15
241:18 242:2
243:8 249:6
251:17 252:13
252:15 283:10
283:22 284:5
289:7 305:24
306:20 307:8
307:17 324:17
325:17 330:16
345:20 450:21
451:3
**chronically**
119:23
**chrysotile** 6:22
30:2 36:5
37:18 192:4,23
194:14 377:8
377:10,13,24
378:9 379:3,6
379:22 380:5
381:11,17
427:16 458:3
474:5
**cigarette** 35:6
42:20 77:22
78:14,17 490:9
**circumstances**
162:10
**citations** 367:1
**cite** 220:15
292:2 381:10
470:2 473:15
483:5
**cited** 218:16
437:15 438:3
467:12 469:19
470:13 499:2
**cites** 225:11
285:10 294:21
466:10
**citing** 291:4
332:1
**citizen's** 349:13

**claims** 99:3
250:23
**clarification**
456:19 458:15
458:16
**clarified** 456:22
457:5 460:3
**clarify** 22:18
**classification**
121:13,14
**classify** 38:4
40:2 195:2
**classless** 506:7
**clean** 219:10
372:6
**clear** 67:1
117:12 129:9
135:5 435:15
456:22
**clear-cut** 42:4
**clearance**
341:12,13
343:18 347:4
**clearly** 99:14
**cleavage** 21:20
22:1,7 86:19
87:15 88:6
109:11 110:5
112:4,7 114:14
114:16 128:17
174:20,21,24
175:3 203:17
204:9,15,22
205:3,9 210:6
210:12,17,19
211:8,13 212:1
212:11 213:11
442:3 444:24
445:10,15
446:11,13,16
447:22 448:5
448:12 451:8
453:2,8 454:15
454:18 459:15
460:13,16
461:1,8,11,20
462:15 465:14

466:20 467:4
467:11,23
468:15 470:7
470:15 472:1
475:5,19 476:6
476:19 477:1,6
477:9,16,23
478:3,7 479:1
479:12,19
480:5,19
481:12
**Climate** 223:3
**clinical** 305:15
**Clinton** 92:13
**closely** 474:11
**clumps** 52:22
**co-opted** 98:19
**coalition** 82:16
83:12 85:4,8
85:10
**cobalt** 490:1
**cocarcinogens**
490:7
**Code** 466:10
**Coffin** 478:22
**cogent** 153:11
**cohort** 134:3
138:3 140:15
141:3 142:6
144:1 146:1
147:15 154:24
156:4 157:2,10
183:22 254:2
313:5 320:14
482:7
**cohorts** 143:1
145:24 146:4
147:5 149:19
153:20 320:9
326:8
**collaborate**
444:14
**collaborative**
464:20
**colleague** 81:1
507:5
**colleagues**

Brooke T. Mossman, M.S., Ph.D.

471:20
collect 348:14
collective
353:12
Collectively
257:15 258:6
College 83:4
402:5,6
column 355:14
414:21 456:21
combatted 57:2
combatting
56:18
combined
268:13 323:18
come 81:9,17
254:17 399:9
417:8 439:20
500:4
comes 235:14
253:10
coming 312:9
comment 96:7
144:9,22
154:14 156:21
161:24 163:16
207:15 228:14
252:7,9 412:6
436:20 468:4
comments
112:22 128:21
197:23 352:17
353:13 412:11
412:15
Commerce 2:9
commercial
160:14 198:18
474:5
commission
511:21
committee
196:7 350:5,21
450:1 460:4
462:11
common 117:11
118:2 235:24
268:8 308:22

309:6,19
407:21 471:24
commonly
104:10
communicated
488:9 489:2,8
communication
340:18 341:1
communities
92:18
companies
71:17 73:18,24
75:13 94:16
103:24 104:6
474:19
company 74:2
74:21 80:23
103:17,19,21
158:20,21
comparable
357:5,21
364:16 371:21
375:13 385:3
comparative
355:16
comparatively
203:20
compare 351:20
371:3
compared 41:15
46:2,6 49:6,6
123:24 203:12
211:13 334:13
356:19 368:21
375:14 376:16
386:9 394:16
396:8,11
433:11 434:11
comparing
204:7 351:15
comparison
378:17 386:11
comparisons
204:13
compatible
235:21
compelling

240:1 242:1
243:18 244:1
244:17 246:9
346:24
compensating
92:22
competent
466:3
Compilation
7:16 8:17
compile 437:7,7
438:2
compiled 221:11
242:11
completely
106:19 382:6
completeness
223:24
completion
508:8
complex 273:16
component
279:19 365:18
components
78:17
composition
458:2
Compound
33:19
compounds
302:8,9
comprised
494:22
compromised
343:19
concentrate
189:8
concentration
9:17 43:11
46:9 47:21
48:7,13,15
49:5 189:7
353:23 355:19
356:23 358:18
359:3,5 369:13
369:24 370:6
371:15 372:9

376:17 378:19
378:24 379:2,9
379:16,19,20
379:24 380:2,5
380:21 381:2
381:14,15
382:2 388:13
390:21,22
393:20 395:13
407:13 417:17
420:24 457:10
457:14 490:3
495:10 505:1,2
concentrations
37:10 49:12
170:2 174:11
259:4 351:12
351:17,19,20
355:1,21
356:18 357:15
357:22 358:2
369:6,16,22
371:20,22,24
373:6,12
374:13 375:15
376:9 385:4
389:9 391:6,14
391:18 392:6,7
392:8,16,18
393:3 396:6
405:5 417:1,7
418:14,24
419:9,18 420:7
420:16 422:8
423:4,8,9
424:5,7 453:24
482:24 503:18
504:12,23
505:6
concept 308:20
309:17 480:18
481:11
concerned 73:10
177:23
concerning
97:17 99:4
128:22 466:4

467:21 468:14
concerns 102:21
103:6
conclude 292:24
474:7 501:9
concluded
114:15 291:2
500:18 507:13
concludes
289:21 343:13
468:12 469:12
503:3 507:9
conclusion
112:10,11
114:22 115:16
286:10 308:16
323:4,22 324:5
467:19 500:23
conclusions
112:2 116:12
155:18 275:21
292:17 302:20
302:22 313:10
436:6 467:7
470:10 481:6,6
501:24 502:3
503:5
conclusive
183:10
concomitant
262:8
Concourse 2:4
conditions 59:3
59:17 307:4
400:7
condom 160:16
condoms 288:14
conduct 33:1
conducted 98:23
164:17 165:18
166:3,22
167:11,21
168:1 169:6
conducts 456:2
conference
492:4,5 493:7
conflicts 97:18

Brooke T. Mossman, M.S., Ph.D.

102:21 104:21
105:15 362:3
**confounding**
313:22
**confusing** 87:12
187:2 339:4
**Confusion** 472:2
**connecting**
293:16 294:14
**connection**
171:2 489:14
**connections**
85:16 279:11
279:14
**connotation**
97:13
**consent** 86:4
**consider** 22:16
36:16 37:16,18
37:24 38:13
40:17 130:15
131:15 143:20
377:23
**considerable**
104:23
**consideration**
36:15
**considered** 4:18
16:8,10,12
157:11 344:2
**Considering**
114:22
**consistency**
143:17
**consistent**
235:20 253:8
253:20 308:19
309:16 325:17
402:23
**consistently**
184:13
**consists** 94:16
**consortium**
313:5
**constant** 269:6
270:6 271:10
**constituents**

177:19
**constitute** 15:15
**constitutes**
493:16
**Constructing**
5:10 84:2
**consult** 507:5
**consultant** 70:9
70:23 71:4,7
71:13,20 75:4
79:11
**consultants**
69:13,21
105:14
**consulted** 71:8
73:17,24
**consulting** 72:4
72:6 79:12
94:12
**consumer** 6:10
113:5 115:13
115:20 463:18
**consumers**
116:1
**Cont'd** 3:1 5:2
6:2 7:2 8:2 9:2
10:2 11:2
217:23
**contact** 61:11
62:24 63:2
367:11
**contact-inhibi...**
384:9
**contained** 74:1
123:13 250:20
439:13 458:8
474:21
**containing** 6:12
6:14,15 122:2
195:10 228:19
455:2
**contains** 473:20
474:1
**contamination**
499:18
**context** 83:17
96:2 238:13

259:14
**continue** 75:17
79:1,7 107:22
213:4 267:5
**continued** 143:3
**contraceptives**
309:24 310:5
**contracting** 33:9
34:9 119:13
**contractions**
344:22
**contrast** 419:11
**contribute**
169:10 275:8
280:4 345:2
**contributes**
276:4 279:19
280:20 465:22
**contributions**
5:17 97:3
229:6
**contributor**
8:11 308:11
**contributors**
367:1
**control** 331:3
363:11,13,13
374:21 508:21
**controlled**
376:21
**controlling**
309:22
**controls** 169:2
363:7 368:22
395:7
**controversial**
62:21 294:24
411:4,20 414:5
415:11
**controversy**
462:8
**convenient**
104:13 269:4
270:4 271:8
**converge** 266:1
266:15 308:21
309:19

**conversion**
352:8 495:9
**conveyed**
124:19
**convinced** 460:7
**convincing**
114:23 115:22
482:10
**Cook** 201:20,20
**copied** 222:6
**copies** 219:5
**copy** 76:23
88:14 91:23
144:8 214:10
219:1,11
276:23 312:13
312:18 351:4,6
**copying** 276:17
**corner** 197:16
**Corning** 73:4,10
74:9 79:16,24
80:1,6,22
81:18
**cornstarch** 6:19
159:11,13,14
159:18,19
160:6 162:2
**corporate** 2:13
84:20 94:17
**Corporation**
80:1 103:19
**corporations**
98:20
**correct** 14:11
17:14,20,21,24
18:14,21,22,24
19:8,10,11,13
19:14,16 20:24
21:1,3,4,6,7,11
21:12,16,21,22
22:3,4,8 24:8
24:22 25:11,13
25:14 27:6,22
27:24 28:6,8
28:11,12,19
29:1,4,9 32:15
32:19 33:4

34:23 35:1,3
35:10,16 36:9
38:23 42:13
43:1,13,16,21
43:24 46:3,9
46:14,21 48:9
48:16 49:7,17
49:18,22 50:24
51:8,21 52:11
52:15,16,18,24
53:17 54:20
55:4 60:19,24
61:5,15 62:15
63:9,21 64:19
65:2,17 66:4,5
66:9,10,14
67:10 68:16,17
68:21,22 69:8
70:10,21 71:5
72:15,18,23
73:6,19 74:16
75:5,15,16,19
78:11,21 80:8
87:6,24 89:21
90:12 98:7
118:23 121:1
132:23 141:5
146:7 152:10
152:14 153:9
157:3 161:20
167:13 168:9
168:17 173:22
174:2 175:1,4
175:8 177:24
178:6,16,18,20
178:21,23,24
179:4,5,10,11
179:14,15
182:17,21
184:18 186:4
190:8 191:11
195:1 196:24
197:3,7 198:9
201:12,14,15
202:6,11,16,20
202:22 203:1,2
203:5,18,21

Brooke T. Mossman, M.S., Ph.D.

204:9,18,19,23
205:3,12,18
206:4,23
207:11 210:1,8
210:10,15
211:3,10 212:3
212:7 213:6,11
213:12,17
214:20,24
215:8 221:1
224:9 226:7
230:8 234:18
243:6 244:8
245:24 246:15
246:19 249:11
249:17 258:4
262:23 263:13
266:18,19
267:18 268:15
277:11,24
278:10 281:8
298:10 300:11
313:1 314:2
316:5,7 319:3
326:11 332:10
337:21,23,24
354:19,20
359:8,16,24
360:16 362:6
363:20 366:20
377:9 378:11
378:22 379:6
380:6 381:1
382:3 389:11
389:12,15,21
396:15 397:14
397:24 398:6
398:14 399:3
401:8 402:9
404:9 405:14
406:6 409:10
410:1,17
416:15,21
424:13,14
427:14 428:1,8
429:4,20 430:9
431:11 432:1

432:16 433:16
433:17 436:9
437:24 442:9
442:11,21
443:2,14,19
444:6,11,18,20
444:21 445:1
445:17 453:3
454:12,14
455:5,6,21
456:7,10
458:11 459:20
472:4 475:11
481:2 483:7,21
484:21 485:7
491:19 502:16
511:7
**corrected** 415:2
**corrections**
509:5,7 511:10
**correctly** 209:23
220:4,21 247:3
473:24
**correlate** 9:20
338:23 340:14
366:17 409:19
**correlates**
293:21 294:19
**correlations**
154:16
**Correlative** 8:21
346:10
**corresponded**
472:13
**correspondence**
5:17 72:1,9
97:3,17 412:5
475:23
**corresponding**
71:9 72:4
**cosmetic** 6:6
65:9,11 67:11
67:14 112:21
115:18,23
123:18 164:18
164:20 176:3
178:13 179:20

180:20 181:20
183:5 441:7,19
442:2,7,9,15
443:12 445:9
445:14 446:4
451:9 480:6
**cosmetic-grade**
67:2,10 125:17
126:5 178:4,17
178:20,23
179:8 181:5
182:15 185:14
205:18 249:11
385:20 397:24
398:6,22
440:16,24
448:17 449:10
451:13 484:19
485:4 499:21
499:23
**Cottreau** 232:4
415:19
**Council** 103:16
103:16
**counsel** 13:12
15:4,6 95:5
126:11 129:4
**count** 460:14
461:10
**countable**
456:24 457:17
457:21
**counterparts**
461:23 468:21
476:8
**country** 361:9
**couple** 15:21
**course** 20:9,10
20:12,15,16
160:19 359:15
474:22
**courses** 20:2,4
**court** 1:1 13:16
107:7,21
134:22 509:20
**court-related**
180:23

**cover** 15:21
153:23 353:13
**covered** 20:13
80:14 151:14
286:8 457:18
457:24 482:7
**covers** 96:3
**Cramer** 338:4,6
338:15 339:13
345:19
**crazy** 203:23
**create** 51:19
52:9
**created** 85:12
221:9,12,17
463:14
**credibility** 98:20
104:15 105:7
153:1 336:10
**credible** 98:18
**criteria** 456:23
468:19
**critical** 234:10
289:21
**criticism** 84:16
491:10
**critique** 80:13
154:20
**crocidolite** 6:22
29:24 36:4
37:16 41:16
46:19 47:9
54:16 192:4,23
194:14 203:13
207:18 209:14
362:20 363:16
364:8 368:2
375:6 389:11
406:4,12,21
423:13 427:6,7
427:16,18
430:20 433:10
433:23 434:10
434:24 435:4
442:6,20
443:13 450:14
458:4 474:6

**cross-cutting**
463:24
**crystal** 458:1
**crystalline**
171:15 174:7
190:20
**crystallinity**
22:1 64:18
65:2,16 66:3
397:14,17
**cubic** 457:18
**culture** 109:12
352:2
**cultures** 32:17
48:9
**curb** 330:18
**current** 7:6
44:16 68:24
196:18 456:19
458:17 467:9
468:13
**current's** 344:24
**currently** 72:20
**Curriculum**
5:12
**cut** 81:12 291:18
**cutoff** 62:16,18
**CV** 88:12,16,24
90:12 98:5
101:22 111:9
**CXCL2** 403:22
404:19 405:3
405:14 407:10
**CXCL2s** 407:20
**CXCL3** 403:22
404:19 405:3
405:14 407:10
**Cycle** 264:13
**CYNTHIA** 2:13
**Cyphert** 470:3
478:23
**Cyprus** 72:18
**cytokine** 50:19
60:17
**cytokines** 57:3
259:4 271:23
276:2 279:23

Brooke T. Mossman, M.S., Ph.D.

Page 525

283:2 427:22
428:5 429:1
430:18 431:1,7
**cytotoxic** 112:8
114:17
**cytotoxicity**
421:19

**D**

**D** 4:2 218:7
**D.C** 3:9,14
**daily** 313:13
**damage** 174:9
261:1 281:23
282:10 301:19
330:14 489:21
**damaged** 282:6
**Dan** 3:24 13:3
**Darby** 489:9
**data** 38:3,14
39:19 40:5
41:8 42:3
59:23 77:21
214:4 240:9,22
241:4,5 244:12
244:17 246:7,9
250:22 262:5
262:15,19,21
273:4,5 274:3
274:9,16
278:12 286:15
305:4 308:18
309:15 310:9
311:22 327:5
351:18 357:20
359:20,21
365:5,17
375:20 385:13
393:24 394:2
397:1,5 415:21
419:20,22,23
420:5 421:1,5
421:7,8,10,16
421:18 423:7
424:1,7,12,15
425:11,16
426:3,5,7,11

426:15,19
438:16 440:14
440:22 441:10
443:8 467:9
474:7 490:11
492:23
**database** 438:11
**date** 1:15 13:6
69:16 77:18
195:15 509:9
511:16
**dated** 436:7
508:15
**dates** 69:20
76:17
**David** 91:9 92:6
92:7 114:7
195:20 198:4
**Davis** 470:3
**day** 244:14,23
245:7,11 476:5
511:20
**days** 509:16
**DC** 282:15
**dead** 370:14,18
**deadliest** 268:10
**deadly** 137:13
**deal** 371:9 483:5
483:18
**dealing** 128:15
263:4
**dealt** 164:12
202:5,10,19,24
483:24 501:1
**Dear** 77:13 80:4
102:19 475:3
**death** 48:8
473:23 479:16
**deaths** 268:11
**debate** 377:18
474:12
**decade** 274:19
313:7
**decades** 115:17
265:19 450:16
450:22 452:20
460:7

**December**
125:12 223:4
436:8
**decision** 474:15
**decisionmaking**
472:10
**decisionmaki...**
85:12
**decreased** 57:3
419:3
**deemed** 509:19
**defective** 262:9
**defend** 99:3
**defendant** 3:15
3:20 247:10
**defendants** 3:10
69:7 158:8
243:12 290:16
290:21
**defending**
158:20
**defense** 73:4
94:17 95:1,2
96:11 111:18
243:4 245:23
246:13,24
493:15
**defer** 472:22
**define** 22:21
137:11 149:12
**defined** 301:16
446:5 457:4
**defining** 137:17
**definition** 65:13
385:9 395:8
455:20 456:8
**definitive**
124:13
**degraded** 289:5
**degrades** 450:1
**degree** 18:4
81:15 329:19
**deliberations**
112:23 462:11
**delighted**
298:14
**demanded**

360:10
**demonstrate**
293:19 294:16
392:17 482:22
**demonstrated**
120:15
**Demonstrative**
7:17 8:17 9:16
**dendritic** 282:14
**denominator**
308:22 309:6
309:20
**department**
17:3 18:5
196:23 265:4
329:8,13 367:6
367:13
**depend** 60:1
164:1
**dependency**
184:3
**dependent**
369:8,14
**depending**
397:13
**depends** 35:21
36:19 40:22
54:14 56:22
162:10 168:13
384:15
**depo** 397:11
446:23 488:17
488:19,21,22
**deponent** 13:14
511:2
**deposed** 126:24
**deposing** 509:16
**deposit** 473:20
473:24 474:20
**deposited** 446:7
**deposition** 1:13
4:15 12:2 13:8
14:16,19 15:4
23:12,18 24:5
31:12 34:3,18
55:15 61:22
76:6 79:14

127:10 165:14
314:1 436:2
447:7 507:9,13
508:6,8,9
509:3,13,17,19
**depositions** 69:9
**deps@golkow...**
1:21
**deputy** 305:12
**derivatives**
117:23
**derived** 457:2
**describe** 22:23
176:3 267:6,20
284:22 302:1
423:22
**described** 85:9
273:15 276:1
**describes**
498:10
**describing**
302:16,18
**DESCRIPTI...**
4:14 5:5 6:5
7:5 8:5 9:5
10:5 11:5
**deserved** 99:8
**design** 367:1,2
367:19,20,22
368:8
**designated**
457:11
**designed** 85:15
**destruction**
282:5
**detail** 16:22 49:2
146:15 164:10
224:4 498:11
**detailed** 204:7
**details** 121:17
143:9 148:5
195:13 500:7
**detect** 142:20
**detected** 234:7
**detection** 268:19
**determination**
47:8

Brooke T. Mossman, M.S., Ph.D.

| | | | | |
|---|---|---|---|---|
| **determinations** 352:3 | 278:17 281:5 288:5 300:21 | 66:17,21 68:2 82:21 105:23 | 61:10 62:7 171:15 179:20 | 286:5 295:17 296:9 297:10 |
| **determine** 9:11 26:19 32:23 190:7 357:17 359:4 365:11 369:7 384:17 427:24 432:21 452:16 479:20 | 303:22 304:5 304:12,14,15 304:18 306:12 306:14,16 309:13 328:9 347:6 363:15 401:4 410:11 | 106:2,2 116:18 117:7 118:3,4 129:10,17,19 129:20 137:18 171:22 172:10 173:3,7 174:4 174:5 182:2 | 206:10 211:7 211:24 480:20 **dioxide** 364:6,18 368:1,23 375:3 375:12,24 376:13 385:7 387:1,15 388:2 | 297:20 308:23 316:13,18 317:3,7 324:24 325:21 326:1 326:18 327:19 335:2,4 336:12 336:16 340:8 |
| **determined** 191:9 198:17 457:7 | 411:1,18 414:2 415:14 445:11 447:17 448:1 449:6 450:9 | 190:24 199:17 208:17 215:17 222:22 263:20 316:2 335:21 | 388:16 390:19 390:22 391:7 391:17 392:1,5 393:4 395:6,16 | 341:18 345:4 349:23 350:16 460:5 470:14 **disagreeing** 40:7 |
| **determines** 36:20 | 451:10 453:15 477:13 | 348:7 349:8 352:1 363:7 | 396:12 454:9 454:11 | 475:10,16 **disagreement** |
| **determining** 21:13,19 23:9 25:8 32:18 435:3 444:9,23 | **develops** 54:2 210:15 275:24 **diabetes** 307:4 | 364:15 365:21 365:21,22 382:6 385:3 | **direct** 62:24 63:2 104:1 233:19 261:1,3 | 161:17 **discern** 495:13 **disclose** 104:20 |
| **detoxification** 301:17 | **diagnosed** 26:12 26:15 27:4,18 | 389:14,16,17 389:19,20 | 261:15 318:20 319:8 325:19 | **disclosures** 362:5 |
| **develop** 168:5 478:6 483:3 485:14 494:10 | 27:21 28:14,15 28:18,24 117:14 118:11 | 390:3,4 397:19 397:20 407:6 427:13,14 | 326:4 340:18 349:18 508:21 **Direction** 12:5 | **discounted** 345:16 **discovery** 183:9 |
| **developed** 92:24 206:1,23 209:7 447:3 448:7 477:3,12 | **diagnostic** 18:20 **diagram** 275:3 **diameters** 446:19 | 442:4 443:11 443:24 445:8 454:7 458:6,21 461:21 502:15 | **directly** 53:13 81:22 133:10 133:22 134:13 136:5 149:7 | **discs** 446:6 **discuss** 195:9 281:3 323:11 **discussed** 63:16 |
| **developing** 313:14 | **diaphragms** 288:15 | **differential** 10:6 401:24 403:18 | 242:1 338:3 344:13 398:9 | 114:12 153:19 176:12 191:8 |
| **development** 6:20 30:20 31:5,9 32:5,22 34:22 42:12 44:21 55:4,23 57:5 78:1,19 81:3 119:18 140:19 148:22 155:22 159:12 159:20 175:7 203:11 231:9 239:12,20 240:17 241:1 241:20 243:10 244:20 248:9 249:8 251:20 252:17 261:13 267:15 278:7 | **died** 373:17 **diet** 464:13 **Diette** 151:13 153:12 **difference** 182:23 373:20 482:4 485:11 504:15 **differences** 203:16 204:17 402:24 403:3,5 443:12 **different** 25:19 32:21 37:15 40:13 44:13,13 44:18 64:16,17 64:24 65:1,14 65:15 66:1,2 | **differentially** 403:19 **differentiate** 76:6 **differently** 171:4 397:12 **difficult** 187:6 218:14 220:14 257:12 495:12 **diffraction** 189:13 **digestion** 210:10 **digests** 190:4 **diligence** 464:4 **dimensional** 207:16 211:12 456:23 468:19 **dimensions** | 445:5 487:13 **director** 92:9 367:5 465:10 471:13 **Directorate** 466:14,15,17 **disagree** 38:7 39:11,18 40:1 133:20 134:9 135:12,16 136:1,7,10 224:22 225:3,7 231:19 232:17 236:1,6 238:8 252:2,23 253:3 253:13 258:11 258:16 262:10 278:22 279:1 | 195:8 205:16 302:11 337:19 359:14 382:18 382:24 427:10 444:5 448:8 452:14 455:7 484:17 485:2 487:16 488:17 488:22 **discusses** 93:15 192:11 281:12 347:9 **discussing** 194:20 347:22 424:1 **discussion** 199:14 277:6 351:8 |

Brooke T. Mossman, M.S., Ph.D.

**disease** 17:19
33:2 86:8
141:23 148:12
231:9,12
234:22,24
240:7 241:1,20
241:22 251:24
252:21 260:9
267:15 268:20
268:22 276:9
284:15,15
306:7 307:6
310:22,24
318:22 319:11
410:12 428:7
429:3 448:1
449:16 451:5
482:19 490:22
490:23
**diseases** 218:11
220:11 330:18
410:23 411:16
413:24
**dish** 355:17
**disseminated**
164:13 197:24
**disseminates**
102:16
**dissemination**
164:15 267:3
271:17
**dissolution**
452:7,9
**dissolves** 452:10
**distal** 268:20
**distancing**
474:20
**distinct** 64:17
65:1,15 66:2
453:11
**distinction**
469:8
**distinguished**
17:2 468:20
**distinguishing**
211:6,23
467:16

**DISTRICT** 1:1
1:2
**divides** 44:24
**division** 52:21
100:12 259:2
280:5 305:13
306:21
**DNA** 51:18,19
52:8,9 53:13
53:22 55:3,21
56:3 80:19
259:2 261:1
262:8 306:23
489:20
**doctor** 18:13
31:9,16,22
33:24 36:6
38:23 43:21
58:13 68:11
76:23 79:17
83:13 84:11
85:24 89:1
91:23 106:3
108:10 115:6
117:6 122:4
123:9 131:3
132:12 134:9
160:6 192:1,11
197:16 198:12
199:10,17
218:2 219:20
233:22 237:19
264:8 266:13
274:6 277:9
290:3 292:3
294:22 296:22
297:4 299:24
302:21 308:13
310:24 312:16
314:20 322:24
329:21 330:2,8
336:1 353:1
378:9 394:23
487:11 501:8
505:17
**doctors** 105:24
**document** 1:8

9:16 14:22
16:2,17 38:10
39:16 57:19
58:4 76:24
77:10 79:19
82:8 83:19
88:19 92:1
96:18 102:19
110:19 113:21
113:24 121:20
122:12 123:10
132:4 158:3
160:5 177:9
191:20 192:1
196:13 219:6
221:6 222:15
225:16,18
226:8 228:6,8
230:22 237:2
264:2 277:3
296:20,21
299:16 304:20
308:5 312:5
315:5,12
317:17 322:16
346:5 352:13
353:7,17
358:22 366:9
388:22 401:14
408:6 409:12
456:9,16
458:23 462:3,9
462:10 463:7,8
465:5 468:1
469:21 470:20
484:1 492:10
501:18
**documentation**
114:24
**documented**
146:20 257:10
317:15 445:22
**documenting**
317:20
**documents** 12:8
158:8,19 159:4
176:21 181:24

182:8 201:6,10
250:13 251:9
315:17 408:1
408:23 480:24
**Dodson** 348:5
**doing** 78:6,7,13
88:8 433:12
434:12 505:7
507:3 509:8
**dominated**
94:10
**dose** 36:20 40:23
54:15 144:24
150:5,15
162:11,19
164:2 184:3
353:22 369:7
369:14 503:2
**dose-dependent**
374:4,8,15
504:5,11
**dose-related**
135:17
**dose-response**
143:17 146:21
147:4,12,17,22
148:6 150:18
155:16 358:1
370:3 390:2
392:17,19
482:12
**doses** 42:5 43:9
43:10
**dosimetry** 206:9
351:24
**double-check**
380:12
**doubt** 5:14
91:19 96:23
298:6,9 495:21
**doubted** 265:23
**Dow** 103:17
**downregulated**
52:16
**downregulation**
424:4
**downstairs**

222:6
**dozing** 313:23
**Dr** 5:13 9:22
14:8 70:6 72:8
74:21 79:24
80:15,24 83:3
106:20 109:3
114:20 151:13
151:13 152:20
153:3,12 174:3
180:6,22
186:14,17
189:17,18
190:15 196:4,4
200:2 201:14
201:20 205:5
212:10 229:4
239:15,17
241:24 242:8,8
242:10 245:13
246:15 321:13
326:2 330:3
338:15 345:19
345:19 384:6
387:11 402:7
426:4 441:8
446:12 488:6
488:10 489:2,9
491:4,10 493:4
495:11,15
496:10 501:4
502:18,21
505:14 506:3
**draft** 125:2
197:24 223:1
223:15 224:7
224:17 316:4
412:23,24
413:9 414:19
436:5
**drafted** 125:5,10
**drafting** 466:7
**drafts** 408:24
409:8,8 411:22
**Dragon** 10:9
401:19
**dramatically**

Brooke T. Mossman, M.S., Ph.D.

Page 528

105:11
drawn 274:11
DRINKER 3:3
Drive 2:13 3:4
3:18
dropped 109:4
Drs 437:16
478:22
drug 94:15
313:23
drugs 28:9
293:20 294:18
310:11
Dry 160:9
Dry-Flo 160:14
due 55:2 56:2
230:1 313:21
323:17 325:18
dues 82:5
Duke 81:15
duly 13:21 508:5
durability 210:6
452:14
durable 450:15
duration 143:18
143:24 144:3
144:14,24
145:10 147:10
147:20 150:16
164:2
dust 174:8 474:8
dusting 288:13
333:10 343:6
Dyar 489:9
dying 373:13
dynamics
323:14

_____
E

E 4:2,11 5:2 6:2
7:2 8:2 9:2
10:2 11:2
217:16,16
510:1
E-D-A-X 25:3
e-mail 10:20
426:24 470:19

473:8 474:24
475:13
e-mails 359:19
470:24
earlier 53:15
76:19 81:15
109:23 110:6
161:2 173:21
176:12 181:9
190:24 194:9
194:20,22
195:19 199:23
229:9 237:18
251:7 268:15
313:9 316:3,21
318:24 320:9
329:16 334:3
344:14 392:23
397:10 409:7
427:10,12
438:24 442:23
444:6 446:22
447:6 448:3,8
454:17 455:8
484:3,17 485:2
485:6 486:23
487:16
early 244:3,19
249:8 268:19
334:20 410:7
472:5
ease 272:12
easier 219:3
EASTERN 1:2
Eastman 103:18
easy 221:4 372:6
380:20
eat 216:19
EDAX 25:2
edition 471:23
editor 100:11
109:3
editor-in-chief
99:11
editorial 96:6
97:19 99:7
102:14,23

104:5 105:1,15
108:12 111:13
291:12
editorial's
104:10
editorials 89:19
105:3
effect 119:8
324:21 325:10
382:12 399:24
420:22 482:13
482:23
effective 453:10
effects 35:21
39:9 42:7 56:4
58:10 60:3,20
60:21 81:7
159:14 166:17
172:24 257:11
363:3 435:19
465:13 466:19
467:8 468:15
475:6,18 484:1
484:13 489:21
effort 265:21
efforts 99:2
197:21
effusions 163:7
egg 119:21
Egilman 109:3
eight 46:9 48:15
49:4 213:2
369:12 374:6
374:14 376:8
379:6,8 381:16
381:20 382:2
386:5 388:3
390:16 391:8
394:14 395:13
396:7 400:14
405:5 407:13
416:18,20
450:2 454:1
eight-credit
20:9
eight-hour
20:14,16

eight-year 452:3
either 22:3
49:16,21 50:23
51:2,5 143:14
162:2 199:24
282:5 311:3
348:19 380:18
447:16 478:6
electron 8:22
90:19 346:11
elemental 458:2
elements 32:21
elevated 313:19
368:21 388:9
388:11 423:6
elevations
431:15
elicit 344:24
350:12
elicited 281:23
eliminate 33:8
33:18 34:6
327:9 330:20
331:14,22
332:15
eliminated
183:21
Ellen 84:20
ELLIS 3:17
Elmo 222:4,14
Elongate 7:7
elongated 60:23
61:2,6 62:4
168:17 196:20
457:16,21
Elsevier 100:14
100:20 109:5
EMP 62:2,3,24
63:6,7,17
168:13 457:17
457:22
emphasis
129:20 384:17
emphasize
24:24 25:22
35:20 39:6
42:17 47:15

86:3 88:7
101:15 134:18
139:24 155:14
166:16 172:7
182:22 189:6
229:13 234:2
240:4 249:21
273:24 304:16
362:17 374:12
381:21 392:9
392:14 434:19
447:10 449:24
469:18 485:10
487:6 492:23
emphasized
60:1 274:17
304:3 311:21
320:23 443:23
emphasizing
494:1
emphatic 279:8
employee 69:12
72:14,16
160:12 161:19
176:8 475:7
employees 71:10
employer
472:16
EMPs 60:22
61:5 62:13,14
63:17 64:2,4
64:10,14 168:2
168:7 169:3
185:10,14,17
455:20 456:7
enclosed 80:13
encompass
306:15 463:22
encompasses
256:9
endometrial 8:8
294:20 305:6
305:22 306:2
306:24 350:10
500:13,22
501:1,11 502:7
502:22

Brooke T. Mossman, M.S., Ph.D.

endometrioid 117:11
endometriosis 235:17,20 236:7 260:8 261:17 285:19 307:7
endpoint 52:12
energy 92:15
engaging 464:12
enigmatic 410:12
enriched 276:1
ensuing 361:8
ensures 465:18
entail 465:21
enter 161:10
enters 161:9
entire 20:13 45:6 106:18 469:21
entirely 335:21
entities 3:11 128:8
entitled 84:1 97:2 113:4 273:7 278:5 322:21 346:9 409:17
environment 57:12 58:20 92:15,19 93:24 223:2 269:2 270:1,2 271:6 271:20,21 272:3,8,20 340:19 341:8 463:18
environmental 10:18 43:10 69:13,21 79:12 84:17 97:9 103:11 108:24 114:9 300:19 301:4 302:3 462:24 463:13 465:12,19

491:24
EOC 268:8 278:18
EPA 84:18 476:18 478:22 492:21
Epidemiologic 231:3,13 310:9
epidemiological 19:2 130:14 131:9 139:17 146:1 149:18 151:10 153:18 154:8 155:8,10 229:15 230:18 256:20 260:3 262:21 263:5 263:12 292:22 317:10 318:7 332:20 467:3 480:16
epidemiologist 18:24 19:5 92:8 131:12 142:16 144:21 145:14 152:21 154:9 157:6
epidemiology 5:11 11:8 130:1 131:14 136:21 140:1 140:14 141:12 141:24 146:23 151:21 153:5 154:10,12,18 183:16 190:17 203:9 235:12 257:24 263:16 305:14,23 337:17 440:9 481:7
Epidemiology' 84:3
epigenetic 53:20 61:13 64:12 168:8,22 280:6 295:15 296:6

297:5,8,12 298:1,18
epithelial 117:24 118:10 118:17 165:2 166:17 167:4 167:19 168:5 170:13 171:11 172:2,9,12,14 172:16 173:19 175:3 238:7 248:10 251:20 252:17 257:7 260:5 265:16 265:22 267:9 267:13 268:7 268:18 269:2 270:3 271:6 272:9,12,24 273:13,18 275:1,10,24 276:6 278:9,18 278:20 279:4 279:15,17,21 280:13,14,21 281:7,16 284:6 284:9,19 285:9 288:6,19 293:14,17,22 294:15 295:16 296:8 297:14 298:19 318:18 319:1,17 321:21,22 324:22 345:1 350:15 362:24 382:8,18,20 383:2,21 384:2 384:5 400:4 417:2,6 418:10 418:10,22 419:11 420:11 420:18 421:18 421:24 424:11 494:10 495:16 503:15
epithelioid

117:24
epithelium 258:10 272:17 273:17 383:5 494:19 495:3
equal 351:17,18 356:7,24 357:8
equaled 381:4
equals 379:20 380:23 381:5
equate 234:21
errata 509:6,9 509:12,15 511:12
error 306:22
especially 39:10 154:24 234:22 300:20 309:7
ESQ 2:3,8,13 3:3,8,13,17
Esquire 77:6
essential 283:17
essentially 348:15 374:20 474:13
establish 99:15
established 106:22 160:12 218:12 220:12 259:9 311:7 341:17 344:24 345:1 415:9
establishment 463:16
estrogen 120:6 307:1 310:6
estrogen-depe... 119:8
estrogens 119:17
et 211:15,16 220:16 230:22 256:9 348:5 355:15 442:14 464:8
Ethics 5:18 97:4
etiologic 258:7

etiology 265:21 276:5,7,12
EUROTALC 71:15 359:24
evaluate 190:5
evaluated 167:19 170:21 262:1
evaluation 192:19 193:14 193:16,19 466:1
event 86:21
events 78:1 410:8
eventually 409:8
everyday 89:17
evidence 115:23 155:3,4 157:23 163:14 164:14 183:10 192:21 194:1 198:20 218:14 220:13 231:3,14 232:14 233:15 233:16 242:2 249:6 253:8,20 260:4 275:18 276:3 284:21 305:23 316:9 316:18 333:22 335:6 336:8 338:10 340:4 343:14 346:24 451:2 467:3
evidenced 306:18
exact 176:18
exactly 124:12 195:7 409:22 411:14 414:8 414:18 497:19 497:21,22
EXAMINATI... 14:3 217:23
examine 398:24 430:16 440:13

Brooke T. Mossman, M.S., Ph.D.

441:9
examined 13:22
  156:2 175:9
  187:16 336:6
examines
  241:24
example 36:16
  93:23 107:15
  120:9 162:19
  342:23 360:11
  385:14
examples 85:19
exceedingly
  273:18
exception
  183:20 185:3
  263:17 441:8
  506:2
excessive/prol...
  307:3
exchange 98:17
excision 259:3
exclude 142:2
exclusive 266:1
  266:15
excuse 27:19
  29:20 34:8
  59:13 62:17
  70:19 77:15
  95:1 100:1
  105:21 110:9
  145:5 173:13
  210:20,21
  211:21 218:5
  263:9 294:8
  303:18 308:3
  323:8 339:9
  346:16 353:4
  374:1 381:16
  405:1 426:2
  473:13 475:19
  499:3
Excused 507:12
exert 56:4
exerts 325:9
exhibit 14:17,23
  16:1,3,16,18

58:3,5,16
76:22,22 77:1
77:5 79:14,20
82:9 83:20,24
88:20 89:7
92:2 96:19,23
96:24 97:1
110:20 112:16
113:19,22
114:1 115:10
115:11 121:21
122:1,13,17
132:3,5 136:3
158:4 191:19
191:21 195:11
196:14,18
219:7,19,19
221:8 222:11
222:16 226:6,9
237:3,15
262:23 263:10
264:3,6 277:4
299:11,14,17
304:21 305:1,2
307:24 308:6
311:10 312:4,6
315:3,6 322:15
322:17 333:9
346:4,6 352:14
353:5,6,8,12
353:18 358:20
358:23 359:11
366:8,10
388:23 401:13
401:15 408:5,7
408:21 409:13
409:17,23
412:12 413:3,6
416:13 418:22
421:22 427:3
436:2 463:7,9
465:6,9 470:19
470:21 492:11
501:19,23
502:9
exhibits 221:16
  311:16

exist 335:11,19
  340:20 484:12
existence 483:1
existent 446:18
exists 109:1
  349:17 460:18
  460:21 462:7
expanded
  388:17
expect 429:9
expected 428:13
expend 474:14
experience
  68:11 152:3
  329:7
experiment
  212:22 369:21
  420:23
experimental
  17:13 214:4
  343:17 345:17
  480:16 481:8
  482:22 483:11
experimented
  23:10
experiments
  57:1 60:13
  151:22,24
  152:3 203:20
  207:5 209:15
  215:9 370:3
  443:23 446:12
  477:1
expert 7:9 9:22
  19:15 21:18
  22:2,6,17,19
  22:22 23:5,8
  68:12 69:1
  70:20,22,23
  71:4,20 72:17
  72:21 73:2,17
  73:23 74:14
  75:3,13 95:4
  108:15 124:1
  153:12 154:9
  188:19 190:1
  197:22 201:20

206:9 241:6,7
242:24 243:4
243:12 244:7
245:14,23
246:12,14,23
247:7,9,20
324:20 362:4
436:20 444:22
463:19 464:20
465:18 466:18
467:19 478:20
487:3,15,17
expertise 24:21
  25:11 29:9
  30:6,9 211:10
  212:3 461:16
  466:5 484:21
  485:6
experts 101:1
  117:17 151:18
  250:13 251:11
  290:15,21
  472:23
expires 511:21
explain 251:21
  252:18 265:21
  440:21
explained 425:2
explains 238:4
explanation
  222:8
explicit 26:22
  44:7 73:21,22
exploring
  297:18
expose 372:21
  479:7
exposed 48:9
  272:10 279:21
  324:1,10
  338:16,16
  349:10 350:14
  372:9 373:4
  427:23 467:22
  499:9
exposing 479:18
exposure 10:8

17:20 29:6
30:8 33:2
37:14 43:9
55:2 99:4
144:1,12,15
147:10,21
148:14,15
150:16 255:15
261:17 281:24
283:18 285:21
288:3 307:7,16
316:12 318:21
319:8 324:18
352:1 371:11
375:2 402:2,16
403:2 428:6
429:2 430:19
434:24 450:21
450:22 451:3
456:7 457:7,9
458:17 459:4
460:15 461:11
461:12 464:11
482:23 484:18
485:3 503:15
504:2
exposure-indu...
  280:17
exposures 37:9
  260:7 283:12
  286:6 452:21
  455:19 457:13
  459:17 460:24
  467:11 475:20
  482:9
express 102:20
  425:14
expressed
  351:18 353:23
  403:19 424:8
expression 9:6
  9:19 43:23
  46:1,6 48:2
  49:4 51:4
  366:16 371:10
  374:7 387:4,12
  409:18 418:23

419:2 421:23 422:4,9 425:10 428:11 503:13 504:9
**expressions** 386:7
**extended** 493:14
**extent** 102:8,10
**external** 340:19 341:10
**extra** 88:14
**extrapolate** 328:12 382:11
**extrapolating** 170:17,20
**extremely** 283:11 385:15

**F**

**F** 3:13 217:16
**facilitate** 295:14 296:6 297:12 298:1,18
**facilitates** 269:3 270:4 271:7
**facilities** 92:20
**facility** 213:6
**fact** 55:10 109:15 149:5 176:2 181:4 244:15 271:12 289:18 317:17 327:2,23 335:9 358:16 383:19 392:3,20 395:24 430:22 459:21 460:6 462:2
**factor** 11:6 56:12,15 59:1 59:15 66:13 120:1 130:16 130:23 131:3 131:16 133:22 134:5 136:11 136:17 138:24 141:22 147:11

181:7 184:10 284:6,19 285:8 287:1,8 492:15
**factors** 44:4 56:24 57:11 58:18 130:11 130:13 133:6 134:12 136:4 142:21 147:4 235:22 238:5 251:22 252:19 260:4,6,16 280:4 283:3 285:4 300:20 300:22 301:4,6 302:3 306:24 308:20 309:2 309:17,22 310:14 452:11 491:17,21
**facts** 99:16 472:7 473:18
**fail** 509:18
**failed** 431:24 432:15
**fails** 104:20
**fair** 45:22 48:2 88:11
**fairly** 143:12 473:13
**fallopian** 118:20 118:22 120:10 230:7 267:12 285:19 288:15 318:19 319:3 333:14,15,16 334:11 343:9 344:7 350:11 372:11 374:3 383:6,11,23 384:1 400:1 494:12 496:1
**falls** 427:17
**familiar** 77:9 85:23 95:19 100:15 121:8 121:14,15

264:12 300:3 312:15 344:5 345:11
**family** 133:7
**far** 227:23 308:18 362:4 379:5 485:18
**fashion** 448:24
**fast** 116:7 269:11
**favor** 103:9
**fax** 1:20
**FDA's** 349:12
**feasible** 457:10 457:14
**features** 45:7 154:22 447:19 447:20 453:12
**February** 23:14 23:15 24:14 85:1 125:2 159:20 161:19 198:1 436:7 471:23
**federal** 91:15 99:2
**feeds** 311:7
**feel** 153:13 472:24
**feeling** 507:6
**fell** 31:20 203:22 203:24
**female** 8:6 19:24 20:5,15,17 300:5 321:13 340:6,20 341:5 342:9 347:11 493:11,20
**ferro-actinolite** 478:24
**fiber** 171:15 179:16,19 188:8 189:15 207:21 211:9 212:2,12 213:15 214:18 446:14 481:21

490:18,18
**Fiberglass** 80:1
**fiberglasses** 81:3
**fibers** 6:13,14 6:15 7:7 8:19 45:8 62:19 87:15 88:6,9 112:9 114:18 122:3,8 168:14 171:23 172:22 173:5 181:20 183:10 190:4 194:23 195:11 196:19 205:21 206:10 211:14 322:23 323:6 323:12,14,23 324:8 351:16 384:23 410:9 419:8 446:15 447:13 453:12 457:8,16 463:4 467:16,17 468:19 480:19 481:11 482:15 482:16 483:1 484:10 494:23 494:23
**fibroblasts** 275:1
**fibrogenic** 174:8
**fibrous** 61:11 62:7 166:22 167:11,15,18 169:3 170:8,19 170:21 171:3 173:18,21,22 173:24 174:6 187:5 250:19 455:21 456:8 456:15 494:13 494:15 495:1,4
**field** 79:2 141:11 141:12 229:6 245:15,16,20 247:24 248:2,7

258:24
**fifth** 93:13 482:21
**fight** 85:13
**figure** 273:6 274:1,10,21 275:4,6 276:18 354:18 355:9 365:24 397:5 403:16 419:19 421:15,17 486:3 491:16 493:14
**figured** 221:21
**figures** 425:9 491:12
**File** 117:3 217:20 314:17 416:10
**fill** 398:17
**films** 213:24
**final** 79:9 80:12 242:12 308:17 411:6,23 414:7 440:10
**finally** 128:18
**financed** 93:23
**financial** 103:12 104:6
**find** 80:12 141:4 150:19 254:15 322:4 425:7 426:12 436:4
**finding** 184:17
**findings** 235:19 235:21 257:13 345:22 384:21 425:7
**fine** 14:9 68:4,8 216:6,9,19 217:10 296:2 361:15 364:6 367:24 390:19 390:22 391:6 391:17 392:5 393:4 395:15 486:18 497:9

Brooke T. Mossman, M.S., Ph.D.

Page 532

finish 140:9
221:14 246:21
372:24
finished 160:15
firm 2:3 85:3
firms 84:5 94:12
first 13:21 14:14
45:21 58:16
59:21 63:13
85:6 95:13
106:10 117:15
140:13 219:24
222:23,24
225:4 251:18
252:15 265:1
265:14 269:19
270:20 281:14
319:14 328:7
365:24 367:3
410:4 414:22
469:13 473:10
493:15 499:7
502:4
fit 62:11 230:4
five 270:23
302:23 303:10
330:5 356:11
356:12 357:8
357:23 358:1,6
359:6 378:21
379:20 380:3
380:21,23
381:3,6 410:21
five-minute
216:4
flaws 345:17
497:7 498:14
flexibility 21:19
213:10,13,14
214:2,16,18
215:4,10
444:23 445:5
flip 133:2 192:8
308:15 323:3
403:14
Flo 160:9
FLOM 3:7

Florham 3:4
flow 269:6 270:6
271:10 282:11
288:16 323:17
348:14
fluid 269:7
270:7 271:11
323:14
fluids 272:21
274:14 288:16
FLW 1:6
focus 32:2 53:22
56:3 64:1
284:18 362:19
371:1 433:24
focused 22:24
46:23 54:3
441:7
focusing 394:20
fold 404:2
follow 140:10
486:14
follow-up
148:11,19
followed 143:3
146:6 282:12
364:9 368:4
400:21 474:11
497:19
following
208:22 369:1
456:21 466:18
466:24
follows 13:22
457:5
food 10:18 349:8
462:24 463:12
465:12,19
466:2
footnote 198:14
199:11
foregoing
508:18 511:6
foreign 80:19
218:8 220:1
229:16 230:1
281:21,24

288:22 291:5
350:12
foreseeable
75:18
forget 358:20
forgot 75:24
form 18:2 19:18
20:20 22:10
23:21 25:16
26:7 29:11
30:13,22,24
32:11 33:12,14
35:18 36:11
37:3 38:1,10
39:2,16 40:10
40:20,24 41:5
41:23 42:15
43:3 47:13
48:4,18 49:9
50:1,15 51:23
53:2,9 55:6
56:8,21 57:17
59:7 61:17
64:21 65:4,19
66:19 70:12
74:18 75:21
86:12 96:13
99:20 100:4
109:19 110:13
111:6,20 115:3
116:5 117:21
120:3,19 121:3
123:20 124:17
125:6,21
126:16 129:8
130:18 133:14
134:16 135:3,9
136:9 137:5,23
138:18 139:5
139:22 141:7
142:14 143:7
144:5,18
145:12 146:9
148:1,17 151:8
153:7 154:11
155:12 156:7
158:24 160:24

161:22 162:8
162:16,24
163:12,22
165:6 168:11
169:20 170:11
171:8 175:15
176:14 178:8
180:1,17
181:16 182:6
184:20 185:20
186:6 187:13
188:5 189:4,21
191:13 200:10
200:18 201:2
202:8,13 203:7
205:11 206:6
207:1,13
212:18 213:20
223:22 225:1
225:22 228:23
230:13 231:22
232:20 233:24
234:16 236:4
237:22 239:3
239:23 240:20
241:9 245:4
246:2 247:17
248:21 249:19
250:7 253:2
255:4,20 257:4
258:14 260:14
264:18 270:11
280:10 281:10
283:8 292:14
293:5 311:19
316:16 319:21
325:3,24
327:15 331:3
339:24 369:10
381:19 389:10
396:23 446:15
482:2 499:14
511:10
formal 20:2,4
38:18 71:22
formally 17:11
18:12 19:20

formation
272:15 484:14
formed 85:9
126:2
forming 184:8
259:20 347:14
forms 137:13
191:9 192:22
194:3,13
198:18
forth 256:24
295:1
forward 471:8
forwarded 98:3
found 160:17
179:22 180:20
181:12 182:3
185:17 187:9
199:24 200:6
200:22 233:3
234:6 250:13
251:8 323:24
324:9 338:6,15
338:20 344:6
347:18 348:6
348:19 349:15
369:15 423:18
427:8 441:12
443:1,6 449:21
450:1 481:1,22
500:17,20
501:10
founder 70:6
four 44:13,13,15
45:2,7 69:8
105:20 117:9
140:16 146:13
147:15,19
198:14 270:23
284:4 308:17
379:5 381:16
410:20 503:7
four-step 43:20
45:17 53:16
fourfold 394:14
419:1
fourth 90:9

Brooke T. Mossman, M.S., Ph.D.

Page 533

| | | | |
|---|---|---|---|
| 93:13 295:12 | **Freedom** 93:6 | 56:7,20 57:17 | 180:16 181:15 |
| 503:7 | **French** 10:17 | 59:6,10 61:16 | 182:5 184:19 |
| **fraction** 360:2 | 462:13,18,24 | 64:6,20 65:3 | 185:19 186:5 |
| 387:19 | 463:12,17 | 65:18 66:18 | 187:12 188:4 |
| **fractionally** | 465:11 466:10 | 67:4,23 68:5 | 189:3,20 |
| 356:19 | 480:11 | 70:11 74:17 | 191:12 193:3 |
| **fragment** 211:8 | **frequency** | 75:6,20 76:15 | 193:13,21 |
| 211:13 212:1 | 143:18,23 | 86:12 88:16 | 198:23 199:3 |
| **fragments** 21:20 | 144:2,14,23 | 93:18 95:12 | 200:9,17 201:1 |
| 22:2,8 86:19 | 146:22 147:9 | 96:12 97:12 | 202:12 203:6 |
| 87:15 88:6 | 147:20 148:6 | 99:13 100:6 | 205:10 206:5 |
| 109:11 110:5 | 150:5 482:13 | 101:5 106:4,14 | 206:24 207:12 |
| 112:5,7 114:15 | 503:3 | 106:17 107:11 | 208:3,7,9,13 |
| 114:16 128:18 | **frequent** 313:20 | 109:19 110:12 | 212:17 213:19 |
| 174:20,22 | **frequently** | 111:5,19 | 215:23 216:3 |
| 175:1,3 203:17 | 145:6 223:13 | 113:15 115:2 | 216:21 217:3,9 |
| 204:9,16,22 | **front** 31:15 | 116:4,19 | 218:24 219:14 |
| 205:3,9 210:7 | 58:12 84:11 | 117:20 120:2 | 221:10,20 |
| 210:12,17,19 | 88:24 91:23 | 120:18 121:2 | 223:21 224:24 |
| 212:11 213:11 | 124:1 132:15 | 122:21 123:3 | 225:21 226:15 |
| 442:3 444:24 | 136:3 156:10 | 123:19 124:16 | 226:19 227:2,6 |
| 445:10,15 | 156:22 197:11 | 125:6,20 | 228:22 230:12 |
| 446:11,13,16 | 221:19 222:10 | 126:15 127:1 | 231:21 232:19 |
| 447:22 448:5 | 222:11 224:7 | 127:11,14 | 233:23 234:15 |
| 448:12 449:4 | 232:22 235:7 | 129:7,13 | 235:1 236:3,21 |
| 451:7,8 453:2 | 252:6 314:23 | 130:17 131:5 | 238:10 239:2 |
| 453:8 454:16 | 315:18 339:5 | 133:13 134:15 | 239:22 240:19 |
| 454:18 459:16 | 352:22 | 135:1,4 136:8 | 241:8 242:22 |
| 460:13,17 | **FROST** 3:3 18:1 | 137:4,22 | 243:14,21 |
| 461:1,8,12,20 | 19:17 20:19 | 138:17 139:4 | 244:9 245:3,12 |
| 462:15 465:14 | 22:9 23:20 | 139:21 140:7 | 246:1,17 |
| 466:20 467:4 | 24:13 25:15 | 141:6 142:9,13 | 247:16 248:5 |
| 467:11,23 | 26:6 27:8,14 | 143:6 144:4,17 | 248:20 249:18 |
| 468:15 470:7 | 28:20 29:2,10 | 145:11 146:8 | 250:6,17 |
| 470:15 472:1 | 30:12,21 31:2 | 147:24 148:16 | 251:13 252:4 |
| 475:6,20 476:6 | 31:18 32:10 | 151:7 153:6,21 | 253:1,15 254:8 |
| 476:19 477:2,6 | 33:11,15 34:15 | 154:11 155:11 | 254:12 255:3 |
| 477:9,16,23 | 35:17 36:10 | 156:6 157:4,15 | 255:19 257:3 |
| 478:4,7 479:1 | 37:2 38:1,9 | 157:24 158:23 | 258:13 259:12 |
| 479:12,19 | 39:1,15 40:9 | 160:23 161:21 | 260:13 261:6 |
| 480:5,19 | 40:19 41:4,13 | 162:7,15,23 | 261:22 262:12 |
| 481:12 | 41:22 42:14 | 163:11,21 | 262:24 263:14 |
| **fragrance** | 43:2 47:12,22 | 165:5 168:10 | 263:19,22,24 |
| 175:20 | 48:3,17 49:8 | 169:19 170:10 | 265:11 266:6 |
| **France** 465:1 | 49:24 50:14 | 171:7 172:19 | 267:19 270:10 |
| **frankly** 106:19 | 51:22 52:2 | 175:14 176:13 | 271:14 274:7 |
| **free** 214:1 | 53:1,8 55:5 | 178:7 179:24 | 276:22 280:9 |

| |
|---|
| 281:9 282:19 |
| 283:7 285:23 |
| 289:11 290:9 |
| 290:18 292:13 |
| 293:4 294:3,10 |
| 295:19,24 |
| 296:23 297:22 |
| 298:11,22 |
| 299:12 301:2 |
| 303:2,6,8 |
| 306:5 307:11 |
| 308:1 310:2 |
| 311:1 312:9,17 |
| 312:20 314:6,9 |
| 315:8,15 |
| 316:15 317:5 |
| 317:18 319:4 |
| 319:20 320:20 |
| 322:2 325:2,23 |
| 326:20 327:14 |
| 327:21 329:5 |
| 332:11 333:20 |
| 335:3,15 |
| 336:14,24 |
| 338:17 339:16 |
| 339:19 340:23 |
| 341:20 342:11 |
| 343:10 345:6 |
| 347:24 349:4 |
| 350:1,18 351:5 |
| 352:11 360:18 |
| 360:23 361:21 |
| 362:13 363:21 |
| 364:21 365:3 |
| 368:12 369:9 |
| 370:8 371:17 |
| 372:14 373:8 |
| 373:18 374:10 |
| 375:16 376:20 |
| 377:14 378:2 |
| 380:7 381:18 |
| 382:16 383:7 |
| 383:16 385:22 |
| 386:13 387:17 |
| 388:7 389:22 |
| 390:23 391:20 |
| 393:22 395:17 |

Brooke T. Mossman, M.S., Ph.D.

Page 534

395:20 396:22
398:1,7,15
399:4,20
400:17 401:6
403:10 405:7
406:23 407:15
411:7 412:1
413:11 414:20
416:1 420:2
424:24 426:21
428:9 429:5,14
431:12 432:2,5
434:17 435:11
439:6 440:4
442:10 443:3
443:15 444:12
445:2,18 447:8
448:9,19
449:12,22
451:16,21
453:4,16
454:20 455:15
455:22 456:11
458:12 459:6
459:18 460:19
461:2,14 462:4
462:17 468:2,6
469:3 471:10
475:12,21
476:12,23
477:18 478:11
478:17 479:23
481:3 482:1
483:8 484:6,22
485:8 486:14
487:4,20
489:15 490:8
491:2 492:18
493:23 494:17
495:20 496:13
496:18 497:2
497:14 498:8
499:13,24
501:12 502:10
503:20,23
504:18,21
505:3,7,18

506:15,22
507:2
**full** 104:17
414:22
**fully** 119:10
464:6
**function** 63:24
284:16 332:17
**functions**
267:10 275:13
405:13
**fundamentals**
380:20
**further** 46:19
100:10 269:6
270:6 271:10
293:16 294:14
313:21 400:10
**furthermore**
280:19 327:8
331:21
**future** 75:18
500:18 501:15
503:3

────── **G** ──────
**gained** 434:1
**Galindo** 471:20
**Gamble** 103:20
**garbage** 348:15
**GARBER** 2:13
**Gates** 253:23,24
255:18,21
321:7
**gene** 9:6,10,18
10:12 46:1,6
48:1 49:4
50:18 51:4,13
51:16 56:11,14
56:17,17
362:20 364:7,9
364:14 365:10
365:13,23
366:16 368:2,3
369:15 371:10
374:6 376:14
376:22,23

379:13 384:2
384:20 386:6
387:4,12,19,21
389:8 394:1
406:8,13,15
407:6 409:18
410:16 418:15
418:23 420:3
421:23 422:3,8
422:15 423:9
424:3 425:4,10
427:21 428:11
432:21 503:13
504:9
**general** 32:14
34:5 141:13
142:1 155:10
175:19 235:4
259:13 261:8,9
267:1 310:21
348:9,16
361:11,16
376:5 389:19
433:14 434:14
435:13 452:1
465:10 466:14
466:15,17
**generalities**
140:6
**generalized**
280:12 282:21
**generally** 55:8
129:3 141:15
157:2 209:3
216:6 489:20
**generating**
258:22
**generation**
214:1 255:14
256:5 300:24
301:17
**genes** 48:12
49:11 50:4
51:9,19 52:9
52:15,17 58:10
79:3 241:15
296:17 297:7

297:17,19
298:5 374:5
375:1,1,6,9,13
375:22 376:7
379:5,9 381:17
382:1 387:7
388:3,9 390:11
391:12,16
392:4,8,21
393:11,19
394:3 395:14
396:1,9,13,14
400:12,15
401:2,3,8
405:2 406:3
407:9,12,18
419:2 422:18
423:12 425:5
425:13 434:21
453:24 454:6
454:12,13
**genetic** 119:6
142:21 280:5
**genetics** 305:14
305:15 367:14
**genital** 137:20
138:15 139:16
143:2 145:3
146:5,7 150:21
151:3 182:20
288:21,21
290:8 292:12
293:2 318:21
319:9,19 322:6
325:14 333:13
340:21 341:2,6
342:10 345:2
345:21 347:11
348:22,22
**genitalia** 493:14
**genitals** 133:10
133:23 134:14
136:6 137:1
**genome** 57:14
58:21
**genome-wide**
43:22

**GEOFFREY**
3:8
geoffrey.wyatt...
3:10
**Geologically**
473:18
**geologist** 21:2
201:20 204:11
444:17 489:5
**geologist's**
201:17
**geologists**
443:22
**George** 92:10
198:5
**Gertig** 321:6
336:21 337:14
**getting** 32:1
68:1 81:15
89:22 137:13
214:12 215:16
277:1 329:3,24
332:6 380:9
433:19 434:21
**Gillette** 103:18
**give** 53:24 98:20
101:9 123:17
125:16 126:8
126:12,13
127:11 129:2
155:3 156:3,9
162:19 168:21
169:4,9 172:13
209:2 213:5
241:14 347:5
360:7 421:12
461:7 473:1
486:3,4 490:12
**given** 57:20
104:23 128:13
128:17 135:10
149:8 166:18
169:13,23
170:5,23
171:23 190:16
245:23 328:24
329:2 430:21

Brooke T. Mossman, M.S., Ph.D.

Page 535

508:6 511:8
**gives** 44:18
104:15 119:16
146:22 153:13
**giving** 153:1
157:11
**glad** 259:7
**glass** 364:5,17
367:24 368:23
375:3,12,24
376:14 385:6
386:16,24
387:14 388:2
388:15 390:19
391:8,13 392:6
393:4,19 395:7
395:15 396:12
454:9,11
**gleaned** 145:20
**Glenn** 490:16
**global** 100:13
**go** 16:21 23:11
24:17 26:24
29:17 31:12
34:2 40:16
53:4 55:14,16
61:21 73:12
82:24 84:24
89:4,24 90:7
90:13,16 92:6
93:12 100:9
101:21 107:4
111:3 115:9,11
115:13 116:17
124:7 127:21
130:6 132:11
142:17 143:8
144:7 160:8
161:5 171:18
183:8 184:22
198:11,14
207:24 211:17
214:6 215:21
216:13 218:17
222:2,19,24
236:15 239:7,8
264:24 265:14

265:15 268:3,4
273:9 275:20
276:14 278:13
285:1 287:24
288:1 289:14
291:20 292:15
293:7 295:6,11
295:20 302:20
302:23,23
303:2,10,11
306:12 307:22
312:19 316:4
319:22 320:5
321:7 323:9
327:7 335:24
338:24 341:22
352:18 358:16
372:15 385:14
386:19 387:10
387:13,15
394:18 397:7
405:15 410:3
410:18,19
412:10 414:15
417:23 419:5
421:6 430:3,4
433:1 439:10
439:17 441:22
441:24 445:7
468:10 471:1,7
483:9,22
485:17 491:7
493:9 494:8
500:24 501:2
502:3 504:7
**goal** 282:3
**goals** 104:11
**Godleski's**
345:19
**goes** 84:10,24
98:14 104:22
105:22 127:20
192:18 394:14
406:8 457:22
461:12 466:22
503:9
**going** 14:16

15:24 29:13
45:18 52:3
57:8,9 61:24
64:7 68:6
79:13 82:12
83:23 89:5
97:1,10 101:3
102:18 106:4,7
107:3,4,6,10
107:21,23
113:16,17
116:7,19 117:2
121:10,24
122:16 123:22
126:12 127:21
128:6,9 129:2
129:5 134:6,21
134:22 135:21
139:14 140:3,7
140:10,23
142:17 147:3
155:2 156:8,9
167:1 182:12
193:3 196:17
206:16 210:22
214:9 215:19
215:24 216:6
216:15,18
217:11,19
219:1,10,15
221:3,7,8
222:1,3,9,13
226:5,19
237:15 256:12
268:3,4 269:11
278:14 287:6
291:22,22
293:23 294:4
305:1 314:12
314:16,20
315:2,9,24
324:14 331:7
332:7 346:3
351:6 353:3,4
355:14 358:15
366:7 372:2
373:1 376:4,4

378:12 386:19
386:20 390:3
392:21 394:23
401:11 408:4
408:20 409:16
415:24 416:5,9
425:11 426:11
429:22 430:1
434:3,6 449:8
471:5,7 479:6
480:12 490:3
507:10
**Golkow** 1:20
13:5
**Gonzalez** 183:4
**good** 5:10 14:6,7
68:1,2 84:2
153:14 204:3
216:24
**gosh** 226:12
**Gotcha** 270:19
**gotten** 172:8
441:17
**govern** 206:10
**government**
39:13 91:15
94:19 95:24
277:18 462:13
480:11
**governmental**
103:10
**governs** 352:5
**grab** 352:10
**grade** 65:13
117:11 205:17
318:17 319:1
321:1 385:20
397:19 398:12
398:16,18,21
399:3
**grades** 64:16,24
65:6,12,14,23
65:24 66:17,22
279:5
**gradient** 323:19
**grand** 218:20
220:20

**grant** 71:15
307:13 360:5
**Granville** 80:2,2
**graph** 425:22
**graphed** 397:6
425:21
**Gray** 1:15 13:17
508:12
**great** 199:2
507:4
**greater** 62:14
141:19 394:10
419:18
**greatly** 197:20
**Greg** 471:20
**grew** 400:6
**grey** 265:15
**group** 70:7 72:8
84:19 95:2
103:22 122:8
132:14 194:16
344:3 500:11
500:16
**Group's** 96:10
**groups** 94:12
209:15
**growing** 260:3
**growth** 280:4
283:3
**grunerite** 467:6
468:17
**guess** 197:11
287:3,5 414:11
414:12 476:1
**guy** 352:20
**gynecologic**
132:13 231:17
**gynecological**
19:12 132:13
153:4 265:17
268:10,12
**gynecologist**
19:7
**gynecology** 18:6
20:8 329:9,13

———————
**H**
———————

Brooke T. Mossman, M.S., Ph.D.

Page 536

**H** 4:11 5:2 6:2
7:2 8:2 9:2
10:2 11:2
**Hadley** 5:7
79:24 80:24
**half** 29:22
216:23 407:17
452:2
**hallmark** 52:19
53:7
**Hamilton**
339:15,22
340:2 341:19
344:21
**hand** 76:22 82:6
277:1
**handed** 312:10
**Handwritten**
9:16
**Hansen** 211:16
**happen** 343:24
**happened** 222:5
256:14
**happens** 304:14
335:20 343:15
**happy** 144:8
**Hartge** 230:22
**hazard** 288:5
**hazardous**
121:16
**head** 475:8
**heading** 132:24
**healing** 281:22
282:6 289:5,6
**health** 10:19
84:7 91:21
92:12,12,16,17
97:9 103:10
108:24 114:9
115:24 137:15
148:20 156:2
157:9 183:3,4
196:23 197:5
223:3,14 224:8
228:18 277:24
278:2,4 316:5
319:15 320:22

334:4 360:6
455:14 462:15
463:1,13,17,22
463:23,23
464:1,1 465:13
465:13,21,23
465:24 466:10
466:17,19
467:8,22
468:14 475:6
475:18 476:7
476:11 483:24
492:1
**healthy** 44:22
45:8 343:15
**heard** 81:21
91:8 228:13
277:13 286:13
286:21,22
287:14,19
291:15 305:11
331:6,8 464:16
465:2 469:15
**heavily** 320:15
326:8
**heavy** 169:7,10
169:13,16
170:1 190:7,12
489:12,23
490:6
**held** 1:14 13:9
199:15 277:7
351:9
**Heller** 291:10
338:5,13 339:5
339:7
**help** 28:10 80:15
85:13 198:23
**helpful** 354:2
472:19,24
**Henderson**
291:11,11
**hereditary** 56:2
**HGSC** 278:20
284:8
**hidden** 7:18
264:9 265:1

**hierarchy** 32:21
35:20
**high** 37:9 117:11
170:2 174:10
245:17 259:4
268:17,20
272:15,23
283:1,11
287:21,22
318:17 319:1
321:1 369:13
372:8 385:15
390:20,21
391:7,14,17,24
392:6,7,16,18
393:2,20
395:12 396:6
417:5,6 418:5
418:14,24
419:8 420:15
420:23 422:7
423:3,8 424:7
453:24 490:2
503:18 505:1,5
505:22
**high-grade**
278:19 284:7
**high-impact**
86:20 87:17
88:4 492:9
**higher** 43:11
47:20 48:13,15
49:5 141:24
356:18 358:16
358:18 369:6
370:1,5 371:14
372:8 373:5,11
375:14 376:9
378:19 379:19
380:21 381:13
381:15 389:9
394:14 395:13
402:19 407:13
504:12 505:2
**highest** 48:7
49:12 369:17
**highlighted**

415:4
**highly** 80:20
245:18 265:17
300:18 334:21
411:3,20 414:4
415:10
**Hillegass** 9:12
9:13 45:22,22
46:12,18 47:9
165:9 352:9
353:11,15
354:19 364:13
364:20 365:2
365:19 366:1,3
369:3 377:5
381:10 388:18
396:19,21
412:3,16
425:24 427:2
427:20 430:4
431:20 434:13
440:1 491:23
492:16
**histological**
117:7,18
118:16 319:16
**histology** 320:18
**historic** 92:21
**historical**
172:21
**historically** 91:8
95:22 351:20
485:12
**histories** 143:13
**history** 133:7,8
133:9 144:1,13
144:15 145:21
147:11,21
**histotypes** 118:4
**hold** 89:22 126:1
127:16 133:1
136:14 150:17
176:20 236:24
276:14 286:18
329:12 351:7
353:4 376:3
419:3 421:20

422:23 439:4
459:12
**homeostasis**
57:13 58:21
282:5 283:17
**homo** 366:18
**hopefully**
214:10
**horizontal**
355:12
**hormonal**
300:19 301:5
328:10 331:11
**hormones**
328:24
**hospitals** 106:3
**host** 173:2,7
302:3
**Hotel** 1:14
**Houghton** 326:7
326:14 327:20
331:20
**hour** 76:3
216:23
**hours** 46:9
47:20 48:14,15
49:5 369:7,12
369:21 370:7
370:10 371:16
372:12,22
373:6,11,17
374:6,14 376:8
376:17 379:6,8
381:16 382:2
386:6 388:3
390:16 391:6,9
392:16 394:14
395:13 396:7,7
400:14 405:6
407:13 418:13
418:21,24
454:1 497:9
503:14 504:17
**Houston** 265:6,8
**huge** 173:2
374:16
**human** 9:7,19

10:7 19:24
20:15 27:5,21
29:8 30:8 33:9
35:15 36:9
37:1,16,19,24
38:3,5,22
39:22 40:3,18
41:2,20 42:3
54:20 61:12
66:7 84:19
117:19 120:24
121:8 162:22
163:1 168:8,22
191:10 194:24
196:23 198:19
210:7 302:8
303:23 340:7
349:1 365:12
366:16 377:24
382:7 384:19
397:12 400:1
402:1 409:18
410:10 421:24
423:13 427:13
449:21 451:19
451:20 452:2
452:23 459:17
460:15 463:22
464:3 484:20
485:5 494:16
**humans** 37:6
38:14 39:10
191:6 192:21
194:2,16
198:21 381:12
384:18 457:9
**Huncharek**
289:19 290:13
292:4,24 336:2
**hundreds** 454:6
477:14
**hydraulic**
323:18
**hydrogen** 60:15
**hygienist** 72:13
**hypotheses**
258:22 338:2

350:20
**hypothesis**
213:16 214:3
214:17,24
218:15 220:15
225:5,7 232:2
233:20 235:22
256:21,24
257:2 273:4
274:3,5,9,17
275:16,18
402:24 415:19
415:20
**hypothesized**
213:22 223:13
**hypothesizing**
274:12
**hysterectomies**
328:18
**hysterectomy**
327:9,24 328:8
328:13 331:22
333:2 334:13
334:17

---

**I**

**IARC** 6:24
36:16 38:7,21
39:14 40:1,7
120:16,23
121:6 122:6
152:5 176:17
177:7 181:18
181:19 191:9
192:6 194:10
194:24 343:12
343:22,23
344:4,17,18
345:16 363:20
363:24 377:22
381:11 385:16
438:6,8 442:13
446:5 449:24
480:1
**idea** 44:18 83:14
94:1 98:1,2
119:4 297:9

452:21 463:5
472:17 486:1
**ideas** 256:10
**identification**
14:23 16:3,18
58:5 77:1
79:20 82:9
83:20 88:20
92:2 96:19
110:20 113:22
114:1 121:21
122:13 132:5
158:4 188:8
189:15 191:21
196:14 219:7
222:16 226:9
237:3 264:3
277:4 299:17
304:21 308:6
312:6 315:6
322:17 346:6
352:14 353:8
353:18 358:23
366:10 388:23
401:15 408:7
409:13 463:9
465:6 466:19
470:21 492:11
501:19
**identified** 84:18
187:15 235:18
465:14
**identify** 33:7,16
33:18 34:6
**identifying**
190:1
**IJOEH** 97:16
98:16
**IL-6** 403:22
404:19 405:3
405:19 407:11
**IL-8** 50:11 60:17
403:21 404:18
405:2,11,12
407:10,19
**Ilgren** 470:4
**ill** 159:14 475:6

475:18
**Illinois** 3:19
**illnesses** 92:24
**illustrated** 236:7
493:13
**IM** 10:23
**IMA** 71:12
359:14
**imaging** 213:6
**imbalance** 43:13
301:14,16
**Imerys** 71:10
158:9 176:8
182:1 200:1
201:10 250:15
251:9
**immediate**
94:22 282:7
**immortalized**
384:7,10,12
**immune** 57:5
281:20 282:13
282:17 283:4
285:5,6 289:3
**immunity**
324:21 325:10
**immunogenicity**
227:20 228:1
**impact** 11:6
267:14 286:24
287:8,22
491:12,15,17
491:20 492:14
505:22
**impairment**
301:19
**impartial**
464:20
**impenetrable**
493:17,22
494:5
**imperative**
509:14
**implemented**
467:14
**implementing**
466:8

**implicated**
308:20 309:18
410:23 411:9
411:15 413:23
**implicates** 231:3
231:14
**implicating**
382:5
**implies** 138:10
**importance**
144:23 271:16
**important** 23:1
30:19 31:4,8
31:11 32:4
33:7,17,21
34:5 56:18
62:20 119:16
140:14 143:19
146:17 172:11
180:10 181:10
182:12 232:15
233:17 247:4
254:21 255:9
261:12 266:9
284:5 304:5
306:1,9 309:10
310:5,22
322:10 328:11
368:18 423:2
452:12
**importantly**
470:1
**impossible**
33:17,18
**impression** 54:1
**impressive** 94:9
**improper**
106:19 235:5
**In-Spec** 103:19
**inadequate** 94:4
**incentive** 104:2
**incessant** 119:9
119:12,15,21
119:24 120:7
**incidence**
308:21 309:18
402:17 482:19

Brooke T. Mossman, M.S., Ph.D.

incidences 403:1
incipient 487:7
include 82:20
   94:14 103:7
   178:3 260:7,17
   440:7 455:21
included 16:13
   20:18 71:16
   263:10 284:20
   346:23 368:17
   425:17,18
   466:24
includes 69:9
including 25:24
   61:7,13 64:11
   82:21 149:6
   218:11 220:11
   266:10 278:18
   282:14 295:16
   296:7 297:13
   298:19 309:14
   310:6,13
   329:22 330:16
   348:7 363:7
   377:24 392:21
   404:7 426:5
   445:23 464:11
   464:24 476:17
   478:1
income 68:24
incomplete
   85:20
inconsistent
   292:1 309:11
incorrect 73:7
   247:19
increase 33:9
   34:8 105:7
   143:14 146:2
   146:21 147:7
   149:3,20 150:4
   150:7 157:13
   183:6 185:5
   235:22 280:5
   282:2,11,15
   320:12 322:4
   326:10 371:23

372:1 422:18
428:13 482:11
503:1 504:5
increased 46:24
   47:1 49:11
   50:4,8 139:19
   141:4 147:18
   150:11,20
   151:2 184:2
   224:20 230:3
   256:3 279:21
   290:7 292:11
   293:1 310:14
   319:18 320:17
   321:20,20
   324:22 369:23
   396:2 429:10
   432:23 482:18
   490:21
increases 184:16
   253:11 255:15
   375:18 394:5
   419:2,16 502:6
   504:3
increasing
   255:15 276:3
   306:21 363:19
increasingly
   188:10
independence
   97:20 99:6
   102:23
independent
   91:6 104:18
   153:16 465:17
Index 12:2 79:3
indicate 50:4
   131:10 138:4
   140:17 160:3
   241:18
indicated 51:16
   175:17 186:8
   284:24 420:21
   431:14 446:12
   479:11 482:12
indicates 134:3
   240:2

indicating
   241:13 483:1
indications
   313:22
indicative 51:10
   400:20 484:14
indisputable
   349:22
individual
   154:21 291:3
   350:4 469:15
   470:11 489:11
individually
   400:23
individuals 72:9
   79:10 100:24
   108:13 140:17
   142:19 183:2
   233:5 234:23
   309:8 338:8
   345:8 448:11
   484:9 485:13
   487:24 494:3
indoor 93:24
   94:2
induce 45:8
   53:12 54:10,12
   241:15 254:20
   254:24 259:16
   306:21 309:22
induced 59:1,16
   206:1,22 209:7
   210:14 304:18
   362:21 363:5
   385:4 447:2
   448:7
induces 55:12
   163:4 405:21
induction
   261:16 329:20
   480:21 481:13
industrial 65:10
   65:11 67:7
   70:20,24 72:12
   176:5 178:10
   182:15 205:17
   249:22 385:20

398:3 441:19
471:18,22
480:6 499:16
499:20
industrial-gra...
   455:5
industries 103:9
industry 74:15
   75:4,10 76:21
   85:17 93:22
   94:11 104:3,11
   104:14,24
   105:1,12,13,14
   360:14,21
   361:2,18,24
industry's 91:19
   99:1
industry-fund...
   98:12,24 105:4
industry-spon...
   105:9
ineffective
   306:23
inert 335:22
   342:18 385:6,8
   385:9,11,16
   386:4,15,24
   387:6 393:3
   395:4,6,8
   454:4
infection 281:24
   285:11 330:15
   330:16 343:20
infiltration
   282:16
inflammation
   7:16,18,21 8:8
   8:10 34:20
   35:5,8 42:10
   56:18 60:18
   119:22 120:9
   162:6,14,22
   163:5,9 218:8
   218:10,15,19
   220:1,6,9,15
   220:19 224:20
   228:1 230:1

231:4,14 232:9
232:14,24
233:3,16 234:4
234:9,20
235:24 238:2
238:23 239:11
239:19 240:3
240:16 241:16
241:19 242:2
243:9 244:3,18
248:23,24
249:3,4,7
251:18 252:13
252:15 253:9
256:22,23
259:1 260:5,22
261:9,16 262:7
262:22 264:8
265:1 266:2,8
266:16 267:2,7
267:22 273:12
276:4 278:6,15
279:3,17,20
281:4,15,19,22
282:22 283:1
283:11,16,23
284:5,12,18
285:8,13,18
286:7 288:4
289:8 293:17
294:15 304:19
305:5,21,24
306:20 307:9
307:18 308:10
308:22 309:5
309:10,12,19
309:23 310:18
310:21 311:6
316:6 317:2
324:17 325:9
325:18 405:22
411:1,17 414:1
415:13 489:24
490:4 503:12
506:12
inflammatory
   7:22 50:12

Brooke T. Mossman, M.S., Ph.D.

59:2,17 223:10
227:19 234:21
240:7 241:21
251:24 252:21
254:20 255:1
258:9 260:8
272:18 273:1,8
273:19 274:2
274:13,23
275:2,7 278:6
279:18,22
281:4 282:3,8
288:23 291:6
307:6 350:13
403:5
**influence** 55:23
78:18 99:2
105:12 119:17
**information**
42:4 146:15
161:13 164:11
180:19,22
181:18 229:20
286:9 335:10
354:2,10
431:21 432:12
433:9,20 434:2
434:9,20
437:20 441:3
449:15 466:4
486:7 487:22
**infrequent/no...**
313:15
**ingestion** 348:20
349:7
**inhalation** 170:4
174:16,22
179:2,7 207:4
210:16 321:16
323:5 324:19
348:20 349:6
477:10 483:13
**inhaled** 8:19
164:6,12
322:22 323:12
348:15
**inhibitor** 503:11

**inhibits** 289:6
**inhouse** 74:8
**initial** 197:23
**initiate** 289:4
**initiated** 306:13
306:19
**initiation** 266:22
267:8,12,18,22
274:24 275:9
278:16 279:4
301:23 302:5
304:13
**initiative** 92:21
183:3
**injected** 149:7
**injection** 170:3
477:11
**injure** 215:11
**injury** 119:23
148:12 213:16
214:20 215:6
410:8 493:18
**innate** 282:12,16
285:4
**innocuous**
410:10
**input** 464:5
**Inserm** 463:3
465:1
**inside** 343:4
349:1
**insignificant**
136:16,19
137:7,12,17
387:8 394:16
396:12,16
425:20
**insisting** 105:8
**instance** 190:6
**instances** 159:2
**instilled** 479:13
**Institute** 103:23
277:23 305:3
455:13
**institutes** 277:21
278:2,3 360:5
456:2

**institution**
360:12
**institutions**
106:2 361:6
**INSTRUCTI...**
509:1
**insults** 298:4
**intake** 293:19
294:17
**integral** 453:14
**integrity** 57:13
58:21
**intelligence** 7:6
196:18
**intended** 115:24
**intent** 362:18
**intentionally**
464:9
**interacted**
443:20 464:23
**interaction**
352:5 440:15
440:23 441:11
**interest** 97:18
102:22 104:21
105:16 362:3
**interested** 50:7
51:3 81:7
188:12 351:15
410:16
**interesting**
312:13
**internal** 158:8
159:3,9 176:21
181:24 182:4
201:6,10
250:13 251:8
480:23
**internally** 200:1
200:2
**international**
94:7 97:8
98:12 103:4
108:23 114:8
245:14
**interplay** 302:2
**interpret** 187:6

**interpretation**
128:19,21
**interpreted**
474:16
**interstitial**
323:14
**interstitium**
323:16 494:21
495:5
**intraepithelial**
244:19
**intraperitoneal**
477:11
**intrapleural**
477:10
**intriguing**
274:16 275:16
**introduced**
341:24
**introduces**
80:18
**introduction**
265:16 268:7
269:13,20
270:18
**intuitive** 353:24
**invasive** 117:10
284:19
**inversely** 294:19
**investigator**
305:9,13
**invoices** 4:16
15:5
**invoked** 251:18
252:15
**involved** 18:16
28:4,9 107:21
108:15 176:9
260:5 301:23
303:21 360:15
360:21 361:3,6
361:18,19
363:24 401:4
403:17 427:20
**involvement**
87:5,23 96:10
102:11 109:24

111:1 267:11
364:1
**involves** 259:2
282:8 334:23
**IO** 423:22
**IOSE** 418:22
419:20 423:13
424:11
**iron** 25:2,4,6
26:9
**irritants** 282:1
**irritation**
223:10 225:6
317:1
**isolated** 400:22
**ISRTP** 94:9,13
98:14 103:5,13
103:14 104:24
105:10
**issue** 67:16
80:22 97:16
181:13 182:14
249:16 250:4
474:15
**issues** 18:16
70:10 156:13
360:16,22
361:4,20 371:9
464:1
**Italian** 500:2
**Italy** 178:23
399:18

---

**J**

**J&J** 160:2
399:16 485:19
485:24 487:19
**JACK** 3:3
**Jack.frost@d...**
3:5
**JAMES** 3:17
**james.mizgala...**
3:20
**January** 77:5
125:12 323:1
436:8 475:3
**jargon** 124:5

Brooke T. Mossman, M.S., Ph.D.

Page 540

**Jedd** 353:15
**Jeffrey** 367:4,5
  368:7
**Jersey** 1:2 3:4
**Jia** 8:12
**JNJ** 6:8,20 9:8
**job** 204:3 312:13
**John** 72:12
  79:24 80:4
  81:14 472:3,12
  473:12
**John's** 473:12
**Johnson** 1:4,5
  3:10,11 70:9
  70:10,18,18
  72:21,22 158:9
  158:9 159:10
  159:10 160:13
  160:13 161:20
  161:20 179:13
  179:22,22
  180:12,12
  181:24,24
  187:9 189:19
  189:19 200:1,1
  201:6,6 247:9
  247:10 250:14
  250:14 251:9,9
  486:9,9,12,12
  486:24,24
**Johnson's**
  179:13 187:10
  500:3
**joined** 82:23
**journal** 11:6
  84:7 91:3,6
  93:23 95:10,23
  97:7,8,20 98:9
  100:22 102:15
  102:17,24
  103:2 104:16
  105:8,19
  108:13,23
  109:1,4,14
  110:16,18
  111:15,18,23
  114:8,11,21

177:1 264:13
264:21 277:13
286:12,19
287:1,8,13
291:14 300:12
362:6 421:11
421:13 491:11
491:12,24
492:5,9,21
**journal's** 103:8
**journals** 79:2
  86:21 87:17
  88:5 90:3,4,17
  93:22 98:19
  99:9 100:12
  111:10 287:21
  437:4 438:4
  505:22
**JR** 2:3 3:3
**Julie** 471:16,19
  471:19
**July** 463:15
**Junius** 77:6

___

**K**

**Karageorgi** 11:9
  500:10,20
  502:21
**keep** 68:6
  122:19 219:12
  415:24
**Kelse** 72:12
  472:3,12
**kept** 393:13
**key** 5:8 7:13
  8:11 82:13
  83:9 237:16
  238:15 308:10
  318:10
**kicked** 43:8
**kill** 260:24
  358:15
**kind** 59:4 473:2
**kinds** 44:13
  59:18,24
**Kirsten** 100:11
**knew** 195:20

472:5
**know** 38:23
  45:13 47:24
  54:18,22,22
  65:21 66:17
  67:12 70:15,16
  70:17 79:4
  82:3,14 91:9
  91:14 94:20
  96:9 102:14
  103:2 107:15
  108:20 113:10
  117:13,23
  118:15 132:16
  133:4 139:10
  139:14,15
  142:24 143:22
  144:3 145:8,9
  147:14 148:13
  148:21 153:2
  155:24 157:8
  158:16 161:7
  162:4 171:3,14
  175:5,10,12
  177:15,17,20
  178:12 179:16
  180:10 181:11
  182:8 185:9,13
  185:16 187:7
  188:7 189:17
  189:22 190:11
  190:19 199:23
  209:11 221:16
  222:5 228:12
  228:15 256:14
  272:4 280:24
  284:12,14
  286:23 290:20
  296:21 298:10
  301:6 305:10
  305:16 318:5
  326:22 329:3
  340:24 345:16
  349:6 352:21
  373:16 383:9
  385:23 386:1
  387:10 398:20

399:11 400:14
401:1,8 405:21
406:5 411:21
414:9 426:18
428:4,24
439:23 450:10
451:12 452:13
461:5 469:13
470:5 472:4
473:12 478:8
479:17 481:21
485:23 488:4
489:10 495:8
495:10,14,15
495:18,24
496:7 497:8
500:7 502:11
504:10 506:9
506:13
**knowledge** 71:6
  92:10 180:3
  200:8 204:6
  228:16 361:5
  427:11 468:14
  505:14
**known** 34:23
  35:2,9 42:12
  42:17 94:4
  120:24 121:7
  188:2 191:10
  194:24 198:19
  304:5 403:16
  407:7 447:11
**knows** 67:5
**Kodak** 103:18
**Kodavanti**
  470:4
**Korea** 399:19
**Kuntz** 345:12

___

**L**

**L** 1:15 2:13
  508:12
**lab** 53:23 424:19
  445:4
**label** 175:18
  177:14

**labeled** 345:14
**labia** 341:11
**Labor** 463:18
**laboratories**
  173:1 467:15
**laboratory**
  17:16 172:24
**Labour** 466:14
**lack** 97:18
  102:22 129:24
  147:16 505:14
**lacks** 114:23
**Langseth**
  256:16 336:2,7
**large** 98:22
  118:8,9 313:11
  382:23 410:4
  446:5 474:4
**largest** 160:13
**larynx** 194:5
**late** 266:9
  268:21 284:13
  304:6,9,10,17
  306:6 309:7,12
  310:22,23
  474:18
**latency** 78:2
  148:10,12,15
  148:21 175:10
  450:10
**latent** 148:12
**latest** 267:6,21
**laughing** 506:3
**launch** 85:4
**Laura** 489:2
**Lauren** 128:19
  128:22
**LAW** 2:3
**Lawlor** 3:24
  13:4
**lawyer** 29:23
  75:9
**LAWYER'S**
  512:1
**lawyers** 84:3
  105:13
**lead** 51:20 52:10

Brooke T. Mossman, M.S., Ph.D.

52:23 55:3
61:14 64:13
84:9 119:3,13
128:12 163:10
163:19 168:9
168:23 211:2
242:3 243:9
346:14 401:18
403:4
**leadership**
94:16
**leading** 223:10
239:12,20
240:17 245:15
245:19 251:19
252:16 301:18
324:22 410:8
464:24 506:12
**leads** 240:24
403:6 451:3
**leap** 435:2
**learn** 81:17,20
**learning** 89:16
**leave** 21:10,15
24:20 444:4
480:12
**Leavitt** 23:12,18
24:3 26:4,24
29:17 31:17
44:9 72:2
207:24 211:18
212:16 214:7
215:13 224:15
**left** 111:17
265:15 277:16
505:10
**legal** 94:1
**legislative** 466:7
**LEIGH** 2:8
**leigh.odell@b...**
2:10
**leisure** 464:13
**lends** 336:9
**length** 62:15
481:21
**lesions** 244:4
306:12 487:9

487:23
**lesser** 461:22
**let's** 23:11 29:17
31:12 44:8,11
61:21 64:23
89:24 90:13
105:20 109:6
112:1,1 113:14
114:4 140:11
140:24 150:18
150:22 184:5,5
195:9 198:11
215:21 222:1
222:24 236:18
246:19 262:18
264:24 265:14
265:15 274:21
275:20 276:14
295:20 299:9
307:22 314:4
323:8 324:3,13
352:18 353:5
353:10 355:22
366:5,5 372:15
377:4 380:19
386:8 387:18
397:5 415:22
419:5 423:21
427:2 441:22
443:21 445:7
463:6 468:11
471:4 480:3
485:17 491:7
492:7 494:8
**lethal** 231:17
265:17
**letter** 4:21 5:6
9:13 77:6
78:21,24 79:15
79:23 97:14
100:23 101:11
101:13 105:18
107:17 109:2
161:18 350:3
426:23 486:15
**letters** 353:13
**level** 51:16

53:21 241:13
504:1
**levels** 9:17 29:6
30:7 37:14
279:22 283:1
359:3,6 396:2
428:11 482:23
484:12,18
485:3,11
495:10
**LHG** 1:6
**LIABILITY** 1:6
**Library** 277:22
**life** 452:2 464:11
**lifetime** 472:16
478:1,13 479:9
479:15
**ligate** 333:15
**ligation** 288:18
327:8,23
328:13,19,20
330:14 331:1
331:21 332:6
332:14 333:2
334:10,16
**ligations** 329:23
330:9,19
331:13 332:2
**light** 8:21
346:10
**liked** 158:22
188:1
**limit** 458:17
460:23
**limited** 474:14
**limits** 460:15
**line** 12:6,9,12,15
24:17 27:13
29:20 32:3
34:4 44:12
55:17 73:14
106:18 118:22
127:21 165:16
166:1 167:10
208:21 211:21
214:14 271:3
365:13 372:11

374:2 384:5
404:7 429:23
430:2,19 433:6
474:10 493:15
494:11 496:6
510:4 512:2
**lined** 494:19
**lines** 143:10
198:15 213:2
220:5 269:15
270:23 284:4
302:23 303:11
308:18 384:18
384:19 403:20
404:5 405:1
410:21 496:4
**link** 238:19
333:1
**linked** 120:8
163:14 228:2
236:8 240:8
247:5 267:2
279:3 286:6
328:2,15
410:24 411:17
414:1 415:13
**linking** 253:9
502:19
**links** 414:4
435:17
**lipids** 261:2
**list** 85:19 86:7
90:17 120:16
124:9 236:16
242:17 254:8,9
467:17
**listed** 6:6 83:8
86:23 101:22
112:22 113:3
120:21,23
132:12,17,23
190:15 195:13
198:6,9 242:8
258:5 311:18
312:24 318:5,9
367:11 476:1
500:11

**Listen** 286:23
**listing** 5:8 82:13
83:9 122:2,4,7
195:4,12,16
**lists** 111:9
134:11 136:4
**literally** 301:15
**literature** 60:8
75:9 77:17
100:17 115:22
125:8 126:19
129:23 130:4
134:2 135:19
137:9 138:22
159:6,17
176:24 181:1
185:24 186:11
204:13 225:19
226:2 229:3
239:6 241:22
241:23 260:1
349:16 426:12
436:19,23
437:7,8,23
441:17 470:12
481:10 506:10
**litigation** 1:7,20
13:5,11 68:15
68:20 69:7
72:19 73:5,11
86:23 87:5,19
95:7 96:11
99:3 108:16
176:9 243:13
245:24 246:14
246:24 247:11
247:12,14,21
250:5 360:15
360:22 361:3,7
361:8,13,14,20
464:17 485:22
486:11 506:11
**little** 16:22
26:21 29:13,14
44:7 65:7
69:23 72:24
102:14 116:7

Brooke T. Mossman, M.S., Ph.D.

Page 542

147:13 269:11
417:9 480:7
**Liu** 7:20 264:14
265:3
**lives** 93:7
**LLC** 3:21,21
**LLP** 3:3,7,12,17
**local** 223:9
225:6 227:20
228:1
**localized** 232:23
325:17 346:1
**locally** 164:13
**location** 487:9
**lock** 44:20
**lodge** 34:15 64:7
235:3
**lodged** 34:17
288:17
**long** 62:14 68:3
78:2 209:12
216:21 330:1
435:2 446:15
452:16
**long-standing**
74:4
**long-time**
345:21
**longer** 79:11
**Longo** 180:6
186:14 189:17
200:2 201:14
480:22
**Longo's** 180:22
**look** 24:11 44:8
48:21 52:20,21
84:11 88:12
90:8 93:14
99:21 101:8
107:3 112:1,5
113:14 114:4
114:21 125:23
144:2,3 146:11
148:3 149:17
151:11 155:6,6
155:14,15
159:24 167:7

177:13 183:12
186:22 190:3
192:10 197:10
198:12,13
224:4 229:15
231:24 232:23
234:19 235:9
235:12 236:18
237:9 256:12
256:23 257:19
273:11 274:21
287:10,11
288:9 293:7
295:7 296:11
298:4,14 318:4
319:23 320:5
321:8 326:2,22
326:23 334:7
338:2,18 339:1
340:3 341:23
348:4 352:22
355:9,13
358:17 367:2
367:10 369:5
370:10,19
371:2 373:10
375:19 376:6,7
377:4 385:2,13
386:8 387:11
387:14,18
390:10 391:1
393:18 397:5
398:9 403:15
403:21 405:16
410:4,14
413:19 414:20
417:20 418:17
423:3,21 427:4
429:7,17 431:8
438:22 456:18
456:18 463:6
464:18 469:20
483:10,23
487:21 492:17
500:24 502:24
505:4
**looked** 25:1,4

77:20 123:12
138:1 142:11
147:9,20
149:22 151:12
151:23 152:1,4
152:9 153:24
154:2 164:9
166:6,14,16
173:2,17 174:4
175:2 179:19
181:2 183:15
184:8,24 185:4
186:14 202:7
202:15 204:12
209:16 210:9
213:23 233:2
240:5 244:11
249:21 250:19
271:21 311:22
318:14 337:20
339:8,23
345:14,23
348:6 365:15
365:17 368:14
369:12 370:24
370:24 371:19
374:12 396:9
412:4 413:21
413:21 415:18
436:21 437:12
437:14,17
438:5 452:15
462:10 478:9
478:24 479:5,8
479:18 480:22
496:4 502:22
**looking** 18:6
25:6 82:19
83:2 100:21
110:1 114:14
138:22 140:16
159:3,5 160:7
199:8 232:7
234:3,23 242:6
246:6,7 286:14
332:2,8 336:23
337:3 338:11

339:11 348:3
356:1 371:1
375:21 381:9
387:20 390:18
392:13,15
394:17 400:9
407:2 413:13
425:4 432:17
432:18 435:7
435:15 452:23
482:8 501:17
**looks** 42:2 77:7
95:20 101:12
141:13 297:15
307:13 342:21
409:22
**lost** 65:7 270:13
**lot** 54:10 91:8
100:16 260:18
295:2 328:21
335:9 344:19
349:8 408:24
489:21
**low** 43:9 369:12
369:21 371:19
375:23 377:19
388:12 390:20
391:5,24 392:5
392:15,18
394:13,15
417:1,16 423:9
504:1,22 506:6
**low-impact**
286:12,19
287:13 491:11
**lower** 142:2
287:6 288:20
288:21 313:14
313:15 369:16
379:1,9 380:4
382:2 424:5
**lowest** 369:24
379:15 457:10
457:13
**LP9** 430:19
**LP9/TERT-1**
419:19

**lubricant**
160:16
**lumping** 39:6
**lunch** 215:18
216:7,17
217:14 218:3
**lunches** 216:8
**lung** 17:18 19:21
37:20 77:23
78:9 79:4
80:19 86:8,8
170:13,18
171:11,24
172:9,15 190:4
194:4 206:11
210:13,20
213:15 214:19
234:7 248:11
248:16 271:22
321:16 323:16
378:4 448:6
450:15 490:21
495:2
**lungs** 205:24
206:22 447:1
**Luzenac** 71:4,8
71:10,16 158:9
201:10 475:7
**lymph** 346:13
346:22 347:3
347:19 348:3,8
348:13,19,24
**lymphocytes**
60:18

---

**M**

**M** 3:8
**M.D** 265:5,7
**M.S** 1:13 4:5
13:20 508:8
511:16
**ma'am** 18:10
19:4 47:2,19
55:15 98:4
100:1 101:2,21
110:23 135:12
135:20 140:3

Brooke T. Mossman, M.S., Ph.D.

Page 543

| | | | |
|---|---|---|---|
| 192:14 200:24 244:6,23 247:7 249:24 270:17 270:17 287:4 287:12 370:21 372:18,24 379:14,17 381:23 382:10 383:6 391:10 392:23 412:18 412:18 433:4 499:23 | manipulated 342:3 manufacture 75:14 manufacturer 160:15 manufacturing 94:15 manuscript 273:6 manuscripts 89:11,18 mark 113:16,18 219:1,10 221:7 | 305:6,21 **MARKETING** 1:5 **Maryland** 93:7 mass 323:17 mast 282:15 **Master** 107:24 108:1 master's 18:4 20:7,11 masters 329:19 330:1,7 material 21:9 40:24 63:3 | matter 13:10 25:10 30:24 33:14 39:14 40:8 201:7 224:3 226:18 227:5 342:16 459:20 494:6 matters 69:10 maximum 364:8 368:3 **McConnell** 470:3 **McDonald** 8:23 346:13 |
| macrophages 282:14 289:1,2 magazine's 471:22 magnitude 364:14 365:23 374:17 388:14 392:19 429:9 maintain 57:13 58:20 major 94:14 243:7,11 267:10 440:2 majority 68:24 118:9,10 150:2 150:9,13,24 200:6,7 263:15 382:23 383:9 | 222:2,9 226:5 305:1 346:3 366:7 417:16 marked 12:14 14:22 16:2,17 58:4 76:24 79:19 82:8 83:19 88:19 92:1 96:18 110:19 113:21 113:24 121:20 122:12 132:4 158:3 191:20 196:13 219:6 219:15 222:15 226:8 237:2 | 338:7 340:5 341:15 342:1 452:23 490:2 500:3 materials 4:18 7:14 16:7,10 16:11 21:5 22:13 23:3,10 25:24 42:5 62:11 80:7 112:19 154:15 164:16 169:1 172:3 189:8 190:2 206:14 207:4,17 223:5 237:17 242:7 | **McElveen** 4:22 77:6,13 **MDL** 13:11 129:10 218:6 220:24 485:20 485:22 486:10 **MEAGHER** 3:7 mean 17:6 23:23 26:22 31:3,8 33:21 44:14 67:24 81:11 87:3 107:12 108:6 118:18 122:10 124:12 125:1 127:3 150:9 161:8 |
| making 92:24 135:5 371:6,8 376:11 386:12 malignant 44:24 45:9 80:18 163:7 284:8 402:10,14,18 402:20 403:2 403:17,23 406:22 407:7 man 78:3 276:16 management 466:9 manager 473:6 475:9 managing 100:11 | 264:2 277:3 299:10,16 304:20,24 308:5 312:3,5 315:5 322:16 346:5 352:13 353:7,17 358:22 366:6,6 366:9 388:22 401:14 408:6 409:12 463:8 465:5 470:20 492:10 501:18 markers 8:8 44:14,16 45:2 232:8,10 233:3 234:3,5,21 | 242:17 243:11 247:8,13 258:3 264:17 311:12 311:18 313:1 318:1,11 344:16 346:19 346:20 347:14 348:16,16 351:16,21 352:2 359:22 360:3 363:2,5 369:22 386:15 390:4 394:17 422:16 423:8 443:7 444:3,8 444:15,19 447:11 482:6 | 211:21 216:5 254:10,22 276:7,17 291:18 380:20 389:23 424:20 497:8 498:18 499:3 meaning 53:20 494:23 meaningful 104:17 means 17:7 128:10 162:4 231:7,8 254:23 276:12 277:20 297:9 306:10 306:11 341:1 |
| | | | 396:13,14 398:18 474:16 508:20 meant 246:11 260:24 325:7 measure 21:23 213:13 445:4 measured 22:12 23:2 25:23 213:9,24 measurements 212:6,10,22 213:8 mechanical 213:16 214:20 215:6 mechanism 56:1 120:1 230:2,16 231:5,15 238:3 238:24 239:12 239:19 240:4 240:16,24 251:19 252:16 256:21 262:2,6 297:8 321:18 334:21 345:9 347:4 489:13 490:21,23 mechanisms 32:19,24 34:21 42:11 55:1 77:19 119:2 223:12 227:21 227:23 295:15 296:7 297:5,13 298:1,18 341:9 341:11,12 343:19 mechanistic 151:22 440:9 media 85:15 117:3 217:20 314:17 416:10 mediating 50:11 mediators 7:22 278:7 279:22 281:4 289:4 |

Brooke T. Mossman, M.S., Ph.D.

Page 544

**Medica** 79:3
**medical** 18:13
  19:20 20:11
  130:3 131:19
  132:10,19
  133:21 134:10
  135:14 136:2
  313:22 474:6
**medicine** 17:17
  83:4 277:22
  402:6
**meet** 79:5
  455:20 456:8
  456:23 468:18
**meeting** 73:8
  77:14,16 79:10
  81:2 160:11
  468:18 488:15
  488:16
**meetings** 81:6
  196:8 492:22
**Melinda** 489:9
**member** 81:23
  85:17 86:4,6
  101:19 102:15
  108:12 198:17
**members** 104:5
**membership**
  82:5
**memo** 6:19
  159:9
**menopause**
  310:16
**menstruation**
  307:3 335:14
**mention** 44:12
  404:13 443:11
**mentioned** 54:9
  85:18 86:16,17
  87:14 329:16
  442:7,19,23
**mentioning**
  337:8
**Merck** 103:20
**merited** 501:16
**Merlo** 84:20
**Merritt** 236:12

237:6,21 238:9
251:16,17
252:3 253:7,14
413:14
**meso** 206:1,22
  210:13
**mesothelial** 9:7
  9:19 10:7 46:2
  46:7 49:7,15
  50:23 51:7
  118:21 171:12
  172:10 257:9
  362:22 365:12
  366:17 370:6
  371:12,15
  372:10 373:5
  374:2 375:7,9
  375:14 376:10
  376:16 382:8
  388:5 392:15
  402:2,11 403:4
  404:6,20,21
  405:4 406:2,13
  406:16 409:19
  419:10 421:24
  427:23 430:23
  434:23 435:6
  443:21 503:14
**mesothelioma**
  26:13,20 27:4
  27:21 28:5,19
  37:22 41:10,17
  43:20 45:18
  53:16 54:2
  128:16 194:4
  209:6 210:14
  363:15 377:17
  378:5 402:10
  402:15,18,20
  403:2,17,24
  404:1,4,17
  406:5,9,22
  407:8 445:12
  447:2,18 448:7
  450:4,9 476:16
**mesothelioma...**
  448:14

**mesotheliomas**
  149:9 171:24
  203:12 271:24
  400:16 449:7
  481:13
**message** 358:13
**met** 81:1,14
  489:7
**meta-analyses**
  183:13,14,15
  183:17,19
  184:7,11,12,23
  185:4
**meta-analysis**
  7:11 227:11
  228:17 229:14
  230:19 240:6
  334:6,14
**metal** 190:8
**metals** 169:7,10
  169:13,16
  170:1 190:12
  489:12,23
  490:6
**metastases**
  272:13,14
  280:22,23
  281:6 304:7
  309:9,13
**metastasis**
  268:21 278:8
**method** 188:24
  188:24 189:7
  351:24
**methodology**
  436:11,14
  437:1,22 497:7
**methods** 170:3
  188:9 353:22
  354:12 445:4
  467:14
**methylation**
  297:7,17 298:4
**Michaels** 5:15
  91:10 92:6,8
  93:2 114:7
  195:20 196:4

198:5
**Michelle** 1:15
  13:17 475:1
  508:12
**microarray**
  365:17 393:24
**microarrays**
  420:23
**microbiology**
  367:13
**microenviron...**
  267:14 271:17
  273:14 280:20
**microgram**
  356:24 358:5,8
**micrograms**
  354:5,13,15
  355:7 356:4,6
  357:6,7,9
  358:6,7 359:7
  378:8,21 379:3
  379:21,23
  380:3,24 381:3
  381:6,13
**micrometers**
  46:8 62:15
  355:4,5 356:2
  356:21 378:20
  380:22 386:4
  388:4 400:13
  419:14
**microns** 446:18
**microorganisms**
  493:18
**microscopy** 8:22
  90:19 346:11
**migrate** 288:10
  316:24 326:16
  327:3 333:23
  337:18 344:7
  349:20
**migrates** 328:14
**migration**
  129:24 211:4
  230:11 315:21
  326:23 330:20
  332:22 333:4

334:8 335:7,23
336:5,9,17,22
337:5,8 338:3
338:12 341:14
343:1 344:2
451:4
**Migration/Tr...**
  8:16
**Miguel** 471:20
**milieu** 275:23
**Mills** 257:16
  258:12 336:21
  336:22 337:5,7
**mimicked** 45:6
**mind** 23:13 52:3
  199:3 295:24
**mine** 178:4
  179:8 203:24
  208:3,5,13
  399:8,12
**mined** 66:12
  397:21
**mineral** 7:7 9:11
  9:20 10:12
  21:14 60:23
  61:2,6,10 62:4
  168:17 179:17
  196:20 288:3
  363:4,14
  365:11 366:17
  384:21,22
  409:19 444:10
  457:16,21,24
  458:1,8,9
  459:4 473:19
  474:5
**mineral's** 66:7
**mineralogist**
  20:23 21:15
  443:19
**mineralogists**
  21:11 24:20
  444:5,14
  445:23
**mineralogy**
  204:12
**minerals** 70:21

Brooke T. Mossman, M.S., Ph.D.

Page 545

70:24 72:18
171:4 209:5
353:22 354:4
357:17 364:5
367:24 385:2
397:11,18
399:11 457:3
457:18 458:8
465:15 466:21
467:4,12
471:14,18,22
473:6 475:2
480:5
mines 397:20
399:16
minimize 85:16
104:2
mining 176:6
178:11 399:6
Ministries
463:17
minute 40:17
49:2 56:11
67:21 79:16
124:22 130:7
202:3 230:11
366:3 390:7
438:22 480:10
505:10
minutes 216:23
457:19
misclassificati...
156:17
Miserocchi 8:20
misinformation
472:3
mispronounci...
105:6
misquote 296:16
491:4
missed 63:13
414:10 415:1
438:24
missing 89:13
437:5 476:2
Mississippi 2:5
misstatement

212:16,20
Misstates 38:10
39:16 41:23
MIZGALA 3:17
226:22 418:3
MM 402:10
Mm-hmm 27:2
82:2 150:8
165:15 198:10
273:10 355:24
410:6 433:3,7
436:3 486:20
model 308:19
309:1,3,16
models 32:22
54:17 109:12
234:8
modification
282:9
molecular 77:18
78:8 367:14
410:8
moment 426:3
money 485:18
486:10
monitoring
463:19 464:4
monkeys 342:24
monograph
38:21 122:11
122:24 152:6
152:10,15
177:8 192:6
343:23 344:4
344:18 438:8
monographs
6:24 89:19
Montana 399:13
Montgomery
2:9
months 85:7
218:10 220:10
morning 14:6,7
Morris 84:14,22
85:2,13 95:6
Morris' 84:12
mortal 414:13

mortality
268:17
Mossman 1:13
4:5,21 5:6,13
5:23 7:10,14
10:10 13:15,20
14:8 17:1 83:3
106:20 246:15
387:11 408:12
426:4 508:8
511:16
Mossman's 9:22
Mossman-1
4:15 14:24
Mossman-10
5:14 92:3
Mossman-11
5:16 96:20
Mossman-12
5:21 110:21
Mossman-13
6:6 113:23
Mossman-14
6:9 114:2
Mossman-15
6:12 121:22
Mossman-16
6:14 122:14
Mossman-17
6:16 132:6
Mossman-18
6:19 158:5
Mossman-19
6:21 191:22
Mossman-2
4:16 16:4
Mossman-20
7:6 196:15
Mossman-21
7:9 219:8
Mossman-22
7:11 226:10
Mossman-23
7:13 237:4
Mossman-24
7:15 222:17
Mossman-25

7:18 264:4
Mossman-26
7:21 277:5
Mossman-27
8:6 299:18
Mossman-28
8:8 304:22
Mossman-29
8:10 308:7
Mossman-3
4:17 16:19
Mossman-30
8:13 312:7
Mossman-31
8:15 315:7
Mossman-32
8:18 322:18
Mossman-33
8:21 346:7
Mossman-34
9:6 352:15
Mossman-35
9:9 353:9
Mossman-36
9:13 353:19
Mossman-37
9:16 358:24
Mossman-38
9:18 366:11
Mossman-39
9:22 388:24
Mossman-4
4:19 58:6
Mossman-40
10:6 401:16
Mossman-41
10:10 408:8
Mossman-42
10:12 409:14
Mossman-43
10:15 463:10
Mossman-44
10:17 465:7
Mossman-45
10:20 470:22
Mossman-46
11:6 492:12

Mossman-47
11:8 501:20
Mossman-5
4:21 77:2
Mossman-6 5:6
79:21
Mossman-7 5:8
82:10
Mossman-8
5:10 83:21
Mossman-9
5:12 88:21
Mossman-NO...
9:14
Mossman-NO...
10:14
Mossman-NO...
9:14
Mossman-NO...
9:15
mouse 308:19
309:1,3,16
mouthpiece
94:7
move 114:19
116:20 215:16
254:16 427:2
480:3
moved 64:2
movement
335:22
MPH 198:5
mucinous
117:12
mucus 288:17
multi-step
301:21
multiple 310:12
Muscat 289:19
290:13 292:4
292:23
muscular
344:22
museum 180:14
mutagenesis
259:9
mutation 45:3

Brooke T. Mossman, M.S., Ph.D.

306:24
mutations 259:17
mutually 266:1 266:14
myriad 272:11

**N**

N 3:3 4:2 217:16 217:16,16
nailed 473:24
name 13:3 16:23 83:2,10 91:16 93:11 94:9 100:20 105:7 201:17 367:12 470:4 475:2
named 72:11 213:23
names 132:17 458:10 478:16
napkins 133:11 133:23 134:14 136:6
nation's 92:19
national 38:19 39:12 198:15 277:21,21,23 278:1,3 305:3 360:5 377:22 455:13 456:1 459:24 463:3,3
natural 302:8
naturally 474:3
nature 61:11 62:7 260:23 275:14
NCBI 277:17 299:21 366:13
NCI 305:13,19
near 192:20
Nearly 383:2
neat 372:6
necessarily 338:23 435:19
necessary 39:7 45:14 77:24

466:3 509:4
need 44:4,6 45:6 73:22 101:21 106:12,15 111:3 128:2 133:4 135:7,8 135:8 139:13 139:15 140:3,5 141:23 144:14 372:18 375:10 416:14,17 417:8 478:15 487:13 503:4
needed 357:12 488:3 500:19
needlelike 447:14
needs 279:8
negative 154:22 169:2 334:15 334:18 425:12
neighboring 92:18
neither 73:10
neo 46:2,7 49:6
neomesothelial 433:12 434:11
neoplastic 255:13 256:4
Ness 232:3 258:19 259:19 260:11 261:21 337:19 415:18
never 27:4,17,18 27:21 28:4,24 46:11,16 49:14 55:10 67:2,9 70:5 71:22 80:10 81:22 86:3 102:13 106:21 124:13 167:10 172:5 173:10,21 174:15 178:15 178:19,22 179:1,6,12 180:5 181:6

203:15 205:1,7 213:9 225:20 228:9 277:13 286:12,21 287:14,19 291:15 296:19 305:11 337:10 349:14 442:8 445:13 451:14 454:17 464:16 465:1 469:15 474:4
new 1:2 3:4,8 76:12 79:2 80:14 89:17 174:1 205:1,7 205:15 228:10 278:12 454:23 455:1
newer 188:11
Newport 2:14
Ni 218:16 220:15
nickel 489:16,19 489:21
nickels 489:12
Nicolas 305:9
NIH 277:19 278:1 360:10
NIH.gov 277:18 299:22
Nims 77:14,17
NIOSH 7:8 91:13 196:1,24 197:2,8,20 198:17 455:7,9 455:12,19,24 456:7,19 457:5 457:6,11,15 459:2,16 460:6 460:8 461:4,7 461:10,13 462:2 480:11
NLM 299:22
NN 299:22
nodes 346:13,22 347:3,19 348:3

348:8,13,19,24
nomenclature 187:3
non-asbestifor... 5:22 109:10 112:4 250:20 455:2 457:2 458:7,20 459:15 460:9 460:16 467:5 472:8 473:21
non-asbestifor... 474:1
non-asbestos 202:8 442:3 445:9 446:10 451:8 453:8 455:3 460:13 461:7,11 468:16 478:3
non-fibrous 173:18 375:8 419:13
non-pathogenic 364:5
non-statistical 141:4
non-weight 156:3
nongenital 321:19 322:5,9
nonpathogenic 367:23 384:22
nonresponsive 134:7 434:4 488:3
nonresponsive... 135:22 251:3 372:3 394:24 428:21
nonserous 318:19 321:22
nonsteroidal 293:19 294:17 310:10
nontoxic 419:15
normal 80:19

119:20 255:10 256:1 267:11 283:18 341:12 345:7 347:4,20 384:2,3 400:6 404:5,6 495:16 496:5,6
normally 216:7
not-for-profit 85:10
Notably 220:17
Notary 1:17 508:14 511:23
note 62:12 265:24 266:13 368:18
noted 13:12 426:8 509:11 511:11
notes 424:19,19 490:17 512:1
notice 1:14 4:15 14:16,19 15:3 352:17
noticed 69:4
November 84:8 97:10 100:10 488:15
nowadays 383:10
NSAID 313:20
NSAIDs 240:10 241:23 293:13 293:20 294:18 310:11
NTP 38:7 40:1,7 112:23 191:8 198:16 381:11
nuclear 92:20 92:23
nucleotide 54:24 55:19
nuisance 474:8
number 13:11 83:24 86:7 89:7 94:18 98:23 100:23

Brooke T. Mossman, M.S., Ph.D.

117:3 157:24
160:1 217:20
227:5 265:20
285:7 299:3
314:17 322:15
346:4 364:9
368:3 370:1
375:22 377:7
377:20 387:4
396:4,5,9
410:20 413:6
413:19 416:10
423:4
**numbered** 83:24
89:6 96:23
132:2 191:19
219:19 322:15
401:12 501:22
**numbers** 160:2
355:20 364:17
425:12,12,21
**numerous** 182:1
480:15,15
**Nurses'** 148:20
156:2 157:9
183:4 319:14
320:22
**nutritional**
466:1
**NW** 3:8,13

**O**

**O** 217:16,16,16
**O'DELL** 2:8
99:19,23 100:3
108:3 216:10
216:16 226:11
226:13 426:2
426:14 486:19
**oath** 212:5
**OB/GYN** 330:8
**obesity** 133:7
285:20 307:4
**object** 20:19
38:1 57:17,18
95:13 97:13
99:13,19 100:3

106:5,7,9
134:7 135:3,22
154:11 221:10
221:15 251:2
315:11,15
372:3 394:24
428:20 434:4
475:13
**objected** 126:11
**objecting**
107:13
**objection** 18:1
19:17 22:9
23:20 25:15
26:6 28:20
29:2,10 30:12
30:21 32:10
33:11 35:17
36:10 37:2
38:9 39:1,15
40:9,19 41:4
41:13,22 42:14
43:2 47:12,22
48:3,17 49:8
49:24 50:14
51:22 53:1,8
55:5 56:7,20
59:6 61:16
64:20 65:3,18
66:18 67:4
70:11 74:17
75:6,20 76:15
86:12 93:18
96:12 99:24
100:5 106:12
106:13,16
107:9 110:12
111:5,19 115:2
116:4 117:20
120:2,18 121:2
123:19 124:16
125:20 126:15
127:1 129:7
130:17 131:5
133:13 134:15
135:6 136:8
137:4,22

138:17 139:4
139:21 141:6
142:9,13 143:6
144:4,17
145:11 146:8
147:24 148:16
151:7 153:6,21
155:11 156:6
157:4,15
158:23 160:23
161:21 162:7
162:15,23
163:11,21
165:5 168:10
169:19 170:10
171:7 172:19
175:14 176:13
178:7 179:24
180:16 181:15
182:5 184:19
185:19 186:5
187:12 188:4
189:3,20
191:12 200:9
200:17 201:1
202:12 203:6
205:10 206:5
206:24 207:12
212:17 213:19
221:14 223:21
224:24 225:21
228:22 230:12
231:21 232:19
233:23 234:15
235:4 236:3
238:10 239:2
239:22 240:19
241:8 243:14
243:21 244:9
245:3,12 246:1
246:17 247:16
248:5,20
249:18 250:6
250:17 251:13
252:4 253:1,15
255:3,19 257:3
258:13 259:12

260:13 261:6
261:22 262:12
262:24 263:14
265:11 266:6
267:19 270:10
271:14 274:7
280:9 281:9
282:19 283:7
285:23 289:11
290:9,18
292:13 293:4
295:19 296:23
297:22 298:11
298:22 301:2
306:5 307:11
310:2 311:1
316:15 317:5
317:18 319:4
319:20 320:20
322:2 325:2,23
326:20 327:14
327:21 329:5
332:11 333:20
335:3,15
336:14 338:17
340:23 341:20
342:11 343:10
345:6 347:24
349:4 350:1,18
360:18,23
361:21 362:13
363:21 364:21
365:3 368:12
369:9 370:8
371:17 372:14
373:8,18
374:10 375:16
376:20 377:14
378:2 380:7
381:18 382:16
383:7,16
385:22 386:13
387:17 388:7
389:22 390:23
391:20 393:22
395:17,20
396:22 398:1,7

398:15 399:4
399:20 400:17
401:6 403:10
405:7 406:23
407:15 411:7
412:1 413:11
420:2 424:24
428:3 429:5,14
431:3,12 432:2
434:17 435:11
439:6 440:4
442:10 443:3
443:15 444:12
445:2,18 447:8
448:9,19
449:12,22
451:16,21
453:4,16
454:20 455:22
456:11 458:12
459:6,18
460:19 461:2
461:14 462:4
462:17 468:2,6
469:3 471:10
475:12,21
476:12,23
477:18 478:11
478:17 479:23
481:3 482:1
483:8 484:6,22
485:8 487:4,20
489:15 490:8
491:2 492:18
493:23 494:17
495:20 496:13
496:18 497:2
497:14 498:8
499:13,24
501:12 502:10
503:20,23
504:18,21
505:3,18
506:15,22
**objections** 64:7
107:6,10,23
134:21,24

Brooke T. Mossman, M.S., Ph.D.

observations 151:20
observe 154:17
observed 141:18 154:18 238:4 251:21 252:18 313:17,18 321:2 384:20 384:22 454:5 503:14
observing 330:9
obstacles 268:19
obstetrics 18:5 20:8 329:8,13
obtain 431:24 432:15
obvious 473:16
obviously 129:10 323:6 502:14
occasionally 300:14 410:24 411:17 414:1 415:13
occupation 16:24
occupational 10:18 97:8 108:24 114:9 455:13 463:1 463:13 465:12 465:19
occur 53:21 63:17 344:23 453:10 484:15
occurred 63:6 152:17
Occurrence 6:9 113:5 115:12
occurs 55:8 330:14
October 31:19 126:2,22 127:7 129:5,22 165:22
odd 425:13
OEHHA 122:1

offers 463:24
office 17:8,9
official 94:6 98:11 101:17 103:3 462:23
Oh 133:16 193:13 199:5 226:12,15 294:10 318:12 322:3 324:7 337:7 366:2 392:12
Ohio 80:3
okay 15:2,24 23:11 24:7,10 25:5 27:14,15 29:17 31:14,24 40:16 44:10 45:20,24 47:4 59:13 61:23 63:23 65:9 67:18 68:7,7 73:16 74:13 78:23 86:16 87:11 88:11,13 89:3 90:1 91:2 92:5 97:12 101:4 108:6,18 113:10 116:13 117:6 120:13 121:19 122:18 123:12 124:21 124:23 125:15 127:13,18 130:6 131:18 133:17 138:11 139:12 140:8 140:23 141:2 145:2 151:6 152:24 156:5 157:20 179:1 185:9 186:24 187:18 188:18 192:15 193:20 195:18 196:10 197:13 198:11 199:8,13 201:3

202:2 206:16
207:23 208:12 208:19,24 210:5 211:17 211:19 213:9 214:8,12,15,23 215:15 216:20 216:21 217:6,7 219:22 220:23 223:8 224:6,14 226:16 227:8 227:18 229:1 245:9 246:22 251:16 262:18 263:22 264:24 266:20 267:5 268:5 269:14 270:21 272:7 274:21 275:22 276:14 277:9 279:6,13 281:14 287:24 290:24 293:10 295:6 296:3,15 297:6 299:9 300:16 301:4 301:10,12 303:15 305:18 307:20 312:11 312:20 314:4 314:20 315:20 321:15 324:7 327:7 334:9 336:20 337:14 344:5 346:3 350:8 351:1,11 351:14 352:7 353:2,3 354:17 354:21 355:8 355:22 356:7 356:12 357:3,6 357:11,13 358:4,12 359:10,13 362:8 366:4,22 369:19 374:23 377:4,6 378:7

378:12,15,15
378:18,24 380:18 381:5,9 384:11 386:3 388:21 389:5 390:9,18,24 391:5 392:2,13 395:9 397:3,7 397:9,23 399:23 401:11 403:14 404:24 407:4,23 408:14,16,20 409:16 410:3 410:18 413:12 415:22,23 416:13,23 418:2,13,17 419:7,22 421:3 421:15 422:12 422:14 423:1,2 426:1 429:12 429:17,19,21 429:24 430:12 433:3,5 435:24 436:4 439:19 439:22 441:23 443:10 453:21 464:18 468:8 470:18 471:6,9 478:18 480:13 486:13 488:5 491:18,22 493:6 494:8 495:14,24 498:13 500:9 502:2 505:12
older 133:6
Olson 76:11
once 44:20 74:6 74:7 97:24
oncologist 19:10 19:13 152:23 153:4
oncology 132:14
Oncotarget 300:2,3,11,12

300:13
one's 308:2
ones 16:12 64:14 229:21 234:6 263:20 295:3 345:13 407:21 420:21 476:18 478:20
Ong 5:11 84:9
ongoing 305:8 305:19 472:19
open 272:19 273:20 333:16 341:3,6,8
open' 272:8
open-ended 120:5
opinion 10:17 19:3 32:6 95:14 99:15 106:8,23 114:13 119:1 123:17,23 124:9,14 125:16,16 126:2,4,9,12 126:14,22 127:4,4 128:1 129:2 130:2 145:24 149:19 153:3 155:5,9 157:12 160:20 164:5 169:9 170:8 181:5,14 182:13 183:1 184:9 220:24 223:6 227:14 238:23 239:18 240:15 243:20 245:10 247:14 254:1 258:4 264:18 291:23 311:13,19 326:9 328:6 339:24 343:7 347:15 348:24 438:19,21

Brooke T. Mossman, M.S., Ph.D.

**439:**4 451:7,13
460:12 462:23
465:10,11
483:5
**opinions** 123:13
124:9,11 125:1
125:5,9,23
128:18 139:8
139:13 140:5
151:15,17
159:4 181:8
183:11 209:4
225:14 229:12
230:23 236:13
237:8,22
242:11 243:23
247:5,12,20,22
256:17 257:17
259:20 292:5
318:2 336:3,22
436:12 438:12
438:20 439:12
440:3,11 442:1
453:19 466:11
470:15
**opportunity**
508:9
**opposed** 176:5
211:8 212:1
450:17 454:5
**opposing** 58:10
**opposite** 60:21
260:20
**oral** 309:23
310:4
**order** 83:1 98:17
438:2
**ordinate** 425:22
**organ** 20:17
109:12
**organism**
301:15
**organisms**
366:18
**organization**
84:13 131:23
132:14 367:12

**organs** 323:24
324:9 479:10
490:24
**oriented** 105:1
**origin** 431:23
432:14
**original** 88:8
151:20 237:16
273:3 286:15
311:22 320:23
420:20 469:22
492:23 509:15
**originally**
213:22
**originate** 383:1
383:4,10
**originates**
117:18 118:17
118:19
**OS** 297:8
**OSE** 272:17
273:16
**OSHA** 197:3,8
455:10,23
460:8 471:24
474:13 476:4
**OSHA/Vande...**
474:12
**osmotic** 323:18
**ought** 472:1
**outcrops** 469:24
**outdated** 259:23
261:24 338:1
**outline** 324:14
**outputs** 426:6
**outside** 29:8
30:5,9 95:5
484:20 485:5
**ovarian** 6:18
7:19 8:9,11,14
17:23 18:9,12
18:17 26:16
28:14,16 29:1
34:8 45:14
117:7 118:10
118:17 119:3
119:14 120:24

123:18 124:15
125:18,19
126:6 128:2,7
129:4 130:5,11
130:16,24
131:4,16
132:10,22
133:3,4,5,8,23
134:5,12
135:15,17
136:4 137:2,21
138:5,16 139:1
139:19 140:19
146:3 147:1,8
147:18 148:13
149:4,9,21
150:12,15,21
151:3 155:22
157:14 159:15
163:10,20
164:18,23
165:1,4,10,18
166:3,7,15,17
166:19,23
167:2,4,12,15
167:19,22
168:2,4,4
169:7,11,14,16
169:23 170:5,9
170:19,23
171:5,17 172:2
172:6,14
173:11,13,16
173:19 174:17
175:1,3,8,11
181:7 182:21
183:6,18 184:2
184:10,17
185:6 190:17
211:3 218:13
220:12 224:21
227:13,23
228:2 230:3
231:5,16 232:9
232:15 233:8
233:17 235:23
236:8 238:7,20

238:24 239:13
239:20 240:8
240:17 242:4
243:10 244:4
248:3,7,14,19
249:8 251:20
252:1,17,22
253:9,12
255:10,10
256:1 257:7
258:8,10 260:6
261:12,19
262:7 264:10
265:2,16,22
266:3,10,17
267:9,13 268:8
268:9,18 269:3
269:4 270:3,4
271:7,8 272:9
272:12,16,24
273:13,14,16
273:17 274:24
275:10,24
276:6 278:9,18
278:19,20
279:4,15,18
280:14,21
281:7,16 284:3
284:7,8,9,19
284:21,23
285:9,20 288:6
288:19 289:20
289:23 290:8
292:11,20
293:2,14,17
294:15,19
295:16 296:8
296:18 297:14
298:20 300:17
302:4,10
304:16 305:7
305:22 306:2
307:2,5 308:11
308:21 309:14
309:18,21
310:13 312:2
313:4,5,14

316:12,24
318:18 319:2
319:17 320:12
320:18 321:21
321:22 322:10
324:23 325:11
325:15 326:11
327:24 334:12
334:18 338:7
338:22 347:7
347:18 349:18
350:15 362:24
363:19 371:9,9
373:24 382:8
382:12,13,18
382:20,24
383:3,20 384:5
400:4 411:1,18
414:2 415:14
417:1,6 418:10
418:22 419:10
420:11,18
421:17,24
423:14 424:11
431:24 432:15
437:13,14
439:5 440:15
440:23 441:11
445:12 449:7
449:21 450:11
451:10,19
452:15,16,19
452:23 453:2
476:22 477:2,7
477:13,17
478:6,9 479:3
479:5,8,11,19
481:14 485:14
494:9,16,18
501:5 502:20
503:15 505:15
506:12,18
**ovaries** 118:23
164:7 211:2
230:7 285:18
286:7 288:4,17
317:15,21

Brooke T. Mossman, M.S., Ph.D.

Page 550

326:17 327:4
327:11 328:3
328:15 330:21
331:15,23
332:7,17,23
333:4,14 334:8
334:24 335:9
336:5,9,18
337:10,12
338:8 343:2
350:11 372:11
448:18 449:11
451:15 479:22
494:11,16
**ovary** 119:22
120:10 130:1
149:8 192:12
194:5 229:22
232:10,24
234:20 267:11
303:24 304:8
304:11 325:18
326:4 330:15
333:17,19,23
339:11 342:10
344:13 346:23
374:2 383:6
449:1 451:4
**overall** 265:18
366:24 367:2
367:18,20,22
368:8 461:12
**overexposed**
59:3,11
**overexpressed**
59:7,18
**overview** 153:14
**overwhelmed**
43:12
**oviducts** 494:11
**ovulation** 119:9
119:13,15,21
119:24 120:7
261:18 285:10
307:6 309:24
**ovulation-ind...**
279:16

**Owens** 73:3,10
74:9 79:16,24
80:1,6,22
81:18
**oxidant** 43:21
46:13,16 49:15
164:3
**oxidants** 42:23
60:14 215:5
260:23,24
309:12
**oxidative** 8:6
34:21 35:8
42:10 50:5,12
60:5,12,16
163:19 174:8
259:3 295:8,13
296:5 297:11
297:18,24
298:3,17 300:5
300:23 301:13
301:22 302:1
303:19 304:18
506:11
**oxygen** 255:14
256:5 279:23
283:2 300:24
303:18 304:4

---
**P**
---
**P** 2:8
**P.C** 2:8
**p.m** 507:14
**p53** 58:11
**page** 4:14 5:5
6:5 7:5 8:5 9:5
10:5 11:5 12:6
12:9,12,15
23:13 24:12
27:1,12,12
29:18,20,20,22
31:22 34:3
44:9 55:16
61:22 73:12,14
83:1 84:11
89:4,24 90:7
90:14,15 92:7

93:13,13,14
104:10 105:21
105:22 111:9
115:16 116:12
127:9 132:12
132:15 133:3
133:19 160:9
165:14 166:1
167:7 192:8,9
192:11,19
193:11,22
197:11 198:6,8
198:12 207:24
211:20 214:6
218:7 219:20
219:23 221:22
224:18 227:19
264:16 265:1
270:20 273:9
273:21 275:21
275:21 285:2,7
285:14 287:24
288:1,1 294:4
294:7 295:6
302:21 308:16
313:11 323:4
323:23 324:6
352:23 353:22
355:9,23
357:12 367:11
378:13 403:15
410:4 414:21
418:17 429:17
433:1 456:18
457:23 458:18
463:6 464:19
466:23 468:11
469:5,20 471:1
493:10 494:9
499:1,6 500:10
500:10 502:16
503:6,8,9
510:4 512:2
**pages** 62:1
221:12 468:11
511:6
**paid** 17:10 82:4

245:24 246:5
246:13 247:9
247:11 290:15
290:21 485:19
485:20
**panel** 355:11
**paper** 62:13
70:17 71:11
109:14 111:14
113:3 165:9
176:16,23
187:6,15 218:5
231:24 232:3,7
232:22 235:10
235:12 238:1
238:12,17
257:17 261:24
264:7 273:3,4
274:4,9 278:24
289:18 290:22
291:7,24
292:10,16
293:8 297:4
298:13 299:4
300:15 323:1
334:7 339:8
340:3 347:23
364:13 369:3
370:17 371:7
372:8,20 373:4
374:24 376:13
388:18 396:18
407:14 409:1,6
409:9 412:3,16
412:22,23
413:1,5,13
415:19 417:21
420:6 426:9
473:11 492:3,6
492:24 493:8
**papers** 98:3,8
102:6 112:12
156:10 184:22
211:15 235:6
260:19 272:22
300:13 338:2
339:5,8 436:24

437:3,17,18
441:15,21
506:17
**paracellular**
323:16
**paragraph**
78:24 80:12,12
85:1 98:15
160:10 218:7
219:24 225:11
269:19 281:15
284:2 295:12
295:13,21
308:17 325:13
327:8,17 410:5
410:19 414:22
**paragraphs**
288:2
**Pardon** 100:2
166:10 290:17
**parentheses**
89:19 90:3
**Park** 3:4
**part** 32:20 59:22
63:1 76:12
99:1 184:11
220:24 223:4
281:20 449:8
472:19 492:1
**part-time** 69:22
**partial** 5:8 82:13
83:9
**participation**
86:22 87:18
**particle** 24:19
25:7,10 164:12
168:17 288:22
291:6 333:3
335:22 342:18
419:11 445:5
454:3 457:21
**particles** 7:8
60:23 61:2,6
62:4 164:6
196:20 254:19
254:24 282:1
316:23 325:19

Brooke T. Mossman, M.S., Ph.D.

326:3 327:10
331:15,23
332:16,23
333:23 345:15
347:2,10 348:6
351:16 374:21
442:2,8,9
445:9,14 446:4
448:17 449:10
451:9 452:1
456:22 457:17
463:4 493:12
**particular** 25:9
25:10 98:21
156:4 272:7
320:18 361:14
399:3 484:5
**particularly**
321:22 342:2
502:7
**particulate**
340:5 341:15
342:16 350:10
489:19 494:6
**particulates**
5:23 109:10
326:15 327:3
349:20 354:11
410:10
**partly** 68:13
**partners** 472:21
**parts** 224:11
493:11
**pass** 323:15
**passage** 333:18
**past,'** 92:22
**path** 7:18 264:9
265:2 309:20
333:17
**pathogenesis**
231:5,7,8,16
306:1,10,11,14
309:6
**pathogenic** 5:21
109:9 110:4
112:3 363:4
384:21 410:9

428:1 446:17
490:4
**pathogenicity**
9:11,20 10:13
357:17 359:4
365:12 366:18
409:20
**pathogens**
260:24 281:21
283:19
**pathological**
449:19
**pathologies**
343:20
**pathologist**
17:13 18:21
244:11 245:15
247:1
**pathologists**
245:20
**pathology** 17:3
17:16,19 83:4
265:4 338:11
339:13 494:4
**pathway** 58:11
235:24 310:7
327:10 331:15
331:23 332:16
337:11 340:15
448:22
**pathways** 8:19
32:24 42:24
44:1 61:14
64:12 119:2
171:10 285:3
322:22 323:5
328:1,14
330:20 332:21
333:3 400:20
453:10
**patients** 163:6
234:5
**Paul** 100:13
**PCA** 396:19,20
**PCOS** 285:21
307:7
**PCPC** 3:15

**peace** 92:22
**peer** 89:20 91:12
97:23 101:23
102:3 195:24
197:18,22
244:7 413:6
438:6,13,13
**peer-review**
226:1 438:1
**peer-reviewed**
84:8 86:20
87:16 88:4
97:7,14 98:19
101:11,14
104:15 105:19
110:2 112:12
130:3 134:2
135:18 137:8
159:5 177:1
180:24 185:23
186:10 225:19
229:3 244:13
245:2 311:22
409:24 411:23
426:17 436:18
437:23 438:3,9
438:11,16,18
441:16 470:12
481:9 506:10
**pelvic** 238:6
240:6 241:21
251:23 252:20
260:8 307:6
330:15 346:12
346:22 411:3
411:19 414:3
415:16
**pelvis** 316:24
**penetrating**
63:8,19
**Penninkilampi**
183:21 185:3
229:8,11,24
230:18
**people** 82:19
108:14 142:7
213:7 338:15

479:5
**percent** 68:19
160:15 176:4
268:22 269:22
270:24 271:1
313:15 383:2
402:13,19,21
**percentage**
104:4 177:17
177:20
**perform** 338:12
365:8 498:19
**performed**
174:12,15,18
174:23 179:2,6
179:12 205:4
210:11,18,24
249:10,14
250:3,9,11
251:6 309:3
311:23 364:12
399:24 410:14
430:14 448:4
452:24 484:4
**perineal** 227:12
251:23 252:20
253:11 289:19
316:11 326:15
341:10 343:1,5
344:10 350:9
502:5,19
**perineally**
229:22
**perineum**
333:11 340:17
349:20 448:24
**period** 71:17
78:3 143:2
148:10,11,15
175:10 272:14
450:2,10
**periods** 306:16
450:7,16
**peristolic**
345:12
**peritoneal** 10:7
49:15 50:23

51:6 118:21,22
171:6 257:9
269:2,5,7
270:1,2,5,7
271:6,9,11,20
272:3,17 273:1
273:19 274:14
274:23 279:16
317:14,22
337:9,11
340:20 341:16
349:21 370:6
371:12,15
372:10,12
373:4,24 374:1
374:1,3 375:7
375:8 376:10
388:5 400:16
401:4,9 402:1
402:12,14,20
403:1,24 404:8
404:21 405:4
406:16 427:23
430:23 435:5
**peritoneum**
271:22 272:21
340:6
**peroxide** 60:15
**perpendicular**
446:14
**persists** 472:3
**person** 26:13,16
28:5,14,16,19
29:1 464:9
473:13
**person's** 26:19
**personal** 133:8
145:20 202:4,9
202:18,23
**persons** 467:22
**perspective**
463:24
**Peter** 471:12,15
473:3,3
**petition** 349:13
**ph** 1:20
**Ph.D** 1:13 4:5

Brooke T. Mossman, M.S., Ph.D.

7:10,14 13:15
13:20 198:5
508:8 511:16
**Ph.D.s** 105:23
**phagocytose**
289:2
**pharmaceutical**
65:10 176:4
**pharmaceutic...**
441:20
**Pharmaceutic...**
103:24
**Pharmacology**
5:19 90:10,22
91:4 94:6,8
95:10,22 97:5
97:21 98:7,11
98:14 102:4,12
103:1,5,7
109:17 113:12
114:6 115:16
176:11 177:3
195:23
**phenomena**
173:4
**Philip** 84:12,14
84:22 85:2,13
95:5
**Phillip's** 344:6
**Phillips** 344:8
344:20
**phone** 14:10
107:7
**physical** 443:11
447:20 464:8
**physically** 442:4
**physician**
329:10
**Physiologic**
267:10
**physiology**
19:16 403:4
**pick** 61:19
**picture** 230:5
**PID** 252:21
261:18
**piece** 53:4,4

95:14 99:15
106:8,23 108:9
**pieces** 208:18
**Pier** 471:16
**pile** 436:4
**Pinto** 230:22
**Pira** 499:5
**pivotal** 57:11
58:19
**placed** 342:8
343:4,7
**places** 177:9
**plaintiff** 101:1
108:15
**Plaintiffs** 2:15
**plaintiffs'** 107:1
**plan** 456:3
**plant** 463:23
465:24
**plastic** 213:23
**plastics** 349:9
**platelike** 446:5,6
452:4
**plausibility** 7:15
8:16 315:21
316:10 335:7
**plausible** 321:18
332:21 334:21
344:3 345:9
350:9 448:22
490:21
**play** 57:11 58:19
233:7 261:2
281:5 292:19
440:2 480:20
481:12
**plays** 232:15
233:16 234:10
278:16 305:24
**Plaza** 2:13
**please** 13:24
16:23 55:15
73:13 79:4
80:12 207:24
208:8 211:18
273:9 279:24
509:3,8

**plenty** 71:24
135:10
**pleura** 446:8,9
446:20,21
**pleural** 10:7
171:5 257:8
402:1,12,14,18
403:1 404:6,20
406:2,13,16
**pleurodesis**
163:3 255:7
**pleuropulmon...**
323:13
**PLLC** 2:3
**plow** 215:19
**Pltf_JNJ_000...**
6:11
**Plunkett** 128:22
**Plunkett's**
128:20
**pluralistic**
465:17
**plus** 313:19
**PM** 84:14,20,22
85:2
**PNAS** 80:14
**point** 80:9 103:8
104:3,12,19
108:14,23
116:8 143:5
146:17 165:23
183:9 186:23
193:2 199:4
216:17 258:7
296:1 346:18
363:24 370:4
372:7 373:3,6
377:3 414:9
442:1,2 443:10
445:7 449:4
450:3 453:7,19
457:23 469:2
476:2 480:4,12
480:14 481:19
482:21 499:7
503:7
**pointed** 299:6

**points** 98:21
439:18 467:1
**poison** 474:23
**polarizing** 8:21
346:10
**policies** 191:16
**policy** 85:11
92:10 105:15
**pollutants** 282:1
**pollution** 94:2
**polycystic**
285:20 307:2
**polymorphisms**
55:1,19
**poor** 265:19
**population** 42:3
55:9 211:14
347:20 348:9
**populations**
318:8
**pose** 155:20
461:21 470:7
476:6,10
**posed** 204:11
**poses** 288:5
**position** 94:1
320:10 342:22
473:17 475:4
475:10,16
**positioning**
85:14
**positive** 154:21
359:20
**possession**
180:13
**possibility** 80:17
306:22 363:18
**possible** 33:8
34:6,7 120:17
221:4 223:11
225:5 227:21
238:3,16,24
239:11,19
240:16,23
251:19 252:16
257:2 258:7
318:20 336:10

500:12
**possibly** 243:9
436:24
**post** 87:24 152:2
152:9 458:21
**postmenopausal**
502:8
**postulated**
265:20
**potencies**
389:15
**potency** 35:13
36:2,3 37:14
66:8 199:18
389:20
**potent** 36:4
203:4 209:18
389:10
**potential** 5:21
23:2 85:19
109:9 110:4
112:3 267:11
273:7 274:1
275:7 303:15
303:17 313:18
349:19 453:13
457:12 465:20
480:17
**potentially**
61:14 64:13
**powder** 1:5
13:10 67:14
133:10 134:13
135:17 136:5
138:4,23
140:18 155:20
159:13,14
175:12 177:18
177:23 179:3
179:14,23
182:19 185:10
185:17 186:4
187:10 190:6
190:13,21
200:22 238:6
238:19 249:15
250:3,15

Brooke T. Mossman, M.S., Ph.D.

251:10,12,22
252:19 288:13
321:17,19
322:5,6 324:18
325:15 333:11
398:13,21
399:2,17 411:2
411:19 414:3
415:15 427:9
440:17 441:1
441:12 443:1
445:16 481:1
481:22 485:13
499:4,11,22
500:13,21
501:11 502:6
502:20
**power** 142:7,20
322:5
**PRACTICES**
1:6
**pre-neoplastic**
172:23 487:8
**precancerous**
169:4
**precise** 439:24
**precursor** 118:2
**precursors**
118:3
**predispositions**
119:6
**preexisting**
233:5 243:23
267:4 271:18
**preference**
216:11
**pregnancy**
331:2
**preliminary**
420:20
**premalignant**
274:24 487:24
**premise** 39:20
77:22 310:21
319:8
**preparations**
174:5 212:11

212:13 419:12
**preponderance**
105:3
**presence** 180:14
188:20 317:15
340:13
**present** 3:22
190:8 282:13
394:1 425:6
474:3 480:6
**Presentation**
10:15
**presented** 224:2
238:17 421:19
422:17 424:17
492:4
**presents** 115:24
393:24
**president** 84:20
94:23,24
100:13 244:24
**press** 80:16
100:12
**Press/Elsevier**
105:6
**pressure** 323:18
**pretty** 181:10
233:19 331:4
380:20
**prevalence**
268:20
**prevalent**
300:18
**prevent** 331:2
332:7 333:18
**prevented**
310:16
**preventing**
333:16
**prevention** 11:9
309:21 310:12
311:5 466:16
467:21
**prevention/tre...**
302:10
**previous** 235:21
304:24

**previously** 60:1
128:13,17
164:21 240:22
274:18 304:4
377:16
**primarily** 140:1
284:18 349:6
362:21 456:1
**primary** 332:17
400:16
**prime** 208:16
**principal** 305:8
**principle** 34:11
365:18
**printed** 135:13
**printout** 6:17
10:16 11:7
132:8
**prior** 17:23
23:17,18 69:4
77:22 78:15
86:21 87:17
247:6 269:9
270:9 285:24
313:24 334:10
361:8 464:16
506:10,20
**prism** 464:2
**pro-apoptotic**
58:10
**pro-inflamma...**
275:14 276:2
280:19
**probably** 125:11
150:1 172:14
172:17,18
188:7 217:1
222:3 269:1,16
271:5 352:10
421:3 452:20
488:15
**problem** 94:2
371:6,7
**procedure**
332:18
**procedures**
329:22

**proceed** 14:1
**proceeded**
474:23
**process** 43:20
45:6,17 53:16
99:7 119:18
258:9 276:8
289:7 345:3
438:2 472:20
492:7
**processes** 50:12
349:8
**Procter** 103:20
**produce** 73:18
**produced** 60:17
73:24 81:18
160:4 228:17
283:4 408:1,22
**produces** 260:23
**producing** 80:7
**product** 5:15
91:19 94:17
95:1,2 96:24
137:15 160:10
160:16
**production** 12:8
50:19
**products** 1:5,6
67:16 73:19
74:1 75:14
81:19 104:7
115:20 178:6
179:10,17
181:12 182:3
182:19 187:11
187:16 189:2
189:18 249:16
399:18 485:14
490:19
**professional**
1:16 17:12,15
68:19 473:2
508:13
**professor** 17:2
17:16 83:3
**profile** 287:21
**profiles** 467:5

**profiling** 9:10
10:12 365:10
365:13 384:3
410:17 427:21
432:21
**prognosis**
265:18
**program** 38:20
39:13 84:15
198:16 330:1,7
377:23
**progress** 71:11
303:12,14,17
350:14 359:14
359:18 360:8
**progression**
77:24 223:12
267:3,8,17
275:9 278:8
279:20 281:5
301:21,24
302:6 303:22
304:6,13
**project** 92:9
**proliferation**
43:24 51:8,11
52:18 53:6,12
53:18 54:5,11
54:13 255:12
256:3
**promote** 34:22
42:11 93:24
261:19 280:18
**promoters**
259:9
**promoting**
266:3,17
**promotion**
77:24 266:21
301:24 302:5
**pronounce**
82:14 279:24
458:5,10 475:1
**pronounced**
259:7
**pronouncing**
100:19

Brooke T. Mossman, M.S., Ph.D.

proof 349:18
Prop 6:12 121:7
  121:11,12,17
  122:2 195:4
propensity
  447:16
proper 107:19
properties 22:5
  22:7,12 24:19
  25:9,18,21
  78:18 171:22
  171:22 173:4
  177:8 445:8,21
  479:22
property 25:9
  268:24 269:16
  271:4
proportion
  335:21
proportions
  205:20
proposal 360:14
proposals 71:1
  360:21 361:2
  361:18,24
proposed 238:2
  288:12 307:14
  324:17 467:20
propounded
  511:9
proprietary
  107:14
prospective
  156:18 313:12
prostaglandins
  259:6 280:1,3
protect 283:18
protected
  494:13
protecting 92:17
protection 84:17
  284:15 465:22
  465:24 466:16
  467:21
protective
  288:18 341:9
  405:24 495:1

protects 281:21
protein 42:23
  43:13,22 47:7
  49:20 50:22
  51:2,17 52:7
  52:13 56:14
  429:10 434:22
proteins 46:23
  50:6 52:17
  63:24 261:1
  427:22 428:14
  432:24 435:16
proteomics 9:10
  365:11,14
  427:21
protracted
  47:17
prove 38:15
proven 115:19
  214:4
provide 15:5
  103:11 139:18
  232:13 359:18
  490:20
provided 15:4
  16:6,9 128:22
  145:16 189:19
  197:22 242:16
  353:1 354:3
  357:20 359:13
  407:23 408:12
  408:18 413:1
  413:10 491:16
provides 115:22
  233:14,15
  464:5 466:2
provisions 466:8
PTI 3:20,21
public 1:17 84:4
  84:4,7 85:2,11
  85:14 92:10,11
  97:4 277:17
  366:14,15,23
  368:9 463:16
  466:10,12
  508:14 511:23
publication 5:18

90:11 93:16
98:11 99:11
100:15 101:16
101:18,23
102:1 103:3
104:14 109:8
109:17 110:1
110:11 111:2
113:18 114:11
115:14 134:11
134:16 136:2
176:11 177:5
186:17,19
245:2 254:6,11
255:22 300:7,9
320:23 326:22
354:1 366:23
366:23 368:9
410:1 411:24
414:8 426:17
462:22 483:16
491:13
publications
  86:6 94:5
  105:4 146:16
  505:16 506:21
publicly 197:24
publish 98:16
  100:16 103:1
  109:7
published 26:1
  86:10,20 87:16
  88:4 97:6
  104:8 109:14
  109:16 110:15
  110:18 111:18
  111:22 112:13
  113:11 115:15
  152:11,16
  154:15 164:22
  164:24 165:3
  176:10 186:9
  225:18 226:1
  228:7 260:19
  264:7 290:6
  409:24 426:15
  491:23 492:5

492:15 505:16
506:9
publishes 98:22
publishing
  97:17 110:3
  329:23
PubMed 159:18
  264:22,23
  277:15 437:10
  441:4
pull 436:23
pulled 176:24
  393:15 441:3,5
pulmonary
  323:13
pump 345:12
pure 175:22,24
  176:4
purpose 332:4,5
purposes 94:1
pursuant 1:14
  15:3
put 83:16 133:9
  133:22 134:13
  136:5 196:22
  211:23 221:5
  256:24 368:16
  387:22 392:10
  395:24 412:7
  419:24 437:13
  491:11,15
  502:15,17
puts 295:1
putting 315:17

_____
      Q
qualifiers
  233:21
qualify 136:20
  400:3
qualifying 36:14
  435:12
quantitating
  352:1
quarried 465:15
  466:21
question 20:21

24:18 25:5
27:3,17,20
28:3 29:21
30:4 31:1 32:4
32:13 33:19,24
34:4,16,17
37:12 42:9
44:11 47:3,5
55:18,22 60:11
62:2,12,23
63:5,15,21,23
73:14 74:24
78:16 95:17
101:3,4,6
107:2,18 115:4
118:14 120:5
128:7 130:8
131:2 138:12
144:12,20
145:14 146:5
147:23 148:23
154:19 161:6
165:17 166:2
204:10 206:17
208:23 211:22
214:23 217:1
230:15 240:12
240:14 245:1
250:1,2 251:5
263:2 272:4
285:24 291:13
298:2 320:3
343:6 348:17
354:23 356:20
371:13 372:5
372:19 373:1,2
376:18 377:12
381:24,24
393:7,13
394:23 395:2
395:11 406:18
406:20 416:24
420:14 422:10
426:20 428:17
428:18 429:13
430:3,6,21
432:6 433:8,22

Brooke T. Mossman, M.S., Ph.D.

Page 555

434:7 441:15
452:22 459:10
459:12,14
460:21 465:3
481:20 487:13
497:10 501:7,8
502:11 506:8
**questionable**
37:21 188:15
**questioned** 33:3
189:10 412:7
460:1
**questioning**
99:17 101:17
106:18 218:4
451:6
**questionnaire**
146:14,18
**questionnaires**
145:16,19
**questions** 12:14
14:13 111:11
222:21 224:11
235:6 315:16
511:8
**quick** 254:16
314:7 416:4
491:8
**Quill** 94:23 95:3
**quite** 106:18
189:11
**quote** 93:20
218:9 224:17
227:18 229:16
229:23 231:2
232:12 233:13
235:19 238:1
241:3,3 251:17
252:10 253:7
254:19 259:1
316:8,22 317:4
318:16 326:13
336:8 341:19
344:21
**quotes** 7:16 8:17
116:1 222:22
263:11 316:2

**quoting** 218:20
229:24

---

**R**

**R** 2:3 217:16
510:1,1
**R.J** 103:21
**R.T** 71:20,23
72:3,5,15
472:15
**rabbit** 344:6
**rabbits** 342:24
**radical** 214:1
**raise** 339:16
**Rakoff-Nahou...**
218:21 220:17
**range** 173:2
356:16 420:7
463:21
**ranging** 358:2
**ranked** 245:18
**rapid** 259:2
262:8 306:21
**rappel@seyfa...**
3:15
**rare** 446:18
**rate** 76:5,8
268:17
**ratio** 211:7,24
386:8 396:10
396:11
**raw** 426:5
**Ray** 330:3
**reach** 164:6
210:13,20,21
211:1 286:10
323:15 436:6
445:10 447:16
447:23 448:5
449:5
**reached** 205:24
206:21 447:1
449:5 467:8
**reaches** 350:10
**react** 63:1 395:5
397:12
**reaction** 149:14

350:12 374:5,9
473:10
**reactions** 63:6
63:16 384:14
385:12 444:1
473:2
**reactive** 255:14
256:5 279:23
283:2 300:24
304:4 453:9,22
453:23
**reactivity** 66:7
173:7 480:8
**reacts** 66:13
**read** 26:4 52:1
57:9 59:14
61:24 78:11
97:10 102:18
110:24 119:5
119:23 123:10
127:9 129:23
130:1 131:13
136:20 146:12
153:12 154:1
166:12 181:18
209:23 220:4,7
220:21 223:14
223:24 224:6
225:13,20
227:13 228:3,4
230:21 239:15
242:11,13,14
245:5 253:23
257:16,20
258:19 267:23
271:13 273:21
278:14 296:24
301:10 314:22
314:23 318:13
333:8 347:8
349:12 411:14
432:7 434:6
437:16 471:3
473:10 488:21
508:9 509:3
511:5
**readers** 98:17

353:24
**reading** 57:18
70:16 98:4
106:9 107:17
116:9 127:6
193:4 219:20
269:9 270:9
271:3 294:9
422:13 424:9
424:10 468:7
475:13
**ready** 68:1
215:16 277:1
**real** 254:16
491:8
**realize** 152:16
321:12
**really** 36:12
37:12 94:9
96:7 148:22
164:9 226:17
228:14 252:6
291:13 389:24
473:11 474:4
**realm** 436:10
**Realtime** 1:17
508:14
**reason** 86:5
161:4 181:1
358:16 410:13
469:7 502:17
509:5 510:6,8
510:10,12,14
510:16,18,20
510:22,24
**reasons** 48:22
140:12 310:4
457:1
**REATH** 3:3
**recall** 60:13
79:17 82:17
87:1 113:1,8
113:13 126:14
146:12,14
148:4 156:13
187:15,23
191:1,6 195:4

196:12 201:24
218:21 272:22
273:22 318:6
320:21 334:5
340:2 384:16
389:3 408:1,11
409:1 429:13
439:4,8 441:6
455:8,10
491:13 492:2
501:16
**receipt** 509:17
**received** 72:7
93:2,3 104:24
112:20
**receptor** 43:22
49:20 50:22
51:2 52:13
**receptors** 43:14
51:17 52:7
63:8,18
**recipient** 71:14
**recognize** 93:10
93:11 100:24
108:17
**recognized**
188:24 199:20
**recommendat...**
467:20
**recommends**
457:9,12
**reconcile** 218:14
220:14 257:12
**reconstitute**
105:17
**record** 13:3,13
107:18 116:23
117:2 122:22
129:9 199:15
209:1 217:12
217:19 221:11
277:7 314:12
314:16 351:9
416:6,9 507:10
508:6
**redox** 301:14
**reduce** 105:11

Brooke T. Mossman, M.S., Ph.D.

**reduced** 218:20
220:20 293:14
310:17 313:16
327:11 331:24
332:8 457:9,13
**reduction**
313:17 334:12
**refer** 45:19,20
269:10
**refereed** 89:10
89:15
**reference** 14:15
80:5 112:18
232:5 235:15
237:12 238:14
264:17 286:3
288:9 291:4
292:5 296:11
296:21 297:16
298:3 299:22
311:12,18
313:1 318:1
327:2 344:15
344:18 346:20
413:19 436:22
444:7 463:20
472:22
**referenced**
223:16 229:8
232:2 264:22
277:20 279:9
292:23 368:15
415:18 421:8
437:19 481:17
**references** 7:13
165:10 177:10
236:16,20,21
237:16 253:18
253:18 270:14
276:10 289:14
289:17 291:8
292:2 299:6
302:18 318:10
344:19 412:8
437:15 469:19
469:22 470:2
470:17 473:15

**referencing**
256:7 295:4
477:21
**referred** 89:10
89:11 187:4
**referring** 62:5
213:1
**reflected** 299:2
426:16 432:23
482:18
**reflective**
304:17
**Refregier** 10:21
**refresh** 121:11
**regard** 21:24
34:24 36:15
37:6,20 111:12
183:11 204:14
204:20 233:10
239:16 261:8
271:23 280:14
329:10 336:4
354:18 359:21
403:12 431:2
476:15
**regarded** 95:24
**regarding** 51:6
64:4 128:14
180:14 200:8
201:7 209:5
239:15 262:22
334:4 354:10
362:11 373:23
441:19 460:15
467:10 471:17
475:5
**regardless** 35:15
62:6 80:17
146:18 248:24
473:16 479:13
479:14 482:6
491:18
**regards** 37:22
454:15 473:3
**region** 238:6
251:23 252:20
253:11 346:12

346:13 411:3
411:20 414:4
415:16
**Registered** 1:16
508:13
**regulate** 459:2
460:8
**regulated**
459:16 462:2
**regulates** 455:19
**regulation** 62:20
**regulations**
103:11
**regulatory** 5:18
62:9 90:9,22
91:3 94:5,8
95:9,21 97:4
97:20 98:6,10
98:13 99:2
102:3,11,24
103:4,6 104:2
109:16 113:11
114:6 115:15
176:10 177:2
191:15 195:22
360:15,22
361:3,19
455:24 471:13
473:5 475:8,9
**reiterating**
380:17
**REL** 456:7,20
456:22,24
457:5,15 459:3
459:17 460:14
460:14,24
461:7,13
**relate** 147:22
215:10
**related** 50:5
150:15 166:23
184:3 232:10
256:22 300:23
302:4 440:10
447:18 469:23
503:2
**RELATES** 1:8

**relating** 467:3
**relation** 137:2
174:17 477:7
**relations** 84:4
85:3
**relationship**
74:3,4 147:13
155:16 218:18
220:18 240:14
477:17 500:12
**relationships**
70:18
**relative** 138:2
141:14,18,23
143:15 144:23
146:24 155:14
**relatively** 78:2
493:16
**release** 43:21
46:14,17 49:15
80:16 277:17
432:23
**released** 368:9
427:22 428:5
429:1 430:18
431:1,8 435:16
**relevance**
171:17 175:7
347:5 348:2
428:6 429:2
**relevant** 33:2
78:15 80:23
88:10 101:12
104:20 172:1
206:13 262:19
286:16 300:21
312:1 347:17
382:7 384:18
436:24 481:5
**reliance** 7:14
223:5 225:13
237:16 242:7
243:11 247:8
247:13 254:8,9
257:17 258:3
318:10 347:13
**relied** 152:24

227:13 236:12
237:7 242:17
243:19 259:19
311:13 318:2
320:10 326:8
337:16
**relies** 127:24
**rely** 23:17,24
24:7 26:3
30:11 32:8
34:12 45:11
56:5 64:3
134:1 149:2
154:7 166:8,11
210:2 215:12
229:10 237:21
253:24 256:16
336:1,21
337:15 435:9
**relying** 129:21
145:23 147:6
147:16 176:7
320:15
**remain** 410:12
456:24
**remained**
265:19
**remains** 383:19
**remarks** 302:22
**remember** 82:5
100:7 195:18
232:1 237:11
255:23 320:4
344:11 412:4
412:13 430:10
456:14
**remove** 330:17
**removing** 328:8
**render** 159:4
182:13
**rendering**
181:14
**RENÉE** 3:13
**rent** 506:6
**repair** 259:3
262:9 301:19
306:23 453:10

Brooke T. Mossman, M.S., Ph.D.

repairs 50:18
repeat 46:4,15
  200:12
repeated 283:21
repeatedly
  385:17
repeating 52:4
repercussions
  331:13
rephrase 87:9
  87:10 128:20
replaced 160:17
replicate 496:11
  496:17 497:1
  497:17 498:6
  498:15,17
replicating
  496:10 497:12
replication
  306:22
report 7:9 9:23
  16:9,13,22
  69:6 71:11
  79:9 84:18
  86:24 87:13
  88:17 123:14
  123:16 124:1
  124:14,22
  125:2,10,17
  129:16 130:7
  151:20 153:12
  153:23,24
  180:5 183:6
  190:16 201:21
  201:24 218:6
  218:22 219:2
  219:21,23
  220:24 228:10
  241:7,7 242:12
  243:1,5,12,24
  244:7,13 246:6
  246:6,13 247:8
  253:17 319:7
  346:1 350:3
  389:3 392:4
  393:1,16
  426:16 435:23

436:6 437:5
438:13,15,17
439:1,9,13
441:22 442:13
459:21,22
461:19 469:14
478:20 481:18
487:3,15,17,18
491:5,8,19,21
493:9 502:16
502:18 503:8
reported 159:14
  334:15 445:16
  493:3
reporter 1:16,16
  1:17 13:16
  508:13,14,14
  508:22
reports 151:13
  151:16 186:14
  201:14 253:10
  359:14,19
  360:8 436:20
  438:6 439:16
  442:13
representing
  2:15 3:10,15
  3:20 75:10
reproduction
  508:20
reproductive
  20:1,6 133:7
  493:11,21
reputable 91:6
  131:22 143:12
  265:8
request 12:8
  426:3 466:24
requested 77:13
  77:16 466:13
  508:7
require 313:20
requirement
  20:10
requisite 466:5
research 19:2
  61:8 74:8

77:21 86:17,18
87:14 88:3,8
103:23 104:14
128:9 129:21
170:13 196:21
197:9 202:4,9
202:18,23
211:16 248:9
360:9 441:4
456:2,4 463:4
463:20 465:4
476:4
researching
  436:15
reside 362:1
resistance 281:2
  506:17 507:1
resolve 283:20
resources
  474:15
respect 223:9
respective
  212:12
respirable
  480:20
response 4:19
  57:6 58:9 60:5
  223:11 227:19
  254:20 255:1
  281:20,23
  282:4,8 283:21
  285:5 288:23
  289:4 291:7
  349:13 350:13
  354:8,9 403:5
  405:24 424:5
  460:3 473:4
responses 172:3
  172:9,15 285:6
  385:5 395:11
  453:14 454:8
responsibilities
  17:9
responsibility
  93:6 111:13
responsible
  80:16 81:2

92:16 197:5
440:14,22
441:10
responsive
  206:18 250:1
rest 19:23
restore 282:4
restrictions
  85:14
restroom 116:21
  314:10
result 218:11
  220:10 261:16
  268:18 329:1
  370:1 403:3
resulted 272:10
  364:7 368:1
  434:22 477:12
  504:2
resulting 283:22
  289:7 324:18
results 180:11
  206:12 230:4
  273:3 320:6
  325:14 328:12
  362:23 370:20
  374:19 379:4
  382:5 383:12
  383:14 402:23
  418:6 423:21
  427:19 429:8
  480:15 502:5
  504:1
retained 445:11
  446:21 447:17
  447:24 448:18
  449:6,8,11
  450:7 451:9,15
  452:11
retention 452:7
  452:8
retired 17:4
  68:14
retracted
  127:23
retrograde
  288:16 316:9

316:19 335:14
335:23 344:1
448:23
return 509:15
reveal 183:18
  292:10 368:10
revealed 250:14
reveals 58:9
  187:21
reversible 429:8
review 7:11 60:7
  74:8 98:1,3
  101:24 104:18
  110:7 112:14
  115:21 128:15
  153:11,17
  159:17 227:10
  259:24 267:6
  278:12 279:2
  281:3,12
  284:17 286:11
  289:21 293:24
  300:8,13 302:1
  302:13 436:16
  436:23 437:3
  438:16 467:2
  469:16 492:7,7
  501:2
reviewed 71:1
  89:20 91:1
  96:4 98:8
  102:6 111:10
  125:8 126:18
  180:8 181:23
  239:6 244:8
  253:19 262:5
  286:9 300:4
  303:1,12,16
  313:24 316:22
  413:6 438:7,13
  438:14 440:6
  442:12 490:12
reviewer 90:2,5
  90:11 91:13
  93:17 95:11
  97:23 98:6
  101:23 102:3

Brooke T. Mossman, M.S., Ph.D.

Page 558

110:10 195:24
300:6,11
353:12,21
412:11,14
**reviewers**
197:19,22
352:24 412:7
**reviewing** 111:2
111:14 188:3
**reviews** 258:24
292:8 472:8
**revoked** 230:4
**Reynolds**
103:21
**rhythmic**
344:22
**Rich** 471:2,16
471:19 473:5
475:9
**Rich's** 475:4
**richzazenski...**
473:7
**Ridgeland** 2:5
**riebeckite** 458:4
467:7 468:18
**right** 14:21 15:2
24:11 29:19
44:5 53:18
54:4 56:13
67:3 68:8
69:14 70:4
71:21 85:1
88:23 97:23
108:4,7 130:8
132:23,24
139:6 151:24
152:7 160:1
173:11 182:16
190:2 192:6
193:24 196:1,6
197:16 198:13
199:17,20
200:8 208:21
210:22 213:7
214:14 215:13
218:2 219:24
220:7 221:24

264:6 268:6
270:24 271:3
273:12 274:22
290:5 294:8
300:7 302:24
303:11 308:18
314:4 315:4,9
331:3 332:3
337:22 352:18
353:2 354:6,16
354:22 356:8
356:10 357:9
357:14 366:6
382:4 387:11
389:4,8 390:6
390:10,14,18
392:8 393:17
393:20 397:7
397:21 402:6
407:8,14
410:15 413:18
415:4 416:19
416:20 417:8
417:12,13,14
417:16,18,18
417:18,20
418:4,7,9,11
418:14,15
419:4,21
421:22 422:5,7
423:23 424:3
428:10 435:22
436:3 454:1
456:20 469:11
480:3 485:17
491:7,14 500:9
502:4 507:4
**right-hand**
414:21
**rigidity** 21:19
444:23
**Rigler** 186:15
189:18 201:14
**Rigler's** 480:23
**ring** 91:17 93:8
257:24
**Rio** 471:13

473:6 475:2
**rise** 119:17
149:8 168:21
169:4,14,23
170:5,23
171:23 172:13
190:16 241:14
**risk** 8:8,14 29:8
30:8 33:9 34:8
39:8 90:21
115:24 120:1
130:11,13,15
130:23 131:3
131:16 133:5
133:22 134:5
134:11 135:17
136:4,11,16,17
136:24 137:12
137:14,20
138:2,5,9,11
138:14,16,24
139:19 140:18
141:4,10,14,14
141:18,18,22
141:23 142:21
143:15 146:2
146:24 147:7
147:18 149:3
149:21 150:7
150:11,14,20
151:3 155:15
155:20 157:14
159:15 169:17
181:7 183:18
184:2,10,16
224:20 227:12
228:18 235:23
236:8 238:5
251:24 252:21
253:12 255:10
284:6,18 285:8
288:5 289:23
290:7 292:11
293:1,14,22
294:19 305:6
305:22 306:24
310:15,16

313:4,14,16,19
319:18 320:12
320:17 321:20
321:21 322:11
324:22 325:16
326:10 327:12
331:24 332:9
334:12,17
363:19 377:19
462:1,15 464:1
464:6,7 466:8
466:15 470:8
476:11 482:11
484:20 485:5
500:22 501:15
502:6,22 503:2
**risks** 135:15
136:22 138:2
142:2 150:3
458:21 461:21
461:22 465:21
466:4 467:22
476:7
**road** 456:3
**roadmap** 196:21
198:1 455:16
457:4
**roadmap's**
459:23
**ROBINSON**
2:12
**rodent** 174:13
174:16,22
**role** 7:21 57:11
58:19 232:15
233:7,17
234:10 238:18
258:7 261:2
266:2,16 267:7
267:21 278:6
278:16 284:14
292:19 302:1,7
303:15,17
306:1,9 309:11
440:2 480:20
481:12
**roles** 234:22

281:3 304:17
**roll** 68:1
**roots** 95:3
**ROS** 295:8
301:16 303:18
**route** 322:9
323:17 324:20
325:6,20 326:5
340:7 348:21
348:22 479:14
**routes** 349:2
477:10
**routine** 467:13
**routinely** 104:20
331:9
**Royston** 3:21
**RTP** 97:21
98:22 103:1
104:5,8,10,12
104:19 105:8
**RTP's** 103:12
104:24 105:3
**ruled** 471:24
**run** 391:7,8
**rupture** 119:19
119:20

--------

### S

**S** 4:11 5:2 6:2
7:2 8:2 9:2
10:2 11:2
217:16,16,16
**Saed** 437:16
491:10 495:11
495:15 501:4
502:18 506:3
**Saed's** 441:8
496:10 505:14
**Saenz** 151:13
152:20 153:3
**safeguards** 99:5
**safely** 157:20
160:18,21
161:8,16
**safest** 115:20
**safety** 10:19
92:16,17 197:6

Brooke T. Mossman, M.S., Ph.D.

455:13 463:1
463:14 465:13
465:20
**SALES** 1:6
**sample** 21:8
444:3
**samples** 190:3
205:20 444:8
455:1
**Sandra** 346:13
**sanitary** 133:10
133:23 134:14
136:6
**sapiens** 366:18
**Sapphire** 103:22
**sarcasm** 506:3
**Savant** 7:22
**saw** 16:7 46:1,5
48:14 49:3,10
124:13 228:9
243:24 369:22
374:5 432:22
434:22 487:1
490:16
**saying** 36:23
37:4 39:18
42:1,1 87:1
125:15 126:11
137:7,19
138:19 141:21
150:24 169:15
170:21 200:20
233:22 248:23
249:5 330:11
330:13 331:1,6
331:12 332:24
333:24 338:14
343:22 363:10
368:10 370:9
380:13 385:18
385:19 386:3
406:10 407:5
448:20 449:14
454:2 458:14
477:8,23 498:2
500:19
**says** 24:18 27:3

58:17 62:13
79:1 80:4
84:11,14 89:9
89:10 92:7
100:10 123:3
124:14 133:4
160:2 176:17
181:19 193:24
194:12 195:10
195:12,13,14
197:14,18,20
198:15 223:8
242:24 260:2
266:12,13
267:17 275:6
282:24 285:12
285:17 288:2
290:3 295:13
296:22 302:24
303:11 304:11
304:12 306:9
308:10 309:15
313:10 318:16
323:23 324:8
324:16 334:10
334:14 340:4
343:23 344:1
349:17 352:23
366:15 367:12
367:18,19,20
367:23 371:11
402:23 413:20
413:22 418:20
418:23 421:21
422:12 424:1
424:12 456:20
458:14 465:16
466:23 467:18
468:12 472:18
473:9 493:10
493:13 500:11
503:9,10
**scanned** 201:23
223:17,19
224:1
**scanning** 8:22
90:19 346:11

**scheduled** 76:10
**schematic**
274:11
**Schering-Plou...**
103:22
**Schildkraut**
317:24 318:4
321:12,13
322:1 324:15
325:1 326:2
**School** 92:11
**science** 5:10
82:16 83:12
85:8,11 90:18
91:20 93:5
100:14,20
196:21 247:1
**science'** 84:2,12
84:15 85:4
**science.'** 85:21
**sciences** 93:5
460:1 464:3
**scientific** 42:2
70:17 73:3
74:5 81:1
86:21 87:17
88:5 92:9 93:5
95:4 98:21
100:17 114:24
126:19 130:3
134:2 135:19
137:8 158:18
161:12 180:24
185:23 186:10
197:2 247:2
250:22 349:15
415:21 436:16
437:3 441:16
465:17 466:6
469:17 470:12
481:9 487:7
488:16
**scientifically**
39:19 246:8
448:21
**scientist** 34:5
36:18 81:5

138:1,21
247:23 465:1
**scientists** 5:8
74:8 82:13,20
83:9 94:11,17
94:19 96:1
98:24 105:5,12
118:15 158:21
185:16 189:10
462:19 464:24
492:22
**scope** 211:9
212:2
**screen** 256:13
492:17
**screening** 223:1
223:15 224:7
224:18 316:4
**se** 166:7 246:7
**search** 75:9
77:18 78:8
426:12 436:18
437:8,10
**searches** 79:3
226:3 264:23
277:15 311:23
346:2
**seated** 309:9
**seating** 269:4
270:4 271:8
308:12
**second** 59:14
67:22 88:12
91:4 98:15
106:14 126:1
127:12 132:11
133:3 150:17
160:10 204:5
210:23 224:17
225:10,11,12
252:14 276:15
276:15 286:19
313:11 314:6
315:24 352:23
367:11 410:19
421:20 450:5
464:19 466:22

471:1 481:20
**secondhand**
84:18 85:18
86:10,15 94:3
95:6
**secretary** 92:15
**secretion** 434:23
**secretly** 93:23
**section** 68:2
90:8 104:23
116:18,20
122:23 215:17
216:22 294:11
354:12 458:16
**sections** 278:15
**see** 29:22 30:2
44:11,22 47:16
51:9,15 52:15
52:22 60:8
83:12 90:13,18
90:18,21,22,24
92:5 99:12
105:20 106:3
107:11 113:7
115:1,6,7
116:3,14 125:1
132:15,17,18
132:20 133:6
133:12,16
143:3 146:6
157:17 158:11
159:10,19,22
161:3 182:1
192:16 194:6
194:17 195:15
197:14,19
198:2,4,12,22
199:10 225:15
226:15 235:13
238:12,12
242:24 253:17
253:17 254:5
254:11,15
257:19 264:8
264:11 269:18
270:22,24
271:1,24 273:4

Brooke T. Mossman, M.S., Ph.D.

275:3,11
277:14 281:17
284:11 285:14
292:16 293:11
294:10,22
295:9 296:12
299:4,10,24
302:12,18
303:13 308:13
320:5 322:24
323:20 324:2,3
324:11 326:14
327:13 344:16
345:18 352:24
355:12,14
357:23,24
363:3 367:15
374:24 375:5,7
376:12 378:9
385:2 389:5,5
389:8 390:20
391:22 394:4
394:13,15,19
395:12 403:7
404:2,18,22
417:3,11 423:1
423:4,12,16
424:23 425:8
425:11 432:6
438:22 439:1
462:6 464:14
468:11,22
472:18 479:7
492:16 495:15
499:6 500:14
502:24
**Seeding** 8:12
seeing 176:22
247:6 276:20
327:1
seeking 98:20
seen 14:18 55:10
59:23 85:24
86:2 95:8
106:21 108:9
114:10 122:3,6
122:9,10,19

123:8 158:7,14
158:22 159:16
169:12,22
172:3 176:21
180:5 185:22
186:16 187:18
188:2 191:24
201:5,9,13,19
201:21 223:19
227:16 228:8
239:15 272:22
286:13 287:2
296:19,20
300:14 327:4
334:3 337:10
342:13,15,17
346:15,17
388:12,15
401:19,22
424:20 449:18
467:24 473:9
481:24 505:15
**self-education**
472:20
**Selikoff** 80:15
190:15
sell 75:14
**Semi-retired**
17:5
seminar 166:19
send 289:3
426:22
senescence
273:13
senescent 275:1
senior 94:24
305:13 402:8
sense 164:1
296:12 330:23
380:14,18
389:24 405:21
473:19
sensitive 273:18
sent 15:19 475:2
sentence 57:9
58:16 59:14
112:6 295:22

367:21 410:5
414:23 423:17
433:21 439:24
**sentences** 57:19
**separate** 150:19
**separated** 66:23
**September**
366:15
**series** 458:8,9
470:24
**serous** 117:10
117:16 118:7
118:12,16
244:20 278:19
279:5 284:7
318:17 319:1
321:1 383:1
487:9
**serum** 234:4
**served** 70:19,20
70:22 71:3,19
72:17 73:2,8
73:17,23 74:14
75:3,12 90:4
90:10 91:12
92:14 93:16
95:5,10 97:22
195:24 196:4
196:11
**serves** 104:13
**Services** 1:20
13:5 92:12
196:23
**serving** 72:21
**session** 23:14,15
**set** 209:4 315:10
396:17,18
438:20
**sets** 472:7
**seven** 270:23
308:17 378:7
379:3,22
468:11
**sever** 105:9
**severe** 331:4
**SEYFARTH**
3:12

**Shan** 7:20
264:14 265:3
**shape** 64:18
65:1,15 66:2
66:12 171:16
397:13,13,17
**shared** 471:21
**SHAW** 3:12
**sheet** 337:1
339:17 509:7,9
509:12,15
511:12
**Shih** 241:7,11
242:8 243:1
245:13 247:6
486:22 487:2
487:15 488:6
**Shih's** 239:15,17
241:24 242:8
242:10
**short** 116:24
209:12 216:2
272:14 314:14
416:1,7 480:17
480:18 481:11
487:12
**shortcomings**
142:17 157:9
**Shorthand** 1:16
508:13
**show** 96:16
112:7 136:21
139:18 141:17
143:14,16
149:10,14
150:3,6,10,14
151:1 184:14
184:16 240:7
255:22 291:10
291:11 310:9
315:24 325:14
336:17 342:18
362:15 372:20
374:23 375:10
376:3 387:9,9
388:6 395:12
395:14,19

408:10,14
412:14 413:4
414:16 422:20
451:19 456:13
470:18
**showed** 50:17
57:1 114:16
150:4 319:17
320:16 334:11
364:4,13
365:20 371:22
386:6 453:22
462:3
**Shower** 67:15
67:15 177:11
177:11,23,24
179:3,3,14,14
179:23,23
182:19,20
185:10,11,17
185:18 186:4,4
187:10,10
190:6,6,13,13
190:21,21
249:15,15
250:4,4,15,16
251:10,11
333:11,12
398:13,14,22
398:22 399:2,2
399:17,17
427:9,9 440:17
440:18 441:1,2
441:13,13
443:1,2 445:16
445:17 481:1,1
481:23,23
499:12,12,22
499:22
**showing** 215:4
244:2,17 309:8
327:5 335:10
337:11 407:5
451:3 452:1
**shown** 54:15
163:17 164:8
172:23 187:20

Brooke T. Mossman, M.S., Ph.D.

Page 561

| | | | | |
|---|---|---|---|---|
| 236:9 258:17 | **sign** 508:9 509:8 | **silica** 174:7 | 446:10,17 | 88:18,22 89:5 |
| 259:15 261:11 | **signaling** 171:10 | 190:8,20 | 481:21 | 89:8 92:4 |
| 261:11 266:9 | 285:3 | **silicate** 288:3 | **SKADDEN** 3:7 | 93:19 96:8,15 |
| 295:14 296:6 | **signals** 289:3 | **similar** 128:23 | **skin** 248:11 | 96:21 97:15 |
| 297:12,24 | **signature** 79:1 | 128:23 172:15 | 341:10 493:16 | 100:8 101:20 |
| 298:18 317:7 | 408:15,17 | 271:24 313:16 | 494:4 | 106:11,15 |
| 325:11 326:16 | 479:12 | 376:14,15 | **SLATE** 3:7 | 107:3,20 108:4 |
| 340:13,14 | **signature?'** | 387:4 430:22 | **slew** 93:21 | 108:8 109:22 |
| 343:18 347:1 | 473:12 | 490:23 495:2 | **slightly** 313:13 | 110:22 111:16 |
| 351:23 419:20 | **signatures** | **similarly** 24:18 | **sloppy** 291:24 | 111:24 112:15 |
| 421:7 423:7 | 101:10 | **simple** 37:13 | **slow** 484:23 | 112:17 113:17 |
| 424:2,7,12 | **signed** 100:23 | 130:21 131:8 | **slowly** 311:15 | 114:3 115:5 |
| 448:11 452:19 | 105:19 106:24 | 138:20 218:19 | **small** 71:14 | 116:10,16 |
| 462:21 482:10 | 109:3 125:3 | 220:19 372:5 | 94:18 137:3,20 | 117:5 118:5 |
| 484:11 | 469:14 | 441:14 497:10 | 138:13 182:24 | 120:12,22 |
| **shows** 240:13 | **significance** | **simply** 211:23 | 335:20 360:2 | 121:5,23 |
| 362:11 387:12 | 142:5 154:4 | 474:8 | 428:12 482:16 | 122:15 123:1,6 |
| 388:1 392:4 | 321:3 | **single** 40:3 | **Smith** 2:3,3 4:6 | 123:7 124:3,20 |
| 406:11,12,15 | **significant** | 54:24 55:19 | 14:5 15:1,24 | 125:14,24 |
| 421:2 | 104:4 130:20 | **sir** 23:23 69:3 | 16:5,15,20 | 126:20 127:8 |
| **Shukla** 9:8,17 | 130:23 136:12 | 75:2 100:22 | 18:8 19:22 | 127:19 129:12 |
| 9:21 10:13 | 136:15,23 | 110:8 111:8 | 20:22 22:15 | 129:15 131:1 |
| 45:20,21,24 | 137:16,17 | 382:15 482:3 | 24:1,15,16 | 131:11 132:1,7 |
| 46:5 49:3 | 138:5,9,9,13 | **sit** 373:23 | 26:2,10 27:11 | 133:18 134:6,8 |
| 50:17 71:11 | 138:24 139:19 | **site** 54:23 | 27:16 28:23 | 134:19 135:3,7 |
| 165:9 351:1 | 141:15 142:3 | 118:18 162:11 | 29:5,16 30:17 | 135:11,21,23 |
| 353:6 354:1 | 147:18 150:3,6 | 258:9 282:10 | 30:23 31:6,21 | 136:13 137:10 |
| 355:3,9 359:2 | 150:11,14,20 | 328:9 | 32:16 33:13,22 | 138:7 139:2,9 |
| 364:4 365:16 | 151:2 155:21 | **site-specific** | 34:19 36:1,22 | 140:2,22 |
| 366:6,20 | 184:18 188:10 | 54:19 | 37:11 38:6,17 | 141:20 142:10 |
| 367:22 368:6 | 290:7 292:11 | **sites** 176:6 209:6 | 39:3,23 40:15 | 142:23 143:21 |
| 368:11 370:4 | 293:1 319:18 | 279:20 282:24 | 41:1,11,18 | 144:10 145:1 |
| 378:18 379:1 | 320:17 334:11 | 288:24 445:11 | 42:8,22 43:6 | 145:22 147:2 |
| 380:3,23 | 376:23 384:19 | 447:17,24 | 47:18,23 48:10 | 148:8,24 151:9 |
| 381:15 383:24 | 394:1 407:18 | 449:6 451:10 | 48:24 49:13 | 153:8 154:5 |
| 384:8 385:21 | 419:16 422:15 | **sitting** 107:16 | 50:9,20 52:5 | 155:1,23 |
| 396:18 399:9 | 422:18 424:3,6 | **situations** | 53:5,14 55:13 | 156:23 157:7 |
| 400:11 402:7 | 425:4 504:3 | 314:21 | 56:9 57:7,22 | 157:19 158:2,6 |
| 405:6 407:14 | **significantly** | **six** 198:14,14 | 58:1,7 59:8,12 | 159:7 161:1,5 |
| 409:1,9,21 | 146:2 147:7 | 213:2 220:5 | 61:20 64:9,22 | 161:14 162:5 |
| 412:20,22,23 | 149:3,20 | 269:15 270:23 | 65:8,20 66:24 | 162:13,20 |
| 413:1,5,13 | 157:13 184:2 | 308:17 410:21 | 67:8,20,24 | 163:8,18 164:4 |
| 417:24 418:1 | 276:5 320:11 | **size** 64:18 65:1 | 68:7,9 70:14 | 165:12 168:15 |
| 432:22 434:22 | 368:20 402:19 | 65:15 66:3,12 | 74:22 75:11,23 | 170:6,16 |
| 440:1 453:22 | 403:18 423:6 | 179:17,20 | 76:18 77:3 | 171:13 173:9 |
| 493:4 | 454:7,14 | 207:20 397:13 | 79:22 82:6,11 | 175:23 176:19 |
| **side** 337:1 | **signing** 509:10 | 397:14,17 | 83:18,22 86:13 | 178:14 180:4 |

Brooke T. Mossman, M.S., Ph.D.

181:3,22
182:10 185:8
186:1,12
187:17 188:17
189:16,23
191:17,23
193:6,10,15,18
193:23 196:16
199:5,9,16
200:13,23
201:4,16,18
202:17 203:14
205:14 206:15
207:6,22 208:8
208:20 213:3
214:5 215:15
216:14,18,24
217:5,7 218:1
219:4,9,12,16
219:17 221:3
221:18,24
222:18 224:5
225:9 226:4,12
226:17,24
227:4,8,9
228:24 230:20
232:11 233:11
234:12,17
235:8 236:11
236:24 237:5
238:21 239:9
240:11 241:2
242:5,23
243:17 244:5
244:22 245:8
245:21 246:10
246:18 248:1
248:12 249:2
249:23 250:10
251:2,4,15
252:8 253:5,22
254:13,18
255:8 256:11
257:14 258:18
259:18 260:21
261:14 262:3
262:17 263:3

263:21,23
264:5 265:13
266:11 267:24
270:16 272:6
274:20 276:24
277:8 280:16
281:13 282:23
283:15 286:17
289:24 290:11
290:19 292:21
293:9 294:7,12
294:13 296:2,4
297:2 298:8,15
299:9,13,19
301:9 303:7,9
304:23 306:8
307:19,23
308:3,8 310:8
311:9 312:12
312:14,19,22
312:23 314:8
314:19 315:2
315:14,19
316:20 317:12
317:23 319:13
320:1 321:10
322:12,19
325:12 326:6
327:6,16 328:4
329:11 333:5
334:1 335:12
335:18 336:19
337:2,4 339:2
339:18,20,21
341:4 342:6,14
343:21 345:10
346:8 348:10
349:11 350:7
350:23 351:7
351:10 352:12
352:16 353:10
353:20 359:1
359:10,12
360:19,24
362:2 363:9
364:2,24 365:6
366:12 369:4

369:18 370:11
372:2,4,17
373:15,21
374:22 376:2
376:24 377:21
378:6 380:10
381:22 382:22
383:13,22
386:2,17
387:23 388:19
389:1 390:5
391:2,21 394:6
394:22 395:1
395:18,23
397:2 398:4,10
398:19 399:7
399:22 400:24
401:11,17
403:13 405:10
407:3,22 408:9
409:15 411:10
412:9 413:16
414:24 415:23
416:3,12 418:7
418:8 420:13
425:15 427:1
428:15,20,22
429:11,16
431:18 432:10
434:3,5 435:8
435:21 439:7
440:12 442:18
443:9,17
444:16 445:6
445:24 448:2
448:15 449:2
449:17 450:19
451:17 452:5
453:6,17
454:21 455:18
456:5,17
458:24 459:9
460:10,22
461:3,24
462:12,20
463:11 465:8
468:9 469:10

470:23 471:11
475:17 476:9
476:21 477:4
477:19 478:14
479:2 480:2
481:15 482:20
483:17 484:16
485:1,16
486:21 487:10
488:1 489:17
490:15 491:6
492:13 493:1,5
494:7 495:7,23
496:16,19
497:3,18
498:12 499:19
500:5 501:21
502:13 503:21
504:6,19,24
505:11,24
506:19,23
**SmithKline**
103:23
**smoke** 35:6
42:21 78:17
84:19 85:18
86:7,11,15
94:3 95:6
490:10
**smoking** 77:22
78:15 85:13
**SNiPs** 55:19
**SNP** 55:12
**SNPs** 54:24 55:7
55:18
**social** 464:3
**societies** 466:9
**society** 82:23
94:7 98:13
100:14 101:18
102:16 103:4
465:2
**sold** 73:18
**somewhat**
259:22
**soon** 216:13
**sophisticated**

369:2
**sorry** 27:8,12
31:23 63:11
81:11,13 83:15
108:21 111:7
124:4,6 133:16
165:23 193:6
244:10 263:2
291:17 303:7
323:10 336:23
340:11 365:5
381:4 382:15
392:12 419:6
432:3 440:20
460:20 487:12
**sort** 286:1
**sound** 5:10
82:16 83:11
84:2,12,15
85:4,8,11
**sounds** 315:8
**source** 95:19
177:6 187:21
228:11 235:13
291:14 328:8
399:5 400:9
482:7
**sourced** 178:5
178:12 179:9
**sources** 273:7
274:1 275:7
285:13 500:2
**South** 3:18
**space** 509:6
**span** 452:4
**speak** 107:8,22
209:1
**speaking** 106:13
106:16 107:5
107:10,22
134:20,24
135:8 137:24
**Special** 5:16
97:3 107:24
108:1
**species** 255:14
256:6 279:23

Brooke T. Mossman, M.S., Ph.D.

Page 563

283:2 300:24
304:4
**specific** 29:14
54:23 60:13
72:10 140:4
156:1 157:8,17
159:2 167:2
235:16 272:11
362:5 363:4
467:10 477:20
487:11
**specifically**
77:20 118:7
123:24 126:10
128:12 130:6
141:1 155:6
178:2 202:1
223:9 293:21
294:18 318:22
319:11,24
321:9 361:12
441:18 456:14
479:18
**specified** 456:23
**spectrum** 276:2
**speculative**
233:9,13
234:11,14
**speech** 166:18
**spell** 7:19 264:9
265:2
**spelled** 470:5
**spend** 291:21
**spent** 68:20
**spermatozoa**
345:15
**spheres** 82:21
**spoke** 14:10
488:13,14
**spoken** 488:6
489:1
**sponsor** 94:13
103:12 360:8
**sponsored**
359:23 360:1
**spontaneous**
344:23

**spot** 419:4
**squared** 46:8
354:6,13,14,15
355:4,5,5,6,7
356:2,3,5,21
356:22 357:1,7
357:7,8,9
358:5,6,7,8
359:7 378:8,20
378:21,22
379:4,21,23
380:4,22,24
381:3,7,13
386:5,5 388:4
388:5 400:13
400:14 419:14
419:15
**Squibb** 103:17
**stage** 266:10
284:13 304:6,9
304:11,17
306:7 309:7,12
310:22,23
334:20
**stages** 231:11
268:21 304:15
306:13 464:10
**stand** 224:3,12
224:12 415:1
**stands** 455:12
**stapled** 264:1
322:20
**start** 78:18
139:7 315:10
429:22 430:2
471:4 497:8
**started** 330:3
**starting** 29:19
220:5 503:8
**state** 16:23
38:12 63:11
75:1 106:11
110:2,6 140:20
165:8 184:13
189:14 196:20
218:6 259:24
368:6,7 370:15

422:22 439:2
440:19 449:3
455:2 458:18
464:15 468:13
509:5
**stated** 44:3
48:23 74:12
161:2 181:9
191:14 215:3
266:24 293:12
316:3 333:7
370:16 385:24
395:3 397:10
420:6 422:23
423:19 433:18
439:9,24
443:18 445:13
448:3 454:16
454:16 457:1
461:6,19,19
476:3 491:9
499:15 501:4
501:14
**statement** 30:15
35:12 36:14
39:9 54:21
57:16 59:22
60:8 61:19
78:10 88:10
139:11 140:13
156:24 157:1
170:15 215:7,8
224:23 229:18
231:20 232:1,6
232:18 235:14
236:2 238:9
252:3,11,24
253:4,14
255:18,23,24
257:13 258:12
259:11 260:11
261:5,8,21
262:11 266:5
267:16 269:9
270:9,15
278:23 279:8
280:12 282:21

284:11 286:4
288:8 291:5
295:1,5 296:10
297:11,21
298:16 299:2
304:2 306:4
307:16 308:24
316:14 319:6
320:16 322:1
325:1,22
326:19 327:20
332:14 335:2,5
337:17 344:4
345:5 350:6,17
350:22 376:12
411:5,12,13,22
412:24 413:8
413:14 415:8
420:9 424:22
433:17 434:16
436:22 439:3
442:16 446:2,3
469:4,11 499:1
**statements**
38:19 40:12
280:8 289:10
289:15 292:1
302:19 343:11
376:5 437:17
460:2
**states** 1:1 38:20
39:13 84:13
85:5 106:1
117:14 118:11
192:20 225:5
231:18 233:13
244:24 265:9
268:11 275:12
281:19 284:3
300:16 328:10
383:3 399:14
402:4 466:12
471:15
**stating** 292:9
331:17,20
**statistical** 141:9
142:5 143:14

150:10 319:18
320:17 321:3
364:11 368:19
425:19 426:6
482:10 500:17
500:20 501:10
**statistically**
138:23 139:18
142:3 150:14
150:20 151:2
184:18 290:7
292:10 293:1
320:11 326:10
364:11 375:23
388:13
**statistics** 367:9
368:14,17
**status** 301:15
331:11 366:15
**statutory** 466:7
**stayed** 208:3
**stenographic**
13:13 199:15
**steps** 45:14
**stick** 366:5
**stickers** 299:14
**sticking** 474:11
**stimulate** 42:23
84:16
**stimulation**
283:22
**stimuli** 272:18
273:1,8 274:2
274:13,23
275:8
**Stipulations**
12:11
**stop** 134:21
**story** 474:9
**straight** 184:6
276:21
**Street** 1:14 2:9
3:13
**strength** 171:16
213:10
**strengths**
153:14,17

Brooke T. Mossman, M.S., Ph.D.

154:7 155:7
156:1 459:23
**stress** 4:19 8:6
34:21 35:8
42:10 50:6
58:9 59:2,16
60:5,12,16
163:19 164:3
259:3 282:2,10
295:8,14 296:5
297:11,18,24
298:3,17 300:5
300:23 301:13
301:22 302:2
303:19 304:19
506:11
**Stress-inducible**
57:10 58:18
**strict** 206:2
207:7 209:19
447:4
**striking** 362:23
**stroma** 317:14
317:22 494:24
495:6
**strong** 267:13
**strongly** 300:22
**structural**
443:12
**structurally**
442:5
**structure** 64:18
65:2,16 66:3
458:1
**structures**
171:15 494:12
**students** 20:12
**studied** 44:2,19
53:20 67:2,6,9
67:11 203:15
204:16 205:2,8
205:22 206:19
206:20 207:3
209:20,22
210:5 211:4
247:23 248:2,6
284:22 442:8

445:14,20
446:23 450:14
454:17,24
477:6,16
500:11 501:5
502:21
**studies** 32:18
33:1 46:19,23
47:6 49:2,17
49:22 50:24
51:3,6 60:16
61:2,5 98:23
99:1,8 104:8
109:7 112:7
114:16 128:14
128:15,23,24
130:14 131:10
134:3,4 136:20
138:3 139:17
140:15 141:3
141:17 142:6
142:18 143:11
143:23 144:2,8
145:17 146:1
146:11 147:9
147:15,19
148:4,7,19
149:6,18,23
150:2 151:1,11
151:22 152:9
152:17 153:15
153:20 154:1
154:20,23,24
155:8,10,19
156:2,4,14,15
156:19 157:10
157:10,12,18
162:1 165:1
167:3,4,5,15
169:3,13,16,22
169:24 170:18
170:22,22
172:4,21
173:22,23
174:13,16,19
174:22,23
177:22 178:3

179:2,7,13
181:6 183:22
184:4,14,15
185:1,2 190:17
204:7 209:11
210:10,12,17
210:19 211:1
215:3 222:20
222:23 232:13
236:6,9 237:7
241:12,17
250:3,9,12
254:3 257:6
258:6 262:1
263:5,12,16
267:7,21
293:18 294:16
294:24 295:2
311:23 316:2
317:9,11,16,20
320:14 321:8
322:8 326:24
328:16 332:1
332:10 334:16
334:17 336:6
336:16 337:20
338:13 339:14
340:7 341:24
342:13,18,23
343:17 345:12
348:4 351:22
354:11 357:16
360:2 362:18
363:8,23
366:14 367:9
377:11 379:11
384:13 420:20
427:15 431:16
431:19 432:9
432:11,20,22
433:13,24
434:2,12 435:7
440:2,6,8,10
441:6 448:4
449:19 451:18
451:24 452:14
452:18 453:1

458:19 469:23
476:4,17 477:5
478:1,2,5,10
478:13,15,23
479:6,9 480:10
480:16 481:8
481:24 482:5,8
482:22 483:4
483:11,14
484:4,8,8
487:1 499:2,8
500:18 501:15
503:4,12
**study** 45:20,24
46:12,13 47:11
49:3,16 50:18
60:22 61:1,4
65:24 66:21
142:8 148:20
150:22 153:18
154:8 156:21
157:3 164:18
165:18 166:3
166:22 167:11
167:22 168:2
169:7 174:1,3
183:4,5 187:22
188:3 204:24
205:4,6,13,16
206:3 207:9,9
227:14,16
229:7,11,15
231:2 232:13
233:1,14
235:15 240:2
241:11,24
242:10 243:19
243:24 244:1,6
245:17,18
247:1,2,6
249:11,15
251:6 256:8,20
257:24 258:20
260:22 261:15
262:4 263:18
277:10 278:3,5
290:6 292:23

305:7,18
307:15 309:4
312:16 313:9
313:21 318:6,7
319:15,23
320:22 321:4
322:7 325:14
332:20 334:3,9
342:20 344:6
344:11,14
345:20 346:16
351:1,13,15
352:9,24
354:19 359:5
359:15,24
362:11 364:4
364:20,20
365:2,16,19
366:1,3,19,24
367:22,23
368:6,10 370:5
371:11 376:6
378:10,19
379:5,20
381:10 384:8
384:13,13
386:21 388:1
397:23 398:24
399:9,14,15,24
400:23 401:20
404:8 405:6
409:23 410:14
413:9 415:9
416:14 424:21
425:17,24
433:5,20
428:8 429:4
430:4,8 431:19
433:20 438:18
447:5 454:22
470:9 473:22
477:15,20
486:24 487:7
487:15,15
491:23 495:11
496:2,11
497:12,20,22

Brooke T. Mossman, M.S., Ph.D.

Page 565

498:6,16,17,19
500:23 501:9
502:1,19
**studying** 28:9
32:21 455:4
**stuff** 176:22
276:17 333:8
**subgroup** 268:9
**subject** 6:19
10:22 61:8
103:10 104:7
159:11 428:4
460:14 462:7
509:10
**subjected**
104:17 283:21
428:23 464:9
**subjective**
476:14
**subjects** 324:1
324:10
**submit** 360:14
360:21 361:1
361:17,23
**submitted**
228:17 437:3
**submucosal**
494:20
**Subscribed**
511:19
**subsequent**
304:14 306:23
462:9
**subset** 25:20
**substance** 33:3
54:7 121:16
141:22 395:4
407:7 511:11
**substances** 33:8
33:19 34:7
52:20 53:7,11
181:12
**substantiate**
77:21
**substitute** 160:7
**subtitle** 471:23
**subtype** 284:9

284:23 318:23
319:12,16
**subtypes** 284:22
318:19 320:7
**successful**
309:20
**sufficient** 77:23
192:21 194:1
198:20 450:8
**suggest** 185:5
241:5 253:19
260:4,20 348:4
458:18,19
478:19 502:5
**suggested**
334:22
**suggesting** 41:8
180:19 262:5
272:23 275:18
333:22 406:7
449:15
**suggestions**
197:23
**suggests** 164:11
240:23 276:4
301:22 305:23
313:12
**Suite** 2:4 3:18
**sum** 468:12
469:12
**summarize**
483:15
**summarized**
176:17 480:1
484:1
**summarizes**
177:7
**summary** 77:15
77:17 151:12
153:1 305:20
315:12 366:24
367:19 378:16
439:15 442:1
453:19
**summers** 330:4
**supervision**
508:22

**supine** 342:22
**supplemental**
4:17 16:7,10
328:23 421:13
424:16
**supplementary**
421:10
**supplied** 238:14
**support** 12:2
39:20 40:5
103:12 104:11
104:24 224:19
227:14 262:2
262:15 274:3
276:11 291:4
302:19 319:7
338:10 415:21
466:6 480:18
481:10 483:5
**supported**
103:14 289:13
289:16 292:2
296:13 320:10
322:9 360:4
470:16
**supporting**
82:15 83:11
250:22 273:5
335:6
**supportive**
284:20 495:3
**supports** 316:9
327:2
**supposed**
291:14
**supposedly**
98:18
**suppress** 309:24
**suppressing**
310:17
**suppression**
297:17
**suppressive**
324:21 325:9
**suppressor**
296:17 297:7
298:5

**sure** 15:19 23:23
46:5 52:6 53:6
57:22 61:21
63:12,15 66:22
78:14 87:7
90:15 96:2
109:1 116:11
127:3 135:1
149:16 161:12
166:1 167:9
171:20 183:2
195:6 196:9
215:14 217:8
219:4,14 228:6
237:10 245:6
245:10 254:12
264:21 268:1
271:19 276:11
314:8 315:14
325:6 339:20
350:21 351:2
354:24 360:20
368:16 373:22
380:9,13 416:3
421:14 430:5
458:13 475:23
486:6 490:10
**Surely** 125:4
**surface** 22:5,6
22:12,13,19,22
23:1,3,9 24:19
25:4,7,8,17,18
25:19,20,23
272:16 273:17
351:17 352:3,4
352:6 354:3,10
355:21 356:18
381:5 383:4,5
385:3 446:14
447:19
**surface-based**
353:23
**surgery** 334:20
**surmise** 80:15
**surrounded**
494:13
**surrounding**

92:19 282:10
**surveillance**
464:5
**survey** 79:2
85:17
**survival** 454:24
**survive** 52:22
**survives** 452:16
**susceptibility**
10:6 142:22
272:16,24
401:24
**suspected**
490:22
**suspicion** 99:7
**suspicious** 299:7
**swear** 13:17
**switch** 208:10
208:14 416:17
**switched** 390:13
**sworn** 13:21
508:5 511:19
**syndrome**
285:20 307:2
**system** 273:21
301:18 305:4
341:3,6 348:14
**systematic** 7:11
227:10
**systemic** 232:8
234:3,21
**systemically**
233:4
**Systems** 4:19
58:8

**T**

**T** 1:13 4:5,11
5:2 6:2 7:2,10
7:14 8:2 9:2
10:2 11:2
13:20 83:3
217:16 508:8
510:1 511:16
**table** 9:22 101:3
375:8 376:19
378:10 379:22

Brooke T. Mossman, M.S., Ph.D.

389:2 400:11
401:3 421:21
421:22 423:3
423:17 424:8
426:15 491:16
491:20
**tables** 424:23
**Taher** 7:12
225:12,13,20
228:4 229:4
316:22 317:4
317:13 334:2
335:2
**take** 67:21
116:17 216:1,4
216:7 260:10
314:7 336:24
412:15 416:1,4
426:21,23
486:15 506:2,4
**taken** 1:13 316:2
411:22 446:20
**talc** 6:6,9,12,14
6:15 8:23 21:9
21:9 22:2,8
25:24 46:1,6
46:12,20 47:1
47:10,15,20
48:6,14,22
49:12,14,19
50:3,21 51:5
51:11 64:16,24
65:6,14,23,24
66:17,21 67:2
67:10,14 69:7
70:10 86:18,22
87:5,15,18
88:6,9 96:11
96:11 112:21
112:23 113:4
114:23 115:12
115:19,23
120:16,21
121:7 122:2,24
123:4,18
124:14 125:17
126:5,6 127:5

128:1,7,16
129:3,24 130:4
130:15,22
131:3,15
133:21 136:16
136:22 137:1
137:21 138:16
138:23 139:16
143:2,13 145:3
145:7 146:1,6
146:7,19,24
147:6,17 149:2
149:7,15,20
150:5,21 151:3
155:17 157:13
157:20,23
160:17,19,21
161:9,15 162:2
162:6,14,21
164:18,21
166:19,22
167:11,22
170:8,19 171:4
173:18,21,22
174:13,16
175:6,22,24
176:9 177:18
178:4,4,11,16
178:17,20,23
179:8,8 181:5
182:15 183:18
184:4,9,14,14
184:16 185:7
185:14 186:3
187:3,22 188:8
194:23 195:5
195:10 205:1,7
205:15,17,18
205:20 210:7
211:1,5 223:2
223:9 227:12
228:19 229:21
230:3,6 235:17
235:19 238:6
241:14 243:8
246:14 247:11
248:2 249:11

250:19,19
253:11 254:19
254:24 255:6
255:11,16
256:2 257:6,11
258:8 259:15
259:16 260:7
261:17 285:21
286:5 288:2,13
288:20,22,24
289:5,20,22
290:3,8 291:5
292:12,18
293:2 307:7,17
311:24 312:2
316:11,19,23
317:14,20,21
318:21 319:19
320:11 326:9
326:14 327:3
327:10 328:14
330:20 331:15
331:23 332:7
332:16 333:3
333:18,22
334:24 335:8
336:5,8,17
337:18 338:9
338:15,20,21
338:23 340:13
340:15 342:8
343:1,4,7
344:7 345:21
346:12 347:18
348:3,7,18,24
349:7,13,18
350:9 355:13
355:15 356:15
356:16,18,22
357:18,23
358:2,4 359:5
359:6 360:3
361:13 362:11
362:16 363:1,7
363:10 364:9
364:15,16,20
365:1,4,14,20

368:4,20 369:6
369:13,24
370:5,22,24
371:3,11,14,21
371:23 372:9
373:5,10,17
374:13,19
375:8,13,20
376:10,15
379:1,8 380:3
380:23 381:2,4
381:14 382:1
382:20 383:20
385:6,14,19,20
385:21 386:4
386:24 387:5
388:11 389:5
389:16 392:7
393:2 394:15
395:3,12 396:5
396:21 397:5
397:12,18,19
397:24 398:3,6
398:13,17,21
398:22 399:1,6
399:6,8,15
401:3 405:6,18
405:21 407:12
416:24 417:5
419:14,17
420:8,15
421:16,22
422:7 423:18
428:3,6,11,19
428:23 429:2
430:8,14,23
431:8,16 432:1
432:16 437:13
439:3,5 440:16
440:24 441:7
442:2,7,9
443:13 444:3,4
445:9,14 446:4
448:17 449:10
449:21 450:1
450:18,20,22
451:3,9,13,19

451:24 452:4
452:15 453:7
453:21,23
455:2,5,21
456:8,15
473:23 474:19
482:8 484:19
485:4,22
486:11,24
487:19 499:3
500:2 503:16
504:2 505:5
**talc's** 128:10
362:11 382:12
399:24 428:7
429:3
**talc-based** 75:14
**talc-containing**
122:7
**talcs** 67:7,12
167:16,18
170:21 173:24
174:6 176:4,5
177:8 178:10
178:13 179:20
180:21 181:21
183:2,5 249:22
251:1 441:17
441:19,20,20
442:15 480:7
499:9,16,20,21
499:23
**talcum** 1:5
13:10 133:9
134:13 135:16
136:5 138:4
140:18 155:20
238:6,19
251:22 252:19
288:13 411:2
411:19 414:3
415:15 485:12
500:13,21
501:11 502:5
502:19
**talcum-based**
490:19

Brooke T. Mossman, M.S., Ph.D.

Page 567

talk 35:7 49:1
62:14 67:18
68:10 91:2
109:6 140:11
167:2 262:18
273:20 285:2,3
314:5 350:24
377:17 392:11
415:22 425:23
435:23 456:6
505:13
talked 36:3
43:19 56:10
76:19,20 79:15
110:7 114:12
152:5 177:4
187:8 190:23
194:22 255:6
263:6 318:24
334:2 380:1
447:6 485:6
486:22
talking 18:9
35:22 36:6
40:23 41:7
65:12 118:6
130:20 141:10
163:4 167:3,5
173:20 182:14
182:18 194:9,9
195:19 231:10
235:16 241:5
243:2 246:23
246:24 248:14
248:15,16,19
249:1 272:20
273:24 276:18
295:22 296:17
297:6,16 301:7
311:4 316:6
332:21 342:5
343:3,5 348:2
355:2,3 361:10
361:11,12,13
361:16 366:19
370:21 375:21
379:17,18,18

386:14 394:4,7
395:3 420:4
422:2,3 434:13
450:4,21,24
451:1 452:6
455:15 469:5,9
483:12
talks 132:12
284:2 285:5,8
285:10,11
298:16 323:7
419:13 457:6
457:20 464:19
494:9
Tanaka 4:20
targets 410:11
task 78:5,7,12
TASSC 5:9
81:24 82:1,17
83:12 85:8,9
86:4
TASSC's 85:14
85:17
Taylor 17:1
technical 80:2
81:4 268:19
466:6 473:13
TECHNICIAN
3:23
technique 25:2
techniques
188:16
tell 24:2,4 48:11
48:20 72:10
123:22 128:5
130:10 143:10
146:3 147:8
148:9 186:2
203:3,9 236:17
286:24 287:7
287:18 288:10
320:13 372:12
372:19 374:23
378:13 391:12
391:16 400:8
411:11 414:17
430:24 431:6

461:9,17,18
477:5,15
498:24 506:1,2
506:4
telling 40:4
50:10 333:6
394:12 451:23
451:23 460:11
479:4
ten 275:17
313:19 358:7
tenor 105:2
tensile 171:16
213:10
term 54:5 62:3,8
62:21 153:2
276:13 456:15
terms 23:23
26:8 29:7 30:8
35:4 39:7,8
42:7 60:2
62:10,19 65:22
119:9 127:5
128:10 129:23
136:21 137:18
145:20 154:20
155:17 162:18
173:6 183:1,11
183:15 187:2
188:11 191:15
215:9 229:5
247:4 271:23
280:13 284:14
317:10 320:6
343:16 361:17
385:11 400:6
421:15 427:18
428:13 435:2
439:24 457:4
481:7 484:19
485:4
Terry 94:23
test 47:20 48:6
49:19 50:3,21
51:1,12,13,14
52:14,15
371:14 397:24

398:5,12 428:4
428:24 430:22
504:13,16
tested 46:11,16
49:14 172:5
251:11 354:4
358:4 365:1,2
370:5 398:2
420:15 422:7
451:14 486:24
487:18
testified 13:22
69:6 426:4
490:17
testify 76:10
testifying 68:15
76:11
testimony 4:5
23:12,17,19
24:3,4,8 26:3
27:1 29:18
30:10 31:13
32:8 34:3
41:23 44:9
45:10 64:4
69:5 73:13
74:10 106:5
111:4 128:13
128:16 129:17
166:8,11 167:8
187:19,20,21
210:3 211:18
214:7 390:8
429:18 433:2
455:11 508:6
testing 93:1
160:8 180:10
182:4 188:19
189:1 342:19
424:23 480:23
tests 365:8
406:12 430:7
430:13
Texas 265:5,6,8
thank 14:9
24:10 26:11
30:18 56:10

57:21,23 74:13
83:18 253:6
280:2 312:20
370:12 377:1,1
396:3 415:5
438:4 486:19
Thanks 339:19
473:2
theme 456:1
458:22
theories 265:20
265:24 266:14
theory 218:20
333:7
theory.' 220:20
thick 447:22
thicker 447:13
thin 446:15
thing 14:14
154:23 176:18
183:23 184:13
203:22 425:2
450:12 452:9
471:4
things 24:24
25:1,19 42:18
44:19 127:24
161:10 215:10
235:16 247:6
328:21
think 22:18
31:17 33:15
37:21 38:3,12
44:6 64:1 68:5
71:7 74:6
78:16 82:4,18
101:5,7 106:17
118:15 120:4
129:20 131:6
149:24 153:10
157:22 159:2
161:2 180:9
181:10 182:11
195:7 206:17
208:15,24
209:1 212:20
214:2 215:8

Brooke T. Mossman, M.S., Ph.D.

Page 568

| | | | |
|---|---|---|---|
| 216:16 217:1 | **Threatens** 91:20 | **times** 69:6 80:14 | 314:1 460:18 | **toxicology** 5:19 |

216:16 217:1
225:4 226:20
227:2,24
229:19 230:14
235:4 238:15
239:11 240:1
247:19 259:23
272:2,19
274:16 278:2
279:7 286:8
299:10 310:3
330:22,24
331:16,17
340:12 342:4
350:19 362:10
377:15 383:18
386:1 418:3
420:9,15
422:24 425:1
436:1,7 451:2
455:8 459:20
462:18 475:24
478:21 480:9
493:24 506:6
**thinking** 61:3
193:8
**third** 15:11
98:15 133:19
225:11 295:21
331:8 453:7,18
**thirty** 509:16
**thorough**
115:21 245:18
**thought** 55:24
62:19 118:19
119:16 161:3
191:4 288:19
319:2 357:4
383:9 412:10
423:24 431:23
432:14
**thousands**
140:16 142:19
375:22 387:20
394:3 396:10
425:5
**Thread** 10:20

**Threatens** 91:20
**three** 15:14 45:2
85:7 105:20
127:24 140:12
174:5 205:19
207:3 267:9
270:22 284:4
288:2 295:12
363:6 388:10
410:20 455:1
503:7
**threefold** 419:18
**threshold** 390:2
483:2 484:12
**thresholds**
483:14
**threw** 474:13
**throwing** 246:12
**tie** 330:17
**tied** 331:7
**ties** 104:6 105:9
**time** 13:7 15:6
15:15,18,20
30:4 68:19
71:17 76:2,9
80:9 110:9,10
116:23 117:3
143:5 145:18
171:19 183:9
197:21 212:5
217:12,20
260:1,2,18
272:14 277:10
291:22 306:17
314:12,17
315:11 358:17
363:17 371:24
416:6,10 436:8
450:7,16 452:4
487:12 488:12
493:1 504:11
505:8 506:13
507:11
**time-dependent**
504:4
**time-weighted**
459:3 460:23

**times** 69:6 80:14
126:10 145:3,4
146:4 182:1
385:24 409:6
**Tinto** 471:14
473:6 475:2
**tissue** 162:22
163:2 210:7,9
282:4,6,14,17
283:5,17
306:17 317:1
400:5 449:21
451:19,20
452:15,17
479:20
**tissues** 338:22
452:19 489:24
490:24
**titanium** 364:6
364:18 367:24
368:22 375:2
375:11,24
376:13 385:7
387:1,15 388:2
388:15 390:19
390:22 391:7
391:17 392:1,5
393:4 395:6,15
396:11 454:8
454:10
**title** 17:12,15
159:10 297:1
298:7 299:3
305:20,21
**titled** 315:20
**TME** 280:20
**tobacco** 74:15
75:4,10 76:21
84:3 85:16
86:5,7 93:22
94:14 95:3
103:21
**today** 13:14
14:14 30:11
75:17 76:2
83:17 167:17
189:14 281:1

314:1 460:18
**today's** 13:6
507:9
**told** 53:15
109:23 110:23
145:4 200:4
320:8 348:13
364:19 368:5
389:13 393:2
427:12 446:22
484:3 497:21
**too-frequent**
105:2
**tools** 52:20
**top** 83:2 90:16
93:14 97:11
123:4 132:19
132:23 159:21
197:15 198:9
355:11 423:5
456:20
**topic** 112:13
436:19
**topics** 463:21
**total** 233:2
330:5 396:8
469:20 486:9
**totally** 150:18
383:14 485:20
**totals** 15:10,11
15:12
**towel,'** 474:14
**toxic** 99:4
260:23 283:12
357:23 385:15
419:9
**toxicity** 357:20
385:13 419:16
420:4,10,21
421:16 422:3
455:1
**Toxico.Logic**
4:16
**toxicological**
467:2
**toxicologists**
362:1

**toxicology** 5:19
11:7 38:19
39:12 90:10,23
91:4 94:6,8
95:9,21 97:5
97:21 98:6,10
98:13 102:3,11
102:24 103:5,6
109:16 113:12
114:6 115:15
176:10 177:2
195:22 198:16
361:23 377:23
491:24
**TP9/TERT-1**
419:9
**Trabert** 8:14
230:21 231:20
231:24 232:13
232:18,23
263:18 313:6
**trace** 480:4
482:16
**tract** 20:1,6
288:21 319:9
333:13 340:21
341:2,6,13
342:10 345:2
347:11 493:21
**trade** 94:11
104:1
**trained** 17:18
18:11 19:20
**training** 17:23
20:3,5 81:10
81:13
**transcript** 64:8
508:9,19
509:17,19
**transcription**
56:12,15,24
57:11 58:18,24
59:15 285:4
511:7
**transcripts**
403:16
**transfer** 316:19

446:20
transform 43:1
  43:15
transformation
  255:13 256:4
  385:1
transient 48:1
translate 355:6
  356:4
translates 354:5
  354:14
translocated
  448:23
translocation
  8:18 315:22
  322:22 323:12
  328:2 332:22
  335:8 345:3,22
transmigrate
  342:9 343:8
transmigration
  314:5 333:10
  340:1 343:24
  347:10,15
transparency
  97:19 102:22
transport
  288:20 316:9
  317:14 340:5
transported
  317:21
transvaginal
  324:20 325:5
  325:20 326:5
  340:6
travel 325:19
  326:3
traveling 464:12
treated 26:13,16
  28:7,16 255:11
  256:2 472:2
treatment 28:5
  364:6 368:1
tremolite 6:22
  30:1 40:18
  41:7 42:6
  192:5,24

194:15 200:5
200:14 202:5,8
202:10,15
203:4,16,17
204:8,8 205:2
205:8,23
206:20 209:8
209:16 250:21
250:23 446:24
447:12 454:19
455:3 458:9
467:6 468:17
473:21 474:1,2
474:4,7,21
478:2,3 483:6
483:19,24
trends 272:1
trial 23:12,17
  24:3 76:5,10
  76:12,17
trials 69:10
triggered 33:1
triggering
  288:23 291:6
tripping 281:1
true 27:7 28:1
  34:24 39:10
  43:17 45:12
  62:23 74:10
  167:17 168:13
  168:16 170:15
  174:17 212:8
  262:14 275:19
  283:10 319:5
  339:12 434:15
  434:15 446:10
  448:10 450:12
  503:17 508:6
truthful 24:2,4,8
  26:5 30:10,15
  30:16 32:9
  34:13 45:10
try 99:15 100:6
  221:3 289:1
  426:12 496:11
trying 128:5
  154:16 235:2

277:14 354:17
382:10 384:16
432:20 435:14
481:20
tubal 288:18
  327:8 328:13
  328:18,20
  329:23 330:9
  330:14,19
  331:1,13,21
  332:2,6,14
  333:1 334:16
tube 267:12
  318:20 319:3
  327:23 333:17
  383:23 400:1
tubes 118:20,23
  120:11 230:7
  285:19 288:16
  330:17 331:7
  333:14,15
  334:11 343:9
  344:7 350:11
  372:11 374:3
  383:6,11
  494:12 496:1
TUCKER 3:17
tumor 34:22
  40:22 42:11
  43:1 44:24
  77:24 119:18
  223:12 271:16
  275:23 280:20
  284:23 296:17
  297:6,17 298:5
  304:6 311:8
  328:9 404:13
  404:14 484:14
tumorigenesis
  261:19 266:3
  266:17
tumors 35:22
  37:6 57:5 78:1
  156:17 267:4
  284:13 300:22
  304:16 306:16
  320:7 321:1

404:10 480:21
483:3
turn 165:13
  171:9 264:15
turned 363:12
turnover 262:8
tutor 494:3
twice 97:24
  108:6 145:7
two 15:18 25:19
  34:21 42:11
  50:24 62:1
  69:23 105:20
  110:1 111:2,14
  141:16,19
  149:24 151:18
  156:9 157:10
  174:4 178:5
  179:9,17
  182:18 198:14
  203:19 204:17
  221:12 233:4
  242:15 263:19
  270:22 284:4
  288:24 295:12
  308:17 365:21
  374:12 381:12
  388:10 394:9
  404:5 410:20
  436:20 438:6
  497:9 499:2
  503:7
two-sided 221:6
twofold 141:11
  375:19 396:2
  446:4
type 29:7,23
  35:15 36:19
  40:22 54:14
  60:2,3 61:9
  66:11 117:13
  117:18 118:12
  118:16,16
  175:22,24
  278:20 319:16
  320:18 363:5
  382:6 383:1

384:4 392:20
392:22 397:19
398:12 399:1,1
410:22 411:8
411:15 413:23
427:3 440:16
440:24 442:24
447:4 484:18
485:3
types 35:1,12,14
  36:8,17,24
  37:5,8,15
  38:21 40:2,13
  41:20 42:19
  44:18 60:14
  66:1 117:7,9
  172:11 173:3,8
  174:5 179:21
  182:2 187:5
  190:24 191:5
  199:18,23
  206:3,4,13
  207:8,10
  209:18,21
  244:20 250:12
  251:6 278:17
  284:24 347:2
  348:7 364:14
  364:17 365:22
  365:23 377:23
  397:20 427:8
  427:13 441:12
  442:6 443:5
  446:8 447:5,15
  448:13 450:13
  464:7 477:24
  484:5,10
typical 60:16

U

U.S 84:17 92:23
  460:24
ultimate 282:3
umbrella 62:10
unable 283:20
unaware 162:1
  225:24 250:21

Brooke T. Mossman, M.S., Ph.D.

Page 570

364:1 443:7
uncertain
257:21
uncharged
385:11
unclear 118:1
274:15 319:10
340:16 496:8
uncontrolled
52:23
uncover 268:2
undergo 255:12
256:2
undergraduate
330:4,6
underlie 262:6
underlying
426:19
understand
18:15,18 30:20
31:3,4,7,8 32:5
33:23 36:2
37:13 67:13
70:7,8 80:5,21
118:8,9 124:10
128:4 129:12
142:4 188:23
247:15 248:18
266:23 287:15
287:17 329:17
365:7 423:11
450:20,23
459:2,5,7,13
459:15 499:21
understood
119:11
undertake
466:18
undertakes
463:19 465:16
unfamiliar
229:4 264:20
Union 3:21
unique 269:1,24
270:2 271:5,19
272:2,5,15
394:19

unit 355:17
United 1:1 38:20
39:13 84:13
85:5 105:24
117:14 118:11
231:18 244:24
265:9 268:11
383:3
university 6:16
17:2,8,10,11
81:16 83:5
92:11 131:19
132:9,19
133:20 134:10
135:14 136:1
198:6 265:5
329:15 353:14
367:7,12 489:6
unlocked 44:20
Unopposed
307:1
unproven
230:16 350:20
unpublished
225:16,17
228:5 334:7
unreasoned
472:9
unsound 85:20
unsubstantiated
85:20
unusual 55:10
360:7,14,20
361:1,17,23
update 79:6
313:8
updated 237:14
242:17 313:1
346:20 424:21
upper 355:14
upregulated
52:16 379:10
382:1 400:12
401:2,9 404:20
405:4,17 406:3
406:4 407:12
423:12

upregulation
424:4
upstate 205:1,7
urge 105:5
USA 84:23
use 8:13 85:11
99:14 106:8
116:21 145:21
146:19 147:3
150:21 151:4
155:17 160:14
184:4 185:7
187:3 188:15
189:12 207:18
221:11,15
222:13 223:4
227:6,12 238:5
253:10 289:20
290:8 292:3,12
293:2 307:1
309:23 313:3,3
313:13,20,23
314:9 319:19
321:19 322:6,7
325:15 338:8,9
338:24 340:15
351:11 357:16
377:10 383:23
384:12 385:16
385:19 399:15
411:2,19 414:3
415:14,15
436:11 457:3
482:5 500:12
501:11 502:6
502:19
user 345:21
users 143:2,4
146:6,7
uses 291:8
381:12
USGS 473:22
uterus 344:23
utilization 9:9
365:10

————————
**V**
————————

v 5:22
vagina 157:21
157:23 160:18
160:22 161:9
161:17 162:3
337:8,12
341:15,22
342:1,8 343:4
343:8 349:21
vaginal 288:14
343:1 344:12
vague 33:16,20
64:21 65:4
Valley 473:23
valuable 32:18
values 177:21
Vanderbilt
71:20,23 72:3
72:5,15 472:15
474:10,22
Vanderbilt's
474:17
variables 143:20
235:18
variation 313:23
varieties 200:21
458:3
variety 59:2,16
115:18 170:2
329:22 341:9
385:3 448:13
477:9,24
479:10 483:14
484:10
various 205:20
330:18 351:16
354:4
vary 35:12
130:13 199:18
397:18
varying 389:14
vasculature
282:9
vast 68:23
118:10 200:6
vein 283:13
ventilation 94:4

venue 104:13
Vermont 1:14
1:15 6:16 13:9
83:5,6 131:19
132:9,19
133:21 134:10
135:14 136:1
178:16,17
329:16 353:15
367:8,13,16
399:18 402:5
489:6 500:2
version 198:1
versus 65:9,10
65:11 109:10
110:5 112:4
114:14 157:2
171:5 321:6
356:16
vertical 355:12
vessels 494:22
vice 84:20 94:24
100:13
video 13:8
videographer
13:2,4,24
116:22 117:1
217:11,18
314:11,15
416:5,8 505:9
507:8
VIDEOTAPE
3:23
Videotaped 1:13
view 98:21
viewing 208:16
vindication
474:17
viral 302:3
viral-related
300:20 301:5
Vitae 5:12
vitamin 160:14
vitro 32:17 33:1
109:11 128:14
357:16 384:12
441:6 483:15

**vivo** 254:21,22
255:1
**voice** 107:8
**volume** 437:20

**W**

**W** 3:17
**Wacker** 3:18
**wait** 15:12
329:12 385:19
421:14
**walk** 222:20
**walks** 105:24
**want** 14:15
35:19 53:24
67:18,20,23
68:10 76:21
88:11 91:2
97:13 100:9
101:15 108:22
116:16,17
127:9 129:8
139:7,10
140:24 157:8
160:8 198:23
207:23 208:10
208:10,14
215:20 216:1
217:3 222:19
235:3 273:23
287:4,7,17
299:20 314:7
350:24 358:14
358:19 367:2
374:11 400:2,8
411:21 413:4
425:23 426:18
432:5 447:10
451:12 464:21
469:18 470:18
470:24 471:3
477:20 486:4
493:9 496:15
497:16 504:7
505:19 506:4
**wanted** 86:5
130:8 496:11

**warned** 108:5
**warnings**
135:10
**warns** 472:9
**wars** 95:3
**Washington** 3:9
3:14 92:11
198:5
**wasn't** 71:13
74:4 131:2
196:7 204:3
240:12,13
332:6 344:10
349:1 365:1
425:17 428:16
482:17
**water** 323:17
**way** 32:23 54:1
276:16 302:24
330:18 346:24
376:15 418:4
433:21 452:21
496:22
**ways** 63:1 98:18
311:6 427:14
**we'll** 16:21 25:7
35:7 40:16
49:1 107:11
114:19 124:21
130:6 202:2
222:2 230:10
275:20 276:21
279:12 287:24
301:10 366:2,2
388:20 390:6
397:3,7 426:21
438:21 439:17
439:20 486:15
**we're** 67:1 107:9
128:9 139:14
140:4 141:10
182:13,18
214:12 216:14
248:14 268:3,4
295:21 297:6
314:11 332:20
349:9 356:17

375:21 381:9
392:10,13,15
394:4,17 407:1
407:1 422:2,3
434:13 450:4
450:21 479:6
507:6,7,10
**we've** 25:1 43:5
44:2,19 46:16
54:15 64:1
72:1 106:22
380:15 400:21
415:8 422:24
449:19 480:9
**weak** 41:15
203:10
**weaknesses**
153:15,17
154:7 155:7
156:1 157:17
459:23
**weapons** 92:20
92:23 93:1
**Web** 6:17 10:16
11:7
**Webb** 489:2
**website** 132:9
135:13
**week** 15:18
76:13 77:14,16
145:7
**weeks** 15:21
85:6 242:15
**Wehner** 6:7
70:4,6 77:8
112:21 116:2
**Wehner's** 72:8
113:18 114:20
**Wehners'** 74:21
**weight** 146:23
155:3,4 156:3
157:12 351:19
355:16,17,18
385:4
**Weinberg** 95:2
96:10
**weird** 276:16

**Weislogel**
100:13 102:20
**welcome** 415:6
**welfare** 465:23
**wellbeing**
463:23
**went** 73:8
109:18 114:5
114:10 195:3
195:21 251:7
263:10,12
268:14 280:18
311:17 316:21
377:16 392:24
393:14 397:4
409:9 411:12
413:2,5 454:10
455:9
**Wentzensen** 8:9
305:9
**weren't** 71:9
72:3 81:24
126:8 196:3,5
362:14 376:22
384:24 432:17
432:18 434:8
435:6
**whiz-bang**
487:17
**whoa** 286:18,18
**wide** 115:17
**widespread**
272:13
**Wiley** 174:3
205:5 446:12
488:10
**William** 84:21
**Williams** 470:6
**witness** 12:5
13:18 18:3
19:19 22:11
23:22 25:17
26:8 27:10,15
28:22 29:3,12
30:14 32:12
35:19 36:12
37:4 38:2,11

39:17 40:11,21
41:6,14,24
42:16 43:4
47:14 48:5,19
49:10 50:2,16
51:24 53:3,10
55:7 56:22
57:23 61:18
65:5 66:20
67:6 68:4 69:2
70:13 74:19
75:7,22 76:16
82:7 95:18
96:14 99:17,18
99:21 100:2
101:7 109:20
110:14 111:7
111:21 116:6
117:22 120:4
120:20 121:4
123:21 124:18
125:7,22
126:17 127:2
127:13,16
130:19 131:6
133:15 134:17
136:10 137:6
137:24 138:19
139:6,23
140:11 141:8
142:15 143:8
144:6,19
145:13 146:10
148:2,18
153:22 154:12
155:13 156:8
157:5,16 159:1
161:7,23 162:9
162:17 163:1
163:13,23
165:7 168:12
169:21 170:12
171:9 172:20
175:16 176:15
178:9 180:2,18
181:17 182:7
184:21 185:21

Brooke T. Mossman, M.S., Ph.D.

| | | | | |
|---|---|---|---|---|
| 186:7 187:14 | 306:6 307:12 | 444:13 445:3 | 343:18 350:14 | 36:13 54:8 |
| 188:6 189:5,22 | 310:3 311:2 | 445:19 447:9 | 482:8 502:8 | 144:13 158:16 |
| 191:14 193:5 | 312:8,11 | 448:10,20 | **Women's** 183:3 | 181:2 182:8,23 |
| 193:17,20 | 316:17 317:6 | 449:13,23 | **wonder** 136:14 | 188:12 200:7 |
| 199:1,7 200:11 | 317:19 319:5 | 451:22 453:5 | 228:10 | 229:17 295:4 |
| 200:19 201:3 | 319:22 320:21 | 455:17,23 | **Wonderful** | 346:1 370:23 |
| 202:14 203:8 | 322:3 325:4 | 456:12 458:13 | 106:5 | 370:24 373:19 |
| 205:12 206:7 | 326:1,21 | 459:7,19 | **wondering** | 422:16 452:22 |
| 207:2,14 208:5 | 327:22 329:6 | 460:20 461:15 | 269:11 439:14 | 492:6 496:14 |
| 208:12,15 | 332:12 333:21 | 462:5,18 468:3 | **Woodworth** | 496:21 497:15 |
| 212:19 213:21 | 335:4,16 | 468:8 469:4 | 211:15 212:10 | 497:23,23 |
| 215:21 216:1,8 | 336:15 337:3 | 475:15,22 | **word** 238:15 | 498:23 |
| 216:12,20 | 338:18 340:24 | 476:13,24 | 272:2 417:8 | **wound** 289:4,6 |
| 217:6,8 221:22 | 341:21 342:12 | 478:12,18 | **worded** 292:17 | **wow** 387:15 |
| 223:23 224:12 | 343:11 345:7 | 479:24 481:4 | 433:21,22 | 415:3 |
| 225:2,23 | 348:1 349:5 | 482:3 483:9 | **words** 281:1 | **write** 80:11 |
| 230:14 231:23 | 350:2,19 | 484:7,23 485:9 | **work** 23:5,6 | 102:20 473:14 |
| 232:21 234:1 | 361:22 362:4 | 486:17,20 | 43:5 76:20 | **writing** 422:6 |
| 236:5,19,23 | 362:14 363:22 | 487:5,21 | 91:14 94:11 | **written** 69:17 |
| 238:11 239:4 | 364:22 365:4 | 489:16 490:9 | 179:13 188:13 | 92:6 95:9 |
| 239:24 240:21 | 368:13 369:11 | 491:3 492:19 | 211:11 239:15 | 99:10 101:13 |
| 241:10 243:15 | 370:9 371:18 | 493:3,24 | 239:17 241:6 | 243:23 386:21 |
| 243:22 244:10 | 372:15 373:9 | 494:18 495:21 | 241:14 358:14 | 393:1 468:22 |
| 245:5,13 246:3 | 373:19 374:11 | 496:14 497:15 | 360:4 361:7 | **wrong** 69:16,18 |
| 247:18 248:6 | 375:17 376:21 | 498:9 499:15 | 378:16,17 | 70:2 291:7,8,9 |
| 248:22 249:20 | 377:15 378:3 | 500:1 501:13 | 382:11 438:2,3 | 369:11 390:16 |
| 250:8,18 | 380:8 381:20 | 503:24 504:22 | 444:7 464:5,6 | 438:23 470:5 |
| 251:14 252:5 | 382:17 383:8 | 505:4,19 | 464:11 472:12 | **wrote** 70:1 |
| 253:3,16 | 383:17 385:23 | 506:16 508:5,6 | **worked** 69:22 | 78:21 79:9 |
| 254:10 255:5 | 386:14 387:18 | 508:8 509:1 | 70:3,5 85:3 | 84:21 91:18 |
| 255:21 257:5 | 388:8 389:23 | **witnesses** | 178:10,15,19 | 114:7 115:14 |
| 258:15 259:13 | 390:24 393:23 | 108:16 | 178:22 329:21 | 151:19 153:23 |
| 260:15 261:7 | 395:21 396:24 | **woman** 118:23 | 472:11,14 | 161:18 290:22 |
| 261:23 262:13 | 398:2,8,16 | 119:13 139:17 | **worker** 459:4 | 291:24 359:19 |
| 263:1,15 | 399:5,21 | 144:16 331:6 | 461:13 | 473:11 |
| 265:12 266:7 | 400:18 401:7 | 333:10,13 | **worker's** 461:10 | **Wu** 235:9 |
| 267:20 270:12 | 403:11 405:8 | 343:8,9 345:20 | **workers** 92:18 | **WYATT** 3:8 |
| 271:15 274:8 | 406:24 407:16 | **woman's** 157:21 | 92:23 197:6 | |
| 280:11 281:11 | 411:8 412:2 | 160:22 161:16 | 459:17 460:16 | **X** |
| 282:20 283:9 | 413:12 418:5 | 182:20 343:4 | 460:24 499:9 | **X** 4:2,11 5:2 6:2 |
| 286:2 289:12 | 420:3 425:1 | **women** 146:5 | **working** 329:9 | 7:2 8:2 9:2 |
| 290:10 292:15 | 426:9 428:10 | 148:11 231:17 | 330:4,7 486:11 | 10:2 11:2 |
| 293:6 294:6 | 429:6,15 431:4 | 300:18 313:12 | **world** 106:1 | **x-ray** 189:13 |
| 295:20 296:3 | 431:13 432:3,8 | 325:16 332:1,5 | 265:10 | **xeroxed** 409:6 |
| 296:24 297:23 | 434:18 435:12 | 332:9 334:10 | **worldwide** | **XVII** 197:10,18 |
| 298:12,23 | 440:5 442:11 | 334:19 335:14 | 300:19 | |
| 301:3 303:5 | 443:4,16 | 342:22 343:15 | **wouldn't** 23:13 | **Y** |

Brooke T. Mossman, M.S., Ph.D.

**y'all** 351:13
**y'all's** 354:9
**yeah** 15:13 18:3
19:19 23:22
25:17 27:10
28:22 29:12
30:14 38:2,11
41:14 42:16
47:14 48:5
50:2 51:24
52:2 53:3
61:18 65:5,22
75:7 95:18
116:6,13 123:3
123:6 125:22
127:2 128:4
133:15 134:17
144:19 145:13
148:2,18 159:1
161:23 162:17
163:23 165:7
172:20 173:14
175:16 180:18
185:21 187:14
187:23 193:5
193:15 199:1,5
200:11,20
202:14 204:2
206:7 207:2
208:5 212:19
213:21 214:21
215:23 216:3
217:5,9 218:24
219:16 221:15
221:21 225:23
226:24 227:8
230:14 231:23
234:1 236:23
240:21 254:14
258:15 270:12
273:23 276:24
286:2 291:19
293:6 294:3,6
296:3 312:22
315:8 316:17
318:9 337:2
338:19 339:18

351:5,7 352:12
368:13 380:8
381:4 389:7,23
390:17 391:11
393:23 402:7
405:20 406:19
409:2 412:13
412:21 413:7
414:11,19
417:22 423:2
431:4 432:8
434:18 475:22
486:17 492:19
507:7
**year** 73:1 125:13
145:3,4,9
277:11 359:17
492:15
**years** 61:8 69:8
69:19,23 74:20
96:3 102:6
154:13 186:19
186:19 188:14
218:10 220:10
247:24 248:3
275:17 313:19
330:5 426:10
450:2,17
471:24 474:10
**Yep** 24:15
269:21 294:12
355:10 498:20
498:22
**York** 3:8 76:12
80:14 174:1
205:1,7,16
454:23 455:1

---

**Z**

**Zazenski** 6:10
10:22 113:4,19
115:14 176:2,7
176:22,23
442:14 471:2
471:16 473:5
475:10
**Zelikoff** 437:16

**Zelikoff's** 491:4
**zero** 377:19
395:24 396:4,5
417:2,13
418:14 419:24
422:6,8,19
423:17 424:22
**zeta** 23:2
**zonal** 189:13

---

**0**

**000018716** 6:8
**000265536-38**
6:20
**000394320** 9:8
**015** 355:15
**07932** 3:4

---

**1**

**1** 14:17 73:14
86:7 105:8
122:8 194:16
221:23 274:1
274:22 275:6
386:9 397:5
414:21 442:1,2
443:10 457:17
511:6
**1.637** 492:16
**1/12/90** 4:21
**1/31/08** 10:21
**1:22** 217:21
**10** 29:20 96:24
165:16 166:1
218:7 219:20
219:23 313:15
355:9 358:10
359:6 418:18
419:5 424:10
430:1 446:18
493:10
**10:36** 116:23
**10:47** 117:4
**100** 457:19
**104** 2:4
**11** 27:13 97:1
115:17 116:12

208:21 295:6
**11/18/88** 5:6
**110** 5:21
**113** 6:6,9
**12** 77:5 112:16
115:17 116:12
221:9 469:20
503:8,9
**12/4/15** 10:19
**12:16** 217:12
**121** 6:12
**122** 6:14
**129** 473:15
**13** 27:13 55:17
113:19 115:10
469:20
**132** 6:16
**133** 44:9
**134** 165:14
166:1
**136** 167:7
**14** 4:6,15 32:3
113:20 115:11
150:1,2 469:21
**1440** 3:8
**15** 89:4 122:1
195:11 214:14
334:17 355:4
355:15 356:2,8
356:13,20
358:9,10 359:6
402:21 426:10
471:23
**151.41** 15:13
**158** 6:19
**16** 4:16,17
122:17 302:21
303:3 419:2
**16-2738** 1:6
**16,548** 15:10
**16.2** 356:14
**17** 132:3 136:3
197:12
**172** 214:6,14
**179** 207:24
208:7,18
**18** 158:2 378:14

378:14
**18th** 127:7
129:22
**19** 2:13 73:9
97:10 100:10
191:19 366:15
**191** 6:21
**193** 211:17
**194** 213:2
429:18,19
**195** 429:17,18
429:19
**196** 7:6 433:1,3
**1964** 159:20
161:19
**1966** 77:23
78:15
**1970s** 474:18
**1980s** 73:5,9
74:7,15 75:5
80:10 211:12
212:14 342:21
474:19
**1986** 339:15,22
**1988** 69:23
**1990** 69:24 77:5
484:2
**1990s** 73:5,9
74:7 186:21
472:6 474:13
**1992** 84:16
**1993** 84:16 85:2
**1998** 69:14,15
**1999** 232:4
259:19 260:12
262:14 337:19
338:15
**1st** 463:15

---

**2**

**2** 12:9 16:1
89:24 104:3
105:10 117:3
285:7 355:9
445:7 467:9
**2.0** 141:24
**2.4** 294:11

---

Brooke T. Mossman, M.S., Ph.D.

Page 574

**2.548** 491:14
**2.7.2** 456:19
**2/21/64** 6:19
**2:43** 314:13
**2:54** 314:18
**20** 150:2 196:18
 226:14 358:3,8
 358:9,10 359:7
 420:8 511:20
**2000** 165:22
 232:4 258:19
 337:21
**20004** 3:14
**20005** 3:9
**2000s** 180:12
**2001** 84:8
**2002** 97:10
 100:10
**2004** 257:17
 336:21 337:5
**2005** 71:18
 198:16 361:7
 363:23
**2006** 93:2
 218:21 220:18
**2007** 198:1
 336:2 345:19
**2008** 236:13
 237:6 253:24
 256:17 291:1
 308:9 323:1,1
 336:2 471:23
 475:3
**2009** 235:9
 264:7 275:17
 353:14 413:14
 415:17
**2010** 120:16
 121:6 122:24
 151:24 152:2,5
 152:12,16,18
 176:17 177:9
 181:19 343:23
 463:15
**2011** 366:15
**2012** 120:23
 220:16

**2014** 68:14,15
 68:20 69:1
 74:23 75:12
 86:23 87:19,24
 230:22 246:15
 247:12 466:13
 486:11
**2015** 401:20
**2018** 126:3,22
 129:6,23 223:4
 229:8 277:11
 299:21 313:6
 334:4 436:9
 483:16
**2019** 1:10 13:6
 125:2 436:7,9
 508:15
**202** 3:9,14
**21** 24:14 161:19
 219:19
**218** 2:9
**219** 7:9
**21st** 23:15
 159:20
**22** 226:6,20
 227:3,6
**222** 7:15
**226** 7:11
**23** 211:21 227:7
 237:15
**233** 3:18
**236** 389:9
**237** 7:13
**24** 47:20 48:14
 85:6 222:11
 226:11,23
 227:1 262:23
 263:10 369:7
 369:21 370:7
 370:10 371:16
 372:12,22
 373:6,11,17
 374:7 391:6,9
 392:16 396:6
 403:15 416:17
 416:20 418:13
 418:21,24

 503:14,18
 504:16
**24-hour** 503:24
**25** 125:2 264:6
**253** 192:8
**25th** 436:7
**26** 126:22 129:5
 129:22 227:19
 299:15 311:11
 311:17
**264** 7:18
**269-2343** 2:10
**26th** 31:19 126:2
**27** 305:1 311:10
 334:16 358:20
**27,151** 15:12
**2738** 13:11
**277** 7:21
**28** 305:2 307:24
 308:1,4 311:10
 466:12 499:2,6
**283** 303:6
**29** 308:2,9
 311:10,17
 394:13 500:10
 502:16
**299** 8:6
**2A** 419:19
**2D** 421:15,17
**2s** 423:5

___
**3**

**3** 16:16 59:1,15
 90:7,15 105:14
 111:9 217:20
 378:10 400:11
 401:3 407:20
 410:4 433:6
 467:13 493:14
**3,000** 386:9,9
**3.1** 295:7
**3/15/19** 10:11
**30** 46:5 49:10
 69:19 74:20
 302:21 312:4,8
 369:16 374:5
 375:9,21 376:7

**382:2** 386:6,9
 386:10 387:7
 387:13,22
 388:3,10
 390:11 392:8
 395:14 396:8
 396:13,14
 453:24 454:4
 503:6 509:16
**30,626** 15:11
**300** 2:4
**304** 8:8
**308** 8:10
**31** 315:3,4 333:9
**312** 3:19 8:13
**315** 8:15
**31st** 475:3
**32** 105:21
 322:15 458:18
**320,000** 85:6
**322** 8:18
**33** 198:12 346:4
 456:18
**334** 2:10
**34** 353:6 355:3
 409:23 413:6
**346** 8:21
**35** 192:9,13
 353:11 377:7
 427:3
**352** 9:6
**353** 9:9,13
**358** 9:16
**36** 412:12
**36104** 2:9
**366** 9:18
**37** 359:11
**371-7008** 3:9
**38** 366:8
**387** 104:10
**388** 9:22
**39** 285:15 288:1
 295:6 416:13
 421:22
**39157** 2:5

___
**4**

**4** 58:3,16 127:21
 167:10 285:14
 314:17 355:9
 419:5 423:3
 424:8 480:4
**4/1/1990** 195:16
**4:23** 416:6
**4:38** 416:11
**40** 61:8 102:6
 186:19 188:13
 233:2 247:24
 248:3 401:13
**401** 10:6
**408** 10:10
**409** 10:12
**41** 1:14 408:5,21
 413:3
**42** 105:23
 409:17
**426** 12:9
**43** 463:7
**44** 465:9
**45** 73:12,15
 216:23 288:9
 470:19
**463** 10:15
**463-2400** 3:14
**465** 10:17
**47** 289:18
 501:23 502:9
**470** 10:20
**49** 31:22 34:3
**492** 11:6

___
**5**

**5** 62:14 77:5
 160:15 288:1
 294:7 303:8
 416:10 418:17
 424:10 446:17
**5,000** 425:13
**5/8/09** 9:13
**5:55** 507:11,14
**50** 68:18 188:14
**501** 11:8
**512** 511:6
**53** 93:14

Brooke T. Mossman, M.S., Ph.D.

**55** 133:6
**550** 76:3
**58** 4:19

**6**

**6** 9:22 34:4
79:14 323:4,23
324:6 353:22
389:2 410:20
421:21,22
**600** 3:4
**601** 2:5
**60606** 3:19
**60s** 180:11
**62** 7:6 91:13
196:1,19
**624-6307** 3:19
**65** 6:12 69:6
121:7,11,12,18
122:2 195:4
**66** 127:9,13,20
**6950** 3:18

**7**

**7** 198:1 413:19
469:5
**70** 268:22
269:22 270:24
271:1
**70s** 180:11
**720-1288** 2:14
**75** 46:8 68:19
355:5 356:10
356:11,16
357:6 378:20
380:21 386:4
388:4 400:13
419:14
**76** 4:21 192:19
193:11,17
**78** 27:1,12
**79** 5:6

**8**

**8** 1:10 24:17
44:12 83:24
323:4,23 324:6

353:14 430:2
**80s** 180:11
**81** 356:16 381:5
**82** 5:8
**83** 5:10 23:13
24:12
**85** 61:22 62:1
402:13,19
**86** 62:1 296:11
297:16 298:3
299:3
**87** 55:16 62:1
**877.370.3377**
1:20
**88** 5:12
**8th** 13:6

**9**

**9** 83:1 89:7
508:15
**9:12** 1:15 13:7
**90** 383:2
**90s** 180:12
212:14
**917.591.5672**
1:20
**92** 5:14 29:18,20
192:9,13,19
193:11
**92660** 2:14
**949** 2:14
**952-1422** 2:5
**96** 5:16 338:5
339:7
**973)549.7106**
3:5
**975** 3:13
**98** 176:4
**99** 338:4

# Exhibit U

Case 3:16-md-02738-MAS-RLS    Document 9875-7    Filed 05/29/19    Page 195 of 454 PageID: 56399

PHYTOTHERAPY RESEARCH
*Phytother. Res.* **21**, 579–586 (2007)
Published online 14 March 2007 in Wiley InterScience
(www.interscience.wiley.com) DOI: 10.1002/ptr.2117



# Pycnogenol® reduces Talc-induced Neoplastic Transformation in Human Ovarian Cell Cultures

### Amber R. Buz'Zard* and Benjamin H. S. Lau

Department of Biochemistry and Microbiology, School of Medicine, Loma Linda University, Loma Linda, CA 92350, USA

Talc and poor diet have been suggested to increase the risk of developing ovarian cancer; which can be reduced by a diet rich in fruit and vegetables. Talc is ubiquitous despite concern about its safety, role as a possible carcinogen and known ability to cause irritation and inflammation. It was recently shown that Pycnogenol® (Pyc; a proprietary mixture of water-soluble bioflavonoids extracted from French maritime pine bark) was selectively toxic to established malignant ovarian germ cells. This study investigated talc-induced carcinogenesis and Pyc-induced chemoprevention. Normal human epithelial and granulosa ovarian cell lines and polymorphonuclear neutrophils (PMN) were treated with talc, or pretreated with Pyc then talc. Cell viability, reactive oxygen species (ROS) generation and neoplastic transformation by soft agar assay were measured. Talc increased proliferation, induced neoplastic transformation and increased ROS generation time-dependently in the ovarian cells and dose-dependently in the PMN. Pretreatment with Pyc inhibited the talc-induced increase in proliferation, decreased the number of transformed colonies and decreased the ROS generation in the ovarian cells. The data suggest that talc may contribute to ovarian neoplastic transformation and Pyc reduced the talc-induced transformation. Taken together, Pyc may prove to be a potent chemopreventative agent against ovarian carcinogenesis. Copyright © 2007 John Wiley & Sons, Ltd.

*Keywords:* ovarian cancer; talc; Pycnogenol®; human neutrophils.

## INTRODUCTION

Ovarian cancer is the sixth most commonly occurring cancer and ranks fifth in cancer deaths among women, accounting for more deaths than any other cancer of the female reproductive system. Epidemiological studies have suggested that diet, talc, industrial pollutants, smoking, asbestos and infectious agents may increase the risk of developing ovarian cancer (American Cancer Society, 2000) and may do so by causing localized inflammation (Ness and Cottreau, 1999). Specifically, talc exposure has been cited as a risk factor because of its similarity to asbestos (Cramer *et al.*, 1999).

Talc is a layered magnesium silicate [$Mg_3Si_4O_{10}$-$(OH)_2$]. It is used in cosmetics (as the primary ingredient in talcum powder), pharmaceuticals (as an excipient in tablets) and in many other industrial applications (Bremmell and Addai-Mensah, 2005). Talc is used medically to induce pleurodesis because of its known ability to cause irritation and inflammation (Holthouse and Chleboun, 2001). Animal studies showed a systemic migration of talc particles to various organs despite route of entry (Henderson *et al.*, 1986; Werebe *et al.*, 1999). Exposure of rat ovaries to talc leads to cyst formation (Hamilton *et al.*, 1984). Talc was also shown to cause superoxide anion generation and release from murine macrophages (Van Dyke *et al.*, 2003). Thus controversy

continues to surround the topic of talc, its safety (Janssen, 2004) and its role as a possible carcinogen (Cramer *et al.*, 1999; Wong *et al.*, 1999).

Lifestyle factors are important in the etiology of ovarian cancer and current evidence suggests the risk can be reduced by eating a diet rich in fruit and vegetables, among other lifestyle choices (Hanna and Adams, 2006). For the past 20 years, researchers have proposed that nutritional factors play one of the most important roles in the etiology of human cancer. It is estimated that 35% (range 10–70%) of all cancers are diet related and that consumption of certain fruits and vegetables is inversely associated with the incidence of specific forms of cancer. Past research has indicated that a large number of bioactive components, which proved to be protective on different stages of cancer formation, have been identified in nutrients that are of plant origin (Knasmuller and Verhagen, 2002).

Pycnogenol® (Pyc) is a proprietary mixture of water-soluble bioflavonoids extracted from the bark of French maritime pine (*Pinus maritima* Aiton; currently known as *Pinus pinaster* Aiton). The main constituents of Pyc are phenolic compounds, broadly divided into monomers (catechin, epicatechin and taxifolin) and condensed flavonoids (classified as procyanidins and proanthocyanidins). Pyc is known to possess potent antioxidant activity, it not only scavenges the free radicals but it also enhances the endogenous antioxidant systems (Nelson *et al.*, 1998; Wei *et al.*, 1997). Pyc has also been shown to selectively induce apoptosis in breast cancer cells (Huynh and Teel, 2000) and induce differentiation and apoptosis in human promyeloid leukemia cells (Huang *et al.*, 2005). It was previously

* Correspondence to: Dr Amber R. Buz'Zard, Department of Biochemistry and Microbiology, School of Medicine, Loma Linda University, Loma Linda, CA 92350, USA.
E-mail: abuzzard03b@llu.edu
Contract/grant sponsor: Horphag Research, Geneva, Switzerland.

Received 4 October 2006
Revised 1 January 2007
Accepted 8 January 2007

Copyright © 2007 John Wiley & Sons, Ltd.

shown that Pyc selectively induced cell death in established malignant ovarian germ cells *in vitro* (Buz'Zard and Lau, 2004). This study now reports that Pyc prevents talc-induced neoplastic transformation of normal ovarian cells, *in vitro*.

## MATERIALS AND METHODS

**Reagents and chemicals.** Pycnogenol® was supplied by Horphag Research (Geneva, Switzerland). Talc, crystal violet, Giemsa stain, RPMI-1640 medium and other miscellaneous chemicals were purchased from Sigma (St Louis, MO). Polymorphoprep™ was purchased from Greiner Bio-One, Inc. (Longwood, FL). Dulbecco's modification of Eagle's Medium (DMEM), Ham's F-12 medium and penicillin–streptomycin (P-S) were purchased from Cellgro (Herndon, VA). Fetal bovine serum (FBS) was purchased from HyClone (Logan, UT). The CellTiter 96® AQueous One Solution Cell Proliferation Assay was purchased from Promega (Madison, WI). High strength analytical grade agarose was purchased from Bio-Rad (Hercules, CA). Ionagar No. 2 was purchased from Oxoid (London, UK). 5-(and-6)-Carboxy-2′,7′-dichlorodihydrofluorescein diacetate (carboxy-H$_2$DCFDA) was purchased from Molecular Probes (Carlsbad, CA).

**Water soluble extraction of Pycnogenol®.** Pyc was incubated at 56 °C for 5 h in double distilled water, allowed to cool to room temperature and filtered using a Steriflip® Vacuum Filtration System (0.22 μm Durapore PVDF membrane; Millipore Corporation, Bedford, MA).

**Cell culture and treatments.** Two cell cultures of human origin were maintained at 37 °C in a humidified atmosphere containing 5% CO$_2$. OSE2a (immortalized normal ovarian epithelial) and GC1a (immortalized normal ovarian granulosa) cell cultures were donated by Dr Hitoshi Okamura at Kumamoto University, Japan (Okamura *et al.*, 2003). The cell lines were maintained in a 1:1 mixture of DMEM and Ham's F-12 medium supplemented with 10% FBS and 100 IU/mL P-S. In preparation for either talc or Pyc + talc treatments, each cell line was seeded ($1 \times 10^5$ cells/ml) and grown to 80% confluence, unless otherwise specified. Cells were incubated with 0–500 μg/mL talc from 24 to 120 h; or 0–500 μg/mL Pyc for 24 h followed by 5 μg/mL talc for 24 or 72 h.

**Neutrophil isolation and culture.** Peripheral blood polymorphonuclear neutrophils (PMN) and monocytes were obtained from heparinized venous blood from healthy volunteers (protocol approved by Loma Linda University Institutional Review Board for Human Studies) and isolated by Polymorphoprep™ density gradient centrifugation followed by the hypotonic lysis of erythrocytes. The purity of PMNs was determined by Giemsa staining as greater than 95%. Purified cells were suspended at $5 \times 10^5$ cells/mL in RPMI-1640 containing 2 mM L-glutamine, 1 mM sodium pyruvate, supplemented with 10% FBS and 100 IU/mL P-S; and treated with varying concentrations of talc for 24 or 72 h. ROS generation was detected as detailed below.

**Cell viability assay.** The CellTiter 96® AQueous One Solution Cell Proliferation Assay was used to measure cell viability (Buz'Zard and Lau, 2004). The MTS [3-(4,5-dimethylthiazolyl-2-yl)-5-(3-carboxymethoxyphenyl)-2-(4-sulfophenyl)-2H-tetrazolium, inner salt] solution was used according to manufacturer's instructions. The absorbance was read at 490 nm using a model 3550 Microplate Reader (Bio-Rad). The percent cell viability was calculated as the absorbance of the treated cells divided by the absorbance of the untreated-control cells multiplied by 100.

**Neoplastic transformation assay.** A characteristic of cancer cells is their ability to grow and to divide when held in suspension without attachment or with minimal attachment to a rigid surface (Leung *et al.*, 2004). Thus, growth in soft agar demonstrates *in vitro* transformation of cells to their neoplastic counterparts (Morales *et al.*, 2003). After 72 h of incubation in the presence of talc; or in the presence of 0–500 μg/mL Pyc for 24 h followed by 5 μg/mL talc for 72 h, cells were collected, washed and suspended in 0.35% agarose at 5000 cells/well and layered on top of a base of 0.5% agar. The plates were incubated at 37 °C in a humidified incubator for 14 days. The cells were stained with 0.005% crystal violet and colonies were counted using an inverted microscope (Cory *et al.*, 1987).

**Reactive oxygen species (ROS) detection.** Carboxy-H$_2$DCFDA is a non-fluorescent dye that permeates the cells where it is deacetylated by viable cells to 2′,7′-dichlorofluorescin (DCFH), which is then oxidized to fluorescent 2′,7′-dichlorofluorescein (DCF) by endogenous hydrogen peroxide (H$_2$O$_2$) (Wan *et al.*, 1993). The cells were seeded in Optilux™ 96-well plates (BD Falcon, Bedford, MA) and treated with 0 to 500 μg/mL Pyc for 24 h. H$_2$O$_2$ (100 μM) was used as a positive control. Carboxy-H$_2$DCFDA (5 μM) was added and incubated for 1 h. The fluorescence intensity (excitation 485 nm/emission 530 nm) was measured as arbitrary fluorescent units (AFU) using a model 7600 Microplate Fluorometer (Cambridge Technology, Inc., Watertown, MA). The percent AFU (a.k.a. % ROS generation) was calculated as the 'treated cell-AFU' divided by the 'untreated cell-AFU' multiplied by 100. Immediately following the fluorescence detection, the fluorescence intensity was normalized by the cell viability assay.

**Statistical analysis.** Data were reported as mean ± SE. Statistical analysis was performed with the Student's paired *t*-test.

## RESULTS

All experiments were performed a minimum of three times with reproducible results.

### Effect of talc on cell viability of normal ovarian cells

Talc caused a bell-shaped curve response in OSE2a cells, with a statistically significant increase seen at 5 μg/mL (24 h) and a statistically significant decrease at 200 μg/mL (72 h) and 500 μg/mL (24 and 72 h) (Fig. 1).

Copyright © 2007 John Wiley & Sons, Ltd.



**Figure 1.** Effect of talc on the cell viability of ovarian cells. Normal ovarian epithelial (OSE2a) and normal ovarian stromal (GC1a) cells were treated with various concentrations of talc for 24 and 72 h. Cell viability was measured by the MTS assay and the percent cell viability was calculated as the absorbance of the treated cell divided by the absorbance of the untreated-control cells multiplied by 100. Each data point represents mean ± SE of five determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$, ** $p < 0.01$ comparing the treatment with the respective untreated control.

Also seen in Fig. 1, talc caused a bell-shaped curve response in GC1a cells, with a statistically significant increase seen at 5, 20, 50 and 100 µg/mL (72 h) and a statistically significant decrease at 500 µg/mL (24 h).

### Effect of talc on neoplastic transformation of normal ovarian cells

Since the ability to grow suspended in soft agar is a characteristic of cells being transformed to their neoplastic counterparts (Leung *et al.*, 2004; Morales *et al.*, 2003), the study determined whether talc would be able to induce such a transformation. As shown in Fig. 2, talc caused a statistically significant increase in the number of transformed colonies in the OSE2a cells at 5 and 20 µg/mL talc and in the GC1a cells at 5, 20 and 100 µg/mL talc, compared with the untreated control. An exception was seen in the 100 µg/mL talc treatment in the OSE2a cells in which the number of transformed colonies was reduced significantly.



**Figure 2.** Neoplastic transformation of ovarian cells by talc. Normal ovarian epithelial (OSE2a) and normal ovarian stromal (GC1a) cells were incubated with various concentrations of talc for 72 h, collected, washed, seeded in soft agar suspension and grown for 14 days before colonies were counted. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$ comparing the treatment with the respective untreated control (0 µg/mL talc).

Copyright © 2007 John Wiley & Sons, Ltd.

582                                                    A. R. BUZ'ZARD AND B. H. S. LAU





**Figure 3.** ROS generation of ovarian cells in response to talc treatments. Normal ovarian epithelial (OSE2a) and normal ovarian stromal (GC1a) cells were treated with various concentrations of talc for 24, 72 and 120 h and $H_2O_2$ during the last 90 min of each respective time point. $H_2O_2$ was used as a positive control for this assay. Fluorescence intensity were measured as arbitrary fluorescent units (AFU) at ex 485 nm/em 530 nm and normalized with the cell viability assay. Percent AFU (a.k.a. % ROS generation) was calculated as the average AFU of the treated cell divided by the average AFU of the untreated-control cells multiplied by 100. (A) ROS generation in OSE2a cells in response to talc treatments. (B) ROS generation in GC1a cells in response to talc treatments. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$  comparing the treatment with the respective untreated control (as demonstrated by the horizontal brackets).

### Effect of talc on ROS generation in normal ovarian cells

Talc caused an initial dose-dependent decrease in ROS generation (24 h) which increased with time in OSE2a cells (Fig. 3A). However, as time increased, ROS generation rebounded and increased compared with the values at 24 h. A statistically significant increase was seen at 20 µg/mL (72 and 120 h) and 50 µg/mL (120 h). Talc also caused an initial dose-dependent decrease in ROS generation (24 h) in GC1a cells (Fig. 3B), but

ROS generation increased with time in the talc treated cells. A statistically significant increase was seen with 0.5, 20 and 50 µg/mL (72 and 120 h), as well as 5 and 100 µg/mL (120 h) compared with the respective 24 h value.

### Effect of talc on ROS generation in PMN

Since oxidative stress is often a component of the tumor microenvironment (Valko *et al.*, 2004), the study tested whether talc was capable of inducing ROS generation

Copyright © 2007 John Wiley & Sons, Ltd.

PYCNOGENOL® PROTECTS AGAINST NEOPLASTIC TRANSFORMATION                583



**Figure 4.** ROS generation of polymorphonuclear neutrophils (PMN) in response to talc treatments. PMNs were treated with various concentrations of talc for 24 and 72 h and $H_2O_2$ during the last 90 min of each respective time point. $H_2O_2$ was used as a positive control for this assay. Fluorescence intensity were measured as arbitrary fluorescent units (AFU) at ex 485 nm/em 530 nm and normalized with the cell viability assay. Percent AFU (a.k.a. % ROS generation) was calculated as the average AFU of the treated cell divided by the average AFU of the untreated-control cells multiplied by 100. ROS generation of PMNs in response to talc treatments. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$ comparing the treatment with the respective untreated control.

in human PMNs. Talc caused a dose-dependent increase in ROS generation at both time points (Fig. 4). The increase was statistically significant at 0.5, 5, 20, 50 µg/mL (24 h) and 100 and 500 µg/mL (24 and 72 h). The maximum ROS generation was seen at 500 µg/mL and was increased over 4-fold at 24 h and 3.5-fold at 72 h, compared with the respective untreated cells.

### Effect of pretreatment with Pyc on talc-induced cell viability changes in normal ovarian cells

Pretreatment with Pyc did not cause a statistically different change in cell viability in the OSE2a cells

(Fig. 5A). Pretreatment with Pyc caused a general decrease in cell viability in the GC1a cells (Fig. 5B) compared with the respective untreated GC1a cells. One exception is that of a slight, but statistically significant, increase in cell viability at 100 µg/mL Pyc + 5 µg/mL talc (72 h) compared with the respective untreated GC1a cells (Fig. 5B).

### Effect of pretreatment with Pyc on talc-induced neoplastic transformation of normal ovarian cells

Pretreatment with Pyc decreased the number of neoplastically transformed colonies induced by talc in



**Figure 5.** Effect of Pyc + talc treatments on the cell viability of ovarian cells. Normal ovarian epithelial (OSE2a) and stromal (GC1a) cells were treated with 0–500 µg/mL Pyc for 24 h followed by 5 µg/mL talc for 24 and 72 h. Cell viability was measured by the MTS assay and percent cell viability was calculated as the absorbance of the treated cell divided by the absorbance of the untreated-control cells multiplied by 100. (A) OSE2a cells. (B) GC1a cells. Each data represent mean ± SE of four determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$ comparing the treatment with the respective untreated control.

Copyright © 2007 John Wiley & Sons, Ltd.                                                                          *Phytother. Res.* **21**, 579–586 (2007)
DOI: 10.1002/ptr



**Figure 6.** Pyc-induced protection against neoplastic transformation of ovarian cells by talc. Normal ovarian epithelial (OSE2a) and stromal (GC1a) cells were incubated with 0–500 µg/mL Pyc for 24 h followed by 5 µg/mL talc for 72 h, collected, washed, seeded in soft agar suspension and grown for 14 days before colonies were counted. (A) OSE2a cells. (B) GC1a cells. Each data represent mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. ** $p < 0.01$ comparing the treatment with the respective control.

the OSE2a cells, but not in a statistically significant manner (Fig. 6A). Pretreatment with Pyc (5, 100 and 500 µg/mL; 24 h) caused a statistically significant decrease in the number of talc-induced neoplastically transformed colonies in the GC1a cells (Fig. 6B).

**Effect of pretreatment with Pyc on talc-induced ROS generation in normal ovarian cells**

Pretreatment with Pyc caused a statistically significant decrease in ROS generation at 5, 20, 50, 100 and 200 µg/mL Pyc + 5 µg/mL talc (24 h); and 500 µg/mL Pyc + 5 µg/mL talc (24 h and 72 h) in the OSE2a cells (Fig. 7A). Pretreatment with Pyc caused a statistically significant decrease in ROS generation at 5, 20, 50, 200 and 500 µg/mL Pyc + 5 µg/mL talc (24 h) in the GC1a cells (Fig. 7B). Pretreatment with Pyc caused a statistically significant decrease in ROS generation at 5, 20, 50, 100, 200 and 500 µg/mL Pyc + 5 µg/mL talc (72 h) in the GC1a cells (Fig. 7B). The decrease seen at 100 µg/mL Pyc + 5 µg/mL talc (24 h) was not statistically significant (Fig. 7B).

**DISCUSSION**

Cancer development is a multi-step process comprising a series of cellular and molecular changes that are mediated by various endogenous and exogenous stimuli, such as aberrantly expressed ROS (Storz, 2005).

Although ROS are a byproduct of endogenous biochemical processes, ROS (such as $H_2O_2$) at high concentrations or expressed in a chronic nature can damage cellular macromolecules and contribute to neoplastic transformation and tumor growth (Nicco *et al.*, 2005). A characteristic of neoplastically transformed cells is their ability to grow and to divide when held in suspension without attachment or with minimal attachment to a rigid surface (Leung *et al.*, 2004; Morales *et al.*, 2003). Our data show that talc not only increased cell viability (Fig. 1A), but also caused an increase in transformed cells in both the stromal and epithelial ovarian cells by their ability to grow, divide and form colonies while being suspended in soft agar (Fig. 2A).

It is known that substances that raise the intracellular level of $H_2O_2$ are able to trigger normal cell proliferation and abolish tumor cell proliferation (Ness and Cottreau, 1999; Nicco *et al.*, 2005). In normal cells, the basal level of $H_2O_2$ is low and its increase is initially associated with cell growth. $H_2O_2$ at high concentrations or expressed in a chronic nature in normal cells, can damage cellular macromolecules and contribute to neoplastic transformation and tumor growth (Nicco *et al.*, 2005). In this study, talc was shown to increase the ROS generation, after an initial suppression, in a time-dependent manner in the normal stromal cells (Fig. 3B) and less strongly in the normal epithelial cells (Fig. 3A).

Recent studies have expanded the concept that inflammation is a critical component of tumor progression. The neoplastic process (proliferation, survival and

Copyright © 2007 John Wiley & Sons, Ltd.



**Figure 7.** ROS generation of ovarian cells in response to Pyc + talc. Normal ovarian epithelial (OSE2a) and stromal (GC1a) cells were treated with 0–500 µg/mL Pyc for 24 h, followed by 5 µg/mL talc for 24 or 72 h and $H_2O_2$ (the last 90 min of each time point) as a positive control. Fluorescence intensity (AFU) was measured at ex 485 nm/em 530 nm and normalized by cell viability assay. The percent ROS generation was calculated as the average AFU of treated divided by AFU of untreated-control multiplied by 100. (A) OSE2a cells. (B) GC1a cells. Each data point represents mean ± SE of three determinations. Statistical significance was determined by the Student's paired $t$-test. * $p < 0.05$, ** $p < 0.01$ and *** $p < 0.001$ comparing the treatment with the respective untreated control.

migration) is linked with the tumor microenvironment and synchronized with inflammatory cells (Valko *et al.*, 2004). Polymorphonuclear neutrophils and macrophages are a main source of exogenous ROS in that they release large quantities of ROS in response to a variety of stimuli. This exogenously produced ROS is crucial in the innate immune system of the host for killing invading bacteria but may also be responsible for tissue injury, when expressed excessively or inappropriately (Lewis and Pollard, 2006). Inflammatory cells are prominent in the stromal compartment of virtually all types of malignancy. These highly versatile cells respond to the presence of stimuli in different parts of tumors (Balkwill and Mantovani, 2001). In an *in vitro* study of rat cells, both macrophages and neutrophils were found to be mutagenic in response to alpha-quartz dust, talc and diesel soot; however, neutrophils appeared to have a greater mutagenic effect (Driscoll *et al.*, 1997). This study found that talc not only increased the ROS generation in the ovarian cells (Fig. 3), but also increased the expression of ROS by the neutrophils (Fig. 4).

Talc has been shown to be ubiquitous in our modern environment (Bremmell and Addai-Mensah, 2005) despite concerns raised about its safety (Janssen, 2004), its role as a possible carcinogen (Cramer *et al.*, 1999; Wong *et al.*, 1999), and its known ability to cause irritation and inflammation (Holthouse and Chleboun, 2001). The data show that talc is capable of increasing

cell proliferation, inducing neoplastic transformation of both the normal stromal and epithelial ovarian cells *in vitro*; and increasing ROS generation in these cells as well as the PMN cells.

Cancer chemoprevention is regarded as an efficient strategy to prevent cancer. The most useful cancer chemopreventive compounds will have minimal long-term toxicity, while significantly reducing tumor incidence, delaying tumor onset or preventing tumor progression (Kapadia *et al.*, 2003). It was hypothesized that Pyc, shown to induce apoptosis in various malignant cells (Huang *et al.*, 2005; Huynh and Teel, 2000), could prevent talc-induced neoplastic transformation of normal ovarian cells. It was recently shown that Pyc selectively induced cell death in established malignant ovarian germ cells *in vitro* (Buz'Zard and Lau, 2004). The present study showed that Pyc was capable of inhibiting the above mentioned talc-induced changes. Pretreatment with Pyc prevented the characteristic talc-induced increase in cell viability of GC1a cells (Fig. 5B). Pretreatment with Pyc was able to decrease the ROS generation compared with the respective controls both in a dose- and time-dependent manner (Fig. 7). The data show that pretreatment with Pyc reduced the number of talc-induced transformed colonies in both cell lines (Fig. 6). In the GC1a cells, the decrease in the number of transformed colonies was statistically significant at all concentrations of Pyc (Fig. 6B).

Copyright © 2007 John Wiley & Sons, Ltd.

*Phytother. Res.* **21**, 579–586 (2007)
DOI: 10.1002/ptr

586                                      A. R. BUZ'ZARD AND B. H. S. LAU

In conclusion, our *in vitro* data suggest that: (1) talc may contribute to ovarian carcinogenesis in humans by way of inducing aberrant ROS generation and (2) Pyc reduces talc-induced neoplastic transformation of ovarian cells. Taken together, Pyc may prove to be a chemopreventative agent against ovarian carcinogenesis.

## Acknowledgements

This study was partially supported by a grant from Horphag Research, Geneva, Switzerland (Otherwise, there is no conflict of interest). We thank Dr Hitoshi Okamura for the cell lines. We thank El Chay for his guidance. We thank Vandana Shah, Marsha Yarnell and Christina Wright for their assistance.

## REFERENCES

American Cancer Society. 2000. *Ovarian Cancer*, 1–29.

Balkwill F, Mantovani A. 2001. Inflammation and cancer: back to Virchow? *Lancet* **357**: 539–545.

Bremmell KE, Addai-Mensah J. 2005. Interfacial-chemistry mediated behavior of colloidal talc dispersions. *J Colloid Interface Sci* **283**: 385–391.

Buz'Zard AR, Lau BHS. 2004. Selective toxicity of Pycnogenol for malignant human ovarian germ cells *in vitro*. *Int J Cancer Prev* **1**: 207–212.

Cory S, Bernard O, Bowtell D, Schrader S, Schrader JW. 1987. Murine c-myc retroviruses alter the growth requirements of myeloid cell lines. *Oncogene Res* **1**: 61–76.

Cramer DW, Liberman RF, Titus-Ernstoff L *et al*. 1999. Genital talc exposure and risk of ovarian cancer. *Int J Cancer* **81**: 351–356.

Driscoll KE, Deyo LC, Carter JM, Howard BW, Hassenbein DG, Bertram TA. 1997. Effects of particle exposure and particle-elicited inflammatory cells on mutation in rat alveolar epithelial cells. *Carcinogenesis* **18**: 423–430.

Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. 1984. Effects of talc on the rat ovary. *Br J Exp Pathol* **65**: 101–106.

Hanna L, Adams M. 2006. Prevention of ovarian cancer. *Best Pract Res Clin Obstet Gynaecol* **20**: 339–362.

Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. 1986. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. *Environ Res* **40**: 247–250.

Holthouse DJ, Chleboun JO. 2001. Talc serodesis – report of four cases. *J R Coll Surg Edinb* **46**: 244–245.

Huang WW, Yang JS, Lin CF, Ho WJ, Lee MR. 2005. Pycnogenol induces differentiation and apoptosis in human promyeloid leukemia HL-60 cells. *Leukemia Res* **29**: 685–692.

Huynh HT, Teel RW. 2000. Selective induction of apoptosis in human mammary cancer cells (MCF-7) by pycnogenol. *Anticancer Res* **20**: 2417–2420.

Janssen JP. 2004. Is thoracoscopic talc pleurodesis really safe? *Monaldi Arch Chest Dis* **61**: 35–38.

Kapadia GJ, Azuine MA, Sridhar R *et al*. 2003. Chemoprevention of DMBA-induced UV-B promoted, NOR-1-induced TPA promoted skin carcinogenesis, and DEN-induced phenobarbital promoted liver tumors in mice by extract of beetroot. *Pharmacol Res* **47**: 141–148.

Knasmuller S, Verhagen H. 2002. Impact of dietary factors on cancer causes and DNA integrity: new trends and aspects. *Food Chem Toxicol* **40**: 1047–1050.

Leung DW, Tompkins C, Brewer J *et al*. 2004. Phospholipase C delta-4 overexpression upregulates ErbB1/2 expression, Erk signaling pathway, and proliferation in MCF-7 cells. *Mol Cancer* **3**: 15.

Lewis CE, Pollard JW. 2006. Distinct role of macrophages in different tumor microenvironments. *Cancer Res* **66**: 605–612.

Morales CP, Gandia KG, Ramirez RD, Wright WE, Shay JW, Spechler SJ. 2003. Characterisation of telomerase immortalised normal human oesophageal squamous cells. *Gut* **52**: 327–333.

Nelson AB, Lau BHS, Ide N, Rong Y. 1998. Pycnogenol inhibits macrophage oxidative burst, lipoprotein oxidation and hydroxyl radical-induced DNA damage. *Drug Dev Indust Pharm* **24**: 139–144.

Ness RB, Cottreau C. 1999. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* **91**: 1459–1467.

Nicco C, Laurent A, Chereau C, Weill B, Batteux F. 2005. Differential modulation of normal and tumor cell proliferation by reactive oxygen species. *Biomed Pharmacother* **59**: 169–174.

Okamura H, Katabuchi H, Ohba T. 2003. What we have learned from isolated cells from human ovary? *Mol Cell Endocrinol* **202**: 37–45.

Storz P. 2005. Reactive oxygen species in tumor progression. *Front Biosci* **10**: 1881–1896.

Valko M, Izakovic M, Mazur M, Rhodes CJ, Telser J. 2004. Role of oxygen radicals in DNA damage and cancer incidence. *Mol Cell Biochem* **266**: 37–56.

Van Dyke K, Patel S, Vallyathan V. 2003. Lucigenin chemiluminescence assay as an adjunctive tool for assessment of various stages of inflammation: a study of quiescent inflammatory cells. *J Biosci* **28**: 115–119.

Wan CP, Myung E, Lau BH. 1993. An automated microfluorometric assay for monitoring oxidative burst activity of phagocytes. *J Immunol Methods* **159**: 131–138.

Wei ZH, Peng QL, Lau BHS. 1997. Pycnogenol enhances endothelial cell antioxidant defenses. *Redox Rep* **3**: 219–224.

Werebe EC, Pazetti R, Milanez DC, Jr *et al*. 1999. Systemic distribution of talc after intrapleural administration in rats. *Chest* **115**: 190–193.

Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. 1999. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol* **93**: 372–376.

Copyright © 2007 John Wiley & Sons, Ltd.

# Exhibit V

Toxicology in Vitro 24 (2010) 1139–1147



Contents lists available at ScienceDirect

# Toxicology in Vitro

journal homepage: www.elsevier.com/locate/toxinvit



# The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on $A_{549}$ cells and lipid peroxidation inhibitory effect exerted by ascorbic acid

Mohd Javed Akhtar[a], Sudhir Kumar[b], Ramesh Chandra Murthy[c], Mohd Ashquin[a], Mohd Imran Khan[a], Govil Patil[a], Iqbal Ahmad[a,*]

[a] Fibre Toxicology Division, Indian Institute of Toxicology Research (CSIR), Lucknow 001, UP, India
[b] Department of Zoology, University of Lucknow, Lucknow 226 001, UP, India
[c] Analytical Chemistry Division, Indian Institute of Toxicology Research (CSIR), Lucknow 226 001, UP, India

ARTICLE INFO

Article history:
Received 8 October 2009
Accepted 3 March 2010
Available online 10 March 2010

Keywords:
Talc nanoparticles
Cytotoxicity
Lipid peroxidation
Reactive oxygen species
Glutathione
Oxidative stress
Iron contamination

ABSTRACT

Talc particles, the basic ingredient in different kinds of talc-based cosmetic and pharmaceutical products, pose a health risk to pulmonary and ovarian systems due to domestic and occupational exposures. Two types of talc nanoparticles depending on the source of geographical origin – indigenous- and commercial talc nanoparticles were assessed for their potential *in vitro* toxicity on $A_{549}$ cells; along with indigenous conventionally used microtalc particles. Cell viability, determined through live/dead staining and 3-(4,5-dimethyl thiazol-2-yl)-2,5-diphenyl tetrazolium bromide (MTT) assay, decreased as a function of concentration, origin and size of particles. Both varieties of talc nanoparticles differentially induced lipid peroxidation (LPO), which was correlated with the pattern of lactate dehydrogenase (LDH) leakage, reactive oxygen species (ROS) generation, and glutathione (GSH) depletion. Relatively higher cytotoxicity of indigenous nanotalc could be attributed to its higher content of iron as compared to commercial nanotalc. The known scavenger of ROS, L-ascorbic acid significantly inhibited LPO induction due to talc particles. Data suggest that nanotalc toxicity on $A_{549}$ cells was mediated through oxidative stress, wherein role of iron-mediated LPO was much pronounced in differential cytotoxicity.

© 2010 Elsevier Ltd. All rights reserved.

## 1. Introduction

Talc is a magnesium silicate mineral with chemical formula written as $3MgO \cdot 4SiO_2H_2O$ which corresponds to 4.8% $H_2O$, 31.7% MgO, and 63.5% $SiO_2$. It is chemically inert to acids and alkalis and can withstand temperatures up to 1300 °C. In pulverized form it is whiter in appearance. Talc is valued for its extreme softness, smoothness, high lubricating and hiding power and ability to absorb oil and grease. Talc is, therefore, used by organized sector of industries because of its valuable properties. Pulverized talc has wide industrial applications in cosmetics as body and face powder; filler in rubber, textile, plastic, asbestos products, polishes and soaps; as a loading agent for paper of all kinds; used in pharmaceuticals as a carrier of insecticidal and pesticidal dusts.

Since, talc products are marketed in a multitude of grades which have physical or functional characteristics especially suited for particular applications and products, so occupational and con-

sumer exposures to talc are complex. Talc miners have shown higher rates of lung cancer and other respiratory illnesses from exposure to industrial grade talc, which contains dangerous silica and asbestos (Hollinger, 1990; National Toxicology Program, 1993). The common household hazard posed by talc is inhalation of baby powder by infants (Hollinger, 1990). Talc particles have been found to be translocated after intrapleural administration in rats (Werebe and Pazetti, 1999). Talc particles are able to move through the human reproductive system and become imbedded in the lining of the ovary. Researchers have found talc particles in ovarian tumors and have found that women with ovarian cancer have used talcum powder in their genital area more frequently than healthy women (Henderson et al., 1971; Harlow et al., 1992; Harlow and Hartge, 1995). Numerous studies have shown a strong link between frequent use of talc in the female genital area and ovarian cancer (Heller et al., 1996; Chang and Risch, 1997; Cook et al., 1997; Cramer et al., 1999; Mills et al., 2004; Wild, 2006). In an epidemiologic study aimed to analyze the interactions between talc use and genes involved in detoxification pathway, (viz; glutathione S-transferase M1 (GSTM1), glutathione S-transferase T1 (GSTT1), and N-acetyltransferase 2 (NAT2), suggest that women with certain genetic variants may have a higher risk of

* Corresponding author. Address: Fibre Toxicology Division, Indian Institute of Toxicology Research, P.O. Box No. 80, Mahatma Gandhi Marg, Lucknow 226 001, UP, India. Tel.: +91 522 2620207/2227586; fax: +91 522 2628227.
E-mail addresses: iqbal@iitr.res.in, ahmadi@sify.com (I. Ahmad).

0887-2333/$ - see front matter © 2010 Elsevier Ltd. All rights reserved.
doi:10.1016/j.tiv.2010.03.002

*M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147*

ovarian cancer associated with genital use of talc (Gates et al., 2008).

Nanopowder of talc is a recent introduction and is used for improving quality of many industrial products. Nanopowder of talc is being used in plastics for higher strength and stiffness, better thermal and creep resistance; in papers for higher opacity, better gloss and printing quality; in cosmetics and paints for better gloss, smoother surface, resistance to water and cracking, etc. Owing to their unique nano-size, nanoparticles are provided with many special physicochemical properties, and thereby may yield extraordinary hazards for human health (Donaldson et al., 2002; Kipen and Laskin, 2005; Holsapple et al., 2005; Nel et al., 2006; Borm et al., 2006). Since, talc with a multitude of physical and functional characteristics is used for particular applications, so occupational and consumer exposures to talc are likely to vary accordingly. Risk of occupational and environmental exposure to nanoparticles of talc has obviously increased.

Since, physical and functional characteristics of talc and other minerals depend, in part, from one geographical region/source to other, therefore, the first objective of the present study was to evaluate cytotoxicity of talc nanoparticles from the two sources-indigenous nanotalc (Indian origin) and commercial nanotalc (American origin) using human bronchoalveolar carcinoma-derived cells ($A_{549}$). Indigenous micro-scale talc particle was used for comparative size-dependent toxicity with the two types of nanotalc. The second objective was to study the mechanism of cytotoxicity induced by talc nano- and micro-particles. In the present study, different types of talc particles were dispersed in the cell culture medium at varying concentrations and then exposed to cells. Cytotoxicity was measured by determining cell viability using MTT assay and live-dead staining method. To elucidate the possible mechanisms of cytotoxicity, biomarkers for cytotoxicity and oxidative stress, namely lactate dehydrogenase (LDH) leakage in cell culture medium, reactive oxygen species (ROS) generation, intracellular reduced glutathione (GSH) level, and malondialdehyde (MDA) as an indicator of lipid peroxidation and membrane damage, were measured. Antioxidant, ascorbic acid, was used to delineate further the potential mechanism of oxidative stress and as a potential preventive measure. In the toxicity of minerals, the iron content has been a key factor, acting through Fenton reaction and the Haber–Weiss cycle. Some metals like Fe, Pb, and Cr was measured in the talc from two sources. A role of differential amount of iron present in indigenous and commercial talc, in the perspective of cytotoxicity and oxidative stress has, therefore, also been established.

## 2. Materials and methods

### 2.1. Nanoparticles

Indigenous cosmetic grade talc was collected from Udaipur, Rajasthan, India and prepared into micro- and nanoparticles. As a standard reference, Nanopowder of talc (i.e. commercial nanotalc) was purchased from (M.K. Impex Canada, Catalpa Road, Mississauga, Canada). As per the information provided by the supplier, the powder size was 70–120 nm and the country of origin was USA. For indigenous nanotalc a stone of talc was crushed into fine particles and fed into a ball mill (PM 100, Retsch, Germany) and grinded for 5 days at an alternative cycles of grinding (10 min) and halt (30 min) at 350 rpm using a mixture of different sizes of balls. The sizes of nanoparticles were measured by transmission electron microscopy (TEM) and found to be 80–130 nm. Indian talc particles (i.e. indigenous micro talc) 50–65 μm served as negative control for a comparative study on nanotoxicity of indigenous and commercial varieties of nanotalc.

### 2.2. Chemicals

Fetal bovine serum, Penicillin–streptomycin, DMEM F-12 medium, HBSS was purchased from Invitrogen Co. (Carlsbad, CA, USA). MTT [3-(4,5-dimethylthiazol-2-yl)-2,5 diphenyltetrazolium bromide], NADH, Pyruvic acid, L-ascorbic acid, glutathione reduced (GSH), o-phthalaldehyde (OPT), 2′,7′-dichlorofluorescin diacetate (DCFH-DA), 1,1,3,3-tetraethoxypropane (TEP), 2-thiobarbituric acid (TBA), sodium dodecyl sulphate (SDS), $Na_2HPO_4$, $NaH_2PO_4$, were obtained from Sigma–Aldrich. Ultrapure DI-water was prepared using a Milli-Q system (Millipore, Bedford, MA, USA). All other chemicals used were of reagent grade.

### 2.3. Estimation of heavy metals in indigenous and commercial talc

Talc samples were digested in digesting mixture ($HNO_3$ and perchloric acid in a ratio of 4:1) for 24 h on hot plate in a fume hood. The digested samples were dissolved in 1% $HNO_3$ and filtered. The filtrate was used for metal analysis by atomic absorption spectroscopy (AAS). Before analysis, AAS was calibrated every time by running at least three standard concentration (1, 3 and 5 mg/L) of each metal. Values have been expressed as% metal content in talc samples.

### 2.4. Measurement of hydrodynamic size of nanotalc

These particles were suspended in complete cell culture media, ultrasonicated at 30 W for 2 min (Sonics Vibra Cell, India) and a dynamic light scattering (DLS – Malvern Instruments USA) performed for particle size distribution in culture media.

### 2.5. Cell culture and treatment with talc particles

The $A_{549}$ cell line has been established in permanent culture from a human lung adenocarcinoma (Lieber et al., 1976). *In vitro*, these cells are largely differentiated as alveolar epithelial cells, type II (Croute et al., 1990). The $A_{549}$ cells were obtained from National Centre For Cell Science (NCCS), Pune, India. Cells were maintained in DMEM F-12 medium supplemented with 10% fetal bovine serum, 100 U/ml penicillin, and 100 μg/ml streptomycin, and grown at 37 °C in a humidified, 5% $CO_2$ incubator. For the determination of GSH, MDA, and LDH levels, $A_{549}$ cells were plated into 75-$cm^2$ flasks at a density of $2.0 \times 10^6$ cells per flask in 12 ml culture medium and allowed to attach for 24 h. Then, the freshly dispersed talc nanoparticles suspensions in cell culture medium were prepared and diluted to appropriate concentrations (50, 100, and 200 μg/ml) and immediately applied to the cells in 15 ml culture medium. Cells not exposed to particles served as controls in each experiment. The selection of the 50–200 μg/ml dosage range of talc nanoparticles was based on a preliminary dose–response study (data not shown). A dosage level lower than 50 μg/ml did not result cytotoxicity significantly. The 48 h exposure time was chosen for investigation; the responses at 24-h exposure were not as pronounced as that at 48 h. Therefore, all the data presented here is that of 48 h exposure. Throughout the studies presented in this paper, we utilized a particle dose of 20 μg/$cm^2$ = 100 μg/ml.

### 2.6. Cell viability assay

Cytotoxicity was measured by determining cell viability using MTT assay and live-dead staining method.

#### 2.6.1. MTT assay

Cell proliferation/viability was assessed by the MTT assay as first described by Mossman (1983) and later modified by Hansen et al. (1989). This assay is based on the ability of viable cells, but

M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147
1141

not of dead cells, to reduce soluble, yellow 3-(4,5-dimethyl thiazol-2-yl)-2,5-diphenyl tetrazolium bromide (MTT) into insoluble, blue formazon product. Briefly, around 10,000 $A_{549}$ cells per well were plated in 96-well microtiter plates in a 100 μl of medium. The next day, the medium was changed and the cells were treated with talc nanoparticles at 50-, 100-, and 200 μg/ml for 48 h. After the exposure time completed, the medium was aspirated off and 100 μl MTT laden media (0.5 mg MTT/ml of media without phenol red and serum, filtered through 0.22 μm filter) added and incubated for 2 h. The reaction was stopped and formazan crystal thus formed was solubilised by mixing an equal volume of stop mix solution containing 20% SDS in 50% N,N-dimethylformamide and left overnight on a shaker. To minimize the interference in absorbance caused by previously dosed talc particles (at concentrations like 50–200 μg/ml obviously resulting in turbidity!), the plates were centrifuged at 3000 rpm for 5 min to settle down the particles and a clear 100 μl supernatant was transferred to other fresh wells of microtiter plate and then absorbance at 570 nm was taken by a microplate reader (Omega Fluostar). Following noncellular background (blank consisting of yellow MTT- and stop mix-solutions) subtraction, all data were normalized to the MTT conversion activity of media-treated control cells. This value corresponds to 0% decrease in MTT conversion activity and represents 100% cell viability.

### 2.6.2. Live-dead staining (trypan blue exclusion) assay

In addition to the MTT assay, the cell viability was also determined by the trypan blue exclusion method. The percentage of non-stained live cells was evaluated using a haemocytometer. A total of 200 cells were counted for each measurement.

### 2.7. LDH leakage

The activity of cytoplasmic LDH released into the culture media was determined with the method described elsewhere (Wroblewski and LaDue, 1955; Welder et al., 1991). A 100-μl sample from the centrifuged culture media was collected after the cells were treated for 48 h. The LDH activity was assayed in 3.0 ml of reaction mixture with 100 μl of pyruvic acid (2.5 mg/ml phosphate buffer) and 100 μl of NADH (2.5 mg/ml phosphate buffer) and the rest of the volume adjusted with phosphate buffer (0.1 M, pH 7.4). The rate of NADH oxidation was determined by following the decrease in absorbance at 340 nm for 3 min at 30 s interval at 25 °C using a spectrophotometer (Thermo-Spectronic). The amount of LDH released is represented as LDH activity (IU/L) in culture media.

### 2.8. Intracellular ROS measurement

The generation of intracellular ROS was measured using 2′,7′-dichlorofluorescin diacetate (DCFH-DA) probe (Wang and Joseph, 1999). DCFH-DA passively enters the cell where it is broken down into cell impermeable, non-fluorescent reduced dichlorofluorescin (DCFH) and diacetate by cellular esterases. Now DCFH becomes oxidized with intracellular ROS to form the highly fluorescent compound dichlorofluorescin (DCF) that may be cell permeable. Briefly, 10 mM DCFH-DA stock solution made in dimethyl sulfoxide (DMSO) was diluted in culture medium without serum or other additive to yield a 100 μM working solution. After 48 h of exposure to talc nanoparticles, the cells in the 12-well plate were washed twice with HBSS and then incubated in 1 ml working solution of DCFH-DA at 37 °C for 30 min. The cells were lysed in alkaline solution and centrifuged at 3000 rpm. A 200 μl supernatant was transferred to black 96-well plate and fluorescence was then read at 480-nm excitation and 520-nm emission using a microplate reader (Omega Fluostar). The intensity of untreated control well was assumed to be 100% and data is represented in percent of control.

### 2.9. Determination of intracellular GSH

The cellular content of GSH was quantified by the fluorometric assay of Hissin and Hilf (1976). After exposure, cells were lysed in 20 mM Tris (pH 7.0) by repeated cycles of freeze–thaw and centrifuged at 10,000 rpm for 10 min at 4 °C. The supernatant was transferred to another tube and protein content was measured. For the determination of intracellular GSH, protein in this supernatant was precipitated at 1% perchloric acid and again centrifuged at 10,000 rpm for 5 min at 4 °C. Now 20 μl sample was mixed with 160 μl of 0.1 M phosphate-5 mM EDTA buffer, pH 8.3 and 20 μl o-phthalaldehyde (OPT, 1 mg/ml in methanol) in a black 96-well plate. After 2 h incubation at room temperature in the dark, fluorescence was measured at an emission wavelength of 460 nm and an excitation wavelength of 355 nm, along with similarly prepared standards of GSH in 1% perchloric acid. Results are expressed as nmol GSH/mg of cellular protein.

### 2.10. Determination of thiobarbituric acid-reactive substances (TBARS)

LPO was assessed by the TBARS assay, which detects mainly malondialdehyde (MDA), an end product of the peroxidation of polyunsaturated fatty acids and related esters. TBARS was measured by slight modification of the method of Ohkawa et al. (1979). Subconfluent cells were scraped in 75-cm² flasks, washed two times by isotonic trace element-free Tris–HCl buffer (400 mM, pH 7.3). A 200-μl aliquot of cell suspension was subsequently mixed with 800 μl of LPO assay cocktail containing (0.4% (w/v) thiobarbituric acid, 0.5% (w/v) SDS, 5% (v/v) acetic acid, pH 3.5 and incubated for 60 min at 95 °C. The sample was cooled using tap water and centrifuged at 5000 rpm for 5 min. The absorbance of the supernatants was read at 532 nm against a standard curve prepared using the MDA standard (10 mM 1,1,3,3-tetramethoxy-propane in 20 mM Tris–HCl, pH 7.4). Results were calculated as nmol of MDA/mg of cellular protein.

### 2.11. Addition of L-ascorbic acid

To test the potential antioxidant effects afforded by ascorbic acid, 1.5 mM was applied to cell culture 30 min before exposure with particles. A dosage of 200 μg/ml of the two varieties of talc was then exposed for 48 h and MDA level was measured as illustrated above.

### 2.12. Estimation of protein

The total protein concentration was measured by the Bradford method (Bradford, 1976) using a ready to use Bradford reagent (Sigma–Aldrich, USA) and bovine serum albumin as the standard.

### 2.13. Statistics

Data were expressed as the mean ± SD from three independent experiments. One-way ANOVA and Dunnett's Multiple Comparison Test was applied using Graph Pad prism (Version 5.0) software for significance testing, using a p value $\leqslant 0.05$.

## 3. Results

### 3.1. Iron contamination in talc samples

Indigenous and commercial talc samples were analyzed for contamination of heavy metals (Fe, Pb, and Cr). The results are given in Table 1. Indigenous talc contained almost 2.3 times higher iron level in comparison to commercial talc. Pb was not in detectable

*M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147*

**Table 1**
Metal contamination in talc samples.

| Name of metal | % Metal content | |
|---|---|---|
| | Indigenous talc | Commercial talc |
| Fe | 0.19 | 0.08 |
| Cr | Not detectable | 0.0046 |
| Pd | Not detectable | Not detectable |



**Fig. 1.** Viability of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles evaluated by MTT assay at indicated concentrations. Values are mean ± SD from three independent experiments. Triplicates of each treatment group were used in each independent experiment. *Denotes a significant difference from the control ($p < 0.05$).

limit in both the samples. However Cr was present in trace amount in commercial nanotalc.

### 3.2. Hydrodynamic size of talc nanoparticles in culture media

The size measured by a dynamic light scattering method was the particles hydrodynamic size, which indicates the extent of aggregation of particles in suspension. The measurements have been given in Table 2. Results show that aggregation occurred and the aggregation was not uniform.

### 3.3. The concentration-, size-, and origin-dependent cytotoxicity of talc particles

The $A_{549}$ cells were exposed with indigenous microtalc (50–65 μm) particles, indigenous talc nanoparticles (80–130 nm) and commercial talc nanoparticles (70–120 nm) for 48-h exposure, and the cell viability was assessed by MTT assay. Cell viability decreased as a function of concentration, size and geographical origin of particles. Cell viability decreased to 93.0%, 91.6%, and 83.6% for indigenous microtalc and 81.6%, 67.0%, and 47.30% for indigenous nanotalc and 88.3%, 77.6%, and 64.0% for commercial nanotalc particles when exposed at 50-, 100-, and 200 μg/ml, respectively (Fig. 1). Fig. 2 shows the results on cell viability obtained by trypan blue exclusion test for similar experiment. Cell viability decreased to about 93.0%, 90.6%, and 83.6% for indigenous microtalc and 83.6%, 73.6%, and 57.30% for indigenous nanotalc and 88.6%, 78.6%, and 69.6% for commercial nanotalc particles exposed at 50-, 100-, and 200 μg/ml, respectively. The $IC_{50}$s evaluated by MTT and trypan blue assay is given in Table 3.

### 3.4. Cell membrane damage

LDH release, a marker of cell membrane damage, was measured at 50, 100, and 200 μg/ml for the 48-h exposure (Fig. 3). Following exposure to talc particles at concentrations mentioned above, the LDH activity in the culture media is increased in a concentration-dependent manner and found to 18.1%, 32.9%, and 61.3%, respectively for indigenous microtalc and 99.2%, 193.6%, and 275.6%, respectively for indigenous nanotalc and 46.2%, 103.7%, and 178.7%, respectively for commercial nanotalc. The indigenous nanotalc induced a significantly higher ($p < 0.05$) cell membrane damage when compared with its micro-scale size and commercial nanotalc for a particular concentration. For instance, 50-, 100-, and 200 μg/ml exposure of indigenous nanotalc induced 1.4-, 1.44-, and 1.3-fold higher membrane damage when compared with the same concentrations of commercial nanotalc induced membrane damage. Similarly indigenous nanotalc induced membrane



**Fig. 2.** Viability of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles evaluated by trypan blue assay at indicated concentrations. Values are mean ± SD from three independent experiments. Triplicates of each treatment group were used in each independent experiment. *Denotes a significant difference from the control ($p < 0.05$).

damage was 1.6-, 2.2-, and 2.3 times higher than that of indigenous microtalc.

### 3.5. ROS generation

The ability of talc micro- and nanoparticles to induce intracellular oxidant production in $A_{549}$ cells was assessed by measuring DCF fluorescence as a reporter of ROS generation. DCF fluorescence intensity significantly ($p < 0.05$) increased after 48 h exposure to all examined micro and nanoparticles at concentrations of 50-,

**Table 2**
Actual and hydrodynamic sizes of Indigenous and Commercial nanotalc in culture media.

| Type of nanoparticles | Actual size (nm) | Hydrodynamic size (nm) |
|---|---|---|
| Commercial nanotalc | 70–120 | 800 ± 100 |
| Indigenous nanotalc | 80–130 | 750 ± 120 |

M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147

1143

**Table 3**
$IC_{50}$ values of different talc particles measured by MTT and trypan blue.

| Types of talc nanoparticles | $IC_{50}$ by MTT assay (µg/ml) | $IC_{50}$ by trypan blue assay (µg/ml) |
|---|---|---|
| Indigenous microtalc (50–65 µm) | 600 | 630 |
| Indigenous nanotalc (80–130 nm) | 190 | 255 |
| Commercial nanotalc (70–120 nm) | 277.5 | 325 |



**Fig. 3.** The LDH activities in the cell culture medium after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).

100-, and 200 µg/ml, and evaluated to be 136%, 155%, and 175%, respectively for indigenous microtalc and 150%, 203%, and 265%, respectively for indigenous nanotalc and 136%, 175%, and 205%, respectively for commercial nanotalc (Fig. 4). The highest fluorescence obtained was that for indigenous nanotalc at 200 µg/ml.

*3.6. Cellular GSH level and LPO induced by talc nanoparticles*

Following exposure to talc particles at concentrations 50, 100, and 200 µg/ml for 48 h, the intracellular GSH level exhibited a concentration-dependent decrease (Fig. 5). The GSH levels were reduced by 3%, 11.56%, and 18.8% for indigenous microtalc and 14.2%, 18.8%, and 25.4% for indigenous nanotalc and 6.6%, 11.5%, and 20.8%, respectively for commercial nanotalc.

In order to elucidate the lipid peroxidation induced by talc particles, the MDA concentration was measured. Each type of nanoparticles elevated the intracellular MDA concentration which was dependent on dosage and source of talc particle origins (Fig. 6). The MDA levels were elevated by 1.3-fold, 1.4-fold, and 1.9-fold, respectively for indigenous microtalc, and 1.6-fold, 2.3-fold, and 3.1-fold, respectively for indigenous nanotalc and 1.4-fold, 1.7-fold, and 2.1-fold, respectively for commercial nanotalc, compared to the control untreated groups.

*3.7. Inhibitory effect afforded by ascorbic acid on LPO induced by talc nanoparticles*

In an additional set of studies, L-ascorbic acid was added to the cells during exposure to micro- and nanotalc, each group ex-



**Fig. 4.** DCF-fluorescence intensity after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).



**Fig. 5.** Cellular GSH levels of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).

posed at 200 µg/ml, as a test to determine if the oxidative damage to $A_{549}$ cells could be prevented. Results show that L-ascorbic acid effectively prevented the generation of MDA level induced by talc particles (Fig. 7). MDA level was reduced up to control level for indigenous microtalc in the presence of ascorbic acid. When indigenous nanotalc induced MDA was 3.1-fold, in the presence of ascorbic acid it was reduced and found to be 2.1-fold of control. When commercial nanotalc induced MDA was 2.1-fold, in the presence of ascorbic acid it was 1.3-fold of control.

*M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147*



**Fig. 6.** Cellular MDA levels of $A_{549}$ cells after 48-h exposure to indigenous microtalc, indigenous nanotalc and commercial nanotalc particles at indicated concentrations. Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$).



**Fig. 7.** Showing the inhibitory effect of ascorbic acid on cellular MDA levels of $A_{549}$ cells under indicated conditions of 48-h exposure. #AA (1.5 mM L-ascorbic acid); IM (200 µg/ml indigenous microtalc); IN (200 µg/ml indigenous nanotalc); CN (200 µg/ml commercial nanotalc) Values are mean ± SD from three independent experiments. *Denotes a significant difference from the control ($p < 0.05$). α indicates the significant inhibitory effect of ascorbic acid (AA) on lipid peroxidation versus either, IM, IN or CN.

## 4. Discussion

At present, an *in vitro* toxicological study of talc nanoparticles is lacking. In this study, the cytotoxicity of two types of talc nanoparticles was investigated in cultured human bronchoalveolar carcinoma-derived cells ($A_{549}$). This cell line has been widely used in *in vitro* cytotoxicity studies (Huang et al., 2004; Bakand et al., 2006). Present study showed that the two types of talc nanoparticles caused significant reduction in cell viability as a function of concentration and their iron content. The talc nanoparticles from two sources induced the enhanced generation of ROS and MDA

production. Consequently, redundant free radicals would interact with biomolecules including proteins, enzymes, membrane lipids and even DNA which could be oxidized, modified, destructured and ultimately dysfunctioned (Marnett, 2000; Hensley and Floyd, 2002).

Oxidative stress has been suggested to play an important role in the mechanism of toxicity of a number of compounds whether by production of free radicals or by depleting cellular antioxidant capacity. Cellular integrity is affected by oxidative stress when the production of ROS overwhelms antioxidant defense mechanism (Halliwell et al., 1992; Chen and Yu, 1994). ROS are oxygen-containing molecules, such as hydrogen peroxide ($H_2O_2$), superoxide anion ($O_2^-$), and hydroxyl radical ($HO^·$), that have a greater chemical activity than molecular oxygen. ROS are generated in many inflammatory conditions in the lung and have been associated with cell injury and apoptosis (Anderson et al., 1994; Meyer et al., 1993). Many other studies have shown that nanoparticles may produce toxicity by generating ROS. Recently, Buz'Zard and Lau (2007) have reported enhanced ROS generation in human ovarian cell culture and have found an increased cell proliferation and neoplastic transformation of human ovarian stromal and epithelial cells exposed with talc. In the present study too, talc micro and nanoparticles induced significantly higher ROS generation compared with untreated $A_{549}$ cells when using the fluorescent dichlorofluorescin probe. Moreover, indigenous nanotalc resulted higher ROS generation than commercial nanotalc.

GSH is the most abundant nonproteinous tripeptide containing a sulfhydryl group in virtually all cells, and it plays a significant role in many biological processes. It also constitutes the first line of the cellular defense mechanism against oxidative injury and is the major intracellular redox buffer in ubiquitous cell types (Meister, 1989). GSH acts as a cosubstrate in the GSH peroxidase-catalyzed reduction of hydrogen peroxide or lipid peroxides (Forman et al., 1997) leading to its depletion. Previous studies demonstrated that ROS generation following GSH depletion caused mitochondrial damage (Martensson et al., 1989; Meister, 1995), which has been implicated in apoptosis (Green and Reed, 1998). There was a significant depletion of GSH between the control and the treated groups except for indigenous microtalc at 50 µg/ml. In terms of GSH depletion, indigenous nanotalc was found to be the most toxic.

In the toxicity mechanism of minerals, the iron content has been a key factor. Iron-dependent ROS generation from fibers results in the generation of hydroxyl radicals through the Fenton reaction and the Haber–Weiss cycle. Iron-dependent LPO could be important, since this process requires redox cycling of iron and does not necessarily require $H_2O_2$ or ROS (Halliwell and Gutteridge, 1990). Indeed, iron has a key role in both the initiation and propagation of LPO, leading to the generation of peroxyl and alkoxyl radicals as well as lipid peroxides (Halliwell and Gutteridge, 1990). It has been known for several years that the surface iron (II) or leachable iron (II) on mineral surfaces reduces molecular oxygen to superoxide anion, which then dismutates to hydrogen peroxide. In the presence of asbestos or silica, hydrogen peroxide and superoxide react via a Fenton-like reaction driven by iron to form the potent hydroxyl radical *in vitro* leading to cellular LPO (Mossman et al., 1996). Since, LPO is a sensitive parameter for toxic effects of various environmental pollutants with oxidative properties (Krug and Culig, 1991; Beck-Speier et al., 2001; Oberdorster, 2004; Sayes et al., 2005); the authors suspected that the relatively high iron content in both the nanotalc may play a key role to yield higher ROS and in turn caused higher LPO. There are other nanomaterials, such as $C_{60}$, which mediates cytotoxicity primarily through lipid peroxidation (Sayes et al., 2005; Isakovic et al., 2006) whereas carboxyfullerenes (made by certain surface modifications of $C_{60}$) have been shown to impart cytoprotective activity by eliminating reactive oxygen species (ROS) and antago-

nizing the effects of the oxidative stress-dependent cytotoxicity (Dugan et al., 1997, 2001; Bogdanovic et al., 2004; Isakovic et al., 2006). Recently Scarfi et al. (2009) has reported that plasma membrane contact with quartz, a kind of silica, is sufficient to trigger membrane LPO, TNF-α release and cell death in mouse macrophage cell line RAW 264.7. The authors hypothesize that contact of particles with cell membranes initiate ROS generation and LPO in a ratio of amount of iron present in talc nanoparticles.

For a given mass compared with larger particles, the ratio of surface to total atoms or molecules increases exponentially with decreasing particle size. Particle size is thereby an essential determinant of the fraction of reactive groups on particle surface (Oberdorster et al., 2005; Nel et al., 2006). For example, several studies found that ultrafine particles of titania are more toxic than its larger counterparts having the same chemical composition (Donaldson et al., 1998; Gilmour et al., 1997; Oberdorster et al., 1992, 1995; Oberdorster, 1996, 2000). Similarly, surface area-dependent induction of oxidative stress and consequently, proinflammatory effects have been found to correlate in case of polystyrene particles by Brown et al. (2001) and Lin et al. (2006) have reported higher toxicity of the two sizes (15 and 46 nm) of silica nanoparticles than micro silica (5 μm) on $A_{549}$ cells. Here two sizes (15 and 46 nm) of silica nanoparticles induced no significant differences in the toxicity and similar was the case in a study done by Sayes et al. (2006), where smaller nanoparticles of titania had effects comparable to larger nanoparticles of titania but showed a phase-dependent differential toxicity where anatase titania (photoactive phase), able to generate ROS more strongly, was 100 times more toxic than an equivalent sample of rutile titania. In the present study, both nanoparticles would have been resulted differential surface iron activity per given mass resulting in differential toxicity. When indigenous nanotalc induced toxicity is compared with indigenous microtalc, size-dependent factor becomes apparent because all the compositional factors are constant. But when commercial nanotalc (having larger surface area but lower iron content) induced toxicity is compared with indigenous microtalc, the results show a complex function of size and impurities. Since, micro talc size is very large (50–65 μm), than commercial nanotalc (70–120 nm), perhaps size becomes the primary determinant of toxicity, resulting in higher toxicity of commercial nanotalc than indigenous micro talc.

Another pathway of free radical generation by asbestos, silica or particulates like these (e.g. talc particles) occurs via an oxidative burst when fibers and particles are phagocytised by AMs or other cell types, including alveolar epithelial cells and fibroblasts (Churg, 1996). Phagocytic cells can endocytose small particles, whereas bigger crystals and fibers are subject to so called "frustrated phagocytosis". Experimental studies suggest that in in vivo conditions "frustrated phagocytosis" appears to have a dramatic influence on the sustained generation of ROS (Hansen and Mossman, 1987; Vallyathan et al., 1992). Repeated "frustrated phagocytosis" would be expected to attract more phagocytes, resulting in chronic enhanced generation of ROS, which in turn contribute to inflammasome activation, resulting in the secretion of IL-1β leading to the initiation of pulmonary fibrosis (Dostert et al., 2008; Cassel et al., 2008). Since, talc and asbestos are physically and chemically similar, found together in nature and being particulate structure like silica and asbestos, talc particles may also generate ROS through activation of NADPH oxidase by frustrated phagocytosis, leading to the initiation of so called talcosis particularly in occupationally exposed workers.

Antioxidants, such as α-tocopherol, uric acid and L-ascorbic acid, typically prevent cellular damages caused by oxygen radicals by acting as ROS scavengers (Packer et al., 1979; Burton and Ingold, 1981). Ascorbic acid (or vitamin C) acts as a potent water soluble antioxidant in biological fluids (Frei et al., 1989, 1990) by scavenging physiologically relevant ROS and reactive nitrogen species (RNS) (Halliwell, 1996). However, it should be noted that antioxidative potential of ascorbic acid has not been validated in certain conditions (Bowry et al., 1992; Poulsen et al., 1998; Levine et al., 1998). Ascorbic acid contributes significantly to cellular antioxidation as a water soluble chain-breaking radical scavenger (Asard, 2008) and to the recycling of plasma membrane α-tocopherol (vitamin E) via the reduction of the α-tocopheroxyl radical (Aguirre and May, 2008). The latter activity may assist ascorbic acid to protect against LPO in membranes (May et al., 1998). We, therefore, tested the LPO preventive potential of antioxidant L-ascorbic acid, on nanotalc and microtalc challenged $A_{549}$ cells. Results show that 1.5 mM L-ascorbic acid effectively, but not completely, inhibited MDA level induced by talc nanoparticles. Determining the optimum concentration of ascorbic acid that might completely suppress LPO without causing any side-effect is a matter of concern (Halliwell, 1999) and the evaluation of interrelationship between LPO and chelating effect of iron present on the surface of talc particles by deforoxamine mesylate on LPO is under investigation. Oxidative stress is known to elicit varying effects on the activity of antioxidant enzymes. The three primary scavenger enzymes involved in detoxifying ROS in mammalian systems are catalase, superoxide dismutase and glutathione peroxidase (MatÉs et al., 1999). For example the activity of GPx can provide important clue about the consumption rate of GSH in enzymatic detoxification of ROS. The activity of antioxidant enzymes can therefore provide further insight in understanding the mechanism of toxicity caused by talc particles and is currently under investigation.

## 5. Conclusion

We have presented a preliminary data on the toxicity response elicited by the two types of talc nanoparticles, depending on their different geological origin. Since, talc with a multitude of physical and functional characteristics due to different geological context and deposits, is used for particular applications, so occupational and consumer exposures to talc and its toxic effects are likely to vary accordingly, which is obvious in this study. The cytotoxicity seems to be due to primarily through induction of LPO, as a potential mechanism of toxicity discussed above. Addition of 1.5 mM of L-ascorbic acid, a ROS scavenger, significantly, though not completely, reduced LPO. Data clearly suggest that exposure of talc, particularly nanopowder, should be protected in humans at risk of occupational as well as domestic exposure.

### Acknowledgments

One of the authors (MJA) gratefully acknowledges the financial support provided by University Grants Commission (UGC), Govt. of India and CSIR networked project (NWP-17). The authors thank Dr. Alok Dhawan (In Vitro Toxicology Division, IITR, Lucknow, India) for providing DLS measurements. The IITR Communication no. of this article is 2782.

## References

Aguirre, R., May, J.M., 2008. Inflammation in the vascular bed: importance of vitamin C. Pharmacology and Therapeutics 119, 96–103.

Anderson, M.T., Staal, F.J., Gitler, C., Herzenberg, L.A., 1994. Separation of oxidant-initiated and redox-regulated steps in the NF-κB signal transduction pathway. Proceedings of the National Academy of Sciences USA 91, 11527–11531.

Asard, H., 2008. Ascorbate. In: Banerjee, R. (Ed.), Redox Biochemistry. A John Wiley and Sons Inc., Hoboken, pp. 22–27.

Bakand, S., Winder, C., Khalil, C., Hayes, A., 2006. A novel in vitro exposure technique for toxicity testing of selected volatile organic compounds. Journal of Environmental Monitoring 8, 100–105.

Beck-Speier, I., Dayal, N., Karg, E., Maier, K.L., Roth, C., Ziesenis, A., Heyder, J., 2001. Agglomerates of ultrafine particles of elemental carbon and TiO₂ induce generation of lipid mediators in alveolar macrophages. Environmental Health Perspective 109, 613–618.

*M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147*

Bogdanovic, G., Kojic, V., Dordevic, A., Canadanovic-Brunet, J., Vojinovic-Miloradov, M., Baltic, V.V., 2004. Modulating activity of fullerol C-60 (OH)$_{(22)}$ on doxorubicin-induced cytotoxicity. Toxicology in Vitro 18, 629–637.

Borm, P.J., Robbins, D., Haubold, S., Kuhlbusch, T., Fissan, H., Donaldson, K., Schins, R., Stone, V., Kreyling, W., Lademann, J., 2006. The potential risks of nanomaterials: a review carried out for ECETOC. Particle and Fibre Toxicology 3, 11.

Bowry, V.W., Ingold, K.U., Stocker, R., 1992. Vitamin-E in human low density-lipoprotein—when and how this antioxidant becomes a prooxidant. Biochemical Journal 4, 288–341.

Bradford, M.M., 1976. A rapid and sensitive method for the quantitation of microgram quantities of protein utilizing the principle of protein-dye binding. Analytical Biochemistry 72, 248–254.

Brown, D.M., Wilson, M.R., MacNee, W., Stone, V., Donaldson, K., 2001. Size-dependent proinflammatory effects of ultrafine polystyrene particles: a role for surface area and oxidative stress in the enhanced activity of ultrafines. Toxicology and Applied Pharmacology 175, 191–199.

Burton, G.W., Ingold, K.U., 1981. Autoxidation of biological molecules. 1. The antioxidant activity of vitamin-E and related chain-breaking phenolic antioxidants in vitro. Journal of the American Chemical Society 103, 6472–6477.

Buz'Zard, A.R., Lau, B.H., 2007. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytotherapy Research 21, 579–586.

Cassel, S.L., Eisenbarth, S.C., Iyer, S.S., Sadler, J.J., Colegio, O.R., Tephly, L.A., Carter, A.B., Rothman, P.B., Flavell, R.A., Sutterwala, F.S., 2008. The Nalp3 inflammasome is essential for the development of silicosis. Proceedings of the National Academy of Sciences USA 105, 9035–9040.

Chang, S., Risch, H.A., 1997. Perineal talc exposure and risk of ovarian carcinoma. Cancer 79, 2396–2401.

Chen, J.J., Yu, B.P., 1994. Alteration in mitochondrial membrane fluidity by lipid peroxidation products. Free Radical Biology and Medicine 17, 411–418.

Churg, A., 1996. The uptake of mineral particles by pulmonary epithelial cells. American Journal of Respiratory and Critical Care Medicine 154, 1124–1140.

Cook, L.S., Kamb, M.L., Weiss, N.S., 1997. Perineal powder exposure and the risk of ovarian cancer. American Journal of Epidemiology 145, 459–465.

Cramer, D.W., Liberman, R.E., Titus-Ernstoff, L., Welch, W.R., Greenberg, E.R., Baron, J.A., Harlow, B.L., 1999. Genital talc exposure and risk of ovarian cancer. International Journal of Cancer 81, 351–356.

Croute, F., Gaubin, Y., Prevost, M.C., Beaupain, R., Pianezzi, B., Soleihavoup, J.P., 1990. Effects of hypergravity on lung carcinoma cells maintained in continuous organotypic culture. Aviation, Space, and Environmental Medicine 1002–1006.

Donaldson, K., Li, X.Y., MacNee, W., 1998. Ultrafine (nanometre) particle mediated lung injury. Journal of Aerosol Science 29, 553–560.

Donaldson, K., Brown, D., Clouter, A., Duffin, R., MacNee, W., Renwick, L., Tran, L., Stone, V., 2002. The pulmonary toxicology of ultrafine particles. Journal of Aerosol Medicine 15, 213–220.

Dostert, C., Pétrilli, V., Bruggen, R.V., Steele, C., Mossman, B.T., Tschopp, J., 2008. Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. Science 320, 674–677.

Dugan, L.L., Lovett, E.G., Quick, K.L., Lotharius, J., Lin, T.T., O'Malley, K.L., 2001. Fullerene-based antioxidants and neurodegenerative disorders. Parkinsonism and Related Disorders 7, 243–246.

Dugan, L.L., Turetsky, D.M., Du, C., Lobner, D., Wheeler, M., Almli, C.R., Clifton, K.F., Shen, C.K.F., Luh, T.Y., Choi, D.W., Lin, T.S., 1997. Carboxyfullerenes as neuroprotective agents. Proceedings of the National Academy of Sciences USA 94, 9434–9439.

Forman, H.J., Liu, R., Tian, L., 1997. Glutathione cycling in oxidative stress. In: Clerch, L.B., Massaro, D.J. (Eds.), Oxygen, Gene Expression, and Cellular Function: Lung Biology in Health and Disease, vol. 105. Marcel Dekker, New York, pp. 99–112.

Frei, B., England, L., Ames, B.N., 1989. Ascorbate is an outstanding antioxidant in human blood plasma. Proceedings of the National Academy of Sciences USA 86, 6377–6381.

Frei, B., Stocker, R., England, L., Ames, B.N., 1990. Ascorbate: the most effective antioxidant in human blood plasma. Advances in Experimental Medicine and Biology 264, 155–163.

Gates, M.A., Tworoger, S.S., Terry, K.L., Titus-Ernstoff, L., Rosner, B., Vivo, I.D., Cramer, D.W., Hankinson, S.E., 2008. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiology, Biomarkers and Prevention 17, 2436–2444.

Gilmour, P., Brown, D.M., Beswick, P.H., Benton, E., MacNee, W., Donaldson, K., 1997. Surface free radical activity of PM10 and ultrafine titanium dioxide: A unifying factor in their toxicity? The Annals of Occupational Hygiene 41 (Suppl. 1), 32–38.

Green, D.G., Reed, J.C., 1998. Mitochondria and apoptosis. Science 281, 1309–1312.

Halliwell, B., Gutteridge, J.M., 1990. Role of free radicals and catalytic metal ions in human disease: an overview. Methods in Enzymology 186, 1–85.

Halliwell, B., 1996. Vitamin C: antioxidant or pro-oxidant in vivo? Free Radical Research 25, 439–454.

Halliwell, B., 1999. Establishing the significance and optimal intake of dietary antioxidants: the biomarker concept. Nutrition Reviews 57, 104–113.

Halliwell, B., Gutteridge, J.M., Cross, C.E., 1992. Free radicals, antioxidants, and human disease: where are we now? The Journal of Laboratory and Clinical Medicine 119, 598–620.

Hansen, K., Mossman, B.T., 1987. Generation of superoxide (O$^{2-}$) from alveolar macrophages exposed to asbestiform and non-asbestiform particles. Cancer Research 47, 1681–1686.

Hansen, M.B., Nielsen, S.E., Berg, K., 1989. Re-examination and further development of a precise and rapid dye method for measuring cell growth/kill. Journal of Immunological Methods 119, 203–210.

Harlow, B.L., Cramer, D.W., Bell, D.A., Welch, W.R., 1992. Perineal exposure to talc and ovarian cancer risk. Obstetrics and Gynecology 80, 19–26.

Harlow, B.L., Hartge, P.A., 1995. A review of perineal talc exposure and risk of ovarian cancer. Regulatory Toxicology and Pharmacology 21, 254–260.

Heller, D.S., Westhoff, C., Gordon, R.E., Katz, N., 1996. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. American Journal of Obstetrics and Gynecology 174, 1507–1510.

Henderson, W.J., Joslin, C.A., Turnbull, A.C., Griffiths, K., 1971. Talc and carcinoma of the ovary and cervix. The Journal of Obstetrics and Gynaecology of the British Commonwealth 78, 266–272.

Hensley, K., Floyd, R.A., 2002. Reactive oxygen species and protein oxidation in aging: a look back, a look ahead. Archives of Biochemistry and Biophysics 397, 377–383.

Hissin, P.J., Hilf, R., 1976. A fluorometric method for determination of oxidized and reduced glutathione in tissues. Analytical Biochemistry 74, 214–226.

Hollinger, M.A., 1990. Pulmonary toxicity of inhaled and intravenous talc. Toxicology Letters 52, 121–127.

Holsapple, M.P., Farland, W.H., Landry, T.D., Monteiro-Riviere, N.A., Carter, J.M., Walker, N.J., Thomas, K.V., 2005. Research strategies for safety evaluation of nanomaterials, part II: toxicological and safety evaluation of nanomaterials, current challenges and data needs. Toxicological Sciences 88, 12–17.

Huang, M., Khor, E., Lim, L.Y., 2004. Uptake and cytotoxicity of chitosan molecules and nanoparticles: effects of molecular weight and degree of deacetylation. Pharmaceutical Research 21, 344–353.

Isakovic, A., Markovic, Z., Todorovic-Markovic, B., Nikolic, N., Vranjes-Djuric, S., Mirkovic, M., Dramicanin, M., Harhaji, L., Raicevic, N., Nikolic, Z., Trajkovic, V., 2006. Distinct cytotoxic mechanisms of pristine versus hydroxylated fullerene. Toxicological Sciences 91, 173–183.

Kipen, H.M., Laskin, D.L., 2005. Smaller is not always better: nanotechnology yields nanotoxicology. American Journal of Physiology-Lung Cellular and Molecular Physiology 289, L696–L697.

Krug, H.F., Culig, H., 1991. Directed shift of fatty-acids from phospholipids to triacylglycerols in HL-60 cells induced by nanomolar concentrations of triethyl lead chloride – involvement of a pertussis toxin-sensitive pathway. Molecular Pharmacology 39, 511–516.

Levine, M.A., Daruwala, R.C., Park, J.B., Rumsey, S.C., Wang, Y., 1998. Does vitamin C have a pro-oxidant effect? Nature (London) 395, 231.

Lieber, M., Smith, B., Szakal, A., Nelson-Rees, W., Todoro, G., 1976. A continuous tumor cell line from a human lung carcinoma with properties of type II alveolar epithelial cells. International Journal of Cancer 17, 62–70.

Lin, W., Huang, Y.W., Zhou, X.D., Ma, Y., 2006. In vitro toxicity of silica nanoparticles in human lung cancer cells. Toxicology and Applied Pharmacology 217, 252–259.

Marnett, L.J., 2000. Oxyradicals and DNA damage. Carcinogenesis 21, 361–370.

Martensson, J., Jain, A., Frayer, W., Meister, A., 1989. Glutathione metabolism in the lung: inhibition of its synthesis leads to lamellar body and mitochondrial defects. Proceedings of the National Academy of Sciences USA 86, 5296–5300.

Matés, J.M., Pérez-Gómez, C., DeCastro, I.N., 1999. Antioxidant enzymes and human diseases. Clinical Biochemistry 32, 595–603.

May, J.M., Qu, Z.-C., Mendiratta, S., 1998. Protection and recycling of α-tocopherol in human erythrocytes by intracellular ascorbic acid. Archives of Biochemistry and Biophysics 349, 281–289.

Meister, A., 1989. Molecular properties and clinical applications. In: Glutathione Centennial. Academic Press, New York.

Meister, A., 1995. Mitochondrial changes associated with glutathione deficiency. Biochemica et Biophysica Acta 1271, 35–42.

Meyer, M., Schreck, R., Baeuerle, P.A., 1993. H$_2$O$_2$ and antioxidants have opposite effects on activation of NF-κB and AP-1 in intact cells: AP-1 as secondary antioxidant-responsive factor. The EMBO Journal 12, 2005–2015.

Mills, P.K., Riordan, D.G., Cress, R.D., Young, H.A., 2004. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. International Journal of Cancer 112, 458–464.

Mosmann, T., 1983. Rapid colorimetric assay for cellular growth and survival: application to proliferation and cytotoxicity assays. Journal of Immunological Methods 65, 55–63.

Mossman, B.T., Kamp, D.W., Weitzman, S.A., 1996. Mechanisms of carcinogenesis and clinical features of asbestos-associated cancers. Cancer Investigation 14, 466–480.

National Toxicology Program, 1993. NTP Toxicology and Carcinogenesis Studies of Talc (Non-asbestiform) in Rats and Mice (Inhalation Studies), vol. 421, pp. 1–287.

Nel, A., Xia, T., Madler, L., Li, N., 2006. Toxic potential of materials at the nanolevel. Science 311, 622–627.

Oberdorster, G., Ferin, J., Gelein, R., Soderholm, S., Finkelstein, J., 1992. Role of alveolar macrophage in lung injury: studies with ultrafine particles. Environmental Health Perspective 97, 193–199.

Oberdorster, G., Gelein, R., Ferin, J., Weiss, B., 1995. Association of particulate air pollution and acute mortality: involvement of ultrafine particles? Inhalation Toxicology 7, 111–124.

Oberdorster, G., 1996. Significance of particle parameters in the evaluation of exposure–dose–response relationships of inhaled particles. Inhalation Toxicology 8, 73–89.

Oberdorster, G., 2000. Toxicology of ultrafine particles: in vivo studies. Philosophical Transactions of the Royal Society 358, 2719–2740.

M.J. Akhtar et al./Toxicology in Vitro 24 (2010) 1139–1147

Oberdorster, E., 2004. Manufactured nanomaterials (fullerenes, C-60) induce oxidative stress in the brain of juvenile largemouth bass. Environmental Health Perspective 112, 1058–1062.

Oberdorster, G., Oberdorster, E., Oberdorster, J., 2005. Nanotoxicology: an emerging discipline evolving from studies of ultrafine particles. Environmental Health Perspective 113, 823–839.

Ohkawa, H., Ohisi, N., Yagi, Y., 1979. Assay for lipid peroxides in animal tissues by thiobarbituric acid reaction. Analytical Biochemistry 95, 351–358.

Packer, J.E., Slater, T.F., Willson, R.L., 1979. Direct observation of a free radical interaction between vitamin E and vitamin C. Nature (London) 278, 737–738.

Poulsen, H.E., Weimann, A., Salonen, J.T., Nyyssonen, K., Loft, S., Cadet, J., Douki, T., Ravanat, J., 1998. Does vitamin C have a pro-oxidant effect? Nature (London) 395, 231–232.

Sayes, C.M., Gobin, A.M., Ausman, K.D., Mendez, J., West, J.L., Colvin, V.L., 2005. Nano-C (60) cytotoxicity is due to lipid peroxidation. Biomaterials 26, 7587–7595.

Sayes, C.M., Wahi, R., Kurian, P.A., Liu, Y., West, J.L., Ausman, K.D., Warheit, D.B., Colvin, V.L., 2006. Correlating nanoscale titania structure with toxicity: a cytotoxicity and inflammatory response study with human dermal fibroblasts and human lung epithelial cells. Toxicological Sciences 92, 174–185.

Scarfi, S., Magnone, M., Ferraris, C., Pozzolini, M., Benvenuto, F., Benatti, U., Giovine, M., 2009. Ascorbic acid pre-treated quartz stimulates TNF-α release in RAW 264.7 murine macrophages through ROS production and membrane lipid peroxidation. Respiratory Research 10, 25.

Vallyathan, V., Mega, J.F., Shi, X., Dalal, N.S., 1992. Enhanced generation of free radicals from phagocytes induced by mineral dusts. American Journal of Respiratory Cell and Molecular Biology 6, 404–413.

Wang, H., Joseph, J.A., 1999. Quantifying cellular oxidative stress by dichlorofluorescin assay using microplate reader. Free Radical Biology and Medicine 27, 612–616.

Welder, A.A., Grant, R., Bradlaw, J., Acosta, D., 1991. A primary culture system of adult rat heart cells for the study of toxicologic agent. In Vitro Cellular and Developmental Biology 27A, 921–926.

Wild, P., 2006. Lung cancer risk and talc not containing asbestiform fibres: a review of the epidemiological evidence. Occupational and Environmental Medicine 63, 4–9.

Werebe, E.C., Pazetti, R., 1999. Systemic distribution of talc after intrapleural administration in rats. Chest 115, 190–193.

Wroblewski, F., LaDue, J.S., 1955. Lactate dehydrogenase activity in blood. Proceedings of the Society for Experimental Biology and Medicine 90, 210–213.

# Exhibit W

# Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells

Mohd Javed Akhtar,[1,2] Maqusood Ahamed,[3] M. A. Majeed Khan,[3] Salman A. Alrokayan,[3] Iqbal Ahmad,[2] Sudhir Kumar[1]

[1]Fibre Toxicology Division, Indian Institute of Toxicology Research, Lucknow 226001, India

[2]Department of Zoology, University of Lucknow, Lucknow 226007, India

[3]King Abdullah Institute for Nanotechnology, King Saud University, Riyadh 11451, Saudi Arabia

Received 25 October 2012; revised 16 January 2012; accepted 21 January 2012

**ABSTRACT:** We have characterized the physicochemical properties of nanotalc particles from two different geographical regions and examined their toxicity mechanisms in human lung epithelial (A549) cells. Indigenous nanotalc (IN) of Indian origin and commercial nanotalc (CN) of American origin were used in this study. Physicochemical properties of nanotalc particles were characterized by X-ray diffraction (XRD), transmission electron microscopy (TEM), energy dispersive X-ray spectroscopy (EDS), Brunauer-Emmet-Teller (BET), and dynamic light scattering (DLS). Results showed that both IN and CN particles significantly induce cytotoxicity and alteration in cell cycle phases. Both IN and CN particles were found to induce oxidative stress indicated by induction of reactive oxygen species (ROS), lipid peroxidation, and depletion of antioxidant levels. DNA fragmentation and caspase-3 enzyme activation due to IN and CN particles exposure were also observed. We further showed that after iron chelation, IN and CN particles produce significantly less cytotoxicity, oxidative stress, and genotoxicity to A549 cells as compared with nonchelated particles. In conclusion, this study demonstrated that redox active iron plays significant role in the toxicity of IN and CN particles, which may be mediated through ROS generation and oxidative stress. © 2012 Wiley Periodicals, Inc. Environ Toxicol 29: 394–406, 2014.

**Keywords:** nanotalc particles; physicochemical characterization; iron chelation; toxicity; apoptosis

## INTRODUCTION

Talc is a mineral compound $[Mg_3Si_4O_{10} (OH)_2]$ with unique attributes and significant commercial importance.

*Correspondence to:* M. Ahamed; e-mail: maqusood@gmail.com or mahamed@ksu.edu.sa

Contract grant sponsor: King Abdulaziz City for Science and Technology (KACST) under the National Plan for Science and Technology (NPST).

Contract grant number: 10-NAN1201-02

Contract grant sponsor: University Grants Commission (UGC), New Delhi, India (to M.J.A.)

Published online 13 February 2012 in Wiley Online Library (wileyonlinelibrary.com). DOI 10.1002/tox.21766

© 2012 Wiley Periodicals, Inc.

Talc is widely used due to its intrinsic properties such as high thermal stability, low electrical conductivity, good absorption and adsorption properties, and high crystallinity (Pérez-Maqueda et al., 2005; Nkoumbou et al., 2008). Talc is utilized in various applications including paper, paint, cosmetic, plastic, ceramic, pesticide, and pharmaceuticals (Carretero, 2002; Bizi et al., 2003; Petit et al., 2004). Hence, occupational and consumer exposures to talc particles are wide and complex (Jaynes and Zartman, 2005). It has been reported that talc mine workers show higher rates of lung cancer and other respiratory diseases (National Toxicology Program, 1993). Epidemiologic evidence also suggests a possible association between genital use of talcum powder and risk of ovarian cancer (Wild,

2006; Buz'Zard and Lau, 2007; Gates et al., 2008; Langseth et al., 2008). Talc also appears to induce reactive oxygen species (ROS) generation, oxidative stress, and inflammation (Harlow and Hartge, 1995; Buz'Zard and Lau, 2007).

Due to enhanced intrinsic properties, nanoscale talc particles are extensively utilized in many commercial and industrial products (Akhtar et al., 2008; Balamurugan and Maiti, 2010; Sakthivel and Pitchumani, 2011). Despite the wide-spread applications, there is a serious lack of information concerning the mechanisms of toxicity of nanotalc particles. Previously, we have observed that human cells exposed to nanotalc particles induce oxidative stress-mediated cytotoxicity (Akhtar et al., 2010a). However, physicochemical characterization of nanotalc particles and their association with the toxicological response in human cells is still remains unclear.

There are numerous reports suggesting that ROS is an important mediator of the toxicity of minerals such as asbestos and silica (Aung et al., 2007; Akhtar et al., 2010b). It has been known for years that the surface iron (II) or leachable iron (II) on mineral surfaces reduces molecular oxygen to superoxide anion, which is then dismutated to hydrogen peroxide (Shukla et al., 2003). In the presence of asbestos or silica, hydrogen peroxide and superoxide react via a Fenton reaction and/or Haber–Weiss reaction driven by iron to form the potent hydroxyl radical in vitro leading to cellular oxidative damage (Persson et al., 2003).

The aim of this work was to characterize the physicochemical properties of nanotalc particles and to determine the role of iron in the toxicity mechanisms of nanotalc particles in human lung epithelial (A549) cells. We utilized two types of nanotalc particles from different geographical origins; indigenous nanotalc (IN) of Indian origin and commercial nanotalc (CN) of American origin. Cytotoxicity of IN and CN particles was examined by MTT and LDH assays. Oxidative stress response of IN and CN particles was assessed by measuring reactive oxygen species (ROS), lipid peroxidation (LPO), glutathione (GSH), superoxide dismutase (SOD), and catalase (CAT). Apoptotic response of IN and CN particles was evaluated by cell cycle analysis, DNA fragmentation, and caspase-3 enzyme activity. To explore the role of iron in the toxicity of IN and CN particles, we utilized deferoxamine mesylate (DFOM), a well-known iron chelator. The physicochemical properties of IN and CN particles were characterized by X-ray diffraction (XRD), transmission electron microscopy (TEM), energy dispersive X-ray spectroscopy (EDS), Brunauer-Emmet-Teller (BET), and dynamic light scattering (DLS). The A549 cells, derived from human lung carcinoma, have been widely utilized in toxicological studies (Zhang et al., 2010; Akhtar et al., 2010a,b; Ahamed et al., 2011a,b,c).

## MATERIALS AND METHODS

### Nanotalc Particles and Reagents

We have utilized the nanotalc particles from two different geographical regions. Indigenous nanotalc (IN) particles were collected from Rajasthan, India, as reported in our previous publication (Akhtar et al., 2010a). American origin commercial nanotalc (CN) particles (size 70–12 nm) were purchased from M.K. Impex (Mississauga, Canada).

Fetal bovine serum (FBS), penicillin-streptomycin, DMEM/F-12 medium, and HBSS were purchased from Invitrogen Co. (Carlsbad, CA). MTT [3-(4,5-dimethylthiazol-2-yl)-2,5 diphenyltetrazolium bromide], 2,7-dichlorofluorescin diacetate (DCFH-DA), deferoxamine mesylate (DFOM), glutathione (GSH), thiobarbituric acid (TBA), propidium iodide (PI), RNase A, diethylenetriaminepentaacetic acid (DETAPAC), N-acetyl-asp-glu-val-asp-7-amido-4-trifluoromethylcoumarin (Ac-DEVD-AFC), 7-amido-4-trifluoromethylcoumarin (AFC) standard, Bradford reagent, and bovine serum albumin (BSA) were obtained from Sigma-Aldrich (St. Louis, MO). Apoptotic DNA Ladder Kit was bought from Roche. All other chemicals used were of the highest purity available from commercial sources.

### Characterization of Nanotalc Particles

Crystalline nature of both IN and CN particles were examined by taking X-ray diffraction (XRD) pattern at room temperature with the help of PANalytical X'Pert X-ray diffractometer equipped with a Ni filtered using Cu-$K_\alpha$ ($\lambda = 1.54056$ Å) radiations as X-ray source. Morphology and size of IN and CN particles were examined by field emission transmission electron microscopy (FETEM) (JEM-2100F, JEOL Inc., Tokyo, Japan) at an accelerating voltage of 200 kV. To check the purity of IN and CN particles, an energy dispersive X-ray spectroscopy (EDS) analysis was performed. Brunauer-Emmet-Teller (BET) surface area measurement of IN and CN particles was determined by multipoint nitrogen adsorption at 77 K using a Beckman Coulter SA3100 device.

Dynamic light scattering (DLS) and laser Doppler velocimetry (LDV) for the characterization of hydrodynamic size and zeta potential ($\zeta$) of IN and CN particles in distilled water and cell culture media were performed on a Malvern Instruments Zetasizer Nano-ZS instrument as described by Murdock et al. (2008).

### Treatment of Nanotalc Particles with Deferoxamine Mesylate

We treated both IN and CN particles with DFOM for iron chelation. In brief, IN and CN particles were incubated with 10 mM DFOM at a concentration of 1000 $\mu$g/mL for

**396**   AKHTAR ET AL.

20 h as described by Aung et al. (2007). Then particles were washed three times with cell culture medium by centrifuging at 4000 rpm for 10 min followed by resuspension.

## Cell Culture and Exposure to Nanotalc Particles

Human lung epithelial (A549) cells were obtained from National Centre for Science (NCCS), Pune, India. Cells were used between passages 10 and 20. Cells were cultured in DMEM/F-12 medium supplemented with 10% FBS and 100 U/mL penicillin-streptomycin at 5% $CO_2$ and 37°C. At 85% confluence, cells were harvested using 0.25% trypsin and were subcultured into 75 $cm^2$ flasks, 6-well plates, or 96-well plates according to selection of experiments. Cells were allowed to attach the surface for 24 h before treatment. IN and CN particles were suspended in cell culture medium and diluted to a appropriate concentration (200 $\mu g/mL$). Suspension of nanotalc particles were then sonicated using a sonicator bath at room temperature for 10 min at 40 W to avoid particles agglomeration before administration to the cells. The selection of the 200 $\mu g/mL$ concentration of nanotalc particles was based on our previous publication (Akhtar et al., 2010a). All the data presented in this study was that of 48 h exposure. Cells not exposed to nanotalc particles served as controls in each experiment.

## Cell Viability Assay

Viability of A549 cells after exposure to nanotalc particles was assessed by MTT assay as described by Mossman (1983). The MTT assay assesses the mitochondrial function by measuring ability of viable cells to reduce MTT into blue formazon product. In brief, 10,000 cells per well were seeded in 96-well plate and exposed to IN and CN particles at the concentration of 200 $\mu g/mL$ for 48 h. After the exposure completed, the medium was removed from each well to avoid interference of particles and replaced with new medium containing MTT solution in an amount equal to 10% of culture volume, and incubated for 3 h at 37°C until a purple colored formazan product developed. The resulting formazan product was dissolved in acidified isopropanol. Further, the 96-well plate was centrifuged at 2500 rpm for 5 min to settle down the remaining particles present in the solution. Then, a 100 $\mu L$ supernatant was transferred to other fresh wells of 96-well plate and absorbance was measured at 570 by using a microplate reader (FLUOstar-Omega).

## Lactate Dehydroganase Leakage Assay

Lactate dehydrogenase (LDH) is an enzyme widely present in cytosol that converts lactate to pyruvate. When plasma membrane integrity is disrupted, LDH leaks into culture media and its extracellular level is elevated. LDH assay was carried out with the method described earlier (Wroblewski and LaDue, 1955; Welder et al., 1991). In brief, 10,000 cells per well were seeded in 96-well plate and exposed to IN and CN particles at the concentration of 200 $\mu g/mL$ for 48 h. After the exposure completed, the 96-well plate was centrifuged at 2500 rpm for 10 min to get the cell culture media. Then, a 100 $\mu L$ of culture media transferred to new fresh tube containing 100 $\mu L$ of sodium pyruvate (2.5 mg/mL phosphate buffer) and 100 $\mu L$ of reduced nicotinamide adenine dinucleotide (NADH) (2.5 mg/mL phosphate buffer) in a total volume of 3.0 mL (0.1 M potassium phosphate buffer, pH 7.4). The rate of NADH oxidation was determined by following the decrease in absorbance at 340 nm for 3 min at 30-s interval using a spectrophotometer (Thermo-Spectronic).

## Cell Cycle Analysis

Cell cycle distribution was assayed by determining DNA content. Cells were treated with IN and CN particles for 48 h. After exposure, cells were fixed in 3% (w/v) paraformaldehyde for 10 min, permeabilized on ice in phosphate buffer saline-0.5% Triton X-100 for 15 min, washed and resuspended in 0.5 ml of phosphate buffer saline containing 1% FBS, 1 mg/ml RNaseA, and 50 $\mu g/ml$ propidium iodide. The samples were incubated for 30 min at 37°C. The data were acquired and analyzed on FACS-Calibur flow cytometer (Becton-Dickinson LSR II, San Jose, CA) using Cell Quest 3.3 software.

## Measurement of Reactive Oxygen Species

For the measurement of ROS generation, cells were cultured in 12-well plate. The production of intracellular ROS was measured using 2,7-dichlorofluorescin diacetate (DCFH-DA) (Wang and Joseph, 1999). The DCFH-DA passively enters the cell where it reacts with ROS to form the highly fluorescent compound dichlorofluorescein (DCF). Briefly, 10 mM DCFH-DA stock solution (in methanol) was diluted in culture medium without serum or other additive to yield a 100 $\mu M$ working solution. After exposure to IN and CN particles, cells were washed twice with HBSS and then incubated in 1 mL working solution of DCFH-DA at 37°C for 30 min. Cells were lysed in alkaline solution and centrifuged at 3000 rpm for 10 min. Then, a 200 $\mu L$ supernatant (from 12-well plate) was transferred to the fresh well of black 96-well plates and fluorescence was measured using 485 nm excitation and 520 nm emission using a microplate reader (FLUOstar-Omega). The values of ROS were expressed as percent of fluorescence intensity relative to controls.

## Membrane Lipid Peroxidation Assay

The extent of membrane lipid peroxidation (LPO) was estimated by measuring the formation of thiobarbituric acid reactive species (TBARS) using the method of Ohkawa et al. (1979). Briefly, cells were cultured in 75 cm$^2$ culture flask and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the treatment, a 200 $\mu$L of cell suspension was mixed with 800 $\mu$L of LPO assay cocktail containing TBA (0.4%, w/v), sodium dodecyl sulphate (0.5%, w/v), and acetic acid (5 %, v/v). Reaction mixture was then incubated at 95°C for 1 h. After cooling to room temperature the reaction mixture was centrifuged at 5000 rpm for 5 min. The absorbance of the supernatants was read at 532 nm against the standard. The amount of TBARS was expressed as nmol/mg protein.

## Intracellular Glutathione Assay

Intracellular GSH was quantified using the method of Hissin and Hilf (1976). Briefly, cells were cultured in 75 cm$^2$ culture flask and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the exposure completed, cells were lysed in 20 mM Tris (pH 7.0) and the centrifuged at 10,000 rpm for 10 min at 4°C. Further, protein of the supernatant was precipitated using 1% perchloric acid and again centrifuged at 10,000 rpm for 5 min at 4°C to get supernatant. Then 20 $\mu$L of supernatant was mixed with 160 $\mu$L of 0.1M potassium phosphate-5 mM EDTA buffer (pH 8.3) and 20 $\mu$L O-phthalaldehyde (1 mg/mL in methanol) in a black 96-well plate. After 2 h of incubation at room temperature in the dark, fluorescence was measured at emission wavelength of 460 nm and excitation wavelength of 350 nm. The amount of GSH was expressed as nmol GSH/mg protein.

## Antioxidant Enzymes Activity Assay

Cells were cultured in 75 cm$^2$ culture flask and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. After the exposure completed, cells were harvested in ice-cold phosphate buffer saline and washed twice with phosphate buffer saline at 4°C. The cell pellets were then lysed in cell lysis buffer. Following centrifugation (10,000 rpm for 10 min 4°C) the supernatant (i.e. cell lysate) was maintained on ice until assayed for activity of superoxide dismutase (SOD) and catalase (CAT) enzymes. The total SOD was determined using pyrogallol assay following the procedure described by Marklund and Marklund (1974), based on the competition between pyrogallol oxidation by superoxide radicals and superoxide dismutation by SOD, and spectrophotometrically read at 420 nm. The amount of SOD inhibiting the reaction rate by 50% in the given assay conditions was defined as one

unit of SOD. The results were expressed as units/min/mg protein.

CAT activities were assayed by the method described by Claiborne (1985). One unit of CAT activity is defined as the amount of enzyme that decomposes 1 $\mu$mol H$_2$O$_2$/min. CAT activities were given as $\mu$mol H$_2$O$_2$ decomposed/min/mg protein.

## DNA Ladder Assay

Cells were cultured in 6-well plate and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. At the end of exposure DNA was extracted using an apoptotic DNA Ladder Kit (Roche, Cat# 11835246001). The extracted DNA was then evaluated on a 1% agarose gel using ethidium bromide. DNA fragmentation pattern was documented by a gel documentation system.

## Assay of Caspase-3 Enzyme

Cells were cultured in 6-well plate and exposed to IN and CN particles at the concentration of 200 $\mu$g/mL for 48 h. Activity of caspase-3 enzyme was determined using a standard fluorometric microplate assay (Walsh et al., 2008) with some modifications. A reaction mixture containing 30 $\mu$L of cell lysate, 20 $\mu$L of Ac-DEVD-AFC (caspase-3 substrate), and 150 $\mu$L of protease reaction buffer (50 mM Hepes, 1 mM EDTA, and 1 mM DTT), pH 7.2, was incubated for 15 min. Fluorescence of reaction mixture was measured at 5 min interval for 15 min at excitation/emission wavelengths of 430/535 nm using a microplate reader (FLUOstar-Omega). A standard of 7-amido-4-trifluoromethylcoumarin (AFC) ranging from 5 to 15 $\mu$M was prepared and its fluorescence was recorded for calculation of caspase-3 activity in terms of pmol AFC released/min/mg protein.

## Estimation of Protein

The protein content was measured by the method of Bradford (1976) using Bradford reagent (Sigma-Aldrich, St. Louis, MO), along with bovine serum albumin as standard.

## Statistics

All the data represented in this study are means $\pm$ SD of three identical experiments made in three replicate. Statistical significance was determined by one-way analysis of variance (ANOVA) followed by Dunnett's multiple comparison test. Significance was ascribed at $p < 0.05$. All analyses were conducted using the Prism software package (GraphPad Software).

*Environmental Toxicology* DOI 10.1002/tox



**Fig. 1.** XRD pattern of two types of nanotalc particles. IN; indigenous nanotalc particles, CN; commercial nanotalc particles. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

## RESULTS

### Characterization of IN and CN Particles

Characterization of IN and CN particles was performed using a combination of XRD, TEM, DLS, zeta-potential, and BET in order to provide clear insight into crystalline nature, morphology, particle size, surface property, and chemical composition. These properties are necessary for a better understanding of nanotoxicology.

Figure 1 represents the XRD pattern of IN and CN particles. Image clearly exhibits that the crystalline nature of both IN and CN particles were same. The average size of nanocrystals calculated from the XRD results using Scherrer's equation (Patterson, 1939) was found to be 93 and 89 nm for IN and CN particles, respectively. Figure 2(A,B) show the typical TEM images of IN and CN particles, respectively. Images show that particles are aggregated. We never found small independent crystals in the TEM images.



**Fig. 2.** TEM characterization of nanotalc particles. (A) FETEM of indigenous nanotalc particles, (B) FETEM of commercial nanotalc particles, (C) EDS spectrum of indigenous nanotalc particles, and (D) EDS spectrum of commercial nanotalc particles. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

**TABLE 1.  Physicochemical properties of two types of nanotalc particles**

|  | Indigenous Nanotalc (IN) | Commercial Nanotalc (CN) |
| --- | --- | --- |
| Average XRD size (nm) | 93 | 89 |
| Average TEM size (nm) | 94 | 91 |
| Surface area (m$^2$/g) | 15.4 | 15.7 |
| Hydrodynamic size (nm) |  |  |
| Distilled water | 782 | 735 |
| Cell culture medium | 671 | 643 |
| Zeta potential ($-$mV) | 20.3 | 20.8 |
| Iron content (%)[a] | 0.19 | 0.08 |

[a]This information is obtained from our previous publication (Akhtar et al., 2010a).

The average TEM size of IN and CN particles were 94 and 91 nm, respectively, which were consistent with the value observed by XRD. The EDS spectra of IN and CN particles are given in Figure 2(C,D), respectively. The presence of Cu and C signals was from the carbon-coated-copper TEM-grid. Presence of iron peaks in both IN and CN particles are in agreement with our previous reports where atomic absorption spectroscopy data showed that 0.19% and 0.08% of iron present in IN and CN particles, respectively (Akhtar et al., 2010 a). The specific surface area of IN and CN particles determined by BET was 15.4 and 15.7 m$^2$/g respectively.

The physicochemical properties of IN and CN particles are listed in Table 1. All the data from XRD, electron microscopy, and associated techniques was obtained under high vacuum and constitutes the size, morphology, and composition analysis characteristics of nanotalc particles. However, once the nanotalc particles were introduced aqueous media, the sizes changed to approximately 5 to 10 times of the primary size. The average hydrodynamic size of IN and CN particles in distilled water was 782 nm and 735 nm while in cell culture media was 671 and 643, respectively. The higher size of IN and CN particles in aqueous state as compared to XRD and TEM results was due to the tendency of particles to aggregate in the aqueous state. This finding is supported by other investigators (Murdock et al., 2008) and has been briefly discussed in our previous publications (Ahamed et al., 2010a,b). The tendency of particles to form aggregates depends strongly on the surface charge. The particle charge, determined as zeta-potential by laser doppler velocimetry (LDV) was $-20.3$mV and $-20.8$ for IN and CN, respectively.

## IN and CN Particles Induced Cytotoxicity

We examined the cell viability (MTT assay) and membrane damage (LDH leakage) as cytotoxicity end points. MTT results demonstrated that both IN and CN particles induced significant reduction in cell viability. The MTT reduction



**Fig. 3.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on cell viability and LDH release in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was co-exposed with nanotalc particles. At the end of treatment MTT and LDH assays were determined as described in materials and methods. (A) MTT assay and (B) LDH assay. Data represented are mean $\pm$ SD of three identical experiments made in three replicates. *Statistically significant difference in cell viability reduction and LDH release as compared with the controls ($p < 0.05$ for each). $^\alpha$Iron chelation by DFOM significantly reduces the cytotoxicity caused by nanotalc particles ($p < 0.05$ for each). IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]



**Fig. 4.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on cell cycle in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment cell cycle was analyzed as described in materials and methods. (A) Raw data generated by flow cytometric analysis of selected representative samples. The y-axis denotes cell count and the x-axis represents DNA content. M1, M2, M3, and M4 represent the SubG1, G1, S, and G2/M phase, respectively. (B) Percent of the distribution of cells in the G1, S, and G2/M phase of cell cycle. IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

observed after 48 h at the concentration of 200 $\mu$g/mL was 49% and 64% for IN and CN particles, respectively [Fig. 3(A)]. Both IN and CN particles were also found to induce LDH leakage in A549 cells [Fig. 3(B)]. To determine whether our observed cytotoxicity was due iron content, we treated both IN and CN particles with an iron chelator DFOM and tested the cytotoxic effect of chelated nanotalc particles in A549 cells. Results showed that iron chelated IN and CN particles induce less cytotoxicity than those of non-chelated one (Fig. 3).

## IN and CN Particles Induced Cell Cycle Changes

Alteration in the cell cycle phases by IN and CN particles in A549 cells are shown in Figure 4. Both IN and CN par-

ticles induced significant S phase arrest. The S phase was 20% in the control. It was changed to 46% and 43% in the cells treated with IN and CN particles respectively. However, iron chelated IN and CN particles exert less effect on cell cycle arrest than those of nonchelated IN and CN particles.

## IN and CN Particles Induced Oxidative Stress

ROS generation leads to oxidative damage, which has been reported to be one of the important mechanisms of nanoparticles toxicity (Ahamed et al., 2010c; Ahamed et al., 2011a,b). The potential of IN and CN particles to induce oxidative stress was examined by measuring the ROS, LPO, GSH, SOD, and CAT in A549 cells. Results showed that both IN and CN particles induced the



**Fig. 5.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on oxidant generations in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment ROS and LPO levels were determined as described in materials and methods. (A) ROS and (B) LPO. Data represented are mean $\pm$ SD of three identical experiments made in three replicates. *Statistically significant difference in ROS and LPO induction as compared with the controls ($p < 0.05$ for each). [Iron chelation by DFOM significantly reduces the ROS and LPO induction caused by nanotalc particles ($p < 0.05$ for each). IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

intracellular ROS and LPO levels [Fig. 5(A,B)]. Nanotalc particles induced oxidative stress was further evidenced by depletion of GSH, SOD, and CAT [Fig. 6(A,B,C)]. Moreover, chelation of iron from IN and CN particles significantly reduced the oxidative stress due to these particles.

### IN and CN Particles Induced Apoptosis

Apoptosis is executed by series of cysteine proteases known as caspases (Takadera and Ohyashiki, 2007; Tang et al., 2010). Caspase-9 activation is dependent on the release of cytochrome c from mitochondria to form the apoptosome which in turn activates caspase-3. In the present study, significant higher activity of caspase-3 enzyme was observed suggesting the involvement of caspase cascade in IN and CN particles induced apoptosis in A549 cells [Fig. 7(B)]. Figure 7(B) shows that in untreated cells, the DNA was intact whereas the cells treated with IN and CN particles had started apoptotic DNA fragmentation. Besides, iron chelation from IN and CN particles induced less DNA fragmentation as compared with the nonchelated particles.

Taken together, our data highlight the role of iron contaminant present in IN and CN particles in causing the cytotoxicity, oxidative stress, and apoptosis in human lung epithelial cells.

### DISCUSSION

Characterization of physicochemical properties of nanoparticles has been suggested in the nanotoxicology research (Murdock et al., 2008; Li et al., 2011). Several parameters including shape, size, crystal structure, purity, hydrodynamic size, aggregation of particles, and aqueous stability have already been suggested (Nel et al., 2006; Yu et al., 2009). In this study, we employed XRD, TEM, EDS, BET, and DLS techniques to characterize the physicochemical properties of IN and CN particles. XRD and TEM results indicated that both IN and CN particles were crystalline, highly aggregated, and having the iron content as a contaminant. Aggregation and stability of nanoparticles in aqueous state are major concerns in nanotoxicity research. Both IN and CN particles were also aggregated in water and cell culture media as well. Zeta potential data also showed that the aqueous suspension of both IN and CN particles were not much stable in aqueous state. The hydrodynamic size of nanotalc particles was found to be approximately seven to eight times higher than those calculated from TEM and XRD. The higher size of nanoparticles in aqueous suspension as compared with XRD and TEM sizes might be due to the tendency of particles to aggregate in aqueous state. This finding is supported by other investigators (Bai et al., 2009) and has been briefly discussed in our previous publication (Ahamed et al., 2010b).



**Fig. 6.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on antoxidants reduction in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment GSH, SOD, and CAT levels were determined as described in materials and methods. (A) GSH, (B) SOD, and (C) CAT. Data represented are mean $\pm$ SD of three identical experiments made in three replicates. *Statistically significant difference in GSH, SOD, and CAT reduction as compared to the controls ($p < 0.05$ for each). [alpha]Iron chelation by DFOM significantly induces the GSH, SOD, and CAT depletion caused by nanotalc particles ($p < 0.05$ for each). IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

In this study, we observed that IN and CN particles induced cell viability reduction and membrane damage in A549 cells. Both IN and CN particles also induced the cell cycle arrest in the S phase leading to apoptosis. In a previous study, S phase arrest was observed in mouse peritoneal macrophages (RAW264.7) exposed to silver nanoparticles (Park et al., 2010), and S phase arrest was also observed in human lung epithelial cells exposed to carbon black particles coated with benzo(a)pyrene (Mroz et al., 2007). Asharani et al. (2009) reported that starch-coated silver NPs induced G2/M phase arrest and DNA damage in human glioblastoma cells and fibroblasts. A perturbation of the cell cycle preceded by a reduction in cell viability associated with accumulation of cells in S phase leading to cell death is typical of compounds inhibiting DNA synthesis (Binkova et al., 2000; Park et al., 2010).

Cellular integrity is affected by oxidative stress when the production of ROS overwhelms antioxidant defense mechanism (Halliwell and Gutteridge, 1990). Our results showed that both IN and CN particles induce oxidant levels and deplete the antioxidant levels in human lung epithelial (A549) cells. LPO and ROS were significantly higher while the antioxidant GSH was significantly lower in cells treated with IN and CN particles. Antioxidant enzymes SOD and



**Fig. 7.** Comparative effects of nanotalc particles and iron-chelated nanotalc particles on apoptotic markers in human lung epithelial A549 cells. Cells were treated with two types of nanotalc particles at the concentration of 200 $\mu$g/mL for 48 h. Iron chelator deferoxamine mesylate (DFOM) was coexposed with nanotalc particles. At the end of treatment DNA ladder and caspase-3 activity were determined as described in materials and methods. (A) Caspase-3 activity. Data represented are mean $\pm$ SD of three identical experiments made in three replicates. *Statistically significant difference in caspase-3 activation as compared with the controls ($p < 0.05$ for each). $^2$Iron chelation by DFOM significantly reduces the activity of caspase-3 by nanotalc particles ($p < 0.05$ for each). (B) Representative image of DNA fragmentation. IN; indigenous nanotalc particles, CN; commercial nanotalc particles, DFOM-IN; indigenous nanotalc particles treated with DFOM, DFOM-CN; commercial nanotalc particles treated with DFOM. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

CAT levels were also significantly lower in exposed cells. GSH constitutes the first line of the cellular defense mechanism against oxidative injury and is the major intracellular redox buffer in ubiquitous cell types (Meister, 1989). GSH acts as a cosubstrate in the GSH peroxidase-catalyzed reduction of hydrogen peroxide or lipid peroxides (Forman et al., 1997) leading to its depletion. Previous studies demonstrated that ROS generation following GSH depletion caused mitochondrial damage (Martensson et al., 1989), which has been implicated in apoptosis (Green and Reed, 1998). Enzymes such as SOD and CAT are meant for nullifying cellular oxidative stress. SOD catalyzes the dismutation of superoxide anion ($O_2^-$) to hydrogen peroxide ($H_2O_2$). CAT reduces hydrogen peroxide ($H_2O_2$) to water ($H_2O$) and oxygen ($O_2$) (Claiborne, 1985).

The activity of caspase-3 enzyme was significantly higher in cells treated with IN and CN particles. Apoptotic DNA fragmentation was observed in cells exposed to IN and CN particles. Caspases are activated in response to diverse cell death stimuli and ultimately dismantle the cell through restricted proteolysis of numerous cellular proteins that (Timmer and Salvesen, 2007). The activated caspase-3 is capable of autocatalysis as well as cleaving and activating other members of the caspase family, leading to rapid and irreversible apoptosis (Wang et al., 1996). Our previous studies also reported that different types of nanoparticles have potential to induce apoptosis in different kind of cells (Ahamed et al., 2010a; 2010b; 2010c; Ahamed et al., 2010b,c; 2011a).

In the toxicity mechanism of minerals, the iron content has been a key factor. In the present study, EDS analysis showed the presence of iron contamination in both IN and CN particles. These results are in agreement with our previous report where atomic absorption spectroscopy showed the presence of 0.19% and 0.08% of iron in IN and CN particles respectively (Akhtar et al., 2010a). Iron-dependent

ROS generation from fibers results in the generation of hydroxyl radicals through the Fenton reaction and the Haber-Weiss cycle. Iron-dependent ROS generation requires redox cycling of iron and does not necessarily require $H_2O_2$ or ROS (Halliwell and Gutteridge, 1990). The differential amount of iron present in the two types of nanotalc particles prompted us to investigate the role of iron by sequestering them with an iron chelator, deferoxamine mesylate (DFOM). Sequestering of redox active iron from IN and CN particles by DFOM caused significantly less cytotoxicity, oxidative stress, and genotoxicity than those of the nonchelated IN and CN particles. Similarly, incubation of crocidolite or chrysotile fibers overnight with deferoxamine (5 mM) to inactivate iron catalyzed oxygen radical production also significantly decreased asbestos-induced apoptosis (Broaddus et al., 1996). The role of iron in minerals such as asbestos or silica has been well reported in inflammation and carcinogenesis (Ghio et al., 1992; Hardy and Aust. 1995). Zastawny et al. (1995) have reported on DNA base modifications and membrane damage in cultured mammalian cells treated with iron itself. Similarly, intracellular iron was found to play a critical role in hydrogen peroxide-induced DNA damage (Barbouti et al., 2001). It is also worth to mention that IN particles caused higher toxicity to A549 cells than those of CN particles. This might be due to higher amount of iron present in IN particles (0.19%) as compared with the CN particles (0.08%).

In conclusion, both IN and CN particles significantly induced cytotoxicity, oxidative stress, and apoptosis in human lung epithelial cells. Further, chelation of iron from IN and CN particles by deferoxamine mesylate treatment caused significantly less toxicity as compared to non-chelated IN and CN particles. Therefore, iron content plays a significant role in the toxicity of IN and CN particles, which may be mediated through ROS generation and oxidative stress. This study suggests that one must be very careful regarding the metal impurities like iron present in nanotalc particles before commercial and industrial applications.

# REFERENCES

Ahamed M, AlSalhi MS, Siddiqui MKJ. 2010a. Silver nanoparticle applications and human health. Clin Chim Acta 411:1841–1848.

Ahamed M, Posgai R, Gorey TJ, Nielsen M, Hussain S, Rowe J. 2010b. Silver nanoparticles induced heat shock protein 70, oxidative stress and apoptosis in *Drosophila melanogaster*. Toxicol Appl Pharmacol 242:263–269.

Ahamed M, Siddiqui MA, Akhtar MJ, Ahmad I, Pant AB, Alhadlaq HA. 2010c. Genotoxic potential of copper oxide nanoparticles in human lung epithelial cells. Biochem Biophys Res Commun 396:578–583.

Ahamed M. 2011a. Toxic response of nickel nanoparticles in human lung epithelial A549 cells. Toxicol In Vitro 25:930–936.

Ahamed M, Akhtar MJ, Raja M, Ahmad I, Siddiqui MKJ, AlSalhi MS, Alrokayan SA. 2011b. ZnO nanorod induced apoptosis via p53, survivin and bax/bcl-2 pathways mediated by oxidative stress in human alveolar adenocarcinoma cells. Nanomedcine:NBM 7:904–913.

Ahamed M, Akhtar MJ, Siddiqui MA, Ahmad J, Musarrat J, Al-Khedhairy AA, AlSalhi MS, Alrokayan SA. 2011c. Oxidative stress mediated apoptosis induced by nickel ferrite nanoparticles in cultured A549 cells. Toxicology 283:101–108.

Akhtar S, Shukla D, Kumar V. 2008. Studies on effect of nanotalc filler on nucleation, crystal morphology and crystallization behaviour of semi-crystalline plastics. Solid State Phenomena 136:161–174.

Akhtar MJ, Kumar S, Murthy RC, Ashquin M, Khan MI, Patil G, Ahmad I. 2010a. The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid. Toxicol In Vitro 24:1139–1147.

Akhtar MJ, Ahamed M, Kumar S, Siddiqui H, Patil G, Ashquin M, Ahmad I. 2010b. Nanotoxicity of pure silica mediated through oxidant generation rather than glutathione depletion in human lung epithelial cells. Toxicology 276:95–102.

AshaRani PV, Mun G, Hande MP, Valiyaveettil S. 2009. Cytotoxicity and genotoxicity of silver nanoparticles in human cells. ACS Nano 3:279–290.

Aung W, Hasegawa S, Furukawa T, Saga T. 2007. Potential role of ferritin heavy chain in oxidative stress and apoptosis in human mesothelial and mesothelioma cells: Implications for asbestos-induced oncogenesis. Carcinogenesis 28:2047–2052.

Balamurugan GP, Maiti SN. 2010. Effects of nanotalc inclusion on mechanical, microstructural, melt shear rheological, and crystallization behavior of polyamide 6-based binary and ternary nanocomposites. Polym Eng Sci 50:1978–1993.

Bai W, Zhang Z, Tian W, He X, Ma Y, Zhao Y, Chai Z. 2009. Toxicity of zinc oxide nanoparticles to zebrafish embryo: A physicochemical study of toxicity mechanism. J Nanopart Res 12:1645–1654.

Barbouti A, Doulias PT, Zhu BZ, Frei B, Galaris D. 2001. Intracellular iron, but not copper, plays a critical role in hydrogen peroxide-induced DNA damage. Free Radical Biol Med 31:490–498.

Binkova B, Giguère Y, Rossner Jr P, Dost M, Srm RJ. 2000. The effect of dibenzo[a, 1]pyrene and benzo[a]pyrene on human diploid lung fibroblasts: The induction of DNA adducts, expression of p53 and p21(WAF1) proteins and cell cycle distribution. Mutat Res 471:57–70.

Bizi M, Flament MP, Leterne P, Baudet G, Gayot A. 2003. Relation between structural characteristics of talc and its properties as an antisticking agent in the production of tablets. Eur J Pharm Sci 19:373–379.

Bradford MM. 1976. A rapid and sensitive method for the quantitation of microgram quantities of protein utilizing the principle of protein-dye binding. Anal Biochem 72:248–254.

Broaddus VC, Yang L, Scavo LM, Ernst JD, Boylan AM. 1996. Asbestos induces apoptosis of human and rabbit pleural mesothelial cells via reactive oxygen species. J Clin Invest 98:2050–2059.

Buz'Zard AR, Lau BH. 2007. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytother Res 21:579–286.

Carretero MI. 2002. Clay minerals and their beneficial effects upon human health. Appl Clay Sci 21:155–163.

Claiborne A. 1985. Catalase activity. In: Greenwald RA, editor. Handbook of Methods for Oxygen Radical Research. CRC Press Inc. pp283–284.

Forman HJ, Liu R, Tian L. 1997. Glutathione cycling in oxidative stress. In: Clerch LB, Massaro DJ, editors.Oxygen, Gene Expression, and Cellular Function: Lung Biology in Health and Disease, Vol. 105. New York: Marcel Dekker. pp99–112.

Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, Cramer DW, Hankinson SE. 2008. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomar Prev 17: 2436–2444.

Green DG, Reed JC. 1998. Mitochodria and apoptosis. Science 281:1309–1312.

Halliwell B, Gutteridge JM. 1990. Role of free radicals and catalytic metal ions in human disease: An overview. Methods Enzymol 186:1–85.

Hardy JA, Aust AE. 1995. Iron in asbestos chemistry and carcinogenicity. Chem Rev 95:97–118.

Harlow BL, Hartge PA. 1995. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol 21: 254–260.

Hissin PJ, Hilf R. 1976. A fluorometric method for determination of oxidized and reduced glutathione in tissues. Anal Biochem 74:214–226.

Jaynes WF, Zartman RE. 2005. Origin of talc, iron phosphates, and other minerals in biosolids. Soil Sci Soc Am J 69: 1047–1056.

Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. 2008. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health 62:358–360.

Li Y, Sun L, Jin M, Du Z, Liu X, Guo C, Li Y, Huang P, Sun Z. 2011. Size-dependent cytotoxicity of amorphous silica nanoparticles in human hepatoma HepG2 cells. Toxicol in Vitro 25:1343–1352.

Marklund S, Marklund G. 1974. Involvement of the superoxide anion radical in the autooxidation of pyrogallol and a convenient assay for superoxide dismutase. Euro J Biochem 47:469–474.

Martensson J, Jain A, Frayer ,W, Meister A. 1989. Glutathione metabolism in the lung: inhibition of its synthesis leads to lammellar body and mitochondrial defects. Proc Natl Acad Sci USA 86:5296–5300.

Meister A. 1989. Taniguchi N, Higashi T, Sakamoto Y, Meister A, eds. In: *Glutathione Centennial: Molecular Properties and Clinical Applications*. New York, NY: Academic Press.

Mroz RM, Schins RP, Li H, Drost EM, Macnee W, Donaldson K. 2007. Nanoparticle carbon black driven DNA damage induces growth arrest and AP-1 and NFkappaB DNA binding in lung epithelial A549 cell line. J Physiol Pharmacol 58(Suppl 5):461–470.

Mossman T. 1983. Rapid colorimetric assay for cellular growth and survival: Application to proliferation and cytotoxicity assays. J Immunol Methods 65:55–63.

Murdock RC, Braydich-Stolle L, Schrand AM, Schlager JJ, Hussain SM. 2008. Characterization of nanomaterial dispersion in solution prior to in vitro exposure using dynamic light scattering technique. Toxicol Sci 101:239–253.

National Toxicology Program. 1993. NTP Toxicology and Carcinogenesis Studies of Talc (Non-Asbestiform) in Rats and Mice (Inhalation Studies), Vol. 421. pp1–287.

Nel A, Xia T, Madler L, Li S. 2006. Toxic potential of materials at the nanolevel. Science 311:622–627.

Nkoumbou C, Villieras F, Njopwouo D, Ngoune CY, Barres O, Pelletier M, Razafitianamaharavo A, Yvon J. 2008. Physicochemical properties of talc ore from three deposits of Lamal Pougue area (Yaounde Pan-African Belt, Cameroon), in relation to industrial uses. Appl Clay Sci 41:113–132.

Ohkawa H, Ohisi N, Yagi Y. 1979. Assay for lipid peroxides in animal tissues by thiobarbituric acid reaction. Anal Biochem 95:351–358.

Park EJ, Yi J, Kim Y, Choi K, Park K. 2010. Silver nanoparticles induce cytotoxicity by a Trojan-horse type mechanism. Toxicol In Vitro 24:872–878.

Patterson AL, 1939. The Scherrer formula for x-ray particle size determination. Phys Rev 56:978–782.

Pérez-Maqueda LA, Duran A, Pérez-Rodriguez JL. 2005. Preparation of submicron talc particles by sonication. Appl Clay Sci 28:245–255.

Persson HL, Yu Z, Tirosh O, Eaton JW, Brunk UT. 2003. Prevention of oxidant-induced cell death by lysosomotropic iron chelators. Free Radic Biol Med 34:1295–1305.

Petit S, Martin F, Wiewora A, De Parseval P, Decarreau A. 2004. Crystal chemistry of talc: A near infrared (NIR) spectroscopy study. Am Mineral 89:319–326.

Sakthivel S, Pitchumani B. 2011. Production of nano talc material and its applicability as filler in polymeric nanocomposites. Particle Sci Technol 29:441–449.

Takadera T, Ohyashiki T. 2007. Caspase-dependent apoptosis induced by calcineurin inhibitors was prevented by glycogen synthase kinase-3 inhibitors in cultured rat cortical cells. Brain Res 1133:20–26.

Tang X, Guo Y, Nakamura K, Huang H, Hamblin M, Chang L, Villacorta L, Yin K, Ouyang ,H, Zhang J. 2010. Nitroalkenes induce rat aortic smooth muscle cell apoptosis via activation of caspase-dependent pathways. Biochem Biophys Res Commun 397:239–244.

Timmer JC, Salvesen GS. 2007. Caspase substrates. Cell Death Differ 14:66–72.

Wang H, Joseph JA. 1999. Quantifying cellular oxidative stress by dichlorofluorescein assay using microplate reader. Free Radic Biol Med 27:612–616.

Wang X, Zelenski NG, Yang J, Sakai J, Brown MS, Goldstein JL. 1996. Cleavage of sterol regulatory element binding proteins (SREBPs) by cpp32 during apoptosis. EMBO J 15:1012–1020.

Welder AA, Grant R, Bradlaw J, Acosta D. 1991. A primary culture system of adult rat heart cells for the study of toxicologic agent. In Vitro Cell Dev Biol 27:921–926.

Wild P. 2006. Lung cancer risk and talc not containing asbestiform fibres: A review of the epidemiological evidence. Occup Environ Med 63:4–9.

Wroblewski F, LaDue JS. 1955. Lactate dehydrogenase activity in blood. Proc Soc Exp Biol Med 90:210–213.

Yu KO, Grabinski CM, Schrand AM, Murdock RC, Wang W, Gu B, Schlager JJ, Hussain SM. 2009. Toxicity of amorphous silica nanoparticles in mouse keratinocytes. J Nanopart Res 11:15–24.

Zastawny TH, Altman SA, Randers-Eichhorn L, Madurawe R, Lumpkin JA, Dizdaroglu M, Rao G. 1995. DNA base modifications and membrane damage in cultured mammalian cells treated with iron ions. Free Radic Biol Med 18: 1013–1022.

Zhang J, Zhang T, Ti X, Shi J, Wu C, Ren X, Yin X. 2010. Curcumin promotes apoptosis in A549/DDP multidrug-resistant human lung adenocarcinoma cells through an miRNA signaling pathway. Biochem Biophys Res Commun 6:1–6.

# Exhibit Y

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL NO. 16-2738 (FLW) (LHG)

*THIS DOCUMENT RELATES TO ALL CASES*

EXPERT REPORT OF JEFF BOYD, PHD
FOR GENERAL CAUSATION *DAUBERT* HEARING

Date: February 25, 2019

_____
Jeff Boyd, Ph.D.

## I.        BACKGROUND AND QUALIFICATIONS

I am professor (with tenure) and chair of the Department of Human and Molecular Genetics and professor of Obstetrics and Gynecology, as well as associate dean for Basic Research and Graduate Programs at the Herbert Wertheim College of Medicine at Florida International University.  I also serve as associate deputy director, Translational Research and Genomic Medicine, at the Miami Cancer Institute of Baptist Health South Florida.  I am founding director of the Center for Genomic Medicine at the Miami Cancer Institute.

I received my bachelor's degree at Duke University and my master's and Ph.D. degrees in toxicology and biochemistry at North Carolina State University, and completed my postdoctoral training in environmental pathology at the Lineberger Comprehensive Cancer Center of the University of North Carolina at Chapel Hill.  Following that, I served on the faculty (as a section head of Gynecologic Pathobiology) of the National Institute of Environmental Health Sciences, National Institutes of Health.  I then joined the University of Pennsylvania as an associate professor, Division of Gynecologic Oncology, within the Department of Obstetrics and Gynecology, with a joint appointment in the Department of Genetics.  From 1997-2006, I worked at Memorial Sloan-Kettering Cancer Center in New York City, where I was director of the Gynecology and Breast Research Laboratory in the Department of Surgery, and director of the Diagnostic Molecular Genetics Laboratory in the Department of Medicine.  While there, I was promoted to full member (professor) with tenure-of-title.  I left Sloan-Kettering to become vice president of Oncology and Research and director of the Anderson Cancer Institute at the Memorial University Medical Center in Savannah, GA.  I also held appointments as professor in the Departments of Obstetrics and Gynecology, Surgery, Medicine, and Division of Basic Medical Sciences, as well as assistant dean for Research at the Mercer University School of Medicine - Savannah.  From 2008-2015, immediately prior to taking my positions in Miami, I was a tenured professor and held the Robert C. Young, MD, Chair in Cancer Research at Fox Chase Cancer Center in Philadelphia, where I also served as Senior Vice President, Chief Scientific Officer, and Chief of the Division of Molecular Pathology.  In addition, I was founding director of the Cancer Genome Institute.

My research focuses on the genetics and molecular genetics of gynecologic and breast cancers.  I have been supported by more than $25 million in grants from the National Institutes of Health or peer-reviewed NIH-equivalent grants, and have served as principal investigator for a National Cancer Institute Specialized Program of Research Excellence grant in ovarian cancer. Additional awards include Distinguished Cancer Scholar from the Georgia Cancer Coalition (2006) and the Rosalind Franklin Award for Excellence in Ovarian Cancer Research from the Ovarian Cancer National Alliance (2015).  I have authored or co-authored more than 200 articles, reviews, book chapters and editorials on the molecular and genetic bases of gynecologic or breast cancers, and been invited to present more than 150 lectures on these topics throughout the world.  I have served as a peer reviewer in many capacities, including as a standing member of scientific review groups of the National Institutes of Health, the Department of Defense cancer research program, and the American Cancer Society, and as an editorial board member for seven scientific and clinical journals.  I have also served as an ad hoc peer reviewer for approximately 45 scientific and clinical journals.  Among my many committee and board

memberships, I served as chair of the Scientific Advisory Committee for the Ovarian Cancer Research Fund (Alliance) for nine years, and am currently a member of the Board of Directors for the Society of Gynecologic Oncology.  My current research interests include the histogenesis (cell of origin) of ovarian carcinoma, the comprehensive genomic characterization of ovarian cancer stem cells, and the genomic basis of diethylstilbestrol (DES)-induced carcinogenesis of the cervix and vagina of women exposed to DES in utero.

## II.    SCOPE OF REPORT

I was asked to opine on Dr. Ghassan Saed's expert report based on my experience as a molecular biologist and cancer researcher, and in particular, whether this research supports the biological plausibility of plaintiffs' theory that perineal talc use causes ovarian cancer.  All of the opinions in this report are stated to a reasonable degree of scientific certainty.  I am being compensated at the rate of $600 per hour for my work on this matter and $1200 per hour for deposition and other testimony.

## III.    BACKGROUND ON OVARIAN CANCER

Ovarian cancer is a term that embraces several closely-related malignancies.  Of most relevance here is epithelial ovarian carcinoma (EOC), which comprises several histological subtypes that together account for approximately 90% of all cases of "ovarian cancer."  These subtypes include serous, endometrioid, clear cell and mucinous EOCs.  Although the histogenesis (cell of origin) of these cancers remains relatively poorly understood, it has been established that the pathogenesis of the distinct subtypes is not entirely overlapping.  For example, a proportion of serous EOCs are now believed to arise in the fallopian tube, while some proportion of clear cell and endometrioid EOCs are believed to arise from implants of endometriosis on the ovary.  It should also be noted that from a clinical perspective, carcinomas of the ovary, fallopian tube and primary peritoneal lining are generally treated identically (when matched for stage), in both surgical and medical contexts, and demonstrate a very similar clinical course.  Hereafter in this report, the term "ovarian cancer" will be used as defined above.

Among the few accepted significant risk factors for ovarian cancer are rare inherited genetic mutations that affect certain genes, including *BRCA1* and *BRCA2*, which are estimated to substantially increase the lifetime risk of developing ovarian cancer to as high as 40% or 20%, respectively.[1]  Additionally, through genome-wide associational studies (GWAS), certain other common genetic variants have been correlated with an increased risk of ovarian cancer, although these variants are associated with a substantially smaller lifetime relative risk of ovarian cancer.[2]  Overall, genetic predisposition is currently believed to be associated with approximately 20% of

---

[1]    Kuchenbaecker KB et al., *Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers.* JAMA (2017) 317(23):2402-16.

[2]    Pharoah PD et al., *GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer*. Nat Genet. (2013) 45(4):362-70.

all ovarian cancers.[3]  It is very important to recognize that ovarian cancers associated with genetic predisposition as well as those (approximately 80%) that occur "sporadically" are all associated with the acquisition and accumulation of mutations affecting multiple cancer-related genes.  So-called "hereditary cancers" differ only in the sense that the first rate-limiting genetic mutation is inherited, rather than acquired.  In this sense, all ovarian cancers (and indeed all cancers generally) represent a genetic disease.  Multiple mutations affecting multiple genes are required for a normal cell to progress to a malignant tumor cell, regardless of the tissue of origin.  The causes of these "somatic" genetic mutations acquired in the organ in which a cancer ultimately develops remain largely unknown for ovarian cancer and most other cancers.  Exceptions include a strong association between chronic inhalation of tobacco smoke and lung cancer, and prolonged exposure to ultraviolet-irradiation (sunlight) and skin cancer.  Even for these examples, however, it is important to note that never-smokers develop lung cancer and that individuals with very low lifetime exposures to sunlight develop melanoma.  Possible mutagenic mechanisms in ovarian and other cancer types include unknown environmental exposures and pure chance.  Indeed, one prominent cancer molecular geneticist recently posited that most cancer cases may simply be attributable to bad luck – genetic mutations resulting from chance errors in the ordinary replication of the cellular genome (3.3 billion base pairs per cell) whenever one cell divides into two.[4]  If such mutations occur in certain critical genes that affect elements of the cancer cell phenotype, then tumorigenesis may ensue.

The limitations on our understanding of the causes and prevention of ovarian cancer persist notwithstanding decades of intense research efforts in this field.  Underscoring these difficulties, a randomized controlled clinical trial involving more than 200,000 apparently well women attempted to assess the viability of ovarian cancer screening over the course of more than a decade.  The trial was recently concluded, but shed little light on potential paths forward in identifying ovarian cancer in its earliest and potentially curable stages.  As the authors summarized in the published results of this clinical trial, "[f]indings from this trial suggest that for 641 women screened annually using the multimodal strategy for 14 years, one ovarian cancer death is prevented."[5]  This disappointing result characterizes the challenges that remain in the area of ovarian cancer research, especially in the areas of etiology and prevention.

## IV.   PLAINTIFFS' EXPERTS HAVE NOT SHOWN THAT THEIR PROPOSED MECHANISMS FOR OVARIAN CARCINOGENESIS ARE PLAUSIBLE

Plaintiffs' experts propose that talc causes inflammation, which leads to cancer, or that inflammation causes oxidative stress, which damages DNA, which results in cancer.  These

---

[3]    Walsh T et al., *Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing*. Proc Natl Acad Sci USA (2011) 108(44):18032-7; Norquist BM et al., *Inherited mutations in women with ovarian carcinoma*. JAMA Oncol. (2016) 2(4):482-90.

[4]    Tomasetti C & Vogelstein B, *Variation in cancer risk among tissues can be explained by the number of stem cell divisions*. Science (2015) 347:78-81.

[5]    Jacobs I et al., *Ovarian cancer screening and mortality in the UK Collaborative Trial of Ovarian Cancer Screening (UKCTOCS): a randomized controlled trial*. Lancet (2016) 387:945-56.

3

explanations are simplistic, speculative and lack sufficient scientific support to be deemed plausible. All suffer from the same flaw to various degrees: they depend on large leaps of faith connecting one process to another. My focus, however, is on Dr. Saed's report and the underlying study he conducted, which purportedly found that talc causes an oxidative stress response that is associated with an increased ovarian cancer risk.

As set forth below, Dr. Saed's report layers speculation upon speculation. The gap between his research (which is itself filled with many methodological flaws, described below) and elucidating the origins of ovarian cancer is very large. At most, if his research had been conducted in a reliable manner, it would show that placing relatively large amounts of talc on cell lines *in vitro* can alter the expression of certain genes, change the rates of cell proliferation and apoptosis, and increase the secretion of CA-125. But these observations have no bearing on whether ordinary use of talc in a woman's underwear (or perineal area) can cause ovarian cancer, which remains a speculative theory for which plaintiffs have offered no rational scientific support.

## A.   Study Design Issues

**Use of DMSO as Solvent:**  Dr. Saed determined that he needed to apply talc through a liquid medium to the cells he wished to treat. But talc is poorly soluble in water, so he apparently chose DMSO (dimethyl sulfoxide), a "universal" solvent, in which to dissolve the talc. Dr. Saed apparently believed that he was controlling for the effects of DMSO by treating a control group of cells with the same solvent (but without talc dissolved in it).[6]  But he apparently paid no heed to recent research that has called into question whether the use of DMSO as a solvent can alter the effect of the treatment and skew the results.[7]  In other words, while a DMSO-only control can theoretically control for the effects of DMSO by itself, it cannot control for the possibility of an interaction between DMSO and talc or DMSO and the cells that could, in and of itself, alter the effect that talc would otherwise have on the cells (if any). Dr. Saed's failure to evaluate this possibility renders most of his results (those involving exposure of cells to talc) unreliable.

**Determination of Talc Dosage:**  Dr. Saed used a very highly concentrated talc solution – 500 mg of talc per 10 ml of DMSO.[8]  He then applied relatively enormous doses of talc – from 5 to 100 µg/ml – directly to the treated cells.[9]  This represents a far greater talc exposure than human ovarian cells would ever be subjected to under normal physiologic conditions – including as a result of regular perineal use of talcum powder. Indeed, the evidence that *any* talc can reach the ovaries from external perineal use is weak.[10]  Dr. Saed never estimated the amount of talc he

---

[6]   Saed Dep. Vol. I 117:4-119:10.

[7]   *See* Hall MD et al., *Say no to DMSO: Dimethyl sulfoxide inactivates cisplatin, carboplatin and other platinum complexes*. Cancer Res. (2014) 74(14):3913-22.

[8]   Saed Rep. at 14.

[9]   *Id.*

[10]  International Agency for Research on Cancer, *Monographs on the Evaluation of Carcinogenic Risks to Humans* Vol. 93: Carbon Black, Titanium Dioxide, and Talc 411 (2010) ("[T]he evidence for retrograde transportation of talc to the ovaries of normal women is weak" and animal studies "showed no evidence of retrograde transport
*(cont'd)*

believes would reach the ovary or the fallopian tubes as a result of perineal dusting, despite being directly asked,[11] and other aspects of his deposition testimony support the conclusion that such an anatomical journey would prove improbable for talc particles.  In attempting to explain why talc would not produce inflammation and cancer in the intervening areas of the female reproductive anatomy, for example, Dr. Saed repeatedly referred to the "wash" of bodily fluids that would expel particulate matter.[12]  Dr. Saed contrasted this protective mechanism to that of the ovaries, which he claims have no mechanism for removing foreign particles.[13]  But the logical conclusion of this argument would be that the same mechanisms of expulsion of talc from areas of the female reproductive tract distal to the ovaries (vagina, cervix, uterus, fallopian tubes) should also prevent talc from otherwise migrating – like a salmon upstream – through this wash of bodily fluids, eventually reaching the ovaries.

Even accepting that talc could reach the ovaries to some extent, however, I am aware of no research suggesting that an amount approaching the quantities involved in Dr. Saed's study would ever reach the fallopian tubes or ovaries, and Dr. Saed appears to admit as much.[14]  As such, Dr. Saed failed to show that the dose range he used in his studies is applicable to human exposure levels and any subsequent physiological sequela.

Moreover, Dr. Saed's report does not articulate any reason for selecting such high doses, much less any reason why he believes a study using these mega-doses is likely to produce data relevant to carcinogenesis in humans.  At his deposition, Dr. Saed suggested that he initially treated cells with an even larger dose of 1000 μg/ml, but found that this dose simply killed the cells, precluding the ability to measure any biological response, and that he, therefore, selected the lower, but still very high, doses reported in his report and manuscript.[15]  This is an inappropriate methodology for selecting an appropriate dose range for experiments designed to test the effect of a xenobiotic (foreign chemical or substance, naturally-occurring or otherwise) on cultured human cells *in vitro*, especially when the goal is to provide evidence that such an exposure is directly linked to carcinogenesis in humans.

A fundamental tenet of toxicology is that any chemical or substance, including those generally considered completely safe or inert (for example, food or beverage ingredients, or substances that humans consume or otherwise contact routinely), will almost certainly elicit a measurable biological or physiological response from cells or organisms that are exposed *in vitro* or *in vivo*,

---

*(cont'd from previous page)*

    of talc to the ovaries").  *See* Henderson WJ et al., *Talc and carcinoma of the ovary and cervix*. J Obstet Gynaecol Br Commonw. (1971) 78(3):266-72 (finding no relationship between perineal talc use and ovarian talc burden); Heller DS et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden*. Am J Obstet Gynecol. (1996) 174(5):1507-10 (same).

[11]    Saed Dep. Vol. I 233:8-234:5.

[12]    *Id.* 166:1-2.

[13]    *Id.* 165:11-166:2.

[14]    *See id.* 233:11-234:1.

[15]    *Id.* 55:3-12.

respectively, to any such xenobiotic when administered at an extremely high, i.e., non-physiologic, dose.  That said, such biologic responses, e.g., changes in gene expression or cell proliferation, may not necessarily be associated with a "toxic" outcome, e.g., cell death or neoplastic transformation.  If one is testing the hypothesis that exposure to a specific xenobiotic is plausibly linked to carcinogenesis in humans, especially if the model system is human cells cultured *in vitro*, it is only logical that the appropriate experimental design would employ a dose range compatible with an equivalent physiologic exposure *in vivo*, if the intent is to argue that the biological responses seen *in vitro* are somehow related to the carcinogenic process *in vivo*. Since it is impossible to know what level of talc, if any, may actually reach the fallopian tubes and ovaries of a woman exposed to hygienic doses of talc applied in the perineal region, the only recourse an experimentalist has in the design of such a study is to employ as large a dose range as necessary in order to elicit measurable biological perturbations.  This describes, in essence, an experimental approach of convenience.

It should now be self-evident that this entire experimental design is fundamentally flawed in several respects, in terms of linking the results of these experiments to talc-induced human ovarian carcinogenesis.  First and foremost, lower doses more compatible with a physiologic exposure to talc in the human female reproductive tract were not used in these experiments, even if it were possible to determine what significantly lower dose range that may be.  Second, the biological perturbations observed in cultured cells exposed to high doses of talc cannot be reliably extrapolated to such biological responses *in vivo*, which is why animals (typically mice or rats) are used in studies designed to predict the human carcinogenic potential of one or another xenobiotic.  Finally, absent the malignant transformation of human cells cultured *in vitro* (utilizing several assays traditionally employed to approximate malignant transformation in this context) following exposure to high doses of talc, the rather non-specific biological responses observed in Dr. Saed's experiments cannot be interpreted to conclude that talc exposure causes ovarian cancer *in vivo*.  At most, the only conclusion that may be reasonably made from these experiments is that exposure to extremely high doses of talc results in the biological perturbation of human cells cultured *in vitro*,[16] a result that is entirely expected based on well-established principles of toxicology.  Several of the problematic experimental issues discussed above will be expanded upon below.

**Inadequate Control Experiments:**  Dr. Saed's studies do not adequately address his hypothesis that there is a biological mechanism linking exposure to talc (a hydrated magnesium silicate compound consisting of magnesium, silicon and oxygen – all of which are found at one or another concentration in the human body, and are in fact considered "essential elements") to ovarian carcinogenesis because Dr. Saed failed to perform additional control experiments designed to test whether other particulate compounds, such as, for example, cornstarch (a powdered carbohydrate derived from the endosperm of corn kernels) or a particulate compound more chemically similar to talc, such as finely ground beach sand (silicon dioxide) produced the same results.  Such experiments testing the potential biological effects of other particulate compounds like talc could have been used to determine whether his findings were driven by

---

[16]    Saed Rep. at 14.

some quality that is unique to talc, or rather its particulate form generally, the characteristics of which are shared by many other compounds.

Specifically, in his investigation, talc was dissolved in DMSO and added to cultured cells as an experimental condition.[17]  Changes in the levels of RNA and protein expression in these cells were then measured by qPCR (quantitative polymerase chain reaction) and ELISA (enzyme-linked immunosorbent assay) techniques and compared with levels found in cells treated with DMSO only.[18]  Dr. Saed concluded that differences in RNA and protein expression between the talc-treated and DMSO-only-treated samples were evidence of an "oxidative stress" response induced by talc exposure.[19]  Overlooked, however, was the possibility that these differences were the result of high-dose particulate exposure generally, and not to talc exposure specifically.

A properly designed experiment would have included a condition(s) where cultured cells were treated with at least one, and preferably several, additional non-talc compounds suspended in DMSO.  Such control experiments would help an investigator discern the baseline RNA and protein expression level changes that occur in response to addition of particulate matter generally to cultured cells.  Dr. Saed testified that the inclusion of such a condition would have been feasible.[20]  He admitted that he did not know whether the addition of an inert substance, such as corn starch, to the cell cultures would have yielded the same RNA and protein expression changes that he observed in talc-treated cell cultures.[21]  When confronted with the issue of exclusion of such control experiments, Dr. Saed erroneously concluded that inert substances could not cause a similar oxidative stress response profile because the "untreated" cells exposed to DMSO only "didn't show that."[22]  The manner in which cultured cells respond to the addition of DMSO alone has no bearing on how they may respond to the addition of DMSO containing a suspended inert particulate substance other than talc.

The failure to include such control experiments to measure potential "oxidative stress responses" to inert particulate substances is a fatal flaw with respect to the veracity of the investigative power of the aforementioned studies to establish a cause and effect relationship between talc exposure and a cellular oxidative stress response.  Dr. Saed's only defense to this fundamentally flawed experimental design was that he "tested several fold."[23]  However, repeating the same flawed experiment several times cannot overcome this underlying methodological flaw.

Dr. Saed's experiments neither contradict nor support his hypothesis that there is a biological mechanism(s) through which talc may induce an oxidative stress response in cultured human

---

[17]   Saed Dep. Vol. I 273:10-14.

[18]   Saed Rep. at 14-15.

[19]   *Id.* at 14-18.

[20]   Saed Dep. Vol. I 274:5-9.

[21]   *Id.* 273:16-25.

[22]   *Id.* 272:20-273:2.

[23]   *Id.* 272:14-19.

cells.  He merely showed that there are changes in the expression levels of specific RNA and protein molecules that differ between cells treated with DMSO and cells treated with DMSO containing talc.  As such, Dr. Saed's studies offer no support for his opinion regarding the biological mechanism by which talc allegedly causes an oxidative stress response in cultured cells *in vitro*, and much further, ovarian carcinogenesis *in vivo*.

**Cell lines:**  There are serious methodological concerns with respect to the types of human cells that were used in Dr. Saed's experiments.  Four distinct categories of primary cells or established cell lines were used:  1) The EL1 cell line, derived from human spleen and classified as a monocyte/macrophage cell type; 2) "Normal ovarian epithelial" cells – it may be inferred from Dr. Saed's laboratory notebook and the commercial source of these cells (Cell Biologics) that they are "human primary ovarian epithelial cells derived from normal human ovary tissue"; 3) The FT33 cell line, described by the commercial source as "immortalized human fallopian tube epithelial cells"; and 4) Three human ovarian carcinoma cell lines, SK-OV-3, A2780, and TOV-112D, which are, by definition, derived from human ovarian carcinomas.[24]  All three of the ovarian carcinoma cell lines are originally from the American Type Culture Collection; the latter two are described as having been derived from endometrioid ovarian adenocarcinomas, and the SK-OV-3 cell line was derived from ovarian carcinoma ascites (histologic subtype unknown).[25]

It is not at all clear why one would conduct experiments related to xenobiotic-induced ovarian carcinogenesis using a cell line (EL1) derived from the monocyte/macrophage lineage, a white blood cell type involved in the adaptive immunity process.  It is similarly unclear why one would conduct such experiments using human ovarian carcinoma cell lines (SK-OV-3, A2780, and TOV-112D); if an experimentalist is testing the hypothesis that exposure of human ovarian cells to a potential carcinogen leads to biological effects related to the tumorigenic process, why would cell lines that are derived from ovarian carcinomas represent an appropriate model?  These cells, *ipso facto*, represent the ultimate culmination of the tumorigenic process, and would be expected to possess myriad biological and somatic genetic differences compared to "normal" ovarian epithelial cells.  Stated simply, the approach of testing a hypothesis as to how cancer may be experimentally induced, *using cancer cells*, is seriously unsound.

## B.    Misinterpretation of Results

**CA-125 Findings:**  Dr. Saed reports an increase in cellular release of the CA-125 protein following talc treatment and claims that this "highlight[s] the implications of the pro-oxidant states caused by talc. . . ."[26]  This is a confusing assertion because Dr. Saed does not identify the "implications" that increased CA-125 expression purportedly "highlight[s]."  If he intends to suggest that increased CA-125 secretion is suggestive of ovarian carcinogenesis, however, then he misunderstands the clinical use of serum CA-125 protein measurements.[27]  The FDA-

---

[24]    Saed Dep. Vol. I, Ex. 1 at SAED000001 (Expert Report Notebook Files).

[25]    *Id.*

[26]    Saed Rep. at 18.

[27]    Notably, in his deposition, Dr. Saed admitted that that he does not know the clinical significance of CA-125. Saed Dep. Vol. I 248:25-250:2.

approved use of measuring serum CA-125 levels is in the context of a "biomarker" to monitor response to ovarian cancer treatment.[28]  Although such measurements have also been tested experimentally for decades in an effort to detect ovarian cancer at an early stage, the specificity and sensitivity of serum CA-125 levels in this context are unacceptably low, and the assay is neither useful nor approved for this purpose.[29]  Increased serum CA-125 levels have been reported in "benign conditions such as endometriosis, pregnancy, ovulatory cycles, liver diseases and congestive heart failure, as well as in infectious disease such as tuberculosis."[30]  Serum levels of CA-125 are also elevated in non-ovarian cancers, such as "breast cancer, mesothelioma, non-Hodgkin lymphoma, gastric cancer, and leiomyoma and leiomyosarcoma of gastrointestinal origin."[31]  Therefore, any increase in CA-125 levels observed by Dr. Saed is not necessarily indicative of malignant conditions, much less malignant risk.  Because increased CA-125 expression can reflect any number of causes, physiologic states, or conditions other than ovarian cancer, its use as a detection tool is highly disfavored and is considered ineffective from a clinical perspective.  Nor does it play any role in ovarian cancer causation.  Therefore, any effect that exposure to talc may have on cellular release of CA-125 is irrelevant to the question whether it plays any role in causing ovarian cancer.

Some of the utility of CA-125 as a biomarker does stem from the fact that CA-125 secretion can increase with the onset of ovarian cancer.  As discussed, however, CA-125 secretion is highly non-specific and increases are more frequently unrelated to ovarian cancer.  Furthermore, clinical use of CA-125 as an early detection marker for ovarian cancer is typically accompanied by a transvaginal sonography.[32]  Even then, "reports suggest that sensitivity of early stage disease is limited."[33]  If CA-125 is not even a reliable biomarker for the *onset* of ovarian cancer *in vivo*, it is doubtful that CA-125 can be a reliable biomarker for the *increased risk* of onset of ovarian cancer *in vitro*.  To the extent that an increase in CA-125 secretion is sometimes associated with ovarian cancer, Dr. Saed still has not shown that CA-125 is a cancer precursor, rather than an effect of such cancer.

These opinions are generally shared by Reviewer #1, who provided a critique of Dr. Saed's manuscript following submission to *Gynecologic Oncology*.  The Reviewer writes that, "The significance of this study would be greatly enhanced if a mouse model corroborated the cell line findings.  In this reviewer's opinion, the cell line studies alone and the increase in CA-125 while intriguing are not sufficiently convincing."[34]

---

[28]   Saed Rep. at 18 (citing Jelovac D & Armstrong DK, *Recent progress in the diagnosis and treatment of ovarian cancer*. CA Cancer J Clin. (2011) 61(3):183-203).

[29]   *See* above reference to UKCTOCS clinical trial.

[30]   Scholler N & Urban N, *CA125 in Ovarian Cancer*. Biomark Med. (2007) 1(4): 513-523 (internal refs. omitted).

[31]   *Id.* at 517 (internal refs. omitted).

[32]   *Id.*

[33]   *Id.*

[34]   Saed Dep. Vol. II, Ex. 35 at 2, Gynecologic Oncology Email dated Sept. 19, 2018 re: GYN-18-1020: Final Decision ("Gynecologic Oncology Decision").

Finally, the conclusion stated in the Abstract and elsewhere in the manuscript by Fletcher *et al*. (rejected by *Gynecology Oncology* and under review or perhaps in press at *Reproductive Sciences*), stating that, "Talc exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125," is incorrect and misleading.[35]  There was no direct measurement of inflammation in the cultured cells, and a correlation of increased CA-125 secretion with inflammation is speculative at best.

**Cell Proliferation and Apoptosis Findings:**  Dr. Saed claims that he has "shown conclusively that talcum powder . . . enhance[s] cell proliferation, and inhibit[s] apoptosis in EOC cells," as well as in "normal cells, including surface ovarian epithelium, fallopian tube, and macrophages."[36]  At his deposition, he took this claim further, asserting that cell proliferation "is an indirect measure of the beginning of [neoplastic] transformation."[37]  None of this is correct, and Dr. Saed's attempt to equate cell proliferation with cancer development is profoundly unscientific.  As noted above, the lack of appropriate control experiments undermines the specificity of his findings to talc powder, making it impossible to issue such a "conclusive[]" claim.  In fact, cell proliferation is a natural response to stress, meaning that this result would be expected to follow many cell treatments *in vitro* and would not remotely be unique to exposure to large doses of talc suspended in DMSO.

In addition, it is unclear why these findings are significant since Dr. Saed testified that there are no studies showing that increased cell proliferation and decreased apoptosis are associated with ovarian cancer risk.[38]  The findings also seem irrelevant because Dr. Saed was not aware of any studies showing that these cellular responses are present in any tissue in women who use talc.[39]  Nor am I.  Regardless, Dr. Saed's broad characterization of these properties as an "oncogenic phenotype"[40] is not consistent with scientific knowledge.

First, cell proliferation is a regular process in tissue homeostasis, and does not indicate that a normal cell has transformed into a cancer cell.  Dr. Saed acknowledged this when he explained that "temporary or initial induction of proliferation [] is a normal response of all normal cells to agents."[41]  Dr. Saed does not explain in his report why his findings are not simply a typical cellular response to the introduction of a foreign agent, such as talc, in cell culture.  Furthermore, according to his lab notebooks, the furthest data collection time point in Dr. Saed's investigation was 72 hours after treatment with talc.  At best, Dr. Saed's study provides a snapshot of the

---

[35]   Saed Dep. Vol. I, Ex. 7 & 8 at 2 (Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM, *Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer* (2019) (unpublished manuscript)) ("Manuscript") at 2.

[36]   Saed Rep. at 16.

[37]   Saed Dep. Vol. II 464:2-11.

[38]   Saed Dep. Vol. I 268:4-269:4.

[39]   *Id.* 268:25-269:4.

[40]   Saed Rep. at 17.

[41]   Saed Dep. Vol. I 265:10-15.

initial reaction of cells to particulate exposure.  It is unreasonable to extrapolate from these findings that cells are therefore "oncogenic" and any observed fluctuations in proliferation and apoptosis are permanent.  Dr. Saed's findings on proliferation and apoptosis do not seem to have any bearing on whether talc increases the risk of ovarian cancer.

## C.    Limitations of Results and the Need for Further Study

**Alterations in Expression Levels and Activities of the Enzymes Studied Do Not Equate to an Altered State of Oxidative Stress in the Cultured Cells:**  As described in much of the evidence submitted by Dr. Saed in the context of expert testimony, including laboratory notebooks, the transcript of his deposition, and perhaps most succinctly, the manuscript by Fletcher *et al.* summarizing his findings, he consistently states and otherwise implies, many times, that decreased expression and activity of the antioxidant enzymes CAT and SOD3, increased expression and activity of the pro-oxidants iNOS, NO2-/NO3-, and MPO, and decreased expression and activity of antioxidant enzymes GSR and GPX "enhances the pro-oxidant state in . . . cells."[42]  While he reports RNA levels ("expression") of these enzymes, as measured by qPCR, that are altered (up or down) following exposure to talc for 72 hours, he frequently conflates "expression and activity" of these enzymes as assessed by an ELISA, which measures protein levels.[43]  The reactions that these enzymes catalyze may alter the levels of reactive oxygen species (typically nitrogen- or oxygen-based), but these reactive oxygen species are very unstable and cannot be measured by an ELISA.  As best as I can tell from his laboratory notebooks, and from the content of the manuscript, he is using protein levels, as measured by an ELISA, to estimate the amount of enzymatic activity that a certain quantity of protein may have.  This is an indirect and misleading presentation of the data.  *Regardless*, none of these data are indicative of an increased pro-oxidant state in the cultured cells *in vitro*, much less *in vivo*.

**The Single Nucleotide Polymorphism (SNP) Findings are Vague and of Questionable Relevance:**  *First*, Dr. Saed has not established that his findings actually represent mutations, as he claims in his manuscript.  In Table 2, he lists what he believes to be talc-induced genetic mutations resulting in SNP genotype switches in "key redox enzymes."[44]  But as he acknowledged at his deposition, he was not "able to estimate the volume of cells that this genotype switch occurred in."[45]  Rather, his technique only reports whether there is a "population of cells that acquired th[e] genotype" at issue.[46]  This limitation is significant because it cannot rule out the possibility that the cells under treatment had one of three possible SNP genotypes (heterozygous, homozygous for minor allele, or homozygous for major allele) already, prior to treatment – in other words, that Dr. Saed was not finding treatment-induced mutations at all, but

---

[42]    Manuscript at 2.

[43]    *Id.* at 20-22 (panels A and B of each figure show RNA expression, while panels C and D of each figure show protein levels as measured by ELISA).

[44]    *Id.* at 19 (Table 2).

[45]    Saed Dep. Vol. I 198:13-199:15.

[46]    *Id.*

rather preexisting genetic variability that became manifest after the expansion of one or another subpopulation of cells in culture as a result of variable proliferation of a heterogeneous cell population. Indeed, the term "single nucleotide polymorphism" is by definition a type of genetic variation that exists in a population at a particular nucleotide position in a particular gene. In other words, polymorphisms represent naturally occurring genetic variants, not "mutations", at least in the context of putative carcinogen-induced mutagenesis over a 72-hour period. This occurs when a specific nucleotide in a specific gene is variable throughout a population, occurring when one genetic variant is inherited from one parent and the other genetic variant is inherited from the other parent. At a typical SNP site in the human genome, an individual may be homozygous for the SNP (for example T/T or C/C), or heterozygous for the SNP (C/T). These are not mutations. They represent the genetic basis of human phenotypic variation, and one may find SNPs in the great majority of human genes. This well-established genetic phenomenon throws Saed's entire claim of talc-induced mutations into doubt.

**Second**, none of the SNPs identified by Dr. Saed in his background discussion of ovarian cancer-associated polymorphisms was observed in his talc study. Dr. Saed broadly states in his report that SNPs in genes that code for certain enzymes (such as *CAT*, *GPX1*, *GSR* and *SOD2*) have been associated with increased ovarian cancer risk.[47] In making this statement, Dr. Saed relies, in part, on the Belotte study, conducted in his lab, which actually found an association between a specific SNP in the *CAT* gene and ovarian cancer *survival*, not risk. Dr. Saed fails to elaborate on his statement and only identifies three SNPs in redox genes that he claims are related to ovarian cancer risk: rs1001179 (reducing CAT activity), rs4673 (reducing CYBA activity) and rs2333227 (occurring in the *MPO* gene).[48] The rs1001179 polymorphism is actually associated with ovarian cancer survival, not risk.[49] And a meta-analysis of 43 case-control studies involving various types of cancer found no association between the rs2333227 polymorphism (*MPO*) and an increased cancer risk.[50] Regardless, none of the underlying studies referenced by Dr. Saed is a genome-wide association study (GWAS) that examined the prevalence of a given SNP in a larger population of ovarian cancer patients. In other words, even if these three SNPs were hypothesized to be associated with ovarian cancer risk in isolated, statistically-underpowered investigations, their significance when it comes to the broader questions of ovarian cancer risk in the general population has not been established.

Perhaps recognizing this gap in his analysis, Dr. Saed also lists a number of additional SNPs identified by GWAS that influence ovarian cancer risk.[51] It is unclear whether these polymorphic variants are associated with an increased or decreased risk. None of the variants

---

[47] Saed Rep. at 7-8.

[48] *Id.* at 8.

[49] Belotte J et al., *A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.* PLoS One. (2015) 24:10(8):e0135739.

[50] Chu H et al., *The* MPO −463G>A *polymorphism and cancer risk: a meta-analysis based on 43 case–control studies.* Mutagenesis. (2010) 25(4):389-95.

[51] Saed Rep. at 8.

seem to occur in protein-coding regions except possibly rs2072590, which is "located at 2q31" within "a family of *HOX* genes."[52]  The remaining variants occur "near" *BNC2* and *MERIT40*, "downstream" of *MYC*, and "intronic" to *SKAP1* and *TIPARP*.[53]  At most, these SNPs could theoretically function to regulate the expression of genes, but not functions of the encoded protein, if they have any effect at all.  It is certainly far from evident that any of these genes is involved in the redox state of cells.

*Third*, none of the "mutations" that Dr. Saed observed in his talc-treated cells has been reported by GWAS to be associated with an increased ovarian cancer risk.  It should be noted that many SNPs are "silent," in that they do not result in any change in activity by the protein, and Dr. Saed has failed to show that the SNPs he claims resulted from talc-induced genotype switching are related to altered functions of the genes under study.  Dr. Saed lists *CAT* (rs769217), *NOS2* (rs2297518), *GSR* (rs2448), *GPX1* (rs2448) and *SOD3* (rs2536512) genetic variations in Table 2 of his manuscript.[54]  He was unable to state whether these SNPs have been reported to occur in women using talc.[55]  And as discussed below, the observed "mutations" in *CAT*, *NOS2*, and *GPX1* fail to support his conclusions, for a number of additional reasons.  Notably, the *GSR* and *SOD3* genes were not affected at all by talc treatment, as reported in Table 2.

*CAT* (rs769217) SNP.  Dr. Saed did not observe this "mutation" in A2780 and SK-OV-3 cell lines.  If this mutation is the mechanism by which talc allegedly increases ovarian cancer risk, it is unclear why the mutation is not commonly seen across all talc-treated cells.  Dr. Saed makes many logical leaps to connect this genetic variant to an elevated cancer risk.

First, Dr. Saed states that the SNP results in an isoleucine to threonine amino acid change, but no more information is provided as to how or whether this change affects protein function.[56]  Does the mutation alter the catalytic site of the enzyme?  Does it affect secondary and tertiary structures of the protein or modify its interactions with other molecules?  Dr. Saed's only observation is that talc-treated cells exhibit decreased *CAT* expression and catalase activity.  However, he acknowledges in his report that these changes may be caused by other mutations in *CAT*, and not the rs769217 variant itself.[57]  In fact, it would be much more logical to conclude that lower amounts of CAT protein in a cell would result in lower CAT activity (converting hydrogen peroxide to water and oxygen).  Nevertheless, there are many straight-forward follow-up experiments that Dr. Saed could have conducted to understand the specific effect of the rs769217 genetic variant on catalase activity (if any).  Scientists regularly create cell lines with targeted mutations through the use of genetic editing tools (such as CRISPR/Cas9), to study the impact of specific genetic mutations on protein functions.  Dr. Saed could have repeated his

---

[52]  *Id.*

[53]  *Id.*

[54]  Manuscript at 19 (Table 2).

[55]  Saed Dep. Vol. I 225:17-226:3.

[56]  Manuscript at 19.

[57]  Saed Rep. at 18.

ELISA assays and done pull-downs of the catalase protein in normal cells and cells with targeted mutations to understand whether and how the rs769217 mutation affected the catalase function and its interaction with other molecules (including its function as a tetramer). Only with these sorts of follow-up experiments could Dr. Saed actually attribute a causal relationship between this specific genetic variant and the protein activity observed.

The minor allelic frequency (MAF) of the rs769217 SNP was described as 12.3%.[58] As presented, this figure can only be derived from the genotypes of large numbers of individuals in a population. For a single individual, the MAF would by necessity be 0, 50%, or 100%. These are basic principles of human genetics. In the talc treatment experiments, data are presented as Allele 1 and Allele 2 scores with and without talc treatment; in the case of TOV-112D cells, for example, the C/C genotype at rs769217 becomes C/T following talc treatment with scores of Allele Amp Scores of 0.67 and 0.88.[59] Although it is not clear exactly what these scores represent (the total is greater than 1.0), it may be assumed that a substantial proportion of the cells exposed to a dose of talc for 72 hours sustained a C to T mutation. I have never witnessed such potent mutagenesis by any agent – especially within a narrow 72-hour post-treatment window. Dr. Saed was similarly unable to recall any agent that has produced such rapid, robust mutagenesis.[60] It is highly unlikely that the increased MAF is due to genotoxicity that is unique to talc, considering a previous study found that talc was not genotoxic.[61] Rather, the high MAF is likely the result of general genotoxicity associated with the introduction of extremely high dosages of foreign particulate into cell cultures, the selective expansion of small numbers of cells present in culture with the MAF, otherwise undetectable, as the cells were induced to proliferate by talc exposure, some sort of experimental error, or all of the above. The inclusion of appropriate control experiments (as previously described) could have shed light on these questions. Finally, as noted elsewhere in this report, the allele frequencies for all the studied SNPs should have been presented in a quantitative fashion, rather than qualitative. For a mutation to be "fixed" in an affected cell, the cell must obviously undergo division to two daughter cells. That specific SNP sites that happened to be associated with enzyme activity of the "critical" genes under study underwent qualitative mutagenesis from one nucleotide to another in 100% of the talc-treated cells, in 72 hours, is not only implausible, it is *impossible*, in light of the doubling time of proliferating cells.

*SOD3* (rs2536512) and *GSR* (rs8190955) mutations. Dr. Saed's report states that these "SNP genotypes were not detected in any cell line."[62] Part B of Table 2 confirms that neither the control nor talc-treated cell lines had mutations at these locations.[63] However, the first part of

---

[58]   Saed Dep. Vol. I, Ex. 1 at SAED000078.

[59]   *Id.* at SAED000080.

[60]   Saed Dep. Vol. I 252:3-7.

[61]   Endo-Capron S et al., In vitro *response of rat pleural mesothelial cells to talc samples in genotoxicity assays (sister chromatid exchanges and DNA repair).* Toxicol In Vitro. (1993) 7(1):7-14.

[62]   Saed Rep. at 18; Manuscript at 11.

[63]   Manuscript at 19.

the table still lists the MAF of mutations as 19.1% and 47.6%, respectively.[64]  As for the CAT gene data above, it is unclear from whence the MAF data are derived.  Is it a calculation of allelic frequency based on the total pooled alleles from all of the talc-treated cells?  Is it an average of the MAF values calculated individually for each of the talc-treated cell lines?  Is it the naturally-occurring frequency of the mutation in the general population?  If it does refer to the frequency in the general population, what proportion of cells treated with talc actually displayed these mutations?

Regardless of how the MAF data were calculated, if no SNP genotypes were detected in the cell lines, how can these *SOD3* and *GSR* mutations still be attributed to changes in redox activity and provide any basis for Dr. Saed's theory that talc exposure leads to mutations associated with an increase in ovarian cancer risk?

*NOS2* (rs2297518) mutation.  The concerns described above also apply to the *NOS2* mutation. This mutation was not found in the talc-treated A2780 or TOV-112D cell lines, had a MAF of 17.3% and resulted in a serine to leucine amino acid change.[65]  No additional studies were conducted to confirm that observed increases in protein activity were actually caused by the rs2297518 mutation.

*GPX1* (rs3448) mutation.  In addition to the concerns described above, other issues also undermine the significance of the *GPX1* findings.  First, Dr. Saed focuses on the mutation because the "acquisition of chemoresistance by ovarian cancer cells is associated with a switch from *GPX1* SNP genotype to the normal *GPX1* genotype."[66]  It is unclear how any chemoresistance finding in already cancerous cells is relevant to understanding whether an association exists between talc exposure and ovarian cancer risk.  Among genes coding for glutathione peroxidase enzymes, only the rs6456822 SNP in *GPX6* has been reported as having a genome-wide significance for association with serous epithelial ovarian cancer risk.[67]  Simply put, Dr. Saed does not provide any basis for why the rs3448 genetic variant is associated with ovarian cancer risk.

Dr. Saed did not observe the *GPX1* conversion in one of the normal cell lines (HOSEpiC) after exposure to talc.  As with the *CAT* mutation, if this mutation is the mechanism by which talc allegedly increases ovarian cancer risk, it is unclear why the mutation did not occur in all normal cells treated with talc.  Showing this mutation occurs in all normal cells treated with talc would be the first step toward understanding any biological mechanism whereby talc allegedly leads to an increased risk of ovarian cancer.

---

[64]   *Id.*

[65]   *Id.*

[66]   Saed Rep. at 19.

[67]   Kuchenbaecker KB et al., *Identification of six new susceptibility loci for invasive epithelial ovarian cancer.* Nat Genet. (2015) 47(2):164-71.

Finally, Dr. Saed describes the amino acid changes and effect on protein activity for the *GPX1* mutation as "unknown."[68]  Dr. Saed has no idea why the mutation is significant to his opinion on talc and ovarian cancer risk other than the fact that the mutation occurs in a gene involved in redox activity.  The mere existence or creation of a mutation is not necessarily biologically significant.  For example, the SNP could be a synonymous mutation that does not result in any amino acid change in the resulting protein and has no consequence on glutathione peroxidase enzyme function.  If the SNP did result in an amino acid change, the change could be inconsequential because it does not affect the activity of the enzyme, the secondary or tertiary structures of the protein or how the protein interacts with other molecules.  As it stands, there is no basis for the relevance of the *GPX1* mutation in studying ovarian cancer risk.

My interpretation of the experimental design and presentation of data related to the measurement of SNP genotypes in several genes involved in the general oxidative state of the cell, after exposure to talc, is that Dr. Saed has conflated mutagenesis with normal genetic variation, especially as the latter may exist in a highly heterogeneous state in cells cultured *in vitro*.  It is not at all clear how these data bear on the purported risk of talc for the development of ovarian cancer.  This view would seem to be shared by Reviewer #1 of the manuscript submitted to *Gynecologic Oncology*, who writes, "The significance of SNP alterations should be further clarified."[69]

If Dr. Saed had been interested in demonstrating that talc was indeed mutagenic (creating mutations) in his cell lines, the most appropriate experiments would have examined global mutagenesis in a much broader context.  One potential experiment would involve comparing talc-treated cells to untreated cells with respect to potential mutations generated throughout the entire exome (coding region of the genome).  This experiment would have involved extraction of DNA from treated vs. untreated cells, followed by sequencing of the entire exomes of these cells using next-generation DNA sequencing technology.  This technology is typically available in core facilities of most research universities and academic medical/cancer centers, and if not, is readily performed by myriad commercial laboratories for a modest cost.  An alternative approach would have been to perform next-generation DNA sequencing analysis of a panel of several hundred genes known to be involved ("driver genes") in carcinogenesis when mutated.  Such analyses are also performed by many commercial laboratories.

In summarizing my conclusions on scientific clarity and relevance of the SNP studies, I can only conclude that the rationale of studying talc-induced mutagenesis occurring ***exclusively*** at SNP sites in some of the genes encoding enzymes under study, including the anti-oxidant enzymes CAT, GSR, GPX1, and SOD3, and the pro-oxidant enzyme NOS2, appears to represent a chain of logic by Dr. Saed that would correlate talc-induced mutations at these specific sites with altered enzymatic activity of the encoded proteins, followed by increased oxidative stress in the affected cells; this complex theoretical sequence of talc-induced events in cultured cells would appear to tie all of his various hypotheses together.  Parenthetically, there is no evidence or

---

[68]   Manuscript at 19.

[69]   Gynecologic Oncology Decision at 2.

suggestion provided in Dr. Saed's manuscript as to how the enzymes affected by talc exposure (expression levels) were so affected if they **did not contain SNPs subject to mutagenesis** and thus not studied at all (*MPO*), or **did** contain SNPs of purported functional consequence but **did not sustain mutagenesis by talc** (*GSR* and *SOD3*).  These data are presented in Table 2 of Dr. Saed's manuscript.  In my expert opinion, this experimental design and interpretation of results are deeply flawed, naïve, and the results regarding qualitative (as opposed to quantitative) mutagenesis at specific SNP sites are, candidly, very difficult to believe.  I have expanded upon all the critical elements of this paragraph elsewhere throughout this Expert Report.

**Limitations of Studies *in vitro*:**  Even if Dr. Saed's research methodology were flawless, and his conclusions unassailable, his studies *in vitro* would not establish a mechanism of carcinogenesis *in vivo*.  The most even Dr. Saed claims to have actually shown with his experiment is a change in the levels of RNAs and proteins that encode certain proteins, changes in the activities of some of these proteins (by inference), an increase in cell proliferation and a decrease in apoptosis in response to talc exposure; but there is an enormous gap between such findings in a petri dish and proving that a particular agent is actually a probable cause of ovarian cancer.

Indeed, as a general rule, a study *in vitro* cannot, by itself, support conclusions about anything that happens in actual animal or human tissues.  At most, careful studies *in vitro* may generate hypotheses that may be tested with follow-up studies using models *in vivo*, e.g., animals.  The comments on Dr. Saed's manuscript reflect this principle.  According to Dr. Saed's deposition testimony, *Gynecologic Oncology*[70] declined to publish his paper, and a reviewer explained that he "needed to do *in vivo* . . . animal experiments."[71]  I note, too, that Dr. Saed volunteered at his own deposition that, in order to determine whether his experiments truly emulated chronic inflammation in humans, he would "have to do animal studies."[72]

The need for studies *in vivo* to evaluate Dr. Saed's results *in vitro* is especially glaring here, because previous work *in vivo* on the relationship between talc and ovarian cancer tends to refute, rather than support, Dr. Saed's conclusions.  I am not aware of any research *in vivo* specifically addressing the effects of talcum powder exposure on oxidant and anti-oxidant enzymes and resultant oxidative stress in human cells.  Two animal studies, however, have shown no increase in ovarian cancer development following talcum powder treatment.  Hamilton, *et al.*, injected rats with mega-doses of talc adjacent to the ovaries, and reported no inflammation or neoplasia.[73]  Keskin, *et al.*, exposed rats to talc either intra-vaginally or on the perineum.  While certain infections developed (likely because the talc was not sterile), there was

---

[70]   Dr. Saed testified that he submitted his manuscript to a journal called "*OB-GYN Oncology*."  I am aware of no journal with that name, and subsequent document productions from Dr. Saed make clear that he intended to refer to *Gynecologic Oncology*.

[71]   Saed Dep. Vol. I 46:22-47:2; *see also* Gynecologic Oncology Decision.

[72]   Saed Dep. Vol. II 542:16-25.

[73]   Hamilton TC et al., *Effects of talc on the rat ovary*. Br J Exp Pathol. (1984) 65(1):101-6.

no neoplastic change in any of the exposed animals.[74]  Dr. Saed is capable of performing studies *in vivo* to challenge these conclusions, but said at his deposition that he lacks the time and the money for it.[75]  In light of the data from earlier studies, I am skeptical that Dr. Saed's findings could be replicated *in vivo*, and without such replication, they are insufficient to reliably suggest the carcinogenic mechanism that he proposes.

Relatedly, Dr. Saed is presupposing that talc can travel to the fallopian tubes or ovaries and cause inflammation there, but his *in vitro* experiments obviously cannot evaluate that assumption, and support from existing research is lacking.  In fact, Dr. Saed's suggestion that it is widely accepted that talc applied to a woman's underwear will travel to her ovaries against gravity[76] and that studies of sperm are somehow relevant to this question[77] ignores fundamental anatomy. Notably, the often-cited study regarding the presence of talc in ovarian tissue of women with ovarian cancer discovered talc both in women who reported perineal talc use and women who did not, suggesting that the talc came from a different source.[78]

With respect to Dr. Saed's assertion that his data support a role for oxidative stress (presumably produced by talc exposure) in ovarian carcinogenesis, in addition to my concerns raised in this report, both Reviewers for *Gynecologic Oncology* commented on this assertion specifically as it was articulated in Dr. Saed's manuscript.[79]  Reviewer #1 writes, "The first bulleted highlight [the Journal requires a list of bulleted highlights of research papers submitted for publication], 'Oxidative stress is a key mechanism to the initiation and progression of ovarian cancer' is not supported by this investigation and should be omitted."[80]  Reviewer #2 writes, "While changes in redox potential play an important role in in tumor biology in general, the present data are insufficient to back up the claim that talcum is central to the development of ovarian cancer."[81]

Finally, Dr. Saed appears to take for granted that ovarian cancer is caused by inflammation, but this, too, has not been established.  Dr. Saed essentially ignores the body of science suggesting that chronic inflammation does not play a role in the development of ovarian cancer,[82] as well as

---

[74]   Keskin N et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study*. Arch Gynecol Obstet. (2009) 280(6):925-31.

[75]   Saed Dep. Vol. I 50:10-13.

[76]   Manuscript at 8.

[77]   *Id.* (citing Kunz G et al., *The uterine peristaltic pump. Normal and impeded sperm transport within the female genital tract*. Adv Exp Med Biol. (1997) 424:267-77; Leyendecker G et al., *Uterine peristaltic activity and the development of endometriosis*. Ann NY Acad Sci. (2004) 1034:338-55; Zervomanolakis I et al., *Physiology of upward transport in the human female genital tract*. Ann NY Acad Sci. (2007) 1101:1-20

[78]   Heller et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden*. Am J Obstet Gynecol. (1996) 174(5):1507-10.

[79]   Gynecologic Oncology Decision at 2-3.

[80]   *Id.* at 2.

[81]   *Id.*

[82]   Malmberg K et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development*. Virchows Arch. (2016) 468(6):707-13; Rasmussen et al., *Pelvic inflammatory disease and the risk*
(cont'd)

studies that considered whether aspirin use and anti-inflammatory drugs reduced the risk of ovarian cancer,[83] with mixed results.  As the Malmberg study concluded after finding no significant correlation between histological signs of inflammation and serous ovarian cancer, "Additional studies are needed to further evaluate the role of inflammation in carcinogenesis in the fallopian tube and its clinical implications of preventing serous carcinoma."[84]

**Need for Further Study:**  In addition to the concerns noted above regarding the limitations of the studies performed *in vitro*, and the inappropriate conclusions drawn from them, several related types of studies were notably ***not*** performed by Dr. Saed in the context of providing evidence central to the fundamental assertion of plaintiffs that perineal talc use causes ovarian cancer.  It is widely accepted in the cancer research community that there are several relatively straightforward assays that may be used to support the hypothesis that "normal" cells cultured *in vitro* have been stimulated by some type of exposure or manipulation (talc treatment in this case) to progress toward, or to fully develop, a neoplastic phenotype.  These assays include, but are not limited to, the assessment of loss of contact inhibition by cells cultured in a petri dish *in vitro*, the acquisition of anchorage independent growth potential (as assessed by culturing cells in suspension in soft agar), and perhaps the most compelling experiment, demonstrating that the treated cells have obtained neoplastic potential as assessed by their ability to form tumors following subcutaneous injection into athymic ("nude") mice.  All these assays employ standard, well-established methodologies, and could have been readily performed by Dr. Saed using the "normal" cell lines described in his studies.  As discussed earlier, none of these studies could have been performed using the three ovarian carcinoma cell lines described, however, since they have already undergone neoplastic transformation (in the humans from whence these cancers arose, and from whence the cell lines were derived).  Notably, the three ovarian carcinoma cell lines could have been used as positive controls for the three assays described above, as they would have certainly demonstrated loss of contact inhibition in a petri dish, anchorage independent growth in soft agar, and tumorigenicity in athymic mice.  I note that Dr. Saed himself proposed to do the second assay just mentioned involving suspension in soft agar, even stating in his proposal that actually demonstrating "neoplastic transformation" would be "critical in establishing a cause and effect relationship" between talc exposure and ovarian cancer,[85] but as he confirmed at his deposition, he never performed such a study.[86]

---

*(cont'd from previous page)*
    *of ovarian cancer and borderline ovarian tumors: A pooled analysis of 13 case-control studies*. Am J Epidemiol. (2017) 185(1): 8–20; Zhou et al., *Pelvic inflammatory disease and the risk of ovarian cancer: a meta-analysis*. Cancer Causes Control. (2017) 28(5):415-28.

[83]    Ni X et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer*. Br J Clin Pharmacol. (Jan. 2013) 75(1):26-35.

[84]    Malmberg et al. (2016) at 712.

[85]    Saed Dep. Vol. II, Ex. 44 at 3, The Role of Talc Powder Exposure in Ovarian Cancer: A Mechanistic Approach.

[86]    Saed Dep. Vol. II 513:6-14.

### D.     Concerns Regarding Data and Handling/Manipulation of Laboratory Notebooks Generally

I have carefully studied three PDF files (in color) representing scanned portions of laboratory notebooks pertaining to the studies discussed in this Expert Report, that were provided by Dr. Saed, as well as Dr. Saed's deposition testimony about the conduct of his studies.  My understanding is that the three PDF files accurately reflect the contents of some portion of the laboratory notebooks related to the studies discussed herein, and that the content of the notebooks was produced by Dr. Saed or members of the Saed laboratory working under his supervision.  As a result of miscalculations, changing of dates on particular pages, whiting-out of data or notes, addition of data or notes to certain pages on different dates, the taping of data sheets cut from another source over data or notes previously existing on certain pages, the presence of data and other information in these notebooks that contradict Dr. Saed's statements during deposition as well as data and conclusions reached in the manuscript describing these studies that were submitted to at least two biomedical journals, and other irregularities too numerous to describe in detail, I have reached the following conclusions: 1) Some of the data and handwritten notes in these notebooks were intentionally manipulated; 2) Some of the data in these notebooks were selectively excluded from the final conclusions ultimately manifest in the manuscript submitted for publication; 3) Some of the data in these notebooks and conclusions drawn from them are internally inconsistent; 4) The handling of these laboratory notebooks and the recording of data and notes therein are egregiously inconsistent with the very minimum of well-accepted standard operating procedures with respect to the handling of laboratory notebooks and the recording of data and notes in the context of laboratory research; and, *5) It is my expert (as defined on pages 2 and 3 of this Report) opinion that some of the data in these notebooks are at the very least unreliable, and at worst fabricated, and that the conclusions drawn from these data, as a whole, are thus unbelievable and essentially worthless with respect to the written and stated claims relating to a possible mechanism(s) through which talc may induce tumorigenesis in cultured cells specifically, and by multiple layers of illogical extension, through which talc may induce ovarian cancer in women exposed to talc generally.*

For the record, I received three notebook files.  The first ("Expert Report Notebook Files") was described as the laboratory notebook that relates to Dr. Saed's work for his expert report.  It consists of 97 pages (with what would appear to be printed stickers in the bottom corner of each page labeled SAED000001(color) – SAED000097(color)).  There are handwritten numbers on the bottom corner of each page, beginning with "30" on page 1 and "124" on page 97.  There are two un-numbered pages inserted between the handwritten pages 33 and 35, and one un-numbered page inserted between the handwritten pages 39 and 40, possibly accounting for the discrepancy of two "missing" pages with respect to the handwritten numbered version.  For orientation, page 1 (or 30) contains color photographs of the front and back of a commercial container of "Johnson's baby powder."

The second laboratory notebook file ("Abstract Lab Notebook Files") contains a table of contents on the un-numbered first page, with a series of dates, 9/26/2017 – 10/20/2017, descending vertically on the left side, and page numbers from 38-63 descending vertically on the right side.  The pages are hand-numbered in the bottom corner, beginning with 38 after the TOC

page and ending with 61, prior to the last page consisting of a scientific poster prepared for presentation.

The third laboratory notebook file ("Preliminary Work Notebook Files") represents the first 30 pages that are missing from the Expert Report Notebook Files.  My understanding is that plaintiffs did not originally share it with defendants because they characterized it as containing only preliminary work.[87]  It begins with a table of contents on the un-numbered first page, with a series of dates, 10/15/2017 – 10/6/2017, descending vertically on the left side, and page numbers from 1-124 descending vertically on the right side.  Pages 25-30 are missing from the table of contents.  The pages are hand-numbered in the bottom corner, beginning with 1 after the TOC page containing a photograph of a container of "Talc" from Fisher Chemical.  The next page is un-numbered and contains the same color photographs of a commercial container of "Johnson's baby powder" that appeared in the Expert Report Notebook Files.  The next page is numbered 2 and the rest are numbered consecutively 3-24.

Examples of some of the irregularities described in the first paragraph of section IV.D of this Expert Report (above) include:

1)  Pages from another source taped onto the laboratory notebook page, white-out present in both files, including dates whited out and single entries that are made with ink of a different color than the text otherwise filling the same page.  I further note that apparent manipulation of the dates has resulted not only in lab books that have entries out of chronological order, but also statements that cannot possibly be true.  For example, page 25 of the Expert Report Notebook Files is dated January 7, 2018, and claims to be recording protein extractions from samples 356 to 386.[88]  The first line after the top of this page states that the cells were seeded on January 3, 2018.[89]  The very next page identifies samples 356 through 386.[90]  But exactly the same samples are also identified on page 20 of the Preliminary Work Notebook Files (which, as I note above, plaintiffs initially withheld from production on the ground that it was unrelated work).  *That* page refers to the actual seeding of the samples and is dated *February 1, 2018* – or *nearly a month after* protein extractions were supposedly taken from the same samples (which had not been created yet).[91]  There is no question that these pages in the separate parts of the Notebooks are referring to the same samples – Dr. Saed said so himself at his deposition, calling the samples "exactly the same."[92]  In fact, the February 1 date in the Preliminary Work Notebook Files follows a "1/3" date that has been crossed out[93] – a date that matched the date referred to on page

---

[87]   Saed Dep. Vol. I 13:18-14:10, 15:24-16:1.

[88]   Saed Dep. Vol. I, Ex. 1 at SAED000025(color).

[89]   *Id.*

[90]   *Id.* at SAED000026(color).

[91]   Saed Dep. Vol. II, Ex. 23 at Ghassan Saed's Talc Study Lab Notebook – Preliminary Study ("Preliminary Work Notebook Files") at 20.

[92]   Saed Dep. Vol. II 390:7-17.

[93]   Preliminary Work Notebook Files at 20.

25 of the Expert Report Notebook Files[94] as the date when the cells were supposedly seeded. These changes suggest that the dates were intentionally manipulated (rather than, for example, that the author mistakenly believed that it was January 3 on February 1).

2) Throughout the Preliminary Work Notebook Files, the handwritten page numbers are invariably smudged, suggesting either erasure and writing over, or white-out and writing over.

3) On page 19 of the Preliminary Work Notebook Files, there is a handwritten entry as follows: "1/31/18 – The presence of 1000 µg/ml is physically killing the cells. – We need to decrease dose."[95]  In none of the pages preceding page 19 of the Preliminary Work Notebook Files, or in any section of the Abstract Lab Notebook Files (containing experiments ostensibly performed prior to 1/31/18), is there evidence of such toxicity.  In fact, data related to gene expression (as assessed by RNA levels) are readily obtained at doses of 20, 100 and 1000 µg/ml.  In some cases, gene expression of particular enzymes is higher at 1000 µg/ml than at 20 or 100 µg/ml, inconsistent with cells being "physically killed" at 1000 µg/ml.  In addition, the amount of RNA obtained from a given number of cells is similar in control vs. treated cells, and from cells treated at various doses (20 – 1000 µg/ml).  These data are also inconsistent with a greater proportion of "dead" cells at 1000 µg/ml.  What is **clearly** apparent, however, is that gene expression and CA-125 secretion levels at a dose of 1000 µg/ml do not follow a traditional "dose-response" (a biological response becoming increasingly higher or lower in response to an increasing dose of test substance).  In quantitating CA-125 secretion, for example, sometimes the amount does not change with talc, sometimes it is lower with talc, and sometimes it is higher with talc, compared to DMSO control treatment of the same cells.[96]  This phenomenon does not fit with a central tenet of Dr. Saed's conclusion, which is that there is a clear dose-dependent response in terms of gene expression, protein "activity," CA-125 secretion, etc., following talc exposure.  This selective exclusion of data in order to fit data to a particular hypothesis or conclusion, "cherry-picking" data to use a colloquialism, is unsound scientific methodology of the highest order.

4) With respect to data points themselves, there is clear evidence of error (human or machine) in terms of simple arithmetic calculations.  For example, in a random spot check (by me) of raw data in the Expert Report Lab Notebook Files, consider the computer-generated table (whether populated by a human or a machine being impossible to know) on page SAED000033(color).  These data relate to an ELISA-based measurement of catalase "protein/activity" following exposure of cultured cells to talc at doses of only 5, 20 and 100 µg, (presumably per ml?) and the table is dated 1/11/18.[97]  This date is 20 days before 1/31/18, the date upon which, in the

---

[94]   Saed Dep. Vol. I, Ex. 1 at SAED000025(color).

[95]   Preliminary Work Notebook Files at 19.

[96]   For example, see Preliminary Work Notebook Files at 13.

[97]   Saed Dep. Vol. I, Ex. 1 at SAED000033(color).

Preliminary Work Notebook Files, a notation is found that, "The presence of 1000 µg/ml is physically killing the cells…"[98]

Regardless, if one considers the data table in question, the first horizontal row concludes on the far right with an "Average" value of 11.07 for three replicate values of 9.98, 11.63, and 10.50.[99] The correct average would have been 10.70.  In horizontal line two of the same table, the "Average" value is listed as 9.13 for three replicate values of 9.18, 10.64, and 9.09.[100]  The correct average would have been 9.64.  Thus, the recorded difference between "control" A2780 cells and talc-treated (5 µg) A2780 cells is 1.94 nmol/min/ml[101]; the actual difference is 1.06 nmol/min/ml, a much smaller difference.  A "larger difference" in this case would have been more consistent with the experimental hypothesis and conclusions, which of course could be simply coincidental, the arithmetic errors notwithstanding.  There are other examples of these kinds of data errors throughout Dr. Saed's work, several of which were covered at his second deposition.[102]

5) I have also reviewed multiple drafts of Dr. Saed's manuscript, including the version of it that was rejected by *Gynecologic Oncology* and the version later accepted by *Reproductive Sciences*. Of particular interest is the fact that the earlier submission to *Gynecologic Oncology* claimed to have observed effects of talc after only 48 hours of treatment – a fact directly addressed by one of the reviewers in the rejection letter, who wrote that the "fact that SNPs were changed following such short exposure to talcum is surprising and makes one wonder what the biological effect of such changes might be."[103]  Curiously, Dr. Saed's subsequent submission to *Reproductive Sciences* changed the stated time of treatment to 72 hours – but includes many of the same tables that were included in the submission to *Gynecologic Oncology*, with exactly the same data for each dose of treatment, but with the exposure period changed from 48 hours to 72 hours.  And Dr. Saed's report states that he treated talc "for 48 hours"[104] – a discrepancy from his latest manuscript that he attempted to explain as "a typo" in his report at his deposition.[105]  Of course, another possibility is that Dr. Saed decided that 72 hours of treatment would appear more credible and that he simply revised this reference in his manuscript without rerunning the experiments before he resubmitted but forgot to make the same change to his report.

---

[98]    Preliminary Work Notebook Files at 19.

[99]    Saed Dep. Vol. I, Ex. 1 at SAED000033(color).

[100]   *Id.*

[101]   *Id.* at SAED000090(color).

[102]   *See*, *e.g.*, Saed Dep. Vol. II 450:24-452:6, 452:22-453:24 (additional averaging errors).

[103]   Gynecologic Oncology Decision at 2.

[104]   Saed Rep. at 14.

[105]   Saed Dep. Vol. I 185:6-186:7.

### E.    Additional Concern

**Improper financial disclosure:** Dr. Saed's insufficient conflict-of-interest disclosure violates publishing principles and further indicates that his opinions are not reliable.  Although there is no single definitive standard for an appropriate conflict-of-interest disclosure, failures to disclose conflicts of interest have undermined the faith of both the public and healthcare professionals in the quality of scientific and medical literature.[106] As such, most reputable journals have developed their own conflict-of-interest disclosure policies, and various voluntary organizations have advanced model standards that function as persuasive guidelines.  Dr. Saed's minimal disclosure violates both these model policies and the policy in place at *Reproductive Sciences*,[107] the journal in which his manuscript is to be published.

For example, the International Committee of Medical Journal Editors states that authors should disclose "all financial or personal relationships that might bias or be seen to bias their work" and, in particular, notes "[f]inancial relationships (such as . . . paid expert testimony)" as the most obvious type of conflict of interest.[108]  The World Association of Medical Editors has set forth a similar policy.[109]  In keeping with these principles, *Reproductive Sciences* requires all authors to make a "specific" declaration of "any financial relationship" that the author has and the "interests" of the sponsoring organization, and to include any information "that might represent an appearance of a conflict of interest" in the cover letter.[110]  Dr. Saed admits that he did not include any such information in his cover letter.[111]  Dr. Saed did acknowledge elsewhere that he "acted as a consultant regarding this topic for a fee."[112]  He did not link his consultancy to his manuscript in any way, much less disclose that plaintiffs' counsel funded the specific study that he submitted.  Nor did he disclose that he functioned as more than a consultant, but as a testifying expert witness.  Indeed, he did not even disclose for whom he consulted – whether it was a party, such as plaintiffs' counsel, with an interest in showing talc to be dangerous, a party, such as an industry player, with an interest in showing talc to be safe, or an unbiased organization.  Therefore, reviewers, and ultimately readers, could not evaluate his conclusions with appropriate context in mind.

---

[106]   Blum JA et al., *Requirements and definitions in conflict of interest policies of medical journals.* JAMA. (2009) 302(20):2230-4.

[107]   *See* Saed Dep. Vol. I, Ex. 12 at 3 (Sage Publishing Reproductive Sciences Webpage); *see also* Sage Publications, Declaration of Conflicting Interests Policy (2019), https://us.sagepub.com/en-us/nam/declaration-of-conflicting-interests-policy.

[108]   Int'l Committee Med. J. Editors, *Recommendations for the Conduct, Reporting, Editing, and Publication of Scholarly Work in Medical Journals* 3, http://www.icmje.org/icmje-recommendations.pdf (updated Dec. 2018).

[109]   *See* World Ass'n of Med. Editors, *Conflict of Interest in Peer-Reviewed Medical Journals*, http://wame.org/conflict-of-interest-in-peer-reviewed-medical-journals (updated July 25, 2009).

[110]   *See* Saed Dep. Vol. I, Ex. 12 at 3; *see also* Sage Publications, Declaration of Conflicting Interests Policy.

[111]   Saed Dep. Vol. I 156:10-19.

[112]   *Id.* 144:2-7; *see also id.* 142:1-2.

## V.   MATERIALS CONSIDERED

1. A2780 Cell Line human, https://www.sigmaaldrich.com/catalog/product/sigma/cb_93112519?lang=en&region=US

2. Belotte J et al., *A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.* PLoS One. (2015) 24;10(8):e0135739

3. Blum JA et al., *Requirements and definitions in conflict of interest policies of medical journals.* JAMA. (2009) 302(20):2230-4

4. Chu H et al., *The MPO −463G>A polymorphism and cancer risk: a meta-analysis based on 43 case–control studies*. Mutagenesis. (2010) 25(4):389-95

5. Deposition of Ghassan Saed, Ph.D., Vol. I, Jan. 23, 2019 (MDL No. 2738)

6. Deposition of Ghassan Saed, Ph.D., Vol. II, Feb. 14, 2019 (MDL No. 2738)

7. Didžiapetrienė J et al., *Significance of blood serum catalase activity and malondialdehyde level for survival prognosis of ovarian cancer patients*. Medicina (Kaunas) (2014) 50(4):204-8

8. Endo-Capron S et al., In vitro *response of rat pleural mesothelial cells to talc samples in genotoxicity assays (sister chromatid exchanges and DNA repair).* Toxicol In Vitro. (1993) 7(1):7-14

9. Expert Report of Daniel L. Clarke-Pearson, M.D. Nov. 16, 2018 (MDL No. 2738)

10. Expert Report of Ghassan Saed, M.D., Nov. 16, 2018 (MDL No. 2738)

11. Expert Report of Judith Wolf, M.D. Nov. 16, 2018 (MDL No. 2738)

12. Expert Report of Sarah Kane, M.D., Nov. 15, 2018 (MDL No. 2738)

13. Expert Report of Shawn Levy, Ph.D., Nov. 16, 2018 (MDL No. 2738)

14. Fletcher NM et al., LB-044 – Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells (abstract) (2018) (Ex. 21 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

15. Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (2019) (unpublished manuscript) (Ex. 8 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

16. Fletcher NM et al., *Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer*. Free Radic Biol Med. (2016) 102:122-32

17. Fletcher NM et al., Talcum Powder Enhances Oxidative Stress in Ovarian Cancer, Reproductive Sciences, Vol. 25, Suppl. 1, F-098 (abstract) (2018) (Ex. 20 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

18. Forsberg L et al., *A common functional C-T substitution polymorphism in the promoter region of the human catalase gene influences transcription factor binding, reporter gene*

25

*transcription and is correlated to blood catalase levels*. Free Radic Biol Med. (2001) 30(5):500-5

19. Ghassan Saed's PCR EOC SRI Notebook (Ex. 9 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

20. Ghassan Saed's Talc Study Lab Notebook – Preliminary Study (Ex. 23 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738))

21. Gynecologic Oncology Email dated Sept. 19, 2018 re: GYN-18-1020: Final Decision (Ex. 35 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738))

22. Hall MD et al., *Say No to DMSO:  Dimethyl sulfoxide inactivates cisplatin, carboplatin and other platinum complexes*.  Cancer Res. (2014) 74(14):3913-22

23. Hamilton TC et al., *Effects of talc on the rat ovary*. Br J Exp Pathol. (1984) 65(1):101-6

24. Harper & Saed, Talc Induces a Pro-Oxidant State in Normal and Ovarian Cancer Cells Through Gene Point Mutrolations in Key Redox Enzymes (Ex. 19 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

25. Heller DS et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden*. Am J Obstet Gynecol. (1996) 174(5):1507-10

26. Henderson WJ et al., *Talc and carcinoma of the ovary and cervix*. J Obstet Gynaecol Br Commonw. (1971) 78(3):266-72

27. Int'l Agency for Research on Cancer, *Monographs on the Evaluation of Carcinogenic Risks to Humans* Vol. 93: Carbon Black, Titanium Dioxide, and Talc (2010)

28. Int'l Committee Med. J. Editors, *Recommendations for the Conduct, Reporting, Editing, and Publication of Scholarly Work in Medical Journals*, http://www.icmje.org/icmje-recommendations.pdf (updated Dec. 2018)

29. Jacobs I et al., *Ovarian cancer screening and mortality in the UK Collaborative Trial of Ovarian Cancer Screening (UKCTOCS): a randomized controlled trial*.  Lancet (2016) 387:945-56

30. Keskin N et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study*. Arch Gynecol Obstet. (2009) 280(6):925-31

31. Klaunig JE et al., *Oxidative stress and oxidative damage in chemical carcinogenesis*. Toxicol Appl Pharmacol (2011) 25:86-99

32. Kuchenbaecker KB et al., *Identification of six new susceptibility loci for invasive epithelial ovarian cancer.* Nat Genet. (2015) 47(2):164-71

33. Kuchenbaecker KB et al., *Risks of breast, ovarian, and contralateral breast cancer for BRCA1 and BRCA2 mutation carriers.* JAMA (2017) 317(23):2402-16

34. Lab Notebook, SAED000001(color)-SAED000097(color) (Ex. 1 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

35. Malmberg K et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development*. Virchows Arch. (2016) 468(6):707-13

36. Ni X et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer*. Br J Clin Pharmacol. (2013) 75(1):26-35

37. Norquist BM et al., *Inherited mutations in women with ovarian carcinoma*. JAMA Oncol. (2016) 2(4):482-90

38. Pharoah PD et al., *GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer*. Nat Genet. (2013) 45(4):362-70

39. Quick SK et al., *Effect modification by catalase genotype suggests a role for oxidative stress in the association of hormone replacement therapy with postmenopausal breast cancer risk*. Cancer Epidemiol Biomarkers Prev. (2008) 17(5):1082-7

40. Rasmussen et al., *Pelvic inflammatory disease and the risk of ovarian cancer and borderline ovarian tumors: A pooled analysis of 13 case-control studies*. Am J Epidemiol. (2017) 185(1):8–20

41. Sage Publications, Declaration of Conflicting Interests Policy (2019), https://us.sagepub.com/en-us/nam/declaration-of-conflicting-interests-policy

42. Sage Publications, Reproductive Sciences (Ex. 12 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

43. Scholler N & Urban N, *CA125 in ovarian cancer.* Biomark Med (2007) 1(4):513-23

44. SK-OV-3 [SKOV-3; SKOV3] (ATCC® HTB-77™), https://www.atcc.org/products/all/HTB-77.aspx

45. The Role of Talc Powder Exposure in Ovarian Cancer: A Mechanistic Approach (Ex. 43 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738))

46. Tomasetti C & Vogelstein B, *Variation in cancer risk among tissues can be explained by the number of stem cell divisions*. Science (2015) 347:78-81, 2015

47. TOV-112D (ATCC® CRL-11731™), https://www.atcc.org/products/all/CRL-11731.aspx

48. Walsh T et al., *Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing*. Proc Natl Acad Sci USA (2011) 108(44):18032-7

49. World Ass'n of Med. Editors, *Conflict of Interest in Peer-Reviewed Medical Journals*, http://wame.org/conflict-of-interest-in-peer-reviewed-medical-journals (updated July 25, 2009)

50. Zhou et al., *Pelvic inflammatory disease and the risk of ovarian cancer: a meta-analysis. Cancer Causes Control*. (2017) 28(5):415-28

# EXHIBIT A

Curriculum Vitae (02/04/19)

| | |
|---|---|
| <u>Name:</u> | Jeff Boyd |
| <u>Place of Birth:</u> | Chapel Hill, NC |
| <u>Nationality:</u> | USA |
| <u>Office Address:</u> | Herbert Wertheim College of Medicine<br>Florida International University<br>11200 SW 8th Street, AHC2-693<br>Miami, FL 33199<br>Tel: 305-348-0646<br>E-mail: jboyd@fiu.edu<br><br>Miami Cancer Institute<br>Baptist Health South Florida<br>8900 North Kendall Drive<br>Miami, FL 33176<br>Tel: 786-527-8023<br>E-mail: JeffBo@BaptistHealth.net |
| <u>Home Address:</u> | 505 Luenga Avenue<br>Coral Gables, FL 33146 |
| <u>Education:</u> | Duke University, Durham, NC<br>B.S. (Psychology/Chemistry), 1980<br><br>NC State University, Raleigh, NC<br>M.S. (Toxicology/Biochemistry), 1982<br><br>NC State University, Raleigh, NC<br>Ph.D. (Toxicology/Biochemistry), 1986 |
| <u>Postdoctoral Training:</u> | 1986-1988: Environmental Pathology Fellowship<br>Department of Pathology<br>Lineberger Comprehensive Cancer Center<br>University of North Carolina School of Medicine<br>Chapel Hill, NC |

1988-1990: Senior Staff Fellow
Cellular Carcinogenesis Section
Laboratory of Molecular Carcinogenesis
NIH/National Institute of Environmental Health Sciences
Research Triangle Park, NC

<u>Positions and Appointments:</u>

1990-1994: Head, Gynecologic Pathobiology Section
Laboratory of Molecular Carcinogenesis
NIH/National Institute of Environmental Health Sciences
Research Triangle Park, NC

1992-1994: Adjunct Assistant Professor (concurrent with primary position above)
Department of Epidemiology
University of North Carolina School of Public Health
Chapel Hill, NC

1994-1997: Associate Professor
Department of Obstetrics and Gynecology and Department of Genetics
Director, Gynecologic Oncology Research Laboratory
Member, Comprehensive Cancer Center
Member, Center for Research on Women's Health and Reproduction
Associate Member, Institute for Human Gene Therapy
University of Pennsylvania
Philadelphia, PA

1997-2003: Associate Attending Biologist
Gynecology Service, Department of Surgery
Clinical Genetics Service, Department of Medicine
Director, Gynecology and Breast Research Laboratory
Memorial Hospital for Cancer and Allied Diseases
Associate Member, Memorial Sloan-Kettering Cancer Center
New York, NY

2003-2006: Attending Biologist
Gynecology Service, Department of Surgery
Clinical Genetics Service, Department of Medicine
Director, Gynecology and Breast Research Laboratory (Department of Surgery)
Director, Diagnostic Molecular Genetics Laboratory (Department of Medicine)
Memorial Hospital for Cancer and Allied Diseases
Member (with tenure-of-title), Memorial Sloan-Kettering Cancer Center
New York, NY

2

2006-2007: Vice President, Laboratory Science
2007-2008: Vice President, Oncology and Research
2007-2008: Director, Curtis and Elizabeth Anderson Cancer Institute
2006-2008: Professor of Obstetrics and Gynecology, Surgery, Medicine, and Division of Basic Medical Sciences, Mercer University School of Medicine - Savannah
Assistant Dean for Research, Mercer University School of Medicine - Savannah
Distinguished Cancer Scholar, State of Georgia
Memorial University Medical Center, Savannah, GA

2008-2010: Senior Vice President and Chief Scientific Officer
Robert C. Young, MD, Chair in Cancer Research
Professor (with tenure), Women's Cancer Program
Fox Chase Cancer Center, Philadelphia, PA

2010-2014: Senior Vice President, Molecular Medicine
Robert C. Young, MD, Chair in Cancer Research
Executive Director, Cancer Genome Institute
Chief, Division of Molecular Pathology
Professor (with tenure), Cancer Biology Program
Fox Chase Cancer Center, Philadelphia, PA

2008-2015: Professor (with tenure), Cancer Biology Program
Robert C. Young, MD, Chair in Cancer Research
Fox Chase Cancer Center, Philadelphia, PA

2015-present: Professor (with tenure) and Chair, Department of Human and Molecular Genetics
Professor, Department of Obstetrics and Gynecology
Associate Dean for Basic Research and Graduate Programs
Herbert Wertheim College of Medicine
Florida International University
Miami, FL

2015-present: Associate Deputy Director, Translational Research and Genomic Medicine
Miami Cancer Institute
Baptist Health South Florida
Miami, FL

3

<u>Scientific and Medical Societies:</u>

      American Association for the Advancement of Science (1982)
      American Association for Cancer Research (1990)
      American Society for Cell Biology (1992)
      American Society of Clinical Oncology (2002)
      American Society of Human Genetics (1997)
      Association for Molecular Pathology (2014)
      International Society of Gynecologic Oncology (2006)
      Society of Gynecologic Oncology (1997)

<u>Awards, Fellowships, and Grants:</u>

      Award for Special Achievement
      Department of Health, Education, and Welfare, NIH, July, 1980.

      Environmental Pathology Training Fellowship (Institutional NRSA)
      NIH/NIEHS, T32-ES07017, March, 1986.

      National Research Service Award (Individual)
      NIH/NCI, F32-CA0524, February, 1988.

      Co-Principal Investigator, Gynecologic Cancer Foundation/Karin Smith Award,
      "Gene Therapy of Ovarian Cancer" (Univ of Pennsylvania); 6/1/96-5/31/97;
      $50,000 total direct costs.

      Principal Investigator, "Molecular Genetics of Gynecologic Cancers"
      NIH/NCI, R01-CA67164; 10/1/96-9/30/00; $482,401 total direct costs.

      Principal Investigator, "Genetic Mechanism of BRCA1-Linked Ovarian Tumorigenesis",
      NIH/NCI, R01-CA71840, 10/1/96-9/30/00; $465,563 total direct costs.

      Principal Investigator, "Genetic Mechanism of BRCA-Linked Ovarian Tumorigenesis",
      NIH/NCI, R01-CA71840, 2/1/01-1/31/05; $676,000 total direct costs.

      Principal Investigator, "Basic and Translational Research Program in the Molecular
      Genetics of Gynecologic and Breast Cancers: New Strategies for Prevention, Early
      Detection, and Treatment", Keck Foundation; 1/1/99-12/31/03; $2,500,000 direct costs.

      Principal Investigator, "Molecular Classification of Ovarian Cancers",
      NIH/NCI, U01-CA88175; 10/1/00-9/30/05; $655,976 total direct costs.

Principal Investigator, "Preclinical Alterations in Breast Epithelium of BRCA Heterozygotes", Breast Cancer Research Foundation, 10/1/00; $170,000 total direct costs.

Principal Investigator, "Molecular Genetic Basis of Invasive Breast Cancer Risk Associated with Lobular Carcinoma in Situ", Breast Cancer Research Foundation, 10/1/01; $243,356 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Gene Expression Profiling", Breast Cancer Alliance, 11/1/01; $130,000 total direct costs.

Principal Investigator, "Molecular Response to Selective Estrogen Receptor Modulators (SERMs) in Human Breast Cancer Cells", Breast Cancer Research Foundation, 10/1/02; $228,862 total direct costs.

Principal Investigator, "Genetic Polymorphisms and Risk of Breast Cancer", Breast Cancer Alliance, 11/1/02; $91,592 total direct costs.

Principal Investigator, "Somatic Genetic Alterations in *BRCA*-Linked Human Breast Cancer", Breast Cancer Research Foundation, 10/1/03; $230,000 total direct costs.

Principal Investigator, "Molecular Classification of Endometrial Cancers", NIH/NCI, R01-CA100272; 4/1/04-3/31/08; $1,350,000 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Whole Genome Profiling", Department of Defense, CDMRP, BC033728; 8/1/04-7/31/05; $75,000 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Whole Genome Profiling", Breast Cancer Research Foundation, 10/1/04; $250,000 total direct costs.

Project Director, "Project 1: Role of CA125/MUC16 in Ovarian Tumorigenesis", NIH/NCI, P01-CA52477-13, "Epithelial Ovarian Cancer Program Project"; 4/1/05-3/31/10; $7,374,628 total direct costs.

Co-Principal Investigator, "Polygenic Basis of Breast Cancer", Breast Cancer Research Foundation, 10/1/05; $250,000 total direct costs.

Georgia Distinguished Cancer Scholar, Georgia Cancer Coalition, 2006-2010; $750,000 total direct costs.

Principal Investigator, "Recruiting shRNA Functional Screening Expertise", Pennsylvania Department of Community and Economic Development Grant, C000043689, 1/1/09-6/30/10; $150,000 total costs.

Principal Investigator, American Cancer Society Institutional Research Grant, IRG-92-027-15, 1/1/08-12/31/10; $360,000 total costs.

Principal Investigator, "The Exomes of Ovarian Tumors of Low Malignant Potential and Low Grade Ovarian Cancers", Sandy Rollman Ovarian Cancer Foundation; 6/1/10-5/31/11; $60,000 direct costs.

Mentor, "Determine the Role of Canonical Wnt Signaling in Ovarian Tumorigenesis", CDMRP/DOD, Ovarian Academy Award W81XWH-10-1-0823 (PI: R Zhang), 9/15/10-3/29/13; $750,000 total direct costs.

Angela Carlino Excellence in Ovarian Cancer Research Award, Sandy Rollman Ovarian Cancer Foundation; October, 2010.

Principal Investigator, "The Transcriptome of Platinum Resistance in Ovarian Cancer", The Carpenter Foundation; 7/1/12-6/30/13; $50,000 total direct costs.

Principal Investigator, "FCCC-PENN SPORE in Ovarian Cancer", NIH/NCI, P50 CA083638; 8/21/09–5/31/15; $9,996,150 total direct costs.

Mentor, "Identifying Determinants of PARP Inhibitor Sensitivity in Ovarian Cancer", CDMRP/DOD, Ovarian Academy Award OC130212 (PI: N Johnson), 2/1/14-1/31/19; $750,000 total direct costs.

Rosalind Franklin Award for Excellence in Ovarian Cancer Research, Ovarian Cancer Research Fund Alliance; July, 2016.

Co-Investigator, "The Impact of Radiation Dose on Brain Morphology, Volumetric Changes, Endocrine Function, and Neurocognitive Function Following Cranial Radiation Therapy in Children with Brain and Skull Base Tumors", Florida Department of Health, Award 8LA04 (PI: M. Hall), 6/14/18-4/30/22; $700,000 total direct costs.

Editorial Positions:

| | |
|---|---|
| 1993-1997: | Associate Editor, *Molecular and Cellular Differentiation* |
| 1994-2006: | Associate Editor, *Molecular Carcinogenesis* |
| 1997-2003: | Editorial Board, *Gynecologic Oncology* |
| 2003-2008: | Associate Editor, *Gynecologic Oncology* |
| 2004-2008: | Editorial Board, *Journal of Clinical Oncology* |
| 2004-2017: | Editorial Board, *American Journal of Pathology* |
| 2017-present | Editorial Board, *Anticancer Research* |

Committee Assignments (Previous):

Member, Task Force for Activities and Membership Development,
American Association for Cancer Research, 1993.

Member, Epidemiology Committee, DOD Breast Cancer Program Review, 1994.

Member, Program Committee, Annual Meeting of the American Association for Cancer
Research, 1995.

Member, Physiology Committee, DOD Gulf War Illness Program Review, 1995.

Member, Reproductive Biology Committee, DOD Women's Health Program Review,
1996.

Member, Special Review Group, "Endocrine Disrupting Chemicals and Women's Health
Outcomes" (RFA 96-003), NIH/NIEHS, 1996.

Member, Epidemiology Committee, DOD Breast Cancer Program Review, 1996.

Invited Participant, American Cancer Society Workshop on Heritable Cancer Syndrome
and Genetic Testing, 1996.

Member, Special Review Panel for Program Project Application P01-CA73992,
"Molecular and Clinical Approaches to Colon Cancer Precursors", University of Utah,
1996.

Ad-Hoc Member, Program Committee, Society for Gynecologic Oncologists Annual
Meeting, 1997.

Invited participant, "The Strategic Planning Conference on New Directions in Ovarian
Cancer Research", The U.S. Public Health Service's Office on Women's Health,
Washington, DC, 1997.

Member, Committee for DOD Ovarian Cancer Program Review, 1998.

Invited participant, "Implementation Meeting for New Directions in Ovarian Cancer
Research", The National Cancer Institute and The Society of Gynecologic Oncologists,
Bethesda, MD, 1998.

Member, Special Review Panel for National Cancer Institute Program Project Grant
Application, "Epidemiologic and Genetic Studies of Breast Cancer", Mayo Foundation,
Rochester, MN, February, 1999.

7

Ad Hoc Member, National Cancer Institute Scientific Review Group, Subcommittee E (Prevention and Control), Bethesda, MD, 1999.

Ad-Hoc Member, Initial Review Group, Small Grants Program for Cancer Epidemiology, National Cancer Institute, Bethesda, MD, 1999.

Ad-Hoc Member, Peer Review Committee on Molecular Genetics and Oncogenes, American Cancer Society, 1999.

Member, Specified Appropriations Program Peer Review Committee, United States Army Medical Research and Material Command, 1999.
Member, Committee for DOD Ovarian Cancer Program Review, 1999.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "DNA Repair Genes and Cancer", University of Kentucky Medical Center, Lexington, KY, September, 1999.

Member, Program Committee, Society of Gynecologic Oncologists Annual Meeting, 2000.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Dietary and Hormonal Determinants of Cancer in Women" (Nurses' Health Study), Brigham and Women's Hospital, Boston, MA, February, 2000.

Invited Participant, Gynecologic Cancer Translational Research Retreat (GOG/NCI), Chantilly, VA; May, 2000.

Course Director, Second International Conference on Ovarian Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 2000.

Invited Participant, Conference on Ovarian Cancer Screening, NCI, Bethesda, MD; September, 2000.
Member, Committee for DOD Ovarian Cancer Program Review, 2000.

Invited Participant, NCI Gynecologic Cancers Progress Review Group Roundtable Meeting, Herndon, VA; June, 2001.

Member, Committee for DOD Ovarian Cancer Program Review, 2001.

Ad-Hoc Member, PTHC/CAMP Scientific Review Group, National Institutes of Health, Washington, DC; June, 2002.

Member, Epidemiology Panel, DOD Breast Cancer Program Review, 2002.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Cervical Cancer: Biology of Initiation and Progression", Emory University, Atlanta, GA, September, 2002.

Member, Scientific Review Group for Ovarian SPORE Applications, National Cancer Institute, Bethesda, MD; June, 2003.

Invited participant, Borderline Ovarian Tumor Consensus Workshop, National Cancer Institute, Bethesda, MD; August, 2003.

Member, Special Emphasis Panel ZCA1 SRRB-4 J1 R, "Strategic Partnerships to Evaluate Cancer Signatures", National Institutes of Health, 2004.

Member, Program Committee, Society of Gynecologic Oncologists Annual Meeting, Miami Beach, FL; 2005.

Ad-Hoc Member, NCI Scientific Review Group, Subcommittee E – Cancer Epidemiology, Prevention, and Control, Bethesda, MD; April, 2005.

Chair, Special Emphasis Panel, ZRG1 ONC-U (03), Breast and Ovarian Cancer Genetics, Center for Scientific Review, National Institutes of Health; July, 2005.

Invited Participant, National Cancer Institute Ovarian Cancer State-of-the-Science Meeting, Bethesda, MD; September, 2005.

Member, Education Committee, Society of Gynecologic Oncologists, 2000-2004
Member, Institutional Review Board, Memorial Sloan-Kettering Cancer Center, 1999-2006.

Member, Human Tissue Utilization Committee, Memorial Sloan-Kettering Cancer Center, 2002-2006.

Member, Computational Biology Program Search Committee, Memorial Sloan-Kettering Cancer Center, 2002-2006.

Member, Database Working Group, Memorial Sloan-Kettering Cancer Center, 2002-2006.

Ad-Hoc Member, Committee on Appointments and Promotions, Memorial Sloan-Kettering Cancer Center; July 2002, October, 2003, April, 2004, March, 2005.\\

Member, Translational and Integrative Medicine Grant Review Committee, Memorial Sloan-Kettering Cancer Center; 2003-2006.

Member, Institutional Review Board Workflow Committee, Memorial Sloan-Kettering Cancer Center; 2004-2006.

Invited Participant, Joint NCI/British National Cancer Research Institute Gynecologic Cancer Intergroup Endometrial Cancer State-of-the-Science Meeting, Manchester, UK; November, 2006.

Member, Integration Panel, DOD Ovarian Cancer Research Program, 2001-2008.

Chair, Integration Panel, DOD Ovarian Cancer Research Program, 2005-2006.

Member, Peer Review Committee on Molecular Genetics and Oncogenes, American Cancer Society, 2002-2006.

Charter Member, Cancer Biomarkers Study Section, Center for Scientific Review, National Institutes of Health, 2003-2008.

Chair, Molecular and Cellular Biology and Genetics Peer Review Panel, Susan G. Komen for the Cure Grants Program; January, 2008.

Member, External Advisory Committee, SPORE in Ovarian Cancer, Fox Chase Cancer Center, Philadelphia, PA; 2003-2008.

Chair, Appointments and Promotions Committee, Anderson Cancer Institute, Memorial University Medical Center; 2006-2008.

Member, Board of Directors, Georgia Center for Oncology Research and Education; 2006-2008.

Member, Georgia Cancer Coalition Distinguished Cancer Scholar Review Committee; 2006-2008.

Chair, Medical Research Advisory Committee, Memorial University Medical Center; 2007-2008.

Member, Board of Advisors, College of Science and Technology, Georgia Southern University; 2006-2008.

Member, Special Emphasis Panel, NCI-ARRA P30 Biomedical Research Core Center Review, Rockville, MD; July, 2009.

Member, CDMRP Ovarian Cancer Grant Review Panel OC-4, Reston, VA; August, 2009.

10

Member, Scientific Advisory Committee, Ovarian Cancer Research Fund, 1999-2009.

Chair, DOD/CDMRP Breast Cancer Grant Review Panel MBG-B, Reston, VA; January, 2010.

Member, Scientific Review Group, NIH/NCI ZCA1 SRLB-R M1 R, Exceptional, Unconventional Research Enabling Knowledge Acceleration (EUREKA), Rockville, MD; March, 2010.

Member, Scientific Review Group, EDRN Biomarker Development Labs (U01), NIH/NCI ZCA1 SRLB-C M1 B, Bethesda, MD; May, 2010.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel TRN-MBG, Reston, VA; May, 2010.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel IDEA-MBG, Reston, VA; June, 2010.

Chairman, External Advisory Committee, SPORE in Ovarian Cancer, Dana-Farber/Harvard Cancer Center, Boston, MA; 2003-2010.

Member, Program Committee, 13th Biennial Meeting of the International Gynecologic Cancer Society, Prague, Czech Republic, 2010.

Member, Nominations Committee, Fox Chase Cancer Center, 2008-2010.

Member, Scientific Review Group, NIH/NCI ZCA1 SRLB-2 M1 R, Exceptional Unconventional Research Enabling Knowledge Acceleration (EUREKA), Bethesda, MD; March, 2011.

Member and Co-Chair, Subcommittee on Tissue Utilization, Gynecologic Oncology Group, 1997-2011.

Member, Scientific Review Group, NIH/NINR ZNR1 REV M 09, Personalized Genomics for Symptom Management: Bridging the Gaps from Genomic Discovery to Improved Health Outcomes, Bethesda, MD; June, 2011.

Member, Program Committee, Society for Gynecologic Oncology Annual Meeting, 2012.

Member, Board of Directors, Gynecologic Cancer Foundation (now Foundation for Women's Cancer); 2006-2013.

Member, Cancer Center Support Grant Executive Committee, Fox Chase Cancer Center, 2008-2013.

Member, President's Council, Fox Chase Cancer Center, 2008-2013.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel BC12 TRN2, Reston, VA; February, 2013.

Member, Scientific Review Group, NCI ZCA1 RPRB-O (O1), NCI Small Grants Program for Cancer Research (NCI Omnibus R03), Reston, VA; June, 2013.

Member, Scientific Review Committee, DOD/CDMRP Ovarian Cancer Research Program Pilot Award Letter of Intent Review; July, 2013.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel TRN2-CMB, Chantilly, VA; March, 2014.

Member, Executive Committee on Research, Fox Chase Cancer Center, 2008-2014.

Member, Scientific Review Committee, DOD/CDMRP Ovarian Cancer Research Program Pilot Award Letter of Intent Review; July, 2014.

Member, NCI Special Emphasis Panel for Review of Omnibus R21/R03 Applications in Response to PAR12-145/144; July, 2014.

Member, Scientific Review Committee, DOD/CDMRP Breast Cancer Research Program Grant Review Panel CBY-2, Reston, VA; July, 2014.

Member, Ovarian Cancer SPORE Executive Committee, Fox Chase Cancer Center, 2008-2015.

Founding Member, Genomic Advisory (Tumor) Board, Fox Chase Cancer Center, 2012-2015.

Member, Program Committee, Society of Gynecologic Oncology Annual Meeting, Chicago, IL; March, 2015.

Member, DOD/CDMRP Ovarian Cancer Research Program Pre-Application Review Panel, Pilot Award Mechanism; May-June, 2015.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel, Molecular Biology and Genetics, Reston, VA; June, 2015.

Chair, Society of Gynecologic Oncology Genetics Delivery Care Summit, 2014-2015.

Invited Participant, Workshop on Ovarian Cancer, US Food and Drug Administration, White Oak, MD; July, 2015.

Member, Novartis Future of Diagnostic Laboratories Advisory Board, Austin, TX; November, 2015.

Invited Participant, Banbury Center Conference on, "Preventing BRCA-Related Cancer: a Think Tank for Innovative Strategies, Milestone Objectives, and Research Priorities", Cold Spring Harbor, NY; November, 2015.

Member, Committee on Experimental Medicine, Gynecologic Oncology Group (now NRG Oncology), 1997-2014.

Co-Chair, Banbury Center Conference on, "After UKCTOCS: Public Messaging on Screening and Early Detection of Ovarian Cancer", Cold Spring Harbor, NY; February, 2016.

Member, FORCE (Facing Our Risk of Cancer Empowered) Advisory Board; 2003-2013.

Member, Development Committee, Foundation for Women's Cancer, 2013-2015.

Member, National Cancer Institute Special Emphasis Panel/Scientific Review Group 2016/05 ZCA1 PCRB-C (C2) B - Cell and Animal Models for Researching Disparities; February, 2016.

Chair, DOD/CDMRP Ovarian Cancer Research Program Grant Review Panel, Pathobiology Pilot Award Program; September, 2016.

Member, Clinical Practice Committee, Society of Gynecologic Oncology, 2014-2017.

Member, AACR Clinical and Translational Cancer Research Grants Scientific Review Committee, 2015-2017.

Member, National Cancer Institute Clinical Translational R21 and Omnibus R03 Special Emphasis Panel ZCA1 SRB-P (O1); May, 2018.

Member, Medical Student Interview Panel, Herbert Wertheim College of Medicine, Florida International University; 2017-2018.

Member, National Cancer Institute Special Emphasis Panel, ZCA1 SRB-P (J1) – Clinical and Translational Exploratory/Developmental Studies; September, 2018.

Co-Chair, Banbury Center Conference on, "Towards a Cure for Advanced Ovarian Cancer", Cold Spring Harbor, NY; October, 2018.

Member, Scientific Advisory Committee, Ovarian Cancer Research Alliance, 2001-2018.

Chair, Scientific Advisory Committee, Ovarian Cancer Research Alliance, 2009-2018.

Member, Board of Directors, Ovarian Cancer Research Fund Alliance, 2012-2018.

Member, Scientific Review Committee, National Cancer Institute Specialized Programs of Research Excellence II (P50); 2019/05 ZCA1 RPRB-7 (M1) P; January, 2019.

Member, Special Emphasis Panel-5, National Cancer Institute Clinical and Translational R21 and Omnibus R03; 2019/05 ZCA1 SRB-P (M2) S; January, 2019.

Committee Assignments (Current):

Member, External Advisory Board, SPORE in Ovarian Cancer, MD Anderson Cancer Center, Houston, TX; 2009-present.

Vice-Chair, Joint Scientific Advisory Committee, Stand Up to Cancer (SU2C) Ovarian Cancer Dream Team Grant; 2014-present.

Member, Cancer Education Committee: Cancer Prevention, Hereditary Genetics, and Epidemiology Track, American Society of Clinical Oncology (ASCO); 2016-present.

Member, Clinical Scientific Review Committee, Miami Cancer Institute, 2016-present.

Member, Board of Directors, Society of Gynecologic Oncology, 2017-2020.

Member, Medical Student Interview Panel, Herbert Wertheim College of Medicine, Florida International University; 2018-2019.

Member, Board of Directors, Florida International University Research Foundation; 2017-present.

Invited Lectures (Since 1992):

"Cell structure and tumor suppression" and "Molecular genetic techniques in human cancer research."  South American Course in Cancer Research; Caracas, Venezuela; February, 1992.

"Form and function in molecular carcinogenesis."  Third Frontiers in Science Symposium; NIH/NIEHS, Research Triangle Park, NC; April, 1992.

"Expression and function of the DCC gene in neural differentiation."  Gordon Research Conference on Cancer; Newport, RI; August, 1992.

"DCC gene expression and function."  Fifth Conference on Differentiation Therapy; Sardinia, Italy; September, 1992.

"Tumor suppressor genes I" and "Tumor suppressor genes II."  Department of Toxicology, North Carolina State University, Raleigh, NC; September, 1992.

"Molecular genetics of human endometrial carcinoma."  Department of Pathology, University of North Carolina, Chapel Hill, NC; September, 1992.

"Methods for the study of molecular genetics in human cancer."  Department of Pathology, Jikei University School of Medicine, Tokyo, Japan; October, 1992.

"The role of cell structure in tumor suppression."  Fourth International Conference of Anticancer Research; Crete, Greece; October, 1992.

"Molecular markers and endometrial cancer."  Department of Epidemiology, University of North Carolina School of Public Health, Chapel Hill, NC; November, 1992.

"Tumor suppressor genes."  Department of Epidemiology, University of North Carolina, Chapel Hill, NC; November, 1992.

"Role of cell and tissue structure in tumor suppression."  Department of Pathology, Johns Hopkins University School of Medicine, Baltimore, MD; November, 1992.

"Endometrial hyperplasia and adenocarcinoma: Molecular genetic characterization and determinants of risk."  American Association of Pathologists Annual Meeting; New Orleans, LA; March, 1993.

"The environment and women's health."  First Annual Environmental Careers Symposium; NIH/NIEHS, Research Triangle Park, NC; May, 1993.

"Cell structure and tumor suppression."  Gordon Research Conference on Biological Structure and Gene Expression; Volterra, Italy; May, 1993.

"Molecular genetics of human endometrial carcinoma."  Department of Molecular and Cell Biology, University of California at Berkeley, Berkeley, CA; May, 1993.

"Molecular genetics of human endometrial carcinoma."  Gordon Research Conference on Hormonal Carcinogenesis; Newport, RI; August, 1993.

"Molecular genetics of endometrial hyperplasia."  Workshop on Alternatives to Hysterectomy, National Institutes of Health, Bethesda, MD; May, 1994.

"Molecular genetics of ovarian carcinoma."  Third International Symposium on Ovarian Function, Sapporo, Japan; September, 1994.

"Molecular genetics of estrogen-associated cancers."  Conference on Molecular Mechanisms of Environmental Carcinogenesis, Research Triangle Park, NC; September, 1994.

"Molecular genetics of gynecologic cancers."  University of Pennsylvania Cancer Center Symposium on New Developments in Cancer Therapy: Focus on Gynecologic Cancers, Philadelphia, PA; December, 1994.

"Genetics and molecular medicine for the gynecologic oncologist", "BRCA1 and other genes involved in hereditary predisposition to reproductive cancer", Society of Gynecologic Oncologists Annual Meeting, San Francisco, CA; February, 1995.

"Hereditary Gynecologic Cancers."  Grand Rounds, Department of Obstetrics and Gynecology, University of Pennsylvania Medical Center, Philadelphia, PA; March, 1995.

"Endometriosis and the Environment: Biomarkers of Toxin Exposure."  Endometriosis 2000 Conference, National Institutes of Health, Bethesda, MD; May, 1995.

"Hereditary Gynecologic Cancers."  Grand Rounds, Department of Obstetrics and Gynecology, Medical College of Pennsylvania, Philadelphia, PA; May 1995.

"E-Cadherin as a Tumor Suppressor." Gordon Research Conference on Cell Contact and Adhesion, Andover, NH; June, 1995.

"Mismatch Repair."  American Urologic Association Summer Research Conference, Houston, TX; August, 1995.

16

"Genetic Characterization of Human Endometrial Carcinoma."  Ninth International Conference on Carcinogenesis and Risk Assessment, Austin, TX; November, 1995.

"Molecular Genetics of Ovarian Carcinoma."  The Finnish Medical Society Duodecim Annual Meeting, Turku, Finland; November, 1995.

"Hereditary Gynecologic Cancers."  Department of Pathology Grand Rounds, University of Pennsylvania Medical Center, Philadelphia, PA; November, 1995.

"Genetics of Hereditary Breast and Gynecologic Cancers."  Postgraduate Course on Molecular Biology of Gynecologic Cancers: Clinical Implications for the 1990s.  Society of Gynecologic Oncologists Annual Meeting, New Orleans, LA; February, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Department of Obstetrics and Gynecology Grand Rounds, Thomas Jefferson University, Philadelphia, PA; February, 1996.

"Hereditary Nonpolyposis Colorectal Cancer: Ethical, Legal, and Social Implications of Genetic Testing and Counseling for High Risk Individuals."  American Radium Society Annual Meeting, San Francisco, CA; March, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Department of Genetics, University of Pennsylvania, Philadelphia, PA; May, 1996.

"Molecular Genetics of Hereditary Endometrial and Ovarian Carcinomas."  President's Symposium of the New York Pathological Society, New York, NY; June, 1996.

"Familial Ovarian Cancer: Laboratory Diagnosis."  Current Concepts in Women's Health Care: Seventeenth Annual Postgraduate Course, University of Pennsylvania Medical Center, Philadelphia, PA; June 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Barbara Moore Jordan Visiting Professorship, Memorial Sloan-Kettering Cancer Center, New York, NY; July 1996.

"Breast Cancer Genetics."  Keynote Lecture at the First Annual New Jersey Breast Cancer Research Symposium, Princeton, NJ; October, 1996.

"Estrogen as a Human Carcinogen: Molecular Genetics of Gynecologic Cancers."  US-Japan Cooperative Medical Science Program, Environmental Mutagenesis and Carcinogenesis Panel, Tokyo, Japan; November, 1996.

"Hereditary Breast and Ovarian Cancer: Molecular Genetics and Clinical Implications." Grand Rounds, Department of Surgery, Memorial Sloan-Kettering Cancer Center, New York, NY; December, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers." Solid Tumor Oncology Conference, Department of Medicine, Memorial Sloan-Kettering Cancer Center, New York, NY; February, 1997.

"Molecular Genetics of Hereditary Ovarian Cancer."  Basic Science Postgraduate Course; "BRCA1/2 and Other Genes Involved in Hereditary Predisposition to Ovarian Cancer." Breakfast Session, Society of Gynecologic Oncologists Annual Meeting, Phoenix, AZ; March, 1997.

"Genetics of Ovarian Cancer."  Helene Harris Memorial Trust 6th International Forum on Ovarian Cancer, Los Angeles, CA; May, 1997.

"Genotype-Phenotype Correlations in Hereditary Ovarian Cancer." Symposium on Ovarian Cancer: Prevention, Genetics and Treatment Challenges, Toronto, Ontario; May, 1997.

"Molecular Genetics of Hereditary Gynecologic Cancers." Department of Pathology Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY; July, 1997. "Quantitative Methods in Cancer Genetics."

Cancer Genetic Counseling and Testing: A Multidisciplinary Course, The Sarah Lawrence College Human Genetics Program, New York, NY; July, 1997.

"Hereditary Gynecologic Cancers: Molecular Genetics and Clinical Implications."  26th Congress of Gynecologic Pathology and Colposcopy, Tokyo, Japan; July, 1997.

"Molecular Genetics of Estrogen-Associated Human Cancers."  Gordon Research Conference on Hormonal Carcinogenesis, Tilton, NH; July, 1997.

"Basic Principles of Genetics for Practicing Clinicians", Genetic Techniques - Relevance for Practicing Clinicians", and "Genetics of Gynecologic Sarcomas and Clinical Implications". European School of Oncology Conference on Molecular Genetics in Gynecologic and Breast Cancer and Its Clinical Implications: Bridging the Gap, Budapest, Hungary; November, 1997.

"Studies on the Molecular Mechanism of Estrogen-Associated Human Cancers." Department of Biochemistry, Mount Sinai University School of Medicine, New York, NY: November, 1997.

18

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers." Distinguished Lecturer in Oncology, University of Texas M.D. Anderson Cancer Center, Houston, TX; January, 1998.

"Genetics of Hereditary Gynecologic Cancers: What patients are asking their gynecologists." Obstetrical Society of Philadelphia, Philadelphia, PA; February, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers." Grand Rounds, Department of Obstetrics and Gynecology, Allegheny University of the Health Sciences, Philadelphia, PA; February, 1998.

"Endometrial Cancer." Course on Human Genetics and Human Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; May, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers: Clinical Implications." New York Gynecology Society, New York, NY; May, 1998.

"Hereditary Ovarian Cancer: Molecular Genetics and Clinical Implications." IVth Sapporo International Symposium on Ovarian Function, Sapporo, Japan; August, 1998.

"Molecular Pathogenesis of Endometrial Neoplasia." Grand Rounds, Department of Pathology, Brigham and Women's Hospital, Boston, MA; October, 1998.

"Hereditary Gynecologic Cancers: Molecular Genetics and Clinical Implications." Visiting Professor Program, Department of Pathology, Montefiore Medical Center, Bronx, NY; October, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers." Memorial Hospital Annual Alumni Meeting, Memorial Sloan-Kettering Cancer Center, New York, NY; November, 1998.

"Clinical and Pathologic Features of BRCA-Associated Hereditary Ovarian Cancers." Grand Rounds, Department of Surgery, Memorial Sloan-Kettering Cancer Center, New York, NY; November, 1998.

"Genetic Epidemiology of Ovarian Cancer." International Conference on Ovarian Cancer, The University of Texas M.D. Anderson Cancer Center, Houston, TX; February, 1999.

"Ovarian Cancer." Course on Human Genetics and Human Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; April, 1999.

"Genetics of Ovarian Cancer." Annual Conference of the National Corporate Medical Associates, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 1999.

"Molecular Genetics of Hereditary Gynecologic Cancers." Scientific Symposium for Semi-Annual Business meeting of the Gynecologic Oncology Group, Scottsdale, AZ; July, 1999.

"Genetics." Breast Cancer Core Course, Memorial Sloan-Kettering Cancer Center, New York, NY; July, 1999.

"Genetic Susceptibility to Gynecologic Cancers." Cancer Smart Lecture Series, Memorial Sloan-Kettering Cancer Center, New York, NY; October, 1999.

"Molecular Genetics of Hereditary Breast Cancer: Clinical Implications." New York Pathological Society, New York, NY; February, 2000.

"Genetics of Hereditary Gynecologic Cancers." Postgraduate Course at the Society of Gynecologic Oncologists Annual Meeting, San Diego, CA; February, 2000.

"Molecular Genetics of Breast and Gynecologic Cancers." Course on Molecular Oncology, New York University School of Medicine, New York, NY; March, 2000.

Session Chair, Conference on Gynecologic Care of the Cancer Patient, Memorial Sloan-Kettering Cancer Center, New York, NY; March, 2000.

"Molecular Genetic Mechanism of Estrogen-Associated Human Tumorigenesis." Memorial Sloan-Kettering Cancer Center Scientific Retreat, March, 2000.

"Biology of Ovarian Cancer." Disease Management Team Conference Series (Gynecology), Memorial Sloan-Kettering Cancer Center, New York, NY; March, 2000.

"Preclinical Molecular Genetic Alterations in Breast and Ovarian Epithelium of BRCA Heterozygotes." American College of Surgeons Oncology Group Planning Conference. Memorial Sloan-Kettering Cancer Center; April, 2000.

Session Chair, Molecular Biology of Gynecologic Cancers, American Association for Cancer Research Annual Meeting, San Francisco, CA; April, 2000.

"Genetics of Hereditary Ovarian Cancer." Education Session on Ovarian Cancer, American Society of Clinical Oncology Annual Meeting, New Orleans, LA; May, 2000.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Ovarian Cancer National Alliance Third Annual Advocacy Conference, Washington, DC; September, 2000.

"Genetics of Cancer." Grand Rounds, Department of Medicine, Mercy Medical Center, Rockville Centre, NY; October, 2000.

20

"Can Molecular Markers Improve Risk Factor Determinations and Thereby Dictate Treatment and Improve Survival?", Plenary Session on Endometrial Cancer, VIII Meeting of the International Gynecologic Cancer Society, Buenos Aires, Argentina; October, 2000.

"Hereditary Ovarian Cancer: What We Know." Helene Harris Memorial Trust 8th International Forum on Ovarian Cancer, Houston, TX; March, 2001.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Gusberg Distinguished Lectureship in Gynecologic Oncology, Mt. Sinai Medical Center, New York, NY; April, 2001.

"Breast and Ovarian Cancers: Basic Science." A Comprehensive Review of Clinical Cancer Genetics, American Society of Clinical Oncology Annual Meeting, San Francisco, CA; May, 2001.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Grand Rounds, Department of Medicine, St. Clare's Medical Center, NJ; May, 2001.

"Molecular Biology of Gynecologic Cancers: Clinical Applications." Speaker of the Royal College of Physicians and Surgeons of Canada, Society of Gynecologic Oncologists of Canada Annual Meeting, St. John's, Newfoundland, Canada; June, 2001.

"Molecular Genetics of Hereditary Ovarian Cancer: Clinical Applications." Canadian Federation of Biological Sciences Annual Meeting, Ottawa, Canada; June, 2001.

"Molecular Genetics of Hereditary Ovarian Cancer: Translational Applications." NCI/Center for Cancer Research Grand Rounds, Bethesda, MD; July, 2001.

"Molecular Genetics of Hereditary Gynecologic Cancers: Clinical Implications. Grand Rounds, Department of Obstetrics and Gynecology, Long Island Hospital, Brooklyn, NY; October, 2001.

"Can Clinical Problems in Ovarian Cancer be Solved in the Laboratory?" Visiting Professorship, Department of Obstetrics and Gynaecology, University of Toronto, Toronto, Canada; October, 2001.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Grand Rounds, Department of Obstetrics and Gynecology, Columbia University, New York; March, 2002.

"Molecular Genetics of Hereditary Gynecologic Cancers." Postgraduate Course of Clinical Usefulness of Genetic Testing in Gynecologic Oncology.  Society of Gynecologic Oncologists Annual Meeting, Miami Beach, FL; March, 2002.

"Cancer Genetics." Course on Molecular Oncology, New York University, New York; March, 2002.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Conference on Ovarian Cancer and High-Risk Women: Implications of Screening, Prevention, and Early Detection, University of Pittsburgh, Magee-Women's Hospital, Pittsburgh, PA; May, 2002.

"Basic Science of Breast and Ovarian Cancer." Comprehensive Course on Clinical Cancer Genetics, American Society of Clinical Oncology Annual Meeting, Orlando, FL, May, 2002.

"Toward a Molecular Classification of Endometrial Carcinoma." Education Session on Endometrial Carcinoma, American Society of Clinical Oncology Annual Meeting, Orlando, FL; May, 2002.

"Hereditary Gynecologic Cancers: Clinical Implications." National Corporate Medical Associates Annual Meeting, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 2002.

"Molecular Genetics of Hereditary Ovarian Cancer." Third Annual International Conference on Ovarian Cancer, MD Anderson Cancer Center, Houston, TX; September, 2002.

"Molecular Biology of Ovarian Cancer: From Pathogenesis to Treatment." Symposium on Ovarian Cancer, International Gynecologic Cancer Society Biennial Meeting, Seoul, Korea; October, 2002.

"Histogenesis of Ovarian Cancer." The Ethel N. Ruvelson Lecture in Ovarian Cancer, 33rd Annual Autumn Seminar in Obstetrics and Gynecology, University of Minnesota, Minneapolis, MN; October, 2002.

"Hereditary Gynecologic Cancers: What We Know." Society of Gynecologic Oncologists Winter Meeting, Breckenridge, CO; March, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Helene Harris Memorial Trust 9th Biennial Forum on Ovarian Cancer, Stratford-upon-Avon, United Kingdom; March, 2003.

"Cáncer de Ovario: Historia Natural y Biología Molecular." Cánceres de Próstata, Mama y Ovario: Tumores Hormono-Dependientes, Universidad Internacional Menéndez Pelayo, Santander, Spain; July, 2003.

"Gynecologic Tumors." Session on New Directions in Cancer, AACR Annual Meeting, Washington, DC; July, 2003.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Hoag Cancer Center Grand Rounds, Newport Beach, CA; July, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Department of Pathology, Yale-New Haven Hospital, New Haven, CT; September, 2003.

"Gene Silencing by Estrogen Receptor-Dependent Promoter Methylation." e.hormone 2003, 5th Annual Conference on Environmental Estrogens. Tulane University, New Orleans, LA; October, 2003.

"Genetics of Hereditary Breast and Gynecologic Cancers: Clinical Implications." 5th Annual Kimmel Cancer Center Hereditary Cancer Conference. Thomas Jefferson University, Philadelphia, PA; November, 2003.

Distinguished Visiting Professorship. "Genetic Analysis of Ovarian Carcinoma Histogenesis. Department of Pathology, Johns Hopkins University, Baltimore, MD; November, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." 19th Annual Ella T. Grasso Memorial Conference. University of Connecticut Health Center, Hartford, CT; November, 2003.

The 13th Annual Per Kolstad Memorial Lecture. "Genetics of Hereditary Ovarian Cancer: Clinical Implications." The Norwegian Radium Hospital, Oslo, Norway; December, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Medical Oncology and Ovarian Cancer Research Program Seminar Series, Fox Chase Cancer Center, Philadelphia, PA; January, 2004.

"BRCA - A Paradigm for Hereditary Cancer Predisposition." Postgraduate Course on "Genetics for Gynecologic Oncologists", Society for Gynecologic Oncologists Annual Meeting, San Diego, CA; February, 2004.

"Role of Gene Expression Profiling in Distinguishing Biologically and Clinically Distinct Subclasses of Endometrial Carcinoma." Gynecologic Cancer Models, Mouse Models of Human Cancers Consortium (NCI) Meeting, San Juan, Puerto Rico; February, 2004.

"Human Cancer Genetics." Course on Molecular Oncology, New York University, New York, NY; February, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Mayo Oncology Society, Rochester, MN; March, 2004.

"Ovarian Cancer - New Concepts in Organ-Site Research." American Association for Cancer Research Annual Meeting, Orlando, FL; March, 2004.

"Insights into Biology and Clinical Behavior of Endometrial Carcinoma through Comprehensive Gene Expression Profiling." Symposium on Ovarian Cancer and Other Gynecologic Malignancies, New York, NY; April, 2004.

"Genetics of Hereditary Gynecologic Cancers." American Society of Clinical Oncology Annual Meeting, ASCO/SGO Special Session on Clinical Management of Patients with Hereditary Predisposition to Gynecologic Cancers, New Orleans, LA; June, 2004.

"Gene Silencing through Estrogen Receptor Mediated Promoter Methylation." Gordon Research Conference on Reproductive Tract Biology, New London, CT; June, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Third Early Detection Research Network Scientific Workshop, Bethesda, MD; June, 2004.

"Stratification of Intermediate Risk Disease by Gene Expression Profiling." 2nd Annual Uterine Cancer Biology Symposium, MD Anderson Cancer Center, Houston, TX; September, 2004.

"Is There a Molecular Basis for the Developmental Estrogenization Syndrome?" e.hormone 2004 Conference, New Orleans, LA; October, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Dana-Farber/Massachusetts General Hospital, Boston, MA; November, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Curtis and Elizabeth Anderson Cancer Institute at Memorial Health University Medical Center, Savannah, GA; December, 2004.

Chair, "Postgraduate Course on Molecular Biology for Gynecologic Oncologists." Society for Gynecologic Oncologists Annual Meeting, Miami Beach, FL; March, 2005.

"Genetics of the Early Natural History of Ovarian Cancer." Helene Harris Memorial Trust 10th Annual Biennial International Forum on Ovarian Cancer, Washington, DC; April, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Elkin Cancer Biology Seminar Series, Winship Cancer Institute, Emory University School of Medicine, Atlanta, GA; March, 2005.

"Microarray Technology in Gynecologic Cancer Research." 2nd International Symposium on Ovarian Cancer and Other Gynecologic Malignancies, New York, NY; April, 2005.

"Hereditary Ovarian Cancer." Postgraduate Course on Gynecologic Cancer 2005, Medical College of Georgia/Curtis and Elizabeth Anderson Cancer Institute, Savannah, GA; April, 2005.

"Role of Defective DNA Repair in Gynecologic Tumorigenesis." Lynne Cohen Symposium on the Emerging Role of Screening and Prevention in Women's Cancers, NYU University School of Medicine, New York, NY; April, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Multidisciplinary International Conference on Gynecologic Cancer, Bologna, Italy; June, 2005.

"Gene Silencing through Estrogen Receptor-Mediated Promoter Hypermethylation." Biomedical Research Seminar Program, Mercer University School of Medicine, Macon GA; September, 2005.

"Treatment of Hereditary Ovarian Cancer: Clinical and Experimental Approaches." And "Haploinsufficiency: Is it Important?" International Symposium on *BRCA*: Today and Tomorrow, Montréal, Canada; October, 2005.

"Opening Key Note Address: Genetic Analyis of Ovarian Carcinoma Histogenesis." Symposium on Ovarian Cancer: Prevention and Detection of the Disease and its Recurrence. University of Pittsburgh Cancer Institute, Pittsburgh, PA; October, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Department of Pathology and Laboratory Medicine, MD Anderson Cancer Center, Houston, TX; January, 2006.

"Cancer Genetics." Course on Molecular Oncology, New York University School of Medicine, New York, NY; March, 2006.

"Genome-Based Laboratory Approaches to Advancing the Practice of Gynecologic Oncology." Postgraduate Course on Translational Research, Society for Gynecologic Oncologists Annual Meeting, Palm Springs, CA; March, 2006.

"Translational Research." Memorial Health University Medical Center First Resident Alumni CME Program, Savannah, GA; June, 2006.

"Molecular Medicine." Department of Internal Medicine, Memorial Health University Medical Center, Savannah, GA; August, 2006.

"Molecular Basis of Improved Survival in *BRCA*-Linked Ovarian Cancers." 11th Bienniel Meeting of the International Gynecologic Cancer Society, Santa Monica, CA; October, 2006.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Winter Symposium, Department of Obstetrics and Gynecology, Rambam Health Care Campus, Haifa, Israel; January, 2007.

"Functional Analysis of the CA125 (MUC16) Gene Product in Ovarian Tumorigenesis." Helene Harris Memorial Trust 11th Bienniel International Forum on Ovarian Cancer, Lake Como, Italy; March, 2007.

Discussant, Focused Plenary Session on Translational Research in Ovarian Cancer. Society of Gynecologic Oncologists Annual Meeting, San Diego, CA; March, 2007.

"Innovative Cancer Research Activities in Georgia." Georgia Cancer Summit, Atlanta, GA; January, 2008.

"Applications of Genomics/Proteomics Technologies to Gynecologic Cancers?" Gynecologic Oncology Group Scientific Session on "Genomics and Proteomics: The Future is Now".  GOG Semi-Annual Meeting, San Diego, CA; January, 2008.

"Molecular Evolution of Ovarian Cancer." 1st Ovarian Cancer Action International Conference, London, United Kingdom; March, 2008.

"Genetics 101." Sunrise Postgraduate Session, Society of Gynecologic Oncologists Annual Meeting, Tampa, FL; March, 2008.

Discussant, Focused Plenary Session on Translational Research, Society of Gynecologic Oncologists Annual Meeting, Tampa, FL; March, 2008.

"Genetic Profiling of Endometrial Cancers." Fifth International Symposium on Ovarian Cancer and Gynecologic Malignancies, New York, NY; March, 2008.

"Cancer Genetics." Grand Rounds, Department of Internal Medicine, Memorial University Medical Center, Savannah, GA; April, 2008.

"The Future of Healthcare: Genetic Medicine." Annual Meeting of the Coastal Empire Health Underwriters Association, Savannah, GA; May, 2008.

"Relevance of Tumor Biology to Prevention and Diagnosis." International Symposium on Hereditary Breast and Ovarian Cancer: Risks and Challenges, Bari, Italy; September, 2009.

"Whence Epithelial Ovarian Carcinoma?" Robert F. Ozols Symposium on Gyn Cancer: Gyn Cancers – the Next 25 Years, Philadelphia, PA; September, 2009.

Session Chair. Opening Plenary Session I; Interactive Session: "Hereditary Gynecologic Cancers." 13th Bienniel Meeting of the International Gynecologic Cancer Society, Prague, Czech Republic; October, 2010.

"Whence Epithelial Ovarian Carcinoma?" Ovarian Cancer National Alliance Regional Symposium; Radnor, PA; November, 2010.

"The Origin of Epithelial Ovarian Carcinoma: New Insights." Omniprex 2011 Ovarian Cancer Course; Philadelphia, PA; April, 2011.

"Whence Epithelial Ovarian Carcinoma?" Grand Rounds, Department of Obstetrics and Gynecology, Michigan State University School of Medicine; Grand Rapids, MI; May, 2011.

"Low Grade Serous Carcinomas." From Molecular Information to Cancer Medicine - NCI Translational Science Meeting 2011, Washington, DC; July, 2011.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Keynote Session, The Clinical Genome Conference, San Francisco, CA; June, 2012.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Keynote Session, Ion Torrent User's Group Meeting, Baltimore, MD; March, 2013.

"Cancer Genetics and the Evolution of Precision Medicine." Memorial Sloan-Kettering Cancer Center, New York, NY; May, 2013.

Co-Organizer, "Ovarian Cancer: Developing Research-Based Public Messaging on Early Detection and Screening." The Banbury Center, Cold Spring Harbor, NY; October, 2013.

"Cancer Genetics and the Evolution of Precision Medicine."  Grand Rounds, Department of Obstetrics and Gynecology, New York University School of Medicine, New York, NY; February, 2014.

"Defective Homologous Recombination and Therapeutic Opportunities in Ovarian Cancer." First Annual Meeting of International Ovarian Cancer Consortium: Tumor Microenvironment and Drug Discovery, University of Oklahoma Health Sciences Center, Oklahoma City, OK; February, 2014.

"Ethical, Legal, and Social Implications of Clinical Next-Generation Sequencing." Cancer Prevention and Control Program, Fox Chase Cancer Center, Philadelphia, PA; March, 2014.

"Lecturette: The Use of "omics"-Based Predictors in Clinical and Translational Research." Society of Gynecologic Oncology Annual Meeting, Tampa, FL; March, 2014.

"Genetic Solutions to the Cancer Problem: A Personal Perspective." The Jackson Laboratory for Genomic Medicine, Farmington, CT; August, 2014.

Keynote Presentation: "The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Seventh Annual Predictive Cancer Biomarkers Conference, Washington, DC; August, 2014.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Third Annual Genomics in Medicine Symposium – Molecular Medicine Tri-Conference 2015, San Francisco, CA; February, 2015.

Panel Member, "Targeted Oncology". BIO 2015 International Conference, Philadelphia, PA; June, 2015.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." 8th Annual Predictive Cancer Biomarkers Conference, Washington, DC; August, 2015.

"Cancer Genetics and the Evolution of Precision Medicine." Grand Rounds, Broward Health Medical Center, Ft. Lauderdale, FL; March, 2016.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Fifth Annual Omar Pasalodos, MD, Memorial Lecture, Miami, FL; April, 2016.

"Advances in Genomic Medicine: Focus on Head and Neck Cancers." Fifth Annual Head and Neck Cancer Symposium, Miami, FL; April, 2016.

"Cancer Genetics in the Primary Care Setting." The International Symposium on Primary Care, Miami Beach, FL; July, 2016.

"Genomic Predisposition to Breast Cancer." Fourth Annual John M. Cassel, MD, Memorial Breast Cancer Symposium, Miami, FL; September, 2016.

"Updates on the UKCTOCS Trial." Ovarian Cancer State-of-the-Art Conference, Memorial Sloan-Kettering Cancer Center, New York, NY; October, 2016.

"Genetics of Cancer: New Opportunities through Genomic Medicine." Miami Medical Forum, Miami, FL; October, 2016.

"Cancer Genetics and the Evolution of Precision Medicine." Presidential Plenary Session, International Gynecologic Cancer Society Biennial Meeting, Lisbon, Portugal; October, 2016.

"Genetic Predisposition to Cancer." Baptist Health South Florida Research Summit: Bringing Cancer Research to the Community, Miami, FL; November, 2016.

"Germline Testing Meets Genomic Testing: How to Sort It Out." Second Annual West Cancer Center Oncology Conference: Collaboration for the Future Cure: Precision Medicine and Immuno-Oncology, Memphis, TN; November, 2016.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Second Annual MSK Cancer Alliance Scientific Symposium, Miami, FL; January, 2017.

"Precision Medicine in Cancer Care: Global Challenges and Opportunities." Enmore Bio Conference, Nanjing, China; February, 2017.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Grand Rounds, Department of Obstetrics and Gynecology, Lehigh Valley Health Network, Allentown, PA; May, 2017.

"How to Interpret Tumor Genomics for the Oncologist." Education Session on Cascade Testing: What to Do When Ascertaining Germline Mutations from Tumor and Other Genomic Testing. American Society of Clinical Oncology Annual Meeting, Chicago, IL; June, 2017.

"Genetics of Women's Cancers: Advances through Genomic Medicine." President's Guest Speaker, Miami Obstetrical and Gynecological Society, Miami, FL; September, 2017.

29

"Genetics of Women's Cancers: Advances through Genomic Medicine." Grand Rounds, Simon Cancer Center, Indiana University, Indianapolis, IN; October, 2017.

"Genomics and Pediatric Malignancies." Kids with Cancer Symposium, Miami, FL; December, 2017.

"The Challenges and Rewards for Bringing AI into the Clinic for Health and Disease Management." Panel Discussion, Precision Medicine World Conference, Mountain View, CA; January, 2018.

"Genomics Revolution in Cancer Care." Al and Janie Nahmad Speaker Series: Thought Leaders in Medicine, Miami, FL; April, 2018.

"Cancer Genomics." Baptist Health International Videoconference, Miami, FL; September, 2018.

"Estrogen and Cancer." Visiting Professorship, Department of Obstetrics and Gynecology, University of Chicago, Chicago, IL; September, 2018.

"BRCA, Genetics, and Genomics: Role in Ovarian Cancer." Fight N Heal Teal Symposium, Miami, FL; October, 2018.

Ad Hoc Reviewer:

American Journal of Human Genetics
American Journal of Obstet and Gynecol
American Journal of Pathology
Annals of Surgical Oncology
BBA Reviews on Cancer
BMC Cancer
Breast Cancer Research and Treatment
British Journal of Cancer
Cancer
Cancer Biology and Therapy
Cancer Research
Clinical Cancer Research
Endocrinology
European Journal of Cancer
Genes, Chromosomes, and Cancer
Genomics
Gynecologic Oncology
International Journal of Cancer
International Journal of Gynecologic Cancer
International Journal of Oncology
Journal of the American Medical Association
Journal of Clinical Investigation

Journal of Experimental Medicine
Journal of Medical Genetics
Journal of Molecular Diagnostics
Journal of Molecular Endocrinology
Journal of the National Cancer Inst
Lancet
Molecular Cancer Therapeutics
Molecular Carcinogenesis
Molecular Endocrinology
Molecular Pharmacology
Nature
Nature Communications
Nature Genetics
Nature Medicine
Nature Reviews Cancer
New England Journal of Medicine
Nucleic Acids Research
Obstetrics and Gynecology
Oncogene
Proc Natl Acad Sci USA
Science
Science Translational Medicine
The Oncologist

Bibliography:

*Peer-Reviewed*

1.  Crutchley DJ, Boyd JA, Eling TE. Enhanced thromboxane $B_2$ release from challenged guinea pig lung after oxygen exposure. Am Rev Resp Dis 121: 695-699, 1980.

2.  Boyd JA, Eling TE. Prostaglandin release and the interaction of platelets with the pulmonary vasculature of rat and guinea pig. Thrombosis Res 19: 239-248, 1980.

3.  Korbut R, Boyd JA, Eling TE. Respiratory movements alter the generation of prostacyclin and thromboxane $A_2$ in isolated rat lungs: The influence of arachidonic acid pathway inhibitors on the ratio between pulmonary prostacyclin and thromboxane $A_2$. Prostaglandins 21: 491-503, 1981.

4.  Boyd JA, Eling TE. Prostaglandin endoperoxide synthetase-dependent cooxidation of acetaminophen to intermediates which covalently bind in vitro to rabbit renal medullary microsomes. J Pharmacol Exp Ther 219: 659-664, 1981.

5.  Korbut R, Boyd JA, Eling TE. Prostacyclin and thromboxane $A_2$ release in isolated rat lungs. Prostaglandins 23: 67-75, 1982.

6.  Guthrie J, Robertson IGC, Zeiger E, Boyd JA, Eling TE. Selective activation of some dihydrodiols of several polycyclic aromatic hydrocarbons to mutagenic products by prostaglandin synthetase. Cancer Res 42: 1620-1623, 1982.

7.  Boyd JA, Barrett JC, Eling TE. Prostaglandin endoperoxide synthetase-dependent cooxidation of trans-7,8-dihydroxy-7,8-dihydrobenzo(a)pyrene in C3H 10T1/2 clone 8 cells. Cancer Res 42: 2628-2632, 1982.

8.  Boyd JA, Harvan DJ, Eling TE. The oxidation of 2-aminofluorene by prostaglandin H synthase. Comparison with other peroxidases. J Biol Chem 258: 8246-8254, 1983.

9.  Boyd JA, Eling TE. Evidence for a one-electron mechanism of 2-aminofluorene oxidation by prostaglandin H synthase and horseradish peroxidase. J Biol Chem 259: 13885-13896, 1984.

10. Boyd JA, Zeiger E, Eling TE. The prostaglandin H synthase-dependent activation of 2-aminofluorene to products mutagenic to S. typhimurium strains TA98 and TA98NR. Mutat Res 143: 187-190, 1985.

11. Vanderslice RR, Boyd JA, Eling TE, Philpot RM. The cytochrome P-450 monooxygenase system of rabbit bladder mucosa: enzyme components and isozyme 5-dependent metabolism of 2-aminofluorene. Cancer Res 45: 5851-5858, 1985.

12. Boyd JA, Eling TE. The prostaglandin H synthase-dependent metabolism and DNA binding of 2-naphthylamine. Cancer Res 47: 4007-4014, 1987.

13. Boyd JA, Siegal GP, Kaufman DG. The establishment and characterization of a human cell line derived from serous papillary endometrial carcinoma. Gynecol Oncol 33: 301-312, 1989.

14. Boyd JA, Kaufman DG. Expression of transforming growth factor-ß1 by eight human endometrial carcinoma cell lines: correlation with effects on growth and morphology. Cancer Res 50: 3394-3399, 1990.

15. Boyd JA, Rinehart CA, Siegal GP, Walton LA, Kaufman DG. An ultrastructural comparison of normal human endometrial epithelial cells and two new human endometrial carcinoma cell lines cultured on extracellular matrix. In Vitro Cell Dev Biol 26: 701-708, 1990.

16. Boyd J, Pienta KJ, Getzenberg RH, Coffey DS, Barrett JC. Preneoplastic alterations in nuclear morphology that accompany loss of the tumor suppressor phenotype. J Natl Cancer Inst 83: 862-866, 1991.

17. Boyd J, Risinger JI. Analysis of oncogene alterations in human endometrial carcinoma: Prevalence of ras mutations. Mol Carcinog 4: 189-195, 1991.

18. Richter KH, Afshari CA, Annab LA, Burkhart BA, Owen RD, Boyd J, Barrett JC. Down-regulation of cdc2 in senescent human and hamster cells. Cancer Res 51: 6010-6013, 1991.

19. Hebert CD, Endo S, Korach KS, Boyd J, Barrett JC, McLachlan JA, Newbold RR. Characterization of murine cell lines from diethylstilbestrol-induced uterine endometrial adenocarcinomas. In Vitro Cell Dev Biol 28: 327-336, 1992.

20. Risinger JI, Dent GA, Ignar-Trowbridge D, McLachlan JA, Tsao M-S, Senterman M, Boyd J. Mutations of the p53 gene in human endometrial carcinoma. Mol Carcinog 5: 250-253, 1992.

21. Ignar-Trowbridge D, Risinger JI, Dent GA, Kohler M, Berchuck A, McLachlan JA, Boyd J. Mutations of the Ki-*ras* oncogene in endometrial carcinoma. Am J Obstet Gynecol 167: 227-232, 1992.

22. Risinger JI, Boyd J. Dinucleotide repeat polymorphism in the DCC gene at chromosome 18q21. Hum Mol Genet 1: 657, 1992.

23. Sasaki H, Nishii H, Tada A, Furusato M, Terashima Y, Siegal GP, Parker S, Kohler MF, Berchuck A, Boyd J. Mutation of the Ki-*ras* proto-oncogene in endometrial hyperplasia and carcinoma. Cancer Res 53: 1906-1910, 1993.

24. Jiang H, Su Z-z, Boyd J, Fisher PB. Gene expression changes induced in human melanoma cells undergoing reversible growth suppression and terminal cell differentiation.  Mol Cell Diff 1: 41-66, 1993.

25. Risinger JI, Berchuck A, Kohler MF, Watson P, Lynch HT, Boyd J. Genetic instability of microsatellites in endometrial carcinoma. Cancer Res 53: 5100-5103, 1993.

26.  Kohler MF, Nishii H, Humphrey PA, Sasaki H, Marks J, Bast RC, Clarke-Pearson DL, Boyd J, Berchuck A. Mutation of the p53 tumor suppressor gene is not a feature of endometrial hyperplasias. Am J Obstet Gynecol 169: 690-694, 1993.

27. Liu F-S, Kohler MF, Marks JR, Bast RC, Boyd J, Berchuck, A.  Mutation and overexpression of the P53 tumor suppressor gene frequently occurs in uterine and ovarian sarcomas. Obstet Gynecol 83: 118-124, 1994.

28. Risinger JI, Berchuck A, Kohler MF, Boyd J. Mutations of the E-cadherin gene in gynecologic cancers. Nature Genet 7: 98-102, 1994.

29. Umar A, Boyer JC, Thomas DC, Nguyen DC, Risinger JI, Boyd J, Ionov Y, Perucho M, Kunkel TA. Defective mismatch repair in extracts of colorectal and endometrial cancer cell lines exhibiting microsatellite instability. J Biol Chem 269: 14367-14370, 1994.

30. Berry KK, Siegal GP, Boyd J, Singh RK, Fidler IJ. Development of a metastatic model for human endometrial carcinoma using orthotopic implantation in nude mice. Int J Oncol 4: 1163-1171, 1994.

31. Fujino T, Risinger JI, Collins NK, Liu F-S, Nishii H, Takahashi H, Westphal E-M, Barrett JC, Sasaki H, Kohler MF, Berchuck A, Boyd J. Allelotype of endometrial carcinoma. Cancer Res 54: 4294-4298, 1994.

32. Smith EP, Boyd J, Frank GR, Takahashi H, Cohen RM, Specker B, Williams TC, Lubahn DB, Korach KS. Estrogen resistance caused by a mutation in the estrogen receptor gene in a man. N Eng J Med 331: 1056-1061, 1994.

33. Risinger JI, Terry LA, Boyd J. Use of representational difference analysis for the identification of oncogene amplification in diethylstilbestrol-induced murine uterine adenocarcinomas. Mol Carcinog 11: 13-18, 1994.

34. Castilla LH, Couch FJ, Erdos MR, Hoskins KF, Calzone K, Garber JE, Boyd J, Lubin MB, DeShano ML, Brody LC, Collins FS, Weber BL. Mutations in the BRCA1 gene in families with early-onset breast and ovarian cancer. Nature Genet 8: 387-391, 1994.

35. Tsutsui T, Fujino T, Kodama S, Tainsky MA, Boyd J, Barrett JC. Aflatoxin $B_1$-induced immortalization of cultured skin fibroblasts from a patient with Li-Fraumeni syndrome. Carcinogenesis 16: 25-34, 1995.

36. Schildkraut JM, Collins NK, Dent GA, Tucker JA, Barrett JC, Berchuck A, Boyd J. Loss of heterozygosity on chromosome 17q11-21 in cancers of women who have developed both breast and ovarian cancer. Am J Obstet Gynecol 172: 908-913, 1995.

37. Takahashi H, Furusato M, Allsbrook WC, Nishii H, Aizawa S, Barrett JC, Boyd J. Prevalence of androgen receptor gene mutations in latent prostatic carcinomas from Japanese men. Cancer Res 55: 1621-1624, 1995.

38. Merajver SD, Frank TS, Xu J, Pham TM, Calzone KA, Bennett-Baker P, Chamberlain J, Boyd J, Garber JE, Collins FS, Weber BL. Germline *BRCA1* mutations and loss of the wild-type allele in tumors from families with early onset breast and ovarian cancer. Clin Cancer Res 1: 539-544, 1995.

39. Yamada H, Sasaki M, Honda T, Wake N, Boyd J, Oshimura M, Barrett JC. Suppression of endometrial carcinoma cell tumorigenicity by human chromosome 18. Genes Chromosomes Cancer 13: 18-24, 1995.

40. Friedman LS, Ostermyer EA, Lynch ED, Szabo CI, Welcsh P, Meza JE, Anderson LA, Dowd P, Lee MK, Rowell SE, Ellison J Boyd J, King M-C. 22 genes from chromosome 17q21: cloning, sequencing, and characterization of mutations in breast cancer families and tumors. Genomics 25: 256-263, 1995.

41. King SA, Adas AA, LiVolsi VA, Takahashi H, Behbakht K, McGovern P, Benjamin I, Rubin SC, Boyd J. Expression and mutation analysis of the *P53* gene in uterine papillary serous carcinoma. Cancer 75: 2700-2705, 1995.

42. Takahashi H, Behbakht K, McGovern PE, Chiu H-C, Couch FJ, Weber BL, Friedman LS, King M-C, Furusato M, LiVolsi VA, Menzin AM, Liu PC, Benjamin I, Morgan MA, King SA, Rebane BA, Cardonick A, Mikuta JJ, Rubin SC, Boyd J. Mutation analysis of the *BRCA1* gene in ovarian cancers. Cancer Res 55: 2998-3002, 1995.

43. Kohler MF, Berkholz A, Risinger JI, Elbendary A, Boyd J, Berchuck A. Mutational analysis of the estrogen receptor gene in endometrial carcinoma. Obstet Gynecol 86: 33-37, 1995.

44. Lynch HT, Watson P, Conway T, Lynch J, Boyd J. Breast cancer and importance of zygosity determination in triplet sisters. Breast Cancer Res Treat 36: 315-317, 1995.

45. Boyd J, Risinger JI, Wiseman RW, Merrick BA, Selkirk JM, Barrett JC. Regulation of microfilament organization and anchorage-independent growth by tropomyosin-1. Proc Natl Acad Sci USA 92: 11534-11538, 1995.

46. Boyd J, Takahashi H, Waggoner SE, Jones LA, Hajek RA, Wharton JT, Fujino T, Liu F-S, Barrett JC, MacLachlan JA. Molecular genetic analysis of diethylstilbestrol-associated clear cell adenocarcinomas of the vagina and cervix. Cancer 77: 507-513, 1996.

47. Waggoner SE, Anderson SA, Luce MC, Takahashi H, Boyd J. P53 protein expression and gene analysis in clear cell adenocarcinoma of the vagina and cervix. Gynecol Oncol 60: 339-344, 1996.

48. Risinger JI, Barrett JC, Watson P, Lynch HT, Boyd J. Molecular genetic evidence for the occurrence of breast cancer as an integral tumor in the hereditary nonpolyposis colorectal cancer syndrome. Cancer 77: 1836-1843, 1996.

49. Takahashi H, Chiu H-C, Bandera CA, Behbakht K, Liu PC, Couch F, Weber BL, LiVolsi VA, Furusato M, Rebane BA, Cardonick A, Benjamin I, Morgan MA, King SA, Mikuta JJ, Rubin SC, Boyd J. Mutations of the *BRCA2* gene in ovarian carcinomas. Cancer Res 56: 2738-2741, 1996.

50. Terry LA, Boyd J, Alcorta D, Lyon T, Solomon G, Hannon G, Berchuck A, Beach D, Barrett JC. Mutational analysis of the *p21/WAF1/CIP1/SDI1* coding region in human tumor cell lines. Mol Carcinog 16: 221-228, 1996.

51. Behbakht K, Benjamin I, Chiu H-C, Eck SL, Van Deerlin PG, Rubin SC, Boyd J. Adenovirus-mediated gene therapy of ovarian cancer in a mouse model. Am J Obstet Gynecol 175: 1260-1265, 1996.

52. Benjamin I, Saigo P, Finstad C, Takahashi H, Federici M, Rubin SC, Boyd J. Expression and mutational analysis of *P53* in stage IB and IIA cervical cancers. Am J Obstet Gynecol 175: 1266-1271, 1996.

53. Risinger JI, Umar A, Boyd J, Berchuck A, Kunkel TA, Barrett JC. Mutation of *hMSH3* in endometrial cancer and evidence for its functional role in heteroduplex repair. Nature Genet 14: 102-105, 1996.

54. Rubin SC, Benjamin I, Behbakht K, Takahashi H, Morgan MA, LiVolsi VA, Berchuck A, Muto MG, Garber JE, Weber BL, Lynch HT, Boyd J. Clinical and pathological features of ovarian cancer in women with germ-line mutations of *BRCA1*. N Eng J Med 335: 1413-1416, 1996.

55. Mangold KA, Takahshi H, Brandigi C, Wada T, Wakui S, Furusato M, Boyd J, Chandler FW, Allsbrook WC. p16 (CDKN2/MTS1) gene deletions are rare in prostatic carcinomas in the United States and Japan. J Urol 157: 1117-1120, 1997.

56. Bandera CA, Takahashi H, Behbakht K, Liu PC, LiVolsi VA, Benjamin I, Morgan MA, King SA, Rubin SC, Boyd J. Deletion mapping of two potential chromosome 14 tumor suppressor gene loci in ovarian carcinoma. Cancer Res 57: 513-515, 1997.

57. Van Deerlin PG, Cekleniak N, Coutifaris C, Boyd J, Strauss JF. Evidence for the oligoclonal origin of the granulosa cell population of the mature human follicle. J Clin Endocrinol Metab 82: 3019-3024, 1997.

58. Rhei E, Kang L, Bogomolniy F, Federici MG, Borgen PI, Boyd J. Mutation analysis of the putative tumor suppressor gene *PTEN/MMAC1* in primary breast carcinomas. Cancer Res 57: 3657-3659, 1997.

59. Carani C, Qin K, Simoni M, Faustini-Fustini M, Serpente S, Boyd J, Korach KS, Simpson ER. Effect of testosterone and estradiol in a man with aromatase deficiency. N Engl J Med 337: 91-95, 1997.

60. Rubin SC, Blackwood MA, Bandera C, Behbakht K, Benjamin I, Rebbeck TR, Boyd J. *BRCA1*, *BRCA2*, and HNPCC gene mutations in an unselected ovarian cancer population: relationship to family history and implications for genetic testing. Am J Obstet Gynecol 178: 670-677, 1998.

61. Neuhausen SL, Godwin AK, Gershoni-Baruch R, Schubert E, Garber J, Stoppa-Lyonnet D, Olah E, Csokay B, Serova O, Lalloo F, Osorio A, Stratton M, Offit K, Boyd J, Caligo MA, Scott RJ, Schofield A, Teugels E, Schwab M, Cannon-Albright L, Bishop T, Easton D, Benitez J, King M-C, Ponder BAJ, Weber B, Devilee P, Borg A, Narod SA, Goldgar D. Haplotype and phenotype analysis of nine recurrent *BRCA2* mutations in 111 families: Results of an international study. Am J Hum Genet 62: 1381-1388, 1998.

62. Rhei E, Bogomolniy F, Federici MG, Maresco DL, Offit K, Robson ME, Saigo PE, Boyd J. Molecular genetic characterization of *BRCA1*- and *BRCA2*-linked hereditary ovarian cancers. Cancer Res 58: 3193-3196, 1998.

63. Randall TC, Bell KA, Rebane BA, Rubin SC, Boyd J. Germline mutations of the *BRCA1* and *BRCA2* genes in a breast and ovarian cancer patient. Gynecol Oncol 70: 432-434, 1998.

64. van der Heijden O, Chiu H-C, Park T-C, Takahashi H, LiVolsi VA, Risinger JI, Barrett JC, Berchuck A, Evans AC, Behbakht K, Menzin AW, Liu PC, Benjamin I, Morgan MA, King SA, Rubin SC, Boyd J. Allelotype analysis of uterine leiomyoma: localization of a potential tumor suppressor gene to a 4 cM region of chromosome 7q. Mol Carcinog 23: 243-247, 1998.

65. Boyd J, Rhei E, Federici MG, Borgen PI, Watson P, Franklin B, Karr B, Lynch J, Lemon SJ, Lynch HT. Male breast cancer in the hereditary nonpolyposis colorectal cancer syndrome. Breast Cancer Res Treat 53: 87-91, 1999.

66. Gurin CC, Federici MG, Kang L, Boyd J. Causes and consequences of microsatellite instability in endometrial carcinoma. Cancer Res 59: 462-466, 1999.

67. Sonoda Y, Saigo PE, Boyd J. P53 and genetic susceptibility to cervical cancer. J Natl Cancer Inst 91: 557, 1999.

68. Maresco DL, Arnold PH, Sonoda Y, Federici MG, Bogomolniy F, Rhei E, Boyd J. The *APC* I1307K allele and *BRCA*-associated ovarian cancer risk. Am J Hum Genet 64: 1228-1230, 1999.

69. Robson M, Levin D, Federici M, Satagopan J, Bogomolniy F, Heerdt A, Borgen P, McCormick B, Hudis C, Norton L, Boyd J, Offit K. Breast conservation therapy for invasive breast cancer in Ashkenazi women with *BRCA* gene founder mutations. J Natl Cancer Inst 91: 2112-2117, 1999.

70. Sonoda Y, Saigo PE, Federici MG, Boyd J. Carcinosarcoma of the ovary in a patient with a germline *BRCA2* mutation: evidence for monoclonal origin. Gynecol Oncol 76: 226-229, 2000.

71. Boyd J, Sonoda Y, Federici MG, Bogomolniy F, Rhei E, Maresco DL, Saigo PE, Almadrones LA, Barakat RR, Brown CL, Chi DS, Curtin JP, Poynor EA, Hoskins WJ. Clinicopathologic features of *BRCA*-linked and sporadic ovarian cancer. J Am Med Assoc 283: 2260-2265, 2000.

72. Barakat RR, Federici MG, Saigo PE, Robson ME, Offit K, Boyd J. Absence of premalignant histologic, molecular, or cell biological alterations in prophylactic oophorectomy specimens from *BRCA1* heterozygotes. Cancer 89:383-390, 2000.

73. The *BRCA1* Exon 13 Duplication Screening Group (87 authors). The exon 13 duplication in the *BRCA1* gene is a founder mutation present in geographically diverse populations. Am J Hum Genet 67: 207-212, 2000.

74. Yee CJ, Lin O, Boyd J. Analysis of fibroblast growth factor receptor 3 S249C mutation in cervical carcinoma. J Natl Cancer Inst 92: 1848-1849, 2000.

75. Levine DA, Lin O, Barakat RR, Robson ME, McDermott D, Cohen L, Satagopan J, Offit K, Boyd J. Risk of endometrial carcinoma associated with *BRCA* mutation. Gynecol Oncol 80: 395-398, 2001.

76. Levine DA, Boyd J. The androgen receptor and genetic susceptibility to ovarian cancer: results from a case series. Cancer Res 61: 908-911, 2001.

77. Dowdy SC, O'Kane DJ, Keeney GL, Boyd J, Podratz KC. Telomerase activity in sex cord-stromal tumors of the ovary. Gynecol Oncol 82: 257-260, 2001.

78. Leitao M, Boyd J. Preoperative CA-125 levels in patients with hereditary compared to sporadic ovarian carcinoma. Gynecol Oncol 84: 413-415, 2002.

79. Scheuer L, Kauff N, Robson M, Kelly B, Barakat R, Satagopan J, Ellis N, Hensley M, Boyd J, Borgen P, Norton L, Offit K. Outcome of preventive surgery and screening for breast and ovarian cancer in *BRCA* mutation carriers. J Clin Oncol 20: 1260-1268, 2002.

80. Levine DA, Federici MG, Reuter VE, Boyd J. Cell proliferation and apoptosis in *BRCA*-associated hereditary ovarian cancer. Gynecol Oncol 85: 431-434, 2002.

81. Kauff ND, Satagopan J, Scheuer L, Robson ME, Castiel M, Hensley M, Hudis CA, Ellis NA, Boyd J, Borgen PI, Barakat RR, Norton L, Offit K. Risk-reducing salpingo-oophorectomy in women with *BRCA1* and *BRCA2* mutations. N Engl J Med 346: 1609-1615, 2002.

82. Andrulis IL, Anton-Culver H, Beck J, Bove B, Boyd J, Buys S, Godwin A, Hopper J, Li F, Neuhausen SL, Ozcelik H, Peel D, Santella R, Southey M, van Orsouw NJ, Venter D, Vijg J, Whittemore AS. Comparison of DNA- and RNA-based methods for detection of truncating *BRCA1* mutations. Hum Mutat 20: 65-73, 2002.

83. Jazaeri AA, Yee CJ, Sotiriou C, Brantley KR, Boyd J, Liu ET. Gene expression profiles of *BRCA*-linked and sporadic ovarian cancers. J Natl Cancer Inst 94: 990-1000, 2002.

84. Satagopan J, Boyd J, Kauff N, Robson M, Scheuer L, Narod S, Offit K. Ovarian cancer risk in Ashkenazi Jewish carriers of *BRCA1* and *BRCA2* mutations. Clin Cancer Res 8: 3776-3781, 2002.

85. Gruber SB, Ellis NA, Scott KK, Almong R, Kolachana P, Bonner JD, Kirchoff T, Tomsho LP, Nafa K, Pierce H, Low M, Satagopan J, Rennert H, Huang H, Greenson JK, Groden J, Rappaport B, Shia J, Johnson S, Gregersen PK, Harris CC, Boyd J, Rennert G, Offit K. BLM heterozygosity and the risk of colorectal cancer. Science 297: 2013, 2002.

86. Foulkes WD, Thiffault I, Gruber SB, Horwitz M, Hamel N, Lee C, Shia J, Markowitz A, Figer A, Friedman E, Farber D, Greenwood CMT, Bonner JD, Nafa K, Walsh T, Marcus V, Tomsho L, Gebert J, Macrae FA, Gaff CL, Bressac-de Paillerets B, Gregersen PK, Weitzel JN, Gordon PH, MacNamara E, King M-C, Hampel H, de la Chapelle A, Boyd J, Offit K, Rennert G, Chong G, Ellis NA. The founder mutation *MSH2\*1906G>C* is an important cause of hereditary nonpolyposis colorectal cancer in the Ashkenazi Jewish population. Am J Hum Genet 71: 1395-1412, 2002.

87. Yossepowitch O, Olvera N, Satagopan JM, Huang H, Jhanwar S, Rapaport B, Boyd J, Offit K. BRCA1 and BRCA2 germline mutations in lymphoma patients. Leukemia Lymphoma 44: 127-131, 2003.

88. Goffin JR, Chappuis PO, Begin LR, Wong N, Brunet J-S, Hamel N, Paradis A-J, Boyd J, Foulkes WD. The impact of germ-line BRCA1 mutations and overexpression of p53 on prognosis and response to treatment following breast cancer: 10 year follow up data. Cancer 97: 527-536, 2003.

89. Gemignani ML, Bogomolniy F, Lin O, Venkatraman E, Barakat RR, Boyd J. *KRAS* gene mutations in epithelial ovarian neoplasms. Gynecol Oncol 90: 378-381, 2003.

90. Peterlongo P, Nafa K, Lerman GS, Glogowski E, Shia J, Ye TZ, Markowitz AJ, Guillem JG, Kolachana P, Boyd J, Offit K, Ellis NA. *MSH6* germline mutations are rare in colorectal cancer families. Int J Cancer 107: 571-579, 2003.

91. Robson ME, Chappuis PO, Satagopan J, Wong N, Boyd J, Goffin JR, Hudis C, Roberge D, Norton L, Begin LR, Offit K, Foulkes WD. A combined analysis of outcome following breast cancer: differences in survival based on BRCA1/BRCA2 mutations status and administration of adjuvant treatment. Breast Cancer Res 6: R8-R17, 2003.

92. Zorn KK, Jazaeri AA, Awtrey CS, Gardner GJ, Mok SC, Boyd J, Birrer MJ. Choice of normal ovarian control influences determination of differentially expressed genes in ovarian cancer expression profiling studies. Clin Cancer Res 9: 4811-4818, 2003.

93. Levine DA, Argenta PA, Yee CJ, Marshall DS, Olvera N, Bogomolniy F, Rahaman JA, Robson ME, Offit K, Barakat RR, Soslow RA, Boyd J. Fallopian tube and primary peritoneal carcinomas associated with BRCA mutations. J Clin Oncol 21: 4222-4227, 2003.

94. Ferguson SE, Olshen AB, Viale A, Awtrey CS, Barakat RR, Boyd J. Gene expression profiling of tamoxifen-associated uterine cancers: evidence for two molecular classes of endometrial carcinoma. Gynecol Oncol 92: 719-725, 2004.

95. Leitao MM, Boyd J, Hummer A, Olvera N, Arroyo CD, Venkatraman E, Baergen R, Dizon DS, Barakat RR, Soslow RA. Clinicopathologic analysis of early-stage sporadic ovarian carcinoma. Am J Surg Pathol 28: 147-159, 2004.

96. Leitao MM, Soslow RA, Baergen RN, Olvera N, Arroyo C, Boyd J. Mutation and overexpression of the *TP53* gene in early stage epithelial ovarian carcinoma. Gynecol Oncol, 93: 301-306, 2004.

97. King TA, Gemignani ML, Li W, Tan LK, Giri DD, Panageas KS, Bogomolniy F, Arroyo C, Olvera N, Robson ME, Offit K, Borgen PI, Boyd J. Aberrant progesterone receptor expression in breast epithelium of *BRCA1* mutation carriers. Cancer Res 64: 5051-5053, 2004.

98. Jazaeri AA, Chandramouli GVR, Aprelikova O, Nuber UA, Sotiriou C, Liu ET, Ropers HH, Yee CJ, Boyd J, Barrett JC. BRCA1-mediated repression of select X chromosome genes. J Transl Med 2: 32, 2004.

99. Spentzos D, Levine DA, Ramoni MF, Joseph M, Gu X, Boyd J, Libermann TA, Cannistra SA. A gene expression signature with independent prognostic significance in epithelial ovarian cancer. J Clin Oncol 22: 4648-4658, 2004.

100. Kim SW, Lee CS, Fey JV, Borgen PI, Boyd J. Prevalence of *BRCA2* mutations in a hospital-based series of unselected breast cancer cases. J Med Genet 42: e5, 2005.

101. Black D, Bogomolniy F, Robson ME, Offit K, Barakat RR, Boyd J. Evaluation of germline *PTEN* mutations in endometrial carcinoma patients. Gynecol Oncol 96: 21-24, 2004.

102. Ferguson SE, Olshen AB, Viale A, Barakat RR, Boyd J. Stratification of intermediate risk endometrial cancer patients into groups at high- or low-risk for recurrence based on tumor gene expression profiles. Clin Cancer Res 11: 2252-2257, 2005.

103. Abu-Rustum NR, Su W, Levine DA, Boyd J, Sonoda Y, LaQuaglia MP. Pediatric radical abdominal trachelectomy for cervical clear cell carcinoma: a novel surgical approach. Gynecol Oncol 97: 296-300, 2005.

104. Levine DA, Bogomolniy F, Yee C, Lash A, Barakat RR, Borgen PI, Boyd J. Frequent mutation of the *PIK3CA* gene in ovarian and breast cancers. Clin Cancer Res 11: 2875-2878, 2005.

105. Zorn KK, Gangi L, Chandramouli GVR, Awtrey CS, Gardner GJ, Barrett JC, Boyd J, Birrer MJ. Gene expression profiles of serous, endometrioid, and clear cell subtypes of ovarian and endometrial cancer. Clin Cancer Res 11: 6422-6430, 2005.

106. Jazaeri AA, Awtrey CS, Gadisetti CVR, Chuang YE, Khan J, Sotiriou C, Aprelikova O, Yee CJ, Zorn KK, Birrer MJ, Barrett CJ, Boyd J. Gene expression profiles associated with response to chemotherapy in epithelial ovarian cancers. Clin Cancer Res 11: 6300-6310, 2005.

107. Spentzos D, Levine DA, Kolia S, Out H, Boyd J, Libermann T, Cannistra SA. Unique gene expression profile based upon pathologic response in epithelial ovarian cancer. J Clin Oncol 23: 7911-7918, 2005.

108. Suriano G, Yew S, Ferreira P, Senz J, Kaurah P, Ford JM, Longacre TA, Norton JA, Chun N, Young S, Oliveira MJ, MacGillivray B, Rao A, Sears D, Jackson CE, Boyd J, Yee C, Deters C, Pai GS, Hammond LS, McGivern BJ, Medgyesy D, Sartz D, Arun B, Oelschlager BK, Upton MP, Neufeld-Kaiser W, Silva OE, Donenberg TR, Kooby DA, Sharma S, Jonsson BA, Gronberg H, Gallinger S, Seruca R, Lynch H, Huntsman DG. The characterization of a recurrent germline mutation of the *E-Cadherin* gene: Implications for genetic testing and clinical management. Clin Cancer Res, 11: 5401-5409, 2005.

109. Ferguson SE, Olshen AB, Levine DA, Viale A, Barakat RR, Boyd J. Molecular profiling of endometrial cancers from African-American and Caucasian women. Gynecol Oncol 101: 209-213, 2006.

110. Villanueva J, Shaffer DR, Philip J, Chaparro CA, Erdjument-Bromage H, Olshen AB, Fleisher M, Lilja H, Brogi E, Boyd J, Sanchez-Carbayo M, Holland EC, Cordon-Cardo C, Scher HI, Tempst P. Differential exoprotease activities confer tumor-specific serum peptidome patterns. J Clin Invest 116: 271-284, 2006.

111. Black D, Soslow RA, Levine DA, Tornos C, Chen SC, Hummer AJ, Bogomolniy F, Olvera N, Barakat RR, Boyd J. The clinicopathologic significance of defective DNA mismatch repair in endometrial carcinoma. J Clin Oncol 24: 1745-1753, 2006.

112. Adank MA, Brogi E, Bogomolniy F, Wadsworth EA, Lafaro KJ, Yee CJ, Meijers-Heijboer EJ, Kauff ND, Boyd J, Offit K. Accuracy of BRCA1 and BRCA2 founder mutation analysis in formalin-fixed and paraffin-embedded (FFPE) tissue. Fam Cancer 5: 337-342, 2006.

113. King TA, Li W, Brogi E, Yee CJ, Gemignani ML, Olvera N, Levine DA, Norton L, Robson ME, Offit K, Boyd J. Heterogenic loss of the wild-type *BRCA* allele in human breast tumorigenesis. Ann Surg Oncol 14: 2510-2518, 2007.

114. Smith KL, Adank M, Kauff N, Lafaro K, Boyd J, Lee JB, Hudis C, Offit K, Robson M. *BRCA* mutations in women with ductal carcinoma *in situ*: prevalence and risk factors. Clin Cancer Res 13: 4306-4310, 2007.

115. Shia J, Black D, Hummer AJ, Boyd J, Soslow RA. Routinely assessed morphologic features correlate with microsatellite instability status in endometrial cancer. Hum Pathol 39: 116-125, 2008.

116. Edwards SL, Brough R, Lord CJ, Natrajan R, Levine DA, Vatcheva R, Levine DA, Boyd J, Reis-Filho JS, Ashworth A. Resistance to therapy caused by intragenic deletion in *BRCA2*. Nature 451: 1111-1115, 2008.

117. Olshen AB, Gold B, Lohmueller KE, Struewing JP, Satagopan J, Stefanov SA, Eskin E, Kirchhoff T, Lautenberger JA, Friedman E, Norton L, Ellis NA, Viale A, Lee CS, Borgen PI, Clark AG, Offit K, Boyd J. Analysis of genetic variation in Ashkenazi Jews by high density SNP genotyping. BMC Genetics 9: 14, 2008.

118. Gold B, Kirchhoff T, Stefanov S, Lautenberger J, Viale A, Garber J, Friedman E, Narod S, Olshen A, Gregersen P, Kosarin K, Olsh A, Bergeron J, Ellis NA, Klein R, Clark AG, Norton L, Dean M, Boyd J, Offit K. Genome-wide association study provides evidence for a breast cancer risk locus at 6q22.33. Proc Natl Acad Sci USA 105: 4340-4345, 2008.

119. Bonome T, Levine DA, Shih J, Randonovich M, Pise-Masison CA, Bogomolniy F, Ozbun L, Brady J, Barrett, JC, Boyd J, Birrer MJ. A gene signature predicting for survival in suboptimally debulked patients with ovarian cancer. Cancer Res 68: 5478-5486, 2008.

120. Dickler MN, Rugo HS, Eberle CA, Brogi E, Caravelli JF, Panageas KS, Boyd J, Yeh B, Lake DE, Dang CT, Gilewski TA, Bromberg JF, Seidman AD, D'Andrea GM, Moasser MM, Melisko M, Park JW, Dancey J, Norton L, Hudis CA. A phase II trial of erlotinib in combination with bevacizumab in patients with metastatic breast cancer. Clin Cancer Res 14: 7878-7883, 2008.

121. Berchuck A, Iverson ES, Luo J, Clarke JP, Horne H, Levine DA, Boyd J, Alonso MA, Secord AA, Bernardini MQ, Barnett JC, Boren T, Murphy SK, Dressman HK, Marks JR, Lancaster JM. Microarray analysis of early stage serous ovarian cancers shows profiles predictive of favorable outcome. Clin Cancer Res 15: 2448-2455, 2009.

122. Adams SF, Levine DA, Cadungog MG, Hammond R, Facciabene A, Olvera N, Rubin SC, Boyd J, Gimotty PA, Coukos G. Intraepithelial T cells and tumor proliferation: impact on the benefit from surgical cytoreduction in advanced serous ovarian cancer. Cancer 115: 2891-2902, 2009.

123. Dong X-Y, Guo P, Boyd J, Sun X, Li Q, Zhou W, Dong J-T. Implication of snoRNA U50 in human breast cancer. J Genet Genomics 36: 447-454, 2009.

124. Pothuri B, Leitao MM, Levine DA, Viale A, Olshen AB, Arroyo C, Bogomolniy F, Olvera N, Lin O, Soslow RA, Robson ME, Offit K, Barakat RR, Boyd J. Genetic analysis of the early natural history of ovarian carcinoma. PLoS ONE 5(4): e10358, 2010.

125. Ilson DH, Kelsen D, Sha M, Schwartz G, Levine DA, Boyd J, Capanu M, Miron B, Klimstra D. A phase II trial of erlotinib in patients with previously treated squamous cell and adenocarcinoma of the esophagus. Cancer 117: 1409-1414, 2011.

126. Allard J, Chandramouli G, Stagliano K, Hood B, Litzi T, Shoji Y, Boyd J, Berchuck A, Conrads T, Maxwell L, Risinger J. PSPHL as a candidate gene influencing racial disparities in endometrial cancer incidence and survival. Front Oncol 2: 65, 2012.

127. The Cancer Genome Atlas Network. Comprehensive genomic characterization of squamous cell lung cancers. Nature 489: 519-525, 2012.

128. The Cancer Genome Atlas Network. Integrative analysis of genomic and molecular alterations in clear cell renal cell carcinoma. Nature 499: 43-49, 2013.

129. Boyd J, Luo B, Peri S, Wirchansky B, Hughes L, Forsythe C, Wu H. Whole exome sequence analysis of serous borderline tumors of the ovary. Gynecol Oncol 130: 560-564, 2013.

130. The Cancer Genome Atlas Network. Comprehensive molecular profiling of lung adenocarcinoma. Nature 511: 543-550, 2014.

131. Hu X, Feng Y, Zhang D, Zhao SD, Greshock J, Hu Z, Zhang Y, Yang L, Wang L-P, Jean S, Li C, Katsaros D, Montone K, Tanyi JL, Lu Y, Boyd J, Nathanson KL, Li H, Mills GB, Zhang L. A functional genomic approach identifies *FAL-1* as an oncogenic long noncoding RNA that associates with BMI1 and represses p21 expression in human cancer. Cancer Cell 26: 344-357, 2014.

132. Barlin JN, Zhou QC, Leitao MM, Bisogna M, Olvera N, Shih KK, Jacobsen A, Schultz N, Tap WD, Hensley ML, Schwartz GK, Boyd J, Qin L-X, Levine DA. Molecular subtypes of uterine leiomyosarcoma and correlation with clinical outcome. Neoplasia 17: 183-189, 2015.

133. Yan X, Hu Z, Feng Y, Hu X, Yuan J, Zhao SD, Zhang Y, Yang L, Shan W, He Q, Fan L, Kandalaft LE, Tanyi JL, Li C, Yuan C-X, Zhang D, Yuan H, Hua K, Lu Y, Katsaros D, Huang Q, Montone K, Fan Y, Coukos G, Boyd J, Sood AK, Rebbeck T, Mills GB, Dang CV, Zhang L. Comprehensive genomic characterization of long non-coding RNAs across human cancers. Cancer Cell 28: 529-40, 2015.

134. The Cancer Genome Atlas Network. The molecular taxonomy of primary prostate cancer. Cell 163: 1011-1025, 2015.

135. The Cancer Genome Atlas Network. Comprehensive molecular characterization of papillary renal-cell carcinoma. N Engl J Med, 374: 135-145, 2016.

136. Ariazi EA, Taylor JC, Black MA, Nicolas E, Slifker, MJ, Azzam DJ, Boyd J. A new role for ERα: Silencing via DNA methylation of basal, stem cell, and EMT genes. Mol Cancer Res 15: 152-164, 2017.

137. Eritja N, Chen B-J, Rodriguez-Barrueco R, Santacana M, Gatius S, Vidal A, Marti MD, Ponce J, Bergada L, Teramian A, Encinas M, Ribera J, Reventos J, Boyd J, Villanueva A, Matias-Guiu X, Dolcet X, Lllobet-Nava, D. Autophagy orchestrates adaptive responses to targeted therapy in endometrial cancer. Autophagy 13: 608-624, 2017.

138. Kotsopoulos J, Willows K, Trat S, Kim RH, Bernardini M, Sun P, Narod SA, Boyd J, May T. BRCA mutation status is not associated with increased hematologic toxicity among patients undergoing platinum-based chemotherapy for ovarian cancer. Int J Gynecol Cancer 28: 69-76, 2018.

*Recent Abstracts*

Diaz Z, Lupi C, Madueno FMV, Roller BA, Brewster C, Wells A, Ordonez J, Suarez D, Paez M, Boyd J, Runowicz CD, Villalona-Calero MA. The MD CaREs initiative: Tailoring oncology education to ethnically diverse students. American Society for Clinical Oncology Annual Meeting, Chicago, IL; June, 2018.

Mehta A, Duran JL, Moore WC, Zaidi I, Rodriquez L, Mei X, Hardeen GD, Narasimhan G, Diaz Z, Wei Q, Boyd J. Genomic big data, storage challenges, and a hybrid solution. 26th Conference on Intelligent Systems for Molecular Biology, Chicago, IL; July, 2018.

*Reviews and Editorials*

139. Eling TE, Boyd JA, Reed GA, Mason RP, Sivarajah K. Xenobiotic metabolism by prostaglandin endoperoxide synthetase. Drug Metab Rev 14: 1023-1053, 1983.

140. Boyd JA, Eling TE. Metabolism of aromatic amines by prostaglandin H synthase. Environ Health Perspec 64: 45-52, 1985.

141. Boyd JA, Barrett, JC. Genetic and cellular basis of multistep carcinogenesis. Pharmacol Therap 46: 469-486, 1990.

142. Barrett JC, Boyd JA. Proliferation of anti-proliferation factors. Cancer Cells 2: 152-155, 1990.

143. Boyd JA, Barrett JC. Tumor suppressor gene function and the negative regulation of cell proliferation. Mol Carcinog 3: 325-329, 1990.

144. Boyd JA. The role of protein kinases in regulating proliferation. Comm Toxicol 4: 107-124, 1991.

145. Berchuck A, Kohler MF, Marks JR, Wiseman RW, Boyd J, Bast RC. The P53 tumor suppressor gene frequently is altered in gynecologic cancers. Am J Obstet Gynecol 170: 246-252, 1994.

146. Rowell S, Newman B, Boyd J, King M-C. Inherited predisposition to breast and ovarian cancer. Am J Hum Genet 55: 861-865, 1994.

147. Boyd J. Molecular medicine quietly comes of age. New opportunities in treatment of patients with breast cancer. Cancer 74: 2215-2217, 1994.

148. Friedman LS, Ostermyer EA, Lynch ED, Szabo CI, Anderson LA, Dowd P, Lee MK, Rowell SE, Boyd J, King M-C. The search for *BRCA1*. Cancer Res 54: 6374-6382, 1994.

149. Boyd J. *BRCA1*: More than a hereditary breast cancer gene? Nature Genet 9: 335-336, 1995.

150. Berchuck A, Boyd J. Molecular basis of endometrial cancer. Cancer 76: 2034-2040, 1995.

151. Boyd J. Molecular biology in the clinicopathologic assessment of endometrial carcinoma subtypes. Gynecol Oncol 61: 163-165, 1996.

152. Boyd J. BRCA2 as a low-penetrance cancer gene (letter). J Nat Cancer Inst 88: 1408-1409, 1996.

153. Bandera CA, Boyd J. The molecular genetics of endometrial carcinoma. Prog Clin Biol Res 396: 185-203, 1997.

154. Boyd J, Rubin SC. Hereditary ovarian cancer: molecular genetics and clinical implications. Gynecol Oncol 64: 196-206, 1997.

155. Randall TC, Boyd J. Genetics of gynecologic sarcomas. CME J Gynecol Oncol 2: 182-189, 1997.

156. Boyd J. Molecular genetics of hereditary ovarian cancer. Oncology (Huntingt.), 12: 399-406, 1998.

157. Boyd J, Narod SA. RE: Association between nonrandom X-chromosome inactivation and BRCA1 mutation in germline DNA of patients with ovarian cancer (letter). J Natl Cancer Inst 91: 1507-1508, 1999.

158. Boyd J. *BRCA*: The breast, ovarian, and other cancer genes (editorial). Gynecol Oncol 80: 337-340, 2001.

159. Robson ME, Boyd J, Borgen PI, Cody HS. Hereditary breast cancer. Curr Prob Surg 38: 377-480, 2001.

160. Narod SA, Boyd J. Current understanding of the epidemiology and clinical implications of BRCA1 and BRCA2 mutations for ovarian cancer. Curr Opin Obstet Gynecol 1: 19-26, 2002.

161. Modugno F, Boyd J, Baum A, Bigbee WL, Cramer D, Ferrell R, Gallion HH, Greene MH, Goldman P, Johnson KA, Junker B, Kuller L, Kurman RJ, Maihle N, Narod S, Ness RB, Risch H, Rodriguez G, Sadetzki S, Skates S, Stein M, Weissfeld JL. Ovarian cancer and high-risk women: implications for prevention, screening and early detection. Gynecol Oncol 91: 15-31, 2003.

162. Boyd J. Specific keynote: hereditary ovarian cancer: what we know. Gynecol Oncol 88: S8-S10, 2003.

163. Boyd J. Genetics of familial endometrial cancer: is there more to learn? J Clin Oncol 21: 4570-4573, 2005.

164. Boyd J. An animal model for gynecologic pathology. N Engl J Med 352: 2240-2242, 2005.

165. Boyd J. Whence epithelial ovarian carcinoma? Gynecol Oncol 109: 161-163, 2008.

166. Stany MP, Bonome T, Wamunyokoli F, Zorn K, Park DC, Hao K, Boyd J, Sood AK, Gershenson DM, Berkowitz RS, Mok SC, Birrer MJ. Classification of ovarian cancer: a genomic analysis. Adv Exp Med Biol 622: 23-33, 2008.

167. Boyd J. Origins of ovarian cancer: new insights (editorial). Expert Rev Obstet Gynecol 6: 111-113, 2011.

168. Boyd J. Genetic predisposition to breast cancer: the next chapters (editorial). Cancer 120: 932-934, 2014.

169. Ovarian Cancer Research Fund Alliance and Banbury Conference Writing Group. What women and their physicians need to know about the UKCTOCS study and ovarian cancer screening (editorial). Am Family Physician 93: 903-904, 2016.

170. Randall LM, Pothuri B, Swisher EM, Diaz, JP, Buchanan A, Witkop C, Powell B, Smith EB, Robson ME, Boyd J, Coleman RL, Lu K. Multidisciplinary summit on genetics services for women with gynecologic cancers: A Society for Gynecologic Oncology White Paper. Gynecol Oncol 146: 217-224, 2017.

171. Boyd J. A parallel model for breast cancer metastasis (letter to the editor). Breast Cancer Res Treat. https://doi.org/10.1007/s10549-017-4644-3, 2018.

*Book Chapters and Proceedings*

172. Eling TE, Boyd JA, Sivarajah K. Oxidation of chemical carcinogens by prostaglandin synthetase. In: Prostaglandins and Cancer: First International Conference, pp 113-122. Alan R Liss, New York, 1982.

173. Eling TE, Reed GA, Boyd JA, Krauss RS, Sivarajah K. Metabolism of chemical carcinogens by prostaglandin H synthase. In: Extrahepatic Drug Metabolism and Chemical Carcinogenesis (J Rydstrom, J Montelius, M Bengtsson, eds), pp 105-112. Elsevier, New York, 1983.

174. Eling TE, Reed GA, Krauss RS, Mason RP, Boyd JA. Metabolism of carcinogens by prostaglandin H synthase. In: Icosanoids and Cancer (H Thaler-Dao, A Crastes de Paulet, and R Paoletti, eds), pp 63-70. Raven Press, NY, 1984.

175. Eling TE, Boyd JA, Krauss RS, Mason RP. Metabolism of aromatic amines by prostaglandin H synthase. In: Biochemical Oxidation of Nitrogen in Organic Molecules (JW Gorrod, LA Damani, eds), pp 313-319. Ellis-Horwood, Chichester, England, 1985.

176. Boyd JA. Prostaglandin H synthase. In: Methods In Enzymology, Vol 186: Oxygen Radicals in Biological Systems (L Packer, LN Glazer, eds), pp 283-287. Academic Press, New York, 1990.

177. Barrett JC, Boyd JA, Jones CA, Annab LA, Hosoi J, Montgomery JC, Wiseman RW. Tumor suppressor genes as negative regulators of cell growth. In: Current Communications in Molecular Biology: Recessive Oncogenes and Tumor Suppression (W Cavenee, N Hastie, E. Stanbridge, eds), pp 11-18. Cold Spring Harbor Laboratory Press, New York, 1989.

178. Boyd J, Barrett JC. Tumor suppressor genes, growth regulation, and differentiation. In: The Status of Differentiation Therapy of Cancer, Vol 2 (S Waxman, GB Rossi, F Takaku, eds), pp 61-68. Raven Press, New York, 1991.

179. Boyd J, Barrett JC. Role of tumor suppressor genes in a multistep model of carcinogenesis. In: Boundaries between Promotion and Progression during Carcinogenesis (O Sudilovsky, HC Pitot, LA Liotta, eds), pp 183-196. Plenum Press, New York, 1991.

180. Hedrick L, Cho KR, Risinger JI, Boyd J, Vogelstein, B. The DCC gene product is a cell surface molecule involved in differentiation. Cold Spring Harbor Symp Quant Biol 57: 345-351, 1992.

181. Boyd J. Molecular genetic features of human endometrial carcinoma. In: Protooncogenes and Growth Factors in Steroid Hormone Induced Growth and Differentiation (GM Stancel, SA Khan, eds), pp 193-205, CRC Press, Boca Raton, 1993.

182. Boyd J. Oncogenes and tumor suppressor genes: potential in cancer therapy. In: Cancer Therapy into the Twenty-First Century, Vol 1. Molecular and Immunologic Approaches (BE Huber, BI Carr, eds), pp 3-38. Futura Publishing Co., Mount Kisco, 1994.

183. Boyd J. Molecular genetics of ovarian carcinoma. In: New Achievements in Research of Ovarian Function. Frontiers in Endocrinology, Vol. 13 (S Fujimoto, AJW Hsueh, JF Strauss III, T Tanaka, eds), pp 325-332. Ares-Serona Symposia Publications, Rome, 1995.

184. Huff JE, Boyd J, Barrett JC (eds). Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences. John Wiley and Sons, New York, 1996.

185. Huff JE, Boyd J, Barrett JC. Hormonal carcinogenesis and environmental influence: background and overview. In: Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences (JE Huff, J Boyd, JC Barrett, eds), pp 3-24. John Wiley and Sons, New York, 1996.

186. Boyd, J. Estrogen as a carcinogen: genetics and molecular biology of human endometrial carcinoma. In: Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences (JE Huff, J Boyd, JC Barrett, eds), pp 151-174. John Wiley and Sons, New York, 1996.

187. Behbakht K, Boyd J. Estrogen and progesterone receptors in human endometrial cancer. In: Estrogens, Progestins, and their Antagonists, Vol. 2 (E Pavlik, ed), pp. 169-188. Birkhauser, Boston, 1996.

188. Berchuck A, Evans AC, Boyd J. Alterations of oncogenes and tumor suppressor genes in endometrial cancer. In: Biology of Female Cancers (SP Langdon, WR Miller, A Berchuck, eds), pp. 205-217. CRC Press, Boca Raton, 1997.

189. Boyd, J. Overview: The genetics of ovarian cancer. In: Ovarian Cancer 5 (F Sharp, T Blackett, J Berek, R. Bast, eds), pp. 3-16. Isis Medical Media, Ltd, Oxord, UK, 1998.

190. Boyd J. Basic science in gynaecological cancer. In: Essentials of Gynaecological Cancer (F Lawton, M Friedlander, G Thomas, eds), pp. 15-39. Chapman and Hall Medical, London, 1998.

191. Boyd J. Molecular genetics of gynecologic cancers. In: Synopsis of Gynecologic Oncology, 5th Ed. (CP Morrow, JP Curtin, eds), pp. 515-536. Churchill Livingstone, New York, 1998.

192. Boyd J. Molecular carcinogenesis. In: Environmental and Occupational Medicine, Third Edition (WN Rom, ed), pp. 155-165. Lippincott-Raven, Philadelphia, 1998.

193. Boyd J. Molecular carcinogenesis. In: Molecular Biology in Reproductive Medicine (BCJM Fauser, ed), pp. 103-130. Parthenon Publishing, New York, 1999.

194. Boyd J, Hamilton TC, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 3rd Edition (WJ Hoskins, CA Perez, RC Young, eds), pp. 103-128. Lippincott Williams & Wilkens, Philadelphia, 2000.

195. Boyd J. Molecular genetics of hereditary ovarian cancer. In: Ovarian Cancer, 2nd Edition (SC Rubin, GP Sutton, eds), pp. 3-17. Lippincott Williams & Wilkens, Philadelphia, 2001.

196. Boyd J. Genetics of hereditary gynecologic cancers. In: Atlas of Cancer (M Markman, ed), pp. 39-44. Current Medicine, Philadelphia, 2003.

197. Boyd J. Molecular carcinogenesis. In: Reproductive Medicine. Molecular, Cellular and Genetic Fundamentals (BCJM Fauser, ed), pp. 91-118. Parthenon Publishing, New York, 2003.

198. Boyd J. Hereditary gynecologic cancer syndromes. In: Gynecologic Cancer: Controversies in Management (DM Gershenson, M Gore, WP McGuire, M Quinn, G Thomas, eds), pp. 833-846. Elsevier Science, Philadelphia, 2004.

199. Boyd J, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 4th Edition (WJ Hoskins, RC Young, M Markman, CA Perez, R Barakat, M Randall, eds), pp. 93-122. Lippincott Williams & Wilkens, Philadelphia, 2005.

200. Balkwill FR, Ashworth A, Bast RC, Berek JS, Boyd J, Disis ML, Gabra H, Gore ME, Hamilton TC, Jacobs IJ, Kaye SB, Kohn EC, Mills GB, Urban ND. 10th Bienniel Helene Harris Memorial Trust meeting.  Cancer Res 66: 2904-2906, 2006.

201. Ashworth A, Balkwill FR, Bast RC, Berek JS, Kaye A, Boyd J, Mills G, Weinstein JN, Woolley K, Workman P. Opportunities and challenges in ovarian cancer research: A perspective from the 11th Ovarian Cancer Action/HHMT Forum, Lake Como, March 2007. Gynecol Oncol 108:652-657, 2008.

202. Levine DA, Kauff ND, Boyd J. Genetics of hereditary gynecologic cancers. In: Atlas of Cancer, 2nd Edition (M Markman, ed), pp. 46-53.  Current Medicine Group, Philadelphia, 2008.

203.  Kitchener HC, Trimble EL; Endometrial Cancer Working Group of the Gynecologic Cancer Intergroup (76 authors). Endometrial cancer state of the science meeting. Int J Gynecol Cancer 19: 134-140, 2009.

204.  Boyd J, Risinger JI, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 5th Edition (M Markman, R Barakat, M Randall, eds), pp. 85-112. Lippincott Williams & Wilkens, Philadelphia, 2009.

205.  Boyd J. Targeted therapies: the future of cancer care. Coping with Cancer. p. 40. Nov/Dec, 2011.

206.  Morgan M, Boyd J, Drapkin R, Seiden MV. Cancers arising in the ovary. In: Abeloff's Clinical Oncology, 5th Edition (JE Niederhuber, JO Armitage, JH Doroshow, MB Kastan, JE Tepper, eds), pp. 1592-1613. Elsevier, Philadelphia, 2014.

207.  Gunderson CC, Boyd J, O'Malley DM. Highlights from the Society of Gynecologic Oncology 2015 Annual Meeting on Women's Cancer. Gynecol Oncol 138: 3-6, 2015.

# EXHIBIT B

<u>Testifying History for Jeff Boyd, Ph.D.</u>

**University of Miami v. Agency for Health Care Administration and Baptist Hospital of Miami, Inc.**
State of Florida Division of Administrative Hearings
Case No. 16-001698CON

**University of Miami v. Baptist Hospital of Miami, Inc., and Agency for Health Care Administration**
State of Florida Division of Administrative Hearings
Case No. 17-005301CON

Exhibit Z

Jeffrey A. Boyd, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


IN RE: JOHNSON &          )
JOHNSON TALCUM POWDER  )
PRODUCTS MARKETING     )
SALES PRACTICES AND    )   MDL 16-2738
PRODUCT LIABILITY      )   (FLW)(LHG)
LITIGATION             )
_____  )
THIS DOCUMENT          )
PERTAINS TO ALL CASES  )


MONDAY, APRIL 8, 2019

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -


        Videotaped deposition of Jeffrey A.

Boyd, Ph.D., held at the offices of Shook,

Hardy & Bacon LLP, 201 South Biscayne

Boulevard, Suite 3200, Miami, Florida,

commencing at 9:03 a.m., on the above date,

before Carrie A. Campbell, Registered

Diplomate Reporter and Certified Realtime

Reporter.




- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Jeffrey A. Boyd, Ph.D.

Page 2

A P P E A R A N C E S :

RESTAINO LAW LLC
BY: JOHN M. RESTAINO, JR., DPM, JD, MPH
JRestaino@RestainoLLC.com
130 Forest Street
Denver, Colorado 80220
(303) 839-8000

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
BY: MARGARET M. THOMPSON, MD, JD, MPAFF
Margaret.Thompson@BeasleyAllen.com
JENNIFER K. EMMEL
Jennifer.Emmel@BeasleyAllen.com
218 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343

NAPOLI SHKOLNIK PLLC
BY: ALASTAIR J.M. FINDEIS
afindeis@napolilaw.com
400 Broadhallow Road, Suite 305
Melville, New York 11747
(631) 224-1133

THE WHITEHEAD LAW FIRM
BY: C. MARK WHITEHEAD III, MD, JD
cmw@whiteheadfirm.com
2020 North Bayshore Drive, Suite 3706
Miami, Florida 33137
(305) 962-0992
Counsel for Plaintiffs

DRINKER BIDDLE & REATH LLP
BY: SUSAN M. SHARKO
Susan.Sharko@dbr.com
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000

and

Page 3

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
BY: JESSICA D. MILLER
jessica.miller@skadden.com
1440 New York Avenue N.W.
Washington, DC 20005
(202) 371-7000
Counsel for Defendant Johnson &
Johnson

SEYFARTH SHAW LLP
BY: REBECCA WOODS
rwoods@seyfarth.com
975 F Street, N.W.
Washington, DC 20004
(202) 463-2400
Counsel for Defendant Personal Care
Products Council

TUCKER ELLIS, LLP
BY: MICHAEL ANDERTON
michael.anderton@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 592-5000
Counsel for PTI Union, LLC and PTI
Royston, LLC

V I D E O G R A P H E R :
DEVYN MULHOLLAND,
Golkow Litigation Services

– – –

Page 4

INDEX
PAGE

APPEARANCES.................................  2
EXAMINATIONS
   BY MR. RESTAINO............................  8
   BY MS. MILLER.............................. 351
   BY MR. RESTAINO........................... 352

EXHIBITS
No.   Description               Page
Boyd 1   Notice of Oral and Videotaped     11
         Deposition of Jeff Boyd, PhD,
         and Duces Tecum
Boyd 2   Defendants' Response to           11
         Plaintiffs' Document Requests
         Contained in Notice of Oral and
         Videotaped Deposition of Jeff
         Boyd, PhD, and Duces Tecum
Boyd 3   Testifying History for Jeff       13
         Boyd, Ph.D.

Boyd 4   Curriculum Vitae of Jeff Boyd,    20
         Ph.D.
Boyd 5   Expert Report of Jeff Boyd,       36
         PhD, for General Causation
         Daubert Hearing
Boyd 6   "Hormonal Carcinogenics and      119
         Environmental Influences:
         Background and Overview," Huff,
         et al.

Boyd 7   "Genes, environment, and "bad    156
         luck," explaining risk in a
         statistical sense," Nowak, et
         al.

Page 5

Boyd 8   "Substantial Contribution of     162
         Extrinsic Risk Factors to
         Cancer Development," Wu, et al.

Boyd 9   Correspondence with Dr. Boyd     169
         from Dr. Emmel
Boyd 10  "Serum C-Reactive Protein as     175
         Independent Prognostic Variable
         in Patients with Ovarian
         Cancer," Hefler, et al.

Boyd 11  "Inflammation and cancer: Back   180
         to Virchow," Balkwill
Boyd 12  "Possible Role of Ovarian        186
         Epithelial Inflammation in
         Ovarian Cancer," Ness, et al.
Boyd 13  "Pre-diagnostic serum levels of  214
         inflammation markers and risk
         of ovarian cancer in the
         Prostate, Lung, Colorectal and
         Ovarian Cancer (PLCO) Screening
         Trial," Trabert, et al.

Boyd 14  "The Hallmarks of Cancer,"       217
         Hanahan
Boyd 16  "Say No to DMSO:                 234
         Dimethylsulfoxide Inactivates
         Cisplatin, Carboplatin and
         Other Platinum Complexes,"
         Hall, et al.
Boyd 17  "Correlative polarizing light    256
         and scanning electron
         microscopy for the assessment
         of talc in pelvic region lymph
         nodes," McDonald, et al.
Boyd 18  "Molecular Basis Supporting the  269
         Association with Talcum Powder
         Use with Increased Risk of
         Ovarian Cancer," Fletcher, et
         al.

Golkow Litigation Services - 877.370.DEPS

Jeffrey A. Boyd, Ph.D.

**Page 6**

Boyd 19  GYN-18-1020: Final Decision    274
        Letter to Dr. Saed

Boyd 20  Mg3Si2O5(OH)4              283

Boyd 21  "Identifying postmenopausal   299
        women at elevated risk for
        epithelial ovarian cancer,"
        Urban, et al.

Boyd 22  "Role of CA125 in predicting   303
        ovarian cancer survival -a
        review of the epidemiological
        literature," Gupta, et al.

Boyd 23  "Tumor-associated             307
        autoantibodies as early
        detection markers for ovarian
        cancer? A prospective
        evaluation," Kaaks, et al.

Boyd 24  "Ovarian cancer screening and  310
        mortality in the UK
        Collaborative Trial of Ovarian
        Cancer Screening (UKCTOCS): A
        randomised controlled trial,"
        Jacobs, et al.

Boyd 25  "Early Detection of Ovarian    314
        Cancer," Elias, et al.

Boyd 26  "The MPO-463 G> A polymorphism  326
        and cancer risk:  A
        meta-analysis based on 43
        case-control studies," Chu, et
        al.

Boyd 27  "Opportunities and challenges  344
        in ovarian cancer research, a
        perspective from the 11th
        Ovarian cancer action-HHMT
        Forum, Lake Como, March 2007,"
        Gynecologic Oncology

**Page 7**

```
 1        VIDEOGRAPHER:  We are on the
 2   record.  My name is Devyn Mulholland.
 3   I'm a videographer with Golkow
 4   Litigation Services.
 5        Today's date is April 8, 2019.
 6   The time is 9:03 a.m.
 7        This video deposition is being
 8   held in Miami, Florida, in the matter
 9   of talcum powder litigation.
10        The deponent is Jeff Boyd,
11   Ph.D.
12        Counsel will be noted on the
13   stenographic record.
14        The court reporter is Carrie
15   Campbell, who will now swear in the
16   witness.
17
18        JEFFREY A. BOYD, Ph.D.,
19   of lawful age, having been first duly sworn
20   to tell the truth, the whole truth and
21   nothing but the truth, deposes and says on
22   behalf of the Plaintiffs, as follows:
23
24
25
```

**Page 8**

```
 1            DIRECT EXAMINATION
 2   QUESTIONS BY MR. RESTAINO:
 3        Q.   Good morning, Dr. Boyd.
 4        A.   Good morning.
 5        Q.   Before the deposition started,
 6   I introduced myself, but for the record, my
 7   name is John Restaino.  And stating the
 8   obvious, I'm representing the plaintiffs in
 9   this litigation.
10            It's my understanding that
11   you've had your deposition taken at least
12   twice before; is that correct?
13        A.   Yes.
14        Q.   So you're vaguely aware of the
15   rules that we'll be operating under today; is
16   that correct?
17        A.   Yes.
18        Q.   Okay.  In essence, this is not
19   a memory test, so if you need to refer to a
20   document, it's open book.
21            It's not a physical test, so
22   we'll try to take a take break about every
23   hour, hour and 15 minutes or so.  However, in
24   between breaks, if you need to take a break
25   for whatever reason, assuming there isn't a
```

**Page 9**

```
 1   question pending, just let us know and we'll
 2   accommodate that.
 3        A.   Thank you.
 4        Q.   Understand?
 5            There are times when, based
 6   upon my question -- this is extremely rare --
 7   but Jessica may object to my questions,
 8   because usually my questions are perfect.
 9   That's -- unless counsel instructs you not to
10   answer, it's the lawyers, in essence,
11   protecting the record for each perspective.
12            I don't get to say "objective,"
13   {sic} but if I ask you a particular question
14   and then I don't think you answered my
15   question, I may say "move to strike as
16   unresponsive."  I'm not being rude.  Once
17   again, we're making the record.
18            Do you understand?
19        A.   Yes.
20        Q.   Okay.  And with that, so far
21   we're off to a good start.  There's the
22   lovely lady to your right, my left, and she's
23   going to try to take down everything that we
24   each say.
25            If two individuals are talking
```

Jeffrey A. Boyd, Ph.D.

Page 10

1    at a bar, having a drink, it's very common to
2    step on each other's lines.  Not being rude,
3    just normal discourse, but it'll make her
4    life a little tougher.  So if you try to
5    listen for the question mark at the end of my
6    questions, and I'll try to listen to the
7    period.  And if I step on your answer, it's
8    not intentional and I'll apologize, but let's
9    try to keep it clean for her.
10       Make sense?
11       A.   Fair enough.
12       Q.   If I ask you a question and you
13   answer it, we will assume you understood the
14   question.  So therefore, if you don't
15   understand the question, please let me know,
16   and I'll try to rephrase it in a more
17   understandable manner.
18       Understood?
19       A.   Yes.
20       Q.   And no one in the room wants
21   you to guess today, though there may be times
22   when an estimate is in order.  And I'm not
23   going to insult your intelligence as to the
24   difference between a guess and an estimate.
25   I'm sure you know that.

Page 11

1        So in essence, no guessing
2    today.  Just if you're not sure, just let us
3    know or give us your best estimate.
4        Do you understand that?
5        A.   Yes.
6        Q.   Before the deposition started,
7    I premarked a couple of exhibits to save a
8    little bit of time.  And the first one is the
9    notice of your deposition.  And I'm going to
10   hand you this now.
11       (Boyd Exhibits 1 and 2 marked
12   for identification.)
13   QUESTIONS BY MR. RESTAINO:
14       Q.   And, Dr. Boyd, have you seen
15   this before?
16       A.   I don't remember seeing it, no.
17       Q.   Okay.  In response to it, and
18   it might be a little easier to go along, the
19   attorneys for Johnson & Johnson has filed a
20   response to that.  And glance through it.
21   Not only are there responses, but if you see
22   on the third to last page there's
23   supplemental materials considered on this
24   form here.  I'm going to hand them -- sorry.
25       MS. MILLER:  Yeah, I was going

Page 12

1    to say, he doesn't have those
2    responses.
3        MR. RESTAINO:  Yeah.
4    QUESTIONS BY MR. RESTAINO:
5        Q.   And if you notice again, on the
6    third to last page there's some other
7    documents that are attached to this which
8    I've marked -- this is the Johnson &
9    response to the notice, production-marked as
10   number 2, and there's a supplemental
11   materials considered, and the page after that
12   a correspondence from you to a Jessica
13   Miller, and then on the last page an invoice
14   with a redaction in the center.
15       Do you see that, sir?
16       A.   Yes.
17       Q.   And have you seen this before?
18       A.   Yes.
19       Q.   Okay.  When did you see this,
20   other than this morning?
21       A.   Well, if we go back to the
22   third from last page, we -- I looked at this
23   briefly yesterday afternoon.
24       Q.   Okay.
25       A.   And, of course, the invoice and

Page 13

1    the accompanying documentation underlying the
2    invoice, I obviously saw it on or about
3    February 25th.
4        Q.   Okay.  And you said that if we
5    go back to the third from last page, "I
6    looked at this briefly yesterday afternoon."
7    And this is a supplemental materials
8    considered, correct?  On the third to last
9    page?
10       A.   Yes, you've read it correctly.
11       Q.   Did you type this up?
12       A.   No.
13       Q.   Do you know who typed it up?
14       A.   No.
15       Q.   Have you, in fact, reviewed the
16   documents that are listed on this page?
17       A.   At least in very cursory
18   fashion, yes.
19       Q.   Each and every one of them?
20       A.   Yes.
21       (Boyd Exhibit 3 marked for
22   identification.)
23   QUESTIONS BY MR. RESTAINO:
24       Q.   I'm also going to mark -- or I
25   have marked as number 3 the testifying

4 (Pages 10 to 13)

Page 14

1    history for Jeff Boyd, Ph.D.
2         Have you seen this before?
3    A.   Yes.
4    Q.   And is that accurate?
5         MS. MILLER: So I would like to
6    just say something because obviously
7    my paralegal typed this up, and she
8    should have put within the last -- she
9    should have specified within how many
10   years. I mean, this was done pursuant
11   to the Federal Rules.
12        I just didn't want it to
13   suggest that it's the full testifying
14   history.
15        MR. RESTAINO: Let the record
16   denote that, and I assumed that.
17        MS. MILLER: Okay.
18        MR. RESTAINO: Thank you,
19   Jessica.
20   QUESTIONS BY MR. RESTAINO:
21   Q.   Is that accurate for your
22   deposition in the last four years?
23   A.   My testifying history?
24   Q.   Yes.
25   A.   Yes.

Page 15

1    Q.   The first one, University of
2    Miami versus Agency for Health Care
3    Administration and Baptist Hospital of Miami,
4    Inc., what were the underlying facts of that
5    case, if you recall?
6    A.   The Miami Cancer Institute and
7    Baptist Hospital of Miami, Inc., were filing
8    a certificate of need for a bone marrow
9    transplant unit at the Miami Cancer Institute
10   through the Florida Department of Health or
11   the Agency for Health Care Administration. I
12   think they're closely linked, to the best of
13   my knowledge. And the state, the agency, the
14   Florida Agency for Health Care
15   Administration, the Florida Department of
16   Health, to the best of my knowledge, in a CON
17   case, granted or allowed the certificate of
18   need, thus allowing us to establish a bone
19   marrow transplant unit at the Miami Cancer
20   Institute.
21        And to the best of my
22   knowledge, the University of Miami,
23   specifically the Sylvester Cancer Center,
24   took issue with Miami Cancer Institute having
25   a bone marrow transplant unit because they

Page 16

1    had one as well and so sought to prevent the
2    development of the aforementioned bone marrow
3    transplant unit at the Miami Cancer Institute
4    with some type of -- some type of legal suit,
5    for lack of a better term.
6    Q.   Okay.
7    A.   Which landed us in what I
8    recall as an administrative-type litigation
9    as opposed to, for example, a criminal or --
10   Q.   Understood.
11   A.   -- some other type.
12        And we were deposed and
13   appeared before an administrative court judge
14   in Tallahassee.
15   Q.   When you're saying "we," were
16   you a witness, a party or an expert or
17   something else in that litigation?
18   A.   I would have to say this being
19   a very new kind of litigation to me, I would
20   have classified myself -- I seem tongue --
21   tongue-tied this morning, I'm sorry -- as a
22   witness.
23   Q.   Okay. Essentially the same
24   thing for the second one, the -- again, I see
25   a State of Florida Division of Administrative

Page 17

1    hearings, so similar type of hearing?
2    A.   It was basically a ditto.
3    Q.   Okay.
4    A.   We lost, "we" being Miami
5    Cancer Institute, Baptist Hospital, the first
6    case.
7         Lather, rinse, repeat. We
8    filed another CON that was approved by the
9    State. University of Miami sued. Went back
10   to the administrative court with a different
11   judge, and he ruled in our favor.
12   Q.   And you had a similar --
13   A.   We now have a bone marrow
14   transplant unit at the Miami Cancer
15   Institute.
16        I'm sorry for interrupting you.
17   Q.   And I'm sorry for interrupting
18   you.
19        And essentially the same role
20   in the second proceeding, as a witness?
21   A.   Yes.
22   Q.   Okay. Now, my understanding is
23   you're charging $600 an hour for the document
24   type of review in this litigation?
25   A.   Yes.

5 (Pages 14 to 17)

Jeffrey A. Boyd, Ph.D.

Page 18

1    Q.    And you're charging $1,200 per
2  hour for deposition and other testimony?
3    A.    Yes.
4    Q.    When is the last time, if ever,
5  you've been an expert witness in a
6  litigation?
7    A.    Other than for my employer?
8    Q.    Yes.
9    A.    And here we're going to get
10  into the realm of an estimate, I guess.  It
11  would have been the late '90s, early 2000s.
12    Q.    Okay.  Were you charging $1,200
13  an hour for deposition testimony then?
14    A.    My memory is that I was
15  charging 400, 800.
16    Q.    Okay.  When did you start
17  charging $1,200 an hour?
18    A.    Well, at the beginning of this
19  proceeding.
20    Q.    Okay.  Today we're going to be
21  here, and as you'll probably hear several
22  times, attorneys from both sides will be
23  asking the videographer how much time is on
24  the tape, because by the Federal Rules we get
25  seven hours of questioning.  So you will be

Page 19

1  charging Johnson & Johnson the $1,200 for
2  those seven hours?
3    MS. MILLER:  Objection.
4  QUESTIONS BY MR. RESTAINO:
5    Q.    $1,200 an hour for those seven
6  hours?
7    MS. MILLER:  Objection.
8    THE WITNESS:  Again, I'm sorry,
9    I don't do this a lot.  My
10    understanding is that I send an
11    invoice to Ms. Miller, and the one
12    time I've done it, I received a check
13    from Skadden.
14    I honestly don't know how money
15    changes hands in these circumstances,
16    but I will be submitting -- I'm sorry,
17    I will be submitting an invoice to
18    Ms. Miller.
19  QUESTIONS BY MR. RESTAINO:
20    Q.    Okay.  And the last page of
21  Exhibit 2, I believe, is the invoice between
22  December 18th and February 21st; is that
23  correct?
24    A.    It is an invoice for the period
25  between December 18th and February 21st,

Page 20

1  correct.
2    Q.    Another one of those estimate
3  questions.  Can you estimate for us the
4  number of hours you have now between February
5  21st and April 7th?
6    MS. MILLER:  Remember not to
7    guess.
8    THE WITNESS:  I think a
9    reasonable estimate would be somewhere
10    between 70 and 100 hours.
11  QUESTIONS BY MR. RESTAINO:
12    Q.    Okay.  And because that's for
13  document review, that would be at the
14  $600-an-hour rate?
15    A.    Yes.
16    (Boyd Exhibit 4 marked for
17    identification.)
18  QUESTIONS BY MR. RESTAINO:
19    Q.    Okay.  I've now marked as
20  Plaintiff 4 the version of your CV that we've
21  received.
22    To the best of your knowledge,
23  is that a current CV?
24    A.    As of February the 4th, 2019,
25  it would certainly have been an accurate,

Page 21

1  up-to-date CV.
2    Q.    And I will represent to you
3  that I have not added nor taken anything out
4  of your CV.
5    A.    Thank you.
6    Q.    And I'm sorry, Doctor, you said
7  that it was current as of February 4th.
8    As you sit here today, is there
9  anything that's been -- that needs to be
10  added or any publication that's coming out
11  that's specifically germane to talc,
12  inflammation, ovarian cancer, the reason why
13  we're here?
14    Anything new that will be
15  coming out?
16    MS. MILLER:  Objection.
17    THE WITNESS:  No.
18  QUESTIONS BY MR. RESTAINO:
19    Q.    Okay.  You understood that
20  question?
21    Because that wasn't a great
22  question.
23    MS. MILLER:  That's why I
24  objected.
25    MR. RESTAINO:  Yeah.  Let the

6 (Pages 18 to 21)

Jeffrey A. Boyd, Ph.D.

Page 22

1    record denote that's the first time.
2         MS. MILLER:  Are you keeping a
3    count today?
4         THE WITNESS:  I understood the
5    question.
6    QUESTIONS BY MR. RESTAINO:
7         Q.   Okay.
8         A.   And I stand behind my answer.
9         Q.   Now, prior to the deposition
10   started, there was a little bit of a
11   communication or discussion between yourself
12   and Dr. Jennifer Emmel sitting to my right.
13        Do you recall meeting with
14   Dr. Emmel before?
15        A.   No.
16        Q.   Do you have -- if you met with
17   an attorney in, say, March of 2017, would you
18   keep records of any notes that you took?
19        A.   Well, that's very hard to say
20   because I don't remember meeting with an
21   attorney in March of 2017.
22        Q.   Okay.  Fair enough.  If you
23   don't remember, you don't remember.
24        MS. MILLER:  We seem to be
25   having this issue arise multiple

Page 23

1    times.
2    QUESTIONS BY MR. RESTAINO:
3         Q.   If we look at the -- your
4    response, so Exhibit 2, I believe, you see
5    that there's specific requests.  And I'm not
6    going to spend a lot of time going through
7    it, but if you start off with Request
8    Number 3, your complete file or files.
9         Do you have a file in this
10   litigation, and if so, have you previously
11   produced it to your counsel?
12        MS. MILLER:  Wait a minute.
13   We're not his counsel.  We're J&J's
14   counsel.  So...
15   QUESTIONS BY MR. RESTAINO:
16        Q.   Let me rephrase that by saying
17   have you previously produced it to counsel
18   for J&J, representing J&J here today?
19        A.   I'm sorry, but that was a very
20   long question, statement.
21        Q.   Yeah, let me just reask it.
22        A.   Can we just start over, please?
23        Q.   Of course.
24        A.   Perhaps parse the -- I'm sorry,
25   perhaps parse the questions?

Page 24

1         Q.   In the request to produce, if
2    you look at number 3, Request to Produce
3    Number 3 --
4         A.   Number 3 what?
5         Q.   On the request to produce,
6    which is on Exhibit Number 2.  And so you
7    have to turn to --
8         A.   What is number 3 in Exhibit
9    Number 2, please?
10        MS. MILLER:  Wait.  So here you
11   go, Doctor.  There's stickies at the
12   bottom of the page.  That's Exhibit 2.
13        THE WITNESS:  Yes.
14        MS. MILLER:  And he wants you
15   to go to request -- this is just all
16   like legal garble.  It's mumbo jumbo.
17   And he wants you to --
18        THE WITNESS:  I'm just not sure
19   what number 3 means.  I'm sorry.
20        MS. MILLER:  Request Number 3.
21        THE WITNESS:  Okay.  So I'm on
22   the page.
23   QUESTIONS BY MR. RESTAINO:
24        Q.   Okay.  And it asks for your
25   complete file or files related to the work

Page 25

1    done.
2         Have you previously produced to
3    counsel for Johnson & Johnson your file or
4    files in this regard?
5         A.   Again, could you repeat the
6    question, please?
7         Q.   Request Number 3 asks for a
8    copy of your complete file or files related
9    to work on -- concerning talcum powder
10   litigation, talcum powder products or talc in
11   general.
12        Have you produced any such
13   files?
14        A.   No.
15        Q.   Are there files that you have
16   back at your office?
17        A.   Pertaining to Request Number 3?
18        Q.   Yes.
19        A.   No.
20        Q.   Are there files anywhere else?
21        A.   No.
22        Q.   The reason I'm confused is
23   because I asked you if you've produced a copy
24   of your complete file or files to counsel for
25   Johnson & Johnson, and your answer was no.

7 (Pages 22 to 25)

Jeffrey A. Boyd, Ph.D.

Page 26

1      A.    Let's back up a little bit,
2  please.
3            First of all, I have two
4  offices, I have a study at home, and I have
5  no files at either work-related office or in
6  my study at home related to this matter.
7      Q.    Okay.
8            MS. MILLER:  I think he was
9      saying he didn't produce anything
10     because he didn't have anything.
11     I assume that's what you were
12     saying.  That's how I understood it.
13          THE WITNESS:  I don't have
14     anything.  Certainly I keep records of
15     the time spent researching in order to
16     provide an accurate invoice, but other
17     than that, I have no files.
18  QUESTIONS BY MR. RESTAINO:
19     Q.    Okay.  Fair enough.
20          If you go down now to Request
21  Number 7, and there it's asking for articles,
22  papers and/or scientific, technical
23  publications written, prepared and/or
24  presented by you or in which you participated
25  in writing, preparing or presenting that

Page 27

1  relate or concern talcum powder products,
2  talc and talcum powder.
3            And if there are any such
4  publications, articles, papers, have you
5  previously produced them to counsel for
6  Johnson & Johnson?
7            MS. MILLER:  Objection.
8      There's a couple of questions embedded
9      in there.  It might be better to first
10     ask him if he has them and then if
11     he's produced them, because I think
12     that created a little bit of confusion
13     on the last round of questions.
14  QUESTIONS BY MR. RESTAINO:
15     Q.    Okay.  Doctor, as per Request
16  Number 7, do you have any "articles, papers,
17  scientific and/or technical publications
18  written, prepared and/or presented by you or
19  in which you participated in writing,
20  preparing or presenting that relate or
21  concern talcum powder products, talc and/or
22  talcum powder"?
23     A.    My expert report.
24     Q.    Okay.  And that would be the
25  totality of it?

Page 28

1      A.    Yes.
2      Q.    Okay.  And I can skip a few
3  more.
4            If you skip down to Request
5  Number 15, and I'll wait for you to get
6  there.  "All documents related to
7  communications with employees,
8  representatives, editors, or reviewers of any
9  scientific or medical journal which discuss
10  talcum powder products, talc and/or talcum
11  powder."
12          Are there any such documents?
13     A.    No.
14     Q.    And number 17 is "any slide
15  decks" --
16          "Slide decks," old term.
17     A.    It's a colloquialism.
18     Q.    Back in the day.
19          -- "outlines, presentations or
20  other materials you've created or utilized in
21  connection with any presentation on talcum
22  powder, talc, and/or talcum powder products."
23          Do any of those exist?
24     A.    No.
25     Q.    And can we just have a general

Page 29

1  understanding sitting here in 2019 that slide
2  decks would also consider like PowerPoint
3  presentations?
4      A.    That's how I refer to my
5  PowerPoint presentations, yes.
6      Q.    You give presentations at
7  medical and/or scientific society meetings or
8  programs?
9      A.    Yes.
10     Q.    Do you show up with that little
11  round carousel of slides anymore, or do you
12  show up with a PowerPoint?
13     A.    A, not for a long time; and B,
14  yes.
15     Q.    Okay.  If we go to the back of
16  your Exhibit 2 and point out the supplemental
17  materials that were considered, that I
18  believe you testified to that you saw
19  yesterday.
20     A.    Yes.
21     Q.    Okay.  The first one is
22  deposition of Benjamin Neel.
23          Do you know who Dr. Neel is?
24     A.    Yes.
25     Q.    And that's N-e-e-l.

8 (Pages 26 to 29)

Jeffrey A. Boyd, Ph.D.

Page 30

1        Prior to this litigation, did
2  you know Dr. Benjamin Neel?
3        MS. MILLER:  Objection.
4        THE WITNESS:  I still...
5        MS. MILLER:  What do you mean
6  by "know"?  I mean, that's why I
7  objected to the question.
8        Do you mean know or know of?
9        MR. RESTAINO:  Know.
10       MS. MILLER:  Okay.
11       THE WITNESS:  K-n-o-w?
12       MS. MILLER:  Objection.
13       MR. RESTAINO:  I'm sorry?
14       THE WITNESS:  K-n-o-w?
15       MR. RESTAINO:  Please.
16       MS. MILLER:  I'm still
17  objecting to that because I don't know
18  what it means.
19  QUESTIONS BY MR. RESTAINO:
20       Q.   If you saw Benjamin Neel at an
21  upcoming meeting, is it someone that you
22  would walk to and say, "Ben, how you doing?"
23  and shake his hand?
24       A.   No.
25       Q.   Okay.  Do you know of

Page 31

1  Dr. Benjamin Neel in the professional sense?
2        A.   Yes.
3        Q.   And you read his deposition and
4  their exhibits?
5        A.   Yes.
6        Q.   And also on number 7 on that
7  list is the expert report.
8        Did you read the expert report
9  of Dr. Benjamin Neel in its totality?
10       MS. MILLER:  Objection.
11       THE WITNESS:  Yes.
12  QUESTIONS BY MR. RESTAINO:
13       Q.   The number 2 on the list is a
14  Cheryl, and the last name is S-a-e-n-z, and
15  I'm not sure how it's pronounced.
16       A.   Saenz.
17       Q.   Do you know Cheryl Saenz in the
18  sense of walking up to her, shaking her hand,
19  saying "hi"?
20       A.   Yes.
21       Q.   Okay.  And how do you know her?
22       A.   I've known her for many years
23  when she was a GYN oncology fellow at the
24  Memorial Sloan Kettering Cancer Center.
25  Well, she and indeed all of the GYN oncology

Page 32

1  fellows at the center completed their
2  mandatory two years of research training in
3  my laboratory, and that's when I first met
4  Dr. Saenz.
5        Q.   Okay.  And number 9 is the
6  expert report of Dr. Saenz.
7        Have you reviewed her expert
8  report?
9        A.   Yes.
10       Q.   In its totality?
11       MS. MILLER:  Objection.
12  QUESTIONS BY MR. RESTAINO:
13       Q.   Let me rephrase.
14       Did you read the entire report
15  versus skimming it?
16       A.   Two very different questions.
17       Q.   Did you read her entire report?
18       A.   No.
19       And now that we've defined in
20  its totality, I can perhaps go back and amend
21  my answers.
22       I generally skim all of these
23  documents.  It's extraordinarily difficult
24  and time-consuming to read every word in
25  their totality.

Page 33

1        Q.   I understand.  Thank you.
2        Number 3 on the list is the
3  deposition of Ie-Ming Shih, S-h-i-h.
4        Do you know Dr. Shih?
5        A.   Yes.
6        Q.   And did you skim his deposition
7  or read every question and every answer?
8        A.   I skimmed his -- I'm assuming
9  we're talking about deposition transcript.
10  Yes.
11       Q.   Okay.  And number 10 is the
12  expert report of Dr. Shih, and same question:
13  Did you read the entire report?
14       A.   I skimmed it.
15       Q.   Okay.  Attached to the report
16  was a study report representative of a
17  histopathological study that Dr. Shih has
18  performed.
19       Did you read that study report
20  also?
21       MS. MILLER:  Objection.
22       THE WITNESS:  I skimmed it in
23  an unusually cursory fashion.
24  QUESTIONS BY MR. RESTAINO:
25       Q.   Did you read -- because I do

9 (Pages 30 to 33)

Page 34

1  not see it on here but within your expert
2  report.
3        You read Dr. Saed's expert
4  report, correct?
5        MS. MILLER:  Well, this is the
6  supplemental list, so you wouldn't see
7  it on here.
8        MR. RESTAINO:  Yes.
9        MS. MILLER:  Do you want to go
10  back to his original materials relied
11  on now?
12        MR. RESTAINO:  Don't think we
13  need to.  Just want to know if he's
14  read Dr. Saed's report.
15        THE WITNESS:  No, we're just
16  using a lot of names.  I'm sorry.
17  Dr. Saed, yes, I read his
18  expert report, yes.
19  QUESTIONS BY MR. RESTAINO:
20        Q.    And he's had his deposition
21  taken a couple of times, correct?
22        A.    I am familiar with two
23  deposition transcripts, two separate
24  documents, which I would infer amounted to
25  two depositions.

Page 35

1        Q.    Understood.  Thank you.
2        Doctor, looking at the
3  supplemental materials considered, number 1
4  through 15, including deposition transcripts
5  and expert reports, these are all
6  individuals' deposition transcripts, exhibits
7  and expert reports for experts on behalf of
8  Johnson & Johnson, correct?
9        A.    Yes, I believe so.
10        I'm sorry, I still have a
11  little trouble distinguishing the legal
12  representation from the corporation, but,
13  yes.
14        Q.    And if at any time you're
15  unsure, then please ask, and the attorneys
16  present will try to straighten it out so that
17  you have a full understanding.
18        Other than Dr. Saed, his
19  deposition testimony and his expert report,
20  have you reviewed any of the expert reports
21  written by any of the other experts on behalf
22  of the plaintiffs?
23        MS. MILLER:  I would refer you
24  to the materials considered.  You said
25  it wasn't a memory test, so why don't

Page 36

1  you refer to the materials considered
2  in your report.
3        Do you have this?  Do you want
4  it?
5        THE WITNESS:  Sure.
6        MS. MILLER:  Do you have the
7  report?
8        Can I give him a copy of the
9  report, or are you going to mark it?
10        MR. RESTAINO:  Did I not give
11  him the report yet?
12        MS. MILLER:  No.
13        MR. RESTAINO:  Then let's do
14  that.
15        MS. MILLER:  So...
16        (Boyd Exhibit 5 marked for
17  identification.)
18  QUESTIONS BY MR. RESTAINO:
19        Q.    Previously marked as Exhibit 5
20  is a copy of your expert report.
21        MS. MILLER:  And this has --
22  what's attached to this?  Because I
23  see you did the CV separately.
24        I'm confused.  This also has a
25  CV?  Oh, no, this is mine.

Page 37

1        It's just the report.
2        MR. RESTAINO:  It is just the
3  report.
4        MS. MILLER:  Does it include
5  the materials considered?
6        THE WITNESS:  I'm seeing on
7  page 25 materials considered, yeah.
8        MS. MILLER:  Go ahead.
9        Is there a question pending, or
10  do you want to ask it again since
11  we --
12  QUESTIONS BY MR. RESTAINO:
13        Q.    I'll ask it again now that they
14  have it in front of you.
15        With this available to refresh
16  your memory, do you recall reading, other
17  than for Dr. Saed, any of the expert reports
18  for the plaintiffs' experts in this regard?
19        A.    Vaguely.
20        Q.    Okay.  So, for example,
21  number 9 is the expert report of Daniel L.
22  Clarke, with an E, hyphen, Pearson.
23        Do you know Dr. Clarke-Pearson?
24        A.    We've met.
25        Q.    Did you meet when you were at

10 (Pages 34 to 37)

Jeffrey A. Boyd, Ph.D.

Page 38

1  University of North Carolina?
2      A.   I never -- well, our employment
3  at the University of North Carolina didn't
4  overlap, so, no.
5      Q.   Okay.  In fact, you've
6  coauthored a paper with Dr. Clarke-Pearson
7  titled "Mutation of the P53 Tumor-Suppressor
8  Gene is Not a Feature of Endometrial
9  Hyperplasias."
10         Does that sound familiar?
11     A.   I'll take your word for it.
12     Q.   Okay.  Dr. Clarke-Pearson is a
13 gynecological oncologist; is that your
14 understanding?
15     A.   Until retirement, yes.
16     Q.   Okay.  Well, he's still a
17 gynecological oncologist, not practicing,
18 correct?
19         MS. MILLER:  Objection.
20         MR. RESTAINO:  I'll withdraw
21 the question.
22 QUESTIONS BY MR. RESTAINO:
23     Q.   Doctor, are you an expert in
24 gynecology?
25         MS. MILLER:  Objection.

Page 39

1          THE WITNESS:  I do not hold
2      myself out to be an expert in
3      gynecology.
4  QUESTIONS BY MR. RESTAINO:
5      Q.   Do you hold yourself out to be
6  an expert in medical oncology?
7          MS. MILLER:  Objection.
8          THE WITNESS:  No.
9  QUESTIONS BY MR. RESTAINO:
10     Q.   Dr. Clarke-Pearson is a
11 gynecological oncologist, correct?
12     A.   I would offer the same answer
13 that I previously rendered.  Before he
14 retired, it's my understanding that he was a
15 gynecologic oncologist, yes.
16     Q.   For purposes of developing
17 opinions in this litigation, did you not want
18 to see what Dr. Clarke-Pearson had to say on
19 the matter?
20         MS. MILLER:  Objection.
21         I don't even know what you mean
22 by that.
23         If you do, you can answer.
24         MR. RESTAINO:  Jessica, can we
25 just say "objection" without coaching

Page 40

1  the witness, please?
2          MS. MILLER:  I don't think that
3      was coaching the witness.
4          MR. RESTAINO:  Okay.  Well, you
5      know what?  It really doesn't matter
6      what you think; it's what the Federal
7      Rules say.  The word "objection"
8      works.
9          THE WITNESS:  I'm sorry, could
10     you repeat the question?
11 QUESTIONS BY MR. RESTAINO:
12     Q.   Sure.
13         For purpose of developing your
14 opinions in this litigation, did you not want
15 to see what Dr. Clarke-Pearson had to say on
16 the matter?
17         MS. MILLER:  Objection.
18         THE WITNESS:  I'm sorry, I just
19     find that question very convoluted and
20     difficult to answer.
21 QUESTIONS BY MR. RESTAINO:
22     Q.   Okay.  Do you know if
23 Dr. Clarke-Pearson is still practicing?
24     A.   Well, for the third time, my
25 understanding is that he's retired.

Page 41

1      Q.   Do you know if he's retired as
2  the chair while still practicing?
3      A.   Could you clarify the chair of
4  what and practicing what, please?
5      Q.   Well, do you understand that he
6  was the chairman of gynecologic oncology
7  there at University of North Carolina?
8      A.   No, he was not.
9      Q.   What was his position?
10     A.   Chair of the department of
11 obstetrics and gynecology at the University
12 of North Carolina.
13     Q.   Do you know if he's retired as
14 chair of that position?
15     A.   That's my understanding, yes.
16     Q.   But do you know if he's stopped
17 the practice of medicine?
18     A.   He never practiced medicine.
19 He was a gynecologic oncologist.  They're
20 typically considered surgeons.
21     Q.   And in order to be a surgeon,
22 one has to be licensed as a medical doctor,
23 which by definition entails medicine; is that
24 correct?
25         MS. MILLER:  Objection.

11 (Pages 38 to 41)

Jeffrey A. Boyd, Ph.D.

Page 42

1      THE WITNESS:  The practice of
2   surgery is the practice of medicine,
3   I'll agree.
4   QUESTIONS BY MR. RESTAINO:
5      Q.   Okay.  Now, if you're not an
6   expert in gynecology and you're not an expert
7   in gynecological oncology, and you know a
8   Dr. Clarke-Pearson, who is a gynecological
9   oncologist, did you not have any interest in
10  ascertaining what his opinions were in this
11  litigation regarding talc and ovarian cancer?
12     MS. MILLER:  Objection.
13     This misstates his testimony.
14  I mean, this question is extremely
15  misleading.  I'm sorry, I know you
16  don't want me to object --
17     MR. RESTAINO:  Jessica, let me
18  help you.  O-b-j-e-c-t-i-o-n.  Do you
19  need me to write that on a piece of
20  paper and put it in front of you?
21     MS. MILLER:  Do you need me to
22  write on a piece of paper how to ask
23  fair questions?
24     That was not a fair question.
25  He told you he read the guy's expert

Page 43

1   report --
2      MR. RESTAINO:  The word
3   "objection" then covers it --
4      MS. MILLER:  -- and you keep
5   suggesting this --
6      MR. RESTAINO:  And the judge
7   will decide what's fair and what's not
8   fair.
9      MS. MILLER:  Okay.
10     MR. RESTAINO:  We may have a
11  professional disagreement, and you say
12  "objection."  And I look at it and
13  think, okay, let me rephrase it.
14     MS. MILLER:  You didn't
15  rephrase it.
16     MR. RESTAINO:  Let's not do
17  that all day.
18     MS. MILLER:  You've done it
19  three times, the same objectionable
20  question, so I don't --
21     MR. RESTAINO:  Because he's not
22  answering it.
23  QUESTIONS BY MR. RESTAINO:
24     Q.   Doctor, do you have any
25  interest in what Dr. Clarke-Pearson's

Page 44

1   opinions are in this litigation?
2      MS. MILLER:  Objection.
3      THE WITNESS:  I respectfully
4   request that you not yell at me.
5   QUESTIONS BY MR. RESTAINO:
6      Q.   Doctor, do you know what
7   Dr. Clarke-Pearson's objections are in this
8   litigation -- his opinions are in this
9   litigation?
10     A.   Not really.
11     Q.   Do you know Arch Carson, MD,
12  Ph.D., physician, toxicologist, out of the
13  University of Texas?
14     A.   I'm sorry, are we reading from
15  somewhere?
16     Q.   My questions.
17     A.   Something that I have?
18     Q.   No.
19     There's a plaintiff attorney
20  {sic} by the name of Arch Carson, MD, Ph.D.
21     MS. MILLER:  Objection.
22     MR. RESTAINO:  A physician
23  toxicologist.
24     MS. MILLER:  You said he's an
25  attorney.  Is he an attorney for you

Page 45

1   guys, too?
2      MR. RESTAINO:  He's a physician
3   toxicologist out of the University of
4   Texas, a plaintiff expert.
5   QUESTIONS BY MR. RESTAINO:
6      Q.   Do you know Dr. Carson or know
7   of him?
8      A.   Neither.
9      Q.   Are you an expert in
10  toxicology?
11     A.   No.
12     Q.   Did you have any interest in
13  seeing what a plaintiff's expert in
14  toxicology's opinions were in this
15  litigation?
16     MS. MILLER:  Objection.
17     THE WITNESS:  I think it's fair
18  to say that with an unlimited amount
19  of time, I would have had some degree
20  of curiosity and interest in reading
21  every document associated with this
22  litigation.
23     But with two full-time jobs, a
24  family and the time constraints that
25  we're under, I simply have to focus on

12  (Pages 42 to 45)

Jeffrey A. Boyd, Ph.D.

Page 46

1    what I think is most relevant to my
2    role in this litigation, which is
3    offering opinions on Dr. Saed's work
4    specifically and more generally on
5    biological plausibility of the
6    relationship of the -- the
7    hypothesized association of perineal
8    use of talc and ovarian cancer.
9    QUESTIONS BY MR. RESTAINO:
10        Q.    And I appreciate, understand
11   time constraints we all function under, but
12   under the supplemental materials considered
13   list, there are 15 documents, including
14   deposition and exhibits and expert reports of
15   multiple defense experts.
16           You had the time to read those
17   but not the plaintiff expert reports; is that
18   true?
19           MS. MILLER:  Objection.
20   Mischaracterizes his testimony.
21           THE WITNESS:  I believe it's
22   fair to say I had time to at the very
23   least cursorily skim all of the
24   materials considered to one degree or
25   another.

Page 47

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Did you skim the expert report
3    of Ellen Blair Smith, a physician,
4    gynecologist, oncologist?
5        A.    I don't remember doing so.
6        Q.    Okay.  Do you recall -- or do
7    you know Ellen Blair Smith, Dr. Smith?
8        A.    No.
9        Q.    In 2017, did you coauthor a
10   paper titled "Multi-Disciplinary Summit on
11   Genetic Services for Women with Gynecological
12   Cancers:  A Society of Gynecologic Oncology
13   White Paper"?
14           Do you recall that publication?
15       A.    I do.
16       Q.    And do you recall Dr. Smith
17   being a coauthor with you on that paper?
18       A.    No.
19       Q.    Do you know that Dr. Smith is a
20   gynecological oncologist?
21           MS. MILLER:  Objection.
22           He said he doesn't know who she
23   is.
24           THE WITNESS:  I don't know who
25   she is.

Page 48

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Okay.  Do you know or have you
3    heard of Dr. Jack Siemiatycki,
4    S-i-e-m-i-a-t-y-c-k-i?
5        A.    I don't know the doctor.
6        Q.    Okay.  Did you review any
7    epidemiological report written by any of the
8    plaintiffs' epidemiological experts?
9        A.    I don't recall.
10       Q.    Do you know or know of
11   Dr. Judith Wolf, MD, a gynecological
12   oncologist with the National Ovarian Cancer
13   Coalition?
14       A.    I'm sorry, that's a complicated
15   question.  The National Ovarian Cancer
16   Coalition is a foundation.
17           I know of Dr. Judith Wolf.  To
18   the best of my ability to recall, she, at
19   least at some point in her career, has worked
20   as a gynecologic oncologist at the MD
21   Anderson Cancer Center.
22       Q.    Have you ever coauthored any
23   publications with Dr. Wolf?
24       A.    I cannot say with certainty.
25   I've coauthored lots of papers with lots of

Page 49

1    coauthors, and some I remember, and some I
2    don't.
3        Q.    I understand.
4           Dr. Judith Zelikoff,
5    Z-e-l-i-c-o-f-f, is a professor of at NYU.
6           Do you know Dr. Zelikoff?
7        A.    No.
8        Q.    And Dr. Laura Plunkett, Ph.D.,
9    is a pharmacologist, toxicologist.
10          Do you know Dr. Plunkett?
11       A.    No.
12       Q.    Are you an expert in
13   pharmacology?
14          MS. MILLER:  Objection.
15          THE WITNESS:  No.
16   QUESTIONS BY MR. RESTAINO:
17       Q.    Did you have any interest in
18   seeing what plaintiff expert pharmacologist
19   opinions were regarding talc and ovarian
20   cancer?
21          MS. MILLER:  Objection.
22          THE WITNESS:  Again, that's a
23   very difficult question to answer.
24   I'm interested in many things.
25

13 (Pages 46 to 49)

Jeffrey A. Boyd, Ph.D.

Page 50

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Did you not have the interest,
3    though, to pick up her expert report and read
4    it?
5            MS. MILLER:  Objection.
6            THE WITNESS:  I think interest
7        and time are two different things.
8    QUESTIONS BY MR. RESTAINO:
9        Q.    Sarah Kane, MD, is a
10   pathologist up in the Boston area.
11           Do you know of Dr. Kane?
12       A.    I've seen her name.
13       Q.    And do you recall where you've
14   seen her name?
15       A.    In some of the deposition
16   transcripts associated with this litigation.
17       Q.    And did you read Dr. Kane's
18   report as an expert in pathology?
19       A.    I skimmed it.
20       Q.    Are you an expert in pathology?
21       A.    No.
22       Q.    Do you know Shawn Levy,
23   L-e-v-y, Ph.D., with the Genomics Services
24   Laboratory at the Hudson Alpha Institute for
25   Biotechnology?

Page 51

1        A.    No.
2        Q.    And how about Sonal Singh,
3    S-i-n-g, {sic} MD, MPH, a medical
4    epidemiologist?
5        A.    A medical epidemiologist?  No.
6        Q.    Daniel Cramer, MD, DSC, at
7    Brigham and Women's Hospital, also a
8    physician and epidemiologist.
9            Do you know Dan Cramer?
10       A.    Yes.
11       Q.    Do you know him to be a
12   professor of epidemiology at the Harvard
13   T.H. Chan School of Public Health?
14       A.    I honestly can't say what his
15   current position is.
16       Q.    Okay.  Are you aware of
17   Dr. Cramer's work and publications pertaining
18   to ovarian cancer?
19           MS. MILLER:  Objection.
20           THE WITNESS:  I'm aware that
21       Dr. Cramer over many years has had an
22       interest, a research interest, in the
23       issue of an association with talc
24       exposure and the development of
25       ovarian cancer.

Page 52

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Do you know how many
3    publications on ovarian cancer Dr. Cramer has
4    in the peer-reviewed literature?
5        A.    I'm sure I don't.
6        Q.    Okay.  Did you have any
7    interest in seeing what Dr. Cramer had to say
8    in the -- this litigation?
9            MS. MILLER:  Objection.
10           THE WITNESS:  I think it's fair
11       to say that I'm relatively familiar
12       with Dr. Cramer's work over the years.
13       I cannot say that I devoted a
14       substantial amount of time to
15       reviewing his opinion in this
16       particular context over the past
17       several months.
18   QUESTIONS BY MR. RESTAINO:
19       Q.    Would you consider yourself an
20   expert in the epidemiology of ovarian cancer
21   and its associated risk factors?
22           MS. MILLER:  Objection.
23           THE WITNESS:  Again, a
24       difficult question to answer.  I would
25       not consider myself an expert.  I

Page 53

1        would say that I'm familiar with some
2        of the basic concepts of epidemiologic
3        aspects of ovarian cancer.
4    QUESTIONS BY MR. RESTAINO:
5        Q.    Okay.  If there were instances
6    regarding the epidemiological principles
7    associated with studies of ovarian cancer and
8    talc, would you defer to someone like Dan
9    Cramer as a medical epidemiologist?
10           MS. MILLER:  Objection.
11           THE WITNESS:  Defer in what
12       context?
13   QUESTIONS BY MR. RESTAINO:
14       Q.    If you're not understanding
15   what the epidemiological principles may be,
16   would you defer to an epidemiologist?
17           MS. MILLER:  Objection.
18           THE WITNESS:  So your first
19       question was would I defer to
20       Dr. Cramer, and your second question
21       was to an epidemiologist?
22   QUESTIONS BY MR. RESTAINO:
23       Q.    Yes.
24       A.    Which one am I answering,
25   please?

14 (Pages 50 to 53)

Jeffrey A. Boyd, Ph.D.

Page 54

1        MS. MILLER:  Well, they also
2    had different "ifs," so...
3    QUESTIONS BY MR. RESTAINO:
4        Q.   If you're not understanding
5    what the epidemiological principles may be,
6    would you defer to an epidemiologist?
7        MS. MILLER:  Objection.
8    Mischaracterizes his testimony.
9        THE WITNESS:  I might defer to
10    anyone on any given day about any
11    given topic that had to do with a
12    field of inquiry in which I'm not an
13    expert.
14    QUESTIONS BY MR. RESTAINO:
15        Q.   Okay.  Are you an expert in the
16    epidemiological principle of effect
17    modification?
18        A.   No.
19        Q.   As such, would you defer to a
20    medical epidemiologist such as Dan Cramer to
21    explain effect modification and whatever role
22    it may have regarding talcum powder and
23    ovarian cancer?
24        MS. MILLER:  Objection.
25        THE WITNESS:  If I was indeed

Page 55

1    interested in an acute sense about
2    that particular issue, I would
3    probably approach someone that I knew
4    better than Dr. Cramer and certainly
5    perhaps closer to home.
6    QUESTIONS BY MR. RESTAINO:
7        Q.   Okay.  When were you first
8    contacted by any representative of Johnson &
9    Johnson to serve as an expert in this
10    litigation?
11        A.   Could you repeat the question,
12    please?
13        Q.   When you were first contacted
14    by any representative of Johnson & Johnson to
15    see if you would work as an expert witness in
16    this litigation?
17        MS. MILLER:  Objection.
18        THE WITNESS:  To my knowledge,
19    I've never been approached by a
20    representative of Johnson & Johnson.
21    QUESTIONS BY MR. RESTAINO:
22        Q.   Were you ever -- when were you
23    approached by any attorney representing
24    Johnson & Johnson?
25        A.   Mid-December of 2018.

Page 56

1        Q.   Okay.  And who was that?
2        A.   Ms. Miller.
3        Q.   And have you talked with --
4    worked with Ms. Miller in the past?
5        A.   Prior to mid-December of 2018?
6        Q.   Yes, sir.
7        A.   No.
8        Q.   Prior to your meeting with
9    Ms. Miller, had you conducted any original
10    research on your part to the association, if
11    any, between talcum powder and the
12    development of ovarian cancer?
13        MS. MILLER:  Objection.
14        THE WITNESS:  No.
15    QUESTIONS BY MR. RESTAINO:
16        Q.   Prior to you meeting with
17    Ms. Miller in December of 2018, had you
18    lectured to any professional society -- and
19    by that I mean medical and/or scientific --
20    regarding the association between talcum
21    powder and ovarian cancer?
22        A.   No.
23        Q.   Prior to your meeting with
24    Ms. Miller in December of 2018, had you
25    formulated an opinion regarding an

Page 57

1    association between talcum powder and ovarian
2    cancer?
3        A.   Yes.
4        Q.   And when did you develop that
5    opinion?
6        A.   Over several decades.
7        Q.   Going back to the 1990s or
8    early 2000s?
9        A.   Hard to say, but I would
10    estimate that I may have been aware of
11    studies involving a possible association of
12    talc exposure and ovarian cancer as long ago
13    as the late '80s, early '90s, were such
14    studies to have existed.
15        Q.   Okay.  Prior to your meeting
16    with Ms. Miller in December of 2018, had you
17    formulated an opinion regarding risk factors
18    associated with the development of ovarian
19    cancer?
20        MS. MILLER:  I'm going to have
21    to keep objecting to these questions.
22    He said he was contacted in
23    December 2018.  He never said he met
24    with Ms. Miller in December of 2018,
25    and you've now embedded that into like

15  (Pages 54 to 57)

Jeffrey A. Boyd, Ph.D.

Page 58

1    three questions.
2         And I'm sorry if this is a
3    speaking objection, but that's just
4    not an accurate recitation of his
5    testimony.
6         MR. RESTAINO:  Let me withdraw
7    the question.
8    QUESTIONS BY MR. RESTAINO:
9         Q.    And relating back to the other
10   questions I asked you, did you, in December
11   2018, meet with Jessica Miller or talk
12   with her on the phone?
13        A.    My memory is that our first
14   communication was e-mail.
15        Q.    And --
16        A.    Subsequent communication was
17   telephone.
18        Q.    Okay.  So that would apply to
19   all your prior answers when I asked you
20   regarding meeting Ms. Miller?
21        A.    I honestly don't remember the
22   questions and how meeting Ms. Miller had been
23   embedded in them.
24        Q.    Okay.  Prior to any
25   communication with any attorney representing

Page 59

1    Johnson & Johnson prior to January 1st of
2    2019, you had formulated an opinion regarding
3    talcum powder and ovarian cancer; is that
4    correct?
5         A.    That's fair, yes.
6         Q.    And what was the basis for that
7    opinion or opinions, if you recall?
8         A.    Several decades of a rather
9    passive reading of the literature in general,
10   which given an interest in ovarian cancer is
11   quite typical in my scientists and
12   clinicians.  I try to stay abreast of the
13   literature in all forms.
14        Q.    Okay.  Now, you received your
15   Ph.D. from North Carolina State University;
16   is that correct?
17        A.    Yes.
18        Q.    Would you describe yourself as
19   a cellular biologist?
20        A.    No.
21        Q.    How would you introduce
22   yourself to a fellow scientist or physician
23   at a meeting you first -- meet for the first
24   time?
25        A.    Today?

Page 60

1         Q.    Yes.
2         A.    A clinical cancer geneticist
3    and a molecular diagnostician.
4         Q.    And what do you mean when you
5    say "a clinical cancer geneticist"?
6         A.    Well, cancer genetics,
7    clinical, the clinical implications of cancer
8    genetics, and the -- and the practice of
9    dealing with patients with genetic
10   predisposition to cancer, as well as a
11   clinical molecular diagnostics practice
12   wherein we examine the genetic architecture
13   of an individual patient's tumor in order to
14   perform precision cancer therapy.
15        Q.    Okay.  You're not a medical
16   doctor; is that correct?
17        A.    That's correct.
18        Q.    When you were studying either
19   undergrad or for your Ph.D., did you take
20   general anatomy?
21        A.    Probably.
22        Q.    Did you dissect a cadaver?
23        A.    Human?
24        Q.    Yes.
25        A.    No.

Page 61

1         Q.    Have you ever studied through
2    dissection, textbook or virtual reality the
3    anatomy of the female genitourinary tract?
4         A.    I would refer to it as the
5    female reproductive tract, but I think the
6    answer to your question is yes.
7         MR. RESTAINO:  Okay.
8         MS. MILLER:  Is this a good
9    time for break?  We've been going an
10   hour.
11        MR. RESTAINO:  Sure.
12        VIDEOGRAPHER:  Off the record
13   at 10:02 a.m.
14        (Off the record at 10:02 a.m.)
15        VIDEOGRAPHER:  We're back on
16   record at 10:14 a.m.
17   QUESTIONS BY MR. RESTAINO:
18        Q.    Welcome back, Doctor.
19        A.    Thank you.
20        Q.    During the course of today
21   there are going to be some documents that
22   we'll refer to frequently.  Your expert
23   report, that one you might want to keep, you
24   know, in one particular pile.  And some of
25   the others, like CV and maybe an article that

16  (Pages 58 to 61)

Page 62

1   we just look at momentarily, I'll let you
2   know, and you can just get it out of your
3   way, if that helps.
4       A.   Excellent, thank you.
5       Q.   Now, we had discussed that
6   prior to your communication of any sort with
7   Ms. Miller, that you had some opinions
8   regarding talc and ovarian cancer; is that
9   correct?
10      A.   Yes.
11      Q.   As you sit here today, can you
12  tell us what those opinions were?
13      A.   My opinion, generally speaking,
14  was that the existing body of scientific
15  evidence did not support a causal association
16  between perineal talc exposure and the
17  development of epithelial ovarian carcinoma.
18          And, of course, we're speaking
19  about many distinct diseases when we refer to
20  EOC, but...
21      Q.   Did you have, at the time you
22  held an opinion that the existing body of
23  scientific evidence did not support a causal
24  association, an opinion regarding the
25  biologically plausible risk factors for

Page 63

1   ovarian cancer?
2           MS. MILLER:  Objection.
3           THE WITNESS:  I'm sorry, but I
4   just can't follow that question.
5   QUESTIONS BY MR. RESTAINO:
6       Q.   Did you --
7       A.   Maybe break it down.
8       Q.   Yes.
9           Did you have an opinion, prior
10  to January 1, 2019, regarding biologically
11  plausible risk factors for the development of
12  ovarian cancer?
13      A.   Oh, I'm sorry, yes.
14      Q.   Okay.  Can you define for us as
15  we go forward in the day your definition of a
16  risk factor?
17      A.   I missed a couple words there
18  in the middle of that question.
19      Q.   Just going forward for the
20  course of the day, I want to use your
21  definition.  So can you define for us your
22  definition of a risk factor, specifically as
23  it relates to ovarian cancer?
24          MS. MILLER:  Objection.
25          THE WITNESS:  My understanding

Page 64

1   of the term is any factor, behavior,
2   exposure, habit of lifestyle that
3   either increases or decreases in a
4   substantive fashion one's risk for
5   ovarian cancer.
6   QUESTIONS BY MR. RESTAINO:
7       Q.   Okay.  Before we broke, I was
8   asking if you had taken a general anatomy
9   course or class regarding not only general
10  anatomy but also the female reproductive
11  tract, correct?
12          Do you recall those questions?
13      A.   You're correct that I recall
14  those questions.
15      Q.   Okay.  As you sit here today,
16  do you know what a woman's labia are,
17  anatomically speaking?
18      A.   Are you referring to the
19  components of the vulva?
20      Q.   To however you would define a
21  woman's labia.
22      A.   The labia majoras and labia
23  minoras I would consider components of the
24  external female genitalia, typically referred
25  to in aggregate as the vulva.

Page 65

1       Q.   Okay.  And collectively as the
2   vulva, do you have an opinion as to whether
3   the vulva exists as a barrier between the
4   external environment and the vagina?
5           MS. MILLER:  Objection.
6           THE WITNESS:  I'm not prepared
7   to testify about anatomical barriers
8   between the environment and anything
9   else.
10  QUESTIONS BY MR. RESTAINO:
11      Q.   Okay.  Would you defer to a
12  gynecologist or a physician in that regard?
13          MS. MILLER:  Objection.
14          THE WITNESS:  If I was
15  interested in pursuing such a
16  question, it's much more likely that I
17  would start pulling out textbooks and
18  scientific papers on the topic.
19  QUESTIONS BY MR. RESTAINO:
20      Q.   Okay.  As you sit here today,
21  do you have an opinion as to whether the
22  vulva, as defined by yourself, closes off the
23  vagina from the external environment?
24      A.   Again --
25          MS. MILLER:  Objection.  Asked

17 (Pages 62 to 65)

Page 66

1  and answered.
2      Please give me a second to
3  object, even though my objections --
4  thank you.
5      THE WITNESS:  Again, I'm not
6  prepared to offer an opinion on that
7  topic.
8  QUESTIONS BY MR. RESTAINO:
9      Q.   Have you ever diagnosed a woman
10  with ovarian cancer?
11      A.   No.
12      Q.   And as a Ph.D. scientist, is it
13  correct in saying that you do not have the --
14  you don't have the privileges to treat women
15  with cancer?
16      MS. MILLER:  Objection.
17      THE WITNESS:  That's a
18  complicated question.
19      I oversee a clinical, which is
20  to say CLIA-certified and
21  CAP-accredited, molecular diagnostics
22  laboratory wherein we subject ovarian
23  cancers, tumor tissues themselves, to
24  a rather complex next generation
25  sequencing-based interrogation of the

Page 67

1  genomic architecture of aforementioned
2  tumor in an attempt to link specific
3  genetic mutations in that tumor to
4  specific precision therapeutics.
5      And the end result of that
6  clinical laboratory process is the
7  generation of what's known as the
8  molecular pathology report, which is
9  then returned to the ordering
10  oncologist, which allows he or she to
11  make a hopefully precision therapeutic
12  treatment determination.
13  QUESTIONS BY MR. RESTAINO:
14      Q.   And if that -- was there a
15  period?
16      A.   Yes.
17      Q.   Okay.  And if the organized
18  oncologist decides to prescribe a specific
19  regimen of chemotherapy, he or she would be
20  licensed to do that and not yourself; is that
21  correct?
22      A.   Well, let's back up a little
23  bit.  Actually we were talking about
24  precision therapeutics, which typically are
25  small molecules or monoclonal antibodies as

Page 68

1  opposed to traditional chemotherapy agents.
2  But to the extent that anything is prescribed
3  to the patient, that would be the oncologist,
4  correct.
5      Q.   Same answer if I was to ask you
6  if you were licensed to perform surgery on a
7  woman?
8      A.   I'm not an MD.
9      Q.   Will you be offering any
10  opinions regarding strengths and/or
11  weaknesses of any of the epidemiological
12  studies looking at the association between
13  talcum powder and ovarian cancer?
14      MS. MILLER:  I just want to
15  look at that question.
16      Objection.
17      THE WITNESS:  I was asked to
18  render opinions here today on the
19  veracity of Dr. Saed's work, his
20  testimony, his expert report
21  specifically, and generally perhaps on
22  biological plausibility, getting us
23  from association to causality in this
24  particular litigation.
25      MR. RESTAINO:  And this is one

Page 69

1  of those times when I'll say move to
2  strike as unresponsive.
3  QUESTIONS BY MR. RESTAINO:
4      Q.   And the question is:  Will you
5  be offering any opinions regarding strengths
6  and/or weaknesses of any of the
7  epidemiological studies looking at the
8  association between talcum powder and the
9  development of ovarian cancer?
10      MS. MILLER:  Objection.
11      THE WITNESS:  I will not
12  voluntarily be offering any opinions.
13  I will do my best to answer any
14  question you ask me.  Some of them --
15  many of them, perhaps, may be that I'm
16  not comfortable or qualified to answer
17  that question.
18      Some I may answer.
19  QUESTIONS BY MR. RESTAINO:
20      Q.   Okay.  Do you consider yourself
21  an expert in mineralogy?
22      A.   No.
23      Q.   And an expert in geology?
24      A.   No.
25      Q.   Do you consider yourself an

18  (Pages 66 to 69)

Jeffrey A. Boyd, Ph.D.

Page 70

1    expert in talcum powder?
2         MS. MILLER:  Objection.
3         THE WITNESS:  I can honestly
4    say I've never met an expert in talcum
5    powder.
6    QUESTIONS BY MR. RESTAINO:
7         Q.   Do you have a basic
8    understanding of what talcum powder is?
9         A.   Yes.
10        Q.   And what is that understanding?
11        A.   Finely ground talc.
12        Q.   Would you agree that it is a
13   mineral composed of various elements?
14        MS. MILLER:  Objection.
15        THE WITNESS:  Could you restate
16   the question?
17   QUESTIONS BY MR. RESTAINO:
18        Q.   Would you agree that it is a
19   mineral composed of various elements?
20        A.   What is "it"?
21        Q.   Talcum powder.
22        A.   Well, to the extent that talcum
23   powder is finely ground talc, I would agree
24   that talc is a mineral composed, as all
25   minerals are, of particular molecules.

Page 71

1         Q.   Magnesium?
2         A.   That's one.
3         Q.   Silicon?
4         A.   That's another.
5         Q.   Oxygen?
6         A.   That's another.
7         Q.   Hydrogen?
8         A.   Those are them.
9         Q.   Would you agree that talc is
10   not a mineral -- excuse me, is not a metal?
11        A.   With all due respect, that's a
12   trick question.
13        Q.   How so?
14        MS. MILLER:  Objection.
15   QUESTIONS BY MR. RESTAINO:
16        Q.   How can I make the question any
17   easier for you without trying to be --
18   without any component of tricking?
19        A.   Talc, as we just discussed,
20   consists of multiple elements.  One or more
21   of those elements from a chemical
22   perspective, for example, if one examined the
23   periodic table, may be considered a metal.
24        Q.   Which one?
25        A.   And I'm thinking now back

Page 72

1    40 years to the last time I looked at a
2    periodic table.  Perhaps silicon.
3         Q.   Can you explain to us what a
4    ligand is, l-i-g-a-n-d?
5         A.   In my mind, a ligand is any
6    substance or molecule that interacts with a
7    receptor in a very general sense.
8         Q.   Do you find ligands attached to
9    other compounds?  For example, metals?
10        MS. MILLER:  Objection.
11        THE WITNESS:  That's such an
12   extraordinarily general question, I
13   just...
14   QUESTIONS BY MR. RESTAINO:
15        Q.   Let me rephrase it then.
16        Are you aware of any ligands
17   that by themselves are injected into the
18   human body for whatever reason?
19        MS. MILLER:  Objection.
20        THE WITNESS:  Again, just -- I
21   can't even begin to answer that
22   question.  It's overly broad.
23   QUESTIONS BY MR. RESTAINO:
24        Q.   What purpose does a ligand
25   have, chemically speaking?

Page 73

1         MS. MILLER:  Objection.
2         THE WITNESS:  Ligands don't
3    have purposes.
4    QUESTIONS BY MR. RESTAINO:
5         Q.   They don't?
6         MS. MILLER:  Is that a
7    question?
8         MR. RESTAINO:  That's a
9    question:  They don't?
10        MS. MILLER:  Okay.  I'm
11   objecting to that then.
12        THE WITNESS:  I -- you know, I
13   hesitate to delve into a debate
14   involving syntax or metaphysical
15   arguments, but I think humans have a
16   purpose generally.  I think inert
17   compounds are elements.
18   QUESTIONS BY MR. RESTAINO:
19        Q.   I'm sorry, was that a period?
20        A.   No.
21        Q.   Oh, okay.
22        A.   Generally don't have a purpose
23   in terms of cognitive function.
24        Q.   Going back to the periodic
25   table, are you familiar with the element

19  (Pages 70 to 73)

Jeffrey A. Boyd, Ph.D.

Page 74

1   gadolinium?
2           MS. MILLER: Objection.
3       Is this a chemistry class?
4           MS. SHARKO: Wrong litigation,
5   John.
6           MS. MILLER: I know. Yeah.
7   It's the wrong litigation; it's the
8   wrong expert.
9           Is he here as a chemistry
10  expert? Because I don't see that
11  anywhere in his report.
12  QUESTIONS BY MR. RESTAINO:
13      Q.   Doctor, are you familiar with
14  the element gadolinium?
15      A.   I do not hold myself out as a
16  chemist, a mineralogist, a geologist.
17      Q.   As a scientist, do you know if
18  gadolinium had been injected into the human
19  body without a ligand around it?
20      A.   I'm sure it can. I...
21      Q.   Do you have a basic --
22          MS. MILLER: He's like in the
23  middle of forming a word, and you're
24  interrupting him.
25          MR. RESTAINO: Oh, I'm sorry, I

Page 75

1   heard a period there.
2           MS. MILLER: His mouth was
3   open.
4           THE WITNESS: I think
5   theoretically it's possible to inject
6   anything into the human body.
7   QUESTIONS BY MR. RESTAINO:
8       Q.   Okay. Is it safe to inject
9   gadolinium without a ligand into the human
10  body?
11          MS. MILLER: Objection.
12          THE WITNESS: I can't answer
13  that.
14  QUESTIONS BY MR. RESTAINO:
15      Q.   Do you have a basic
16  understanding of what asbestos is?
17      A.   I have a very basic
18  understanding, yes. Not a detailed
19  understanding as, again, I'm neither a
20  mineralogist nor a geologist nor a chemist.
21      Q.   Have you ever studied the
22  effect of asbestos in the human body?
23      A.   No.
24      Q.   Do you have an opinion as to
25  whether or not there's asbestos present in

Page 76

1   any Johnson & Johnson talcum powder product?
2       A.   Could you please repeat the
3   question?
4       Q.   Do you have an opinion as to
5   whether or not there is asbestos present in
6   any Johnson & Johnson talcum powder product?
7       A.   No.
8       Q.   Do you have an opinion as to
9   whether or not there is any fibrous talc
10  present in any Johnson & Johnson talcum
11  powder?
12      A.   Again, if we're referring to
13  Johnson's baby powder, the answer would be
14  no.
15      Q.   Do you know if there are any
16  other suspected carcinogens known to be
17  within the fragrant chemicals that can be
18  found in Johnson & Johnson baby powder --
19          MS. MILLER: Objection.
20  QUESTIONS BY MR. RESTAINO:
21      Q.   -- or talcum powder?
22          MS. MILLER: Objection.
23          THE WITNESS: I have no
24  opinion.
25

Page 77

1   QUESTIONS BY MR. RESTAINO:
2       Q.   Were you ever asked to look
3   into whether or not these substances may be
4   in Johnson & Johnson talcum powder?
5           MS. MILLER: Objection.
6           THE WITNESS: No.
7   QUESTIONS BY MR. RESTAINO:
8       Q.   Were you ever asked to look
9   into whether or not there are any heavy
10  metals present in Johnson & Johnson's talcum
11  powder?
12      A.   No.
13      Q.   Did you ask to see if Johnson &
14  Johnson had any existing data regarding the
15  presence of any of these compounds in their
16  talcum powder?
17      A.   Again, a complicated question.
18  Asked who?
19      Q.   Did you ask to see any
20  representative of Johnson & Johnson as to
21  whether or not there was asbestos in their
22  talcum powder?
23          MS. MILLER: Objection.
24          THE WITNESS: That sentence
25  doesn't make sense.

20  (Pages 74 to 77)

Jeffrey A. Boyd, Ph.D.

Page 78

1      MS. MILLER: Yeah.
2      THE WITNESS: I've never asked
3  to see a representative of Johnson &
4  Johnson.
5  QUESTIONS BY MR. RESTAINO:
6      Q.   Did you ever ask to see any
7  documentation that Johnson & Johnson may have
8  regarding the presence of asbestos in their
9  talcum powder?
10      MS. MILLER: Objection.
11      THE WITNESS: No.
12  QUESTIONS BY MR. RESTAINO:
13      Q.   If there were asbestos in
14  Johnson & Johnson's talcum powder, would that
15  change any of your opinions that you had
16  formulated within your expert report?
17      A.   My opinions are based on
18  Johnson's baby powder, the use of Johnson's
19  baby powder.
20      Q.   And the opinion you hold based
21  on Johnson's baby powder, does that take into
22  account the presence or absence of asbestos?
23      MS. MILLER: Objection. Asked,
24  answered and confusing.
25      THE WITNESS: I assume nothing

Page 79

1      other than what I read on the bottle
2      about Johnson's baby powder.
3  QUESTIONS BY MR. RESTAINO:
4      Q.   Do you know if Johnson &
5  Johnson has any documentation of studies that
6  they have performed showing the presence of
7  asbestos in their talcum powder?
8      A.   I'm not aware of any studies
9  that Johnson & Johnson has ever performed on
10  anything.
11      Q.   Am I correct in understanding
12  that as of today you are chair, department of
13  human molecular genetics?
14      A.   At the Herbert Wertheim College
15  of Medicine of Florida International
16  University, yes, I'm a tenured professor and
17  chair.
18      Q.   Are you also there an associate
19  dean for basic research in graduate programs?
20      A.   Yes.
21      Q.   And are you professor of
22  obstetrics and gynecology at the Herbert
23  Wertheim College of Medicine?
24      A.   Yes.
25      Q.   Is your research ever focused

Page 80

1  on the pathomechanism of ovarian cancer?
2      A.   I don't believe pathomechanism
3  is a word, but I'll give you a chance to
4  rephrase it. Otherwise, I'll make my best
5  attempt to infer what you were asking.
6      Q.   Has your research ever focused
7  on the cause of ovarian cancer?
8      A.   How do you define "cause"?
9      Q.   As we go through today's
10  deposition, I'd like to use your definition
11  so you're most comfortable with it.
12      How would you define a cause?
13      MS. MILLER: Objection. Vague.
14      THE WITNESS: It's impossible
15  to answer.
16  QUESTIONS BY MR. RESTAINO:
17      Q.   By whom?
18      A.   Me.
19      Q.   And why is that?
20      A.   Because cause has a multitude
21  of meanings.
22      Q.   If I walk into this room at
23  night and the light is off and it's dark and
24  I flip the switch on, did I cause the light
25  to go on?

Page 81

1      MS. MILLER: Objection.
2      THE WITNESS: Again, that's a
3  very complex question. One could
4  argue that the electricity caused the
5  light to go on, for example.
6  QUESTIONS BY MR. RESTAINO:
7      Q.   One could argue that the wire
8  has to be attached to the switch to the light
9  bulb, correct?
10      A.   Correct.
11      Q.   One has to assume that the
12  light bulb is a working light bulb, correct?
13      A.   Yes.
14      Q.   One has to assume that the law
15  firm paid its electrical bill, correct?
16      A.   Correct.
17      Q.   Are you familiar with the
18  multifactorial basis of disease?
19      MS. MILLER: Objection.
20      THE WITNESS: That is a, with
21  all due respect, fabulously broad
22  question.
23  QUESTIONS BY MR. RESTAINO:
24      Q.   I think we'll revisit it.
25      A.   Which disease?

21 (Pages 78 to 81)

Jeffrey A. Boyd, Ph.D.

Page 82

1    Q.   Ovarian cancer.
2    A.   So could you repeat the
3  question with a more specific disease in
4  mind, please?
5    Q.   Sure.
6         Are you familiar with the
7  multi -- what has been described as the
8  multifactorial basis of ovarian cancer?
9    A.   I would have to say that I'm
10 familiar in very general terms with the
11 multifactorial basis of all human cancers,
12 which would include ovarian.
13   Q.   Okay.  Has your research ever
14 focused on the epidemiology regarding chronic
15 inflammation and the development of cancer?
16        MS. MILLER:  Objection.
17        THE WITNESS:  No.
18 QUESTIONS BY MR. RESTAINO:
19   Q.   And --
20   A.   I'm sorry.  And by research,
21 I'm assuming you're referring to my own
22 laboratory-based research?
23   Q.   Once again, I want to make sure
24 we're using terms that you're most
25 comfortable with.

Page 83

1         So do you do, for lack of a
2  better description, bench-type of
3  pharmacological research or genetic research?
4    A.   Certainly I don't do
5  pharmacological bench research.  I have for
6  many years done molecular genetic and genetic
7  research.
8         I guess my reason for asking
9  the question was because lawyers seem to use
10 the term "research" referring to preparation
11 for expert testimony in a deposition context.
12   Q.   In your professional setting,
13 without lawyers being in the room, would your
14 research also consist of analysis of the
15 existing medical literature?
16        MS. MILLER:  Objection.
17        THE WITNESS:  I just find that,
18 I'm sorry, a very weird question.
19 I've never met a biomedical scientist
20 who didn't read the literature.
21 QUESTIONS BY MR. RESTAINO:
22   Q.   Do you agree or disagree that
23 the epidemiologic evidence implicates chronic
24 inflammation as a central mechanism in the
25 pathogenesis of ovarian cancer?

Page 84

1         MS. MILLER:  Objection.
2         THE WITNESS:  I'm only prepared
3  to answer that question in very
4  general terms in the sense that my
5  understanding of epidemiology is to
6  study association of X and Y as
7  opposed to causation.  I distinguish
8  association from causation.
9  QUESTIONS BY MR. RESTAINO:
10   Q.   Does a randomized controlled
11 trial establish causation in certain
12 circumstances?
13        MS. MILLER:  Objection.
14        THE WITNESS:  It's a very vague
15 and convoluted question that's
16 impossible for me to answer.
17 QUESTIONS BY MR. RESTAINO:
18   Q.   And is that because you're not
19 an expert in epidemiology?
20        MS. MILLER:  Objection.
21        THE WITNESS:  I'm very familiar
22 with the concept of clinical trials.
23 I sat on the committee for
24 experimental medicine for the
25 gynecologic oncology group for

Page 85

1  17 years, and I can assure you that we
2  rarely discuss epidemiology in the
3  design of clinical trials.
4  QUESTIONS BY MR. RESTAINO:
5    Q.   Okay.  Do you agree or disagree
6  that rapid cell division increases the
7  possibility for DNA replication error?
8         MS. MILLER:  Objection.
9         THE WITNESS:  Again, a very
10 vague question, but I'll offer an
11 opinion.  DNA replication error is
12 impossible absent cell division.
13 QUESTIONS BY MR. RESTAINO:
14   Q.   So would you agree that the
15 possibility for DNA replication error is
16 increased with rapid cell division?
17   A.   I'll give you the same answer:
18 Cell division is required for errors in DNA
19 replication.
20   Q.   Okay.  Would you agree or
21 disagree that rapid cell division increases
22 the possibility of ineffective DNA repair?
23   A.   It's the same question asked in
24 a different fashion, and I've answered it
25 twice, with all due respect.

22 (Pages 82 to 85)

Jeffrey A. Boyd, Ph.D.

Page 86

1        MS. MILLER:  With all due
2   respect, you didn't give me a chance
3   to object that it was asked and
4   answered.
5        THE WITNESS:  So noted.
6   QUESTIONS BY MR. RESTAINO:
7        Q.   Do you agree or disagree that
8   rapid cell division increases the possibility
9   of subsequent mutation?
10        MS. MILLER:  Objection.
11        THE WITNESS:  Same question.
12   Answered.
13   QUESTIONS BY MR. RESTAINO:
14        Q.   Okay.  Now, the expert report
15   that I believe you still have in front of
16   you, did you write the entire expert report
17   yourself?
18        A.   Yes.
19        Q.   Did you do the -- any research
20   that you needed to do for your expert report
21   by yourself?
22        A.   Yes.
23        Q.   In your general scientific
24   publications, do you utilize research
25   assistants, post-grad fellows, individuals

Page 87

1   like that?
2        A.   I'm sorry, please repeat the
3   question.
4        Q.   Yes.
5        In your professional life, if
6   you're going to be writing a review article
7   or an original piece, do you utilize post-doc
8   fellows, residents, research fellows, any
9   individuals like that that are still in
10   training to assist you in your research?
11        A.   Yes.
12        Q.   And did any of those type of
13   individuals assist you with the research
14   necessary to write your expert report today?
15        A.   No.
16        Q.   Okay.  Did you review germane
17   medical literature for -- prior to writing
18   your expert report?
19        A.   Well, I don't think I reviewed
20   non-germane medical or scientific literature,
21   so I suppose the default answer is yes.
22        Q.   Okay.  Well, what methodology
23   did you employ in order to conduct your
24   research of the medical literature prior to
25   writing your expert report?

Page 88

1        A.   I can only accurately answer
2   that question by asking you a question.
3        Q.   Yes, sir.
4        A.   When you say "medical
5   literature," do you mean medical and
6   scientific literature?
7        Q.   Yes, please.  Let me correct
8   that.
9        And going forward for today,
10   would it be more comfortable for you to be --
11   to refer to it as the scientific literature,
12   to encompass both medical and scientific, or
13   would you like them bifurcated?
14        What would be most comfortable
15   for you?
16        A.   The term I prefer is biomedical
17   literature.
18        Q.   Biomedical?
19        A.   Yes.
20        Q.   Did you do the biomedical
21   research yourself prior to writing your
22   expert report?
23        MS. MILLER:  Objection.
24        THE WITNESS:  Yes.
25

Page 89

1   QUESTIONS BY MR. RESTAINO:
2        Q.   And what was the methodology
3   that you employed?
4        A.   Well, other than reading expert
5   reports and deposition transcripts, which I
6   think we can all agree were provided for me,
7   I think I utilized a methodology that most
8   would agree is standard, which would involve
9   PubMed searches and perhaps to a lesser
10   extent Google searches.
11        Q.   In conducting your PubMed and
12   perhaps to a lesser extent Google searches,
13   did you utilize keywords to find the
14   particular articles you may have been looking
15   for?
16        A.   I'm not aware of any other way
17   to do a search without keywords.
18        Q.   And as you sit here today, can
19   you share with us some of the keywords you
20   utilized?
21        A.   "Ovarian," "cancer," "talc,"
22   "talcum powder."  I honestly don't remember
23   any other words.
24        Q.   How about "inflammation"?
25        A.   So I'm aware of having come

23  (Pages 86 to 89)

Jeffrey A. Boyd, Ph.D.

Page 90

1    across papers having to do with, for example,
2    inflammation insofar as the keywords that I
3    recall using led me to papers that had
4    concepts embedded in them as perhaps
5    citations, which would lead me to look up a
6    citation typically with an author's name, a
7    page number, a journal, for example.
8         I don't recall performing a
9    literature search using the term
10   "inflammation" specifically.
11        Q.    Forgive me for paraphrasing an
12   earlier answer you may have given, but my
13   understanding was that your understanding for
14   your purpose of being here today was to
15   discuss Dr. Saed's expert report and his
16   experiment and the biological plausibility as
17   put forth by the plaintiff attorneys.
18        Am I wrong with that?
19        MS. MILLER:  Objection.
20        THE WITNESS:  It's my
21        understanding that my purpose for
22        being here today is to discuss
23        Dr. Saed's work, his published work,
24        his deposition transcript, his expert
25        report specifically, and in a more

Page 91

1         general sense biologic plausibility.
2    QUESTIONS BY MR. RESTAINO:
3         Q.    Okay.  And you understand that
4    a key component of the biological
5    plausibility argument put forth by the
6    plaintiff experts involves the role of
7    chronic inflammation in the development of
8    ovarian cancer?
9         MS. MILLER:  Objection.
10        THE WITNESS:  I'm sorry, could
11        you repeat the question?
12   QUESTIONS BY MR. RESTAINO:
13        Q.    You understand that a key
14   component of the biological plausibility
15   argument put forth by the plaintiff experts
16   involves the role of chronic inflammation in
17   the development of ovarian cancer?
18        MS. MILLER:  Objection.
19        THE WITNESS:  I can certainly
20        say that I'm most familiar with
21        Dr. Saed's work addressing hypotheses
22        related to biologic plausibility.
23   QUESTIONS BY MR. RESTAINO:
24        Q.    Did Dr. Saed's work pertaining
25   to the biological plausibility have to deal

Page 92

1    with the role of inflammation?
2         A.    He -- I'm sorry, repeat the
3    question, please.
4         Q.    Did Dr. Saed's experiment
5    pertaining to biological plausibility involve
6    the role of inflammation?
7         A.    He claims that it did.
8         Q.    And I believe you testified
9    earlier that you either read or skimmed the
10   study that was authored by Dr. Shih and
11   attached to his expert report; is that
12   correct?
13        A.    I took a very quick look at it.
14        Q.    Do you know -- I'm sorry,
15   forgive me.
16        Were you finished?
17        A.    Yes.
18        Q.    Do you know if a component of
19   that study had to do with the
20   histopathological analysis of the presence or
21   absence of inflammation?
22        A.    I honestly can't recall.
23        Q.    Did you write in its entirety
24   your expert report by yourself?
25        A.    I'm pretty sure you asked

Page 93

1    before, and I said yes.
2         Q.    Okay.  Are the words and the
3    language in your report your choice of
4    language?
5         A.    It's the same question, but,
6    yes.
7         Q.    Are all your opinions that you
8    will be offering regarding the role of
9    Dr. Saed's report and study and the role of
10   biological plausibility contained within your
11   expert report?
12        A.    I'm sorry, I thought you were
13   heading somewhere else with the prelude.
14        Could you repeat the question,
15   please?
16        Q.    Are all the opinions you will
17   be offering regarding the role of Dr. Saed's
18   report and study and the role of biological
19   plausibility contained within your expert
20   report?
21        A.    I'm sure my expert report could
22   have been longer, so that's really a
23   difficult question to answer.
24        Q.    As you sit here today, do you
25   have any other opinions that you have not put

24 (Pages 90 to 93)

Jeffrey A. Boyd, Ph.D.

Page 94

1    into your expert report regarding Dr. Saed --
2        A.   That's just -- I'm sorry for
3    laughing.  It's a serious -- it's a serious
4    man.  I'm a serious man.  It's a serious
5    issue.
6            But I just find it an
7    incredibly difficult question to answer, I'm
8    sorry.
9        Q.   I'm going to try to make it as
10   easy as possible.
11           Other than that which you've
12   written in your expert report, since the date
13   of signing your report, have you established
14   any other opinion regarding Dr. Saed's study,
15   Dr. Saed's expert report or the biological
16   plausibility regarding talcum powder and
17   ovarian cancer?
18           MS. MILLER:  Objection.
19           THE WITNESS:  Well, I've read
20       Dr. Saed's subsequent published paper
21       in Reproductive Sciences, which
22       happened after I prepared my expert
23       report, and I've formed some opinions
24       about the content of that paper.
25

Page 95

1    QUESTIONS BY MR. RESTAINO:
2        Q.   Okay.  Are those opinions
3    listed in your expert report?
4            MS. MILLER:  Objection.
5            THE WITNESS:  You obviously
6        misunderstood my answer.
7    QUESTIONS BY MR. RESTAINO:
8        Q.   Well, you said -- what you said
9    was, "Well, I read Dr. Saed's subsequent
10   published paper in Reproductive Sciences,
11   which happened after I prepared my expert
12   report."
13           Was that, after you prepared
14   it, also after you finalized it and signed
15   it?
16           MS. MILLER:  As you know, it
17       wasn't published until after
18       February 25, so I don't really know
19       where you're headed here.
20           MR. RESTAINO:  So I
21       misunderstood, and I'll strike the
22       question.
23   QUESTIONS BY MR. RESTAINO:
24       Q.   Doctor, I'm just trying to
25   learn if there's anything else that -- any

Page 96

1    other expert opinion you've developed since
2    you've signed your expert report that you
3    would be offering.  And we have a right to
4    know what that expert opinion is.
5        A.   I'll do my best to answer
6    whichever questions you choose to ask me.  I
7    think about this a lot.
8        Q.   Have --
9        A.   In the middle of the night, for
10   example.
11           I can't honestly say that I'm
12   forming expert opinions, but, you know, it's
13   consumed a lot of my free time over the past
14   several months.
15       Q.   As you've thought about this
16   since you've signed and submitted your expert
17   report, have you developed any opinions that
18   are in disagreement with that which you have
19   listed in your expert report?
20       A.   No.
21       Q.   Do you consider yourself an
22   expert in the carcinogenicity of ovarian
23   cancer?
24           MS. MILLER:  Objection.
25           THE WITNESS:  And so I suppose

Page 97

1    when I ask you, how do you define
2    carcinogenicity, you're going to ask
3    me how do I define carcinogenicity?
4    QUESTIONS BY MR. RESTAINO:
5        Q.   I'm going to fool you this
6    time.
7            How about carcinogenicity is
8    the ability or tendency of an agent to induce
9    tumors, benign or malignant, increase their
10   incidence or malignancy, or shorten the time
11   of tumor occurrence when it is inhaled,
12   ingested, dermally applied or injected, does
13   that sound like a reasonable definition?
14       A.   That's the Google dictionary
15   definition.
16       Q.   I disagree, but it's a
17   definition.
18       A.   It's certainly a definition.
19       Q.   Is it a reasonable definition?
20       A.   It's a reasonable definition.
21       Q.   Okay.  Are you familiar with
22   what has been described as the hallmarks of
23   carcinogenicity as published by Hanahan and
24   Weinberg in 1990?
25       A.   No.

25  (Pages 94 to 97)

Jeffrey A. Boyd, Ph.D.

Page 98

1          You got the title wrong, and
2   you got the date wrong.
3       Q.   How so?
4       A.   They've published two versions,
5   one in 2000 and one in 2011, and
6   carcinogenicity is not in the title.
7       Q.   I wasn't actually asking for
8   the title of the paper, but are you -- you're
9   obviously then familiar with Hallmarks of
10  Cancer as published in 1990?
11      A.   No.
12      Q.   Is there a different title?
13      A.   No, there's a different date.
14      Q.   2000.  I'm sorry, in 2000.
15      A.   It's okay.
16          I have very little memory of
17  the original 2000 paper.  I've certainly read
18  the paper published -- the update, the
19  version of the paper published in 2011.
20      Q.   As you sit here today, can you
21  share with us any of the recognized hallmarks
22  of cancer?
23          MS. MILLER:  Objection.
24          THE WITNESS:  I'd be happy to
25  go over them with you if you could

Page 99

1   produce a copy of the paper.  It's a
2   extraordinarily comprehensive overview
3   of cancer generally that's typically
4   used to inform nonexperts in the
5   field.
6   QUESTIONS BY MR. RESTAINO:
7       Q.   What is the objective basis for
8   your opinion that it is typically used to
9   inform nonexperts in the field?
10      A.   Experts in the field of cancer
11  generally are familiar with the concepts
12  articulated by the authors.
13          I, for example, use Figure 1
14  when I'm giving lectures to lay people,
15  general practitioners, medical students, for
16  example.
17      Q.   And how about other
18  researchers?  Do you know how they use the
19  publication?
20      A.   I certainly can't speak to how
21  other researchers use any publication.
22      Q.   Do you know how often that
23  paper has been cited by medical researchers?
24      A.   I could try to recall the
25  number that was offered by plaintiffs'

Page 100

1   attorneys in a previous deposition
2   transcript, but I'll let you recapitulate the
3   number for me, if that's what you're
4   interested in doing.
5       Q.   I'll come back.
6       A.   Okay.
7       Q.   We've talked a little bit about
8   a risk factor, correct?
9       A.   I seem to recall the question
10  as to how do I define a risk factor, yeah.
11      Q.   Do you agree that there are
12  certain risk factors that are associated with
13  the development of ovarian cancer?
14      A.   Yes.
15      Q.   Would you agree that for a risk
16  factor to be a true risk factor, it must be
17  biologically plausible?
18      A.   "True" is an overly subjective
19  and impossible to interpret term from a
20  scientist's -- from a scientific standpoint.
21      Q.   Would you agree that for a risk
22  factor to be an accurate risk factor, it must
23  be biologically plausible?
24      A.   Same answer.
25      Q.   Would you agree that a risk

Page 101

1   factor for the development of a disease such
2   as ovarian cancer must have a biologically
3   plausible basis in order to be an accurate
4   risk?
5       A.   Reusing the same words, so I
6   would have to give you the same answer.
7       Q.   I'm just trying to make it
8   easier for you.  Let me try using an example.
9          Would you agree that aside from
10  gender, which is a given, that a woman over
11  age 45 is at increased risk for developing
12  ovarian cancer than a woman in her 20s?
13          MS. MILLER:  Objection.
14          THE WITNESS:  A great majority
15  of human cancers, other than those
16  that occur in kids, which are very
17  limited in scope, are diseases of
18  aging, generally speaking.  So age is,
19  in and of itself, a risk factor for
20  virtually all cancers that occur in
21  adults.
22  QUESTIONS BY MR. RESTAINO:
23      Q.   Is age a biologically plausible
24  risk factor?
25          MS. MILLER:  Objection.

26 (Pages 98 to 101)

Jeffrey A. Boyd, Ph.D.

Page 102

1        THE WITNESS:  Yes.
2   QUESTIONS BY MR. RESTAINO:
3        Q.   How about a woman of Jewish
4   ethnicity?  Does a woman over the age of 55
5   who is of Jewish ethnicity have an increased
6   risk for the development of ovarian cancer
7   than a non-Jewish woman who is in her 20s?
8        MS. MILLER:  Objection.
9        THE WITNESS:  Ashkenazi
10   Jewish --
11   QUESTIONS BY MR. RESTAINO:
12        Q.   If you like.
13        A.   -- question mark?
14        Q.   Yes.
15        MS. MILLER:  Still objection.
16        THE WITNESS:  You've conflated
17   two questions into one, I'm sorry.
18        You've -- you've asked about
19   Jewish women of a certain age and
20   non-Jewish women of a certain age.
21        Could we break -- could we
22   parse out the question?
23   QUESTIONS BY MR. RESTAINO:
24        Q.   Are women of Jewish ethnicity
25   at a higher risk of developing ovarian cancer

Page 103

1   than women of non-Jewish ethnicity?
2        MS. MILLER:  Objection.
3        THE WITNESS:  Ashkenazi Jews,
4   generally speaking, carry mutations in
5   the BRCA1 and 2 genes at a much higher
6   frequency than individuals in the
7   non-Ashkenazi Jewish population.
8        MS. MILLER:  Stop reminding me.
9        THE WITNESS:  And I would
10   remind you that men do as well, of the
11   same ethnicity.
12   QUESTIONS BY MR. RESTAINO:
13        Q.   But men are not at a risk for
14   ovarian cancer, correct?
15        A.   No, but they're certainly at
16   risk for male breast cancer, which is
17   associated with BRCA2 in particular.
18        Q.   BRCA1 and 2, are they
19   biologically plausible risk factors for the
20   development of ovarian cancer in women?
21        A.   Yes.
22        Q.   Doctor, you've written also on
23   the risk factors of carcinogenicity.  And
24   without playing any word games or trying to
25   ask you when and where --

Page 104

1        A.   Thank you.
2        Q.   -- in 2013 do you recall
3   publishing "Metastasis Dynamics for a
4   Non-Small-Cell Lung Cancer:  Effect of
5   Patient and Tumor-Related Factors"?
6        A.   I'm sorry, I -- no.
7        Q.   Okay.  Fair enough.
8        Would you agree that some of
9   the pathological factors that are associated
10   with reoccurrence of cancer, specifically
11   lung cancer, would be, A, size of the primary
12   tumor?
13        A.   I'm not an expert in lung
14   cancer.
15        Q.   Would it be the same answer
16   for -- if there was lymph node involvement?
17        MS. MILLER:  Objection.
18        Same answer to what?  Could you
19   just make that question clearer?
20        MR. RESTAINO:  Sure.  Sure.
21   QUESTIONS BY MR. RESTAINO:
22        Q.   Would you agree that one of the
23   pathological factors associated with a higher
24   risk of reoccurrence in any cancer, but let's
25   limit it to non-small cell lung cancer, would

Page 105

1   include lymph node involvement?
2        A.   I would agree that the risk of
3   recurrence of virtually all human cancers is
4   increased with higher stage, and lymph node
5   involvement is typically associated with a
6   higher pathologic or -- and/or clinical
7   stage.
8        Q.   Is that a biologically
9   plausible risk factor for reoccurrence?
10        A.   Could you ask the complete
11   question, please?
12        Q.   Would the lymph node
13   involvement of any cancer be associated with
14   a biologically plausible increased risk of
15   reoccurrence of that cancer?
16        A.   Yes.
17        Q.   And as a physician -- excuse
18   me.  As scientist of your gravitas, would you
19   agree that you would not publish the risk
20   factors of any cancer, whether it be the
21   origin of the cancer or the reoccurrence, if
22   the risk factor did not have a biologically
23   plausible basis; is that a fair enough
24   statement?
25        MS. MILLER:  Objection.

27 (Pages 102 to 105)

Jeffrey A. Boyd, Ph.D.

Page 106

1          THE WITNESS:  Well, I hope it's
2     a question, first of all.
3          And could you please repeat it?
4     QUESTIONS BY MR. RESTAINO:
5          Q.    Yes.
6          Doctor, as a scientist with
7     your gravitas --
8          A.    Thank you.
9          Q.    -- would you agree you would
10    not publish in the peer-reviewed medical --
11    biomedical literature on the risk factor of
12    any cancer, be it may -- be as it may the
13    origin of that cancer or the reoccurrence of
14    that cancer unless the risk factors had a
15    biologically plausible basis?
16         MS. MILLER:  Objection.
17         THE WITNESS:  I would say that
18    generally speaking, biological
19    plausibility in the context of cancer
20    generally is more important when the
21    level of risk associated with the
22    hypothesized risk factor is very low.
23         So in other words, to give you
24    an example, I would suggest that
25    biological plausibility linking

Page 107

1     cigarette smoking to lung cancer is
2     less important because of the enormous
3     magnitude of the association,
4     consistent and large over decades of
5     study.
6     QUESTIONS BY MR. RESTAINO:
7          Q.    Using cigarette smoking --
8          A.    As an example.  I'm sorry to
9     interrupt.
10         Q.    I'm sorry.
11         Using cigarette smoking also an
12    as example then, cigarette smoking is also
13    associated with cardiovascular disease; would
14    you agree?
15         A.    Yes.
16         Q.    Would you also agree that the
17    risk ratio associated with cigarette smoking
18    and cardiovascular disease is far less than
19    the risk ratio of cigarette smoking and lung
20    cancer?
21         A.    I can't comment on the
22    relative -- I can't comment with authority on
23    the magnitude of the risk factors for
24    cardiovascular disease compared to lung
25    cancer associated with cigarette smoking.

Page 108

1          It's not a memory test, as I
2     recall.
3          Q.    No, it isn't, and I'm not going
4     to test your memory in areas there.
5          Have you published in the
6     biomedical literature on the role of the
7     BRCA1 and BRCA2 mutations and their role with
8     breast cancer?
9          A.    Yes.
10         Q.    Have you published with those
11    mutations and their role in ovarian cancer?
12         A.    Yes.
13         Q.    Have you published on the role
14    of Jewish ethnicity and the development of
15    ovarian cancer?
16         A.    Jewish ethnicity, per se, no.
17         Q.    And how about any specific type
18    of form of Jewish ethnicity?
19         A.    I'm not getting at Ashkenazi
20    versus Sephardic.  I'm getting at ethnicity,
21    per se, as opposed to the prevalence of BRCA
22    mutations in the Ashkenazi.
23         Q.    Regarding the development of
24    ovarian cancer, do you recognize family
25    history as a biologically plausible risk

Page 109

1     factor?
2          MS. MILLER:  Objection.
3          THE WITNESS:  Well, you're
4     using the word "biological
5     plausibility" with "risk factor,"
6     which is, I have to say, a strange
7     concept for me.
8          I'm familiar with the concept
9     of getting from association in an
10    epidemiologic context to causality in
11    a biological context using biological
12    plausibility as a tool when and, in
13    context, where it may be most
14    necessary.
15    QUESTIONS BY MR. RESTAINO:
16         Q.    Okay.  And in using the term as
17    you're most familiar with it, would you
18    publish on risk factors for any cancer if, in
19    your opinion, that risk factor was not
20    biologically plausible?
21         MS. MILLER:  Objection.
22         THE WITNESS:  It's just a very
23    vague question.  Hard to answer.
24         If you'd like to refer me to
25    one of my specific publications, I'd

28 (Pages 106 to 109)

Jeffrey A. Boyd, Ph.D.

Page 110

1    be happy to address the rationale
2    underlying my reasons for publishing
3    the data contained in that
4    publication.
5    QUESTIONS BY MR. RESTAINO:
6        Q.   Well, I mentioned previously
7    the "Metastasis Dynamics for Non-Small-Cell
8    Lung Cancer:  Effect of Patient and
9    Tumor-Related Factors," but as you sit here
10   today, you do not recall that, correct?
11       A.   All I heard, with all due
12   respect, sir, is a jumble of words.  It
13   doesn't even sound like the title of a paper.
14           But to the extent that you're
15   probably reading from my CV, I don't recall
16   the paper.
17       Q.   Okay.
18           MS. MILLER:  Is this a good
19   time for a break?
20           MR. RESTAINO:  Sure.
21           MS. MILLER:  Great.
22           VIDEOGRAPHER:  Off the record
23   at 11:16 a.m.
24       (Off the record at 11:16 a.m.)
25           VIDEOGRAPHER:  We are back on

Page 111

1    the record at 11:31 a.m.
2    QUESTIONS BY MR. RESTAINO:
3        Q.   Welcome back, Dr. Boyd.
4            Dr. Boyd, do you intend to
5    offer an opinion as to whether or not talc
6    powder particles can migrate to the ovaries?
7        A.   No.
8        Q.   Now, with your expert report,
9    if you would turn to page 2.  And by that I
10   mean the numbered page 2.  All right?
11           You have a Section 2, Scope of
12   Report.  And the first sentence there:  "I
13   was asked to opine on Dr. Ghassan Saed's
14   expert report based on my experience as a
15   molecular biologist in cancer research, and
16   in particular, whether this research supports
17   the biological plausibility of the
18   plaintiff's theory that perineal talc use
19   causes ovarian cancer."
20           And, Doctor, did I read that
21   correctly?
22       A.   You correctly read those words.
23       Q.   Now, as you wrote them there,
24   how are you using biological plausibility?
25       A.   The biological process through

Page 112

1    which talc causes the transformation of a
2    normal cell into a cell that ultimately
3    manifests as the multiple different tumor
4    types that we collectively refer to as
5    epithelial ovarian carcinoma.
6        Q.   And have you ever been asked in
7    your professional career to review another
8    expert's expert report?
9        A.   Before this litigation?
10       Q.   Yes, sir.
11       A.   Yes.  Again, I would remind you
12   of the one other case, other than the
13   administrative issues in Miami, in the late
14   '90s, early 2000s, which was litigation
15   involving -- well, to answer your question,
16   yes, several decades ago.
17       Q.   And also at that time, were you
18   asked to review any underlying notebook or
19   laboratory documentation that might have been
20   used as the basis for any opinions in that
21   expert report?
22       A.   No.
23       Q.   Have you ever, in your
24   professional career, been asked to review the
25   notebook and underlying laboratory documents

Page 113

1    from an individual's experiments?
2        A.   Well, that's a pretty broad
3    question.  I have been the principal
4    investigator in many laboratories, and I
5    reviewed many laboratory notebooks.  I have
6    created many laboratory notebooks personally
7    in the earlier stages of my career.
8            And to reiterate, in the more
9    senior stages of my career as a principal
10   investigator heading up a laboratory, larger
11   or smaller as it might be, I have reviewed a
12   multitude of laboratory notebooks.
13       Q.   Have you ever had -- have you
14   ever been asked to review the laboratory
15   notebook for any researchers not associated
16   with your laboratory?
17       A.   Yes.
18       Q.   And under what circumstances?
19       A.   Alleged scientific fraud at an
20   institution where I was in one case the chief
21   scientific officer and in another case the
22   chair of the department in which the alleged
23   fraud took place.
24       Q.   If you would turn now to --
25   stay on page 2 of your expert report.  The

29 (Pages 110 to 113)

Jeffrey A. Boyd, Ph.D.

Page 114

1    top paragraph, third line down, first full
2    sentence you write, "My current research
3    interests."
4         Do you see that, sir?
5    A.   Yes.
6    Q.   "My current research interests
7    include the histogenesis, open paren, cell of
8    origin, close paren, of ovarian cancer, the
9    comprehensive genomic characterization of
10   ovarian cancer stem cells, and the genomic
11   basis of diethylstilbestrol, open paren, DES,
12   close paren, hyphen, induced carcinogenesis
13   of the cervix and vagina of women exposed to
14   DES in utero."
15        Did I read that correctly?
16   A.   You read it perfectly.
17   Q.   Okay.  Is DES a form of
18   synthetic estrogen?
19   A.   DES is indeed a synthetic
20   estrogen.
21   Q.   And does the prenatal exposure
22   to DES cause subsequent development of clear
23   cell adenocarcinoma in the lower reproductive
24   tract of some daughters of women who have
25   taken the drug?

Page 115

1    A.   It has been associated with the
2    development of aforementioned tumors in the
3    context that you've described, yes.
4    Q.   My question was:  "Does the
5    prenatal exposure to DES cause subsequent
6    development of clear cell adenocarcinoma?"
7         And your answer involved the
8    word "association."
9    A.   Yes.
10   Q.   So let me reask my question, if
11   I may.
12        Does the prenatal exposure to
13   DES cause subsequent development of clear
14   cell adenocarcinoma in the lower reproductive
15   tract of some daughters of women who have
16   taken the drug?
17        MS. MILLER:  Objection.
18        THE WITNESS:  In humans, for a
19   given human patient, it should be
20   rather self-evident that it's
21   virtually impossible to ascribe -- or
22   attribute, I'm sorry, the development
23   of a particular cancer to a particular
24   exposure in a given individual.
25        So we look typically, in humans

Page 116

1    as opposed to in animals or lower
2    organisms or cells and so forth, in
3    humans we tend to make these
4    conclusions based on the strengths of
5    the association.
6         And in this particular case,
7    clear cell carcinomas of the vagina
8    and cervix are, generally speaking,
9    extremely rare tumors.  Furthermore,
10   in young women, for example,
11   teenagers, women in their 20s, they're
12   virtually unheard of.
13        And so in 1971, more or less,
14   when Dr. Arthur Herbst at the
15   University of Chicago published a
16   paper in the New England Journal
17   describing a cluster of cases of clear
18   cell adenocarcinoma of the
19   cervicovaginal region in women exposed
20   to DES in utero, this was such a rare
21   confluence of an environmental, if you
22   will, or biological exposure to a
23   xenobiotic and the development of an
24   otherwise virtually unheard of cancer
25   in terms of the cancer and the age of

Page 117

1    the women developing it, that the
2    strength of the association was, in
3    the minds of many at the time,
4    sufficient to attribute causality
5    between the in utero exposure to DES
6    and the development of the clear cell
7    cancer in the young women.
8         I hope that was a cogent answer
9    to your question.
10   QUESTIONS BY MR. RESTAINO:
11   Q.   Yes.
12        Do you rely heavily upon
13   strength of association to determine a
14   causation?
15        MS. MILLER:  Objection.
16        THE WITNESS:  I'm sorry, I was
17   distracted by the --
18        MS. MILLER:  Yeah, is there --
19   is that on there on purpose?
20        THE WITNESS:  I just keep
21   looking at my CV and wondering --
22        MS. MILLER:  With the little
23   green sticky on it?
24        MR. RESTAINO:  No.
25        THE WITNESS:  I guess it's

30 (Pages 114 to 117)

Jeffrey A. Boyd, Ph.D.

Page 118

1    the --
2         MR. RESTAINO:  We can probably
3    turn this off.
4         THE WITNESS:  There's a camera
5    there or something.
6         MS. MILLER:  Well, why don't
7    you turn that off, because it is
8    distracting.
9         THE WITNESS:  I apologize.
10        MR. RESTAINO:  No, there's no
11   apology necessary.
12        THE WITNESS:  Yeah.
13        And could you repeat the
14   question, please?
15   QUESTIONS BY MR. RESTAINO:
16        Q.    Well, yes.
17        My question, you know, was:
18   Does the prenatal exposure to DES cause the
19   subsequent development of clear cell
20   adenocarcinoma in the lower reproductive
21   tract in the daughters of women who have
22   taken the drug?
23        A.    Well, again, I respectfully
24   submit that I've answered the question.  I'll
25   answer it again.

Page 119

1         Q.    I'm sorry, sir, I only asked
2    again because you asked me to.
3         MS. MILLER:  Actually, that
4    wasn't your last question.  You had
5    moved on from that.
6         THE WITNESS:  Yeah, it was a
7    different question.
8         MR. RESTAINO:  Okay.  I
9    apologize.
10   QUESTIONS BY MR. RESTAINO:
11        Q.    Do you rely upon the strength
12   of association in determining causation?
13        A.    I think it's an important
14   factor.
15        (Boyd Exhibit 6 marked for
16   identification.)
17   QUESTIONS BY MR. RESTAINO:
18        Q.    I've now marked as Boyd 6 an
19   article titled "Hormonal Carcinogenesis and
20   Environmental Influences:  Background and
21   Overview," written by a James Huff, Jeff Boyd
22   and J. Carl Barrett.
23        Does that sound familiar, sir?
24        A.    Yes.
25        Q.    And if you would turn to

Page 120

1    page 13 of that document.
2         A.    All right.  I'm sorry, let
3    me -- could I just look at, for a moment, the
4    document in its entirety?
5         And which page, please?
6         Q.    Page 13.
7         Actually, let's look on page 15
8    of the document.  There's a heading there,
9    "Chemicals and Hormonal Cancers."
10        Do you see that, sir?
11        A.    Uh-huh.
12        Q.    Now, in the middle of that
13   paragraph, the big paragraph underneath it,
14   one, two, three, four, five, six, seven,
15   eight -- nine lines down there's a sentence
16   that starts all the way to the right with the
17   word "much" after a citation of Marselos and
18   Tomatis.
19        Do you see that, sir?
20        A.    Yes.
21        MS. MILLER:  I don't.
22        MR. RESTAINO:  Page 15,
23   Chemicals and Hormonal Cancers,
24   Jessica.
25        MS. MILLER:  Okay.

Page 121

1         MR. RESTAINO:  About 11 down.
2    The word "much" is on the right-hand
3    side following the citation.
4         MS. MILLER:  I see it.
5    QUESTIONS BY MR. RESTAINO:
6         Q.    "Much of the stimulus for
7    evaluating chemicals for potential
8    carcinogenicity came from the revelation that
9    DES caused cancer in both male and female
10   human offspring whose women have been given
11   DES to prevent or reduce threatened
12   spontaneous abortion."
13        And then there's several
14   citations there, including Chapter 19 of the
15   volume from which this paper came from.
16        Did I read that correctly?
17        A.    Yes.
18        Q.    And you used -- you write there
19   that "DES caused cancer," correct?
20        A.    Well, first of all, three of
21   us, I being the middle author, were involved
22   in the authorship of this article.
23        So I'm sorry, but I -- I
24   focused on the word "you," so I would
25   respectfully ask you to repeat the question

31 (Pages 118 to 121)

Jeffrey A. Boyd, Ph.D.

Page 122

1   so that I may digest the full question.
2       Q.   As used here by yourself and
3   your coauthors, "Much of the stimulus for
4   evaluating chemicals for potential
5   carcinogenicity came from the revelation that
6   DES caused cancer in both male and female
7   human offspring whose mother had been given
8   DES to prevent or reduce threatened
9   spontaneous abortion."
10          Did I read it correctly?
11      A.   You read it correctly again,
12  yes.
13      Q.   Okay.  Now, Doctor, has the
14  causal association between DES and clear cell
15  adenocarcinoma ever been established in a
16  randomized controlled trial?
17          MS. MILLER:  Objection.
18          THE WITNESS:  I'll just say no.
19  QUESTIONS BY MR. RESTAINO:
20      Q.   Has the causal association
21  between DES and clear cell adenocarcinoma
22  ever been established in a cohort
23  observational study?
24          MS. MILLER:  Objection.
25          THE WITNESS:  Could you repeat

Page 123

1       the question, please?
2   QUESTIONS BY MR. RESTAINO:
3       Q.   Yes.
4           Has the causal association
5   between DES and clear cell adenocarcinoma
6   ever been established in a cohort
7   observational study?
8       A.   Well, first of all, you're
9   using the words "causal" and "association"
10  together, which in my mind are different
11  concepts.
12          As I believe I suggested
13  before, in my mind, epidemiologic studies,
14  whether they be case-control or cohort
15  studies, are typically relied upon to suggest
16  associations leading to hypotheses that may
17  be further tested regarding causation.
18          So juxtaposing "association"
19  and "causation" in the sentence is, in my
20  mind, inappropriate.
21      Q.   Has the causal relationship
22  between DES and clear cell adenocarcinoma
23  ever been established in a cohort
24  observational study?
25          MS. MILLER:  Objection.  It's a

Page 124

1   misleading question.
2           THE WITNESS:  I would say no
3   because -- for the primary reason that
4   the -- the events were extraordinarily
5   rare, and DES was on the market for
6   pregnancy support for a relatively
7   short period of time, late '40s until
8   1971.
9           It would be impossible to do
10  such a study, in my mind, and have it
11  significantly powered; hence the
12  reliance on animal models over the
13  years to provide much more rigorous
14  evidence of causality with respect to
15  DES and carcinogenicity.
16  QUESTIONS BY MR. RESTAINO:
17      Q.   In fact, the initial
18  association between DES and clear cell
19  carcinoma -- adenocarcinoma in the offspring
20  of women who took it, the drug, were
21  established in case-control studies
22  initially, correct?
23      A.   I'm of the -- I'm aware of the
24  paper that I referenced earlier as being the
25  first suggestion that there was an

Page 125

1   association.
2       Q.   Would you agree it would be
3   inaccurate for anyone to say that causation
4   cannot be established for the use of
5   case-control studies?
6           MS. MILLER:  Objection.
7           THE WITNESS:  Several negatives
8   in there.
9           Could you repeat the question,
10  please?
11  QUESTIONS BY MR. RESTAINO:
12      Q.   Would you agree it would be
13  inaccurate for one to say that a causal
14  association between a substance or a drug and
15  the development of cancer cannot be
16  established through case-controlled,
17  observational epidemiology?
18          MS. MILLER:  Objection.
19          THE WITNESS:  Well, first, I'm
20  not an expert in epidemiology and
21  the -- I'll stop there.
22  QUESTIONS BY MR. RESTAINO:
23      Q.   Okay.  You write on the bottom
24  of page 2 of your expert report, the very
25  last sentence --

32 (Pages 122 to 125)

Jeffrey A. Boyd, Ph.D.

Page 126

1     MS. MILLER: "Overall"?
2     MR. RESTAINO: "Overall."
3   QUESTIONS BY MR. RESTAINO:
4     Q.   The last sentence that goes on
5   to page 3. "Overall, genetic predisposition
6   is currently believed to be associated with
7   approximately 20 percent of all ovarian
8   cancers."
9         Did I read that correctly?
10    A.   You read it correctly.
11    Q.   And then you then write, "It is
12  very important to recognize that ovarian
13  cancers associated with genetic
14  predisposition, as well as those, open paren,
15  approximately 80 percent, close paren, that
16  occur, quote, sporadically, close paren, are
17  all associated with the acquisition and
18  accumulation of mutations affecting multiple
19  cancer-related genes."
20        Did I read that correctly, sir?
21    A.   You read it correctly.
22    Q.   And you do not have a reference
23  for that opinion, do you?
24    A.   No.
25    Q.   The next sense -- next sentence

Page 127

1   you wrote, "In this sense, all ovarian
2   cancers, open paren, and indeed all cancers
3   generally, close paren, represent a genetic
4   disease."
5         Did I read that correctly?
6     A.   Yes, you did.
7     Q.   And again, there's no reference
8   for that, correct?
9     A.   You are correct.
10    Q.   Now, are you familiar with the
11  term "multicausality" as it relates to cancer
12  development?
13    A.   No.
14    Q.   Are you associated with the
15  term "multicausality" as it relates to any
16  disease?
17    A.   I mean, I can infer what such a
18  word might mean.  I'm -- it's not a word I've
19  ever used.
20    Q.   Okay.
21    A.   To the best of my knowledge.
22    Q.   As an expert in genetics, would
23  you agree that it's reasonably safe to assume
24  that there are nearly always some genetic and
25  some environmental component causes in every

Page 128

1   causal mechanism?
2     MS. MILLER:  Objection.
3     THE WITNESS:  I would disagree.
4   That's a hugely, overly broad
5   statement about cancers generally.
6   QUESTIONS BY MR. RESTAINO:
7     Q.   Are you familiar with the term
8   "gene environment interaction"?
9     A.   Yes.
10    Q.   And this means that an
11  environmental factor's effect upon a body may
12  depend upon a genetic factor; isn't that
13  correct?
14    A.   Would you repeat the question,
15  please?
16    Q.   That means that an
17  environmental factor's effect on the body may
18  depend upon a genetic factor; is that
19  correct?
20    A.   Not really.
21    Q.   You can't think of any
22  situations where that --
23    A.   No, I'm saying your -- your
24  definition of the term is not really correct
25  as I understand it.

Page 129

1     Q.   Okay.  Would you agree that a
2   genetic factor's effect on the body may
3   depend upon the environmental factor?
4     A.   Could you give me an example of
5   an environmental factor in this particular
6   case?
7         I assume we're talking about --
8   we're still talking about hereditary ovarian
9   cancers?
10    Q.   We're just talking in general
11  about the gene environment interaction right
12  now and multicausality.
13        So, for example, there are
14  individuals who smoke 20 -- 20 cigarettes a
15  day for 40 years and they develop lung
16  cancer, correct?
17    A.   Correct.
18    Q.   And there are some individuals
19  who smoke the exact same amount and they
20  don't develop lung cancer?
21    A.   Correct.
22    Q.   And there are individuals that
23  are exposed to chimney smoke and they don't
24  develop cancer, testicular cancer, correct?
25    A.   Well, I assume you meant soot,

33 (Pages 126 to 129)

Jeffrey A. Boyd, Ph.D.

Page 130

1    but I'll -- assuming you agree with my
2    assumption as to your question, I would say
3    correct.
4        Q.    In fact, 1975, Sir Percival
5    Pott first reported on the association
6    between kidney -- chimney soot and testicular
7    cancer, correct?
8            MS. MILLER:  Objection.
9            THE WITNESS:  No, he'd been
10       dead for 200 years in 1975.
11   QUESTIONS BY MR. RESTAINO:
12       Q.    Okay.  Regardless of his death,
13   do you recall Dr. Pott reporting on the
14   incidence of testicular cancer in chimney
15   sweeps?
16           MS. MILLER:  Objection.
17           THE WITNESS:  I recall Sir
18       Percival Pott reporting on an
19       association between scrotal cancer and
20       sweeping chimney -- chimneys.
21   QUESTIONS BY MR. RESTAINO:
22       Q.    In fact, that may have been the
23   first reported association between an
24   environmental factor and the development of
25   cancer, agreed?

Page 131

1            MS. MILLER:  Objection.
2            THE WITNESS:  No, I think
3        that's probably a reach.  I think that
4        was an extraordinarily strong
5        association between an environmental
6        exposure and the development of a
7        cancer.
8            To the extent that it was the
9        first report, I really couldn't say.
10   QUESTIONS BY MR. RESTAINO:
11       Q.    Okay.  As you sit here today,
12   can you think of a prior environmental
13   exposure report leading to increased risk of
14   cancer in people?
15       A.    Prior to the 18th century?
16       Q.    Yes.
17       A.    No.
18       Q.    Well, would you agree -- or do
19   you have an opinion to a reasonable degree of
20   medical certainty or scientific certainty as
21   to what percentage of cancer in this country
22   are related to environmental factors?
23           MS. MILLER:  Objection.
24           THE WITNESS:  No.
25

Page 132

1    QUESTIONS BY MR. RESTAINO:
2        Q.    You would agree, though, that
3    certain genes, such as BRCA1, BRCA2, can give
4    women an inherent susceptibility to breast
5    cancer, correct?
6        A.    Inherent -- if we substitute
7    "inherit" for "inherent," I would agree with
8    that statement, yes.
9            MS. MILLER:  I was about to
10       object to that word.  You didn't give
11       me a chance.
12           THE WITNESS:  Noted.
13           MS. MILLER:  Did you mean
14       inherited, or did you mean inherent?
15           MR. RESTAINO:  It's written
16       "inherited," and I think I misspoke.
17           MS. MILLER:  Okay.
18           MR. RESTAINO:  So I'll repeat
19       the question.
20           MS. MILLER:  I didn't know what
21       you meant by "inherent," so --
22           THE WITNESS:  I know what you
23       meant, and so I'll --
24   QUESTIONS BY MR. RESTAINO:
25       Q.    Answer with the understanding

Page 133

1    it was inherited?
2        A.    Correct.
3        Q.    And in fact, the inherited
4    mutations in BRCA1, BRCA2 also confer a
5    predisposition to ovarian cancer in some
6    women, correct?
7        A.    That's correct.
8        Q.    But not everyone who has the
9    BRCA1 and BRCA2 mutation develops breast
10   cancer or ovarian cancer, correct?
11       A.    Correct.
12       Q.    Would you agree or disagree
13   that the general consensus of the medical
14   community is that many cancers are
15   environmentally caused?
16       A.    I would disagree.  There's
17   absolutely no evidence to support that
18   statement as you read it, today as we sit
19   here.
20       Q.    Today has it changed, in your
21   opinion?
22       A.    Yes, I think it has.
23       Q.    And when do you think it
24   changed?
25       A.    I think it changed dramatically

34 (Pages 130 to 133)

Jeffrey A. Boyd, Ph.D.

Page 134

1    in the late 1970s when Bishop and Varmus made
2    their seminal observation that human beings
3    had, within their genome, cells that in a
4    retroviral-induced context caused cancer in
5    chickens, leading to the ultimate realization
6    that cancer in humans is a result of
7    mutations in genes within the cells of our
8    various organs and tissues.
9       Q.    Okay.
10       A.    Prior to 1978 when those
11    seminal publications were published, we spent
12    a lot of time looking for links between the
13    environment and cancer, a lot of time looking
14    for links between viruses and cancer.
15          We -- in a very general sense
16    "we," the field -- spent a lot of time
17    looking for anything that could explain
18    cancer pathogenesis. And that was really a
19    transformational event, a true inflection
20    point in our understanding of cancer
21    pathogenesis in humans generally, the
22    understanding that the aberrant regulation or
23    mutation of cells in one or another tissue
24    was in fact the driving force of cancer
25    development in most cases of cancer. There

Page 135

1    are exceptions, of course.
2       Q.    And this was prior to 1978?
3       A.    No, the inflection point was
4    1978, and I was talking about subsequent.
5       Q.    Okay.
6       A.    Following 1978 where the whole
7    notion of cancer genes took root, catalyzed,
8    again, a virtual transformational period
9    involving our understanding of the driving
10    force of cancer development.
11       Q.    If you would turn again to I
12    think it's the last exhibit, which is 6, the
13    paper by James Huff and yourself and Carl
14    Barrett, and turn to page 11?
15       A.    This is Exhibit 5, correct?
16    No. I'm sorry, I'm on my --
17       Q.    I think it's 6.
18       A.    Exhibit 6, you're correct. I
19    had my --
20       Q.    That's quite all right.
21       A.    -- expert report.
22       Q.    There's a section there called
23    Cancer Causality and Etiology.
24       A.    Which page, please?
25       Q.    Page 11.

Page 136

1       Do you see that, sir?
2       A.    Cancer Causality and Etiology,
3    yes.
4       Q.    And then underneath that, you,
5    Dr. Huff and Dr. Barrett write, "Identifiable
6    causes of most human cancers unfortunately
7    remain unknown, yet the general consensus
8    appears to be that many are, quote,
9    environmentally caused and hence should be
10    preventable."
11          Did I read that correctly?
12       A.    You read it correctly.
13       Q.    And that was published by
14    Drs. Huff, yourself and Barrett in "Cellular
15    and Molecular Mechanisms of Hormonal
16    Carcinogenesis: Environmental Influences,"
17    1996; is that correct?
18       A.    Yes. 20, 30 years ago.
19       Q.    And in the next paragraph you
20    wrote, "Known causes of cancer include both
21    external factors, open paren, tobacco smoke,
22    chemicals, occupational exposure
23    circumstances, radiation, viruses, close
24    paren, and internal factors, open paren,
25    hormones, immune conditions, inherited genes,

Page 137

1    close paren, as well as aging," which we
2    discussed earlier, correct?
3       MS. MILLER: Is there a
4    question there?
5    QUESTIONS BY MR. RESTAINO:
6       Q.    Did I read that correctly?
7       A.    You read it correctly.
8       MS. MILLER: Except to that
9    which we had discussed earlier.
10    That's not in here.
11    QUESTIONS BY MR. RESTAINO:
12       Q.    Now, Doctor, a moment ago or
13    some time ago, I did -- I asked you about the
14    concept of multifactorial disease.
15          Do you recall that?
16       A.    I do.
17       Q.    Would you agree that there are
18    multiple biologically plausible risk factors
19    for the development of ovarian cancer?
20       MS. MILLER: Objection.
21    I think the witness testified
22    earlier that he doesn't think
23    biologically plausible is -- I just
24    want to get exactly right what he
25    said.

Jeffrey A. Boyd, Ph.D.

Page 138

1    THE WITNESS: I can answer it
2  again.
3    MS. MILLER: Okay.
4    THE WITNESS: I don't equate
5  association with causality.
6  QUESTIONS BY MR. RESTAINO:
7    Q.   Okay.  Would you agree that
8  there are risk factors that are associated
9  with an increased risk for the development of
10  ovarian cancer?
11    A.   Yes.
12    Q.   Would that include, stating the
13  obvious, gender?
14    A.   Yes.
15    Q.   Age over 45?
16    A.   Yes.
17    Q.   How about a woman who has not
18  had a tubal ligation, does that increase the
19  risk?
20    A.   I wouldn't phrase it that way,
21  no.
22    Q.   How would you phrase it?
23    A.   I would say that tubal ligation
24  decreases the risk.
25    Q.   Okay.  How about no

Page 139

1  breastfeeding, would that be a risk or a
2  protective factor?
3    MS. MILLER: Objection.
4    THE WITNESS: Well, to the
5  extent that parity reduces risk and
6  breast cancer -- or breast -- I'm
7  sorry, breastfeeding is almost always
8  associated with having children, I
9  would agree that breastfeeding is
10  associated with a reduced risk of
11  developing ovarian cancer.
12  QUESTIONS BY MR. RESTAINO:
13    Q.   And the flip side, would no
14  breastfeeding, no live births, be a risk
15  factor for the development of ovarian cancer?
16    MS. MILLER: Objection.
17    THE WITNESS: I -- live births?
18  That's a little confusing to me.
19  QUESTIONS BY MR. RESTAINO:
20    Q.   Full-term delivery of a baby.
21    A.   We're going to have to start
22  over with the question.  I'm sorry.
23    Q.   Do you believe that no -- that
24  with no live births would be a risk factor
25  for the development of ovarian cancer?

Page 140

1    A.   Nulliparity is a risk factor
2  for ovarian cancer.
3    Q.   Would no oral contraceptive use
4  be a risk factor for the development of
5  ovarian cancer?
6    MS. MILLER: Objection.
7    THE WITNESS: I disagree with
8  the statement.
9  QUESTIONS BY MR. RESTAINO:
10    Q.   Is a positive family history of
11  ovarian cancer a risk factor for the
12  development of ovarian cancer?
13    A.   I would suggest that a family
14  history involving first degree-relatives is a
15  risk factor for the development of ovarian
16  cancer.
17    Q.   Would you agree that a woman
18  who has early onset breast cancer is at
19  increased risk for the development of ovarian
20  cancer?
21    MS. MILLER: Objection.
22    THE WITNESS: Yes, but I'd like
23  to qualify my answers to all of these
24  questions with respect to the
25  magnitude of risk, because it differs

Page 141

1  with all of the risk factors that
2  we've just articulated over a period
3  of --
4  QUESTIONS BY MR. RESTAINO:
5    Q.   And I apologize.  I should have
6  said this at the outset.
7    During the deposition I get to
8  ask my questions, and sometimes it's a yes or
9  no, disagree or agree answer.
10    At the end of the deposition,
11  the attorneys representing Johnson & Johnson
12  get to also ask you questions.  So if there
13  are questions that you want -- answers you
14  want to expand upon, you will have time to do
15  that at the end of the deposition.
16    MS. MILLER: I think he can
17  also expand upon his answers during
18  the deposition in order to give full,
19  complete answers.
20    MR. RESTAINO: Not if the
21  witness is going to come out with
22  "fourscore and seven years ago" like
23  Dr. Shih.  We're just not going down
24  that route today.
25    MS. MILLER: I see.

36 (Pages 138 to 141)

Jeffrey A. Boyd, Ph.D.

Page 142

1    QUESTIONS BY MR. RESTAINO:
2         Q.   Doctor, is the use of oral --
3         A.   I'm sorry, perhaps I
4    misunderstood the ground rules.
5              In my mind, an answer is an
6    answer.
7         Q.   Yes, I like to go by that, too.
8    So if I ask you if you agree or disagree,
9    it's a simple answer: "agree" or "disagree."
10             If you want to expand upon it,
11   then you'll have your opportunity at the end
12   of the deposition.
13             MS. MILLER:  If you do not feel
14        that agree or disagree is a complete
15        and full and honest answer, then you
16        should give a full, complete and
17        honest answer.
18   QUESTIONS BY MR. RESTAINO:
19        Q.   Doctor, would you agree that
20   the use of oral contraceptives are a
21   protective factor regarding ovarian cancer?
22             MS. MILLER:  Are we talking
23        about all ovarian cancer?  Are you
24        just talking about a specific ovarian
25        cancer?

Page 143

1              I just want to make sure we're
2    all on the same page here.
3              MR. RESTAINO:  Ovarian cancer
4        as in -- we're talking about in this
5        litigation and what's been discussed
6        in Dr. Saed's report and the
7        biological plausibility of plaintiff
8        experts referring to ovarian cancer.
9    QUESTIONS BY MR. RESTAINO:
10        Q.   Would the use of oral
11   contraceptive be considered a protective
12   factor?
13        A.   Would you like to finish the
14   question?
15        Q.   Would the use of oral
16   contraceptives be considered a protective
17   factor for the development of ovarian cancer?
18        MS. MILLER:  Objection.
19        THE WITNESS:  The use of oral
20   contraceptives confers a decreased
21   risk of developing epithelial ovarian
22   carcinoma, including all its
23   histologic variants.
24             And I might add that the
25   decreased risk associated with the use

Page 144

1    of oral contraceptives for five years
2    or more is an especially strong
3    association which differs from the
4    magnitude of many risks that we've
5    previously discussed.
6    QUESTIONS BY MR. RESTAINO:
7         Q.   Doctor, sitting here today in
8    2019, in addition to age over 45, no tubal
9    ligation, no breastfeeding, no live births,
10   oral contraceptive use, Jewish ethnicity,
11   family history of ovarian cancer, early onset
12   of breast cancer, would you add long-term
13   genital talcum powder to the list of risk
14   factors for the development of cancer,
15   ovarian cancer?
16        A.   No.
17        Q.   And why is that?
18        A.   It's twofold.  At best, the
19   epidemiologic association is quite weak, and
20   no biological plausibility.
21        Q.   How are you defining biological
22   plausibility now?
23             MS. MILLER:  Objection.
24             THE WITNESS:  I define
25        biological plausibility now as I

Page 145

1         define it always, which is in essence
2         the articulation of a cogent mechanism
3         that gets you from a weak association
4         to causality.
5    QUESTIONS BY MR. RESTAINO:
6         Q.   How do you define a cogent?
7         A.   I think a cogent mechanism, it
8    needs to be clear as opposed to muddled, I
9    think it needs to be logical as opposed to
10   illogical, and I think it needs to be
11   compelling as opposed to speculative.
12        Q.   Can it be possible?
13        A.   Can what be possible?
14             MS. MILLER:  Objection.
15   QUESTIONS BY MR. RESTAINO:
16        Q.   A cogent biological
17   plausibility.
18        A.   I'm sorry, sir, I've lost you
19   completely.
20        Q.   Using the word "cogent" for
21   biological plausibility, can that be a
22   possible cause or risk factor?
23        A.   I'm sorry, I just can't begin
24   to interpret your question.
25        Q.   What part of it can't you

37 (Pages 142 to 145)

Jeffrey A. Boyd, Ph.D.

Page 146

1  interpret?
2       A.    The sentence doesn't make sense
3  to me.
4       Q.    Okay.
5       A.    The question doesn't make
6  sense.
7       Q.    We've defined cogent as you use
8  it, correct?
9              Biological plausibility.  How
10  do you define the English word
11  "plausibility"?
12             MS. MILLER:  Objection.  Asked
13       and answered.
14             THE WITNESS:  The same as I
15       would define biological plausibility,
16       leaving out biological and applying
17       plausibility to any other context.
18  QUESTIONS BY MR. RESTAINO:
19       Q.    So if the -- if the dictionary
20  defines plausibility as possible, and we add
21  biological in front of it, as you just put,
22  then we're talking about biological
23  possibility, correct?
24             MS. MILLER:  Objection.
25             THE WITNESS:  No, I think we're

Page 147

1       playing word games, and I just -- I
2       just can't -- I'm not going to play
3       syntax games with you.
4  QUESTIONS BY MR. RESTAINO:
5       Q.    I'm just trying to ascertain or
6  learn your definition so that as the day goes
7  on I can use your definitions and words.
8       A.    And I'm quite confident that I
9  offered my best definition for biological
10  plausibility at least once, perhaps twice.
11       Q.    Okay.  If you turn now to
12  page 3 of your expert report and to the top
13  paragraph, approximately eight lines down
14  there's a sentence that you write that starts
15  on the left with, "The causes of these
16  somatic genetic mutations."
17             Just let me know when you find
18  that, sir.
19       A.    I've found it.
20       Q.    "The causes of these, quote,
21  somatic, end quote, genetic mutations
22  acquired in the organ in which a cancer
23  ultimately develops remain largely unknown
24  for ovarian cancer and most other cancers."
25             Did I read that correctly?

Page 148

1       A.    You read it correctly.
2       Q.    And have you performed any
3  experiments to rule out talcum powder as one
4  of the unknown causes of the somatic genetic
5  mutations leading to ovarian cancer?
6             MS. MILLER:  Objection.
7             THE WITNESS:  It's impossible
8       to perform a negative experiment.
9  QUESTIONS BY MR. RESTAINO:
10       Q.    Have you performed any
11  experiments to determine whether talcum
12  powder was a cause of any of the somatic
13  genetic mutations leading to ovarian cancer?
14       A.    You'd have to describe the
15  context.
16       Q.    The context of this sentence,
17  sir.
18             "The context of the causes of
19  somatic genetic mutations acquired in the
20  organ in which a cancer ultimately develops
21  remain largely unknown for ovarian cancer and
22  most other cancers."
23             In attempt to learn the
24  unknown, have you -- have you attempted any
25  experiments utilizing talcum powder and see

Page 149

1  the effect on somatic genetic mutations
2  leading to ovarian cancer?
3             MS. MILLER:  Objection.
4             THE WITNESS:  I'll give it a
5       shot.
6             I used the word "organ" in the
7       sentence, so I have to assume I was
8       talking about animals or humans as
9       opposed to, for example, cells.
10             And I can state unequivocally
11       that I've never treated animals or
12       humans with talcum powder in order to
13       see what might happen.
14  QUESTIONS BY MR. RESTAINO:
15       Q.    Several sentences down, the
16  same paragraph on the right-hand side --
17  actually, it's one, two, three -- seven lines
18  up from the bottom, approximately, there's a
19  sentence that starts on the far right with
20  "possible mutagenic."
21             Do you see that, sir?
22       A.    Uh-huh, yes.
23       Q.    "Possible mutagenic mechanisms
24  in ovarian and other cancer types include
25  unknown environmental exposures and pure

38 (Pages 146 to 149)

Jeffrey A. Boyd, Ph.D.

Page 150

1    chance."
2        Did I read that correctly?
3        A.   You read it correctly.
4        Q.   Is it your opinion at this time
5    that the possible mutagenic mechanisms in
6    ovarian and other cancer types, including
7    unknown -- include unknown environmental
8    exposures, but you're not willing at this
9    time to access -- access -- accept the
10   possibility of talcum powder being one of
11   those environmental factors?
12       MS. MILLER:  Objection.
13       Is this sentence -- is the
14   question over?
15       MR. RESTAINO:  The question is
16   over.
17       MS. MILLER:  All right.
18   Objection.
19       THE WITNESS:  Well, here, my
20   goal in writing this sentence was to
21   refer to all cancer types, and so I
22   was trying to make that transition
23   from ovarian to all cancer types.
24   QUESTIONS BY MR. RESTAINO:
25       Q.   Well --

Page 151

1        A.   The --
2        Q.   I'm sorry.
3        A.   The paragraph is rather -- is
4    rather a narrative of the, as we sit here
5    today, commonly accepted essence of cancer
6    development, which is the acquisition and
7    accumulation of genetic mutations in
8    oncogenes and tumor suppressor genes,
9    regardless of the cancer type, ovarian and
10   others.  And in some cancer types, we have a
11   pretty good idea of what the causes of those
12   mutations are.
13       In a, quote/unquote, hereditary
14   context, the first rate-limiting genetic
15   alteration is the mutant gene inherited from
16   mom or dad.
17       The subsequent genetic
18   alterations are acquired -- the subsequent
19   necessary genetic alterations are acquired
20   somatically, getting back to your question of
21   why don't all women with the BRCA1 or 2
22   mutation develop breast or ovarian cancer.
23   The one genetic mutation is insufficient for
24   the development of cancer.
25       All cancers require multiple

Page 152

1    genetic alterations in both oncogenes and
2    tumor suppressor genes for their development.
3    That is the transformation of a completely
4    normal cell into a completely malignant cell
5    capable of metastasizing.
6        So I'm now speaking broadly
7    about all cancers, widely accepted as a
8    paradigm in the dictionary sense of what a
9    paradigm is.  And my goal here was to say in
10   some cases -- let's pick a cancer, cervical
11   cancer, where HPV infection is recognized as
12   a causal factor.
13       The reason we recognize it as a
14   causal factor is we know that the human
15   papilloma virus contains two transforming
16   proteins known as E6 and E7.  E6 binds to and
17   activates the TP53 protein.  E7 binds to and
18   activates the RB1 tumor suppressor protein.
19       And to the extent that the p53
20   gene, when active, protects against the
21   accumulation of spontaneous genetic damage,
22   and RB1, when it's functioning normally,
23   prevents inappropriate cell proliferation,
24   the loss of constraints on cell proliferation
25   and the loss of the so-called guardian of the

Page 153

1    genome p53 lead to subsequent mutations,
2    requisite, as I indicated, for all cancers.
3        And that's a very good example
4    of knowing how a particular exogenous agent
5    is both highly associated, indeed 100 percent
6    associated, with all squamous carcinomas of
7    the cervix and indeed causal based on a deep
8    knowledge of the biological mechanism.
9        We don't know as much about
10   many other cancers as we do about cervical
11   cancer.  And that's the point I was trying to
12   make with this paragraph.
13       Q.   We're going to return to the
14   HPV virus and cancer.
15       Suffice to say right now that
16   there are many versions of HPV virus,
17   correct?  Many?
18       A.   Many isoforms?  Isotypes?
19       Q.   Yes.
20       A.   Yes, and two are particularly
21   carcinogenic.
22       Q.   And some are not?
23       A.   Well --
24       Q.   But we will return to that in a
25   moment.

39 (Pages 150 to 153)

Jeffrey A. Boyd, Ph.D.

Page 154

1  A.   I'll grant you that.
2          MS. MILLER:  Is that a
3  question?  I mean, is that a question,
4  or is that just a statement?
5          THE WITNESS:  I think it was
6  a --
7          MS. MILLER:  Let's only answer
8  questions, not statements.
9  QUESTIONS BY MR. RESTAINO:
10         Q.   What you wrote here, sir, was
11 "possible mutagenic mechanisms in ovarian and
12 other cancer types include unknown
13 environmental exposures and pure chance."
14         My question to you is:  Of the
15 possible mutagenic mechanisms in ovarian
16 cancer, including unknown environmental
17 exposures, you are not willing at this time
18 to accept the possibility of talcum powder
19 being one of those factors; is that correct?
20         A.   That's correct.
21         MS. MILLER:  Objection.
22         THE WITNESS:  Sorry.
23 QUESTIONS BY MR. RESTAINO:
24         Q.   And then you write, the next
25 sentence, "Indeed, one prominent cancer

Page 155

1  molecular geneticist recently posited that
2  most cancer cases may simply be attributable
3  to bad luck, hyphen, genetic mutations
4  resulting from chance, errors, in the
5  ordinary replication of the cellular genome,
6  open paren, 3.3 billion base pairs per cell,
7  close paren, whenever one cell divides into
8  two.  Reference number 4."
9          Did I read that correctly?
10         A.   You read it correctly.
11         Q.   And how do you define bad luck?
12         A.   It was an unfortunate term, and
13 Dr. Vogelstein received a lot of criticism
14 for his use of the term "bad luck."
15         But I think he would have been
16 better served having used the term
17 "stochastic."
18         Q.   But, sir, in your expert report
19 you don't say that it's an unfortunate term,
20 nor do you say that you received controversy.
21         What you do say is one
22 prominent cancer molecular geneticist
23 recently posited that most cancer cases may
24 simply be attributable to bad luck; isn't
25 that correct?

Page 156

1          MS. MILLER:  Objection.
2          THE WITNESS:  You read what I
3  wrote correctly.
4  QUESTIONS BY MR. RESTAINO:
5          Q.   Okay.  And you did not put in
6  that paragraph any of the subsequent
7  arguments made following the publication of
8  Tomasetti, et al., in Nature, did you?
9          A.   No, I didn't.
10         Q.   In addition to Tomasetti and
11 Vogelstein, did you review article by Martin
12 Nowak and -- I'm not even going to pronounce
13 this doctor's last name.  It's W-a-c-l-a-w --
14 Waclaw, perhaps, titled "Genes, Environment,
15 and, quote, Bad Luck, end quote," explaining
16 cancer risk in a statistical sense, published
17 in Science in March 2017?
18         A.   Perhaps.
19         Could you show me the paper,
20 please.
21         Q.   Absolutely, sir.  I'm marking
22 it now as Boyd 7.
23         (Boyd Exhibit 7 marked for
24         identification.)
25

Page 157

1  QUESTIONS BY MR. RESTAINO:
2          Q.   And as you see in the far lower
3  right-hand corner, this is published in
4  Science.
5          Would you agree that Science is
6  a highly rated scientific journal?
7          MS. MILLER:  Objection.
8          THE WITNESS:  I don't rate
9  scientific journals.  I rate the
10 science in the journals.
11 QUESTIONS BY MR. RESTAINO:
12         Q.   First paragraph, Drs. Nowak and
13 Waclaw write, "It is a human trait to search
14 for explanations for catastrophic events and
15 rule out mere, quote, chance, end quote, or,
16 quote, bad luck, end quote, when it comes to
17 human cancer, but the issue of natural causes
18 versus bad luck was raised by Tomasetti and
19 Vogelstein about two years ago, open paren
20 number 1.  Their study, which was widely
21 misinterpreted as saying that most cancers
22 are due neither to genetic inheritance nor
23 environmental factors but simply bad luck
24 sparked controversy."
25         Did I read that correctly?

40 (Pages 154 to 157)

Jeffrey A. Boyd, Ph.D.

Page 158

1     A.    You read it correctly.
2     Q.    Would you agree the Tomasetti
3 and Vogelstein paper, when it was published,
4 sparked controversy?
5     A.    My memory is that the use of
6 the term "bad luck" sparked controversy.
7 That was the essence of the uproar.
8     Q.    Would you agree controversy, in
9 essence, means two or more differing
10 viewpoints?
11     A.    That totally depends on the
12 context.
13     Q.    In this context, would you
14 agree there was a controversy as to whether
15 there was bad luck involved or not bad luck
16 involved?
17         MS. MILLER:  Objection.  Vague.
18         THE WITNESS:  As I indicated
19 earlier, it's my memory that the
20 controversy in this particular case
21 had to do with syntax.  Both the
22 scientific community and the public
23 community were uncomfortable with the
24 use of the term "bad luck."
25

Page 159

1 QUESTIONS BY MR. RESTAINO:
2     Q.    And that's the totality of your
3 understanding of the controversy?
4     A.    Yes, it is.
5     Q.    You don't discuss the
6 controversy in your expert report when
7 stating that one prominent molecular
8 geneticist published on bad luck, do you?
9         MS. MILLER:  Objection.  Asked
10         and answered.
11 QUESTIONS BY MR. RESTAINO:
12     Q.    Do you?
13     A.    No.  And I would only add that
14 there are many things that I don't state in
15 my expert report.
16     Q.    Somewhere in your -- I'm sorry.
17         Somewhere in your expert
18 report --
19         MS. MILLER:  I think he was in
20         the middle of a sentence.
21         MR. RESTAINO:  I'm sorry, I
22         thought I heard a period.
23         THE WITNESS:  You know, again,
24         the purpose of this paragraph was an
25         attempt to distill, as we sit here

Page 160

1 today, the underlying essence of
2 cancer pathogenicity, generally
3 speaking, which is an extraordinarily
4 challenging task in one paragraph.
5         And so, yes, there are
6 textbooks -- and I'm holding my
7 fingers approximately six inches
8 apart -- having to do with the
9 pathogenicity of human cancer.  And so
10 in attempting to distill the knowledge
11 that the scientific and medical
12 communities hold today regarding the
13 pathogenicity of human cancer
14 generally, I did indeed leave out a
15 lot.
16 QUESTIONS BY MR. RESTAINO:
17     Q.    It was not your intention to
18 distill to the judge that may have been
19 reading your expert report that some women
20 develop ovarian cancer strictly through bad
21 luck, was it?
22         MS. MILLER:  Objection.
23         THE WITNESS:  It was my
24 intention to explain to whoever may
25 read this expert report that one

Page 161

1 hypothesis regarding the cause of the
2 requisite genetic mutations and
3 cancers generally may be stochastic
4 errors in DNA replication during the
5 process of normal cell division.
6 QUESTIONS BY MR. RESTAINO:
7     Q.    Maybe equate to possibility?
8         MS. MILLER:  Objection.
9         THE WITNESS:  Well, if we're
10 going -- again, could you read back my
11 answer, please, and see what he's
12 equating to what?
13         I would like my answer to stand
14 as I -- you're asking me to redefine a
15 term I used in answering your
16 question, and I would prefer not to
17 redefine terms that I've used in
18 answering your question.
19 QUESTIONS BY MR. RESTAINO:
20     Q.    Well, when you say that it may
21 be somatically particular errors in DNA
22 replication -- and I'm just asking there,
23 inasmuch as you used the word "may" -- does
24 that equate to possibly?
25         MS. MILLER:  Objection.

41 (Pages 158 to 161)

Jeffrey A. Boyd, Ph.D.

Page 162

1        THE WITNESS:  We're actually
2    debating as to whether "may" is
3    synonymous with "possibly"?
4    QUESTIONS BY MR. RESTAINO:
5        Q.   How would you use may?  With
6    probable?  Certainly?
7        MS. MILLER:  Objection.
8    QUESTIONS BY MR. RESTAINO:
9        Q.   I'm just trying to use your
10   words.
11       MS. MILLER:  Objection.  He
12   gave his words.
13       THE WITNESS:  I gave you my
14   words.
15       (Boyd Exhibit 8 marked for
16   identification.)
17   QUESTIONS BY MR. RESTAINO:
18       Q.   May.  Okay.
19       Let's turn to a paper that
20   we've now marked and handed to you titled
21   "Substantial Contribution of Extrinsic Risk
22   Factors to Cancer Development," lead author
23   Song Wu, W-u, published in Nature in June
24   of 2016.
25       Do you have that, sir?

Page 163

1        A.   I just want to make sure that
2    Ms. Miller has a copy and that I have a
3    copy --
4        MS. MILLER:  I do.  We both
5    have copies.
6        THE WITNESS:  -- and that we're
7    not taking each other's copies.
8        MS. MILLER:  I'm not going to
9    steal your copy, I promise.
10       THE WITNESS:  I believe your
11   question was, do I have that paper.
12       Yes, I do.
13   QUESTIONS BY MR. RESTAINO:
14       Q.   And if you take a look at the
15   summary written on the first page, "Recent
16   research has highlighted a strong correlation
17   between tissue-specific cancer risk and the
18   lifetime number of tissue-specific stem cell
19   divisions.  Whether such correlation implies
20   a high, unavoidable, intrinsic cancer risk
21   has become a key public health debate with
22   dissemination of the, quote -- or bad luck,
23   quote, hypothesis.  Here, we provide evidence
24   that intrinsic risk factors contribute only
25   modestly, open paren, less than 10 to 30

Page 164

1    percent, close paren, to cancer development.
2    First, we demonstrate that the correlation
3    between stem-cell division and cancer risk
4    does not distinguish between the effects of
5    intrinsic and extrinsic factors.  Next, we
6    show that intrinsic risk is better estimated
7    by the lower bound risk controlling for total
8    stem cell divisions.  Finally, we show that
9    the rates of endogenous mutation accumulation
10   by intrinsic processes are not sufficient to
11   account for the observed cancer risk.
12   Collectively, we conclude that cancer risk is
13   heavily influenced by intrinsic factors.
14   These results may carry immense consequences
15   for strategizing cancer prevention, research
16   and public health."
17       Did I read that correctly?
18       A.   You read it correctly.
19       Q.   Now, Doctor, safe to say that
20   you did not reference this paper by Wu, et
21   al., in your expert report, correctly --
22   correct?
23       MS. MILLER:  Objection.
24       THE WITNESS:  You are correct
25   that I did not reference this article.

Page 165

1    QUESTIONS BY MR. RESTAINO:
2        Q.   And if you turn to page 2, sir,
3    the top paragraph, the first full sentence
4    after references numbers 6 and 7, "Much
5    discussion has been made."
6        Do you see where I am, sir?
7        A.   Yes.
8        Q.   "Much discussion has been made
9    to argue against the bad luck hypothesis,
10   references 5 to 13, yet none offered specific
11   alternatives to quantifically evaluate the
12   contribution of extrinsic risk factors in
13   cancer development.  Applying several
14   distinct modeling approaches, we here provide
15   strong evidence that unavoidable, intrinsic
16   risk factors contribute only modestly, open
17   paren, less than 10 to approximately 20,
18   30 percent, close paren, to the development
19   of many common cancers."
20       Did I read that correctly?
21       A.   You did.
22       Q.   So, Doctor, other than writing
23   "Indeed, one prominent cancer molecular
24   geneticist recently posited that most cancer
25   cases can simply be attributable to bad

42  (Pages 162 to 165)

Jeffrey A. Boyd, Ph.D.

Page 166

1    luck," you do not provide any references in
2    your expert report regarding follow-up
3    publications which argue against the bad luck
4    hypotheses; is that correct?
5            MS. MILLER:  Objection.
6            THE WITNESS:  That is correct.
7            And I would add that my purpose
8        in attempting to distill the great
9        body of knowledge that currently
10       exists as we sit here today as to the
11       etiology in general of all cancers in
12       general, I'm sure I left out thousands
13       of, if not hundreds of thousands, of
14       publications.
15           My purpose was to distill a
16       large body of evidence using an
17       example.
18   QUESTIONS BY MR. RESTAINO:
19       Q.    Doctor, are you familiar with
20   the term "confirmation bias"?
21           MS. MILLER:  Objection.
22           THE WITNESS:  That strikes me
23       as an epidemiologic/statistical term,
24       and I'm not prepared to discuss
25       statistical, epidemiologic concepts.

Page 167

1    QUESTIONS BY MR. RESTAINO:
2        Q.    In non-epidemiological,
3    statistical parlance, are you familiar with
4    the concept of cherry-picking papers, studies
5    or articles that support your point of view?
6        A.    Cherry-picking is indeed a
7    colloquialism I'm familiar with, and I'm
8    certain you're going to point out where I
9    used it in my expert report.
10           But, yes, I'm familiar with the
11   term.
12       Q.    Okay.  If you would turn now to
13   your expert report, the bottom of page 3,
14   there's a Section 4 down there.
15       A.    Okay.  Let's see, we've got --
16       Q.    And, Doctor, I'll withdraw that
17   statement for a moment.  I'll just let you
18   know I think we're all done with Wu and
19   Nowak, if you want to get it out of your way,
20   and just keep your expert report --
21       A.    Thank you.
22       Q.    -- just for housekeeping
23   purposes.
24           MS. MILLER:  Is this a good
25       time to break for lunch if we're

Page 168

1    housekeeping or do you want to...
2            MR. RESTAINO:  Yeah, this is a
3    good time by me.
4            MS. MILLER:  Great.
5            THE WITNESS:  I'm sorry, are we
6    done with Huff, Boyd and Barrett?
7            MR. RESTAINO:  Yes, sir.
8            THE WITNESS:  Thank you.
9            VIDEOGRAPHER:  Off the record
10       at 12:36 p.m.
11        (Off the record at 12:36 p.m.)
12           VIDEOGRAPHER:  We are back on
13       record at 1:10 p.m.
14   QUESTIONS BY MR. RESTAINO:
15       Q.    Welcome back, Dr. Boyd.  And as
16   we were discussing off the record, however,
17   the same thing applies:  If you need or want
18   anytime to take a break, you get to call
19   timeout at any time.
20       A.    Thank you.
21       Q.    You're welcome.
22           Now, Doctor, I have marked as
23   Exhibit 9 -- we only have a couple copies.
24           MR. RESTAINO:  Do you have a --
25       copies of the e-mails?

Page 169

1            MS. MILLER:  Uh-huh.
2    QUESTIONS BY MR. RESTAINO:
3        Q.    And, Doctor, did you get a
4    chance to look at these e-mails during the
5    lunch break?
6        A.    I flipped through them.  It was
7    a large stack, but, yes, I had a chance to
8    look at them.
9        Q.    Do they refresh your memory at
10   all regarding e-mail, telephone and physical
11   meetings with Dr. Emmel and another attorney
12   in or about March of 2017?
13       A.    It refreshes my memory about
14   e-mails and a telephone conversation with a
15   female attorney and possibly someone else,
16   but, I'm sorry, I have absolutely no
17   recollection of a face-to-face meeting.
18           (Boyd Exhibit 9 marked for
19       identification.)
20   QUESTIONS BY MR. RESTAINO:
21       Q.    Okay.  Do you have any
22   recollection whatsoever of a telephonic
23   communication?
24       A.    Yes.
25       Q.    And do you recall at that time

43 (Pages 166 to 169)

Jeffrey A. Boyd, Ph.D.

Page 170

1  sharing with Dr. Emmel and anyone else who
2  might have been on the phone your opinion
3  regarding the biological plausibility of
4  talcum powder and ovarian cancer?
5      A.   Not specifically.  I can only
6  presume in my strongest, albeit vague, memory
7  of the discourse was that I wasn't their guy.
8      Q.   Did you --
9      A.   After I understood which side
10  of the argument plaintiffs' attorneys were
11  on.  And I think that was a mutual agreement
12  between presumably the woman to your right
13  and myself.
14      Q.   Okay.  I have marked these
15  e-mails as 9, and I'll just put them here for
16  the court reporter.
17          One other thing which I should
18  have said in the beginning, and it always
19  makes for fun at the end of the deposition:
20  The documents with the orange sticker on them
21  have to go with him, so we can't take our
22  copies.  So if you have some in a pile, let's
23  be careful with them.
24          Okay?
25      A.   I'm sorry.  Him?  Her?

Page 171

1      Q.   Her.
2      A.   Her.
3      Q.   Yes, I'm sorry.
4      A.   You want to leave them out
5  there?
6      Q.   Probably safe.  We don't need
7  it.
8      A.   Okay.
9      Q.   Now, if you return to your
10  expert report at the bottom of page 3,
11  there's a Section 4.
12          Do you see that, sir?
13      A.   Yes.
14      Q.   In the first sentence you
15  write, "Plaintiff experts propose that talc
16  causes inflammation, which leads to cancer,
17  or that inflammation causes oxidative stress,
18  which damages DNA, which results in cancer."
19          And did I read that correctly?
20      A.   Yes, you did.
21      Q.   And in the next sentence you
22  write, "These explanations are simplistic,
23  speculative and lacks sufficient scientific
24  support to be deemed plausible."
25          Did I read that carefully?  Did

Page 172

1  I read that correctly?
2      A.   Both.
3      Q.   Thank you.
4          Yet when I asked you earlier
5  about your keywords that you utilized in
6  conducting your search of the biomedical
7  literature for your report, you didn't
8  include inflammation in those -- that list of
9  keywords; is that correct?
10      A.   Yes, but I modified my answer
11  to that question by explaining that I did get
12  around to looking at papers relating
13  inflammation to -- ostensibly to talc
14  exposure and ovarian cancer by virtue of
15  having read thoroughly the various documents
16  that we've discussed multiple times now
17  relating to Dr. Saed, his paper, his
18  deposition, his expert report and so forth.
19      Q.   Okay.  Well, now, Doctor, I'm
20  just going to ask you to jump ahead, and then
21  we'll come back down.  But if you go to
22  page 18 of your report, and on the final
23  paragraph you start off with, "Finally,
24  Dr. Saed."
25          Do you see that, sir, the last

Page 173

1  paragraph?
2      A.   Uh-huh.  Yes.
3      Q.   "Finally, Dr. Saed appears to
4  take for granted that ovarian cancer is
5  caused by inflammation, but this, too, has
6  not been established.  Dr. Saed essentially
7  ignores the body of science suggesting that
8  chronic inflammation does not play a role in
9  the development of ovarian, reference 82, as
10  well as studies that considered whether
11  aspirin use and anti-inflammatory drugs
12  reduced the risk of ovarian, reference 83,
13  with mixed results."
14          And did I read that correctly?
15      A.   More or less, but I submit that
16  you read it correctly.
17      Q.   Okay.  Thank you.
18          Now, Doctor, did you ignore the
19  body of science suggesting that chronic
20  inflammation does, in fact, play a role in
21  the development of ovarian cancer?
22          MS. MILLER:  Objection.
23          THE WITNESS:  I didn't
24  consciously ignore anything.
25

44 (Pages 170 to 173)

Jeffrey A. Boyd, Ph.D.

Page 174

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Well, you ignored the Nowak
3    editorial and the Wu paper that conflicted
4    with your opinion that cancer can be caused
5    by bad luck, did you not?
6            MS. MILLER:  Wait a minute.
7        Where does he say he has the opinion
8        that cancer can be caused by bad luck?
9        What are you talking about?
10           That was a sentence that said,
11       "indeed, one scientist."
12   QUESTIONS BY MR. RESTAINO:
13       Q.    One prominent geneticist plays
14   into bad luck --
15           MS. MILLER:  Has posited.
16   QUESTIONS BY MR. RESTAINO:
17       Q.    And that's what you wrote,
18   correct?
19       A.    Could you please ask the
20   question?
21       Q.    Well, I'll strike that
22   question.
23           MS. MILLER:  Good idea.
24           MR. RESTAINO:  The record will
25       stand on itself.

Page 175

1            (Boyd Exhibit 10 marked for
2        identification.)
3    QUESTIONS BY MR. RESTAINO:
4        Q.    Now, Doctor, I've marked as
5    Boyd 10 a paper titled "C-reactive Protein as
6    Independent Prognostic Variable in Patients
7    with Ovarian Cancer."  Lead author is Hefler,
8    H-e-f-l-e-r, published in Clinical Cancer
9    Research, 2008.
10           Have you seen this paper
11   before, Doctor?
12       A.    If I have, I don't -- it's all
13   the same.  I don't remember seeing it, no.
14       Q.    Okay.  I'll represent to you
15   that it's not referenced in your expert
16   report.
17       A.    Thank you.
18       Q.    And, Doctor, the title contains
19   the words "ovarian cancer," correct?
20       A.    The title does contain the
21   words "ovarian cancer."
22       Q.    So if one was conducting a
23   narrative search of the biomedical literature
24   using keywords "ovarian" and "cancer," then
25   one would expect this paper to come up also;

Page 176

1    would you agree?
2        A.    That's -- I would -- I would
3    suggest that if I did a PubMed search, a
4    Googlian search, with ovarian, capital A,
5    capital N, capital D, cancer, there may be 50
6    to a hundred thousand papers that might pop
7    up.
8        Q.    So how did you select the ones
9    that you were going to rely upon for your
10   expert report?
11       A.    Because it's necessary to parse
12   a hundred thousand papers into those that are
13   particularly relevant to the hypothesis
14   currently being litigated.
15       Q.    And did you parse the hundred
16   thousand papers into those that supported
17   your opinions in this regard and were in
18   conflict with your opinions in this regard?
19           MS. MILLER:  Objection.
20           THE WITNESS:  First of all,
21       100,000 is just an extraordinarily
22       general estimate, but I would be happy
23       to allow any of you to type in
24       "ovarian" and "cancer" and see what
25       comes up in PubMed and we can get to

Page 177

1    an exact number, but I don't think
2    that's the issue.
3            With respect to your -- the
4    second part of your question, it's my
5    experience as a biomedical researcher
6    over however many years it's been, 35,
7    that papers' titles are more often
8    than not agnostic to the conclusion
9    reached.
10           And so if I'm going to select,
11       based on a PubMed search which
12       includes titles and authors, which
13       papers to read, at the end of the day,
14       it's pretty much a random process.
15   QUESTIONS BY MR. RESTAINO:
16       Q.    Well, suffice to say, you did
17   not select this paper to read, correct?
18       A.    I don't remember reading it,
19   that is correct.
20       Q.    Okay.  And if you would look at
21   the abstract, see they write, "Purpose:  To
22   evaluate serum C-reactive protein, open
23   paren, CRP, close paren, as prognostic
24   variable in patients with epithelial ovarian
25   cancer, open paren, EOC, close paren."  The

45 (Pages 174 to 177)

Jeffrey A. Boyd, Ph.D.

Page 178

```
1    experimental design, that this was "a
2    multi-center study. Preoperative serum CRP
3    was evaluated in 623 patients with EOC.
4    Results were correlated with clinical data."
5            And if you go jump down to the
6    conclusion they write, "Serum CRP can be seen
7    as a novel, widely available, independent
8    prognostic available of ovarian cancer."
9            Did I read that carefully?
10   A.    Close enough.
11   Q.    Okay. Thank you.
12           So now if you'd look at -- on
13   the first page, in the right column, the very
14   first paragraph, they -- starts off with "the
15   pathogenesis and development of ovarian
16   cancer."
17           Have you seen that?
18   A.    Yes.
19   Q.    And they write, "The
20   pathogenesis of ovarian cancer -- and
21   development of ovarian cancer have also been
22   closely linked to inflammatory processes,
23   open paren, 6, 7, close paren."
24           Did I read that carefully?
25           MS. MILLER: Did you read it
```

Page 179

```
1    carefully?
2            MR. RESTAINO: Correctly. I'm
3    going to say that all afternoon.
4            THE WITNESS: Yes.
5    QUESTIONS BY MR. RESTAINO:
6    Q.    Thank you.
7            And in fact, references 6 and
8    7, if you go to the back, 6 is by the author
9    H-e-l-z-l-s-o-u-e-r, et al., and 7 is
10   Balkwill, Mantovani, "Inflammation and
11   Cancer: Back to Virchow."
12           Did I read that correctly? Or
13   carefully?
14   A.    Both.
15   Q.    Are you familiar with
16   Dr. Rudolf Virchow, or Virchow?
17   A.    I've never met the man. He's
18   been dead for a long time.
19   Q.    Yes.
20           But are you familiar with his
21   work?
22   A.    I'm relatively -- cottonmouth
23   thing again. Excuse me.
24           I'm relatively familiar with
25   the fact that he was a rather iconic figure
```

Page 180

```
1    in the history of cancer as centuries go.
2            (Boyd Exhibit 11 marked for
3    identification.)
4    QUESTIONS BY MR. RESTAINO:
5    Q.    The reference 7 I've now marked
6    as Boyd 11. It's "Inflammation and Cancer:
7    Back to Virchow." And if you -- if you look
8    down at the lower left, it states that -- all
9    the way down at the bottom -- this was
10   published in the Lancet in 2001; is that
11   correct?
12   A.    That is correct.
13   Q.    And do you recognize the Lancet
14   as a premier medical journal in the world?
15           MS. MILLER: Objection.
16           THE WITNESS: I recognize the
17   Lancet as a British Medical Journal.
18   QUESTIONS BY MR. RESTAINO:
19   Q.    Okay. Do you know what its
20   impact factor is?
21   A.    No.
22   Q.    Do you know what an impact
23   factor is?
24   A.    Yes.
25   Q.    Okay. If I represent to you
```

Page 181

```
1    that the Lancet has an impact factor of
2    53.24, would that indicate that it has high
3    esteem as a medical journal?
4    A.    It would indicate that papers
5    published in that journal are frequently
6    referenced by others.
7    Q.    Okay. And the lead author is
8    Fran Balkwill.
9            Do you know her?
10   A.    We've met.
11   Q.    Have you ever published with
12   her?
13   A.    I'm guessing the answer is yes.
14   Q.    If -- guessing or estimating?
15   I'll withdraw it.
16           If you turn to the second
17   page --
18   A.    Of?
19   Q.    -- of the Balkwill and
20   Mantovani paper.
21   A.    Oh, the Lancet.
22   Q.    The Lancet paper, okay.
23           And you see they have a -- I'm
24   sorry, it's actually page 541 -- no, excuse
25   me. Give me one moment. I appear to have
```

46 (Pages 178 to 181)

Jeffrey A. Boyd, Ph.D.

Page 182

1  marked my...
2          Very sorry.  Right there in
3  front of me.
4          The first page, in the lower
5  right-hand corner, there's a panel 1:
6  Sub-associations between inflammation and
7  cancer risk.
8          Do you see that, sir?
9      A.   I do.
10     Q.    And on the left they list
11 malignancy and on the right inflammatory
12 stimulus\condition.
13         Do you see that, sir?
14     A.   Yes.
15     Q.    And if you see the third line
16 down under malignancy is listed ovarian.  And
17 to the right they have pelvic inflammatory
18 disease\talc\tissue remodeling.
19         Did I read that correctly?
20     A.   You did.
21     Q.    So as these authors published
22 in Lancet in 2001, talc was listed as one of
23 the inflammatory stimuli or conditions which
24 could cause ovarian cancer; is that correct?
25         MS. MILLER:  Objection.

Page 183

1          THE WITNESS:  No, that's not
2  correct.
3  QUESTIONS BY MR. RESTAINO:
4      Q.    What's incorrect about that?
5      A.    Panel 1 seems to be a summary
6  of their impression of the literature
7  suggesting that talc is one of several
8  associations that have been noticed -- that
9  have been noted with, in this particular
10 case, ovarian cancer risk.  It has nothing to
11 do with -- I mean, this is, after all, a
12 review article, and so everything in here is
13 a summary of other -- I mean, it's not a
14 primary paper.
15     Q.    In your --
16     A.    So in other words, Dr. Balkwill
17 and her colleague are not providing evidence
18 that -- primary evidence that talc is
19 associated with ovarian cancer risk.  They're
20 simply pointing out something that I believe
21 we've already agreed to:  that there is
22 indeed, at least to the extent that I
23 understand it, a weak association,
24 epidemiologic association, between perineal
25 talc use and ovarian cancer risk.  And

Page 184

1  they're simply restating the large
2  epidemiologic literature that pertains to
3  that putative risk.
4      Q.    Actually, in this area they
5  were talking about, Doctor, focusing on the
6  role of inflammation, especially chronic
7  inflammation, and the development of cancer,
8  it is -- we discussed where you wrote that
9  "Dr. Saed appears to take for granted that
10 ovarian cancer is caused by inflammation,
11 but, this, too, has not been established.
12 Dr. Saed essentially ignores the body of
13 science suggesting that chronic inflammation
14 does not play a role in the development of
15 ovarian cancer."
16         So with that in mind, if you
17 look to the left of -- in the left column of
18 the Balkwill Lancet paper, the second
19 paragraph, you see it starts off "panel 1"?
20         So it's left column, front
21 page of the Lancet article.
22     A.    Do you mean right column?
23     Q.    Left column, second
24 paragraph --
25     A.    Oh, the text that says "panel

Page 185

1  1."  Yes.
2      Q.    Yes.
3          "Panel 1 lists some cancers
4  where the inflammatory process is a cofactor
5  in carcinogenesis."
6          Did I read that correctly?
7      A.    You did.
8      Q.    And this goes back to, again,
9  2001, agreed?
10     A.    The paper was published in
11 2001, yes.
12     Q.    Now, if you look at the
13 abstract, seven lines down, sort of to the
14 left, second word, there's a -- the -- first
15 there's a word "cancer," and then "if genetic
16 damage."
17         Do you see that, sir?
18     A.    Yes.
19     Q.    "If genetic damage is the,
20 quote, match that lights the fire, end quote,
21 of cancer, some types of inflammation may
22 provide the, quote, fuel that feeds the
23 flames, end quote."
24         Did I read that correctly?
25     A.    You did.

47 (Pages 182 to 185)

Jeffrey A. Boyd, Ph.D.

Page 186

1    Q.    And this was published in a
2  peer-reviewed publication in 2001, correct?
3    A.    It's a review article that was
4  published in a peer-reviewed publication in
5  2001, that is correct.
6    Q.    And a review article is meant
7  to put together the literature for readers so
8  that if one wants to look up a topic, it
9  could be a good starting point for studying
10  that topic; would you agree?
11    MS. MILLER:  Objection.
12    THE WITNESS:  I know what my
13  purpose in writing a review article
14  is. I can't opine on Dr. Balkwill's
15  goals in writing a review article.
16    (Boyd Exhibit 12 marked for
17  identification.)
18  QUESTIONS BY MR. RESTAINO:
19    Q.    Okay. I've now marked as
20  Boyd 12 an article written by Roberta Ness,
21  Carrie Cottreau, titled "Possible Role of
22  Ovarian Epithelial Inflammation in Ovarian
23  Cancer." This was published in the Journal
24  of the National Cancer Institute in 1999.
25    Do you see the -- do you

Page 187

1  recognize the Journal of the National Cancer
2  Institute as a highly respected medical
3  journal?
4    A.    I recognize it as a
5  peer-reviewed journal.
6    Q.    You have six publications in
7  this journal yourself, do you not?
8    A.    I couldn't tell you. Or I'm
9  unable to tell you.
10    Q.    Okay. Do you know Dr. Roberta
11  Ness?
12    A.    We've met.
13    Q.    In fact, you've published with
14  her, correct?
15    A.    That's something I'll take your
16  word for. I'm sure you're correct.
17    Q.    Does the paper "Ovarian Cancer
18  in High Risk Women: Implications for
19  Prevention, Screening and Early Detection,"
20  published in Gynecologic Oncology in 2003
21  ring a bell, appreciating that it was
22  15 years ago?
23    MS. MILLER:  16. It's 2019,
24  John.
25    MR. RESTAINO:  Yeah, but we

Page 188

1  don't know what month it was
2  published, so I was being generous.
3    THE WITNESS:  Well, it's fair
4  to say that it was submitted several
5  months before it was ever published,
6  but regardless, I honestly don't
7  remember the paper.
8  QUESTIONS BY MR. RESTAINO:
9    Q.    I understand. I'm just asking
10  if you remember.
11    A.    No, I don't.
12    Q.    You've met Dr. Ness, though. I
13  think that's what you've just testified to?
14    A.    Yes.
15    Q.    And do you hold her in high
16  esteem as a research scientist?
17    MS. MILLER:  Objection.
18    THE WITNESS:  I don't hold
19  individuals in high or low or any
20  esteem in terms of research. I prefer
21  to look at the research itself as
22  opposed to making some kind of
23  judgment about the quality of an
24  individual that produced it.
25

Page 189

1  QUESTIONS BY MR. RESTAINO:
2    Q.    Okay. The paper by Dr. Ness
3  and Dr. Cottreau is "Possible Role of Ovarian
4  Epithelial Inflammation in Ovarian Cancer,"
5  correct?
6    A.    Still is.
7    Q.    So we have the words "ovarian,"
8  "inflammation" and "cancer" in the title.
9    Did you see this article when
10  you did your PubMed review of the biomedical
11  literature?
12    A.    I think I may have.
13    Q.    And did you review this
14  article?
15    A.    I may have read the abstract.
16    Q.    Well, let's look at the
17  abstract then.
18    And if you look on the third
19  line, starting on the right, "This paper
20  reviews the epidemiologic literature in the
21  English language on risk factors and
22  protective factors for ovarian cancer and
23  proposes a novel hypothesis that a common
24  mechanism underlying this disease is
25  inflammation. Previous hypothesis about the

48 (Pages 186 to 189)

Jeffrey A. Boyd, Ph.D.

Page 190

1  causes of ovarian cancer have attributed risk
2  to an excess number of lifetime ovulations or
3  to elevations in steroid hormones.
4  Inflammation may underlie ovulatory events
5  because an inflammatory reaction is induced
6  during the process of ovulation.  Additional
7  risk factors for ovarian cancer, including
8  asbestos and talc exposure, endometriosis,
9  open paren, i.e., ectopic implantation of
10  uterine lining tissue, close paren, and
11  pelvic inflammatory disease, cannot be
12  directly linked to ovulation or to hormones
13  but do cause pelvic -- local pelvic
14  inflammation."
15       Did I read this correctly?
16     A.   Yes.
17     Q.   Now, do you have the
18  physiological expertise to opine on whether
19  inflammatory reaction is induced during the
20  process of ovulation?
21     A.   I don't and -- I'm sorry, could
22  you repeat the sentence?
23     Q.   Do you have the physiological
24  expertise to opine on whether an inflammatory
25  reaction is induced during the process of

Page 191

1  ovulation?
2       MS. MILLER:  Objection.
3       THE WITNESS:  Physiologic
4  expertise is kind of a weird term.
5       I think what you mean to say
6  is, do I have the expertise to opine
7  on whether --
8  QUESTIONS BY MR. RESTAINO:
9     Q.   On whether an inflammatory
10  reaction is induced during ovulation?
11     A.   I think what you're asking is,
12  do I have the expertise to opine on whether
13  an inflammatory process is induced during the
14  process of ovulation.
15       I think expertise is really the
16  wrong term here.  I think -- I think if there
17  were evidence -- I'll start over.
18       I think -- I'll start over.
19       I know that incessant ovulation
20  and all the risk factors and protective
21  factors that are associated with incessant
22  ovulation, or lack thereof, are to one degree
23  or another risk factors for ovarian cancer.
24  I believe that.  And I think I'm qualified to
25  believe that, as we've discussed all morning.

Page 192

1       I think if there were a
2  substantial body of experimental data
3  demonstrating that inflammation was due --
4  produced during the process of human
5  ovulation, I would like to see it.
6       Throughout this -- the large
7  body of this abstract that you just read, she
8  used the word "hypothesis" multiple times.
9  And I think these are interesting hypotheses.
10       My opinion sitting here today
11  is that we, the scientific community, really
12  have no idea why the ovulatory process
13  repeated to an excess as opposed to a lesser
14  degree is associated with an increased risk
15  of ovarian cancer.
16     Q.   When you say "we, the
17  scientific community," would it surprise you
18  to understand that there are other members of
19  the scientific community that disagree with
20  you in that regard?
21     A.   That there are data from
22  humans -- and this is a question.  That there
23  are data from humans, human tissues, showing
24  that ovulation produces an inflammatory
25  response in the ovary?

Page 193

1     Q.   Yes.
2     A.   I would like to see the data.
3     Q.   You haven't to date?
4     A.   No.
5     Q.   Okay.  Do you agree with
6  Dr. Roberta Ness and Carrie Cottreau when
7  they describe asbestos as an additional risk
8  factor for ovarian cancer?
9       MS. MILLER:  Objection.  I
10  think he said he wasn't offering
11  opinions on asbestos.
12       MR. RESTAINO:  I'm not asking
13  if he's got an opinion on asbestos.
14  I'm asking if he agrees with this
15  published opinion.
16       THE WITNESS:  Well, if I'm not
17  offering an opinion, I'm not going to
18  offer an opinion on someone else's
19  opinion.
20  QUESTIONS BY MR. RESTAINO:
21     Q.   Okay.
22     A.   With all due respect.
23     Q.   Well, do you agree with
24  Dr. Roberta Ness and Carrie Cottreau when
25  they describe talc exposure as an additional

49 (Pages 190 to 193)

Jeffrey A. Boyd, Ph.D.

Page 194

1  risk factor for ovarian cancer?
2      MS. MILLER: Can you point him
3  to what you're talking about?
4      THE WITNESS: It's further down
5  in the abstract. I'll find it.
6      Perhaps further up. Perhaps
7  right in the middle.
8      Okay. Now I found the
9  sentence. Can you please repeat the
10  question?
11  QUESTIONS BY MR. RESTAINO:
12      Q.   Do you agree with Drs. Roberta
13  Ness and Carrie Cottreau when they describe
14  talc exposure as an additional risk factor
15  for ovarian cancer?
16      MS. MILLER: Objection.
17      THE WITNESS: Yeah, I think
18  we've covered this multiple times. I
19  will agree that there is a limited
20  body of weak -- there's a limited body
21  of evidence suggesting a very weak
22  risk in terms of association of talc
23  with ovarian cancer.
24  QUESTIONS BY MR. RESTAINO:
25      Q.   And how do you define very weak

Page 195

1  risk in terms of association?
2      A.   A risk factor of, for example,
3  1.2 or 1.3. A relative risk of 1.2 or 1.3.
4      Q.   I thought you testified earlier
5  that you were not an expert in epidemiology.
6      Do you understand what a risk
7  ratio of 1.2 to 1.3 can equate to --
8      MS. MILLER: Objection.
9  QUESTIONS BY MR. RESTAINO:
10      Q.   -- as far as causation?
11      MS. MILLER: Objection.
12      THE WITNESS: 1.3 times 1.3.
13  QUESTIONS BY MR. RESTAINO:
14      Q.   Do you know how that equates to
15  risk?
16      A.   Yeah. 1.3 is the general
17  population risk, times 1.3, would give you
18  your increased risk with a relative risk of
19  1.3.
20      Q.   Where are you getting that
21  from?
22      A.   Is that a rhetorical question?
23      Q.   No.
24      What's the basis for that
25  opinion?

Page 196

1      A.   The population risk of ovarian
2  cancer, the general population risk, is
3  approximately 1.3. So in other words, 1 out
4  of 87 women over a lifetime will develop
5  ovarian cancer.
6      And so if the relative risk
7  associated with a particular exposure is
8  increased by 30 percent, when you multiply
9  1.3 times 1.3 and you get the risk associated
10  with -- again, if we accept the relative risk
11  of 1.3, you get the risk associated with talc
12  exposure from the association studies.
13      Q.   Isn't it true that if one is
14  looking for an increased risk in a
15  population, the background rate from which we
16  start is limited to utity or 1.0?
17      MS. MILLER: Objection.
18      THE WITNESS: 1.0 equals 1.3,
19  but I'll stop there. I'm getting out
20  of my realm of expertise.
21  QUESTIONS BY MR. RESTAINO:
22      Q.   Okay. If you look at the final
23  two sentences of the abstract in the paper by
24  Ness and Cottreau, they write, "Inflammation
25  entails cell damage."

Page 197

1      Do you see that down there,
2  sir?
3      A.   I'm sorry, where are we?
4      Q.   It's approximately five or six
5  lines up from the bottom of the abstract.
6  "Inflammation entails cell damage" --
7      Do you see that?
8      A.   I see it.
9      Q.   "oxidative stress, elevation
10  of cytokines and prostaglandins, all of which
11  may be mutagenic. The possibility that
12  inflammation is a pathophysiologic
13  contributor to the development of ovarian
14  cancer suggests a directed approach to future
15  research."
16      Did I read that correctly?
17      A.   You did.
18      Q.   And this was published in 1999,
19  correct?
20      A.   Yes.
21      Q.   Are you aware of any research
22  or experimentation that Johnson & Johnson has
23  done since 1999 to either -- to conclude that
24  Ness and Cottreau regarding their opinion on
25  inflammation and cancer is inaccurate?

50 (Pages 194 to 197)

Jeffrey A. Boyd, Ph.D.

Page 198

1    A.    I'm not aware of any research,
2  again, that Johnson & Johnson has ever
3  performed on anything.
4    Q.    Okay.  Continuing along with
5  the theme of chronic cancer -- chronic
6  inflammation and ovarian cancer being
7  simplistic at all, I've now marked as Boyd 13
8  a paper by Trabert, T-r-a-b-e-r-t, et al.,
9  titled "Prediagnostic Serum Levels of
10  Inflammation Markers and Risk of Ovarian
11  Cancer in the Prostate, Lung, Colorectal and
12  Ovarian Cancer, open paren, PLCO, close
13  paren, Screening Trial."
14    Did I read that correctly?
15    A.    Yes.
16    Q.    Okay.  And if you see up above,
17  this is published in Gynecologic Oncology
18  2014, correct?
19    A.    Yes.
20    Q.    So we're moving forward from
21  2009.
22    Now, if you look at the list of
23  authors, you see that these individuals are
24  in various divisions, but they're all with
25  the National --

Page 199

1    A.    National Cancer Institute, yes.
2  I'm sorry.
3    Q.    Okay.  Do you know any of these
4  authors?
5    A.    I may have met Mark Sherman
6  once, but, no, not really.
7    Q.    Any reason to believe these
8  researchers with, one, the division of cancer
9  epidemiology and genetics, two, the HPV
10  immunology laboratory and the division of
11  cancer prevention within the National Cancer
12  Institute, are not respected researchers in
13  their respective fields?
14    A.    I've already indicated that I
15  don't -- I look at the science that we're
16  discussing.  I don't look at the researchers
17  who produced it and try to make a judgment as
18  to whether they're respected or not
19  respected, good people, bad people,
20  good-looking people, not good-looking people.
21  I prefer to discuss the science.
22    Q.    Okay.  Let's look at the very
23  first sentence on the next page under
24  Introduction.
25    And they write, "Epidemiologic

Page 200

1  evidence implicates chronic inflammation as a
2  central mechanism in the pathogenesis of
3  ovarian cancer, the most lethal gynecologic
4  cancer among women in the United States.
5  Reference 1."
6    Did I read that correctly?
7    A.    You did.
8    Q.    And reference 1, I'll represent
9  to you, though by all means check, is the
10  Centers for Disease Control and Prevention
11  ovarian cancer statistics, 2010.
12    Did I read that correctly?
13    A.    You did.
14    Q.    So at this point right now
15  we're talking about researchers from NCI
16  quoting researchers from the CDC, correct?
17    A.    Correct.
18    And I would add that my
19  inference from the use of this reference,
20  ovarian cancer statistics, is a reference to
21  support the beginning of this sentence that
22  the most lethal gynecologic cancer among
23  women is ovarian cancer in the United States.
24  That's the statistic to which they're
25  referring.

Page 201

1    Reference 1 has nothing to do
2  with chronic inflammation as a central
3  mechanism in the pathogenesis of ovarian
4  cancer, I can assure you.
5    Q.    And can you point out the CDC
6  document that states that the
7  epidemiologic --
8    A.    If you could produce the
9  document, I'd be happy to read it for you.
10    Q.    You didn't pull that document
11  in preparation for writing your expert
12  report?
13    A.    I think I actually pull this
14  document every year --
15    Q.    Okay.
16    A.    -- because I think it's
17  important to be aware of cancer statistics
18  generally when you're writing review
19  articles.
20    Q.    Do you have any objective
21  evidence which refutes the statement by these
22  NCI investigators that epidemiologic evidence
23  implicates chronic inflammation as a central
24  mechanism in the pathogenesis of ovarian
25  cancer?

51 (Pages 198 to 201)

Jeffrey A. Boyd, Ph.D.

Page 202

1       MS. MILLER: Objection.
2       THE WITNESS: I think it's a
3   hypothesis, and they haven't provided
4   a citation to support the hypothesis.
5       They've provided a citation to
6   support the fact that epithelial
7   ovarian cancer accounts for more
8   deaths than all other gynecologic
9   cancers combined, which is a fact.
10  QUESTIONS BY MR. RESTAINO:
11      Q.   Doctor, are you guessing
12  that's -- that that reference is limited to
13  the most lethal gynecologic cancer --
14      MS. MILLER: Objection.
15  QUESTIONS BY MR. RESTAINO:
16      Q.   -- portion of their sentence?
17      MS. MILLER: Objection. He
18  asked to see it.
19      THE WITNESS: Could you please
20  repeat the question?
21  QUESTIONS BY MR. RESTAINO:
22      Q.   Are you guessing that the
23  reference to the CDC is only for the second
24  half of that sentence?
25      MS. MILLER: Objection.

Page 203

1       THE WITNESS: I'd like to see
2   it, and we can confirm whether it is
3   or not.
4   QUESTIONS BY MR. RESTAINO:
5       Q.   Well, this paper with
6   inflammation, ovarian and cancer twice in the
7   title, did this paper come up during your
8   review of the biomedical literature?
9       A.   Yes.
10      Q.   Did you review this article at
11  that time?
12      A.   I read the abstract.
13      Q.   And -- okay. We'll leave it to
14  that.
15      The next sentence they write
16  is, "Chronic inflammation can induce rapid
17  cell division, increasing the possibility for
18  replication error in effective DNA repair and
19  subsequent mutation."
20      Did I read that correctly?
21      A.   You did.
22      Q.   And do you have any objective
23  evidence with which to contradict these NCI
24  researchers when they stated in 2014 that
25  chronic inflammation can induce rapid cell

Page 204

1   division?
2       A.   Well, first of all, my
3   understanding of this sentence is they're
4   talking about cancer generally, and they're
5   making some interesting hypotheses. And
6   there are no citations to support any of the
7   hypotheses in that sentence.
8       Q.   So does the lack of citations
9   render a sentence unbelievable?
10      A.   No.
11      MS. MILLER: Objection.
12      Can you give me a second to
13  object?
14      THE WITNESS: It's not
15  unbelievable. I just think that these
16  are hypotheses that they're stating.
17  I think they're trying to cover the
18  waterfront in terms of all the
19  hypotheses that have ever been
20  rendered with respect to pathogenesis
21  of ovarian cancer.
22  QUESTIONS BY MR. RESTAINO:
23      Q.   And when you say "I think
24  they're trying to cover the waterfront," are
25  you speculating as to their intent in writing

Page 205

1   this article?
2       MS. MILLER: Objection.
3       THE WITNESS: Yes.
4   QUESTIONS BY MR. RESTAINO:
5       Q.   Okay. And, Doctor, do you have
6   any objective evidence with which to
7   contradict these NCI researchers when they
8   state that "rapid cell division increases the
9   possibility for replication error,
10  ineffective DNA repair and subsequent
11  mutation"?
12      MS. MILLER: Objection.
13      THE WITNESS: Again, that's
14  producing negative data.
15      No, it's impossible. I'm
16  shaking my head, too.
17  QUESTIONS BY MR. RESTAINO:
18      Q.   Yeah, there's a couple of times
19  you said "generating negative data."
20      If you do an experiment to test
21  the effects of a drug on the treatment for
22  ovarian cancer and the drug is an abject
23  failure, that's negative data, isn't it?
24      MS. MILLER: Objection.
25      THE WITNESS: We're talking

52 (Pages 202 to 205)

Jeffrey A. Boyd, Ph.D.

Page 206

1    about two different things here.
2    QUESTIONS BY MR. RESTAINO:
3        Q.   I'm not sure that we are.  I'm
4    not sure you understand what negative means.
5        A.   A negative result -- excuse me?
6    Please say that again?
7        Q.   I'm not sure we are.  I'm not
8    sure you understand what negative means in
9    this context.
10       A.   I am pretty sure I do.
11       Q.   Well, we're finding out, and so
12   far --
13       A.   You disagree with me.
14       Q.   -- not looking good.
15           I'm sorry?
16       A.   Who's not looking good?
17       Q.   Okay.  Let's go back to 1.3
18   times 1.3.
19           Doctor, is limited
20   replication --
21       A.   Let's go back to 1.3 times 1.3.
22       Q.   Is limitless replicative
23   potential one of the hallmarks of cancer?
24       A.   According to who?
25       Q.   According to cancer

Page 207

1    specialists.
2        A.   Show me what cancer specialists
3    you're talking about and where it's stated.
4        Q.   Okay.  Is self-sufficiency in
5    growth signaling a hallmark of cancer?
6        A.   Are we getting back to Hanahan
7    and Weinberg?
8        Q.   I'm just asking you about
9    hallmarks of cancer right now.
10           MS. MILLER:  I guess it's been
11       asked and answered in that case.
12           THE WITNESS:  I would agree
13       that Hanahan and Weinberg have written
14       a review article suggesting that the
15       last two phenotypic properties of
16       cancer cells are hallmarks of cancer
17       in their opinions.
18   QUESTIONS BY MR. RESTAINO:
19       Q.   Is self-sufficiency in growth
20   signaling --
21       A.   Same answer.
22       Q.   -- the hallmarks --
23       A.   If you're going to go down the
24   list, it's going to be the same answer.
25       Q.   -- tissue invasion and

Page 208

1    metastasis?
2        A.   If you're going to go down the
3    list of the Hanahan Weinberg paper, it's
4    going to be the same answer.
5        Q.   Sustained angiogenesis?
6        A.   I've answered your question.
7        Q.   I want to get it on the record,
8    sir.
9            Is that a hallmark of cancer?
10           MS. MILLER:  Objection.  It is
11       on the record because he answered your
12       question already.
13           THE WITNESS:  You seem to be
14       reading from the list of hallmarks of
15       cancer as articulated by Hanahan and
16       Weinberg in 2011.  And to the extent
17       that your intention it to continue
18       reading down the list, my answer is, I
19       believe that Hanahan and Weinberg
20       believe that these are hallmarks of
21       the cancer phenotype.
22   QUESTIONS BY MR. RESTAINO:
23       Q.   Hanahan and Weinberg believe.
24           Do you know if it's generally
25   accepted in the scientific community that

Page 209

1    these are the hallmarks of cancer?
2            MS. MILLER:  Objection.
3            THE WITNESS:  I can't answer as
4        to what the scientific community
5        believes with respect to the Hanahan
6        and Weinberg paper.
7    QUESTIONS BY MR. RESTAINO:
8        Q.   If we look at the Trabert
9    paper, in the next sentence, which is the
10   fourth line under Introduction, all the way
11   to the far right it starts with the word
12   "ovarian."
13           Do you see where I am, sir?
14       A.   "Ovarian cancer has been
15   linked"?
16       Q.   Yes.
17       A.   Yes.
18       Q.   "Ovarian cancer has been linked
19   to several events and conditions which are
20   related to inflammation and repair, including
21   incessant ovulation, endometriosis, exposure
22   to talc and asbestos, and in some studies,
23   pelvic inflammatory disease."
24           Did I read that correctly?
25       A.   Yes.

53 (Pages 206 to 209)

Jeffrey A. Boyd, Ph.D.

Page 210

1      Q.    And, Doctor, do you have any
2  objective evidence with which to contradict
3  these NCI researchers when they state that
4  "ovarian cancer has been linked to several
5  events and conditions which are related to
6  inflammation and repair"?
7           MS. MILLER:  I'm a little bit
8  lost.  Where are you?  What page?
9           MR. RESTAINO:  I'm on page 2 of
10  the Trabert paper under Introduction.
11  It's the fourth line of the first
12  paragraph.
13           MS. MILLER:  You read really
14  fast.
15           THE WITNESS:  I would suggest
16  that these are hypotheses.  The
17  reference being cited is another
18  review article by these same authors
19  entitled "Possible Role of Ovarian
20  Epithelial Inflammation and Ovarian
21  Cancer."
22           I do not consider a
23  self-reference of another review
24  article, the first word of which is
25  "possible," to be evidence that this

Page 211

1       is, in fact, the case.
2  QUESTIONS BY MR. RESTAINO:
3       Q.    Okay.  Do you disagree with the
4  statement that "ovarian cancer has been
5  linked to several events and conditions which
6  are related to inflammation and repair"?
7           MS. MILLER:  Objection.
8           THE WITNESS:  Well, you're
9  going to have to parse the
10  inflammation and repair.  I'm assuming
11  you read it, and it's a poorly
12  constructed sentence.
13           What kind of repair, for
14  example?
15  QUESTIONS BY MR. RESTAINO:
16       Q.    The sentence above that we were
17  discussing, they are talking about
18  ineffective DNA repair, correct?
19       A.    They were.
20       Q.    Okay.  So now they state,
21  "Ovarian cancer has been linked to several
22  events and conditions which are related to
23  inflammation and repair, including incessant
24  ovulation, endometriosis, exposure to talc
25  and asbestos, and in some cases pelvic

Page 212

1  inflammatory disease."
2           Do you disagree that the
3  ovarian cancer has been linked to several
4  events and conditions which are related to
5  inflammation?
6           MS. MILLER:  Objection.
7           THE WITNESS:  It depends.
8  QUESTIONS BY MR. RESTAINO:
9       Q.    Upon?
10       A.    What type of inflammation and
11  in what context.  What type of ovarian
12  cancer.
13       Q.    Okay.  Is there a difference in
14  your mind between the type of ovarian cancer
15  and whether it's associated with chronic
16  inflammation or not?
17       A.    I agree I -- let me correct
18  myself.  My opinion generally is that it's
19  extraordinarily important to define which
20  type of the many types of ovarian cancer
21  we're discussing when we're hypothesizing
22  that one or another type of ovarian cancer
23  may be linked to one or another exposure or
24  physiologic condition.
25           Are you with me?

Page 213

1       Q.    I'm with you.
2           Can you list for us today as
3  you sit here the different types of ovarian
4  cancer?
5       A.    Broadly speaking.
6       Q.    Specifically speaking?
7       A.    Well, that's an impossible
8  question to answer.
9           Are you talking about
10  histologic subtypes, or are you talking about
11  epithelial ovarian cancers versus sex cord
12  stromal tumors and germ cell tumors?  I mean,
13  what --
14       Q.    Well, the first -- the last
15  ones you described are different forms of
16  histologic subtypes, correct?
17           So to make it easy for you,
18  whichever one you're --
19       A.    You don't need to make it easy
20  for me.  I'm pretty familiar with the
21  subtypes of ovarian cancer.
22       Q.    Okay.  Which form of ovarian
23  cancer has not been linked to chronic
24  inflammation?
25           MS. MILLER:  Objection.

54 (Pages 210 to 213)

Jeffrey A. Boyd, Ph.D.

Page 214

1       THE WITNESS: That's frankly a
2   ridiculous question.
3       (Boyd Exhibit 13 marked for
4       identification.)
5   QUESTIONS BY MR. RESTAINO:
6       Q.   Is that so?  Can I assume that
7   you can't answer that?
8       MS. MILLER: Objection.
9       THE WITNESS: I did answer.
10  QUESTIONS BY MR. RESTAINO:
11      Q.   Do you know the answer to it?
12      MS. MILLER: Does this relate
13  to the pending question?
14      MR. RESTAINO: No, it's coming
15  next.
16      MS. MILLER: Okay.
17      THE WITNESS: I'm saying it's
18  impossible to answer a ridiculous
19  question, in my mind.
20  QUESTIONS BY MR. RESTAINO:
21      Q.   Okay.  Doctor, I've just marked
22  as Exhibit 14 and handed to you the 2000
23  paper by Hanahan and Weinberg that we've been
24  discussing, correct?
25      MS. MILLER: I'm confused.  You

Page 215

1   didn't mark this earlier?  You just
2   discussed it?
3       MR. RESTAINO: Yeah.
4       THE WITNESS: Well, this is the
5   first iteration of a paper by the same
6   title published in 2011, but you've
7   handed me a paper by Hanahan and
8   Weinberg published in 2000 called "The
9   Hallmarks of Cancer," yes.
10  QUESTIONS BY MR. RESTAINO:
11      Q.   Okay.  And if you turn to
12  page 2, there's a diagram with the hallmarks,
13  the acquired capabilities of cancer, as
14  listed by these authors on the bottom of it.
15      And that's what we've been
16  describing, correct?
17      A.   I'm sorry, we're looking at
18  Figure 1 --
19      Q.   Yes, sir.
20      A.   -- on page 2?
21      Q.   Yes, sir.
22      A.   And what's the question about
23  Figure 1?
24      Q.   Oh, that's the diagram
25  representative of the hallmarks of cancer or,

Page 216

1   as they describe underneath there, the
2   acquired capabilities of cancer we've been
3   discussing; is that correct?
4       A.   This is the list that you were
5   reciting, to the best of my knowledge.
6       And I should note further that
7   the caption to the figure reads, "We suggest
8   that most, if not all, cancers" -- and I
9   would insert the word "generally" there --
10  "have acquired the same set of functional
11  capabilities during their development, albeit
12  through various mechanistic strategy."
13      So in other words, I believe
14  that they're talking about a suggestion in
15  this case that cancers generally have these
16  phenotypic properties, or display these
17  phenotypic properties.
18      Q.   And now I suggest -- as you
19  suggested perhaps when you read Dr. Shih's
20  deposition transcript, I represented to him
21  how often this paper has been cited.  And now
22  I'll represent to you, in the week or so
23  that's passed, this paper has been cited
24  30,148 times.
25      MS. MILLER: In one week?

Page 217

1       MR. RESTAINO: In total.
2       MS. MILLER: Oh, you're saying
3   you're updating the number.
4       MR. RESTAINO: I'm updating the
5   number.
6       MS. MILLER: I thought you were
7   saying in one week.
8   QUESTIONS BY MR. RESTAINO:
9       Q.   As you sit here today, are you
10  aware of any single medical paper that has
11  been referenced more than 30,148 times?
12      A.   Well, not without spending more
13  time than we're going to allow to think about
14  it, no.
15      Q.   I'll help you.
16      (Boyd Exhibit 14 marked for
17      identification.)
18  QUESTIONS BY MR. RESTAINO:
19      Q.   I've now marked as Boyd
20  Exhibit 15 the 2000 publication by Hanahan --
21      MS. MILLER: That was the 2000
22  publication.  Do you mean --
23  QUESTIONS BY MR. RESTAINO:
24      Q.   -- the 2011 publication by
25  Hanahan and Weinberg titled "Hallmarks of

55 (Pages 214 to 217)

Jeffrey A. Boyd, Ph.D.

Page 218

1    Cancer: The Next Generation." And I'll
2    represent to you that this one has been cited
3    34,389 times as of last night.
4           Doctor, as a cancer researcher,
5    would you agree this is a very important
6    paper in the field of cancer?
7       A.    I believe that it's been cited
8    a lot.
9       Q.    Okay. Now, on page 2, they
10   have the illustration of the hallmarks of
11   cancer that they first published in 2000,
12   correct?
13      A.    It's very similar, yes.
14      Q.    Okay. And then on page 658 of
15   the paper, they have an updated diagram
16   there.
17          Do you see that, sir?
18      A.    Yes.
19      Q.    And on the top they have listed
20   emerging hallmarks, and below that enabling
21   characteristics.
22          Is that correct?
23      A.    Yes.
24      Q.    And see in the figure right,
25   the legend, the wording to the right of it,

Page 219

1    if you go all the way down to the bottom,
2    there's one, two, three, four, five, six --
3    seven lines up from the bottom starts off at
4    right with "inflammation."
5           Do you see that word, sir?
6       A.    Yes.
7       Q.    "Inflammation by innate immune
8    cells designed to fight infections and heal
9    wounds can instead result in their
10   inadvertent support of multiple hallmark
11   capabilities, thereby manifesting the now
12   widely appreciated tumor-promoting
13   consequences of inflammatory responses."
14          Did I read that correctly?
15      A.    You did.
16      Q.    And do you have any objective
17   evidence with which to contradict Hanahan and
18   Weinberg in this 2011 peer-reviewed,
19   published paper that the tumor-promoting
20   consequences of inflammatory responses is now
21   widely appreciated?
22          MS. MILLER: Objection.
23          THE WITNESS: Well, first, I
24   would suggest that this is a
25   hypothesis that is used to refer to

Page 220

1    all cancers generally and no cancer
2    specifically.
3    QUESTIONS BY MR. RESTAINO:
4       Q.    Where are you getting the word
5    "hypothesis" from this when they state that
6    the hallmark is now "widely appreciated as
7    tumor-promoting consequences of an
8    inflammatory response"?
9       A.    Because it strikes me as a
10   hypothetical statement without -- without
11   listing all of the known human cancers and
12   evidence that inflammation, et cetera, et
13   cetera, et cetera, is now widely appreciated
14   and so forth.
15          Widely appreciated by whom?
16      Q.    As a cancer researcher, do you
17   have to understand the individual mechanisms
18   behind the development of each and every
19   different form of lung cancer that develops
20   in long-term smokers, i.e., non-small cell,
21   small cell, old cell?
22          In order to come to the
23   conclusion that smoking cigarettes causes
24   lung cancer, do you have to see the mechanism
25   for each and every individual one of those

Page 221

1    cancers?
2           MS. MILLER: Objection.
3           THE WITNESS: My impression is
4    that we're litigating ovarian cancer.
5    QUESTIONS BY MR. RESTAINO:
6       Q.    But you've brought up several
7    times that authors appear to be relating
8    their information to cancer in general. So
9    my question goes back to that. Being
10   specific, we're talking about lung cancer and
11   smoking.
12          Does smoking cause lung cancer?
13          MS. MILLER: Objection.
14          THE WITNESS: Smoking can cause
15   lung cancer. And I would further add
16   that the epidemiologic association of
17   cigarette smoking with lung cancer is
18   so strong that it's possible to accept
19   that the association is real in terms
20   of causation.
21   QUESTIONS BY MR. RESTAINO:
22      Q.    What is the epidemiologic
23   association of passive smoke inhalation and
24   lung cancer?
25      A.    Do not know.

56 (Pages 218 to 221)

Jeffrey A. Boyd, Ph.D.

Page 222

1      Q.    Would it surprise you to know
2   that it's 1.3?
3      A.    No.
4      Q.    If you turn to page 659 of
5   Hanahan and Weinberg, there's a first --
6   there's a full paragraph on the right column
7   that starts "by 2000."
8          Do you see that, sir?
9      A.    Yes.
10      Q.    "By 2000, there are already
11   clues that the tumor-associated inflammatory
12   response had the unanticipated, paradoxical
13   effect of enhancing tumorigenesis and
14   progression, in effect helping incipient
15   neoplasias to acquire hallmark capabilities."
16          Did I read that correctly?
17      A.    You did.
18      Q.    Doctor, what is meant by
19   tumorigenesis?
20      A.    The genesis of tumors.
21      Q.    And how would you define tumor
22   regression?
23      A.    It's a term that we don't
24   really use anymore.  Initiation, promotion
25   and regression.  They were useful decades

Page 223

1   ago, but we now like to refer to it a
2   multi-genetic, multi-step process.
3      Q.    Has progression been absorbed
4   into that multi-genetic, multi-step process?
5      A.    I think that's a fair
6   statement.
7      Q.    Okay.  The next sentence they
8   write here is, "In the ensuing decade,
9   research on the intersections between
10   inflammation and cancer pathogenesis has
11   blossomed producing abundant and compelling
12   demonstrations of the functionally important
13   tumor-promoting effects that immune cells,
14   hyphen, largely of the innate immune system,
15   hyphen, have on neoplastic progression."
16          Did I read that correctly?
17      A.    You did.
18      Q.    And there are four citations
19   there, correct?
20      A.    Correct.
21      Q.    And once again, here when they
22   write "neoplastic progression," would that be
23   something that you --
24      A.    Can we look at -- I'm sorry, go
25   ahead.

Page 224

1      Q.    You want to look at the
2   references?
3      A.    Could we?
4      Q.    Of course.
5      A.    Yes.
6      Q.    Okay.
7      A.    These papers are referring to
8   existing cancers and either progression
9   and/or metastasis of existing cancers, not
10   the initiation of cancer, that is, the events
11   involved in -- the very early events involved
12   in the transformation process leading a
13   normal cell to become malignant and
14   ultimately metastatic.
15          So --
16      Q.    And in fact, Doctor, right
17   above the references they write, the last
18   four words, "have on neoplastic progression."
19   And that was the context of my question.
20      A.    I think they're talking about
21   existing cancers.
22      Q.    Yes.  And progression of
23   existing cancer.
24          My only question was going to
25   be here, neoplastic progression, would you

Page 225

1   then encompass this term in the more modern
2   one that you were just sharing with us?
3      A.    I would say that the entire
4   concept is irrelevant to the arguments that
5   we're having here today about whether talc
6   initiates ovarian tumorigenesis or not.
7      Q.    Okay.  Is it relevant to the
8   argument as to whether or not the plaintiff
9   experts' reliance upon chronic inflammation
10   is simplistic?
11      A.    Couldn't follow your sentence.
12   Sorry.
13      Q.    Okay.  You stated earlier that
14   the opinions regarding chronic inflammation,
15   whether it was the plaintiff experts or
16   Dr. Saed, were -- and I can't paraphrase it
17   all, but the one word you used was
18   "simplistic," correct?  You remember that?
19      A.    Vaguely.
20      Q.    And we've now gone through Ness
21   and Cottreau in 2009; Trabert, et al., in
22   2014; CDC in 2014.  Now we're looking at
23   Hanahan 2011 talking about inflammation, and
24   not only initiation but also progression of
25   cancer.  That's the only context I'm using

57 (Pages 222 to 225)

Jeffrey A. Boyd, Ph.D.

Page 226

1 this for.
2          MS. MILLER:  Is that a
3 question?
4          MR. RESTAINO:  No, it was an
5 explanation to why we were in this
6 area.
7          THE WITNESS:  It sounded like a
8 speech, but that's all right.
9 QUESTIONS BY MR. RESTAINO:
10     Q.   It was just an explanation of
11 why we're in this area.
12          Let's go to the
13 self-sufficiency in growth signals.
14          As described by Hanahan --
15          MS. MILLER:  You got to slow
16 down.  Where are you?
17          MR. RESTAINO:  It's just one of
18 the hallmarks.  I'm just describing
19 the term.
20          MS. MILLER:  What page?  Where
21 are you reading from?
22          MR. RESTAINO:  Well, any one of
23 either the 2000 paper or the 2000 --
24          THE WITNESS:  But where in the
25 paper, I think --

Page 227

1          MS. MILLER:  We're on the 2011
2 paper.  That's my understanding.
3 QUESTIONS BY MR. RESTAINO:
4     Q.   So go to the second column --
5 or the second page.
6          MS. MILLER:  I think you don't
7 realize you read very fast and you
8 don't give page numbers, and I get
9 very confused.
10          MR. RESTAINO:  But I wasn't
11 reading from anything.
12          MS. MILLER:  You were reading
13 from something.  Nobody can talk that
14 fast without reading.
15 QUESTIONS BY MR. RESTAINO:
16     Q.   Doctor, sustaining
17 proliferative signaling, can that lead to
18 self-sufficiency in growth signals?
19          MS. MILLER:  I'm sorry, is this
20 question based on this study or
21 this -- sorry, it's not a study.  It's
22 a review article, I think you said?
23          Is this question related to
24 this exhibit?
25          MR. RESTAINO:  First of all, a

Page 228

1 research paper, I will disagree with
2 the doctor when you refer -- as to its
3 implications in the medical
4 literature.
5          Secondly, I'm just asking in a
6 general sense as to a cancer
7 specialist --
8          MS. MILLER:  Okay.  You just --
9 you have the exhibit open.  I'm
10 confused.  I didn't know if you were
11 reading or asking a question.
12 QUESTIONS BY MR. RESTAINO:
13     Q.   Doctor, generically speaking,
14 is self-sufficiency in growth signals one of
15 the hallmarks of any cancer?
16          MS. MILLER:  Objection.
17          THE WITNESS:  Where does it say
18 self-sufficiency in growth signaling?
19          MS. MILLER:  I think he's
20 saying that he's just asking this
21 question unrelated to this document.
22 I think.  I'm confused as well.
23          THE WITNESS:  You'll have to
24 explain your definition of
25 self-sufficiency to me, please.

Page 229

1 QUESTIONS BY MR. RESTAINO:
2     Q.   Could you pick up what is
3 previously marked as Exhibit 14?
4     A.   Okay.  We're back to 14.  I'm
5 sorry.
6     Q.   The 2000 paper, hallmarks of
7 cancer.
8     A.   We're going back to 2000?
9     Q.   Yes.
10     A.   Okay.
11     Q.   Open to the second page.
12          See the diagram, Figure 1?
13     A.   Yes.
14     Q.   You see the first acquired
15 capability of cancer up at the top of it?
16     A.   Yes.
17     Q.   Is it titled "Self-Sufficiency
18 in Growth Signals"?
19     A.   Yes, it was in 2000.
20          And then in 2011 they changed
21 the same phenotype to sustaining
22 proliferative signaling.
23          I would agree generally that
24 sustained proliferative signaling is a
25 hallmark of cancer, generally speaking.

58 (Pages 226 to 229)

Jeffrey A. Boyd, Ph.D.

Page 230

1    Q.    Is it also a hallmark of
2  ovarian cancer?
3    A.    Yes, generally speaking.
4    Q.    Looking at the 2000 paper
5  again, the hallmark down below that, to the
6  right is "insensitivity to anti-growth
7  signals."
8         Is that a hallmark of cancer,
9  generally?
10         MS. MILLER:  Objection.
11         THE WITNESS:  Well, I would
12      simply agree with the authors that
13      suggest, "We suggest that most, if not
14      all, cancers have acquired the same
15      set of functional capabilities during
16      their development, albeit through very
17      mechanistic strategies."
18         I would agree with the
19      statement underneath the figure.
20  QUESTIONS BY MR. RESTAINO:
21    Q.    Okay.  Would you, as an expert
22  in ovarian cancer research, agree that
23  insensitivity to anti-growth signals occurs
24  in ovarian cancer also?
25    A.    Yes.  As I have previously

Page 231

1  indicated, all cancers, including ovarian
2  cancers, are associated with the occurrence
3  and accumulation of mutations and oncogenes
4  and tumor suppressor genes.
5         The normal function of a tumor
6  suppressor gene is to inhibit growth, so in
7  other words, to provide an anti-growth
8  signal.  And so when a tumor suppressor gene
9  such as TP53 or RB1 is inactivated, which
10  occurs frequently in ovarian cancer, then the
11  ovarian cancer cells become insensitive to
12  anti-growth signal.
13    Q.    Okay.  To the left of that
14  hallmark they write "evading apoptosis. "
15         Do you see that, sir?
16    A.    Yes.
17    Q.    And apoptosis is the death of
18  cells which occurs as a normal, controlled
19  part of an organism's growth and development;
20  would you agree?
21    A.    It's generally referred to as
22  programmed cell death, but, yes.
23    Q.    Fair enough.
24         Is evading apoptosis one of the
25  hallmarks, generally speaking, of cancer?

Page 232

1    A.    Yes, it's associated with,
2  again, mutational inactivation of the TP53
3  gene, which is extraordinarily common in
4  serous ovarian epithelial carcinomas and
5  indeed is the most frequently mutated tumor
6  suppressor gene in all cancers generally.
7    Q.    Okay.  All three of these will
8  lead to cellular proliferation, correct?
9         MS. MILLER:  Objection.
10         All three of what?
11  QUESTIONS BY MR. RESTAINO:
12    Q.    All three of these hallmarks
13  that we've just discussed.
14         MS. MILLER:  Can you identify
15      which three you're referring to?
16         THE WITNESS:  It's -- he's
17      referring to the top -- the three at
18      the top of Figure 1 in exhibit -- so
19      if we look at Figure 1 in Exhibit 14,
20      he's referring to the top three
21      phenotypic properties of acquired
22      capabilities of cancer.
23  QUESTIONS BY MR. RESTAINO:
24    Q.    And the result of these three
25  hallmarks is going to be cellular

Page 233

1  proliferation; would you agree?
2    A.    Not necessarily, but would
3  certainly be more likely under these
4  circumstances than if these mutational events
5  leading to these phenotypic properties had
6  not occurred.
7    Q.    Okay.
8    A.    Tumor cells are not constantly
9  dividing.
10    Q.    Let's turn to your expert
11  report, page 4.  And you have a section
12  there, A, study design issues.  The first one
13  is the use of DMSO as a solvent.
14         Did I read that correctly?
15    A.    Yes.
16         Well, mostly correctly.
17    Q.    Do you see the section "use of
18  DMSO as solvent"?
19    A.    Yes.
20    Q.    Okay.  Colon.
21         And then you write in your
22  paragraph there -- if you look five lines
23  down, sir, towards the right, there's a
24  sentence where you start with, "But he
25  apparently paid."

59 (Pages 230 to 233)

Jeffrey A. Boyd, Ph.D.

Page 234

```
 1              Do you see that?
 2      A.   Yes.
 3      Q.   "But he apparently paid no heed
 4  to recent research that has called into
 5  question whether the use of DMSO as a solvent
 6  can alter the effect of the treatment and
 7  skew the results."
 8          Reference 7 down below, Hall,
 9  MD, et al., "Say No to DMSO:
10  Dimethylsulfoxide Inactivates Cisplatin,
11  Carboplatin and Other Platinum Complexes."
12          Did I read that correctly?
13      A.   You did.
14          (Boyd Exhibit 16 marked for
15  identification.)
16  QUESTIONS BY MR. RESTAINO:
17      Q.   So I've marked as Boyd 16 your
18  reference by Hall, et al. "Say no to DMSO."
19          MS. MILLER:  It's very catchy.
20          MR. RESTAINO:  It is.  Easy to
21  remember.
22  QUESTIONS BY MR. RESTAINO:
23      Q.   Did I read that correctly, sir?
24          Well, strike that.
25          You recognize this paper,
```

Page 235

```
 1  correct, sir?
 2      A.   Yes.
 3      Q.   Now, early on I asked you if
 4  you were an expert in pharmacology, and you
 5  said you were not, correct?
 6      A.   Correct.
 7      Q.   But do you have a basic
 8  understanding what the platinum-based drugs
 9  cisplatin, carboplatin and oxaliplatin are?
10      A.   Oxaliplatin.
11      Q.   That one, too.
12      A.   Yes.
13      Q.   Do you understand that they
14  contain a ligand attached to them?
15      A.   Are you referring to platinum
16  as a ligand?
17      Q.   Sir, do you know what a ligand
18  is?
19      A.   It's -- I think what you're
20  trying to get at is a ligand may generally be
21  used as a definition for a molecule that
22  interacts with another molecule.
23          Earlier when we were discussing
24  ligand, I was thinking of ligand in a cell
25  biological context, which is much more
```

Page 236

```
 1  typical in terms of a ligand receptor
 2  interaction such as epidermal growth factor,
 3  epidermal growth factor receptor being a
 4  ligand receptor interaction.
 5          So ligand actually has many
 6  definitions, depending on the context.  The
 7  one you're using now is a chemical context,
 8  and I do not hold myself out as a chemist.
 9      Q.   Okay.  Do you agree that DMSO
10  is a virtual, universal solvent?
11      A.   I believe that
12  dimethylsulfoxide is used very commonly to
13  dissolve chemicals of all kinds in an
14  experimental context because many chemicals
15  are readily soluble in DMSO.
16      Q.   So you're not disagreeing with
17  Hall, et al., if they describe it as a
18  virtual, universal solvent?
19      A.   I think that's a fair
20  description of DMSO in this particular
21  context.
22      Q.   Okay.  Now, where I'm reading
23  from, sir, is -- I'm not trying to play any
24  word games from you -- is page 2, the middle
25  paragraph under Introduction.
```

Page 237

```
 1          And all I can say is it's in
 2  the middle of the paragraph.  The universal
 3  solvent language is there on the right-hand
 4  side about 11, maybe 12 lines down.
 5      A.   Uh-huh.
 6      Q.   Do you see that, sir?
 7      A.   Yes.
 8      Q.   And then a sentence ends with a
 9  reference 12, correct?
10      A.   Yes.
11      Q.   And then they write, "DMSO
12  contains a nucleophilic sulfur, which allows
13  it to coordinate with platinum complexes,
14  displacing ligands and changing the structure
15  of the complexes, open paren, 13 to 16.  This
16  renders platinum complexes unstable in DMSO."
17          Did I read that correctly?
18      A.   I lost you, but I'll submit
19  that you did.
20      Q.   Want me to read it again?
21      A.   No.
22      Q.   Or would you like to take a
23  moment and read it yourself?
24      A.   No.
25      Q.   Okay.  Now, is it your opinion
```

Jeffrey A. Boyd, Ph.D.

Page 238

```
 1    that the nucleophilic sulfur which DMSO
 2    contains interacts in any way whatsoever with
 3    the mineral talc?
 4         A.   I'm sorry, I missed the first
 5    part of the question.
 6         Q.   Is it your opinion that the
 7    nucleophilic sulfur, which they describe
 8    here, which DMSO contains, interacts in any
 9    way whatsoever with the mineral talc?
10         A.   I have no knowledge of the
11    interaction of DMSO with the mineral talc.
12         Q.   Do you -- what objective
13    evidence do you have that shows that talcum
14    powder is rendered unstable in DMSO by this
15    nucleophilic sulfur?
16         A.   None.
17         MS. MILLER:  Objection.
18         THE WITNESS:  Sorry.
19         MS. MILLER:  Are we ready for a
20    break?
21         MR. RESTAINO:  Ready for a
22    break?
23         MS. MILLER:  I am.
24         THE WITNESS:  Sure.
25         VIDEOGRAPHER:  Off the record
```

Page 239

```
 1    at 2:25 p.m.
 2         (Off the record at 2:25 p.m.)
 3         VIDEOGRAPHER:  We are back on
 4    the record at 2:38 p.m.
 5    QUESTIONS BY MR. RESTAINO:
 6         Q.   Welcome back, Doctor.
 7              Before we broke, we were
 8    discussing the Hall paper which was your
 9    reference.
10              Would you be kind enough, sir,
11    to turn to page -- to -- give me one second.
12    I apologize.  I wrote down the wrong page
13    number.
14              Page 3919.  And I apologize for
15    the delay.  And --
16         A.   39 -- in Hall, et al.?
17         Q.   Yeah.
18         A.   I'm sorry, I've got pages 1, 2,
19    3.
20         Q.   And that's exactly what I'm
21    seeing also.
22         MS. MILLER:  What's the issue?
23    What do you want?
24         THE WITNESS:  It's just a page
25    number issue.
```

Page 240

```
 1         MS. MILLER:  It's starts on
 2    3913, and what page do you want?
 3         MR. RESTAINO:  3915.
 4         MS. MILLER:  So maybe we could
 5    guess that it's around -- and we're
 6    not supposed to guess today.
 7         MR. RESTAINO:  I know, but they
 8    got page number -- well, let's see if
 9    they have the page number up above.
10         THE WITNESS:  Well, the problem
11    is this is the public access version
12    as opposed to the Cancer Research
13    version, and so the page numbers are
14    going to just be 1, 2, 3, 4 in the
15    public access version.
16         MS. MILLER:  But if we guess,
17    13, 14, 15, it should be page 3.
18         What words are you looking for?
19    QUESTIONS BY MR. RESTAINO:
20         Q.   "Discussion" is on the lower
21    right-hand side.
22         A.   We can find the discussion
23    section if that's what we're doing.  It's
24    going to be at the end.
25         Q.   Yeah, I apologize.  I actually
```

Page 241

```
 1    have two different versions.  The printed
 2    version and my electronic version are
 3    different.  My apologies.
 4         A.   All right.  Discussion is
 5    always at the end.
 6         Q.   It appears to be page 9.
 7         A.   Yes.
 8         Q.   Okay.  Down below, Discussion.
 9    "We have demonstrated here the profound
10    effects of DMSO on platinum drugs and
11    complexes that contain monodentate ligands. "
12         Did I read that correctly?
13         A.   You did.
14         Q.   Does talc powder contain one of
15    those monodentate ligands?
16         A.   I don't know.
17         Q.   The bottom, last sentence of --
18    in your expert report now on page 4, we were
19    discussing the use of DMSO as a solvent in A.
20         Do you see that, sir?
21         Sir, I'm on page 4.
22         A.   "Dr. Saed's failure," et
23    cetera?
24         Q.   Yes.  "Dr. Saed's failure to
25    evaluate this possibility renders most of his
```

61 (Pages 238 to 241)

Jeffrey A. Boyd, Ph.D.

Page 242

1    results, open paren, those involving exposure
2    of cells to talc, close paren, unreliable."
3           Did I read that correctly?
4       A.   Yes.
5       Q.   And your one reference for this
6    entire paragraph is the Hall paper which has
7    to do with platinum-based metals and the
8    dissolution of the ligand by DMSO and has
9    nothing to do with talc; is that correct?
10      A.   So far as I know.
11          I would add that over the
12   course of my career in conducting similar
13   studies, before having read this paper rather
14   recently and conducting studies with cells
15   and platinum, I, too, perform lots of
16   experiments, in fact, using DMSO as a solvent
17   for one or another compound that I was
18   treating cells with.
19          And I observed over the years
20   that after a period of time, even hours, a
21   clear solution containing a treatment
22   compound, if you will, or an experimental
23   compound, in DMSO frequently leads to the
24   clear solution turning brown over a short
25   period of time, which is consistent with the

Page 243

1    characterization of dimethylsulfoxide as a
2    chemical oxidant.
3           And just based on personal
4    experience, it was my inference from watching
5    experimental agents turn brown over a period
6    of hours, certainly days, and having to throw
7    out the solution and then start over again
8    with fresh DMSO and fresh chemical, that the
9    agent that I was testing was being chemically
10   modified.
11      Q.   Okay.
12      A.   It's a personal anecdote.
13      Q.   Okay.  And then in addition to
14   that, Doctor, inasmuch as the Hall paper
15   deals with metal-based, platinum-based
16   chemotherapy agents with ligands and CMSO
17   {sic}, is your failure to evaluate this paper
18   as it relates to the use of DMSO by Dr. Saed
19   render your opinions in this regard
20   unreliable?
21          MS. MILLER:  Objection.
22          THE WITNESS:  Sorry, I just
23   couldn't follow the sentence.
24          MS. MILLER:  Yeah, I couldn't
25   either.

Page 244

1    QUESTIONS BY MR. RESTAINO:
2       Q.   Inasmuch as the Hall paper
3    deals with metal-based, platinum-based
4    chemotherapy agents which are dissolved by
5    DMSO by losing the ligand, which has nothing
6    to do with talc, would you agree that your
7    opinion in this regard is unreliable, as you
8    describe Dr. Saed's opinion?
9       A.   Well, first of all -- and I'm
10   just going to read the question.  I'm sorry.
11          I believe earlier I suggested
12   that at least some of the elements that
13   constitute talc are, in fact, metals, e.g.,
14   silica.  So I don't think the whole
15   metal-based argument for why this is, out of
16   hand, irrelevant is valid.
17          I don't think the fact that
18   this is a chemotherapeutic agent has anything
19   to do with the argument.  It just happens to
20   be a chemotherapeutic agent.  It could be any
21   other chemical used to test any other
22   hypothesis about any other biological
23   phenomenon.
24          And so I think the essence of
25   your argument here, and I'm starting to lose

Page 245

1    it because it's going up the screen, about
2    rendering my opinion --
3           MS. MILLER:  I can stop it.
4           THE WITNESS:  -- about
5    rendering my opinion obsolete or
6    irrelevant is off target.
7    QUESTIONS BY MR. RESTAINO:
8       Q.   Okay.  Let's go down to the
9    bottom of page 4, determination of talc
10   dosage.  And I'm sorry, page 4 of your expert
11   report.  And we can put Hall to the side.
12          And is your opinion that
13   "Dr. Saed used a very highly concentrated
14   talc solution, hyphen, 500 milligrams of talc
15   per 10 milliliter of DMSO, with reference 8.
16   He then applied relatively enormous doses of
17   talc, hyphen, from 5 to 100 micrograms per
18   milliliter, directly to the treated cells."
19          Did I read that correctly?
20      A.   Yes.
21      Q.   500 milligrams of talc per
22   10 milliliters, that's 50 milligrams per
23   milliliter, agreed?
24      A.   Agree.
25      Q.   Do you know what the usual and

62 (Pages 242 to 245)

Jeffrey A. Boyd, Ph.D.

Page 246

1    customary dissolution dose of talcum powder
2    is when used for pleurodesis?
3         A.    It must be extraordinarily high
4    based on the physiologic result that they're
5    attempting to achieve --
6         Q.    How about --
7         A.    -- which is massive fibrosis in
8    the closing off of the cavity between the
9    chest wall and the lung.
10        Q.    Would it surprise you that it's
11   5 grams dissolved in 50 to 100 millimeters of
12   normal saline?
13        A.    It wouldn't surprise me at all.
14        Q.    And 5 grams equates to
15   5,000 milligrams?
16        A.    I'm sorry, could we back up a
17   minute?  I would just like to be clear about
18   what you were stating about the solvent
19   that's used in pleurodesis.  I believe you
20   said normal saline.
21        Q.    Correct.
22              NS.  Does that make sense?
23        A.    Well, I'm reading normal
24   saline.
25        Q.    Okay.

Page 247

1         A.    But, no, I think it would have
2    been fantastic.
3         And I know you disagree with
4    the retrospectoscope, but my whole point was
5    we could avoided all of these -- could have
6    avoided all of these uncertainties in this
7    experimental design had he used an inert
8    solvent such as normal saline to dissolve the
9    talc.
10        Q.    Does talc dissolve in normal
11   saline?
12        A.    Apparently in pleurodesis it
13   seems to, based on what you just read.
14        Q.    So you don't know what is
15   injected during pleurodesis?
16        A.    Talc.
17        Q.    Do you know what form, what --
18   strike that.
19        What -- do you know that it's a
20   slurry that's involved?
21        A.    Yes.
22        Q.    Okay.  Is a slurry different
23   from normal saline?
24        A.    Yes.
25        And I'm also familiar with

Page 248

1    Dr. Saed's notebook where they actually
2    played around with dissolving talc in a
3    slurry at one point.
4         Q.    Play around --
5         A.    Freeze -- I'm sorry, that's an
6    inappropriate term.  I'm sure he's a serious
7    man and doesn't play around in the lab.
8         They -- they experimented with
9    the process of dissolving talc in an aqueous
10   solution as a slurry, and for reasons that
11   aren't clear to me, as is the case for most
12   of what goes on in his laboratory notebooks,
13   they abandoned that approach and chose to use
14   DMSO, which completely dissolved the talc.
15        Q.    And you don't know why they did
16   that, though?
17        A.    Well, no, I can't -- I can't
18   infer what they may have been thinking.
19        Q.    Do you know if the dose used by
20   Dr. Saed is equivalent to the doses reported
21   as used by others that have published,
22   including, for example, Dr. Shukla,
23   Dr. Akhtar twice?
24        A.    That's a good question.  I did
25   look at those papers, and I did look at the

Page 249

1    doses, and the dose range tended to be much
2    lower in those papers.
3         Q.    Can you give us the dose range
4    in those papers versus what Dr. Saed used?
5         A.    Roughly.
6              MS. MILLER:  Objection.
7              THE WITNESS:  Yeah, I'm not
8         going to speculate without the papers
9         in front of me.  I'd be happy to read
10        the doses from the X axis if you've
11        got the papers on hand.
12   QUESTIONS BY MR. RESTAINO:
13        Q.    Okay.  Is it your opinion that
14   there was a substantive difference in the
15   doses --
16        A.    Absolutely.
17        Q.    -- used?
18        And you're relying upon those
19   papers and Dr. Saed's published paper for
20   that?
21              MS. MILLER:  Objection.
22              THE WITNESS:  Well, I'm relying
23        on more than that.  That's part of the
24        equation.  Part of the calculus, if
25        you will.

63 (Pages 246 to 249)

Jeffrey A. Boyd, Ph.D.

Page 250

1 QUESTIONS BY MR. RESTAINO:
2      Q.   Okay.
3      A.   I'm also relying on doses that
4 have been used in, for example, the Hamilton
5 study.
6      Q.   Okay.
7      A.   Where he injected approximately
8 10 milligrams into an entire rat ovary, which
9 compared -- which by my conservative estimate
10 is likely to contain tens of millions of
11 cells.  And in this particular case, he's
12 treating 100-millimeter square dishes
13 containing a couple hundred thousand cells.
14           And the back-of-the-envelope
15 calculation is that he's using -- again, in
16 my estimation, using, granted, a subjective
17 term, a relatively massive dose.
18      Q.   He's actually using -- when he
19 used the 5 micrograms per milliliter, he's
20 using 0.005 percent of that which is injected
21 during pleurodesis; is that correct?
22           MS. MILLER:  Objection.
23           THE WITNESS:  Well, I'll take
24 your arithmetic at face value.
25           I think it's important to

Page 251

1 consider the size of the pleural
2 cavity that is injected with talc
3 during the process of pleurodesis,
4 which as far as I can tell is used
5 primarily to prevent pleural effusions
6 or perhaps pneumothorax in patients
7 with lung cancer, by closing off what
8 is arguably a very large physical
9 space containing perhaps billions of
10 cells.
11           And Dr. Saed's experiments,
12 again, were performed in a
13 100-millimeter-squared petri dish,
14 which is roughly that large, with a
15 nonconfluent modulator of cells,
16 roughly 100,000, 200,000 perhaps.  And
17 we're talking about logarithmic
18 differences of scale in terms of
19 pleurodesis versus the in vitro
20 experiments.
21 QUESTIONS BY MR. RESTAINO:
22      Q.   When the pleurodesis is
23 injected, it's injected using a large bore,
24 typically an 18-grade needle, correct?
25      A.   An 18-gauge needle.

Page 252

1      Q.   Yes.
2      A.   Correct.
3      Q.   Okay.  So when it's injected
4 there, it's going into a very small space to
5 begin with before it's distributed throughout
6 the pleural cavity, correct?
7      A.   Yes, just as when one takes a
8 Pipetman and pipettes -- a certain amount of
9 DMSO containing talc onto a 100-millimeter
10 dish, and then swirling the dish around to
11 distribute the talc over the cells, it's a
12 similar concept.
13      Q.   So in that -- what he's put
14 into his dish as compared to where that
15 needle goes, he's injected 0.0005 percent of
16 what's injected into a living human being?
17      A.   Which is still a massive dose
18 based on the number of cells being treated,
19 relatively speaking.
20           You're trying to use arithmetic
21 to conflate the point I'm making.
22      Q.   Okay.
23      A.   And the number of cells that
24 are being treated and the space that's -- the
25 space that's receiving the amount of

Page 253

1 physiologic, biologic space that's receiving
2 the talc that's being either injected or
3 pipetted into a dish, injected into a human
4 or pipetted into a petri dish.
5      Q.   Okay.  Continue on with
6 determination of talc dose.  You write,
7 second line from the bottom, "Indeed, the
8 evidence that any" -- and you bold "any" and
9 italicize "any" -- "talc can reach the
10 ovaries from external perineal use is weak."
11           Did I read that correctly?
12      A.   You did.
13      Q.   And are you an expert in the
14 migration of external particles from the
15 environment to the vagina to the fallopian
16 tubes and/or ovaries?
17      A.   No.  Sorry.
18           MS. MILLER:  Objection.  I --
19 that was an objectionable question.
20 Please give me time to object.
21           THE WITNESS:  So noted.
22           MS. MILLER:  Don't rush.
23 QUESTIONS BY MR. RESTAINO:
24      Q.   And you have a reference for
25 that, which is the 2010 IARC monograph on

64 (Pages 250 to 253)

Jeffrey A. Boyd, Ph.D.

Page 254

1  "Evaluation of carcinogenic risks to human,
2  Volume 93: Carbon black, titanium dioxide,
3  and talc 411," correct?
4          MS. MILLER: Objection. He has
5  three references, if I'm reading the
6  right footnote.
7          MR. RESTAINO: And I'm sorry,
8  I -- no, indeed, I'm reading from the
9  sentence, Jessica, "The evidence of
10  any talc can reach the ovaries from
11  external perineal use" --
12         MS. MILLER: Are we looking at
13  footnote 10? Maybe I misunderstood
14  you, but it sounded like you were
15  saying there was one reference.
16         MR. RESTAINO: Oh, I'm just
17  reading the first one, the IARC one.
18         MS. MILLER: You said you have
19  a reference.
20         MR. RESTAINO: They're on the
21  same page.
22  QUESTIONS BY MR. RESTAINO:
23      Q.   Do you see that, sir?
24      A.   I do.
25      Q.   And then turning to the next

Page 255

1  page, you have a 1971 reference by Henderson,
2  et al., correct?
3      A.   Correct.
4      Q.   And then you have a 1996
5  reference by Heller, correct?
6      A.   Correct.
7      Q.   Have you seen any other papers
8  that have been published more recently
9  regarding migration of talc powder -- of
10  particles throughout the female reproductive
11  tract?
12         MS. MILLER: Objection.
13         Can you ask a better question
14  there?
15         Are you asking about talc
16  powders? Are you asking about
17  particles and --
18         MR. RESTAINO: Talc powder and
19  particles.
20         MS. MILLER: Both?
21         MR. RESTAINO: Both.
22         MS. MILLER: Okay. That's a
23  new question.
24         MR. RESTAINO: Can't you just
25  say "objection"? Truly, are you

Page 256

1  capable of just saying "objection"?
2          You know that is the Federal
3  Rules, which is why we went to school
4  and we took all those classes.
5          MS. SHARKO: Okay. Let's just
6  move on.
7          (Boyd Exhibit 17 marked for
8  identification.)
9  QUESTIONS BY MR. RESTAINO:
10     Q.   Doctor, I've now marked as Boyd
11  17 an article by McDonald, et al., or
12  McDonald, et al. And I'll represent to you
13  that this paper was published in March 2019.
14         Have you seen this paper
15  before?
16     A.   I have.
17     Q.   Okay. If you would turn to
18  page 12, if I'm correct, there should be a
19  section there in the upper left called
20  Discussion.
21     A.   It's there.
22     Q.   In the second paragraph they
23  write, "Talc, when applied to the perineum,
24  is believed to migrate to the upper genital
25  tract, passing through the open tract to the

Page 257

1  fallopian tubes and eventually reaching the
2  ovaries." References 11 and 16.
3          Did I read that correctly?
4      A.   Yes, you did.
5          Can we dissect references 111
6  through 16?
7      Q.   And I was going to suggest to
8  you, would you like to look at references 11
9  and 16?
10     A.   Yes.
11     Q.   Okay. Reference 11 is by
12  Cramer, et al., "The association between talc
13  use and ovarian cancer: A retrospective
14  case-control study in two US states,"
15  published in Epidemiology in 2016; is that
16  correct?
17     A.   You have read it correctly.
18     Q.   And we discussed earlier
19  Dr. Daniel Cramer, the physician,
20  epidemiologist, correct?
21     A.   And gynecologist, correct.
22     Q.   And then reference 16 is the
23  Penninkilampi and Eslick paper, "Perineal
24  talc use and ovarian cancer: A systematic
25  review and meta-analysis," also published in

Jeffrey A. Boyd, Ph.D.

Page 258

1    Epidemiology.
2              This was in 2018; is that
3    correct?
4         A.    I'm sorry, can we go back to
5    the original sentence?  I believe you're
6    mixing references here.  I'm sorry.
7              MS. MILLER:  I'm afraid to
8    speak because you don't like me to say
9    anything more than objection, but --
10             THE WITNESS:  11 and 16.
11   Henderson is 16, "Talc and carcinoma
12   of the ovary and cervix."
13             MR. RESTAINO:  Oh, my mistake.
14   I'm sorry.
15   QUESTIONS BY MR. RESTAINO:
16        Q.    And so reference 16 is the
17   Henderson study, correct?
18        A.    Correct.
19        Q.    Now, you reference the article,
20   the three references there, for the evidence
21   that talc can reach the ovaries from external
22   perineal use is weak; is that correct?
23        A.    Well, if I recall, as I read
24   the articles, the first of the three
25   references that I cited I quote directly.

Page 259

1    That is the IARC paper, or the monograph, if
2    you will, describing the evidence as weak,
3    and further animal studies showed no evidence
4    of retrograde transport of talc to the
5    ovaries.
6              And then we could further
7    dissect the actual data in the Henderson and
8    Heller papers, if you'd like, in terms of
9    what they actually found and whether it has
10   anything at all to do with talc getting from
11   the perineum to the ovaries.
12        Q.    Do you recall in the -- your
13   review of the IARC monograph that they also
14   stated that in women with impaired clearance
15   function evidence of retrograde transport was
16   found?
17        A.    No.
18        Q.    Do you know --
19        A.    I remember what I wrote in my
20   footnote because it's there.
21        Q.    Do you know --
22        A.    I don't remember anything in
23   the paper except what I've written here.
24             MS. MILLER:  Do you want to
25   show him the papers?

Page 260

1              MR. RESTAINO:  No.  Just wonder
2    if he recalled reading that.
3    QUESTIONS BY MR. RESTAINO:
4         Q.    Do you know what retrograde
5    transportation is as used with the female
6    reproductive tract?
7         A.    I can infer that it would mean
8    stuff going north.
9         Q.    Okay.  And are you an expert --
10        A.    In stuff --
11        Q.    -- in the female reproductive
12   tract with stuff going north?
13             MS. MILLER:  Objection.
14             THE WITNESS:  No.
15   QUESTIONS BY MR. RESTAINO:
16        Q.    Would you defer to a
17   gynecologist and a gynecologic oncologist
18   who -- for their -- their opinions on stuff
19   going north?
20             MS. MILLER:  Objection.
21             THE WITNESS:  I wouldn't
22   refer -- I'm sorry.  I wouldn't defer
23   to people.  I would defer to
24   literature and evidence.
25             MS. SHARKO:  Ms. Thompson,

Page 261

1    didn't you say there was a no laughing
2    rule during depositions?
3              MS. THOMPSON:  Well, Jessica is
4    laughing.  She has been a good part of
5    the day.
6              MS. SHARKO:  Not that I saw,
7    and I'm sitting right next to her.
8              MS. THOMPSON:  And you'll have
9    to agree that things going -- stuff
10   going north is kind of funny, isn't
11   it, as a description?
12             That is all.  It wasn't meant
13   to be derogatory in any way.
14             MR. RESTAINO:  Can we move on?
15             MS. THOMPSON:  Sorry, yes.
16   QUESTIONS BY MR. RESTAINO:
17        Q.    Can we go to your expert report
18   at the top of page 5?  And I apologize for
19   giggling.
20        A.    No apology necessary.
21        Q.    You write -- down toward the
22   bottom section of the top paragraph, you
23   start on the right, after reference 13, "But
24   the logical conclusion of this argument."
25             Do you see that, sir?

66 (Pages 258 to 261)

Jeffrey A. Boyd, Ph.D.

Page 262

1    A.   Yes.
2    Q.   "But the logical conclusion of
3  this argument would be that the same
4  mechanisms of expulsion of talc from the
5  areas of the female reproductive tract distal
6  to the ovaries, open paren, vagina, cervix,
7  uterus, fallopian tubes, close paren, should
8  also prevent talc from otherwise migrating,
9  hyphen, like a salmon upstream, hyphen,
10  through this wash of bodily fluids,
11  eventually reaching the ovaries."
12        Is that correct?
13    A.   That's correct, and I apologize
14  for using analogies that aren't entirely
15  anatomical.
16    Q.   However, you don't have a
17  reference for this opinion, correct?
18    A.   Well, if we could back up a
19  little bit, I think it's useful to take this
20  particular sentence in context.
21    Q.   In the context of the previous
22  references?
23    A.   No, in the context of this
24  entire paragraph.
25    Q.   Okay.

Page 263

1    A.   Could I read it?
2    Q.   Of course, sir.
3    A.   "In attempting to explain why
4  talc would not produce inflammation and
5  cancer in the intervening areas of the female
6  reproductive anatomy, for example, Dr. Saed
7  repeatedly referred to the wash,
8  quote/unquote, of bodily fluids that would
9  expel particulate matter," and then I
10  referenced his deposition transcript.
11  "Dr. Saed contrasted this protective
12  mechanism to that of the ovaries, which he
13  claims have no mechanism for removing foreign
14  particles." Again, deposition transcript.
15        "But the logical conclusion of
16  this argument" -- and this is where I think
17  context is important, so he's -- he's
18  referring to the wash of bodily fluids that
19  would expel particulate matter.  "But the
20  logical conclusion of this argument would be
21  that the same mechanisms of expulsion of talc
22  from areas of the female reproductive tract
23  below the ovaries, i.e., vagina, cervix,
24  uterus and fallopian tubes, should also
25  prevent talc from otherwise migrating like a

Page 264

1  salmon upstream through the wash of bodily
2  fluids."
3        So in other words, it's got to
4  be one way or the other.  You can't argue
5  that stuff is being constantly flushed out
6  while suggesting that stuff is at the same
7  time -- in other words, south and north at
8  the same time through the same organ system.
9    Q.   Isn't it true that on a monthly
10  basis when a woman is menstruating that the
11  endometrium is sloughed off?
12    A.   It is true.
13    Q.   Is the internal aspect of the
14  ovary sloughed off?
15    A.   What's the internal aspect of
16  the ovary?
17    Q.   In any internal -- internal
18  cellular components of the ovary, are they
19  sloughed off during menstruation?
20        MS. MILLER:  Objection.
21        THE WITNESS:  You'd have to ask
22    a more specific question than that.
23    I'm sorry.
24  QUESTIONS BY MR. RESTAINO:
25    Q.   Does -- during menstruation,

Page 265

1  does any part of the ovary, other than the
2  egg that's bursting through, does any part
3  of -- of the ovarian tissue slough off during
4  menstruation?
5        MS. MILLER:  Objection.
6        THE WITNESS:  If you could ask
7    a more specific question, I'd be happy
8    to answer it.
9        For example, what part of the
10    ovary?
11  QUESTIONS BY MR. RESTAINO:
12    Q.   Regarding the effect of
13  menstruation on an ovary, on a monthly basis
14  in a woman, would you defer to a
15  gynecologist?
16    A.   Again, I generally don't defer
17  to people or particular professions.  I defer
18  to textbooks and scientific literature to
19  form opinions on anything that I'm rendering.
20    Q.   Okay.  And do you render
21  opinions on whether or not tissue is flushed
22  from the ovary during menstruation?
23    A.   I'm not now because I just
24  simply don't understand the question.
25    Q.   Okay.  Are you familiar with

67 (Pages 262 to 265)

Jeffrey A. Boyd, Ph.D.

Page 266

1    any studies documenting that dead sperm and
2    inanimate sperm particles are efficiently
3    transported upward through the -- excuse me,
4    through the uterus and tubules?
5              MS. MILLER:  Objection.
6              THE WITNESS:  I'm familiar with
7    multiple allusions to
8    Dr. Clarke-Pearson's expert report
9    and/or deposition where this example
10   has been raised multiple times in
11   reading defendants' deposition
12   transcripts.  So I assume that such
13   literature exists, but I've only read
14   it indirectly through plaintiffs'
15   attorneys' questions and defendants'
16   deposition transcripts.
17   QUESTIONS BY MR. RESTAINO:
18        Q.   Of one, Dr. Clarke-Pearson.
19   That's the only one you've read?
20             MS. MILLER:  Objection.  That's
21   not what he said.
22             THE WITNESS:  That's not what I
23   said.
24   QUESTIONS BY MR. RESTAINO:
25        Q.   Well, regarding on the

Page 267

1    plaintiff side, what other plaintiff
2    gynecological oncology deposition did you
3    read?
4              MS. MILLER:  Huh?  Objection.
5              THE WITNESS:  I read --
6              MS. MILLER:  Wait a minute.
7    Objection.
8              You don't want me to say
9    anything further, but he never said
10   anything about reading Dr. -- I think
11   you just need to read his testimony
12   and ask your question again.
13   QUESTIONS BY MR. RESTAINO:
14        Q.   Doctor, did you read Clarke --
15   Dr. Clarke-Pearson's expert report and his
16   deposition transcript?
17        A.   I skimmed it.  I've read much
18   more carefully the deposition transcripts of
19   several defendants' expert witnesses where
20   they are consistently asked on multiple
21   occasions by plaintiffs' lawyers as to
22   whether they're familiar with
23   Dr. Clarke-Pearson's testimony that dead
24   sperm can migrate north.
25        Q.   So in reading the deposition

Page 268

1    transcripts of several defendant expert
2    witnesses versus the plaintiff expert
3    witnesses, is that a form of confirmation
4    bias?
5              MS. MILLER:  Objection.
6              THE WITNESS:  I think -- I'm
7    sorry for laughing, but that's an
8    unusually creative question.
9              I simply don't know how to
10   answer that.  I'm sorry.
11   QUESTIONS BY MR. RESTAINO:
12        Q.   Okay.  Now, you've reviewed the
13   paper by Saed, et al., because Dr. Saed is
14   not the sole author of the paper "Molecular
15   Basis Supporting the Association with Talcum
16   Powder Use with Increased Risk of Ovarian
17   Cancer."  Is that correct?
18             MS. MILLER:  Objection.
19             THE WITNESS:  Two things --
20   noting objection.
21             First of all, it's Fletcher, et
22   al., and second --
23             MS. MILLER:  That was the
24   objection.
25             THE WITNESS:  -- could we look

Page 269

1    at the paper?
2    QUESTIONS BY MR. RESTAINO:
3         Q.   Yes.  And I've marked the paper
4    as 18.
5         A.   Are we done with McDonald?
6         Q.   With who?
7         A.   McDonald?
8         Q.   Yes, sir.
9         A.   Thank you.
10            (Boyd Exhibit 18 marked for
11   identification.)
12   QUESTIONS BY MR. RESTAINO:
13        Q.   So what we've been as calling
14   Dr. Saed's paper, or Fletcher, et al., does
15   have multiple coauthors, correct?
16        A.   Does indeed.
17        Q.   And do you know any of these
18   authors?
19        A.   No.
20        Q.   And the paper itself was
21   submitted -- originally submitted to
22   Gynecologic Oncology, correct?
23        A.   It's my understanding.
24        Q.   And there were two peer
25   reviewers that took a look at it, or at least

Jeffrey A. Boyd, Ph.D.

Page 270

1  two that we know of?
2      A.   The latter.  For the record,
3  there were at least two that rendered an
4  opinion, yes.
5      Q.   Okay.  And would you agree that
6  in the typical peer-review process of a
7  medical or scientific paper, reviewers with
8  expertise in the subjective -- in the subject
9  matter of the submitted manuscript are
10  selected to conduct a review?
11      A.   That's certainly the goal.  It
12  doesn't always happen, but that's -- that's
13  clearly the goal of peer review.
14      Q.   Okay.
15      A.   Obviously with millions of
16  papers being published and a finite number of
17  journals, the expertise and the content don't
18  always tick and tie, but that's certainly the
19  goal of peer review, yes.
20      Q.   Is it reasonable to conclude
21  that the two peer reviewers for Gynecologic
22  Oncology were experts in the subject matter
23  of the Fletcher, et al., paper?
24          MS. MILLER: Objection.  Calls
25      for speculation.

Page 271

1          THE WITNESS:  I have no idea
2      what the expertise of the anonymous
3      reviewers of the Fletcher, et al.,
4      paper submitted to Gynecologic
5      Oncology is -- are.
6          I'm sorry.  I'm losing track of
7      my own sentence.
8  QUESTIONS BY MR. RESTAINO:
9      Q.   Did you read the letter from
10  the editor of Gynecologic Oncology to
11  Dr. Saed regarding that the journal,
12  Gynecologic Oncology, was currently only
13  accepting less than 20 percent of the
14  manuscripts submitted?
15      A.   I did.
16          And could we have a copy of the
17  letter if we're going to discuss the letter?
18      Q.   If we're going to discuss the
19  letter, sure.
20      A.   Sounds like we are.  I'm
21  just -- I'm sorry.
22      Q.   Yeah, I think we're just coming
23  to it.  I'm not going to get into the details
24  of it.  I just want to know at this point if
25  you've read it and you've reviewed that, if

Page 272

1  you recall that.
2      A.   Well, that's an interesting
3  question on several accounts.  Yes, I did
4  read it, but I'd like to have the opportunity
5  to comment on the content of the entire
6  letter as opposed to some sentences extracted
7  out of context, perhaps.
8      Q.   Okay.
9      A.   So if we could share the
10  letter, that would be very useful.
11      Q.   I will do that.
12      A.   Thank you.
13      Q.   Have you ever had a paper
14  submitted to a journal and have it rejected?
15      A.   Many times.
16      Q.   So the papers that you've
17  had -- that you've submitted that have been
18  rejected many times, were they flawed papers?
19      A.   That's a very vague term,
20  "subjective."
21      Q.   Were they papers that were
22  subsequently published by another journal?
23      A.   I would say, again, there's a
24  fine line between guessing and estimating.
25          First, let's start with the

Page 273

1  reality of publishing papers.
2          In my 35-year experience of
3  publishing papers and indeed serving as a
4  peer reviewer for more than 40, 45 journals,
5  and indeed with respect to Gynecologic
6  Oncology in particular, having reviewed,
7  conservatively, 150 papers for Gynecologic
8  Oncology, having served on the editorial
9  board of Gynecologic Oncology, and indeed
10  having served as associate editor for
11  Gynecologic Oncology, I can assure you that
12  there are very few papers in science
13  generally, and biomedical science generally,
14  in the context of any journal that are
15  accepted without revision on first
16  submission.
17          And so it's -- it's not only
18  usual, it is in fact the norm, for a paper to
19  receive constructive -- generally always
20  constructive -- comments about how the paper
21  could be improved based on the opinions of
22  the presumptive expert reviewers.
23      Q.   And it's true, is it not, that
24  Fletcher, et al., then submitted the paper to
25  Reproductive Sciences?

69 (Pages 270 to 273)

Jeffrey A. Boyd, Ph.D.

Page 274

1        A.    After they were disinvited to
2   submit a revised version to Gynecologic
3   Oncology, correct.
4        Q.    Disinvited?
5        A.    Yeah, again, could we see the
6   letter, please, so we don't have to guess
7   about what's boilerplate and what's actually
8   not boilerplate on a letter from the editor
9   from Gynecologic Oncology?
10            I've got quite a lot of
11   experience with the journal.
12            (Boyd Exhibit 19 marked for
13            identification.)
14   QUESTIONS BY MR. RESTAINO:
15        Q.    I'll mark this as 19.
16            And this is what you've seen,
17   sir?
18        A.    Yes.
19        Q.    And the first page, you see
20   it's to Ghassan Saed with cc's, correct?
21        A.    Yes.
22        Q.    From Gynecologic Oncology,
23   correct?
24        A.    Correct.
25        Q.    And you see the first

Page 275

1   paragraph: "Your paper, referenced above,
2   has now been reviewed by at least two experts
3   in the field and the editors.  Based on the
4   reviewers' comments, we must inform you that
5   while your work is not without merit, we are
6   unable to accept your manuscript for
7   publication in Gynecologic Oncology.  In the
8   last year, we have seen a significant
9   increase in the number of manuscripts
10   submitted to the journal and as a result, we
11   are now accepting less than 20 percent of the
12   manuscripts submitted to Gynecologic
13   Oncology."
14            Did I read that carefully?
15        A.    I don't know, but you read it
16   correctly.
17        Q.    I read it correctly?
18        A.    Yes.
19        Q.    Where in there does it say he
20   was disinvited?
21        A.    We haven't gotten there yet.
22            First of all, the paragraph
23   that you just read, for any paper that's
24   rejected outright from Gynecologic Oncology,
25   this is boilerplate.  Every single letter

Page 276

1   says exactly the same thing, I can assure
2   you.  It's a fact.
3        Q.    Does that decrease the merit of
4   what they're saying in the letter?
5        A.    No, I'm just helping you to
6   understand the letter.  You're interested in
7   discussing the letter.
8        Q.    Well, I understand letters from
9   editors and peer-reviewers, very much so.
10        A.    Well, we're talking about a
11   specific letter from a specific journal in
12   this case, Gynecologic Oncology, and I'm not
13   sure if you're familiar with Gynecologic
14   Oncology or not.
15        Q.    And while I've never submitted
16   a paper to this journal, can you sit there
17   and tell us today that this first paragraph
18   is the exact same paragraph that they send to
19   every paper that they don't accept, the
20   80 percent of which is submitted to them?
21            Can you sit here and say that
22   that paragraph is the exact same thing?
23        A.    That are rejected outright; in
24   other words, on first submission, I can state
25   that as a fact.

Page 277

1        Q.    Okay.  Now, do you know if this
2   paper was ultimately submitted to
3   Reproductive Sciences?
4        A.    I'd like to move on with this
5   letter.  I mean, you're -- to use a phrase
6   I've used -- cherry-picking pieces of the
7   letter and avoiding others that I think bear
8   on the veracity of the paper as the reviewer
9   saw it submitted to Gynecologic Oncology.
10        Q.    I'm actually going to come back
11   to that, so I'd like to --
12        A.    Well, I hope so, because I
13   think it's important.
14        Q.    Well, your attorney is going to
15   have a chance to ask you about it, as I said.
16   Okay?  It's my turn --
17        A.    Well, you said you were going
18   to come back to it, but --
19        Q.    I may if we have time.  Okay.
20            MS. MILLER:  Again --
21            THE WITNESS:  For the record,
22        I'd like to continue on the topic of
23        this particular paper from this
24        particular journal because I think it
25        bears on the quality of the manuscript

70 (Pages 274 to 277)

Jeffrey A. Boyd, Ph.D.

Page 278

1    as the reviewers from Gynecologic
2    Oncology viewed it.
3           MR. RESTAINO:  And if we have
4    time, I'm going to get back to it.  I
5    have more questions about that letter.
6           THE WITNESS:  Noted.
7           MS. MILLER:  Are we done with
8    this exhibit?
9           MR. RESTAINO:  Just for the
10   time being.  I'm going to return to
11   it.
12   QUESTIONS BY MR. RESTAINO:
13        Q.    Now, on the bottom of page 6 of
14   your expert report, you have a section
15   Inadequate Control Experiments.
16          Do you see that, sir?
17        A.   Yes.
18        Q.    And you write, "Dr. Saed's
19   studies do not adequately address his
20   hypothesis that there is a biological
21   mechanism linking exposure to talc, open
22   paren, a hydrated magnesium silicate compound
23   consisting of magnesium, silicon and oxygen,
24   hyphen, all of which are found at one or
25   another concentration in the human body and

Page 279

1    are, in fact, considered, quote, essential
2    elements, close paren, to ovarian
3    carcinogenesis because Dr. Saed failed to
4    perform additional control experiments
5    designed to test whether other particulate
6    compounds, such as, for example, cornstarch,
7    open paren, a powdered carbohydrate derived
8    from the endosperm of corn kernels, close
9    paren, or a particulate compound more
10   chemically similar to talc, such as finely
11   ground beach sand, open paren, silicon
12   dioxide, close paren, produce the same
13   results."
14          Did I read that correctly?
15        A.   I'll submit that you did.
16        Q.    Okay.  Now, when you say
17   that -- why in this paragraph did you add
18   that magnesium silicon and oxygen are
19   considered essential elements?
20        A.   I honestly don't remember.
21        Q.    Okay.
22        A.    My point is I think that -- if
23   I recall when I was composing this probably
24   late at night, since that's when I did
25   essentially all of my work related to this

Page 280

1    case and research --
2           MS. MILLER:  I'm sorry.
3           THE WITNESS:  It's quite all
4    right.
5           My point was that the talc
6    particle is generally considered to be
7    chemically inert, and I was perhaps
8    opining at length about inert stuff in
9    the body that constitutes talc.
10          But my point here, as I
11   intended it then and as I intend it
12   today, is that talc is an inert -- a
13   chemically inert particle and that
14   it's my opinion, as apparently it was
15   for the other investigators that we've
16   discussed most recently that perform
17   similar experiments in vitro treating
18   cells with talc and so forth, to use
19   other inert particles to control for
20   the effect -- the simple effect of
21   placing extraordinarily large amounts
22   of inert particles on cells in culture
23   in order to measure a biological
24   phenomenon.
25          So in other words, is it

Page 281

1    specific to talc or is it simply the
2    result of dumping a lot of powder
3    on -- or finely ground, you know,
4    titanium oxide or glass beads, for
5    example, I think one of the
6    investigators used.  I think they were
7    a little more careful in their
8    scientific approach, which I think
9    speaks to Dr. Saed's thought process
10   in designing the appropriate control
11   experiments for the ones he described
12   in this paper.
13   QUESTIONS BY MR. RESTAINO:
14        Q.    Hydrogen is an essential
15   element also, isn't it?
16        A.    Yes.
17        Q.    Because it was left out of your
18   essential elements here.
19        A.    Again, I think I explained my
20   rationale for describing them as essential
21   elements, and that's certainly not the -- the
22   gist nor the crux of my -- of my criticism of
23   the experimental design.
24        Q.    Wasn't your intent to indicate
25   to any reader of this paragraph that these

71 (Pages 278 to 281)

Jeffrey A. Boyd, Ph.D.

Page 282

1    elements, including magnesium, silicon,
2    oxygen and the left out hydrogen, are
3    essentially safe because they're essential
4    elements in our body?
5        A.    It was my point to indicate
6    that talc is inert, chemically unreactive,
7    generally speaking.  And I apologize if it
8    doesn't meet your standards for describing a
9    compound as chemically inert.
10       Q.    Is it physiologically inert?
11       A.    I believe it is.
12       Q.    And what do you base that upon?
13       A.    Chemically inert is
14   physiologically inert.  I mean --
15       Q.    Okay.
16       A.    -- the cells, the tissues of
17   the human body, is -- of the human body is --
18   are you about to hand us something?
19       Q.    Yes, sir.
20          MS. MILLER:  Finish your
21       sentence.  If you're done.
22          THE WITNESS:  Chemically inert,
23       in my mind, suggests that a compound,
24       a chemical, does not spontaneously
25       react with anything, which of course

Page 283

1        would include anything that you
2        classify as physiological.
3    QUESTIONS BY MR. RESTAINO:
4        Q.    Are hydrated magnesium
5    silicates inert?
6        A.    Well, there are different forms
7    of hydrated magnesium silicates, I presume,
8    which is where you're going with this, and
9    I'm sure some of them aren't -- a good
10   example would be the difference between --
11   let's make something up -- water, H2O, which
12   is oxygen and hydrogen, and hydrogen
13   peroxide, H2O2, which differ by a single
14   oxygen molecule, one being very inert, the
15   other being very reactive.
16          So I think it's very safe to
17   say even though I don't hold myself out as a
18   chemist, that there are very likely to be
19   other hydrated magnesium silicates that are
20   not inert.
21          (Boyd Exhibit 20 marked for
22       identification.)
23   QUESTIONS BY MR. RESTAINO:
24       Q.    I've marked as Exhibit 20
25   "Chemical Structure of Essential Elements."

Page 284

1    I just want to look at them with you.
2          And you've got magnesium there,
3    correct?
4          MS. MILLER:  Objection.
5       What is this?
6          MR. RESTAINO:  Chemical
7       structure.
8          THE WITNESS:  Could we
9       stipulate --
10          MS. MILLER:  Is this a
11      chemistry test?
12          THE WITNESS:  Could we
13      stipulate that we've got magnesium,
14      silicon, oxygen and hydrogen here and
15      both agree?
16   QUESTIONS BY MR. RESTAINO:
17       Q.    Yes.
18          And would you agree that all
19   the essential elements that we have been
20   discussing are located in that compound?
21       A.    Yes.
22       Q.    Okay.  The bottom of page 6 and
23   top of page 7 of your expert report.
24          After you've been discussing
25   various additional control experiments and

Page 285

1    experiments of Dr. Saed, et al., could have
2    performed, you write, "Such experiments
3    testing the potential biological effects of
4    other particulate compounds like talc could
5    have been used to determine whether his
6    findings were driven by some quality that is
7    unique to talc or rather its particulate form
8    generally, the characteristics of which are
9    shared by many other compounds."
10          Did I read that correctly?
11       A.    You did, and I opined on that
12   point extensively just literally a few
13   seconds ago.
14       Q.    Yes.
15          Do you know if those
16   experiments are being planned by Dr. Saed?
17       A.    How would I know what he's
18   planning to do?
19       Q.    Well, you're criticizing saying
20   that he could have done a lot of other
21   studies, that he could have done in vivo
22   studies, that he could have done a lot more,
23   which is not the normal sequence of
24   scientific study.
25          But all I'm asking now is, do

72 (Pages 282 to 285)

Jeffrey A. Boyd, Ph.D.

Page 286

1  you know if he's doing those experiments as
2  we sit here today?
3          MS. MILLER:  Objection.
4          THE WITNESS:  Is that a
5      rhetorical question, sir?
6  QUESTIONS BY MR. RESTAINO:
7      Q.    No.  I'm just asking, do you
8  know?
9      A.    I haven't spoken to Dr. Saed --
10     Q.    Okay.
11     A.    -- so I have no way of knowing
12 what he's planning to do in the future.
13     Q.    But you've criticized him for
14 not correlating his in vitro studies with
15 some in vivo studies at this time, correct?
16         MS. MILLER:  Objection.
17         THE WITNESS:  I'm criticizing
18     him for his studies, his laboratory
19     notebook, his deposition, his expert
20     report, all the things that I've seen.
21         Obviously I can't criticize him
22     for things that he may or may not do
23     in the future.  I think that's kind
24     of, again, I'm sorry, a silly
25     question.

Page 287

1  QUESTIONS BY MR. RESTAINO:
2      Q.    Doctor, isn't it true that in
3  scientific research it's not uncommon,
4  especially when looking at treatment
5  modalities, to go from an in vitro cellular
6  petri dish study, and if the results are
7  promising, to move on to an in vivo study or
8  an animal study, and if the results are
9  promising, to move on to a phase I clinical
10 trial, phase II, phase III, and in some cases
11 phase IV?
12         MS. MILLER:  Objection.
13 QUESTIONS BY MR. RESTAINO:
14     Q.    Would you agree that's normal
15 sequence of some scientific study?
16         MS. MILLER:  Objection to those
17     questions.
18         THE WITNESS:  To what kind of
19     scientific study?  Are we talking
20     about treatment studies or toxicology,
21     carcinogenicity studies?
22 QUESTIONS BY MR. RESTAINO:
23     Q.    I actually started by saying,
24 when looking at treatment study modalities,
25 treatment study.  Let's use a treatment

Page 288

1  study.
2      A.    So we're switching gears here
3  and going from a ostensible carcinogenesis
4  study to a therapeutic study?
5      Q.    Yes.
6      A.    Okay?
7      Q.    Yes.
8      A.    Please proceed.
9      Q.    Is that fair, the sequence I
10 mentioned, in vitro to in vivo/animal to
11 phase I, phase II, phase III, maybe phase IV?
12     A.    Yeah --
13         MS. MILLER:  Objection.
14         THE WITNESS:  -- I just wanted
15     to understand --
16         MS. MILLER:  Dr. Boyd, please
17     give me time to object.
18         THE WITNESS:  I just wanted to
19     wrap my head around the massive
20     context which -- we were talking about
21     carcinogenicity, and now we're talking
22     about therapeutic.
23         So understanding that there's
24     been a massive context switch in terms
25     of the question that you're asking,

Page 289

1      could you please ask the question
2      again?
3  QUESTIONS BY MR. RESTAINO:
4      Q.    You really need for me to
5  repeat that, what normal study is for looking
6  at the treatment modalities for any drug?
7          In vitro goes on to in vivo,
8  which might include animal, which might
9  include phase I where you look at safety,
10 phase II where we look at safety and dose,
11 phase III where we're looking at effect,
12 phase IV we're looking at -- for the
13 production or any adverse events.
14         Do you really need that
15     repeated again?
16         MS. MILLER:  Objection.
17     Is that your question?
18         THE WITNESS:  I'm --
19         MS. MILLER:  I would like to
20     object to your tone, and if your
21     question is "do you really need that
22     repeated again," I'm going to object
23     as argumentative.
24         THE WITNESS:  I actually didn't
25     hear a word you said because you sound

73 (Pages 286 to 289)

Jeffrey A. Boyd, Ph.D.

Page 290

1   extremely angry and you're yelling at
2   me, and I frankly don't appreciate it.
3   QUESTIONS BY MR. RESTAINO:
4        Q.    You're a scientist, correct?
5             Is that what you do for a
6   living?
7        A.    Actually, I spend most of my
8   time as an administrator and as an executive
9   at this point in my career.
10       Q.    What percentage of your time
11  today is spent in administrative versus
12  research?
13       A.    90 percent.
14       Q.    Okay. Have you ever been
15  involved in testing for a potential treatment
16  of any condition?
17       A.    That's an extraordinarily vague
18  question.
19            In what context?
20       Q.    Let's say a drug treatment for
21  ovarian cancer.
22            Have you ever been involved
23  in -- in the experiment looking at whether a
24  particular compound could be an effective
25  treatment of ovarian cancer? Ever been

Page 291

1   involved with that?
2        A.    Are you done?
3        Q.    Yes, sir.
4        A.    Well, as I mentioned earlier, I
5   served on the committee for experimental
6   medicine of the gynecologic oncology group
7   for 17 years, and so I would offer to you
8   that it's a fair statement that I haven't
9   been -- I have been involved in the design of
10  studies, the purpose of which was to develop
11  clinical trials in ovarian cancer.
12       Q.    And when you've been involved
13  in the design of these trials, or of these
14  studies, at what level? The in vitro level,
15  the in vivo or animal level, phase I,
16  phase II, phase III or all of them?
17       A.    All of them.
18       Q.    Is it your understanding then
19  in that -- in that situation that the normal
20  sequence is to go in vitro, and if the
21  results are positive, to move on to in vivo,
22  which might be animal, and then to move on to
23  phase I to phase II, phase III, maybe
24  phase IV?
25            Is that the normal sequence?

Page 292

1        A.    I agree that preclinical
2   studies are generally required for novel
3   compounds to get to a human phase I,
4   phase II, phase III and so forth studies,
5   yes.
6        Q.    Would you criticize any
7   researcher who was conducting an in vitro
8   study, who at the same time was also not
9   testing that compound in an animal model at
10  the same time?
11       A.    I would if that investigator
12  titled a paper, based on those in vitro
13  studies in a tissue culture dish, "Molecular
14  basis supporting the association of talcum
15  powder use with increased risk of ovarian
16  cancer." He's a long way from ovarian
17  cancer, sir.
18       Q.    Okay. You can agree the next
19  step for any type of study like that -- but
20  now we're back to cancer, because you've made
21  a monumental change. We're back to the risk.
22            Would you agree that the next
23  step is in vivo?
24       A.    No. I disagree that I've made
25  a monumental change. We've always been on

Page 293

1   cancer.
2        Q.    But I switched to the treatment
3   thing, and you criticized that as being a
4   monumental change.
5             So we're back to now risk and
6   cancer.
7        A.    We've always been on cancer.
8        Q.    Okay.
9        A.    You switched from
10  carcinogenicity to therapeutics in cancer.
11  We've never shifted off cancer.
12       Q.    Well, by definition we just
13  did. So I've changed the channel back to
14  cancer.
15       A.    I disagree.
16       Q.    Now looking in the cancer risk
17  area, is it normal science to conduct an in
18  vitro study contemporaneously with an animal
19  study?
20            MS. MILLER: Objection.
21            THE WITNESS: I've never
22  performed such a contemporaneous
23  study, no.
24  QUESTIONS BY MR. RESTAINO:
25       Q.    If you take a look at your

74 (Pages 290 to 293)

Jeffrey A. Boyd, Ph.D.

Page 294

1  expert report now at the bottom of page 8,
2  and you've got a section there on CA125
3  findings, correct?
4      A.    Correct.
5      Q.    CA125 stand for cancer antigen
6  125?
7      A.    Yes.
8      Q.    And the last sentence on
9  page 8, going on to the next page, you state,
10  "The FDA-approved use of measuring serum
11  CA-125 levels is in the context of a bio --
12  quote, biomarker, end quote, to monitor
13  response to ovarian cancer treatment.
14  Reference 28," which is Saed report at 18,
15  along with citing Jelovac D and Armstrong,
16  correct?
17      A.    Correct.
18      Q.    Would you agree that CA125 is
19  the most extensively studied biomarker for
20  use in the early detection of ovarian cancer?
21          MS. MILLER: Objection.
22          THE WITNESS: It's the only
23      putative biomarker for ovarian cancer;
24      thus, it would by definition be the
25      most extensively studied.

Page 295

1  QUESTIONS BY MR. RESTAINO:
2      Q.    The next sentence you write,
3  "Although such measurements have also been
4  tested experimentally for decades in an
5  effort to detect ovarian cancer at an early
6  age, the specificity and sensitivity of serum
7  CA125 levels in this context are unacceptably
8  low, and the assay is neither useful nor
9  approved for this purpose. Reference 29."
10         Did I read that correctly?
11     A.    No, you said "age" instead of
12  "stage," but I'll give you that mistake.
13     Q.    And your reference 29 says,
14  "See above reference to UKCTOCS clinical
15  trial"; is that correct?
16     A.    Yes, we refer to it as the
17  UKCTOCS trial. United Kingdom Collaborative
18  Trial of Ovarian Cancer Screening is what the
19  acronym stands for.
20     Q.    Okay.
21     A.    I hope you heard my answer.
22     Q.    I did, and I'm reading it also.
23         Do you order CA125 blood tests?
24     A.    No. I'm not an oncologist.
25     Q.    Okay.

Page 296

1      A.    I think we've established that.
2      Q.    Have you ever published on
3  CA125 since your 2000 publication, current
4  understanding of the epidemiology, clinical
5  implications of BRCA1, BRCA2 mutations for
6  ovarian cancer?
7      A.    Well, there are a lot of
8  questions there. I'm not sure what BRCA1 and
9  BRCA2 have to do -- oh, I see. I published a
10  paper on whether -- yeah, now I've got it.
11         Okay. So other than that paper
12  where I believe the hypothesis was that CA125
13  levels may differ in BRCA1 and BRCA2-linked
14  ovarian cancers from matched ovarian cancers
15  not associated with BRCA1 or 2 mutations -- I
16  think that's the paper you're referring to.
17     Q.    Okay.
18     A.    I have, in fact, coauthored a
19  paper related to CA125 insofar as I chaired a
20  conference at the Banbury Center at the Cold
21  Spring Harbor Laboratory, the purpose of
22  which was to bring multiple content experts
23  together and dissect the UKCTOCS clinical
24  trial, which, of course, involved -- well, I
25  can explain the trial to you, but I'll stop

Page 297

1  there. The answer is yes.
2      Q.    Okay. Now, regarding the
3  sensitivity being unacceptably low and the
4  assay has been neither useful nor approved
5  for this purpose, approved by whom?
6      A.    The FDA.
7      Q.    And it's your expert opinion as
8  you sit here that CA125 has not been approved
9  for use with detecting ovarian cancer?
10     A.    That's not what I said.
11         Would you like me to read what
12  I said?
13     Q.    I think the report itself will
14  stand on itself.
15     A.    Well, you misstated my report,
16  sir.
17     Q.    Well, go ahead so the record is
18  clear, sir.
19     A.    The FDA-approved use of
20  measuring CA125 levels is in the context of a
21  biomarker to monitor response to treatment
22  and, I might add, recurrence, where it is
23  extremely effective.
24     Q.    Okay.
25     A.    It's not effective in any way,

75 (Pages 294 to 297)

Jeffrey A. Boyd, Ph.D.

Page 298

1    shape or form in the early detection or
2    diagnosis of ovarian cancer, the context in
3    which it's not FDA approved.
4         Q.    So it's your opinion it's not
5    effective in any way, shape or form in the
6    early detection or diagnosis of ovarian
7    cancer; is that correct?
8         A.    Yes.
9         Q.    Okay.  And now you have a
10   reference here, your reference 30 of
11   Scholler N and Urban N, CA125 in ovarian
12   cancer, correct?  That's your reference 30?
13        A.    I do see the reference 30 at
14   the bottom of the page.  I'd like to look to
15   see what I am referencing it for.  "Increased
16   serum CA125 levels have been reported in
17   benign conditions such as..."
18             My point here is that the
19   reason it's not FDA approved for the early
20   detection or diagnosis of ovarian cancer are
21   multifactorial, one being the sensitivity and
22   specificity for ovarian cancer is
23   extraordinarily low because increased serum
24   levels of CA125, as I write here in reference
25   Scholler and Urban, have been reported in,

Page 299

1    and I quote, benign conditions such as
2    endometriosis, pregnancy, ovulation, liver
3    diseases, congestive heart disease and
4    infectious diseases, and so forth and so on.
5             The other reason, perhaps
6    unstated, is that if we presume for the
7    moment that epithelial ovarian cancer is one
8    disease, which it's not, but if we -- for the
9    purposes of early diagnosis of the cancer,
10   which we -- cancers which we lump together as
11   epithelial ovarian carcinoma, only
12   approximately half of all patients at the
13   time of diagnosis of epithelial ovarian
14   carcinoma have an elevated serum CA125; hence
15   its lack of utility in early detection as
16   well as its lack of specificity.
17             (Boyd Exhibit 21 marked for
18        identification.)
19   QUESTIONS BY MR. RESTAINO:
20        Q.    Okay.  Well, let's look at a
21   more current publication by Nicole Urban.
22             You reference Scholler and
23   Urban, 2007.  Here's "Identifying
24   postmenopausal women at elevated risk for
25   epithelial ovarian cancer."  Lead author is

Page 300

1    Nicole Urban.  And you can see down at the
2    bottom, this is published in 2015 -- or at
3    the top, Gynecologic Oncology 2015.
4             When you were preparing for
5    your expert report and evaluating CA125, did
6    you see this paper?
7         A.    I didn't need to see it because
8    I was already aware of it.
9         Q.    Okay.  And if you could turn to
10   the second page, bottom paragraph of the left
11   column?
12        A.    Yes.  A review?
13        Q.    It's above materials and
14   methods on the second page, left column, five
15   lines up.
16        A.    One, two, three --
17        Q.    Starts with "CA125" on the
18   right-hand side.  "CA125 is a predictive."
19             Do you see that?
20        A.    Yes.
21        Q.    "CA125 is a predictive marker
22   for EOC that becomes increasingly sensitive
23   with proximity to diagnosis, reference 16."
24             Do you have any objective
25   evidence to contradict Urban, et al., in 2015

Page 301

1    when they say "CA125 is a predictive marker
2    for EOC that becomes increasing sensitive
3    with proximity to diagnosis"?
4         A.    I'm not aware that this is in
5    fact the case, and, you know, I -- it's hard
6    to understand the context without having read
7    a paper entitled "Assessing Lead Time," "lead
8    time" typically being associated with the
9    term "bias."
10        Q.    You testified that you're aware
11   of this paper, correct?
12        A.    Yes, I'm aware of this paper.
13        Q.    And you reference --
14        A.    Where you're pulling the
15   sentence out of one of many sentences in the
16   paper and asking me to opine on a particular
17   sentence.
18        Q.    Yeah, many sentences which have
19   absolutely nothing to do with specificity and
20   sensitivity and early detection of ovarian
21   cancer, I'll give you that.  I'm trying to
22   stay on point of what you said.
23             Now, look at the final sentence
24   of that paragraph, and they say, "Both
25   CA125 and HE4 show promise as risk and early

Jeffrey A. Boyd, Ph.D.

Page 302

1   detection markers," again with a number of
2   references, 16 and then 20 through 23.  Five
3   references, correct?
4           MS. MILLER:  You read that
5   wrong.
6   QUESTIONS BY MR. RESTAINO:
7       Q.   I'll read it again.
8           "Both CA125 and HE4 show
9   promise as risk and early detection markers."
10          Did I read that correctly?
11      A.   You did.
12      Q.   Okay.  Now, near the end of the
13  paragraph of CA125, page 9 of your report --
14  so we're on page 9, that top paragraph.  Six
15  lines up on the right-hand side, you write,
16  "Because increased CA -- CA/125" --
17          Do you see that, sir?
18      A.   Yes.
19      Q.   -- "expression can reflect any
20  number of causes, physiologic states, or
21  conditions other than ovarian cancer, its use
22  as a detection tool is highly disfavored and
23  is considered ineffective from a clinical
24  perspective."
25          I've read that correctly?

Page 303

1       A.   You did.
2       Q.   And you have the professional
3   ability to use CA125 from a clinical
4   perspective?
5           MS. MILLER:  Objection.
6           THE WITNESS:  No.
7   QUESTIONS BY MR. RESTAINO:
8       Q.   And do you -- and you don't
9   have any references for that statement
10  either, do you?
11      A.   It's just a follow-on to the
12  entire paragraph above it where I've provided
13  references.
14          And furthermore, if you're
15  attempting to equate that sentence you read
16  in my expert report with a hypothetical
17  statement about two biomarkers together
18  showing promise, I think it's an inaccurate
19  comparison.
20      Q.   Okay.
21      A.   Apples meet oranges.
22          (Boyd Exhibit 22 marked for
23  identification.)
24  QUESTIONS BY MR. RESTAINO:
25      Q.   I've just marked as Exhibit 22

Page 304

1   another article.  This one's titled "Role of
2   CA125 in predicting ovarian cancer survival -
3   a review of the epidemiological literature"
4   by Gupta, et al., published 2009 in the
5   Journal of Ovarian Research.
6           And 2009 is after the 2007
7   paper by Scholler and Urban which you
8   referenced, correct, sir?
9       A.   I'll submit that whatever you
10  said is correct.
11      Q.   Okay.  And if you look on the
12  left -- on the second page, left column, you
13  have a heading "CA125 in ovarian cancer."
14          Do you see that, sir?
15      A.   Yes.
16      Q.   And they state here, "The most
17  widely used tumor marker in ovarian cancer,
18  often considered the gold standard, is CA125,
19  reference 19."
20          Did I read that correctly?
21      A.   You did.
22      Q.   And the reference 19 is by
23  Hogdall, E, titled "Cancer antigen 125 and
24  prognosis."
25          Did you see that?

Page 305

1       A.   I did.
2       Q.   And that was published in 2008?
3       A.   Right.
4       Q.   Also after Scholler and Urban,
5   correct?
6       A.   Right.
7       Q.   Would you agree that CA125 is
8   the most widely tumor marker in ovarian
9   cancer?
10      A.   It's the only tumor marker used
11  in ovarian cancer in a clinical context;
12  thus, it's the most widely used.
13      Q.   Okay.  Which --
14          MS. MILLER:  Let him finish,
15  please.
16          Please finish your answer.
17          THE WITNESS:  You know, it's
18  late.  Perhaps we could get beyond
19  rhetorical questions and get to more
20  substantive questions related to CA125
21  and the pathogenesis of ovarian
22  cancer, which is what Dr. Saed is
23  attempting to suggest based on his
24  work.
25

77 (Pages 302 to 305)

Jeffrey A. Boyd, Ph.D.

Page 306

1  QUESTIONS BY MR. RESTAINO:
2       Q.   Okay.
3       A.   This all has to do, as you can
4  see from the title on relevance, the
5  relevance -- the possible relevance of CA125
6  in predicting the survival. It has nothing
7  to do with the tumorigenesis.
8       Q.   Does it have anything to do
9  with tumor progression?
10      A.   It has to do with survival from
11 advanced ovarian cancer.
12      Q.   Okay. If you look at the same
13 paragraph we were just looking at in the
14 Gupta study, page 2, left column, all the way
15 down at the bottom, second to last -- four
16 lines up, they write, "In addition, elevated
17 levels of CA125 are more strongly associated
18 with serous, rather than mucinous, tumors,"
19 with reference 25.
20           Did I read that correctly?
21      A.   You did.
22      Q.   Okay. And do you agree with
23 that statement?
24      A.   I would probably just say "so
25 what" with respect to Dr. Saed's work and his

Page 307

1  suggestion that CA125 is somehow involved in
2  the transformation of a normal ovarian
3  epithelial cell into a malignant one.
4          (Boyd Exhibit 23 marked for
5          identification.)
6  QUESTIONS BY MR. RESTAINO:
7       Q.   Okay. I'd like to show you now
8  a paper I've marked as Exhibit 23 by lead
9  author Kaaks, K-a-a-k-s, et al. And this is
10 titled "Tumor-associated autoantibodies as
11 early detection markers for ovarian cancer,
12 question mark, a prospective evaluation."
13          And this was published in the
14 International Journal of Cancer in 2018; is
15 that correct?
16      A.   Let's assume you are correct.
17 I'll stipulate, yes.
18      Q.   And if you look at the final
19 author line on the left, do you see there's
20 Daniel W. Cramer again, correct?
21      A.   Correct.
22      Q.   First sentence of the abstract,
23 which is on -- actually on page 2, they
24 write, "Immune-proteomic screening has
25 identified several tumor-associated

Page 308

1  autoantibodies, open paren, AAb, close paren,
2  that may have diagnostic capacity for
3  invasive epithelial ovarian cancer, with AABs
4  to p53 proteins and cancer-tested antigens,
5  open paren, CTAGs, as prominent examples."
6          Did I read that correctly?
7       A.   You did.
8       Q.   Okay. And on the third page in
9  the left column, at the bottom they have
10 materials and case methods.
11          Do you see that, sir?
12      A.   Yes, I do.
13          And I have to respectfully
14 suggest that after we get through reading
15 sentences throughout this paper, that I'm
16 probably going to have ask you to -- to form
17 a coherent question related to all of these
18 comments that you're currently reading and
19 asking me if you're reading them correctly
20 throughout the paper.
21      Q.   Okay. If you look at the
22 materials and methods, you see that this is
23 a -- we conducted a case-control study nested
24 within the EPIC cohort, hyphen, in a
25 population-based, multi-center prospective

Page 309

1  cohort study in ten European countries,
2  hyphen, further extension of an earlier study
3  on CA125 and other early detection markers
4  for ovarian cancer." Two references, 4 and
5  5.
6          Did I read that correctly?
7       A.   You did.
8       Q.   If you go back to the second
9  page where we have the abstract, et al., they
10 have a section there, What's New?
11          Do you see that, sir?
12      A.   I do.
13      Q.   And -- you know, I'm not going
14 to ask that because you've answered that
15 already, so let's strike that. I'll move on.
16          And you've mentioned the UK
17 Collaborative Trial of Ovarian Cancer
18 Screening, UKCTOCS?
19          Did you pronounce that acronym?
20      A.   UKCTOCS is how we refer to it,
21 yes.
22      Q.   UKCTOCS?
23      A.   Uh-huh.
24      Q.   Can I use that also?
25      A.   Sure.

78 (Pages 306 to 309)

Jeffrey A. Boyd, Ph.D.

Page 310

1      (Boyd Exhibit 24 marked for
2  identification.)
3  QUESTIONS BY MR. RESTAINO:
4      Q.    And I've marked that study as
5  Boyd 24.
6          And if you turn to this study
7  on the summary on page 2, background.
8  "Ovarian cancer has a poor prognosis, with
9  just 40 percent of patients surviving five
10 years.  We designed this trial to establish
11 the effect of early detection by screening on
12 ovarian cancer mortality."
13         So a priori, they sought to
14 establish the effect of early detection by
15 screening on ovarian cancer mortality,
16 correct?
17     A.    That was a horrible sentence.
18 I'm sorry.
19     Q.    It wasn't --
20     A.    The purpose -- go ahead.
21     Q.    It wasn't an ad hoc, after the
22 study was done.  Let's take a look at it.
23         This was -- they set out to
24 look, right from the get-go, the effect of
25 early detection of screening on ovarian

Page 311

1  cancer mortality?
2      A.    Using a fairly complicated
3  algorithm known as ROCA --
4      Q.    Uh-huh.
5      A.    -- with or without subsequent
6  TV, transvaginal, ultrasound in women based
7  on the ROCA algorithm, risk of ovarian
8  cancer, in women whose serum CA125 levels
9  rose in a consistent fashion.
10         So if you'd like me to explain
11 the clinical trial to you, I'd be happy to.
12     Q.    No.
13     A.    It was the largest prospective,
14 randomized clinical trial ever conducted in
15 the history of medicine, as far as I know.
16 It's very important.
17     Q.    Well, let's take a look --
18 well, if it's that important, your -- counsel
19 for Johnson & Johnson can address it with
20 you.
21         I want you to look at the
22 introduction at page 3 of 31 of the study,
23 and there they write, "The poor prognosis for
24 ovarian" -- I'm sorry, sir, it's page 3 of
25 31.  Introduction.

Page 312

1          Do you see that?
2      A.    Yes.
3      Q.    "The poor prognosis for ovarian
4  cancer, reference 1, motivated us to start a
5  program of screening research 30 years ago,
6  reference 2.  We have since reported CA125 as
7  a predictor of ovarian cancer risk, reference
8  3 and 4, high specificity, reference 2, and
9  preliminary evidence of survival benefit,
10 reference 5, of multimodal screening using
11 CA125 interpreted with a cutoff with
12 transvaginal ultrasound as a second-line
13 test, development of a risk of ovarian cancer
14 algorithm, ROCA, for interpretation of
15 longitudinal CA125, reference 6 and 7.  Use
16 of morphological criteria and second-line
17 vaginal ultrasound, reference 8, and use of
18 ROCA in a pilot, randomized controlled trial,
19 reference 9."
20     A.    And you did a great job of
21 reading Dr. Ian Skates' summary of what I
22 just described to you prior to your having
23 read the summary of this clinical trial.
24     Q.    Anywhere in this study do they
25 talk about the low specificity of using

Page 313

1  CA125?
2      A.    Well, it's important to take
3  the verbiage in this paper in context.  Ian
4  Jacobs, God bless him, spent, as he
5  indicates, 30 years of his life attempting to
6  develop the CA125 marker in one or another
7  context, in this case the ROCA algorithm,
8  followed by TVU, as an early detection marker
9  for ovarian cancer in order to reduce
10 morbidity and mortality from ovarian cancer.
11         And over the years, over the
12 30 years -- again, I have great respect for
13 Ian, as well as Steven Skates, the last
14 author who developed the ROCA algorithm, as
15 scientists and clinicians.  I actually worked
16 with Ian back in the day when he was doing
17 some research in Durham.
18         And over the years, they
19 published many studies showing relatively
20 high specificity and sensitivity and accuracy
21 and so forth, which led them to launch this
22 monumental 200,000-woman clinical trial over
23 a 14-year period, which failed to show that
24 CA125, using the ROCA algorithm in
25 combination with TVU, was an effective early

79 (Pages 310 to 313)

Jeffrey A. Boyd, Ph.D.

Page 314

1     detection marker for ovarian cancer, using
2     survival from ovarian cancer as the primary
3     end point.
4            And it was sad for all of us,
5     but that's the reality of the study and the
6     fate of CA125 as we sit here today as an
7     effective marker for the early detection of
8     ovarian cancer.
9            (Boyd Exhibit 25 marked for
10    identification.)
11    QUESTIONS BY MR. RESTAINO:
12    Q.    Let's take a look one more in
13    this area before we move on.  Another paper
14    titled "Early Detection of Ovarian Cancer,"
15    which I've marked as 25, by Elias.
16           Have you seen this paper
17    before, sir?
18    A.    Probably.  I try to read most
19    things Bob Bast writes.
20    Q.    And you see this was published
21    in Hematology and Oncological Clinics of
22    North America last year, 2018, correct?
23    A.    Yes.
24    Q.    And if you look at the key
25    points, first key point on the first page is,

Page 315

1     "Given the low prevalence of ovarian cancer
2     even among postmenopausal women, 1 to 2,500,
3     an effective screening strategy requires high
4     sensitivity, open paren, greater than
5     75 percent, close paren, and extremely high
6     specificity, open paren, 99.7 percent, close
7     paren."
8            Did I read that correctly?
9     A.    I'll assume you did.
10    Q.    And they discuss the high
11    specificity of CA125 in the previous study,
12    the large clinical trial we discussed,
13    correct?
14    A.    No, they did not.
15    Q.    They didn't --
16    A.    They said, in fact, that an
17    effective screening strategy requires high
18    sensitivity and extremely high specificity.
19    Q.    Okay.
20    A.    They made no reference to
21    having achieved 99.7 percent specificity in
22    any context.
23    Q.    Let's go to page 906 of the
24    Elias study.
25    A.    Okay.

Page 316

1     Q.    They've got a section there
2     titled "Protein Biomarkers."  And there,
3     writing in 2018, they write, "CA125 remains
4     the most sensitive and specific protein
5     biomarker for detecting early stage disease
6     in apparently healthy populations."
7            Did I read that correctly?
8     A.    You did.
9     Q.    And that's in conflict to what
10    you write in your expert report; is that
11    correct?
12    A.    Where are we reading from my
13    expert report?
14           I'll only add with respect to
15    the sentence that you read that for the fifth
16    or sixth time, CA125 is the only known
17    biomarker for epithelial ovarian cancer, so,
18    thus, it's arguably the most effective, which
19    is not very.
20    Q.    Okay.  So --
21    A.    I'm happy to answer the second
22    part related to my expert report, if you'd
23    like to point out the sentence that --
24    Q.    Do you disagree that CA125
25    remains the most sensitive and specific

Page 317

1     protein biomarker for detecting early stage
2     disease in apparently healthy populations?
3            MS. MILLER:  Objection.  Asked
4     and answered.  Multiple times.
5            THE WITNESS:  Is it okay to
6     agree with defense counsel?
7            MS. MILLER:  No.
8            MR. RESTAINO:  Yes.
9            MS. MILLER:  Then they'll
10    accuse me of coaching.  Please don't
11    do that.
12           THE WITNESS:  Oh, I see.
13           I'm sorry, what was the
14    question?
15    QUESTIONS BY MR. RESTAINO:
16    Q.    Do you agree that CA125 in 2018
17    remains the most sensitive and specific
18    protein biomarker for detecting early stage
19    disease in apparently healthy populations?
20           MS. MILLER:  Objection.
21           THE WITNESS:  And for the
22    seventh time, yes, because it's the
23    only biomarker for ovarian cancer.
24    Thus, by definition, it would have to
25    be the most sensitive, specific and

80 (Pages 314 to 317)

Jeffrey A. Boyd, Ph.D.

Page 318

```
 1        effective, even though it's not
 2        effective in reducing mortality from
 3        ovarian cancer, as evidenced by the
 4        largest randomized, prospective,
 5        controlled clinical trial ever
 6        conducted in the history of medicine.
 7   QUESTIONS BY MR. RESTAINO:
 8        Q.    Reducing mortality is an
 9   entirely different end point than early
10   detection; isn't it correct?
11        A.    Well, what's the point of early
12   detection if you're not going to reduce
13   mortality?
14        Q.    Two different studies.  Would
15   you agree a study for -- that has a primary
16   end point of early detection is entirely
17   different from a study whose primary end
18   point is decreased mortality?
19             MS. MILLER:  Objection.
20             THE WITNESS:  If such
21        hypothetical studies existed, I would
22        agree that the end points that you
23        are -- that you articulated are indeed
24        different end points.
25             I personally, given the amount
```

Page 319

```
 1        of work that's gone into the study of
 2        CA125 as a predictive marker for the
 3        early detection of ovarian cancer,
 4        would suggest that the only reason for
 5        having pursued those studies over
 6        30 years would have been to reduce
 7        mortality from ovarian cancer.  And
 8        I'll stop there.
 9   QUESTIONS BY MR. RESTAINO:
10        Q.    Okay.  Let's turn to page 9 of
11   your expert report, the last paragraph, and
12   then we'll take a break.
13        A.    Thank you.
14        Q.    You're welcome.
15             Are you there, sir?
16        A.    Last paragraph on page 9?
17        Q.    Page 9.
18             "These opinions are generally
19   shared by reviewer number 1, who provided a
20   critique of Dr. Saed's manuscript following
21   submission to Gynecologic Oncology.  The
22   reviewer writes that, quote, the significance
23   of the study would be greatly enhanced if a
24   mouse model corroborated the cell line
25   findings.  In this reviewer's opinion, the
```

Page 320

```
 1        cell line studies alone and the increase in
 2        CA125, while intriguing, are not sufficiently
 3        convincing."
 4             Did I read that correctly?
 5        A.    You did.
 6        Q.    Now, do you agree that the
 7   manuscript was well-written?
 8        A.    No.  It was horribly written.
 9        Q.    Okay.
10        A.    It was impossible to follow, in
11   fact, in my opinion.
12        Q.    Do you agree that the
13   conclusions were supported by the results?
14        A.    No.
15        Q.    Do you agree that this is an
16   important but controversial topic?
17        A.    What's the topic?
18        Q.    Regarding inflammation -- talc,
19   inflammation and ovarian cancer.
20        A.    Hard to say.
21        Q.    Regarding this --
22             MS. MILLER:  Are you done with
23        your answer?  You sounded like you
24        were continuing.
25             THE WITNESS:  I'm done.
```

Page 321

```
 1        Please.
 2   QUESTIONS BY MR. RESTAINO:
 3        Q.    Would you agree the
 4   significance of the study would be enhanced
 5   if a mouse model corroborated the cell line
 6   findings?
 7        A.    With respect to what?
 8        Q.    The significance of the study.
 9        A.    Well --
10             MS. MILLER:  Do you want to
11        show us where you're reading from?
12             THE WITNESS:  He's reading, I
13        think, the reviewer comments.
14             MS. MILLER:  Do you want to go
15        back to that exhibit?
16             THE WITNESS:  Yeah, perhaps I
17        should.
18             I thought we were done, I'm
19        sorry, with that particular document.
20             MS. MILLER:  Do you remember
21        what number it is?
22             Do you want me to go through
23        the file and pull it?
24             MS. EMMEL:  It is Exhibit 19, I
25        believe.
```

81 (Pages 318 to 321)

Jeffrey A. Boyd, Ph.D.

Page 322

1    THE WITNESS: Did we go through
2  them in order? So in other words,
3  I'll find Exhibit 19 before 20?
4    MS. MILLER: Theoretically.
5    THE WITNESS: Yes, here it is.
6  QUESTIONS BY MR. RESTAINO:
7    Q.   And I was reading from, whether
8  it's paragraph number 1 or bullet point
9  number 1, one of the reviewers that states
10 the significance of this study.
11   A.   Yes, and I'm, for the record,
12 correlating my remarks in my expert report
13 with the location in the Gynecologic Oncology
14 review document. And I'm simply quoting the
15 reviewer to some extent, hence the quotation
16 marks.
17   Q.   Okay. So I'm asking? When the
18 reviewer says, "The significance of the study
19 would be greatly enhanced if a mouse model
20 corroborated the cell line findings," do you
21 agree?
22   A.   No, I believe the study has no
23 inherent significance.
24   Q.   Okay.
25   A.   As presented. And so

Page 323

1  reproducing insignificant, tortured,
2  illogical findings in a mouse model would not
3  increase the veracity of the data presented
4  in the paper published in Reproductive
5  Biology -- I'm sorry, I can't remember the
6  journal in which it ultimately appeared.
7    MR. RESTAINO: Okay. Why don't
8  we go ahead and take a break at this
9  point.
10   VIDEOGRAPHER: Off the record
11 at 4:08 p.m.
12   (Off the record at 4:08 p.m.)
13   VIDEOGRAPHER: We're back on
14 the record at 4:21 p.m.
15 QUESTIONS BY MR. RESTAINO:
16   Q.   Doctor, as we wind down to the
17 11 -- proverbial eleventh hour, will you turn
18 to page 12 of your expert report? And the
19 first full paragraph starts off with a
20 bolded, italicized "second."
21     Do you see that, sir?
22   A.   I do.
23   Q.   "Second, none of the SNP" --
24   A.   SNPs.
25   Q.   I can say "snips"?

Page 324

1    A.   Yes.
2    Q.   SNPs, for the court reporter.
3    -- "identified by the Dr. Saed
4  in his background discussion of ovarian
5  cancer-associated polymorphisms was observed
6  in his talc study."
7      Did I read that correctly?
8    A.   Yes.
9    Q.   Did any of the peer reviewers
10 bring out that observation?
11   A.   I think there was one comment
12 by the peer reviewers on the whole genotype
13 switching mess.
14     Reviewer 1 stated in his or her
15 second comment: "The significance of SNP
16 alterations should be further clarified."
17   Q.   And that is something that can
18 be done with a subsequent experiment,
19 correct?
20   A.   No, I honestly think that he or
21 she was referring to the -- had the same
22 response that I did inasmuch as the data were
23 just indescribably confusing in terms of
24 hypothesis and conclusion.
25   Q.   Where does any of those words

Page 325

1  appear in the peer reviewer's notes?
2    A.   They don't. I'm making -- I'm
3  making an inference.
4    Q.   Okay.
5    A.   By what I'm reading.
6    Q.   Now --
7    A.   If I had received this review,
8  that would say to me that I need to explain
9  better what the heck it was I was trying to
10 show in my paper, not that I needed to do
11 more experiments.
12   Q.   Can reasonable scientists
13 disagree with your interpretation of that
14 review and proceed differently?
15   A.   Sure. It's getting late.
16   Q.   In the middle of the paragraph,
17 you have -- you discuss a meta-analysis of 43
18 case-control studies.
19     Do you see that, sir?
20   A.   Yes.
21   Q.   A meta-analysis of 43
22 case-control studies involving various types
23 of cancer found no association between the RS
24 2333227 polymorphism, open paren, MPO, close
25 paren, and an increased cancer risk."

82 (Pages 322 to 325)

Jeffrey A. Boyd, Ph.D.

Page 326

1     Did I read that correctly?
2     A.    You did.
3     Q.    And what was the purpose of you
4  including that meta-analysis in your report?
5     A.    You know, this is a very long
6  and dense section written two months ago, and
7  furthermore, the reason it's very long and
8  dense is because I was doing my best to
9  interpret an incredibly dense series of
10 experiments and point out why in my mind they
11 were flawed.
12    So to be honest with you, I
13 just simply can't take a sentence out of
14 four-page commentary on the SNP experiments
15 and do this deposition justice.  I'm sorry.
16    Q.    Did you review your expert
17 report in preparation --
18    A.    Of course I did.
19    (Boyd Exhibit 26 marked for
20 identification.)
21 QUESTIONS BY MR. RESTAINO:
22    Q.    Okay.  I've now marked as an
23 exhibit the Chu, et al., meta-analysis titled
24 "The MPO -463 G, greater than symbol, A
25 polymorphism and cancer risk:  A

Page 327

1  meta-analysis based on 43 case-control
2  studies," Mutagenesis.
3     Did I read that correctly?
4     A.    Yes.
5     Q.    If you look at the first page,
6  the left column, Introduction, they start off
7  by saying, "Cancer is a multifactorial
8  disease that results from complex
9  interactions between the environmental and
10 genetic factors."
11    Did I read that correctly?
12    A.    You did.
13    Q.    And we discussed that earlier
14 today, correct?
15    A.    Many times.
16    Q.    Yes.
17    And then the next sentence is
18 that "Evidence suggests that oxidative
19 stress, defined as a state where the levels
20 of free radicals exceed antioxidant defense
21 mechanism, plays a crucial role in cancer
22 development," reference number 2.
23    Did I read that correctly?
24    A.    Yes, you did, so let's look at
25 reference number 2 and then take it from

Page 328

1  there.
2     So, first of all, it would seem
3  that the authors of this paper on this
4  particular polymorphic variant are opining on
5  the free radicals exceeding antioxidant
6  defense mechanisms, generally speaking, in
7  cancer development, not in ovarian cancer
8  specifically.
9     And then the title of the paper
10 referenced is "Oxidative stress inactivates
11 the human DNA mismatch repair system," so I'm
12 not really sure how DNA mismatch repair,
13 which is one of four major mechanisms of DNA
14 repair in mammals, is relevant to this whole
15 sentence preceding the reference.
16    Q.    Okay.  This is a peer-reviewed,
17 published paper in Mutagenesis, correct?
18    A.    Correct, but my answer stands.
19    Q.    And this is a reference in your
20 expert report, correct?
21    A.    The Mutagenesis paper.
22    Q.    Yes.
23    A.    Question mark.
24    Q.    Okay.  Now, the right column of
25 the first page, last full paragraph

Page 329

1  between -- before materials and methods.
2     If you see that, you look up,
3  they start off the final sentence saying,
4  "Considering the extensive role of NPO in the
5  carcinogenic process, we performed a
6  meta-analysis of all eligible case-control
7  studies to estimate the overall cancer risk
8  of this polymorphism and to quantify the
9  potential between studied heterogenicity."
10    Did I read that correctly?
11    A.    Yes, you did.
12    Q.    Would you agree that
13 heterogenicity is an inherent limitation in
14 meta-analyses?
15    A.    I'm sorry, I'm just trying to
16 keep up.  Could you restate the question?
17    Q.    Would you agree that the
18 concept of heterogenicity is an inherent
19 limitation in meta-analyses?
20    A.    I have a two-pronged answer.
21 Actually, it's only one.
22    My simple answer is this:  I'm
23 not an expert in epidemiologic studies, and I
24 have no -- I can't answer the question.
25    Q.    Okay.  In this study, I think

83 (Pages 326 to 329)

Jeffrey A. Boyd, Ph.D.

Page 330

1    you reference -- if you look at page 391,
2    there's a Table 1. And if you look at the 43
3    studies here making up this meta-analysis,
4    can you share with the Court how many studies
5    from this meta-analysis which you are relying
6    upon for your expert opinion in this matter
7    involve ovarian cancer?
8        MS. MILLER: Objection.
9        THE WITNESS: One, question
10       mark?
11   QUESTIONS BY MR. RESTAINO:
12       Q.   The Olson 2004 study?
13       A.   Sorry, I've got to find it
14   again. The Olson 2004 appears to say
15   "ovarian cancer," yes, with 122 cases and 396
16   controls.
17       Q.   And if you just scroll through
18   the cancer type column, just roughly
19   speaking, would you agree that most of the --
20   of the studies involved lung cancer?
21       A.   That's a fair statement.
22       Q.   Would you agree that there are
23   different genetic components and risk factors
24   associated with lung cancer as there is with
25   ovarian cancer?

Page 331

1        A.   I'm sorry, could you repeat the
2    question?
3        Q.   Would you agree that there are
4    different genetic components and risk factors
5    associated with lung cancer as compared to
6    ovarian cancer?
7        A.   Yes.
8        Q.   Do you understand the concept
9    of external validity as it relates to
10   epidemiological studies?
11       A.   I'm not going to comment on
12   epidemiologic studies, and especially
13   methodology underlying epidemiologic studies.
14   That's not my area of expertise.
15       Q.   Okay. Doctor, did you find any
16   invariably smudged handwritten page numbers
17   which substantively affected the results of
18   the study?
19       A.   I'm sorry, I got sidetracked,
20   but we've gone past the question.
21       The polymorphism as I described
22   it in my expert report was based on its
23   description in the human genome, whereas this
24   paper was looking -- it's a retrospective
25   comment.

Page 332

1        Please repeat your current
2    question.
3        MS. MILLER: Wait. Wait.
4        Do you need to clean up your
5    last answer or explain -- or what are
6    you saying?
7        THE WITNESS: No. Apparently I
8    was citing this paper, Chu, et al.,
9    and I'm willing to let it go at this
10       point.
11   QUESTIONS BY MR. RESTAINO:
12       Q.   Okay. The question that I
13   asked now, Doctor, is, did you find any, as
14   you described them, invariably smudged
15   handwritten page numbers which contributed in
16   your opinion to the overall results of the
17   study?
18       MS. MILLER: Objection.
19       THE WITNESS: Well, again, with
20       all due respect, sir, that's a bizarre
21       question.
22       I -- looking through that
23       particular notebook, I found that
24       every single page number had either
25       been, in my opinion, whited out and

Page 333

1    written over or erased and written
2    over, which, in my mind, generally
3    speaking, calls into question the
4    validity of every shred of data on
5    every one of those pages, and when it
6    was performed and how it was
7    performed, and so on and so forth.
8        One simply does not change
9    every page number in a laboratory
10       notebook.
11   QUESTIONS BY MR. RESTAINO:
12       Q.   Your expert report on page 23,
13   the top paragraph, the very first full
14   paragraph -- and I'll wait for you to get
15   there. I'm sorry.
16       A.   It's all right.
17       Q.   You write, "Regardless, if one
18   considers the data table in question, the
19   first horizontal row concludes on the far
20   right with a, quote, average, end quote,
21   value of 11.07 for three replicative values
22   of 9.98, 11.63, and 10.50, reference 99. The
23   correct average would have been 10.70."
24       Did I read that correctly, sir?
25       A.   Yes.

84 (Pages 330 to 333)

Jeffrey A. Boyd, Ph.D.

Page 334

1    Q.   Is that data in the final
2  published manuscript?
3    A.   No, he doesn't publish the raw
4  data in the final manuscript.
5    Q.   And in any of the graphs in the
6  final manuscript, are the graphs specific
7  enough to show what that difference in
8  average would show?
9    A.   That's a great question, and
10  the answer is no.  It's impossible to discern
11  from the histograms in the final paper which
12  numbers the histograms represent.
13  Absolutely impossible.
14        One can at best come up with a
15  rough estimate based on the Y axis of what
16  the histograms represent.
17    Q.   Regarding the Dr. Saed -- or
18  Fletcher, et al.'s, published paper
19  disclosure regarding the declaration of a
20  conflict of interest, it's your expert
21  opinion that the published conflict of
22  interest statement is inappropriate?  Is that
23  correct?
24    A.   Well, first, let's just be
25  clear.  When I wrote my expert opinion, the

Page 335

1  only manuscript I had available to review had
2  no acknowledgements or declarations of
3  conflicting interests.  And so naturally I
4  would write an expert report that found that
5  to be completely unacceptable under the
6  circumstances.
7    Q.   Is your opinion different today
8  based upon the published article itself?
9    A.   Not in a substantial way, and
10  I'll tell you why.
11        First, while I would like to
12  think he took my critique to heart and
13  decided to include a declaration of
14  conflicting interests in the ultimate
15  published version of the paper where he says
16  some other stuff about -- in his preface, the
17  gist of the declaration is that Dr. Saed has
18  served as a paid consultant, an expert
19  witness, in the talcum powder litigation.
20    Q.   Okay.
21    A.   And in my mind, there are two
22  major problems with this declaration.
23        First, as memory serves -- and
24  I received multiple copies of the manuscript
25  over time from defense attorneys.  As far as

Page 336

1  I can tell from the chain of events, the
2  version of the manuscript that was accepted
3  by the journal -- and I apologize,
4  Reproductive Sciences, but we're all familiar
5  with the name of the journal, I think -- did
6  not at that time have the declaration.
7    Q.   Okay.
8    A.   And so the reviewers, the two
9  or more individuals who would have judged, in
10  addition to the science, any potential
11  influence that a conflict of interest may
12  have had on the explication of the science,
13  they were unaware of that relationship, to
14  the extent that the relationship is
15  adequately defined.  And that's the second
16  problem with the declaration.
17        So first, the reviewers didn't
18  see it when they accepted the paper.
19        Second, it's a completely
20  open-ended declaration of conflict.  In other
21  words, if I were reviewing the paper and knew
22  that he was a paid consultant for plaintiffs
23  in the litigation, which of course his paper
24  supports, then that would very much factor
25  into my opinion as opposed to a paid

Page 337

1  consultant for defense representing Johnson &
2  Johnson.
3    Q.   That wouldn't factor into your
4  opinion?
5    A.   No, it certainly would.  I'm
6  just simply stating it's a binary.
7    Q.   Okay.
8    A.   So in other words, you're
9  either a paid consultant, an expert witness,
10  for plaintiffs or for defense.
11    Q.   Okay.  Is it --
12    A.   And he doesn't specify.  And so
13  it's a meaningless declaration of conflict.
14    Q.   Okay.  Is it your opinion that
15  a scientist is likely to bias his
16  experimental results in a way that favors
17  whoever funded him or her?
18    A.   I'm not going to comment on
19  individuals and their motives.  I'm going to
20  comment on how I interpret this completely
21  meaningless declaration of conflicting
22  interests.
23    Q.   Okay.
24    A.   It was not present when the
25  paper was accepted and is meaningless after

85 (Pages 334 to 337)

Jeffrey A. Boyd, Ph.D.

Page 338

```
1    he added it in terms of which side he was
2    serving as an expert witness on.
3         Q.   Are you a biased witness
4    inasmuch as you're being paid $1,200 an hour
5    by Johnson & Johnson?
6         A.   No.
7         Q.   Do you have any reason to
8    believe any of the plaintiff experts are
9    biased because they're being paid by the
10   plaintiffs?
11        A.   Actually, it's my impression
12   that plaintiffs, based on Dr. Saed's
13   deposition transcript, funded -- well, it's
14   very murky.
15        Q.   And I'm sorry, sir, I was just
16   referring to the other plaintiff experts who
17   have performed -- who written expert reports
18   like yourself.
19             Are they biased because
20   plaintiff attorneys are paying them?
21        MS. MILLER:  He's trying to
22   answer a question, and you interrupted
23   him.
24        THE WITNESS:  I believe that
25   it's quite possible that Dr. Saed was
```

Page 339

```
1         biased based on the fact he was being
2         paid to write this paper.
3    QUESTIONS BY MR. RESTAINO:
4         Q.   I'm sorry?
5         A.   With respect to other
6    plaintiffs' expert witnesses, obviously I
7    have no reason to think that they would have
8    been biased.
9         Q.   Do you agree that the
10   identification of women at an increased risk
11   for ovarian cancer will facilitate the
12   prevention and early detection in some
13   patients?
14        A.   I'm sorry --
15        MS. MILLER:  Objection.
16        THE WITNESS:  Please repeat.
17   QUESTIONS BY MR. RESTAINO:
18        Q.   Do you agree that the
19   identification of women at increased risk for
20   ovarian cancer will facilitate prevention and
21   early detection in some patients?
22        A.   So if I can restate, the
23   identification of women at increased risk for
24   ovarian cancer could potentially result in
25   primary or secondary prevention of said
```

Page 340

```
1    cancer.
2             I would agree with my statement
3    if -- and if it's an accurate reflection of
4    your question, then the answer is yes.
5         Q.   I would adopt that, sir.
6             If prevention strategies are to
7    be developed, would you agree that
8    sophisticated markers for risks are needed,
9    such as SNPs, epidemiology and lifestyle?
10        MS. MILLER:  Objection.
11        THE WITNESS:  Well, that's a
12   very bad sentence.  I'm sorry, sir.
13   QUESTIONS BY MR. RESTAINO:
14        Q.   Oh, Okay.
15        A.   Epidemiology is not a marker,
16   for example.
17        Q.   Okay.  March 2007, did you
18   attend a conference in Lake Como, Italy?
19        A.   I certainly attended a
20   conference in Lake Como, Italy.  It was
21   beautiful.  I can't honestly say when it was.
22        Q.   To refresh your memory, does it
23   sound like the 11th ovarian cancer
24   action/HHMT forum, Lake Como --
25        A.   Helene Harris Memorial Trust,
```

Page 341

```
1    yes, that rings a bell.
2         Q.   Next question.
3             That meeting is held every four
4    years; is that correct?
5         A.   Used to be.  I think it's
6    petered out over the years, but --
7    unfortunately.  But at that time, I think it
8    was actually held every two years,
9    alternating between Europe and the United
10   States.
11            But go ahead, please.
12        Q.   Were you a delegate at the
13   meeting?
14        A.   At that particular meeting?
15        Q.   Yes.
16        MS. MILLER:  12 years ago?
17        MR. RESTAINO:  Yes.
18        THE WITNESS:  In 2007?
19   QUESTIONS BY MR. RESTAINO:
20        Q.   Yes.
21        A.   If by "delegate" you mean was I
22   a participant, yes.
23        Q.   Okay.  As you sit here today,
24   do you recall if Dan Cramer was a delegate at
25   the meeting?
```

86 (Pages 338 to 341)

Jeffrey A. Boyd, Ph.D.

Page 342

1    A.   I can't recall, but I'm
2  guessing he probably was or you wouldn't have
3  asked the question.
4    Q.   Do you know --
5    MS. MILLER:  Please don't
6  speculate, sir.
7    THE WITNESS:  Okay.  Thank you.
8  QUESTIONS BY MR. RESTAINO:
9    Q.   Do you know if Dr. Roberta Ness
10 was a delegate at the meeting?
11   A.   No.
12   Q.   And do you recall if one goal
13 of the meeting was the determination of women
14 at risk for ovarian cancer?
15   A.   My memory is that most of the
16 HHMT ovarian cancer symposia or scientific
17 conferences were extremely broad in scope,
18 and I don't remember ever attending one -- I
19 only attended several -- where there was
20 special attention paid to any given topic
21 related to ovarian cancer.
22   Q.   So --
23   A.   Typically it was -- again, to
24 use the term I used before, it spanned the
25 waterfront, if you will.

Page 343

1    Q.   So do you recall if at the
2  meeting a discussion was had regarding a
3  combination of demographic, reproductive and
4  environmental risk factors might be used to
5  develop a model that would more accurately
6  predict risk?
7    MS. MILLER:  Objection.
8    THE WITNESS:  In all
9    seriousness, sir, the only thing I
10   remember about the meeting is the
11   scenery.
12 QUESTIONS BY MR. RESTAINO:
13   Q.   Do you remember developing --
14 any algorithm being developed at that
15 conference which looked at seven risk factors
16 for ovarian cancer --
17   MS. MILLER:  Objection.  Sorry.
18 I thought you were done.
19 QUESTIONS BY MR. RESTAINO:
20   Q.   -- including age over 45?
21   MS. MILLER:  Objection.  Asked
22 and answered.
23 QUESTIONS BY MR. RESTAINO:
24   Q.   This is going to be a long
25 question.  Give me a second.  Okay.

Page 344

1    Do you recall an algorithm
2  being developed at that conference in 2007
3  which used seven risk factors, including age
4  over 45, family history of ovarian cancer,
5  early onset breast cancer, Jewish ethnicity,
6  no oral contraceptive use, no live births, no
7  breastfeeding, no tubal ligation, and
8  long-term genital talc usage?
9    Do you recall that, sir?
10   MS. MILLER:  Objection.
11   THE WITNESS:  Well, I'm sorry
12   to have allowed you to burn through
13   some of your important time, but as I
14   said before, the only thing I remember
15   about that meeting 12 years ago was
16   the scenery.
17 QUESTIONS BY MR. RESTAINO:
18   Q.   Okay.  Do you recall a
19 conference report coming out of that meeting
20 12 years ago?
21   A.   Not specifically.  My memory is
22 the HHMT meetings is they typically led to
23 some type of meeting summary that usually got
24 published somewhere.
25   (Boyd Exhibit 27 marked for

Page 345

1    identification.)
2  QUESTIONS BY MR. RESTAINO:
3    Q.   I've marked as our last exhibit
4  a paper titled "Opportunities and challenges
5  in ovarian cancer research, a perspective
6  from the 11th Ovarian cancer action-HHMT
7  Forum, Lake Como, March 2007."
8    And if you would turn to the
9  last page.
10   A.   Sorry, I'm just trying to get
11 rid of some stuff.
12   The reference page?
13   Q.   The very last page is a list of
14 authors.
15   A.   Yes.
16   Q.   Do you see the sixth author
17 listed there?
18   A.   I recognize the guy, yeah.
19   Q.   Jeffrey A. Boyd, Anderson
20 Cancer Institute, Savannah, Georgia?
21   A.   That's me.
22   Q.   That's you?
23   A.   That's me.
24   Q.   Okay.  Now, if we can turn to
25 the first page, sir, the right column, the

87 (Pages 342 to 345)

Jeffrey A. Boyd, Ph.D.

Page 346

1  second full paragraph, you and your coauthors
2  in 2007 wrote, "A combination of demographic,
3  reproductive and environmental risk factors
4  might be used to develop a model that would
5  more accurately predict risk.  One
6  preliminary algorithm using seven risk
7  factors, open paren, age over 45; long-term
8  genital talc usage; family history of ovarian
9  cancer or early onset breast cancer; Jewish
10  ethnicity; no oral contraceptive, open paren,
11  OC, close paren, use; no live births; no
12  breastfeeding; no tubal ligation, close
13  paren, show that women with six to seven of
14  these events have an odds ratio of 7.59,
15  reference 3."
16       Did I read that correctly?
17       A.  I'll submit that you did.
18       Q.  Do you understand that OR, as
19  used in this paragraph, stands for an odds
20  ratio?
21       A.  Yes.
22       Q.  Is it also fair to say that
23  since 2007 you knew that an algorithm was
24  established which in 2008, as a coauthor, you
25  published that showed a woman with six to

Page 347

1  seven of the risk factors we've been
2  discussing all day, including long-term
3  genital talcum powder usage, had an odds
4  ratio of 7.59 for the development of ovarian
5  cancer?
6       MS. MILLER:  Objection.
7  Misstates the paragraph that you're
8  basing it on.
9       THE WITNESS:  If we could just
10  leave out the hypothesis, what's the
11  essence of your question?  Without
12  rereading all of the algorithm,
13  please, sir.
14  QUESTIONS BY MR. RESTAINO:
15       Q.  You have known since the
16  conference in 2007, in your publication in
17  2008, that an algorithm was developed using
18  six to seven risk factors as we've been
19  discussing all day, and showed that a woman
20  with six to seven of these events had an OR
21  of 7.59; is that correct?
22       MS. MILLER:  Same objection.
23       THE WITNESS:  I would suggest
24  that I haven't known since the day I
25  read this paper that these data

Page 348

1  existed.
2       I mean, you can pull out
3  sentences from my papers dating back
4  to perhaps 1980, when I may have
5  published my first, and suggest that I
6  remember every paragraph and every
7  paper, or perhaps, again, with due
8  respect, in a more sinister fashion,
9  suggested that I've ignored paragraphs
10  in over 200 papers, I think is just
11  simply unfair and disingenuous.
12  QUESTIONS BY MR. RESTAINO:
13       Q.  Do you think it's unfair and
14  disingenuous in a litigation where you've
15  criticized plaintiff experts for the
16  biological plausibility of talc causing
17  ovarian cancer, when in 2007 you and your
18  other delegates developed an algorithm which
19  was published in 2008 showing that women with
20  six to seven of the risk factors you
21  established then had an odds ratio of 7.59
22  for developing ovarian cancer and you left
23  that out of your expert report?
24       MS. MILLER:  Objection.
25       THE WITNESS:  Well, first of

Page 349

1  all, let's go back to your implication
2  that I was involved in the development
3  of the algorithm.  I wasn't.
4       This was, as all meetings are,
5  a conglomeration of multiple content
6  experts in multiple areas.
7       My expertise is not in the
8  development of risk factor algorithms.
9  Other authors who signed this paper
10  undoubtedly developed that algorithm.
11       My role at this meeting was to
12  explain the state of the art in terms
13  of the genetic basis of ovarian
14  cancer, if I recall.
15  QUESTIONS BY MR. RESTAINO:
16       Q.  You are the coauthor of a
17  paper, peer-reviewed and published in 2008,
18  or 11 years ago, which indicated that women
19  with six to seven of the risk factors we've
20  discussed all day have a 659 percent
21  increased risk of developing ovarian cancer,
22  are you not?
23       MS. MILLER:  Objection.  That's
24  a false statement.  That's a --
25  there's seven objectionable things,

88 (Pages 346 to 349)

Jeffrey A. Boyd, Ph.D.

Page 350

1  but you don't want me to say that
2  them, so objection with a capital
3  o-b-g-e -- whatever you said.
4       THE WITNESS:  Sir, I honestly
5  don't know what you're trying to get
6  me to say, but I wasn't involved in
7  the development of this algorithm.
8  QUESTIONS BY MR. RESTAINO:
9       Q.   You were involved --
10      A.   Other meeting attendees were.
11 This is not my expertise any more than some
12 of the immunologists at this meeting had
13 nothing to do with the sections of the paper
14 dealing with genetic risk.
15      Q.   Instead of being listed as one
16 of the many delegates, as listed at the back
17 of this, you are listed as one of the
18 coauthors of this paper --
19      MS. MILLER:  Objection.
20 QUESTIONS BY MR. RESTAINO:
21      Q.   -- correct?
22      MS. MILLER:  Objection.
23 That's --
24      MS. SHARKO:  Where?
25      MS. MILLER:  Where?

Page 351

1       MS. SHARKO:  Oh, here.
2  QUESTIONS BY MR. RESTAINO:
3       Q.   We've established that that is
4  you, correct, Doctor?
5       A.   Yes.  It's my memory that in
6  order to be listed as a coauthor, you needed
7  to be an invited speaker, and that's the
8  difference between the -- all the individuals
9  listed here who attended the meeting out of
10 some kind of scientific or medical interest
11 versus myself, who was invited to opine on
12 factors related to genetic risk for ovarian
13 cancer; not to develop or to discuss a
14 possible epidemiologic early detection
15 algorithm.
16      MR. RESTAINO:  Okay.  I have no
17 further questions.
18      THE WITNESS:  I guess I have no
19 further answers.
20      CROSS-EXAMINATION
21 QUESTIONS BY MS. MILLER:
22      Q.   Dr. Boyd, I have just have one
23 more question for you.
24      A.   Okay.
25      Q.   I'm going back to this

Page 352

1  document.
2       A.   Which one?
3       Q.   The one we were just
4  discussing.
5       A.   Okay.
6       Q.   Under Key Recommendations --
7       A.   Where are you?
8       Q.   On page 656.
9       A.   Yes, sorry, 656.
10      Q.   Do you see the key
11 recommendations?
12      A.   Yes.  I'm sorry, were you
13 waiting for me?  I'm sorry.
14      Q.   How many are there?
15      A.   One, two, three, four, five,
16 six -- 12 or 13.
17      Q.   Was there any recommendation to
18 suggest to women not to use talc perineally?
19      A.   No.
20      MS. MILLER:  I have nothing
21 else.
22      REDIRECT EXAMINATION
23 QUESTIONS BY MR. RESTAINO:
24      Q.   In that same section, was there
25 any recommendations regarding oral

Page 353

1  contraceptive usage?
2       And it's late, and I'm not
3  going to play games with you.
4       Just look at the fifth bullet
5  point, sir.
6       A.   "Raise awareness of oral
7  contraceptive use in high-risk women carries
8  a BRCA and in women at conventional risk."
9       Q.   Okay.  Did you agree with that
10 statement at the time?
11      A.   Yes.
12      Q.   Okay.  When did you first come
13 to your opinions regarding the association of
14 talc powder -- of talc and ovarian cancer?
15      A.   I think you asked this question
16 at the beginning of the deposition, and I, if
17 I recall, answered roughly over 30 years of
18 passive absorption of the literature, to the
19 extent I pay attention to the ovarian cancer
20 literature -- and I do, on a daily basis --
21 if such literature, in fact, existed 30 years
22 ago, that's when.
23      MR. RESTAINO:  Okay.  No
24 further questions.
25      MS. MILLER:  Thanks.

89 (Pages 350 to 353)

Jeffrey A. Boyd, Ph.D.

Page 354

```
 1            VIDEOGRAPHER:  This concludes
 2    today's deposition.  The time is
 3    4:58 p.m.
 4            We're off the record.
 5        (Deposition concluded at 4:58 p.m.)
 6            – – – – – – –
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 356

```
 1        INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the
 6    appropriate space on the errata sheet for any
 7    corrections that are made.
 8        After doing so, please sign the
 9    errata sheet and date it.  You are signing
10    same subject to the changes you have noted on
11    the errata sheet, which will be attached to
12    your deposition.
13        It is imperative that you return
14    the original errata sheet to the deposing
15    attorney within thirty (30) days of receipt
16    of the deposition transcript by you.  If you
17    fail to do so, the deposition transcript may
18    be deemed to be accurate and may be used in
19    court.
20
21
22
23
24
25
```

Page 355

```
 1            CERTIFICATE
 2
 3        I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4    Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5    of the examination, Jeffrey A. Boyd, Ph.D.
     was duly sworn by me to testify to the truth,
 6    the whole truth and nothing but the truth.
 7        I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8    testimony as taken stenographically by and
     before me at the time, place and on the date
 9    hereinbefore set forth, to the best of my
     ability.
10
         I DO FURTHER CERTIFY that I am
11    neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12    action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13    that I am not financially interested in the
     action.
14
15
16
     _____
17    CARRIE A. CAMPBELL,
     NCRA Registered Diplomate Reporter
18    Certified Realtime Reporter
     Notary Public
19    Dated:  April 9, 2019
20
21
22
23
24
25
```

Page 357

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4        I,_____, do
     hereby certify that I have read the foregoing
 5    pages and that the same is a correct
     transcription of the answers given by me to
 6    the questions therein propounded, except for
     the corrections or changes in form or
 7    substance, if any, noted in the attached
     Errata Sheet.
 8
 9
10
11
12    _____
     Jeffrey A. Boyd, Ph.D.          DATE
13
14
15    Subscribed and sworn to before me this
16    _____ day of _____, 20 _____.
17    My commission expires: _____
18
19    Notary Public
20
21
22
23
24
25
```

90  (Pages 354 to 357)

Jeffrey A. Boyd, Ph.D.

Page 358

```
1              - - - - - - -
                  ERRATA
2              - - - - - - -
3   PAGE  LINE  CHANGE/REASON
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
25
```

Page 359

```
1              - - - - - - -
               LAWYER'S NOTES
2              - - - - - - -
3   PAGE  LINE
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
25
```

91 (Pages 358 to 359)

Jeffrey A. Boyd, Ph.D.

Page 360

**A**

**a.m** 1:16 7:6
 61:13,14,16
 110:23,24
 111:1
**AAb** 308:1
**AAbs** 308:3
**abandoned**
 248:13
**aberrant** 134:22
**ability** 48:18
 97:8 303:3
 355:9
**abject** 205:22
**abortion** 121:12
 122:9
**abreast** 59:12
**absence** 78:22
 92:21
**absent** 85:12
**absolutely**
 133:17 156:21
 169:16 249:16
 301:19 334:13
**absorbed** 223:3
**absorption**
 353:18
**abstract** 177:21
 185:13 189:15
 189:17 192:7
 194:5 196:23
 197:5 203:12
 307:22 309:9
**abundant**
 223:11
**accept** 150:9
 154:18 196:10
 221:18 275:6
 276:19
**accepted** 151:5
 152:7 208:25
 273:15 336:2
 336:18 337:25
**accepting**
 271:13 275:11
**access** 150:9,9

240:11,15
**accommodate**
 9:2
**accompanying**
 13:1
**account** 78:22
 164:11
**accounts** 202:7
 272:3
**accumulation**
 126:18 151:7
 152:21 164:9
 231:3
**accuracy** 313:20
**accurate** 14:4,21
 20:25 26:16
 58:4 100:22
 101:3 340:3
 356:18
**accurately** 88:1
 343:5 346:5
**accuse** 317:10
**achieve** 246:5
**achieved** 315:21
**acknowledge...**
 335:2
**ACKNOWLE...**
 357:1
**acquire** 222:15
**acquired** 147:22
 148:19 151:18
 151:19 215:13
 216:2,10
 229:14 230:14
 232:21
**acquisition**
 126:17 151:6
**acronym** 295:19
 309:19
**action** 355:12,13
**action-HHMT**
 6:21 345:6
**action/HHMT**
 340:24
**activates** 152:17
 152:18
**active** 152:20

**actual** 259:7
**acute** 55:1
**ad** 310:21
**add** 143:24
 144:12 146:20
 159:13 166:7
 200:18 221:15
 242:11 279:17
 297:22 316:14
**added** 21:3,10
 338:1
**addition** 144:8
 156:10 243:13
 306:16 336:10
**additional** 190:6
 193:7,25
 194:14 279:4
 284:25
**address** 110:1
 278:19 311:19
**addressing**
 91:21
**adenocarcino...**
 114:23 115:6
 115:14 116:18
 118:20 122:15
 122:21 123:5
 123:22 124:19
**adequately**
 278:19 336:15
**Administration**
 15:3,11,15
**administrative**
 16:13,25 17:10
 112:13 290:11
**administrativ...**
 16:8
**administrator**
 290:8
**adopt** 340:5
**adults** 101:21
**advanced**
 306:11
**adverse** 289:13
**afindeis@nap...**
 2:13
**aforementioned**

16:2 67:1
 115:2
**afraid** 258:7
**afternoon** 12:23
 13:6 179:3
**age** 7:19 101:11
 101:18,23
 102:4,19,20
 116:25 138:15
 144:8 295:6,11
 343:20 344:3
 346:7
**agency** 15:2,11
 15:13,14
**agent** 97:8 153:4
 243:9 244:18
 244:20
**agents** 68:1
 243:5,16 244:4
**aggregate** 64:25
**aging** 101:18
 137:1
**agnostic** 177:8
**ago** 57:12
 112:16 136:18
 137:12,13
 141:22 157:19
 187:22 223:1
 285:13 312:5
 326:6 341:16
 344:15,20
 349:18 353:22
**agree** 42:3 70:12
 70:18,23 71:9
 83:22 85:5,14
 85:20 86:7
 89:6,8 100:11
 100:15,21,25
 101:9 104:8,22
 105:2,19 106:9
 107:14,16
 125:2,12
 127:23 129:1
 130:1 131:18
 132:2,7 133:12
 137:17 138:7
 139:9 140:17

141:9 142:8,9
 142:14,19
 157:5 158:2,8
 158:14 176:1
 186:10 193:5
 193:23 194:12
 194:19 207:12
 212:17 218:5
 229:23 230:12
 230:18,22
 231:20 233:1
 236:9 244:6
 245:24 261:9
 270:5 284:15
 284:18 287:14
 292:1,18,22
 294:18 305:7
 306:22 317:6
 317:16 318:15
 318:22 320:6
 320:12,15
 321:3 322:21
 329:12,17
 330:19,22
 331:3 339:9,18
 340:2,7 353:9
**agreed** 130:25
 183:21 185:9
 245:23
**agreement**
 170:11
**agrees** 193:14
**ahead** 37:8
 172:20 223:25
 297:17 310:20
 323:8 341:11
**Akhtar** 248:23
**al** 4:22,25 5:2,6
 5:10,13,18,21
 5:24 6:5,7,10
 6:14,15,18
 156:8 164:21
 179:9 198:8
 225:21 234:9
 234:18 236:17
 239:16 255:2
 256:11,12

Jeffrey A. Boyd, Ph.D.

Page 361

257:12 268:13
268:22 269:14
270:23 271:3
273:24 285:1
300:25 304:4
307:9 309:9
326:23 332:8
**al.'s** 334:18
**Alabama** 2:10
**ALASTAIR**
2:12
**albeit** 170:6
216:11 230:16
**algorithm** 311:3
311:7 312:14
313:7,14,24
343:14 344:1
346:6,23
347:12,17
348:18 349:3
349:10 350:7
351:15
**algorithms**
349:8
**alleged** 113:19
113:22
**ALLEN** 2:6
**allow** 176:23
217:13
**allowed** 15:17
344:12
**allowing** 15:18
**allows** 67:10
237:12
**allusions** 266:7
**Alpha** 50:24
**alter** 234:6
**alteration**
151:15
**alterations**
151:18,19
152:1 324:16
**alternating**
341:9
**alternatives**
165:11
**amend** 32:20

**America** 314:22
**amount** 45:18
52:14 129:19
252:8,25
318:25
**amounted** 34:24
**amounts** 280:21
**analogies**
262:14
**analysis** 83:14
92:20
**anatomical** 65:7
262:15
**anatomically**
64:17
**anatomy** 60:20
61:3 64:8,10
263:6
**and/or** 26:22,23
27:17,18,21
28:10,22 29:7
56:19 68:10
69:6 105:6
224:9 253:16
266:9
**Anderson** 48:21
345:19
**ANDERTON**
3:12
**anecdote** 243:12
**angiogenesis**
208:5
**angry** 290:1
**animal** 124:12
259:3 287:8
289:8 291:15
291:22 292:9
293:18
**animals** 116:1
149:8,11
**anonymous**
271:2
**answer** 9:10
10:7,13 22:8
25:25 33:7
39:12,23 40:20
49:23 52:24

61:6 68:5
69:13,16,18
72:21 75:12
76:13 80:15
84:3,16 85:17
87:21 88:1
90:12 93:23
94:7 95:6 96:5
100:24 101:6
104:15,18
109:23 112:15
115:7 117:8
118:25 132:25
138:1 141:9
142:5,6,9,15
142:17 154:7
161:11,13
172:10 181:13
207:21,24
208:4,18 209:3
213:8 214:7,9
214:11,18
265:8 268:10
295:21 297:1
305:16 316:21
320:23 328:18
329:20,22,24
332:5 334:10
338:22 340:4
**answered** 9:14
66:1 78:24
85:24 86:4,12
118:24 146:13
159:10 207:11
208:6,11
309:14 317:4
343:22 353:17
**answering** 43:22
53:24 161:15
161:18
**answers** 32:21
58:19 140:23
141:13,17,19
351:19 357:5
**anti-growth**
230:6,23 231:7
231:12

**anti-inflamma...**
173:11
**antibodies** 67:25
**antigen** 294:5
304:23
**antigens** 308:4
**antioxidant**
327:20 328:5
**anymore** 29:11
222:24
**anytime** 168:18
**apart** 160:8
**apologies** 241:3
**apologize** 10:8
118:9 119:9
141:5 239:12
239:14 240:25
261:18 262:13
282:7 336:3
**apology** 118:11
261:20
**apoptosis**
231:14,17,24
**apparently**
233:25 234:3
247:12 280:14
316:6 317:2,19
332:7
**appear** 181:25
221:7 325:1
**APPEARAN...**
4:3
**appeared** 16:13
323:6
**appears** 136:8
173:3 184:9
241:6 330:14
**Apples** 303:21
**applied** 97:12
245:16 256:23
**applies** 168:17
**apply** 58:18
**applying** 146:16
165:13
**appreciate**
46:10 290:2
**appreciated**

219:12,21
220:6,13,15
**appreciating**
187:21
**approach** 55:3
197:14 248:13
281:8
**approached**
55:19,23
**approaches**
165:14
**appropriate**
281:10 356:6
**approved** 17:8
295:9 297:4,5
297:8 298:3,19
**approximately**
126:7,15
147:13 149:18
160:7 165:17
196:3 197:4
250:7 299:12
**April** 1:8 7:5
20:5 355:19
**aqueous** 248:9
**Arch** 44:11,20
**architecture**
60:12 67:1
**area** 50:10 184:4
226:6,11
293:17 314:13
331:14
**areas** 108:4
262:5 263:5,22
349:6
**arguably** 251:8
316:18
**argue** 81:4,7
165:9 166:3
264:4
**argument** 91:5
91:15 170:10
225:8 244:15
244:19,25
261:24 262:3
263:16,20
**argumentative**

289:23
**arguments** 73:15 156:7 225:4
**arithmetic** 250:24 252:20
**Armstrong** 294:15
**ARPS** 3:1
**art** 349:12
**Arthur** 116:14
**article** 61:25 87:6 119:19 121:22 156:11 164:25 183:12 184:21 186:3,6 186:13,15,20 189:9,14 203:10 205:1 207:14 210:18 210:24 227:22 256:11 258:19 304:1 335:8
**articles** 26:21 27:4,16 89:14 167:5 201:19 258:24
**articulated** 99:12 141:2 208:15 318:23
**articulation** 145:2
**asbestos** 75:16 75:22,25 76:5 77:21 78:8,13 78:22 79:7 190:8 193:7,11 193:13 209:22 211:25
**ascertain** 147:5
**ascertaining** 42:10
**ascribe** 115:21
**Ashkenazi** 102:9 103:3 108:19,22
**aside** 101:9

**asked** 25:23 58:10,19 65:25 68:17 77:2,8 77:18 78:2,23 85:23 86:3 92:25 102:18 111:13 112:6 112:18,24 113:14 119:1,2 137:13 146:12 159:9 172:4 202:18 207:11 235:3 267:20 317:3 332:13 342:3 343:21 353:15
**asking** 18:23 26:21 64:8 80:5 83:8 88:2 98:7 161:14,22 188:9 191:11 193:12,14 207:8 228:5,11 228:20 255:15 255:16 285:25 286:7 288:25 301:16 308:19 322:17
**asks** 24:24 25:7
**aspect** 264:13,15
**aspects** 53:3
**aspirin** 173:11
**assay** 295:8 297:4
**Assessing** 301:7
**assessment** 5:20
**assist** 87:10,13
**assistants** 86:25
**associate** 79:18 273:10
**associated** 45:21 50:16 52:21 53:7 57:18 100:12 103:17 104:9,23 105:5 105:13 106:21 107:13,17,25

113:15 115:1 126:6,13,17 127:14 138:8 139:8,10 143:25 153:5,6 183:19 191:21 192:14 196:7,9 196:11 212:15 231:2 232:1 296:15 301:8 306:17 330:24 331:5
**association** 5:22 46:7 51:23 56:10,20 57:1 57:11 62:15,24 68:12,23 69:8 84:6,8 107:3 109:9 115:8 116:5 117:2,13 119:12 122:14 122:20 123:4,9 123:18 124:18 125:1,14 130:5 130:19,23 131:5 138:5 144:3,19 145:3 183:23,24 194:22 195:1 196:12 221:16 221:19,23 257:12 268:15 292:14 325:23 353:13
**associations** 123:16 183:8
**assume** 10:13 26:11 78:25 81:11,14 127:23 129:7 129:25 149:7 214:6 266:12 307:16 315:9
**assumed** 14:16
**assuming** 8:25 33:8 82:21 130:1 211:10

**assumption** 130:2
**assure** 85:1 201:4 273:11 276:1
**attached** 12:7 33:15 36:22 72:8 81:8 92:11 235:14 356:11 357:7
**attempt** 67:2 80:5 148:23 159:25
**attempted** 148:24
**attempting** 160:10 166:8 246:5 263:3 303:15 305:23 313:5
**attend** 340:18
**attended** 340:19 342:19 351:9
**attendees** 350:10
**attending** 342:18
**attention** 342:20 353:19
**attorney** 22:17 22:21 44:19,25 44:25 55:23 58:25 169:11 169:15 277:14 355:11,12 356:15
**attorneys** 11:19 18:22 35:15 90:17 100:1 141:11 170:10 335:25 338:20
**attorneys'** 266:15
**attributable** 155:2,24 165:25
**attribute** 115:22

117:4
**attributed** 190:1
**author** 121:21 162:22 175:7 179:8 181:7 268:14 299:25 307:9,19 313:14 345:16
**author's** 90:6
**authored** 92:10
**authority** 107:22
**authors** 99:12 177:12 182:21 198:23 199:4 210:18 215:14 221:7 230:12 269:18 328:3 345:14 349:9
**authorship** 121:22
**autoantibodies** 6:9 307:10 308:1
**available** 37:15 178:7,8 335:1
**Avenue** 3:2,13
**average** 333:20 333:23 334:8
**avoided** 247:5,6
**avoiding** 277:7
**aware** 8:14 51:16,20 57:10 72:16 79:8 89:16,25 124:23 197:21 198:1 201:17 217:10 300:8 301:4,10,12
**awareness** 353:6
**axis** 249:10 334:15

---
**B**

**B** 29:13
**baby** 76:13,18 78:18,19,21

Jeffrey A. Boyd, Ph.D.

**back** 5:7 12:21
13:5 17:9
25:16 26:1
28:18 29:15
32:20 34:10
57:7 58:9
61:15,18 67:22
71:25 73:24
100:5 110:25
111:3 151:20
161:10 168:12
168:15 172:21
179:8,11 180:7
185:8 206:17
206:21 207:6
221:9 229:4,8
239:3,6 246:16
258:4 262:18
277:10,18
278:4 292:20
292:21 293:5
293:13 309:8
313:16 321:15
323:13 348:3
349:1 350:16
351:25
**back-of-the-e...**
250:14
**background**
4:22 119:20
196:15 310:7
324:4
**Bacon** 1:14
**bad** 4:23 155:3
155:11,14,24
156:15 157:16
157:18,23
158:6,15,15,24
159:8 160:20
163:22 165:9
165:25 166:3
174:5,8,14
199:19 340:12
**Balkwill** 5:8
179:10 181:8
181:19 183:16
184:18

**Balkwill's**
186:14
**Banbury** 296:20
**Baptist** 15:3,7
17:5
**bar** 10:1
**Barrett** 119:22
135:14 136:5
136:14 168:6
**barrier** 65:3
**barriers** 65:7
**base** 155:6
282:12
**based** 6:17 9:5
78:17,20
111:14 116:4
153:7 177:11
227:20 243:3
246:4 247:13
252:18 273:21
275:3 292:12
305:23 311:6
327:1 331:22
334:15 335:8
338:12 339:1
**basic** 53:2 70:7
74:21 75:15,17
79:19 235:7
**basically** 17:2
**basing** 347:8
**basis** 5:22 59:6
81:18 82:8,11
99:7 101:3
105:23 106:15
112:20 114:11
195:24 264:10
265:13 268:15
292:14 349:13
353:20
**Bast** 314:19
**Bayshore** 2:17
**beach** 279:11
**beads** 281:4
**bear** 277:7
**bears** 277:25
**BEASLEY** 2:6
**beautiful** 340:21

**beginning** 18:18
170:18 200:21
353:16
**behalf** 7:22 35:7
35:21
**behavior** 64:1
**beings** 134:2
**believe** 19:21
23:4 29:18
35:9 46:21
80:2 86:15
92:8 123:12
139:23 163:10
183:20 191:24
191:25 199:7
208:19,20,23
216:13 218:7
236:11 244:11
246:19 258:5
282:11 296:12
321:25 322:22
338:8,24
**believed** 126:6
256:24
**believes** 209:5
**bell** 187:21
341:1
**Ben** 30:22
**bench** 83:5
**bench-type** 83:2
**benefit** 312:9
**benign** 97:9
298:17 299:1
**Benjamin** 29:22
30:2,20 31:1,9
**best** 11:3 15:12
15:16,21 20:22
48:18 69:13
80:4 96:5
127:21 144:18
147:9 216:5
326:8 334:14
355:9
**better** 16:5 27:9
55:4 83:2
155:16 164:6
255:13 325:9

**beyond** 305:18
**bias** 166:20
268:4 301:9
337:15
**biased** 338:3,9
338:19 339:1,8
**BIDDLE** 2:21
**bifurcated**
88:13
**big** 120:13
**bill** 81:15
**billion** 155:6
**billions** 251:9
**binary** 337:6
**binds** 152:16,17
**bio** 294:11
**biologic** 91:1,22
253:1
**biological** 46:5
68:22 90:16
91:4,14,25
92:5 93:10,18
94:15 106:18
106:25 109:4
109:11,11
111:17,24,25
116:22 143:7
144:20,21,25
145:16,21
146:9,15,16,21
146:22 147:9
153:8 170:3
235:25 244:22
278:20 280:23
285:3 348:16
**biologically**
62:25 63:10
100:17,23
101:2,23
103:19 105:8
105:14,22
106:15 108:25
109:20 137:18
137:23
**biologist** 59:19
111:15
**Biology** 323:5

**biomarker**
294:12,19,23
297:21 316:5
316:17 317:1
317:18,23
**biomarkers**
303:17 316:2
**biomedical**
83:19 88:16,18
88:20 106:11
108:6 172:6
175:23 177:5
189:10 203:8
273:13
**Biotechnology**
50:25
**births** 139:14,17
139:24 144:9
344:6 346:11
**Biscayne** 1:14
**Bishop** 134:1
**bit** 11:8 22:10
26:1 27:12
67:23 100:7
210:7 262:19
**bizarre** 332:20
**black** 254:2
**Blair** 47:3,7
**bless** 313:4
**blood** 295:23
**blossomed**
223:11
**board** 273:9
**Bob** 314:19
**bodily** 262:10
263:8,18 264:1
**body** 62:14,22
72:18 74:19
75:6,10,22
128:11,17
129:2 166:9,16
173:7,19
184:12 192:2,7
194:20,20
278:25 280:9
282:4,17,17
**boilerplate**

Jeffrey A. Boyd, Ph.D.

274:7,8 275:25
**bold** 253:8
**bolded** 323:20
**bone** 15:8,18,25
16:2 17:13
**book** 8:20
**bore** 251:23
**Boston** 50:10
**bottle** 79:1
**bottom** 24:12
125:23 149:18
167:13 171:10
180:9 197:5
215:14 219:1,3
241:17 245:9
253:7 261:22
278:13 284:22
294:1 298:14
300:2,10
306:15 308:9
**Boulevard** 1:15
**bound** 164:7
**Boyd** 1:13 4:11
4:11,13,15,16
4:16,17,17,19
4:19,21,23 5:1
5:3,3,5,7,9,11
5:14,16,19,22
6:1,2,3,6,8,11
6:15,16,19
7:10,18 8:3
11:11,14 13:21
14:1 20:16
36:16 111:3,4
119:15,18,21
156:22,23
162:15 168:6
168:15 169:18
175:1,5 180:2
180:6 186:16
186:20 198:7
214:3 217:16
217:19 234:14
234:17 256:7
256:10 269:10
274:12 283:21
288:16 299:17

303:22 307:4
310:1,5 314:9
326:19 344:25
345:19 351:22
355:5 357:12
**BRCA** 108:21
353:8
**BRCA1** 103:5
103:18 108:7
132:3 133:4,9
151:21 296:5,8
296:13,15
**BRCA2** 103:17
108:7 132:3
133:4,9 296:5
296:9
**BRCA2-linked**
296:13
**break** 8:22,24
61:9 63:7
102:21 110:19
167:25 168:18
169:5 238:20
238:22 319:12
323:8
**breaks** 8:24
**breast** 103:16
108:8 132:4
133:9 139:6,6
140:18 144:12
151:22 344:5
346:9
**breastfeeding**
139:1,7,9,14
144:9 344:7
346:12
**briefly** 12:23
13:6
**Brigham** 51:7
**bring** 296:22
324:10
**British** 180:17
**broad** 72:22
81:21 113:2
128:4 342:17
**Broadhallow**
2:13

**broadly** 152:6
213:5
**broke** 64:7
239:7
**brought** 221:6
**brown** 242:24
243:5
**bulb** 81:9,12,12
**bullet** 322:8
353:4
**burn** 344:12
**bursting** 265:2

---

## C

**C** 2:1,16
**C-Reactive** 5:5
175:5 177:22
**CA** 302:16
**CA-125** 294:11
**CA/125** 302:16
**CA125** 6:6
294:2,5,18
295:7,23 296:3
296:12,19
297:8,20
298:11,16,24
299:14 300:5
300:17,18,21
301:1,25 302:8
302:13 303:3
304:2,13,18
305:7,20 306:5
306:17 307:1
309:3 311:8
312:6,11,15
313:1,6,24
314:6 315:11
316:3,16,24
317:16 319:2
320:2
**cadaver** 60:22
**calculation**
250:15
**calculus** 249:24
**call** 168:18
**called** 135:22
215:8 234:4

256:19
**calling** 269:13
**calls** 270:24
333:3
**camera** 118:4
**Campbell** 1:17
7:15 355:3,17
**Campus** 2:22
**cancer** 5:2,6,7
5:10,12,13,14
5:23 6:4,6,10
6:11,13,15,17
6:20,21 15:6,9
15:19,23,24
16:3 17:5,14
21:12 31:24
42:11 46:8
48:12,15,21
49:20 51:18,25
52:3,20 53:3,7
54:23 56:12,21
57:2,12,19
59:3,10 60:2,5
60:6,7,10,14
62:8 63:1,12
63:23 64:5
66:10,15 68:13
69:9 80:1,7
82:1,8,15
83:25 89:21
91:8,17 94:17
96:23 98:10,22
99:3,10 100:13
101:2,12 102:6
102:25 103:14
103:16,20
104:4,10,11,14
104:24,25
105:13,15,20
105:21 106:12
106:13,14,19
107:1,20,25
108:8,11,15,24
109:18 110:8
111:15,19
114:8,10
115:23 116:24

116:25 117:7
121:9,19 122:6
125:15 127:11
129:16,20,24
129:24 130:7
130:14,19,25
131:7,14,21
132:5 133:5,10
133:10 134:4,6
134:13,14,18
134:20,24,25
135:7,10,23
136:2,20
137:19 138:10
139:6,11,15,25
140:2,5,11,12
140:16,18,20
142:21,23,25
143:3,8,17
144:1,11,12,14
144:15 147:22
147:24 148:5
148:13,20,21
149:2,24 150:6
150:21,23
151:5,9,10,22
151:24 152:10
152:11 153:11
153:14 154:12
154:16,25
155:2,22,23
156:16 157:17
160:2,9,13,20
162:22 163:17
163:20 164:1,3
164:11,12,15
165:13,23,24
170:4 171:16
171:18 172:14
173:4,21 174:4
174:8 175:7,8
175:19,21,24
176:5,24
177:25 178:8
178:16,20,21
179:11 180:1,6
182:7,24

183:10,19,25
184:7,10,15
185:15,21
186:23,24
187:1,17 189:4
189:8,22 190:1
190:7 191:23
192:15 193:8
194:1,15,23
196:2,5 197:14
197:25 198:5,6
198:11,12
199:1,8,11,11
200:3,4,11,20
200:22,23
201:4,17,25
202:7,13 203:6
204:4,21
205:22 206:23
206:25 207:2,5
207:9,16,16
208:9,15,21
209:1,14,18
210:4,21 211:4
211:21 212:3
212:12,14,20
212:22 213:4
213:21,23
215:9,13,25
216:2 218:1,4
218:6,11 220:1
220:16,19,24
221:4,8,10,12
221:15,17,24
223:10 224:10
224:23 225:25
228:6,15 229:7
229:15,25
230:2,8,22,24
231:10,11,25
232:22 240:12
251:7 257:13
257:24 263:5
268:17 290:21
290:25 291:11
292:16,17,20
293:1,6,7,10

293:11,14,16
294:5,13,20,23
295:5,18 296:6
297:9 298:2,7
298:12,20,22
299:7,9,25
301:21 302:21
304:2,13,17,23
305:9,11,22
306:11 307:11
307:14 308:3
309:4,17 310:8
310:12,15
311:1,8 312:4
312:7,13 313:9
313:10 314:1,2
314:8,14 315:1
316:17 317:23
318:3 319:3,7
320:19 325:23
325:25 326:25
327:7,21 328:7
328:7 329:7
330:7,15,18,20
330:24,25
331:5,6 339:11
339:20,24
340:1,23
342:14,16,21
343:16 344:4,5
345:5,6,20
346:9,9 347:5
348:17,22
349:14,21
351:13 353:14
353:19
**cancer-associ...**
324:5
**cancer-related**
126:19
**cancer-tested**
308:4
**cancers** 47:12
66:23 82:11
101:15,20
105:3 120:9,23
126:8,13 127:2

127:2 128:5
129:9 133:14
136:6 147:24
148:22 151:25
152:7 153:2,10
157:21 161:3
165:19 166:11
185:3 202:9
213:11 216:8
216:15 220:1
220:11 221:1
224:8,9,21
230:14 231:1,2
232:6 296:14
296:14 299:10
**CAP-accredited**
66:21
**capabilities**
215:13 216:2
216:11 219:11
222:15 230:15
232:22
**capability**
229:15
**capable** 152:5
256:1
**capacity** 308:2
**capital** 176:4,5,5
350:2
**caption** 216:7
**carbohydrate**
279:7
**Carbon** 254:2
**carboplatin**
5:17 234:11
235:9
**carcinogenesis**
114:12 119:15
136:16 185:5
279:3 288:3
**carcinogenic**
153:21 254:1
329:5
**carcinogenicity**
96:22 97:2,3,7
97:23 98:6
103:23 121:8

122:5 124:15
287:21 288:21
293:10
**Carcinogenics**
4:21
**carcinogens**
76:16
**carcinoma**
62:17 112:5
124:19 143:22
258:11 299:11
299:14
**carcinomas**
116:7 153:6
232:4
**cardiovascular**
107:13,18,24
**Care** 3:9 15:2,11
15:14
**career** 48:19
112:7,24 113:7
113:9 242:12
290:9
**careful** 170:23
281:7
**carefully** 171:25
178:9,24 179:1
179:13 267:18
275:14 356:4
**Carl** 119:22
135:13
**Carolina** 38:1,3
41:7,12 59:15
**carousel** 29:11
**Carrie** 1:17 7:14
186:21 193:6
193:24 194:13
355:3,17
**carries** 353:7
**carry** 103:4
164:14
**Carson** 44:11,20
45:6
**case** 15:5,17
17:6 112:12
113:20,21
116:6 129:6

158:20 183:10
207:11 211:1
216:15 248:11
250:11 276:12
280:1 301:5
308:10 313:7
**case-control**
6:18 123:14
124:21 125:5
257:14 308:23
325:18,22
327:1 329:6
**case-controlled**
125:16
**cases** 1:7 116:17
134:25 152:10
155:2,23
165:25 211:25
287:10 330:15
**catalyzed** 135:7
**catastrophic**
157:14
**catchy** 234:19
**causal** 62:15,23
122:14,20
123:4,9,21
125:13 128:1
152:12,14
153:7
**causality** 68:23
109:10 117:4
124:14 135:23
136:2 138:5
145:4
**causation** 4:19
84:7,8,11
117:14 119:12
123:17,19
125:3 195:10
221:20
**cause** 80:7,8,12
80:20,24
114:22 115:5
115:13 118:18
145:22 148:12
161:1 182:24
190:13 221:12

Jeffrey A. Boyd, Ph.D.

221:14
**caused** 81:4
121:9,19 122:6
133:15 134:4
136:9 173:5
174:4,8 184:10
**causes** 111:19
112:1 127:25
136:6,20
147:15,20
148:4,18
151:11 157:17
171:16,17
190:1 220:23
302:20
**causing** 348:16
**cavity** 246:8
251:2 252:6
**cc's** 274:20
**CDC** 200:16
201:5 202:23
225:22
**cell** 85:6,12,16
85:18,21 86:8
104:25 112:2,2
114:7,23 115:6
115:14 116:7
116:18 117:6
118:19 122:14
122:21 123:5
123:22 124:18
152:4,4,23,24
155:6,7 161:5
163:18 164:8
196:25 197:6
203:17,25
205:8 213:12
220:20,21,21
224:13 231:22
235:24 307:3
319:24 320:1
321:5 322:20
**cells** 114:10
116:2 134:3,7
134:23 149:9
207:16 219:8
223:13 231:11

231:18 233:8
242:2,14,18
245:18 250:11
250:13 251:10
251:15 252:11
252:18,23
280:18,22
282:16
**cellular** 59:19
136:14 155:5
232:8,25
264:18 287:5
**center** 12:14
15:23 31:24
32:1 48:21
296:20
**Centers** 200:10
**central** 83:24
200:2 201:2,23
**centuries** 180:1
**century** 131:15
**certain** 84:11
100:12 102:19
102:20 132:3
167:8 252:8
**certainly** 20:25
26:14 55:4
83:4 91:19
97:18 98:17
99:20 103:15
162:6 233:3
243:6 270:11
270:18 281:21
337:5 340:19
**certainty** 48:24
131:20,20
**certificate** 15:8
15:17 355:1
**Certified** 1:18
355:3,4,18
**certify** 355:4,7
355:10 357:4
**cervical** 152:10
153:10
**cervicovaginal**
116:19
**cervix** 114:13

116:8 153:7
258:12 262:6
263:23
**cetera** 220:12,13
220:13 241:23
**chain** 336:1
**chair** 41:2,3,10
41:14 79:12,17
113:22
**chaired** 296:19
**chairman** 41:6
**challenges** 6:19
345:4
**challenging**
160:4
**Chan** 51:13
**chance** 80:3
86:2 132:11
150:1 154:13
155:4 157:15
169:4,7 277:15
**change** 78:15
292:21,25
293:4 333:8
**CHANGE/RE...**
358:3
**changed** 133:20
133:24,25
229:20 293:13
**changes** 19:15
356:10 357:6
**changing** 237:14
**channel** 293:13
**Chapter** 121:14
**characteristics**
218:21 285:8
**characterizati...**
114:9 243:1
**charging** 17:23
18:1,12,15,17
19:1
**check** 19:12
200:9
**chemical** 71:21
236:7 243:2,8
244:21 282:24
283:25 284:6

**chemically**
72:25 243:9
279:10 280:7
280:13 282:6,9
282:13,22
**chemicals** 76:17
120:9,23 121:7
122:4 136:22
236:13,14
**chemist** 74:16
75:20 236:8
283:18
**chemistry** 74:3
74:9 284:11
**chemotherape...**
244:18,20
**chemotherapy**
67:19 68:1
243:16 244:4
**cherry-picking**
167:4,6 277:6
**Cheryl** 31:14,17
**chest** 246:9
**Chicago** 116:15
**chickens** 134:5
**chief** 113:20
**children** 139:8
**chimney** 129:23
130:6,14,20
**chimneys**
130:20
**choice** 93:3
**choose** 96:6
**chose** 248:13
**chronic** 82:14
83:23 91:7,16
173:8,19 184:6
184:13 198:5,5
200:1 201:2,23
203:16,25
212:15 213:23
225:9,14
**Chu** 6:18 326:23
332:8
**cigarette** 107:1
107:7,11,12,17
107:19,25

221:17
**cigarettes**
129:14 220:23
**circumstances**
19:15 84:12
113:18 136:23
233:4 335:6
**cisplatin** 5:17
234:10 235:9
**citation** 90:6
120:17 121:3
202:4,5
**citations** 90:5
121:14 204:6,8
223:18
**cited** 99:23
210:17 216:21
216:23 218:2,7
258:25
**citing** 294:15
332:8
**claims** 92:7
263:13
**clarified** 324:16
**clarify** 41:3
**Clarke** 37:22
267:14
**Clarke-Pearson**
37:23 38:6,12
39:10,18 40:15
40:23 42:8
266:18
**Clarke-Pears...**
43:25 44:7
266:8 267:15
267:23
**class** 64:9 74:3
**classes** 256:4
**classified** 16:20
**classify** 283:2
**clean** 10:9 332:4
**clear** 114:22
115:6,13 116:7
116:17 117:6
118:19 122:14
122:21 123:5
123:22 124:18

145:8 242:21
242:24 246:17
248:11 297:18
334:25
clearance
259:14
clearer 104:19
clearly 270:13
Cleveland 3:14
CLIA-certified
66:20
clinical 60:2,5,7
60:7,11 66:19
67:6 84:22
85:3 105:6
175:8 178:4
287:9 291:11
295:14 296:4
296:23 302:23
303:3 305:11
311:11,14
312:23 313:22
315:12 318:5
clinicians 59:12
313:15
Clinics 314:21
close 114:8,12
126:15,16
127:3 136:23
137:1 155:7
164:1 165:18
177:23,25
178:10,23
190:10 198:12
242:2 262:7
279:2,8,12
308:1 315:5,6
325:24 346:11
346:12
closely 15:12
178:22
closer 55:5
closes 65:22
closing 246:8
251:7
clues 222:11
cluster 116:17

CMSO 243:16
cmw@whiteh...
2:17
coaching 39:25
40:3 317:10
Coalition 48:13
48:16
coauthor 47:9
47:17 346:24
349:16 351:6
coauthored 38:6
48:22,25
296:18
coauthors 49:1
122:3 269:15
346:1 350:18
cofactor 185:4
cogent 117:8
145:2,6,7,16
145:20 146:7
cognitive 73:23
coherent 308:17
cohort 122:22
123:6,14,23
308:24 309:1
Cold 296:20
Collaborative
6:12 295:17
309:17
colleague
183:17
collectively 65:1
112:4 164:12
College 79:14,23
colloquialism
28:17 167:7
Colon 233:20
Colorado 2:4
Colorectal 5:12
198:11
column 178:13
184:17,20,22
184:23 222:6
227:4 300:11
300:14 304:12
306:14 308:9
327:6 328:24

330:18 345:25
combination
313:25 343:3
346:2
combined 202:9
come 89:25
100:5 141:21
172:21 175:25
203:7 220:22
277:10,18
334:14 353:12
comes 157:16
176:25
comfortable
69:16 80:11
82:25 88:10,14
coming 21:10,15
214:14 271:22
344:19
commencement
355:4
commencing
1:16
comment
107:21,22
272:5 324:11
324:15 331:11
331:25 337:18
337:20
commentary
326:14
comments
273:20 275:4
308:18 321:13
Commerce 2:9
commission
357:17
committee
84:23 291:5
common 10:1
165:19 189:23
232:3
commonly
151:5 236:12
communication
22:11 58:14,16
58:25 62:6

169:23
communicatio...
28:7
communities
160:12
community
133:14 158:22
158:23 192:11
192:17,19
208:25 209:4
Como 6:21
340:18,20,24
345:7
compared
107:24 250:9
252:14 331:5
comparison
303:19
compelling
145:1 223:11
complete 23:8
24:25 25:8,24
105:10 141:19
142:14,16
completed 32:1
completely
145:19 152:3,4
248:14 335:5
336:19 337:20
complex 66:24
81:3 327:8
complexes 5:17
234:11 237:13
237:15,16
241:11
complicated
48:14 66:18
77:17 311:2
component
71:18 91:4,14
92:18 127:25
components
64:19,23
264:18 330:23
331:4
composed 70:13
70:19,24

composing
279:23
compound
242:17,22,23
278:22 279:9
282:9,23
284:20 290:24
292:9
compounds 72:9
73:17 77:15
279:6 285:4,9
292:3
comprehensive
99:2 114:9
CON 15:16 17:8
concentrated
245:13
concentration
278:25
concept 84:22
109:7,8 137:14
167:4 225:4
252:12 329:18
331:8
concepts 53:2
90:4 99:11
123:11 166:25
concern 27:1,21
concerning 25:9
conclude 164:12
197:23 270:20
concluded 354:5
concludes
333:19 354:1
conclusion
177:8 178:6
220:23 261:24
262:2 263:15
263:20 324:24
conclusions
116:4 320:13
condition
212:24 290:16
conditions
136:25 182:23
209:19 210:5
211:5,22 212:4

298:17 299:1
302:21
**conduct** 87:23
270:10 293:17
**conducted** 56:9
308:23 311:14
318:6
**conducting**
89:11 172:6
175:22 242:12
242:14 292:7
**confer** 133:4
**conference**
296:20 340:18
340:20 343:15
344:2,19
347:16
**conferences**
342:17
**confers** 143:20
**confident** 147:8
**CONFIDENT...**
1:9
**confirm** 203:2
**confirmation**
166:20 268:3
**conflate** 252:21
**conflated**
102:16
**conflict** 176:18
316:9 334:20
334:21 336:11
336:20 337:13
**conflicted** 174:3
**conflicting**
335:3,14
337:21
**confluence**
116:21
**confused** 25:22
36:24 214:25
227:9 228:10
228:22
**confusing** 78:24
139:18 324:23
**confusion** 27:12
**congestive** 299:3

**conglomeration**
349:5
**connection**
28:21
**consciously**
173:24
**consensus**
133:13 136:7
**consequences**
164:14 219:13
219:20 220:7
**conservative**
250:9
**conservatively**
273:7
**consider** 29:2
52:19,25 64:23
69:20,25 96:21
210:22 251:1
**considered**
11:23 12:11
13:8 29:17
35:3,24 36:1
37:5,7 41:20
46:12,24 71:23
143:11,16
173:10 279:1
279:19 280:6
302:23 304:18
**Considering**
329:4
**considers**
333:18
**consist** 83:14
**consistent** 107:4
242:25 311:9
**consistently**
267:20
**consisting**
278:23
**consists** 71:20
**constantly** 233:8
264:5
**constitute**
244:13
**constitutes**
280:9

**constraints**
45:24 46:11
152:24
**constructed**
211:12
**constructive**
273:19,20
**consultant**
335:18 336:22
337:1,9
**consumed** 96:13
**contacted** 55:8
55:13 57:22
**contain** 175:20
235:14 241:11
241:14 250:10
**contained** 4:14
93:10,19 110:3
**containing**
242:21 250:13
251:9 252:9
**contains** 152:15
175:18 237:12
238:2,8
**contemporane...**
293:22
**contemporane...**
293:18
**content** 94:24
270:17 272:5
296:22 349:5
**context** 52:16
53:12 83:11
106:19 109:10
109:11,13
115:3 134:4
146:17 148:15
148:16,18
151:14 158:12
158:13 206:9
212:11 224:19
225:25 235:25
236:6,7,14,21
262:20,21,23
263:17 272:7
273:14 288:20
288:24 290:19

294:11 295:7
297:20 298:2
301:6 305:11
313:3,7 315:22
**continue** 208:17
253:5 277:22
**continuing**
198:4 320:24
**contraceptive**
140:3 143:11
144:10 344:6
346:10 353:1,7
**contraceptives**
142:20 143:16
143:20 144:1
**contradict**
203:23 205:7
210:2 219:17
300:25
**contrasted**
263:11
**contribute**
163:24 165:16
**contributed**
332:15
**contribution** 5:1
162:21 165:12
**contributor**
197:13
**control** 200:10
278:15 279:4
280:19 281:10
284:25
**controlled** 6:13
84:10 122:16
231:18 312:18
318:5
**controlling**
164:7
**controls** 330:16
**controversial**
320:16
**controversy**
155:20 157:24
158:4,6,8,14
158:20 159:3,6
**conventional**

353:8
**conversation**
169:14
**convincing**
320:3
**convoluted**
40:19 84:15
**coordinate**
237:13
**copies** 163:5,7
168:23,25
170:22 335:24
**copy** 25:8,23
36:8,20 99:1
163:2,3,9
271:16
**cord** 213:11
**corn** 279:8
**corner** 157:3
182:5
**cornstarch**
279:6
**corporation**
35:12
**correct** 8:12,16
13:8 19:23
20:1 34:4,21
35:8 38:18
39:11 41:24
59:4,16 60:16
60:17 62:9
64:11,13 66:13
67:21 68:4
79:11 81:9,10
81:12,15,16
88:7 92:12
100:8 103:14
110:10 121:19
124:22 127:8,9
128:13,19,24
129:16,17,21
129:24 130:3,7
132:5 133:2,6
133:7,10,11
135:15,18
136:17 137:2
146:8,23

153:17 154:19
154:20 155:25
164:22,24
166:4,6 172:9
174:18 175:19
177:17,19
180:11,12
182:24 183:2
186:2,5 187:14
187:16 189:5
197:19 198:18
200:16,17
211:18 212:17
213:16 214:24
215:16 216:3
218:12,22
223:19,20
225:18 232:8
235:1,5,6
237:9 242:9
246:21 250:21
251:24 252:2,6
254:3 255:2,3
255:5,6 256:18
257:16,20,21
258:3,17,18,22
262:12,13,17
268:17 269:15
269:22 274:3
274:20,23,24
284:3 286:15
290:4 294:3,4
294:16,17
295:15 298:7
298:12 301:11
302:3 304:8,10
305:5 307:15
307:16,20,21
310:16 314:22
315:13 316:11
318:10 324:19
327:14 328:17
328:18,20
333:23 334:23
341:4 347:21
350:21 351:4
357:5

**corrections**
356:4,7 357:6
**correctly** 13:10
111:21,22
114:15 121:16
122:10,11
126:9,10,20,21
127:5 136:11
136:12 137:6,7
147:25 148:1
150:2,3 155:9
155:10 156:3
157:25 158:1
164:17,18,21
165:20 171:19
172:1 173:14
173:16 179:2
179:12 182:19
185:6,24
190:15 197:16
198:14 200:6
200:12 203:20
209:24 219:14
222:16 223:16
233:14,16
234:12,23
237:17 241:12
242:3 245:19
253:11 257:3
257:17 275:16
275:17 279:14
285:10 295:10
302:10,25
304:20 306:20
308:6,19 309:6
315:8 316:7
320:4 324:7
326:1 327:3,11
327:23 329:10
333:24 346:16
**correlated** 178:4
**correlating**
286:14 322:12
**correlation**
163:16,19
164:2
**Correlative** 5:19

**correspondence**
5:3 12:12
**corroborated**
319:24 321:5
322:20
**cottonmouth**
179:22
**Cottreau** 186:21
189:3 193:6,24
194:13 196:24
197:24 225:21
**Council** 3:10
**counsel** 2:19 3:4
3:9,15 7:12 9:9
23:11,13,14,17
25:3,24 27:5
311:18 317:6
355:11,12
**count** 22:3
**countries** 309:1
**country** 131:21
**couple** 11:7 27:8
34:21 63:17
168:23 205:18
250:13
**course** 12:25
23:23 61:20
62:18 63:20
64:9 135:1
224:4 242:12
263:2 282:25
296:24 326:18
336:23
**court** 1:1 7:14
16:13 17:10
170:16 324:2
330:4 356:19
**cover** 204:17,24
**covered** 194:18
**covers** 43:3
**Cramer** 51:6,9
51:21 52:3,7
53:9,20 54:20
55:4 257:12,19
307:20 341:24
**Cramer's** 51:17
52:12

**created** 27:12
28:20 113:6
**creative** 268:8
**criminal** 16:9
**criteria** 312:16
**criticism** 155:13
281:22
**criticize** 286:21
292:6
**criticized**
286:13 293:3
348:15
**criticizing**
285:19 286:17
**critique** 319:20
335:12
**CROSS-EXA...**
351:20
**CROW** 2:6
**CRP** 177:23
178:2,6
**crucial** 327:21
**crux** 281:22
**CTAGs** 308:5
**culture** 280:22
292:13
**curiosity** 45:20
**current** 20:23
21:7 51:15
114:2,6 296:3
299:21 332:1
**currently** 126:6
166:9 176:14
271:12 308:18
**Curriculum**
4:17
**cursorily** 46:23
**cursory** 13:17
33:23
**customary**
246:1
**cutoff** 312:11
**CV** 20:20,23
21:1,4 36:23
36:25 61:25
110:15 117:21
**cytokines**

197:10

**D**

**D** 3:1,17 176:5
294:15
**dad** 151:16
**daily** 353:20
**damage** 152:21
185:16,19
196:25 197:6
**damages** 171:18
**Dan** 51:9 53:8
54:20 341:24
**Daniel** 37:21
51:6 257:19
307:20
**dark** 80:23
**data** 77:14 110:3
178:4 192:2,21
192:23 193:2
205:14,19,23
259:7 323:3
324:22 333:4
333:18 334:1,4
347:25
**date** 1:16 7:5
94:12 98:2,13
193:3 355:8
356:9 357:12
**Dated** 355:19
**dating** 348:3
**Daubert** 4:20
**daughters**
114:24 115:15
118:21
**day** 28:18 43:17
54:10 63:15,20
129:15 147:6
177:13 261:5
313:16 347:2
347:19,24
349:20 357:16
**days** 243:6
356:15
**DC** 3:3,8
**dead** 130:10
179:18 266:1

Case 3:16-md-02738-MAS-RLS Document 9875-7 Filed 05/29/19 Page 413 of 454 PageID: 56617
Jeffrey A. Boyd, Ph.D.

Page 370

267:23
deal 91:25
dealing 60:9
350:14
deals 243:15
244:3
dean 79:19
death 130:12
231:17,22
deaths 202:8
debate 73:13
163:21
debating 162:2
decade 223:8
decades 57:6
59:8 107:4
112:16 222:25
295:4
December 19:22
19:25 56:17,24
57:16,23,24
58:10
decide 43:7
decided 335:13
decides 67:18
Decision 6:1
decks 28:15,16
29:2
declaration
334:19 335:13
335:17,22
336:6,16,20
337:13,21
declarations
335:2
decrease 276:3
decreased
143:20,25
318:18
decreases 64:3
138:24
deemed 171:24
356:18
deep 153:7
default 87:21
defendant 3:4,9
268:1

defendants'
4:13 266:11,15
267:19
defense 46:15
317:6 327:20
328:6 335:25
337:1,10
defer 53:8,11,16
53:19 54:6,9
54:19 65:11
260:16,22,23
265:14,16,17
define 63:14,21
64:20 80:8,12
97:1,3 100:10
144:24 145:1,6
146:10,15
155:11 194:25
212:19 222:21
defined 32:19
65:22 146:7
327:19 336:15
defines 146:20
defining 144:21
definition 41:23
63:15,21,22
80:10 97:13,15
97:17,18,19,20
128:24 147:6,9
228:24 235:21
293:12 294:24
317:24
definitions
147:7 236:6
degree 45:19
46:24 131:19
191:22 192:14
degree-relatives
140:14
delay 239:15
delegate 341:12
341:21,24
342:10
delegates 348:18
350:16
delivery 139:20
delve 73:13

demographic
343:3 346:2
demonstrate
164:2
demonstrated
241:9
demonstrating
192:3
demonstrations
223:12
denote 14:16
22:1
dense 326:6,8,9
Denver 2:4
department
15:10,15 41:10
79:12 113:22
depend 128:12
128:18 129:3
depending
236:6
depends 158:11
212:7
deponent 7:10
357:1
deposed 16:12
deposes 7:21
deposing 356:14
deposition 1:12
4:11,14 7:7 8:5
8:11 11:6,9
14:22 18:2,13
22:9 29:22
31:3 33:3,6,9
34:20,23 35:4
35:6,19 46:14
50:15 80:10
83:11 89:5
90:24 100:1
141:7,10,15,18
142:12 170:19
172:18 216:20
263:10,14
266:9,11,16
267:2,16,18,25
286:19 326:15
338:13 353:16

354:2,5 356:3
356:12,16,17
depositions
34:25 261:2
deps@golkow...
1:24
derived 279:7
dermally 97:12
derogatory
261:13
DES 114:11,14
114:17,19,22
115:5,13
116:20 117:5
118:18 121:9
121:11,19
122:6,8,14,21
123:5,22 124:5
124:15,18
describe 59:18
148:14 193:7
193:25 194:13
216:1 236:17
238:7 244:8
described 82:7
97:22 115:3
213:15 226:14
281:11 312:22
331:21 332:14
describing
116:17 215:16
226:18 259:2
281:20 282:8
description 4:10
83:2 236:20
261:11 331:23
design 85:3
178:1 233:12
247:7 281:23
291:9,13
designed 219:8
279:5 310:10
designing
281:10
detailed 75:18
details 271:23
detect 295:5

detecting 297:9
316:5 317:1,18
detection 6:9,15
187:19 294:20
298:1,6,20
299:15 301:20
302:1,9,22
307:11 309:3
310:11,14,25
313:8 314:1,7
314:14 318:10
318:12,16
319:3 339:12
339:21 351:14
determination
67:12 245:9
253:6 342:13
determine
117:13 148:11
285:5
determining
119:12
develop 57:4
129:15,20,24
151:22 160:20
196:4 291:10
313:6 343:5
346:4 351:13
developed 96:1
96:17 313:14
340:7 343:14
344:2 347:17
348:18 349:10
developing
39:16 40:13
101:11 102:25
117:1 139:11
143:21 343:13
348:22 349:21
development
5:2 16:2 51:24
56:12 57:18
62:17 63:11
69:9 82:15
91:7,17 100:13
101:1 102:6
103:20 108:14

108:23 114:22
115:2,6,13,22
116:23 117:6
118:19 125:15
127:12 130:24
131:6 134:25
135:10 137:19
138:9 139:15
139:25 140:4
140:12,15,19
143:17 144:14
151:6,24 152:2
162:22 164:1
165:13,18
173:9,21
178:15,21
184:7,14
197:13 216:11
220:18 230:16
231:19 312:13
327:22 328:7
347:4 349:2,8
350:7
**develops** 133:9
147:23 148:20
220:19
**devoted** 52:13
**Devyn** 3:18 7:2
**diagnosed** 66:9
**diagnosis** 298:2
298:6,20 299:9
299:13 300:23
301:3
**diagnostic** 308:2
**diagnostician**
60:3
**diagnostics**
60:11 66:21
**diagram** 215:12
215:24 218:15
229:12
**dictionary** 97:14
146:19 152:8
**diethylstilbest...**
114:11
**differ** 283:13
296:13

**difference** 10:24
212:13 249:14
283:10 334:7
351:8
**differences**
251:18
**different** 17:10
32:16 50:7
54:2 85:24
98:12,13 112:3
119:7 123:10
206:1 213:3,15
220:19 241:1,3
247:22 283:6
318:9,14,17,24
330:23 331:4
335:7
**differently**
325:14
**differing** 158:9
**differs** 140:25
144:3
**difficult** 32:23
40:20 49:23
52:24 93:23
94:7
**digest** 122:1
**dimethylsulfo...**
5:16 234:10
236:12 243:1
**dioxide** 254:2
279:12
**Diplomate** 1:18
355:3,17
**DIRECT** 8:1
**directed** 197:14
**directly** 190:12
245:18 258:25
**disagree** 83:22
85:5,21 86:7
97:16 128:3
133:12,16
140:7 141:9
142:8,9,14
192:19 206:13
211:3 212:2
228:1 247:3

292:24 293:15
316:24 325:13
**disagreeing**
236:16
**disagreement**
43:11 96:18
**discern** 334:10
**disclosure**
334:19
**discourse** 10:3
170:7
**discuss** 28:9
85:2 90:15,22
159:5 166:24
199:21 271:17
271:18 315:10
325:17 351:13
**discussed** 62:5
71:19 137:2,9
143:5 144:5
172:16 184:8
191:25 215:2
232:13 257:18
280:16 315:12
327:13 349:20
**discussing**
168:16 199:16
211:17 212:21
214:24 216:3
235:23 239:8
241:19 276:7
284:20,24
347:2,19 352:4
**discussion** 22:11
165:5,8 240:20
240:22 241:4,8
256:20 324:4
343:2
**disease** 81:18,25
82:3 101:1
107:13,18,24
127:4,16
137:14 189:24
190:11 200:10
209:23 212:1
299:3,8 316:5
317:2,19 327:8

**disease\talc\tis...**
182:18
**diseases** 62:19
101:17 299:3,4
**disfavored**
302:22
**dish** 251:13
252:10,10,14
253:3,4 287:6
292:13
**dishes** 250:12
**disingenuous**
348:11,14
**disinvited** 274:1
274:4 275:20
**displacing**
237:14
**display** 216:16
**dissect** 60:22
257:5 259:7
296:23
**dissection** 61:2
**dissemination**
163:22
**dissolution**
242:8 246:1
**dissolve** 236:13
247:8,10
**dissolved** 244:4
246:11 248:14
**dissolving** 248:2
248:9
**distal** 262:5
**distill** 159:25
160:10,18
166:8,15
**distinct** 62:19
165:14
**distinguish** 84:7
164:4
**distinguishing**
35:11
**distracted**
117:17
**distracting**
118:8
**distribute**

252:11
**distributed**
252:5
**DISTRICT** 1:1
1:1
**ditto** 17:2
**divides** 155:7
**dividing** 233:9
**division** 16:25
85:6,12,16,18
85:21 86:8
161:5 164:3
199:8,10
203:17 204:1
205:8
**divisions** 163:19
164:8 198:24
**DMSO** 5:16
233:13,18
234:5,9,18
236:9,15,20
237:11,16
238:1,8,11,14
241:10,19
242:8,16,23
243:8,18 244:5
245:15 248:14
252:9
**DNA** 85:7,11,15
85:18,22 161:4
161:21 171:18
203:18 205:10
211:18 328:11
328:12,13
**doctor** 21:6
24:11 27:15
35:2 38:23
41:22 43:24
44:6 48:5
60:16 61:18
74:13 95:24
103:22 106:6
111:20 122:13
137:12 142:2
142:19 144:7
164:19 165:22
166:19 167:16

168:22 169:3
172:19 173:18
175:4,11,18
184:5 202:11
205:5 206:19
210:1 214:21
218:4 222:18
224:16 227:16
228:2,13 239:6
243:14 256:10
267:14 287:2
323:16 331:15
332:13 351:4
**doctor's** 156:13
**document** 1:6
4:13 8:20
17:23 20:13
45:21 120:1,4
120:8 201:6,9
201:10,14
228:21 321:19
322:14 352:1
**documentation**
13:1 78:7 79:5
112:19
**documenting**
266:1
**documents** 12:7
13:16 28:6,12
32:23 34:24
46:13 61:21
112:25 170:20
172:15
**doing** 30:22 47:5
100:4 240:23
286:1 313:16
326:8 356:8
**dosage** 245:10
**dose** 246:1
248:19 249:1,3
250:17 252:17
253:6 289:10
**doses** 245:16
248:20 249:1
249:10,15
250:3
**DPM** 2:3

**Dr** 5:3,4 6:1 8:3
11:14 22:12,14
29:23 30:2
31:1,9 32:4,6
33:4,12,17
34:3,14,17
35:18 37:17,23
38:6,12 39:10
39:18 40:15,23
42:8 43:25
44:7 45:6 46:3
47:7,16,19
48:3,11,17,23
49:4,6,8,10
50:11,17 51:17
51:21 52:3,7
52:12 53:20
55:4 68:19
90:15,23 91:21
91:24 92:4,10
93:9,17 94:1
94:14,15,20
95:9 111:3,4
111:13 116:14
130:13 136:5,5
141:23 143:6
155:13 168:15
169:11 170:1
172:17,24
173:3,6 179:16
183:16 184:9
184:12 186:14
187:10 188:12
189:2,3 193:6
193:24 216:19
225:16 241:22
241:24 243:18
244:8 245:13
248:1,20,22,23
249:4,19
251:11 257:19
263:6,11 266:8
266:18 267:10
267:15,23
268:13 269:14
271:11 278:18
279:3 281:9

285:1,16 286:9
288:16 305:22
306:25 312:21
319:20 324:3
334:17 335:17
338:12,25
342:9 351:22
**dramatically**
133:25
**drink** 10:1
**DRINKER** 2:21
**Drive** 2:17,22
**driven** 285:6
**driving** 134:24
135:9
**Drs** 136:14
157:12 194:12
**drug** 114:25
115:16 118:22
124:20 125:14
205:21,22
289:6 290:20
**drugs** 173:11
235:8 241:10
**DSC** 51:6
**Duces** 4:12,15
**due** 71:11 81:21
85:25 86:1
110:11 157:22
192:3 193:22
332:20 348:7
**duly** 7:19 355:5
**dumping** 281:2
**Durham** 313:17
**Dynamics** 104:3
110:7

—————
**E**
—————
**E** 2:1,1 3:17,17
37:22 304:23
**e-mail** 58:14
169:10
**e-mails** 168:25
169:4,14
170:15
**e.g** 244:13
**E6** 152:16,16

**E7** 152:16,17
**earlier** 90:12
92:9 113:7
124:24 137:2,9
137:22 158:19
172:4 195:4
215:1 225:13
235:23 244:11
257:18 291:4
309:2 327:13
**early** 6:9,15
18:11 57:8,13
112:14 140:18
144:11 187:19
224:11 235:3
294:20 295:5
298:1,6,19
299:9,15
301:20,25
302:9 307:11
309:3 310:11
310:14,25
313:8,25 314:7
314:14 316:5
317:1,18 318:9
318:11,16
319:3 339:12
339:21 344:5
346:9 351:14
**easier** 11:18
71:17 101:8
**easy** 94:10
213:17,19
234:20
**ectopic** 190:9
**editor** 271:10
273:10 274:8
**editorial** 174:3
273:8
**editors** 28:8
275:3 276:9
**effect** 54:16,21
75:22 104:4
110:8 128:11
128:17 129:2
149:1 222:13
222:14 234:6

265:12 280:20
280:20 289:11
310:11,14,24
**effective** 203:18
290:24 297:23
297:25 298:5
313:25 314:7
315:3,17
316:18 318:1,2
**effects** 164:4
205:21 223:13
241:10 285:3
**efficiently** 266:2
**effort** 295:5
**effusions** 251:5
**egg** 265:2
**eight** 120:15
147:13
**either** 26:5
60:18 64:3
92:9 197:23
224:8 226:23
243:25 253:2
303:10 332:24
337:9
**electrical** 81:15
**electricity** 81:4
**electron** 5:19
**electronic** 241:2
**element** 73:25
74:14 281:15
**elements** 70:13
70:19 71:20,21
73:17 244:12
279:2,19
281:18,21
282:1,4 283:25
284:19
**elevated** 6:4
299:14,24
306:16
**elevation** 197:9
**elevations** 190:3
**eleventh** 323:17
**Elias** 6:15
314:15 315:24
**eligible** 329:6

Ellen 47:3,7
ELLIS 3:12
else's 193:18
embedded 27:8
    57:25 58:23
    90:4
emerging
    218:20
Emmel 2:8 5:4
    22:12,14
    169:11 170:1
    321:24
employ 87:23
employed 89:3
employee
    355:11,12
employees 28:7
employer 18:7
employment
    38:2
enabling 218:20
encompass
    88:12 225:1
endogenous
    164:9
Endometrial
    38:8
endometriosis
    190:8 209:21
    211:24 299:2
endometrium
    264:11
endosperm
    279:8
ends 237:8
England 116:16
English 146:10
    189:21
enhanced
    319:23 321:4
    322:19
enhancing
    222:13
enormous 107:2
    245:16
ensuing 223:8
entails 41:23

196:25 197:6
entire 32:14,17
    33:13 86:16
    225:3 242:6
    250:8 262:24
    272:5 303:12
entirely 262:14
    318:9,16
entirety 92:23
    120:4
entitled 210:19
    301:7
environment
    4:23 65:4,8,23
    128:8 129:11
    134:13 156:14
    253:15
environmental
    4:21 116:21
    119:20 127:25
    128:11,17
    129:3,5 130:24
    131:5,12,22
    136:16 149:25
    150:7,11
    154:13,16
    157:23 327:9
    343:4 346:3
environmenta...
    133:15 136:9
EOC 62:20
    177:25 178:3
    300:22 301:2
EPIC 308:24
epidemiologic
    53:2 83:23
    109:10 123:13
    144:19 166:25
    183:24 184:2
    189:20 199:25
    201:7,22
    221:16,22
    329:23 331:12
    331:13 351:14
epidemiologic...
    166:23
epidemiological

6:7 48:7,8 53:6
    53:15 54:5,16
    68:11 69:7
    304:3 331:10
epidemiologist
    51:4,5,8 53:9
    53:16,21 54:6
    54:20 257:20
epidemiology
    51:12 52:20
    82:14 84:5,19
    85:2 125:17,20
    195:5 199:9
    257:15 258:1
    296:4 340:9,15
epidermal 236:2
    236:3
epithelial 5:9
    6:4 62:17
    112:5 143:21
    177:24 186:22
    189:4 202:6
    210:20 213:11
    232:4 299:7,11
    299:13,25
    307:3 308:3
    316:17
equals 196:18
equate 138:4
    161:7,24 195:7
    303:15
equates 195:14
    246:14
equating 161:12
equation 249:24
equivalent
    248:20
erased 333:1
errata 356:6,9
    356:11,14
    357:7 358:1
error 85:7,11,15
    203:18 205:9
errors 85:18
    155:4 161:4,21
Eslick 257:23
especially 144:2

184:6 287:4
    331:12
essence 8:18
    9:10 11:1
    145:1 151:5
    158:7,9 160:1
    244:24 347:11
essential 279:1
    279:19 281:14
    281:18,20
    282:3 283:25
    284:19
essentially 16:23
    17:19 173:6
    184:12 279:25
    282:3
establish 15:18
    84:11 310:10
    310:14
established
    94:13 122:15
    122:22 123:6
    123:23 124:21
    125:4,16 173:6
    184:11 296:1
    346:24 348:21
    351:3
esteem 181:3
    188:16,20
estimate 10:22
    10:24 11:3
    18:10 20:2,3,9
    57:10 176:22
    250:9 329:7
    334:15
estimated 164:6
estimating
    181:14 272:24
estimation
    250:16
estrogen 114:18
    114:20
et 4:22,24 5:2,6
    5:10,13,18,21
    5:23 6:5,7,10
    6:14,15,18
    156:8 164:20

179:9 198:8
    220:12,12,13
    225:21 234:9
    234:18 236:17
    239:16 241:22
    255:2 256:11
    256:12 257:12
    268:13,21
    269:14 270:23
    271:3 273:24
    285:1 300:25
    304:4 307:9
    309:9 326:23
    332:8 334:18
ethnicity 102:4
    102:5,24 103:1
    103:11 108:14
    108:16,18,20
    144:10 344:5
    346:10
etiology 135:23
    136:2 166:11
Europe 341:9
European 309:1
evading 231:14
    231:24
evaluate 165:11
    177:22 241:25
    243:17
evaluated 178:3
evaluating
    121:7 122:4
    300:5
evaluation 6:10
    254:1 307:12
event 134:19
events 124:4
    157:14 190:4
    209:19 210:5
    211:5,22 212:4
    224:10,11
    233:4 289:13
    336:1 346:14
    347:20
eventually 257:1
    262:11
evidence 62:15

62:23 83:23
124:14 133:17
163:23 165:15
166:16 183:17
183:18 191:17
194:21 200:1
201:21,22
203:23 205:6
210:2,25
219:17 220:12
238:13 253:8
254:9 258:20
259:2,3,15
260:24 300:25
312:9 327:18
**evidenced** 318:3
**exact** 129:19
177:1 276:18
276:22
**exactly** 137:24
239:20 276:1
**examination** 8:1
352:22 355:5
**EXAMINATI...**
4:4
**examine** 60:12
**examined** 71:22
**example** 16:9
37:20 71:22
72:9 81:5 90:1
90:7 96:10
99:13,16 101:8
106:24 107:8
107:12 116:10
129:4,13 149:9
153:3 166:17
195:2 211:14
248:22 250:4
263:6 265:9
266:9 279:6
281:5 283:10
340:16
**examples** 308:5
**exceed** 327:20
**exceeding** 328:5
**Excellent** 62:4
**exceptions**

135:1
**excess** 190:2
192:13
**excuse** 71:10
105:17 179:23
181:24 206:5
266:3
**executive** 290:8
**exhibit** 13:21
19:21 20:16
23:4 24:6,8,12
29:16 36:16,19
119:15 135:12
135:15,18
156:23 162:15
168:23 169:18
175:1 180:2
186:16 214:3
214:22 217:16
217:20 227:24
228:9 229:3
232:18,19
234:14 256:7
269:10 274:12
278:8 283:21
283:24 299:17
303:22,25
307:4,8 310:1
314:9 321:15
321:24 322:3
326:19,23
344:25 345:3
**exhibits** 4:9 11:7
11:11 31:4
35:6 46:14
**exist** 28:23
**existed** 57:14
318:21 348:1
353:21
**existing** 62:14
62:22 77:14
83:15 224:8,9
224:21,23
**exists** 65:3
166:10 266:13
**exogenous** 153:4
**expand** 141:14

141:17 142:10
**expect** 175:25
**expel** 263:9,19
**experience**
111:14 177:5
243:4 273:2
274:11
**experiment**
90:16 92:4
148:8 205:20
290:23 324:18
**experimental**
84:24 178:1
192:2 236:14
242:22 243:5
247:7 281:23
291:5 337:16
**experimentally**
295:4
**experimentati...**
197:22
**experimented**
248:8
**experiments**
113:1 148:3,11
148:25 242:16
251:11,20
278:15 279:4
280:17 281:11
284:25 285:1,2
285:16 286:1
325:11 326:10
326:14
**expert** 4:19
16:16 18:5
27:23 31:7,8
32:6,7 33:12
34:1,3,18 35:5
35:7,19,20
36:20 37:17,21
38:23 39:2,6
42:6,6,25 45:4
45:9,13 46:14
46:17 47:2
49:12,18 50:3
50:18,20 52:20
52:25 54:13,15

55:9,15 61:22
68:20 69:21,23
70:1,4 74:8,10
78:16 83:11
84:19 86:14,16
86:20 87:14,18
87:25 88:22
89:4 90:15,24
92:11,24 93:11
93:19,21 94:1
94:12,15,22
95:3,11 96:1,2
96:4,12,16,19
96:22 104:13
111:8,14 112:8
112:21 113:25
125:20,24
127:22 135:21
147:12 155:18
159:6,15,17
160:19,25
164:21 166:2
167:9,13,20
171:10 172:18
175:15 176:10
195:5 201:11
230:21 233:10
235:4 241:18
245:10 253:13
260:9 261:17
266:8 267:15
267:19 268:1,2
273:22 278:14
284:23 286:19
294:1 297:7
300:5 303:16
316:10,13,22
319:11 322:12
323:18 326:16
328:20 329:23
330:6 331:22
333:12 334:20
334:25 335:4
335:18 337:9
338:2,17 339:6
348:23
**expert's** 112:8

**expertise** 190:18
190:24 191:4,6
191:12,15
196:20 270:8
270:17 271:2
331:14 349:7
350:11
**experts** 35:7,21
37:18 46:15
48:8 91:6,15
99:10 143:8
171:15 225:15
270:22 275:2
296:22 338:8
338:16 348:15
349:6
**experts'** 225:9
**expires** 357:17
**explain** 54:21
72:3 134:17
160:24 228:24
263:3 296:25
311:10 325:8
332:5 349:12
**explained**
281:19
**explaining** 4:24
156:15 172:11
**explanation**
226:5,10
**explanations**
157:14 171:22
**explication**
336:12
**exposed** 114:13
116:19 129:23
**exposure** 51:24
57:12 62:16
64:2 114:21
115:5,12,24
116:22 117:5
118:18 131:6
131:13 136:22
172:14 190:8
193:25 194:1
196:7,12
209:21 211:24

Jeffrey A. Boyd, Ph.D.

212:23 242:1
278:21
**exposures**
149:25 150:8
154:13,17
**expression**
302:19
**expulsion** 262:4
263:21
**extension** 309:2
**extensive** 329:4
**extensively**
285:12 294:19
294:25
**extent** 68:2
70:22 89:10,12
110:14 131:8
139:5 152:19
183:22 208:16
322:15 336:14
353:19
**external** 64:24
65:4,23 136:21
253:10,14
254:11 258:21
331:9
**extracted** 272:6
**extraordinarily**
32:23 72:12
99:2 124:4
131:4 160:3
176:21 212:19
232:3 246:3
280:21 290:17
298:23
**extremely** 9:6
42:14 116:9
290:1 297:23
315:5,18
342:17
**extrinsic** 5:2
162:21 164:5
165:12

———————
**F**
**F** 3:8
**fabulously**

81:21
**face** 250:24
**face-to-face**
169:17
**facilitate** 339:11
339:20
**fact** 13:15 38:5
124:17 130:4
130:22 133:3
134:24 173:20
179:7,25
187:13 202:6,9
211:1 224:16
242:16 244:13
244:17 273:18
276:2,25 279:1
296:18 301:5
315:16 320:11
339:1 353:21
**factor** 63:16,22
64:1 100:8,10
100:16,16,22
100:22 101:1
101:19,24
105:9,22
106:11,22
109:1,5,19
119:14 128:12
128:18 129:3,5
130:24 139:2
139:15,24
140:1,4,11,15
142:21 143:12
143:17 145:22
152:12,14
180:20,23
181:1 193:8
194:1,14 195:2
236:2,3 336:24
337:3 349:8
**factor's** 128:11
128:17 129:2
**factors** 5:2
52:21 57:17
62:25 63:11
100:12 103:19
103:23 104:5,9

104:23 105:20
106:14 107:23
109:18 110:9
131:22 136:21
136:24 137:18
138:8 141:1
144:14 150:11
154:19 157:23
162:22 163:24
164:5,13
165:12,16
189:21,22
190:7 191:20
191:21,23
327:10 330:23
331:4 343:4,15
344:3 346:3,7
347:1,18
348:20 349:19
351:12
**facts** 15:4
**fail** 356:17
**failed** 279:3
313:23
**failure** 205:23
241:22,24
243:17
**fair** 10:11 22:22
26:19 42:23,24
43:7,8 45:17
46:22 52:10
59:5 104:7
105:23 188:3
223:5 231:23
236:19 288:9
291:8 330:21
346:22
**fairly** 311:2
**fallopian** 253:15
257:1 262:7
263:24
**false** 349:24
**familiar** 34:22
38:10 52:11
53:1 73:25
74:13 81:17
82:6,10 84:21

91:20 97:21
98:9 99:11
109:8,17
119:23 127:10
128:7 166:19
167:3,7,10
179:15,20,24
213:20 247:25
265:25 266:6
267:22 276:13
336:4
**family** 45:24
108:24 140:10
140:13 144:11
344:4 346:8
**fantastic** 247:2
**far** 9:20 107:18
149:19 157:2
195:10 206:12
209:11 242:10
251:4 311:15
333:19 335:25
**fashion** 13:18
33:23 64:4
85:24 311:9
348:8
**fast** 210:14
227:7,14
**fate** 314:6
**favor** 17:11
**favors** 337:16
**fax** 1:24
**FDA** 297:6
298:3,19
**FDA-approved**
294:10 297:19
**Feature** 38:8
**February** 13:3
19:22,25 20:4
20:24 21:7
95:18
**Federal** 14:11
18:24 40:6
256:2
**feeds** 185:22
**feel** 142:13
**fellow** 31:23

59:22
**fellows** 32:1
86:25 87:8,8
**female** 61:3,5
64:10,24 121:9
122:6 169:15
255:10 260:5
260:11 262:5
263:5,22
**fibrosis** 246:7
**fibrous** 76:9
**field** 54:12 99:5
99:9,10 134:16
218:6 275:3
**fields** 199:13
**fifth** 316:15
353:4
**fight** 219:8
**figure** 99:13
179:25 215:18
215:23 216:7
218:24 229:12
230:19 232:18
232:19
**file** 23:8,9 24:25
25:3,8,24
321:23
**filed** 11:19 17:8
**files** 23:8 24:25
25:4,8,13,15
25:20,24 26:5
26:17
**filing** 15:7
**final** 6:1 172:22
196:22 301:23
307:18 329:3
334:1,4,6,11
**finalized** 95:14
**Finally** 164:8
172:23 173:3
**financially**
355:13
**find** 40:19 72:8
83:17 89:13
94:6 147:17
194:5 240:22
322:3 330:13

331:15 332:13
**FINDEIS** 2:12
**finding** 206:11
**findings** 285:6
　294:3 319:25
　321:6 322:20
　323:2
**fine** 272:24
**finely** 70:11,23
　279:10 281:3
**fingers** 160:7
**finish** 143:13
　282:20 305:14
　305:16
**finished** 92:16
**finite** 270:16
**fire** 185:20
**firm** 2:16 81:15
**first** 7:19 11:8
　15:1 17:5 22:1
　26:3 27:9
　29:21 32:3
　53:18 55:7,13
　58:13 59:23,23
　106:2 111:12
　114:1 121:20
　123:8 124:25
　125:19 130:5
　130:23 131:9
　140:14 151:14
　157:12 163:15
　164:2 165:3
　171:14 176:20
　178:13,14
　182:4 185:14
　199:23 204:2
　210:11,24
　213:14 215:5
　218:11 219:23
　222:5 227:25
　229:14 233:12
　238:4 244:9
　254:17 258:24
　268:21 272:25
　273:15 274:19
　274:25 275:22
　276:17,24

307:22 314:25
　314:25 323:19
　327:5 328:2,25
　333:13,19
　334:24 335:11
　335:23 336:17
　345:25 348:5
　348:25 353:12
**five** 120:14
　144:1 197:4
　219:2 233:22
　300:14 302:2
　310:9 352:15
**flames** 185:23
**flawed** 272:18
　326:11
**Fletcher** 5:23
　268:21 269:14
　270:23 271:3
　273:24 334:18
**flip** 80:24
　139:13
**flipped** 169:6
**FLOM** 3:1
**Florham** 2:23
**Florida** 1:15
　2:18 7:8 15:10
　15:14,15 16:25
　79:15
**fluids** 262:10
　263:8,18 264:2
**flushed** 264:5
　265:21
**FLW** 1:5
**focus** 45:25
**focused** 79:25
　80:6 82:14
　121:24
**focusing** 184:5
**follow** 63:4
　225:11 243:23
　320:10
**follow-on**
　303:11
**follow-up** 166:2
**followed** 313:8
**following** 121:3

135:6 156:7
　319:20
**follows** 7:22
**fool** 97:5
**footnote** 254:6
　254:13 259:20
**force** 134:24
　135:10
**foregoing** 355:7
　357:4
**foreign** 263:13
**Forest** 2:4
**forgive** 90:11
　92:15
**form** 11:24
　108:18 114:17
　213:22 220:19
　247:17 265:19
　268:3 285:7
　298:1,5 308:16
　357:6
**formed** 94:23
**forming** 74:23
　96:12
**forms** 59:13
　213:15 283:6
**formulated**
　56:25 57:17
　59:2 78:16
**forth** 90:17 91:5
　91:15 116:2
　172:18 220:14
　280:18 292:4
　299:4 313:21
　333:7 355:9
**forum** 6:21
　340:24 345:7
**forward** 63:15
　63:19 88:9
　198:20
**found** 76:18
　147:19 194:8
　259:9,16
　278:24 325:23
　332:23 335:4
**foundation**
　48:16

**four** 14:22
　120:14 219:2
　223:18 224:18
　306:15 328:13
　341:3 352:15
**four-page**
　326:14
**fourscore**
　141:22
**fourth** 209:10
　210:11
**fragrant** 76:17
**Fran** 181:8
**frankly** 214:1
　290:2
**fraud** 113:19,23
**free** 96:13
　327:20 328:5
**Freeze** 248:5
**frequency** 103:6
**frequently**
　61:22 181:5
　231:10 232:5
　242:23
**fresh** 243:8,8
**front** 37:14
　42:20 86:15
　146:21 182:3
　184:20 249:9
**fuel** 185:22
**full** 14:13 35:17
　114:1 122:1
　141:18 142:15
　142:16 165:3
　222:6 323:19
　328:25 333:13
　346:1
**Full-term**
　139:20
**full-time** 45:23
**fun** 170:19
**function** 46:11
　73:23 231:5
　259:15
**functional**
　216:10 230:15
**functionally**

223:12
**functioning**
　152:22
**funded** 337:17
　338:13
**funny** 261:10
**further** 123:17
　194:4,6 216:6
　221:15 259:3,6
　267:9 309:2
　324:16 351:17
　351:19 353:24
　355:7,10
**furthermore**
　116:9 303:14
　326:7
**future** 197:14
　286:12,23

---

### G

**G** 3:17 6:16
　326:24
**gadolinium** 74:1
　74:14,18 75:9
**games** 103:24
　147:1,3 236:24
　353:3
**garble** 24:16
**gears** 288:2
**gender** 101:10
　138:13
**gene** 38:8 128:8
　129:11 151:15
　152:20 231:6,8
　232:3,6
**general** 4:19
　25:11 28:25
　59:9 60:20
　64:8,9 72:7,12
　82:10 84:4
　86:23 91:1
　99:15 129:10
　133:13 134:15
　136:7 166:11
　166:12 176:22
　195:16 196:2
　221:8 228:6

generally 32:22
46:4 62:13
68:21 73:16,22
99:3,11 101:18
103:4 106:18
106:20 116:8
127:3 128:5
134:21 160:2
160:14 161:3
201:18 204:4
208:24 212:18
216:9,15 220:1
229:23,25
230:3,9 231:21
231:25 232:6
235:20 265:16
273:13,13,19
280:6 282:7
285:8 292:2
319:18 328:6
333:2
generating
205:19
generation
66:24 67:7
218:1
generically
228:13
generous 188:2
genes 4:23 103:5
126:19 132:3
134:7 135:7
136:25 151:8
152:2 156:14
231:4
genesis 222:20
genetic 47:11
60:9,12 67:3
83:3,6,6 126:5
126:13 127:3
127:24 128:12
128:18 129:2
147:16,21
148:4,13,19
149:1 151:7,14
151:17,19,23
152:1,21 155:3

157:22 161:2
185:15,19
327:10 330:23
331:4 349:13
350:14 351:12
geneticist 60:2,5
155:1,22 159:8
165:24 174:13
genetics 60:6,8
79:13 127:22
199:9
genital 144:13
256:24 344:8
346:8 347:3
genitalia 64:24
genitourinary
61:3
genome 134:3
153:1 155:5
331:23
genomic 67:1
114:9,10
Genomics 50:23
genotype 324:12
geologist 74:16
75:20
geology 69:23
Georgia 345:20
germ 213:12
germane 21:11
87:16
get-go 310:24
getting 68:22
108:19,20
109:9 151:20
195:20 196:19
207:6 220:4
259:10 325:15
Ghassan 111:13
274:20
giggling 261:19
gist 281:22
335:17
give 11:3 29:6
36:8,10 66:2
80:3 85:17
86:2 101:6

106:23 129:4
132:3,10
141:18 142:16
149:4 181:25
195:17 204:12
227:8 239:11
249:3 253:20
288:17 295:12
301:21 343:25
given 54:10,11
59:10 90:12
101:10 115:19
115:24 121:10
122:7 315:1
318:25 342:20
357:5
giving 99:14
glance 11:20
glass 281:4
go 11:18 12:21
13:5 24:11,15
26:20 29:15
32:20 34:9
37:8 63:15
80:9,25 81:5
98:25 142:7
170:21 172:21
178:5 179:8
180:1 206:17
206:21 207:23
208:2 219:1
223:24 226:12
227:4 245:8
258:4 261:17
287:5 291:20
297:17 309:8
310:20 315:23
321:14,22
322:1 323:8
332:9 341:11
349:1
goal 150:20
152:9 270:11
270:13,19
342:12
goals 186:15
God 313:4

goes 126:4 147:6
185:8 221:9
248:12 252:15
289:7
going 9:23 10:23
11:9,24,25
13:24 18:9,20
23:6,6 36:9
57:7,20 61:9
61:21 63:19
73:24 87:6
88:9 94:9 97:2
97:5 108:3
139:21 141:21
141:23 147:2
153:13 156:12
161:10 163:8
167:8 172:20
176:9 177:10
179:3 193:17
207:23,24
208:2,4 211:9
217:13 224:24
229:8 232:25
240:14,24
244:10 245:1
249:8 252:4
257:7 260:8,12
260:19 261:9
261:10 271:17
271:18,23
277:10,14,17
278:4,10 283:8
288:3 289:22
294:9 308:16
309:13 318:12
331:11 337:18
337:19 343:24
351:25 353:3
gold 304:18
Golkow 1:23
3:18 7:3
good 8:3,4 9:21
61:8 110:18
151:11 153:3
167:24 168:3
174:23 186:9

199:19 206:14
206:16 248:24
261:4 283:9
good-looking
199:20,20
Google 89:10,12
97:14
Googlian 176:4
gotten 275:21
graduate 79:19
grams 246:11,14
grant 154:1
granted 15:17
173:4 184:9
250:16
graphs 334:5,6
gravitas 105:18
106:7
great 21:21
101:14 110:21
166:8 168:4
312:20 313:12
334:9
greater 315:4
326:24
greatly 319:23
322:19
green 117:23
ground 70:11,23
142:4 279:11
281:3
group 84:25
291:6
growth 207:5,19
226:13 227:18
228:14,18
229:18 231:6
231:19 236:2,3
guardian 152:25
guess 10:21,24
18:10 20:7
83:8 117:25
207:10 240:5,6
240:16 274:6
351:18
guessing 11:1
181:13,14

202:11,22
272:24 342:2
**Gupta** 6:7 304:4
306:14
**guy** 170:7
345:18
**guy's** 42:25
**guys** 45:1
**GYN** 31:23,25
**GYN-18-1020**
6:1
**gynecologic**
6:22 39:15
41:6,19 47:12
48:20 84:25
187:20 198:17
200:3,22 202:8
202:13 260:17
269:22 270:21
271:4,10,12
273:5,7,9,11
274:2,9,22
275:7,12,24
276:12,13
277:9 278:1
291:6 300:3
319:21 322:13
**gynecological**
38:13,17 39:11
42:7,8 47:11
47:20 48:11
267:2
**gynecologist**
47:4 65:12
257:21 260:17
265:15
**gynecology**
38:24 39:3
41:11 42:6
79:22

---

**H**

**H** 3:17
**H-e-f-l-e-r** 175:8
**H-e-l-z-l-s-o-u...**
179:9
**H2O** 283:11

**H2O2** 283:13
**habit** 64:2
**half** 202:24
299:12
**Hall** 5:18 234:8
234:18 236:17
239:8,16 242:6
243:14 244:2
245:11
**hallmark** 207:5
208:9 219:10
220:6 222:15
229:25 230:1,5
230:8 231:14
**hallmarks** 5:14
97:22 98:9,21
206:23 207:9
207:16,22
208:14,20
209:1 215:9,12
215:25 217:25
218:10,20
226:18 228:15
229:6 231:25
232:12,25
**Hamilton** 250:4
**Hanahan** 5:15
97:23 207:6,13
208:3,15,19,23
209:5 214:23
215:7 217:20
217:25 219:17
222:5 225:23
226:14
**hand** 11:10,24
30:23 31:18
244:16 249:11
282:18
**handed** 162:20
214:22 215:7
**hands** 19:15
**handwritten**
331:16 332:15
**happen** 149:13
270:12
**happened** 94:22
95:11

**happens** 244:19
**happy** 98:24
110:1 176:22
201:9 249:9
265:7 311:11
316:21
**Harbor** 296:21
**hard** 22:19 57:9
109:23 301:5
320:20
**Hardy** 1:14
**Harris** 340:25
**Harvard** 51:12
**HE4** 301:25
302:8
**head** 205:16
288:19
**headed** 95:19
**heading** 93:13
113:10 120:8
304:13
**heal** 219:8
**health** 15:2,10
15:11,14,16
51:13 163:21
164:16
**healthy** 316:6
317:2,19
**hear** 18:21
289:25
**heard** 48:3 75:1
110:11 159:22
295:21
**hearing** 4:20
17:1
**hearings** 17:1
**heart** 299:3
335:12
**heavily** 117:12
164:13
**heavy** 77:9
**heck** 325:9
**heed** 234:3
**Hefler** 5:6 175:7
**held** 1:13 7:8
62:22 341:3,8
**Helene** 340:25

**Heller** 255:5
259:8
**help** 42:18
217:15
**helping** 222:14
276:5
**helps** 62:3
**Hematology**
314:21
**Henderson**
255:1 258:11
258:17 259:7
**Herbert** 79:14
79:22
**Herbst** 116:14
**hereditary**
129:8 151:13
**hereinbefore**
355:9
**hesitate** 73:13
**heterogenicity**
329:9,13,18
**HHMT** 342:16
344:22
**hi** 31:19
**high** 163:20
181:2 187:18
188:15,19
246:3 312:8
313:20 315:3,5
315:10,17,18
**high-risk** 353:7
**higher** 102:25
103:5 104:23
105:4,6
**highlighted**
163:16
**highly** 153:5
157:6 187:2
245:13 302:22
**histogenesis**
114:7
**histograms**
334:11,12,16
**histologic**
143:23 213:10
213:16

**Heller** (cont.)
**histopathologi...**
33:17 92:20
**history** 4:16
14:1,14,23
108:25 140:10
140:14 144:11
180:1 311:15
318:6 344:4
346:8
**hoc** 310:21
**Hogdall** 304:23
**hold** 39:1,5
74:15 78:20
160:12 188:15
188:18 236:8
283:17
**holding** 160:6
**home** 26:4,6
55:5
**honest** 142:15
142:17 326:12
**honestly** 19:14
51:14 58:21
70:3 89:22
92:22 96:11
188:6 279:20
324:20 340:21
350:4
**hope** 106:1
117:8 277:12
295:21
**hopefully** 67:11
**horizontal**
333:19
**Hormonal** 4:21
119:19 120:9
120:23 136:15
**hormones**
136:25 190:3
190:12
**horrible** 310:17
**horribly** 320:8
**Hospital** 15:3,7
17:5 51:7
**hour** 8:23,23
17:23 18:2,13
18:17 19:5

61:10 323:17
338:4
**hours** 18:25
19:2,6 20:4,10
242:20 243:6
**housekeeping**
167:22 168:1
**HPV** 152:11
153:14,16
199:9
**Hudson** 50:24
**Huff** 4:22
119:21 135:13
136:5,14 168:6
**hugely** 128:4
**Huh** 267:4
**human** 60:23
72:18 74:18
75:6,9,22
79:13 82:11
101:15 105:3
115:19 121:10
122:7 134:2
136:6 152:14
157:13,17
160:9,13 192:4
192:23 220:11
252:16 253:3
254:1 278:25
282:17,17
292:3 328:11
331:23
**humans** 73:15
115:18,25
116:3 134:6,21
149:8,12
192:22,23
**hundred** 176:6
176:12,15
250:13
**hundreds**
166:13
**hydrated** 278:22
283:4,7,19
**hydrogen** 71:7
281:14 282:2
283:12,12

284:14
**Hyperplasias**
38:9
**hyphen** 37:22
114:12 155:3
223:14,15
245:14,17
262:9,9 278:24
308:24 309:2
**hypotheses**
91:21 123:16
166:4 192:9
204:5,7,16,19
210:16
**hypothesis**
161:1 163:23
165:9 176:13
189:23,25
192:8 202:3,4
219:25 220:5
244:22 278:20
296:12 324:24
347:10
**hypothesized**
46:7 106:22
**hypothesizing**
212:21
**hypothetical**
220:10 303:16
318:21

**I**

**i.e** 190:9 220:20
263:23
**Ian** 312:21
313:3,13,16
**IARC** 253:25
254:17 259:1
259:13
**iconic** 179:25
**idea** 151:11
174:23 192:12
271:1
**Identifiable**
136:5
**identification**
11:12 13:22

20:17 36:17
119:16 156:24
162:16 169:19
175:2 180:3
186:17 214:4
217:17 234:15
256:8 269:11
274:13 283:22
299:18 303:23
307:5 310:2
314:10 326:20
339:10,19,23
345:1
**identified**
307:25 324:3
**identify** 232:14
**Identifying** 6:3
299:23
**Ie-Ming** 33:3
**ifs** 54:2
**ignore** 173:18
173:24
**ignored** 174:2
348:9
**ignores** 173:7
184:12
**II** 287:10 288:11
289:10 291:16
291:23 292:4
**III** 2:16 287:10
288:11 289:11
291:16,23
292:4
**illogical** 145:10
323:2
**illustration**
218:10
**immense** 164:14
**immune** 136:25
219:7 223:13
223:14
**Immune-prot...**
307:24
**immunologists**
350:12
**immunology**
199:10

**impact** 180:20
180:22 181:1
**impaired** 259:14
**imperative**
356:13
**implantation**
190:9
**implicates** 83:23
200:1 201:23
**implication**
349:1
**implications**
60:7 187:18
228:3 296:5
**implies** 163:19
**important**
106:20 107:2
119:13 126:12
201:17 212:19
218:5 223:12
250:25 263:17
277:13 311:16
311:18 313:2
320:16 344:13
**impossible**
80:14 84:16
85:12 100:19
115:21 124:9
148:7 205:15
213:7 214:18
320:10 334:10
334:13
**impression**
183:6 221:3
338:11
**improved**
273:21
**inaccurate**
125:3,13
197:25 303:18
**inactivated**
231:9
**inactivates** 5:16
234:10 328:10
**inactivation**
232:2
**Inadequate**

278:15
**inadvertent**
219:10
**inanimate** 266:2
**inappropriate**
123:20 152:23
248:6 334:22
**inasmuch**
161:21 243:14
244:2 324:22
338:4
**incessant** 191:19
191:21 209:21
211:23
**inches** 160:7
**incidence** 97:10
130:14
**incipient** 222:14
**include** 37:4
82:12 105:1
114:7 136:20
138:12 149:24
150:7 154:12
172:8 283:1
289:8,9 335:13
**includes** 177:12
**including** 35:4
46:13 121:14
143:22 150:6
154:16 190:7
209:20 211:23
231:1 248:22
282:1 326:4
343:20 344:3
347:2
**incorrect** 183:4
**increase** 97:9
138:18 275:9
320:1 323:3
**increased** 5:23
85:16 101:11
102:5 105:4,14
131:13 138:9
140:19 192:14
195:18 196:8
196:14 268:16
292:15 298:15

298:23 302:16
325:25 339:10
339:19,23
349:21
**increases** 64:3
85:6,21 86:8
205:8
**increasing**
203:17 301:2
**increasingly**
300:22
**incredibly** 94:7
326:9
**independent** 5:5
175:6 178:7
**indescribably**
324:23
**INDEX** 4:1
**indicate** 181:2,4
281:24 282:5
**indicated** 153:2
158:18 199:14
231:1 349:18
**indicates** 313:5
**indirectly**
266:14
**individual** 60:13
115:24 188:24
220:17,25
**individual's**
113:1
**individuals** 9:25
86:25 87:9,13
103:6 129:14
129:18,22
188:19 198:23
336:9 337:19
351:8
**individuals'**
35:6
**induce** 97:8
203:16,25
**induced** 114:12
190:5,19,25
191:10,13
**ineffective** 85:22
205:10 211:18

302:23
**inert** 73:16
247:7 280:7,8
280:12,13,19
280:22 282:6,9
282:10,13,14
282:22 283:5
283:14,20
**infection** 152:11
**infections** 219:8
**infectious** 299:4
**infer** 34:24 80:5
127:17 248:18
260:7
**inference**
200:19 243:4
325:3
**inflammation**
5:7,9,11 21:12
82:15 83:24
89:24 90:2,10
91:7,16 92:1,6
92:21 171:16
171:17 172:8
172:13 173:5,8
173:20 179:10
180:6 182:6
184:6,7,10,13
185:21 186:22
189:4,8,25
190:4,14 192:3
196:24 197:6
197:12,25
198:6,10 200:1
201:2,23 203:6
203:16,25
209:20 210:6
210:20 211:6
211:10,23
212:5,10,16
213:24 219:4,7
220:12 223:10
225:9,14,23
263:4 320:18
320:19
**inflammatory**
178:22 182:11

182:17,23
185:4 190:5,11
190:19,24
191:9,13
192:24 209:23
212:1 219:13
219:20 220:8
222:11
**inflection**
134:19 135:3
**influence** 336:11
**influenced**
164:13
**Influences** 4:21
119:20 136:16
**inform** 99:4,9
275:4
**information**
221:8
**ingested** 97:12
**inhalation**
221:23
**inhaled** 97:11
**inherent** 132:4,6
132:7,14,21
322:23 329:13
329:18
**inherit** 132:7
**inheritance**
157:22
**inherited** 132:14
132:16 133:1,3
136:25 151:15
**inhibit** 231:6
**initial** 124:17
**initially** 124:22
**initiates** 225:6
**initiation** 222:24
224:10 225:24
**inject** 75:5,8
**injected** 72:17
74:18 97:12
247:15 250:7
250:20 251:2
251:23,23
252:3,15,16
253:2,3

**innate** 219:7
223:14
**inquiry** 54:12
**insensitive**
231:11
**insensitivity**
230:6,23
**insert** 216:9
**insignificant**
323:1
**insofar** 90:2
296:19
**instances** 53:5
**Institute** 15:6,9
15:20,24 16:3
17:5,15 50:24
186:24 187:2
199:1,12
345:20
**institution**
113:20
**INSTRUCTI...**
356:1
**instructs** 9:9
**insufficient**
151:23
**insult** 10:23
**intelligence**
10:23
**intend** 111:4
280:11
**intended** 280:11
**intent** 204:25
281:24
**intention** 160:17
160:24 208:17
**intentional** 10:8
**interaction**
128:8 129:11
236:2,4 238:11
**interactions**
327:9
**interacts** 72:6
235:22 238:2,8
**interest** 42:9
43:25 45:12,20
49:17 50:2,6

51:22,22 52:7
59:10 334:20
334:22 336:11
351:10
**interested** 49:24
55:1 65:15
100:4 276:6
355:13
**interesting**
192:9 204:5
272:2
**interests** 114:3,6
335:3,14
337:22
**internal** 136:24
264:13,15,17
264:17
**International**
79:15 307:14
**interpret** 100:19
145:24 146:1
326:9 337:20
**interpretation**
312:14 325:13
**interpreted**
312:11
**interrogation**
66:25
**interrupt** 107:9
**interrupted**
338:22
**interrupting**
17:16,17 74:24
**intersections**
223:9
**intervening**
263:5
**intriguing** 320:2
**intrinsic** 163:20
163:24 164:5,6
164:10,13
165:15
**introduce** 59:21
**introduced** 8:6
**introduction**
199:24 209:10
210:10 236:25

Jeffrey A. Boyd, Ph.D.

311:22,25
327:6
**invariably**
331:16 332:14
**invasion** 207:25
**invasive** 308:3
**investigator**
113:4,10
292:11
**investigators**
201:22 280:15
281:6
**invited** 351:7,11
**invoice** 12:13,25
13:2 19:11,17
19:21,24 26:16
**involve** 89:8
92:5 330:7
**involved** 115:7
121:21 158:15
158:16 224:11
224:11 247:20
290:15,22
291:1,9,12
296:24 307:1
330:20 349:2
350:6,9
**involvement**
104:16 105:1,5
105:13
**involves** 91:6,16
**involving** 57:11
73:14 112:15
135:9 140:14
242:1 325:22
**irrelevant** 225:4
244:16 245:6
**isoforms** 153:18
**Isotypes** 153:18
**issue** 15:24
22:25 51:23
55:2 94:5
157:17 177:2
239:22,25
**issues** 112:13
233:12
**it'll** 10:3

**italicize** 253:9
**italicized** 323:20
**Italy** 340:18,20
**iteration** 215:5
**IV** 287:11
288:11 289:12
291:24

**J**
**J** 119:22
**J&J** 23:18,18
**J&J's** 23:13
**J.M** 2:12
**Jack** 48:3
**Jacobs** 6:14
313:4
**James** 119:21
135:13
**January** 59:1
63:10
**JD** 2:3,7,16
**Jeff** 4:11,14,16
4:17,19 7:10
14:1 119:21
**Jeffrey** 1:12
7:18 345:19
355:5 357:12
**Jelovac** 294:15
**Jennifer** 2:8
22:12
**Jennifer.Emm...**
2:9
**Jersey** 1:1 2:23
**Jessica** 3:1 9:7
12:12 14:19
39:24 42:17
58:11 120:24
254:9 261:3
**jessica.miller...**
3:2
**Jewish** 102:3,5
102:10,19,24
103:7 108:14
108:16,18
144:10 344:5
346:9
**Jews** 103:3

**job** 312:20
**jobs** 45:23
**John** 2:3 8:7
74:5 187:24
**Johnson** 1:3,3
3:4,4 11:19,19
12:8,8 19:1,1
25:3,3,25,25
27:6,6 35:8,8
55:8,9,14,14
55:20,20,24,24
59:1,1 76:1,1,6
76:6,10,10,18
76:18 77:4,4
77:10,13,14,20
77:20 78:3,4,7
78:7,14 79:4,5
79:9,9 141:11
141:11 197:22
197:22 198:2,2
311:19,19
337:1,2 338:5
338:5
**Johnson's** 76:13
77:10 78:14,18
78:18,21 79:2
**journal** 28:9
90:7 116:16
157:6 180:14
180:17 181:3,5
186:23 187:1,3
187:5,7 271:11
272:14,22
273:14 274:11
275:10 276:11
276:16 277:24
304:5 307:14
323:6 336:3,5
**journals** 157:9
157:10 270:17
273:4
**JR** 2:3
**JRestaino@R...**
2:3
**judge** 16:13
17:11 43:6
160:18

**judged** 336:9
**judgment**
188:23 199:17
**Judith** 48:11,17
49:4
**jumble** 110:12
**jumbo** 24:16
**jump** 172:20
178:5
**June** 162:23
**justice** 326:15
**juxtaposing**
123:18

**K**
**K** 2:8
**K-a-a-k-s** 307:9
**K-n-o-w** 30:11
30:14
**Kaaks** 6:10
307:9
**Kane** 50:9,11
**Kane's** 50:17
**keep** 10:9 22:18
26:14 43:4
57:21 61:23
117:20 167:20
329:16
**keeping** 22:2
**kernels** 279:8
**Kettering** 31:24
**key** 91:4,13
163:21 314:24
314:25 352:6
352:10
**keywords** 89:13
89:17,19 90:2
172:5,9 175:24
**kidney** 130:6
**kids** 101:16
**kind** 16:19
188:22 191:4
211:13 239:10
261:10 286:23
287:18 351:10
**kinds** 236:13
**Kingdom**

295:17
**knew** 55:3
336:21 346:23
**know** 9:1 10:15
10:25 11:3
13:13 19:14
29:23 30:2,6,8
30:8,9,17,25
31:17,21 33:4
34:13 37:23
39:21 40:5,22
41:1,13,16
42:7,15 44:6
44:11 45:6,6
47:7,19,22,24
48:2,5,10,10
48:17 49:6,10
50:11,22 51:9
51:11 52:2
61:24 62:2
64:16 73:12
74:6,17 76:15
79:4 92:14,18
95:16,18 96:4
96:12 99:18,22
118:17 132:20
132:22 147:17
152:14 153:9
159:23 167:18
180:19,22
181:9 186:12
187:10 188:1
191:19 195:14
199:3 208:24
214:11 221:25
222:1 228:10
235:17 240:7
241:16 242:10
245:25 247:3
247:14,17,19
248:15,19
256:2 259:18
259:21 260:4
268:9 269:17
270:1 271:24
275:15 277:1
281:3 285:15

Jeffrey A. Boyd, Ph.D.

285:17 286:1,8
301:5 305:17
309:13 311:15
326:5 342:4,9
350:5
**knowing** 153:4
286:11
**knowledge**
15:13,16,22
20:22 55:18
127:21 153:8
160:10 166:9
216:5 238:10
**known** 31:22
67:7 76:16
136:20 152:16
220:11 311:3
316:16 347:15
347:24

**L**

**L** 37:21
**L-e-v-y** 50:23
**l-i-g-a-n-d** 72:4
**lab** 248:7
**labia** 64:16,21
64:22,22
**laboratories**
113:4
**laboratory** 32:3
50:24 66:22
67:6 112:19,25
113:5,6,10,12
113:14,16
199:10 248:12
286:18 296:21
333:9
**laboratory-ba...**
82:22
**lack** 16:5 83:1
191:22 204:8
299:15,16
**lacks** 171:23
**lady** 9:22
**Lake** 6:21
340:18,20,24
345:7

**Lancet** 180:10
180:13,17
181:1,21,22
182:22 184:18
184:21
**landed** 16:7
**language** 93:3,4
189:21 237:3
**large** 107:4
166:16 169:7
184:1 192:6
251:8,14,23
280:21 315:12
**largely** 147:23
148:21 223:14
**larger** 113:10
**largest** 311:13
318:4
**late** 18:11 57:13
112:13 124:7
134:1 279:24
305:18 325:15
353:2
**Lather** 17:7
**laughing** 94:3
261:1,4 268:7
**launch** 313:21
**Laura** 49:8
**law** 2:2,16 81:14
**lawful** 7:19
**LAWYER'S**
359:1
**lawyers** 9:10
83:9,13 267:21
**lay** 99:14
**lead** 90:5 153:1
162:22 175:7
181:7 227:17
232:8 299:25
301:7,7 307:8
**leading** 123:16
131:13 134:5
148:5,13 149:2
224:12 233:5
**leads** 171:16
242:23
**learn** 95:25

147:6 148:23
**leave** 160:14
171:4 203:13
347:10
**leaving** 146:16
**lectured** 56:18
**lectures** 99:14
**led** 90:3 313:21
344:22
**left** 9:22 147:15
166:12 180:8
182:10 184:17
184:17,20,23
185:14 231:13
256:19 281:17
282:2 300:10
300:14 304:12
304:12 306:14
307:19 308:9
327:6 348:22
**legal** 16:4 24:16
35:11
**legend** 218:25
**length** 280:8
**lesser** 89:9,12
192:13
**let's** 10:8 26:1
36:13 43:16
67:22 104:24
120:7 152:10
154:7 162:19
167:15 170:22
189:16 199:22
206:17,21
226:12 233:10
240:8 245:8
256:5 272:25
283:11 287:25
290:20 299:20
307:16 309:15
310:22 311:17
314:12 315:23
319:10 327:24
334:24 349:1
**lethal** 200:3,22
202:13
**letter** 6:1 271:9

271:17,17,19
272:6,10 274:6
274:8 275:25
276:4,6,7,11
277:5,7 278:5
**letters** 276:8
**level** 106:21
291:14,14,15
294:11 295:7
296:13 297:20
298:16,24
306:17 311:8
327:19
**Levy** 50:22
**LHG** 1:5
**LIABILITY** 1:5
**licensed** 41:22
67:20 68:6
**life** 10:4 87:5
313:5
**lifestyle** 64:2
340:9
**lifetime** 163:18
190:2 196:4
**ligand** 72:4,5,24
74:19 75:9
235:14,16,17
235:20,24,24
236:1,4,5
242:8 244:5
**ligands** 72:8,16
73:2 237:14
241:11,15
243:16
**ligation** 138:18
138:23 144:9
344:7 346:12
**light** 5:19 80:23
80:24 81:5,8
81:12,12
**lights** 185:20
**limit** 104:25
**limitation**
329:13,19
**limited** 101:17
194:19,20

196:16 202:12
206:19
**limitless** 206:22
**line** 114:1
182:15 189:19
209:10 210:11
253:7 272:24
307:19 319:24
320:1 321:5
322:20 358:3
359:3
**lines** 10:2
120:15 147:13
149:17 185:13
197:5 219:3
233:22 237:4
300:15 302:15
306:16
**lining** 190:10
**link** 67:2
**linked** 15:12
178:22 190:12
209:15,18
210:4 211:5,21
212:3,23
213:23
**linking** 106:25
278:21
**links** 134:12,14
**list** 31:7,13 33:2
34:6 46:13
144:13 172:8
182:10 198:22
207:24 208:3
208:14,18
213:2 216:4
345:13
**listed** 13:16 95:3
96:19 182:16
182:22 215:14
218:19 345:17
350:15,16,17
351:6,9
**listen** 10:5,6
**listing** 220:11
**lists** 185:3
**literally** 285:12

**literature** 6:7
52:4 59:9,13
83:15,20 87:17
87:20,24 88:5
88:6,11,17
90:9 106:11
108:6 172:7
175:23 183:6
184:2 186:7
189:11,20
203:8 228:4
260:24 265:18
266:13 304:3
353:18,20,21
**litigated** 176:14
**litigating** 221:4
**litigation** 1:5,23
3:18 7:4,9 8:9
16:8,17,19
17:24 18:6
23:10 25:10
30:1 39:17
40:14 42:11
44:1,8,9 45:15
45:22 46:2
50:16 52:8
55:10,16 68:24
74:4,7 112:9
112:14 143:5
335:19 336:23
348:14
**little** 10:4 11:8
11:18 22:10
26:1 27:12
29:10 35:11
67:22 98:16
100:7 117:22
139:18 210:7
262:19 281:7
**live** 139:14,17
139:24 144:9
344:6 346:11
**liver** 299:2
**living** 252:16
290:6
**LLC** 2:2 3:15,15
**LLP** 1:14 2:21

3:1,6,12
**local** 190:13
**located** 284:20
**location** 322:13
**logarithmic**
251:17
**logical** 145:9
261:24 262:2
263:15,20
**long** 23:20 29:13
57:12 179:18
292:16 326:5,7
343:24
**long-term**
144:12 220:20
344:8 346:7
347:2
**longer** 93:22
**longitudinal**
312:15
**look** 23:3 24:2
43:12 62:1
68:15 77:2,8
90:5 92:13
115:25 120:3,7
163:14 169:4,8
177:20 178:12
180:7 184:17
185:12 186:8
188:21 189:16
189:18 196:22
198:22 199:15
199:16,22
209:8 223:24
224:1 232:19
233:22 248:25
248:25 257:8
268:25 269:25
284:1 289:9,10
293:25 298:14
299:20 301:23
304:11 306:12
307:18 308:21
310:22,24
311:17,21
314:12,24
327:5,24 329:2

330:1,2 353:4
**looked** 12:22
13:6 72:1
343:15
**looking** 35:2
68:12 69:7
89:14 117:21
134:12,13,17
172:12 196:14
206:14,16
215:17 225:22
230:4 240:18
254:12 287:4
287:24 289:5
289:11,12
290:23 293:16
306:13 331:24
332:22
**lose** 244:25
**losing** 244:5
271:6
**loss** 152:24,25
**lost** 17:4 145:18
210:8 237:18
**lot** 19:9 23:6
34:16 96:7,13
134:12,13,16
155:13 160:15
218:8 274:10
281:2 285:20
285:22 296:7
**lots** 48:25,25
242:15
**lovely** 9:22
**low** 106:22
188:19 295:8
297:3 298:23
312:25 315:1
**lower** 114:23
115:14 116:1
118:20 157:2
164:7 180:8
182:4 240:20
249:2
**luck** 4:24 155:3
155:11,14,24
156:15 157:16

157:18,23
158:6,15,15,24
159:8 160:21
163:22 165:9
166:1,3 174:5
174:8,14
**lump** 299:10
**lunch** 167:25
169:5
**lung** 5:12 104:4
104:11,13,25
107:1,19,24
110:8 129:15
129:20 198:11
220:19,24
221:10,12,15
221:17,24
246:9 251:7
330:20,24
331:5
**lymph** 5:20
104:16 105:1,4
105:12

**M**

**M** 2:3,7,21
**magnesium** 71:1
278:22,23
279:18 282:1
283:4,7,19
284:2,13
**magnitude**
107:3,23
140:25 144:4
**Main** 3:13
**major** 328:13
335:22
**majoras** 64:22
**majority** 101:14
**making** 9:17
188:22 204:5
252:21 325:2,3
330:3
**male** 103:16
121:9 122:6
**malignancy**
97:10 182:11

182:16
**malignant** 97:9
152:4 224:13
307:3
**mammals**
328:14
**man** 94:4,4
179:17 248:7
**mandatory** 32:2
**manifesting**
219:11
**manifests** 112:3
**manner** 10:17
**Mantovani**
179:10 181:20
**manuscript**
270:9 275:6
277:25 319:20
320:7 334:2,4
334:6 335:1,24
336:2
**manuscripts**
271:14 275:9
275:12
**March** 6:21
22:17,21
156:17 169:12
256:13 340:17
345:7
**MARGARET**
2:7
**Margaret.Tho...**
2:8
**mark** 2:16 10:5
13:24 36:9
102:13 199:5
215:1 274:15
307:12 328:23
330:10
**marked** 11:11
12:8 13:21,25
20:16,19 36:16
36:19 119:15
119:18 156:23
162:15,20
168:22 169:18
170:14 175:1,4

180:2,5 182:1
186:16,19
198:7 214:3,21
217:16,19
229:3 234:14
234:17 256:7
256:10 269:3
269:10 274:12
283:21,24
299:17 303:22
303:25 307:4,8
310:1,4 314:9
314:15 326:19
326:22 344:25
345:3
**marker** 300:21
301:1 304:17
305:8,10 313:6
313:8 314:1,7
319:2 340:15
**markers** 5:11
6:9 198:10
302:1,9 307:11
309:3 340:8
**market** 124:5
**MARKETING**
1:4
**marking** 156:21
**marks** 322:16
**marrow** 15:8,19
15:25 16:2
17:13
**Marselos** 120:17
**Martin** 156:11
**massive** 246:7
250:17 252:17
288:19,24
**match** 185:20
**matched** 296:14
**materials** 11:23
12:11 13:7
28:20 29:17
34:10 35:3,24
36:1 37:5,7
46:12,24
300:13 308:10
308:22 329:1

**matter** 7:8 26:6
39:19 40:5,16
263:9,19 270:9
270:22 330:6
**McDonald** 5:21
256:11,12
269:5,7
**MD** 2:7,16
44:11,20 48:11
48:20 50:9
51:3,6 68:8
**MDL** 1:4
**MEAGHER** 3:1
**mean** 14:10 30:5
30:6,8 39:21
42:14 56:19
60:4 88:5
111:10 127:17
127:18 132:13
132:14 154:3
183:11,13
184:22 191:5
213:12 217:22
260:7 277:5
282:14 341:21
348:2
**meaningless**
337:13,21,25
**meanings** 80:21
**means** 24:19
30:18 128:10
128:16 158:9
200:9 206:4,8
**meant** 129:25
132:21,23
186:6 222:18
261:12
**measure** 280:23
**measurements**
295:3
**measuring**
294:10 297:20
**mechanism**
83:24 128:1
145:2,7 153:8
189:24 200:2

201:3,24
220:24 263:12
263:13 278:21
327:21
**mechanisms**
136:15 149:23
150:5 154:11
154:15 220:17
262:4 263:21
328:6,13
**mechanistic**
216:12 230:17
**medical** 28:9
29:7 39:6
41:22 51:3,5
53:9 54:20
56:19 60:15
83:15 87:17,20
87:24 88:4,5
88:12 99:15,23
106:10 131:20
133:13 160:11
180:14,17
181:3 187:2
217:10 228:3
270:7 351:10
**medicine** 41:17
41:18,23 42:2
79:15,23 84:24
291:6 311:15
318:6
**meet** 37:25
58:11 59:23
282:8 303:21
**meeting** 22:13
22:20 30:21
56:8,16,23
57:15 58:20,22
59:23 169:17
341:3,13,14,25
342:10,13
343:2,10
344:15,19,23
349:11 350:10
350:12 351:9
**meetings** 29:7
169:11 344:22

349:4
**Melville** 2:14
**members**
192:18
**Memorial** 31:24
340:25
**memory** 8:19
18:14 35:25
37:16 58:13
98:16 108:1,4
158:5,19 169:9
169:13 170:6
335:23 340:22
342:15 344:21
351:5
**men** 103:10,13
**menstruating**
264:10
**menstruation**
264:19,25
265:4,13,22
**mentioned**
110:6 288:10
291:4 309:16
**mere** 157:15
**merit** 275:5
276:3
**mess** 324:13
**met** 22:16 32:3
37:24 57:23
70:4 83:19
179:17 181:10
187:12 188:12
199:5
**meta-analyses**
329:14,19
**meta-analysis**
6:17 257:25
325:17,21
326:4,23 327:1
329:6 330:3,5
**metal** 71:10,23
**metal-based**
243:15 244:3
244:15
**metals** 72:9
77:10 242:7

244:13
**metaphysical**
73:14
**metastasis** 104:3
110:7 208:1
224:9
**metastasizing**
152:5
**metastatic**
224:14
**methodology**
87:22 89:2,7
331:13
**methods** 300:14
308:10,22
329:1
**METHVIN** 2:6
**Mg3Si2O5(O...**
6:2
**Miami** 1:15 2:18
7:8 15:2,3,6,7
15:9,19,22,24
16:3 17:4,9,14
112:13
**MICHAEL** 3:12
**michael.ander...**
3:13
**micrograms**
245:17 250:19
**microscopy** 5:20
**Mid-December**
55:25 56:5
**middle** 63:18
74:23 96:9
120:12 121:21
159:20 194:7
236:24 237:2
325:16
**migrate** 111:6
256:24 267:24
**migrating** 262:8
263:25
**migration**
253:14 255:9
**MILES** 2:7
**Miller** 3:1 4:6
11:25 12:13

Case 3:16-md-02738-MAS-RLS   Document 9875-7   Filed 05/29/19   Page 428 of 454 PageID: 56632
Jeffrey A. Boyd, Ph.D.

Page 385

14:5,17 19:3,7
19:11,18 20:6
21:16,23 22:2
22:24 23:12
24:10,14,20
26:8 27:7 30:3
30:5,10,12,16
31:10 32:11
33:21 34:5,9
35:23 36:6,12
36:15,21 37:4
37:8 38:19,25
39:7,20 40:2
40:17 41:25
42:12,21 43:4
43:9,14,18
44:2,21,24
45:16 46:19
47:21 49:14,21
50:5 51:19
52:9,22 53:10
53:17 54:1,7
54:24 55:17
56:2,4,9,13,17
56:24 57:16,20
57:24 58:11,20
58:22 61:8
62:7 63:2,24
65:5,13,25
66:16 68:14
69:10 70:2,14
71:14 72:10,19
73:1,6,10 74:2
74:6,22 75:2
75:11 76:19,22
77:5,23 78:1
78:10,23 80:13
81:1,19 82:16
83:16 84:1,13
84:20 85:8
86:1,10 88:23
90:19 91:9,18
94:18 95:4,16
96:24 98:23
101:13,25
102:8,15 103:2
103:8 104:17

105:25 106:16
109:2,21
110:18,21
115:17 117:15
117:18,22
118:6 119:3
120:21,25
121:4 122:17
122:24 123:25
125:6,18 126:1
128:2 130:8,16
131:1,23 132:9
132:13,17,20
137:3,8,20
138:3 139:3,16
140:6,21
141:16,25
142:13,22
143:18 144:23
145:14 146:12
146:24 148:6
149:3 150:12
150:17 154:2,7
154:21 156:1
157:7 158:17
159:9,19
160:22 161:8
161:25 162:7
162:11 163:2,4
163:8 164:23
166:5,21
167:24 168:4
169:1 173:22
174:6,15,23
176:19 178:25
180:15 182:25
186:11 187:23
188:17 191:2
193:9 194:2,16
195:8,11
196:17 202:1
202:14,17,25
204:11 205:2
205:12,24
207:10 208:10
209:2 210:7,13
211:7 212:6

213:25 214:8
214:12,16,25
216:25 217:2,6
217:21 219:22
221:2,13 226:2
226:15,20
227:1,6,12,19
228:8,16,19
230:10 232:9
232:14 234:19
238:17,19,23
239:22 240:1,4
240:16 243:21
243:24 245:3
249:6,21
250:22 253:18
253:22 254:4
254:12,18
255:12,20,22
258:7 259:24
260:13,20
264:20 265:5
266:5,20 267:4
267:6 268:5,18
268:23 270:24
277:20 278:7
280:2 282:20
284:4,10 286:3
286:16 287:12
287:16 288:13
288:16 289:16
289:19 293:20
294:21 302:4
303:5 305:14
317:3,7,9,20
318:19 320:22
321:10,14,20
322:4 330:8
332:3,18
338:21 339:15
340:10 341:16
342:5 343:7,17
343:21 344:10
347:6,22
348:24 349:23
350:19,22,25
351:21 352:20

353:25
**milligrams**
245:14,21,22
246:15 250:8
**milliliter** 245:15
245:18,23
250:19
**milliliters**
245:22
**millimeters**
246:11
**millions** 250:10
270:15
**mind** 72:5 82:4
123:10,13,20
124:10 142:5
184:16 212:14
214:19 282:23
326:10 333:2
335:21
**minds** 117:3
**mine** 36:25
**mineral** 70:13
70:19,24 71:10
238:3,9,11
**mineralogist**
74:16 75:20
**mineralogy**
69:21
**minerals** 70:25
**minoras** 64:23
**minute** 23:12
174:6 246:17
267:6
**minutes** 8:23
**Mischaracteri...**
46:20 54:8
**misinterpreted**
157:21
**misleading**
42:15 124:1
**mismatch**
328:11,12
**missed** 63:17
238:4
**misspoke**
132:16

**misstated**
297:15
**misstates** 42:13
347:7
**mistake** 258:13
295:12
**misunderstood**
95:6,21 142:4
254:13
**mixed** 173:13
**mixing** 258:6
**modalities** 287:5
287:24 289:6
**model** 292:9
319:24 321:5
322:19 323:2
343:5 346:4
**modeling**
165:14
**models** 124:12
**modern** 225:1
**modestly** 163:25
165:16
**modification**
54:17,21
**modified** 172:10
243:10
**modulator**
251:15
**molecular** 5:22
60:3,11 66:21
67:8 79:13
83:6 111:15
136:15 155:1
155:22 159:7
165:23 268:14
292:13
**molecule** 72:6
235:21,22
283:14
**molecules** 67:25
70:25
**mom** 151:16
**moment** 120:3
137:12 153:25
167:17 181:25
237:23 299:7

Jeffrey A. Boyd, Ph.D.

momentarily 62:1
MONDAY 1:8
money 19:14
monitor 294:12 297:21
monoclonal 67:25
monodentate 241:11,15
monograph 253:25 259:1 259:13
Montgomery 2:10
month 188:1
monthly 264:9 265:13
months 52:17 96:14 188:5 326:6
monumental 292:21,25 293:4 313:22
morbidity 313:10
morning 8:3,4 12:20 16:21 191:25
morphological 312:16
mortality 6:12 310:12,15 311:1 313:10 318:2,8,13,18 319:7
mother 122:7
motivated 312:4
motives 337:19
mouse 319:24 321:5 322:19 323:2
mouth 75:2
move 9:15 69:1 256:6 261:14 277:4 287:7,9 291:21,22

309:15 314:13
moved 119:5
moving 198:20
MPAFF 2:7
MPH 2:3 51:3
MPO 325:24 326:24
MPO-463 6:16
mucinous 306:18
muddled 145:8
Mulholland 3:18 7:2
multi 82:7
multi-center 178:2 308:25
Multi-Discipli... 47:10
multi-genetic 223:2,4
multi-step 223:2 223:4
multicausality 127:11,15 129:12
multifactorial 81:18 82:8,11 137:14 298:21 327:7
multimodal 312:10
multiple 22:25 46:15 71:20 112:3 126:18 137:18 151:25 172:16 192:8 194:18 219:10 266:7,10 267:20 269:15 296:22 317:4 335:24 349:5,6
multiply 196:8
multitude 80:20 113:12
mumbo 24:16
murky 338:14
Mutagenesis

327:2 328:17 328:21
mutagenic 149:20,23 150:5 154:11 154:15 197:11
mutant 151:15
mutated 232:5
mutation 38:7 86:9 133:9 134:23 151:22 151:23 164:9 203:19 205:11
mutational 232:2 233:4
mutations 67:3 103:4 108:7,11 108:22 126:18 133:4 134:7 147:16,21 148:5,13,19 149:1 151:7,12 153:1 155:3 161:2 231:3 296:5,15
mutual 170:11

────────────
**N**
────────────
N 2:1 176:5 298:11,11
N-e-e-l 29:25
N.W 3:2,8
name 7:2 8:7 31:14 44:20 50:12,14 90:6 156:13 336:5
names 34:16
NAPOLI 2:12
narrative 151:4 175:23
National 48:12 48:15 186:24 187:1 198:25 199:1,11
natural 157:17
naturally 335:3
Nature 156:8

162:23
NCI 200:15 201:22 203:23 205:7 210:3
NCRA 355:17
near 302:12
nearly 127:24
necessarily 233:2
necessary 87:14 109:14 118:11 151:19 176:11 261:20 356:4
need 8:19,24 15:8,18 34:13 42:19,21 168:17 171:6 213:19 267:11 289:4,14,21 300:7 325:8 332:4
needed 86:20 325:10 340:8 351:6
needle 251:24 251:25 252:15
needs 21:9 145:8 145:9,10
Neel 29:22,23 30:2,20 31:1,9
negative 148:8 205:14,19,23 206:4,5,8
negatives 125:7
neither 45:8 75:19 157:22 295:8 297:4 355:11,12
neoplasias 222:15
neoplastic 223:15,22 224:18,25
Ness 5:10 186:20 187:11 188:12 189:2 193:6,24

194:13 196:24 197:24 225:20 342:9
nested 308:23
never 38:2 41:18 55:19 57:23 70:4 78:2 83:19 149:11 179:17 267:9 276:15 293:11 293:21
new 1:1 2:14,23 3:2 16:19 21:14 116:16 255:23 309:10
Nicole 299:21 300:1
night 80:23 96:9 218:3 279:24
nine 120:15
node 104:16 105:1,4,12
nodes 5:21
non-Ashkenazi 103:7
non-epidemiol... 167:2
non-germane 87:20
non-Jewish 102:7,20 103:1
non-small 104:25 220:20
Non-Small-Cell 104:4 110:7
nonconfluent 251:15
nonexperts 99:4 99:9
norm 273:18
normal 10:3 112:2 152:4 161:5 224:13 231:5,18 246:12,20,23 247:8,10,23 285:23 287:14

289:5 291:19
291:25 293:17
307:2
**normally** 152:22
**north** 2:17 38:1
38:3 41:7,12
59:15 260:8,12
260:19 261:10
264:7 267:24
314:22
**Notary** 355:18
357:19
**note** 216:6
**notebook**
112:18,25
113:15 248:1
286:19 332:23
333:10
**notebooks** 113:5
113:6,12
248:12
**noted** 7:12 86:5
132:12 183:9
253:21 278:6
356:10 357:7
**notes** 22:18
325:1 359:1
**notice** 4:11,14
11:9 12:5,9
**noticed** 183:8
**noting** 268:20
**notion** 135:7
**novel** 178:7
189:23 292:2
**Nowak** 4:24
156:12 157:12
167:19 174:2
**NPO** 329:4
**NS** 246:22
**nucleophilic**
237:12 238:1,7
238:15
**Nulliparity**
140:1
**number** 12:10
13:25 20:4
23:8 24:2,3,4,6

24:8,9,19,20
25:7,17 26:21
27:16 28:5,14
31:6,13 32:5
33:2,11 35:3
37:21 90:7
99:25 100:3
155:8 157:20
163:18 177:1
190:2 217:3,5
239:13,25
240:8,9 252:18
252:23 270:16
275:9 302:1,20
319:19 321:21
322:8,9 327:22
327:25 332:24
333:9
**numbered**
111:10
**numbers** 165:4
227:8 240:13
331:16 332:15
334:12
**NYU** 49:5

---

## O

**O** 3:17
**o-b-g-e** 350:3
**O-b-j-e-c-t-i-o...**
42:18
**object** 9:7 42:16
66:3 86:3
132:10 204:13
253:20 288:17
289:20,22
**objected** 21:24
30:7
**objecting** 30:17
57:21 73:11
**objection** 19:3,7
21:16 27:7
30:3,12 31:10
32:11 33:21
38:19,25 39:7
39:20,25 40:7
40:17 41:25

42:12 43:3,12
44:2,21 45:16
46:19 47:21
49:14,21 50:5
51:19 52:9,22
53:10,17 54:7
54:24 55:17
56:13 58:3
63:2,24 65:5
65:13,25 66:16
68:16 69:10
70:2,14 71:14
72:10,19 73:1
74:2 75:11
76:19,22 77:5
77:23 78:10,23
80:13 81:1,19
82:16 83:16
84:1,13,20
85:8 86:10
88:23 90:19
91:9,18 94:18
95:4 96:24
98:23 101:13
101:25 102:8
102:15 103:2
104:17 105:25
106:16 109:2
109:21 115:17
117:15 122:17
122:24 123:25
125:6,18 128:2
130:8,16 131:1
131:23 137:20
139:3,16 140:6
140:21 143:18
144:23 145:14
146:12,24
148:6 149:3
150:12,18
154:21 156:1
157:7 158:17
159:9 160:22
161:8,25 162:7
162:11 164:23
166:5,21
173:22 176:19

180:15 182:25
186:11 188:17
191:2 193:9
194:16 195:8
195:11 196:17
202:1,14,17,25
204:11 205:2
205:12,24
208:10 209:2
211:7 212:6
213:25 214:8
219:22 221:2
221:13 228:16
230:10 232:9
238:17 243:21
249:6,21
250:22 253:18
254:4 255:12
255:25 256:1
258:9 260:13
260:20 264:20
265:5 266:5,20
267:4,7 268:5
268:18,20,24
270:24 284:4
286:3,16
287:12,16
288:13 289:16
293:20 294:21
303:5 317:3,20
318:19 330:8
332:18 339:15
340:10 343:7
343:17,21
344:10 347:6
347:22 348:24
349:23 350:2
350:19,22
**objectionable**
43:19 253:19
349:25
**objections** 44:7
66:3
**objective** 9:12
99:7 201:20
203:22 205:6
210:2 219:16

238:12 300:24
**observation**
134:2 324:10
**observational**
122:23 123:7
123:24 125:17
**observed** 164:11
242:19 324:5
**obsolete** 245:5
**obstetrics** 41:11
79:22
**obvious** 8:8
138:13
**obviously** 13:2
14:6 95:5 98:9
270:15 286:21
339:6
**OC** 346:11
**occasions**
267:21
**occupational**
136:22
**occur** 101:16,20
126:16
**occurred** 233:6
**occurrence**
97:11 231:2
**occurs** 230:23
231:10,18
**odds** 346:14,19
347:3 348:21
**offer** 39:12 66:6
85:10 111:5
193:18 291:7
**offered** 99:25
147:9 165:10
**offering** 46:3
68:9 69:5,12
93:8,17 96:3
193:10,17
**office** 25:16 26:5
**officer** 113:21
**offices** 1:13 26:4
**offspring** 121:10
122:7 124:19
**oh** 36:25 63:13
73:21 74:25

181:21 184:25
215:24 217:2
254:16 258:13
296:9 317:12
340:14 351:1
**Ohio** 3:14
**okay** 8:18 9:20
11:17 12:19,24
13:4 14:17
16:6,23 17:3
17:22 18:12,16
18:20 19:20
20:12,19 21:19
22:7,22 24:21
24:24 26:7,19
27:15,24 28:2
29:15,21 30:10
30:25 31:21
32:5 33:11,15
37:20 38:5,12
38:16 40:4,22
42:5 43:9,13
47:6 48:2,6
51:16 52:6
53:5 54:15
55:7 56:1
57:15 58:18,24
59:14 60:15
61:7 63:14
64:7,15 65:1
65:11,20 67:17
69:20 73:10,21
75:8 82:13
85:5,20 86:14
87:16,22 91:3
93:2 95:2
97:21 98:15
100:6 104:7
109:16 110:17
114:17 119:8
120:25 122:13
125:23 127:20
129:1 130:12
131:11 132:17
134:9 135:5
138:3,7,25
146:4 147:11

156:5 162:18
167:12,15
169:21 170:14
170:24 171:8
172:19 173:17
175:14 177:20
178:11 180:19
180:25 181:7
181:22 186:19
187:10 189:2
193:5,21 194:8
196:22 198:4
198:16 199:3
199:22 201:15
203:13 205:5
206:17 207:4
211:3,20
212:13 213:22
214:16,21
215:11 218:9
218:14 223:7
224:6 225:7,13
228:8 229:4,10
230:21 231:13
232:7 233:7,20
236:9,22
237:25 241:8
243:11,13
245:8 246:25
247:22 249:13
250:2,6 252:3
252:22 253:5
255:22 256:5
256:17 257:11
260:9 262:25
265:20,25
268:12 270:5
270:14 272:8
277:1,16,19
279:16,21
282:15 284:22
286:10 288:6
290:14 292:18
293:8 295:20
295:25 296:11
296:17 297:2
297:24 298:9

299:20 300:9
302:12 303:20
304:11 305:13
306:2,12,22
307:7 308:8,21
315:19,25
316:20 317:5
319:10 320:9
322:17,24
323:7 325:4
326:22 328:16
328:24 329:25
331:15 332:12
335:20 336:7
337:7,11,14,23
340:14,17
341:23 342:7
343:25 344:18
345:24 351:16
351:24 352:5
353:9,12,23
**old** 28:16 220:21
**Olson** 330:12,14
**once** 9:16 82:23
147:10 199:6
223:21
**oncogenes** 151:8
152:1 231:3
**Oncological**
314:21
**oncologist** 38:13
38:17 39:11,15
41:19 42:9
47:4,20 48:12
48:20 67:10,18
68:3 260:17
295:24
**oncology** 6:22
31:23,25 39:6
41:6 42:7
47:12 84:25
187:20 198:17
267:2 269:22
270:22 271:5
271:10,12
273:6,8,9,11
274:3,9,22

275:7,13,24
276:12,14
277:9 278:2
291:6 300:3
319:21 322:13
**one's** 64:4 304:1
**ones** 176:8
213:15 281:11
**onset** 140:18
144:11 344:5
346:9
**open** 8:20 75:3
114:7,11
126:14 127:2
136:21,24
155:6 157:19
163:25 165:16
177:22,25
178:23 190:9
198:12 228:9
229:11 237:15
242:1 256:25
262:6 278:21
279:7,11 308:1
308:5 315:4,6
325:24 346:7
346:10
**open-ended**
336:20
**operating** 8:15
**opine** 111:13
186:14 190:18
190:24 191:6
191:12 301:16
351:11
**opined** 285:11
**opining** 280:8
328:4
**opinion** 52:15
56:25 57:5,17
59:2,7 62:13
62:22,24 63:9
65:2,21 66:6
75:24 76:4,8
76:24 78:20
85:11 94:14
96:1,4 99:8

109:19 111:5
126:23 131:19
133:21 150:4
170:2 174:4,7
192:10 193:13
193:15,17,18
193:19 195:25
197:24 212:18
237:25 238:6
244:7,8 245:2
245:5,12
249:13 262:17
270:4 280:14
297:7 298:4
319:25 320:11
330:6 332:16
332:25 334:21
334:25 335:7
336:25 337:4
337:14
**opinions** 39:17
40:14 42:10
44:1,8 45:14
46:3 49:19
59:7 62:7,12
68:10,18 69:5
69:12 78:15,17
93:7,16,25
94:23 95:2
96:12,17
112:20 176:17
176:18 193:11
207:17 225:14
243:19 260:18
265:19,21
273:21 319:18
353:13
**Opportunities**
6:19 345:4
**opportunity**
142:11 272:4
**opposed** 16:9
68:1 84:7
108:21 116:1
145:8,9,11
149:9 188:22
192:13 240:12

Jeffrey A. Boyd, Ph.D.

| | | | |
|---|---|---|---|
| 272:6 336:25 | 6:20,21 21:12 | 187:17 189:3,4 | 330:25 331:6 |
| **oral** 4:11,14 | 42:11 46:8 | 189:7,22 190:1 | 339:11,20,24 |
| 140:3 142:2,20 | 48:12,15 49:19 | 190:7 191:23 | 340:23 342:14 |
| 143:10,15,19 | 51:18,25 52:3 | 192:15 193:8 | 342:16,21 |
| 144:1,10 344:6 | 52:20 53:3,7 | 194:1,15,23 | 343:16 344:4 |
| 346:10 352:25 | 54:23 56:12,21 | 196:1,5 197:13 | 345:5,6 346:8 |
| 353:6 | 57:1,12,18 | 198:6,10,12 | 347:4 348:17 |
| **orange** 170:20 | 59:3,10 62:8 | 200:3,11,20,23 | 348:22 349:13 |
| **oranges** 303:21 | 62:17 63:1,12 | 201:3,24 202:7 | 349:21 351:12 |
| **order** 1:9 10:22 | 63:23 64:5 | 203:6 204:21 | 353:14,19 |
| 26:15 41:21 | 66:10,22 68:13 | 205:22 209:12 | **ovaries** 111:6 |
| 60:13 87:23 | 69:9 80:1,7 | 209:14,18 | 253:10,16 |
| 101:3 141:18 | 82:1,8,12 | 210:4,19,20 | 254:10 257:2 |
| 149:12 220:22 | 83:25 89:21 | 211:4,21 212:3 | 258:21 259:5 |
| 280:23 295:23 | 91:8,17 94:17 | 212:11,14,20 | 259:11 262:6 |
| 313:9 322:2 | 96:22 100:13 | 212:22 213:3 | 262:11 263:12 |
| 351:6 | 101:2,12 102:6 | 213:11,21,22 | 263:23 |
| **ordering** 67:9 | 102:25 103:14 | 221:4 225:6 | **ovary** 192:25 |
| **ordinary** 155:5 | 103:20 108:11 | 230:2,22,24 | 250:8 258:12 |
| **organ** 147:22 | 108:15,24 | 231:1,10,11 | 264:14,16,18 |
| 148:20 149:6 | 111:19 112:5 | 232:4 257:13 | 265:1,10,13,22 |
| 264:8 | 114:8,10 126:7 | 257:24 265:3 | **overall** 126:1,2 |
| **organism's** | 126:12 127:1 | 268:16 279:2 | 126:5 329:7 |
| 231:19 | 128:8 133:5,10 | 290:21,25 | 332:16 |
| **organisms** 116:2 | 137:19 138:10 | 291:11 292:15 | **overlap** 38:4 |
| **organized** 67:17 | 139:11,15,25 | 292:16 294:13 | **overly** 72:22 |
| **organs** 134:8 | 140:2,5,11,12 | 294:20,23 | 100:18 128:4 |
| **origin** 105:21 | 140:15,19 | 295:5,18 296:6 | **oversee** 66:19 |
| 106:13 114:8 | 142:21,23,24 | 296:14,14 | **overview** 4:22 |
| **original** 34:10 | 143:3,8,17,21 | 297:9 298:2,6 | 99:2 119:21 |
| 56:9 87:7 | 144:11,15 | 298:11,20,22 | **ovulation** 190:6 |
| 98:17 258:5 | 147:24 148:5 | 299:7,11,13,25 | 190:12,20 |
| 356:14 | 148:13,21 | 301:20 302:21 | 191:1,10,14,19 |
| **originally** | 149:2,24 150:6 | 304:2,5,13,17 | 191:22 192:5 |
| 269:21 | 150:23 151:9 | 305:8,11,21 | 192:24 209:21 |
| **ostensible** 288:3 | 151:22 154:11 | 306:11 307:2 | 211:24 299:2 |
| **ostensibly** | 154:15 160:20 | 307:11 308:3 | **ovulations** 190:2 |
| 172:13 | 170:4 172:14 | 309:4,17 310:8 | **ovulatory** 190:4 |
| **other's** 10:2 | 173:4,9,12,21 | 310:12,15,25 | 192:12 |
| 163:7 | 175:7,19,21,24 | 311:7,24 312:3 | **oxaliplatin** |
| **outlines** 28:19 | 176:4,24 | 312:7,13 313:9 | 235:9,10 |
| **outright** 275:24 | 177:24 178:8 | 313:10 314:1,2 | **oxidant** 243:2 |
| 276:23 | 178:15,20,21 | 314:8,14 315:1 | **oxidative** 171:17 |
| **outset** 141:6 | 182:16,24 | 316:17 317:23 | 197:9 327:18 |
| **ovarian** 5:6,9,10 | 183:10,19,25 | 318:3 319:3,7 | 328:10 |
| 5:12,13,23 6:4 | 184:10,15 | 320:19 324:4 | **oxide** 281:4 |
| 6:6,9,11,12,15 | 186:22,22 | 328:7 330:7,15 | **oxygen** 71:5 |

| P |
|---|
| **P** 2:1,1 3:17 |
| **P.C** 2:7 |
| **p.m** 168:10,11 |
| 168:13 239:1,2 |
| 239:4 323:11 |
| 323:12,14 |
| 354:3,5 |
| **p53** 38:7 152:19 |
| 153:1 308:4 |
| **page** 4:2,10 |
| 11:22 12:6,11 |
| 12:13,22 13:5 |
| 13:9,16 19:20 |
| 24:12,22 37:7 |
| 90:7 111:9,10 |
| 113:25 120:1,5 |
| 120:6,7,22 |
| 125:24 126:5 |
| 135:14,24,25 |
| 143:2 147:12 |
| 163:15 165:2 |
| 167:13 171:10 |
| 172:22 178:13 |
| 181:17,24 |
| 182:4 184:21 |
| 199:23 210:8,9 |
| 215:12,20 |
| 218:9,14 222:4 |
| 226:20 227:5,8 |
| 229:11 233:11 |
| 236:24 239:11 |
| 239:12,14,24 |
| 240:2,8,9,13 |
| 240:17 241:6 |
| 241:18,21 |
| 245:9,10 |
| 254:21 255:1 |
| 256:18 261:18 |
| 274:19 278:13 |
| 284:22,23 |
| 294:1,9,9 |
| 298:14 300:10 |

Jeffrey A. Boyd, Ph.D.

| | | | |
|---|---|---|---|
| 300:14 302:13 | 203:5,7 208:3 | 177:13 181:4 | 225:16 |
| 302:14 304:12 | 209:6,9 210:10 | 224:7 248:25 | **paraphrasing** |
| 306:14 307:23 | 214:23 215:5,7 | 249:2,4,8,11 | 90:11 |
| 308:8 309:9 | 216:21,23 | 249:19 255:7 | **paren** 114:7,8 |
| 310:7 311:22 | 217:10 218:6 | 259:8,25 | 114:11,12 |
| 311:24 314:25 | 218:15 219:19 | 270:16 272:16 | 126:14,15,16 |
| 315:23 319:10 | 226:23,25 | 272:18,21 | 127:2,3 136:21 |
| 319:16,17 | 227:2 228:1 | 273:1,3,7,12 | 136:24,24 |
| 323:18 327:5 | 229:6 230:4 | 348:3,10 | 137:1 155:6,7 |
| 328:25 330:1 | 234:25 239:8 | **papers'** 177:7 | 157:19 163:25 |
| 331:16 332:15 | 242:6,13 | **papilloma** | 164:1 165:17 |
| 332:24 333:9 | 243:14,17 | 152:15 | 165:18 177:23 |
| 333:12 345:9 | 244:2 249:19 | **paradigm** 152:8 | 177:23,25,25 |
| 345:12,13,25 | 256:13,14 | 152:9 | 178:23,23 |
| 352:8 358:3 | 257:23 259:1 | **paradoxical** | 190:9,10 |
| 359:3 | 259:23 268:13 | 222:12 | 198:12,13 |
| **pages** 239:18 | 268:14 269:1,3 | **paragraph** | 237:15 242:1,2 |
| 333:5 357:5 | 269:14,20 | 114:1 120:13 | 262:6,7 278:22 |
| **paid** 81:15 | 270:7,23 271:4 | 120:13 136:19 | 279:2,7,9,11 |
| 233:25 234:3 | 272:13 273:18 | 147:13 149:16 | 279:12 308:1,1 |
| 335:18 336:22 | 273:20,24 | 151:3 153:12 | 308:5 315:4,5 |
| 336:25 337:9 | 275:1,23 | 156:6 157:12 | 315:6,7 325:24 |
| 338:4,9 339:2 | 276:16,19 | 159:24 160:4 | 325:25 346:7 |
| 342:20 | 277:2,8,23 | 165:3 172:23 | 346:10,11,13 |
| **pairs** 155:6 | 281:12 292:12 | 173:1 178:14 | **parity** 139:5 |
| **panel** 182:5 | 296:10,11,16 | 184:19,24 | **Park** 2:23 |
| 183:5 184:19 | 296:19 300:6 | 210:12 222:6 | **parlance** 167:3 |
| 184:25 185:3 | 301:7,11,12,16 | 233:22 236:25 | **parse** 23:24,25 |
| **paper** 38:6 | 304:7 307:8 | 237:2 242:6 | 102:22 176:11 |
| 42:20,22 47:10 | 308:15,20 | 256:22 261:22 | 176:15 211:9 |
| 47:13,17 94:20 | 313:3 314:13 | 262:24 275:1 | **part** 56:10 |
| 94:24 95:10 | 314:16 323:4 | 275:22 276:17 | 145:25 177:4 |
| 98:8,17,18,19 | 325:10 328:3,9 | 276:18,22 | 231:19 238:5 |
| 99:1,23 110:13 | 328:17,21 | 279:17 281:25 | 249:23,24 |
| 110:16 116:16 | 331:24 332:8 | 300:10 301:24 | 261:4 265:1,2 |
| 121:15 124:24 | 334:11,18 | 302:13,14 | 265:9 316:22 |
| 135:13 156:19 | 335:15 336:18 | 303:12 306:13 | **participant** |
| 158:3 162:19 | 336:21,23 | 319:11,16 | 341:22 |
| 163:11 164:20 | 337:25 339:2 | 322:8 323:19 | **participated** |
| 172:17 174:3 | 345:4 347:25 | 325:16 328:25 | 26:24 27:19 |
| 175:5,10,25 | 348:7 349:9,17 | 333:13,14 | **particle** 280:6 |
| 177:17 181:20 | 350:13,18 | 346:1,19 347:7 | 280:13 |
| 181:22 183:14 | **papers** 26:22 | 348:6 | **particles** 111:6 |
| 184:18 185:10 | 27:4,16 48:25 | **paragraphs** | 253:14 255:10 |
| 187:17 188:7 | 65:18 90:1,3 | 348:9 | 255:17,19 |
| 189:2,19 | 167:4 172:12 | **paralegal** 14:7 | 263:14 266:2 |
| 196:23 198:8 | 176:6,12,16 | **paraphrase** | 280:19,22 |

(continued)

| |
|---|
| **particular** 9:13 |
| 52:16 55:2 |
| 61:24 68:24 |
| 70:25 89:14 |
| 103:17 111:16 |
| 115:23,23 |
| 116:6 129:5 |
| 153:4 158:20 |
| 161:21 183:9 |
| 196:7 236:20 |
| 250:11 262:20 |
| 265:17 273:6 |
| 277:23,24 |
| 290:24 301:16 |
| 321:19 328:4 |
| 332:23 341:14 |
| **particularly** |
| 153:20 176:13 |
| **particulate** |
| 263:9,19 279:5 |
| 279:9 285:4,7 |
| **parties** 355:11 |
| **party** 16:16 |
| **passed** 216:23 |
| **passing** 256:25 |
| **passive** 59:9 |
| 221:23 353:18 |
| **pathogenesis** |
| 83:25 134:18 |
| 134:21 178:15 |
| 178:20 200:2 |
| 201:3,24 |
| 204:20 223:10 |
| 305:21 |
| **pathogenicity** |
| 160:2,9,13 |
| **pathologic** |
| 105:6 |
| **pathological** |
| 104:9,23 |
| **pathologist** |
| 50:10 |
| **pathology** 50:18 |
| 50:20 67:8 |
| **pathomechani...** |
| 80:1,2 |
| **pathophysiolo...** |

197:12
patient 68:3
  104:5 110:8
  115:19
patient's 60:13
patients 5:6 60:9
  175:6 177:24
  178:3 251:6
  299:12 310:9
  339:13,21
pay 353:19
paying 338:20
Pearson 37:22
peer 269:24
  270:13,19,21
  273:4 324:9,12
  325:1
peer-review
  270:6
peer-reviewed
  52:4 106:10
  186:2,4 187:5
  219:18 328:16
  349:17
peer-reviewers
  276:9
pelvic 5:20
  182:17 190:11
  190:13,13
  209:23 211:25
pending 9:1
  37:9 214:13
Penninkilampi
  257:23
people 99:14
  131:14 199:19
  199:19,20,20
  260:23 265:17
percent 126:7
  126:15 153:5
  164:1 165:18
  196:8 250:20
  252:15 271:13
  275:11 276:20
  290:13 310:9
  315:5,6,21
  349:20

percentage
  131:21 290:10
Percival 130:4
  130:18
perfect 9:8
perfectly 114:16
perform 60:14
  68:6 148:8
  242:15 279:4
  280:16
performed
  33:18 79:6,9
  148:2,10 198:3
  251:12 285:2
  293:22 329:5
  333:6,7 338:17
performing 90:8
perineal 46:7
  62:16 111:18
  183:24 253:10
  254:11 257:23
  258:22
perineally
  352:18
perineum
  256:23 259:11
period 10:7
  19:24 67:15
  73:19 75:1
  124:7 135:8
  141:2 159:22
  242:20,25
  243:5 313:23
periodic 71:23
  72:2 73:24
peroxide 283:13
personal 3:9
  243:3,12
personally
  113:6 318:25
perspective 6:20
  9:11 71:22
  302:24 303:4
  345:5
pertaining
  25:17 51:17
  91:24 92:5

pertains 1:7
  184:2
petered 341:6
petri 251:13
  253:4 287:6
ph 1:24
Ph.D 1:13 4:16
  4:18 7:11,18
  14:1 44:12,20
  49:8 50:23
  59:15 60:19
  66:12 355:5
  357:12
pharmacologi...
  83:3,5
pharmacologist
  49:9,18
pharmacology
  49:13 235:4
phase 287:9,10
  287:10,11
  288:11,11,11
  288:11 289:9
  289:10,11,12
  291:15,16,16
  291:23,23,23
  291:24 292:3,4
  292:4
PhD 4:11,15,19
phenomenon
  244:23 280:24
phenotype
  208:21 229:21
phenotypic
  207:15 216:16
  216:17 232:21
  233:5
phone 58:12
  170:2
phrase 138:20
  138:22 277:5
physical 8:21
  169:10 251:8
physician 44:12
  44:22 45:2
  47:3 51:8
  59:22 65:12

105:17 257:19
physiologic
  191:3 212:24
  246:4 253:1
  302:20
physiological
  190:18,23
  283:2
physiologically
  282:10,14
pick 50:3 152:10
  229:2
piece 42:19,22
  87:7
pieces 277:6
pile 61:24
  170:22
pilot 312:18
Pipetman 252:8
pipetted 253:3,4
pipettes 252:8
place 113:23
  355:8
placing 280:21
plaintiff 20:20
  44:19 45:4
  46:17 49:18
  90:17 91:6,15
  143:7 171:15
  225:8,15 267:1
  267:1 268:2
  338:8,16,20
  348:15
plaintiff's 45:13
  111:18
plaintiffs 2:19
  7:22 8:8 35:22
  336:22 337:10
  338:10,12
plaintiffs' 4:13
  37:18 48:8
  99:25 170:10
  266:14 267:21
  339:6
planned 285:16
planning 285:18
  286:12

platinum 5:17
  234:11 235:15
  237:13,16
  241:10 242:15
platinum-based
  235:8 242:7
  243:15 244:3
plausibility 46:5
  68:22 90:16
  91:1,5,14,22
  91:25 92:5
  93:10,19 94:16
  106:19,25
  109:5,12
  111:17,24
  143:7 144:20
  144:22,25
  145:17,21
  146:9,11,15,17
  146:20 147:10
  170:3 348:16
plausible 62:25
  63:11 100:17
  100:23 101:3
  101:23 103:19
  105:9,14,23
  106:15 108:25
  109:20 137:18
  137:23 171:24
play 147:2 173:8
  173:20 184:14
  236:23 248:4,7
  353:3
played 248:2
playing 103:24
  147:1
plays 174:13
  327:21
PLCO 5:13
  198:12
please 10:15
  23:22 24:9
  25:6 26:2
  30:15 35:15
  40:1 41:4
  53:25 55:12
  66:2 76:2 82:4

Jeffrey A. Boyd, Ph.D.

93:15 105:11
106:3 118:14
120:5 123:1
125:10 128:15
135:24 156:20
161:11 174:19
194:9 202:19
206:6 228:25
253:20 274:6
288:8,16 289:1
305:15,16
317:10 321:1
332:1 339:16
341:11 342:5
347:13 356:3,8
**pleural** 251:1,5
252:6
**pleurodesis**
246:2,19
247:12,15
250:21 251:3
251:19,22
**PLLC** 2:12
**Plunkett** 49:8,10
**pneumothorax**
251:6
**point** 29:16
48:19 134:20
135:3 153:11
167:5,8 186:9
194:2 200:14
201:5 247:4
248:3 252:21
271:24 279:22
280:5,10 282:5
285:12 290:9
298:18 301:22
314:3,25
316:23 318:9
318:11,16,18
322:8 323:9
326:10 332:10
353:5
**pointing** 183:20
**points** 314:25
318:22,24
**polarizing** 5:19

**polymorphic**
328:4
**polymorphism**
6:16 325:24
326:25 329:8
331:21
**polymorphisms**
324:5
**poor** 310:8
311:23 312:3
**poorly** 211:11
**pop** 176:6
**population**
103:7 195:17
196:1,2,15
**population-ba...**
308:25
**populations**
316:6 317:2,19
**portion** 202:16
**PORTIS** 2:7
**posited** 155:1,23
165:24 174:15
**position** 41:9,14
51:15
**positive** 140:10
291:21
**possibility** 85:7
85:15,22 86:8
146:23 150:10
154:18 161:7
197:11 203:17
205:9 241:25
**possible** 5:9
57:11 75:5
94:10 145:12
145:13,22
146:20 149:20
149:23 150:5
154:11,15
186:21 189:3
210:19,25
221:18 306:5
338:25 351:14
**possibly** 161:24
162:3 169:15
**post-doc** 87:7

**post-grad** 86:25
**postmenopausal**
6:3 299:24
315:2
**potential** 121:7
122:4 206:23
285:3 290:15
329:9 336:10
**potentially**
339:24
**Pott** 130:5,13,18
**powder** 1:3 5:22
7:9 25:9,10
27:1,2,21,22
28:10,11,22,22
54:22 56:11,21
57:1 59:3
68:13 69:8
70:1,5,8,21,23
76:1,6,11,13
76:18,21 77:4
77:11,16,22
78:9,14,18,19
78:21 79:2,7
89:22 94:16
111:6 144:13
148:3,12,25
149:12 150:10
154:18 170:4
238:14 241:14
246:1 255:9,18
268:16 281:2
292:15 335:19
347:3 353:14
**powdered** 279:7
**powders** 255:16
**powered** 124:11
**PowerPoint**
29:2,5,12
**practice** 41:17
42:1,2 60:8,11
**practiced** 41:18
**PRACTICES**
1:4
**practicing** 38:17
40:23 41:2,4
**practitioners**

99:15
**Pre-diagnostic**
5:11
**preceding**
328:15
**precision** 60:14
67:4,11,24
**preclinical**
292:1
**Prediagnostic**
198:9
**predict** 343:6
346:5
**predicting** 6:6
304:2 306:6
**predictive**
300:18,21
301:1 319:2
**predictor** 312:7
**predisposition**
60:10 126:5,14
133:5
**preface** 335:16
**prefer** 88:16
161:16 188:20
199:21
**pregnancy**
124:6 299:2
**preliminary**
312:9 346:6
**prelude** 93:13
**premarked** 11:7
**premier** 180:14
**prenatal** 114:21
115:5,12
118:18
**Preoperative**
178:2
**preparation**
83:10 201:11
326:17
**prepared** 26:23
27:18 65:6
66:6 84:2
94:22 95:11,13
166:24
**preparing** 26:25

27:20 300:4
**prescribe** 67:18
**prescribed** 68:2
**presence** 77:15
78:8,22 79:6
92:20
**present** 35:16
75:25 76:5,10
77:10 337:24
**presentation**
28:21
**presentations**
28:19 29:3,5,6
**presented** 26:24
27:18 322:25
323:3
**presenting**
26:25 27:20
**presumably**
170:12
**presume** 170:6
283:7 299:6
**presumptive**
273:22
**pretty** 92:25
113:2 151:11
177:14 206:10
213:20
**prevalence**
108:21 315:1
**prevent** 16:1
121:11 122:8
251:5 262:8
263:25
**preventable**
136:10
**prevention**
164:15 187:19
199:11 200:10
339:12,20,25
340:6
**prevents** 152:23
**previous** 100:1
189:25 262:21
315:11
**previously**
23:10,17 25:2

Jeffrey A. Boyd, Ph.D.

27:5 36:19
39:13 110:6
144:5 229:3
230:25
**primarily** 251:5
**primary** 104:11
124:3 183:14
183:18 314:2
318:15,17
339:25
**principal** 113:3
113:9
**principle** 54:16
**principles** 53:6
53:15 54:5
**printed** 241:1
**prior** 22:9 30:1
56:5,8,16,23
57:15 58:19,24
59:1 62:6 63:9
87:17,24 88:21
131:12,15
134:10 135:2
312:22 355:4
**priori** 310:13
**privileges** 66:14
**probable** 162:6
**probably** 18:21
55:3 60:21
110:15 118:2
131:3 171:6
279:23 306:24
308:16 314:18
342:2
**problem** 240:10
336:16
**problems**
335:22
**proceed** 288:8
325:14
**proceeding**
17:20 18:19
**process** 67:6
111:25 161:5
177:14 185:4
190:6,20,25
191:13,14

192:4,12 223:2
223:4 224:12
248:9 251:3
270:6 281:9
329:5
**processes**
164:10 178:22
**produce** 24:1,2
24:5 26:9 99:1
201:8 263:4
279:12
**produced** 23:11
23:17 25:2,12
25:23 27:5,11
188:24 192:4
199:17
**produces** 192:24
**producing**
205:14 223:11
**product** 1:5 76:1
76:6
**production**
289:13
**production-m...**
12:9
**products** 1:4
3:10 25:10
27:1,21 28:10
28:22
**professional**
31:1 43:11
56:18 83:12
87:5 112:7,24
303:2
**professions**
265:17
**professor** 49:5
51:12 79:16,21
**profound** 241:9
**prognosis**
304:24 310:8
311:23 312:3
**prognostic** 5:5
175:6 177:23
178:8
**program** 312:5
**programmed**

231:22
**programs** 29:8
79:19
**progression**
222:14 223:3
223:15,22
224:8,18,22,25
225:24 306:9
**proliferation**
152:23,24
232:8 233:1
**proliferative**
227:17 229:22
229:24
**prominent**
154:25 155:22
159:7 165:23
174:13 308:5
**promise** 163:9
301:25 302:9
303:18
**promising** 287:7
287:9
**promotion**
222:24
**pronounce**
156:12 309:19
**pronounced**
31:15
**properties**
207:15 216:16
216:17 232:21
233:5
**propose** 171:15
**proposes** 189:23
**propounded**
357:6
**prospective** 6:10
307:12 308:25
311:13 318:4
**prostaglandins**
197:10
**Prostate** 5:12
198:11
**protecting** 9:11
**protective** 1:9
139:2 142:21

143:11,16
189:22 191:20
263:11
**protects** 152:20
**protein** 5:5
152:17,18
175:5 177:22
316:2,4 317:1
317:18
**proteins** 152:16
308:4
**proverbial**
323:17
**provide** 26:16
124:13 163:23
165:14 166:1
185:22 231:7
**provided** 89:6
202:3,5 303:12
319:19
**providing**
183:17
**proximity**
300:23 301:3
**PTI** 3:15,15
**public** 51:13
158:22 163:21
164:16 240:11
240:15 355:18
357:19
**publication**
21:10 47:14
99:19,21 110:4
156:7 186:2,4
217:20,22,24
275:7 296:3
299:21 347:16
**publications**
26:23 27:4,17
48:23 51:17
52:3 86:24
109:25 134:11
166:3,14 187:6
**publish** 105:19
106:10 109:18
334:3
**published** 90:23

94:20 95:10,17
97:23 98:4,10
98:18,19 108:5
108:10,13
116:15 134:11
136:13 156:16
157:3 158:3
159:8 162:23
175:8 180:10
181:5,11
182:21 185:10
186:1,4,23
187:13,20
188:2,5 193:15
197:18 198:17
215:6,8 218:11
219:19 248:21
249:19 255:8
256:13 257:15
257:25 270:16
272:22 296:2,9
300:2 304:4
305:2 307:13
313:19 314:20
323:4 328:17
334:2,18,21
335:8,15
344:24 346:25
348:5,19
349:17
**publishing**
104:3 110:2
273:1,3
**PubMed** 89:9,11
176:3,25
177:11 189:10
**pull** 201:10,13
321:23 348:2
**pulling** 65:17
301:14
**pure** 149:25
154:13
**purpose** 40:13
72:24 73:16,22
90:14,21
117:19 159:24
166:7,15

Jeffrey A. Boyd, Ph.D.

177:21 186:13
291:10 295:9
296:21 297:5
310:20 326:3
**purposes** 39:16
73:3 167:23
299:9
**pursuant** 1:9
14:10
**pursued** 319:5
**pursuing** 65:15
**put** 14:8 42:20
90:17 91:5,15
93:25 146:21
156:5 170:15
186:7 245:11
252:13
**putative** 184:3
294:23

**Q**

**qualified** 69:16
191:24
**qualify** 140:23
**quality** 188:23
277:25 285:6
**quantifically**
165:11
**quantify** 329:8
**question** 9:1,6
9:13,15 10:5
10:12,14,15
21:20,22 22:5
23:20 25:6
30:7 33:7,12
37:9 38:21
40:10,19 42:14
42:24 43:20
48:15 49:23
52:24 53:19,20
55:11 58:7
61:6 63:4,18
65:16 66:18
68:15 69:4,14
69:17 70:16
71:12,16 72:12
72:22 73:7,9

76:3 77:17
81:3,22 82:3
83:9,18 84:3
84:15 85:10,23
86:11 87:3
88:2,2 91:11
92:3 93:5,14
93:23 94:7
95:22 100:9
102:13,22
104:19 105:11
106:2 109:23
112:15 113:3
115:4,10 117:9
118:14,17,24
119:4,7 121:25
122:1 123:1
124:1 125:9
128:14 130:2
132:19 137:4
139:22 143:14
145:24 146:5
150:14,15
151:20 154:3,3
154:14 161:16
161:18 163:11
172:11 174:20
174:22 177:4
192:22 194:10
195:22 202:20
208:6,12 213:8
214:2,13,19
215:22 221:9
224:19,24
226:3 227:20
227:23 228:11
228:21 234:5
238:5 244:10
248:24 253:19
255:13,23
264:22 265:7
265:24 267:12
268:8 272:3
286:5,25
288:25 289:1
289:17,21
290:18 307:12

308:17 317:14
328:23 329:16
329:24 330:9
331:2,20 332:2
332:12,21
333:3,18 334:9
338:22 340:4
341:2 342:3
343:25 347:11
351:23 353:15
**questioning**
18:25
**questions** 8:2
9:7,8 10:6
11:13 12:4
13:23 14:20
19:4,19 20:3
20:11,18 21:18
22:6 23:2,15
23:25 24:23
26:18 27:8,13
27:14 30:19
31:12 32:12,16
33:24 34:19
36:18 37:12
38:22 39:4,9
40:11,21 42:4
42:23 43:23
44:5,16 45:5
46:9 47:1 48:1
49:16 50:1,8
52:1,18 53:4
53:13,22 54:3
54:14 55:6,21
56:15 57:21
58:1,8,10,22
61:17 63:5
64:6,12,14
65:10,19 66:8
67:13 69:3,19
70:6,17 71:15
72:14,23 73:4
73:18 74:12
75:7,14 76:20
77:1,7 78:5,12
79:3 80:16
81:6,23 82:18

83:21 84:9,17
85:4,13 86:6
86:13 89:1
91:2,12,23
95:1,7,23 96:6
97:4 99:6
101:22 102:2
102:11,17,23
103:12 104:21
106:4 107:6
109:15 110:5
111:2 117:10
118:15 119:10
119:17 121:5
122:19 123:2
124:16 125:11
125:22 126:3
128:6 130:11
130:21 131:10
132:1,24 137:5
137:11 138:6
139:12,19
140:9,24 141:4
141:8,12,13
142:1,18 143:9
144:6 145:5,15
146:18 147:4
148:9 149:14
150:24 154:8,9
154:23 156:4
157:1,11 159:1
159:11 160:16
161:6,19 162:4
162:8,17
163:13 165:1
166:18 167:1
168:14 169:2
169:20 174:1
174:12,16
175:3 177:15
179:5 180:4,18
183:3 186:18
188:8 189:1
191:8 193:20
194:11,24
195:9,13
196:21 202:10

202:15,21
203:4 204:22
205:4,17 206:2
207:18 208:22
209:7 211:2,15
212:8 214:5,10
214:20 215:10
217:8,18,23
220:3 221:5,21
226:9 227:3,15
228:12 229:1
230:20 232:11
232:23 234:16
234:22 239:5
240:19 244:1
245:7 249:12
250:1 251:21
253:23 254:22
256:9 258:15
260:3,15
261:16 264:24
265:11 266:15
266:17,24
267:13 268:11
269:2,12 271:8
274:14 278:5
278:12 281:13
283:3,23
284:16 286:6
287:1,13,17,22
289:3 290:3
293:24 295:1
296:8 299:19
302:6 303:7,24
305:19,20
306:1 307:6
310:3 314:11
317:15 318:7
319:9 321:2
322:6 323:15
326:21 330:11
332:11 333:11
339:3,17
340:13 341:19
342:8 343:12
343:19,23
344:17 345:2

Jeffrey A. Boyd, Ph.D.

347:14 348:12
349:15 350:8
350:20 351:2
351:17,21
352:23 353:24
357:6
**quick** 92:13
**quite** 59:11
135:20 144:19
147:8 274:10
280:3 338:25
**quotation**
322:15
**quote** 126:16
136:8 147:20
147:21 156:15
156:15 157:15
157:15,16,16
163:22,23
185:20,20,22
185:23 258:25
279:1 294:12
294:12 299:1
319:22 333:20
333:20
**quote/unquote**
151:13 263:8
**quoting** 200:16
322:14

---

**R**

**R** 2:1 3:17,17
**radiation**
136:23
**radicals** 327:20
328:5
**Raise** 353:6
**raised** 157:18
266:10
**random** 177:14
**randomised**
6:13
**randomized**
84:10 122:16
311:14 312:18
318:4
**range** 249:1,3

**rapid** 85:6,16,21
86:8 203:16,25
205:8
**rare** 9:6 116:9
116:20 124:5
**rarely** 85:2
**rat** 250:8
**rate** 20:14 157:8
157:9 196:15
**rate-limiting**
151:14
**rated** 157:6
**rates** 164:9
**ratio** 107:17,19
195:7 346:14
346:20 347:4
348:21
**rationale** 110:1
281:20
**raw** 334:3
**RB1** 152:18,22
231:9
**reach** 131:3
253:9 254:10
258:21
**reached** 177:9
**reaching** 257:1
262:11
**react** 282:25
**reaction** 190:5
190:19,25
191:10
**reactive** 283:15
**read** 13:10 31:3
31:8 32:14,17
32:24 33:7,13
33:19,25 34:3
34:14,17 42:25
46:16 50:3,17
79:1 83:20
92:9 94:19
95:9 98:17
111:20,22
114:15,16
121:16 122:10
122:11 126:9
126:10,20,21

127:5 133:18
136:11,12
137:6,7 147:25
148:1 150:2,3
155:9,10 156:2
157:25 158:1
160:25 161:10
164:17,18
165:20 171:19
171:25 172:1
172:15 173:14
173:16 177:13
177:17 178:9
178:24,25
179:12 182:19
185:6,24
189:15 190:15
192:7 197:16
198:14 200:6
200:12 201:9
203:12,20
209:24 210:13
211:11 216:19
219:14 222:16
223:16 227:7
233:14 234:12
234:23 237:17
237:20,23
241:12 242:3
242:13 244:10
245:19 247:13
249:9 253:11
257:3,17
258:23 263:1
266:13,19
267:3,5,11,14
267:17 271:9
271:25 272:4
275:14,15,17
275:23 279:14
285:10 295:10
297:11 301:6
302:4,7,10,25
303:15 304:20
306:20 308:6
309:6 312:23
314:18 315:8

316:7,15 320:4
324:7 326:1
327:3,11,23
329:10 333:24
346:16 347:25
356:3 357:4
**reader** 281:25
**readers** 186:7
**readily** 236:15
**reading** 37:16
44:14 45:20
59:9 89:4
110:15 160:19
177:18 208:14
208:18 226:21
227:11,12,14
228:11 236:22
246:23 254:5,8
254:17 260:2
266:11 267:10
267:25 295:22
308:14,18,19
312:21 316:12
321:11,12
322:7 325:5
**reads** 216:7
**ready** 238:19,21
**real** 221:19
**reality** 61:2
273:1 314:5
**realization**
134:5
**realize** 227:7
**really** 40:5
44:10 93:22
95:18 128:20
128:24 131:9
134:18 191:15
192:11 199:6
210:13 222:24
289:4,14,21
328:12
**realm** 18:10
196:20
**Realtime** 1:18
355:3,18
**reask** 23:21

115:10
**reason** 8:25
21:12 25:22
72:18 83:8
124:3 152:13
199:7 298:19
299:5 319:4
326:7 338:7
339:7 356:5
**reasonable** 20:9
97:13,19,20
131:19 270:20
325:12
**reasonably**
127:23
**reasons** 110:2
248:10
**REATH** 2:21
**REBECCA** 3:7
**recall** 15:5 16:8
22:13 37:16
47:6,14,16
48:9,18 50:13
59:7 64:12,13
90:3,8 92:22
99:24 100:9
104:2 108:2
110:10,15
130:13,17
137:15 169:25
258:23 259:12
272:1 279:23
341:24 342:1
342:12 343:1
344:1,9,18
349:14 353:17
**recalled** 260:2
**recapitulate**
100:2
**receipt** 356:15
**receive** 273:19
**received** 19:12
20:21 59:14
155:13,20
325:7 335:24
**receiving** 252:25
253:1

Jeffrey A. Boyd, Ph.D.

**receptor** 72:7
236:1,3,4
**recitation** 58:4
**reciting** 216:5
**recognize**
108:24 126:12
152:13 180:13
180:16 187:1,4
234:25 345:18
**recognized**
98:21 152:11
**recollection**
169:17,22
**recommendat...**
352:17
**recommendat...**
352:6,11,25
**record** 7:2,13
8:6 9:11,17
14:15 22:1
61:12,14,16
110:22,24
111:1 168:9,11
168:13,16
174:24 208:7
208:11 238:25
239:2,4 270:2
277:21 297:17
322:11 323:10
323:12,14
354:4
**records** 22:18
26:14
**recurrence**
105:3 297:22
**redaction** 12:14
**redefine** 161:14
161:17
**REDIRECT**
352:22
**reduce** 121:11
122:8 313:9
318:12 319:6
**reduced** 139:10
173:12
**reduces** 139:5
**reducing** 318:2

318:8
**refer** 8:19 29:4
35:23 36:1
61:4,22 62:19
88:11 109:24
112:4 150:21
219:25 223:1
228:2 260:22
295:16 309:20
**reference**
126:22 127:7
155:8 164:20
164:25 173:9
173:12 180:5
200:5,8,19,20
201:1 202:12
202:23 210:17
234:8,18 237:9
239:9 242:5
245:15 253:24
254:15,19
255:1,5 257:11
257:22 258:16
258:19 261:23
262:17 294:14
295:9,13,14
298:10,10,12
298:13,24
299:22 300:23
301:13 304:19
304:22 306:19
312:4,6,7,8,10
312:15,17,19
315:20 327:22
327:25 328:15
328:19 330:1
333:22 345:12
346:15
**referenced**
124:24 175:15
181:6 217:11
263:10 275:1
304:8 328:10
**references** 165:4
165:10 166:1
179:7 224:2,17
254:5 257:2,5

257:8 258:6,20
258:25 262:22
302:2,3 303:9
303:13 309:4
**referencing**
298:15
**referred** 64:24
231:21 263:7
**referring** 64:18
76:12 82:21
83:10 143:8
200:25 224:7
232:15,17,20
235:15 263:18
296:16 324:21
338:16
**reflect** 302:19
**reflection** 340:3
**refresh** 37:15
169:9 340:22
**refreshes** 169:13
**refutes** 201:21
**regard** 25:4
37:18 65:12
176:17,18
192:20 243:19
244:7
**regarding** 42:11
49:19 53:6
54:22 56:20,25
57:17 58:20
59:2 62:8,24
63:10 64:9
68:10 69:5
77:14 78:8
82:14 93:8,17
94:1,14,16
108:23 123:17
142:21 160:12
161:1 166:2
169:10 170:3
197:24 225:14
255:9 265:12
266:25 271:11
297:2 320:18
320:21 334:17
334:19 343:2

352:25 353:13
**regardless**
130:12 151:9
188:6 333:17
**regimen** 67:19
**region** 5:20
116:19
**Registered** 1:17
355:3,17
**regression**
222:22,25
**regulation**
134:22
**reiterate** 113:8
**rejected** 272:14
272:18 275:24
276:23
**relate** 27:1,20
214:12
**related** 24:25
25:8 26:6 28:6
91:22 131:22
209:20 210:5
211:6,22 212:4
227:23 279:25
296:19 305:20
308:17 316:22
342:21 351:12
**relates** 63:23
127:11,15
243:18 331:9
**relating** 58:9
172:12,17
221:7
**relationship**
46:6 123:21
336:13,14
**relative** 107:22
195:3,18 196:6
196:10 355:11
355:12
**relatively** 52:11
124:6 179:22
179:24 245:16
250:17 252:19
313:19
**relevance** 306:4

306:5,5
**relevant** 46:1
176:13 225:7
328:14
**reliance** 124:12
225:9
**relied** 34:10
123:15
**rely** 117:12
119:11 176:9
**relying** 249:18
249:22 250:3
330:5
**remain** 136:7
147:23 148:21
**remains** 316:3
316:25 317:17
**remarks** 322:12
**remember**
11:16 20:6
22:20,23,23
47:5 49:1
58:21 89:22
175:13 177:18
188:7,10
225:18 234:21
259:19,22
279:20 321:20
323:5 342:18
343:10,13
344:14 348:6
**remind** 103:10
112:11
**reminding**
103:8
**remodeling**
182:18
**removing**
263:13
**render** 68:18
204:9 243:19
265:20
**rendered** 39:13
204:20 238:14
270:3
**rendering** 245:2
245:5 265:19

Jeffrey A. Boyd, Ph.D.

| | | | | |
|---|---|---|---|---|
| **renders** 237:16 | 47:2 48:7 50:3 | 7:14 170:16 | 23:5 | 124:14 140:24 |
| 241:25 | 50:18 61:23 | 324:2 355:3,4 | **require** 151:25 | 177:3 193:22 |
| **reoccurrence** | 67:8 68:20 | 355:4,17,18 | **required** 85:18 | 204:20 209:5 |
| 104:10,24 | 74:11 78:16 | **reporting** | 292:2 | 273:5 306:25 |
| 105:9,15,21 | 86:14,16,20 | 130:13,18 | **requires** 315:3 | 313:12 316:14 |
| 106:13 | 87:14,18,25 | **reports** 35:5,7 | 315:17 | 321:7 332:20 |
| **repair** 85:22 | 88:22 90:15,25 | 35:20 37:17 | **requisite** 153:2 | 339:5 348:8 |
| 203:18 205:10 | 92:11,24 93:3 | 46:14,17 89:5 | 161:2 | **respected** 187:2 |
| 209:20 210:6 | 93:9,11,18,20 | 338:17 | **rereading** | 199:12,18,19 |
| 211:6,10,13,18 | 93:21 94:1,12 | **represent** 21:2 | 347:12 | **respectfully** |
| 211:23 328:11 | 94:13,15,23 | 127:3 175:14 | **research** 6:20 | 44:3 118:23 |
| 328:12,14 | 95:3,12 96:2 | 180:25 200:8 | 32:2 51:22 | 121:25 308:13 |
| **repeat** 17:7 25:5 | 96:17,19 111:8 | 216:22 218:2 | 56:10 79:19,25 | **respective** |
| 40:10 55:11 | 111:12,14 | 256:12 334:12 | 80:6 82:13,20 | 199:13 |
| 76:2 82:2 87:2 | 112:8,21 | 334:16 | 82:22 83:3,3,5 | **response** 4:13 |
| 91:11 92:2 | 113:25 125:24 | **representation** | 83:7,10,14 | 11:17,20 12:9 |
| 93:14 106:3 | 131:9,13 | 35:12 | 86:19,24 87:8 | 23:4 192:25 |
| 118:13 121:25 | 135:21 143:6 | **representative** | 87:10,13,24 | 220:8 222:12 |
| 122:25 125:9 | 147:12 155:18 | 33:16 55:8,14 | 88:21 111:15 | 294:13 297:21 |
| 128:14 132:18 | 159:6,15,18 | 55:20 77:20 | 111:16 114:2,6 | 324:22 |
| 190:22 194:9 | 160:19,25 | 78:3 215:25 | 163:16 164:15 | **responses** 11:21 |
| 202:20 289:5 | 164:21 166:2 | **representatives** | 175:9 188:16 | 12:2 219:13,20 |
| 331:1 332:1 | 167:9,13,20 | 28:8 | 188:20,21 | **Restaino** 2:2,3 |
| 339:16 | 171:10 172:7 | **represented** | 197:15,21 | 4:5,7 8:2,7 |
| **repeated** 192:13 | 172:18,22 | 216:20 | 198:1 223:9 | 11:13 12:3,4 |
| 289:15,22 | 175:16 176:10 | **representing** 8:8 | 228:1 230:22 | 13:23 14:15,18 |
| **repeatedly** | 201:12 233:11 | 23:18 55:23 | 234:4 240:12 | 14:20 19:4,19 |
| 263:7 | 241:18 245:11 | 58:25 141:11 | 280:1 287:3 | 20:11,18 21:18 |
| **rephrase** 10:16 | 261:17 266:8 | 337:1 | 290:12 304:5 | 21:25 22:6 |
| 23:16 32:13 | 267:15 278:14 | **reproducing** | 312:5 313:17 | 23:2,15 24:23 |
| 43:13,15 72:15 | 284:23 286:20 | 323:1 | 345:5 | 26:18 27:14 |
| 80:4 | 294:1,14 | **reproductive** | **researcher** | 30:9,13,15,19 |
| **replication** 85:7 | 297:13,15 | 61:5 64:10 | 177:5 218:4 | 31:12 32:12 |
| 85:11,15,19 | 300:5 302:13 | 94:21 95:10 | 220:16 292:7 | 33:24 34:8,12 |
| 155:5 161:4,22 | 303:16 316:10 | 114:23 115:14 | **researchers** | 34:19 36:10,13 |
| 203:18 205:9 | 316:13,22 | 118:20 255:10 | 99:18,21,23 | 36:18 37:2,12 |
| 206:20 | 319:11 322:12 | 260:6,11 262:5 | 113:15 199:8 | 38:20,22 39:4 |
| **replicative** | 323:18 326:4 | 263:6,22 | 199:12,16 | 39:9,24 40:4 |
| 206:22 333:21 | 326:17 328:20 | 273:25 277:3 | 200:15,16 | 40:11,21 42:4 |
| **report** 4:19 | 331:22 333:12 | 323:4 336:4 | 203:24 205:7 | 42:17 43:2,6 |
| 27:23 31:7,8 | 335:4 344:19 | 343:3 346:3 | 210:3 | 43:10,16,21,23 |
| 32:6,8,14,17 | 348:23 | **request** 23:7 | **researching** | 44:5,22 45:2,5 |
| 33:12,13,15,16 | **reported** 130:5 | 24:1,2,5,15,20 | 26:15 | 46:9 47:1 48:1 |
| 33:19 34:2,4 | 130:23 248:20 | 25:7,17 26:20 | **residents** 87:8 | 49:16 50:1,8 |
| 34:14,18 35:19 | 298:16,25 | 27:15 28:4 | **respect** 71:11 | 52:1,18 53:4 |
| 36:2,7,9,11,20 | 312:6 | 44:4 | 81:21 85:25 | 53:13,22 54:3 |
| 37:1,3,21 43:1 | **reporter** 1:18,19 | **requests** 4:13 | 86:2 110:12 | 54:14 55:6,21 |

56:15 58:6,8
61:7,11,17
63:5 64:6
65:10,19 66:8
67:13 68:25
69:3,19 70:6
70:17 71:15
72:14,23 73:4
73:8,18 74:12
74:25 75:7,14
76:20 77:1,7
78:5,12 79:3
80:16 81:6,23
82:18 83:21
84:9,17 85:4
85:13 86:6,13
89:1 91:2,12
91:23 95:1,7
95:20,23 97:4
99:6 101:22
102:2,11,23
103:12 104:20
104:21 106:4
107:6 109:15
110:5,20 111:2
117:10,24
118:2,10,15
119:8,10,17
120:22 121:1,5
122:19 123:2
124:16 125:11
125:22 126:2,3
128:6 130:11
130:21 131:10
132:1,15,18,24
137:5,11 138:6
139:12,19
140:9 141:4,20
142:1,18 143:3
143:9 144:6
145:5,15
146:18 147:4
148:9 149:14
150:15,24
154:9,23 156:4
157:1,11 159:1
159:11,21

160:16 161:6
161:19 162:4,8
162:17 163:13
165:1 166:18
167:1 168:2,7
168:14,24
169:2,20 174:1
174:12,16,24
175:3 177:15
179:2,5 180:4
180:18 183:3
186:18 187:25
188:8 189:1
191:8 193:12
193:20 194:11
194:24 195:9
195:13 196:21
202:10,15,21
203:4 204:22
205:4,17 206:2
207:18 208:22
209:7 210:9
211:2,15 212:8
214:5,10,14,20
215:3,10 217:1
217:4,8,18,23
220:3 221:5,21
226:4,9,17,22
227:3,10,15,25
228:12 229:1
230:20 232:11
232:23 234:16
234:20,22
238:21 239:5
240:3,7,19
244:1 245:7
249:12 250:1
251:21 253:23
254:7,16,20,22
255:18,21,24
256:9 258:13
258:15 260:1,3
260:15 261:14
261:16 264:24
265:11 266:17
266:24 267:13
268:11 269:2

269:12 271:8
274:14 278:3,9
278:12 281:13
283:3,23 284:6
284:16 286:6
287:1,13,22
289:3 290:3
293:24 295:1
299:19 302:6
303:7,24 306:1
307:6 310:3
314:11 317:8
317:15 318:7
319:9 321:2
322:6 323:7,15
326:21 330:11
332:11 333:11
339:3,17
340:13 341:17
341:19 342:8
343:12,19,23
344:17 345:2
347:14 348:12
349:15 350:8
350:20 351:2
351:16 352:23
353:23
**restate** 70:15
329:16 339:22
**restating** 184:1
**result** 67:5
134:6 206:5
219:9 232:24
246:4 275:10
281:2 339:24
**resulting** 155:4
**results** 164:14
171:18 173:13
178:4 234:7
242:1 279:13
287:6,8 291:21
320:13 327:8
331:17 332:16
337:16
**retired** 39:14
40:25 41:1,13
**retirement**

38:15
**retrograde**
259:4,15 260:4
**retrospective**
257:13 331:24
**retrospectosc...**
247:4
**retroviral-ind...**
134:4
**return** 153:13
153:24 171:9
278:10 356:13
**returned** 67:9
**Reusing** 101:5
**revelation** 121:8
122:5
**review** 6:7 17:24
20:13 48:6
87:6,16 112:7
112:18,24
113:14 156:11
183:12 186:3,6
186:13,15
189:10,13
201:18 203:8
203:10 207:14
210:18,23
227:22 257:25
259:13 270:10
270:13,19
300:12 304:3
322:14 325:7
325:14 326:16
335:1
**reviewed** 13:15
32:7 35:20
87:19 113:5,11
268:12 271:25
273:6 275:2
**reviewer** 273:4
277:8 319:19
319:22 321:13
322:15,18
324:14
**reviewer's**
319:25 325:1
**reviewers** 28:8

269:25 270:7
270:21 271:3
273:22 278:1
322:9 324:9,12
336:8,17
**reviewers'** 275:4
**reviewing** 52:15
336:21
**reviews** 189:20
**revised** 274:2
**revision** 273:15
**revisit** 81:24
**rhetorical**
195:22 286:5
305:19
**rid** 345:11
**ridiculous** 214:2
214:18
**right** 9:22 22:12
96:3 111:10
120:2,16
129:11 135:20
137:24 149:19
150:17 153:15
170:12 178:13
182:2,11,17
184:22 189:19
194:7 200:14
207:9 209:11
218:24,25
219:4 222:6
224:16 226:8
230:6 233:23
241:4 254:6
261:7,23 280:4
305:3,6 310:24
328:24 333:16
333:20 345:25
**right-hand**
121:2 149:16
157:3 182:5
237:3 240:21
300:18 302:15
**rigorous** 124:13
**ring** 187:21
**rings** 341:1
**rinse** 17:7

**risk** 4:24 5:2,11
5:23 6:4,17
52:21 57:17
62:25 63:11,16
63:22 64:4
100:8,10,12,15
100:16,21,22
100:25 101:4
101:11,19,24
102:6,25
103:13,16,19
103:23 104:24
105:2,9,14,19
105:22 106:11
106:14,21,22
107:17,19,23
108:25 109:5
109:18,19
131:13 137:18
138:8,9,19,24
139:1,5,10,14
139:24 140:1,4
140:11,15,19
140:25 141:1
143:21,25
144:13 145:22
156:16 162:21
163:17,20,24
164:3,6,7,11
164:12 165:12
165:16 173:12
182:7 183:10
183:19,25
184:3 187:18
189:21 190:1,7
191:20,23
192:14 193:7
194:1,14,22
195:1,2,3,6,15
195:17,18,18
196:1,2,6,9,10
196:11,14
198:10 268:16
292:15,21
293:5,16
299:24 301:25
302:9 311:7

312:7,13
325:25 326:25
329:7 330:23
331:4 339:10
339:19,23
342:14 343:4,6
343:15 344:3
346:3,5,6
347:1,18
348:20 349:8
349:19,21
350:14 351:12
353:8
**risks** 144:4
254:1 340:8
**Road** 2:13
**Roberta** 186:20
187:10 193:6
193:24 194:12
342:9
**ROCA** 311:3,7
312:14,18
313:7,14,24
**role** 5:9 6:6
17:19 46:2
54:21 91:6,16
92:1,6 93:8,9
93:17,18 108:6
108:7,11,13
173:8,20 184:6
184:14 186:21
189:3 210:19
304:1 327:21
329:4 349:11
**room** 10:20
80:22 83:13
**root** 135:7
**rose** 311:9
**rough** 334:15
**roughly** 249:5
251:14,16
330:18 353:17
**round** 27:13
29:11
**route** 141:24
**row** 333:19
**Royston** 3:15

**RS** 325:23
**rude** 9:16 10:2
**Rudolf** 179:16
**rule** 148:3
157:15 261:2
**ruled** 17:11
**rules** 8:15 14:11
18:24 40:7
142:4 256:3
**rush** 253:22
**rwoods@seyf...**
3:7

---
## S

**S** 2:1
**S-a-e-n-z** 31:14
**S-h-i-h** 33:3
**S-i-e-m-i-a-t-y...**
48:4
**S-i-n-g** 51:3
**sad** 314:4
**Saed** 6:1 34:17
35:18 37:17
94:1 172:17,24
173:3,6 184:9
184:12 225:16
243:18 245:13
248:20 249:4
263:6,11
268:13,13
271:11 274:20
279:3 285:1,16
286:9 294:14
305:22 324:3
334:17 335:17
338:25
**Saed's** 34:3,14
46:3 68:19
90:15,23 91:21
91:24 92:4
93:9,17 94:14
94:15,20 95:9
111:13 143:6
241:22,24
244:8 248:1
249:19 251:11
269:14 278:18

281:9 306:25
319:20 338:12
**Saenz** 31:16,17
32:4,6
**safe** 75:8 127:23
164:19 171:6
282:3 283:16
**safety** 289:9,10
**SALES** 1:4
**saline** 246:12,20
246:24 247:8
247:11,23
**salmon** 262:9
264:1
**sand** 279:11
**Sarah** 50:9
**sat** 84:23
**Savannah**
345:20
**save** 11:7
**saw** 13:2 29:18
30:20 261:6
277:9
**saying** 16:15
23:16 26:9,12
31:19 66:13
128:23 157:21
214:17 217:2,7
228:20 254:15
256:1 276:4
285:19 287:23
327:7 329:3
332:6
**says** 7:21 184:25
276:1 295:13
322:18 335:15
**scale** 251:18
**scanning** 5:19
**scenery** 343:11
344:16
**Scholler** 298:11
298:25 299:22
304:7 305:4
**school** 51:13
256:3
**science** 156:17
157:4,5,10

173:7,19
184:13 199:15
199:21 273:12
273:13 293:17
336:10,12
**Sciences** 94:21
95:10 273:25
277:3 336:4
**scientific** 26:22
27:17 28:9
29:7 56:19
62:14,23 65:18
86:23 87:20
88:6,11,12
100:20 113:19
113:21 131:20
157:6,9 158:22
160:11 171:23
192:11,17,19
208:25 209:4
265:18 270:7
281:8 285:24
287:3,15,19
342:16 351:10
**scientist** 59:22
66:12 74:17
83:19 105:18
106:6 174:11
188:16 290:4
337:15
**scientist's**
100:20
**scientists** 59:11
313:15 325:12
**scope** 101:17
111:11 342:17
**screen** 245:1
**screening** 5:13
6:11,13 187:19
198:13 295:18
307:24 309:18
310:11,15,25
312:5,10 315:3
315:17
**scroll** 330:17
**scrotal** 130:19
**se** 108:16,21

search 89:17
90:9 157:13
172:6 175:23
176:3,4 177:11
searches 89:9,10
89:12
second 16:24
17:20 53:20
66:2 177:4
181:16 184:18
184:23 185:14
202:23 204:12
227:4,5 229:11
239:11 253:7
256:22 268:22
300:10,14
304:12 306:15
309:8 316:21
323:20,23
324:15 336:15
336:19 343:25
346:1
second-line
312:12,16
secondary
339:25
Secondly 228:5
seconds 285:13
section 111:11
135:22 167:14
171:11 233:11
233:17 240:23
256:19 261:22
278:14 294:2
309:10 316:1
326:6 352:24
sections 350:13
see 11:21 12:15
12:19 16:24
23:4 34:1,6
36:23 39:18
40:15 55:15
74:10 77:13,19
78:3,6 114:4
120:10,19
121:4 136:1
141:25 148:25

149:13,21
157:2 161:11
165:6 167:15
171:12 172:25
176:24 177:21
181:23 182:8
182:13,15
184:19 185:17
186:25 189:9
192:5 193:2
197:1,7,8
198:16,23
202:18 203:1
209:13 218:17
218:24 219:5
220:24 222:8
229:12,14
231:15 233:17
234:1 237:6
240:8 241:20
254:23 261:25
274:5,19,25
278:16 295:14
296:9 298:13
298:15 300:1,6
300:7,19
302:17 304:14
304:25 306:4
307:19 308:11
308:22 309:11
312:1 314:20
317:12 323:21
325:19 329:2
336:18 345:16
352:10
seeing 11:16
37:6 45:13
49:18 52:7
175:13 239:21
seen 11:14 12:17
14:2 50:12,14
175:10 178:6
178:17 255:7
256:14 274:16
275:8 286:20
314:16
select 176:8

177:10,17
selected 270:10
self-evident
115:20
self-reference
210:23
self-sufficiency
207:4,19
226:13 227:18
228:14,18,25
229:17
seminal 134:2
134:11
send 19:10
276:18
senior 113:9
sense 4:24 10:10
31:1,18 55:1
72:7 77:25
84:4 91:1
126:25 127:1
134:15 146:2,6
152:8 156:16
228:6 246:22
sensitive 300:22
301:2 316:4,25
317:17,25
sensitivity 295:6
297:3 298:21
301:20 313:20
315:4,18
sentence 77:24
111:12 114:2
120:15 123:19
125:25 126:4
126:25 146:2
147:14 148:16
149:7,19
150:13,20
154:25 159:20
165:3 171:14
171:21 174:10
190:22 194:9
199:23 200:21
202:16,24
203:15 204:3,7
204:9 209:9

211:12,16
223:7 225:11
233:24 237:8
241:17 243:23
254:9 258:5
262:20 271:7
282:21 294:8
295:2 301:15
301:17,23
303:15 307:22
310:17 316:15
316:23 326:13
327:17 328:15
329:3 340:12
sentences
149:15 196:23
272:6 301:15
301:18 308:15
348:3
separate 34:23
separately 36:23
Sephardic
108:20
sequence 285:23
287:15 288:9
291:20,25
sequencing-ba...
66:25
series 326:9
serious 94:3,3,4
94:4 248:6
seriousness
343:9
serous 232:4
306:18
serum 5:5,11
177:22 178:2,6
198:9 294:10
295:6 298:16
298:23 299:14
311:8
serve 55:9
served 155:16
273:8,10 291:5
335:18
serves 335:23
Services 1:23

3:18 7:4 47:11
50:23
serving 273:3
338:2
set 216:10
230:15 310:23
355:9
setting 83:12
seven 18:25 19:2
19:5 120:14
141:22 149:17
185:13 219:3
343:15 344:3
346:6,13 347:1
347:18,20
348:20 349:19
349:25
seventh 317:22
sex 213:11
SEYFARTH 3:6
shake 30:23
shaking 31:18
205:16
shape 289:1,5
share 89:19
98:21 272:9
330:4
shared 285:9
319:19
sharing 170:1
225:2
SHARKO 2:21
74:4 256:5
260:25 261:6
350:24 351:1
SHAW 3:6
Shawn 50:22
sheet 356:6,9,11
356:14 357:7
Sherman 199:5
shifted 293:11
Shih 33:3,4,12
33:17 92:10
141:23
Shih's 216:19
SHKOLNIK
2:12

Shook 1:13
short 124:7
    242:24
shorten 97:10
Shorthand
    355:4
shot 149:5
show 29:10,12
    156:19 164:6,8
    207:2 259:25
    301:25 302:8
    307:7 313:23
    321:11 325:10
    334:7,8 346:13
showed 259:3
    346:25 347:19
showing 79:6
    192:23 303:18
    313:19 348:19
shows 238:13
shred 333:4
Shukla 248:22
sic 9:13 44:20
    51:3 243:17
side 121:3
    139:13 149:16
    170:9 237:4
    240:21 245:11
    267:1 300:18
    302:15 338:1
sides 18:22
sidetracked
    331:19
Siemiatycki
    48:3
sign 356:8
signal 231:8,12
signaling 207:5
    207:20 227:17
    228:18 229:22
    229:24
signals 226:13
    227:18 228:14
    229:18 230:7
    230:23
signed 95:14
    96:2,16 349:9

significance
    319:22 321:4,8
    322:10,18,23
    324:15
significant
    275:8
significantly
    124:11
signing 94:13
    356:9
silica 244:14
silicate 278:22
silicates 283:5,7
    283:19
silicon 71:3 72:2
    278:23 279:11
    279:18 282:1
    284:14
silly 286:24
similar 17:1,12
    218:13 242:12
    252:12 279:10
    280:17
simple 142:9
    280:20 329:22
simplistic
    171:22 198:7
    225:10,18
simply 45:25
    155:2,24
    157:23 165:25
    183:20 184:1
    230:12 265:24
    268:9 281:1
    322:14 326:13
    333:8 337:6
    348:11
Singh 51:2
single 217:10
    275:25 283:13
    332:24
sinister 348:8
sir 12:15 56:6
    88:3 110:12
    112:10 114:4
    119:1,23
    120:10,19

126:20 130:4
130:17 136:1
145:18 147:18
148:17 149:21
154:10 155:18
156:21 162:25
165:2,6 168:7
171:12 172:25
182:8,13
185:17 197:2
208:8 209:13
215:19,21
218:17 219:5
222:8 231:15
233:23 234:23
235:1,17
236:23 237:6
239:10 241:20
241:21 254:23
261:25 263:2
269:8 274:17
278:16 282:19
286:5 291:3
292:17 297:16
297:18 302:17
304:8,14
308:11 309:11
311:24 314:17
319:15 323:21
325:19 332:20
333:24 338:15
340:5,12 342:6
343:9 344:9
345:25 347:13
350:4 353:5
sit 21:8 62:11
    64:15 65:20
    89:18 93:24
    98:20 110:9
    131:11 133:18
    151:4 159:25
    166:10 213:3
    217:9 276:16
    276:21 286:2
    297:8 314:6
    341:23
sitting 22:12

29:1 144:7
    192:10 261:7
situation 291:19
situations
    128:22
six 120:14 160:7
    187:6 197:4
    219:2 302:14
    346:13,25
    347:18,20
    348:20 349:19
    352:16
sixth 316:16
    345:16
size 104:11
    251:1
Skadden 3:1
    19:13
Skates 313:13
Skates' 312:21
skew 234:7
skim 32:22 33:6
    46:23 47:2
skimmed 33:8
    33:14,22 50:19
    92:9 267:17
skimming 32:15
skip 28:2,4
SLATE 3:1
slide 28:14,16
    29:1
slides 29:11
Sloan 31:24
slough 265:3
sloughed 264:11
    264:14,19
slow 226:15
slurry 247:20,22
    248:3,10
small 67:25
    220:21 252:4
smaller 113:11
Smith 47:3,7,7
    47:16,19
smoke 129:14
    129:19,23
    136:21 221:23

smokers 220:20
smoking 107:1,7
    107:11,12,17
    107:19,25
    220:23 221:11
    221:12,14,17
smudged 331:16
    332:14
snips 323:25
SNP 323:23
    324:15 326:14
SNPs 323:24
    324:2 340:9
so-called 152:25
society 29:7
    47:12 56:18
sole 268:14
soluble 236:15
solution 242:21
    242:24 243:7
    245:14 248:10
solvent 233:13
    233:18 234:5
    236:10,18
    237:3 241:19
    242:16 246:18
    247:8
somatic 147:16
    147:21 148:4
    148:12,19
    149:1
somatically
    151:20 161:21
Sonal 51:2
Song 162:23
soot 129:25
    130:6
sophisticated
    340:8
sorry 11:24
    16:21 17:16,17
    19:8,16 21:6
    23:19,24 24:19
    30:13 34:16
    35:10 40:9,18
    42:15 44:14
    48:14 58:2

63:3,13 73:19
74:25 82:20
83:18 87:2
91:10 92:2,14
93:12 94:2,8
98:14 102:17
104:6 107:8,10
115:22 117:16
119:1 120:2
121:23 135:16
139:7,22 142:3
145:18,23
151:2 154:22
159:16,21
168:5 169:16
170:25 171:3
181:24 182:2
190:21 197:3
199:2 206:15
215:17 223:24
225:12 227:19
227:21 229:5
238:4,18
239:18 243:22
244:10 245:10
246:16 248:5
253:17 254:7
258:4,6,14
260:22 261:15
264:23 268:7
268:10 271:6
271:21 280:2
286:24 310:18
311:24 317:13
321:19 323:5
326:15 329:15
330:13 331:1
331:19 333:15
338:15 339:4
339:14 340:12
343:17 344:11
345:10 352:9
352:12,13
**sort** 62:6 185:13
**sought** 16:1
310:13
**sound** 38:10

97:13 110:13
119:23 289:25
340:23
**sounded** 226:7
254:14 320:23
**Sounds** 271:20
**south** 1:14 264:7
**space** 251:9
252:4,24,25
253:1 356:6
**spanned** 342:24
**sparked** 157:24
158:4,6
**speak** 99:20
258:8
**speaker** 351:7
**speaking** 58:3
62:13,18 64:17
72:25 101:18
103:4 106:18
116:8 152:6
160:3 213:5,6
228:13 229:25
230:3 231:25
252:19 282:7
328:6 330:19
333:3
**speaks** 281:9
**special** 342:20
**specialist** 228:7
**specialists** 207:1
207:2
**specific** 23:5
67:2,4,18 82:3
108:17 109:25
142:24 165:10
221:10 264:22
265:7 276:11
276:11 281:1
316:4,25
317:17,25
334:6
**specifically**
15:23 21:11
46:4 63:22
68:21 90:10,25
104:10 170:5

213:6 220:2
328:8 344:21
**specificity** 295:6
298:22 299:16
301:19 312:8
312:25 313:20
315:6,11,18,21
**specified** 14:9
**specify** 337:12
**speculate** 249:8
342:6
**speculating**
204:25
**speculation**
270:25
**speculative**
145:11 171:23
**speech** 226:8
**spend** 23:6
290:7
**spending** 217:12
**spent** 26:15
134:11,16
290:11 313:4
**sperm** 266:1,2
267:24
**spoken** 286:9
**spontaneous**
121:12 122:9
152:21
**spontaneously**
282:24
**sporadically**
126:16
**Spring** 296:21
**squamous** 153:6
**square** 250:12
**stack** 169:7
**stage** 105:4,7
295:12 316:5
317:1,18
**stages** 113:7,9
**stand** 22:8
161:13 174:25
294:5 297:14
**standard** 89:8
304:18

**standards** 282:8
**standpoint**
100:20
**stands** 295:19
328:18 346:19
**start** 9:21 18:16
23:7,22 65:17
139:21 172:23
191:17,18
196:16 233:24
243:7 261:23
272:25 312:4
327:6 329:3
**started** 8:5 11:6
22:10 287:23
**starting** 186:9
189:19 244:25
**starts** 120:16
147:14 149:19
178:14 184:19
209:11 219:3
222:7 240:1
300:17 323:19
**state** 15:13
16:25 17:9
59:15 149:10
159:14 205:8
210:3 211:20
220:5 276:24
294:9 304:16
327:19 349:12
356:5
**stated** 203:24
207:3 225:13
259:14 324:14
**statement** 38:20
105:24 128:5
132:8 133:18
140:8 154:4
167:17 201:21
211:4 220:10
223:6 230:19
291:8 303:9,17
306:23 330:21
334:22 340:2
349:24 353:10
**statements**

154:8
**states** 1:1 180:8
200:4,23 201:6
257:14 302:20
322:9 341:10
**stating** 8:7
138:12 159:7
204:16 246:18
337:6
**statistic** 200:24
**statistical** 4:24
156:16 166:25
167:3
**statistics** 200:11
200:20 201:17
**stay** 59:12
113:25 301:22
**steal** 163:9
**stem** 114:10
163:18 164:8
**stem-cell** 164:3
**stenographic**
7:13
**stenographica...**
355:8
**step** 10:2,7
292:19,23
**steroid** 190:3
**Steven** 313:13
**sticker** 170:20
**stickies** 24:11
**sticky** 117:23
**stimuli** 182:23
**stimulus** 121:6
122:3
**stimulus\cond...**
182:12
**stipulate** 284:9
284:13 307:17
**stochastic**
155:17 161:3
**stop** 103:8
125:21 196:19
245:3 296:25
319:8
**stopped** 41:16
**straighten** 35:16

strange 109:6
strategies
  230:17 340:6
strategizing
  164:15
strategy 216:12
  315:3,17
Street 2:4,9 3:8
strength 117:2
  117:13 119:11
strengths 68:10
  69:5 116:4
stress 171:17
  197:9 327:19
  328:10
strictly 160:20
strike 9:15 69:2
  95:21 174:21
  234:24 247:18
  309:15
strikes 166:22
  220:9
stromal 213:12
strong 131:4
  144:2 163:16
  165:15 221:18
strongest 170:6
strongly 306:17
structure
  237:14 283:25
  284:7
students 99:15
studied 61:1
  75:21 294:19
  294:25 329:9
studies 6:18
  53:7 57:11,14
  68:12 69:7
  79:5,8 123:13
  123:15 124:21
  125:5 167:4
  173:10 196:12
  209:22 242:13
  242:14 259:3
  266:1 278:19
  285:21,22
  286:14,15,18

287:20,21
291:10,14
292:2,4,13
313:19 318:14
318:21 319:5
320:1 325:18
325:22 327:2
329:7,23 330:3
330:4,20
331:10,12,13
study 26:4,6
  33:16,17,19
  84:6 92:10,19
  93:9,18 94:14
  107:5 122:23
  123:7,24
  124:10 157:20
  178:2 227:20
  227:21 233:12
  250:5 257:14
  258:17 285:24
  287:6,7,8,15
  287:19,24,25
  288:1,4,4
  289:5 292:8,19
  293:18,19,23
  306:14 308:23
  309:1,2 310:4
  310:6,22
  311:22 312:24
  314:5 315:11
  315:24 318:15
  318:17 319:1
  319:23 321:4,8
  322:10,18,22
  324:6 329:25
  330:12 331:18
  332:17
studying 60:18
  186:9
stuff 260:8,10
  260:12,18
  261:9 264:5,6
  280:8 335:16
  345:11
Sub-associatio...
  182:6

subject 66:22
  270:8,22
  356:10
subjective
  100:18 250:16
  270:8 272:20
submission
  273:16 276:24
  319:21
submit 118:24
  173:15 237:18
  274:2 279:15
  304:9 346:17
submitted 96:16
  188:4 269:21
  269:21 270:9
  271:4,14
  272:14,17
  273:24 275:10
  275:12 276:15
  276:20 277:2,9
submitting
  19:16,17
Subscribed
  357:15
subsequent
  58:16 86:9
  94:20 95:9
  114:22 115:5
  115:13 118:19
  135:4 151:17
  151:18 153:1
  156:6 203:19
  205:10 311:5
  324:18
subsequently
  272:22
substance 72:6
  125:14 357:7
substances 77:3
substantial 5:1
  52:14 162:21
  192:2 335:9
substantive 64:4
  249:14 305:20
substantively
  331:17

substitute 132:6
subtypes 213:10
  213:16,21
sued 17:9
suffice 153:15
  177:16
sufficient 117:4
  164:10 171:23
sufficiently
  320:2
suggest 14:13
  106:24 123:15
  140:13 176:3
  210:15 216:7
  216:18 219:24
  230:13,13
  257:7 305:23
  308:14 319:4
  347:23 348:5
  352:18
suggested
  123:12 216:19
  244:11 348:9
suggesting 43:5
  173:7,19 183:7
  184:13 194:21
  207:14 264:6
suggestion
  124:25 216:14
  307:1
suggests 197:14
  282:23 327:18
suit 16:4
Suite 1:15 2:13
  2:17 3:13
sulfur 237:12
  238:1,7,15
summary
  163:15 183:5
  183:13 310:7
  312:21,23
  344:23
Summit 47:10
supplemental
  11:23 12:10
  13:7 29:16
  34:6 35:3

46:12
support 62:15
  62:23 124:6
  133:17 167:5
  171:24 200:21
  202:4,6 204:6
  219:10
supported
  176:16 320:13
supporting 5:22
  268:15 292:14
supports 111:16
  336:24
suppose 87:21
  96:25
supposed 240:6
suppressor
  151:8 152:2,18
  231:4,6,8
  232:6
sure 10:25 11:2
  24:18 31:15
  36:5 40:12
  52:5 61:11
  74:20 82:5,23
  92:25 93:21
  104:20,20
  110:20 143:1
  163:1 166:12
  187:16 206:3,4
  206:7,8,10
  238:24 248:6
  271:19 276:13
  283:9 296:8
  309:25 325:15
  328:12
surgeon 41:21
surgeons 41:20
surgery 42:2
  68:6
surprise 192:17
  222:1 246:10
  246:13
survival 6:6
  304:2 306:6,10
  312:9 314:2
surviving 310:9

Jeffrey A. Boyd, Ph.D.

**SUSAN** 2:21
**Susan.Sharko...** 2:22
**susceptibility** 132:4
**suspected** 76:16
**sustained** 208:5 229:24
**sustaining** 227:16 229:21
**swear** 7:15
**sweeping** 130:20
**sweeps** 130:15
**swirling** 252:10
**switch** 80:24 81:8 288:24
**switched** 293:2 293:9
**switching** 288:2 324:13
**sworn** 7:19 355:5 357:15
**Sylvester** 15:23
**symbol** 326:24
**symposia** 342:16
**synonymous** 162:3
**syntax** 73:14 147:3 158:21
**synthetic** 114:18 114:19
**system** 223:14 264:8 328:11
**systematic** 257:24

**T**

**T-r-a-b-e-r-t** 198:8
**T.H** 51:13
**table** 71:23 72:2 73:25 330:2 333:18
**take** 8:22,22,24 9:23 38:11 60:19 78:21

163:14 168:18
170:21 173:4
184:9 187:15
237:22 250:23
262:19 293:25
310:22 311:17
313:2 314:12
319:12 323:8
326:13 327:25
**taken** 8:11 21:3
34:21 64:8
114:25 115:16
118:22 355:8
**takes** 252:7
**talc** 5:20 21:11
25:10 27:2,21
28:10,22 42:11
46:8 49:19
51:23 53:8
57:12 62:8,16
70:11,23,24
71:9,19 76:9
89:21 111:5,18
112:1 171:15
172:13 182:22
183:7,18,25
190:8 193:25
194:14,22
196:11 209:22
211:24 225:5
238:3,9,11
241:14 242:2,9
244:6,13 245:9
245:14,14,17
245:21 247:9
247:10,16
248:2,9,14
251:2 252:9,11
253:2,6,9
254:3,10 255:9
255:15,18
256:23 257:12
257:24 258:11
258:21 259:4
259:10 262:4,8
263:4,21,25
278:21 279:10

280:5,9,12,18
281:1 282:6
285:4,7 320:18
324:6 344:8
346:8 348:16
352:18 353:14
353:14
**talcum** 1:3 5:22
7:9 25:9,10
27:1,2,21,22
28:10,10,21,22
54:22 56:11,20
57:1 59:3
68:13 69:8
70:1,4,8,21,22
76:1,6,10,21
77:4,10,16,22
78:9,14 79:7
89:22 94:16
144:13 148:3
148:11,25
149:12 150:10
154:18 170:4
238:13 246:1
268:15 292:14
335:19 347:3
**talk** 58:11
227:13 312:25
**talked** 56:3
100:7
**talking** 9:25
33:9 67:23
129:7,8,10
135:4 142:22
142:24 143:4
146:22 149:8
174:9 184:5
194:3 200:15
204:4 205:25
207:3 211:17
213:9,10
216:14 221:10
224:20 225:23
251:17 276:10
287:19 288:20
288:21
**Tallahassee**

16:14
**tape** 18:24
**target** 245:6
**task** 160:4
**technical** 26:22
27:17
**Tecum** 4:12,15
**teenagers** 116:11
**telephone** 58:17
169:10,14
**telephonic** 169:22
**tell** 7:20 62:12
187:8,9 251:4
276:17 335:10
336:1
**ten** 309:1
**tend** 116:3
**tended** 249:1
**tendency** 97:8
**tens** 250:10
**tenured** 79:16
**term** 16:5 28:16
64:1 83:10
88:16 90:9
100:19 109:16
127:11,15
128:7,24
155:12,14,16
155:19 158:6
158:24 161:15
166:20,23
167:11 191:4
191:16 222:23
225:1 226:19
248:6 250:17
272:19 301:9
342:24
**terms** 73:23
82:10,24 84:4
116:25 161:17
188:20 194:22
195:1 204:18
221:19 236:1
251:18 259:8
288:24 324:23

338:1 349:12
**test** 8:19,21
35:25 108:1,4
205:20 244:21
279:5 284:11
312:13
**tested** 123:17
295:4
**testicular** 129:24 130:6
130:14
**testified** 29:18
92:8 137:21
188:13 195:4
301:10
**testify** 65:7
355:5
**testifying** 4:16
13:25 14:13,23
**testimony** 18:2
18:13 35:19
42:13 46:20
54:8 58:5
68:20 83:11
267:11,23
355:8
**testing** 243:9
285:3 290:15
292:9
**tests** 295:23
**Texas** 44:13
45:4
**text** 184:25
**textbook** 61:2
**textbooks** 65:17
160:6 265:18
**thank** 9:3 14:18
21:5 33:1 35:1
61:19 62:4
66:4 104:1
106:8 167:21
168:8,20 172:3
173:17 175:17
178:11 179:6
269:9 272:12
319:13 342:7
**Thanks** 353:25

Jeffrey A. Boyd, Ph.D.

| | | | | |
|---|---|---|---|---|
| **theme** 198:5 | 204:15,17,23 | 121:11 122:8 | 18:22 23:1 | 89:18 90:14,22 |
| **theoretically** | 217:13 223:5 | **three** 43:19 58:1 | 34:21 43:19 | 93:24 98:20 |
| 75:5 322:4 | 224:20 226:25 | 120:14 121:20 | 69:1 172:16 | 110:10 131:11 |
| **theory** 111:18 | 227:6,22 | 149:17 219:2 | 192:8 194:18 | 133:18,20 |
| **therapeutic** | 228:19,22 | 232:7,10,12,15 | 195:12,17 | 141:24 144:7 |
| 67:11 288:4,22 | 235:19 236:19 | 232:17,20,24 | 196:9 205:18 | 151:5 160:1,12 |
| **therapeutics** | 244:14,17,24 | 254:5 258:20 | 206:18,21 | 166:10 192:10 |
| 67:4,24 293:10 | 247:1 250:25 | 258:24 300:16 | 216:24 217:11 | 213:2 217:9 |
| **therapy** 60:14 | 262:19 263:16 | 333:21 352:15 | 218:3 221:7 | 225:5 240:6 |
| **thereof** 191:22 | 267:10 268:6 | **throw** 243:6 | 266:10 272:15 | 276:17 280:12 |
| **thing** 16:24 | 271:22 277:7 | **tick** 270:18 | 272:18 317:4 | 286:2 290:11 |
| 168:17 170:17 | 277:13,24 | **tie** 270:18 | 327:15 | 314:6 327:14 |
| 179:23 276:1 | 279:22 281:5,6 | **time** 7:6 11:8 | **tissue** 134:23 | 335:7 341:23 |
| 276:22 293:3 | 281:8,19 | 18:4,23 19:12 | 190:10 207:25 | **today's** 7:5 80:9 |
| 343:9 344:14 | 283:16 286:23 | 22:1 23:6 | 265:3,21 | 354:2 |
| **things** 49:24 | 296:1,16 | 26:15 29:13 | 292:13 | **told** 42:25 |
| 50:7 159:14 | 297:13 303:18 | 35:14 40:24 | **tissue-specific** | **Tomasetti** 156:8 |
| 206:1 261:9 | 321:13 324:11 | 45:19,24 46:1 | 163:17,18 | 156:10 157:18 |
| 268:19 286:20 | 324:20 329:25 | 46:16,22 50:7 | **tissues** 66:23 | 158:2 |
| 286:22 314:19 | 335:12 336:5 | 52:14 59:24 | 134:8 192:23 | **Tomatis** 120:18 |
| 349:25 | 339:7 341:5,7 | 61:9 62:21 | 282:16 | **tone** 289:20 |
| **think** 9:14 15:12 | 348:10,13 | 72:1 96:13 | **titanium** 254:2 | **tongue** 16:20 |
| 20:8 26:8 | 353:15 | 97:6,10 110:19 | 281:4 | **tongue-tied** |
| 27:11 34:12 | **thinking** 71:25 | 112:17 117:3 | **title** 98:1,6,8,12 | 16:21 |
| 40:2,6 43:13 | 235:24 248:18 | 124:7 134:12 | 110:13 175:18 | **tool** 109:12 |
| 45:17 46:1 | **third** 11:22 12:6 | 134:13,16 | 175:20 189:8 | 302:22 |
| 50:6 52:10 | 12:22 13:5,8 | 137:13 141:14 | 203:7 215:6 | **top** 114:1 147:12 |
| 61:5 73:15,16 | 40:24 114:1 | 150:4,9 154:17 | 306:4 328:9 | 165:3 218:19 |
| 75:4 81:24 | 182:15 189:18 | 167:25 168:3 | **titled** 38:7 47:10 | 229:15 232:17 |
| 87:19 89:6,7 | 308:8 | 168:19 169:25 | 119:19 156:14 | 232:18,20 |
| 96:7 119:13 | **thirty** 356:15 | 179:18 203:11 | 162:20 175:5 | 261:18,22 |
| 128:21 131:2,3 | **Thompson** 2:7 | 217:13 242:20 | 186:21 198:9 | 284:23 300:3 |
| 131:12 132:16 | 260:25 261:3,8 | 242:25 253:20 | 217:25 229:17 | 302:14 333:13 |
| 133:22,23,25 | 261:15 | 264:7,8 277:19 | 292:12 304:1 | **topic** 54:11 |
| 135:12,17 | **thoroughly** | 278:4,10 | 304:23 307:10 | 65:18 66:7 |
| 137:21,22 | 172:15 | 286:15 288:17 | 314:14 316:2 | 186:8,10 |
| 141:16 145:7,9 | **thought** 93:12 | 290:8,10 292:8 | 326:23 345:4 | 277:22 320:16 |
| 145:10 146:25 | 96:15 159:22 | 292:10 299:13 | **titles** 177:7,12 | 320:17 342:20 |
| 154:5 155:15 | 195:4 217:6 | 301:7,8 316:16 | **tobacco** 136:21 | **tortured** 323:1 |
| 159:19 167:18 | 281:9 321:18 | 317:22 335:25 | **today** 8:15 10:21 | **total** 164:7 |
| 170:11 177:1 | 343:18 | 336:6 341:7 | 11:2 18:20 | 217:1 |
| 188:13 189:12 | **thousand** 176:6 | 344:13 353:10 | 21:8 22:3 | **totality** 27:25 |
| 191:5,11,15,16 | 176:12,16 | 354:2 355:8 | 23:18 59:25 | 31:9 32:10,20 |
| 191:16,18,24 | 250:13 | **time-consuming** | 61:20 62:11 | 32:25 159:2 |
| 192:1,9 193:10 | **thousands** | 32:24 | 64:15 65:20 | **totally** 158:11 |
| 194:17 201:13 | 166:12,13 | **timeout** 168:19 | 68:18 79:12 | **tougher** 10:4 |
| 201:16 202:2 | **threatened** | **times** 9:5 10:21 | 87:14 88:9 | **toxicologist** |

Jeffrey A. Boyd, Ph.D.

44:12,23 45:3
49:9
**toxicology** 45:10
287:20
**toxicology's**
45:14
**TP53** 152:17
231:9 232:2
**Trabert** 5:13
198:8 209:8
210:10 225:21
**track** 271:6
**tract** 61:3,5
64:11 114:24
115:15 118:21
255:11 256:25
256:25 260:6
260:12 262:5
263:22
**traditional** 68:1
**training** 32:2
87:10
**trait** 157:13
**transcript** 33:9
90:24 100:2
216:20 263:10
263:14 267:16
338:13 355:7
356:16,17
**transcription**
357:5
**transcripts**
34:23 35:4,6
50:16 89:5
266:12,16
267:18 268:1
**transformation**
112:1 152:3
224:12 307:2
**transformatio...**
134:19 135:8
**transforming**
152:15
**transition**
150:22
**transplant** 15:9
15:19,25 16:3

17:14
**transport** 259:4
259:15
**transportation**
260:5
**transported**
266:3
**transvaginal**
311:6 312:12
**treat** 66:14
**treated** 149:11
245:18 252:18
252:24
**treating** 242:18
250:12 280:17
**treatment** 67:12
205:21 234:6
242:21 287:4
287:25 289:6
290:15,20,25
293:2 294:13
297:21
**trial** 5:13 6:12
6:13 84:11
122:16 198:13
287:10 295:15
295:17,18
296:24,25
309:17 310:10
311:11,14
312:18,23
313:22 315:12
318:5
**trials** 84:22 85:3
291:11,13
**trick** 71:12
**tricking** 71:18
**trouble** 35:11
**true** 46:18
100:16,18
134:19 196:13
264:9,12
273:23 287:2
**Truly** 255:25
**Trust** 340:25
**truth** 7:20,20,21

355:5,6,6
**try** 8:22 9:23
10:4,6,9,16
35:16 59:12
94:9 99:24
101:8 199:17
314:18
**trying** 71:17
95:24 101:7
103:24 147:5
150:22 153:11
162:9 204:17
204:24 235:20
236:23 252:20
301:21 325:9
329:15 338:21
345:10 350:5
**tubal** 138:18,23
144:8 344:7
346:12
**tubes** 253:16
257:1 262:7
263:24
**tubules** 266:4
**TUCKER** 3:12
**tumor** 60:13
66:23 67:2,3
97:11 104:12
112:3 151:8
152:2,18
222:21 231:4,5
231:8 232:5
233:8 304:17
305:8,10 306:9
**tumor-associa...**
6:8 222:11
307:10,25
**tumor-promo...**
219:12,19
220:7 223:13
**Tumor-Related**
104:5 110:9
**Tumor-Suppr...**
38:7
**tumorigenesis**
222:13,19
225:6 306:7

**tumors** 97:9
115:2 116:9
213:12,12
222:20 306:18
**turn** 24:7 111:9
113:24 118:3,7
119:25 135:11
135:14 147:11
162:19 165:2
167:12 181:16
215:11 222:4
233:10 239:11
243:5 256:17
277:16 300:9
310:6 319:10
323:17 345:8
345:24
**turning** 242:24
254:25
**TV** 311:6
**TVU** 313:8,25
**twice** 8:12 85:25
147:10 203:6
248:23
**two** 9:25 26:3
32:2,16 34:22
34:23,25 45:23
50:7 98:4
102:17 120:14
149:17 152:15
153:20 155:8
157:19 158:9
196:23 199:9
206:1 207:15
219:2 241:1
257:14 268:19
269:24 270:1,3
270:21 275:2
300:16 303:17
309:4 318:14
326:6 335:21
336:8 341:8
352:15
**two-pronged**
329:20
**twofold** 144:18
**type** 13:11 16:4

16:4,11 17:1
17:24 87:12
108:17 151:9
176:23 212:10
212:11,14,20
212:22 292:19
330:18 344:23
**typed** 13:13 14:7
**types** 112:4
149:24 150:6
150:21,23
151:10 154:12
185:21 212:20
213:3 325:22
**typical** 59:11
236:1 270:6
**typically** 41:20
64:24 67:24
90:6 99:3,8
105:5 115:25
123:15 251:24
301:8 342:23
344:22

---

**U**

**Uh-huh** 120:11
149:22 169:1
173:2 237:5
309:23 311:4
**UK** 6:12 309:16
**UKCTOCS**
6:13 295:14,17
296:23 309:18
309:20,22
**ultimate** 134:5
335:14
**ultimately** 112:2
147:23 148:20
224:14 277:2
323:6
**ultrasound**
311:6 312:12
312:17
**unable** 187:9
275:6
**unacceptable**
335:5

295:7 297:3
**unanticipated**
222:12
**unavoidable**
163:20 165:15
**unaware** 336:13
**unbelievable**
204:9,15
**uncertainties**
247:6
**uncomfortable**
158:23
**uncommon**
287:3
**undergrad**
60:19
**underlie** 190:4
**underlying** 13:1
15:4 110:2
112:18,25
160:1 189:24
331:13
**underneath**
120:13 136:4
216:1 230:19
**understand** 9:4
9:18 10:15
11:4 33:1 41:5
46:10 49:3
91:3,13 128:25
183:23 188:9
192:18 195:6
206:4,8 220:17
235:13 265:24
276:6,8 288:15
301:6 331:8
346:18
**understandable**
10:17
**understanding**
8:10 17:22
19:10 29:1
35:17 38:14
39:14 40:25
41:15 53:14
54:4 63:25
70:8,10 75:16

75:18,19 79:11
84:5 90:13,13
90:21 132:25
134:20,22
135:9 159:3
204:3 227:2
235:8 269:23
288:23 291:18
296:4
**understood**
10:13,18 16:10
21:19 22:4
26:12 35:1
170:9
**undoubtedly**
349:10
**unequivocally**
149:10
**unfair** 348:11,13
**unfortunate**
155:12,19
**unfortunately**
136:6 341:7
**unheard** 116:12
116:24
**Union** 3:15
**unique** 285:7
**unit** 15:9,19,25
16:3 17:14
**United** 1:1 200:4
200:23 295:17
341:9
**universal**
236:10,18
237:2
**University** 15:1
15:22 17:9
38:1,3 41:7,11
44:13 45:3
59:15 79:16
116:15
**unknown** 136:7
147:23 148:4
148:21,24
149:25 150:7,7
154:12,16
**unlimited** 45:18

**unreactive**
282:6
**unrelated**
228:21
**unreliable** 242:2
243:20 244:7
**unresponsive**
9:16 69:2
**unstable** 237:16
238:14
**unstated** 299:6
**unsure** 35:15
**unusually** 33:23
268:8
**up-to-date** 21:1
**upcoming** 30:21
**update** 98:18
**updated** 218:15
**updating** 217:3
217:4
**upper** 256:19,24
**uproar** 158:7
**upstream** 262:9
264:1
**upward** 266:3
**Urban** 6:5
298:11,25
299:21,23
300:1,25 304:7
305:4
**usage** 344:8
346:8 347:3
353:1
**use** 5:23 46:8
63:20 78:18
80:10 83:9
99:13,18,21
111:18 125:4
140:3 142:2,20
143:10,15,19
143:25 144:10
146:7 147:7
155:14 158:5
158:24 162:5,9
173:11 183:25
200:19 222:24
233:13,17

234:5 241:19
243:18 248:13
252:20 253:10
254:11 257:13
257:24 258:22
268:16 277:5
280:18 287:25
292:15 294:10
294:20 297:9
297:19 302:21
303:3 309:24
312:15,17
342:24 344:6
346:11 352:18
353:7
**useful** 222:25
262:19 272:10
295:8 297:4
**usual** 245:25
273:18
**usually** 9:8
344:23
**uterine** 190:10
**utero** 114:14
116:20 117:5
**uterus** 262:7
263:24 266:4
**utility** 299:15
**utilize** 86:24
87:7 89:13
**utilized** 28:20
89:7,20 172:5
**utilizing** 148:25
**utity** 196:16

―――――――
**V**
―――――――
**V** 3:17
**vagina** 65:4,23
114:13 116:7
253:15 262:6
263:23
**vaginal** 312:17
**vague** 80:13
84:14 85:10
109:23 158:17
170:6 272:19
290:17

**vaguely** 8:14
37:19 225:19
**valid** 244:16
**validity** 331:9
333:4
**value** 250:24
333:21
**values** 333:21
**variable** 5:5
175:6 177:24
**variant** 328:4
**variants** 143:23
**various** 70:13,19
134:8 172:15
198:24 216:12
284:25 325:22
**Varmus** 134:1
**veracity** 68:19
277:8 323:3
**verbatim** 355:7
**verbiage** 313:3
**version** 20:20
98:19 240:11
240:13,15
241:2,2 274:2
335:15 336:2
**versions** 98:4
153:16 241:1
**versus** 15:2
32:15 108:20
157:18 213:11
249:4 251:19
268:2 290:11
351:11
**video** 7:7
**videographer**
7:1,3 18:23
61:12,15
110:22,25
168:9,12
238:25 239:3
323:10,13
354:1
**Videotaped** 1:12
4:11,14
**view** 167:5
**viewed** 278:2

158:10
**Virchow** 5:8
179:11,16,16
180:7
**virtual** 61:2
135:8 236:10
236:18
**virtually** 101:20
105:3 115:21
116:12,24
**virtue** 172:14
**virus** 152:15
153:14,16
**viruses** 134:14
136:23
**Vitae** 4:17
**vitro** 251:19
280:17 286:14
287:5 288:10
289:7 291:14
291:20 292:7
292:12 293:18
**vivo** 285:21
286:15 287:7
289:7 291:15
291:21 292:23
**vivo/animal**
288:10
**Vogelstein**
155:13 156:11
157:19 158:3
**volume** 121:15
254:2
**voluntarily**
69:12
**vulva** 64:19,25
65:2,3,22

_____

**W**

**W** 307:20
**W-a-c-l-a-w**
156:13
**W-u** 162:23
**Waclaw** 156:14
157:13
**wait** 23:12 24:10
28:5 174:6

267:6 332:3,3
333:14
**waiting** 352:13
**walk** 30:22
80:22
**walking** 31:18
**wall** 246:9
**want** 14:12 34:9
34:13 36:3
37:10 39:17
40:14 42:16
61:23 63:20
68:14 82:23
137:24 141:13
141:14 142:10
143:1 163:1
167:19 168:1
168:17 171:4
208:7 224:1
237:20 239:23
240:2 259:24
267:8 271:24
284:1 311:21
321:10,14,22
350:1
**wanted** 288:14
288:18
**wants** 10:20
24:14,17 186:8
**wash** 262:10
263:7,18 264:1
**Washington** 3:3
3:8
**wasn't** 21:21
35:25 95:17
98:7 119:4
170:7 193:10
227:10 261:12
281:24 310:19
310:21 349:3
350:6
**watching** 243:4
**water** 283:11
**waterfront**
204:18,24
342:25
**way** 62:3 89:16

120:16 138:20
167:19 180:9
209:10 219:1
238:2,9 261:13
264:4 286:11
292:16 297:25
298:5 306:14
335:9 337:16
**we'll** 8:15,22 9:1
61:22 81:24
172:21 203:13
319:12
**we're** 9:17,21
18:9,20 21:13
23:13,13 33:9
34:15 45:25
61:15 62:18
76:12 82:24
129:7,8,10
139:21 141:23
143:1,4 146:22
146:25 153:13
161:9 162:1
163:6 167:18
167:25 198:20
199:15 200:15
205:25 206:11
212:21,21
215:17 217:13
221:4,10 225:5
225:22 226:11
227:1 229:4,8
240:5,23
251:17 271:17
271:18,22
276:10 288:2
288:21 289:11
289:12 292:20
292:21 293:5
302:14 323:13
336:4 354:4
**we've** 20:20
32:19 37:24
61:9 100:7
141:2 144:4
146:7 162:20
167:15 172:16

181:10 183:21
187:12 191:25
194:18 214:23
215:15 216:2
225:20 232:13
269:13 280:15
284:13 292:25
293:7,11 296:1
331:20 347:1
347:18 349:19
351:3
**weak** 144:19
145:3 183:23
194:20,21,25
253:10 258:22
259:2
**weaknesses**
68:11 69:6
**week** 216:22,25
217:7
**Weinberg** 97:24
207:7,13 208:3
208:16,19,23
209:6 214:23
215:8 217:25
219:18 222:5
**weird** 83:18
191:4
**welcome** 61:18
111:3 168:15
168:21 239:6
319:14
**well-written**
320:7
**went** 17:9 256:3
**Wertheim** 79:14
79:23
**whatsoever**
169:22 238:2,9
**whichever** 96:6
213:18
**White** 47:13
**whited** 332:25
**WHITEHEAD**
2:16,16
**widely** 152:7
157:20 178:7

219:12,21
220:6,13,15
304:17 305:8
305:12
**willing** 150:8
154:17 332:9
**wind** 323:16
**wire** 81:7
**withdraw** 38:20
58:6 167:16
181:15
**witness** 7:16
16:16,22 17:20
18:5 19:8 20:8
21:17 22:4
24:13,18,21
26:13 30:4,11
30:14 31:11
33:22 34:15
36:5 37:6 39:1
39:8 40:1,3,9
40:18 42:1
44:3 45:17
46:21 47:24
49:15,22 50:6
51:20 52:10,23
53:11,18 54:9
54:25 55:15,18
56:14 63:3,25
65:6,14 66:5
66:17 68:17
69:11 70:3,15
72:11,20 73:2
73:12 75:4,12
76:23 77:6,24
78:2,11,25
80:14 81:2,20
82:17 83:17
84:2,14,21
85:9 86:5,11
88:24 90:20
91:10,19 94:19
95:5 96:25
98:24 101:14
102:1,9,16
103:3,9 106:1
106:17 109:3

117:16,20,25
118:4,9,12
119:6 122:18
122:25 124:2
125:7,19 128:3
130:9,17 131:2
131:24 132:12
132:22 137:21
138:1,4 139:4
139:17 140:7
140:22 141:21
143:19 144:24
146:14,25
148:7 149:4
150:19 154:5
154:22 156:2
157:8 158:18
159:23 160:23
161:9 162:1,13
163:6,10
164:24 166:6
166:22 168:5,8
173:23 176:20
179:4 180:16
183:1 186:12
188:3,18 191:3
193:16 194:4
194:17 195:12
196:18 202:2
202:19 203:1
204:14 205:3
205:13,25
207:12 208:13
209:3 210:15
211:8 212:7
214:1,9,17
215:4 219:23
221:3,14 226:7
226:24 228:17
228:23 230:11
232:16 238:18
238:24 239:24
240:10 243:22
245:4 249:7,22
250:23 253:21
258:10 260:14
260:21 264:21

265:6 266:6,22
267:5 268:6,19
268:25 271:1
277:21 278:6
280:3 282:22
284:8,12 286:4
286:17 287:18
288:14,18
289:18,24
293:21 294:22
303:6 305:17
317:5,12,21
318:20 320:25
321:12,16
322:1,5 330:9
332:7,19
335:19 337:9
338:2,3,24
339:16 340:11
341:18 342:7
343:8 344:11
347:9,23
348:25 350:4
351:18 356:1
**witnesses**
267:19 268:2,3
339:6
**Wolf** 48:11,17
48:23
**woman** 66:9
68:7 101:10,12
102:3,4,7
138:17 140:17
170:12 264:10
265:14 346:25
347:19
**woman's** 64:16
64:21
**women** 6:4
47:11 66:14
102:19,20,24
103:1,20
114:13,24
115:15 116:10
116:11,19
117:1,7 118:21
121:10 124:20

132:4 133:6
151:21 160:19
187:18 196:4
200:4,23
259:14 299:24
311:6,8 315:2
339:10,19,23
342:13 346:13
348:19 349:18
352:18 353:7,8
**Women's** 51:7
**wonder** 260:1
**wondering**
117:21
**WOODS** 3:7
**word** 32:24
38:11 40:7
43:2 74:23
80:3 103:24
109:4 115:8
120:17 121:2
121:24 127:18
127:18 132:10
145:20 146:10
147:1 149:6
161:23 185:14
185:15 187:16
192:8 209:11
210:24 216:9
219:5 220:4
225:17 236:24
289:25
**wording** 218:25
**words** 63:17
89:23 93:2
101:5 106:23
110:12 111:22
123:9 147:7
162:10,12,14
175:19,21
183:16 189:7
196:3 216:13
224:18 231:7
240:18 264:3,7
276:24 280:25
322:2 324:25
336:21 337:8

**work** 24:25 25:9
46:3 51:17
52:12 55:15
68:19 90:23,23
91:21,24
179:21 275:5
279:25 305:24
306:25 319:1
**work-related**
26:5
**worked** 48:19
56:4 313:15
**working** 81:12
**works** 40:8
**world** 180:14
**wouldn't** 34:6
138:20 246:13
260:21,22
337:3 342:2
**wounds** 219:9
**wrap** 288:19
**write** 42:19,22
86:16 87:14
92:23 114:2
121:18 125:23
126:11 136:5
147:14 154:24
157:13 171:15
171:22 177:21
178:6,19
196:24 199:25
203:15 223:8
223:22 224:17
231:14 233:21
237:11 253:6
256:23 261:21
278:18 285:2
295:2 298:24
302:15 306:16
307:24 311:23
316:3,10
333:17 335:4
339:2
**writes** 314:19
319:22
**writing** 26:25
27:19 87:6,17

87:25 88:21
150:20 165:22
186:13,15
201:11,18
204:25 316:3
**written** 26:23
27:18 35:21
48:7 94:12
103:22 119:21
132:15 163:15
186:20 207:13
259:23 320:8
326:6 333:1,1
338:17
**wrong** 74:4,7,8
90:18 98:1,2
191:16 239:12
302:5
**wrote** 111:23
127:1 136:20
154:10 156:3
174:17 184:8
239:12 259:19
334:25 346:2
**Wu** 5:2 162:23
164:20 167:18
174:3

**X**
**X** 84:6 249:10
**xenobiotic**
116:23

**Y**
**Y** 84:6 334:15
**yeah** 11:25 12:3
21:25 23:21
37:7 74:6 78:1
100:10 117:18
118:12 119:6
168:2 187:25
194:17 195:16
205:18 215:3
239:17 240:25
243:24 249:7
271:22 274:5
288:12 296:10

Jeffrey A. Boyd, Ph.D.

Page 410

301:18 321:16 345:18
**year** 201:14 275:8 314:22
**years** 14:10,22 31:22 32:2 51:21 52:12 72:1 83:6 85:1 124:13 129:15 130:10 136:18 141:22 144:1 157:19 177:6 187:22 242:19 291:7 310:10 312:5 313:5,11 313:12,18 319:6 341:4,6 341:8,16 344:15,20 349:18 353:17 353:21
**yell** 44:4
**yelling** 290:1
**yesterday** 12:23 13:6 29:19
**York** 2:14 3:2
**young** 116:10 117:7

**Z**

**Z-e-l-i-c-o-f-f** 49:5
**Zelikoff** 49:4,6

**0**

**0.0005** 252:15
**0.005** 250:20
**07932-1047** 2:23

**1**

**1** 4:11 11:11 35:3 63:10 99:13 157:20 182:5 183:5 184:19 185:1,3 196:3 200:5,8 201:1 215:18

215:23 229:12 232:18,19 239:18 240:14 312:4 315:2 319:19 322:8,9 324:14 330:2
**1,200** 18:1,12,17 19:1,5 338:4
**1.0** 196:16,18
**1.2** 195:3,3,7
**1.3** 195:3,3,7,12 195:12,16,17 195:19 196:3,9 196:9,11,18 206:17,18,21 206:21 222:2
**1:10** 168:13
**10** 5:5 33:11 163:25 165:17 175:1,5 245:15 245:22 250:8 254:13
**10.50** 333:22
**10.70** 333:23
**10:02** 61:13,14
**10:14** 61:16
**100** 20:10 153:5 245:17 246:11
**100-millimeter** 250:12 252:9
**100-millimete...** 251:13
**100,000** 176:21 251:16
**11** 4:11,13 5:7 121:1 135:14 135:25 180:2,6 237:4 257:2,8 257:11 258:10 323:17 349:18
**11.07** 333:21
**11.63** 333:22
**11:16** 110:23,24
**11:31** 111:1
**1100** 3:13
**111** 257:5
**11747** 2:14

**119** 4:21
**11th** 6:20 340:23 345:6
**12** 5:9 186:16,20 237:4,9 256:18 323:18 341:16 344:15,20 352:16
**12:36** 168:10,11
**122** 330:15
**125** 294:6 304:23
**13** 4:16 5:11 120:1,6 165:10 198:7 214:3 237:15 240:17 261:23 352:16
**130** 2:4
**14** 5:14 214:22 217:16 229:3,4 232:19 240:17
**14-year** 313:23
**1440** 3:2
**15** 8:23 28:5 35:4 46:13 120:7,22 187:22 217:20 240:17
**150** 273:7
**156** 4:23
**16** 5:16 187:23 234:14,17 237:15 257:2,6 257:9,22 258:10,11,16 300:23 302:2
**16-2738** 1:4
**162** 5:1
**169** 5:3
**17** 5:19 28:14 85:1 256:7,11 291:7
**175** 5:5
**18** 5:22 172:22 269:4,10 294:14
**18-gauge** 251:25

**18-grade** 251:24
**180** 5:7
**186** 5:9
**18th** 19:22,25 131:15
**19** 6:1 121:14 274:12,15 304:19,22 321:24 322:3
**1970s** 134:1
**1971** 116:13 124:8 255:1
**1975** 130:4,10
**1978** 134:10 135:2,4,6
**1980** 348:4
**1990** 97:24 98:10
**1990s** 57:7
**1996** 136:17 255:4
**1999** 186:24 197:18,23
**1st** 59:1

**2**

**2** 4:3,13 11:11 12:10 19:21 23:4 24:6,9,12 29:16 31:13 103:5,18 111:9 111:10,11 113:25 125:24 151:21 165:2 210:9 215:12 215:20 218:9 236:24 239:18 240:14 296:15 306:14 307:23 310:7 312:6,8 327:22,25
**2,500** 315:2
**2:25** 239:1,2
**2:38** 239:4
**20** 4:17 6:2 126:7 129:14 129:14 136:18

165:17 271:13 275:11 283:21 283:24 302:2 322:3 357:16
**200** 130:10 348:10
**200,000** 251:16
**200,000-woman** 313:22
**2000** 98:5,14,14 98:17 214:22 215:8 217:20 217:21 218:11 222:7,10 226:23,23 229:6,8,19 230:4 296:3
**20004** 3:8
**20005** 3:3
**2000s** 18:11 57:8 112:14
**2001** 180:10 182:22 185:9 185:11 186:2,5
**2003** 187:20
**2004** 330:12,14
**2007** 6:21 299:23 304:6 340:17 341:18 344:2 345:7 346:2,23 347:16 348:17
**2008** 175:9 305:2 346:24 347:17 348:19 349:17
**2009** 198:21 225:21 304:4,6
**201** 1:14
**2010** 200:11 253:25
**2011** 98:5,19 208:16 215:6 217:24 219:18 225:23 227:1 229:20
**2013** 104:2

Jeffrey A. Boyd, Ph.D.

| | | | | |
|---|---|---|---|---|
| **2014** 198:18 | **274** 6:1 | **39** 239:16 | **541** 181:24 | **839-8000** 2:5 |
| 203:24 225:22 | **28** 294:14 | **391** 330:1 | **549-7000** 2:23 | **87** 196:4 |
| 225:22 | **283** 6:2 | **3913** 240:2 | **55** 102:4 | **877.370.3377** |
| **2015** 300:2,3,25 | **29** 295:9,13 | **3915** 240:3 | **592-5000** 3:14 | 1:24 |
| **2016** 162:24 | **299** 6:3 | **3919** 239:14 | | |
| 257:15 | | **396** 330:15 | **———— 6 ————** | **———— 9 ————** |
| **2017** 22:17,21 | **———— 3 ————** | | **6** 4:21 119:15,18 | **9** 5:3 32:5 37:21 |
| 47:9 156:17 | **3** 4:16 13:21,25 | **———— 4 ————** | 135:12,17,18 | 168:23 169:18 |
| 169:12 | 23:8 24:2,3,4,8 | **4** 4:17 20:16,20 | 165:4 178:23 | 170:15 241:6 |
| **2018** 55:25 56:5 | 24:19,20 25:7 | 155:8 167:14 | 179:7,8 278:13 | 302:13,14 |
| 56:17,24 57:16 | 25:17 33:2 | 171:11 233:11 | 284:22 312:15 | 312:19 319:10 |
| 57:23,24 58:11 | 126:5 147:12 | 240:14 241:18 | **600** 2:22 17:23 | 319:16,17 |
| 258:2 307:14 | 167:13 171:10 | 241:21 245:9 | **600-an-hour** | 355:19 |
| 314:22 316:3 | 239:19 240:14 | 245:10 309:4 | 20:14 | **9.98** 333:22 |
| 317:16 | 240:17 311:22 | 312:8 | **623** 178:3 | **9:03** 1:16 7:6 |
| **2019** 1:8 7:5 | 311:24 312:8 | **4:08** 323:11,12 | **631** 2:14 | **90** 290:13 |
| 20:24 29:1 | 346:15 | **4:21** 323:14 | **656** 352:8,9 | **906** 315:23 |
| 59:2 63:10 | **3.3** 155:6 | **4:58** 354:3,5 | **658** 218:14 | **90s** 18:11 57:13 |
| 144:8 187:23 | **30** 136:18 | **40** 72:1 129:15 | **659** 222:4 | 112:14 |
| 256:13 355:19 | 163:25 165:18 | 273:4 310:9 | 349:20 | **917.591.5672** |
| **202** 3:3,9 | 196:8 298:10 | **400** 2:13 18:15 | | 1:24 |
| **2020** 2:17 | 298:12,13 | **40s** 124:7 | **———— 7 ————** | **93** 254:2 |
| **20s** 101:12 102:7 | 312:5 313:5,12 | **411** 254:3 | **7** 4:23 26:21 | **950** 3:13 |
| 116:11 | 319:6 353:17 | **43** 6:17 325:17 | 27:16 31:6 | **962-0992** 2:18 |
| **21** 6:3 299:17 | 353:21 356:15 | 325:21 327:1 | 156:22,23 | **973** 2:23 |
| **214** 5:11 | **30,148** 216:24 | 330:2 | 165:4 178:23 | **975** 3:8 |
| **216** 3:14 | 217:11 | **44113** 3:14 | 179:8,9 180:5 | **99** 333:22 |
| **217** 5:14 | **303** 2:5 6:6 | **45** 101:11 | 234:8 284:23 | **99.7** 315:6,21 |
| **218** 2:9 | **305** 2:13,18 | 138:15 144:8 | 312:15 | |
| **21st** 19:22,25 | **307** 6:8 | 273:4 343:20 | **7.59** 346:14 | |
| 20:5 | **31** 311:22,25 | 344:4 346:7 | 347:4,21 | |
| **22** 6:6 303:22,25 | **310** 6:11 | **463** 326:24 | 348:21 | |
| **224-1133** 2:14 | **314** 6:15 | **463-2400** 3:9 | **70** 20:10 | |
| **23** 6:8 302:2 | **3200** 1:15 | **4th** 20:24 21:7 | **75** 315:5 | |
| 307:4,8 333:12 | **326** 6:16 | | **7th** 20:5 | |
| **2333227** 325:24 | **33137** 2:18 | **———— 5 ————** | | |
| **234** 5:16 | **334** 2:10 | **5** 4:19 36:16,19 | **———— 8 ————** | |
| **24** 6:11 310:1,5 | **34,389** 218:3 | 135:15 165:10 | **8** 1:8 4:5 5:1 7:5 | |
| **25** 6:15 37:7 | **344** 6:19 | 245:17 246:11 | 162:15 245:15 | |
| 95:18 306:19 | **35** 177:6 | 246:14 250:19 | 294:1,9 312:17 | |
| 314:9,15 | **35-year** 273:2 | 261:18 309:5 | **80** 126:15 | |
| **256** 5:19 | **351** 4:6 | 312:10 | 276:20 | |
| **25th** 13:3 | **352** 4:7 | **5,000** 246:15 | **800** 18:15 | |
| **26** 6:16 326:19 | **36** 4:19 | **50** 176:5 245:22 | **80220** 2:4 | |
| **269** 5:22 | **36104** 2:10 | 246:11 | **80s** 57:13 | |
| **269-2343** 2:10 | **3706** 2:17 | **500** 245:14,21 | **82** 173:9 | |
| **27** 6:19 344:25 | **371-7000** 3:3 | **53.24** 181:2 | **83** 173:12 | |