BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff James L. Henry obo Sara Ann Henry (deceased)*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>James L. Henry obo Sara Ann Henry (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-13034 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 29, 2019 on behalf of Plaintiff James L. Henry obo Sara Ann Henry (deceased).

                              */s/ Brittany S. Scott*
                              Brittany S. Scott
                              BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                              218 Commerce Street
                              Montgomery, Alabama 36104
                              (800) 898-2034 Telephone
                              (334) 954-7555 Facsimile
                              Brittany.Scott@BeasleyAllen.com

                              Attorneys for Plaintiff James L. Henry obo Sara Ann Henry (deceased)

Dated: May 29, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Brittany S. Scott*
                                            Brittany S. Scott

                                            BEASLEY ALLEN CROW METHVIN
                                            PORTIS & MILES, P.C.