## **CERTIFICATION OF SERVICE**

      I hereby certify that on May 29, 2019, a copy of the foregoing document(s) were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

*(signature)*

Julie L. Tersigni
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047
Phone: (973) 549-7106
Fax:    (973) 360-9831
E-mail: julie.tersigni@dbr.com