Exhibit 4

# CHROMIUM (VI) COMPOUNDS

Chromium (VI) compounds were considered by previous IARC Working Groups in 1972, 1979, 1982, 1987, and 1989 (IARC, 1973, 1979, 1980, 1982, 1987, 1990). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Synonyms, trade names, and molecular formulae for selected chromium (VI) compounds are presented in Table 1.1. This list is not exhaustive, nor does it necessarily reflect the commercial importance of the various chromium-containing substances. Rather, it is indicative of the range of chromium (VI) compounds available.

### 1.2 Chemical and physical properties of the agents

Chromium (VI), also known as hexavalent chromium, is the second most stable oxidation state of chromium. Rarely occurring naturally, most chromium (VI) compounds are manufactured (products or by-products). Chromium (VI) can be reduced to the more stable chromium (III) in the presence of reducing agents (e.g. iron) or oxidizable organic matter (OSHA, 2006). Selected chemical and physical properties of various chromium (VI) compounds are presented in the previous *IARC Monograph* (IARC, 1990).

Chromium (VI) compounds are customarily classed as soluble or insoluble in water. Examples of water-soluble chromium (VI) compounds are sodium chromate (873 g/L at 30 °C) and potassium chromate (629 g/L at 20 °C). Water-insoluble chromium (VI) compounds include barium chromate (2.6 mg/L at 20 °C), and lead chromate (0.17 mg/L at 20 °C) (Lide, 2008). Compounds with solubilities in the middle of this range are not easily classified, and technical-grade compounds, such as the various zinc chromates, can have a wide range of solubilities (IARC, 1990). In the United States of America, the Occupational Safety and Health Administration (OSHA) has divided chromium (VI) compounds and mixtures into the following three categories: water-insoluble (solubility < 0.01 g/L), slightly soluble (solubility 0.01 g/L–500 g/L), and, highly water-soluble (solubility ≥ 500 g/L) (OSHA, 2006).

Chromium (VI) compounds are mostly lemon-yellow to orange to dark red in colour. They are typically solid (i.e. crystalline, granular, or powdery) although one compound (chromyl chloride) is a dark red liquid that decomposes into chromate ion and hydrochloric acid in water (OSHA, 2006).

**Table 1.1 Chemical names (CAS names are given in italics), synonyms, and molecular formulae of selected chromium (VI) compounds**

| Chemical name | CAS No.[a] | Synonyms | Formula[b] |
|---|---|---|---|
| Ammonium chromate | 7788-98-9 | Chromic acid, ammonium salt; *chromic acid (H$_2$CrO$_4$), diammonium salt*; diammonium chromate | $(NH_4)_2CrO_4$ |
| Ammonium dichromate | 7789-09-5 | Ammonium bichromate; ammonium chromate; *chromic acid (H$_2$Cr$_2$O$_7$), diammonium salt*; diammonium dichromate; dichromic acid, diammonium salt | $(NH_4)_2Cr_2O_7$ |
| Barium chromate | 10294-40-3 (12000-34-9; 12 231-18-4) | Barium chromate (VI); barium chromate (1:1); barium chromate oxide; *chromic acid (H$_2$CrO$_4$), barium salt (1:1)* | $BaCrO_4$ |
| Basic lead chromate | 1344-38-3 (54692-53-4) | C.I. 77 601; C.I. Pigment Orange 21; C.I. Pigment Red; lead chromate oxide | $PbO.PbCrO_4$ |
| Calcium chromate | 13765-19-0 | Calcium chromium oxide; calcium monochromate; *chromic acid (H$_2$CrO$_4$), calcium salt (1:1)*; C.I. 77223; C.I. Pigment Yellow 33 | $CaCrO_4$ |
| Chromium [VI] chloride | 14986-48-2 | Chromium hexachloride; *(OC-6-11)-chromium chloride (CrCl$_6$)* | $CrCl_6$ |
| Chromium trioxide | 1333-82-0 (12324-05-9; 12324-08-2) | Chromia; chromic acid; chromic (VI) acid; chromic acid, solid; chromic anhydride; chromic trioxide; *chromium oxide (CrO3)*; chromium (VI) oxide; chromium (6+) trioxide; monochromium trioxide | $CrO_3$ |
| Chromyl chloride | 14977-61-8 | Chlorochromic anhydride; chromium chloride oxide; chromium dichloride dioxide; *chromium, dichlorodioxo-(T-4)*; chromium dioxide dichloride; chromium dioxychloride; chromium oxychloride; dichlorodioxochromium | $CrO_2Cl_2$ |
| Lead chromate | 7758-97-6 (8049-64-7) 1344-37-2 | *Chromic acid (H$_2$CrO$_4$), lead (2+) salt (1:1)*; C.I. 77600; C.I. Pigment Yellow 34; Chrome Yellow; lead chromate/lead sulfate mixture | $PbCrO_4$ |
| Molybdenum orange | 12656-85-8 | *C.I. Pigment Red 104*; lead chromate molybdate sulfate red | $PbMoO_4$ $PbCrO_4$ $PbSO_4$ |
| Potassium chromate | 7789-00-6 | Bipotassium chromate; *chromic acid (H$_2$CrO$_4$), dipotassium salt*; dipotassium chromate; dipotassium monochromate; neutral potassium chromate; potassium chromate (VI) | $K_2CrO_4$ |
| Potassium dichromate | 7778-50-9 | *Chromic acid (H$_2$Cr$_2$O$_7$), dipotassium salt*; dichromic acid, dipotassium salt; dipotassium bichromate; dipotassium dichromate; potassium bichromate; potassium dichromate (VI) | $K_2Cr_2O_7$ |
| Sodium chromate | 7775-11-3 | *Chromic acid (H$_2$CrO$_4$), disodium salt*; chromium disodium oxide; chromium sodium oxide; disodium chromate; neutral sodium chromate; sodium chromium oxide | $Na_2CrO_4$ |

**Table 1.1 (continued)**

| Chemical name | CAS No.[a] | Synonyms | Formula[b] |
|---|---|---|---|
| Sodium dichromate | 10588-01-9 (12018-32-5) | Bichromate of soda; *chromic acid ($H_2Cr_2O_7$), disodium salt*; chromium sodium oxide; dichromic acid, disodium salt; disodium dichromate; sodium bichromate; sodium dichromate (VI) | $Na_2Cr_2O_7$ |
| Strontium chromate | 7789-06-2 (54322-60-0) | *Chromic acid ($H_2CrO_4$), strontium salt (1:1)*; C.I. Pigment Yellow 32; strontium chromate (VI); strontium chromate (1:1) | $SrCrO_4$ |
| Zinc chromate[c] | 13530-65-9 (1308-13-0; 1328-67-2; 14675-41-3) | *Chromic acid ($H_2CrO_4$), zinc salt (1:1)*; chromium zinc oxide; zinc chromium oxide; zinc tetraoxychromate; zinc tetraoxychromate | $ZnCrO_4$ |
| Zinc chromate hydroxides | 15930-94-6 (12206-12-1; 66516-58-3) | Basic zinc chromate; chromic acid ($H_2CrO_4$), zinc salt (1:2); chromic acid ($H_2CrO_4$), zinc salt (1:2), monohydrate; chromium zinc hydroxide oxide; zinc chromate hydroxide; zinc chromate (VI) hydroxide; *zinc chromate oxide ($Zn_2(CrO_4)O$), monohydrate*; zinc hydroxychromate; zinc tetrahydroxychromate; zinc yellow[d] | $Zn_2CrO_4(OH)_2$ and others |
| Zinc potassium chromates (hydroxides) | 11103-86-9 (12527-08-1; 37809-34-0) | Basic zinc potassium chromate; chromic acid ($H_2Cr_2O_7$), potassium zinc salt (1:1:2); *potassium hydroxyoctaoxodizincate dichromate (1·)*; potassium zinc chromate hydroxide; zinc yellow[d] | $KZn_2(CrO_4)_2(OH)$ and others |

[a] Replaced CAS Registry numbers are given in parentheses.
[b] Compounds with the same synonym or trade name can have different formulae.
[c] The term 'zinc chromate' is also used to refer to a wide range of commercial zinc and zinc potassium chromates.
[d] 'Zinc yellow' can refer to several zinc chromate pigments; it has the CAS No. 37300-23-5.

