# Exhibit 8

Julie Pier

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
 2

     _____
 3                                  )  MDL NO.
     IN RE:  JOHNSON & JOHNSON      )  16-2738(FLW)(LHG)
 4   TALCUM POWDER PRODUCTS         )
     MARKETING, SALES PRACTICES     )
 5   AND PRODUCTS LIABILITY         )
     LITIGATION                     )
 6                                  )
     THIS DOCUMENT RELATES TO ALL   )
 7   CASES                          )
     _____)
 8
 9
10
11           PURSUANT TO NOTICE, the videotaped 30(b)(6)
12   deposition of Imerys Talc America, Inc., through the
13   oral testimony JULIE PIER, Volume I, was taken on
14   behalf of the Plaintiffs, at Gordon & Rees, 555
15   Seventeenth Street, Suite 3400, Denver, Colorado, on
16   September 12, 2018, commencing at 9:29 a.m., before
17   Melanie L. Giamarco, Registered Merit Reporter,
18   Certified Realtime Reporter, Registered Professional
19   Reporter and Notary Public within Colorado.
20
21
22
23
24
25
```

Page 198

1  which is IMERYS 6036067. And it's one page, not
2  two. And it is titled at the top --
3      MR. GREEN: Zach, if you can call this out
4  please.
5      Q. -- a "Sample Analysis for
6  Johnson & Johnson"; do you see that?
7      A. Yes, I do.
8      Q. And this document was produced to us
9  pursuant to the protective order entered in this
10  case. And I wanted to direct your attention just
11  to two parts of it.
12      First of all, let me start by the reference
13  document section. You can see that.
14  Johnson & Johnson, material inspection, do you see
15  that, ma'am? It's the second, in bold, heading on
16  the document in the text.
17      A. I'm sorry. It's highlighted "Sample
18  Analysis for Johnson & Johnson." What part are
19  you --
20      Q. No, ma'am, reference documents.
21      A. Okay. Yes.
22      Q. And do you see at the end, the latest
23  revision date is October 8, 2004? Do you see that?
24      A. Yes, I do.
25      Q. The scope of the document, I want to

Page 199

1  direct you to that paragraph. And that's really
2  what I want to direct you to. And that's --
3  this -- let me read it. Make sure I read it
4  correctly.
5      "As part of an ongoing quality assurance
6  program, samples of the raw material used at
7  Johnson & Johnson (J&J) are additionally tested by
8  Luzenac for the presence of amphiboles, quartz and
9  asbestiform minerals"; did I read that correctly?
10      A. You did, yes.
11      Q. "A Certificate of Analysis is delivered
12  to representatives at J&J"; did I read that
13  correctly.
14      A. You did. Correct.
15      Q. "These factors are an accept/reject
16  criterion for J&J"; did I read that correctly?
17      A. You did. Yes.
18      Q. "In addition, a yearly composite of the
19  ore" -- and that's what we were just talking
20  about, the yearly composite of the ore?
21      A. That's correct.
22      Q. "A yearly composite of the ore is made
23  from each individual submission to be tested for
24  metals by AA"; did I read that correctly?
25      A. You did. And that's where it describes

Page 200

1  atomic absorption, not x-ray fluorescence.
2      Q. And it continues.
3      "This factor is not an accept/reject
4  criterion for J&J"; did I read that correctly?
5      A. You did. And that is because it's on a
6  yearly basis after product is made. That's
7  correct.
8      Q. So is the presence -- is it Luzenac's
9  testimony that the presence of these heavy metals
10  that have been enumerated today is not an
11  accept-or-reject criterion for J&J under their
12  specs?
13      A. That's correct. They have a different
14  spec for heavy metals that is an accept/reject
15  criterion.
16      MR. GREEN: Thank you. I'm going to go
17  ahead and let Mr. Dearing in. We'll take a break
18  for a moment.
19      VIDEOGRAPHER: We're going off the record.
20  The time is 2:39.
21      (Recess taken.)
22      VIDEOGRAPHER: We're going back on the video
23  record. Time is 2:51. Beginning of Media File
24  Number 7.
25  //

Page 201

1          EXAMINATION
2  BY MR. DEARING:
3      Q. Good afternoon.
4      A. Good afternoon.
5      Q. Please give me a general overview of how
6  Imerys inspects the talc once it's removed from the
7  earth. Just give me a general overview.
8      MR. KLATT: Objection to the narrative.
9  But go ahead.
10      A. The ore in a mine is inspected before it
11  comes out of the mine by several different
12  processes, so we actually -- and when you say
13  "inspect," what do you actually mean "inspect"?
14      Q. (By Mr. Dearing) Well, let's talk about
15  testing, because that's what you're here to talk
16  about.
17      So tell me how Imerys tests the stack once
18  it comes out of the mine.
