# Exhibit 8

Julie Pier

```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
 2

     _____
 3                                   )  MDL NO.
     IN RE:  JOHNSON & JOHNSON       )  16-2738(FLW)(LHG)
 4   TALCUM POWDER PRODUCTS          )
     MARKETING, SALES PRACTICES      )
 5   AND PRODUCTS LIABILITY          )
     LITIGATION                      )
 6                                   )
     THIS DOCUMENT RELATES TO ALL    )
 7   CASES                           )
     _____ )
 8
 9
10
11         PURSUANT TO NOTICE, the videotaped 30(b)(6)
12   deposition of Imerys Talc America, Inc., through the
13   oral testimony of JULIE PIER - VOLUME II was taken on
14   behalf of the Plaintiffs, at Gordon & Rees, 555
15   Seventeenth Street, Suite 3400, Denver, Colorado, on
16   September 13, 2018, commencing at 9:37 a.m., before
17   Melanie L. Giamarco, Registered Merit Reporter,
18   Certified Realtime Reporter, Registered Professional
19   Reporter and Notary Public within Colorado.
20
21
22
23
24
25
```

Page 413

1  done in Vermont prior to 2003.
2      Q. Can you describe that process to me? So
3  samples I know were randomly taken from the piles
4  of milled talc, right?
5      A. Samples were taking -- taken using,
6  again, an automatic sampler while the silos are
7  being filled of finished product.
8      Q. Can you tell me what that looks like?
9  What is an automatic sampler? What -- do you know
10 how that works?
11     A. I think that would be a question for
12 Pat.
13     Q. Have you ever seen it yourself?
14     A. I believe I have.
15     Q. Can -- understanding that may not be
16 your expertise, what did you see? What did it look
17 like? Is it a conveyor belt? Is it a machine?
18 What is it?
19     A. I don't think I can remember well enough
20 to be able to describe it.
21     Q. Are you saying you don't know how those
22 samples are chosen?
23     A. No. I'm saying there is an automatic
24 sampler that samples a given amount of powder at
25 periodic time intervals.

Page 414

1      Q. But you don't know how that automatic
2  sampler takes samples?
3      A. There's a stream of powder that goes to
4  the silo, and there is a -- some sort of valve
5  that, at periodic intervals, causes a little bit of
6  the talc stream to be collected somewhere into a
7  container.
8      Q. Okay. Now I understand.
9      A. That's as far as I can --
10     Q. Okay. So what happens with those
11 samples that are taken before it goes to the silo?
12     A. Those samples are analyzed by x-ray
13 diffraction.
14     Q. Are they eventually analyzed by TEM?
15     A. They are then composited into a
16 quarterly composite.
17     Q. What does that mean, "They are
18 composited into a quarterly composite"?
19     A. Well, you have individual samples that
20 represent whatever silo on whatever date, and those
21 samples are then -- a portion taken from each of
22 those samples for the given date range that
23 includes a quarter, and a separate sample is made
24 from those for the TEM.
25     Q. And then are all those samples

Page 415

1  aggregated into one big sample?
2      A. All -- all what samples?
3      Q. Well, you're saying -- you used the term
4  "composite."
5      What is a composite?
6      A. Well, it's the -- it's the result of
7  taking the individual samples that represent
8  individual silos for a given -- for a given date.
9  And those samples are individual samples. A
10 portion is taken of each of those for the date
11 range in question. And for that quarter, it -- I
12 don't know how many samples it might -- might be,
13 six or ten. I don't know. A portion of each
14 sample is then put into a different container, and
15 that container represents the composite for the
16 month.
17     Q. Are those portions of the individual
18 samples, when they're put in that container, all
19 put into the same container?
20     A. Yes.
21     Q. So they're mixed?
22     A. Yes.
23     Q. Okay. So what you have in a composite
24 sample is a mixture of small portions of the
25 individual samples that were pulled out as the talc

Page 416

1  was progressing to the silo?
2      A. That's correct. You have a
3  representation, then, of all of the individual
4  samples that made up the silo samples.
5      Q. And each composite represents a period
6  of time?
7      A. That's right.
8      Q. And then, when you go to test the
9  composite by TEM, do you just scoop out 100
10 nanograms? How does that work?
11     A. It is thoroughly mixed, and
12 approximately .25 grams is taken out of the
13 mixture. And I can describe the whole process, if
14 you would like.
15     Q. Sure.
16     A. It -- the .25 grams, 0.25 grams, is put
17 into a container and a suspension is made. Water
18 is added. And that container represents 100
19 milliliters of water plus sample.
20     Q. Is it filtered water?
21     A. It is, yes.
22     Q. Is it triple-filtered water?
23     A. It's particle-free water, yes.
24     Q. Where does the water come from?
25     A. It's purchased.

