# Exhibit 12

# FILED UNDER SEAL

# Exhibit 13

# FILED UNDER SEAL

# Exhibit 14

# FILED UNDER SEAL

# Exhibit 15

# FILED UNDER SEAL

# Exhibit 16

# FILED UNDER SEAL

# Exhibit 17

# FILED UNDER SEAL

# Exhibit 18

# FILED UNDER SEAL

# Exhibit 19

# FILED UNDER SEAL

# Exhibit 20

# FILED UNDER SEAL