# Exhibit 51

# FILED UNDER SEAL

Exhibit 52

FILED UNDER SEAL

Exhibit 53

FILED UNDER SEAL

# Exhibit 54

# FILED UNDER SEAL