# Exhibit 55

Donald Hicks

          IN THE UNITED STATES DISTRICT COURT

      FOR THE EASTERN DISTRICT OF NEW JERSEY

                    -   -   -

      IN RE:  JOHNSON &        :
      JOHNSON TALCUM POWDER    :
      PRODUCTS MARKETING,      :  MDL
      SALES PRACTICES, AND     :  NO. 16-2738
      PRODUCTS LIABILITY       :  (FLW) (LHG)
      LITIGATION               :
                               :
      THIS DOCUMENT RELATES    :
      TO ALL CASES             :

                      Volume I

                    -   -   -

                  June 28, 2018

                    -   -   -

              Videotaped deposition of
      DONALD HICKS, taken pursuant to notice,
      was held at the law offices of Drinker
      Biddle & Reath, 105 College Road East,
      Princeton, New Jersey, beginning at 9:31
      a.m., on the above date, before Michelle
      L. Gray, a Registered Professional
      Reporter, Certified Shorthand Reporter,
      Certified Realtime Reporter, and Notary
      Public.

                    -   -   -

            GOLKOW LITIGATION SERVICES
      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com

Donald Hicks

Page 78

1    correct.
2    BY MS. O'DELL:
3        Q.    And if you'll turn to the
4    next page.  The acceptable limit for
5    lead, for example, was ten parts per
6    million.  Am I reading that correctly?
7        A.    Yes, you are.
8        Q.    And what does NMT stand for?
9        A.    Not more than.
10       Q.    Not more than.  And so
11   Johnson & Johnson specified that it's
12   talc would not have more than ten parts
13   per million of lead, correct?
14       A.    That is correct.
15       Q.    And similarly Johnson &
16   Johnson dictated that its talc should not
17   have more than two parts per million of
18   aluminum?
19       A.    That is correct.
20       Q.    And the maximum amount of
21   arsenic that was allowed in its talc,
22   according to the specification, was two
23   parts per million, correct?
24       A.    Yes.

Page 79

1        Q.    The limit of chromium was .5
2    part per million, correct?
3        A.    Yes.
4        Q.    And the limit of nickel was
5    ten parts per million?
6        A.    Yes.
7        Q.    Then you'll see 2.33
8    addresses asbestos, correct?
9        A.    Yes.
10       Q.    And Johnson & Johnson
11   required that talc be tested using CTFA
12   J4-1, correct?
13       A.    You had the option of using
14   the either current USP method or CTFA
15   Method J4-1.
16       Q.    And in terms of asbestos
17   being tested by transmission electron
18   microscope, the specific method to be
19   employed -- and this was required by J&J,
20   was TM, meaning test method, 7024,
21   correct?
22       A.    Yes.
23       Q.    I'll ask you to turn to Page
24   8 of 15.  Mr. Hicks, who was responsible

Page 80

1    for -- at Johnson & Johnson for the
2    drafting of this raw materials
3    specification?
4        A.    Primary responsibility was
5    with the research and development team.
6        Q.    Did the -- strike that.
7             Who in the research and
8    development team was primarily
9    responsible for raw material
10   specifications for talc?
11       A.    Individual?
12       Q.    Yes.
13       A.    At this point in time there
14   was a scientist.  His name was Curtis
15   Lee.
16       Q.    And so Mr. Lee would have
17   had responsibility for developing this
18   raw materials specification, true?
19       A.    In collaboration with both
20   Imerys and other members within Johnson &
21   Johnson, yes.  He was the primary owner
22   of the document.
23       Q.    Were you involved in the
24   drafting of these specifications?

Page 81

1        A.    Yes.  I was part of the
2    team.
3        Q.    And what input did you have
4    in the specification?  What was your
5    responsibility?
6        A.    Alignment.  Indicating
7    that -- reviewing all the information to
8    make sure that it was correct from a
9    quality and compliance perspective,
10   looking at the sampling process, names of
11   the companies that were being used, and,
12   you know, other related information, such
13   as the approved independent testing
14   laboratory name, those kinds of topics.
15       Q.    Looking at Page 8 of 15,
16   you'll see the testing frequencies and
17   requirements.
18            Do you see that?
19       A.    Yes.
20       Q.    Let's go through this table.
21   You see Stage I is ore.  I'm assuming
22   that means that's ore that's being taken
23   from the mine in China, correct?
24       A.    That's correct.

21 (Pages 78 to 81)