## 1.3 Use of the agents

Chromium (VI) compounds are used widely in applications that include: pigment for textile dyes (e.g. ammonium dichromate, potassium chromate, sodium chromate), as well as for paints, inks, and plastics (e.g. lead chromate, zinc chromate, barium chromate, calcium chromate, potassium dichromate, sodium chromate); corrosion inhibitors (chromic trioxide, zinc chromate, barium chromate, calcium chromate, sodium chromate, strontium chromate); wood preservatives (chromium trioxide); metal finishing and chrome plating (chromium trioxide, strontium chromate), and leather tanning (ammonium dichromate). Chromium (VI) may be present as an impurity in Portland cement, and it can be generated and given off during casting, welding, and cutting operations (for example, of stainless steel), even if it was not originally present in its hexavalent state (NTP, 2005; OHCOW, 2005; OSHA, 2006).

## 1.4 Environmental occurrence

Chromium (VI) can occur naturally in the earth's crust, although it is primarily emitted to the environment as a result of anthropogenic activities. The occurrence and distribution of chromium in the environment has been extensively reviewed (Mukherjee, 1998; Kotaś & Stasicka, 2000; Rowbotham et al., 2000; Ellis et al., 2002; Paustenbach et al., 2003; Guertin et al., 2004; Reinds et al., 2006; Krystek & Ritsema, 2007).

### 1.4.1 Natural occurrence

Only lead chromate (as crocoite) and potassium dichromate (as lopezite) are known to occur in nature (IARC, 1990).

### 1.4.2 Air

Chromium (VI) is reported to account for approximately one third of the 2700–2900 tons of chromium emitted to the atmosphere annually in the USA (ATSDR, 2008a). Based on US data collected from 2106 monitoring stations during 1977–84, the arithmetic mean concentrations of total chromium in the ambient air (urban, suburban, and rural) were in the range of 0.005–0.525 μg/m$^3$ (ATSDR, 2000).

### 1.4.3 Water

The concentration of chromium in uncontaminated waters is extremely low (< 1 μg/L or < 0.02 μmol/L). Anthropogenic activities (e.g. electroplating, leather tanning) and leaching of wastewater (e.g. from sites such as landfills) may cause contamination of the drinking-water (EVM, 2002). Chromium (VI) has been identified in surface water ($n$ = 32) and groundwater samples ($n$ = 113) collected from 120 hazardous waste sites in the USA (ATSDR, 2000), and 38% of municipal sources of drinking-water in California, USA, reportedly have levels of chromium (VI) greater than the detection limit of 1 μg/L (Sedman et al., 2006).

### 1.4.4 Soil

Chromium is present in most soils in its trivalent form, although chromium (VI) can occur under oxidizing conditions (ATSDR, 2008a). In the USA, the geometric mean concentration of total chromium was 37.0 mg/kg (range, 1.0–2000 mg/kg) based on 1319 samples collected in coterminous soils (ATSDR, 2000).

### 1.4.5 Food

There is little information available on chromium (VI) in food. Most of the chromium ingested with food is chromium (III) (EVM, 2002).

### 1.4.6 Smoking

Tobacco smoke contains chromium (VI), and indoor air polluted by cigarette smoke can contain hundreds of times the amount of chromium (VI) found in outdoor air.

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

The general population residing in the vicinity of anthropogenic sources of chromium (VI) may be exposed through inhalation of ambient air or ingestion of contaminated drinking-water (ATSDR, 2000).

### 1.5.2 Occupational exposure

Inhalation of dusts, mists or fumes, and dermal contact with chromium-containing products are the main routes of occupational exposure. Industries and processes in which exposure to chromium (VI) occurs include: production, use and welding of chromium-containing metals and alloys (e.g. stainless steels, high-chromium steels); electroplating; production and use of chromium-containing compounds, such as pigments, paints (e.g. application in the aerospace industry and removal in construction and maritime industries), catalysts, chromic acid, tanning agents, and pesticides (OSHA, 2006).

Occupational exposures to several specific chromium compounds are reported in the previous IARC Monograph (IARC, 1990). With respect to chromium (VI) compounds, the most important exposures have been to sodium, potassium, calcium, and ammonium chromates and dichromates during chromate production; to chromium trioxide during chrome plating; to insoluble chromates of zinc and lead during pigment production and spray painting; to water-soluble alkaline chromates during steel smelting and welding; and, to other chromates during cement production and use (see Table 10; IARC, 1990, and OHCOW, 2005) for lists of occupations potentially exposed to chromium (VI)).

Estimates of the number of workers potentially exposed to chromium (VI) compounds have been developed by CAREX (CARcinogen EXposure) in Europe. Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX database estimates that 785692 workers were exposed to hexavalent chromium compounds in the European Union, with over 58% of workers employed in the following four industries: manufacture of fabricated metal products except machinery and equipment ($n = 178329$), manufacture of machinery except electrical ($n = 114452$), personal and household services ($n = 85616$), and manufacture of transport equipment ($n = 82359$). CAREX Canada (2011) estimates that 83000 Canadians are occupationally exposed to chromium (VI) compounds. Industries in which exposure occurred include: printing and support activities; architectural/structure metal manufacturing; agricultural, construction, mining machinery manufacturing; specialty trade contractors; boiler, tank, and container manufacturing; industrial machinery repair; auto repair; metalworking machinery manufacturing; steel product manufacturing; aluminum production; metal ore mining; coating, engraving, and heat treating. Welders were the largest occupational group exposed ($n = 19100$ men and 750 women).

Data on early occupational exposures to chromium (VI) are summarized in the previous IARC Monograph (IARC, 1990). Data from studies on chromium (VI) exposure published since the previous IARC Monograph are summarized below.

In a study to characterize occupational exposure to airborne particulate containing chromium, and to evaluate existing control technologies, the US National Institute for Occupational Safety and Health (NIOSH) conducted 21 field surveys during 1999–2001 in selected industries. Industries and operations

evaluated included: chromium electroplating facilities; welding in construction; metal cutting operations on chromium-containing materials in ship breaking; chromate-paint removal with abrasive blasting; atomized alloy-spray coating; foundry operations; printing; and the manufacture of refractory brick, coloured glass, prefabricated concrete products, and treated wood products. Personal breathing zone samples (full-shift and short-term) and general area samples were collected. Results were compared to the NIOSH recommended exposure limit (REL) of 1 μg/m³ (for a 10-hour exposure). Full-shift personal exposures to chromium (VI) were in the range of 3.0–16 μg/m³ at the electroplating facilities, and 2.4–55 μg/m³ at a painting and coating facility that used products containing chromium (VI) (Blade et al., 2007).

NIOSH conducted a health hazard evaluation of worker exposures during the welding and manufacturing of stainless steel products and fabricated piping systems. Personal breathing zone air sampling concentrations of chromium (VI) were above the NIOSH REL. The highest concentrations for nickel and chromium (VI) occurred during welding operations inside large stainless steel pipes (0.26 mg/m³ and 0.36 mg/m³), and while welding fins on a large stainless steel pipe (Hall et al., 2005).

As part of an international epidemiological study of workers in the pulp and paper industry, Teschke et al. (1999) assembled and analysed 7293 previously unpublished exposure measurements collected in non-production departments from 147 mills in 11 countries. Chromium (VI) compounds were reported in 26 time-weighted average (TWA) samples from nine mills, with a mean airborne chromium (VI) concentration of 63 μg/m³ (range, 0.04–1220 μg/m³).

Proctor et al. (2003) analysed more than 800 measurements of airborne chromium (VI) from 23 surveys conducted during 1943–71 at a chromate production plant in Painesville, Ohio, USA. The highest chromium (VI) concentrations

recorded at the plant occurred in shipping (e.g. bagging of dichromate), lime and ash, and filtering operations (maximum yearly TWA concentrations of 8.9, 2.7, and 2.3 mg/m³, respectively). The data showed that concentrations in the indoor operating areas of the plant generally decreased over time, dropping from 0.72 mg/m³ in the 1940s, to 0.27 mg/m³ in 1957–64, and to 0.039 mg/m³ in 1965–72.

In a study to assess industry compliance with existing and proposed standards, Lurie & Wolfe (2002) conducted a secondary data analysis of 813 chromium (VI) measurements collected in 1990–2000 by OSHA. Chromium (VI) was not detected in 436 measurements. In the remaining samples, the median 8-hour TWA concentration was 10 mg/m³ ($n$ = 197; range, 0.01–13960 mg/m³), and the median ceiling concentration was 40.5 mg/m³ ($n$ = 180; range, 0.25–25000 mg/m³). In the plating and polishing industry, the median 8-hour TWA concentration was 8.2 mg/m³ ($n$ = 65; range, 0.01–400 mg/m³), and the median ceiling concentration was 23 mg/m³ ($n$ = 51; range, 1–410 mg/m³).