19      A. There is a whole different suite of
20  tests that we do at different stages of the
21  operation.
22      Q. Right. That's what I want you to talk
23  about.
24      A. And so we -- it begins with knowing what
25  the deposit is geologically. And then the

Page 202

1  testing -- there's much testing that happens before
2  the ore is even extracted. So we do several
3  different types of drilling.
4      Q. Let me interrupt you, please.
5      I want to talk about testing after it's
6  taken out of the mine.
7      A. All right. So we -- and it depends on
8  what time period and what ore are you talking
9  about?
10     Q. Okay. Well, let's start with -- let's
11 start with 1989 in Vermont.
12     How is that talc tested once it's removed
13 from the mine?
14     A. It -- and this is a little bit on the
15 operations side before we get it in analytical, but
16 it is -- the -- like I said, we're not talking
17 about the testing that's done before it comes out
18 of the mine. There's a substantial amount of
19 testing that's done there.
20     Q. I know. I know about all that.
21     A. So after it's blasted and removed from
22 the mine, it is brought to a facility where I
23 believe there is a test in Vermont, there's an
24 initial test for arsenic to know whether it is in
25 the proper range for a personal-care product. And

Page 203

1  then that ore is segregated into a different ore
2  pile and then moved to the float plant where it is
3  tested again for, I'm assuming, among other tests,
4  but we do mineralogy and test for asbestos at that
5  point and by x-ray diffraction followed by PLM if
6  necessary, TEM on a monthly composite. And then
7  product is made. And then there is
8  post-finished-product testing as well by all of the
9  methods, the XRD, PLM and TEM.
10     Q. So the very first test that's performed
11 when it's taken out of the mine in Vermont is a
12 test for arsenic, correct?
13     A. I don't -- I don't know if there are
14 other tests. I just -- I know that that's one test
15 to segregate ore going for industrial purposes
16 versus ore going for a personal-care application.
17 So there's other types of tests as well, like
18 color, and color is an indicator of the talc purity
19 and things like that. So all of those tests are
20 done in addition to the arsenic test. The arsenic
21 test I mentioned was just one of the tests we do to
22 sort of decide which application an ore would be
23 used for.
24     Q. So the first set of tests is to
25 segregate the ore into ore that may be ultimately

Page 204

1  used for body powders for Johnson & Johnson and ore
2  that's for some other application?
3      A. That's my understanding yes.
4      Q. Do you know how the ore is tested for
5  arsenic?
6      A. It's an atomic absorption procedure.
7  And --
8      Q. Are you qualified in atomic absorption?
9      A. I am not, actually.
10     Q. Okay.
11     A. I am familiar --
12     Q. Because I only want you to talk about
13 what you know about, so --
14     A. I'm familiar with -- that we have an
15 internal method. We had an atomic absorption
16 instrument on-site in Vermont that we didn't
17 actually have in Denver, so those individuals were
18 trained to use that particular test.
19     Q. Okay. So the ore is brought out of the
20 mine. It's tested for arsenic, color, some other
21 things, so that it can be segregated.
22     Then the segregated pile that's intended to
23 be used for Johnson & Johnson's body powders, is it
24 tested further on-site or is it sent somewhere else
25 for further testing?

Page 205

1      A. It is tested on-site by x-ray
2  diffraction. And, yeah, that's before it goes into
3  the flotation process. And x-ray diffraction will
4  give information about the mineralogy of the
5  sample, plus they are doing the J4-1-type test.
6      Q. And we'll talk more about that in a
7  minute.
8      And I believe you testified there was not
9  PLM capabilities in Vermont; is that correct?
10     A. I think -- I think that I had testified
11 I wasn't sure whether they had a PLM on-site, but I
12 know that the analytical group in Denver was
13 providing support to Vermont in case there was any
14 PLM needed, so --
15     Q. Well, I want to focus on what happens in
16 Vermont before the talc leaves for now. And since
17 we're talking about Vermont, it's my understanding
18 that talc used -- I'm sorry. Strike that.
19     It's my understanding that talc that Imerys
20 sold to Johnson & Johnson during 1989 to 2002 or so
21 all came from Vermont; is that an accurate
22 statement?
23     A. The talc that we supplied to
24 Johnson & Johnson for their purposes and body
25 powder all came from Vermont, yes. That's my