Page 545

1 quarterly basis testing occurring at Imerys for
2 talc ore?
3     A. Currently, I don't think we have any
4 with a frequency of quarterly.
5     Q. When did you, if ever, have -- Imerys --
6 have a frequency of quarterly?
7     A. The quarterly finished product was from
8 Vermont, and the finished product would have been
9 Grade 66. Those were quarterly samples at that
10 time.
11     MR. GREEN: Could I have IMERYS 446800,
12 please? And that is Exhibit Number 25.
13     (Exhibit 25 was marked for identification.)
14     Q. Ms. Pier, let me show you what's been
15 marked for identification here and for the record
16 as Exhibit 25. When you get that . . .
17     MR. GREEN: And Zach, thank you. If you
18 could call that out there. Thank you very much.
19     Q. Do you have the exhibit, ma'am?
20     A. I do, yes.
21     Q. Is this exhibit familiar to you?
22     A. This is -- this is output from the
23 database I was mentioning.
24     Q. Yes, ma'am. And let me represent to you
25 so -- so the record will be clear and you might be

Page 546

1 relieved, this document is produced by Imerys from
2 your custodial file. And you are listed as its
3 author in that production.
4     I'm going to ask you this question: Is this
5 an example of a TEM sample log we were talking
6 about before?
7     MR. KLATT: Objection; form.
8     A. This is an output from the database that
9 includes all samples. So it's a specific query in
10 the database.
11     Q. (By Mr. Green) And it would be an
12 example of that specific query; is that Imerys'
13 testimony? Is that correct?
14     A. It would be, yes.
15     Q. So let's look at the column headers.
16     MR. GREEN: And if we could call those out,
17 Zach, please, those column headers in this
18 exemplar.
19     Q. So as I understand -- I'm going to ask
20 you for your help. The column headers are --
21 you're recording the project number.
22     You see that's the first column on the left;
23 do you see that, ma'am?
24     A. I do, yes.
25     Q. And I know you're the author of this, so

Page 547

1 you're familiar with it, but I have to go through
2 this for the record.
3     MR. KLATT: Objection; form.
4     Q. (By Mr. Green) So please bear with me.
5     The next column is "Date Received
6 Analytical"; do you see that?
7     A. I do, yes.
8     Q. And is that the date that the sample is
9 received?
10     A. I believe it is.
11     Q. And then there's a column that says
12 "Completed"; do you see that column?
13     A. I do, yes.
14     Q. And this is where you, Imerys, fills in
15 the date when TEM testing was completed for the
16 sample, correct?
17     A. Yes.
18     Q. And there's also a description of the
19 sample; do you see that --
20     A. Yes, I do.
21     Q. -- after "Requester"?
22     A. I do.
23     Q. And that description of the sample, that
24 takes the middle part of this exhibit, middle part
25 of that column; do you see that?

Page 548

1     A. I do, yes.
2     Q. And to the right of that is a "Total"
3 column; do you see that?
4     A. Yes.
5     Q. And is that "Total" column, is that the
6 total numbers of samples received with the project
7 number?
8     A. Yes, it is. That's correct.
9     Q. And next to that is a "Complete" column;
10 do you see that?
11     A. I do.
12     Q. And that's where you record the number
13 of sample tests that had been completed; is that
14 correct?
15     A. That's correct.
16     Q. And so if you have one sample, and the
17 testing is complete, there would be a number "1" in
18 the "Complete" column; is that correct?
19     A. I believe it would.
20     Q. And the completion date in the "Date
21 Completed" column would then be entered; is that
22 correct?
23     A. That's correct, yes.
24     Q. The next column is marked "To Do"; do
25 you see that column?