Luippold et al. (2005) examined the mortality of two cohorts of chromate production workers constituting the current US chromium chemical industry, after engineering controls were implemented. Personal air monitoring sampling for chromium (VI) at the two plants resulted in approximately 5230 personal air-monitoring measurements taken during 1974–88 for Plant 1, and 1200 measurements taken during 1981–98 for Plant 2. Personal levels of chromium (VI) exposure were very low at both plants (geometric mean, < 1.5 μg/m³ for most years; range of annual means, 0.36–4.36 μg/m³). At both plants, the work areas with the highest average exposures were generally less than 10 μg/m³ for most years.

In an occupational exposure study of chromium in an aircraft construction factory, personal airborne samples were collected in a group of 16 workers over a 4-hour period, and urinary samples were collected from 55

workers at the beginning of their work shift (on Monday), and at the beginning and end of their work shift (on Friday). The geometric mean air concentration was 0.17 µg/m³ (GSD, 5.35 µg/m³; range, 0.02–1.5 µg/m³). Geometric mean creatinine levels were as follows: pre-shift Monday, 0.63 µg/g (GSD, 0.53 µg/g; range, 0.23–2.9 µg/g); pre-shift Friday, 0.95 µg/g (GSD, 0.94 µg/g; range, 0.25–4.8 µg/g); and post-shift Friday, 0.91 µg/g (GSD, 1.38 µg/g; range, 0.16–7.7 µg/g) (Gianello et al., 1998).

## 2. Cancer in Humans

### 2.1 Introduction

A large number of case reports dating to the late 19th and early-to-mid-20th centuries raised suspicions that workers in various industries with exposure to chromium compounds, including chromate production, production of chromate pigments and chromium plating may be at risk of developing various cancers (Newman, 1890; Pfeil, 1935; Teleky, 1936; IARC, 1990). Beginning in the mid-20th century, cohort studies were undertaken in these industries as well as in some other occupations and industries with potential exposure to chromium compounds, such as ferrochromium or stainless steel production, welding, leather tanning, and some others. By the 1980s considerable evidence had accumulated on cancer risks of chromium-exposed workers, and leading to the identification of chromium (VI) compounds as a human carcinogen (IARC, 1990).

The strongest evidence presented at the time concerned the lung. There was weaker and less consistent evidence of effects on gastrointestinal sites, mainly stomach, and some reports of excess risks at several other organs, such as pancreas, prostate and bladder. Furthermore, there were some case reports and small clusters of nasal or sinonasal cavity cancers in workers exposed

to chromium (VI). Based on the review of the previous *IARC Monograph*, and on a subsequent review of relevant epidemiological evidence accumulated since then, the Working Group focused the current review on those sites for which the evidence indicates possible associations with chromium (VI) compounds, namely: lung, nose, and nasal sinus. Because of recent controversy regarding possible effects on stomach cancer (Proctor et al., 2002; Beaumont et al., 2008), the Working Group also reviewed relevant evidence for this organ. For other organs, the number of reports of excess risks is unremarkable in the context of the numbers of studies that have been conducted, and thus they have not been reviewed.

There have been at least 50 epidemiological studies that could be informative about cancer risks related to chromium (VI). Many of the studies have given rise to multiple reports; sometimes these simply represent follow-up updates, but often the different reports also present different types of analyses of subgroups or of case–control analyses within a cohort. Only a minority of the studies contain documented measurements of chromium (VI) exposure, particularly measurements that pertain to the era of exposure of the workforce that was investigated. It was therefore necessary to select and present the evidence according to the availability of relevant exposure information. The studies were triaged into the following categories:

1. Cohort studies in industries in which workers were highly likely to have been exposed at relatively high levels. This included workers in chromate production, chromate pigment production, and chromium electroplating.

2. Cohort studies in which workers were possibly exposed to relatively high levels but not with the same degree of certainty or concentration as those in category a. This included stainless steel welders.

3. Other studies in which workers may have been exposed to chromium (VI), but with lower likelihood or lower frequency or lower

concentrations than workers in categories 1) and 2). Among the occupations/industries in this category were ferrochromium and stainless steel production, mild steel welding, general paint production, general spray painting, tanneries, gold mining, and nickel plating.

Studies in category 3) were not routinely included in the current review because there were sufficiently informative studies in categories 1) and 2), except if the authors presented information indicative of exposure to non-negligible levels of chromium (VI).

Most of the informative evidence comes from industry-based cohort studies, some of which have been complemented by nested case–control analyses. One of the main limitations of industry-based cohort studies is the usual absence of information on smoking and other potential confounders aside from age, sex, and race. Nonetheless, except for some case–control studies of nasal cancer, the Working Group relied on cohort studies to provide informative results.

For each study selected, the Working Group chose the most recent publication; occasionally there were results in earlier papers that were also deemed important to present here. Further, in each publication there are typically a large number of results presented by organ site, by demographic characteristics of workers, by some index of duration or dose of exposure, and sometimes by analysing the data in a nested case–control fashion. For the purposes of the current review, the Working Group selected the key results from each publication, typically including the most general result available for workers exposed to chromium (VI) as well as a result for a subgroup characterized by relatively high duration or dose of exposure, when there were enough numbers in such a category.

## 2.2 Cancer of the lung

Almost all of the relative risk estimates for cancer of the lung presented in Table 2.1 (available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.1.pdf) are greater than 1.0. Among chromate production workers, virtually all studies showed excess risks of lung cancer, except for a few estimates of risks for US workers hired since exposures were lowered (Luippold et al., 2005), but these latter analyses had few subjects and low power.

Similarly, studies of chromate pigment production workers tended to show elevated risks of lung cancer in nearly all the cohorts and subcohorts reported, though not every relative risk estimate was statistically significant. Also, among chromium electroplating workers, there was a clear pattern of excess risks in most cohorts. Workers in other industries who may have had somewhat lower levels of chromium (VI) exposure than those in the previously mentioned industries, had a less convincing set of relative risk estimates, though nearly all were above 1.0.

A few of the cohort studies collected high-quality smoking histories, and incorporated these into nested case–control analyses; these tended to show elevated risks independent of smoking. Several other studies had collected partial or representative smoking frequencies among their workers, and for most of these studies, the main results were unlikely to have been meaningfully confounded by smoking patterns in the workers.

A recent meta-analysis estimated an overall standardized mortality ratio (SMR) of 1.41 (95%CI: 1.35–1.47) for lung cancer among 47 studies of workers with possible chromium (VI) exposure (Cole & Rodu, 2005). [The Working Group noted that because of the great difficulty in establishing equivalencies between different studies in terms of the types and levels of exposures to chromium (VI), the summary estimates are difficult to interpret. Further, it appears

that some of the study populations in that meta-analysis overlapped with each other.]

In aggregate, the results continue to show that exposure to chromium (VI) increases the risks of lung cancer.

Very few of the epidemiological studies provided results relating to specific chromium (VI) compounds. Workers in chromate production were likely to have been exposed to mixtures of sodium, potassium, calcium and ammonium chromates and dichromates; the highest and most consistent excess risks were observed in these cohorts. Workers in chromate pigment production and spray painting were likely to have been exposed to zinc and/or lead chromates, also resulting in high risks. Steel smelting and welding probably resulted in exposure to alkaline chromates, and risks reported in these cohorts tended to be less clear than among the chromate producers and the chromate pigment producers. Because there seemed to be increased risks in diverse industries involving exposure to a variety of chromium (VI) compounds of varying solubilities, this observation argues for a general carcinogenic effect of chromium (VI).

## 2.3 Cancer of the nose and nasal sinus

Cancer of the nose and nasal sinus is extremely rare, the incidence of which is roughly 1/100th of the incidence of cancer of the lung (Parkin et al.,1997). In fact, most cohorts of workers exposed to chromium (VI) do not report on of the incidence of nose and nasal sinus cancers. [The Working Group noted that this could mean there were none in the cohort or that the investigators did not examine and report it.]

Table 2.2 (available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.2.pdf) shows the nine (ten studies including Sorahan et al., 1987) cohort studies that did report how many nasal cancers occurred.

Combining those nine (ten) cohorts, there were mentions of 22 (25) cases of nasal or nasal sinus cancer. For the four cohorts that reported an expected as well as an observed number of cases, the aggregate was 12 observed and 1.5 expected giving an SMR of 8.0. Because several cohort studies failed to report any cases, it is difficult to integrate the appropriate observed and expected numbers from these studies into the overall estimate of risk from cohort studies. [The Working Group believed that many of the studies which made no report on nasal cancer actually had none.]

Case reports since the 1960s have reported 11 (12 including one case reported in Enterline, 1974) cases of nasal or nasal sinus cancer among chromate workers. Without any indication of person-years at risk, it is difficult to infer whether this represents an excess.

There have been three informative case–control studies on nasal and nasal sinus cancer. Two showed some indications of excess risk among workers with possible exposure to chromium (VI) compounds, but the study with the best exposure assessment protocol (Luce et al., 1993) reported no excess risks for workers exposed to chromium (VI).

In aggregate, the epidemiological evidence remains suggestive but inconclusive regarding the effect of chromium (VI) on nasal and nasal sinus cancers. [The Working Group noted that systematic confounding by nickel exposure is unlikely in the cohorts presented in Table 2.2 online.]

## 2.4 Cancer of the stomach

There is little evidence of an association between exposure to chromium (VI) and cancer of the stomach; there are as many point estimates above 1.0 as there are below. There has been concern about possible hazards related to the ingestion of chromium (VI) in drinking-water, and one study in the People's Republic of China

(Zhang & Li, 1987) and a subsequent reanalysis of the Chinese data (Beaumont et al., 2008) seem to indicate a somewhat elevated risk of stomach cancer in which drinking-water was heavily polluted by a ferrochromium plant. However, one single ecological study does not constitute rigorous evidence of an association between exposure to chromium (VI) and cancer of the stomach.

See Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.3.pdf.

## 2.5 Synthesis

The large majority of informative cohort studies indicate that there is an excess risk of lung cancer among workers exposed to chromium (VI), particularly in chromate production, chromate pigment production, and chromium electroplating. It is unlikely that any biases or chance can explain these findings.

There are some case reports, cohort studies and case–control studies that suggest a possible excess of cancer of the nose and nasal sinus among workers exposed to chromium (VI). However, this evidence is susceptible to publication and reporting biases because many of the cohort studies did not report on nasal cancers, and it is not clear how to evaluate the significance of the case reports.

There is little evidence that exposure to chromium (VI) causes stomach or other cancers.

## 3. Cancer in Experimental Animals

Chromium (VI) compounds have been tested for carcinogenicity by several routes in several animal species and strains (IARC, 1990), and the following paragraphs summarize some key findings from previous IARC evaluations of chromium (VI) compounds.

Calcium chromate induced lung tumours in mice (males and females combined) when given by inhalation (Nettesheim et al., 1971) and local tumours when given by intramuscular administration (Payne, 1960). In rats it caused lung tumours (adenoma, squamous cell carcinoma, or adenocarcinoma) when given by intratracheal administration (Steinhoff et al., 1986) or intrabronchial administration (Levy & Venitt, 1986), bronchial (carcinomas or squamous cell carcinomas) when administered by intrabronchial administration (Levy et al., 1986), and local tumours in rats treated by intrapleural (Hueper, 1961; Hueper & Payne, 1962) or intramuscular administration (Hueper & Payne, 1959, 1962; Hueper, 1961; Roe & Carter, 1969).

Lead chromate (and its derived pigments), administered by subcutaneous injection (Maltoni, 1974, 1976; Maltoni et al., 1982) or intramuscular injection cause malignant tumours at the site of injection and renal tumours (Furst et al., 1976) in rats. Subcutaneous administration of basic lead chromate caused local sarcomas in rats (Maltoni, 1974, 1976; Maltoni et al., 1982). In rats, zinc chromates caused bronchial carcinomas when administered by intrabronchial implantation (Levy et al., 1986), and local tumours when given intrapleurally (Hueper, 1961), subcutaneously (Maltoni et al., 1982) or intramuscularly (Hueper, 1961). Strontium chromate also caused bronchial carcinomas (intrabronchial implantation administration) (Levy et al., 1986), and local sarcomas (intrapleural and intramuscular administration) in rats (Hueper, 1961).

Chromium trioxide when tested as a mist by inhalation caused nasal papillomas in mice (Adachi & Takemoto, 1987). Local tumours were observed in rats exposed to sintered chromium trioxide (Hueper & Payne, 1959). A low incidence of lung adenocarcinomas was induced after inhalation of chromium trioxide, and some lung tumours were observed in rats exposed by intrabronchial administration but neither were

statistically significant (Adachi *et al.*, 1986; Levy *et al.*, 1986; Levy & Venitt, 1986).

Sodium dichromate (when given by inhalation or intratracheal administration) caused lung tumours (benign and malignant) (Glaser *et al.*, 1986; Steinhoff *et al.*, 1986) in rats.

## 3.1 Studies published since the previous *IARC Monograph*

Since the previous *IARC Monograph* (IARC, 1990), studies in experimental animals have been conducted to evaluate oral exposure to chromium (VI). Table 3.1 summarizes the results of these studies, and the text below summarizes the major findings for each specific compound.

### 3.1.1  Sodium dichromate dihydrate

The National Toxicology Program (NTP) conducted 2-year drinking-water studies of sodium dichromate dihydrate in male and female B6C3F$_1$ mice, and in male and female F344 rats. In rats, sodium dichromate dihydrate significantly increased the incidence of squamous cell epithelium tumours of the oral mucosa or tongue in the high-dose groups (516 mg/L) of males and females. Trend analysis indicated a dose–response relationship in both males and females. In mice, sodium dichromate dihydrate significantly increased tumours (adenomas or carcinomas) of the small intestine (duodenum, jejunum, or ileum) in the two-highest dose groups of males (85.7 and 257.4 mg/L) and females (172 and 516 mg/L). Dose–response relationships were observed in both sexes (NTP, 2008).

### 3.1.2  Potassium chromate

Davidson *et al.* (2004) studied the effects of potassium chromate on ultraviolet(UV)-induced skin tumours in female hairless mice (CRL: SK1-hrBR). Mice were exposed to UV alone,

various concentration of potassium chromate alone (given in the drinking-water), and UV together with various concentrations of potassium chromate. Administration of drinking-water containing potassium chromate did not induce skin tumours alone. However, chromate treatment significantly increased the multiplicity of UV-induced skin tumours, and the multiplicity of malignant UV-induced skin tumours. Similar results were found in male and female hairless mice (Uddin *et al.*, 2007). The analysis of skin indicated that UV treatment increased the level of chromium in the exposed skin (Davidson *et al.*, 2004).

## 3.2 Synthesis

The administration of calcium chromate in mice and sodium dichromate in rats by inhalation caused lung cancer. Calcium chromate and sodium dichromate administered by intratracheal instillation caused lung cancer in rats. Intratracheal administration of calcium chromate, zinc chromate, and strontium chromate caused lung cancer in rats. Several chromium compounds by repository injection (calcium chromate, lead chromate, zinc chromate, strontium chromate) caused local sarcomas. Oral administration of sodium dichromate to rats and mice caused cancer of the oral cavity and of the gastrointestinal tract. Potassium chromate given orally, although not given alone, enhanced UV-induced skin carcinogenesis, indicating tumour systemic effects.

**Table 3.1 Studies of cancer in experimental animals exposed to chromium (VI) (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| **Sodium dichromate dihydrate** | | | | |
| Rat, F344/N (M, F) 2 yr NTP (2008) | Drinking-water 0, 14.3, 57.3 172, 516 mg/L Average daily doses: M–0, 0.6, 2.2 6, 17 mg/kg bw F–0, 0.7, 2.7, 7, 20 mg/kg bw ad libitum 50/group/sex | Oral mucosa (squamous cell carcinomas):[b] M–0/50, 0/50, 0/49, 0/50, 6/49 (12%) F–0/50, 0/50, 0/50, 2/50 (4%), 11/50 (22%) Tongue (squamous cell papillomas or carcinomas): M–0, 1, 0, 0, 1 F–1, 1, 0, 1, 0 Oral mucosa or tongue:[c] M–0/50, 1/50 (2%), 0/49, 0/50, 7/49 (14%) F–1/50 (2%), 1/50 (2%), 0/50, 2/50 (4%), 11/50 (22%) | M: $P < 0.05$ (high dose); $P_{trend} < 0.001$ F: $P < 0.001$ (high dose); $P_{trend} < 0.001$ M: $P < 0.01$; $P_{trend} < 0.001$ F: $P < 0.01$ (high dose); $P_{trend} < 0.001$ | Age at start, 6–7 wk 99.7% pure No treatment effects on survival Decreased bw in high-dose males and females Decreased water consumption of the 2 highest doses |
| Mouse, B6C3F1 (M, F) 2 yr NTP (2008) | Drinking-water M: 0, 14.3, 28.6, 85.7, 257.4 mg/L F: 0, 14.3, 57.3, 172, 516 mg/L Average daily doses: M–0, 1.1, 2.6, 7, 17 mg/kg bw F–0, 1.1, 39.9, 9, 25 mg/kg bw ad libitum 50/group/sex | Small intestine (adenomas): M–1/50 (2%), 1/50 (2%), 1/50 (2%), 5/50 (10%), 17/50 (34%) F–0/50, 1/50 (2%), 2/50 (4%), 15/50 (30%), 16/50 (32%) Small intestine (carcinomas): M–0/50, 2/50 (4%), 1/50 (2%), 3/50 (6%), 5/50 (10%) F–1/50 (2%), 0/50, 2/50 (4%), 3/50 (6%), 7/50 (14%) Small intestine (adenomas or carcinomas):[d] M–1/50 (2%), 3/50 (6%), 2/50 (4%), 7/50 (14%), 20/50 (40%) F–1/50 (2%), 1/50 (2%), 4/50 (8%), 17/50 (34%), 22/50 (44%) | M: $P < 0.001$ (high dose); $P_{trend} < 0.001$ F: $P < 0.001$ (2 highest doses); $P_{trend} < 0.001$ M: $P < 0.05$ (high dose); $P_{trend} < 0.05$ F: $P < 0.05$ (high dose); $P_{trend} < 0.001$ M: $P < 0.001$ (high dose, $P < 0.05$ (85.7 mg/L), $P_{trend} < 0.001$ F: $P < 0.001$ (2 highest doses 172 and 516 mg); $P_{trend} < 0.001$ | Age at start, 6–7 wk 99.9% pure No treatment effects on survival Decreased body weight in 2 highest female dose groups Decreased water consumption of the 2 highest doses (males and females) Most of the tumours were located in the duodenum |

## Table 3.1 (continued)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| Potassium chromate ($K_2CrO_4$) | | | | |
| Mouse, CRL: SKl-hrBR (F) 224 d Davidson et al. (2004) | Group 1: Controls Group 2: UV only Group 3: 2.5 ppm $K_2CrO_4$ Group 4: 5 ppm $K_2CrO_4$ Group 5: UV +0.5 ppm $K_2CrO_4$ Group 6: UV + 2.5 ppm $K_2CrO_4$ Group 7: UV + 5 ppm $K_2CrO_4$; UV: 1 mo after $K_2CrO_4$ 1.1 kJ/m² 3 d/wk for 3 mo, followed by 1 wk break, and 1.3 kJ/m², 2 d/wk for 3 mo $K_2CrO_4$: 182 d, added to drinking-water every 7–10 d 120 animals | Skin (tumours): Groups 1, 3, 4—no tumours *Number of tumours (> 2mm/no of mice at 182 d):* Group 2–12/15 (0.8) Group 5–16/12 (1.39) Group 6–50/19 (2.63) Group 7–94/19 (5.02) | Group 6 vs Group 2, $P < 0.05$ Group 7 vs Group 2, $P < 0.01$ | Age at start, 6 wk Chromium-only treatment had no effects on bw or toxicity Levels of chromium were measured in dorsal thoracic skin and abdominal skin in Groups 1, 4, and 7 UV + chromium had significantly higher chromium levels in back and underbelly skin |

IARC MONOGRAPHS – 100C

**Table 3.1 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| Mouse, CRL: Sk1-hrBR (M, F) 224 d Uddin et al. (2007) | Groups: treatment, n Group 1a: UV, 10 Group 1a: UV + 2.5 ppm $K_2CrO_4$, 10 Group 1c: UV + 5 ppm $K_2CrO_4$, 10 Group 2a: UV + 5 ppm $K_2CrO_4$, 10 Group 2b: UV + 5 ppm $K_2CrO_4$ + Vitamin E, 10 Group 2c: UV + 5 ppm $K_2CrO_4$ + selenium, 10 Mice administered $K_2CrO_4$ in drinking-water at 3 wk of age. 3 wk later UV treatment (1.0 kJ/m²) 3 d/wk for 26 wk Vitamin E: 62.5 IU/kg Selenium: 5 mg/kg Group 1-males, Group 2-females (30/group) | Skin (number of tumours/mice at 26 wk): M– Group 1a: 1.9 ± 0.4 Group 1b: 5.9 ± 0.8 Group 1c: 8.6 ± 0.9 F– Group 2a: 3.9 ± 0.6 Group 2b: 3.5 ± 0.6 Group 2c: 3.6 ± 0.6 | Group 1b vs 1a, $P < 0.001$ Group 1c vs 1a, $P < 0.0001$ | Age, 3 wk Chromium had no effect on growth of the mice. Chromium levels in skin increased with dose Chromium also decreased the time until appearance of first tumours in males |

[a] *P*-values for calculated by Poly 3- for NTP studies, which accounts for differential mortality in animals that do not reach terminal sacrifice.
[b] Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M: 0/300, F: 0/300.
[c] Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M: 2/300, range 0 to 2%; F: 3/300, range 0 to 2%.
[d] Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M:11/299, range 0–10%; F: 4/350, range 0 to 4%.
[e] Borneff et al. (1968) published in German.
[f] No information on tumour incidence of this group was reported by Sedman et al. (2006).
[g] Two-Tailed Fisher Exact Test; Authors stated significant but did not provide*P*-value.
[h] Untreated and chromium only, controls not included since no tumours were observed in the study by Davidson et al. (2004).
bw, body weight; d, day or days; F, female; M, male; mo, month or months; UV, ultraviolet; vs, versus; wk, week or weeks; yr, year or years

# 4. Other Relevant Data

## 4.1 Absorption, distribution, metabolism, and excretion

In humans, the absorption, retention, and elimination of chromium compounds after exposure by inhalation depend on the solubility and particle size of the particular compound inhaled (for an extensive review, see ATSDR, 2008b). The retention may range from several hours to weeks. Inhaled chromium (VI) is readily absorbed from the respiratory tract. The degree of absorption depends on the physical and chemical properties of the particles (size, solubility), and the extent of reduction of the hexavalent form to chromium (III), which is absorbed to a much lesser extent. Thus, after intratracheal instillation in rats, 53–85% of chromium (VI) compounds with a particle size < 5 μm are absorbed into the bloodstream, with higher absorption rates in case of more soluble compounds; the rest remains in the lungs. For comparison, absorption of chromium (III) from the respiratory tract is only 5–30% (ATSDR, 2008b). The same factors mentioned above apply to absorption from the gastrointestinal tract, although absorption by this route is generally much less compared with that in the respiratory tract. Average absorption fractions determined in human volunteers for chromium (III) or chromium (VI) were reported as 0.13% or 6.9%, respectively. Chromium (VI) can penetrate human skin to some extent (ATSDR, 2008b).

In humans and rodents, absorbed chromium (VI) is distributed in nearly all tissues, with the highest concentrations found in the kidney, liver, and bone. Studies conducted by the NTP in male rats and female mice orally exposed to chromium (VI) for 2 years showed dose-related and time-dependent increases in total chromium concentrations in red cells, plasma, and in several organs. The total chromium content of the red cells was higher than that of plasma. The concentration of total chromium in the forestomach was found to be markedly higher in mice than in rats (NTP, 2008).

Within the human body, chromium (VI) undergoes a series of reduction steps to form the thermodynamically stable chromium (III). When reduction occurs extracellularly, this process can be considered as detoxification because the cell membrane is a nearly impermeable barrier for chromium (III). The remaining chromium (VI) is present as a mixture of chromate ($CrO_4^{2-}$) and hydrochromate ($HCrO_4^-$); because water-soluble chromates are iso-structural with sulfate and phosphate ions, they are readily taken up by sulfate channels. In case of poorly water-soluble chromates, particles of < 5 μm can be phagocytosed, and gradually dissolved intracellularly. Within the cell, chromium (VI) is reduced stepwise to chromium (III), giving rise to reactive intermediates as well as DNA and protein adducts. In blood, chromium (VI) is taken up into red blood cells, is reduced, and then bound to proteins. After exposure by inhalation, excretion occurs predominantly via the urine. Due to the low absorption of chromium compounds from the gastrointestinal tract, the major pathway of elimination after oral exposure is through the faeces (ATSDR, 2008b).

## 4.2 Genetic and related effects

The oxidation state of chromium is the most important factor when considering its biochemical activity (Beyersmann & Hartwig, 2008; Salnikow & Zhitkovich, 2008). Chromium (VI), but not chromium (III) compounds, have been shown to exert genotoxicity both *in vivo* and *in vitro*.

Lymphocytes of workers exposed to dusts of chromium (VI) compounds showed elevated frequencies of DNA strand breaks (Gambelunghe et al., 2003), sister chromatid exchange (Wu et al., 2001), and micronuclei (Vaglenov et al., 1999; Benova et al., 2002).

After intratracheal instillation in rats, chromium (VI) induced DNA strand breaks in lymphocytes (Gao et al., 1992). After intraperitoneal injection of chromium (VI) to mice, micronuclei were induced in bone marrow. In contrast, no micronucleus induction was observed after oral administration, indicating that chromium (VI) does not reach the target cells to a high extent by this route of exposure (De Flora et al., 2006). Chromium (VI) induces dominant lethal mutations in male mice (Paschin et al., 1982).

In vitro, soluble chromium (VI) compounds are mutagenic in mammalian and bacterial test systems (De Flora et al., 1990).

### 4.2.1 DNA damage

Chromium (VI) is unreactive towards DNA under physiological conditions. According to the uptake–reduction model originally established by Wetterhahn et al. (1989), chromium (VI) undergoes a series of reduction steps in cells, to form the thermodynamically stable chromium (III). Intracellular reduction does not require enzymatic steps but is mediated by direct electron transfer from ascorbate and non-protein thiols, such as glutathione and cysteine. During the reduction process, variable amounts of chromium (V) and chromium (IV) as well as organic radical species are generated; their exact nature, however, depends largely on the reducing agent (Wetterhahn & Hamilton, 1989). Furthermore, comparative in-vivo and in-vitro studies revealed a major impact of the intracellular reductants on the nature and biological consequences of the resultant DNA lesions.

The major intracellular reductant under physiological conditions appears to be ascorbate, reaching millimolar concentrations in human tissues, and accounting for about 90% of chromium (VI) reduction reactions in vivo (Standeven et al., 1992). In contrast, only micromolar concentrations of ascorbate are usually present in cell cultures (Quievryn et al., 2002), which leads to an increase in thiol-mediated chromate reduction. When ascorbate is the reductant, two electrons are transferred, and chromium (IV) but not chromium (V) is generated as the first intermediate, whereas with cysteine as a reductant, predominantly chromium (V) is formed due to one-electron transfers (Stearns & Wetterhahn, 1994). In both cases, the final product is chromium (III), which reacts to produce different types of DNA lesions.

DNA lesions generated after exposure to chromium (VI) include chromium (III)–DNA adducts, DNA–protein and DNA–DNA interstrand crosslinks, DNA breaks as well as several oxidative DNA–base modifications. The predominant form of chromium (III)–DNA adducts are ternary adducts, where chromium forms a link between DNA and small molecules such as cysteine, histidine, glutathione or ascorbate, presumably arising from preformed chromium–ligand complexes during the reduction process. These adducts are formed primarily at phosphate groups, but the subsequent partial formation of chelates involving the phosphate group and the $N^7$-position of guanine have been suggested. Chelates formed from chromium–ascorbate particularly are potent premutagenic DNA lesions (Zhitkovich et al., 2001).

The formation of DNA–protein crosslinks after chromate exposure is well established, but is estimated to account for less than 1% of chromium–DNA adducts. Biological consequences are likely to be disturbances of DNA replication and transcription. The formation of DNA–DNA crosslinks appears to be restricted to certain in-vitro conditions, due to severe steric hindrance upon intercalation of octahedral chromium (III) complexes (Zhitkovich, 2005).

DNA single-strand breaks may arise due to the reaction of chromium (V) with hydrogen peroxide, forming hydroxyl radicals. Nevertheless, if ascorbate is the predominant reductant under in-vivo conditions, the generation of chromium (V) and thus, single-strand

breaks, appears to be of minor importance (Quievryn *et al.*, 2003). Cytogenetic alterations in chromium (VI)-exposed cells in culture and *in vivo*, such as increased frequencies of chromosomal breaks and micronuclei, are suggested to be due to DNA double-strand breaks, produced by a cell-replication-dependent mechanism in the G2 phase of the cell cycle. Recent evidence suggests the involvement of mismatch repair in the formation of double-strand breaks. Thus, highly mutagenic ascorbate–chromium–DNA adducts lead to the error-prone repair of double-strand breaks through non-homologous end-joining. Furthermore, they induce mismatches during replication, leading to aberrant mismatch repair. Based on these findings, a model has been created to show that chronic exposure to toxic doses of chromium (VI) provokes the selective outgrowth of mismatch-repair-deficient clones with high rates of spontaneous mutagenesis, and thus, genomic instability (Reynolds *et al.*, 2007; Salnikow & Zhitkovich, 2008). In support of this model, chromium-induced cancers in exposed workers were associated with microsatellite instability and exhibited the loss of expression of MLH1, which is one of the essential mismatch-repair proteins (Takahashi *et al.*, 2005).

### 4.2.2 Oxidative stress

In the reduction of chromium (VI) to chromium (III) by cellular reductants, potentially toxic intermediates (oxygen radicals, sulfur radicals, and chromium radicals) are generated (Yao *et al.*, 2008). In a cell-free system, chromium (VI) reacted with glutathione to form chromium (V) and thiyl radicals (Wetterhahn *et al.*, 1989). Furthermore, after reduction of chromium (VI) by glutathione, chromium (V) can undergo Fenton-type reactions, producing hydroxyl radicals (Shi *et al.*, 1994), and 8-oxoguanine in isolated DNA (Faux *et al.*, 1992). In cultured mammalian cells, chromium (VI) induced the formation of superoxide and nitric oxide (Hassoun & Stohs, 1995). The administration of chromium (VI) to animals, which have higher tissue levels of ascorbate compared with cultured cells, did not induce the formation of 8-oxoguanine (Yuann *et al.*, 1999). This may be due to the lack of chromium (V) formation when ascorbate is the predominant reducing agent.

### 4.2.3 Further potentially relevant mechanisms

Besides direct genotoxic effects of chromium (VI) metabolites, chromate may activate various mitogen-activated protein kinases as well as transcription factors involved in inflammation and tumour growth. Nevertheless, because these effects have been observed in cell-culture systems and no distinct effects of chromium (VI) on cell proliferation have been shown, the relevance of these observations remains unclear at present. Perhaps of higher impact are the aneugenic properties of chromium (VI). Chronic treatment with lead-chromate particles induced neoplastic transformation of human bronchial cells, which was accompanied by centrosome amplification, and an increase in aneuploid metaphases (Xie *et al.*, 2007).

## 4.3 Synthesis

Several mechanisms are involved in the carcinogenesis induced by chromium (VI) that include the induction of DNA damage, the generation of oxidative stress and aneuploidy, leading to cell transformation. With respect to DNA damage, the spectrum of induced lesions appears to depend strongly on the cellular reductant involved. Thus, under physiological conditions with ascorbate as the major reductant, the generation of premutagenic ternary chromium–ascorbate–DNA adducts appears to be of major relevance, which may be linked to the increased number of mismatch-repair-resistant cells observed in chromate-induced lung tumours.

# 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of chromium (VI) compounds. Chromium (VI) compounds cause cancer of the lung. Also positive associations have been observed between exposure to Chromium (VI) compounds and cancer of the nose and nasal sinuses.

There is *sufficient evidence* in experimental animals for the carcinogenicity of chromium (VI) compounds.

Chromium (VI) compounds are *carcinogenic to humans (Group 1).*

# References

Adachi S & Takemoto K (1987). Occupational lung cancer. A comparison between humans and experimental animals *Sangyo Igaku*, 29: 345–357. PMID:2831418

Adachi S, Yoshimura H, Katayama H, Takemoto K (1986). Effects of chromium compounds on the respiratory system. Part 4. Long-term inhalation of chromic acid mist in electroplating to ICR female mice*Sangyo Igaku*, 28: 283–287. PMID:3784105

ATSDR (2000). *Chromium (TP-7)* In: *Toxicological Profile.* US Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, pp. 461.

ATSDR (2008a). *Chromium (TP-7)* In: *Toxicological Profile.* US Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, pp. 610.

ATSDR (2008b) *Toxicological Profile for Chromium.* Available at: http://www.atsdr.cdc.gov/toxprofiles/tp7.html#bookmark09

Beaumont JJ, Sedman RM, Reynolds SD *et al.* (2008). Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. *Epidemiology*, 19: 12–23. doi:10.1097/EDE.0b013e31815cea4c PMID:18091413

Benova D, Hadjidekova V, Hristova R *et al.* (2002). Cytogenetic effects of hexavalent chromium in Bulgarian chromium platers. *Mutat Res*, 514: 29–38. PMID:11815242

Beyersmann D & Hartwig A (2008). Carcinogenic metal compounds: recent insight into molecular and cellular mechanisms. *Arch Toxicol*, 82: 493–512. doi:10.1007/s00204-008-0313-y PMID:18496671

Blade LM, Yencken MS, Wallace ME *et al.* (2007). Hexavalent chromium exposures and exposure-control technologies in American enterprise: results of a NIOSH field research study. *J Occup Environ Hyg*, 4: 596–618. doi:10.1080/15459620701463183 PMID:17577750

Borneff J, Engelhardt K, Griem W *et al.* (1968). Carcinogens in water and soil. XXII. Experiment with 3,4-benzopyrene and potassium chromate in mice drink *Arch Hyg Bakteriol*, 152: 45–53. PMID:5707368

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/chromium_%28hexavalent%29/occupational_exposure_estimates/phase_2/

Cole P & Rodu B (2005). Epidemiologic studies of chrome and cancer mortality: a series of meta-analyses. *Regul Toxicol Pharmacol*, 43: 225–231. doi:10.1016/j.yrtph.2005.06.009 PMID:16099572

Davidson T, Kluz T, Burns F *et al.* (2004). Exposure to chromium (VI) in the drinking water increases susceptibility to UV-induced skin tumors in hairless mice. *Toxicol Appl Pharmacol*, 196: 431–437. doi:10.1016/j.taap.2004.01.006 PMID:15094314

De Flora S, Bagnasco M, Serra D, Zanacchi P (1990). Genotoxicity of chromium compounds. A review. *Mutat Res*, 238: 99–172. PMID:2407950

De Flora S, Iltcheva M, Balansky RM (2006). Oral chromium(VI) does not affect the frequency of micronuclei in hematopoietic cells of adult mice and of transplacentally exposed fetuses. *Mutat Res*, 610: 38–47. PMID:16872865

Ellis AS, Johnson TM, Bullen TD (2002). Chromium isotopes and the fate of hexavalent chromium in the environment. *Science*, 295: 2060–2062. doi:10.1126/science.1068368 PMID:11896274

Enterline PE (1974). Respiratory cancer among chromate workers. *J Occup Med*, 16: 523–526. PMID:4843401

EVM Expert Group on Vitamins and Minerals Secretariat (2002). *Review of chromium.* UK: EVM/99/26. REVISEDAUG2002, 25. 2002.

Faux SP, Gao M, Chipman JK, Levy LS (1992). Production of 8-hydroxydeoxyguanosine in isolated DNA by chromium(VI) and chromium(V). *Carcinogenesis*, 13: 1667–1669. doi:10.1093/carcin/13.9.1667 PMID:1327573

Furst A, Schlauder M, Sasmore DP (1976). Tumorigenic activity of lead chromate. *Cancer Res*, 36: 1779–1783. PMID:1268834

Gambelunghe A, Piccinini R, Ambrogi M *et al.* (2003). Primary DNA damage in chrome-plating workers. *Toxicology*, 188: 187–195. PMID:12767690

Gao M, Binks SP, Chipman JK *et al.* (1992). Induction of DNA strand breaks in peripheral lymphocytes by soluble chromium compounds. *Hum Exp Toxicol*, 11: 77–82. doi:10.1177/096032719201100203 PMID:1349223

Gianello G, Masci O, Carelli G *et al.* (1998). Occupational exposure to chromium – an assessment of environmental pollution levels and biological monitoring of

exposed workers. *Ind Health*, 36: 74–77. doi:10.2486/indhealth.36.74 PMID:9473863

Glaser U, Hochrainer D, Klöppel H, Oldiges H (1986). Carcinogenicity of sodium dichromate and chromium (VI/III) oxide aerosols inhaled by male Wistar rats. *Toxicology*, 42: 219–232. doi:10.1016/0300-483X(86)90011-9 PMID:3798470

Guertin J, Jacobs JA, Avakian CP (2004). *Chromium (VI) Handbook*. Boca Raton, FL: CRC Press, pp. 800.

Hall R, Rhodes D, Page E (2005). *Evaluation of worker exposures during the manufacturing of high quality corrosive resistant stainless steel products and fabricated piping systems*. American Industrial Hygiene Conference and Expo, Anaheim, CA: May 21–26, 2005. Fairfax, VA: American Industrial Hygiene Association, pp. 59.

Hassoun EA & Stohs SJ (1995). Chromium-induced production of reactive oxygen species, DNA single-strand breaks, nitric oxide production, and lactate dehydrogenase leakage in J774A.1 cell cultures. *J Biochem Toxicol*, 10: 315–321. doi:10.1002/jbt.2570100606 PMID:8934634

Hueper WC (1961). Environmental carcinogenesis and cancers. *Cancer Res*, 21: 842–857. PMID:13716558

Hueper WC & Payne WW (1959). Experimental cancers in rats produced by chromium compounds and their significance to industry and public health. *Am Ind Hyg Assoc J*, 20: 274–280. PMID:13670103

Hueper WC & Payne WW (1962). Experimental studies in metal carcinogenesis. Chromium, nickel, iron, arsenic. *Arch Environ Health*, 5: 445–462. PMID:13955488

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1979). Chemicals and industrial processes associated with cancer in humans. IARC Monographs, volumes 1 to 20. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 1: 1–71. PMID:296141

IARC (1980). Some metals and metallic compounds. *IARC Monogr Eval Carcinog Risk Chem Hum*, 23: 1–415. PMID:6933135

IARC (1982). Chemicals, industrial processes and industries associated with cancer in humans (IARC Monographs, volumes 1 to 29). *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 4: 1–292.

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

Kotaś J & Stasicka Z (2000). Chromium occurrence in the environment and methods of its speciation. *Environ Pollut*, 107: 263–283. doi:10.1016/S0269-7491(99)00168-2 PMID:15092973

Krystek P & Ritsema R (2007). Monitoring of chromium species and 11 selected metals in emission and immission of airborne environment. *Int J Mass Spectrom*, 265: 23–29. doi:10.1016/j.ijms.2007.05.003

Levy LS, Martin PA, Bidstrup PL (1986). Investigation of the potential carcinogenicity of a range of chromium containing materials on rat lung. *Br J Ind Med*, 43: 243–256. PMID:3964573

Levy LS & Venitt S (1986). Carcinogenicity and mutagenicity of chromium compounds: the association between bronchial metaplasia and neoplasia. *Carcinogenesis*, 7: 831–835. doi:10.1093/carcin/7.5.831 PMID:3698209

Lide DR, editor (2008). *CRC Handbook of Chemistry and Physics*, 88th ed. New York, NY: CRC Press, Taylor & Francis Group, pp. 4–50.

Luce D, Gérin M, Leclerc A et al. (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer*, 53: 224–231. doi:10.1002/ijc.2910530209 PMID:8425759

Luippold RS, Mundt KA, Dell LD, Birk T (2005). Low-level hexavalent chromium exposure and rate of mortality among US chromate production employees. *J Occup Environ Med*, 47: 381–385. doi:10.1097/01.jom.0000158703.32263.0d PMID:15824629

Lurie P & Wolfe SM (2002). Continuing exposure to hexavalent chromium, a known lung carcinogen: an analysis of OSHA compliance inspections, 1990–2000. *Am J Ind Med*, 42: 378–383. doi:10.1002/ajim.10128 PMID:12382250

Maltoni C (1974). Occupational carcinogenesis. *Excerpta med int Congr Ser*, 322: 19C.bib_lpa$-Char>26C.bib_lpa$-Char.

Maltoni C (1976). Occupational carcinogenesis. Predictive value of carcinogenesis bioassays. *Ann N Y Acad Sci*, 271: 1 Neoplasia in431–443. doi:10.1111/j.1749-6632.1976.tb23144.x PMID:1069535

Maltoni C, Morisi L, Chieco P (1982). Experimental approach to the assessment of the carcinogenic risk of industrial inorganic pigments *Adv mod environ Toxicol*, 2: 7792.

Mukherjee AB (1998). Chromium in the environment of Finland. *Sci Total Environ*, 217: 9–19. doi:10.1016/S0048-9697(98)00163-6 PMID:9695169

Nettesheim P, Hanna MG Jr, Doherty DG et al. (1971). Effect of calcium chromate dust, influenza virus, and 100 R whole-body x radiation on lung tumor incidence in mice. *J Natl Cancer Inst*, 47: 1129–1144. PMID:10787327

Newman D (1890). A case of adeno-carcinoma of the left inferior turbinated body, and perforation of the nasal septum, in the person of a worker in chrome pigments. *Glasg Med J*, 33: 469–470.

NTP (2005). NTP 11th Report on Carcinogens *Rep Carcinog*, 11: 1–A32. PMID:19826456

IARC MONOGRAPHS – 100C

NTP (2008). NTP Toxicology and Carcinogenesis Studies of Sodium Dichromate Dihydrate (CAS No. 7789–12–0) in F344/N Rats and B6C3F1 Mice (Drinking Water Studies). *Natl Toxicol Program Tech Rep Ser*, 546: 1–192. PMID:18716633

OHCOW (2005). *Hexavalent Chromium*. Ontario, Canada: Occupational Health Clinics for Ontario Workers Inc.

OSHA; Occupational Safety and Health Administration. Department of Labor (2006). Occupational exposure to hexavalent chromium. Final rule. *Fed Regist*, 71: 10099–10385. PMID:16528853

Parkin D, Whelan S, Ferlay J *et al.*, editors (1997). *Cancer Incidence in Five Continents. volume VII*. Lyon: IARC Press.

Paschin YV, Zacepilova TA, Kozachenko VI (1982). Induction of dominant lethal mutations in male mice by potassium dichromate. *Mutat Res*, 103: 345–347. doi:10.1016/0165-7992(82)90065-3 PMID:7087995

Paustenbach DJ, Finley BL, Mowat FS, Kerger BD (2003). Human health risk and exposure assessment of chromium (VI) in tap water. *J Toxicol Environ Health, Part A*, 66: 1295–1339. doi:10.1080/15287390306388 PMID:12851114

Payne WW (1960). Production of cancers in mice and rats by chromium compounds. *AMA Arch Ind Health*, 21: 530–535. PMID:14431169

Pfeil E (1935). Lung tumors as occupational disease in chromate plants (Ger.). *Dtsch Med Wochenschr*, 61: 1197–1200. doi:10.1055/s-0028-1122461

Proctor DM, Otani JM, Finley BL *et al.* (2002). Is hexavalent chromium carcinogenic via ingestion? A weight-of-evidence review. *J Toxicol Environ Health A*, 65: 701–746. doi:10.1080/00984100290071018 PMID:12028825

Proctor DM, Panko JP, Liebig EW *et al.* (2003). Workplace airborne hexavalent chromium concentrations for the Painesville, Ohio, chromate production plant (1943–1971). *Appl Occup Environ Hyg*, 18: 430–449. doi:10.1080/10473220301421 PMID:12746066

Quievryn G, Messer J, Zhitkovich A (2002). Carcinogenic chromium(VI) induces cross-linking of vitamin C to DNA in vitro and in human lung A549 cells. *Biochemistry*, 41: 3156–3167. doi:10.1021/bi011942z PMID:11863455

Quievryn G, Peterson E, Messer J, Zhitkovich A (2003). Genotoxicity and mutagenicity of chromium(VI)/ascorbate-generated DNA adducts in human and bacterial cells. *Biochemistry*, 42: 1062–1070. doi:10.1021/bi0271547 PMID:12549927

Reinds GJ, Groenenberg JE, de Vries W (2006). *Critical loads of copper, nickel zinc, arsenic, chromium and selenium for terrestrial ecosystems at a European scale: A preliminary assessment (Alterra Report 1355)*. Wageningen, pp. 45.

Reynolds M, Stoddard L, Bespalov I, Zhitkovich A (2007). Ascorbate acts as a highly potent inducer of chromate mutagenesis and clastogenesis: linkage to DNA breaks

in G2 phase by mismatch repair. *Nucleic Acids Res*, 35: 465–476. doi:10.1093/nar/gkl1069 PMID:17169990

Roe FJ & Carter RL (1969). Chromium carcinogenesis: calcium chromate as a potent carcinogen for the subcutaneous tissues of the rat. *Br J Cancer*, 23: 172–176. PMID:5768433

Rowbotham AL, Levy LS, Shuker LK (2000). Chromium in the environment: an evaluation of exposure of the UK general population and possible adverse health effects. *J Toxicol Environ Health B Crit Rev*, 3: 145–178. doi:10.1080/10937400050045255 PMID:10911983

Salnikow K & Zhitkovich A (2008). Genetic and epigenetic mechanisms in metal carcinogenesis and cocarcinogenesis: nickel, arsenic, and chromium. *Chem Res Toxicol*, 21: 28–44. doi:10.1021/tx700198a PMID:17970581

Sedman RM, Beaumont J, McDonald TA *et al.* (2006). Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev*, 24: 155–182. PMID:16690539

Shi X, Mao Y, Knapton AD *et al.* (1994). Reaction of Cr(VI) with ascorbate and hydrogen peroxide generates hydroxyl radicals and causes DNA damage: role of a Cr(IV)-mediated Fenton-like reaction. *Carcinogenesis*, 15: 2475–2478. doi:10.1093/carcin/15.11.2475 PMID:7955094

Sorahan T, Burges DC, Waterhouse JA (1987). A mortality study of nickel/chromium platers. *Br J Ind Med*, 44: 250–258. PMID:3567099

Standeven AM, Wetterhahn KE, Kato R (1992). Ascorbate is the principal reductant of chromium(VI) in rat lung ultrafiltrates and cytosols, and mediates chromium-DNA binding in vitro. *Carcinogenesis*, 13: 1319–1324. doi:10.1093/carcin/13.8.1319 PMID:1499083

Stearns DM & Wetterhahn KE (1994). Reaction of chromium(VI) with ascorbate produces chromium(V), chromium(IV), and carbon-based radicals. *Chem Res Toxicol*, 7: 219–230. doi:10.1021/tx00038a016 PMID:8199312

Steinhoff D, Gad SC, Hatfield GK, Mohr U (1986). Carcinogenicity study with sodium dichromate in rats. *Exp Pathol*, 30: 129–141. PMID:3792485

Takahashi Y, Kondo K, Hirose T *et al.* (2005). Microsatellite instability and protein expression of the DNA mismatch repair gene, hMLH1, of lung cancer in chromate-exposed workers. *Mol Carcinog*, 42: 150–158. doi:10.1002/mc.20073 PMID:15605365

Teleky L (1936). Cancer in chromium workers (Ger.). *Dtsch Med Wochenschr*, 62: 1353 doi:10.1055/s-0028-1141271

Teschke K, Ahrens W, Andersen A *et al.* (1999). Occupational exposure to chemical and biological agents in the nonproduction departments of pulp, paper, and paper product mills: an international study. *Am Ind Hyg Assoc J*, 60: 73–83. PMID:10028618

Uddin AN, Burns FJ, Rossman TG *et al.* (2007). Dietary chromium and nickel enhance UV-carcinogenesis

in skin of hairless mice. *Toxicol Appl Pharmacol*, 221: 329–338. doi:10.1016/j.taap.2007.03.030 PMID:17499830

Vaglenov A, Nosko M, Georgieva R *et al.* (1999). Genotoxicity and radioresistance in electroplating workers exposed to chromium. *Mutat Res*, 446: 23–34. PMID:10613183

Wetterhahn KE & Hamilton JW (1989). Molecular basis of hexavalent chromium carcinogenicity: effect on gene expression. *Sci Total Environ*, 86: 113–129. doi:10.1016/0048-9697(89)90199-X PMID:2602931

Wetterhahn KE, Hamilton JW, Aiyar J *et al.* (1989). Mechanism of chromium(VI) carcinogenesis. Reactive intermediates and effect on gene expression. *Biol Trace Elem Res*, 21: 405–411. doi:10.1007/BF02917282 PMID:2484620

Wu FY, Wu WY, Kuo HW *et al.* (2001). Effect of genotoxic exposure to chromium among electroplating workers in Taiwan. *Sci Total Environ*, 279: 21–28. doi:10.1016/S0048-9697(01)00685-4 PMID:11712598

Xie H, Holmes AL, Wise SS *et al.* (2007). Neoplastic transformation of human bronchial cells by lead chromate particles. *Am J Respir Cell Mol Biol*, 37: 544–552. doi:10.1165/rcmb.2007-0058OC PMID:17585109

Yao H, Guo L, Jiang BH *et al.* (2008). Oxidative stress and chromium(VI) carcinogenesis. *J Environ Pathol Toxicol Oncol*, 27: 77–88. PMID:18540844

Yuann JM, Liu KJ, Hamilton JW, Wetterhahn KE (1999). In vivo effects of ascorbate and glutathione on the uptake of chromium, formation of chromium(V), chromium-DNA binding and 8-hydroxy-2′-deoxyguanosine in liver and kidney of osteogenic disorder shionogi rats following treatment with chromium(VI). *Carcinogenesis*, 20: 1267–1275. doi:10.1093/carcin/20.7.1267 PMID:10383900

Zhang JD & Li XL (1987). Chromium pollution of soil and water in Jinzhou *Zhonghua Yu Fang Yi Xue Za Zhi, Chinese Journal of Preventive Medicine*, )21: 262–264. PMID:3443034

Zhitkovich A (2005). Importance of chromium-DNA adducts in mutagenicity and toxicity of chromium(VI). *Chem Res Toxicol*, 18: 3–11. doi:10.1021/tx049774+ PMID:15651842

Zhitkovich A, Song Y, Quievryn G, Voitkun V (2001). Non-oxidative mechanisms are responsible for the induction of mutagenesis by reduction of Cr(VI) with cysteine: role of ternary DNA adducts in Cr(III)-dependent mutagenesis. *Biochemistry*, 40: 549–560. doi:10.1021/bi0015459 PMID:11148050