# Exhibit 1

doi:10.1093/jnci/dju208
First published online September 11, 2014
© The Author 2014. Published by Oxford University Press. All rights reserved.
For Permissions, please e-mail: journals.permissions@oup.com.

Downloaded from http://jnci.oxfordjournals.org/ by Tram Nguyen on October 13, 2014

# ARTICLE

# Perineal Powder Use and Risk of Ovarian Cancer

Serena C. Houghton, Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, Susan R. Sturgeon

Manuscript received October 31, 2013; revised May 21, 2014; accepted June 5, 2014.

**Correspondence to:** Susan R. Sturgeon, DrPH, MPH, University of Massachusetts Amherst, 715 North Pleasant Street, Arnold House 407, Amherst, MA 01003 (e-mail: ssturgeon@schoolph.umass.edu).

| | |
|---|---|
| **Background** | Case-control studies have reported an increased risk of ovarian cancer among talc users; however, the only cohort study to date found no association except for an increase in serous invasive ovarian cancers. The purpose of this analysis was to assess perineal powder use and risk of ovarian cancer prospectively in the Women's Health Initiative Observational Study cohort. |
| **Methods** | Perineal powder use was assessed at baseline by self-report regarding application to genitals, sanitary napkins, or diaphragms and duration of use. The primary outcome was self-reported ovarian cancer centrally adjudicated by physicians. Cox proportional hazard regression was used to estimate risk, adjusting for covariates, including person-time until diagnosis of ovarian cancer (n = 429), death, loss to follow-up, or September 17, 2012. All statistical tests were two-sided. |
| **Results** | Among 61 576 postmenopausal women, followed for a mean of 12.4 years without a history of cancer or bilateral oophorectomy, 52.6% reported ever using perineal powder. Ever use of perineal powder (hazard ratio [HR] = 1.06, 95% confidence interval [CI] = 0.87 to 1.28) was not associated with risk of ovarian cancer compared with never use. Individually, ever use of powder on the genitals (HR$_{adj}$ = 1.12, 95% CI = 0.92 to 1.36), sanitary napkins (HR$_{adj}$ = 0.95, 95% CI = 0.76 to 1.20), or diaphragms (HR$_{adj}$ = 0.92, 95% CI = 0.68 to 1.23) was not associated with risk of ovarian cancer compared with never use, nor were there associations with increasing durations of use. Estimates did not differ when stratified by age or tubal ligation status. |
| **Conclusion** | Based on our results, perineal powder use does not appear to influence ovarian cancer risk. |

JNCI J Natl Cancer Inst (2014) 106(9): dju208 doi:10.1093/jnci/dju208

In 2013, it is estimated that there will be 22 240 new cases of ovarian cancer and 14 030 ovarian cancer deaths in the United States (US) alone (1). Since the 1960s, there has been speculation that the use of perineal powder is associated with ovarian cancer. In 2006, the International Agency for Research on Cancer (IARC) reviewed studies examining perineal powder use and ovarian cancer and classified talc as a possible carcinogen (2,3). The proportion of US women ever using talc powder on the perineum was estimated in 2001 to be approximately 40% (4), whereas 52% reported ever use of perineal powder in 1993–1998 within the Women's Health Initiative (WHI) (5).

The primary proposed mechanism linking perineal powder use to ovarian cancer is an inflammatory response (6). Talc particulates from perineal application have been shown to migrate up to the ovaries (6), disrupting the surface ovarian epithelial tissue leading to entrapment of the talc particles within inclusion cysts (7). Furthermore, tubal ligation and/or hysterectomy, which would eliminate the pathway of talc particulates to the ovaries, are associated with reduced ovarian cancer risk (6).

A meta-analysis examining the risk of ovarian cancer among ever perineal powder users vs non-users showed odds ratios (ORs)

of 1.40 (95% confidence interval [CI] = 1.29 to 1.52) for population-based case-control, 1.12 (95% CI = 0.92 to 1.36) for hospital based case-control, and 1.35 (95% CI = 1.26 to 1.46) for all case-control studies (2). More recently, a large pooled analysis found that ever use of perineal powder increased epithelial ovarian cancer risk by 24% compared with non-use (OR = 1.24, 95% CI = 1.15 to 1.33) (8). Increased risk was associated with invasive serous, endometrioid, clear cell, and borderline serous subtypes of epithelial ovarian cancer (8). However, when looking at the lifetime number of applications of perineal powder, there was no statistically significant trend for increasing applications, attributed to difficulty in recalling details of frequency and duration of perineal powder use (8).

To date there has only been one prospective study conducted examining perineal powder use and risk of ovarian cancer (9). In the Nurses' Health Study (NHS) cohort, no overall association was found between ever use of perineal powder and epithelial ovarian cancer (relative risk [RR] = 1.09, 95% CI = 0.86 to 1.37) or serous ovarian cancers (RR = 1.26, 95% CI = 0.94 to 1.69) (9). However, there was a 40% (95% CI = 1.02 to 1.91) increase in risk for serous

invasive ovarian cancer with ever perineal powder use, which comprises 86% of serous ovarian cancers in this cohort (9).

Limitations of recall bias and misclassification make it difficult to determine the true relationship between perineal powder (10), a commonly used cosmetic product, and ovarian cancer, a disease with poor survival and few known modifiable risk factors. The prior prospective cohort study, which should not be affected by recall bias, had no information on duration of use limiting interpretation. Here we expand on the available evidence by assessing perineal powder use and risk of ovarian cancer in the Women's Health Initiative Observational Study (WHI-OS). The WHI-OS is a large cohort that collected information on several application areas of perineal powder use and their respective durations of use.

## Methods

### Study Population
The WHI-OS enrolled 93 676 women from 40 clinical centers across the United States from 1993 to 1998 (11). Women were eligible if they were aged 50 to 79 at enrollment, postmenopausal, and planned to reside in the area for at least three years (11). Women were excluded from the WHI-OS if they were participating in another clinical trial, unlikely to survive three years due to medical conditions, or had conditions that would interfere with study participation (11). Participants completed annual mailed questionnaires to update information on risk factors and outcomes, including ovarian cancer (11). Written informed consent was obtained from participants, and all clinical centers were approved by their respective institutional review boards (11). The current analysis was approved by the University of Massachusetts, Amherst Human Subjects Review Committee.

For this analysis, participants were additionally excluded if they reported a bilateral oophorectomy or an unknown number of ovaries at baseline (n = 20 960), a history of any cancer at baseline except nonmelanoma skin cancer (n = 10 622), or were missing exposure or follow up information (n = 516). After applying the exclusion criteria, 61 576 participants with 429 adjudicated incident ovarian cancer cases remained.

### Exposure Ascertainment
Perineal powder use was assessed via self-report at baseline. Participants were asked, "Have you ever used powder on your private parts (genital areas)?" Those who responded yes further indicated the duration of use with the following possible responses: less than 1 year, 1–4 years, 5–9 years, 10–19 years, or 20 or more years. For persons that reported ever use of a diaphragm, participants were asked, "Did you ever use powder on your diaphragm?" and those who responded yes further indicated duration. The third category evaluated was "Did you ever use powder on a sanitary napkin or pad?" with those responding yes also reporting duration. Each area of application variable was assessed dichotomously and the duration of use, collapsed into fewer categories because of small numbers, was assessed categorically as never, 9 years or less, or 10 or more years. A combined ever perineal powder variable and duration variable for any powder use was created; where ever use was defined as report of ever use of any of the three application categories, never was report of never use for all three categories,

and duration was the maximum duration reported of any single area of application, because we could not exclude the possibility that applications were concurrent. Lastly, all possible combinations of the three application areas were assessed.

### Outcome Ascertainment
Ovarian cancer cases were initially self-reported by participants in the WHI-OS on annual questionnaires. Medical records, including hospital discharge summaries and pathology reports, were requested for each self-reported case and adjudicated by a physician at the local Clinical Center and then centrally by the WHI's Clinical Coordinating Center (11).

### Covariate Ascertainment
Potential covariates considered included age, race, education, alcohol servings per week, smoking status, metabolic equivalent (MET) hours per week of recreational physical activity, Body Mass Index (BMI), and self-reported family history of ovarian or breast cancer. Reproductive factors considered were age at menarche, age at menopause, age at first birth, age at last birth, parity, breastfeeding duration, history of tubal ligation, history of hysterectomy, history of irregular cycles, history of endometriosis, duration of oral contraceptive use, and duration of postmenopausal hormone use. All covariates were from baseline and were not updated.

### Statistical Analysis
To estimate the association between perineal powder use and ovarian cancer, proportional hazard regression models were used. Participants contributed person-time until diagnosis of ovarian cancer, death, loss to follow-up, or September 17, 2012, whichever came first. Participants with other cancers were still considered at risk for ovarian cancer and were not censored at the time of other cancer diagnoses. Information on incident oophorectomy during follow-up was not available and thus participants were not censored in this analysis. The proportional hazards assumption was tested using weighted Schoenfeld residuals.

Covariates were included in the adjusted model according to purposeful selection, where covariates with Wald $P$ values of .25 or less in age-adjusted models were entered into an initial multivariable model and then each covariate was subsequently tested individually via likelihood ratio tests in order of decreasing Wald $P$ values. Variables that had $P$ values of .10 or less during the backwards elimination were kept in the model until a parsimonious model was obtained. Additional variables shown in previous literature (8,9) but not statistically significant in our population were also included in the final multivariable model. Lastly, family history of breast cancer and personal history of endometriosis did not change estimates and were not included in the final multivariable model.

Models fitted included the following independent variables: 1) combined ever perineal powder use, 2) ever powder use by application area (ie, applied to genitals, applied to diaphragm, or applied to sanitary napkins), 3) duration of use by application area, and 4) application area combinations (ie, genital only, diaphragm only, sanitary napkin only, genital and sanitary napkin, genital and diaphragm, diaphragm and sanitary napkin, and all three areas of application). For duration models, test for trend was used to evaluate linear trends across duration categories by modeling the

Downloaded from http://jnci.oxfordjournals.org/ by Tram Nguyen on October 13, 2014

categories as a continuous variable in the multivariable regression models.

Because powder particles may not reach the ovaries due to tubal ligation and because previous studies have shown a stronger association between powder use and ovarian cancer in women without tubal ligation (4), we separately examined women without tubal ligation. We also stratified by age at baseline, because older women may have had more potential for exposure to talc contaminated with asbestos. Additionally, associations by ovarian cancer histological subtype were evaluated. All analyses were performed using Stata v.12.1 (StataCorp, College Station, TX) and two-sided $P$ values of .05 or less were considered statistically significant.

## Results

The average age of the participants at baseline was 63.3 years. Participants were followed for a mean of 12.4 years; never powder users were followed for a mean of 12.2 years (range = 0.12 to 17.9 years) and ever powder users were followed for a mean of 12.6 years (range = 0.03 to 18.0). The majority of the participants were white (83.7%), had less than a college degree (56.1%), and were overweight/obese (57.2%). Approximately half (52.6%) of the population reported ever use of perineal powder. Ever powder users were heavier (27.5 kg/m$^2$ vs 26.5 kg/m$^2$, $P < .0001$) and were more likely to have used oral contraceptives (44% vs 36%, $P < .0001$) and/or diaphragms (50.8% vs 37.3 %, $P < .0001$) than never users (Table 1).

Use of powder on the genitals was associated with a 12% increase in the multivariable-adjusted hazard ratio of ovarian cancer (HR$_{adj}$ = 1.12, 95% CI = 0.92 to 1.36), though this was not statistically significant (Table 2). Use of powder on sanitary napkins (HR$_{adj}$ = 0.95, 95% CI = 0.76 to 1.20) or diaphragms (HR$_{adj}$ = 0.92, 95% CI = 0.68 to 1.23) also was not associated with risk. Duration of powder use on the genitals, sanitary napkins, or on the diaphragm was not associated with ovarian cancer; $P_{trend}$ for years of use: .67, .69, and .67 respectively. Combined ever powder use from any of the three application areas did not show an association with ovarian cancer risk (HR$_{adj}$ = 1.06, 95% CI = 0.87 to 1.28). For combined duration of use, which was the longest duration of use among the three areas of application, there was no evidence of an association with risk of ovarian cancer [$P_{trend}$ for years of use: .77]. Use of powder on genitals, the most common application area, for 20 or more years was not associated with increased risk of ovarian cancer compared with never users (HR$_{adj}$ = 1.10, 95% CI = 0.82 to 1.48). In a sensitivity analysis, invasive serous cancer risk was not increased (HR$_{adj}$ = 0.96, 95% CI = 0.65 to 1.41), even in women reporting durations of use greater than 10 years.

There was no evidence of an association between perineal powder use and ovarian cancer risk by category of application (Table 3). Combined ever powder use was not associated with individual subtypes of ovarian cancer (Table 4). The multivariable-adjusted hazard ratio for serous ovarian cancer was 1.16 (95% CI = 0.88 to 1.53). Additionally, duration of combined ever powder use was also not shown to be associated with any subtype of ovarian cancer (results not shown).

The associations of combined ever powder use and ovarian cancer did not statistically differ by tubal ligation status (results not shown). When stratified by age group at baseline, hazard estimates also did not statistically differ ($P_{interaction}$ = .37); HR$_{adj}$ for younger than

50 to 59 years = 1.29, 95% CI = 0.91 to 1.82; HR$_{adj}$ for those 60 to 69 years = 0.94, 95% CI = 0.70 to 1.26; and HR$_{adj}$ for those 70 to 79 years = 1.01, 95% CI = 0.68 to 1.48. When restricted to only whites or to those who had never used oral contraceptives, results were again unchanged.

## Discussion

In this large prospective study, ever perineal powder use was not associated with ovarian cancer risk, nor was it associated with ovarian cancer when assessed by area of application, duration of use, or ovarian cancer subtype. While many case-control studies have shown an approximately 24–40% increase in risk of ovarian cancer (2,8) for powder users, we did not find evidence of this association in our large, prospective analysis.

The meta-analysis of 20 case-control studies by Langseth and colleagues found a 35% increase in the odds of epithelial ovarian

**Table 1.** Characteristics of postmenopausal women according to perineal powder use status (n = 61 285): Women's Health Initiative Observational Study, 1993–2012

| Characteristic, n (%) | Never perineal powder use n = 29 066 | Ever perineal powder use n = 32 219 |
|---|---|---|
| **Race** | | |
| White | 24 006 (82.6) | 27 336 (84.8) |
| Nonwhite | 4991 (17.2) | 4811 (14.9) |
| **Body mass index category, kg/m$^2$** | | |
| <25.0 | 13 056 (44.9) | 12 461 (38.7) |
| 25.0–29.9 | 9734 (33.5) | 10 799 (33.5) |
| 30.0 + | 5935 (20.4) | 8571 (26.6) |
| **Smoking status** | | |
| Never | 15 347 (52.8) | 15 621 (48.5) |
| Past | 11 481 (39.5) | 14 339 (44.5) |
| Current | 1912 (6.6) | 1881 (5.8) |
| **Duration of oral contraceptive use, y** | | |
| Never | 17 877 (61.5) | 17 954 (55.7) |
| <5 | 6241 (21.5) | 7858 (24.4) |
| 5 to <10 | 2528 (8.7) | 3270 (10.2) |
| 10 to <15 | 1650 (5.7) | 2125 (6.6) |
| 15+ | 760 (2.6) | 1005 (3.1) |
| Diaphragm use | 10 826 (37.3) | 16 353 (50.8) |
| Tubal ligation | 4929 (17.0) | 5901 (18.3) |
| Hysterectomy | 6878 (23.7) | 8285 (25.7) |
| Family history of ovarian cancer | 606 (2.1) | 660 (2.1) |
| **Parity** | | |
| 0 | 3687 (12.7) | 3769 (11.7) |
| 1–2 | 9773 (33.6) | 11 585 (36.0) |
| 3–4 | 11 101 (38.2) | 12 609 (39.1) |
| 5+ | 4365 (15.0) | 4098 (12.7) |
| **Age at last birth, y** | | |
| Never had term pregnancy | 6219 (21.4) | 6260 (19.4) |
| < 20 | 210 (0.7) | 324 (1.0) |
| 20–29 | 9143 (31.5) | 11 480 (35.6) |
| 30+ | 13 011 (44.8) | 13 668 (42.4) |
| **Duration of postmenopausal hormone use, y** | | |
| Never | 13 381 (46.0) | 13 880 (43.1) |
| <5 | 6498 (22.4) | 7546 (23.4) |
| 5 to <10 | 3783 (13.0) | 4567 (14.2) |
| 10 to <15 | 2688 (9.3) | 3128 (9.7) |
| 15+ | 2716 (9.3) | 3097 (9.6) |

Downloaded from http://jnci.oxfordjournals.org/ by Tram Nguyen on October 13, 2014

**Table 2.** Age and multivariable-adjusted hazard ratios of ovarian cancer by area of perineal powder application (n = 61 576): Women's Health Initiative Observational Study, 1993–2012

| | | | Age-adjusted HR | | Multivariable HR* | |
|---|---|---|---|---|---|---|
| Variable | No. of cases | Person-years | (95% CI) | $P_{trend}$ † | (95% CI) | $P_{trend}$ † |
| Powder use on genitals | | | | | | |
|   Never | 247 | 457 855 | 1.0 (referent) | .63 | 1.0 (referent) | .67 |
|   Ever‡ | 181 | 304 867 | 1.13 (0.93 to 1.37) | | 1.12 (0.92 to 1.36) | |
|     Less than 9 years | 112 | 173 118 | 1.24 (0.99 to 1.55) | | 1.23 (0.98 to 1.54) | |
|     10 or more years | 68 | 129 647 | 0.98 (0.75 to 1.29) | | 0.98 (0.75 to 1.29) | |
| Powder use on sanitary napkins | | | | | | |
|   Never | 336 | 590 351 | 1.0 (referent) | .70 | 1.0 (referent) | .69 |
|   Ever‡ | 93 | 172 712 | 0.96 (0.76 to 1.21) | | 0.95 (0.76 to 1.20) | |
|     Less than 9 years | 62 | 114 305 | 0.98 (0.75 to 1.28) | | 0.96 (0.73 to 1.26) | |
|     10 or more years | 30 | 56 174 | 0.93 (0.64 to 1.35) | | 0.95 (0.65 to 1.37) | |
| Powder use on diaphragm | | | | | | |
|   Never | 373 | 661 239 | 1.0 (referent) | .78 | 1.0 (referent) | .67 |
|   Ever‡ | 52 | 97 714 | 0.94 (0.70 to 1.25) | | 0.92 (0.68 to 1.23) | |
|     Less than 9 years | 35 | 67 468 | 0.93 (0.66 to 1.32) | | 0.91 (0.64 to 1.30) | |
|     10 or more years | 17 | 29 202 | 0.99 (0.61 to 1.60) | | 0.95 (0.58 to 1.56) | |
| Combined ever powder use§ | | | | | | |
|   Never | 197 | 361 583 | 1.0 (referent) | .67 | 1.0 (referent) | .77 |
|   Ever‡ | 232 | 404 983 | 1.07 (0.89 to 1.30) | | 1.06 (0.87 to 1.28) | |
|     Less than 9 years | 135 | 228 931 | 1.12 (0.90 to 1.39) | | 1.09 (0.88 to 1.36) | |
|     10 or more years | 97 | 173 307 | 1.03 (0.81 to 1.31) | | 1.02 (0.80 to 1.30) | |

\* Adjusted for: Age (continuous), race (white, nonwhite, missing), oral contraceptive duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), hormone replacement therapy duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), family history (yes, no, missing), age (y) at last birth (never, <20, 20 to <30, 30+, missing), body mass index in kg/m² (<25.0, 25.0 to <30.0, 30.0+, missing), smoking (never, past, current, missing), tubal ligation (yes, no, missing), and parity (0, 1 to 2, 3 to 4, 5+, children, missing).

† Hazard ratios (HRs) and 95% confidence intervals (CIs) were estimated in cox proportional hazard regression models; $P_{trend}$ was estimated by modeling categories as continuous. All statistical tests were two-sided.

‡ Person-years may not add up; duration information was missing for some.

§ Combined ever powder use is the longest duration of use among the applications to genitals, sanitary napkins, and diaphragms.

**Table 3.** Age and multivariable-adjusted hazard ratios for ovarian cancer by combined categories of powder use (n = 61 576): Women's Health Initiative Observational Study, 1993–2012

| | | | Age-adjusted HR* | Multivariable HR* |
|---|---|---|---|---|
| Variable | No. of cases | Person-years | (95% CI) | (95% CI) |
| Powder Type Used | | | | |
|   No powder | 193 | 355 523 | 1.0 (referent) | 1.0 (referent) |
|   Only genital powder | 96 | 158 130 | 1.14 (0.90 to 1.46) | 1.13 (0.88 to 1.45) |
|   Only diaphragm powder | 19 | 42 367 | 0.82 (0.51 to 1.32) | 0.80 (0.50 to 1.29) |
|   Only sanitary napkin powder | 28 | 50 051 | 1.04 (0.70 to 1.54) | 1.01 (0.68 to 1.50) |
|   Genital and sanitary napkin powder | 55 | 96 173 | 1.09 (0.80 to 1.47) | 1.08 (0.80 to 1.46) |
|   Genital and diaphragm powder | 24 | 29 858 | 1.49 (0.98 to 2.28) | 1.45 (0.95 to 2.23) |
|   Diaphragm and sanitary napkin powder | 4 | 6858 | 1.06 (0.40 to 2.86) | 1.02 (0.38 to 2.74) |
|   Genital, diaphragm, and sanitary napkin powder | 5 | 18 331 | 0.51 (0.21 to 1.24) | 0.50 (0.21 to 1.22) |

\* Hazard ratios (HRs) and 95% confidence intervals (CIs) were estimated in cox proportional hazard regression models. All statistical tests were two-sided. Multivariable HR adjusted for: age (continuous), race (white, nonwhite, missing), oral contraceptive duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), hormone replacement therapy duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), family history (yes, no, missing), age (y) at last birth (never, <20, 20 to <30, 30+, missing), body mass index in kg/m² (<25.0, 25.0 to <30.0, 30.0+, missing), smoking (never, past, current, missing), tubal ligation (yes, no, missing), and parity (0, 1 to 2, 3 to 4, 5+, children missing).

cancer among ever perineal powder users compared to never-users (2), and the pooled analysis of eight case-control studies by Terry and colleagues found a 24% increase in the same group (8). Langseth and colleagues did not assess dose-response or risk among subtypes of ovarian cancer (2). Terry and colleagues assessed lifetime applications of perineal powder and found no statistically significant trend with increasing lifetime applications (8). This corroborates our results that there was no statistically significant risk with increasing duration

of perineal powder use, though they were able to capture both frequency and duration (8), whereas we only had duration. Terry and colleagues found elevated risks for invasive serous, borderline serous, endometrioid, and clear cell subtypes of ovarian cancer (8), which we did not observe. One potential reason that case-control studies have found slight increases in risk is the potential for an overestimation of the true association due to recall bias, because the participants are aware of their ovarian cancer status when reporting powder

Downloaded from http://jnci.oxfordjournals.org/ by Tram Nguyen on October 13, 2014

**Table 4.** Age and multivariable-adjusted hazard ratios for combined ever powder use by subtype of ovarian cancer (n = 61576): Women's Health Initiative Observational Study, 1993–2012

| Variable | No. of cases | Person-years | Age-adjusted HR* (95% CI) | Multivariable HR* (95% CI) |
|---|---|---|---|---|
| Serous† | | | | |
| Never | 87 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 117 | 404983 | 1.18 (0.89 to 1.56) | 1.16 (0.88 to 1.53) |
| Serous Invasive | | | | |
| Never | 80 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 105 | 404983 | 1.16 (0.87 to 1.55) | 1.13 (0.84 to 1.51) |
| Mucinous | | | | |
| Never | 12 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 13 | 404983 | 0.98 (0.44 to 2.14) | 1.03 (0.47 to 2.27) |
| Endometrioid | | | | |
| Never | 13 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 20 | 404983 | 1.39 (0.69 to 2.79) | 1.29 (0.64 to 2.61) |
| Other | | | | |
| Never | 47 | 355523 | 1.0 (referent) | 1.0 (referent) |
| Ever | 54 | 404983 | 1.04 (0.71 to 1.54) | 1.04 (0.70 to 1.54) |

\* Hazard ratios (HRs) and 95% confidence intervals (CIs) were estimated in cox proportional hazard regression models. All statistical tests were two-sided. Multivariable HR adjusted for: age (continuous), race (white, nonwhite, missing), oral contraceptive duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), hormone replacement therapy duration in years (never, <5, 5 to <10, 10 to <15, 15+, missing), family history (yes, no, missing), age (y) at last birth (never, <20, 20 to <30, 30+, missing), body mass index in kg/m² (<25.0, 25.0 to <30.0, 30.0+, missing), smoking (never, past, current, missing), tubal ligation (yes, no, missing), and parity (0, 1 to 2, 3 to 4, 5+, children missing).

† Includes borderline cancers.

Downloaded from http://jnci.oxfordjournals.org/ by Tram Nguyen on October 13, 2014

exposure. The prospective nature of our study would eliminate the potential for recall bias. Additionally, the case-control studies tended to have a younger population than our study, which included both premenopausal and postmenopausal women (2,8), whereas the WHI cohort consisted only of postmenopausal ovarian cancers. Ovarian cancer that occurs prior to menopause may have a different etiology than ovarian cancer occurring afterwards.

We found similar results to that of the NHS, the only other prospective cohort, which had a similar sample size and number of ovarian cancer cases to our study. Ever use of perineal powder did not appear to be associated with ovarian cancer in the NHS (9), similar to our findings. The results of Gertig and colleagues were also null for use on the genitals and for use on sanitary napkins (9). Additionally, neither our study nor the NHS found associations with serous ovarian cancer, endometrioid, or mucinous ovarian cancers, although subgroup sample size may have reduced statistical power to test these associations. In contrast to our results, the study by Gertig and colleagues found a 40% increase in invasive serous ovarian cancer among ever powder users compared with never powder users (9).

Strengths of our study included large sample size with a substantial number of ovarian cancer cases, a prospective cohort design, good case ascertainment, and detailed information on most ovarian cancer risk factors. We also had information on duration of powder use, qualifiers not available in several earlier studies, including the previous cohort study (2,8,9).

One potential limitation of our analyses includes a lack of information regarding oophorectomy after baseline, which would result in the inclusion of some women not at risk for ovarian cancer in the analytical cohort. However, the impact was likely to be minor, as a previous study in the WHI-OS had reported the number of persons with incident bilateral oophorectomies to be less than 250 (out of more than 90000 participants) during nearly eight years of follow-up (12). While the prospective nature of the study design

eliminates recall bias, it does not eliminate potential for nondifferential misclassification of the exposure. Women still needed to recall past perineal powder use and duration and thus may have trouble recollecting specifics regarding the use of perineal powder, leading to a bias toward the null. Information regarding powder use was not collected after baseline, and there is potential for never users to begin using powder; however, this is unlikely because the women are postmenopausal, reducing need to use perineal powder on diaphragms or sanitary napkins. We also had no specific data regarding the frequency of powder use in our sample. Frequency of use, as well as duration may influence ovarian cancer risk. We may have been comparing long-term infrequent users with short-term frequent users. If we had frequency of use in addition to the duration, we could have looked at intensity of use, which may be more accurate, and shown a dose response relationship. However, Terry and colleagues did not find a dose response relationship either when taking into account frequency and duration (8).

When restricted to women without tubal ligation status, the estimates for the association between combined ever perineal powder use and ovarian cancer were not increased. While some studies have found stronger associations between powder use and ovarian cancer in women that have not undergone a tubal ligation (4), the results from our study did not support this previous finding. The pooled analysis (8) and the NHS cohort (9) also did not find evidence of stronger associations in women without tubal ligations.

While we had information on duration of use, it is unknown during which years the perineal powder was used. Talc powder had potential for asbestos contamination (13) until 1976, when the Cosmetic, Toiletry, and Fragrance Association required all cosmetic talc products to be free of asbestos (14). Therefore, those using powder prior to 1976 may have been potentially exposed to asbestos, a known carcinogen. The pooled analysis and meta-analysis also included case-control studies not within the United States

(2,8), which potentially have different regulations regarding perineal powder and earlier studies that may have been more likely to include exposure to contaminated perineal powder (2). However, risk estimates in more recent studies are similar to earlier studies (2), reducing the likelihood that confounding by asbestos is driving the findings. Additionally, assuming older women in the cohort could have been exposed longer to perineal powder with potential contamination compared with younger women, we did not see statistically significant differences in risk when stratified by age group, further suggesting asbestos contamination is not a likely explanation.

The WHI-OS queried general perineal powder use rather than talc powder use, and we had no specific information regarding the content of talc in products used, which the previous literature reviewed by IARC suggested to be the possible carcinogen of concern (2). However, the NHS cohort and most studies included within the pooled analyses asked about general perineal powder use as well (2,8,9). In summary, perineal powder use did not appear to be associated with ovarian cancer risk in this large sample of postmenopausal women, even with use for long durations.

## References

1. American Cancer Society. *Cancer Facts & Figures 2013*. Atlanta: American Cancer Society; 2013.
2. Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health*. 2008;62(4):358–360.
3. Baan R, Straif K, Grosse Y, et al. Carcinogenicity of carbon black, titanium dioxide, and talc. *Lancet*. 2006;7(4):295–296.
4. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer*. 2004;112(3):458–464.
5. Crawford L, Reeves KW, Luisi N, Balasubramanian R, Sturgeon SR. Perineal powder use and risk of endometrial cancer in postmenopausal women. *Cancer Causes Control*. 2012;23(10):1673–1680.
6. Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev*. 2008;17(2):139–146.
7. Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer*. 1999;81(3):351–356.
8. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila)*. 2013;6(8):811–821.
9. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst*. 2000;92(3):249–252.
10. Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharm*. 1995;21(2):254–260.
11. Langer RD, White E, Lewis CE, Kotchen JM, Hendrix SL, Trevisan M. The Women's Health Initiative Observational Study: Baseline characteristics of participants and reliability of baseline measures. *Ann Epidemiol*. 2003;13(9):S107–S121.
12. Jacoby VL, Grady D, Wactawski-Wende J, et al. Oophorectomy vs ovarian conservation with hysterectomy: cardiovascular disease, hip fracture, and cancer in the Women's Health Initiative Observational Study. *Archives of Internal Medicine*. 2011;171(8):760–768.
13. Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health*. 1976;2(2):255–284.
14. Cosmetic Ingredient Review. Safety Assessment of Talc as Used in Cosmetics [updated April 12, 2013]. Available at: http://www.cir-safety.org/sites/default/files/talc032013rep.pdf. Accessed September 5, 2013.

## Funding

The WHI programs is funded by the National Heart, Lung, and Blood Institute, National Institutes of Health, US Department of Health and Human Services through contracts HHSN268201100046C, HHSN268201100001C, HHSN268201100002C, HHSN268201100003C, HHSN268201100004C.

## Notes

WHI Investigators:

Program Office: (National Heart, Lung, and Blood Institute, Bethesda, MD) Jacques Rossouw, Shari Ludlam, Dale Burwen, Joan McGowan, Leslie Ford, and Nancy Geller.

Clinical Coordinating Center: (Fred Hutchinson Cancer Research Center, Seattle, WA) Garnet Anderson, Ross Prentice, Andrea LaCroix, and Charles Kooperberg.

Investigators and Academic Centers: (Brigham and Women's Hospital, Harvard Medical School, Boston, MA) JoAnn E. Manson; (MedStar Health Research Institute/Howard University, Washington, DC) Barbara V. Howard; (Stanford Prevention Research Center, Stanford, CA) Marcia L. Stefanick; (The Ohio State University, Columbus, OH) Rebecca Jackson; (University of Arizona, Tucson/Phoenix, AZ) Cynthia A. Thomson; (University at Buffalo, Buffalo, NY) Jean Wactawski-Wende; (University of Florida, Gainesville/Jacksonville, FL) Marian Limacher; (University of Iowa, Iowa City/Davenport, IA) Robert Wallace; (University of Pittsburgh, Pittsburgh, PA) Lewis Kuller; (Wake Forest University School of Medicine, Winston-Salem, NC) Sally Shumaker.

Women's Health Initiative Memory Study: (Wake Forest University School of Medicine, Winston-Salem, NC) Sally Shumaker.

**Affiliations of authors:** Division of Biostatistics and Epidemiology, University of Massachusetts Amherst, Amherst, MA (SCH, KWR, SEH, LC, SRS); Channing Division of Network Medicine, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA (SEH); Department of Preventive Medicine, Stony Brook University School of Medicine, New York, NY (DL); Department of Social and Preventive Medicine, University at Buffalo, SUNY, Buffalo, NY (JWW); Health Promotion Sciences Division, College of Public Health and University of Arizona Cancer Center, Tucson, AZ (CAT); Division of Preventive and Behavioral Medicine, University of Massachusetts Medical School, Worcester, MA (JKO).

Downloaded from http://jnci.oxfordjournals.org/ by Tram Nguyen on October 13, 2014

# Exhibit 2

*Meeting January 14 1965*

# President's Address

## The Environment and Disease: Association or Causation?

by Sir Austin Bradford Hill CBE DSC FRCP(hon) FRS
(*Professor Emeritus of Medical Statistics,
University of London*)

Amongst the objects of this newly-founded Section of Occupational Medicine are firstly 'to provide a means, not readily afforded elsewhere, whereby physicians and surgeons with a special knowledge of the relationship between sickness and injury and conditions of work may discuss their problems, not only with each other, but also with colleagues in other fields, by holding joint meetings with other Sections of the Society'; and, secondly, 'to make available information about the physical, chemical and psychological hazards of occupation, and in particular about those that are rare or not easily recognized'.

At this first meeting of the Section and before, with however laudable intentions, we set about instructing our colleagues in other fields, it will be proper to consider a problem fundamental to our own. How in the first place do we detect these relationships between sickness, injury and conditions of work? How do we determine what are physical, chemical and psychological hazards of occupation, and in particular those that are rare and not easily recognized?

There are, of course, instances in which we can reasonably answer these questions from the general body of medical knowledge. A particular, and perhaps extreme, physical environment cannot fail to be harmful; a particular chemical is known to be toxic to man and therefore suspect on the factory floor. Sometimes, alternatively, we may be able to consider what *might* a particular environment do to man, and then see whether such consequences are indeed to be found. But more often than not we have no such guidance, no such means of proceeding; more often than not we are dependent upon our observation and enumeration of defined events for which we then seek antecedents. In other words we see that the event B is associated with the environmental feature A, that, to take a specific example, some form of respiratory illness is associated with a dust in the environment. In what circumstances can we pass from this

observed *association* to a verdict of *causation*? Upon what basis should we proceed to do so?

I have no wish, nor the skill, to embark upon a philosophical discussion of the meaning of 'causation'. The 'cause' of illness may be immediate and direct, it may be remote and indirect underlying the observed association. But with the aims of occupational, and almost synonymously preventive, medicine in mind the decisive question is whether the frequency of the undesirable event B will be influenced by a change in the environmental feature A. *How* such a change exerts that influence may call for a great deal of research. However, before deducing 'causation' and taking action we shall not invariably have to sit around awaiting the results of that research. The whole chain may have to be unravelled or a few links may suffice. It will depend upon circumstances.

Disregarding then any such problem in semantics we have this situation. Our observations reveal an association between two variables, perfectly clear-cut and beyond what we would care to attribute to the play of chance. What aspects of that association should we especially consider before deciding that the most likely interpretation of it is causation?

(1) *Strength*. First upon my list I would put the strength of the association. To take a very old example, by comparing the occupations of patients with scrotal cancer with the occupations of patients presenting with other diseases, Percival Pott could reach a correct conclusion because of the *enormous* increase of scrotal cancer in the chimney sweeps. 'Even as late as the second decade of the twentieth century', writes Richard Doll (1964), 'the mortality of chimney sweeps from scrotal cancer was some 200 times that of workers who were not specially exposed to tar or mineral oils and in the eighteenth century the relative difference is likely to have been much greater.'

To take a more modern and more general example upon which I have now reflected for over fifteen years, prospective inquiries into smoking have shown that the death rate from cancer of the lung in cigarette smokers is nine to ten times the rate in non-smokers and the rate in heavy cigarette smokers is twenty to thirty times

as great. On the other hand the death rate from coronary thrombosis in smokers is no more than twice, possibly less, the death rate in non-smokers. Though there is good evidence to support causation it is surely much easier in this case to think of some features of life that may go hand-in-hand with smoking – features that might conceivably be the real underlying cause or, at the least, an important contributor, whether it be lack of exercise, nature of diet or other factors. But to explain the pronounced excess in cancer of the lung in any other environmental terms requires some feature of life so intimately linked with cigarette smoking and with the amount of smoking that ·such a feature should be easily detectable. If we cannot detect it or reasonably infer a specific one, then in such circumstances I think we are reasonably entitled to reject the vague contention of the armchair critic 'you can't prove it, there *may* be such a feature'.

Certainly in this situation I would reject the argument sometimes advanced that what matters is the absolute difference between the death rates of our various groups and not the ratio of one to other. That depends upon what we want to know. If we want to know how many extra deaths from cancer of the lung will take place through smoking (i.e. presuming causation), then obviously we must use the absolute differences between the death rates – 0·07 per 1,000 per year in non-smoking doctors, 0·57 in those smoking 1–14 cigarettes daily, 1·39 for 15–24 cigarettes daily and 2·27 for 25 or more daily. But it does not follow here, or in more specifically occupational problems, that this best measure of the effect upon mortality is also the best measure in relation to ætiology. In this respect the ratios of 8, 20 and 32 to 1 are far more informative. It does not, of course, follow that the differences revealed by ratios are of any practical importance. Maybe they are, maybe they are not; but that is another point altogether.

We may recall John Snow's classic analysis of the opening weeks of the cholera epidemic of 1854 (Snow 1855). The death rate that he recorded in the customers supplied with the grossly polluted water of the Southwark and Vauxhall Company was in truth quite low – 71 deaths in each 10,000 houses. What stands out vividly is the fact that the small rate is 14 times the figure of 5 deaths per 10,000 houses supplied with the sewage-free water of the rival Lambeth Company.

In thus putting emphasis upon the strength of an association we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so. Relatively few persons harbouring the meningococcus fall sick of meningococcal meningitis. Relatively few persons occupationally exposed to rat's urine contract Weil's disease.

(2) *Consistency:* Next on my list of features to be specially considered I would place the *consistency* of the observed association. Has it been repeatedly observed by different persons, in different places, circumstances and times?

This requirement may be of special importance for those rare hazards singled out in the Section's terms of reference. With many an alert minds at work in industry today many an environmental association may be thrown up. Some of them on the customary tests of statistical significance will appear to be unlikely to be due to chance. Nevertheless whether chance is the explanation or whether a true hazard has been revealed may sometimes be answered only by a repetition of the circumstances and the observations.

Returning to my more general example, the Advisory Committee to the Surgeon-General of the United States Public Health Service found the association of smoking with cancer of the lung in 29 retrospective and 7 prospective inquiries (US Department of Health, Education & Welfare 1964). The lesson here is that broadly the same answer has been reached in quite a wide variety of situations and techniques. In other words we can justifiably infer that the association is not due to some constant error or fallacy that permeates every inquiry. And we have indeed to be on our guard against that.

Take, for instance, an example given by Heady (1958). Patients admitted to hospital for operation for peptic ulcer are questioned about recent domestic anxieties or crises that may have precipitated the acute illness. As controls, patients admitted for operation for a simple hernia are similarly quizzed. But, as Heady points out, the two groups may not be *in pari materia*. If your wife ran off with the lodger last week you still have to take your perforated ulcer to hospital without delay. But with a hernia you might prefer to stay at home for a while – to mourn (or celebrate) the event. No number of exact repetitions would remove or necessarily reveal that fallacy.

We have, therefore, the somewhat paradoxical position that the different results of a different inquiry certainly cannot be held to refute the

original evidence; yet the same results from precisely the same form of inquiry will not invariably greatly strengthen the original evidence. I would myself put a good deal of weight upon similar results reached in quite different ways, e.g. prospectively and retrospectively.

Once again looking at the obverse of the coin there will be occasions when repetition is absent or impossible and yet we should not hesitate to draw conclusions. The experience of the nickel refiners of South Wales is an outstanding example. I quote from the Alfred Watson Memorial Lecture that I gave in 1962 to the Institute of Actuaries:

'The population at risk, workers and pensioners, numbered about one thousand. During the ten years 1929 to 1938, sixteen of them had died from cancer of the lung, eleven of them had died from cancer of the nasal sinuses. At the age specific death rates of England and Wales at that time, one might have anticipated one death from cancer of the  lung (to compare with the 16), and a fraction of a death from cancer of the nose (to compare with the 11). In all other bodily sites cancer had appeared on the death certificate 11 times and one would have expected it to do so 10–11 times. There had been 67 deaths from all other causes of mortality and over the ten years' period 72 would have been expected at the national death rates. Finally division of the population at risk in relation to their jobs showed that the excess of cancer of the lung and nose had fallen wholly upon the workers employed in the chemical processes.

'More recently my colleague, Dr Richard Doll, has brought this story a stage further. In the nine years 1948 to 1956 there had been, he found, 48 deaths from cancer of the lung and 13 deaths from cancer of the nose. He assessed the numbers expected at normal rates of mortality as, respectively 10 and 0·1.

'In 1923, long before any special hazard had been recognized, certain changes in the refinery took place. No case of cancer of the nose has been observed in any man who first entered the works after that year, and in these men there has been no excess of cancer of the lung. In other words, the excess in both sites is uniquely a feature in men who entered the refinery in, roughly, the first 23 years of the present century.

'No causal agent of these neoplasms has been identified. Until recently no animal experimentation had given any clue or any support to this wholly statistical evidence. Yet I wonder if any of us would hesitate to accept it as proof of a grave industrial hazard?' (Hill 1962).

In relation to my present discussion I know of no parallel investigation. We have (or certainly had) to make up our minds on a unique event; and there is no difficulty in doing so.

(3) *Specificity:* One reason, needless to say, is the specificity of the association, the third characteristic which invariably we must consider. If, as here, the association is limited to specific workers and to particular sites and types of disease and there is no association between the work and other modes of dying, then clearly that is a strong argument in favour of causation.

We must not, however, over-emphasize the importance of the characteristic. Even in my present example there is a cause and effect relationship with two different sites of cancer – the lung and the nose. Milk as a carrier of infection and, in that sense, the cause of disease can produce such a disparate galaxy as scarlet fever, diphtheria, tuberculosis, undulant fever, sore throat, dysentery and typhoid fever. Before the discovery of the underlying factor, the bacterial origin of disease, harm would have been done by pushing too firmly the need for specificity as a necessary feature before convicting the dairy.

Coming to modern times the prospective investigations of smoking and cancer of the lung have been criticized for not showing specificity – in other words the death rate of smokers is higher than the death rate of non-smokers from many causes of death (though in fact the results of Doll & Hill, 1964, do not show that). But here surely one must return to my first characteristic, the strength of the association. If other causes of death are raised 10, 20 or even 50% in smokers whereas cancer of the lung is raised 900–1,000% we have specificity – a specificity in the magnitude of the association.

We must also keep in mind that diseases may have more than one cause. It has always been possible to acquire a cancer of the scrotum without sweeping chimneys or taking to mulespinning in Lancashire. One-to-one relationships are not frequent. Indeed I believe that multicausation is generally more likely than single causation though possibly if we knew all the answers we might get back to a single factor.

In short, if specificity exists we may be able to draw conclusions without hesitation; if it is not apparent, we are not thereby necessarily left sitting irresolutely on the fence.

(4) *Temporality:* My fourth characteristic is the temporal relationship of the association – which is the cart and which the horse? This is a question which might be particularly relevant with diseases of slow development. Does a particular diet lead to disease or do the early stages of the disease lead to those peculiar dietetic habits? Does a

particular occupation or occupational environment promote infection by the tubercle bacillus or are the men and women who select that kind of work more liable to contract tuberculosis whatever the environment – or, indeed, have they already contracted it? This temporal problem may not arise often but it certainly needs to be remembered, particularly with selective factors at work in industry.

(5) *Biological gradient:* Fifthly, if the association is one which can reveal a biological gradient, or dose-response curve, then we should look most carefully for such evidence. For instance, the fact that the death rate from cancer of the lung rises linearly with the number of cigarettes smoked daily, adds a very great deal to the simpler evidence that cigarette smokers have a higher death rate than non-smokers. That comparison would be weakened, though not necessarily destroyed, if it depended upon, say, a much heavier death rate in light smokers and a lower rate in heavier smokers. We should then need to envisage some much more complex relationship to satisfy the cause-and-effect hypothesis. The clear dose-response curve admits of a simple explanation and obviously puts the case in a clearer light.

The same would clearly be true of an alleged dust hazard in industry. The dustier the environment the greater the incidence of disease we would expect to see. Often the difficulty is to secure some satisfactory quantitative measure of the environment which will permit us to explore this dose-response. But we should invariably seek it.

(6) *Plausibility:* It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day.

To quote again from my Alfred Watson Memorial Lecture (Hill 1962), there was

'. . . no biological knowledge to support (or to refute) Pott's observation in the 18th century of the excess of cancer in chimney sweeps. It was lack of biological knowledge in the 19th that led a prize essayist writing on the value and the fallacy of statistics to conclude, amongst other "absurd" associations, that "it could be no more ridiculous for the stranger who passed the night in the steerage of an emigrant ship to ascribe the typhus, which he there contracted, to the vermin with which bodies of the sick might be infected". And coming to nearer times, in the 20th century there was no biological knowledge to support the evidence against rubella.'

•

In short, the association we observe may be one new to science or medicine and we must not dismiss it too light-heartedly as just too odd. As Sherlock Holmes advised Dr Watson, 'when you have eliminated the impossible, whatever remains, *however improbable*, must be the truth.'

(7) *Coherence:* On the other hand the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease – in the expression of the Advisory Committee to the Surgeon-General it should have coherence.

Thus in the discussion of lung cancer the Committee finds its association with cigarette smoking coherent with the temporal rise that has taken place in the two variables over the last generation and with the sex difference in mortality – features that might well apply in an occupational problem. The known urban/rural ratio of lung cancer mortality does not detract from coherence, nor the restriction of the effect to the lung.

Personally, I regard as greatly contributing to coherence the histopathological evidence from the bronchial epithelium of smokers and the isolation from cigarette smoke of factors carcinogenic for the skin of laboratory animals. Nevertheless, while such laboratory evidence can enormously strengthen the hypothesis and, indeed, may determine the actual causative agent, the lack of such evidence cannot nullify the epidemiological observations in man. Arsenic can undoubtedly cause cancer of the skin in man but it has never been possible to demonstrate such an effect on any other animal. In a wider field John Snow's epidemiological observations on the conveyance of cholera by the water from the Broad Street pump would have been put almost beyond dispute if Robert Koch had been then around to isolate the vibrio from the baby's nappies, the well itself and the gentleman in delicate health from Brighton. Yet the fact that Koch's work was to be awaited another thirty years did not really weaken the epidemiological case though it made it more difficult to establish against the criticisms of the day – both just and unjust.

(8) *Experiment:* Occasionally it is possible to appeal to experimental, or semi-experimental, evidence. For example, because of an observed association some preventive action is taken. Does it in fact prevent? The dust in the workshop is reduced, lubricating oils are changed, persons stop smoking cigarettes. Is the frequency of the associated events affected? Here the strongest

support for the causation hypothesis may be revealed.

(9) *Analogy:* In some circumstances it would be fair to judge by analogy. With the effects of thalidomide and rubella before us we would surely be ready to accept slighter but similar evidence with another drug or another viral disease in pregnancy.

Here then are nine different viewpoints from all of which we should study association before we cry causation. What I do not believe – and this has been suggested – is that we can usefully lay down some hard-and-fast rules of evidence that *must* be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question – is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?

*Tests of Significance*
No formal tests of significance can answer those questions. Such tests can, and should, remind us of the effects that the play of chance can create, and they will instruct us in the likely magnitude of those effects. Beyond that they contribute nothing to the 'proof' of our hypothesis.

Nearly forty years ago, amongst the studies of occupational health that I made for the Industrial Health Research Board of the Medical Research Council was one that concerned the workers in the cotton-spinning mills of Lancashire (Hill 1930). The question that I had to answer, by the use of the National Health Insurance records of that time, was this: Do the workers in the cardroom of the spinning mill, who tend the machines that clean the raw cotton, have a sickness experience in any way different from that of other operatives in the same mills who are relatively unexposed to the dust and fibre that were features of the cardroom? The answer was an unqualified 'Yes'. From age 30 to age 60 the cardroom workers suffered over three times as much from respiratory causes of illness whereas from non-respiratory causes their experience was not different from that of the other workers. This pronounced difference with the respiratory causes was derived not from abnormally long periods of sickness but rather from an excessive number of repeated absences from work of the cardroom workers.

All this has rightly passed into the limbo of forgotten things. What interests me today is this: My results were set out for men and women separately and for half a dozen age groups in 36 tables. So there were plenty of sums. Yet I cannot find that anywhere I thought it necessary to use a test of significance. The evidence was so clear-cut, the differences between the groups were mainly so large, the contrast between respiratory and non-respiratory causes of illness so specific, that no formal tests could really contribute anything of value to the argument. So why use them?

Would we think or act that way today? I rather doubt it. Between the two world wars there was a strong case for emphasizing to the clinician and other research workers the importance of not overlooking the effects of the play of chance upon their data. Perhaps too often generalities were based upon two men and a laboratory dog while the treatment of choice was deduced from a difference between two bedfuls of patients and might easily have no true meaning. It was therefore a useful corrective for statisticians to stress, and to teach the need for, tests of significance merely to serve as guides to caution before drawing a conclusion, before inflating the particular to the general.

I wonder whether the pendulum has not swung too far – not only with the attentive pupils but even with the statisticians themselves. To decline to draw conclusions without standard errors can surely be just as silly? Fortunately I believe we have not yet gone so far as our friends in the USA where, I am told, some editors of journals will return an article because tests of significance have not been applied. Yet there are innumerable situations in which they are totally unnecessary – because the difference is grotesquely obvious, because it is negligible, or because, whether it be formally significant or not, it is too small to be of any practical importance. What is worse the glitter of the *t* table diverts attention from the inadequacies of the fare. Only a tithe, and an unknown tithe, of the factory personnel volunteer for some procedure or interview, 20% of patients treated in some particular way are lost to sight, 30% of a randomly-drawn sample are never contacted. The sample may, indeed, be akin to that of the man who, according to Swift, 'had a mind to sell his house and carried a piece of brick in his pocket, which he showed as a pattern to encourage purchasers'. The writer, the editor and the reader are unmoved. The magic formulæ are there.

Of course I exaggerate. Yet too often I suspect we waste a deal of time, we grasp the shadow and

300   *Proceedings of the Royal Society of Medicine*   60359   *12*

lose the substance, we weaken our capacity to interpret data and to take reasonable decisions whatever the value of P. And far too often we deduce 'no difference' from 'no significant difference'. Like fire, the $\chi^2$ test is an excellent servant and a bad master.

*The Case for Action*
Finally, in passing from association to causation I believe in 'real life' we shall have to consider what flows from that decision. On scientific grounds we should do no such thing. The evidence is there to be judged on its merits and the judgment (in that sense) should be utterly independent of what hangs upon it – or who hangs because of it. But in another and more practical sense we may surely ask what is involved in our decision. In occupational medicine our object is usually to take action. If this be operative cause and that be deleterious effect, then we shall wish to intervene to abolish or reduce death or disease.

While that is a commendable ambition it almost inevitably leads us to introduce differential standards before we convict. Thus on relatively slight evidence we might decide to restrict the use of a drug for early-morning sickness in pregnant women. If we are wrong in deducing causation from association no great harm will be done. The good lady and the pharmaceutical industry will doubtless survive.

On fair evidence we might take action on what appears to be an occupational hazard, e.g. we might change from a probably carcinogenic oil to a non-carcinogenic oil in a limited environment and without too much injustice if we are wrong. But we should need very strong evidence before we made people burn a fuel in their homes that they do not like or stop smoking the cigarettes and eating the fats and sugar that they do like. In asking for very strong evidence I would, however, repeat emphatically that this does not imply crossing every 't', and swords with every critic, before we act.

All scientific work is incomplete – whether it be observational or experimental. All scientific work is liable to be upset or modified by advancing knowledge. That does not confer upon us a freedom to ignore the knowledge we already have, or to postpone the action that it appears to demand at a given time.

Who knows, asked Robert Browning, but the world may end tonight? True, but on available evidence most of us make ready to commute on the 8.30 next day.

REFERENCES
Doll R (1964) In: Medical Surveys and Clinical Trials. Ed. L J Witts. 2nd ed. London; p 333
Doll R & Hill A B (1964) *Brit. med. J.* i, 1399, 1460
Heady J A (1958) *Med. World, Lond.* 89, 305
Hill A B (1930) Sickness amongst Operatives in Lancashire Spinning Mills. Industrial Health Research Board Report No. 59. HMSO, London (1962) *J. Inst. Actu.* 88, 178
Snow J (1855) On the Mode of Communication of Cholera. 2nd ed. London (Reprinted 1936, New York)
US Department of Health, Education & Welfare (1964) Smoking and Health. Public Health Service Publication No. 1103. Washington

Exhibit 3



# The evolution of evidence hierarchies: what can Bradford Hill's 'guidelines for causation' contribute?

**Jeremy Howick**[1]  ●  **Paul Glasziou**[1]  ●  **Jeffrey K Aronson**[2]

[1] Centre for Evidence-Based Medicine, Rosemary Rue Building, Old Road Campus, University of Oxford, Oxford OX3 7LF

[2] Department of Primary Health Care, University of Oxford, Oxford

Correspondence to: Jeremy Howick. E-mail: Jeremy.howick@dphpc.ox.ac.uk

DECLARATIONS

**Competing interests**
None declared

**Funding**
None

**Ethical approval**
Not applicable

**Guarantor**
JH

**Contributorship**
This paper was a truly collaborative effort that resulted from a series of meetings attended by all three authors. JH produced the initial draft and was in charge of revising subsequent drafts. PG provided insights about the Mother's Kiss example, and was also instrumental in conceptualizing the last diagram. JKA was instrumental for the adverse drug reaction example and also in coming up with ideas for revising the 'dose–response'

*'A main cause of philosophical disease – a one-sided diet: one nourishes one's thinking with only one kind of example.'* Ludwig Wittgenstein

## Introduction: when non-RCT evidence is sufficient to conclude that the intervention caused the outcome

High quality randomized controlled trials (RCTs) (concealed allocation, relevant groups blinded and sufficiently powered, etc.) will usually provide sufficient evidence to establish that a particular treatment caused an outcome. Yet sufficiently well-conducted RCTs are rare.[1] Trials can be under-powered,[2] or unsuccessfully blinded,[3,4] and often suffer from many undetected biases. The results of most RCTs are therefore often insufficient to establish causation. At the same time, RCTs are often not required to establish causation.[5] Treatments including the Heimlich manoeuvre, cardiac defibrillation and parachutes to prevent death[6] have never been tested in RCTs, yet their effectiveness is surely strongly supported by evidence.

Evidence-grading systems that place randomized trials at the top of a hierarchy[7–13] will deliver misleading conclusions in cases where RCTs are insufficient or unnecessary. According to these hierarchies, trials of homeopathy – often generating positive results and generally of higher quality than RCTs of conventional treatments[14] – will be considered to provide strong evidence, whereas the evidence base for the Heimlich manoeuvre to unblock airways and parachutes to prevent death will be judged as less strongly supported by evidence.

Sir Austin Bradford Hill, in a widely-cited 'pre-EBM' system for appraising evidence, suggested that several relevant factors must be considered before concluding causation. We investigated and revised the Bradford Hill 'guidelines for causation', in order to refine our intuitions about whether to believe that intervention is effective. Our intention is not to debunk previous attempts to grade evidence, but rather to contribute to their natural evolution and development.

## Revising Bradford Hill's guidelines

We believe that Bradford Hill's guidelines form a useful tool as they stand. Nevertheless, they can be modified in ways that make them easier to use. For instance, some of the guidelines, such as 'specificity' can safely be omitted while others, such as 'experiment' and 'strength' can be combined; still others, such as 'biological plausibility' can benefit from a more detailed analysis. Moreover, the guidelines have an inherent structure that is unclear in the original exposition. We propose that the guidelines be organized into the following three categories:

(1) *Direct evidence* from studies (randomized or non-randomized) that a probabilistic association between intervention and outcome is causal and not spurious;
(2) *Mechanistic evidence* for the alleged causal process that connects the intervention and the outcome;
(3) *Parallel evidence* that supports the causal hypothesis suggested in a study, with related studies that have similar results.

A previous attempt to impose a structure on the guidelines[15] may have oversimplified, claiming, for example, that 'analogy' (our 'similarity') is a 'mechanistic' consideration (which, as shall become clear below, is a category error).

guideline. He was also responsible for the suggestion to combine and omit some of the guidelines

**Acknowledgements**

We are grateful to Nancy Cartwright for providing useful insights during conversations with the authors. Members of the GRADE working group, especially Roman Jaeschke and Joseph Watine, provided useful feedback. Murray Enking read an earlier draft and suggested the example of folic acid to prevent neural tube defects

We use the term 'guidelines' over the more common 'criteria'[16–21] because Bradford Hill did not regard any of the guidelines as necessary or sufficient for establishing causation[11]: '… none of these viewpoints can bring indisputable evidence for or against a cause-and-effect hypothesis and equally none can be required as a *sine qua non*'.[22] To cite his example, 'It will be helpful if the causation we suspect is *biologically plausible*, though this is a feature we cannot demand. What is biologically plausible depends on the biological knowledge of the day.'[22] Bradford Hill gave similar warnings about all the other guidelines (except, as we shall see, 'temporality'). Rather than 'criteria', they are best viewed as factors to be considered when assessing whether there is evidence for causation, or 'guidelines' for short.

Aware of detailed descriptions of the original guidelines,[15,23,24] we shall limit ourselves to describing our re-structured and revised version (Table 1). We shall then apply the Revised Bradford Hill Guidelines to real examples of likely causation despite lack of support from RCTs.

### Direct evidence

The first three of the revised guidelines help assess whether 'direct' evidence of a probabilistic associ-

ation between two factors is causal rather than spurious.

### Size of effect not attributable to plausible confounding

*Plausible confounders* are factors which are not directly related to the experimental intervention, are unequally distributed between treatment and control groups, and are likely to determine the outcome. For instance, we might observe that depressed people who exercise recover more quickly. Is the association between exercise and more expedient recovery from depressive symptoms causal? We cannot answer this question without ruling out potential confounders. Those who take regular exercise might also (on average) get more sun, eat healthier foods or they might simply believe more strongly that their depression will go away. These other factors, rather than exercise, might cause their speedier recovery.

Different ailments and studies are at risk from different confounders, so the judgement of whether *plausible* confounders have been ruled out will depend on careful examination of each case. For ailments that are responsive to expectations (such as depression and pain) the confounding effects of expectations will have to be ruled out, which can be achieved by blinding the patients and caregivers. When the assessment of outcomes is prone to influence from observer bias (such as blood pressure), potential confounding by variable measurements has to be ruled out, perhaps by standardizing the measurement procedure and by blinding the investigators in charge of collecting the data and evaluating the outcomes.

Yet sometimes the *strength* of the association (the size of the effect) will be greater than the combined effect of plausible confounders. In these cases, although plausible confounders have not been ruled by the design of the study, the large observed effect has swamped the combined effects of any plausible confounders. For example, the observed effects of general anaesthesia are unlikely to be accountable by selection bias, placebo effects or reporting bias. Thus, the failure to test the effects of general anaesthetics in double-blind, placebo controlled trials should not count against our beliefs that they cause reversible loss of consciousness.

**Table 1**
**Bradford Hill's original guidelines and proposed revisions**

| Type of evidence | Revised, structured guidelines | Hill's original guidelines |
|---|---|---|
| Direct | Size of effect not attributable to plausible confounding | Experiment |
| | Appropriate temporal and/or spatial proximity (cause precedes effect and effect occurs after a plausible interval; cause occurs at the same site as the intervention) | Strength |
| | Dose-responsiveness and reversibility | Temporality |
| Mechanistic | Evidence for a mechanism of action (biological, chemical, mechanical) | Biological gradient Biological plausibility |
| Parallel | Coherence | Coherence |
| | Replicability | Consistency |
| | Similarity | Analogy |

Since one should compare the strength of association (size of effect) with the potential degree of bias, we have combined these into a single comparative guideline to emphasize this intrinsic comparison: *is plausible confounding less than the size of effect?*

A note of caution about strong *relative* effects (but small absolute effects) must be issued. Although 'weak' causes may be as real as 'strong' causes, it takes fewer (or 'weaker') confounders to account for a small absolute effect than for a large absolute effect. We therefore must be more careful when inferring from a strong relative (but small absolute) effect that an association is causal. At the same time, in many cases strong relative effects can provide strong support for the causal hypothesis. For instance, although the increased risk for lung cancer in smokers Bradford Hill cited was extremely low (0.07 per 1000 for non-smokers, 0.57 for smokers), the death rate for lung cancer in cigarette smokers was over 9 times the rate for non-smokers and thus provided good evidence for causation.[22]

Our omission of the 'experiment' guideline should not be interpreted as a sign that any observational study will do. Observational studies must demonstrate larger effects than randomized trials since they are at risk from selection bias (because the allocation to treatment groups is neither randomized nor concealed) and performance bias (because the participants and caregivers are not blinded). Whether the effect size in a particular observational study is sufficiently large to rule out the combined effects of selection and performance bias will vary from case to case. If investigators conducting an observational study have been vigilant in attempts to reduce selection bias (through careful selection of the control groups and *post hoc* adjustments), and the outcome is objective, the observational study might not have to demonstrate a dramatic effect in order to support causation.[25–27] In most other cases, however, the effect in an observational study will have to be dramatic in order to be confident that plausible confounders have been ruled out.[5]

In fact, our guideline can be more stringent than current EBM standards of evidence. According to hierarchies of evidence, RCTs with a low risk of bias often provide sufficient evidence to support causation. We require that, in addition to being at low risk, the effect size outweighs the combined

effects of any residual bias. For example, although most systematic reviews of high quality RCTs of SSRIs suggest that these drugs enjoy a statistically significant benefit over 'placebo',[28,29] the absolute benefit is modest – a recent study suggests it is 6% (2–9%).[30] Yet one often overlooked source of confounding in these studies is the identifiable side-effects of the drug. If patients identify the drugs because of the side-effects (and independently of their effects on depression), then their expectations regarding recovery might be higher than if they knew they were taking a 'mere' placebo. To rule out the possible confounding effect of expectations, 'active placebos', which imitate the side-effects of SSRIs need to be employed. A systematic review of antidepressants versus 'active' placebos found that the drug less placebo difference was substantially reduced.[31] Besides confounding expectations, systematic reviews of SSRIs (like most systematic reviews) are likely to be confounded to some degree by publication bias,[32,33] funding source bias[34] and data mining in the original studies.[35] A careful calculation of the combined effects of these plausible confounders must be made before claiming that the systematic reviews of SSRIs support the claim that the drugs cause the reduction in depressive symptoms. Such calculations have not (to our knowledge) been made, so this guideline, unlike current hierarchies, does not necessarily support the existence of (non-placebo) effects of SSRIs.

## Appropriate temporal and spatial proximity (encompassing and extending Bradford Hill's 'Temporality')

'Does a particular diet lead to disease or do the early stages of the disease lead to particular dietetic habits?'[22] The temporal part of this guideline is necessary: causes precede their effects and is therefore a true criterion. However, we should also ask: is the time *interval* between cause and effect consistent with the supposed mechanism? In general, the shorter the temporal and spatial interval, the less room for confounders (especially spontaneous remission) to interfere. It is equally important, for the time interval between administration of the treatment and cure to agree with the supposed mechanism of the treatment.

In some cases the *spatial* proximity between the site of administration and the outcome (see the oral

ulceration example below) may support causality – for example, thrombophlebitis at the site of injection of a cytotoxic drug. Again, the outcome need not be close to where the intervention was administered in order for the relationship to be causal, but spatial proximity generally leaves less room for confounders to interfere.

### Dose responsiveness (Bradford Hill's 'Biological gradient')

Does the outcome change when the intensity of the intervention is altered (at least if the purported mechanism predicts such a relationship)? While the presence of a dose-response relationship does not always support causality (this guideline will not be applicable for 'all or none' causes), its absence *when expected* would lead us to doubt causality. Strongest 'dose-response' evidence comes when the process is reversible. For example, the risk of lung cancer is increased in smokers but is also reduced by a half in those who stop smoking at the age of 50 years and almost completely abolished in those who stop at the age of 30.[36]

### Mechanistic evidence

Direct evidence does not always tell us *how* the intervention caused the outcome and this makes the result difficult to generalize.[37] What happens in between the intervention and the outcome is, as far as this category is concerned, a 'black box' (Figure 1). For example, Doll and Hill's famous study of the relation between the number of cigarettes smoked and the incidence of lung cancer[38] did not refer in any way to what happens between inhalation of cigarette smoke and the development of tumours in the lung. This brings us to the second category of guidelines.

Mechanisms play several roles. First, we tend to feel more confident about a treatment if the mechanism can be explained. Moreover, understanding the mechanism guides our generalization of a tightly controlled study to a wider population. Also, evidence about mechanisms plays a major role in generating hypotheses that should be tested by 'direct' tests. However, these roles of mechanism must be clearly distinguished from its distinct potential role in *confirming* hypotheses.

Although we believe that mechanistic evidence can provide evidential support for a causal hy-

pothesis, two warnings are in order. Firstly, there is a difference between merely positing a mechanism (one can find a theory to explain almost anything) and providing sound evidence that there is a causal chain linking the intervention and the outcome. Secondly, appeal to mechanistic evidence has often justified the widespread use of treatments that turned out to be harmful.[40–46] Likewise, the *absence* of a plausible mechanism has often been used as a justification to ignore useful therapies such as antisepsis[47] and peptic ulceration.[48] With this in mind, although we believe that mechanistic evidence cannot be ignored, we acknowledge that mechanistic evidence should always play a subsidiary confirmatory role *vis-à-vis* direct evidence.

### Plausible mechanism

Is there evidence supporting the causal chain linking the intervention and the outcome? For example, trials testing the effect of ACE inhibitors on reduction in stroke mortality might include evidence that ACE inhibitors reduce blood pressure, that reduced blood pressure reduces the risk of stroke, and that the reduced incidence of stroke reduces mortality. Of course, each 'step' in the causal process is a new 'black box'. For example, the link between ACE inhibitors and blood pressure can be further decomposed into a series of steps, until (in a reductionist model) we bottom out at the molecular level. Bradford Hill, no doubt as an oversight, implied that plausibility was limited to 'biological plausibility'. Mechanisms of action can also be mechanical (as in the Mother's Kiss example below) or chemical (as in the oral ulceration example below).

We can envisage three 'levels' of evidential support from mechanistic evidence. Firstly, the direct study can also include studies of the causal links between the intervention and the outcome (Figure 1, top half). A second level of mechanistic evidence is when the purported mechanism of action has been demonstrated in other, independent studies (Figure 1, bottom half). For example, separate studies could establish a probable link between ACE inhibition and lower blood pressure. Obviously, having evidence for a part of the mechanism is not as strong as evidence for all the links in the causal chain.



**Figure 1**
**Direct evidence of probabilistic dependence of outcome on intervention + evidence for the causal process***

*Although Figure 1 illustrates the simple case in which the stages of the mechanism are linear, the relationship could be much more complex and include forks, cycles[39] and interactions

ing whether an association is causal it is obviously necessary to consider *all* the relevant studies – this is the powerful idea underlying the importance of systematic reviews.

### Replicability (Bradford Hill's 'Consistency')

A study can be replicated, which means that the same intervention is tested on a similar population, using the same outcome measure. In order to count as a replication, all the elements of the study must be kept constant as far as possible. Replicability is a central tenet of scientific method: if the experiment can be repeated and provides the same results, the chances that the original results arose due to confounding is reduced. If an experiment is not replicable, either something is wrong with the attempt to replicate it or the initial experiment must be questioned.

### Similarity (of the study to other studies)

No two studies are absolutely identical, so similarities form a spectrum (Figure 2). Broadly speaking, there are several axes along which studies can differ. Firstly, the intervention can be different. If one NSAID reduced pain, we might have legitimately increased confidence that a new, similar drug would also reduce pain (although due caution would be warranted about potential adverse effects of the new drug and the benefit to harm balance). Other studies might use the same intervention and change the circumstances in which the intervention is administered. For example, we could test the intervention in a different (older or younger) population, conduct animal or *in vitro* experiments. We could also change the (geographical or socioeconomic) setting, or even the study type. Then, studies could use the same intervention but measure the outcome in different ways. If all the parallel studies gave similar results, then the causal hypothesis will be more strongly supported; if they don't, then we will have grounds to suspect either some of the parallel studies or the causal hypothesis itself. Of course, each piece of parallel evidence must be independently evaluated for validity (whether it satisfies the requirements inherent in our revised guidelines).

The second level of mechanistic evidence is closest to Bradford Hill's 'Coherence', and we have kept this guideline separate.

### Coherence

Does the causal hypothesis *cohere* with what is currently known, or is it contradicted by current knowledge? This is best explained by what happens when the evidence does not cohere. For example, the causal process by which a homeopathic remedy is purportedly effective (other than by 'placebo' effects) is not currently explicable by mainstream science. Given the numerous examples where treatments that seemed to cohere with current science that turned out to be harmful,[40–46] and where treatments that seemed *not* to cohere with current science that turned out to be helpful,[47,48] this guideline must be applied with care.

### Parallel evidence

There are rarely cases where there is only a single piece of evidence for a causal claim. When assess-



**Figure 2**
**Types of similarities (the axis of 'similarity of circumstances' is omitted for simplicity)**

### Omitted guidelines

Besides *experiment*, which was absorbed in our first revised guideline, we also omitted *specificity*. Diseases usually have multiple causes and multiple effects, while most interventions also have multiple effects. In fact, Bradford Hill did not support this guideline with adequate examples, and in his description of multiple regression he admits that most diseases have multiple causes and that most causes have multiple effects.[22] For example, the fact that smoking increases the risk of lung cancer in no way repudiates evidence that smoking causes other diseases. Similarly, the fact that Prozac might have a positive effect on depression does not reduce the force of the claim that it also cures premature ejaculation.

## Tests of whether the Revised Bradford Hill guidelines deliver the verdict of strong evidence for causation, even if RCTs have not been conducted

A strict application of the EBM evidence hierarchy would deliver the verdict that the following treatments are supported by relatively *poor* evidence since they have not been tested in randomized

trials. After describing the examples, we shall evaluate whether the Revised Bradford Hill guidelines deliver a more reasonable verdict.

### The Mother's Kiss

Glasziou *et al.*[5] cite the following example:

> A child presented with a plastic bead lodged high in one nostril. The doctor asked for forceps, but the nurse suggested trying the mother's kiss technique – occluding the unblocked nostril while the mother blows into the child's mouth. The bead was thus easily dislodged and retrieved.[5]

Most would agree that a single case (or at most a series of a few cases) would suffice to support claims that the mother's kiss caused the bead to dislodge.

### Oral ulceration due to topical aspirin

Aronson and Hauben[49] have described several categories of adverse events related to drug administration that seem to require little more than anecdotal evidence to provide sufficiently strong evidence that the events are caused by adverse drug reactions. One of the categories is 'specific anatomical location or pattern of injury', in which:

> … the location or pattern of injury is sufficiently specific to attribute the effect to the drug without the need for implicit judgment or formal investigation. The mechanism of injury can be related to physicochemical or pharmacological properties of the drug. Examples include extravasation reactions to cytostatic drugs and oral ulceration due to topical aspirin.[49]

Here, anecdotal observations provide strong evidence that a particular drug caused an adverse event.

The Revised Bradford Hill guidelines deliver clear verdicts about the effectiveness of the Mother's Kiss and oral ulceration due to topical aspirin (Table 2). Admittedly the examples we chose are uncontroversial, but that is precisely why we chose them. Since nobody denies that these interventions caused their effects, while current hierarchies would deliver a poor 'grade' to their evidence base, it suggests that the Revised

**Table 2**
**Applying the Revised Bradford Hill guidelines**

| | | Mother's kiss | Oral ulceration |
|---|---|---|---|
| *Direct* | 1. Size of effect not attributable to plausible confounding | Yes (dramatic effect; confounders highly unlikely) | Yes (dramatic effect; confounders highly unlikely) |
| | 2. Appropriate temporal and/or spatial proximity | Yes (cure immediately follows the intervention and is spatially associated) | Yes (the effect is in immediate proximity to the intervention) |
| | 3. Dose-responsiveness and reversibility | Not tested and not relevant (might have been tested by varying levels of expiratory force) | Not tested (dose-responsiveness not tested; but subsequent healing suggested reversibility) |
| *Mechanistic* | 4. Plausible mechanism of action | Yes | Yes (acidic compound) |
| | 5. Coherence | Yes (nothing contradicts the causal hypothesis) | Yes (nothing contradicts the causal hypothesis) |
| *Parallel* | 6. Replicability | Yes | Not tested |
| | 7. Similarity | Not relevant | Yes (aspirin causes gastric erosions) |
| Total | | 5 'yes' *(1, 2, 4, 5, 6)* 2 'not relevant' or 'not tested' *(3,7)* | 5 'yes' *(1, 2, 4, 5, 7)* 2 'not relevant' or 'not tested' *(3, 6)* |
| *VERDICT* | | *5 out of 7 guidelines satisfied* | *5 out of 7 guidelines satisfied* |

guidelines can be useful tools for the future development and evolution of standards of medical evidence.



**Figure 3**
**How different types of evidence support the causal hypothesis**

Direct Evidence

Mechanistic Evidence

Parallel Evidence

Size of effect > plausible confounding

Dose-responsiveness

Spacial/temporal proximity

Replications

Evidence for mechanism

Coherence

Similarities

Causal Hypothesis

# Conclusions: suggesting ways to revise current hierarchies of evidence

The original Bradford Hill Guidelines can be simplified (some of the guidelines can be omitted while others can be combined or modified) and organized into three categories: *direct*, *mechanistic* and *parallel* evidence. In their revised form they suggest two ways that can inform revisions to current hierarchies of evidence. Firstly, it is more important for 'direct' evidence to demonstrate that the effect size is greater than the combined influence of plausible confounders, than it is for the study to be experimental. This view is compatible with the spirit of EBM hierarchies: the motivation for placing RCTs at the pinnacle of evidence hierarchies is that they generally rule out more confounders than other study types. If an observational study reveals an effect large enough to swamp the effects of any additional confounding then other study designs must be regarded as on a par with RCTs. Likewise, RCTs must demonstrate effect sizes sufficiently large to rule out the combined effect of any inevitable bias. Secondly,

the revised guidelines illustrate how different types of evidence can complement one another (Figure 3).[50,51] Whereas a trial is often open to the objection that it is an anomaly or not generalizable, if we supplement the evidence from the trial with strong mechanistic and parallel evidence, it becomes increasingly difficult to question the results of the study and its applicability to a wider target population. A similar idea supports the use of systematic reviews, teleoanalysis[33] and the tenet of replicability in scientific method. These features of the guidelines make them particularly helpful where RCTs are unfeasible.

## References

1  Altman DG, Schulz KF, Moher D, *et al*. The revised CONSORT statement for reporting randomized trials: explanation and elaboration. *Ann Intern Med* 2001;**134**:663–94

2  Keen HI, Pile K, Hill CL. The prevalence of underpowered randomized clinical trials in rheumatology. *J Rheumatol* 2005;**32**:2083–8

3  Fergusson D, Glass KC, Waring D, Shapiro S. Turning a blind eye: the success of blinding reported in a random sample of randomised, placebo controlled trials. *BMJ* 2004;**328**:432

4  Hróbjartsson A, Forfang E, Haahr MT, Als-Nielsen B, Brorson S. Blinded trials taken to the test: an analysis of randomized clinical trials that report tests for the success of blinding. *Int J Epidemiol* 2007;**36**:654–63

5  Glasziou P, Chalmers I, Rawlins M, McCulloch P. When are randomised trials unnecessary? Picking signal from noise. *BMJ* 2007;**334**:349–51

6  Smith GC, Pell JP. Parachute use to prevent death and major trauma related to gravitational challenge: systematic review of randomised controlled trials. *BMJ* 2003;**327**:1459–61

7  Harbour RT, ed. *SIGN 50: A guideline developer's handbook*. Edinburgh: NHS Quality Improvement Scotland; 2008

8  Phillips B, Ball C, Sackett D, *et al*. Oxford Centre for Evidence-based Medicine Levels of Evidence. Oxford: CEBM; 2001. See http://www.cebm.net/index.aspx?0=1025 (accessed 30 January 2009)

9  Canadian Task Force on the Periodic Health Examination. The periodic health examination. *CMAJ* 1979;**121**:1193–254

10 US Preventive Services Task Force. *Guide to Clinical Preventive Services*. Washington, DC: US Department of Health and Human Services; 1996

11 Atkins D, Best D, Briss PA, *et al*. Grading quality of evidence and strength of recommendations. *BMJ* 2004;**328**:1490

12 Atkins D, Briss PA, Eccles M, *et al*. Systems for grading the quality of evidence and the strength of recommendations II: pilot study of a new system. *BMC Health Serv Res* 2005;**5**:25

13 Guyatt GH, Oxman AD, Vist GE, *et al*. GRADE: an emerging consensus on rating quality of evidence and strength of recommendations. *BMJ* 2008;**336**:924–6

14 Shang A, Huwiler-Muntener K, Nartey L, *et al*. Are the clinical effects of homoeopathy placebo effects? Comparative study of placebo-controlled trials of homoeopathy and allopathy. *Lancet* 2005;**366**:726–32

15 Williamson J, Russo F. Interpreting Causality in the Health Sciences. *Int Stud Philos Sci* 2007;**21**:157–70

16 Marshall T. Bradford-Hill Criteria provide the way ahead for controversial theory. *Int J Surg* 2005;**3**:287–8

17 Perrio M, Voss S, Shakir SA. Application of the bradford hill criteria to assess the causality of cisapride-induced arrhythmia: a model for assessing causal association in pharmacovigilance. *Drug Saf* 2007;**30**:333–46

18 Shakir SA, Layton D. Causal association in pharmacovigilance and pharmacoepidemiology: thoughts on the application of the Austin Bradford-Hill criteria. *Drug Saf* 2002;**25**:467–71

19 Staudenmayer H, Binkley KE, Leznoff A, Phillips S. Idiopathic environmental intolerance: Part 2: A causation analysis applying Bradford Hill's criteria to the psychogenic theory. *Toxicol Rev* 2003;**22**:247–61

20 Staudenmayer H, Binkley KE, Leznoff A, Phillips S. Idiopathic environmental intolerance: Part 1: A causation analysis applying Bradford Hill's criteria to the toxicogenic theory. *Toxicol Rev* 2003;**22**:235–46

21 van Reekum R, Streiner DL, Conn DK. Applying Bradford Hill's criteria for causation to neuropsychiatry: challenges and opportunities. *J Neuropsychiatry* 2001;**13**:318–25

22 Hill ABS, Hill ID. *Bradford Hill's principles of medical statistics*. 12th edn. Edinburgh: Edward Arnold; 1991

23 Hill AB. The Environment and Disease: Association or Causation? *Proc Roy Soc Med* 1965;**58**:295–300

24 Phillips CV, Goodman KJ. The missed lessons of Sir Austin Bradford Hill. *Epidemiol Perspect Innov* 2004;**1**:3

25 Concato J. Observational versus experimental studies: what's the evidence for a hierarchy? *NeuroRx* 2004;**1**:341–7

26 Benson K, Hartz AJ. A comparison of observational studies and randomized, controlled trials. *N Engl J Med* 2000;**342**:1878–86

27 Wood L, Egger M, Gluud L, *et al*. Empirical evidence of bias in treatment effect estimates in controlled trials with different interventions and outcomes: meta-epidemiological study. *BMJ* 2008;**336**:601–5

28 Arroll B, Macgillivray S, Ogston S, *et al*. Efficacy and tolerability of tricyclic antidepressants and SSRIs compared with placebo for treatment of depression in primary care: a meta-analysis. *Ann Fam Med* 2005;**3**:449–56

29 Williams JW Jr, Mulrow CD, Chiquette E, Noel PH, Aguilar C, Cornell J. A systematic review of newer pharmacotherapies for depression in adults: evidence report summary. *Ann Intern Med* 2000;**132**:743–56

30 Nemeroff CB, Entsuah R, Benattia I, Demitrack M, Sloan DM, Thase ME. Comprehensive analysis of remission (COMPARE) with venlafaxine versus SSRIs. *Biol Psychiatry* 2008;**63**:424–34

31 Moncrieff J, Wessely S, Hardy R. Active placebos versus antidepressants for depression. *Cochrane Database Syst Rev* 2004;**1**:CD003012

32 Whittington CJ, Kendall T, Fonagy P, Cottrell D, Cotgrove A, Boddington E. Selective serotonin reuptake inhibitors in childhood depression: systematic review of published versus unpublished data. *Lancet* 2004;**363**:1341–5

33 Barbui C, Cipriani A. Publication bias in systematic reviews. *Arch Gen Psychiatry* 2007;**64**:868

34 Perlis RH, Perlis CS, Wu Y, Hwang C, Joseph M, Nierenberg AA. Industry sponsorship and financial conflict of interest in the reporting of clinical trials in psychiatry. *Am J Psychiatry* 2005;**162**:1957–60

35 Procopio M. The multiple outcomes bias in antidepressants research. *Med Hypotheses* 2005;**65**:395–9

36  Doll R, Peto R, Boreham J, Sutherland I. Mortality in relation to smoking: 50 years' observations on male British doctors. *BMJ* 2004;**328**:1519

37  Cartwright N. *Hunting causes and using them : approaches in philosophy and economics.* Cambridge: Cambridge University Press; 2007

38  Doll R, Hill AB. The mortality of doctors in relation to their smoking habits; a preliminary report. *BMJ* 1954;**1**:1451–5

39  Machamer P, Darden L, Craver CF. Thinking About Mechanisms. *Philos Sci* 2000;**67**:1–25

40  Piaggio G, Elbourne DR, Altman DG, Pocock SJ, Evans SJ. Reporting of noninferiority and equivalence randomized trials: an extension of the CONSORT statement. *JAMA* 2006;**295**:1152–60

41  Echt DS, Liebson PR, Mitchell LB, *et al.* Mortality and morbidity in patients receiving encainide, flecainide, or placebo. The Cardiac Arrhythmia Suppression Trial. *N Engl J Med* 1991;**324**:781–8

42  Takala J, Ruokonen E, Webster NR, *et al.* Increased mortality associated with growth hormone treatment in critically ill adults. *N Engl J Med* 1999;**341**:785–92

43  Hayes MA, Timmins AC, Yau EH, Palazzo M, Hinds CJ, Watson D. Elevation of systemic oxygen delivery in the treatment of critically ill patients. *N Engl J Med* 1994;**330**:1717–22

44  Hebert PC, Wells G, Blajchman MA, *et al.* A multicenter, randomized, controlled clinical trial of transfusion requirements in critical care. Transfusion Requirements in Critical Care Investigators, Canadian Critical Care Trials Group. *N Engl J Med* 1999;**340**:409–17

45  Rossouw JE, Anderson GL, Prentice RL, *et al.* Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. *JAMA* 2002;**288**:321–33

46  Spock B, Fox D. *Baby and Child Care.* New York, NY: Pocket Books; 1966

47  Gillies D. Hempelian and Kuhnian approaches in the philosophy of medicine: the Semmelweis case. *Stud Hist Philos Sci C Stud Hist Biol Biomed Sci* 2005;**36**:159–81

48  Marshall B. Helicobacter connections. *Chem Med Chem* 2006;**1**:783–802

49  Aronson JK, Hauben M. Anecdotes that provide definitive evidence. *BMJ* 2006;**333**:1267–9

50  Wald NJ, Morris JK. Teleoanalysis: combining data from different types of study. *BMJ* 2003;**327**:616–18

51  Aronson JK. Unity from diversity: the evidential use of anecdotal reports of adverse drug reactions and interactions. *J Eval Clin Pract* 2005;**11**:195–208

Exhibit 4

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY


----------------------- )
IN RE JOHNSON & JOHNSON  )
TALCUM POWDER PRODUCTS   )
MARKETING, SALES         )  MDL NO.
PRACTICES, AND PRODUCTS  )  16-2738 (FLW) (LHG)
LIABILITY LITIGATION     )
                         )
----------------------- )
                         )
THIS DOCUMENT RELATES TO )
ALL CASES                )
                         )
-----------------------

— — —

Saturday, January 19, 2019
— — —


Videotaped Deposition of ARCH I. "CHIP"

CARSON, M.D., Ph.D., held at the Marriott

Houston Medical Center, 6580 Fannin Street,

Houston, Texas, commencing at 9:02 a.m., on

the above date, before Michael E. Miller,

Fellow of the Academy of Professional

Reporters, Certified Court Reporter,

Registered Diplomate Reporter, Certified

Realtime Reporter and Notary Public.


— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

Arch I. "Chip"  Carson, M.D., Ph.D.

## Page 2

```
 1   A P P E A R A N C E S :
 2   BEASLEY ALLEN, PC
     BY:  P. LEIGH ODELL, ESQUIRE
 3      leigh.odell@beasleyallen.com
        MARGARET M. THOMPSON, ESQUIRE
 4      margaret.thompson@beasleyallen.com
        234 Commerce Street
 5      Montgomery, Alabama 36103-4160
        (334) 269-2343
 6      Counsel for Plaintiffs' Steering
        Committee
 7
 8   BURNS CHAREST LLP
     BY:  AMANDA KLEVORN, ESQUIRE
 9      aklevorn@burnscharest.com
        365 Canal Street
10      Suite 1170
        New Orleans, Louisiana 70130
11      (504) 799-2845
        Counsel for Plaintiffs
12
13   TUCKER ELLIS LLP
     BY:  MICHAEL C. ZELLERS, ESQUIRE
14      michael.zellers@tuckerellis.com
        515 South Flower Street
15      42nd Floor
        Los Angeles, California 90071
16      (213) 430-3400
        Counsel for Johnson & Johnson
17      Defendants
18
19   DRINKER BIDDLE & REATH, LLP
     BY:  KATHERINE MCBETH, ESQUIRE
20      katherine.mcbeth@dbr.com
        One Logan Square, Suite 2000
21      Philadelphia, Pennsylvania 19103
        (215) 988-2706
22      Counsel for Johnson & Johnson
        Defendants
23
24
```

## Page 3

```
 1   A P P E A R A N C E S :
 2   DYKEMA GOSSETT PLLC
     BY:  JANE E. BOCKUS, ESQUIRE
 3      jbockus@dykema.com
        112 East Pecan Street
 4      Suite 1800
        San Antonio, Texas 78205
 5      (210) 554-5500
        Counsel for Imerys Talc America
 6
 7   COUGHLIN DUFFY LLP
     BY:  JONATHAN F. DONATH, ESQUIRE
 8      jdonath@coughlinduffy.com
        350 Mount Kemble Avenue
 9      Morristown, New Jersey 07962
        (973) 267-0058
10      Counsel for Imerys Talc America
11
12   TUCKER ELLIS LLP
     BY:  CAROLINE M. TINSLEY, ESQUIRE
13      caroline.tinsley@tuckerellis.com
        100 South Fourth Street, Suite 600
14      St. Louis, MO 63102
        (216) 696-3675
15      Counsel for PTI Royston LLC and PTI
        Union LLC
16
17   SEYFARTH SHAW, LLP
     BY:  RENEE B. APPEL, ESQUIRE
18      rappel@seyfarth.com
        975 F Street, N.W.
19      Washington, D.C. 20004-1454
        (202) 463-2400
20      Counsel for Personal Care Products
21
22   VIDEOGRAPHER:
23      DOUG OVERSTREET,
        Golkow Litigation Services
24
```

## Page 4

```
 1              INDEX
 2   APPEARANCES             2
 3   PROCEEDINGS             8
 4
 5   EXAMINATION OF ARCH I. "CHIP" CARSON, M.D., Ph.D.:
 6
 7     BY MR. ZELLERS        9
 8     BY MS. BOCKUS       284
 9     BY MS. APPEL        343
10
11   CERTIFICATE           364
12   ERRATA               366
13   ACKNOWLEDGMENT OF DEPONENT    367
     LAWYER'S NOTES       368
14
```

## Page 5

```
 1        DEPOSITION EXHIBITS
          ARCH I. "CHIP" CARSON, M.D., Ph.D.
 2            January 19, 2019
 3   NUMBER        DESCRIPTION      PAGE
 4   Exhibit 1   Notice of Deposition    10
 5   Exhibit 2   11/16/18 Carson Expert     15
                 Report
 6
 7   Exhibit 3   Carson Curriculum Vitae    21
     Exhibit 4   Listing of Literature      21
 8               Reviewed
 9   Exhibit 5   2019 Longo et al           26
                 Publication
10
11   Exhibit 6   2019 Fletcher et al        26
                 Publication
12   Exhibit 7   Undated Taher et al        26
                 Publication
13
14   Exhibit 8   1952 Graham et al          29
                 Publication
15   Exhibit 9   12/18 Health Canada Draft  30
                 Screening Assessment
16
17   Exhibit 10  1/1/14 FDA Letter to       31
                 Epstein
18   Exhibit 11  1991 Blount et al          32
                 Publication
19
20   Exhibit 12  1974 Parmley et al         32
                 Publication
21   Exhibit 13  USB Drive Containing       36
                 Materials Reviewed
22
23   Exhibit 14  8/1/00 Health Canada       98
                 Decision-Making Framework
24
```

2 (Pages 2 to 5)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 6

DEPOSITION EXHIBITS

Exhibit 15  Handwritten List of        124
            Materials Reviewed by
            Dr. Carson

Exhibit 16  1979 Chappell et al        130
            Publication
Exhibit 17  2011 Reid et al Publication   159
Exhibit 18  2011 Camargo et al         163
            Publication

Exhibit 19  2013 Terry et al           192
            Publication
Exhibit 20  2016 Cramer et al          195
            Publication

Exhibit 21  IARC Classification Groups    225
            Document
Exhibit 22  2017 Berge et al           243
            Publication

Exhibit 23  2007 Langseth et al        247
            Publication
Exhibit 24  2016 Schildkraut et al     271
            Publication

Exhibit 25  Excerpt from IARC          289
            Monograph 93

Page 7

REFERENCED EXHIBITS

NUMBER                     PAGE

Exhibit        ..............  148
Hopkins-28
Exhibit        ..............  148
Pier-47

Exhibit        ..............  28
P-346

            --oOo--

Page 8

PROCEEDINGS
(January 19, 2019 at 9:02 a.m.)
THE VIDEOGRAPHER:  We are now on the record.  My name is Doug Overstreet.  I'm the videographer for Golkow Litigation Services.  Today is January 19th, 2019.  The time is 9:02 a.m.
This video deposition is being held in Houston, Texas in the matter of Talcum Powder Litigation MDL No. 2738.
The deponent is Dr. Chip Carson.
Will counsel please identify themselves for the record.
MS. O'DELL:  Leigh O'Dell, Beasley Allen, for the plaintiffs.
DR. THOMPSON:  Margaret Thompson, Beasley Allen, for the plaintiffs.
MS. KLEVORN:  Amanda Klevorn, Burns Charest, for the plaintiffs.
MR. ZELLERS:  Michael Zellers

Page 9

for the Johnson & Johnson defendants.
MS. McBETH:  Katherine McBeth, Drinker Biddle & Reath, for the Johnson & Johnson defendants as well.
MS. BOCKUS:  Jane Bockus for Imerys.
MR. DONATH:  Jonathan Donath from Coughlin Duffy for Imerys.
MS. APPEL:  Renée Appel from Seyfarth Shaw for Personal Care Products.
MS. TINSLEY:  Caroline Tinsley, Tucker Ellis, for PTI Union, LLC and PTI Royston, LLC.
THE VIDEOGRAPHER:  The court reporter today is Mr. Mike Miller, and he will now swear in the witness.
ARCH I. "CHIP" CARSON, M.D., Ph.D.,
having been duly sworn,
testified as follows:
EXAMINATION
BY MR. ZELLERS:
Q.    Can you state your name, please.

3 (Pages 6 to 9)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 10

1    A.    Arch Carson.
2    Q.    You are a physician; is that
3  right?
4    A.    I am.
5    Q.    A medical toxicologist?
6    A.    Yes.
7    Q.    We are here today to take your
8  deposition in the talc MDL litigation
9  proceedings; is that right?
10   A.    As far as I know, yes.
11   Q.    You are an expert witness for
12  the plaintiffs in that litigation; is that
13  right?
14   A.    Yes.
15   Q.    Did you receive a notice of
16  deposition, which we'll mark as Exhibit 1, to
17  appear here today?
18       (Carson Deposition Exhibit 1
19       marked.)
20   A.    Yes, I received a copy of this
21  document.
22       MS. O'DELL:  And, Michael, just
23  for the record, we just reassert all
24  our previously served objections to

Page 11

1  the notice.
2       MR. ZELLERS:  Thank you.
3  BY MR. ZELLERS:
4    Q.    You have given deposition
5  testimony in the past; is that right?
6    A.    I have.
7    Q.    On how many occasions?
8    A.    Probably 30, 35.
9    Q.    You are familiar with the
10  procedures we're going to follow today?
11   A.    More or less, I think.
12   Q.    If at any time I ask you a
13  question and you don't understand it, tell me
14  you don't understand it and I'll repeat it or
15  rephrase it to try to make it clear to you.
16       Can you do that?
17   A.    Yes.
18   Q.    If you answer a question that I
19  ask or that any of the counsel ask, we're
20  going to assume that you understood it; is
21  that fair?
22       MS. O'DELL:  Object to form.
23   A.    That's fair.
24       ///

Page 12

1  BY MR. ZELLERS:
2    Q.    As best we can, let me finish
3  my question before you start to give your
4  answer. I'll do the same and allow you to
5  finish your answer before I ask you another
6  question so our court reporter can take down
7  what each of us say.
8       Can you do that?
9    A.    Yes.
10   Q.    In response to the notice of
11  deposition, which we've marked as Exhibit 1,
12  have you brought with you certain documents
13  here today?
14   A.    I have a collection of
15  documents that in part respond to these
16  requests, yes.
17   Q.    Do you have any documents in
18  your possession that are responsive to the
19  notice of deposition, Exhibit 1, that you
20  have not brought here today?
21   A.    I would have to go through
22  these things one by one, but --
23   Q.    You didn't do that before we
24  came here today?

Page 13

1    A.    I did, but the plaintiffs'
2  attorneys --
3       MS. O'DELL:  Let me just stop
4  you, Dr. Carson, just because
5  discussing what we've discussed is not
6  within the purview of this deposition.
7  That's privileged.  Let me just say --
8       THE WITNESS:  All right.
9       MS. O'DELL:  -- Dr. Carson, in
10  response to the notice, has brought
11  with him copies of the cited materials
12  in his report, and that's in the
13  binder that is to his left.
14       He's brought with him copies of
15  certain documents that were listed on
16  his materials considered list.  He
17  doesn't have a physical copy of
18  everything on his materials considered
19  list.
20       I brought today a thumb drive
21  that has a copy of all the items on
22  his materials considered list.  If you
23  would like access to that, it's
24  available to you.

4 (Pages 10 to 13)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 14

1    And then in addition, he has
2  brought some additional materials that
3  he has reviewed since the service of
4  his report.
5    The only other item, as I
6  recall, on the notice of deposition
7  request for documents that has not
8  been brought to the deposition is
9  copies of invoices and Dr. Carson has
10  not sent us an invoice. That's why we
11  don't have a copy.
12    So to try to short-circuit
13  this, just to make sure since we made
14  decisions about what's produced and
15  what's not, I'll just say all that for
16  the record. And if you'd like that,
17  you're welcome to it.
18  BY MR. ZELLERS:
19    Q.   Dr. Carson, you heard
20  Ms. O'Dell describe what you brought here
21  today. Is all of that accurate?
22    A.   It is.
23    Q.   Are you aware of there being
24  any documents or materials that are

Page 15

1  responsive to the deposition notice that you
2  have not brought with you here today?
3    A.   No.
4    Q.   I'm trying to understand what
5  counsel for plaintiffs, Ms. O'Dell, has said,
6  so let me ask you some questions.
7    You have brought with you today
8  in a binder some of the cited materials in
9  your report; is that right?
10    A.   Yes. This is intended to be a
11  complete set of the cited references, with
12  one exception.
13    Q.   When you say cited
14  references --
15    A.   From my report.
16    Q.   Your expert report, we will
17  mark as Exhibit 2.
18    (Carson Deposition Exhibit 2
19  marked.)
20  BY MR. ZELLERS:
21    Q.   Is Deposition Exhibit 2 your
22  report in this matter?
23    A.   It is. It also has
24  attachments.

Page 16

1    Q.   I'll ask you about the
2  attachments in a moment.
3    Does this report,
4  Deposition Exhibit 2, contain all of the
5  opinions that you intend to offer at any
6  trial or hearing of this matter?
7    A.   In general, it contains all of
8  my opinions. I expect to expand on those
9  opinions possibly in this deposition or in
10  the future.
11    Q.   Today's my opportunity to ask
12  you what your opinions are in this matter.
13    As of today, are the opinions
14  that you expressed to us set forth at any
15  trial or hearing in this matter, are they
16  contained in your report, Exhibit 2?
17    A.   I have seen information that
18  has become available recently that I did not
19  have at that time this report was finalized,
20  and I have modified my opinions very slightly
21  as a result of that information.
22    Q.   How have you modified your
23  opinions?
24    A.   My opinions have essentially

Page 17

1  been strengthened as they relate to the
2  causation question between perineal talcum
3  powder use and the occurrence of ovarian
4  cancers.
5    Q.   Other than you believing that
6  your opinions are strengthened with respect
7  to the association between perineal talcum
8  powder use and ovarian cancer, have your
9  opinions changed at all since you prepared
10  your report, Exhibit 2?
11    A.   No.
12    Q.   Are there any new or additional
13  opinions as of today that you expect to
14  testify to at trial or any hearing of this
15  matter other than your report, Exhibit 2, and
16  as you have qualified that report by stating
17  that your opinions on association are
18  stronger today?
19    A.   No.
20    MS. O'DELL: Object to the
21  form.
22  BY MR. ZELLERS:
23    Q.   Okay. Your report has a list
24  of references that begin on page 11.

5 (Pages 14 to 17)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 18

1        Do you see that?
2        A.   Yes.
3        Q.   What are the references?  What
4    do they relate to?  And by that, I mean --
5    I'm just trying to understand what this list
6    is.
7        A.   This is a list of references
8    from which I gleaned information that were
9    important to my forming opinions regarding
10   the question that was given to me, and they
11   contribute to pieces of the report in various
12   ways.
13       They don't represent a complete
14   review that I made in preparing my report,
15   but all are important in some way in terms of
16   coming to my conclusions.
17       Q.   Are the references that you
18   list in your report from page 11 up and
19   through page 16, are those the materials that
20   you are relying on in terms of your opinions
21   that you're expressing in your report?
22       MS. O'DELL:  Objection to form.
23       A.   Yes.
24       ///

Page 19

1    BY MR. ZELLERS:
2        Q.   What, then, is the difference
3    between the references to your report and
4    Exhibit B, which has a caption, Literature?
5        A.   The Exhibit B represents a
6    larger set of documents, including scientific
7    literature, technical reports, and so forth
8    that I reviewed in preparation of my report
9    and the formation of my opinions; but they
10   did not contain information that I felt
11   necessary to cite in my report.
12       Q.   The literature that you cite to
13   as Appendix B of your report are materials
14   that you reviewed but are not the materials
15   that you're specifically relying on.  The
16   materials that you're specifically relying on
17   are set forth in your references list; is
18   that right?
19       MS. O'DELL:  Excuse me.  Object
20   to the form, misstates his testimony.
21       A.   My opinions are based on my
22   total review of the literature as well as my
23   training, my professional experience and many
24   other factors.

Page 20

1        I produced a report that I
2    thought was responsive to the question that
3    was given to me by the plaintiffs' attorneys,
4    and within that report I felt it necessary to
5    cite specific key references that contributed
6    to items in that report.
7    BY MR. ZELLERS:
8        Q.   And those are --
9        MS. O'DELL:  Excuse me, sir.
10   Are you finished, Dr. Carson?
11       THE WITNESS:  Yes.
12       MS. O'DELL:  Okay.  Sorry.
13   BY MR. ZELLERS:
14       Q.   Those are the items that you've
15   listed under References; is that right?
16       A.   Yes.
17       Q.   Literature are other materials
18   that you have reviewed but didn't rise to the
19   level of you citing them as a reference for
20   your report, correct?
21       A.   That is correct, but they do
22   contribute information that I utilize in
23   terms of the whole to formulate my opinions.
24       Q.   Let me mark several of the

Page 21

1    attachments to your report as separate
2    exhibits.
3        (Carson Deposition Exhibit 3
4    marked.)
5    BY MR. ZELLERS:
6        Q.   Exhibit 3 is your curriculum
7    vitae that was attached to your report; is
8    that right?
9        A.   Yes.
10       (Carson Deposition Exhibit 4
11   marked.)
12   BY MR. ZELLERS:
13       Q.   Exhibit 4 is a copy of your
14   literature list that we just discussed that
15   is in your report; is that right?
16       A.   Yes.
17       MS. O'DELL:  Thank you.
18   BY MR. ZELLERS:
19       Q.   The one difference with
20   Exhibit 4, your literature list that's
21   attached to your report as Appendix B is not
22   numbered.  I've gone ahead and numbered the
23   pages on Exhibit 4, your literature list, in
24   case we want to refer to a specific page.

6 (Pages 18 to 21)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 22

1    Today, when I refer to
2  products, talc products, baby powder or
3  Shower to Shower, I'm referring to the baby
4  powder product manufactured by Johnson &
5  Johnson Consumer Products Inc. and the Shower
6  to Shower product formerly manufactured by
7  Johnson & Johnson Consumer Products Inc.
8       Do you understand that?
9    A.  Yes.
10   Q.  Is your report, Exhibit 2,
11 accurate?
12   A.  I believe so.
13   Q.  Do you believe it's complete?
14   A.  In terms of its focus, yes.
15   Q.  What do you mean in terms of
16 its focus?
17   A.  It covers specific aspects of a
18 larger question, and regarding those specific
19 aspects, I believe it is complete.
20   Q.  It covers the aspects of the
21 question that you intend to offer opinions
22 on, correct?
23   A.  That is correct.
24   Q.  What is the question that was

Page 23

1  given to you by counsel for plaintiffs in
2  this litigation?
3    A.  The question is do the -- does
4  the habitual use of talcum powder products
5  cause ovarian cancer.
6    Q.  Were you given any other
7  questions to answer or opine on in this
8  litigation?
9    A.  Not specifically.
10   Q.  What do you understand habitual
11 use of talcum powder to refer to?
12   A.  It means routine use, periodic
13 use.
14   Q.  Over any period of time?
15   A.  Over an extended period of
16 time.
17   Q.  What is an extended period of
18 time?
19   A.  Months or years.
20   Q.  Any other definition that you
21 have of habitual use?
22   A.  No.
23   Q.  Today, in response to the
24 notice of deposition, you did bring the

Page 24

1  binder of materials; is that right?
2    A.  Yes.
3    Q.  The binder of materials, did
4  you prepare that, or was it prepared for you?
5    A.  Well, I uploaded documents to a
6  share file, and the plaintiffs' attorneys
7  were kind enough to print those for me and
8  assemble them in the binder.
9    Q.  In addition, you have brought
10 with you a stack of eight or so additional
11 references that you have on the table in
12 front of you; is that right?
13   A.  Yes.
14   Q.  Are those materials that were
15 cited either as references in your report or
16 in the literature section of your report?
17   A.  I think they're all included in
18 one or the other of those lists.
19   Q.  Your testimony under oath is
20 that all of the additional materials you
21 brought here today are referred to either in
22 your reference list, which is -- begins at
23 page 11 of your report, or your literature
24 list, which we've marked as Exhibit 4 and is

Page 25

1  Exhibit B to your report; is that right?
2       MS. O'DELL:  Objection to the
3    form.
4       Go ahead.
5    A.  There are a couple of new
6  articles here that were not available at the
7  time that I submitted my report, and I
8  believe the literature list was also created.
9  BY MR. ZELLERS:
10   Q.  Were those new materials
11 provided to you by plaintiffs' counsel or are
12 those materials that you did some type of
13 literature search and found?
14   A.  One of them was provided to me
15 by plaintiffs' counsel, but I was aware that
16 it was coming.  And -- actually, two of them
17 were provided by plaintiffs' counsel.
18   Q.  All right.  The two additional
19 documents that were provided to you by
20 plaintiffs' counsel, can you show those to
21 me?
22   A.  Okay.  One is the Longo report.
23   Q.  We will mark as
24 Deposition Exhibit 5 the Longo report dated

7 (Pages 22 to 25)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 26

1    January 15th of 2009 [sic].
2         (Carson Deposition Exhibit 5
3    marked.)
4         A.    The other is the recent
5    Fletcher, et al article.
6         (Carson Deposition Exhibit 6
7    marked.)
8    BY MR. ZELLERS:
9         Q.    The Fletcher article dated
10   January 3rd of 2019 we'll mark as Exhibit 6.
11   This is an article from Reproductive
12   Sciences; is that right?
13        A.    Yes.  And I actually have a
14   third.
15        Q.    All right.  You have a third
16   article that was provided to you by
17   plaintiffs' counsel?
18        A.    Yes.
19        (Carson Deposition Exhibit 7
20   marked.)
21   BY MR. ZELLERS:
22        Q.    Let's mark that as
23   Deposition Exhibit 7.  Can you tell us what
24   article that is?

Page 27

1         A.    This is a meta-analysis.
2    It's -- the title is Systematic Review and
3    Meta-Analysis of the Association Between
4    Perineal Use of Talc and Risk of Ovarian
5    Cancer.  The lead author is Mohamed Taher.
6         Q.    The Taher paper we have marked
7    as Exhibit 7; is that right?
8         A.    Yes.
9         Q.    This is something that you were
10   provided by plaintiffs' counsel; is that
11   right?
12        A.    Yes.
13        Q.    Exhibit 6, Reproductive
14   Sciences, are you familiar with that journal?
15        A.    I'm aware that it exists.
16        Q.    Do you review that journal on a
17   regular basis as a part of your clinical and
18   research activities?
19        A.    No, I don't.
20        Q.    Is Reproductive Sciences a
21   peer-reviewed journal?
22        A.    I believe it is.
23        Q.    The Exhibit 6 has as a
24   corresponding author, Dr. Saed, S-A-E-D, a

Page 28

1    Ph.D.; is that right?
2         A.    Yes.
3         Q.    What additional articles have
4    you brought here with you today separate and
5    apart from your binder of materials?
6         A.    There's a copy of the IARC
7    monographs preamble.
8         Q.    For what purpose did you bring
9    that article?
10        A.    This discusses the general
11   process that IARC uses in approaching a
12   putative carcinogenic material.
13        Q.    That has previously been marked
14   as Plaintiff Exhibit P-346 in another
15   proceeding; is that right?
16        A.    I don't know.
17        Q.    Well, the document we're
18   looking at has that exhibit sticker on it; is
19   that right?
20        A.    It does.
21        Q.    What else have you brought here
22   with you today?
23        A.    This is an article from
24   The Lancet from 1952 titled Value of Modified

Page 29

1    Starch as a Substitute for Talc, and the
2    first author is J.D.P. Graham.
3         Q.    Why did you bring that article?
4         A.    This is an older article that
5    discusses the suitability of substituting
6    cornstarch materials for talc due to
7    perceived issues with talc.
8         Q.    Is this an article that you had
9    cited previously, either in your references
10   or your list of literature?
11        A.    I did not cite it in my report.
12   I don't know -- I don't recall if it's in the
13   literature list or not.
14        (Carson Deposition Exhibit 8
15   marked.)
16   BY MR. ZELLERS:
17        Q.    Why did you decide to bring
18   that with you here today?
19        A.    It is in the literature list.
20        I ran across it last night, and
21   I thought I might need to refer to it during
22   the deposition.
23        Q.    What other documents or
24   materials have you brought other than your

8 (Pages 26 to 29)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 30

1    binder of materials?
2        A.    I have here a copy of the
3    recent Canadian position on the safety of
4    talcum powder and its relationship to ovarian
5    cancer.
6        Q.    When did you review that
7    document?
8        A.    A couple weeks ago, I think.
9        Q.    Is that a document that you
10   were provided by plaintiffs' counsel?
11       A.    It was.
12       Q.    Can I see the document, please?
13   We'll mark the draft screening assessment
14   from Health Canada dated December 18th of
15   2018 as Exhibit 9.
16            (Carson Deposition Exhibit 9
17       marked.)
18   BY MR. ZELLERS:
19       Q.    Any other documents?
20       A.    I have a copy of the letter
21   from the FDA from April 1st, 2014 responding
22   to positions -- petitions for labeling.
23       Q.    This is a letter that has a
24   stamp on it on the first page, April 1st,

Page 31

1    2014, from -- or strike that -- to
2    Dr. Epstein from the FDA; is that right?
3        A.    Yes.
4        Q.    Let's mark that as Exhibit 10.
5            (Carson Deposition Exhibit 10
6        marked.)
7    BY MR. ZELLERS:
8        Q.    What else?
9        A.    I have an article authored by
10   A.M. Blount which is titled Amphibole Content
11   of Cosmetic and Pharmaceutical Talcs that was
12   published in Environmental Health
13   Perspectives in 1991.
14       Q.    Is that a journal that you
15   review on a regular basis as part of either
16   your clinical practice or your research
17   activities?
18       A.    That one I do look at pretty
19   much.
20       Q.    Is this an article you were
21   aware of back in 1991?
22       A.    No.  At least I don't recall.
23       Q.    Is it fair that your review of
24   this literature, the literature relating to

Page 32

1    talcum powder and ovarian cancer, is
2    something that you undertook when you were
3    retained by plaintiffs' counsel and asked to
4    address the question they gave to you?
5        A.    Yes, it is.
6        Q.    We will mark the article by
7    Blount as Exhibit 11.
8            (Carson Deposition Exhibit 11
9        marked.)
10   BY MR. ZELLERS:
11       Q.    And you have one more; is that
12   right?
13       A.    Yes, one more, which is -- this
14   is an article from the American Journal of
15   Obstetrics and Gynecology from 1974 titled
16   The Ovarian Mesothelioma.  It's authored by
17   Parmley and Woodruff.
18       Q.    We'll mark that as Exhibit 12.
19            (Carson Deposition Exhibit 12
20       marked.)
21   BY MR. ZELLERS:
22       Q.    Exhibit 12, is this an article
23   that was cited previously by you in either
24   your references or your literature list?

Page 33

1        A.    Yes.
2        Q.    For what -- strike that.
3            Is this a document that you
4    chose to bring today or were you provided it
5    by plaintiffs' counsel?
6        A.    This is another one I ran
7    across last night and decided to bring along
8    to the depo.
9        Q.    Same questions with respect to
10   the Blount article, Exhibit 11:  Is this an
11   article you cite in your references or
12   literature?
13       A.    In the literature, yes.
14       Q.    For what purpose have you
15   brought this with you today?
16       A.    I thought I might want to refer
17   to it in response to questions here.
18       Q.    Exhibit 10, the letter from the
19   FDA to Dr. Epstein, April of 2014, for what
20   purpose have you brought that here with you
21   today?
22       A.    I thought I might want to refer
23   to it in response to questioning.
24       Q.    The documents that you have

9 (Pages 30 to 33)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 34

1  brought here with you today are documents
2  that you wanted to have available to try to
3  respond to the questions that I may ask you?
4      A.   Yes.
5      Q.   These documents you all
6  believe -- strike that.
7          The documents that you've
8  identified and you've brought with you --
9  have brought with you today, you believe
10  those are supportive of the opinions that you
11  are rendering in this matter; is that right?
12      A.   Yes.
13      Q.   The documents on your
14  literature list, what we have marked as
15  Exhibit 4, are those documents that were
16  provided to you by plaintiffs' counsel?
17      A.   Some were.
18      Q.   The documents on this list that
19  were not provided by plaintiffs' counsel, did
20  you find those through a literature search?
21      A.   Yes.
22      Q.   Are you able to distinguish for
23  us which documents on your literature list,
24  Exhibit 4, came from plaintiffs' counsel and

Page 35

1  which items on the literature list you came
2  up with?
3      A.   To some extent.
4      Q.   So if we went through item by
5  item, you believe you could distinguish
6  between what was provided to you by
7  plaintiffs and what you found on your own?
8      A.   For some, but not all of them.
9      Q.   Have you reviewed all of the
10  materials that are listed on your literature
11  list?
12      A.   I have reviewed all of them,
13  yes.
14      Q.   Have you reviewed all of the
15  materials that are on your reference list?
16      A.   Yes.
17      Q.   The materials on your reference
18  list, is it the same that some were provided
19  to you by plaintiffs' counsel and some you
20  found on your own?
21      A.   I think there may be one or two
22  references that I didn't have before I saw
23  them in the share file that may have been
24  provided by plaintiffs' counsel, but I

Page 36

1  wouldn't be able to tell you for sure.  I'm
2  sure I ran across these in my own literature
3  search.
4      Q.   Deposition Exhibit 13, we will
5  mark the thumb drive that plaintiffs' counsel
6  has brought here today.
7          (Carson Deposition Exhibit 13
8  marked.)
9  BY MR. ZELLERS:
10      Q.   Do you, Dr. Carson, have an
11  understanding of what's on the thumb drive
12  we've marked as Exhibit 13?
13      A.   My understanding is this is
14  copies of the documents on the literature
15  list.
16      Q.   When were you first retained by
17  anyone regarding the talc/ovarian cancer
18  litigation?
19      A.   In October of 2018.
20      Q.   Who contacted you?
21      A.   I was contacted by an attorney
22  named Russ Abney.
23      Q.   Who is Mr. Abney, if you know?
24      A.   Mr. Abney is a lawyer who used

Page 37

1  to work in the Houston area and with whom I
2  had some dealings years ago; and since that
3  time he has become involved in this talc
4  litigation in some way, was aware of me as a
5  potential expert witness, and contacted me
6  regarding my interest and availability.
7      Q.   What matters have you worked on
8  with Mr. Abney in the past?
9      A.   I think it would have been back
10  in the 1990s, and I frankly don't recall what
11  cases we worked on, but there were one or
12  maybe two cases.
13      Q.   When in October of 2018 were
14  you contacted by Mr. Abney?
15          MS. O'DELL:  Object to the
16  form.
17      A.   I believe it was either the
18  14th or 15th of October.
19  BY MR. ZELLERS:
20      Q.   How do you remember with that
21  precision?
22      A.   I have an e-mail that relates
23  to a phone call which was our initial
24  contact.

10 (Pages 34 to 37)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 38

1    Q.    Mr. Abney at some point asked
2  you to address the question that you told us
3  before:  Does the habitual use of talcum
4  powder cause ovarian cancer?
5        Is that right?
6        MS. O'DELL:  Object to the
7  form.
8    A.    Well, he talked to me generally
9  about the case that was proceeding, and I
10  discussed with him what my understanding of
11  those things was and what the kind of
12  opinions I would be able to render would be.
13  And he suggested that he set up a meeting
14  between me and members of plaintiffs'
15  counsel.
16  BY MR. ZELLERS:
17    Q.    When Mr. Abney called you
18  middle of October of 2018, talcum powder and
19  any relationship or association that it may
20  have to ovarian cancer had not been a focus
21  of your research or study; is that right?
22    A.    That's right.
23    Q.    It had not been a part of your
24  clinical practice, right?

Page 39

1    A.    That's correct.
2    Q.    When did you meet with the
3  larger group of plaintiffs' counsel?
4    A.    I believe we had a telephone
5  meeting on the 16th of October.  I'm not
6  sure.  I have to --
7    Q.    That's -- right now I just want
8  estimates.
9    A.    Okay.
10    Q.    And so I don't -- as long as
11  you're reasonably comfortable that it was in
12  that time frame.
13    A.    It was mid October.
14    Q.    That's fine.
15        When were you asked the
16  question that the plaintiffs' lawyers wanted
17  you to try to answer in this litigation?
18    A.    Well, after the meeting we
19  parted ways and then made contact again a few
20  days later, and I was told that they were
21  interested in me going ahead and doing a
22  review and starting to establish opinions.
23    Q.    What do you mean by they
24  authorized you or were comfortable with you

Page 40

1  doing a review?  What does that mean?
2    A.    Well, I felt that I was hired
3  as a witness at that point and that's when I
4  would begin my billable hours on this case.
5    Q.    When was that?  Sometime in
6  later October of -- late October of 2018?
7    A.    It was within a few days after
8  our first meeting, still in October.
9    Q.    What did you do to answer the
10  question?  What was your methodology?
11    A.    Well, initially I decided to do
12  a general literature search on the question
13  to see what research had been performed, what
14  reports had been written, what the quality of
15  that research was.
16    Q.    When did you start that?
17    A.    Immediately.  I was curious.
18        I began to assemble the
19  available literature and review it on a
20  piecemeal basis through the subsequent time
21  period; the next couple of weeks I reviewed a
22  lot of it.
23    Q.    What did you search for when
24  you did this general literature search?

Page 41

1    A.    I searched under various search
2  terms, including "talc," including "ovarian
3  cancer," the relationship between the two.
4  As I became more familiar with the
5  literature, I expanded that search into other
6  topics.
7        As I became -- I was already
8  aware of issues related to the inclusion of
9  asbestos in talc deposits, and so I expanded
10  my search into that part of the literature
11  that relates to asbestos in talc or asbestos
12  in ovarian cancer.
13        As I felt my opinions would
14  need to extend into cancer and carcinogenesis
15  in general, I did some search into ovarian
16  cancer specifically and general
17  carcinogenesis to see what the current state
18  of the art was regarding that in the
19  literature.
20        I looked at some issues of
21  mining practices.
22        I looked at the Johnson &
23  Johnson website.  There's a webpage regarding
24  talc and ovarian cancer that I looked at.

11 (Pages 38 to 41)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 42

1    I looked through old notes and
2  lecture files that I had for information that
3  I've used or accessed previously in my
4  professional capacity for information that
5  was pertinent.
6    Just a very dendritic kind of
7  extensive search.
8    Q.   You reviewed these materials
9  that you have told us about and then did you
10  prepare your report?
11    A.   At that point I -- well, the
12  literature review took several stages.
13  Typically when you perform a review like
14  this, you end up with a -- I do a very
15  general sort of approach to a review, so I
16  get much more than will be pertinent to my
17  review eventually.
18    I find that a valuable approach
19  because it allows me to find things I
20  wouldn't otherwise find or look for or know
21  to look for.
22    And then I'm able to cull
23  through that information and discard pieces
24  of the search materials that are not relevant

Page 43

1  or interesting to me and then refine my
2  search and redo it, extending it into
3  different areas that have now become
4  pertinent in my opinion, until I satisfy
5  myself that I have pretty much covered the
6  waterfront so to speak in terms of a
7  literature review.
8    Q.   You did your literature review.
9  You reviewed the Johnson & Johnson website
10  and the other materials that you have told us
11  about.
12    Did you then formulate your
13  opinions and set them down in your report
14  which we marked as Exhibit 2?
15    A.   I did.  I began writing as I
16  reviewed the literature and continued to take
17  notes which, through a continuous editing
18  process, eventually became my report.
19    Q.   Did you prepare your report?
20    A.   I did.
21    Q.   Did anyone assist you in the
22  preparation of your report?
23    A.   No one assisted me in the
24  preparation of my report.  I did receive

Page 44

1  review of draft versions of my report and
2  comments, in particular --
3    Q.   Don't tell me about the
4  comments.
5    A.   Okay.
6    Q.   I don't want to know what the
7  lawyers may have told you.
8    Did the comments come from the
9  lawyers for plaintiffs or did they come from
10  other people?
11    A.   They came from the lawyers.
12  They also came from a few of my colleagues.
13    Q.   Did you share your report with
14  some of your colleagues?
15    A.   I let a few people read it and
16  I talked to them about it.
17    Q.   Are the opinions your opinions?
18    A.   Yes, they are.
19    Q.   Have you told me, you know,
20  generally what you have done to formulate
21  your opinions in this matter?
22    A.   Yes, I think so.
23    Q.   You did all of this over a
24  30-day period; is that right?

Page 45

1    A.   Yes.
2    Q.   All right.  You have no
3  invoices, correct?
4    A.   That's correct.
5    Q.   Is it typical that you'll work
6  on a matter for some number of months and not
7  generate any invoices?
8    A.   Yes.
9    Q.   You are billing your time at
10  what rate?
11    A.   $450 per hour.
12    Q.   Can you estimate for us the
13  number of hours that you have spent doing
14  your literature review, formulating your
15  opinions, and writing your report?
16    A.   There's still some tallying I
17  need to do from my calendar, but it's between
18  150 and 180 hours.
19    Q.   Does that include your meetings
20  and communications with plaintiffs' counsel?
21    A.   Yes, that's up until today.
22    Q.   Other than meeting with
23  Mr. Abney or talking with Mr. Abney -- did
24  you ever meet with Mr. Abney face-to-face?

12 (Pages 42 to 45)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 46

1     A.   No.
2     Q.   What other plaintiff lawyers
3  have you met with or talked with as part of
4  your formulating your opinions and doing your
5  literature review?
6     A.   We've had a number of
7  conference calls where there were several of
8  these attorneys' colleagues on the line, but
9  in terms of in-person meetings, those have
10 been with Ms. O'Dell and Ms. Thompson,
11 Dr. Thompson.
12    Q.   How many meetings have you had
13 with Ms. O'Dell?
14    A.   Three.
15    Q.   How many meetings have you had
16 with Dr. Thompson?
17    A.   Three.
18    Q.   Did you know Dr. Thompson
19 before you were retained in this matter?
20    A.   I did not.
21    Q.   Any other plaintiff lawyers in
22 this litigation that you are aware of --
23 strike that.
24         Any other plaintiff lawyers in

Page 47

1  this matter that you've had communications
2  with other than what you have told us?
3     A.   No.
4     Q.   Do you have any social
5  relationship with any of the plaintiffs'
6  counsel?
7     A.   No.
8     Q.   Your relationship with
9  Dr. Thompson is just the three meetings that
10 you have been involved in with her?
11    A.   Well, we've exchanged e-mail
12 communications, but other than that, no.
13    Q.   Have you met with or talked
14 with any other expert witness for plaintiffs?
15    A.   No, I have not.
16    Q.   Do you know who Thomas Dydek
17 is?
18    A.   Yes.
19    Q.   Who is Thomas Dydek?
20    A.   He is a toxicologist.
21    Q.   Where does he practice?
22    A.   I don't recall.
23    Q.   Have you had any discussions
24 with Dr. Dydek?

Page 48

1     A.   I have not had any discussions
2  with Dr. Dydek.  We may have met previously,
3  but I don't recall.
4     Q.   Any previous meeting with
5  Dr. Dydek, did it relate to this litigation?
6     A.   No.
7     Q.   Did it relate to expert witness
8  work that you were doing?
9     A.   No.
10    Q.   Do you know what the
11 relationship is, if any, between Dr. Thompson
12 and Dr. Dydek?
13    A.   I don't know of any
14 relationship outside of his work as an expert
15 witness in related litigation.
16    Q.   Dr. Crowley, do you know
17 Michael Crowley?
18    A.   I know of Dr. Crowley.
19    Q.   Did you know of Dr. Crowley
20 before you were retained in the talcum powder
21 litigation?
22    A.   No.
23    Q.   Have you ever met with
24 Dr. Crowley?

Page 49

1     A.   I have not.
2     Q.   Ever talked with Dr. Crowley?
3     A.   I have not.
4     Q.   You reviewed his report as part
5  of your review in this matter; is that right?
6     A.   That's correct.
7     Q.   Do you know who any of the
8  other experts are in this litigation for
9  plaintiffs?
10    A.   Well, I know there are a number
11 of people who have generated reports that I
12 have also reviewed.
13    Q.   What reports have you reviewed
14 from plaintiffs' other experts?
15    A.   Well, I've reviewed several
16 reports from Dr. Longo, who's done work on
17 the presence of asbestos in talc products and
18 related things.  I think he's the only other
19 expert that I'm aware of at this point.
20    Q.   Well, you're aware of
21 Dr. Crowley?
22    A.   Well, Dr. Crowley, Dr. Longo,
23 and Dr. Dydek that you mentioned before.
24    Q.   Have you reviewed any reports

13 (Pages 46 to 49)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 50

1  or transcripts from Dr. Dydek?
2       A.   Yes, I reviewed an expert
3  report that he provided before I got involved
4  in this case.
5       Q.   Did you review that report
6  before you prepared your report?
7       A.   Yes.
8       Q.   Did you review Dr. Crowley's
9  report before you prepared your report?
10      A.   Yes.
11      Q.   And you reviewed Dr. Longo's
12  report before you prepared your report; is
13  that right?
14      A.   I've reviewed one report.
15  There was another one that became available
16  after.
17      Q.   The second report is what you
18  brought here with you today and we marked as
19  Exhibit 5; is that right?
20      A.   Yes.
21      Q.   Any other plaintiff experts
22  that you're aware of?
23      A.   Not that I can think of, no.
24      Q.   Any other reports from

Page 51

1  plaintiffs' experts that you have reviewed?
2       A.   Well, there's a -- there is an
3  article that's been submitted for publication
4  which I consider a piece of the scientific
5  literature.  You mentioned Dr. Saed earlier,
6  and I know that he has a relationship with
7  this case as well.
8       Q.   What is his relationship with
9  this case, Dr. Saed?
10      A.   He's provided some work at the
11  request of the attorneys here.
12      Q.   Have you reviewed that work?
13      A.   That's the subject of several
14  articles he's published previously, he and
15  his colleagues, as well as the additional one
16  that I brought today.
17      Q.   Other than the articles that
18  you have listed on your reference and
19  literature list and the Saed article that you
20  brought with you today, are you aware of any
21  other work that Dr. Saed has done in this
22  matter?
23      A.   No.
24      Q.   Any other plaintiff experts

Page 52

1  that you're aware of?
2       A.   No.
3       Q.   Are you aware of any of the
4  experts for defendants in the talcum powder
5  litigation?
6       A.   No.
7       Q.   Have you reviewed any reports
8  from any of the experts in the talcum powder
9  litigation?
10      A.   I have not.
11      Q.   Have you reviewed any of the
12  transcripts of defense experts in the talcum
13  powder litigation?
14      A.   I've reviewed some deposition
15  transcripts of various witnesses.
16      Q.   Those witnesses are all listed
17  in either your references or your literature;
18  is that right?
19      A.   Yes.
20      Q.   Did you review the entire
21  transcripts of the witnesses that you've
22  identified?
23      A.   I think for the most part I
24  would say yes.

Page 53

1       Q.   Did you review the exhibits to
2  those depositions?
3       A.   Yes.  If they were provided to
4  me, I did, yes.
5       Q.   Did you believe that it was
6  your job to do an independent assessment as
7  to whether or not the habitual use of talcum
8  powder causes or can cause ovarian cancer?
9            MS. O'DELL:  Object to the
10      form.
11      A.   Could you repeat the question,
12  please.
13  BY MR. ZELLERS:
14      Q.   Sure.
15           Plaintiffs asked you to --
16  strike that.
17           Plaintiffs' counsel asked you
18  to answer that question; is that right?
19      A.   Yes.
20      Q.   You understood that they were
21  looking to develop an association or a causal
22  relationship between the habitual use of
23  talcum powder and ovarian cancer, correct?
24      A.   Yes.

14 (Pages 50 to 53)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 54

1     MS. O'DELL:  Object to the
2  form.
3        Excuse me, I'm sorry,
4  gentlemen.  Give me just one second to
5  object if I need to.
6        THE WITNESS:  Sure.
7        MS. O'DELL:  Thank you.
8  BY MR. ZELLERS:
9     Q.   Did you consider the literature
10  and the sources that refuted that association
11  or causal relationship?
12     A.   I tried to consider all the
13  available literature.
14     Q.   When you wrote your report
15  setting forth your opinions, did you set
16  forth the sources that refuted the
17  propositions you were making?
18     A.   I cited several sources that on
19  the surface might seem to refute my opinions.
20     Q.   And you believe that is
21  contained in your report which we marked as
22  Exhibit 2; is that right?
23     A.   Yes.
24     Q.   Have you been involved in any

Page 55

1  other talcum powder litigation other than
2  this talc MDL matter that Mr. Abney talked to
3  you about?
4     A.   No, I haven't.
5     Q.   In the 30 to 35 occasions that
6  you've testified in the past, have any of
7  those been on issues relating to talcum
8  powder and any association between talcum
9  powder and ovarian cancer?
10     A.   No.
11     Q.   You are not an expert in
12  asbestos, correct?
13        MS. O'DELL:  Object to the
14  form.
15     A.   I'm an occupational medicine
16  physician, and I have a significant amount of
17  awareness and training regarding asbestos as
18  it relates to occupational exposures and
19  general environmental exposures, but I don't
20  consider myself an asbestos expert.
21  BY MR. ZELLERS:
22     Q.   What percentage of your time do
23  you spend working as a consultant?  And I'm
24  talking about your professional time.

Page 56

1     A.   Probably 5%.
2     Q.   What percent of your income
3  comes from the work that you do as a
4  consultant?
5     A.   Of course it varies quite a bit
6  from moment to moment, but it would be less
7  than 10%.
8     Q.   Have you ever testified at
9  trial?
10     A.   Yes.
11     Q.   On how many occasions?
12     A.   Probably ten.
13     Q.   The 30 to 35 depositions that
14  you've given previously, those have been in
15  the context of you providing litigation
16  consulting services; is that right?
17     A.   In terms of expert testimony,
18  yes.
19     Q.   The trial appearances that
20  you've made, are those also in your capacity
21  as an expert witness?
22     A.   Yes.
23     Q.   Have you been involved in other
24  litigations?

Page 57

1     A.   Yes.
2     Q.   What other litigations have you
3  been involved in as an expert?
4     A.   Well, I've been asked to
5  provide opinions and testify in a number of
6  cases, most of which involved personal injury
7  in the occupational setting or environmental
8  exposures.
9     Q.   Has the majority of your expert
10  work in the occupational setting and for
11  environmental exposures been on behalf of
12  plaintiffs?
13     A.   No, it's been split about
14  50/50, plaintiff and defense.
15     Q.   Have you ever been retained in
16  a case involving cosmetic products?
17     A.   No.
18     Q.   Your curriculum vitae that we
19  marked as Exhibit 3, is it correct and up to
20  date?
21     A.   It was up to date at the time
22  of submission of my report in the end of
23  2018.
24     Q.   What additions need to be made

15 (Pages 54 to 57)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 58

1  or corrections need to be made to your CV,
2  Exhibit 3, to bring it up to date?
3      A.   Well, I've terminated a
4  relationship with the University of Texas
5  Medical Branch in Galveston where I was
6  their -- the medical director of their
7  Employee Health Services Clinic.  I continue
8  to be -- serve as an assistant clinical
9  professor of preventive medicine and family
10  medicine at that institution.
11         I have terminated my
12  relationship with the Enbridge Corporation as
13  their medical director.
14         The Spectra Energy entry, which
15  is about the seventh on the list of
16  professional activities, is also terminated
17  as that was a company that was merged and
18  became Enbridge.
19      Q.   Any other corrections or
20  updates to your curriculum vitae that we've
21  marked as Exhibit 3?
22      A.   No.
23      Q.   Why are you no longer serving
24  as medical director, Employee Health Services

Page 59

1  with the University of Texas?
2         MS. O'DELL:  Objection to form.
3      A.   That was a contract that I had
4  through the University of Texas Houston
5  College of Nursing that provided those
6  services to UTMB, and UTMB decided to make a
7  change and go with another contractor.
8  BY MR. ZELLERS:
9      Q.   Why are you no longer serving
10  as medical director for Spectra Energy
11  Corporation and Enbridge Corporation?
12      A.   Well, Spectra Energy no longer
13  exists; it became Enbridge Corporation.  And
14  in October of 2018, I determined that I did
15  not -- I no longer had sufficient time to
16  provide that service.
17      Q.   Your undergraduate degree was
18  in biologic sciences with a concentration in
19  engineering; is that right?
20      A.   Yes.
21      Q.   You received a Ph.D. in
22  toxicology; is that right?
23      A.   Yes.
24      Q.   And then later an M.D. degree;

Page 60

1  is that right?
2      A.   Yes.
3      Q.   What percentage of your time is
4  spent in the clinical practice of medicine?
5      A.   Currently I see patients
6  one-half day a week and work as a supervisor
7  of the occupational medicine residents for
8  additional time during the week, so clinical
9  activities would be about probably 12 hours a
10  week.
11      Q.   Do you see or treat women for
12  gynecologic cancer?
13      A.   I do not.
14      Q.   You have never worked for a
15  company that manufactures cosmetic products,
16  correct?
17      A.   That's correct.
18      Q.   You're not a gynecologist or an
19  oncologist, correct?
20      A.   That's correct.
21      Q.   You're not a cancer biologist?
22         MS. O'DELL:  Object to the
23  form.
24      A.   That's correct.

Page 61

1  BY MR. ZELLERS:
2      Q.   You are not a geologist,
3  mineralogist or microscopist?
4      A.   That's correct.
5      Q.   You're not an epidemiologist?
6      A.   Well, I may be considered an
7  epidemiologist simply by my appointment as an
8  associate professor in the Department of
9  Epidemiology at the School of Public Health
10  here in Houston.
11      Q.   Do you have any professional
12  education in the field -- well, strike that.
13         Have you ever published or
14  conducted a meta-analysis?
15      A.   I have conducted meta-analyses.
16  I've not published them.
17      Q.   You did not do any type of
18  fellowship in epidemiology, correct?
19      A.   That's correct.
20      Q.   You're not board certified in
21  epidemiology; is that right?
22      A.   I don't believe there is a
23  board certification in epidemiology.
24      Q.   You're not a biostatistician or

16 (Pages 58 to 61)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 62

1    a pulmonologist?
2        A.    That's correct.
3        Q.    You're not a material
4    scientist?
5        A.    That's correct.
6        Q.    Nor are you a pathologist?
7        A.    Correct.
8        Q.    You've never been involved in
9    any pathological exam or research relating to
10   ovarian cancer; is that right?
11           MS. O'DELL:  Object to the
12       form.
13       A.    I'm not sure exactly what you
14   mean by your question.
15   BY MR. ZELLERS:
16       Q.    Sure.  Let me withdraw that.
17           You've never been involved in
18   terms of the research relating to ovarian
19   cancer, correct?
20       A.    Not specifically, no.
21       Q.    You've never authored any
22   literature or publications relating to talcum
23   powder?
24       A.    No.

Page 63

1        Q.    Or relating to ovarian cancer,
2    correct?
3        A.    No.
4        Q.    Okay.  What journals -- well,
5    strike that.
6            You have never published on
7    fragrance chemicals; is that right?
8            MS. O'DELL:  Object to the
9        form.
10       A.    That's correct.
11   BY MR. ZELLERS:
12       Q.    Never done any research on
13   fragrance chemicals, correct?
14       A.    I've done some work with
15   fragrance chemicals and health effects that
16   are associated with them, but I have not -- I
17   would not classify that as research or
18   publication.
19       Q.    You had no opinions regarding
20   talcum powder or any of its constituent
21   components before getting involved in this
22   litigation; is that right?
23           MS. O'DELL:  Object to the
24       form.

Page 64

1        A.    I think I had opinions about
2    talcum powder and its constituents, but if
3    you could be more specific, I might be able
4    to give you a more specific answer.
5    BY MR. ZELLERS:
6        Q.    Did you ever, before getting
7    involved in this litigation in October of
8    2018, do research -- strike that.
9            You've never published on
10   talcum powder, correct?
11       A.    That's correct.
12       Q.    You have never published on the
13   constituent components of talcum powder,
14   correct?
15       A.    That may not be the case.  I've
16   done work in some other minerals which have
17   resulted in publications, for example,
18   vermiculite, which have touched on the issues
19   of asbestos, association with talc,
20   association with other minerals, but never
21   specifically regarding talc.
22       Q.    Are those publications on your
23   CV?
24       A.    They are.

Page 65

1        Q.    That we marked as Exhibit 3?
2        A.    Yes.
3        Q.    Okay.  Have you ever
4    communicated with the FDA regarding talcum
5    powder?
6        A.    I've not.
7        Q.    Have you ever communicated with
8    Health Canada regarding talcum powder?
9        A.    No.
10       Q.    When did you first start
11   preparing your report which we've marked as
12   Exhibit 2?
13       A.    Well, I began a literature
14   review immediately after talking to
15   Mr. Abney.
16       Q.    My question, I guess, is:  When
17   did you start writing your report?
18       A.    Well, technically I started
19   writing my report after I was retained by
20   plaintiffs' counsel.
21       Q.    Late October, early
22   November 2018?
23           MS. O'DELL:  Object to the
24       form, misstates his prior testimony.

17 (Pages 62 to 65)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 66

1      A.    In October of 2018.
2  BY MR. ZELLERS:
3      Q.    Have you reviewed any of the
4  deposition transcripts of any of the experts
5  that have been deposed in this litigation?
6      A.    Yes.
7      Q.    What deposition transcripts of
8  experts have you reviewed?
9      A.    Oh, of experts?  No, I have not
10  reviewed -- well, I've reviewed -- I've
11  reviewed expert depositions, but I don't know
12  what case they were deposed in, but it
13  relates to talcum powder and ovarian cancer
14  issue.
15      Q.    What expert depositions have
16  you reviewed?
17      A.    They're all cited in the
18  literature exhibit.
19      Q.    All of the deposition
20  transcripts that you've reviewed are cited in
21  Exhibit 4?
22      A.    I think any of the transcripts
23  that I review are -- reviewed are probably
24  included in here.

Page 67

1      Q.    Are you aware of reviewing any
2  transcripts that you did not include in your
3  literature statement?
4      A.    I'm not aware, but I can't tell
5  you as I'm sitting here right now whether all
6  of those are included in this literature
7  statement or not.
8      Q.    You -- looking at page --
9      MS. O'DELL:  I'm sorry.  Go
10  ahead.
11  BY MR. ZELLERS:
12      Q.    Are there any that you believe
13  you have reviewed that are not included in
14  the literature statement?
15      A.    Well, let me just see here.
16      There are --
17      MS. O'DELL:  I think they're at
18  the end, Dr. Carson.
19      THE WITNESS:  At the very end.
20      A.    Beginning on page 27 is a list
21  of the depositions, transcripts and reports
22  that I've reviewed, which include some of the
23  expert witnesses, but again, I would have to
24  say I'm -- I'm sort of unaware of the nuts

Page 68

1  and bolts of what goes on legally in this
2  case.  I know there are multiple lawsuits,
3  and I'm not sure which ones those -- these
4  are pertinent to.
5  BY MR. ZELLERS:
6      Q.    My question is a little
7  different and I hope pretty simple:  In
8  addition to the depositions, transcripts and
9  reports that you have listed on pages 27 and
10  28 of Exhibit 4, your literature list, are
11  there any additional depositions or
12  transcripts that you've reviewed?
13      A.    Pardon me for a moment while I
14  review this.
15      (Document review.)
16      A.    No, I'm not aware that there
17  are.
18  BY MR. ZELLERS:
19      Q.    Your testimony earlier was that
20  you have reviewed each of those depositions
21  in their entirety; is that right?
22      A.    Yes.
23      Q.    You have also reviewed the
24  exhibits to those depositions; is that right?

Page 69

1      A.    If they were made available to
2  me, I've looked at all those exhibits as
3  well.
4      Q.    On page 27 of Exhibit 4, who is
5  Annie Yessaian?
6      A.    On page 24?
7      Q.    Strike that.  I'm sorry.  On
8  page 27 of Exhibit 4 --
9      A.    I see.
10      Q.    -- at the bottom, who is Annie
11  Yessaian?
12      A.    I don't recall.
13      Q.    You reviewed her entire
14  transcript and you don't recall who she is?
15      A.    I don't.
16      Q.    Well, go to the next page.  Who
17  is Pat Downey?
18      A.    I believe Pat Downey is an
19  operative of the Imerys company.
20      Q.    Do you know what Mr. Downey's
21  position is?
22      A.    It's a supervisory position
23  regarding -- regarding quality of the talc
24  product.

18 (Pages 66 to 69)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 70

1     Q.    Who is John Hopkins?
2     A.    John Hopkins is an official, I
3  believe, of -- I'm not sure -- of Johnson &
4  Johnson, I believe, who has some oversight of
5  talc quality as well.
6     Q.    Susan Nicholson, who is she?
7     A.    I don't recall.
8     Q.    Who is Julie Pier?
9     A.    Julie Pier is another scientist
10  who works for Imerys, who is responsible for
11  testing and quality.
12     Q.    In your clinical and academic
13  practice, do you typically rely upon
14  depositions of company witnesses or experts?
15         MS. O'DELL:  Object to the
16     form.
17     A.    If there's pertinent
18  information in there that leads me to other
19  areas or helps me formulate my opinions, then
20  yes.
21  BY MR. ZELLERS:
22     Q.    In the papers and publications
23  that you have identified in your curriculum
24  vitae, Exhibit 3, do you ever recall citing

Page 71

1  to company witness deposition testimony?
2     A.    I don't typically cite
3  deposition testimonies in published papers.
4     Q.    You cite to various company
5  documents.  This is on pages 29 to 30 of
6  Exhibit 4, your list of literature; is that
7  right?
8     A.    Yes.
9     Q.    Did you rely on these documents
10  in formulating your opinions?
11     A.    Yes.
12     Q.    Were these documents selected
13  for you by plaintiffs' counsel?
14     A.    Yes, they were.
15     Q.    Are you able to identify what
16  each of the documents are?
17         MS. O'DELL:  Based on the Bates
18     number?
19         MR. ZELLERS:  Based on the
20     Bates numbers.
21     A.    No, I am not.  I would have to
22  look at each individual document to refresh
23  my memory as to what it contains.
24         ///

Page 72

1  BY MR. ZELLERS:
2     Q.    Once you looked at these
3  documents, the Imerys documents and the
4  documents produced by the Johnson & Johnson
5  companies, did you ask plaintiffs' counsel
6  for any additional documents?
7     A.    I did not.  My understanding is
8  that most of these are reports, testing
9  reports, and most of them are positive
10  results regarding the presence of asbestos or
11  fibers in the product.  And I know that there
12  were many others that may not have shown
13  positive results that I did not look at.
14     Q.    Did you ask the plaintiff
15  attorneys to show you or provide you with the
16  testing documentation that showed an absence
17  of asbestos or asbestos fibers in the talcum
18  powder?
19     A.    Regarding the test results that
20  are equivalent to these that were negative,
21  no, I did not request those.
22     Q.    Did you review documents
23  relating to any fragrance chemicals that are
24  contained in or that you believe are

Page 73

1  contained in the talcum powder?
2     A.    Yes.  I did review some lists
3  and, of course, Dr. Crowley's report.
4     Q.    Do you have any idea or
5  understanding as to the amount or amounts of
6  the fragrance chemicals that are contained in
7  the talcum powder in either the Johnson &
8  Johnson Consumer company talcum powder that's
9  involved in this litigation?
10         MS. O'DELL:  Object to the
11     form.
12         MR. ZELLERS:  Let me withdraw
13     that.
14  BY MR. ZELLERS:
15     Q.    Do you know or have any
16  understanding as to the amounts of fragrance
17  chemicals that are in the talcum powder?
18     A.    I do not have the specific
19  formulation or quantities of those substances
20  that contributed to the products.
21     Q.    Do --
22         MS. O'DELL:  Excuse me.
23         MR. ZELLERS:  Ms. O'Dell,
24     please, I'm going to let the doctor

19 (Pages 70 to 73)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 74

1   finish.
2       MS. O'DELL:  In that instance,
3   I don't know that he was, and so if he
4   was, my apologies.
5       MR. ZELLERS:  It's okay.
6       MS. O'DELL:  I've been on my
7   best behavior today, as you know,
8   so -- but I don't want the witness to
9   feel as if they're being cut off, and
10  because Dr. Carson is a very polite
11  gentlemen, he would let you interrupt
12  him.
13      MR. ZELLERS:  Of course.
14      MS. O'DELL:  And I don't think
15  that's fair.
16      So, Dr. Carson, if you're
17  finished, great.  If you're not, you
18  may continue.
19      A.   Well, I was going to say that
20  my opinion is that there are very small
21  quantities of those substances that
22  contribute to the fragrance component.
23  BY MR. ZELLERS:
24      Q.   Do you know how those

Page 75

1   quantities of fragrance chemicals may have
2   changed over the years?
3       A.   My understanding is they have
4   not changed dramatically, but there have been
5   certain substitutions over time.
6       Q.   Do you agree that to the extent
7   that you have reviewed internal documents,
8   either of Imerys or from Johnson & Johnson
9   companies, that you have only reviewed the
10  documents that were hand-selected by the
11  plaintiff lawyers for you to review?
12          MS. O'DELL:  Object to the
13      form.
14      A.   I agree that the only documents
15  that I've reviewed regarding the internal
16  products of Johnson & Johnson or Imerys are
17  the ones that were provided by the
18  plaintiffs' attorneys.
19  BY MR. ZELLERS:
20      Q.   Do you know what percentage of
21  the documents that have been produced in this
22  litigation by the Johnson & Johnson companies
23  and by Imerys you have reviewed?
24      A.   Well, based on my general

Page 76

1   understanding of business practices and these
2   types of industries, I've reviewed an
3   extremely small percentage of those.
4       Q.   Is it your practice in your
5   academic work or your clinical research work
6   to rely on internal company documents?
7       A.   Yes, it is.
8       Q.   Do you rely on internal company
9   documents when you publish papers?
10      A.   In some cases.
11      Q.   Can you tell me in what cases
12  or instances you have relied on internal
13  company documents in your publications?
14      A.   Well, for example, I did -- I
15  was involved in some research work in
16  conjunction with NIOSH at the O.M. Scott
17  Company at Marysville, Ohio, where we did
18  a -- we performed a research in the company
19  and relied on some internal documents in
20  terms of gauging concentrations, industrial
21  hygiene records and so forth, in order to
22  draw conclusions that were pertinent to those
23  publications.
24      Q.   Was that data or were those

Page 77

1   internal communications that you relied on?
2       A.   They were both.
3       Q.   What is the publication on your
4   CV where you relied on those materials?
5       A.   Well, let me see here.  I think
6   the first author -- looking back here -- the
7   first author would be Jim Lockey.
8       Q.   Looking at page 6?
9       A.   It's on page 6, and the --
10  there are two publications there.  One is
11  Pulmonary Changes After Exposure to
12  Vermiculite Contaminated With Fibrous
13  Tremolite that appeared in the American
14  Review of Respiratory Disease in 1984.
15          There's another publication
16  which is a book chapter called Pulmonary
17  Hazards From Vermiculite that appeared in a
18  book titled Health Issues Related to Metal
19  and Nonmetallic Mining.
20      Q.   Do you agree that when you have
21  been provided only a small subset of the
22  documents of a company relating to a
23  particular product, that those documents can
24  potentially be misleading?

20  (Pages 74 to 77)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 78

1      MS. O'DELL:  Object to the
2  form.
3      A.   I don't agree that that's the
4  case because I am capable of understanding
5  that it's a subset of available information,
6  and I can make a reliable determination on
7  the pertinence of that material regardless.
8  BY MR. ZELLERS:
9      Q.   Without looking at any other
10  documents or any documents that may put the
11  documents you were provided in context?
12      MS. O'DELL:  Object to the
13  form.
14      A.   It depends on the specific
15  case, but I would say in most cases, yes.
16  BY MR. ZELLERS:
17      Q.   In this case, it was not
18  necessary for you to look at any documents
19  other than those specific documents the
20  plaintiffs provided to you; is that your
21  testimony?
22      MS. O'DELL:  Object to the
23  form.
24      A.   Regarding the contribution to

Page 79

1  my opinions, I would say, yes, it was not
2  necessary.
3  BY MR. ZELLERS:
4      Q.   Did you do any independent
5  investigation to reach your opinions, other
6  than the literature search and review of
7  websites that you told us about earlier?
8      A.   Other than just general
9  discussion with colleagues, no.
10      Q.   Did any of the colleagues that
11  you spoke with provide you with any
12  substantive support for your opinions?
13      A.   Not that I can recall.  It was
14  mostly just helpful feedback.
15      Q.   The colleagues that you spoke
16  with were who?
17      A.   Various colleagues in my
18  department or in the School of Public Health.
19      Q.   Who?
20      A.   Well, Dr. George Delclos, who
21  is a pulmonologist; Dr. Brett Perkison, who
22  is an occupational medicine physician;
23  Roberta Ness, who is an epidemiologist.
24      Q.   Roberta Ness is in your

Page 80

1  department?
2      A.   She's in my department, yes.
3      Q.   You understand she's a
4  lawyer -- strike that.
5      You understand she's an expert
6  for the plaintiffs in this litigation?
7      A.   I didn't know that.
8      Q.   Dr. Ness never told you that
9  she was an expert witness for plaintiffs in
10  this matter?
11      A.   No, we didn't discuss this
12  case.  We only discussed the issue.
13      Q.   Any other colleagues that you
14  discussed your report and opinions with?
15      MS. O'DELL:  Object to the
16  form.
17      A.   I think I shared some of my
18  thinking with the occupational medicine
19  residents as a group and asked them to
20  consider certain issues in the case.
21  BY MR. ZELLERS:
22      Q.   Did they contribute to your
23  review and analysis and opinions?
24      A.   We had an interesting

Page 81

1  discussion, but I don't think that changed my
2  opinions in any way.
3      Q.   The opinions that you're
4  expressing in this case are your opinions; is
5  that right?
6      A.   That's correct.
7      Q.   Your opinions you set forth in
8  your report beginning on page 7; is that
9  right?
10      A.   Let me refer to my report, if
11  you don't mind.
12      MS. O'DELL:  Object to the
13  form.
14      A.   I would say -- I would say in
15  answer to that question, yes, my
16  opinions do begin on page 7 of the report.
17  BY MR. ZELLERS:
18      Q.   Your first opinion set forth on
19  page 7 is that talcum powder is immunogenic
20  and carcinogenic; is that right?
21      A.   Yes.
22      MS. O'DELL:  Excuse me.
23  BY MR. ZELLERS:
24      Q.   Your second opinion is that

21 (Pages 78 to 81)

Arch I. "Chip" Carson, M.D., Ph.D.

Page 82

1  perineal use of talcum powder results in
2  direct exposure to the ovaries either via
3  inhalation or migration through the female
4  reproductive tract, correct?
5      A.   I would not phrase the opinion
6  in that way, but in general, that is my
7  opinion, yes.
8      Q.   How would you phrase your
9  second opinion?
10      A.   I think my second opinion
11  relates mostly to the direct exposure to the
12  reproductive tract that perineal use of
13  talcum powder produces.
14      Q.   Are you opining as to
15  inhalation as an exposure of talcum powder to
16  women's ovaries?
17          MS. O'DELL:  Object to the
18  form.
19      A.   Only as a secondary route of
20  exposure.
21  BY MR. ZELLERS:
22      Q.   Is it part of your opinions or
23  do you defer to other experts on inhalation?
24      A.   I would include that as my

Page 83

1  opinion.
2      Q.   So you're testifying here today
3  that the perineal use of talcum powder
4  results in direct exposure to the ovaries
5  through migration through the female
6  reproductive tract and that inhalation also
7  results in exposure of talcum powder to the
8  ovaries; is that right?
9      A.   That is correct, but my basic
10  opinion is that perineal use of talcum powder
11  exposes the entire reproductive tract,
12  including the pelvic cavity.  So it's a bit
13  more extensive than your phrasing.
14      Q.   Your third opinion is very
15  similar to your first opinion, except that
16  here you add that it's your opinion that the
17  ovaries are particularly susceptible to the
18  carcinogenicity of talcum powder because they
19  have, in your words, "no intrinsic
20  elimination system"; is that right?
21      A.   That's correct.
22      Q.   Is that something you came up
23  with on your own, no intrinsic elimination
24  system?

Page 84

1          MS. O'DELL:  Object to the
2  form.
3      A.   It's an anatomical fact.  The
4  physiology of the reproductive system does
5  not provide the ovaries with the kind of
6  clearance system that, for example, the lungs
7  would have for inhaled exposures.
8  BY MR. ZELLERS:
9      Q.   The words "no intrinsic
10  elimination system," are those your words or
11  are those words that you've seen reported in
12  another study or another paper?
13      A.   I think that's a fairly generic
14  description, that those are my words.
15      Q.   Your fourth opinion is that you
16  believe that the epidemiological studies on
17  talcum powder and ovarian cancer show about a
18  30% increased risk; is that right?
19      A.   Correct.
20          MS. O'DELL:  Object to the
21  form.
22  BY MR. ZELLERS:
23      Q.   As you told us at the outset,
24  those are all still your opinions, although

Page 85

1  you do believe even stronger that there is a
2  causal association between talcum powder and
3  ovarian cancer; is that right?
4      A.   That's correct.
5      Q.   Have you published on your
6  theory that baby powder causes ovarian
7  cancer?
8      A.   No.
9      Q.   Do you have plans to do that?
10      A.   Not presently.
11      Q.   Have you conducted any tests or
12  experiments to confirm your theory that talc
13  migrates to the ovaries?
14          MS. O'DELL:  Object to the
15  form.
16      A.   These are conclusions that I
17  have drawn based on published literature.  I
18  wouldn't characterize them as a theory.  I
19  think they're pretty much established fact.
20  BY MR. ZELLERS:
21      Q.   I'm going to ask you about all
22  these opinions, and so we'll go through the
23  literature and determine -- or at least I'll
24  ask you questions about why you think that

22 (Pages 82 to 85)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 86

1    some of these matters are established fact.
2         My question is:  Did you do any
3    tests or experiments as part of your review
4    and analysis in this matter?
5         A.    I did not.
6         Q.    Did you do any tests or
7    experiments relating to your opinion that
8    talc causes cancer via inflammation?
9         A.    I did not.
10        Q.    Can you identify any article
11   that identifies inflammation anywhere in a
12   woman's reproductive tract that results from
13   external genital talc application?
14        MS. O'DELL:  Object to the
15        form.
16        A.    I think there are a number of
17   published articles that allude to that
18   relationship and draw a fairly strong
19   conclusion that it exists.
20        MS. O'DELL:  Mike, excuse me,
21        and I'm sorry to interrupt.  We've
22        been going over an hour and a half.
23        Are you at a point where we can take
24        just a short break for...

Page 87

1         MR. ZELLERS:  Sure, we can.
2         Let me just ask these couple of
3         questions, and then we'll take a
4         break.
5         MS. O'DELL:  Sure.
6    BY MR. ZELLERS:
7         Q.    So please identify for me any
8    articles that you have reviewed that identify
9    inflammation anywhere in a woman's
10   reproductive tract resulting from external
11   genital talc application.
12        MS. O'DELL:  Objection to form.
13        A.    I think -- I think the research
14   evidence that includes the epidemiology
15   piece, which is limited to external
16   application of talcum powder, has significant
17   enough correspondence with the biological
18   experimentation literature that it allows us
19   to draw those conclusions.
20   BY MR. ZELLERS:
21        Q.    I understand you've drawn some
22   conclusions here, and I'm going to ask you
23   about these conclusions.
24        But what my question is:  Are

Page 88

1    you aware of any article that identifies
2    inflammation in a woman's reproductive tract
3    resulting from external genital talc
4    application?
5         MS. O'DELL:  Object to the
6         form.
7         A.    I would say that the studies
8    which have looked at that have relied on the
9    result of internal application to show
10   migration.  There have been studies that have
11   shown inflammation as the result of talc, and
12   in my opinion, external application is the
13   same as internal application in the
14   reproductive tract.
15   BY MR. ZELLERS:
16        Q.    I don't mean to be
17   argumentative, and I don't want to be, but
18   can you name me an article that identifies
19   inflammation in a woman's reproductive tract
20   resulting from external genital talc
21   application?
22        MS. O'DELL:  Objection, asked
23        and answered.
24        A.    I can't specifically.

Page 89

1         MR. ZELLERS:  Let's take a
2         break.
3         THE VIDEOGRAPHER:  We're off
4    the record, 10:37, end of Tape 1.
5         (Recess taken, 10:37 a.m. to
6    10:55 a.m.)
7         THE VIDEOGRAPHER:  We're on the
8    record at 10:55, beginning of Tape 2.
9    BY MR. ZELLERS:
10        Q.    Dr. Carson, two of the things
11   that you have reviewed since authoring your
12   report in November of 2018 that you believe
13   support your conclusions in this matter and
14   your opinions in this matter are the draft
15   screening assessment from Health Canada,
16   which we marked as Exhibit 9, and the Taher
17   paper, which has been marked as Exhibit 7; is
18   that right?
19        A.    Yes.
20        Q.    Have you looked into what other
21   public health authorities, other than
22   Health Canada, have had to say about talc and
23   ovarian cancer?
24        A.    Yes, I have.

23 (Pages 86 to 89)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 90

1     Q.    Did you -- strike that.
2           Are you familiar with the
3     Center for Disease Control in the United
4     States?
5     A.    Yes.
6     Q.    Did you review the CDC and its
7     position on any relationship between talcum
8     powder and ovarian cancer?
9     A.    That may have been part of my
10    review, but I don't specifically recall now
11    what the CDC has on that issue.
12    Q.    CDC does not list talc or
13    talcum powder as a risk factor for ovarian
14    cancer, correct?
15    A.    It's quite possible.
16    Q.    Mayo Clinic and a number of
17    medical centers do not list talc as a risk
18    factor for ovarian cancer, correct?
19    A.    That may be true.
20    Q.    Did you consider, or are you
21    familiar with the National Cancer Institute?
22    A.    I am.
23    Q.    National Cancer Institute is a
24    leading health authority in the United

Page 91

1     States; is that right?
2     A.    Yes.
3     Q.    Particularly in the area of
4     cancer and materials that may or may not be
5     carcinogenic; is that right?
6     A.    Well, the National Cancer
7     Institute is responsible for guiding national
8     research policies as it relates to cancers,
9     and that's one of their considerations is
10    substances that may be related to cancer.
11    Q.    When you reviewed what the
12    National Cancer Institute has determined with
13    respect to talcum powder and whether or not
14    it is a risk factor for ovarian cancer, what
15    did you find?
16    A.    The most recent publication
17    that I viewed discounts the relationship.
18    Q.    In fact, the National Cancer
19    Institute has concluded that the weight of
20    the evidence does not support an association
21    between perineal talc exposure and increased
22    risk of ovarian cancer; is that right?
23          MS. O'DELL:  Are you reading a
24          quote from the document?

Page 92

1           MR. ZELLERS:  I'm asking the
2     doctor a question.
3           MS. O'DELL:  Okay.
4           MR. ZELLERS:  So --
5           MS. O'DELL:  That's specific
6     language, and if you have specific
7     language that you're reading from the
8     report or you've taken from the
9     report, I would just ask that you show
10    the doctor.
11          MR. ZELLERS:  Ms. O'Dell, I
12    have my question.  I'm asking my
13    question.  The doctor can either
14    answer my question or not answer my
15    question.  I'm not reading from a
16    document.  I'm reading from my notes.
17          MS. O'DELL:  I object to the
18    form of the question.  I think it's
19    unfair.
20          MR. ZELLERS:  Can you answer
21    that question, Doctor?
22    A.    I would agree that that
23    restates the general opinion of the NCI as
24    published, but in order to verify the

Page 93

1     specific wording, I would need to look at the
2     document.
3     BY MR. ZELLERS:
4     Q.    Why would you rely on
5     Health Canada but not these other public
6     health organizations, including Center for
7     Disease Control and the National Cancer
8     Institute?
9     A.    Well, there are a number of
10    reasons.  There are lots of public health
11    organizations.  Many of them have different
12    interests and different approaches in the way
13    that they address problems.  For example,
14    discussing the National Cancer Institute, its
15    primary focus is on research and treatments
16    regarding cancers, not necessarily causes,
17    but it is a funder of basic research in the
18    United States.
19          Health Canada is an
20    organization whose charge is to -- is to
21    synthesize public health-related positions
22    based on evidence and disseminate those to
23    public -- the public through various
24    healthcare organizations or agencies.  And

24 (Pages 90 to 93)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 94

1    for that reason, I think it's important to
2    look at the different focus.
3        Also, the Health Canada report
4    is a more contemporaneous report, which has
5    been based on more recent science than has
6    been considered either by the NCI or some of
7    the other public health organizations.
8        Q.    The NCI's most recent update to
9    its publication was January of 2019; is that
10   right?
11       MS. O'DELL:  Object to the
12   form.
13       A.    It's current in terms of its
14   publication.  I don't know that it's January
15   of '19; it may be.  But it's still not based
16   on the most recently available literature.
17   BY MR. ZELLERS:
18       Q.    But Health Canada is; is that
19   right?
20       A.    Health Canada is based on more
21   recent literature than the NCI position.
22       Q.    Health Canada and its
23   assessment is based upon the meta-analysis by
24   Taher that we've marked as Exhibit 7; is that

Page 95

1    right?
2        A.    It is.
3        MS. O'DELL:  Object to the
4    form.
5    BY MR. ZELLERS:
6        Q.    You have reviewed that paper
7    and you believe it supports and strengthens
8    your opinions in this case; is that right?
9        A.    Yes.
10       Q.    Does the National Cancer
11   Institute review the peer-reviewed literature
12   as it relates to risk factors for ovarian
13   cancer?
14       A.    They have a number of
15   committees that are set up for that purpose,
16   and it is -- it's a committee approach which
17   is handled by a committee chairperson.  The
18   National Cancer Institute itself has some
19   oversight of that process, but they defer to
20   the committee chairs.
21       Q.    You understand that the Health
22   Canada assessment is a draft; is that right?
23       A.    Yes.
24       Q.    You understand that it's at the

Page 96

1    very beginning of the public comment period,
2    correct?
3        A.    Yes.
4        Q.    You agree that Health Canada
5    can take up to two years to either take
6    action or no action at all; is that right?
7        A.    I don't know that to be the
8    case, but it very well could be.
9        Q.    How did you come to learn of
10   the Health Canada risk assessment?
11       A.    I believe the attorneys let me
12   know about it.
13       Q.    The attorneys for plaintiffs in
14   this matter that retained you?
15       A.    Yes.
16       Q.    Were you involved in the Health
17   Canada risk assessment prior to its
18   publication?
19       A.    No.
20       Q.    Have you submitted any comments
21   to Health Canada?
22       A.    Not yet.
23       Q.    Do you intend to submit
24   comments to Health Canada?

Page 97

1        A.    I might.
2        Q.    What comments do you intend to
3    submit to Health Canada?
4        A.    I haven't formulated them yet.
5        Q.    Outside of litigation, do you
6    generally rely on draft assessments by
7    regulatory agencies?
8        MS. O'DELL:  Object to the
9    form.
10       A.    Yes.
11   BY MR. ZELLERS:
12       Q.    Are you familiar with the
13   precautionary principle?
14       A.    I am.
15       Q.    What is the precautionary
16   principle?
17       A.    The precautionary principle
18   states that changes should take place in the
19   face of a potential hazard until that hazard
20   is proved not to exist.  It's a general
21   precept that's used in the EU, for example,
22   and very different from the one that operates
23   in this country.
24       Q.    The principle in this country

25 (Pages 94 to 97)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 98 |
|---|

1  is that there needs to be scientific evidence
2  in order to take action; is that right?
3        MS. O'DELL:  Object to the
4     form.
5        A.    Yes, that's correct.
6  BY MR. ZELLERS:
7        Q.    The precautionary principle
8  says even before there's full or complete
9  scientific demonstration of cause and effect,
10  it is appropriate to take a precautionary
11  approach; is that right?
12       A.    That's right.
13       Q.    The Health Canada follows --
14  strike that.
15             Health Canada follows and has
16  adopted a precautionary approach; is that
17  right?
18       A.    Yes.
19       Q.    Please review
20  Deposition Exhibit 14.
21             (Carson Deposition Exhibit 14
22       marked.)
23  BY MR. ZELLERS:
24       Q.    Deposition Exhibit 14 is the

| Page 99 |
|---|

1  Health Canada Decision-Making Framework for
2  Identifying, Assessing and Managing Health
3  Risk.
4             Do you see that?
5        A.    Yes.
6        Q.    If you go to page 5 of
7  Exhibit 14 --
8        MS. O'DELL:  Feel free to
9     take -- review the document if you're
10     not familiar with it, Dr. Carson.
11  BY MR. ZELLERS:
12       Q.    One of the underlying
13  principles in the Health Canada
14  decision-making framework is use a
15  precautionary approach; is that right?
16       A.    That's right.
17       Q.    If we go to page 8, Health
18  Canada defines the use of a precautionary
19  approach, and looking at the second sentence:
20  A precautionary approach to decision-making
21  emphasizes the need to take timely and
22  appropriate preventative action, even in the
23  absence of a full scientific demonstration of
24  cause and effect.

| Page 100 |
|---|

1        Did I read that correctly?
2        A.    You did.
3        Q.    Is that your understanding of
4  what a precautionary approach is?
5        A.    Yes.  In general, the
6  precautionary principle can be restated that
7  an ounce of prevention is worth a pound of
8  cure.
9        Q.    Health Canada does not require
10  a finding of causation such as required in
11  litigation matters in this country, the
12  United States; is that right?
13       A.    In order to adopt a document
14  that has a significant effect on general
15  public health practices, no, it does not.
16       Q.    The Taher paper, that's another
17  paper that you have reviewed since you
18  published your report; is that right?
19       A.    Which paper?  I'm sorry.
20       Q.    This is what we've marked as
21  Exhibit 7.  You brought it with you here
22  today?
23       A.    Okay.  Yes.
24       Q.    You've read the Taher 2018

| Page 101 |
|---|

1  manuscript; is that right?
2        A.    Yes.
3        Q.    Where did you obtain that
4  manuscript from?
5        A.    This was obtained directly from
6  one of the coauthors on this study to the
7  plaintiffs' attorneys, who passed it along to
8  me.
9        Q.    So one of the coauthors on this
10  study gave it to the plaintiffs' counsel, who
11  then gave it to you; is that right?
12       A.    That's correct.
13       Q.    Who was the author of this
14  publication, Exhibit 7, that provided the
15  paper to plaintiffs' counsel, if you know?
16       A.    I don't recall.
17       Q.    But one of these authors; is
18  that right?
19       A.    It would -- yes.
20       Q.    Why did you not include this
21  paper on either your reliance list or your
22  literature list?
23       A.    I didn't have it at the time
24  that those were formulated.

26  (Pages 98 to 101)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 102

1    Q.    Did you have access to the
2  appendices and supplemental tables that are
3  referred to in the Taher 2018 publication
4  which we've marked as Exhibit 7?
5    A.    The ones that are not in
6  this -- in this document or --
7    Q.    Yes.
8    A.    Those -- I have not thoroughly
9  examined these, but I do have access to them.
10    Q.    How do you have access to those
11  appendices and supplemental tables?
12    A.    They were also provided to me
13  by plaintiffs' counsel.
14    Q.    Has the Taher publication,
15  which we've marked as Exhibit 7, been peer
16  reviewed?
17    A.    It's in the process.  This is a
18  manuscript that's just been accepted for
19  publication, so it has gone through peer
20  review.
21    Q.    It has gone through peer
22  review --
23    A.    That's my understanding.
24    Q.    -- and Exhibit 7 is the article

Page 103

1  that you believe will be published; is that
2  right?
3    A.    This is a -- this is a working
4  manuscript which has gone through at least
5  part of the peer-review process.  There may
6  be minor edits that occur to this, but this
7  is substantially the final article.
8    Q.    How do you know that?
9    A.    That's the general process of
10  submitting publications to peer-reviewed
11  article -- journals.
12    Q.    How do you know -- I'm sorry,
13  did you finish?
14    A.    I'm finished.
15    Q.    How did you know the status of
16  the peer-review process with respect to
17  Exhibit 7?
18    A.    Because it's been accepted for
19  publication.
20    Q.    How do you know that?
21    A.    That, I was told by the
22  plaintiffs' attorneys.
23    Q.    And you've accepted that; is
24  that right?

Page 104

1    A.    Yes, I have.
2    Q.    Do you know any of the authors
3  of this paper, Exhibit 7?
4    A.    No, I don't.
5    Q.    Do you know the source of
6  funding for this paper?
7    A.    I -- I think the sources of
8  funding are mentioned in here.
9    Q.    Other than what's mentioned in
10  the paper, Exhibit 7, do you have any
11  knowledge as to the sources of funding?
12    A.    There's a combination of
13  sources.  In part, this work is funded
14  through the plaintiffs' attorneys.
15    Q.    Have you communicated with any
16  of the authors of this paper?
17    A.    No.
18    Q.    Do you know the credentials of
19  any of the authors of this paper?
20    A.    I haven't investigated that.
21    Q.    In your epidemiological work
22  outside of litigation, do you rely on
23  articles that are funded at least in part by
24  plaintiffs' counsel in litigation?

Page 105

1    A.    If the articles represent good
2  science, I don't really pay much attention or
3  worry about the funding source.
4    Q.    Do you know what conflicts of
5  interest any of the authors have?
6    A.    I don't know specifically.  I
7  can't recall if they're outlined in here.
8  But the -- those are also evaluated based on
9  the peer-review process.
10    Q.    Do you know whether some of the
11  authors are serving as consultants to
12  plaintiffs' counsel in this litigation?
13    A.    I know that -- no, I don't know
14  that.  Excuse me, I gave an incorrect answer.
15    Q.    Sure.  Correct it, please.
16    A.    I mentioned that part of the
17  funding for this research came from
18  plaintiffs' counsel, and I'm not -- I don't
19  know that that's the case.  I was thinking of
20  another research report when I said that.
21    Q.    Do you know whether or not, at
22  least in part, funding for this paper, the
23  Taher paper, came from plaintiffs' counsel?
24    A.    No, I don't.

27 (Pages 102 to 105)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 106 |
|---|

1    Q.    Taher, this paper, Exhibit 7,
2    concludes that asbestos contamination does
3    not explain ovarian cancer, correct?
4        A.    It does come to that general
5    conclusion.
6        Q.    That's a different conclusion
7    than you have formulated in this matter; is
8    that right?
9        A.    No, it's not.
10        Q.    You agree that asbestos
11    contamination does not explain ovarian
12    cancer; is that right?
13        A.    It doesn't completely explain
14    ovarian cancer.
15        Q.    Does it explain ovarian cancer?
16        MS. O'DELL:  Objection, asked
17    and answered.
18        A.    I -- I don't believe it
19    completely explains ovarian cancer, no.
20    BY MR. ZELLERS:
21        Q.    Turn to page 41 of Exhibit 7.
22    Look at the last three lines of the paper.
23    The authors of the Taher publication state:
24    The similarity of findings between studies

| Page 107 |
|---|

1    published prior to and after this point
2    suggest asbestos contamination does not
3    explain the positive association between
4    perineal use of talc powder and the risk of
5    ovarian cancer.
6        Did I correctly state their
7    conclusion?
8        A.    Well, there was a final clause
9    of the sentence, but yes, you correctly read
10    that.
11        Q.    The Taher authors also
12    discussed the lack of consistency among the
13    various talcum powder studies; is that right?
14        MS. O'DELL:  Object to the
15    form.
16        A.    I'm sorry, could you repeat
17    that question?
18    BY MR. ZELLERS:
19        Q.    Sure.
20        You looked at the Bradford Hill
21    factors in formulating your opinion; is that
22    right?
23        A.    Yes.
24        Q.    One of the Bradford Hill

| Page 108 |
|---|

1    factors is consistency; is that right?
2        A.    Yes.
3        Q.    You, in fact, are opining in
4    this case that there is consistency among the
5    talcum powder ovarian cancer studies and
6    publications; is that right?
7        A.    Yes.
8        Q.    The authors of the Taher paper
9    disagree with that conclusion; is that right?
10        MS. O'DELL:  Object to the
11    form.
12        A.    I don't think they disagree
13    with that.
14    BY MR. ZELLERS:
15        Q.    Turn to page 25, Table 2.  This
16    is, again, something that you have reviewed
17    in preparation for your deposition; is that
18    right?
19        A.    Well, I didn't review it in
20    preparation for the deposition, but I've
21    reviewed it recently.
22        Q.    At the request of plaintiffs'
23    counsel, correct?
24        A.    Yes.

| Page 109 |
|---|

1        Q.    Table 2 is a summary of
2    evidence for each of the Hill criteria of
3    causation as applied to perineal application
4    of talc and ovarian cancer.
5        Do you see that?
6        A.    Yes.
7        Q.    Under Consistency, they state
8    that 15 out of 30 studies reported positive
9    and significant associations; is that right?
10        A.    Yes.
11        Q.    15 out of 30, that's 50%,
12    right?
13        A.    Yes.
14        Q.    50% is no better than a coin
15    toss; is that right?
16        MS. O'DELL:  Object to the
17    form.
18        A.    Well, I would have to also
19    mention that the majority of those 30 studies
20    found positive associations.  These are the
21    ones that showed positive associations that
22    rose to the level of statistical
23    significance.
24        ///

28 (Pages 106 to 109)

Arch I. "Chip"  Carson, M.D., Ph.D.

1    BY MR. ZELLERS:
2        Q.    If an association is not
3    statistically significant, then it can be due
4    to chance; is that right?
5        A.    But if it's due to chance over
6    and over and over again, and you keep getting
7    a positive association, that argues very
8    strongly against the chance as being the only
9    factor.
10       Q.    Can you answer my question: A
11   lack of a statistically significant
12   association is consistent with or can be
13   consistent with no risk, correct?
14           MS. O'DELL: Objection to form,
15       asked and answered.
16       A.    If you're referring to an
17   individual study, that might be the case;
18   however, when considering the Bradford Hill
19   criterion of consistency, you look at the
20   overall body of the literature and what it
21   tells you.
22           There's an obvious statistical
23   trend toward positive connection between
24   talcum powder perineal application and the

1    occurrence of ovarian cancer, and the more
2    evidence that mounts, the more strongly that
3    association is proven.
4    BY MR. ZELLERS:
5        Q.    Would you say that 15 out of 30
6    means there are consistent results across
7    studies?
8        A.    I think I've just explained to
9    you how I believe there are consistent
10   results across studies.
11       Q.    The authors of the Taher paper
12   also conclude that they do not find a
13   consistent dose-response in the papers that
14   look at perineal application of talc and
15   ovarian cancer; is that right?
16           MS. O'DELL: Object to the
17       form.
18       A.    Well, what they actually say is
19   that about half of the epidemiological
20   studies assess only one level of talc
21   exposure, ever versus never. So it's not
22   possible from those studies to establish a
23   biological gradient.
24           However, there are a number of

1    studies that have shown a biological gradient
2    at -- especially in relation to some of the
3    subtypes of ovarian cancer.
4    BY MR. ZELLERS:
5        Q.    And I'm going to ask you about
6    those questions, but right now I'm just
7    asking you about the Taher paper.
8        A.    Well, I'm trying to just
9    completely answer your question.
10       Q.    I'm asking you about the Taher
11   paper. You understand?
12       A.    Yes. This is all from the
13   Taher paper that I read you.
14       Q.    Section 3.3.1 talks about
15   evidence from human studies. That's on
16   page 20; is that right?
17       A.    Yes.
18       Q.    This section talks about
19   whether or not there is a consistent
20   dose-response found in those studies; is that
21   right?
22           MS. O'DELL: What sentence are
23       you pointing to?
24           MR. ZELLERS: I'm asking the

1    doctor questions based upon his review
2    of the paper, Ms. O'Dell.
3           MS. O'DELL: Okay. Feel free
4    to review it, Doctor, if you need to.
5           THE WITNESS: I'm just taking a
6    look at this section.
7    BY MR. ZELLERS:
8        Q.    And if it helps you, look on
9    page 21, lines 174 through 177.
10          (Document review.)
11   BY MR. ZELLERS:
12       Q.    I only want to ask you about
13   two sentences. Are you ready for me to ask
14   you my question?
15       A.    Just one moment, please.
16       Q.    Sure.
17          (Document review.)
18          THE WITNESS: All right, I'm
19   ready for your question.
20   BY MR. ZELLERS:
21       Q.    The Taher paper states that
22   many of the studies only reported on the
23   ovarian cancer risk assessing one exposure
24   category and that exposure response analyses

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 114

1    were not done in all studies; is that right?
2         A.    Yes.
3         Q.    When conducted, findings from
4    trend analyses were not consistent; is that
5    correct?
6              MS. O'DELL:  Object to the
7    form.
8         A.    Yes.
9    BY MR. ZELLERS:
10        Q.    All right.  With respect -- I'm
11   done with that paper.
12             You discuss your opinion
13   number 1 on page 7 of your report; is that
14   right?
15        A.    Yes.
16        Q.    You first state on page 7 that
17   you believe talcum powder is immunogenic and
18   produces chronic inflammation in the tissues;
19   is that right?
20        A.    Yes.
21        Q.    You state that other components
22   in talcum powder, including mineral fibers,
23   asbestos, fibrous talc, carcinogenic metals
24   and other chemicals intensify the

Page 115

1    inflammatory response and stimulate cell
2    growth and proliferation; is that right?
3         A.    Yes.
4         Q.    Other than asbestos, what
5    mineral fibers in talc intensify the
6    inflammatory response?
7         A.    Well, the endogenous fibrous
8    talc fibers also intensify the response.
9         Q.    Other than asbestos and fibrous
10   talc fibers, what mineral fibers in talc do
11   you believe intensify the inflammatory
12   response?
13        A.    I'm not really able to answer
14   that question because I don't have a specific
15   opinion about it.  I'm not a geologist.
16        Q.    Are the other chemicals that
17   you refer to in this section fragrance
18   chemicals?
19        A.    Yes.
20        Q.    Any others?
21        A.    None that are intentionally
22   added.
23        Q.    You claim, again on page 7,
24   that talcum powder produces chronic

Page 116

1    inflammation in the tissues in which it
2    sequesters; is that right?
3         A.    Yes.
4         Q.    Assuming for the moment that
5    talc can reach the ovaries, is it your
6    opinion that talc produces chronic
7    inflammation in the ovaries and that this
8    somehow leads to ovarian cancer?
9         A.    It is my opinion that talc
10   produces chronic inflammation in the
11   epithelial tissues of the ovaries and
12   surrounding epithelial tissues and leads to
13   both carcinogenesis initiation and promotion.
14        Q.    There are no reports in the
15   literature of externally applied talc leading
16   to inflammation, granulomas, fibrosis or
17   adhesions anywhere along a woman's
18   reproductive tract, correct?
19             MS. O'DELL:  Object to the
20   form, asked and answered.
21        A.    Well, that's similar to the
22   question that you asked earlier, and although
23   I'm not aware of experimental reports that
24   specifically jive with that condition,

Page 117

1    certainly there are a lot of theoretical
2    reports that have been published.
3              For example, Dr. Ness' article
4    from '99 lays out the theory of inflammation
5    and relates that to talc exposure from
6    perineal application.
7    BY MR. ZELLERS:
8         Q.    This is your colleague,
9    Dr. Ness; is that right?
10        A.    Ness, and Coussens, when she
11   was at Pittsburgh.
12        Q.    Dr. Ness, you showed her your
13   report and asked for her comments; is that
14   right?
15        A.    I didn't show her the report.
16        Q.    Well, you talked to her about
17   and showed her your conclusions and your
18   opinions; is that right?
19        A.    No, I talked to her about the
20   paper.
21        Q.    Her paper?
22        A.    Yes.
23        Q.    Did you share with her that you
24   were going to be an expert for the plaintiffs

30 (Pages 114 to 117)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 118

1    in this litigation?
2        A.    No, I didn't.
3        Q.    Did she wonder or ask why it
4    was that you were researching or looking into
5    this issue?
6        A.    She -- I think she may have,
7    yeah.
8        Q.    And what did you tell her?
9        A.    I told her I had been recently
10   asked to look into it.
11       Q.    Did you tell her that you'd
12   been asked to look into it by counsel for
13   plaintiffs in the talc litigation?
14       A.    No, I didn't.
15       Q.    And that never came up; is that
16   right?
17       A.    It didn't.
18       Q.    And she never talked to you or
19   told you about her experience and her work as
20   counsel -- strike that, as an expert for
21   plaintiffs; is that your testimony?
22       A.    Yes.  It was a very brief
23   conversation.
24       Q.    If up to 50% of all U.S. women

Page 119

1    have used genital talc, shouldn't there be
2    studies which have shown inflammation,
3    granulomas, fibrosis or adhesions in a
4    woman's reproductive tract?
5            MS. O'DELL:  Object to the
6    form.
7        A.    Well, there are studies that
8    show those things.
9    BY MR. ZELLERS:
10       Q.    Please, tell me the published
11   studies that demonstrate inflammation,
12   granulomas, fibrosis or adhesions in a
13   woman's reproductive tract from externally
14   applied talc?
15       A.    Well, you're adding a new
16   condition now.
17       Q.    I'm sorry if I didn't add that
18   before.
19       A.    There are multiple studies that
20   show inflammation and other inflammatory
21   reactions in connection with the occurrence
22   of ovarian cancer.
23            The piece that you're now
24   asking for is the external application of

Page 120

1    talc relating to that, and to my knowledge,
2    there are no experimental reports or case
3    reports that can document that at the current
4    time.
5        Q.    Granulomas, fibrosis and
6    adhesions do not cause ovarian cancer,
7    correct?
8            MS. O'DELL:  Object to the
9    form.
10       A.    The inflammatory process that
11   is intimately connected with granuloma
12   formation may well be the same process that
13   results in mutation and promotion of ovarian
14   cancer.  So I -- I could not agree completely
15   with your statement.
16   BY MR. ZELLERS:
17       Q.    Is there a good scientific
18   basis today to opine that granulomas,
19   fibrosis or adhesions cause ovarian cancer?
20           MS. O'DELL:  Object to the
21   form.
22       A.    No, I don't think they cause
23   ovarian cancer.
24           ///

Page 121

1    BY MR. ZELLERS:
2        Q.    Would you agree that not all
3    inflammatory conditions lead to cancer?
4        A.    Yes.
5        Q.    It's true that all of us
6    experience inflammatory reactions of one sort
7    or another, including chronic conditions,
8    that do not lead to cancer, correct?
9        A.    That's correct.  Although there
10   is a strong relationship between inflammatory
11   processes and the occurrence of cancers, and
12   some of those inflammatory diseases that
13   you're referring to also have associations
14   with increased rates of cancers.
15           MR. ZELLERS:  Move to strike as
16   nonresponsive.
17   BY MR. ZELLERS:
18       Q.    Rheumatoid arthritis is an
19   inflammatory condition; is that right?
20       A.    Yes, it is.
21       Q.    Does it increase the risk of
22   ovarian cancer?
23       A.    I think I -- it does -- it's
24   not associated with ovarian cancer, but I

31 (Pages 118 to 121)

Arch I. "Chip" Carson, M.D., Ph.D.

Page 122

1  think it may be associated with other
2  cancers.
3      Q.   Does -- strike that.
4          Is psoriasis an inflammatory
5  condition?
6      A.   Generally, it is.
7      Q.   Is it associated with an
8  increased risk of ovarian cancer?
9      A.   Not that I'm aware.
10     Q.   In your report you state that
11 inflammation is a normal body process that
12 leads to the thwarting of infection and rapid
13 healing; is that right?
14     A.   That's correct.
15     Q.   If your inflammation theory is
16 correct, why doesn't inflammation generally,
17 such as in pelvic inflammatory disease, cause
18 ovarian cancer?
19     A.   It may do so.
20     Q.   You are opining under oath here
21 that pelvic inflammatory disease causes
22 ovarian cancer?
23     A.   I think there are experts who
24 have concluded that.

Page 123

1      Q.   What study are you relying on
2  for that opinion or statement?
3      A.   That's not part of the opinions
4  that I've been asked to consider in this --
5  in this case.
6      Q.   As you sit here, can you cite
7  me a publication or a study that finds that
8  pelvic inflammatory disease causes ovarian
9  cancer?
10         MS. O'DELL:  Object to the
11     form.
12     A.   Well, I have -- I have a list
13 of studies that relate inflammation to
14 ovarian cancer and other cancers.
15 BY MR. ZELLERS:
16     Q.   Can you name me a study or a
17 publication?
18     A.   Okay.  I think I have my list
19 here.
20     Q.   You brought other materials
21 with you?
22     A.   I brought this list.
23     Q.   All right.  Well, what list are
24 you pulling out of your pocket?

Page 124

1      A.   This is a list that I've put
2  together of some of the studies I've
3  considered and how they relate to things I
4  might testify to today.
5      Q.   Why did you not tell me about
6  your list that you brought with you today
7  before now?
8      A.   Well, I'm telling you about it
9  now.
10     Q.   My question is why did you not,
11 when I asked you what you brought to the
12 deposition today, not take the list out and
13 show us the list?
14     A.   I didn't think of it.
15     Q.   Okay.  We'll mark your list as
16 Deposition Exhibit 15.
17         (Carson Deposition Exhibit 15
18     marked.)
19 BY MR. ZELLERS:
20     Q.   These are a number of notes,
21 four pages of notes.  Are these all your
22 notes?
23     A.   Yes.
24     Q.   First page has got a section of

Page 125

1  articles on asbestos and ovarian cancer; is
2  that right?
3      A.   Yes.
4      Q.   It also has inflammation and
5  cancer and a number of studies; is that
6  right?
7      A.   Yes.
8      Q.   Second page has got cohort,
9  where you've listed out the four cohort
10 studies; is that right?
11     A.   Yes.
12     Q.   Beneath that are the
13 meta-analyses where you've listed those out
14 and made some notes on those, correct?
15     A.   Yes.
16     Q.   The back page of the second
17 page has got a listing of a number of the
18 case-control studies, correct?
19     A.   Yes.  Those are duplicated on
20 another page.
21     Q.   The third page has got a
22 section on migration and studies that you're
23 looking at for that proposition, correct?
24     A.   Correct.

32 (Pages 122 to 125)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 126

1     Q.    Underneath that, ovarian cancer
2 risk; is that right?
3     A.    Yes.
4     Q.    Underneath that, talc and other
5 cancer; is that right?
6     A.    Yes.
7     Q.    And then on the last page,
8 page 4, is a listing of the case-control
9 studies with the odds ratios and confidence
10 intervals; is that right?
11     A.    For the most part, yes.
12     Q.    All right.  So looking now at
13 your list of studies that you have prepared,
14 which study demonstrates or supports the
15 proposition that pelvic inflammatory disease
16 causes ovarian cancer?
17     A.    Looking through here, I don't
18 have that item specifically in my notes, but
19 I'm just using my notes to refresh my memory
20 about the individual research report.  I
21 think the Coussens and Werb paper from 2010
22 talks about general mechanisms of
23 inflammation in relation to the occurrence of
24 ovarian cancer.

Page 127

1         And there's the Ness and
2 Cottreau paper from '99.
3         Okada has discussed it in the
4 2007 paper.  And there's a paper from 2001
5 which is Balkwill and Mantovani which
6 discusses the relationship between talc and
7 ovarian cancer and also discusses the
8 relationship to other sources of
9 inflammation.
10     Q.    Each of those papers that
11 you've identified you believe state that
12 pelvic inflammatory disease is a cause of
13 ovarian cancer, correct?
14         MS. O'DELL:  Object to the
15     form.
16     A.    Well, I don't think they state
17 that in so many words, but if you read the
18 paper and you understand that -- what pelvic
19 inflammatory disease is and its relationship
20 to inflammatory processes in general, yes,
21 that's what they're saying.
22 BY MR. ZELLERS:
23     Q.    Doctor, my question to you was:
24 Are you aware of any papers in which the

Page 128

1 authors conclude that pelvic inflammatory
2 disease causes ovarian cancer?  Do you
3 believe each of the authors in the studies
4 that you've identified, that their studies
5 stand for that proposition?
6         MS. O'DELL:  Object to form,
7     asked and answered.
8     A.    I think all of the studies that
9 I've identified for this question do allude
10 to that, yes.
11 BY MR. ZELLERS:
12     Q.    That pelvic inflammatory
13 disease causes ovarian cancer, correct?
14     A.    That it is a -- it's a factor,
15 yes.
16     Q.    It's a cause.  That's what they
17 state in those papers, right?
18         MS. O'DELL:  Object to the
19     form.
20 BY MR. ZELLERS:
21     Q.    That's your testimony?
22         MS. O'DELL:  Excuse me,
23     misstates his testimony.  Object to
24     the form.

Page 129

1     A.    I would say it's a factor and
2 leave it at that.
3 BY MR. ZELLERS:
4     Q.    All right.  Are you familiar
5 with pleurodesis?
6     A.    I am.
7     Q.    Does a pleurodesis cause
8 cancer?
9     A.    It is not known to, although it
10 might.
11     Q.    Are you familiar with the
12 study, 1979, A survey of the long-term
13 effects of talc and kaolin pleurodesis?
14     A.    Can tell me who the author of
15 that was?
16     Q.    Sure.  The author is -- this is
17 from the Research Committee of the British
18 Thoracic Association.  The members of the
19 subcommittee were Chappell, Johnson, Charles,
20 Wagner, Seal, Berry and Nicholson.
21         Are you familiar with that
22 paper?
23     A.    I'm not familiar with the
24 paper.  I may have looked at it in the past.

33 (Pages 126 to 129)

Arch I. "Chip"  Carson, M.D., Ph.D.

|  | Page 130 |
|---|---|

1     Q.   We'll take a look at it.  We'll
2   mark it as Deposition Exhibit 16.
3          (Carson Deposition Exhibit 16
4   marked.)
5     A.   Thank you.
6     MS. O'DELL:  Thank you.
7   BY MR. ZELLERS:
8     Q.   This was a study that looked at
9   the association between pleurodesis and lung
10  cancer; is that right?
11    A.   Yes.
12    Q.   It's a study that you cite on
13  page 1 of your literature list; is that
14  right?
15    A.   Okay.  Yes.
16    Q.   So you've read it; is that
17  right?
18    A.   I have.
19    Q.   You've considered it; is that
20  right?
21    A.   Yes.
22    Q.   They looked at 210 patients
23  that underwent a pleurodesis with talc or
24  kaolin 14 to 40 years before; is that right?

|  | Page 131 |
|---|---|

1     A.   That's correct.
2     Q.   And they found that there was
3   no increased incidence of lung cancer and no
4   cases of mesothelioma; is that right?
5     A.   That's correct.
6     Q.   Why don't -- well, strike that.
7          You're aware of the studies
8   that have looked at antiinflammatory drugs
9   and aspirin use with respect to whether or
10  not they're associated with -- let me
11  withdraw that.
12         Are you familiar with the NSAID
13  and aspirin use studies relating to the
14  incidence of ovarian cancer in chronic users?
15    A.   I'm familiar with some of
16  those, yes.
17    Q.   If your theory is correct that
18  inflammation causes ovarian cancer, then you
19  would expect that the studies of NSAIDs and
20  aspirin use, antiinflammatory drugs that
21  reduce inflammation, would consistently
22  reduce the incidence of ovarian cancer,
23  correct?
24         MS. O'DELL:  Object to the

|  | Page 132 |
|---|---|

1   form.
2     A.   I think that was the hypothesis
3   of those research reports.
4   BY MR. ZELLERS:
5     Q.   And, in fact, the NSAID studies
6   do not find a consistent causal reduction in
7   the risk of ovarian cancer; is that right?
8     A.   I think that's correct.
9     Q.   In your report you also state
10  that studies show that use of cornstarch
11  instead of talcum powder reduces the risk of
12  ovarian cancer; is that right?
13    A.   Yes.
14    Q.   If inflammation causes cancer,
15  why would cornstarch be a superior
16  alternative to talc?
17    A.   The reason is that cornstarch,
18  being a biological product, is much -- it
19  does have a rapid clearance from the body,
20  even when sequestered, in comparison with a
21  mineral substance like talc.
22    Q.   Well, in fact, cornstarch
23  causes or increases the risk of inflammation,
24  granulomas, fibrosis and adhesions, correct?

|  | Page 133 |
|---|---|

1     A.   It may, yes.
2     Q.   Just like you claim talcum
3   powder increases the risk of inflammation,
4   granulomas, fibrosis and adhesions; is that
5   right?
6          MS. O'DELL:  Object to the
7   form.
8     A.   I think you are -- you're
9   parsing terms here.  That list of things were
10  your words.  I was agreeing with the
11  relationship between talc and inflammation in
12  ovarian epithelial tissue and the production
13  or granulomas.  I did not discuss the
14  relationship between talc and adhesions or
15  fibrosis.  There was one other thing on your
16  list.
17  BY MR. ZELLERS:
18    Q.   Well, in fact, the FDA has
19  banned the use of cornstarch as a powder for
20  lubricating surgical gloves; is that right?
21    A.   It has, but that's not the
22  reason.
23    Q.   Well, the reason that they
24  banned the use of cornstarch is because it

34 (Pages 130 to 133)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 134 | Page 136 |
|---|---|

**Page 134**

1  presented an unreasonable and substantial
2  risk of illness or injury and that that risk
3  cannot be corrected or eliminated by
4  labeling, correct?
5      A.   I don't know the specific
6  language.  It looks like you're reading from
7  a Federal Register document.
8           The main reason that cornstarch
9  has been banned as a lubricant in gloves is
10 because of the potential for transmission of
11 primarily respiratory problems through
12 inhalation, mostly by co-workers, not by
13 patients.
14     Q.    You do agree that cornstarch
15 has been banned by the FDA for use in
16 surgical gloves; is that right?
17     A.    All powdered gloves have been
18 essentially banned from hospitals and
19 operating rooms now.
20     Q.    You also talk about
21 inflammation and oxidative stress; is that
22 right?
23     A.    Yes.
24     Q.    Does the presence of oxidative

**Page 136**

1      Q.    Why do you have to have a
2  special definition of "oxidative stress"?
3  I'm asking simply:  Is there a publication or
4  a study which documents that oxidative stress
5  is involved in the development of ovarian
6  cancer?
7           MS. O'DELL:  Object to the
8      form.
9      A.    Sure.
10 BY MR. ZELLERS:
11     Q.    And what paper are you going to
12 point me to?
13     A.    Well, I'll point you to the
14 Ness paper to begin with, because it was one
15 of the earlier papers that related oxidative
16 stress from talc to the occurrence of ovarian
17 cancer.  But the relationship between
18 inflammation, which essentially is the source
19 of the oxidative stress, and cancer goes all
20 the way back into the 19th Century in terms
21 of its proposal as a rationale.
22     Q.    Is oxidative stress a variation
23 of inflammation as you're using that term
24 relating to a potential cause of ovarian

**Page 135**

1  stress in a tissue indicate that cancer will
2  develop in that tissue?
3      A.    No.
4      Q.    If exposure to a substance
5  causes oxidative stress in certain tissue,
6  does that mean exposure of all other tissues
7  to that substance will cause oxidative stress
8  in those tissues?
9      A.    Not necessarily.
10     Q.    Does the body have protective
11 mechanisms that can limit tissue damage from
12 oxidative stress?
13     A.    Yes.
14     Q.    Do all substances that cause
15 oxidative stress also cause cancer?
16     A.    I'm not sure the answer to that
17 question is known.
18     Q.    Are there any studies or
19 publications that indicate that oxidative
20 stress is involved in the development of
21 ovarian cancer?
22     A.    If I can define the term
23 "oxidative stress," I could give you an
24 answer to that, that question.

**Page 137**

1  cancer?
2      A.    It's a component of
3  inflammation.
4      Q.    As a toxicologist, how would
5  you define fibrous talc?
6      A.    Fibrous talc is a form of talc
7  that is conformed into elongated structures
8  that have an aspect ratio of length greater
9  than width that is different from the
10 majority of talc which is the platy form.
11     Q.    Do you consider yourself to be
12 an expert on fibrous talc?
13     A.    No, I don't.
14     Q.    Do you consider yourself to be
15 an expert on oxidative stress?
16     A.    I have dealt a lot with issues
17 of oxidative stress and health effects
18 resulting from it.
19     Q.    Do you consider yourself to be
20 an expert in oxidative stress?
21           MS. O'DELL:  Objection, asked
22     and answered.
23     A.    I'm not a specific expert in
24 oxidative stress, but I can -- I can opine

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 138 |
| --- |

1    regarding my professional understanding and
2    training.
3    BY MR. ZELLERS:
4         Q.    You've never been involved in
5    terms of any research or publication on the
6    subject of oxidative stress and any
7    association with ovarian cancer, correct?
8         A.    Not in terms of ovarian cancer,
9    no.
10        Q.    You have not been involved in
11    any research or publication relating to the
12    subject of inflammation and its association
13    with ovarian cancer, correct?
14        A.    No.  All right.  Yes, correct.
15        Q.    Yes, it is correct?  Okay.
16             You claim that the presence of
17    asbestos and fibrous talc further intensifies
18    the carcinogenic effect of talc; is that
19    right?
20        A.    Yes.
21        Q.    Is that statement different
22    from the statement directly above where you
23    allege that asbestos and mineral fibers
24    intensify the inflammatory response and

| Page 139 |
| --- |

1    stimulate the cell growth and proliferation?
2         A.    It's not different, no.
3         Q.    Are your opinions dependent on
4    talc containing carcinogenic asbestos and/or
5    fibrous talc?
6         A.    No.
7         Q.    Do you believe that talcum
8    powder without asbestos causes ovarian
9    cancer?
10        A.    I believe talcum powder causes
11    ovarian cancer.  I have not seen any research
12    done on talcum powder that has been shown not
13    to contain asbestos.
14        Q.    Your assumption that you have
15    made in formulating your opinions here is
16    that talcum powder contains asbestos; is that
17    right?
18        A.    No.
19        Q.    What assumption have you made
20    as to whether or not talcum powder contains
21    either asbestos or fibrous talc?
22             MS. O'DELL:  Object to the
23        form.
24        A.    Looking at the research

| Page 140 |
| --- |

1    reports, the epidemiology first, is looking
2    at the relationship between perineal use of
3    dusting powders, talcum powders and ovarian
4    cancer.
5             Although there have been
6    efforts in some of those studies to
7    characterize the proportion or the
8    ingredients that would be either asbestos or
9    fibers, that's not done in all cases, and
10    it's not ruled out in any cases.
11            The -- also, the research
12    studies that have been performed, the
13    testing, for example, of the products
14    themselves are replete with reports of
15    components of these powders that are fibrous
16    in nature.
17            MR. ZELLERS:  Move to strike as
18        nonresponsive.
19    BY MR. ZELLERS:
20        Q.    Do you believe that all talcum
21    powder products that are on the market
22    contain asbestos?
23            MS. O'DELL:  Object to the
24        form.

| Page 141 |
| --- |

1         A.    I don't know.
2    BY MR. ZELLERS:
3         Q.    Does it matter to your opinion
4    as to whether or not the talcum powder
5    products, and particularly the talcum powder
6    products involved in this case, contain
7    asbestos?
8         A.    I wouldn't have a way to be
9    able to answer that yes or no.
10        Q.    Do you -- strike that.
11            Have you reached a conclusion
12    as to whether or not the talcum powder
13    products involved in this case contain
14    fibrous talc?
15        A.    I think that most of them do.
16        Q.    Does all of the talcum powder
17    contain fibrous talc or just some of it?
18        A.    Certainly a lot of it does.
19        Q.    The basis for your conclusion
20    that the talcum powder at issue in this case
21    contains fibrous talc is the testing reports
22    that plaintiffs' attorneys gave you?
23            MS. O'DELL:  Object to the
24        form.

36 (Pages 138 to 141)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 142 | Page 144 |
|---|---|
| 1      A.   Yes.  Also Longo's publications | 1         MS. O'DELL:  Object to the |
| 2  and reports. | 2     form. |
| 3  BY MR. ZELLERS: | 3      A.   That wasn't my charge.  I defer |
| 4      Q.   You have reviewed the Longo | 4  to the other experts in this case. |
| 5  reports; is that right? | 5  BY MR. ZELLERS: |
| 6      A.   Yes. | 6      Q.   Do you have an opinion on what |
| 7      Q.   Have you ever met with him? | 7  type of asbestos you believe is in the talcum |
| 8      A.   No. | 8  powder products at issue in this case? |
| 9      Q.   Do you know his qualifications? | 9      A.   Well, there have been various |
| 10      A.   I looked at his qualifications | 10  types shown, but I think for the most part |
| 11  at one point, but I don't recall exactly what | 11  it's tremolite and anthophyllite. |
| 12  it is at this stage. | 12      Q.   Are you familiar with |
| 13      Q.   Ever hear of him before this | 13  crocidolite? |
| 14  lawsuit, your getting involved in the talc | 14      A.   Yes. |
| 15  litigation back in October of 2018? | 15      Q.   Is crocidolite found in talcum |
| 16      A.   No. | 16  powder or baby powder? |
| 17      Q.   Have you reviewed any of | 17      A.   It's not commonly found in it. |
| 18  Longo's testing where he did not find | 18      Q.   You believe that the |
| 19  asbestos? | 19  asbestos -- types of asbestos that may be in |
| 20      A.   I -- the only thing I've | 20  the talcum powder at issue in this case is |
| 21  reviewed are what's present in those reports | 21  tremolite and acidolite [sic]? |
| 22  that I cited. | 22         MS. O'DELL:  Objection. |
| 23      Q.   Were you provided by counsel | 23      A.   Anthophyllite.  There are |
| 24  for plaintiffs with any testing reports from | 24  others found, but you asked for most common. |

| Page 143 | Page 145 |
|---|---|
| 1  Longo where he did not find asbestos? | 1  BY MR. ZELLERS: |
| 2      A.   There are some of those listed | 2      Q.   Most common you believe are |
| 3  in his reports. | 3  tremolite and anthophyllite? |
| 4      Q.   Have you reviewed the FDA's | 4      A.   Anthophyllite. |
| 5  testing of talcum powder products? | 5      Q.   Anthophyllite.  Those two; is |
| 6      A.   The FDA didn't really do much | 6  that right? |
| 7  testing of talcum powder products. | 7      A.   Yes. |
| 8      Q.   Have you reviewed the FDA's | 8      Q.   What types of asbestos are |
| 9  testing of talcum powder products? | 9  associated with ovarian cancer? |
| 10         MS. O'DELL:  Objection, vague. | 10      A.   Well, I'll go back to my list |
| 11      A.   The only FDA testing that I | 11  again.  Crocidolite is associated with |
| 12  looked at was the -- I have it referenced in | 12  ovarian cancer in the Acheson report from |
| 13  my list, but the FDA, based on a | 13  1982, which was from female gas mask |
| 14  recommendation, requested samples from | 14  manufacturers in England who made gas masks |
| 15  various companies, I think nine different | 15  during the period of the Second World War, |
| 16  sources of talc.  They received four and | 16  and crocidolite is associated with that with |
| 17  tested those.  And based on their test method | 17  a fairly high relative risk of 2.96. |
| 18  determined that there was not a -- not | 18  Chrysotile asbestos had also a positive |
| 19  evidence of a significant hazard. | 19  relative risk of 1.74. |
| 20  BY MR. ZELLERS: | 20         There was a study of factory |
| 21      Q.   Have you made any effort to | 21  workers and pipe laggers in east London, |
| 22  quantify the amount of any alleged | 22  which is the Berry report from 2000, that |
| 23  contaminant in the Johnson & Johnson Consumer | 23  showed a relative risk of 2.53, and those |
| 24  talcum powder? | 24  workers were exposed to primarily asbestos |

Arch I. "Chip"  Carson, M.D., Ph.D.

## Page 146

1  cement products and plasters, so the --
2      Q.    What type of asbestos, if you
3  know?
4      A.    That would have been primarily
5  amphibole asbestos types, which would include
6  crocidolite and tremolite and anthophyllite,
7  amosite is in that category.
8          Bertolotti in 2008 published a
9  report -- actually, there were several
10  reports that resulted from the Eternit
11  factory studies in Casale Monferrato in
12  Italy, which was a plant that manufactured
13  cement sheet and corrugated tubing, and there
14  were a number of studies that showed elevated
15  relative risks in persons exposed to asbestos
16  in that work, and that would also have been
17  amphibole asbestos types.
18      Q.    The studies that you've recited
19  for us, those are all occupational studies;
20  is that right?
21      A.    Yes.  I've got a lot more.
22      Q.    Well, and it's on your list,
23  which we marked as Exhibit 15; is that right?
24      A.    That's correct.

## Page 147

1      Q.    All right.  Those studies did
2  not involve the perineal application of
3  talcum powder products; is that right?
4          MS. O'DELL:  Object to the
5  form.
6      A.    It was not a factor in the
7  study.
8  BY MR. ZELLERS:
9      Q.    Crocidolite and chrysotile
10  asbestos has generally not been found in
11  talcum powder products, correct?
12      A.    In general, that's the case.
13      Q.    Was there ever a point in time
14  where you believe that the talcum powder
15  products involved in this case were not
16  contaminated with asbestos?
17          MS. O'DELL:  Objection to form,
18  vague as to time.
19      A.    My understanding is that Imerys
20  and their predecessors and Johnson & Johnson
21  made significant efforts to reduce components
22  of asbestos in their talc products over a
23  number of years and made step-wise progress
24  in doing that.

## Page 148

1          But based on my current
2  understanding, I don't believe they've ever
3  been totally successful in doing so.
4          So in answer to your question,
5  which I think was, was there ever a point in
6  time where you believe the talcum powder
7  products involved in this case were not
8  contaminated with asbestos, no.
9  BY MR. ZELLERS:
10      Q.    You cite in your report,
11  page 5, to two exhibits to the depositions of
12  John Hopkins and Julie Pier in support of
13  your opinion that talcum powder products
14  contain asbestos; is that right?
15      A.    That's correct.
16      Q.    Looking at page 5, footnote 1,
17  you cite to Exhibit Hopkins-28 in the Hopkins
18  deposition and Exhibit Pier-47 in the Pier
19  deposition; is that right?
20      A.    That's correct.
21      Q.    Are you aware that those
22  exhibits were created by plaintiffs' counsel?
23          MS. O'DELL:  Objection to form.
24      A.    I didn't -- I -- I don't know

## Page 149

1  that and doesn't matter to me.
2  BY MR. ZELLERS:
3      Q.    Do you know where the data in
4  those exhibits come from?
5      A.    Well, they come from the two
6  persons who are testifying who have produced
7  them from their -- mostly from their business
8  records.
9      Q.    Okay.  So you believe that
10  Exhibit Hopkins-28 to the Hopkins deposition
11  and Exhibit Pier-47 to the Pier deposition
12  come from the business records of the
13  Johnson & Johnson Company and Imerys?
14      A.    From the most part, there was
15  a -- there was a table that was constructed
16  during the deposition which was sort of a
17  piece of summary information.  I don't know
18  if it's an exhibit to the deposition or if
19  it's something separate from that, but it
20  would not have been from business records,
21  but occurred at the deposition itself.
22          MS. O'DELL:  Excuse me,
23  Dr. Carson, would you like to see a
24  copy of exhibit -- of the Hopkins

38 (Pages 146 to 149)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 150

1    Exhibit Hopkins-28 and Pier
2    Exhibit Pier-47 in answering these
3    questions?
4          THE WITNESS:  If that's easy to
5    do, yes.
6          MS. O'DELL:  It's very easy to
7    do.  This is a copy of
8    Exhibit Hopkins-28 of the Hopkins
9    deposition and Exhibit Pier-47 of the
10   Pier deposition.
11         THE WITNESS:  Okay.
12   BY MR. ZELLERS:
13       Q.    Dr. Carson?
14       A.    Yes, sir.
15       Q.    Did you make any effort to
16   investigate the alternative explanations for
17   the data that's contained in those two
18   exhibits, Exhibit Hopkins-28 and
19   Exhibit Pier-47?
20       A.    Alternative explanations, I'm
21   not sure what you mean by that.
22       Q.    If the Johnson & Johnson
23   company -- companies' scientists and Imerys'
24   scientists opined that those tests don't

Page 151

1    actually show asbestos, you have no expertise
2    to dispute that, do you?
3          MS. O'DELL:  Object to the
4    form.
5       A.    No, I don't have any personal
6    expertise to dispute that.
7    BY MR. ZELLERS:
8       Q.    Do you know whether or not any
9    of the talc product that is identified on
10   Exhibit Hopkins-28 and Exhibit Pier-47 was
11   actually used in the talcum powder products
12   that were sold by the Johnson & Johnson
13   Consumer Products company?
14         MS. O'DELL:  Objection to form.
15      A.    I -- it's my understanding that
16   some of these results, at least -- in
17   particular from the Pier deposition, that
18   some of these results were from testing that
19   was done on material that had already been
20   shipped and probably incorporated into
21   products.
22   BY MR. ZELLERS:
23      Q.    Do you know whether or not any
24   of the talc that is referred to on the two

Page 152

1    exhibits you're looking at,
2    Exhibit Hopkins-28 and Exhibit Pier-47, were
3    included in talcum powder product sold by J&J
4    Consumer Products?
5          MS. O'DELL:  Objection to the
6    form, asked and answered.
7       A.    No, I don't.
8    BY MR. ZELLERS:
9       Q.    Have you confirmed -- strike
10   that.
11         What amount of asbestos
12   exposure is associated with ovarian cancer?
13      A.    Any.
14      Q.    Your testimony under oath is
15   that any asbestos exposure is associated with
16   ovarian cancer?
17      A.    Any asbestos exposure and any
18   perineal application of talcum powder is
19   associated with an increased risk for ovarian
20   cancer.
21      Q.    The amount of asbestos
22   contained -- or allegedly contained within
23   the baby powder is of no consequence,
24   correct?

Page 153

1          MS. O'DELL:  Object to the
2    form.
3       A.    No, it is of consequence, and a
4    larger dose would be a greater hazard.  But
5    that doesn't mean that a low dose is not a
6    hazard.
7    BY MR. ZELLERS:
8       Q.    My question is:  Do you know
9    the amount of alleged asbestos exposure
10   that's associated with ovarian cancer?
11      A.    No.
12      Q.    Do you know the type of ovarian
13   cancer that asbestos is associated with?
14         MS. O'DELL:  Object to the
15   form.
16      A.    It's associated mostly with the
17   collection of epithelial ovarian cancers --
18   BY MR. ZELLERS:
19      Q.    What --
20      A.    -- primarily serous.
21      Q.    Does the type of ovarian cancer
22   vary based upon the type of asbestos?
23      A.    Not that I'm aware of.
24      Q.    You believe that all types of

39 (Pages 150 to 153)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 154

1  asbestos can produce all types of ovarian
2  cancer; is that correct?
3      MS. O'DELL:  Object to the
4    form.
5      A.    I suspect that some forms of
6  asbestos are much more carcinogenic than
7  others, and that would be true for the
8  ovaries as well as other structures in the
9  body.
10 BY MR. ZELLERS:
11     Q.    Are you able to distinguish for
12 us what types of asbestos cause or are
13 associated with what types of ovarian cancer?
14     A.    I don't think I'm able to make
15 those distinctions, but the studies I just
16 read to you regarding the relationship
17 between asbestos and ovarian cancer and the
18 others on my list do indicate that there are,
19 for example, in the Acheson study, there
20 were -- there was a positive relationship
21 between both crocidolite and chrysotile
22 exposure, and the crocidolite had a greater
23 effect on ovarian cancer than the chrysotile,
24 but did not have -- they were both positive.

Page 155

1      Q.    What type of ovarian cancer?
2      A.    That, I don't know at the
3  moment.  I could look in the paper and see if
4  it's listed.
5      Q.    There are a number of different
6  types of ovarian cancer; is that right?
7      A.    That's correct.
8      Q.    You are not familiar with J&J
9  Consumer Products' procedures for milling or
10 mining; is that right?
11     MS. O'DELL:  Object to the
12   form.
13     A.    I'm familiar with some of their
14 procedures, yes.
15 BY MR. ZELLERS:
16     Q.    Are you familiar with their
17 testing of source mines?
18     A.    To some extent.
19     MS. O'DELL:  Object to the
20   form.
21 BY MR. ZELLERS:
22     Q.    Is it set forth in your report,
23 or is that just background information that
24 you looked at?

Page 156

1      A.    That's background information
2  and my personal knowledge.
3      Q.    You are not going to give an
4  opinion on mines, mining or milling in this
5  case; is that right?
6      A.    Depends on the questions.
7      Q.    Well, as you sit here today, do
8  you intend to give opinions on talc mining,
9  mines or milling?
10     A.    It wasn't my intention, but if
11 asked a question that I think I'm qualified
12 to answer, I'll try to do it.
13     Q.    Are you an expert on talc
14 mining and milling?
15     A.    I'm an expert on industrial
16 processes in general, and if -- I have some
17 personal understanding of talc mining and
18 milling.
19     Q.    Have you been personally
20 involved in talc mining and milling?
21     A.    I haven't been involved in it;
22 I've observed it.
23     Q.    Do you consider yourself to be
24 an expert in talc mining and milling?

Page 157

1      MS. O'DELL:  Objection, asked
2    and answered.
3      A.    No, I don't.
4  BY MR. ZELLERS:
5      Q.    You have no independent basis
6  to say that cosmetic talc contains asbestos,
7  correct?
8      MS. O'DELL:  Object to the
9    form.
10     A.    What do you mean by independent
11 basis?
12 BY MR. ZELLERS:
13     Q.    You have not done any testing
14 of talcum powder to determine whether it
15 contains asbestos or not; is that right?
16     A.    No.  All of my understanding is
17 based on other sources.
18     Q.    And those other sources would
19 be, in part, the testing that was done by
20 Longo; is that right?
21     A.    Yes, as well as the testing
22 that's reported in the -- in the literature
23 section as the Imerys test results and
24 quality control materials.

40 (Pages 154 to 157)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 158

1        Q.    You're looking now back at the
2   Pier Exhibit Pier-47 and the Hopkins
3   Exhibit Hopkins-28; is that right?
4        A.    I was actually referring to the
5   Imerys documents that are referenced toward
6   the end of the literature exhibit to my
7   report, but certainly the Exhibit Pier-47
8   would be included there.
9        Q.    You have no independent basis
10  to say that cosmetic talcum powder contains
11  fibrous talc, correct?
12        MS. O'DELL:  Object to the
13  form.
14        A.    I have no independent basis,
15  no.
16  BY MR. ZELLERS:
17        Q.    You're familiar with the
18  limitations of the research on a potential
19  link between asbestos and ovarian cancer; is
20  that right?
21        MS. O'DELL:  Object to the
22  form.
23        A.    I'm familiar with some research
24  limitations in that question, yes.

Page 159

1   BY MR. ZELLERS:
2        Q.    You agree that research on the
3   potential relationship between asbestos and
4   ovarian cancer has only considered a small
5   number of cases; is that right?
6        MS. O'DELL:  Object to the
7   form.
8        A.    Well, it's considered thousands
9   of cases.  Certainly in terms of the number
10  of women who have experienced ovarian cancer
11  it's small, but it's significant, and that's
12  where we get research from that answers
13  important questions.
14  BY MR. ZELLERS:
15        Q.    Are you familiar with the Reid
16  paper, 2011?
17        A.    Yes, but it's been a while
18  since I've looked at it.
19        Q.    Well, I'll hand you a copy.
20  We'll mark it as Exhibit 17.
21        (Carson Deposition Exhibit 17
22  marked.)
23        MS. O'DELL:  Thank you.
24        ///

Page 160

1   BY MR. ZELLERS:
2        Q.    The Reid paper that I've handed
3   you, what we've marked as Exhibit 17, looks
4   at the issue:  Does exposure to asbestos
5   cause ovarian cancer.
6        Is that right?
7        A.    Yes.
8        Q.    They talk about in terms of
9   limitations on the first page, right-hand
10  column, they say:  Studies that have examined
11  this issue have been limited for two major
12  reasons.
13        Is that right?
14        A.    Yes.
15        Q.    Number one, small number of
16  cases, much fewer women than men have been
17  exposed to asbestos, particularly in more
18  heavily exposed occupational settings where
19  relative risks are higher; is that right?
20        A.    Yes.
21        Q.    How many of these studies --
22  well, strike that.
23        Would you agree that the
24  studies in this area have been primarily

Page 161

1   related to occupational exposure?
2        A.    Primarily, yes.
3        Q.    How many total women have been
4   studied?
5        MS. O'DELL:  Object to the
6   form.  In this study, in this paper,
7   or are you talking about in general?
8        MR. ZELLERS:  In general.
9        A.    I don't know the answer to
10  that.
11  BY MR. ZELLERS:
12        Q.    How many women have been
13  studied in nonoccupational studies?
14        A.    Well, very few in comparison to
15  the occupational studies.
16        Q.    Are you aware of the
17  difficulties that have existed over time in
18  distinguishing between peritoneal
19  mesothelioma and ovarian cancer?
20        A.    Yes.
21        Q.    What are those difficulties?
22        A.    There is a potential
23  misclassification of one as the other because
24  they have very common habits.  They look very

41 (Pages 158 to 161)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 162

1   similar under light microscopy, and they're
2   often difficult to distinguish, even by a
3   pathologist, unless special tests are used.
4           Often these cases occur in
5   places where they don't have the access to
6   special test equipment that can definitively
7   distinguish, and so they are classified and
8   we move on.
9       Q.    Another limitation of any
10  studies in this area relate to the inability
11  to account for nonoccupational risk factors
12  for ovarian cancer other than age; is that
13  right?
14          MS. O'DELL:  Object to the
15  form.
16      A.    Are you reading also from this
17  paper or --
18  BY MR. ZELLERS:
19      Q.    I was looking now at the
20  Camargo paper.  Are you familiar with the
21  Camargo paper?
22      A.    If you have a copy of that, I'd
23  like to look at it, if I'm going to answer
24  questions about it.

Page 163

1       Q.    All right.  This is a paper in
2   2011.  We'll mark it as Exhibit 18.
3           (Carson Deposition Exhibit 18
4   marked.)
5   BY MR. ZELLERS:
6       Q.    Here the authors also looked at
7   the issue of occupational exposure to
8   asbestos and ovarian cancer; is that right?
9       A.    Yes.
10      Q.    If you turn to page 216 -- I'm
11  sorry, 1216, second-to-last paragraph before
12  the conclusion:  A further limitation of our
13  analysis was its inability to account for
14  nonoccupational risk factors for ovarian
15  cancer other than age.
16          Is that identified by the
17  authors as a limitation?
18      A.    Yes, it is.
19      Q.    Under -- if you go a page back,
20  1215, under Discussion, in the second
21  paragraph, the authors talk about other
22  studies that have been done in this area,
23  including Edelman; is that right?
24          MS. O'DELL:  If you need to

Page 164

1   take a minute to refresh yourself on
2   the page --
3           MR. ZELLERS:  I'm looking under
4   Discussion.
5           MS. O'DELL:  -- please feel
6   free to do that.
7           Excuse me, sir, I was talking.
8   If you need to review the paper,
9   Dr. Carson, please feel free to do
10  that.
11          MR. ZELLERS:  This doctor has
12  given 35 depositions.  He is perfectly
13  capable of handling himself.  He does
14  not need your advice as we go along.
15          MS. O'DELL:  Nor do I, Michael.
16  So I'm going to deal with this witness
17  in the way I choose, which is
18  perfectly appropriate.  If Dr. Carson
19  needs to review the paper, he's going
20  to review the paper.  You may ask him
21  questions, he'll be happy to respond.
22          MR. ZELLERS:  Your job is not
23  to coach the witness; your job is to
24  make objections as to form or

Page 165

1   foundation, not to make speaking
2   objections and coaching of the
3   witness.
4           MS. O'DELL:  If you have a
5   question, I'm sure Dr. Carson would be
6   happy to address it.
7           MR. ZELLERS:  I've asked him
8   the question.
9           MS. O'DELL:  Would you mind
10  repeating the question, please?
11          MR. ZELLERS:  Sure.
12          THE WITNESS:  I don't remember
13  the question.
14          MR. ZELLERS:  Okay.  I'll be
15  happy to repeat it.
16  BY MR. ZELLERS:
17      Q.    Dr. Carson, you've looked at
18  this Camargo paper; is that right?
19      A.    Yes.
20      Q.    In their discussion, they talk
21  about other research, including research done
22  by Edelman; is that right?
23      A.    Are you at the top of the
24  middle column on --

42 (Pages 162 to 165)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 166

1     Q.    I'm looking under Discussion.
2     A.    Yes.
3     Q.    The first -- well, the second
4  paragraph.
5     A.    Second paragraph, yes.
6     Q.    The magnitude of the pooled
7  estimate is similar to that reported by
8  Edelman; is that right?
9     A.    Correct.  Correct.
10    Q.    Then they state:  They
11 concluded, however, that despite the positive
12 and significant association, there was
13 insufficient information to infer that
14 ovarian cancers were caused by occupational
15 exposure to asbestos because of concerns
16 about tumor misclassification, inappropriate
17 comparison populations and the failure to
18 take into account for known risk factors.
19       Did I read that --
20    A.    You read that correctly.
21    Q.    All right.  Are women who use
22 talc perineally at greater risk of
23 mesothelioma?
24    A.    I can't say that they are, but

Page 167

1  they may be.
2     Q.    Wouldn't you expect to find
3  higher rates of other cancers in women using
4  talc like mesothelioma if they are being
5  exposed to substantial amounts of asbestos?
6     A.    Well, we may -- we may be
7  seeing some mesotheliomas that are
8  misclassified as ovarian cancers, or we may
9  be seeing mesotheliomas and not relating talc
10 application as a pertinent contributor to
11 that case.
12    Q.    You told us earlier that you
13 thought that there may have been more
14 asbestos in talcum powders in the 1970s; is
15 that right?
16       MS. O'DELL:  Objection to form.
17    A.    I think I said there have been
18 step-wise improvements, and I -- but I agree
19 with that statement.
20 BY MR. ZELLERS:
21    Q.    Shouldn't we have seen higher
22 rates of ovarian cancer in the earlier
23 studies --
24       MS. O'DELL:  Object --

Page 168

1  BY MR. ZELLERS:
2     Q.    -- if your theory is correct?
3       MS. O'DELL:  Object to the
4  form.
5     A.    There may have been higher
6  rates of ovarian cancers, but you have to
7  also understand that the latency period for
8  ovarian cancer is pretty long.  It's greater
9  than 20 years, often as long as 40 years.
10 And so we're still dealing with cancers that
11 may have started back in the '70s.
12 BY MR. ZELLERS:
13    Q.    Would you agree that exposure
14 to asbestos through a perineal cosmetic talc
15 use is different from the heavy occupational
16 exposure that has primarily been researched?
17       MS. O'DELL:  Objection to form.
18    A.    Yes.  I agree with that.
19 BY MR. ZELLERS:
20    Q.    Are you an expert and
21 knowledgeable about cleavage fragments?
22    A.    I'm not.
23    Q.    If I went through a series of
24 questions and asked you to differentiate

Page 169

1  between cleavage fragments and asbestos
2  fibers, you would defer that to other
3  experts?
4     A.    I would.
5     Q.    You also claim that the
6  presence of carcinogenic metals, including
7  chromium, cobalt and nickel in talc, adds to
8  its carcinogenicity; is that right?
9     A.    That is right.
10    Q.    Do you have an opinion or
11 knowledge as to the amounts of chromium,
12 cobalt and nickel, if any, in talc?
13    A.    Those metal elements are
14 included as -- usually as impurities or in
15 very small quantities in some deposits and
16 are present in small amounts.
17    Q.    Do you have any idea how much
18 of these metals, if any, reaches a woman's
19 ovaries each time they use talc?
20    A.    I can't tell you how much, but
21 I can tell you that some does, and it is --
22 it remains in the talc until long after it
23 reaches the ovaries.
24    Q.    Chromium, cobalt and nickel are

43 (Pages 166 to 169)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 170

1   natural elements; is that right?
2       A.   Yes.
3       Q.   They are naturally in our
4   bodies; is that right?
5       A.   That's correct.
6       Q.   They are present in food,
7   drinking water, bottled water, vitamins; is
8   that right?
9       A.   To some extent.
10      Q.   Do you have any evidence that
11  the blood or tissue levels of any trace heavy
12  metals are higher in genital talc users
13  compared to nonusers?
14          MS. O'DELL:  Object to the
15      form.
16      A.   I do not.
17  BY MR. ZELLERS:
18      Q.   As we discussed when we talked
19  about asbestos, you cannot evaluate the
20  potential effects of exposure to a substance
21  without factoring in the amount of exposure;
22  is that right?
23          MS. O'DELL:  Object to the
24      form.

Page 171

1       A.   It's useful to factor in the
2   amount if the amount is known.  If the amount
3   is not known, it's not necessarily required
4   to draw conclusions.
5   BY MR. ZELLERS:
6       Q.   In this case, you do not know
7   the amount, be it chromium, cobalt and/or
8   nickel; is that right?
9           MS. O'DELL:  Objection to the
10      form.
11          Excuse me.  Dr. Carson, as you
12      know, is not being offered as a
13      case-specific expert, so that question
14      sounds like a specific patient, and so
15      I would -- that's my objection.
16      A.   I do not know the amount, but
17  my opinion is that any within the
18  microenvironment of the inflammatory process
19  that is occurring due to talc sequestration
20  is contributing to the carcinogenic
21  potential.
22  BY MR. ZELLERS:
23      Q.   But you don't know for any
24  individual plaintiff their level of exposure

Page 172

1   to chromium, cobalt or nickel or any other
2   heavy metal; is that right?
3       A.   That is correct.
4       Q.   That answer to that question
5   would be true if I asked you about the
6   different fragrance chemicals, correct?
7           MS. O'DELL:  Object to the
8       form.
9       A.   Also true.
10  BY MR. ZELLERS:
11      Q.   You did a risk assessment in
12  this matter; is that right?
13      A.   Yes.
14      Q.   Do you agree that a complete
15  and proper risk assessment involves four
16  elements?
17          MS. O'DELL:  Object to the
18      form.
19      A.   Not necessarily.
20  BY MR. ZELLERS:
21      Q.   Well, you have to identify a
22  potential hazard; is that right?
23      A.   Yes.
24      Q.   You've got to do some type of

Page 173

1   dose-response assessment; is that right?
2       A.   Not necessarily.
3       Q.   You --
4           MS. O'DELL:  Excuse me.  If you
5       finished -- if you need to,
6       Dr. Carson, if you're not finished.
7       If you're finished, fine.  Sorry.
8       A.   A qualitative risk assessment
9   does not necessarily require a dose-response
10  in order to reach valid conclusions.
11  BY MR. ZELLERS:
12      Q.   It is not necessary to do a
13  dose-response assessment as part of a risk
14  assessment.  Is that your testimony under
15  oath?
16      A.   It's not always necessary.
17      Q.   Was it necessary in this case?
18      A.   Well, I think there is an
19  aspect of dose-response that was performed in
20  the risk assessment process here.
21      Q.   What dose-response assessment
22  did you make with respect to chromium, cobalt
23  and nickel and any other heavy metal?
24      A.   There's no information

44 (Pages 170 to 173)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 174

1  available to do a dose-response estimate for
2  those metals.
3      Q.    What information did you rely
4  or use, if any, to make a dose-response
5  assessment with respect to any fragrance
6  chemicals?
7          MS. O'DELL:  Objection, form.
8      A.    There is no information
9  available to do a dose-response estimate for
10  the fragrances.
11  BY MR. ZELLERS:
12      Q.    Did you do any type of exposure
13  assessment in this case?
14          MS. O'DELL:  Object to the
15      form, vague.
16      A.    I'm not sure exactly what
17  you're -- what you're asking by exposure
18  assessment.
19  BY MR. ZELLERS:
20      Q.    Well, an exposure assessment is
21  also part of a risk assessment; is that
22  right?
23      A.    In this risk assessment, I
24  considered studies that are reported in the

Page 175

1  scientific and medical literature which have
2  reported the assessment of exposure in these
3  cases in various forms, and I considered
4  those exposure assessments as being valid as
5  reported and considered them as a whole.
6      Q.    Did you look at any exposure
7  assessment specific to the alleged heavy
8  metals contained in talcum powder?
9          MS. O'DELL:  Object to the
10      form.
11      A.    No, I did not.
12  BY MR. ZELLERS:
13      Q.    Did you look at any exposure
14  assessment with respect to any fragrance
15  chemicals contained within talcum powder?
16          MS. O'DELL:  Object to the
17      form.
18      A.    With respect to the fragrance
19  chemicals and the heavy metals, the only
20  exposure assessment that I was able to do was
21  verify that these things were present in
22  materials.
23          The fragrances are always
24  present in whatever form they were added in,

Page 176

1  and the metals were there as the baseline
2  component of the talc formation that they
3  came from.
4  BY MR. ZELLERS:
5      Q.    You do not know the amounts of
6  either the heavy metals or the fragrance
7  chemicals in the talcum powder at issue in
8  this case, correct?
9      A.    That's -- that's correct, I
10  don't.
11      Q.    You do not know -- well, strike
12  that.  I'll withdraw that.
13          You brought with you an IARC
14  monograph; is that right?
15      A.    I have a couple of them.
16      Q.    All right.
17          MS. O'DELL:  Are we going to --
18      are you going to move to --
19          MR. ZELLERS:  We can take a
20      break if you'd like.
21          MS. O'DELL:  Yeah, it's been
22      about an hour and a half.
23          MR. ZELLERS:  Sure.
24          THE VIDEOGRAPHER:  We're off

Page 177

1  the record 12:32, end of Tape 2.
2          (Recess taken, 12:32 p.m. to
3      1:38 p.m.)
4          THE VIDEOGRAPHER:  We're on the
5      record, 1:38, beginning of Tape 3.
6  BY MR. ZELLERS:
7      Q.    Dr. Carson, when we left, we
8  were talking about the trace metals and
9  fragrance chemicals in talcum powder,
10  correct?
11      A.    Yes.
12      Q.    You do not know how much of
13  these trace metals or fragrance chemicals
14  reach the ovaries, correct?
15      A.    I don't know specifically how
16  much reaches it, but if I know it's a
17  component of the talc, and if I know the talc
18  reaches it, then I know some of the metals
19  and the fragrances reach it.
20      Q.    You don't know the component or
21  the amount of either the trace metals or the
22  fragrance chemicals in the baby powder,
23  correct?
24      A.    That's correct.

45 (Pages 174 to 177)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 178

1      Q.    You do not know the exposure of
2   any of the women who are plaintiffs in this
3   litigation to the talcum powder, correct?
4          MS. O'DELL:  Individual women?
5          MR. ZELLERS:  Yes, individual
6   women.
7      A.    I don't, no.
8   BY MR. ZELLERS:
9      Q.    You brought with you an IARC
10  monograph, and I think you've got several
11  monographs that are on your literature list;
12  is that right?
13     A.    That's correct.
14     Q.    Generally, IARC classifies
15  chemicals and agents from Group 1,
16  carcinogenic to humans, down to Group 4,
17  probably not carcinogenic to humans; is that
18  right?
19     A.    That's correct.
20     Q.    Does the classification of a
21  substance as a known probable or possible
22  carcinogen by IARC, and IARC is International
23  Agency for Research on Cancer, or by the
24  National Toxicology Program or the U.S.

Page 179

1   Environmental Protection Agency, mean that
2   the substance can cause all types of cancers
3   in humans by any exposure route?
4          MS. O'DELL:  Object to the
5   form.
6      A.    No.
7   BY MR. ZELLERS:
8      Q.    There are different cancers
9   that may be associated with different
10  chemicals or agents; is that right?
11     A.    And different routes of
12  exposure.
13     Q.    You can have an agent that is a
14  carcinogen or a probable or possible
15  carcinogen for one type of cancer, but not
16  for another type of cancer, correct?
17     A.    That's correct.
18     Q.    You can have an agent or a
19  chemical that's a carcinogen for one route of
20  exposure for a chemical or agent but is not
21  carcinogenic for a different route of
22  exposure, correct?
23          MS. O'DELL:  Objection to form.
24     A.    Yes.

Page 180

1   BY MR. ZELLERS:
2      Q.    What -- would you agree that,
3   in general, metals can differ in their
4   toxicity and potential carcinogenicity based
5   on their form?
6      A.    Yes.
7      Q.    Do you know the forms of
8   chromium, nickel and cobalt detected in
9   cosmetic talc?
10     A.    There's -- metal ions are
11  usually incorporated in the mineral lattice,
12  and so they are part of the magnesium
13  silicate crystal.
14     Q.    I'm not sure if that answers my
15  question, and if it does, I don't understand,
16  so let me ask again.
17          Do you know the forms, and by
18  that I mean valence state, of chromium or
19  nickel or cobalt that have been detected in
20  cosmetic talc?
21     A.    Oh, the valence state?
22     Q.    Yes, sir.
23     A.    I don't know specifically, but
24  that's dependent on the surrounding structure

Page 181

1   that the metals are contained in, and metals
2   can assume a different valence state
3   depending on the redox environment.
4      Q.    You are not, at least in this
5   litigation today, expressing any opinion as
6   to the valence state of chromium that may be
7   found in cosmetic talc, correct?
8          MS. O'DELL:  Object to the
9   form.
10     A.    No, I'm not.
11  BY MR. ZELLERS:
12     Q.    Your second opinion is that the
13  perineal use of talcum powder results in
14  direct exposure to the ovaries either via
15  inhalation or migration through the female
16  reproductive tract; is that right?
17     A.    Well, it's primarily through
18  the female reproductive tract.  The
19  inhalation exposure would be a secondary
20  route.
21     Q.    Let me ask you a couple of
22  questions about inhalation exposure.
23          You do not cite any studies in
24  the body of your report evidencing that

46 (Pages 178 to 181)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 182

1   talcum powder can reach the ovaries through
2   inhalation, correct?
3          MS. O'DELL:  Object to the
4   form.
5          A.    That is correct, although
6   there -- yes, that's correct.
7   BY MR. ZELLERS:
8          Q.    You have never performed any
9   study yourself pertaining to whether inhaled
10  talc can migrate to the ovaries; is that
11  right?
12         A.    I have not, although it has
13  been used as an explanation of how talc
14  particles might have reached the ovaries in
15  persons who did not have another form of
16  exposure.
17         Q.    If inhalation is the exposure
18  path for talc, shouldn't the lungs bear more
19  of a burden?
20         A.    Yes.
21         Q.    Why, then, isn't there an
22  epidemic of mesothelioma in women who use
23  talcum powder?
24         A.    Because the primary route is

Page 183

1   perineal via the reproductive tract.
2          Q.    You discuss that on page 7 of
3   your report; is that right?
4          A.    Yes.
5          Q.    You cite a number of studies
6   for the proposition that talc can be
7   transported from the perineum to the upper
8   reproductive tract and body cavity; is that
9   right?
10         A.    That's correct.
11         Q.    None of the articles that you
12  cite actually looked at whether talc can
13  migrate from perineal application through the
14  fallopian tubes to the ovaries, did they?
15         A.    Let me just refresh my memory
16  for a moment here.  Egli was carbon black.
17  Venter was radioactive technetium labeled
18  albumin.  Let me see.  Blumenkrantz -- I have
19  my notes here.
20               Yeah, I can't remember what the
21  substance was in Blumenkrantz.  Sjösten,
22  starch -- yeah, Blumenkrantz was retrograde
23  menstruation.  Halme was talc.
24         Q.    Which study was talc?

Page 184

1          A.    The -- I'm sorry.  The Heller
2   study was talc, which I didn't cite here.
3   Halme was a retrograde menstruation study via
4   the fallopian tubes, and Sjösten was starch
5   particles.
6          Q.    The only study -- and this is
7   not one that you cited, but you've now
8   referred to that involved talc, was Heller;
9   is that right?
10         A.    Well, it looked at -- it didn't
11  look at transport inasmuch as it looked at
12  the presence of talc particles in the ovaries
13  and found them with or without the history of
14  talc powder use.
15         Q.    Heller looked at 24 patients;
16  is that right?
17         A.    I don't know, but that sounds
18  about right.
19         Q.    Half of them had a history of
20  using talc products, half did not?
21         MS. O'DELL:  Object to form.
22         A.    That's correct.
23  BY MR. ZELLERS:
24         Q.    Heller found talc in the

Page 185

1   tissues of all 24 patients; is that right?
2          A.    That is correct.
3          Q.    I believe we covered this
4   before, but just to confirm:  There are no
5   published articles that you're aware of that
6   show granulomas, fibrosis or adhesions
7   anywhere in the reproductive tract of a woman
8   as a result of external genital talc
9   application, correct?
10         MS. O'DELL:  Object to the
11  form.
12         A.    I believe that's the case,
13  although there have been granulomas found in
14  some cases of cancer where they reported
15  having used talc.
16  BY MR. ZELLERS:
17         Q.    Of the cases or the studies you
18  cited here, Egli, that involved just three
19  women, correct?
20         A.    That was just -- that was an
21  experimental study of the transport of carbon
22  particles.
23         Q.    The women were in a lithotomy
24  position; is that right?

47 (Pages 182 to 185)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 186

1    A.    That's correct.
2    Q.    And that means that they had
3  their legs up in the air, correct?
4    A.    Correct.
5    Q.    Those conditions -- well,
6  strike that.
7        They were injected with
8  oxytocin; is that right?
9    A.    It is.
10    Q.    That was to aid in the
11  transport of the particles, correct?
12        MS. O'DELL:  Object to the
13    form.
14    A.    I believe that was the author's
15  theory.
16  BY MR. ZELLERS:
17    Q.    Those are different
18  circumstances or conditions from a woman who
19  would apply a talc to her genital area
20  standing up, correct?
21    A.    Well, they are, but I'm not
22  sure that that position is really pertinent
23  to the migration of particles through the
24  reproductive tract.

Page 187

1    Q.    Is it your pos- -- is it your
2  testimony that if a woman is in a lithotomy
3  position with their legs up into the air,
4  that that is comparable with respect to the
5  migration of talc to a woman who's standing
6  up and using it in her perineal region?
7    A.    It may be.
8    Q.    Are you an expert on that?
9    A.    I'm not.
10    Q.    The authors in Egli, they
11  stated it was possible that the study
12  observed false positives due to sample
13  contamination because they failed to use
14  liquid or filter blanks as negative controls,
15  correct?
16    A.    I don't recall that, but that
17  may be the case.
18    Q.    You refer to a study by Venter.
19  That involved a radioactive particulate
20  matter, correct?
21    A.    Yes.
22    Q.    Did not involve talc particles,
23  correct?
24    A.    The point of the study was --

Page 188

1  of all these studies -- that they were using
2  various particles that could be detected at
3  the other end, and so this was an attempt to
4  do an experimental study which would cause no
5  harm that would give them an answer regarding
6  transport through the reproductive tract.
7    Q.    In this study, particles were
8  introduced into the reproductive tract, not
9  externally; is that right?
10        MS. O'DELL:  Object to the
11    form.
12    A.    That is correct.
13  BY MR. ZELLERS:
14    Q.    Women were given Pitocin to
15  stimulate uterine contractions; is that
16  right?
17    A.    That's the same as oxytocin.
18    Q.    And that's a yes, correct?
19    A.    Yes.
20    Q.    Again, as with the Egli study,
21  the women were inverted in the Trendelenburg
22  position with their head down, legs up when
23  the particles are administered; is that
24  right?

Page 189

1    A.    I believe so.
2    Q.    Is it possible that the
3  radionuclides can leach from the particles?
4    A.    I don't know the answer to
5  that, but it was radioactive technetium that
6  was bound to albumin.
7    Q.    The Sjösten study that you
8  cite, that did not use -- involve the
9  perineal use of talc, but an exam with a
10  force to the cervix; is that right?
11    A.    Excuse me.  An exam with what?
12    Q.    So it involved an exam with
13  force to the cervix?
14        MS. O'DELL:  Object to the
15    form.
16    A.    Well, this was -- this was done
17  as an experimental study on women who were
18  scheduled to get hysterectomies and they did
19  it on some women one day prior to the
20  hysterectomy and another group of women four
21  days prior to the hysterectomy, and they used
22  gloves that were powdered with starch and
23  gloves that were not powdered with starch.
24        And so they had what's called a

48 (Pages 186 to 189)

Arch I. "Chip"  Carson, M.D., Ph.D.

|  | Page 190 |
| --- | --- |
| 1 | Latin square design, and they were able at |
| 2 | the point of the hysterectomy of taking |
| 3 | samples of the fallopian tubes and washing |
| 4 | them to determine whether or not particles |
| 5 | were found in the tubes. |
| 6 | BY MR. ZELLERS: |
| 7 | Q.    What they actually found was |
| 8 | that, whether the women were examined with |
| 9 | gloves with the starch particles or not, they |
| 10 | found starch particles in both, both groups, |
| 11 | correct? |
| 12 | A.    It is true. |
| 13 | Q.    Tubal ligation, you refer to |
| 14 | tubal ligation and use that or purport to say |
| 15 | that that supports your migration theory, |
| 16 | correct? |
| 17 | A.    It does. |
| 18 | Q.    Your testimony is that for |
| 19 | patients who have had a tubal ligation, that |
| 20 | they are at a lesser risk of the talc -- let |
| 21 | me withdraw that. |
| 22 | Explain to us very briefly why |
| 23 | you believe that tubal ligation supports your |
| 24 | migration theory. |

|  | Page 191 |
| --- | --- |
| 1 | A.    If the pathway of exposure of |
| 2 | the ovaries that results in ovarian cancer is |
| 3 | via the reproductive tract, then tubal |
| 4 | ligation, which closes off the fallopian |
| 5 | tubes, would interrupt that pathway and |
| 6 | result in reduced exposure; therefore, you |
| 7 | would expect a reduced incidence of cancer in |
| 8 | those women. |
| 9 | Q.    In fact, though, that is not |
| 10 | what has been reported or at least that has |
| 11 | not been consistently reported in the |
| 12 | studies; is that right? |
| 13 | A.    Well, it actually has been a |
| 14 | positive factor in a number of the |
| 15 | epidemiologic studies that have looked at the |
| 16 | ovarian cancer incidence and have been able |
| 17 | to include tubal ligation as a historical |
| 18 | factor in their analysis. |
| 19 | Q.    Did you look at the Terry 2013 |
| 20 | meta-analysis? |
| 21 | A.    Yes. |
| 22 | Q.    You cite that in support of |
| 23 | your positions in this case; is that right? |
| 24 | A.    I did. |

|  | Page 192 |
| --- | --- |
| 1 | Q.    In fact, in Terry -- well, and |
| 2 | let me mark it for you so you've got it in |
| 3 | front of you. |
| 4 | THE WITNESS:  Okay.  I'm going |
| 5 | to move this binder for the time |
| 6 | being, if you don't mind. |
| 7 | MR. ZELLERS:  Oh, yes, I'll |
| 8 | hand you the articles that I refer to, |
| 9 | but if you need it, just pull it out. |
| 10 | THE WITNESS:  Thank you. |
| 11 | (Carson Deposition Exhibit 19 |
| 12 | marked.) |
| 13 | BY MR. ZELLERS: |
| 14 | Q.    Deposition Exhibit 19 is the |
| 15 | 2013 Terry meta-analysis that you referred to |
| 16 | in your report; is that right? |
| 17 | A.    Yes. |
| 18 | Q.    That's a pooled analysis of |
| 19 | eight studies; is that right? |
| 20 | A.    Yes. |
| 21 | Q.    Okay.  This pooled analysis of |
| 22 | eight studies relating to genital powder use |
| 23 | and the risk of ovarian cancer shows no |
| 24 | variation in the risk in talc users based on |

|  | Page 193 |
| --- | --- |
| 1 | whether they had a tubal ligation or |
| 2 | hysterectomy; is that right? |
| 3 | A.    I think that's the conclusion |
| 4 | of the authors here, but it's not the |
| 5 | conclusion of the individual authors of the |
| 6 | studies who did the original investigations. |
| 7 | Q.    Well, it is the conclusion of |
| 8 | the authors based upon their meta-analysis of |
| 9 | eight studies; is that right? |
| 10 | MS. O'DELL:  Object to the |
| 11 | form. |
| 12 | A.    Let me just check that. |
| 13 | (Document review.) |
| 14 | A.    Yes. |
| 15 | BY MR. ZELLERS: |
| 16 | Q.    If you look at pages 819, |
| 17 | carried over to 820, I'm reading:  Our |
| 18 | finding of slightly attenuated associations |
| 19 | following exclusion of women with powder |
| 20 | exposure after tubal ligation or hysterectomy |
| 21 | are not supportive of this hypothesis, but |
| 22 | risk estimates in this subgroup analysis may |
| 23 | have randomly differed from those including |
| 24 | all women because of the reduction in sample |

49 (Pages 190 to 193)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 194

1    size.
2            Is that right?
3        A.    Yes.
4        Q.    Essentially, looking at these
5    eight studies in this meta-analysis, Terry
6    did not find that exposure to genital powder
7    applications that occurred before tubal
8    ligation or hysterectomy made any substantive
9    difference in the results; is that right?
10       A.    Yes, but the point is that the
11   authors didn't find that it did not make a
12   difference either.  They -- they ended up
13   with a study with reduced numbers that they
14   couldn't make determinations about.
15       Q.    If, though, the migration
16   theory is correct, you would expect that
17   there would be a reduction in the incidence
18   of ovarian cancer for women who have had a
19   tubal ligation or hysterectomy; is that
20   right?
21           MS. O'DELL:  Object to the
22   form.
23       A.    Yes, that is correct.
24           ///

Page 195

1    BY MR. ZELLERS:
2        Q.    And that was not found in the
3    Terry meta-analysis that you cite; is that
4    right?
5            MS. O'DELL:  Object to the
6    form.
7        A.    That is correct, but it was
8    found in the baseline studies that were, in
9    part, included in this meta-analysis.
10   BY MR. ZELLERS:
11       Q.    Are you -- you also cite the
12   Cramer study, 2016; is that right?
13       A.    Yes.
14       Q.    I've got a few questions for
15   you on the Cramer study, but let me just ask,
16   since we're at this part right now.
17           Do you have the Cramer study?
18   I'll hand it to you.
19       A.    If you have a copy, I'd
20   appreciate it.
21           MR. ZELLERS:  Sure.  We'll mark
22   the Cramer study as Exhibit 20.
23           (Carson Deposition Exhibit 20
24   marked.)

Page 196

1            THE WITNESS:  Thank you.
2            MS. O'DELL:  Thank you.
3    BY MR. ZELLERS:
4        Q.    This is also a study,
5    Exhibit 20, Cramer 2016, that you cite as
6    supportive of your opinions in this case,
7    correct?
8        A.    Correct.
9        Q.    Cramer actually looked at
10   whether or not there was any greater
11   association of talc use and ovarian cancer
12   and whether or not women who had a tubal
13   ligation or hysterectomy had a reduced
14   incidence of the disease; is that correct?
15       A.    Yes.
16       Q.    Turn to page 337, and then it
17   carries over to 339.  They're talking --
18   they, being the authors -- of their results,
19   and I'm reading just at the very bottom of
20   337, carried over to 339:  By test for
21   interaction, column 3, the association was
22   significantly greater for women who were
23   African-American, had no personal history of
24   breast cancer, had a tubal ligation or

Page 197

1    hysterectomy.
2            Is that right?
3            MS. O'DELL:  Object to the
4    form.
5        A.    Beginning on page 337?
6    BY MR. ZELLERS:
7        Q.    Yes.
8        A.    I'm sorry, if you could --
9        Q.    Sure.  At the very end of 337.
10       A.    Okay.
11       Q.    So they're looking at --
12       A.    Oh, by tests for interaction.
13       Q.    Yes.
14       A.    Yeah.
15       Q.    So if your migration theory is
16   correct, you would expect there to be a lower
17   incidence of ovarian cancer in women who have
18   had a tubal ligation or hysterectomy,
19   correct?
20           MS. O'DELL:  Object to the
21   form.
22       A.    That is correct.
23   BY MR. ZELLERS:
24       Q.    All right.  Cramer finds by

50 (Pages 194 to 197)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 198

1 test for interaction the association was
2 significantly greater for women who -- and
3 then I'm skipping African-American, but I'm
4 coming down to -- have a tubal ligation or
5 hysterectomy.
6         Is that correct?
7     A.   Yes.
8     Q.   All right.  If talcum powder
9 migrates from the perineal region to the
10 ovaries, shouldn't exposure to -- exposure to
11 talc be far greater in concentration in the
12 rectal, vulvar, vaginal, cervical and uterine
13 tissues which are closer to the area of
14 initial exposure?
15         MS. O'DELL:  Objection to form.
16     A.   Well, the acute exposure would
17 be greater.
18 BY MR. ZELLERS:
19     Q.   You would expect because the
20 acute exposure is greater, that there should
21 be inflammation caused in these organs and
22 areas, correct?
23     A.   No.  The inflammation and
24 oxidative stress is an ongoing process that

Page 199

1 has to develop over time, and it occurs on a
2 chronic basis in areas where foreign bodies
3 locate and reside.  And talc and talcum
4 powder are examples of foreign bodies that
5 have the right characteristics to cause
6 chemotaxis in reactive oxygen species and
7 oxidative status.
8     Q.   Well, in fact, there would be
9 chronic exposure, so if we're dealing with,
10 as you described in the very beginning, which
11 you were asked, to look at the habitual use
12 of talcum powder, that would create exposure
13 on a chronic basis to the rectal area and
14 tissues, vulvar, vaginal, cervical and
15 uterine tissues; is that right?
16         MS. O'DELL:  Object to the
17     form.
18     A.   I suspect if one doesn't bathe,
19 that would be more of an issue, but most
20 people bathe regularly as well.
21 BY MR. ZELLERS:
22     Q.   And bathing regularly
23 eliminates any exposure in the rectal,
24 vulvar, vaginal, cervical and uterine tissues

Page 200

1 to talcum powder?
2         MS. O'DELL:  Object to the
3     form.
4     A.   It doesn't -- it doesn't
5 eliminate exposure, but it does remove
6 residual exposure, as does sweating, other
7 body secretions and so forth.
8 BY MR. ZELLERS:
9     Q.   Are you aware of any studies
10 that show inflammation or oxidative stress as
11 a result of genital talc use in the rectal,
12 vulvar, vaginal, cervical and uterine
13 tissues?
14     A.   No, I'm not.
15     Q.   Under your theory or belief
16 that talcum powder travels from the perineal
17 region to the ovaries through the woman's
18 reproductive tract, talcum powder must travel
19 past the labia, through the vagina, through
20 the cervix, and then to the uterus; is that
21 right?
22     A.   That's correct.
23     Q.   And then the powder travels
24 through the uterus and into the fallopian

Page 201

1 tubes to reach the ovaries; is that right?
2     A.   Yes.
3     Q.   On what studies are you relying
4 to say that talcum powder affects the body
5 differently when it's applied to the perineal
6 region and travels to the cervix compared to
7 when it is applied directly to the cervix?
8     A.   I don't think --
9         MS. O'DELL:  Object to the
10     form.
11     A.   -- there is much of a
12 difference.
13 BY MR. ZELLERS:
14     Q.   You would expect there to be a
15 comparable similar result whether talcum
16 powder is applied directly to the cervix
17 through the use of dusting of a diaphragm as
18 there is to the use of talcum powder in the
19 genital areas; is that right?
20     A.   That is correct.  I think the
21 two differ probably in terms of quantity very
22 significantly.  But other than that, they
23 would be the same.
24     Q.   When applied to the perineal

51 (Pages 198 to 201)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 202

1    region, talcum powder would also be in close
2    contact with a woman's urethra; is that
3    right?
4        A.    Yes.
5        Q.    Substances, and in your view,
6    talcum powder, are capable of traveling up
7    the urethra; is that right?
8            MS. O'DELL:  Object to the
9    form.
10       A.    The urethra has a sphincter
11   which prevents transport beyond that point.
12   BY MR. ZELLERS:
13       Q.    Women get urinary tract
14   infections when bacteria travels up the
15   urethra; is that right?
16       A.    That's correct.
17       Q.    Studies, though, do not show an
18   increase in bladder cancer with talcum powder
19   use; is that right?
20       A.    I don't believe that talcum
21   powder transports in any appreciable amount
22   up the urethra into the bladder.
23       Q.    Studies do not show an increase
24   in rectal cancer with talcum powder use, do

Page 203

1    they?
2        A.    No.
3        Q.    Are you aware that that IARC --
4    and you're familiar with IARC, right?
5        A.    Yes.
6        Q.    Are you aware that IARC rejects
7    this migration theory and calls the evidence
8    weak?
9            MS. O'DELL:  Object to the
10   form.
11       A.    The IARC has made that
12   statement in their -- I think the 2006 review
13   that resulted in their recent monograph, but
14   I think they're about to reconsider that.
15   BY MR. ZELLERS:
16       Q.    Well, they also have stated
17   that in 2010; is that right?
18       A.    Well, that's the --
19           MS. O'DELL:  Object to the
20   form.
21       A.    That's the monograph from the
22   2006 review.
23   BY MR. ZELLERS:
24       Q.    Why do you believe that they're

Page 204

1    about to reconsider that?
2        A.    Because the chatter is that
3    this is something that's on their radar
4    screen currently.
5        Q.    What chatter are you aware of?
6    And what is chatter?
7        A.    It's discussion among -- within
8    the scientific and healthcare community of
9    things that are on the drawing board for
10   IARC.
11       Q.    Do you know whether or not
12   IARC -- well, strike that.
13           IARC has not changed its
14   position that the migration theory and
15   evidence for the migration theory is weak; is
16   that right?
17           MS. O'DELL:  Object to the
18   form.
19       A.    They have not changed their
20   position that was published in the 2010
21   monograph.
22   BY MR. ZELLERS:
23       Q.    All right.  You have heard
24   chatter that they may look at it again; is

Page 205

1    that right?
2        A.    Yes.
3        Q.    Other than this chatter, you're
4    unaware of any other -- well, strike that.
5            You're unaware of any change in
6    IARC's position with respect to migration,
7    correct?
8        A.    Well, an example of what I'm
9    talking about is the Health Canada report,
10   which has contradicted what is found in the
11   IARC monograph and is more current and
12   considers information that will probably go
13   into the next IARC review.
14           MR. ZELLERS:  Move to strike as
15   nonresponsive.
16   BY MR. ZELLERS:
17       Q.    Does IARC review and rely on
18   draft assessments in formulating their
19   positions?
20       A.    IARC relies on primary studies.
21       Q.    Not draft assessments, correct?
22       A.    Well, the draft assessment that
23   I guess you're referring to, the Health
24   Canada draft assessment, is derived from

52 (Pages 202 to 205)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 206

1  primary studies, the same ones that will be
2  considered by IARC.
3      Q.   All right. As of today, IARC's
4  published position is that evidence of a
5  migration theory of talcum powder migrating
6  to the ovaries is weak, correct?
7      A.   Yes.
8      Q.   Have you conducted any tests or
9  experiments with respect to your theory or
10  position that talc migrates to the ovaries
11  through the reproductive tract?
12      A.   No, I haven't.
13      Q.   How much talc actually reaches
14  the ovaries in your opinion?
15      A.   I can't answer that question
16  because the dose has not been quantified.
17      Q.   Does it only reach the ovaries
18  during certain times?
19      A.   I don't believe so. I think
20  there are many circumstances whereby that
21  migration pathway is functional, and in my
22  belief, the pathway from the perineum to the
23  cervix is pretty much an open channel, and
24  then it continues to be open pretty much all

Page 207

1  the way into the pelvic cavity.
2      Q.   You are not a specialist in
3  women's health issues, correct?
4          MS. O'DELL: Object to the
5  form.
6      A.   Well, I'm a doctor. I've
7  examined a lot of women.
8  BY MR. ZELLERS:
9      Q.   Are you --
10          MS. O'DELL: Excuse me. Are
11  you finished, sir?
12          THE WITNESS: Yes, I'm
13  finished.
14          MS. O'DELL: Okay.
15  BY MR. ZELLERS:
16      Q.   Are you an expert in the
17  women's reproductive tract?
18      A.   I've taken it apart and put it
19  back together again in medical school, and in
20  other settings I've done OB/GYN rotations.
21  I've participated in pelvic surgeries. I
22  understand the anatomy.
23      Q.   There are physicians who are
24  specialists in the female reproductive tract;

Page 208

1  is that right?
2      A.   That is correct.
3      Q.   You are not one of those
4  physicians, correct?
5      A.   I don't claim to be a
6  specialist in gynecology.
7      Q.   Your third opinion is that the
8  ovaries lack an intrinsic elimination system;
9  is that right?
10      A.   That's correct.
11      Q.   Is "intrinsic elimination
12  system" a recognized term of art that's used
13  by gynecologists?
14      A.   I don't think so. It was just
15  the term I used to describe the situation.
16      Q.   Is "intrinsic elimination
17  system" a term of art used by oncologists?
18      A.   The same answer.
19      Q.   Have you seen published studies
20  that use that term?
21      A.   I don't know. I suspect I
22  could have. It's apparently a small number
23  of ways to describe that in a few words.
24      Q.   You do not cite to any studies

Page 209

1  in the body of your report to support your
2  theory that the ovaries do not have an
3  intrinsic elimination system, correct?
4      A.   That's correct.
5      Q.   You have not conducted any
6  tests to show that exposure to the ovaries to
7  particulate matter, if any, is longer than
8  exposure to other parts of the female
9  anatomy; is that right?
10          MS. O'DELL: Object to the
11  form.
12      A.   I have not conducted any such
13  tests.
14  BY MR. ZELLERS:
15      Q.   Is the cervix more or less
16  sensitive to the impact of foreign particles
17  than the ovaries?
18          MS. O'DELL: Object to the
19  form.
20      A.   I think that the important
21  point is the residence time that exists, and
22  the cervix is not presented with things for
23  an extended time like the ovaries are in
24  relation to things like talc. But it is

53 (Pages 206 to 209)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 210

1  sensitive.
2  BY MR. ZELLERS:
3      Q.    All right.  Your fourth
4  theory -- or strike that.
5          Your fourth opinion is that the
6  epidemiological studies show a positive
7  relationship between regular perineal
8  application of talcum powder and ovarian
9  cancer; is that right?
10     A.    That's correct.
11     Q.    The studies that you reference
12  in this opinion are referred to on pages 6
13  and 7 of your report; is that right?
14         MS. O'DELL:  Object to the
15     form.
16     A.    Most of them, yes.
17  BY MR. ZELLERS:
18     Q.    You conclude that when
19  confounding and bias are exhaustively
20  considered -- and do you believe you've done
21  that here?
22     A.    I am restating what authors of
23  the primary studies have done.  I'm
24  evaluating the consistency of the evidence,

Page 211

1  not the basic evidence itself.
2      Q.    The apparent cause and effect
3  relationship between perineal talcum powder
4  use and ovarian cancer amounts to about a 30%
5  increased risk of ovarian cancer in talcum
6  powder users.
7          Is that your opinion in this
8  case?
9      A.    It is.
10     Q.    And that is your opinion from
11  reviewing the epidemiologic studies that you
12  cite in your report?
13     A.    Yes.
14     Q.    When epidemiologists refer to
15  the statistical power of a study, what are
16  they referring to?
17     A.    Statistical power refers to the
18  ability of a study design, if carried out, to
19  detect a signal in the data of a particular
20  magnitude.
21     Q.    In plain English, statistical
22  power is the likelihood that a study will
23  detect an effect when there is an effect to
24  be detected; is that fair?

Page 212

1      A.    Yes.
2          MS. O'DELL:  Object to the
3      form.
4  BY MR. ZELLERS:
5      Q.    Are you familiar with the term
6  "person-years" as it relates to
7  epidemiological study?
8      A.    Yes, I am.
9      Q.    What is -- strike that.
10         How are person-years
11  calculated?
12     A.    They are calculated by -- in
13  relation to an exposure or to an existing
14  treatment, they're calculated by multiplying
15  the duration of the treatment or exposure in
16  years by the number of people being studied.
17  And that -- the result is person-years.
18     Q.    Can you explain the difference
19  between high-grade serous and low-grade
20  serous cancer?
21     A.    High-grade serous cancer has
22  a -- is less differentiated and has a greater
23  propensity for metastasis and invasion.
24     Q.    Are you aware that the

Page 213

1  epidemiological literature shows that these
2  are very different cancers?
3      A.    They behave quite differently,
4  yes.
5      Q.    Do you know what publication
6  bias is?
7      A.    Yes.
8      Q.    What is publication bias?
9      A.    Publication bias is the
10  tendency to -- to spin a certain argument
11  in -- in order to influence acceptance of
12  publications.
13     Q.    Is that a recognized issue in
14  the field of epidemiology, at least as you've
15  observed?
16     A.    It's a -- it's not necessarily
17  recognized in the field of epidemiology.  It
18  exists in all scientific endeavors.
19     Q.    Is it something that you and
20  other physicians and experts and scientists
21  need to be aware of?
22     A.    Yes.  I think we're all exposed
23  to the effects of that and warned about it as
24  we go through our careers.

54 (Pages 210 to 213)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 214

1    Q.   When I asked you early on what
2  your methodology was, you looked at the
3  published literature, you looked at some
4  websites I think that you told us about
5  earlier, and then you performed a risk
6  assessment and considered whether perineal
7  use of talc products poses a safety risk to
8  consumers; is that right?
9        MS. O'DELL:  Object to the
10  form.
11    A.   Well, that's a gross
12  oversimplification of the risk assessment
13  process that I performed.
14        The review of the literature,
15  which was based on the question that I was
16  asked to address, was a fairly exhaustive one
17  which incorporated a search for every
18  pertinent publication that was available and
19  included multiple languages.
20        It then was -- proceeded into a
21  distillation of the facts that were -- that
22  were claimed based on those individual
23  studies and investigations, and a comparison
24  of those, one with another, eventually

Page 215

1  considering them all as a whole to arrive at
2  conclusions that addressed the question.
3  BY MR. ZELLERS:
4    Q.   That was your methodology; is
5  that right?
6    A.   That is the methodology, yes.
7    Q.   Did you consider the Bradford
8  Hill criteria or factors in reaching your
9  conclusions and opinions in this matter?
10    A.   That's part of the methodology
11  which is outlined in my report.
12    Q.   In analyzing the Bradford Hill
13  criteria, did you conduct a meta-analysis of
14  the available data to reach a conclusion
15  about the relative risk?
16    A.   No, I did not.
17    Q.   Why didn't you conduct a
18  meta-analysis for this case?
19    A.   I did not have the time to do a
20  meta-analysis in this case, first of all.
21  Secondly, there have been a number of other
22  meta-analyses performed, and I had those
23  results available to me in addition to
24  various reviews of the literature that have

Page 216

1  been published as well.  And I felt that was
2  sufficient to be able to produce this report
3  that addressed the question I was asked.
4    Q.   As you told us earlier, you
5  have never published a meta-analysis on any
6  topic; is that right?
7    A.   That's correct.
8    Q.   You cite to some of the
9  available studies on talcum powder use in
10  ovarian cancer, but not to all of the
11  studies, correct?
12        MS. O'DELL:  Object to the
13  form.
14    A.   That's true.
15  BY MR. ZELLERS:
16    Q.   What was your reasoning for
17  focusing on certain studies and excluding
18  other studies?
19    A.   The studies that I referenced
20  were those that had specific aspects that
21  directly influenced my report or my
22  conclusions or that I felt were illustrative
23  of comments I was making in the report, and
24  that's why they were referenced.

Page 217

1        All of the studies may not have
2  risen to that -- the level of requiring being
3  referenced, but pretty much all the studies
4  are included in the literature that I
5  reviewed.
6    Q.   You cite in the report the
7  studies that were favorable or supportive of
8  your opinions, correct?
9    A.   Well, I cited a number of
10  studies, not all of which were favorable to
11  my overall opinions, at least not on the
12  surface.
13    Q.   Did you cite all of the studies
14  that you believe in one way or another
15  support your opinions in this case?
16    A.   I don't think so.
17    Q.   You believe there are
18  additional studies that support your opinions
19  that you did not cite?
20    A.   They're in the literature list.
21    Q.   Did you cite the opinions that
22  refuted -- strike that.
23        Did you cite the studies that
24  refuted your opinions in this matter?

55 (Pages 214 to 217)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 218 |
|---|

1       A.    I cited some studies that had
2   opinions that -- or that had conclusions that
3   did not necessarily agree with mine, but I
4   don't think they refuted my conclusions.
5       Q.    Do you believe the standard for
6   proving causation in the scientific
7   literature is the same one that applies in
8   this litigation?
9           MS. O'DELL:  Object to the
10  form.
11      A.    I don't know that.
12  BY MR. ZELLERS:
13      Q.    A document you brought here
14  today was an FDA letter?
15      A.    Yeah, I think you marked it.
16      Q.    I did mark it.  Why don't you
17  see if you could find it so I can ask you a
18  couple of questions about it.
19      A.    There it is.  That one?
20      Q.    Yes.  Exhibit 10 is an FDA
21  letter dated April 1st of 2014 to a
22  Dr. Epstein; is that right?
23      A.    Yes.
24      Q.    That is a document that you

| Page 219 |
|---|

1   reviewed and considered as part of your
2   analysis of this case; is that right?
3       A.    Yes.
4       Q.    Do you believe that that
5   exhibit, Exhibit 10, is supportive of your
6   opinions in this matter?
7       A.    I don't think it's very
8   supportive.  It's -- it's in response to a
9   proposal from a citizens voluntary agency to
10  provide more stringent labeling on talcum
11  powder products, and the agency rejected
12  the -- that petition.
13      Q.    The FDA is the regulatory body
14  in the United States that oversees food, drug
15  and cosmetics; is that right?
16          MS. O'DELL:  Object to the
17  form.
18      A.    Yes.
19  BY MR. ZELLERS:
20      Q.    This letter -- strike that.
21          In this letter the FDA goes
22  through and analyzes some of the Bradford
23  Hill factors; is that right?
24      A.    I'd have to look at this in

| Page 220 |
|---|

1   more detail to be able to answer that
2   specifically.
3       Q.    Well, essentially, based upon
4   its analysis as of 2014, the FDA concluded
5   that causation had not been established as
6   between genital talcum powder use and ovarian
7   cancer or an increased risk of ovarian
8   cancer, correct?
9       A.    Well, it said that an updated
10  review failed to identify any new compelling
11  literature data or new scientific evidence.
12  I don't think they indicate her that they
13  actually did a standard review of that
14  literature.
15      Q.    Well, take a look, if you will,
16  at page 4.  The FDA sets forth its
17  epidemiology and etiology findings; is that
18  right?
19      A.    Yes.
20      Q.    The FDA has a number of very
21  capable physicians, scientists,
22  toxicologists, pharmacologists and medical
23  professionals; is that right?
24          MS. O'DELL:  Object to the

| Page 221 |
|---|

1   form.
2       A.    I don't know if they're still
3   working, but they have good people on staff.
4   BY MR. ZELLERS:
5       Q.    And just so, a year or two or
6   three, if this transcript is ever reviewed,
7   we are in the midst of a shutdown of at least
8   portions of the government; is that right?
9       A.    That's correct.
10      Q.    And that is what your comment
11  was directed to, correct?
12      A.    That is correct.
13      Q.    On page 4 the FDA states:
14  After consideration of the scientific
15  literature submitted in support of both
16  citizens' petitions, FDA found.
17          And then, number 2, that
18  several of the studies acknowledge biases in
19  the study design and no single study has
20  considered all the factors that potentially
21  contribute to ovarian cancer, including
22  selection bias and/or uncontrolled
23  confounding that result in spurious positive
24  associations between talc use and ovarian

Arch I. "Chip" Carson, M.D., Ph.D.

Page 222

1 cancer risk.
2       Did I read that correctly?
3    A.    You did read it correctly.
4    Q.    Does that appear to be at least
5 one of the conclusions of the FDA after
6 considering the scientific literature as of
7 early 2014?
8       MS. O'DELL:  Object to the
9 form.
10   A.    Yes, that is listed as an FDI
11 finding -- FDA finding.
12 BY MR. ZELLERS:
13   Q.    The FDA noted that a
14 dose-response -- strike that.
15       The FDA noted that
16 dose-response evidence is lacking; is that
17 right?
18   A.    A dose-response --
19   Q.    Two things.  The FDA notes that
20 there's a lack of consistency in the study
21 results, correct?
22       MS. O'DELL:  Where are you
23 reading?  I'm sorry.
24       MR. ZELLERS:  I'm looking at

Page 223

1       Conclusion 3.
2       THE WITNESS:  Point 3.
3    A.    They found that the
4 case-control studies did not demonstrate a
5 consistent positive association across
6 studies; although some studies have found
7 small positive associations between talc and
8 ovarian cancer, but lower confidence limits
9 are often close to 1, and dose-response
10 evidence is lacking.
11 BY MR. ZELLERS:
12   Q.    That was FDA's conclusion
13 number 3 based upon its review of the
14 scientific literature; is that right?
15       MS. O'DELL:  Object to the
16 form.
17   A.    It's correct.  It's not a valid
18 interpretation of the statistical results,
19 but that was one of their findings.
20 BY MR. ZELLERS:
21   Q.    Well, that was their finding.
22 You disagree at least in part with their
23 finding; is that right?
24       MS. O'DELL:  Object to the

Page 224

1       form.
2    A.    That is correct.
3 BY MR. ZELLERS:
4    Q.    You are a paid expert for the
5 plaintiffs in this litigation; is that right?
6    A.    That is correct.
7    Q.    To your knowledge, the FDA is
8 not paid -- well, let me withdraw that.
9    A.    I wouldn't go out on a limb
10 there.
11   Q.    Number 4, Conclusion 4, a
12 cogent biological mechanism by which talc
13 might lead to ovarian cancer is lacking.
14 Exposure to talc does not account for all
15 cases of ovarian cancer and there was no
16 scientific consensus on the proportion of
17 ovarian cancer cases that may be caused by
18 talc exposure.
19       Was that a conclusion of the
20 FDA based upon its review of the
21 epidemiologic literature?
22       MS. O'DELL:  Object to the
23 form.
24   A.    Yes, it was, and it's one that

Page 225

1 I also disagree with.
2 BY MR. ZELLERS:
3    Q.    IARC also considered the
4 Bradford Hill considerations; is that right?
5    A.    Yes, it did.
6    Q.    IARC rejected classification of
7 talc as a carcinogenic, instead assigning it
8 to the classification of possibly
9 carcinogenic to humans; is that correct?
10   A.    That's correct.
11   Q.    We've already discussed the
12 IARC categories briefly, but let's mark a
13 document from the IARC website as to the
14 classifications, Exhibit 21.
15       (Carson Deposition Exhibit 21
16 marked.)
17 BY MR. ZELLERS:
18   Q.    Tell me if you recognize that.
19   A.    Yes.
20   Q.    Exhibit 21 is from the IARC
21 website, and it goes through the
22 classifications of different agents that have
23 been made by the International Agency for
24 Research on Cancer; is that right?

57 (Pages 222 to 225)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 226

1    A.    Yes, that's correct.
2    Q.    It has studied and included 120
3  agents in the Group 1 category, which is
4  carcinogenic to humans, correct?
5    A.    That's correct.
6    Q.    That's the only category in
7  which IARC finds sufficient evidence in
8  humans, correct?
9         MS. O'DELL:  Object to the
10  form.
11    A.    That's the category that
12  represents substances for which there is
13  sufficient and irrefutable evidence of human
14  carcinogenesis.
15  BY MR. ZELLERS:
16    Q.    It lists 82 agents in Group 2A
17  as being probably carcinogenic to humans; is
18  that right?
19    A.    That's correct.
20    Q.    IARC is certainly willing to
21  declare agents as either a known or probable
22  carcinogen; is that right?
23    A.    That's correct.
24    Q.    There is only one agent in

Page 227

1  Group 4, probably not carcinogenic to humans,
2  correct?
3    A.    Yes.  I thought that number had
4  gone up recently, but the date here is
5  November 2018, so some may have been moved
6  back into Group 3.
7    Q.    So out of the over 1,000 agents
8  that IARC has reviewed, it's only placed one
9  agent in the Group 4 category, probably not
10  carcinogenic; is that right?
11    A.    That's correct.
12    Q.    There is no Group 5, not
13  carcinogenic; is that right?
14    A.    That's correct.
15    Q.    With genital talc, IARC
16  Group 2B designation -- well, strike that.
17         Genital talc is listed as an
18  IARC Group 2B designated substance; is that
19  right?
20    A.    That's correct.
21    Q.    That's based on limited
22  evidence in humans, which means that IARC
23  cannot rule out chance, bias or confounding
24  with reasonable confidence, correct?

Page 228

1         MS. O'DELL:  Object to the
2  form.
3    A.    I think limited evidence also
4  refers to just the number of studies that
5  have been performed as well as the quality of
6  the studies.
7  BY MR. ZELLERS:
8    Q.    Well, based upon the evidence
9  that is available, the studies that are
10  available, a 2B designation by IARC means
11  that IARC cannot rule out chance, bias or
12  confounding with reasonable confidence,
13  correct?
14         MS. O'DELL:  Objection, asked
15  and answered.
16    A.    Not always the case.
17  BY MR. ZELLERS:
18    Q.    That's part of the definition,
19  isn't it?
20    A.    I don't believe it applies to
21  every agent or every evaluation.
22    Q.    Well, I'll not take the time to
23  go through the IARC definitions; if we at the
24  end of the day have extra time, we'll go back

Page 229

1  and we'll take a look.
2         What else is in the Class 2B,
3  possibly carcinogenic.  Ginkgo biloba, is
4  that something you're aware of that's in that
5  category?
6         MS. O'DELL:  Object to the
7  form.
8    A.    That's a biological material.
9  BY MR. ZELLERS:
10    Q.    Pickled vegetables?
11    A.    That may be in Group 2B.
12    Q.    Occupational carpentry and
13  joinery?
14         MS. O'DELL:  Objection to form.
15    A.    That's wood dust exposure.
16  BY MR. ZELLERS:
17    Q.    Also 2B; is that right?
18    A.    Wood dust itself is Group 1.
19  The occupation is Group 2B.
20    Q.    Let me ask you about some
21  individual Bradford Hill criteria.  On
22  page 10 of your report, you state that you
23  gave the most weight to strength of
24  association, consistency and biologic

58 (Pages 226 to 229)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 230 |
| --- |

1   plausibility; is that right?
2        A.    That's correct.
3        Q.    How much weight did you give to
4   the other six factors?
5        A.    Sufficient.
6        Q.    Why did you put less weight on
7   those?
8        A.    Because the strength of
9   association, the consistency of the evidence
10  and the biological plausibility of perineal
11  talc, talcum powder application as
12  responsible for the occurrence of ovarian
13  cancer was compelling.
14       Q.    FDA focused on dose, correct?
15       A.    Yes.
16       Q.    You did not; is that right?
17       A.    That's right.
18       Q.    The first Bradford Hill factor
19  that you focused on was strength of
20  association.
21            What association does the
22  literature report between talc use and
23  ovarian cancer?
24       A.    Overall, evaluating the

| Page 231 |
| --- |

1   universe of research, epidemiologic research
2   that's been done on this, it shows an average
3   30% increase in ovarian cancer risk for those
4   who regularly apply talcum powder to the
5   perineum.
6        Q.    Regular application of talcum
7   powder means what?
8        A.    It -- I believe that it means
9   daily or thereabouts.
10       Q.    In what form of application?
11       A.    Talcum powder.
12       Q.    In what amount?
13       A.    Whatever is necessary or
14  desired by the user.
15       Q.    Does that vary from woman to
16  woman?
17       A.    It does.
18       Q.    Did you make any attempt to
19  assess what regular use of talcum powder was?
20            MS. O'DELL:  Object to the
21  form.
22       A.    There have been a couple of
23  attempts to try to quantify what -- what that
24  means.  I think for the most part they've

| Page 232 |
| --- |

1   been failed attempts, but they have been
2   attempts to estimate the quantity of powder
3   that you start with and the amount that
4   results in the application to the perineum by
5   using models and actually doing some
6   measurements and recording activities.
7   BY MR. ZELLERS:
8        Q.    You did not do any modeling or
9   any assessment of the quantity of baby powder
10  that was involved with daily use; is that
11  right?
12       A.    No, I relied on those others.
13       Q.    When you say 30% increased
14  risk, that's a 1.3 odds ratio; is that right?
15       A.    That's correct.
16       Q.    And that comes largely from the
17  case-control studies, correct?
18            MS. O'DELL:  Object to the
19  form.
20       A.    Yes, but it's also consistent
21  with some of the information from the cohort
22  studies.
23  BY MR. ZELLERS:
24       Q.    Epidemiologists consider a 1.3

| Page 233 |
| --- |

1   odds ratio in a case-control study to be a
2   weak or modest association; is that right?
3            MS. O'DELL:  Object to the
4   form.
5        A.    That's correct.
6   BY MR. ZELLERS:
7        Q.    Where here we're talking only
8   about statistical associations, not
9   causation, correct?
10            MS. O'DELL:  Object to the
11  form.
12       A.    Well, association eventually
13  becomes causation when the -- when the
14  evidence mounts to a point where it becomes
15  recognized by all of the players that this is
16  what's going on.
17            A 30% increase may be
18  classified by epidemiologists as weak or
19  modest, but if you look at the number of
20  women in this country who die each year from
21  this fatal disease, that represents about
22  3,000 lives that could potentially be saved
23  through prevention.
24       Q.    There is not a --

59 (Pages 230 to 233)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 234 |
| --- |

1          MS. BOCKUS:  Excuse me, I need
2    to object as nonresponsive.
3          MR. ZELLERS:  Yes, join.
4    BY MR. ZELLERS:
5          Q.    There is not a consensus at
6    this time with respect to any causation
7    relating to genital talc and ovarian cancer,
8    is there?
9          MS. O'DELL:  Objection to the
10   form.
11         A.    I believe that that consensus
12   is building.
13   BY MR. ZELLERS:
14         Q.    FDA -- that's not FDA's
15   position, correct?
16         MS. O'DELL:  Object to the
17   form.
18         A.    Not at the moment.
19   BY MR. ZELLERS:
20         Q.    That's not the position of the
21   National Cancer Institute; is that right?
22         A.    That's correct.
23         Q.    That's not the position of the
24   CDC; is that correct?

| Page 235 |
| --- |

1          A.    That's correct.
2          Q.    IARC does not refer to any
3    association between perineal talc use and
4    ovarian cancer as a strong association, does
5    it?
6          MS. O'DELL:  Object to the
7    form.
8          A.    It calls it a Group 2B
9    carcinogen, which is fairly significant.
10   BY MR. ZELLERS:
11         Q.    Well, we discussed a few
12   minutes ago that if an agent is a Group 2B
13   carcinogen, that is based on limited evidence
14   in humans; is that right?
15         A.    That's correct.
16         Q.    All right.  Your opinions on
17   strength of association, do they apply
18   equally to all forms of ovarian cancer?
19         A.    No, they don't.  These apply to
20   the epithelial ovarian cancer spectrum.
21         Q.    Your opinions in terms of there
22   being a -- well, let me withdraw that.
23         We've agreed that 1.3 is not a
24   strong association, at least insofar as

| Page 236 |
| --- |

1    epidemiologists are concerned, correct?
2          MS. O'DELL:  Object to --
3    object to the form.
4          A.    It's an increased risk that
5    translates into human lives, so it depends on
6    your point of view.
7          MS. BOCKUS:  Object to form --
8    I mean, sorry, nonresponsive, move to
9    strike.
10         MR. ZELLERS:  Join.
11         MS. O'DELL:  Oppose.
12         DR. THOMPSON:  Agreed.
13   BY MR. ZELLERS:
14         Q.    The 1.3 relative risk that you
15   believe generally applies, that would relate
16   to epithelial cancers; is that right?
17         A.    Yes.
18         Q.    That's what you're limiting
19   your opinions to in this case, correct?
20         MS. O'DELL:  Object to the
21   form.
22         A.    Well, these opinions relate to
23   several of the cancers that have shown
24   increases in these background epidemiologic

| Page 237 |
| --- |

1    studies, which include the epithelial ovarian
2    cancers, including the serous; the borderline
3    cancers are also showing increases in some of
4    the studies.  So it's the group of those
5    cancers, yes.
6    BY MR. ZELLERS:
7          Q.    The cohort studies, prospective
8    cohort studies, have not shown an association
9    between talc and ovarian cancer, correct?
10         MS. O'DELL:  Object to the
11   form.
12         A.    They have in some subtypes.
13   BY MR. ZELLERS:
14         Q.    There was an initial
15   description with respect to the first Nurses'
16   study that was not supported in the update of
17   that study; is that correct?
18         A.    The Nurses' Health Study?
19         Q.    Yes.
20         A.    Yes, that's correct.
21         Q.    Let's look at a different
22   criteria, consistency.  The literature does
23   not show a consistent association between
24   talc use and ovarian cancer, correct?

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 238 | Page 240 |
|---|---|
| 1       MS. O'DELL:  Object to the | 1  ill patients in the community to healthy |
| 2  form. | 2  people in the community, correct? |
| 3     A.   I believe that, in fact, | 3     A.   In some cases that might be |
| 4  research shows -- does show a consistent | 4  correct, but I'm not sure that's any -- in |
| 5  pattern. | 5  any sort of world an advantage. |
| 6  BY MR. ZELLERS: | 6     Q.   Well, shouldn't there be |
| 7     Q.   The cohort studies do not show | 7  consistency if the Bradford Hill criteria is |
| 8  an association between talc use and ovarian | 8  to be -- well, strike that. |
| 9  cancer as we just discussed, correct? | 9       In applying the Bradford Hill |
| 10     A.   The basic cohort studies that | 10  criteria of consistency, there should be |
| 11  look at all of the subjects and all of the | 11  consistency across different types of |
| 12  cancers together typically do not rise to the | 12  studies, cohort studies, hospital-based |
| 13  level of significance. | 13  case-control studies, and population-based |
| 14     Q.   The hospital-based case-control | 14  case-control studies, correct? |
| 15  studies collectively do not show an | 15       MS. O'DELL:  Object to the |
| 16  association between talc use and ovarian | 16  form. |
| 17  cancer, correct? | 17     A.   That's correct. |
| 18     A.   I sort of discount the | 18  BY MR. ZELLERS: |
| 19  distinction between the hospital-based | 19     Q.   Isn't the absence of an |
| 20  studies and the community-based studies.  I'm | 20  association in the cohort studies especially |
| 21  not sure whether there are valid reasons to | 21  significant in that the study design for the |
| 22  consider those differently. | 22  cohort studies reduces the likelihood of |
| 23     Q.   We've discussed earlier that | 23  recall bias? |
| 24  you are not an epidemiologist; is that right? | 24     A.   There are many forms of bias |

| Page 239 | Page 241 |
|---|---|
| 1       MS. O'DELL:  Object to the | 1  that study designers need to consider in the |
| 2  form, misstates his testimony. | 2  process of designing a study, and there are |
| 3     A.   I don't think I necessarily | 3  even more types of bias that are discovered |
| 4  agreed to that characterization because I | 4  after a study has begun. |
| 5  deal a lot with epidemiologic work.  I'm a | 5       You can fault case-control |
| 6  faculty member in the Department of | 6  studies for being particularly sensitive to |
| 7  Epidemiology at the University of Texas | 7  recall bias, but many of these authors who |
| 8  School of Public Health, and some may | 8  perform these studies indicated that they |
| 9  consider me an epidemiologist. | 9  were well aware of that bias potential and |
| 10  BY MR. ZELLERS: | 10  took measures to avoid it. |
| 11     Q.   Do you consider yourself an | 11       The same thing can be said |
| 12  expert in epidemiology? | 12  about cohort studies.  They suffer from other |
| 13     A.   No. | 13  forms of bias, misclassification in |
| 14     Q.   Do you agree -- well, do you | 14  particular.  They may also suffer from the |
| 15  agree that hospital-based case-control | 15  fact that they are extremely expensive, have |
| 16  studies are less susceptible to selection | 16  long duration, and require very large numbers |
| 17  bias than population-based case-control | 17  of subjects in order to carry them out and |
| 18  studies? | 18  are frequently underpowered and unable to |
| 19     A.   It depends on the methodology | 19  arrive at the conclusions that they seek for |
| 20  that's used to recruit the study subjects. | 20  that reason. |
| 21     Q.   With hospital-based | 21       MR. ZELLERS:  Move to strike as |
| 22  case-controlled studies, you're more likely | 22  nonresponsive. |
| 23  to be comparing hospitalized patients to | 23  BY MR. ZELLERS: |
| 24  hospitalized patients rather than comparing | 24     Q.   Is it possible that recall bias |

61 (Pages 238 to 241)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 242

1    explains the difference between the cohort
2    studies and the retrospective case-control
3    studies?
4             MS. O'DELL:  Object to form,
5        asked and answered.
6        A.    I don't believe that that is
7    the case.
8    BY MR. ZELLERS:
9        Q.    Is it possible?
10            MS. O'DELL:  Objection.
11       A.    Theoretically it would be
12   possible.
13   BY MR. ZELLERS:
14       Q.    Are you familiar with the
15   Berge -- Berge 2017 study?
16       A.    Yes.
17       Q.    Is that a study that you cite
18   and reviewed and rely on?
19       A.    It was a meta-analysis.
20       Q.    Is that a meta-analysis that
21   you cite, review and have relied upon?
22       A.    Yes.
23       Q.    Take a look, if you will, at
24   Exhibit 22.

Page 243

1             (Carson Deposition Exhibit 22
2        marked.)
3             THE WITNESS:  Thank you.
4             MS. O'DELL:  Thank you.
5    BY MR. ZELLERS:
6        Q.    You're familiar with this
7    meta-analysis; is that right?
8        A.    Yes.
9        Q.    The authors conclude that
10   information bias from retrospective
11   self-report of talc use is a possible
12   explanation for the association detected in
13   case-control studies; is that right?
14            MS. O'DELL:  I'm sorry, are you
15       reading from a certain page?
16            MR. ZELLERS:  I am.
17            MS. O'DELL:  Can you direct it
18       to us, please?
19            THE WITNESS:  Could you tell us
20       where that is?
21            MR. ZELLERS:  Sure.
22   BY MR. ZELLERS:
23       Q.    Take a look if you will on
24   page 6, the right-hand column, third

Page 244

1    paragraph.  Reading from the second full
2    paragraph, the authors discuss the fact that
3    the association between genital talc use and
4    risk of ovarian cancer is present in
5    case-control but not in cohort studies, can
6    be attributed to bias in the former type of
7    studies; is that right?
8             MS. O'DELL:  Object to the
9        form.
10       A.    That's what it says.
11   BY MR. ZELLERS:
12       Q.    Then continuing down:
13   Information bias from retrospective
14   self-report of talc use is a possible
15   explanation for the association detected in
16   case-control studies.
17       Is that right?
18       A.    That's what it says.
19       Q.    What was your methodology for
20   discounting the effect of recall bias in the
21   population-based case-control studies?
22       A.    The fact that several authors
23   discussed the possibility of recall bias and
24   incorporated methodology for avoiding recall

Page 245

1    bias, for example, placing parallel questions
2    that should be affected in the same way, and
3    still showed a positive result for talc and
4    ovarian cancer is one reason.
5             The other has to do with
6    consistency of the results, and although
7    you've stated that from these various
8    documents, including this quotation, that the
9    case-control studies showed positive
10   associations but the cohort studies did not,
11   I would -- I would refute that by saying that
12   all of the -- the vast majority of all of the
13   studies show a positive odds ratio or
14   relative risk, even if they don't rise to the
15   level of significance.
16            If these results were obtained
17   simply by chance, you would expect an equal
18   number of positive results and negative
19   results, but we don't have that here.  We
20   have practically all positive results with
21   three or four outliers.
22            And so --
23       Q.    We looked at the Taher paper
24   early on in this deposition where Taher

62 (Pages 242 to 245)

Arch I. "Chip" Carson, M.D., Ph.D.

Page 246

1  concluded that 15 out of the 30 case-control
2  studies reported a statistically significant
3  association between genital talc use and
4  ovarian cancer, correct?
5      A.   That's correct, but you're
6  not -- you're not talking about the other 15.
7      Q.   The hospital-based case-control
8  studies collectively do not show a
9  statistically significant association between
10 talc use and ovarian cancer, correct?
11         MS. O'DELL:  Object to the
12     form.
13     A.   I don't know that that is the
14 case.
15 BY MR. ZELLERS:
16     Q.   You don't know that it's not
17 the case; you'd have to go back and relook at
18 the studies, fair?
19     A.   I'd have to look through here,
20 which I'm happy to do if you want me to, but
21 I don't believe that that's the case.
22     Q.   In fact, the author, you cite
23 the Langseth paper, a 2008 paper, as
24 supportive of your position; is that right?

Page 247

1      A.   Yes.
2      Q.   I'll mark that
3  Deposition Exhibit 23.
4      A.   I think it was 2004, was it
5  not?
6      Q.   Well, I'm going to hand it to
7  you and we can look at it together.
8          (Carson Deposition Exhibit 23
9      marked.)
10     A.   Okay.
11 BY MR. ZELLERS:
12     Q.   You're familiar with the
13 Langseth paper; is that right?
14     A.   Yes.
15         (Comments off the stenographic
16     record.)
17 BY MR. ZELLERS:
18     Q.   Langseth and the authors
19 concluded that the current body of
20 experimental and epidemiological evidence is
21 insufficient to establish a causal
22 association between perineal use of talc and
23 ovarian cancer risk; is that right?
24         And I'm looking at the second

Page 248

1  page.
2          MS. O'DELL:  Object to the
3      form.
4  BY MR. ZELLERS:
5      Q.   Is that the conclusion of the
6  authors?
7      A.   What I'm reading here is on
8  balance, the epidemiological evidence
9  suggests that the use of cosmetic talc in the
10 perineal area may be associated with ovarian
11 cancer risk.  The mechanism of
12 carcinogenicity may be related to
13 inflammation.
14     Q.   Take a look at the paragraph on
15 the right-hand side under Proposal to
16 Research Community.  I'm looking at the
17 second page of the Langseth article.
18         Are you there?
19     A.   Yes, I am.
20     Q.   The authors state:  The current
21 body of experimental and epidemiological
22 evidence is insufficient to establish a
23 causal association between perineal use of
24 talc and ovarian cancer risk.

Page 249

1          Is that right?
2          MS. O'DELL:  Object to the
3      form.
4      A.   That's what it says.
5  BY MR. ZELLERS:
6      Q.   Experimental research is needed
7  to better characterize deposition, retention
8  and clearance of talc to evaluate the ovarian
9  carcinogenicity of talc.
10         Is that what the authors state?
11     A.   Well, that's what it says, but
12 it says much more.  In fact, the editors of
13 the journal, in the section on the next page
14 that is titled What This Study Adds, say:
15 Epidemiological evidence suggests that the
16 use of cosmetic talc in the perineal area may
17 be associated with ovarian cancer risk.  The
18 IARC has classified this use of talc as
19 possibly carcinogenic to human beings,
20 Group 2B.  The mechanism of carcinogenicity
21 may be related to inflammation.  This paper
22 focused on the high degree of consistency in
23 the studies accomplished so far and what
24 should be the focus in future studies.

63 (Pages 246 to 249)

Arch I. "Chip"  Carson, M.D., Ph.D.

|  | Page 250 |
|---|---|

1          So I --
2      Q.   And then the conclusion is what
3   I read, that:  The current body of
4   experimental and epidemiological evidence is
5   insufficient to establish a causal
6   association between perineal use of talc and
7   ovarian cancer risk.
8          Correct?
9          MS. O'DELL:  Object to the
10      form.
11      A.   That is what it says, but this
12   was accepted in 2007, which was now 12 years
13   ago.
14   BY MR. ZELLERS:
15      Q.   Let me ask you about the cohort
16   studies.  They involved a much greater number
17   of women than the case-controlled studies; is
18   that right?
19          MS. O'DELL:  Object to the
20      form.
21      A.   Well, they did not involve more
22   cases, but they involved more women because
23   in order to do a cohort study, you have to
24   start with a huge group of people and wait

|  | Page 251 |
|---|---|

1   for them to develop cancers, and then count
2   those cancers.
3   BY MR. ZELLERS:
4      Q.   What was your methodology for
5   weighing the power of the cohort studies
6   versus the case-control studies?
7      A.   The cohort studies, it wasn't
8   apparent in every research report exactly how
9   they had done their sample size calculations
10   and power determinations, but in many cases
11   the lack of arriving at conclusions was
12   simply due to an inability to detect an
13   effect in the cohort studies, not that they
14   detected that there was not an effect.  And
15   that's unfortunately a disadvantage of an
16   underpowered study.
17      Q.   Is it your testimony that the
18   cohort studies are underpowered?
19      A.   I think by and large most
20   cohort studies are underpowered and --
21   because power calculations are based on
22   chance.  Investigators are sort of spinning
23   the roulette wheel and hoping that the number
24   that they want comes up.  In some cases that

|  | Page 252 |
|---|---|

1   doesn't happen.
2      Q.   Is it your testimony that the
3   cohort studies relating to genital talc use
4   and ovarian cancer are spinning the roulette
5   wheel?
6          MS. O'DELL:  Object to the
7      form.
8      A.   In terms of the power of the
9   studies to detect a meaningful difference
10   among the subjects, yes.
11   BY MR. ZELLERS:
12      Q.   That's your testimony as an
13   expert in this case; is that right?
14      A.   It is my testimony that cohort
15   studies, including these, are chronic -- or
16   quite often underpowered simply because of
17   the expense associated with performing these
18   studies.
19      Q.   What analysis did you do to
20   conclude that the cohort studies in this
21   area, the four cohort studies, are
22   underpowered?
23      A.   Like I just mentioned to you, I
24   read the studies and looked at their

|  | Page 253 |
|---|---|

1   conclusions, and their conclusions were not
2   that the effect didn't exist, but they
3   couldn't detect it.
4          MR. ZELLERS:  Let's go off the
5      record because we need to change our
6      tape.
7          THE VIDEOGRAPHER:  We're off
8      the record at 3:06, end of Tape 3.
9          (Recess taken, 3:06 p.m. to
10      3:19 p.m.)
11          THE VIDEOGRAPHER:  We're on the
12      record at 3:19, beginning of Tape 4.
13   BY MR. ZELLERS:
14      Q.   Dr. Carson, you are not a
15   statistician, correct?
16      A.   That's correct.
17      Q.   You are not a biostatistician;
18   is that right?
19      A.   That's right.
20      Q.   Do you agree that some of the
21   case-control studies have shown statistically
22   significant findings and others have not?
23      A.   I do agree that.
24      Q.   If a study does not show a

64 (Pages 250 to 253)

Arch I. "Chip"  Carson, M.D., Ph.D.

| | |
|---|---|
| **Page 254** | **Page 256** |

**Page 254**

1  statistically significant association, it
2  could mean that no risk exists, as we've
3  discussed; is that right?
4      A.    That's correct.
5      Q.    What methodology did you use to
6  weigh the lack of statistical significance
7  across studies?
8          MS. O'DELL:  Object to the
9  form.
10     A.    Across all of the case-control
11 studies?
12 BY MR. ZELLERS:
13     Q.    Yes.
14     A.    I simply treated them as
15 isolated research designs that were done on
16 different populations in different places
17 with different considerations.  They were not
18 necessarily comparable, like apples to apples
19 or oranges to oranges; they were very
20 different studies in most cases, and so I
21 felt it was important to allow their findings
22 to stand on their own.
23     Q.    I want to talk to you about
24 dose-response.  That's another of the

**Page 256**

1  front of you?
2      A.    I do.
3          I would also add that the
4  Penninkilampi meta-analysis also found a
5  dose-response.
6      Q.    Do you mention Penninkilampi at
7  all in your report?
8      A.    It's cited.
9      Q.    In the body of your report?
10     A.    I think it's in there
11 somewhere.
12     Q.    You believe it is; is that
13 right?
14     A.    I do.
15     Q.    Well, I'll ask you a couple of
16 questions about it then.
17          Before I do, let's talk a
18 little bit more about your report.  So go to
19 page 7.  You state at the very top of that
20 page that it has been difficult to estimate
21 dose in order to evaluate the dose-response
22 relationship for ovarian cancer; is that
23 right?
24     A.    That's correct.

**Page 255**

1  Bradford Hill criteria; is that right?
2      A.    That's correct.
3      Q.    Which studies show a
4  dose-response, talc exposure and ovarian
5  cancer?
6      A.    Let me see here.  I'm looking
7  at my notes.  The Harlow study from 1992
8  showed a dose-response, and the Cramer 2016
9  study showed a dose trend with strong odds
10 ratios for premenopausal women and hormone
11 therapy-treated women with greater than
12 24 years of exposure.
13         The Schildkraut study, also a
14 case-controlled study of 2016, showed a
15 dose-response.
16     Q.    There are a number of studies
17 that did not show a dose-response; is that
18 right?
19     A.    It's correct.  They did not
20 necessarily show there was not a
21 dose-response.  They just, as I was
22 mentioning before, were unable to detect a
23 dose-response.
24     Q.    Do you have your report in

**Page 257**

1      Q.    You state that it also has been
2  difficult to exactly estimate the quantity of
3  talcum powder administration during personal
4  hygiene activities; is that right?
5      A.    That's correct.
6      Q.    Let's look at a couple of the
7  studies that you believe do, in fact, show a
8  dose-response.  The Penninkilampi, that's a
9  meta-analysis, 2018; is that right?
10     A.    That's correct.
11     Q.    That study does not consider or
12 include the Gertic 2010 cohort study; is that
13 right?
14     A.    I -- I'd have to look at the
15 table, but yes, that one may be left out.
16     Q.    Well, that's a significant
17 study to leave out of an analysis, isn't it?
18         MS. O'DELL:  Object to the
19 form.
20         THE WITNESS:  I'm getting
21 there.
22         (Document review.)
23         THE WITNESS:  Apologies, I have
24 binder block here.

65 (Pages 254 to 257)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 258 |
|---|
| 1       MS. O'DELL:  You need help? |
| 2       THE WITNESS:  Okay. |
| 3    BY MR. ZELLERS: |
| 4       Q.    And I misspoke.  I meant to |
| 5    refer to Gates, the updated Nurses' study. |
| 6    So Gates 2010. |
| 7       A.    Yes, it appears that Gates is |
| 8    not included in the -- in the spectrum of |
| 9    studies considering; the Gertic study does |
| 10   appear. |
| 11      Q.    Gates 2010 is an important |
| 12   cohort study in this area, would you agree? |
| 13      MS. O'DELL:  Object to the |
| 14   form. |
| 15      A.    It's important, but I think it |
| 16   may be considered one of the ones that |
| 17   suffered from power issues.  It wasn't able |
| 18   to determine a relative risk in the |
| 19   population that it assessed. |
| 20   BY MR. ZELLERS: |
| 21      Q.    There are a number of the |
| 22   case-control studies that did not determine a |
| 23   relative risk, at least of statistical |
| 24   significance, correct? |

| Page 259 |
|---|
| 1       A.    Well, they determined odds |
| 2    ratios, which is the equivalent of relative |
| 3    risk for a case-control study. |
| 4       Q.    And in a number of those |
| 5    case-control studies, at least 15 out of the |
| 6    30 relative risk was not -- or strike that -- |
| 7    statistical significance was not achieved in |
| 8    the study; is that right? |
| 9       MS. O'DELL:  Object to the |
| 10   form. |
| 11      A.    That's correct. |
| 12   BY MR. ZELLERS: |
| 13      Q.    Let's look at the Cramer paper. |
| 14   We've talked about this earlier. |
| 15      A.    Which one, the 2016? |
| 16      Q.    Exhibit 20, yes, 2016. |
| 17      A.    Okay. |
| 18      Q.    This is another study that you |
| 19   cite as being supportive of your |
| 20   dose-response opinion; is that right? |
| 21      A.    Yes. |
| 22      Q.    Tell me when you have it. |
| 23      A.    I think you may have picked up |
| 24   my copy or the copy that I was looking at. |

| Page 260 |
|---|
| 1       Q.    This is my highlighted copy, so |
| 2    I'm sure it wasn't yours. |
| 3       A.    I'm sorry. |
| 4       Q.    That's all right.  We'll -- |
| 5    take your time. |
| 6       A.    Here we are. |
| 7       Q.    Got it, Exhibit 20? |
| 8       A.    I think so. |
| 9       Q.    Do you have the Cramer study in |
| 10   front of you? |
| 11      A.    I do. |
| 12      Q.    It's a retrospective |
| 13   case-control study published in 2016; is that |
| 14   right? |
| 15      A.    That's correct. |
| 16      Q.    If we look at the table of |
| 17   results on page 337, Table 1. |
| 18      Do you see that? |
| 19      A.    Yes. |
| 20      Q.    This table shows the risk of |
| 21   ovarian cancer for women who use talc, talcum |
| 22   powder, daily; is that right? |
| 23      MS. O'DELL:  Object to the |
| 24   form. |

| Page 261 |
|---|
| 1       A.    It does. |
| 2    BY MR. ZELLERS: |
| 3       Q.    And it's four different periods |
| 4    of time; one year, one to five years, five to |
| 5    20 years and more than 20 years; is that |
| 6    right? |
| 7       A.    That's correct. |
| 8       Q.    There was only statistical |
| 9    significance found for the time period of one |
| 10   to five years of use and more than 20 years |
| 11   of use; is that right? |
| 12      A.    For the first group, the -- for |
| 13   those who reported months year of use -- |
| 14   months per year of use. |
| 15      Q.    Well, for the first group, |
| 16   which was equivalent to one year of daily |
| 17   use, there was no statistical significance; |
| 18   is that right? |
| 19      MS. O'DELL:  Object to the |
| 20   form. |
| 21      A.    That -- well, the -- there was |
| 22   a positive odds ratio with a nonsignificant |
| 23   95% confidence interval. |
| 24           /// |

66  (Pages 258 to 261)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 262

1  BY MR. ZELLERS:
2      Q.    Meaning that if you look at
3  this study, that it is certainly possible
4  that because there is not statistical
5  significance, there could be a finding of no
6  risk, correct, no increased risk?
7      A.    That's a possibility.
8      Q.    Then if we go to the next
9  period, we do show a dose-response for talcum
10  powder use in the year -- years one to five;
11  is that right?
12     A.    Well, one to five years of
13  daily use, yes.
14     Q.    But then when we look at five
15  to 20 years of daily use, there is not a
16  statistically significant association; is
17  that right?
18     A.    That's correct.
19     Q.    But then when we go to greater
20  than 20 years, we do find a statistical
21  association; is that right?
22     A.    That's correct.
23     Q.    If, in fact, there was a true
24  dose-response relationship, you would expect

Page 263

1  to see that dose-response relationship in
2  each of these groups; is that right?
3          MS. O'DELL:  Object to the
4      form.
5      A.    It's more like we see in the
6  group directly below that, where you start
7  out with an odds ratio which is not
8  significant but positive, and then reach a
9  significant odds ratio at one to five years
10  of daily use and a higher amount of
11  significance with five to 20 years of daily
12  use, and still a significant odds ratio,
13  which is about the same level, at greater
14  than 20 years of daily use.
15  BY MR. ZELLERS:
16     Q.    Is that a yes to my question,
17  that if you do have a true dose-response
18  relationship, you would expect to see that
19  dose-response continue throughout each of the
20  periods?
21          MS. O'DELL:  Object to the
22      form.
23     A.    Well, it would be nice if you
24  did that, but epidemiologic data is very

Page 264

1  dirty, and it doesn't always work out quite
2  that cleanly.
3  BY MR. ZELLERS:
4      Q.    All right.  Do you -- well, let
5  me withdraw that.
6          Confounding.  You considered
7  and talk about confounding as another one of
8  the Bradford Hill criteria; is that right?
9          MS. O'DELL:  Object to the
10     form.
11     A.    Confounding, by that you mean
12  specificity?
13  BY MR. ZELLERS:
14     Q.    Well, I thought your -- I
15  thought you said in your methodology that you
16  applied the Bradford Hill criteria.
17     A.    That's correct.
18     Q.    Is confound -- strike that.
19          Is confounding an issue in
20  interpreting epidemiologic studies?
21     A.    Yes.
22     Q.    Do you agree that there is
23  confounding in these studies?
24     A.    I'm sure there's confounding in

Page 265

1  these studies.
2      Q.    You're familiar with that term,
3  right?
4      A.    Yes.
5      Q.    That's where the presence of
6  another association confuses the relationship
7  between the exposure and the disease being
8  studied; is that right?
9      A.    That's correct.
10     Q.    For example, if you're studying
11  the association between coffee and pancreatic
12  cancer, you need to be mindful of whether
13  cigarette smoking is more common in coffee
14  drinkers than the rest of the population,
15  fair?
16     A.    Yes.
17     Q.    Coffee -- or strike that.
18          Cigarette smoking could be a
19  confounder in that situation?
20     A.    Possible.
21     Q.    Because if more coffee drinkers
22  are smokers than non-coffee drinkers, an
23  association between coffee drinking and
24  pancreatic cancer might be due to the

67 (Pages 262 to 265)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 266

1    smoking, not the coffee drinking; fair?
2        A.    That would be a good
3    description of confounding.
4        Q.    Confounding can distort results
5    in epidemiological studies; is that right?
6        A.    It can.
7        Q.    Do you agree that residual
8    confounding is possible in every
9    observational study?
10       A.    Yes, I think there's some form
11   of confounding that's present in every
12   observational study.
13       Q.    It's possible that unmeasured
14   confounders may be present in every
15   observational study; is that right?
16       A.    That's correct.  Not just
17   unmeasured confounders, but unrecognized
18   confounders.
19       Q.    It's impossible to say that all
20   known and unknown confounding factors have
21   been controlled for in any given study; is
22   that right?
23       A.    I also agree with that.
24       Q.    Many new factors possibly

Page 267

1    involved in ovarian cancer risk are just
2    being published in the literature, correct?
3            MS. O'DELL:  Object to the
4        form.
5        A.    I believe that is true.
6    BY MR. ZELLERS:
7        Q.    For example, history of
8    chlamydia infection, have you read about that
9    possibly being involved in ovarian cancer
10   risk?
11       A.    I haven't read that
12   specifically.  I was thinking more about the
13   new information regarding genetic
14   susceptibilities.
15       Q.    Also, weight gain during
16   adolescence, is that another relatively new
17   possible ovarian cancer risk factor?
18           MS. O'DELL:  Object to the
19       form.
20       A.    It is, but obesity has been
21   recognized as a cofactor for many years.
22   BY MR. ZELLERS:
23       Q.    History of chlamydia infection,
24   weight gain during adolescence, those were

Page 268

1    not controlled for in any of the talc/ovarian
2    cancer studies, were they?
3        A.    Not that I'm aware of.
4        Q.    Are you aware that studies that
5    show a relationship between talc and ovarian
6    cancer did not account for confounders?
7        A.    I think it's possible that many
8    of those studies did not account for all
9    potential confounders, but they made attempts
10   to.
11       Q.    For example, Terry 2013, we
12   talked about that earlier; is that right?
13       A.    Yes.
14       Q.    Terry 2013, that meta-analysis
15   did not adjust for hormone replacement
16   therapy usage, correct?
17       A.    Yes.
18       Q.    If hormone replacement therapy
19   is a risk factor for ovarian cancer, then the
20   Terry 2013 meta-analysis did not account for
21   that potential confounding factor, correct?
22           MS. O'DELL:  Object to the
23       form.
24       A.    Correct.

Page 269

1    BY MR. ZELLERS:
2        Q.    You cannot say whether the odds
3    ratio of the Terry 2013 study would have been
4    lower if the authors had adjusted for hormone
5    replacement therapy usage, correct?
6        A.    I cannot say that.  Yes.
7        Q.    Recall bias.  You're familiar
8    with recall bias?
9        A.    I am.
10       Q.    That is also a concern in every
11   retrospective study, correct?
12       A.    Yes.
13       Q.    Recall bias can distort a
14   scientific evaluation of whether an exposure
15   is actually related to a disease; is that
16   right?
17       A.    Yes, it can.
18       Q.    For example, recall bias could
19   distort results if women with ovarian cancer
20   were more likely to remember their exposure
21   to talc than women without ovarian cancer; is
22   that right?
23           MS. O'DELL:  Object to the
24       form.

68 (Pages 266 to 269)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 270

1     A.   That's correct.
2   BY MR. ZELLERS:
3     Q.   The effects of recall bias can
4   be very real; is that right?
5         MS. O'DELL:  Object to the
6   form.
7     A.   I'm not sure what you mean by
8   very real.
9   BY MR. ZELLERS:
10    Q.   Well, let's look at one of the
11  studies that you cite.  You cited the
12  Schildkraut study in your report and you
13  referred to it a bit earlier as supporting
14  dose-response; is that right?
15    A.   Yes.
16    Q.   That's a study by Schildkraut
17  and others titled Association Between Body
18  Powder Use and Ovarian Cancer, the
19  African-American Cancer Epidemiologic -- or
20  Epidemiology Study.
21        Is that right?
22    A.   Yes.
23    Q.   I've got it here for you.
24    A.   Okay.

Page 271

1        (Carson Deposition Exhibit 24
2   marked.)
3   BY MR. ZELLERS:
4     Q.   Deposition Exhibit 24 is the
5   Schildkraut study, 2016, correct?
6         (Pause.)
7   BY MR. ZELLERS:
8     Q.   Did you say correct?
9     A.   I think I did.  I'm sorry.
10    Q.   That's all right.  I may have
11  missed it.
12        Exhibit 24 is the Schildkraut
13  2016 study; is that right?
14    A.   Yes.
15    Q.   This is one of the studies that
16  you cite and that you relied on in forming
17  your opinions; is that right?
18    A.   Yes.
19    Q.   The study looked at, among
20  other things, what impact, if any, lawsuit
21  filings in 2014 had on whether women recalled
22  using talc in the past, correct?
23    A.   I believe so.
24    Q.   The authors thought that the

Page 272

1   publicity from lawsuits might influence the
2   participants' recall of prior body powder
3   use; is that right?
4     A.   This was a recent study, so
5   that was more likely.
6     Q.   If you look on page 2,
7   right-hand side, last paragraph that starts
8   "Covariates include."
9         Do you see that?
10    A.   Yes.
11    Q.   And I'm reading about
12  two-thirds of the way down:  Two class action
13  lawsuits were filed in 2014 concerning
14  possible carcinogenic effects of body powder
15  which may have influenced recall of use;
16  therefore, year of interview 2014 or later,
17  yes/no, was concluded as a covariate in the
18  logistic regression models.
19        Is that correct?
20    A.   That's correct.
21    Q.   So go to page 4, Table 2.  This
22  is the adjusted odds ratio for the
23  associations between mode, frequency and
24  duration of body powder use in ovarian

Page 273

1   cancer; is that right?
2     A.   Yes.
3     Q.   The second column shows the
4   number of cases, and that would be women with
5   ovarian cancer; is that right?
6     A.   That's correct.
7     Q.   The third column shows the
8   controls; that's the women who do not have
9   ovarian cancer, correct?
10    A.   Yes.
11    Q.   Looking at this data before
12  2014, before the lawsuits, the percentage of
13  controls, meaning women without ovarian
14  cancer, said they used talc on their genitals
15  was 34%; is that right?
16        So those are women who were
17  interviewed before 2014.
18    A.   Yes.  Any genital use controls,
19  34%.
20    Q.   And the controls, again, are
21  women without ovarian cancer.
22    A.   That's correct.
23    Q.   The percentage of cases,
24  meaning women with ovarian cancer, that were

69 (Pages 270 to 273)

Arch I. "Chip"  Carson, M.D., Ph.D.

| Page 274 |
|---|
| 1    interviewed before 2014 that said they used |
| 2    talc on their genitals was 36.5%; is that |
| 3    right? |
| 4        A.    That's correct. |
| 5        Q.    So roughly the same reporting |
| 6    of genital talc use between women with and |
| 7    without ovarian cancer occurred for those |
| 8    women interviewed before the lawsuits were |
| 9    filed; is that right? |
| 10        A.    That's correct. |
| 11        Q.    Then look at what happened |
| 12    after the lawsuits were filed in 2014.  For |
| 13    women interviewed after 2014, the percent of |
| 14    women without ovarian cancer that said they |
| 15    used talc on their genitals was 34.4%; is |
| 16    that right? |
| 17        A.    That's correct. |
| 18        Q.    So based on this data, the |
| 19    lawsuits had essentially no effect on how |
| 20    many of the women without ovarian cancer, the |
| 21    controls, remembered or recalled using baby |
| 22    powder; is that right? |
| 23        A.    Well, the percentage is the |
| 24    same in both cases. |

| Page 276 |
|---|
| 1    BY MR. ZELLERS: |
| 2        Q.    In this study, lawsuit filings |
| 3    appears to have affected how many women with |
| 4    ovarian cancer remembered using talc on their |
| 5    genitals but basically had no effect on the |
| 6    memory of women without ovarian cancer; is |
| 7    that right? |
| 8            MS. O'DELL:  Object to the |
| 9    form. |
| 10        A.    You can't say that this is -- |
| 11    this demonstrates recall bias.  It could. |
| 12    BY MR. ZELLERS: |
| 13        Q.    These findings could be an |
| 14    example of the potential effect of recall |
| 15    bias; is that right? |
| 16            MS. O'DELL:  Object to the |
| 17    form. |
| 18        A.    That is correct. |
| 19    BY MR. ZELLERS: |
| 20        Q.    So pre-2014 there was an odds |
| 21    ratio of 1.19 with the confidence interval |
| 22    ranging from .87 to -- strike that -- |
| 23    from .87 to 1.63, so there is not statistical |
| 24    significance pre-2014; is that right? |

| Page 275 |
|---|
| 1        Q.    It went from 34% to 34.4%; is |
| 2    that right? |
| 3        A.    That's correct. |
| 4        Q.    For women with ovarian cancer, |
| 5    before the lawsuits were filed, 36.5% of them |
| 6    said they recalled using baby powder; is that |
| 7    right? |
| 8        A.    That's right. |
| 9        Q.    But after the lawsuits were |
| 10    filed, the percent of women with ovarian |
| 11    cancer who said they used baby powder went up |
| 12    to 51.5%; is that right? |
| 13        A.    That is also correct. |
| 14        Q.    Is that a significant increase |
| 15    from 36.5%? |
| 16        A.    I don't know, but it seems like |
| 17    it might be. |
| 18        Q.    So after the lawsuits were |
| 19    filed, the percent of women with ovarian |
| 20    cancer who said they used baby powder jumped |
| 21    significantly; is that right? |
| 22            MS. O'DELL:  Object to the |
| 23    form. |
| 24        A.    Well, that's -- that is true. |

| Page 277 |
|---|
| 1        A.    Probably not. |
| 2        Q.    If the study had been |
| 3    terminated as of 2014, prior to the lawsuits |
| 4    being filed, then the results of the study |
| 5    would have been that genital talc use was not |
| 6    statistically significantly associated with |
| 7    an increased risk of ovarian cancer; is that |
| 8    right? |
| 9            MS. O'DELL:  Object to the |
| 10    form. |
| 11        A.    Yes. |
| 12    BY MR. ZELLERS: |
| 13        Q.    Did you make an attempt to |
| 14    account for this potential recall bias in |
| 15    weighing the Schildkraut study? |
| 16        A.    The authors did that for me by |
| 17    including the period of the interview as a |
| 18    cofactor in the logistic regression models. |
| 19    It accounts for this difference that you see |
| 20    on the table. |
| 21        Q.    You do agree there was no |
| 22    statistically significant finding of an odds |
| 23    ratio prior to 2014, the data collected |
| 24    through that time; is that right? |

70 (Pages 274 to 277)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 278

1     A.    In the -- in the data collected
2  on those -- let me see here.  In the data
3  collected on those 351 cases and
4  corresponding controls, there was not a
5  significant odds ratio.
6     Q.    I want to go back and ask you a
7  few questions about some of the things I had
8  talked to you before about.
9           In terms of this chatter about
10  IARC, who has told you this?
11     A.    There are a number of
12  environmental websites and -- that also
13  operate on social media that discuss this
14  kind of thing.
15     Q.    So there's social media
16  websites that have talked about at least the
17  possibility of IARC revisiting the issue?
18     A.    Yes, among many other things.
19     Q.    I asked you earlier about
20  cornstarch, and you believe that cornstarch
21  is rapidly cleared from the body, including
22  the ovaries; is that right?
23           MS. O'DELL:  Object to the
24  form.

Page 279

1     A.    Yes.
2  BY MR. ZELLERS:
3     Q.    What is the mechanism by which
4  you believe that cornstarch is rapidly
5  cleared from the body, including the ovaries?
6     A.    It's primarily composed of
7  carbohydrate with a small amount of
8  structural material, probably cellulose, and
9  those materials are broken down in body
10  fluids fairly rapidly and dissolved and
11  become part of the general milieu of the
12  body.
13     Q.    Does cornstarch create
14  inflammation in the body?
15     A.    Yes.
16     Q.    You testified that the latency
17  period for ovarian cancer is between 20 and
18  40 years; is that right?
19     A.    Roughly, yes.
20     Q.    What is the basis for you
21  saying that?
22     A.    There are a number of factors
23  that influence that, but there are
24  organizations that have determined latency

Page 280

1  factors -- or latency periods for a number of
2  different types of cancers and tumors based
3  on the incidence data and what is known about
4  the natural progression of those tumors over
5  time.
6           I can't recall at the moment
7  exactly where I determined the latency period
8  for ovarian cancer to be between 20 and
9  40 years.
10          We do have a paper that's
11  referenced here that discusses the
12  determination of latency periods and includes
13  ovarian cancer as one of the tumors that it
14  determines a latency period for, and it uses
15  a mathematical formula with various factors
16  plugged into it to calculate that.
17          In that particular article, the
18  latency factor -- period was very long.  I
19  think it was 44 years on the average.
20     Q.    You do not have personal
21  expertise in terms of the latency period for
22  ovarian cancer, correct?
23     A.    I have -- I've calculated
24  latency periods as an exercise when I was in

Page 281

1  graduate school, but that's not something I
2  normally do.  I usually defer to the -- those
3  who have published latency periods for that
4  information.
5     Q.    You are recalling that at least
6  in some of the study or studies that you've
7  reviewed that the latency period for ovarian
8  cancer is 20 to 40 years, correct?
9     A.    Yes.
10     Q.    Are you able to tell us which
11  study or studies you're relying on for that
12  information?
13     A.    I'd have to go through my list
14  to find it.  Do you mind if I take a moment
15  to do that?
16     Q.    Define "a moment."
17     A.    Well, however long it takes me
18  to find it in that list, but --
19     Q.    Let me see if I can shortcut
20  it.
21          Do you believe that the latency
22  period for ovarian cancer is something you've
23  written out in one of your handwritten notes?
24     A.    I don't believe so.

71 (Pages 278 to 281)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 282

1    Q.    It would be -- where would it
2  be?
3         MS. O'DELL:  If you need a
4    moment to review either your report or
5    your materials list, you know --
6         THE WITNESS:  I don't believe
7    that particular piece of information
8    is in my report, but it's -- I think I
9    could come up with it fairly quickly
10   if I --
11 BY MR. ZELLERS:
12   Q.    All right.  Go ahead.  Find for
13 us the study or studies you're relying on for
14 the latency period of ovarian cancer.
15   A.    Okay.  If I'm lucky, I may hit
16 on it here.
17        (Document review.)
18   A.    It's the Diana Nadler and Igor
19 Zurbenko paper Estimating Cancer Latency
20 Times Using the Weibull Model.
21 BY MR. ZELLERS:
22   Q.    You're looking at Exhibit 4,
23 your literature list; is that right?
24   A.    Yes.

Page 283

1    Q.    What page of Exhibit 4 are you
2  looking at?
3    A.    Page 17 in the Ns.
4    Q.    Are you finished?
5    A.    There may be others in the
6  list, but you asked me to cite one.  You want
7  me to continue looking?
8    Q.    No, I -- that is sufficient for
9  my purposes.  Thank you.
10        Dr. Carson, there have been
11 some studies where talc particles had been
12 observed or reported in the ovaries of women
13 who have had perineal talc use; is that
14 right?
15   A.    Yes.
16   Q.    Heller was one of the studies
17 that we talked about, correct?
18   A.    Correct.
19   Q.    In those studies, there has not
20 been inflammation noted; is that right?
21   A.    No, there -- that's not been an
22 important finding.
23        MR. ZELLERS:  I have no further
24   questions for you.

Page 284

1         MS. BOCKUS:  If you want to
2    pass me your microphone, I think I can
3    stay here.  I'm not going to pass him
4    that many exhibits.
5         MR. ZELLERS:  I'm happy to help
6    you.
7         MS. BOCKUS:  Thank you.
8         EXAMINATION
9  BY MS. BOCKUS:
10   Q.    Dr. Carson, my name is Jane
11 Bockus.  I'm not certain I actually
12 introduced myself to you this morning, but I
13 represent Imerys in this litigation.
14        Do you understand that?
15   A.    I do.
16   Q.    Before Mr. Abney contacted you
17 about preparing a report that would explain
18 the relationship between regular perineal use
19 of talc based on personal hygiene products
20 and subsequent development of ovarian cancer,
21 is that anything that you had researched
22 before that date?
23        MS. O'DELL:  Object to the
24   form.

Page 285

1    A.    I don't think Mr. Abney --
2  well, he may have been that detailed in our
3  discussion.  But in response to your
4  question, that's not a specific question I
5  had researched in the past, although I had
6  researched related kinds of issues.
7  BY MS. BOCKUS:
8    Q.    So would it be fair to say that
9  the opinions contained in your report are all
10 opinions that you have come to as a result of
11 doing the research at the request of
12 Mr. Abney and others in the plaintiffs'
13 lawyer group?
14        MS. O'DELL:  Object to the
15   form.
16   A.    Yes.
17 BY MS. BOCKUS:
18   Q.    Okay.  And I'm going to
19 apologize right now.  I'll be jumping around
20 because most of my outline has already been
21 covered, so let me just get you to look at
22 your report, if I could, and I'm going to ask
23 you some questions about it.
24        Turn to page 4, and

72 (Pages 282 to 285)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 286

1  paragraph (b), the first sentence reads:
2  Numerous studies have examined the
3  cancer-causing characteristics of talc.
4        Do you see that?
5     A.   Yes.
6     Q.   And you identified Wilde as
7  your source for that statement, correct?
8     A.   That is correct.
9     Q.   Isn't it correct that the Wild
10  study actually exonerated talc as having
11  cancer-causing characteristics?
12     A.   That was a conclusion of the
13  author, but the reason it's cited there is
14  because that's an example of the
15  investigation of the relationship.
16     Q.   Okay.  But in that study,
17  they -- he concluded that talc alone did not
18  cause cancer, correct?
19     A.   As I recall, that was the
20  general conclusion, yes.
21     Q.   Okay.  Then in the next couple
22  of sentences, you say that talc has caused
23  cancer when implanted in various tissues and
24  under the skin in laboratory animals.  It

Page 287

1  causes inflammation and fibrotic reaction,
2  including the chemotaxis of inflammatory
3  immune cells and accelerated growth and
4  division of cells in the involved tissue.
5        And you cite Okada 2007 for
6  that proposition; is that correct?
7     A.   That's correct.
8     Q.   But Okada wasn't even looking
9  at talc, was it?
10     A.   Let me see here.  Okada was
11  looking at inflammation as -- as the endpoint
12  in the various components of inflammation
13  which I talked about here, the chemotaxis of
14  inflammatory immune cells, accelerated growth
15  division in the involved tissues.
16     Q.   But what you say is that talc
17  causes.  When you say "it," you're referring
18  to talc, correct?  It causes inflammation and
19  fibrotic reaction; isn't that what you're
20  saying in this sentence?
21     A.   It is talc, yes.
22     Q.   Okay.  And yet, Okada, the
23  study that you cite for that proposition,
24  doesn't look at talc at all, does it?

Page 288

1     A.   No.
2     Q.   And then going on, you talk
3  about the fact that there in that same
4  paragraph, if you go down, you talk about
5  IARC and the fact that IARC concluded that
6  talcum powder use by women for feminine
7  hygiene is a possible human carcinogen;
8  that's not a classification of talc as a
9  carcinogen, correct?
10        MS. O'DELL:  Object to the
11  form.
12     A.   It is within the spectrum of
13  carcinogens.
14  BY MS. BOCKUS:
15     Q.   It's possible.
16     A.   That's correct.
17     Q.   And then you say that --
18  meaning that there is insufficient evidence
19  of carcinogenesis in humans, but strong
20  evidence in other mammalian species.
21        Can you tell me where in IARC
22  it says that there is strong evidence that
23  talc causes ovarian cancer in other mammalian
24  species?

Page 289

1     A.   I think the issue is not
2  specifically ovarian cancer; the issue is
3  cancer.  And that's the point of view of
4  IARC, and that's what's alluded to here.
5     Q.   So this is the one exhibit I'm
6  going to hand you, if I can get that one
7  marked by my assistant.
8        MR. ZELLERS:  Exhibit 25.
9        (Carson Deposition Exhibit 25
10  marked.)
11        MS. O'DELL:  This is a page out
12  of the monograph?
13        MS. BOCKUS:  Yes.
14        MS. O'DELL:  Are you going to
15  identify it?
16        MS. BOCKUS:  And he can look it
17  up in his whole monograph.  I just
18  pulled the page for simplicity.
19        MS. O'DELL:  So feel free to do
20  that, Doctor.
21        MS. BOCKUS:  Yes, page 412.
22  BY MS. BOCKUS:
23     Q.   So looking at Exhibit 25, this
24  is a page from the IARC monograph where it

73 (Pages 286 to 289)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 290

1  talks about the data -- the evidence that
2  they have and the evidence that they
3  reviewed.
4       Do you see that?
5       A.    That's correct.
6       Q.    And what they actually state
7  with regard to experimental evidence is that
8  there is limited evidence in experimental
9  animals for the carcinogenicity of talc not
10 containing asbestos or asbestiform fibers.
11      Correct?
12      MS. O'DELL:  Object to the
13 form.
14 BY MS. BOCKUS:
15      Q.    Did I read it incorrectly?
16      A.    No, I just lost you for a
17 moment.
18      Q.    It's one sentence.  Go ahead
19 and take your time and read it.
20      A.    Yes, I agree with that.  They
21 found that inhaled talc, which does not
22 contain asbestos or asbestiform fibers, is
23 Group 3.
24      Q.    That wasn't my question.  I'm

Page 291

1  talking about experimental animals because
2  that's what -- you state in your report that
3  IARC found strong evidence in animals, and
4  yet the part of IARC that I know of where
5  they're addressing the animal data with
6  regard to talc is what I handed you in
7  Section 6.2, and it states there's limited
8  evidence, correct?
9       MS. O'DELL:  Objection.
10      A.    It states that there's limited
11 evidence -- I need to find this section in
12 the monograph.  Just bear with me for a
13 moment.  It's page 412?
14      (Document review.)
15      A.    Okay.  I seem to be missing
16 that part of the monograph.
17      MS. O'DELL:  Do you have the 93
18 monograph?
19      THE WITNESS:  Where's the --
20 this is 100C, and this is 93.  Okay.
21 Here it is.  All right.  Okay.
22      A.    Okay.  The entire monograph is
23 designed to evaluate carcinogenic risk, and
24 it looks at three different species, carbon

Page 292

1  black, titanium dioxide and talc.
2       So regarding talc, the overall
3  point of view here is whether or not it
4  produces cancer, not just ovarian cancer, not
5  just lung cancer, but any cancer.
6       And so I'm not sure that that
7  responds to your question.
8  BY MS. BOCKUS:
9       Q.    No.  My question was:  You
10 state in your report that IARC found strong
11 evidence in animals, and I want to know where
12 you believe that statement occurs in the IARC
13 monograph, or do you know?
14      MS. O'DELL:  And if you need a
15 minute to look, feel free to do that.
16      A.    Well, I can say that it might
17 take me a while to look for it, but I can say
18 that that's the basic definition of Group 2B,
19 is limited evidence in humans and compelling
20 evidence in animals or other --
21 BY MS. BOCKUS:
22      Q.    Tell me where you're looking at
23 that definition of 2B.
24      A.    Let me see here.

Page 293

1       Q.    We earlier marked the...
2       Exhibit 21, I think.
3       A.    Well, I have this other
4  exhibit, which is the preamble from another
5  situation; it's Exhibit P-346, and...
6       Q.    Well, let me just ask a
7  different question, rather than looking at
8  the preamble.
9       A.    All right.
10      Q.    Because that's kind of
11 overarching.
12      A.    It is.
13      Q.    To know what IARC found with
14 regard to talc and the evidence in animal
15 models, wouldn't it be more appropriate to
16 look at what they actually said about talc in
17 the animal studies?
18      A.    Yes.
19      MS. O'DELL:  Objection, form.
20      A.    I would agree that that's the
21 case.
22 BY MS. BOCKUS:
23      Q.    And to your knowledge, nowhere
24 did they find strong evidence of

74 (Pages 290 to 293)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 294

1  cancer-causing potential of talc in animal
2  studies, correct?
3        MS. O'DELL: Objection to form.
4        A.    Well -- well, it says on that
5  page there's limited evidence in experimental
6  animals, so I'll agree that at least in this
7  location it does not say strong evidence.
8  BY MS. BOCKUS:
9        Q.    And without going through the
10  entire monograph, you don't know where that
11  language came from, is that fair, that you
12  used in your report?
13        MS. O'DELL: Object. Excuse
14  me. Object to the form. I think he
15  was pointing -- directing you to the
16  preamble and you withdrew your
17  question, but --
18        MS. BOCKUS: Well, let me just
19  ask a qualifying question.
20  BY MS. BOCKUS:
21        Q.    Does the preamble in any way
22  address their findings with regards to talc?
23        A.    No, the preamble addresses the
24  methodology that's used by the IARC agency in

Page 295

1  addressing all the substances that they
2  evaluate.
3        Q.    Okay.
4        A.    And that's usually where I pull
5  things like that.
6        MS. O'DELL: Are you finished,
7  Doctor?
8        THE WITNESS: Unless I'm going
9  to continue to search for this.
10  BY MS. BOCKUS:
11        Q.    I don't need for you to look in
12  the preamble, because I'm really only
13  interested in their findings as to talc, not
14  their overarching methodology, that sort of
15  thing.
16        A.    Okay. But it's important to
17  point out that this particular monograph is
18  an evaluation of the carcinogenicity of talc
19  that does not contain asbestos or asbestiform
20  fibers, so --
21        Q.    Correct. Which was, from their
22  view, the talc that was included in all of
23  the studies that they reviewed, correct?
24        MS. O'DELL: Objection,

Page 296

1  misstates the evidence.
2        A.    I believe that was their
3  assumption.
4  BY MS. BOCKUS:
5        Q.    Okay. The studies that you
6  reference in support of the notion that
7  asbestos in -- that may or may not exist in
8  body powder contributes to cause ovarian
9  cancer, none of the studies that you cite to
10  have referenced an application of a product
11  to the perineum of the women and girls study,
12  correct?
13        MS. O'DELL: Object to the
14  form.
15        THE WITNESS: I have a -- I
16  apologize greatly, but I lost the
17  track. Could you repeat that
18  question.
19        MS. BOCKUS: That's totally
20  understandable because it was a little
21  bit convoluted.
22        MS. O'DELL: Do you mind if we
23  get the realtime running again? We're
24  just off track here.

Page 297

1        MS. BOCKUS: That's okay.
2  BY MS. BOCKUS:
3        Q.    I'm looking on page 5. Do you
4  see on page 5 of your report, sir,
5  paragraph (c)?
6        A.    Yes.
7        Q.    And there you cite one, two,
8  three, four, five, six, seven, eight, nine,
9  10, 11, 12 studies, correct?
10        A.    Yes.
11        Q.    Do you speak Italian?
12        A.    I can read it pretty well.
13        Q.    Is that what you did for the
14  Bertolotti study?
15        A.    The Bertolotti study. Yes, I
16  read most of it. I may have kibitzed with
17  some of my colleagues about the meaning of a
18  few words.
19        Q.    At any rate, all of these
20  studies have to do with heavy occupational
21  exposure to asbestos, correct?
22        MS. O'DELL: Object to the
23  form.
24        A.    Yes.

75 (Pages 294 to 297)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 298

1    BY MS. BOCKUS:
2         Q.    And you don't have any
3    information how the dose of asbestos to which
4    these women were exposed during their heavy
5    occupational exposure compares to any
6    exposure to asbestos from the use of body
7    powder, correct?
8         A.    Well, I think these were not
9    all occupational exposures, but I do not have
10   information regarding things like the route
11   of exposure, no.
12        Q.    Do you have any information
13   regarding the dose?
14        A.    No, I don't.
15        Q.    Do you have any information
16   that would compare the dose of asbestos to
17   which the women in these studies were
18   exposed --
19        A.    Well, in some of the studies --
20        Q.    Wait, I haven't finished my
21   question.
22        A.    Sorry.
23        Q.    -- to any alleged dose of
24   asbestos in body powder?

Page 299

1         Can you make any comparison
2    whatsoever to the amount of asbestos to which
3    these women were exposed to any exposure by
4    any woman who has used a Johnson & Johnson
5    body powder?
6         MS. O'DELL:  Object to the
7    form.
8         A.    I don't think I'm able to make
9    that kind of comparison.
10   BY MS. BOCKUS:
11        Q.    Okay.  There are ways to study
12   whether two toxins combined increase a risk
13   more than exposure to a single toxin, whether
14   it -- whether one offsets the risk of one of
15   the toxins or whether you add them together,
16   even multiply them together, right?
17        A.    Yes.
18        Q.    Has any such study ever been
19   done with regard to talc and the heavy metals
20   that you identify in your report?
21        A.    Not specifically a study to
22   look at the combined contribution, but we
23   know a lot about the mechanism of action of
24   the metals in particular in the

Page 300

1    microenvironment, and based on what we know
2    about the mechanism of action of talc as well
3    and even asbestos, they're all similar, and
4    for that reason would be expected to be
5    additive.
6         Q.    But the study hasn't been done
7    even in a petri dish, has it?
8         MS. O'DELL:  Object to the
9    form.
10        A.    I don't know if there's
11   something in progress or not, but that's the
12   kind of study that is currently being looked
13   at.  Combined exposures is the -- sort of the
14   hallmark of research these days in
15   toxicology.
16   BY MS. BOCKUS:
17        Q.    Do you know of anyone who's
18   looking at that question?
19        A.    I don't.
20        Q.    Okay.  Have any of the heavy
21   metals that you have identified been
22   identified as carcinogenic to the ovary by
23   IARC?
24        A.    No.

Page 301

1         Q.    I want you to turn to page 7
2    now, if you would, please, on other evidence.
3    And you've talked about this paragraph a fair
4    amount already, and I don't want to repeat
5    any of the prior questions.
6         But I want to ask you about the
7    statement in that first sentence, where you
8    say that transport of talc-containing
9    materials from the perineum to the upper
10   reproductive tract and body cavities has been
11   shown to occur with startling regularity.
12   And I want to stop right there.
13        If I recall your testimony
14   correctly, none of these studies even look at
15   the transport of talc-containing materials
16   from the perineum to the upper reproductive
17   tract; isn't that correct?
18        MS. O'DELL:  Object to the
19   form.
20        A.    Well, it is true that most of
21   the research that's been done in this area
22   has been done on materials that have been
23   instilled into the vagina or the posterior
24   fornix, but I think and it's my opinion that

76 (Pages 298 to 301)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 302

1  application to the perineum is equivalent to
2  that.
3      Q.   Do you have an opinion as to
4  what percentage of the talcum powder applied
5  in a daily dusting to the perineum makes its
6  way to the vagina?
7      A.   No, I don't know.
8      Q.   Do you have an opinion as to
9  what percentage of the talc that, in your
10  opinion, would make its way to the vagina
11  would actually make its way to the cervix?
12      A.   I don't know that either.
13      Q.   And out of the talc that makes
14  its way to the cervix, what percentage makes
15  it past the cervix into the uterus?
16      A.   That, I don't know either.
17      Q.   Do you have any reason to
18  believe that talc would migrate with more
19  frequency or rapidity than sperm?
20          MS. O'DELL:  Objection to form.
21      A.   No, I don't have reason to
22  believe that would be the case.
23  BY MS. BOCKUS:
24      Q.   Would you agree, in fact, that

Page 303

1  it is unlikely that talc, an inert particle,
2  would travel as quickly and in the same
3  percentages as sperm through the reproductive
4  tract?
5          MS. O'DELL:  Object to the
6      form.
7      A.   I think the transport time is
8  roughly the same for any particulate matter,
9  including sperm.
10  BY MS. BOCKUS:
11      Q.   Do you have any studies to
12  support that opinion?
13      A.   Well, we know -- we know the --
14  we know the velocity of motile sperm; it's
15  very slow.  And we have studies that have
16  shown the progression of particles through
17  the fallopian tubes at least that fast a
18  rate, possibly faster.
19          And so the motility of sperm is
20  slower than the rate at which it passes
21  through the female reproductive system, so
22  there are obviously other mechanisms at play
23  other than sperm motility.
24      Q.   To your knowledge, were any of

Page 304

1  those studies that you list here done in
2  women who were standing up?
3      A.   The studies that I list in
4  other evidence?
5      Q.   Yes.
6      A.   I think not.
7      Q.   In fact, were any of them done
8  in women who were inclined with their head
9  elevated over their hips?
10      A.   No.
11      Q.   So my question is:  Where do
12  you get the term "startling regularity" with
13  regard to the transport of talc from outside
14  a woman's body to the upper reproductive
15  tract?
16          MS. O'DELL:  Object to the
17      form.
18      A.   The propensity of evidence of
19  rapid transport of particulate material
20  regarding -- regardless of its composition.
21  BY MS. BOCKUS:
22      Q.   Particulate material inserted
23  well into a woman's vagina whose hips are
24  above her head, correct?

Page 305

1          MS. O'DELL:  Objection to form.
2      A.   Well, we have other studies
3  too.  We have the powdered glove examination
4  studies, things of that nature, that are a
5  little bit different.
6  BY MS. BOCKUS:
7      Q.   And you believe they support
8  your conclusion that talc is transported from
9  the perineum to the upper reproductive tract
10  with startling regularity?
11      A.   I think that's a valid
12  conclusion supported by the evidence, yes.
13      Q.   I'm turning to page 8 now, and
14  the number that you have here -- and you've
15  repeated it a couple of times today -- about
16  your opinion that the elimination of talc as
17  a risk could result in over 3,000 lives saved
18  in the U.S. each year.
19          How did you come to that
20  conclusion?
21      A.   Well, I'm referring to talcum
22  powder here --
23      Q.   Okay.  Sure.
24      A.   -- which is the complete

77 (Pages 302 to 305)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 306

1    product.
2         I came to that conclusion based
3    on the number of new cases of ovarian cancer
4    that are diagnosed in the United States each
5    year and the number of ovarian cancer deaths
6    that occur each year.
7         And essentially, of 21,000 or
8    so cases of -- new cases of ovarian cancer,
9    there are corresponding 14,000 or more deaths
10   each year, so that's a two-thirds fatality
11   rate if you look over time.
12        The -- at 30% increase in the
13   risk of -- or a 30% increase in the risk of
14   cancer applied in reverse, that is reducing
15   those -- that 30% increased risk from the use
16   of perineal application of talcum powder
17   could result in the prevention of as many as
18   3,000 lives, depending on the prevalence of
19   use.
20        Q.    Would that calculation require
21   that 100% of the women in the U.S. be using
22   talcum powder on a daily basis?
23        A.    It would require a hundred
24   percent of the women in the U.S. to stop

Page 307

1    using talcum powder on a daily basis.
2         Q.    That wasn't my question.
3         In order to attribute --
4         A.    Well, my answer to your
5    question then is no.
6         Q.    In order to attribute 30% of
7    all ovarian cancer deaths to the use of
8    talcum powder -- let me back up.
9         The data that you have that
10   you've cited is talking about the percentage
11   of women -- the percentage of women who use
12   talcum powder who are diagnosed with ovarian
13   cancer, correct?
14        MS. O'DELL:  Object to the
15   form.
16        A.    It is the total number of new
17   diagnoses per year.
18   BY MS. BOCKUS:
19        Q.    Okay.
20        A.    I think last year was
21   22,000-something.
22        Q.    But that number, 22,000, 100%
23   of those women did not use talcum powder,
24   correct?

Page 308

1         A.    There may not have been use of
2    talcum powder in all those women, that's
3    correct.
4         Q.    Do you have any notion as to
5    what percent of those women may have used
6    talcum powder?
7         A.    Based on these various studies,
8    it seems to vary between 30 and 60%.  It's
9    more so in the U.S., Australia and the U.K.
10        Q.    Do you have an opinion as to
11   how regularly a women needs to use talcum
12   powder before her risk of ovarian cancer is
13   increased by 30%?
14        A.    Well, based on the epidemiology
15   studies, that risk occurs in the population
16   in general from ever use as opposed to never
17   use, and so it would depend on the individual
18   woman.
19        Each person has an individual
20   susceptibility and individual characteristics
21   and would probably have an individual use
22   pattern.  So I couldn't say for any
23   individual woman.
24        Q.    And that's not what I'm asking

Page 309

1    for.  I'm really asking for in general,
2    because that's what epidemiology is, correct?
3    It's not talking about an individual woman,
4    right?
5         A.    That's correct, it's describing
6    it in the population.
7         Q.    So in the population, in the
8    studies that you've reviewed, what is the
9    minimum number of days per month, or however
10   you want to describe it, that a woman would
11   need to use talcum powder before she would be
12   included in the group that you believe have a
13   30% increased risk of ovarian cancer?
14        MS. O'DELL:  Object to the
15   form.
16        A.    The only qualifier that I've
17   been able to come up with and that I've used
18   in this report is the regular use of talcum
19   powder.
20   BY MS. BOCKUS:
21        Q.    Okay.
22        A.    And that is going to vary over
23   a broad range.  It would be periodically
24   daily to several times a week would be

78 (Pages 306 to 309)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 310

1  regular use.
2       Q.    And over how many years must a
3  woman use talcum powder on a regular basis
4  before her risk of ovarian cancer is
5  increased to 30% --
6           MS. O'DELL:  Object to the
7  form.
8  BY MS. BOCKUS:
9       Q.    -- in your opinion?
10          MS. BOCKUS:  Sorry.
11      A.    Some of the studies have
12  focused on usage periods as short as one
13  year, but most have studied longer periods of
14  use and separated use into things like
15  decades or accumulated total person-years
16  based on reports of the women, multiplying
17  frequency by time.
18          So again, it would depend on
19  the individual, but the research reports
20  hover around five to ten years of regular
21  use, resulting in significant odds ratios.
22  BY MS. BOCKUS:
23      Q.    As I understand it in
24  toxicology, one of the basic tenets that

Page 311

1  it's the dose that makes the poison, correct?
2      A.    That's correct.
3      Q.    That water can kill you if you
4  drink too much of it, right?
5      A.    Theoretically.
6      Q.    In a short period of time.
7           And so I'm trying to find out
8  what you have determined is the threshold of
9  risk is -- for talcum powder use by women.
10  Do you have an opinion as to at what point a
11  threshold has been reached where the use of
12  talcum powder by women in their perineal
13  region increases their risk?
14      A.    I think any use of carcinogenic
15  materials or any exposure to carcinogenic
16  materials increases the risk somewhat.  A
17  greater exposure, based on the
18  "dose makes the poison" principle, would
19  result in a greater risk.
20          And we know from toxicologic
21  studies that intense exposures can sometimes
22  accelerate the process and even shorten the
23  latency period of a carcinogenic event.
24          So my opinion is that there is

Page 312

1  no threshold of exposure for risk; that we
2  are -- we are right to use a zero threshold
3  approach until we know more about the
4  possibility of a threshold below which
5  exposure would be safe.  At the current time
6  we don't have that information.
7      Q.    Do you believe that there
8  probably is a threshold below which use is
9  safe?
10      A.    In the carcinogenic process,
11  which we haven't really talked about in this
12  session today, there is an insult to a cell
13  which affects the genetic material, the DNA.
14  And there are built-in repair mechanisms that
15  the cell has for fixing that problem that
16  occurred, a mutation, for example.
17          These kinds of insults are
18  happening to cells all the time, not just
19  from carcinogens in our environment, but just
20  from natural occurrences, even endogenous
21  biochemical reactions cause these problems.
22          The question is:  Is the repair
23  process sufficient to undo what's been done?
24  And an exposure to environmental carcinogens,

Page 313

1  that repair process is often overwhelmed so
2  that it cannot catch up with the damage
3  that's being created, and a tumor is born,
4  basically.
5          That is where the concept of
6  threshold comes from.  Have we overwhelmed
7  the repair or not, and we don't have enough
8  research evidence or scientific evidence to
9  be able to define that line at this point.
10      Q.    Has there ever been a study
11  that showed that talcum powder caused DNA
12  damage in normal ovarian epithelial tissue?
13      A.    Well, we do have the studies
14  that have recently been produced by Fletcher
15  and Saed that show the inflammatory process
16  is influenced by talc, and this is nonfibrous
17  talc, that result in mutagenic events that
18  are available for promotion, and there are
19  biomarkers that have also been established
20  for that.
21      Q.    The studies by Saed did not
22  demonstrate DNA mutation, did they?
23          MS. O'DELL:  Object to the
24  form.

79 (Pages 310 to 313)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 314

1      A.   I think they actually did.
2  BY MS. BOCKUS:
3      Q.   That's your reading of them?
4      A.   Yes.
5      Q.   What Saed did is he placed talc
6  on cultured ovarian cancer cells, correct?
7      A.   Yes.
8      Q.   And that actually -- what he
9  recorded was an elevation in the CA-125?
10     A.   That's one of the things he
11  did.  He also measured -- he did a number of
12  genetic studies.  He did transcribed RNA.  He
13  located individual SNPs, which are single
14  nucleotide polymorphisms, in the genetic
15  material.
16          And he found that as a result
17  of that treatment, those mutations altered
18  the effectiveness of antioxidant enzymes that
19  are part of the protection mechanism and
20  shield the repair process of the cell from
21  further damage.
22     Q.   Let's go back to the CA-125.
23          MS. O'DELL:  If you need to
24     pull the paper out, Doctor, just, if

Page 315

1  you want to take a moment and do that.
2  I know you were searching for it while
3  you were talking.
4          THE WITNESS:  Yes, I think I
5  have it right here.
6          MS. BOCKUS:  These are just
7  general questions that I'm going to
8  ask you.
9          MS. O'DELL:  You still may get
10  the paper out.
11          MS. BOCKUS:  Do whatever you
12  want to do.
13          THE WITNESS:  You can go ahead.
14  I'm...
15  BY MS. BOCKUS:
16     Q.   What controls did Saed use?
17  Did he use any controls?  In other words, did
18  he place a known foreign object that was
19  not -- that was known not to be a carcinogen
20  on the cultured ovarian cells to see if there
21  was a difference?
22          MS. O'DELL:  Can you just pause
23     just for a minute, let the doctor pull
24     out the exhibit?

Page 316

1          THE WITNESS:  I'm sorry, it
2  appears that I do need to get the
3  original paper here.  There it is.
4  Okay.  Thank you.
5          (Document review.)
6  BY MS. BOCKUS:
7     Q.   Can you answer the question:
8  Did Saed have any either positive or negative
9  controls that he used in his experiments?
10          MS. O'DELL:  Object to the
11     form.
12     A.   I think he did, but I'd like to
13  actually find it in here so I can give you
14  the specifics.
15          Well, he used normal cells and
16  epithelial ovarian cancer cells, and one was
17  the control for the other.  He treated them
18  in the same way.
19  BY MS. BOCKUS:
20     Q.   Let me ask a different
21  question.
22          What I'm asking is:  Did he
23  use, say, glass beads to see if -- as a
24  control to the talc?  Did he have anything

Page 317

1  that he was controlling the cells' reaction
2  to against the talc?
3     A.   I don't believe so.
4     Q.   That would be important in an
5  experiment of this nature, would you not
6  agree with that?
7          MS. O'DELL:  Object to the
8     form.
9     A.   Well, he did utilize normal and
10  cancerous cells, which would theoretically
11  act as a control in that experiment.
12  BY MS. BOCKUS:
13     Q.   That's not my question.  I'm
14  really asking about another element that he
15  is exposing the cells to, both the normal and
16  the cancerous cells.
17          MS. O'DELL:  Objection to form.
18  BY MS. BOCKUS:
19     Q.   To see if the reaction was just
20  a reaction to a foreign body versus talc
21  specifically.
22          Did he do that?
23          MS. O'DELL:  Object to the
24     form.

80  (Pages 314 to 317)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 318

1      A.   I don't believe that he
2  provided a control exposure as part of this
3  experiment.
4  BY MS. BOCKUS:
5      Q.   And you would agree that there
6  are many things that will increase a CA-125,
7  correct?
8          MS. O'DELL:  Object to the
9      form.
10     A.   Yes, it's an acute-phase
11 reactant.
12 BY MS. BOCKUS:
13     Q.   Pregnancy can increase
14 somebody's CA-125?
15     A.   That's correct.
16     Q.   And with regard to the SNPs,
17 that is not the same thing as a test showing
18 mutation, correct?
19         MS. O'DELL:  Object to the
20     form.
21 BY MS. BOCKUS:
22     Q.   It's a surrogate.
23     A.   Well, it's because there was
24 transcribed RNA that was used to determine

Page 319

1  their presence, and the -- it's just part of
2  their procedure, but it identifies genetic
3  alterations.  And those genetic alterations
4  transformed into differential enzyme
5  activities.
6      Q.   Do you know whether there are
7  standard tests for genotoxicity and
8  mutagenicity?
9      A.   There are lots of standard
10 tests, yes.
11     Q.   And Saed didn't use any of
12 those, did he?
13         MS. O'DELL:  Object to the
14     form.
15     A.   Well, he went directly to cells
16 in culture to see what happened when they
17 were treated with talc.
18 BY MS. BOCKUS:
19     Q.   Does the amount of talc that
20 Saed used compare in any way to the amount of
21 talc that may reach a woman's ovary from
22 perineal application?
23         MS. O'DELL:  Object to the
24     form.

Page 320

1      A.   I don't specifically know.
2  BY MS. BOCKUS:
3      Q.   There's no way to know that, is
4  there?
5      A.   No, there's not.
6      Q.   Let me find my -- there we go.
7          The Saed paper that you were
8  looking at just a minute ago, it has
9  something printed across it.  What does that
10 say?
11     A.   In blue here?
12     Q.   Uh-huh.
13     A.   "For Peer Review."
14     Q.   Okay.  So it hasn't yet been
15 peer reviewed; is that correct?
16         MS. O'DELL:  Object to the
17     form.
18     A.   It's been submitted.
19 BY MS. BOCKUS:
20     Q.   So does that mean it has not
21 yet been peer reviewed?
22         MS. O'DELL:  Object to the
23     form.
24     A.   I think it's been accepted for

Page 321

1  publication.
2  BY MS. BOCKUS:
3      Q.   But the copy you have says on
4  it "For Peer Review," correct?
5      A.   That's correct.
6      Q.   In the paragraph that we were
7  looking at earlier, where you were talking
8  about the startling regularity, later on in
9  the paragraph you state that there
10 is clearly -- sufficient particulate
11 materials applied routinely to the perineum
12 have ready access and in sufficient
13 quantities to produce biologic responses in
14 internal tissues.
15         What internal tissues have you
16 seen any study recording a biologic response
17 to talc from?
18         That was such a bad question,
19 I'm going to ask it again.
20         What internal tissues are you
21 referring to there?
22     A.   Well, it says including --
23 including ovaries and surrounding structures.
24 By surrounding structures, I'm referring to

81 (Pages 318 to 321)

Arch I. "Chip"  Carson, M.D., Ph.D.

| | |
|---|---|
| **Page 322** | **Page 324** |

**Page 322**

1　the fallopian fimbriae and the epithelium of
2　the cavity.
3　　　Q.　So -- and I know we've been
4　through this already, but to your knowledge,
5　there are no studies reporting biologic
6　responses to talc in the vagina, correct?
7　　　A.　Not that I'm aware.
8　　　Q.　You're not aware of any studies
9　reporting biologic responses to talc in the
10　cervix, correct?
11　　　A.　Correct.
12　　　Q.　Are you aware of any studies
13　reporting biologic response to the uterus?
14　　　A.　No.
15　　　Q.　Are you aware of any studies
16　reporting a biologic response in the
17　fallopian tubes?
18　　　　　MS. O'DELL:  Object to the
19　　form.
20　　　A.　Well, I don't -- I'm not aware
21　of studies that draws a direct correlation
22　between exposure to talc and reaction in the
23　fallopian tubes.
24　　　　　///

**Page 323**

1　BY MS. BOCKUS:
2　　　Q.　Okay.  Is the ovary attached to
3　the fallopian tube?
4　　　A.　It is -- it's in the proximity.
5　It's not directly attached.
6　　　Q.　And what surrounds the ovary?
7　　　A.　There's a structure that -- the
8　ovary itself?
9　　　Q.　Yes.
10　　　A.　There's an epithelial membrane
11　around the ovary, and --
12　　　Q.　And then what touches the
13　epithelial membrane?
14　　　A.　Well, the fimbriae of the
15　fallopian tubes surround that and the rest of
16　it is just sort of space.
17　　　Q.　Space.  Is the space filled
18　with fluid?
19　　　A.　It is.
20　　　Q.　And is that fluid kind of
21　moving around?
22　　　A.　All the time.
23　　　Q.　All the time.
24　　　　　So things that come through the

**Page 324**

1　fallopian tube goes into that fluid and just
2　gets moved around all the time; is that
3　correct?
4　　　　　MS. O'DELL:  Objection.  Excuse
5　me.  Objection, form.
6　　　A.　Well, there's a fairly direct
7　presentation of the ovary, so there's not a
8　large space there, but there is a space.  And
9　whatever goes into that space remains there.
10　Some of it may come back out.
11　BY MS. BOCKUS:
12　　　Q.　Does the fallopian tube move
13　around during the month?
14　　　　　MS. O'DELL:  Object to the
15　　form.
16　　　A.　I don't know.
17　　　　　MS. BOCKUS:  I'm almost
18　　finished.  I'm going through all the
19　　things that I've crossed off.
20　BY MS. BOCKUS:
21　　　Q.　So I understand you correctly,
22　you have not identified a nonthreshold dose
23　of talc; is that correct?
24　　　　　MS. O'DELL:  Object to the

**Page 325**

1　　form.
2　　　A.　You mean a dose that is below a
3　safe threshold?
4　BY MS. BOCKUS:
5　　　Q.　Correct.
6　　　A.　No, I have not.
7　　　Q.　Did you make any attempt to
8　extrapolate a de minimis risk level?
9　　　　　MS. O'DELL:  Object to the
10　　form.
11　　　A.　I did not.  It would be nice to
12　be able to do that, considering that most of
13　us have had talcum powder exposures of one
14　sort or another during our lives.  And it's
15　something that seems to have been felt to be
16　very useful.
17　　　　　So it would be nice to be able
18　to do that exercise, but I haven't -- I have
19　not been prevented -- presented with the
20　information to approach that, nor am I aware
21　of anyone else who's been able to do it.
22　BY MS. BOCKUS:
23　　　Q.　What information would you need
24　that you don't have?

82 (Pages 322 to 325)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 326

1    A.   Well, we'd need -- we'd need
2  dose information, first of all, which we
3  don't have, to combine with the epidemiologic
4  results.
5        We need to define the
6  mechanistic issues better than they are
7  currently, and at that point I think we would
8  be able to make some strong conclusions
9  regarding potential thresholds of hazardous
10  doses.
11       Q.   You would agree that the great
12  majority of women who use talcum powder on a
13  regular basis are never diagnosed with
14  ovarian cancer, correct?
15       A.   I think that's true.
16       Q.   And it's also true that the
17  majority of women diagnosed with ovarian
18  cancer have never used talcum powder on a
19  regular basis, correct?
20       MS. O'DELL:  Object to the
21  form.
22       A.   I think it's a majority, but
23  there's a significant number who have.
24       ///

Page 327

1  BY MS. BOCKUS:
2       Q.   But the majority have not,
3  correct?
4       A.   I would say more than 50% have
5  not.
6       Q.   And would you agree that -- let
7  me back up.
8        When is the last time you
9  conducted a pelvic exam?
10       A.   I haven't done one in a couple
11  of years.
12       Q.   Under what circumstances did
13  you do it two years ago?
14       A.   I see patients regularly, and
15  in some cases, pelvic exams are either
16  requested or indicated by the issue.
17       Q.   It's not something you do on a
18  regular basis, correct?
19       A.   It's not.
20       Q.   And you do not -- what
21  percentage of your patients are women?
22       A.   Probably half, maybe a little
23  less than half.
24       Q.   How do patients come to see

Page 328

1  you?  In other words, are they referred by
2  other people?
3       A.   I have primarily a referral
4  practice in toxicology.
5       Q.   In toxicology?  And so what
6  types of patients are referred to you?
7       A.   I have patients who are either
8  workplace-related patients who have had
9  chemical or other substance exposures.  I
10  also have a number of environmental exposure
11  patients that I see.
12        And I also have a number of --
13  I also see a number of patients for general
14  routine surveillance activities or required
15  exams by regulation, either for licensure or
16  certification.
17       Q.   Are you sent patients where the
18  patient is trying to figure out why they got
19  some disease?
20       A.   Sometimes.  Usually the patient
21  comes and tells me why they got the disease,
22  and I go -- I talk to them about the
23  possibilities, and we look at ways of
24  confirming that or refuting it, or in many

Page 329

1  cases, altering to a correct path of
2  diagnostic investigation.
3       Q.   So sometimes a patient comes to
4  you and says:  I was exposed to this chemical
5  and that's why I can't breathe?
6       A.   Yes.
7       Q.   And you do an investigation,
8  and sometimes you say:  You know what, that
9  chemical has nothing to do with why you can't
10  breathe?
11       A.   Sometimes that's the case.
12       MS. O'DELL:  Are you finished,
13  sir?  Are you finished?
14       A.   Well, I just wanted to add --
15  BY MS. BOCKUS:
16       Q.   Sure.
17       A.   -- that although many times it
18  is the case, and often the patient does
19  understand that connection quite well,
20  usually from a very closely connected cause
21  and effect kind of relationship.  It's when
22  things are stretched out much more in time,
23  and there is a likely suspect that may be an
24  innocent bystander, that they may get

83 (Pages 326 to 329)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 330

1  confused.
2      Q.    Have you ever been referred a
3  patient to determine why they have ovarian
4  cancer?
5      A.    No.
6      Q.    Do you know of any methodology
7  accepted in the medical community for
8  determining why an individual woman has
9  developed ovarian cancer?
10          MS. O'DELL:  Object to the
11      form.
12      A.    Other than genetic testing that
13  identifies specific risks and history taking
14  that might identify other known risk factors
15  for that woman, there is -- I don't believe
16  that there is any good or prescribed
17  procedure for making that determination, and
18  there is no reasonable screening test that
19  can find that cancer when it is at an early
20  stage.
21  BY MS. BOCKUS:
22      Q.    Do you believe that obesity
23  causes ovarian cancer?
24      A.    It certainly seems to be

Page 331

1  related to the occurrence of ovarian cancer
2  from a statistical point of view.
3      Q.    What is the increase in a
4  woman's risk of ovarian cancer if she's obese
5  compared to a nonobese woman?
6      A.    In terms of numbers?
7      Q.    Yes, sir.
8      A.    I don't know the -- I don't
9  know the numbers.
10      Q.    What other risk factors are you
11  familiar with for ovarian cancer?
12      A.    Well, certainly work with
13  asbestos is a risk factor, and we have a
14  number of studies that have shown women
15  working in the asbestos industry or women who
16  are married to asbestos workers and have
17  secondary exposure presumably from that are
18  at risk for ovarian cancer.
19          There are --
20      Q.    Let me stop you just one
21  second.
22      A.    Yes.
23      Q.    What percentage -- what is
24  their relative risk or what is the odds ratio

Page 332

1  for that population of women?
2      A.    Well, it varies depending on
3  the research study that has been done, but
4  I've seen odds ratios or relative risks all
5  the way from 1 or even below to very high
6  numbers, like 20 to 50.
7      Q.    20.0, is that what you're
8  saying?
9      A.    Yes, 20.0.
10      Q.    Not 1.2, but 20.0?
11      A.    Correct.
12      Q.    Okay.
13      A.    Which is a -- which would be 20
14  times the normal risk without the exposure.
15      Q.    Okay.  So we've got obesity and
16  heavy exposure to asbestos.  Any other risk
17  factors that you're familiar with?
18          MS. O'DELL:  Objection --
19      excuse me.  Objection, misstates the
20      doctor's testimony.
21          You may answer.
22          THE WITNESS:  Okay.
23      A.    Other risk factors for ovarian
24  cancer would include things like early

Page 333

1  menarche, late menopause, never being
2  pregnant.  These are some of the more common
3  risk factors that are identified.
4          There are genetic risk factors
5  that are known, like the BRCA mutations,
6  which confer an increased risk.  Family
7  history.
8  BY MS. BOCKUS:
9      Q.    Do you know the odds ratios of
10  any of the risk factors that you just
11  identified of never having children, having
12  early menarche or late menopause?
13      A.    Right offhand, I don't know
14  what those odds ratios -- the range of those
15  are.
16      Q.    Do you know if any of those
17  odds ratios exceed 1.3?
18      A.    I think they do.
19      Q.    Does that lead you to conclude
20  that those things cause ovarian cancer?
21      A.    It certainly argues for that.
22  The -- there's a risk factor that derives
23  from something.  You need a mechanism to fill
24  in the blank.

84  (Pages 330 to 333)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 334

1       But also, some of these risk
2  factors are so common in the population that
3  we can concoct large cohort studies that will
4  have -- can have very low relative risks,
5  like on the order of 1.3 or even lower, and
6  still a significant result.
7       So the more common a factor is,
8  the easier it is to do the research and the
9  more likely you'll get a finding that's
10 relevant to interpretation.
11      Q.    What pushes a talc particle
12 from the perineum into the vagina?
13      A.    Probably mostly the law of mass
14 action.  It simply goes of its own volition.
15 These small particles are always in motion
16 through molecular forces, and they simply
17 move in all directions, and some of them move
18 in that direction.
19      Q.    Would that be true for any
20 small particles applied to a woman's
21 perineum?
22      A.    Yes.
23      Q.    Are you board certified in
24 medical toxicology?

Page 335

1       A.    I'm not.  I started practicing
2  medical toxicology before there was a board
3  in the specialty, and I've been grandfathered
4  into the profession as a member of the
5  American College of Medical Toxicology.
6       Q.    How long did you talk to
7  Dr. Ness about her paper?
8       A.    About her paper, probably a
9  minute and a half.  About all kinds of other
10 things, for a while.
11      Q.    What other kinds of things?
12      A.    Mostly personal things that had
13 nothing to do with talc or this case.
14      Q.    How long do you think that
15 conversation was?
16      A.    Well, with Dr. Ness, nothing
17 lasts very long, so I would say ten minutes
18 at the most.
19      Q.    Okay.  Did you call her?
20      A.    No.  She's -- she comes and
21 goes in the same building where I office, and
22 my office is just on the opposite side of the
23 floor of hers, and I see her sometimes in
24 passing or in the elevator.

Page 336

1       Q.    So you think you just ran into
2  her?
3       A.    Yeah.
4       Q.    The other people that you
5  identified that you discussed your report
6  with, did you ask them to read your report?
7       A.    I asked them to look at parts
8  of it, early drafts of it to let me know if
9  they thought I was making sense.
10      Q.    And did they offer you comments
11 and suggestions for changes in your paper?
12      A.    Not really.  Mostly they gave
13 me a pat on the back and said:  I think
14 you're doing a good job, just sort of beef
15 this part up, and what do you mean by this,
16 maybe I could rephrase that.  That sort of
17 thing.
18      Q.    Did they give you written
19 suggestions?
20      A.    No, these were all verbal
21 comments.
22      Q.    Had you given them a hard copy
23 of the portions of your report that you
24 wanted them to comment on?

Page 337

1       A.    Yes.
2       Q.    And they didn't redline it or
3  make -- draw arrows or anything like that for
4  you?
5       A.    I think actually George Delclos
6  did draw some -- or make some notes on there
7  and hand it back to me, and I incorporated
8  those into my electronic version.
9       Q.    Do you still have George's
10 notes to you?
11      A.    No, I don't.
12      Q.    Is he the only one out of the
13 people that you asked to look at it who gave
14 you handwritten notes?
15      A.    Yes, I think so.
16      Q.    Have you seen the term
17 "intrinsic elimination system" regarding the
18 ovary in any of the publications that you've
19 read?
20      A.    I don't know, I may have.
21      Q.    Can you think of one in
22 particular that discusses that characteristic
23 of -- that you believe relates to the ovary?
24      A.    Well, the migration papers

85 (Pages 334 to 337)

Arch I. "Chip"  Carson, M.D., Ph.D.

|  | Page 338 | | Page 340 |
|---|---|---|---|

Page 338

1  discuss migration to the ovary.  It would
2  probably be a talc paper, though.  I don't
3  recall seeing it anywhere.
4      Q.    Did you consult any gynecologic
5  textbooks?
6      A.    No, I didn't.  I may have
7  looked at some diagrams on the Internet.
8      Q.    Okay.  Did you consult any
9  gynecologic oncology textbooks?
10      A.    Not textbooks, no.
11      Q.    Do you know the position of the
12  Society of Gynecologic Oncologists on the
13  question of whether does talc increase a
14  woman's risk for ovarian cancer?
15      A.    No, I don't.
16      Q.    Would that be important to you
17  to know their position?
18      A.    No, I don't think so.
19      Q.    Do you know the position of
20  ACOG on whether the use of -- perineal use of
21  talc increases a woman's risk of ovarian
22  cancer?
23      A.    I don't know that either.
24  That's not something I've looked at.

Page 339

1      Q.    Would that be important to you?
2      A.    No.
3      Q.    Do you have any scientific text
4  that suggests that an inert particle resides
5  on the ovary longer than it does in the
6  cervix?
7      A.    Well, I have -- I have a paper
8  that relates to the time for dissolution of a
9  particle in biological fluids, which would go
10  to the length of time a particle of talc
11  remains in the ovary once it gets there.
12      But I don't have -- I don't
13  know that I have a scientific paper that
14  specifically says that it stays in the ovary
15  longer than it stays in the cervix.
16      Q.    You testified that you
17  understand there have been some attempts to
18  quantify the amount of talc, I guess from a
19  single use, that ends up on the perineum.
20      Did I understand that
21  correctly?
22      A.    Yes.
23      Q.    Can you tell me what those
24  attempts are, who did them, where did you see

Page 340

1  that?
2      A.    Well, I saw this actually when
3  I first started this process, and I think
4  Dr. Longo was involved in that activity,
5  where they modeled the -- the application of
6  talcum powder and did some calculations based
7  on the amount of substance that was used, and
8  they measured it in things like shakes and --
9  and then quantified the amount that was lost
10  from the container to determine what an
11  application amount was.
12      I don't think they were able to
13  go beyond that point in the modeling process.
14      Q.    You didn't see anything that
15  Dr. Longo did that attempted to quantify the
16  amount of talcum powder from a single shake
17  that ended up on a woman's perineum, did you?
18      MS. O'DELL:  Object to the
19  form.
20      A.    I -- you know, I don't know the
21  answer to that, simply because I don't
22  recall, but I wouldn't be surprised that
23  there was an attempt made to do that.  But
24  beyond that, I don't think anything would be

Page 341

1  successful.
2      These were clothed subjects, so
3  that adds another factor to the calculation.
4  BY MS. BOCKUS:
5      Q.    Is that the only experiment
6  that you're familiar with that you've seen
7  anywhere that attempts to quantify the amount
8  of talcum powder from a single use that ends
9  up actually on a woman's perineum?
10      A.    There was another part of that
11  study where they applied it to underwear with
12  the same sort of calculation process.  It was
13  all part of the same modeling process.
14      Q.    And do you recall what
15  percentage of the talc applied to the
16  underwear ended up adhered to the woman's
17  perineum?
18      MS. O'DELL:  Object to the
19  form.
20      A.    I don't think -- I don't think
21  they measured the amount that adhered to the
22  perineum.  I think what they were interested
23  in was proximity.
24      ///

86 (Pages 338 to 341)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 342

1  BY MS. BOCKUS:
2      Q.    Okay.  Can you tell me the
3  names of the environmental websites that have
4  been talking about IARC revisiting their
5  classification of talc?
6      A.    There are -- there are a number
7  of Twitter feeds and websites that carry on
8  this kind of discussion.  Science Interest is
9  one of them.  I think IARC Watch is another
10  one.  I have -- I get e-mails about some of
11  these and end up going into them for a period
12  of time and seeing if they have anything
13  interesting going on.  Some of them are
14  searchable.
15          And then I get e-mails from the
16  ones that I visit about other ones.  So I
17  spend as much of my time deleting these
18  e-mails without reading them as I do actually
19  viewing the material.
20      Q.    So fair to say this is just
21  chatter you've seen on the Internet in these
22  different chat rooms or Twitter accounts that
23  you visit from time to time?
24      A.    It's all Internet based, yes.

Page 343

1          MS. BOCKUS:  Okay.  I think
2  that's all I have.  Thank you.
3          MS. O'DELL:  Why don't we take
4  a short break.  We've been going about
5  two hours.
6          MR. ZELLERS:  Do you have
7  questions?
8          MS. APPEL:  I do, but --
9          MS. O'DELL:  Yeah, do you
10  have --
11          MS. APPEL:  I don't have a lot.
12          MS. O'DELL:  Okay.  Sure.  Why
13  don't you go ahead, and then we'll
14  take a break.  We have been going
15  about two hours, but, Renée, please.
16          If you're okay, Doctor.
17          THE WITNESS:  I'm fine.
18              EXAMINATION
19  BY MS. APPEL:
20      Q.    It's been a while since we did
21  introductions, so just as a reminder, my name
22  is Renée Appel and I'm here on behalf of
23  Seyfarth Shaw and I represent Personal Care
24  Products, counsel.

Page 344

1      A.    Uh-huh.
2      Q.    And echoing what my colleagues
3  have said today, if there's at any point I
4  ask a question that you do not understand,
5  just stop me and ask me to rephrase it or let
6  me know otherwise, okay?
7      A.    I will.
8      Q.    Thanks.
9          So going back shortly to your
10  scope of work, do you teach any coursework on
11  talc or ovarian cancer?
12      A.    I teach some general courses.
13  Up until last spring I taught a general
14  environmental health course for graduate
15  students in the Master of Public Health
16  program at the School of Public Health, and
17  in that course we did touch on things like
18  environmental exposures that would include
19  minerals of various varieties, but it was
20  very cursory.
21      Q.    And was that curriculum
22  specific to environmental and industrial
23  products or minerals as opposed to consumer
24  products?

Page 345

1      A.    We actually did touch on other
2  consumer products as well in terms of the
3  significant environmental problem that we
4  have currently, but -- regarding the huge
5  volume of personal care products that goes
6  into our aqueous waste stream and how that's
7  affecting the aquatic environment as well as
8  groundwater and so forth.
9          As a matter of fact, in that
10  course, as part of the culmination of the
11  course, there are student workgroups that
12  develop presentations on a particular topic,
13  and the topic of personal care products has
14  been a favorite choice for the last several
15  years.
16      Q.    But your curriculum did not
17  include talc among those products?
18          MS. O'DELL:  Object to the
19  form.
20      A.    I think talc may have been
21  represented as an individual mineral on a
22  slide that listed many minerals.
23  BY MS. APPEL:
24      Q.    Earlier today you had mentioned

87 (Pages 342 to 345)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 346

1  a shared file.  Is that shared file something
2  that you created or plaintiffs' counsel
3  created?
4       A.   It's something that I think
5  plaintiffs' counsel created for me to be able
6  to send them documents and receive documents,
7  and it's a Dropbox share file.  It's -- at
8  this point I think it might be mine.  I'm not
9  sure just exactly who's in charge of that or
10 runs it, but it comes directly into my
11 Dropbox file.
12      I know I had to boost my
13 subscription to Dropbox in order to hold the
14 2 gigabytes of data from -- that we were
15 putting into there.
16      Q.   Is there anything from that
17 Dropbox file that you relied upon in forming
18 your opinion in your report that you have not
19 already provided to defense counsel?
20      A.   No, everything that was in that
21 Dropbox that I've relied upon has been
22 identified here.
23      Q.   Who prepared Exhibit B to your
24 report?

Page 347

1       A.   Exhibit B was a list of
2  articles from the research literature
3  included in the Dropbox that -- that I think
4  does not -- I don't know whether it includes
5  the referenced articles from my report or
6  not, but they were all part of the same
7  collection of research articles and
8  supplemental documents.
9       Q.   And my question, Dr. Carson,
10 was:  Who prepared that exhibit?
11      A.   The exhibit was prepared by the
12 plaintiffs' attorneys.
13      Q.   You testified earlier that you
14 have spent approximately 150 to 180 hours in
15 your expert retention work; is that correct?
16      A.   Correct.
17      Q.   Can you estimate what portion
18 of that time was spent researching versus
19 what portion of time was spent actually
20 drafting your expert report?
21      A.   Those two things are in some
22 ways difficult to separate because I would --
23 I was writing my report the entire time that
24 I was reviewing the research materials and

Page 348

1  accumulating information in the draft as a
2  result of my review of the literature.
3       So if I had to separate things
4  out, I would say that, by far, the -- most of
5  the time has been spent in reading articles
6  and reviewing them and comparing them with
7  other articles, and a comparatively small
8  amount of time has been spent in drafting the
9  report.
10      Although there were some
11 strings of activity which was all report
12 drafting basically, I would say probably 85
13 to 90% was research, seeking articles,
14 reading them, reviewing them, and comparing
15 them.
16      Q.   And you also testified earlier
17 today that you discarded information not
18 relevant or interesting to you.
19      How did you make that
20 determination?
21      MS. O'DELL:  Objection to the
22 form.
23      A.   The things that I discarded did
24 not seem to fit into my gestalt of the

Page 349

1  understanding of this question and the
2  opinions that I wanted to express.  They may
3  have been interesting information and useful
4  for some purposes, but not for this
5  particular report.
6  BY MS. APPEL:
7       Q.   Was some of that information
8  that you discarded based on relevancy or that
9  you determined was not of interest
10 information that may have been different than
11 your opinions?
12      A.   No.  I didn't discard any
13 research because the opinions provided
14 differed from my own.  These were things that
15 really were irrelevant to the question.
16      I remember finding an awful lot
17 of geological research stuff that just didn't
18 have any relevance to the question.
19      Because I used such broad
20 search terms, I ended up pulling in a whole
21 lot of things that were not necessary or
22 useful, and those just went in the trash.
23      Q.   You testified earlier that you
24 have not treated any patients with ovarian

88 (Pages 346 to 349)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 350

1  cancer; is that correct?
2      A.    Not knowingly, not because of
3  ovarian cancer.
4      Q.    Have you ever diagnosed any
5  patients with ovarian cancer?
6      A.    I think when I was in medical
7  school or residency, I probably participated
8  in that on several patients.
9      Q.    Have you ever instructed a
10  patient not to use talcum powder products?
11      A.    I hadn't up until a month or
12  two ago, but I've been asking people about --
13  about their talcum powder use just as sort of
14  a curiosity in mentioning that there might be
15  a risk.
16      Q.    Do you ask that of all your
17  patients?
18      A.    I would say no, I don't usually
19  ask the men, but I probably should.
20      Q.    And have the responses to those
21  inquiries of your female patients and their
22  talcum product use, has that been used at all
23  to inform your opinions in this case?
24      A.    I don't think so.  There have

Page 351

1  been very few that I have asked that question
2  in the last month or so.  I've had a limited
3  clinic schedule during this period of time.
4  We had the holidays and other things, so I
5  haven't seen that many patients.
6          And of those I've asked about
7  it, it seems about half of the women have had
8  a history of using talcum powder.
9      Q.    And of those women that are
10  using -- have told you that they have used
11  talcum powder, are those women diagnosed with
12  ovarian cancer?
13      A.    No.
14      Q.    So suffice to say the inquiry
15  that you've asked of your female patients
16  concerning their talcum use has nothing to do
17  with the question that you've been posed in
18  this particular litigation?
19          MS. O'DELL:  Object to the
20          form.
21      A.    Actually, that's the only
22  reason I've been asking them.  It's not
23  something that came to mind earlier.  I have
24  an environmental exposure survey that I

Page 352

1  usually administer to my patients, and I have
2  plans to add that as a question in my
3  environmental exposure survey.  Which I
4  haven't done already, but will as soon as I
5  get the opportunity.
6  BY MS. APPEL:
7      Q.    You testified earlier today
8  that you do not believe there was ever a
9  point where talcum powder did not contain
10  asbestos, correct?
11      A.    Yes.
12      Q.    So in forming your opinion in
13  your report, you've assumed that the talcum
14  powder does contain asbestos, correct?
15          MS. O'DELL:  Object to the
16          form.
17      A.    Well, I think the asbestos
18  contribution to this whole issue is important
19  and significant.  I think there's good
20  evidence that whatever we call talcum powder
21  is carcinogenic and responsible for ovarian
22  cancer -- as a cause of ovarian cancer, but I
23  can't say -- I can't say based on looking at
24  a can of talcum powder whether or not it has

Page 353

1  asbestos in it or how much.
2  BY MS. APPEL:
3      Q.    Have you formed an opinion,
4  Dr. Carson, on whether there's a relationship
5  between pure talc and ovarian cancer?
6          MS. O'DELL:  Objection to form.
7      A.    My opinion is there is, but
8  that's based on the research reports that
9  have been done using so-called pure talc,
10  talcum powder, and I am -- I -- my opinion is
11  that it's unlikely that those test substances
12  actually are pure talc.
13  BY MS. APPEL:
14      Q.    So again, Dr. Carson, in
15  forming your opinions, you have done so on
16  the belief that all the talc powder products
17  or just pure talc do, in fact, contain
18  asbestos?
19          MS. O'DELL:  Objection to form.
20      A.    It is my opinion that all
21  talcum powder products do contain a certain
22  amount of asbestos, even if it's extremely
23  small.
24          My opinions have been formed

89 (Pages 350 to 353)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 354

1  based on research that has been done on
2  available talcum powder products, so I guess
3  the research would have been done using some
4  small quantity of asbestos in all of those
5  studies.
6  BY MS. APPEL:
7      Q.    You also testified today,
8  Dr. Carson, that you have found in your
9  research that there is a dose-response
10 relationship between talcum powder products
11 and ovarian cancer, correct?
12     A.    Well, a number of the research
13 studies, the epidemiology studies have shown
14 positive and statistically significant
15 trends.
16     Q.    And those trends that you're
17 relying on, Dr. Carson, actually only relate
18 to duration and frequency, correct?
19         MS. O'DELL:  Objection to form.
20     A.    Yes, they do relate to duration
21 and frequency, which is the only surrogate we
22 have for dose.
23 BY MS. APPEL:
24     Q.    So in forming your opinion,

Page 355

1  Dr. Carson, you have not determined a level
2  of harmful exposure to talcum powder products
3  that causes ovarian cancer?
4      A.    That's correct.
5      Q.    And you did not conduct a dose
6  assessment between talcum powder products and
7  ovarian cancer, correct?
8          MS. O'DELL:  Objection to form.
9      A.    Well, I did not conduct a
10 dose-response, but I am of the opinion that
11 there's no safe threshold for exposure to a
12 carcinogen until such a threshold is
13 identified.
14 BY MS. APPEL:
15     Q.    And does that include
16 Category 2B particles as well --
17         MS. O'DELL:  Objection.
18 BY MS. APPEL:
19     Q.    -- that it's a possible
20 carcinogen?
21         MS. O'DELL:  Objection to form.
22     A.    It includes the talc that was
23 discussed in the IARC report.  Those
24 conclusions have nothing to do with how it's

Page 356

1  classified by IARC.
2  BY MS. APPEL:
3      Q.    But it's your opinion that a
4  possible carcinogen -- strike that.
5          It's your opinion that any dose
6  of a possible carcinogen can cause cancer?
7          MS. O'DELL:  Objection to form.
8      A.    Yes, I think there is a
9  potential for any dose of a carcinogen to
10 cause a cancer.  There's also the principle
11 that the lower the dose, the less likely it
12 is, the lower the risk is for developing a
13 cancer.
14 BY MS. APPEL:
15     Q.    And your opinion extends to
16 those particles that have not been identified
17 as carcinogens, but may just be possible
18 carcinogens?
19     A.    I think talc has been
20 identified as a carcinogen.
21     Q.    So you disagree with the IARC
22 classification?
23     A.    The IARC 2B classification is a
24 carcinogenic classification.

Page 357

1      Q.    But you recognize and -- that
2  there are different types of categories that
3  IARC has?
4      A.    Yes.
5      Q.    And that -- it's that talc that
6  does not contain asbestos was not, in fact,
7  categorized as a Group 1, correct?
8      A.    That's correct.
9      Q.    So is it your opinion, then,
10 looking at other 2B-classified particles by
11 IARC, that any exposure to pickled vegetables
12 would cause cancer?
13     A.    We know that there are a number
14 of carcinogens that are regularly present in
15 things like the food that we eat.  We have a
16 rule that says that those things should not
17 be included in food items unless they have
18 passed a particular exemption process.
19         Pickled vegetables are
20 something that people have been familiar with
21 and have been using for hundreds of years,
22 and things like talcum powder are things that
23 have been used for -- well, at least a
24 hundred years, but probably considerably

90 (Pages 354 to 357)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 358

1  longer.
2          And whether or not those things
3  are carcinogens, there are people who still
4  find enough value to offset that factor in
5  their own lives and they can make their own
6  decisions regarding their exposure.
7          It's a similar concept to
8  people who choose to smoke.  Although smoking
9  is an addictive behavior, people are aware
10  that it causes disease, including cancer, and
11  yet they continue to smoke.
12          We continue to eat grilled
13  meats, even -- most of us know now that
14  grilled meats contain polycyclic aromatic
15  hydrocarbons that are known carcinogens, some
16  of them Group 1 carcinogens, and yet, we
17  continue that practice and revel in it even.
18  That's just part of what we do as human
19  beings.
20          The issue with talc is a
21  complicated question in my mind.  I think I'm
22  straying a bit from your -- from your
23  question, but baby powder, for example, is
24  something that has a very -- very dear sort

Page 359

1  of relationship to many people.
2          The experience with that from
3  the time you were a baby until you grow up
4  and have your own children involves a lot of
5  the use of baby powder in many, many
6  households.  That's a difficult relationship
7  to break.  It's psychological as much as it
8  is knowledge based.
9          So as we go through the
10  decades, we get a little safer and safer as
11  we begin to peel these habits, these
12  dangerous habits away from our lives and
13  accept better lifestyles.
14          MR. ZELLERS:  Move to strike as
15  nonresponsive.
16          MS. APPEL:  Respectfully --
17          MS. BOCKUS:  Is he finished?
18          MR. ZELLERS:  I don't think so.
19          THE WITNESS:  I can go on.
20  BY MS. APPEL:
21      Q.    Yeah.  My question was more
22  narrow, and I was analogizing your opinion as
23  to talcum powder and was asking about other
24  2B classifications, and my example --

Page 360

1      A.    Pickled vegetables.
2      Q.    -- I had was pickled
3  vegetables, and the question was whether or
4  not is your opinion that any consumption of
5  pickled vegetables causes cancer?
6          MS. O'DELL:  Objection to form.
7      A.    I believe the primary form of
8  cancer that's potentially related with
9  pickled vegetables is stomach cancer, and
10  there is a slight increase in risk with
11  consumption of pickled vegetables for
12  everybody who does it.
13  BY MS. APPEL:
14      Q.    Okay.  And what about gasoline
15  or exhaust?
16      A.    Gasoline meaning the fuel?
17      Q.    Yes.
18      A.    Well, gasoline used to contain
19  a significant amount of benzene, which was
20  a -- determined to be a carcinogenic
21  substance.  In recent years, most of the
22  benzene has been removed from gasoline, so
23  now there's very little benzene in vapors
24  that are expressed.

Page 361

1          But there's a small amount.  So
2  when you inhale gasoline vapors, you are also
3  exposing yourself to a very small amount of a
4  carcinogenic substance.
5          As far as exhaust is concerned,
6  diesel exhaust in particular has -- contains
7  particles that have been identified through
8  various bioassays to be carcinogenic.  So
9  diesel exhaust is regulated as a carcinogenic
10  material, even though we continue to be
11  exposed.
12      Q.    And it's your opinion that any
13  exposure that we all incur related to exhaust
14  will cause us cancer?
15          MS. O'DELL:  Objection to form.
16      A.    It will cause an increase in
17  risk of cancer.  Doesn't necessarily cause
18  cancer in everybody.
19  BY MS. APPEL:
20      Q.    Okay.  Are you aware that Saed
21  has been hired by plaintiffs' counsel in this
22  litigation?
23      A.    I am.  And when I misspoke
24  earlier today regarding the Taher paper, I

91 (Pages 358 to 361)

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 362

1  was thinking of the Saed paper.
2      Q.   Okay.  Last question:  Counsel
3  was asking you about the migration process,
4  and you mentioned that in the course of
5  particles moving up the track, that some of
6  it may come back out even after it reaches
7  the fluid surrounding the ovaries, correct?
8      A.   Yes.
9      Q.   So if particles have the
10  ability to come back out, that means that
11  there is, in fact, some form of an intrinsic
12  elimination system.
13      A.   Well, if this is all based on
14  mass action, it would not necessarily be an
15  intrinsic elimination system, and I believe
16  that talc particles, once they produce an
17  inflammatory response, they become
18  sequestered within that inflammatory milieu
19  and no longer are available for movement back
20  out into the fluid.
21          I'm sure there's some small
22  percentage of them that are an exception to
23  that, but for the majority, that would be the
24  case.

Page 364

1                    CERTIFICATE
             I, MICHAEL E. MILLER, Fellow of
2   the Academy of Professional Reporters,
    Registered Diplomate Reporter, Certified
3   Realtime Reporter, Certified Court Reporter
    and Notary Public, do hereby certify that
4   prior to the commencement of the examination,
    ARCH I. "CHIP" CARSON, M.D., Ph.D. was duly
5   sworn by me to testify to the truth, the
    whole truth and nothing but the truth.
6           I DO FURTHER CERTIFY that the
7   foregoing is a verbatim transcript of the
    testimony as taken stenographically by and
8   before me at the time, place and on the date
    hereinbefore set forth, to the best of my
9   ability.
10
            I DO FURTHER CERTIFY that pursuant
11  to FRCP Rule 30, signature of the witness was
    not requested by the witness or other party
12  before the conclusion of the deposition.
            I DO FURTHER CERTIFY that I am
13  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
14  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
15  that I am not financially interested in the
    action.
16
17
18
    MICHAEL E. MILLER, FAPR, RDR, CRR
19  Fellow of the Academy of Professional Reporters
    NCRA Registered Diplomate Reporter
20  NCRA Certified Realtime Reporter
    Certified Court Reporter
21
    Notary Public in and for the
22  State of Texas
    My Commission Expires:  7/9/2020
23
    Dated: January 22, 2019
24

Page 363

1          MS. APPEL:  Okay.  That's all I
2  have.  Thank you, Dr. Carson.
3          MS. TINSLEY:  I don't have any
4  questions.
5          MS. O'DELL:  Okay.  Why don't
6  we take a short break.
7          THE VIDEOGRAPHER:  Off the
8  record at 5:37, end of Tape 4.
9          (Recess taken, 5:37 p.m. to
10  5:44 p.m.)
11          THE VIDEOGRAPHER:  We're on the
12  record at 5:44, beginning of Tape 5.
13          MS. O'DELL:  Dr. Carson, I
14  don't have any questions, so this will
15  conclude your deposition.
16          MR. ZELLERS:  Thank you,
17  Doctor.
18          THE VIDEOGRAPHER:  Going off
19  the record, 5:44.  End of deposition,
20  end of Tape 5.
21          (Proceedings recessed at
22  5:45 p.m.)
23          --oOo--
24

Page 365

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8          After doing so, please sign the
9  errata sheet and date it.
10          You are signing same subject to
11  the changes you have noted on the errata
12  sheet, which will be attached to your
13  deposition.
14          It is imperative that you return
15  the original errata sheet to the deposing
16  attorney within thirty (30) days of receipt
17  of the deposition transcript by you.  If you
18  fail to do so, the deposition transcript may
19  be deemed to be accurate and may be used in
20  court.
21
22
23
24

92  (Pages 362 to 365)

Arch I. "Chip" Carson, M.D., Ph.D.

| | Page 366 |
|---|---|
| 1 | ERRATA |
| 2 | PAGE LINE CHANGE |
| 3 | ____ ____ _____ |
| 4 | REASON: _____ |
| 5 | ____ ____ _____ |
| 6 | REASON: _____ |
| 7 | ____ ____ _____ |
| 8 | REASON: _____ |
| 9 | ____ ____ _____ |
| 10 | REASON: _____ |
| 11 | ____ ____ _____ |
| 12 | REASON: _____ |
| 13 | ____ ____ _____ |
| 14 | REASON: _____ |
| 15 | ____ ____ _____ |
| 16 | REASON: _____ |
| 17 | ____ ____ _____ |
| 18 | REASON: _____ |
| 19 | ____ ____ _____ |
| 20 | REASON: _____ |
| 21 | ____ ____ _____ |
| 22 | REASON: _____ |
| 23 | ____ ____ _____ |
| 24 | REASON: _____ |

Page 368

1   LAWYER'S NOTES
2
3   PAGE   LINE
4   ____ ____   _____
5   ____ ____   _____
6   ____ ____   _____
7   ____ ____   _____
8   ____ ____   _____
9   ____ ____   _____
10  ____ ____   _____
11  ____ ____   _____
12  ____ ____   _____
13  ____ ____   _____
14  ____ ____   _____
15  ____ ____   _____
16  ____ ____   _____
17  ____ ____   _____
18  ____ ____   _____
19  ____ ____   _____
20  ____ ____   _____
21  ____ ____   _____
22  ____ ____   _____
23  ____ ____   _____
24  ____ ____   _____

Page 367

1    ACKNOWLEDGMENT OF DEPONENT
2
3
4        I, ARCH I. "CHIP" CARSON, M.D.,
     Ph.D., do hereby certify that I have read the
5    foregoing pages and that the same is a
     correct transcription of the answers given by
6    me to the questions therein propounded,
     except for the corrections or changes in form
7    or substance, if any, noted in the attached
     Errata Sheet.
8
9
10
11
12   _____
     ARCH I. "CHIP" CARSON, M.D., Ph.D.   DATE
13
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   _____
20   Notary Public
21
22
23
24

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 369

**A**

**ability**
211:18 362:10
 364:9
**able**
34:22 36:1 38:12
 42:22 64:3 71:15
 115:13 141:9
 154:11,14 175:20
 190:1 191:16
 216:2 220:1
 258:17 281:10
 299:8 309:17
 313:9 325:12,17
 325:21 326:8
 340:12 346:5
**Abney**
36:22,23,24 37:8
 37:14 38:1,17
 45:23,23,24 55:2
 65:15 284:16
 285:1,12
**absence**
72:16 99:23 240:19
**academic**
70:12 76:5
**Academy**
1:18 364:2,19
**accelerate**
311:22
**accelerated**
287:3,14
**accept**
359:13
**acceptance**
213:11
**accepted**
102:18 103:18,23
 250:12 320:24
 330:7
**access**
13:23 102:1,9,10
 162:5 321:12
**accessed**
42:3
**accomplished**

249:23
**account**
162:11 163:13
 166:18 224:14
 268:6,8,20 277:14
**accounts**
277:19 342:22
**accumulated**
310:15
**accumulating**
348:1
**accurate**
14:21 22:11 365:19
**Acheson**
145:12 154:19
**achieved**
259:7
**acidolite**
144:21
**acknowledge**
221:18
**ACKNOWLED...**
4:12 367:1
**ACOG**
338:20
**act**
317:11
**action**
96:6,6 98:2 99:22
 272:12 299:23
 300:2 334:14
 362:14 364:14,16
**activities**
27:18 31:17 58:16
 60:9 232:6 257:4
 319:5 328:14
**activity**
340:4 348:11
**acute**
198:16,20
**acute-phase**
318:10
**add**
83:16 119:17 256:3
 299:15 329:14
 352:2

**added**
115:22 175:24
**addictive**
358:9
**adding**
119:15
**addition**
14:1 24:9 68:8
 215:23
**additional**
14:2 17:12 24:10
 24:20 25:18 28:3
 51:15 60:8 68:11
 72:6 217:18
**additions**
57:24
**additive**
300:5
**address**
32:4 38:2 93:13
 165:6 214:16
 294:22
**addressed**
215:2 216:3
**addresses**
294:23
**addressing**
291:5 295:1
**adds**
169:7 249:14 341:3
**adhered**
341:16,21
**adhesions**
116:17 119:3,12
 120:6,19 132:24
 133:4,14 185:6
**adjust**
268:15
**adjusted**
269:4 272:22
**administer**
352:1
**administered**
188:23
**administration**
257:3

**adolescence**
267:16,24
**adopt**
100:13
**adopted**
98:16
**advantage**
240:5
**advice**
164:14
**African-American**
196:23 198:3
 270:19
**age**
162:12 163:15
**agencies**
93:24 97:7
**agency**
178:23 179:1 219:9
 219:11 225:23
 294:24
**agent**
179:13,18,20
 226:24 227:9
 228:21 235:12
**agents**
178:15 179:10
 225:22 226:3,16
 226:21 227:7
**ago**
30:8 37:2 235:12
 250:13 320:8
 327:13 350:12
**agree**
75:6,14 77:20 78:3
 92:22 96:4 106:10
 120:14 121:2
 134:14 159:2
 160:23 167:18
 168:13,18 172:14
 180:2 218:3
 239:14,15 253:20
 253:23 258:12
 264:22 266:7,23
 277:21 290:20
 293:20 294:6

**adolescence**
302:24 317:6
 318:5 326:11
 327:6
**agreed**
235:23 236:12
 239:4
**agreeing**
133:10
**ahead**
21:22 25:4 39:21
 67:10 282:12
 290:18 315:13
 343:13
**aid**
186:10
**air**
186:3 187:3
**aklevorn@burns...**
2:9
**al**
5:9,10,12,13,18,19
 6:4,6,7,8,10,13,14
 6:16 26:5
**Alabama**
2:5
**albumin**
183:18 189:6
**allege**
138:23
**alleged**
143:22 153:9 175:7
 298:23
**allegedly**
152:22
**Allen**
2:2 8:18,20
**allow**
12:4 254:21
**allows**
42:19 87:18
**allude**
86:17 128:9
**alluded**
289:4
**alterations**
319:3,3

altered
314:17
altering
329:1
alternative
132:16 150:16,20
Amanda
2:8 8:22
America
3:5,10
American
32:14 77:13 335:5
amosite
146:7
amount
55:16 73:5 143:22
    152:11,21 153:9
    170:21 171:2,2,2
    171:7,16 177:21
    202:21 231:12
    232:3 263:10
    279:7 299:2 301:4
    319:19,20 339:18
    340:7,9,11,16
    341:7,21 348:8
    353:22 360:19
    361:1,3
amounts
73:5,16 167:5
    169:11,16 176:5
    211:4
amphibole
31:10 146:5,17
analogizing
359:22
analyses
113:24 114:4
analysis
80:23 86:4 163:13
    191:18 192:18,21
    193:22 219:2
    220:4 252:19
    257:17
analyzes
219:22
analyzing

215:12
anatomical
84:3
anatomy
207:22 209:9
and/or
139:4 171:7 221:22
Angeles
2:15
animal
291:5 293:14,17
    294:1
animals
286:24 290:9 291:1
    291:3 292:11,20
    294:6
Annie
69:5,10
answer
11:18 12:4,5 23:7
    39:17 40:9 53:18
    64:4 81:15 92:14
    92:14,20 105:14
    110:10 112:9
    115:13 135:16,24
    141:9 148:4
    156:12 161:9
    162:23 172:4
    188:5 189:4
    206:15 208:18
    220:1 307:4 316:7
    332:21 340:21
answered
88:23 106:17
    110:15 116:20
    128:7 137:22
    152:6 157:2
    228:15 242:5
answering
150:2
answers
159:12 180:14
    367:5
anthophyllite
144:11,23 145:3,4
    145:5 146:6

antiinflammatory
131:8,20
antioxidant
314:18
Antonio
3:4
apart
28:5 207:18
apologies
74:4 257:23
apologize
285:19 296:16
apparent
211:2 251:8
apparently
208:22
appear
10:17 222:4 258:10
appearances
4:2 56:19
appeared
77:13,17
appears
258:7 276:3 316:2
Appel
3:17 4:8 9:9,9
    343:8,11,19,22
    345:23 349:6
    352:6 353:2,13
    354:6,23 355:14
    355:18 356:2,14
    359:16,20 360:13
    361:19 363:1
appendices
102:2,11
Appendix
19:13 21:21
apples
254:18,18
application
86:13 87:11,16
    88:4,9,12,13,21
    109:3 110:24
    111:14 117:6
    119:24 147:2
    152:18 167:10

183:13 185:9
    210:8 230:11
    231:6,10 232:4
    296:10 302:1
    306:16 319:22
    340:5,11
applications
194:7
applied
109:3 116:15
    119:14 201:5,7,16
    201:24 264:16
    302:4 306:14
    321:11 334:20
    341:11,15
applies
218:7 228:20
    236:15
apply
186:19 231:4
    235:17,19
applying
240:9
appointment
61:7
appreciable
202:21
appreciate
195:20
approach
42:15,18 95:16
    98:11,16 99:15,19
    99:20 100:4 312:3
    325:20
approaches
93:12
approaching
28:11
appropriate
98:10 99:22 164:18
    293:15 365:6
approximately
347:14
April
30:21,24 33:19
    218:21

aquatic
345:7
aqueous
345:6
Arch
1:13 4:5 5:1 9:18
    10:1 364:5 367:4
    367:12
area
37:1 91:3 160:24
    162:10 163:22
    186:19 198:13
    199:13 248:10
    249:16 252:21
    258:12 301:21
areas
43:3 70:19 198:22
    199:2 201:19
argues
110:7 333:21
argument
213:10
argumentative
88:17
aromatic
358:14
arrive
215:1 241:19
arriving
251:11
arrows
337:3
art
41:18 208:12,17
arthritis
121:18
article
26:5,9,11,16,24
    28:9,23 29:3,4,8
    31:9,20 32:6,14
    32:22 33:10,11
    51:3,19 86:10
    88:1,18 102:24
    103:7,11 117:3
    248:17 280:17
articles

25:6 28:3 51:14
51:17 86:17 87:8
104:23 105:1
125:1 183:11
185:5 192:8 347:2
347:5,7 348:5,7
348:13
**asbestiform**
290:10,22 295:19
**asbestos**
41:9,11,11 49:17
55:12,17,20 64:19
72:10,17,17 106:2
106:10 107:2
114:23 115:4,9
125:1 138:17,23
139:4,8,13,16,21
140:8,22 141:7
142:19 143:1
144:7,19,19 145:8
145:18,24 146:2,5
146:15,17 147:10
147:16,22 148:8
148:14 151:1
152:11,15,17,21
153:9,13,22 154:1
154:6,12,17 157:6
157:15 158:19
159:3 160:4,17
163:8 166:15
167:5,14 168:14
169:1 170:19
290:10,22 295:19
296:7 297:21
298:3,6,16,24
299:2 300:3
331:13,15,16
332:16 352:10,14
352:17 353:1,18
353:22 354:4
357:6
**asked**
32:3 38:1 39:15
53:15,17 57:4
80:19 88:22
106:16 110:15

116:20,22 117:13
118:10,12 123:4
124:11 128:7
137:21 144:24
152:6 156:11
157:1 165:7
168:24 172:5
199:11 214:1,16
216:3 228:14
242:5 278:19
283:6 336:7
337:13 351:1,6,15
**asking**
92:1,12 112:7,10
112:24 119:24
136:3 174:17
308:24 309:1
316:22 317:14
350:12 351:22
359:23 362:3
**aspect**
137:8 173:19
**aspects**
22:17,19,20 216:20
**aspirin**
131:9,13,20
**assemble**
24:8 40:18
**assess**
111:20 231:19
**assessed**
258:19
**assessing**
99:2 113:23
**assessment**
5:15 30:13 53:6
89:15 94:23 95:22
96:10,17 172:11
172:15 173:1,8,13
173:14,20,21
174:5,13,18,20,21
174:23 175:2,7,14
175:20 205:22,24
214:6,12 232:9
355:6
**assessments**

97:6 175:4 205:18
205:21
**assigning**
225:7
**assist**
43:21
**assistant**
58:8 289:7
**assisted**
43:23
**associate**
61:8
**associated**
63:16 121:24 122:1
122:7 131:10
145:9,11,16
152:12,15,19
153:10,13,16
154:13 179:9
248:10 249:17
252:17 277:6
**association**
17:7,17 27:3 38:19
53:21 54:10 55:8
64:19,20 85:2
91:20 107:3 110:2
110:7,12 111:3
129:18 130:9
138:7,12 166:12
196:11,21 198:1
223:5 229:24
230:9,20,21 233:2
233:12 235:3,4,17
235:24 237:8,23
238:8,16 240:20
243:12 244:3,15
246:3,9 247:22
248:23 250:6
254:1 262:16,21
265:6,11,23
270:17
**associations**
109:9,20,21 121:13
193:18 221:24
223:7 233:8
245:10 272:23

**assume**
11:20 181:2
**assumed**
352:13
**Assuming**
116:4
**assumption**
139:14,19 296:3
**attached**
21:7,21 323:2,5
365:12 367:7
**attachments**
15:24 16:2 21:1
**attempt**
188:3 231:18
277:13 325:7
340:23
**attempted**
340:15
**attempts**
231:23 232:1,2
268:9 339:17,24
341:7
**attention**
105:2
**attenuated**
193:18
**attorney**
36:21 364:13,15
365:16
**attorneys**
13:2 20:3 24:6 46:8
51:11 72:15 75:18
96:11,13 101:7
103:22 104:14
141:22 347:12
**attribute**
307:3,6
**attributed**
244:6
**Australia**
308:9
**author**
27:5,24 29:2 77:6,7
101:13 129:14,16
246:22 286:13

**authored**
31:9 32:16 62:21
**authoring**
89:11
**authorities**
89:21
**authority**
90:24
**authorized**
39:24
**authors**
101:17 104:2,16,19
105:5,11 106:23
107:11 108:8
111:11 128:1,3
163:6,17,21
187:10 193:4,5,8
194:11 196:18
210:22 241:7
243:9 244:2,22
247:18 248:6,20
249:10 269:4
271:24 277:16
**author's**
186:14
**availability**
37:6
**available**
13:24 16:18 25:6
34:2 40:19 50:15
54:13 69:1 78:5
94:16 174:1,9
214:18 215:14,23
216:9 228:9,10
313:18 354:2
362:19
**Avenue**
3:8
**average**
231:2 280:19
**avoid**
241:10
**avoiding**
244:24
**aware**
14:23 25:15 27:15

46:22 49:19,20
50:22 51:20 52:1
52:3 67:1,4 68:16
88:1 116:23 122:9
127:24 131:7
148:21 153:23
161:16 185:5
200:9 203:3,6
204:5 212:24
213:21 229:4
241:9 268:3,4
322:7,8,12,15,20
325:20 358:9
361:20
**awareness**
55:17
**awful**
349:16
**a.m**
8:8 31:10

**B**
**b**
3:17 19:4,5,13
21:21 25:1 286:1
346:23 347:1
**baby**
22:2,3 85:6 144:16
152:23 177:22
232:9 274:21
275:6,11,20
358:23 359:3,5
**back**
31:21 37:9 77:6
125:16 136:20
142:15 145:10
158:1 163:19
168:11 207:19
227:6 228:24
246:17 278:6
307:8 314:22
324:10 327:7
336:13 337:7
344:9 362:6,10,19
**background**
155:23 156:1

236:24
**bacteria**
202:14
**bad**
321:18
**balance**
248:8
**Balkwill**
127:5
**banned**
133:19,24 134:9,15
134:18
**based**
19:21 71:17,19
75:24 85:17 93:22
94:5,15,20,23
105:8 113:1
143:13,17 148:1
153:22 157:17
180:4 192:24
193:8 214:15,22
220:3 223:13
224:20 227:21
228:8 235:13
251:21 274:18
280:2 284:19
300:1 306:2 308:7
308:14 310:16
311:17 340:6
342:24 349:8
352:23 353:8
354:1 359:8
362:13
**baseline**
176:1 195:8
**basic**
83:9 93:17 211:1
238:10 292:18
310:24
**basically**
276:5 313:4 348:12
**basis**
27:17 31:15 40:20
120:18 141:19
157:5,11 158:9,14
199:2,13 279:20

306:22 307:1
310:3 326:13,19
327:18
**Bates**
71:17,20
**bathe**
199:18,20
**bathing**
199:22
**beads**
316:23
**bear**
182:18 291:12
**Beasley**
2:2 8:18,20
**beef**
336:14
**began**
40:18 43:15 65:13
**beginning**
67:20 81:8 89:8
96:1 177:5 197:5
199:10 253:12
363:12
**begins**
24:22
**begun**
241:4
**behalf**
57:11 343:22
**behave**
213:3
**behavior**
74:7 358:9
**beings**
249:19 358:19
**belief**
200:15 206:22
353:16
**believe**
22:12,13,19 25:8
27:22 34:6,9 35:5
37:17 39:4 53:5
54:20 61:22 67:12
69:18 70:3,4
72:24 84:16 85:1

89:12 95:7 96:11
103:1 106:18
111:9 114:17
115:11 127:11
128:3 139:7,10
140:20 144:7,18
145:2 147:14
148:2,6 149:9
153:24 185:3,12
186:14 189:1
190:23 202:20
203:24 206:19
210:20 217:14,17
218:5 219:4
228:20 231:8
234:11 236:15
238:3 242:6
246:21 256:12
257:7 267:5
271:23 278:20
279:4 281:21,24
282:6 292:12
296:2 302:18,22
305:7 309:12
312:7 317:3 318:1
330:15,22 337:23
352:8 360:7
362:15
**believing**
17:5
**Beneath**
125:12
**benzene**
360:19,22,23
**Berge**
6:13 242:15,15
**Berry**
129:20 145:22
**Bertolotti**
146:8 297:14,15
**best**
12:2 74:7 364:9
**better**
109:14 249:7 326:6
359:13
**beyond**

202:11 340:13,24
**bias**
210:19 213:6,8,9
221:22 227:23
228:11 239:17
240:23,24 241:3,7
241:9,13,24
243:10 244:6,13
244:20,23 245:1
269:7,8,13,18
270:3 276:11,15
277:14
**biases**
221:18
**Biddle**
2:19 9:3
**billable**
40:4
**billing**
45:9
**biloba**
229:3
**binder**
13:13 15:8 24:1,3,8
28:5 30:1 192:5
257:24
**bioassays**
361:8
**biochemical**
312:21
**biologic**
59:18 229:24
321:13,16 322:5,9
322:13,16
**biological**
87:17 111:23 112:1
132:18 224:12
229:8 230:10
339:9
**biologist**
60:21
**biomarkers**
313:19
**biostatistician**
61:24 253:17
**bit**

Arch I. "Chip"  Carson, M.D., Ph.D.

56:5 83:12 256:18
270:13 296:21
305:5 358:22
**black**
183:16 292:1
**bladder**
202:18,22
**blank**
333:24
**blanks**
187:14
**block**
257:24
**blood**
170:11
**Blount**
5:18 31:10 32:7
33:10
**blue**
320:11
**Blumenkrantz**
183:18,21,22
**board**
61:20,23 204:9
334:23 335:2
**Bockus**
3:2 4:7 9:5,5 234:1
236:7 284:1,7,9
284:11 285:7,17
288:14 289:13,16
289:21,22 290:14
292:8,21 293:22
294:8,18,20
295:10 296:4,19
297:1,2 298:1
299:10 300:16
302:23 303:10
304:21 305:6
307:18 309:20
310:8,10,22 314:2
315:6,11,15 316:6
316:19 317:12,18
318:4,12,21
319:18 320:2,19
321:2 323:1
324:11,17,20

325:4,22 327:1
329:15 330:21
333:8 341:4 342:1
343:1 359:17
**bodies**
170:4 199:2,4
**body**
110:20 122:11
132:19 135:10
154:9 181:24
183:8 200:7 201:4
209:1 219:13
247:19 248:21
250:3 256:9
270:17 272:2,14
272:24 278:21
279:5,9,12,14
296:8 298:6,24
299:5 301:10
304:14 317:20
**bolts**
68:1
**book**
77:16,18
**boost**
346:12
**borderline**
237:2
**born**
313:3
**bottled**
170:7
**bottom**
69:10 196:19
**bound**
189:6
**Bradford**
107:20,24 110:18
215:7,12 219:22
225:4 229:21
230:18 240:7,9
255:1 264:8,16
**Branch**
58:5
**BRCA**
333:5

**break**
86:24 87:4 89:2
176:20 343:4,14
359:7 363:6
**breast**
196:24
**breathe**
329:5,10
**Brett**
79:21
**brief**
118:22
**briefly**
190:22 225:12
**bring**
23:24 28:8 29:3,17
33:4,7 58:2
**British**
129:17
**broad**
309:23 349:19
**broken**
279:9
**brought**
12:12,20 13:10,14
13:20 14:2,8,20
15:2,7 24:9,21
28:4,21 29:24
33:15,20 34:1,8,9
36:6 50:18 51:16
51:20 100:21
123:20,22 124:6
124:11 176:13
178:9 218:13
**building**
234:12 335:21
**built-in**
312:14
**burden**
182:19
**Burns**
2:8 8:23
**business**
76:1 149:7,12,20
**bystander**
329:24

**C**

**c**
2:1,13 3:1 297:5
**calculate**
280:16
**calculated**
212:11,12,14
280:23
**calculation**
306:20 341:3,12
**calculations**
251:9,21 340:6
**calendar**
45:17
**California**
2:15
**call**
37:23 335:19
352:20
**called**
38:17 77:16 189:24
**calls**
46:7 203:7 235:8
**Camargo**
6:7 162:20,21
165:18
**Canada**
5:15,22 30:14 65:8
89:15,22 93:5,19
94:3,18,20,22
95:22 96:4,10,17
96:21,24 97:3
98:13,15 99:1,13
99:18 100:9 205:9
205:24
**Canadian**
30:3
**Canal**
2:9
**cancer**
17:8 23:5 27:5 30:5
32:1 36:17 38:4
38:20 41:3,12,14
41:16,24 53:8,23
55:9 60:12,21
62:10,19 63:1

66:13 84:17 85:3
85:7 86:8 89:23
90:8,14,18,21,23
91:4,6,10,12,14
91:18,22 93:7,14
95:10,13,18 106:3
106:12,14,15,19
107:5 108:5 109:4
111:1,15 112:3
113:23 116:8
119:22 120:6,14
120:19,23 121:3,8
121:22,24 122:8
122:18,22 123:9
123:14 125:1,5
126:1,5,16,24
127:7,13 128:2,13
129:8 130:10
131:3,14,18,22
132:7,12,14 135:1
135:15,21 136:6
136:17,19 137:1
138:7,8,13 139:9
139:11 140:4
145:9,12 152:12
152:16,20 153:10
153:13,21 154:2
154:13,17,23
155:1,6 158:19
159:4,10 160:5
161:19 162:12
163:8,15 167:22
168:8 178:23
179:15,16 185:14
191:2,7,16 192:23
194:18 196:11,24
197:17 202:18,24
210:9 211:4,5
212:20,21 216:10
220:7,8 221:21
222:1 223:8
224:13,15,17
225:24 230:13,23
231:3 234:7,21
235:4,18,20 237:9
237:24 238:9,17

Arch I. "Chip"   Carson, M.D., Ph.D.

244:4 245:4 246:4
246:10 247:23
248:11,24 249:17
250:7 252:4 255:5
256:22 260:21
265:12,24 267:1,9
267:17 268:2,6,19
269:19,21 270:18
270:19 273:1,5,9
273:14,21,24
274:7,14,20 275:4
275:11,20 276:4,6
277:7 279:17
280:8,13,22 281:8
281:22 282:14,19
284:20 286:18,23
288:23 289:2,3
292:4,4,5,5 296:9
306:3,5,8,14
307:7,13 308:12
309:13 310:4
314:6 316:16
326:14,18 330:4,9
330:19,23 331:1,4
331:11,18 332:24
333:20 338:14,22
344:11 350:1,3,5
351:12 352:22,22
353:5 354:11
355:3,7 356:6,10
356:13 357:12
358:10 360:5,8,9
361:14,17,18
**cancerous**
317:10,16
**cancers**
17:4 91:8 93:16
121:11,14 122:2
123:14 153:17
166:14 167:3,8
168:6,10 179:2,8
213:2 236:16,23
237:2,3,5 238:12
251:1,2 280:2
**cancer-causing**
286:3,11 294:1

**capable**
78:4 164:13 202:6
220:21
**capacity**
42:4 56:20
**caption**
19:4
**carbohydrate**
279:7
**carbon**
183:16 185:21
291:24
**carcinogen**
178:22 179:14,15
179:19 226:22
235:9,13 288:7,9
315:19 355:12,20
356:4,6,9,20
**carcinogenesis**
41:14,17 116:13
226:14 288:19
**carcinogenic**
28:12 81:20 91:5
114:23 138:18
139:4 154:6 169:6
171:20 178:16,17
179:21 225:7,9
226:4,17 227:1,10
227:13 229:3
249:19 272:14
291:23 300:22
311:14,15,23
312:10 352:21
356:24 360:20
361:4,8,9
**carcinogenicity**
83:18 169:8 180:4
248:12 249:9,20
290:9 295:18
**carcinogens**
288:13 312:19,24
356:17,18 357:14
358:3,15,16
**care**
3:20 9:10 343:23
345:5,13

**careers**
213:24
**carefully**
365:4
**Caroline**
3:12 9:12
**caroline.tinsley...**
3:13
**carpentry**
229:12
**carried**
193:17 196:20
211:18
**carries**
196:17
**carry**
241:17 342:7
**Carson**
1:14 4:5 5:1,5,6 6:3
8:14 9:18 10:1,18
13:4,9 14:9,19
15:18 20:10 21:3
21:10 26:2,6,19
29:14 30:16 31:5
32:8,19 36:7,10
67:18 74:10,16
89:10 98:21 99:10
124:17 130:3
149:23 150:13
159:21 163:3
164:9,18 165:5,17
171:11 173:6
177:7 192:11
195:23 225:15
243:1 247:8
253:14 271:1
283:10 284:10
289:9 347:9 353:4
353:14 354:8,17
355:1 363:2,13
364:5 367:4,12
**Casale**
146:11
**case**
21:24 38:9 40:4
50:4 51:7,9 57:16

64:15 66:12 68:2
78:4,15,17 80:12
80:20 81:4 95:8
96:8 105:19 108:4
110:17 120:2
123:5 141:6,13,20
144:4,8,20 147:12
147:15 148:7
156:5 167:11
171:6 173:17
174:13 176:8
185:12 187:17
191:23 196:6
211:8 215:18,20
217:15 219:2
228:16 236:19
242:7 246:14,17
246:21 252:13
293:21 302:22
329:11,18 335:13
350:23 362:24
**cases**
1:8 37:11,12 57:6
76:10,11 78:15
131:4 140:9,10
159:5,9 160:16
162:4 175:3
185:14,17 224:15
224:17 240:3
250:22 251:10,24
254:20 273:4,23
274:24 278:3
306:3,8,8 327:15
329:1
**case-control**
125:18 126:8 223:4
232:17 233:1
238:14 239:15,17
240:13,14 241:5
242:2 243:13
244:5,16,21 245:9
246:1,7 251:6
253:21 254:10
258:22 259:3,5
260:13
**case-controlled**

239:22 250:17
255:14
**case-specific**
171:13
**catch**
313:2
**categories**
225:12 357:2
**categorized**
357:7
**category**
113:24 146:7 226:3
226:6,11 227:9
229:5 355:16
**causal**
53:21 54:11 85:2
132:6 247:21
248:23 250:5
**causation**
17:2 100:10 109:3
218:6 220:5 233:9
233:13 234:6
**cause**
23:5 38:4 53:8 98:9
99:24 120:6,19,22
122:17 127:12
128:16 129:7
135:7,14,15
136:24 154:12
160:5 179:2 188:4
199:5 211:2
286:18 296:8
312:21 329:20
333:20 352:22
356:6,10 357:12
361:14,16,17
**caused**
166:14 198:21
224:17 286:22
313:11
**causes**
53:8 85:6 86:8
93:16 122:21
123:8 126:16
128:2,13 131:18
132:14,23 135:5

139:8,10 287:1,17
287:18 288:23
330:23 355:3
358:10 360:5
**cavities**
301:10
**cavity**
83:12 183:8 207:1
322:2
**CA-125**
314:9,22 318:6,14
**CDC**
90:6,11,12 234:24
**cell**
115:1 139:1 312:12
312:15 314:20
**cells**
287:3,4,14 312:18
314:6 315:20
316:15,16 317:1
317:10,15,16
319:15
**cellulose**
279:8
**cement**
146:1,13
**Center**
1:15 90:3 93:6
**centers**
90:17
**Century**
136:20
**certain**
12:12 13:15 75:5
80:20 135:5
206:18 213:10
216:17 243:15
284:11 353:21
**certainly**
117:1 141:18 158:7
159:9 226:20
262:3 330:24
331:12 333:21
**CERTIFICATE**
4:10 364:1
**certification**

61:23 328:16
**certified**
1:19,20 61:20
334:23 364:3,3,20
364:20
**certify**
364:4,7,10,13
367:4
**cervical**
198:12 199:14,24
200:12
**cervix**
189:10,13 200:20
201:6,7,16 206:23
209:15,22 302:11
302:14,15 322:10
339:6,15
**chairperson**
95:17
**chairs**
95:20
**chance**
110:4,5,8 227:23
228:11 245:17
251:22
**change**
59:7 205:5 253:5
366:2
**changed**
17:9 75:2,4 81:1
204:13,19
**changes**
77:11 97:18 336:11
365:11 367:6
**channel**
206:23
**Chappell**
6:4 129:19
**chapter**
77:16
**characteristic**
337:22
**characteristics**
199:5 286:3,11
308:20
**characterization**

239:4
**characterize**
85:18 140:7 249:7
**Charest**
2:8 8:23
**charge**
93:20 144:3 346:9
**Charles**
129:19
**chat**
342:22
**chatter**
204:2,5,6,24 205:3
278:9 342:21
**check**
193:12
**chemical**
179:19,20 328:9
329:4,9
**chemicals**
63:7,13,15 72:23
73:6,17 75:1
114:24 115:16,18
172:6 174:6
175:15,19 176:7
177:9,13,22
178:15 179:10
**chemotaxis**
199:6 287:2,13
**children**
333:11 359:4
**Chip**
1:13 4:5 5:1 8:13
9:18 364:5 367:4
367:12
**chlamydia**
267:8,23
**choice**
345:14
**choose**
164:17 358:8
**chose**
33:4
**chromium**
169:7,11,24 171:7
172:1 173:22

180:8,18 181:6
**chronic**
114:18 115:24
116:6,10 121:7
131:14 199:2,9,13
252:15
**chrysotile**
145:18 147:9
154:21,23
**cigarette**
265:13,18
**circumstances**
186:18 206:20
327:12
**cite**
19:11,12 20:5
29:11 33:11 71:2
71:4 123:6 130:12
148:10,17 181:23
183:5,12 184:2
189:8 191:22
195:3,11 196:5
208:24 211:12
216:8 217:6,13,19
217:21,23 242:17
242:21 246:22
259:19 270:11
271:16 283:6
287:5,23 296:9
297:7
**cited**
13:11 15:8,11,13
24:15 29:9 32:23
54:18 66:17,20
142:22 184:7
185:18 217:9
218:1 256:8
270:11 286:13
307:10
**citing**
20:19 70:24
**citizens**
219:9 221:16
**claim**
115:23 133:2
138:16 169:5

208:5
**claimed**
214:22
**class**
229:2 272:12
**classification**
6:11 178:20 225:6
225:8 288:8 342:5
356:22,23,24
**classifications**
225:14,22 359:24
**classified**
162:7 233:18
249:18 356:1
**classifies**
178:14
**classify**
63:17
**clause**
107:8
**cleanly**
264:2
**clear**
11:15
**clearance**
84:6 132:19 249:8
**cleared**
278:21 279:5
**clearly**
321:10
**cleavage**
168:21 169:1
**clinic**
58:7 90:16 351:3
**clinical**
27:17 31:16 38:24
58:8 60:4,8 70:12
76:5
**close**
202:1 223:9
**closely**
329:20
**closer**
198:13
**closes**
191:4

Arch I. "Chip"   Carson, M.D., Ph.D.

clothed
341:2
coach
164:23
coaching
165:2
coauthors
101:6,9
cobalt
169:7,12,24 171:7
    172:1 173:22
    180:8,19
cofactor
267:21 277:18
coffee
265:11,13,17,21,23
    266:1
cogent
224:12
cohort
125:8,9 232:21
    237:7,8 238:7,10
    240:12,20,22
    241:12 242:1
    244:5 245:10
    250:15,23 251:5,7
    251:13,18,20
    252:3,14,20,21
    257:12 258:12
    334:3
coin
109:14
colleague
117:8
colleagues
44:12,14 46:8
    51:15 79:9,10,15
    79:17 80:13
    297:17 344:2
collected
277:23 278:1,3
collection
12:14 153:17 347:2
collectively
238:15 246:8
College

59:5 335:5
column
160:10 165:24
    196:21 243:24
    273:3,7
combination
104:12
combine
326:3
combined
299:12,22 300:13
come
44:8,9 96:9 106:4
    149:4,5,12 282:9
    285:10 305:19
    309:17 323:24
    324:10 327:24
    362:6,10
comes
56:3 232:16 251:24
    313:6 328:21
    329:3 335:20
    346:10
comfortable
39:11,24
coming
18:16 25:16 198:4
commencement
364:4
commencing
1:16
comment
96:1 221:10 336:24
comments
44:2,4,8 96:20,24
    97:2 117:13
    216:23 247:15
    336:10,21
Commerce
2:4
commission
364:22 367:17
committee
2:6 95:16,17,20
    129:17
committees

95:15
common
144:24 145:2
    161:24 265:13
    333:2 334:2,7
commonly
144:17
communicated
65:4,7 104:15
communications
45:20 47:1,12 77:1
community
204:8 240:1,2
    248:16 330:7
community-based
238:20
companies
72:5 75:9,22
    143:15 150:23
company
58:17 60:15 69:19
    70:14 71:1,4 73:8
    76:6,8,13,17,18
    77:22 149:13
    150:23 151:13
comparable
187:4 201:15
    254:18
comparatively
348:7
compare
298:16 319:20
compared
170:13 201:6 331:5
compares
298:5
comparing
239:23,24 348:6,14
comparison
132:20 161:14
    166:17 214:23
    299:1,9
compelling
220:10 230:13
    292:19
complete

15:11 18:13 22:13
    22:19 98:8 172:14
    305:24
completely
106:13,19 112:9
    120:14
complicated
358:21
component
74:22 137:2 176:2
    177:17,20
components
63:21 64:13 114:21
    140:15 147:21
    287:12
composed
279:6
composition
304:20
concentration
59:18 198:11
concentrations
76:20
concept
313:5 358:7
concern
269:10
concerned
236:1 361:5
concerning
272:13 351:16
concerns
166:15
conclude
111:12 128:1
    210:18 243:9
    252:20 333:19
    363:15
concluded
91:19 122:24
    166:11 220:4
    246:1 247:19
    272:17 286:17
    288:5
concludes
106:2

conclusion
86:19 106:5,6
    107:7 108:9
    141:11,19 163:12
    193:3,5,7 215:14
    223:1,12 224:11
    224:19 248:5
    250:2 286:12,20
    305:8,12,20 306:2
    364:12
conclusions
18:16 76:22 85:16
    87:19,22,23 89:13
    117:17 171:4
    173:10 215:2,9
    216:22 218:2,4
    222:5 241:19
    251:11 253:1,1
    326:8 355:24
concoct
334:3
condition
116:24 119:16
    121:19 122:5
conditions
121:3,7 186:5,18
conduct
215:13,17 355:5,9
conducted
61:14,15 85:11
    114:3 206:8 209:5
    209:12 327:9
confer
333:6
conference
46:7
confidence
126:9 223:8 227:24
    228:12 261:23
    276:21
confirm
85:12 185:4
confirmed
152:9
confirming
328:24

Arch I. "Chip"  Carson, M.D., Ph.D.

conflicts
105:4
conformed
137:7
confound
264:18
confounder
265:19
confounders
266:14,17,18 268:6
268:9
confounding
210:19 221:23
227:23 228:12
264:6,7,11,19,23
264:24 266:3,4,8
266:11,20 268:21
confused
330:1
confuses
265:6
conjunction
76:16
connected
120:11 329:20
connection
110:23 119:21
329:19
consensus
224:16 234:5,11
consequence
152:23 153:3
consider
51:4 54:9,12 55:20
80:20 90:20 123:4
137:11,14,19
156:23 215:7
232:24 238:22
239:9,11 241:1
257:11
considerably
357:24
consideration
221:14
considerations
91:9 225:4 254:17

considered
13:16,18,22 61:6
94:6 124:3 130:19
159:4,8 174:24
175:3,5 206:2
210:20 214:6
219:1 221:20
225:3 258:16
264:6
considering
110:18 215:1 222:6
258:9 325:12
considers
205:12
consistency
107:12 108:1,4
109:7 110:19
210:24 222:20
229:24 230:9
237:22 240:7,10
240:11 245:6
249:22
consistent
110:12,13 111:6,9
111:13 112:19
114:4 132:6 223:5
232:20 237:23
238:4
consistently
131:21 191:11
constituent
63:20 64:13
constituents
64:2
constructed
149:15
consult
338:4,8
consultant
55:23 56:4
consultants
105:11
consulting
56:16
consumer
22:5,7 73:8 143:23

151:13 152:4
155:9 344:23
345:2
consumers
214:8
consumption
360:4,11
contact
37:24 39:19 202:2
contacted
36:20,21 37:5,14
284:16
contain
16:4 19:10 139:13
140:22 141:6,13
141:17 148:14
290:22 295:19
352:9,14 353:17
353:21 357:6
358:14 360:18
contained
16:16 54:21 72:24
73:1,6 150:17
152:22,22 175:8
175:15 181:1
285:9
container
340:10
containing
5:21 139:4 290:10
contains
16:7 71:23 139:16
139:20 141:21
157:6,15 158:10
361:6
contaminant
143:23
contaminated
77:12 147:16 148:8
contamination
106:2,11 107:2
187:13
contemporaneous
94:4
Content
31:10

context
56:15 78:11
continue
58:7 74:18 263:19
283:7 295:9
358:11,12,17
361:10
continued
43:16
continues
206:24
continuing
244:12
continuous
43:17
contract
59:3
contractions
188:15
contractor
59:7
contradicted
205:10
contribute
18:11 20:22 74:22
80:22 221:21
contributed
20:5 73:20
contributes
296:8
contributing
171:20
contribution
78:24 299:22
352:18
contributor
167:10
control
90:3 93:7 157:24
316:17,24 317:11
318:2
controlled
266:21 268:1
controlling
317:1
controls

187:14 273:8,13,18
273:20 274:21
278:4 315:16,17
316:9
conversation
118:23 335:15
convoluted
296:21
copies
13:11,14 14:9
36:14
copy
10:20 13:17,21
14:11 21:13 28:6
30:2,20 149:24
150:7 159:19
162:22 195:19
259:24,24 260:1
321:3 336:22
cornstarch
29:6 132:10,15,17
132:22 133:19,24
134:8,14 278:20
278:20 279:4,13
Corporation
58:12 59:11,11,13
correct
20:20,21 22:22,23
39:1 45:3,4 49:6
53:23 55:12 57:19
60:16,17,19,20,24
61:4,18,19 62:2,5
62:7,19 63:2,10
63:13 64:10,11,14
81:6 82:4 83:9,21
84:19 85:4 90:14
90:18 96:2 98:5
101:12 105:15
106:3 108:23
110:13 114:5
116:18 120:7
121:8,9 122:14,16
125:14,18,23,24
127:13 128:13
131:1,5,17,23
132:8,24 134:4

138:7,13,14,15
146:24 147:11
148:15,20 152:24
154:2 155:7 157:7
158:11 166:9,9
168:2 170:5 172:3
172:6 176:8,9
177:10,14,23,24
178:3,13,19
179:16,17,22
181:7 182:2,5,6
183:10 184:22
185:2,9,19 186:1
186:3,4,11,20
187:15,20,23
188:12,18 190:11
190:16 194:16,23
195:7 196:7,8,14
197:16,19,22
198:6,22 200:22
201:20 202:16
205:7,21 206:6
207:3 208:2,4,10
209:3,4 210:10
216:7,11 217:8
220:8 221:9,11,12
222:21 223:17
224:2,6 225:9,10
226:1,4,5,8,19,23
227:2,11,14,20,24
228:13 230:2,14
232:15,17 233:5,9
234:15,22,24
235:1,15 236:1,19
237:9,17,20,24
238:9,17 240:2,4
240:14,17 246:4,5
246:10 250:8
253:15,16 254:4
255:2,19 256:24
257:5,10 258:24
259:11 260:15
261:7 262:6,18,22
264:17 265:9
266:16 267:2
268:16,21,24

269:5,11 270:1
271:5,8,22 272:19
272:20 273:6,9,22
274:4,10,17 275:3
275:13 276:18
280:22 281:8
283:17,18 286:7,8
286:9,18 287:6,7
287:18 288:9,16
290:5,11 291:8
294:2 295:21,23
296:12 297:9,21
298:7 301:17
304:24 307:13,24
308:3 309:2,5
311:1,2 314:6
318:7,15,18
320:15 321:4,5
322:6,10,11 324:3
324:23 325:5
326:14,19 327:3
327:18 329:1
332:11 347:15,16
350:1 352:10,14
354:11,18 355:4,7
357:7,8 362:7
367:5
**corrected**
134:3
**corrections**
58:1,19 365:4,7
367:6
**correctly**
100:1 107:6,9
166:20 222:2,3
339:21
**correlation**
322:21
**correspondence**
87:17
**corresponding**
27:24 278:4 306:9
**corrugated**
146:13
**cosmetic**

31:11 57:16 60:15
157:6 158:10
168:14 180:9,20
181:7 248:9
249:16
**cosmetics**
219:15
**Cottreau**
127:2
**Coughlin**
3:7 9:8
**counsel**
2:6,11,16,22 3:5,10
3:15,20 8:15
11:19 15:5 23:1
25:11,15,17,20
26:17 27:10 30:10
32:3 33:5 34:16
34:19,24 35:19,24
36:5 38:15 39:3
45:20 47:6 53:17
65:20 71:13 72:5
101:10,15 102:13
104:24 105:12,18
105:23 108:23
118:12,20 142:23
148:22 343:24
346:2,5,19 361:21
362:2 364:14,15
**count**
251:1
**country**
97:23,24 100:11
233:20
**couple**
25:5 30:8 40:21
87:2 176:15
181:21 218:18
231:22 256:15
257:6 286:21
305:15 327:10
**course**
56:5 73:3 74:13
344:14,17 345:10
345:11 362:4
**courses**

344:12
**coursework**
344:10
**court**
1:1,19 9:15 12:6
364:3,20 365:20
**Coussens**
117:10 126:21
**covariate**
272:17
**Covariates**
272:8
**covered**
43:5 185:3 285:21
**covers**
22:17,20
**co-workers**
134:12
**Cramer**
6:10 195:12,15,17
195:22 196:5,9
197:24 255:8
259:13 260:9
**create**
199:12 279:13
**created**
25:8 148:22 313:3
346:2,3,5
**credentials**
104:18
**criteria**
109:2 215:8,13
229:21 237:22
240:7,10 255:1
264:8,16
**criterion**
110:19
**crocidolite**
144:13,15 145:11
145:16 146:6
147:9 154:21,22
**crossed**
324:19
**Crowley**
48:16,17,18,19,24
49:2,21,22

**Crowley's**
50:8 73:3
**CRR**
364:18
**crystal**
180:13
**cull**
42:22
**culmination**
345:10
**culture**
319:16
**cultured**
314:6 315:20
**cure**
100:8
**curiosity**
350:14
**curious**
40:17
**current**
41:17 94:13 120:3
148:1 205:11
247:19 248:20
250:3 312:5
**currently**
60:5 204:4 300:12
326:7 345:4
**curriculum**
5:6 21:6 57:18
58:20 70:23
344:21 345:16
**cursory**
344:20
**cut**
74:9
**CV**
58:1 64:23 77:4

**D**

**daily**
231:9 232:10
260:22 261:16
262:13,15 263:10
263:11,14 302:5
306:22 307:1

Arch I. "Chip"   Carson, M.D., Ph.D.

309:24
**damage**
135:11 313:2,12
314:21
**dangerous**
359:12
**data**
76:24 149:3 150:17
211:19 215:14
220:11 263:24
273:11 274:18
277:23 278:1,2
280:3 290:1 291:5
307:9 346:14
**date**
1:17 57:20,21 58:2
227:4 284:22
364:8 365:9
367:12
**dated**
25:24 26:9 30:14
218:21 364:23
**day**
60:6 189:19 228:24
367:16
**days**
39:20 40:7 189:21
300:14 309:9
365:16
**de**
325:8
**deal**
164:16 239:5
**dealing**
168:10 199:9
**dealings**
37:2
**dealt**
137:16
**dear**
358:24
**deaths**
306:5,9 307:7
**decades**
310:15 359:10
**December**

30:14
**decide**
29:17
**decided**
33:7 40:11 59:6
**decisions**
14:14 358:6
**decision-making**
5:23 99:1,14,20
**declare**
226:21
**deemed**
365:19
**defendants**
2:17,22 9:1,4 52:4
**defense**
52:12 57:14 346:19
**defer**
82:23 95:19 144:3
169:2 281:2
**define**
135:22 137:5
281:16 313:9
326:5
**defines**
99:18
**definition**
23:20 136:2 228:18
292:18,23
**definitions**
228:23
**definitively**
162:6
**degree**
59:17,24 249:22
**Delclos**
79:20 337:5
**deleting**
342:17
**demonstrate**
119:11 223:4
313:22
**demonstrates**
126:14 276:11
**demonstration**
98:9 99:23

**dendritic**
42:6
**department**
61:8 79:18 80:1,2
239:6
**depend**
308:17 310:18
**dependent**
139:3 180:24
**depending**
181:3 306:18 332:2
**depends**
78:14 156:6 236:5
239:19
**depo**
33:8
**deponent**
4:12 8:13 367:1
**deposed**
66:5,12
**deposing**
365:15
**deposition**
1:13 5:1,4 6:1 8:9
10:8,16,18 11:4
12:11,19 13:6
14:6,8 15:1,18,21
16:4,9 21:3,10
23:24 25:24 26:2
26:6,19,23 29:14
29:22 30:16 31:5
32:8,19 36:4,7
52:14 66:4,7,19
71:1,3 98:20,21
98:24 108:17,20
124:12,16,17
130:2,3 148:18,19
149:10,11,16,18
149:21 150:9,10
151:17 159:21
163:3 192:11,14
195:23 225:15
243:1 245:24
247:3,8 249:7
271:1,4 289:9
363:15,19 364:12

365:3,13,17,18
**depositions**
53:2 56:13 66:11
66:15 67:21 68:8
68:11,20,24 70:14
148:11 164:12
**deposits**
41:9 169:15
**deps@golkow.com**
1:24
**derived**
205:24
**derives**
333:22
**describe**
14:20 208:15,23
309:10
**described**
199:10
**describing**
309:5
**description**
5:3 84:14 237:15
266:3
**design**
190:1 211:18
221:19 240:21
**designated**
227:18
**designation**
227:16 228:10
**designed**
291:23
**designers**
241:1
**designing**
241:2
**designs**
254:15
**desired**
231:14
**despite**
166:11
**detail**
220:1
**detailed**

285:2
**detect**
211:19,23 251:12
252:9 253:3
255:22
**detected**
180:8,19 188:2
211:24 243:12
244:15 251:14
**determination**
78:6 280:12 330:17
348:20
**determinations**
194:14 251:10
**determine**
85:23 157:14 190:4
258:18,22 318:24
330:3 340:10
**determined**
59:14 91:12 143:18
259:1 279:24
280:7 311:8 349:9
355:1 360:20
**determines**
280:14
**determining**
330:8
**develop**
53:21 135:2 199:1
251:1 345:12
**developed**
330:9
**developing**
356:12
**development**
135:20 136:5
284:20
**diagnosed**
306:4 307:12
326:13,17 350:4
351:11
**diagnoses**
307:17
**diagnostic**
329:2
**diagrams**

Arch I. "Chip"  Carson, M.D., Ph.D.

338:7
**Diana**
282:18
**diaphragm**
201:17
**die**
233:20
**diesel**
361:6,9
**differ**
180:3 201:21
**differed**
193:23 349:14
**difference**
19:2 21:19 194:9
194:12 201:12
212:18 242:1
252:9 277:19
315:21
**different**
43:6 68:7 93:11,12
94:2 97:22 106:6
137:9 138:21
139:2 143:15
155:5 168:15
172:6 179:8,9,11
179:21 181:2
186:17 213:2
225:22 237:21
240:11 254:16,16
254:17,20 261:3
280:2 291:24
293:7 305:5
316:20 342:22
349:10 357:2
**differential**
319:4
**differentiate**
168:24
**differentiated**
212:22
**differently**
201:5 213:3 238:22
**difficult**
162:2 256:20 257:2
347:22 359:6

**difficulties**
161:17,21
**dioxide**
292:1
**Diplomate**
1:20 364:3,19
**direct**
82:2,11 83:4
181:14 243:17
322:21 324:6
**directed**
221:11
**directing**
294:15
**direction**
334:18
**directions**
334:17
**directly**
101:5 138:22 201:7
201:16 216:21
263:6 319:15
323:5 346:10
**director**
58:6,13,24 59:10
**dirty**
264:1
**disadvantage**
251:15
**disagree**
108:9,12 223:22
225:1 356:21
**discard**
42:23 349:12
**discarded**
348:17,23 349:8
**discount**
238:18
**discounting**
244:20
**discounts**
91:17
**discovered**
241:3
**discuss**
80:11 114:12

133:13 183:2
244:2 278:13
338:1
**discussed**
13:5 21:14 38:10
80:12,14 107:12
127:3 170:18
225:11 235:11
238:9,23 244:23
254:3 336:5
355:23
**discusses**
28:10 29:5 127:6,7
280:11 337:22
**discussing**
13:5 93:14
**discussion**
79:9 81:1 163:20
164:4 165:20
166:1 204:7 285:3
342:8
**discussions**
47:23 48:1
**disease**
77:14 90:3 93:7
122:17,21 123:8
126:15 127:12,19
128:2,13 196:14
233:21 265:7
269:15 328:19,21
358:10
**diseases**
121:12
**dish**
300:7
**dispute**
151:2,6
**disseminate**
93:22
**dissolution**
339:8
**dissolved**
279:10
**distillation**
214:21
**distinction**

238:19
**distinctions**
154:15
**distinguish**
34:22 35:5 154:11
162:2,7
**distinguishing**
161:18
**distort**
266:4 269:13,19
**DISTRICT**
1:1,1
**division**
287:4,15
**DNA**
312:13 313:11,22
**doctor**
73:24 92:2,10,13
92:21 113:1,4
127:23 164:11
207:6 289:20
295:7 314:24
315:23 343:16
363:17
**doctor's**
332:20
**document**
1:7 6:12 10:21
28:17 30:7,9,12
33:3 68:15 71:22
91:24 92:16 93:2
99:9 100:13 102:6
113:10,17 120:3
134:7 193:13
218:13,24 225:13
257:22 282:17
291:14 316:5
**documentation**
72:16
**documents**
12:12,15,17 13:15
14:7,24 19:6 24:5
25:19 29:23 30:19
33:24 34:1,5,7,13
34:15,18,23 36:14
71:5,9,12,16 72:3

72:3,4,6,22 75:7
75:10,14,21 76:6
76:9,13,19 77:22
77:23 78:10,10,11
78:18,19 136:4
158:5 245:8 346:6
346:6 347:8
**doing**
39:21 40:1 45:13
46:4 48:8 147:24
148:3 232:5
285:11 336:14
365:8
**Donath**
3:7 9:7,7
**dose**
153:4,5 206:16
230:14 255:9
256:21 298:3,13
298:16,23 311:1
311:18 324:22
325:2 326:2
354:22 355:5
356:5,9,11
**doses**
326:10
**dose-response**
111:13 112:20
173:1,9,13,19,21
174:1,4,9 222:14
222:16,18 223:9
254:24 255:4,8,15
255:17,21,23
256:5,21 257:8
259:20 262:9,24
263:1,17,19
270:14 354:9
355:10
**Doug**
3:23 8:4
**Downey**
69:17,18
**Downey's**
69:20
**Dr**
6:3 8:13,19 13:4,9

Arch I. "Chip"   Carson, M.D., Ph.D.

14:9,19 20:10
27:24 31:2 33:19
36:10 46:11,16,18
47:9,24 48:2,5,11
48:12,16,18,19,24
49:2,16,21,22,22
49:23 50:1,8,11
51:5,9,21 67:18
73:3 74:10,16
79:20,21 80:8
89:10 99:10 117:3
117:9,12 149:23
150:13 164:9,18
165:5,17 171:11
173:6 177:7
218:22 236:12
253:14 283:10
284:10 335:7,16
340:4,15 347:9
353:4,14 354:8,17
355:1 363:2,13

**draft**
5:15 30:13 44:1
89:14 95:22 97:6
205:18,21,22,24
348:1

**drafting**
347:20 348:8,12

**drafts**
336:8

**dramatically**
75:4

**draw**
76:22 86:18 87:19
171:4 337:3,6

**drawing**
204:9

**drawn**
85:17 87:21

**draws**
322:21

**drink**
311:4

**Drinker**
2:19 9:3

**drinkers**

265:14,21,22
**drinking**
170:7 265:23 266:1
**drive**
5:21 13:20 36:5,11
**Dropbox**
346:7,11,13,17,21
347:3
**drug**
219:14
**drugs**
131:8,20
**due**
29:6 110:3,5
171:19 187:12
251:12 265:24
**Duffy**
3:7 9:8
**duly**
9:19 364:5
**duplicated**
125:19
**duration**
212:15 241:16
272:24 354:18,20
**dust**
229:15,18
**dusting**
140:3 201:17 302:5
**Dydek**
47:16,19,24 48:2,5
48:12 49:23 50:1
**DYKEMA**
3:2
**D.C**
3:19

───────────
**E**

**E**
1:17 2:1,1 3:1,2
364:2,18
**earlier**
51:5 68:19 79:7
116:22 136:15
167:12,22 214:5
216:4 238:23

259:14 268:12
270:13 278:19
293:1 321:7
345:24 347:13
348:16 349:23
351:23 352:7
361:24
**early**
65:21 214:1 222:7
245:24 330:19
332:24 333:12
336:8
**easier**
334:8
**east**
3:3 145:21
**EASTERN**
1:1
**easy**
150:4,6
**eat**
357:15 358:12
**echoing**
344:2
**Edelman**
163:23 165:22
166:8
**editing**
43:17
**editors**
249:12
**edits**
103:6
**education**
61:12
**effect**
98:9 99:24 100:14
138:18 154:23
211:2,23,23
244:20 251:13,14
253:2 274:19
276:5,14 329:21
**effectiveness**
314:18
**effects**
63:15 129:13

137:17 170:20
213:23 270:3
272:14
**effort**
143:21 150:15
**efforts**
140:6 147:21
**Egli**
183:16 185:18
187:10 188:20
**eight**
24:10 192:19,22
193:9 194:5 297:8
**either**
24:15,21 29:9
31:15 32:23 37:17
52:17 73:7 75:8
82:2 92:13 94:6
96:5 101:21
139:21 140:8
176:6 177:21
181:14 194:12
226:21 282:4
302:12,16 316:8
327:15 328:7,15
338:23
**electronic**
337:8
**element**
317:14
**elements**
169:13 170:1
172:16
**elevated**
146:14 304:9
**elevation**
314:9
**elevator**
335:24
**eliminate**
200:5
**eliminated**
134:3
**eliminates**
199:23
**elimination**

83:20,23 84:10
208:8,11,16 209:3
305:16 337:17
362:12,15
**Ellis**
2:13 3:12 9:13
**elongated**
137:7
**emphasizes**
99:21
**employee**
58:7,24 364:13,15
**Enbridge**
58:12,18 59:11,13
**endeavors**
213:18
**ended**
194:12 340:17
341:16 349:20
**endogenous**
115:7 312:20
**endpoint**
287:11
**ends**
339:19 341:8
**Energy**
58:14 59:10,12
**engineering**
59:19
**England**
145:14
**English**
211:21
**entire**
52:20 69:13 83:11
291:22 294:10
347:23
**entirety**
68:21
**entry**
58:14
**environment**
181:3 312:19 345:7
**environmental**
31:12 55:19 57:7
57:11 179:1

278:12 312:24
328:10 342:3
344:14,18,22
345:3 351:24
352:3
**enzyme**
319:4
**enzymes**
314:18
**epidemic**
182:22
**epidemiologic**
191:15 211:11
224:21 231:1
236:24 239:5
263:24 264:20
270:19 326:3
**epidemiological**
84:16 104:21
111:19 210:6
212:7 213:1
247:20 248:8,21
249:15 250:4
266:5
**epidemiologist**
61:5,7 79:23
238:24 239:9
**epidemiologists**
211:14 232:24
233:18 236:1
**epidemiology**
61:9,18,21,23
87:14 140:1
213:14,17 220:17
239:7,12 270:20
308:14 309:2
354:13
**epithelial**
116:11,12 133:12
153:17 235:20
236:16 237:1
313:12 316:16
323:10,13
**epithelium**
322:1
**Epstein**

5:17 31:2 33:19
218:22
**equal**
245:17
**equally**
235:18
**equipment**
162:6
**equivalent**
72:20 259:2 261:16
302:1
**errata**
4:11 365:6,9,11,15
366:1 367:7
**especially**
112:2 240:20
**ESQUIRE**
2:2,3,8,13,19 3:2,7
3:12,17
**essentially**
16:24 134:18
136:18 194:4
220:3 274:19
306:7
**establish**
39:22 111:22
247:21 248:22
250:5
**established**
85:19 86:1 220:5
313:19
**estimate**
45:12 166:7 174:1
174:9 232:2
256:20 257:2
347:17
**estimates**
39:8 193:22
**Estimating**
282:19
**et**
5:9,10,12,13,18,19
6:4,6,7,8,10,13,14
6:16 26:5
**Eternit**
146:10

**etiology**
220:17
**EU**
97:21
**evaluate**
170:19 249:8
256:21 291:23
295:2
**evaluated**
105:8
**evaluating**
210:24 230:24
**evaluation**
228:21 269:14
295:18
**event**
311:23
**events**
313:17
**eventually**
42:17 43:18 214:24
233:12
**everybody**
360:12 361:18
**evidence**
87:14 91:20 93:22
98:1 109:2 111:2
112:15 143:19
170:10 203:7
204:15 206:4
210:24 211:1
220:11 222:16
223:10 226:7,13
227:22 228:3,8
230:9 233:14
235:13 247:20
248:8,22 249:15
250:4 288:18,20
288:22 290:1,2,7
290:8 291:3,8,11
292:11,19,20
293:14,24 294:5,7
296:1 301:2 304:4
304:18 305:12
313:8,8 352:20
**evidencing**

181:24
**exactly**
62:13 142:11
174:16 251:8
257:2 280:7 346:9
**exam**
62:9 189:9,11,12
327:9
**examination**
4:5 9:21 284:8
305:3 343:18
364:4
**examined**
102:9 160:10 190:8
207:7 286:2
**example**
64:17 76:14 84:6
93:13 97:21 117:3
140:13 154:19
205:8 245:1
265:10 267:7
268:11 269:18
276:14 286:14
312:16 358:23
359:24
**examples**
199:4
**exams**
327:15 328:15
**exceed**
333:17
**exception**
15:12 362:22
**Excerpt**
6:17
**exchanged**
47:11
**excluding**
216:17
**exclusion**
193:19
**excuse**
19:19 20:9 54:3
73:22 81:22 86:20
105:14 128:22
149:22 164:7

171:11 173:4
189:11 207:10
234:1 294:13
324:4 332:19
**exemption**
357:18
**exercise**
280:24 325:18
**exhaust**
360:15 361:5,6,9
361:13
**exhaustive**
214:16
**exhaustively**
210:19
**exhibit**
5:4,5,6,7,9,10,12
5:13,15,16,18,19
5:21,22 6:2,4,6,7
6:8,10,11,13,14
6:16,17 7:3,5,6
10:16,18 12:11,19
15:17,18,21 16:4
16:16 17:10,15
19:4,5 21:3,6,10
21:13,20,23 22:10
24:24 25:1,24
26:2,6,10,19,23
27:7,13,23 28:14
28:18 29:14 30:15
30:16 31:4,5 32:7
32:8,18,19,22
33:10,18 34:15,24
36:4,7,12 43:14
50:19 54:22 57:19
58:2,21 65:1,12
66:18,21 68:10
69:4,8 70:24 71:6
89:16,17 94:24
98:20,21,24 99:7
100:21 101:14
102:4,15,24
103:17 104:3,10
106:1,21 124:16
124:17 130:2,3
146:23 148:17,18

149:10,11,18,24
150:1,2,8,9,18,19
151:10,10 152:2,2
158:2,3,6,7
159:20,21 160:3
163:2,3 192:11,14
195:22,23 196:5
218:20 219:5,5
225:14,15,20
242:24 243:1
247:3,8 259:16
260:7 271:1,4,12
282:22 283:1
289:5,8,9,23
293:2,4,5 315:24
346:23 347:1,10
347:11
**exhibits**
5:1 6:1 7:1 21:2
53:1 68:24 69:2
148:11,22 149:4
150:18 152:1
284:4
**exist**
97:20 253:2 296:7
**existed**
161:17
**existing**
212:13
**exists**
27:15 59:13 86:19
209:21 213:18
254:2
**exonerated**
286:10
**expand**
16:8
**expanded**
41:5,9
**expect**
16:8 17:13 131:19
167:2 191:7
194:16 197:16
198:19 201:14
245:17 262:24
263:18

**expected**
300:4
**expense**
252:17
**expensive**
241:15
**experience**
19:23 118:19 121:6
359:2
**experienced**
159:10
**experiment**
317:5,11 318:3
341:5
**experimental**
116:23 120:2
185:21 188:4
189:17 247:20
248:21 249:6
250:4 290:7,8
291:1 294:5
**experimentation**
87:18
**experiments**
85:12 86:3,7 206:9
316:9
**expert**
5:5 10:11 15:16
37:5 47:14 48:7
48:14 49:19 50:2
55:11,20 56:17,21
57:3,9 66:11,15
67:23 80:5,9
117:24 118:20
137:12,15,20,23
156:13,15,24
168:20 171:13
187:8 207:16
224:4 239:12
252:13 347:15,20
**expertise**
151:1,6 280:21
**experts**
49:8,14 50:21 51:1
51:24 52:4,8,12
66:4,8,9 70:14

82:23 122:23
144:4 169:3
213:20
**expires**
364:22 367:17
**explain**
106:3,11,13,15
107:3 190:22
212:18 284:17
**explained**
111:8
**explains**
106:19 242:1
**explanation**
182:13 243:12
244:15
**explanations**
150:16,20
**exposed**
145:24 146:15
160:17,18 167:5
213:22 298:4,18
299:3 329:4
361:11
**exposes**
83:11
**exposing**
317:15 361:3
**exposure**
77:11 82:2,11,15
82:20 83:4,7
91:21 111:21
113:23,24 117:5
135:4,6 152:12,15
152:17 153:9
154:22 160:4
161:1 163:7
166:15 168:13,16
170:20,21 171:24
174:12,17,20
175:2,4,6,13,20
178:1 179:3,12,20
179:22 181:14,19
181:22 182:16,17
191:1,6 193:20
194:6 198:10,10

198:14,16,20
199:9,12,23 200:5
200:6 209:6,8
212:13,15 224:14
224:18 229:15
255:4,12 265:7
269:14,20 297:21
298:5,6,11 299:3
299:13 311:15,17
312:1,5,24 318:2
322:22 328:10
331:17 332:14,16
351:24 352:3
355:2,11 357:11
358:6 361:13
**exposures**
55:18,19 57:8,11
84:7 298:9 300:13
311:21 325:13
328:9 344:18
**express**
349:2
**expressed**
16:14 360:24
**expressing**
18:21 81:4 181:5
**extend**
41:14
**extended**
23:15,17 209:23
**extending**
43:2
**extends**
356:15
**extensive**
42:7 83:13
**extent**
35:3 75:6 155:18
170:9
**external**
86:13 87:10,15
88:3,12,20 119:24
185:8
**externally**
116:15 119:13
188:9

**extra**
228:24
**extrapolate**
325:8
**extremely**
76:3 241:15 353:22
**e-mail**
37:22 47:11
**e-mails**
342:10,15,18

――――――――

**F**

**F**
3:7,18
**face**
97:19
**face-to-face**
45:24
**fact**
84:3 85:19 86:1
91:18 108:3 132:5
132:22 133:18
191:9 192:1 199:8
238:3 241:15
244:2,22 246:22
249:12 257:7
262:23 288:3,5
302:24 304:7
345:9 353:17
357:6 362:11
**factor**
90:13,18 91:14
110:9 128:14
129:1 147:6 171:1
191:14,18 230:18
267:17 268:19,21
280:18 331:13
333:22 334:7
341:3 358:4
**factoring**
170:21
**factors**
19:24 95:12 107:21
108:1 162:11
163:14 166:18
215:8 219:23

221:20 230:4
266:20,24 279:22
280:1,15 330:14
331:10 332:17,23
333:3,4,10 334:2
**factory**
145:20 146:11
**facts**
214:21
**faculty**
239:6
**fail**
365:18
**failed**
187:13 220:10
232:1
**failure**
166:17
**fair**
11:21,23 31:23
74:15 211:24
246:18 265:15
266:1 285:8
294:11 301:3
342:20
**fairly**
84:13 86:18 145:17
214:16 235:9
279:10 282:9
324:6
**fallopian**
183:14 184:4 190:3
191:4 200:24
303:17 322:1,17
322:23 323:3,15
324:1,12
**false**
187:12
**familiar**
11:9 27:14 41:4
90:2,21 97:12
99:10 129:4,11,21
129:23 131:12,15
144:12 155:8,13
155:16 158:17,23
159:15 162:20

203:4 212:5
242:14 243:6
247:12 265:2
269:7 331:11
332:17 341:6
357:20
**family**
58:9 333:6
**Fannin**
1:15
**FAPR**
364:18
**far**
10:10 198:11
249:23 348:4
361:5
**fast**
303:17
**faster**
303:18
**fatal**
233:21
**fatality**
306:10
**fault**
241:5
**favorable**
217:7,10
**favorite**
345:14
**fax**
1:23
**FDA**
5:16 30:21 31:2
33:19 65:4 133:18
134:15 143:6,11
143:13 218:14,20
219:13,21 220:4
220:16,20 221:13
221:16 222:5,11
222:13,15,19
224:7,20 230:14
234:14
**FDA's**
143:4,8 223:12
234:14

**FDI**
222:10
**Federal**
134:7
**feedback**
79:14
**feeds**
342:7
**feel**
74:9 99:8 113:3
164:5,9 289:19
292:15
**Fellow**
1:18 364:2,19
**fellowship**
61:18
**felt**
19:10 20:4 40:2
41:13 216:1,22
254:21 325:15
**female**
82:3 83:5 145:13
181:15,18 207:24
209:8 303:21
350:21 351:15
**feminine**
288:6
**fewer**
160:16
**fibers**
72:11,17 114:22
115:5,8,10,10
138:23 140:9
169:2 290:10,22
295:20
**fibrosis**
116:16 119:3,12
120:5,19 132:24
133:4,15 185:6
**fibrotic**
287:1,19
**fibrous**
77:12 114:23 115:7
115:9 137:5,6,12
138:17 139:5,21
140:15 141:14,17

141:21 158:11
**field**
61:12 213:14,17
**figure**
328:18
**file**
24:6 35:23 346:1,1
346:7,11,17
**filed**
272:13 274:9,12
275:5,10,19 277:4
**files**
42:2
**filings**
271:21 276:2
**fill**
333:23
**filled**
323:17
**filter**
187:14
**fimbriae**
322:1 323:14
**final**
103:7 107:8
**finalized**
16:19
**financially**
364:15
**find**
34:20 42:18,19,20
91:15 111:12
132:6 142:18
143:1 167:2 194:6
194:11 218:17
262:20 281:14,18
282:12 291:11
293:24 311:7
316:13 320:6
330:19 358:4
**finding**
100:10 193:18
222:11,11 223:21
223:23 262:5
277:22 283:22
334:9 349:16

**findings**
106:24 114:3
220:17 223:19
253:22 254:21
276:13 294:22
295:13
**finds**
123:7 197:24 226:7
**fine**
39:14 173:7 343:17
**finish**
12:2,5 74:1 103:13
**finished**
20:10 74:17 103:14
173:5,6,7 207:11
207:13 283:4
295:6 298:20
324:18 329:12,13
359:17
**first**
29:2 30:24 36:16
40:8 65:10 77:6,7
81:18 83:15
114:16 124:24
140:1 160:9 166:3
215:20 230:18
237:15 261:12,15
286:1 301:7 326:2
340:3
**fit**
348:24
**five**
261:4,4,10 262:10
262:12,14 263:9
263:11 297:8
310:20
**fixing**
312:15
**Fletcher**
5:10 26:5,9 313:14
**floor**
2:15 335:23
**Flower**
2:14
**fluid**
323:18,20 324:1

Arch I. "Chip"   Carson, M.D., Ph.D.

362:7,20
**fluids**
279:10 339:9
**FLW**
1:5
**focus**
22:14,16 38:20
93:15 94:2 249:24
**focused**
230:14,19 249:22
310:12
**focusing**
216:17
**follow**
11:10
**following**
193:19
**follows**
9:20 98:13,15
**food**
170:6 219:14
357:15,17
**footnote**
148:16
**force**
189:10,13
**forces**
334:16
**foregoing**
364:7 367:5
**foreign**
199:2,4 209:16
315:18 317:20
**form**
11:22 17:21 18:22
19:20 25:3 37:16
38:7 53:10 54:2
55:14 59:2 60:23
62:12 63:9,24
65:24 70:16 73:11
75:13 78:2,13,23
80:16 81:13 82:18
84:2,21 85:15
86:15 87:12 88:6
92:18 94:12 95:4
97:9 98:4 107:15

108:11 109:17
110:14 111:17
114:7 116:20
119:6 120:9,21
123:11 127:15
128:6,19,24 132:1
133:7 136:8 137:6
137:10 139:23
140:24 141:24
144:2 147:5,17
148:23 151:4,14
152:6 153:2,15
154:4 155:12,20
157:9 158:13,22
159:7 161:6
162:15 164:24
167:16 168:4,17
170:15,24 171:10
172:8,18 174:7,15
175:10,17,24
179:5,23 180:5
181:9 182:4,15
184:21 185:11
186:13 188:11
189:15 193:11
194:22 195:6
197:4,21 198:15
199:17 200:3
201:10 202:9
203:10,20 204:18
207:5 209:11,19
210:15 212:3
214:10 216:13
218:10 219:17
221:1 222:9
223:16 224:1,23
226:10 228:2
229:7,14 231:10
231:21 232:19
233:4,11 234:10
234:17 235:7
236:3,7,21 237:11
238:2 239:2
240:16 242:4
244:9 246:12
248:3 249:3

250:10,20 252:7
254:9 257:19
258:14 259:10
260:24 261:20
263:4,22 264:10
266:10 267:4,19
268:23 269:24
270:6 275:23
276:9,17 277:10
278:24 284:24
285:15 288:11
290:13 293:19
294:3,14 296:14
297:23 299:7
300:9 301:19
302:20 303:6
304:17 305:1
307:15 309:15
310:7 313:24
316:11 317:8,17
317:24 318:9,20
319:14,24 320:17
320:23 322:19
324:5,15 325:1,10
326:21 330:11
340:19 341:19
345:19 348:22
351:20 352:16
353:6,19 354:19
355:8,21 356:7
360:6,7 361:15
362:11 367:6
**formation**
19:9 120:12 176:2
**formed**
353:3,24
**former**
244:6
**formerly**
22:6
**forming**
18:9 271:16 346:17
352:12 353:15
354:24
**forms**
154:5 175:3 180:7

180:17 235:18
240:24 241:13
**formula**
280:15
**formulate**
20:23 43:12 44:20
70:19
**formulated**
97:4 101:24 106:7
**formulating**
45:14 46:4 71:10
107:21 139:15
205:18
**formulation**
73:19
**fornix**
301:24
**forth**
16:14 19:7,17
54:15,16 76:21
81:7,18 155:22
200:7 220:16
345:8 364:9
**found**
25:13 35:7,20
109:20 112:20
131:2 144:15,17
144:24 147:10
181:7 184:13,24
185:13 190:5,7,10
195:2,8 205:10
221:16 223:3,6
256:4 261:9
290:21 291:3
292:10 293:13
314:16 354:8
**foundation**
165:1
**four**
124:21 125:9
143:16 172:15
189:20 245:21
252:21 261:3
297:8
**fourth**
3:13 84:15 210:3,5

**fragments**
168:21 169:1
**fragrance**
63:7,13,15 72:23
73:6,16 74:22
75:1 115:17 172:6
174:5 175:14,18
176:6 177:9,13,22
**fragrances**
174:10 175:23
177:19
**frame**
39:12
**framework**
5:23 99:1,14
**frankly**
37:10
**FRCP**
364:11
**free**
99:8 113:3 164:6,9
289:19 292:15
**frequency**
272:23 302:19
310:17 354:18,21
**frequently**
241:18
**front**
24:12 192:3 256:1
260:10
**fuel**
360:16
**full**
98:8 99:23 244:1
**functional**
206:21
**funded**
104:13,23
**funder**
93:17
**funding**
104:6,8,11 105:3
105:17,22
**further**
138:17 163:12
283:23 314:21

364:7,10,13
**future**
16:10 249:24

**G**
**gain**
267:15,24
**Galveston**
58:5
**gas**
145:13,14
**gasoline**
360:14,16,18,22
361:2
**Gates**
258:5,6,7,11
**gauging**
76:20
**general**
16:7 28:10 40:12
40:24 41:15,16
42:15 55:19 75:24
79:8 82:6 92:23
97:20 100:5,14
103:9 106:4
126:22 127:20
147:12 156:16
161:7,8 180:3
279:11 286:20
308:16 309:1
315:7 328:13
344:12,13
**generally**
38:8 44:20 97:6
122:6,16 147:10
178:14 236:15
**generate**
45:7
**generated**
49:11
**generic**
84:13
**genetic**
267:13 312:13
314:12,14 319:2,3
330:12 333:4

**genital**
86:13 87:11 88:3
88:20 119:1
170:12 185:8
186:19 192:22
194:6 200:11
201:19 220:6
227:15,17 234:7
244:3 246:3 252:3
273:18 274:6
277:5
**genitals**
273:14 274:2,15
276:5
**genotoxicity**
319:7
**gentlemen**
54:4 74:11
**geological**
349:17
**geologist**
61:2 115:15
**George**
79:20 337:5
**George's**
337:9
**Gertic**
257:12 258:9
**gestalt**
348:24
**getting**
63:21 64:6 110:6
142:14 257:20
**gigabytes**
346:14
**Ginkgo**
229:3
**girls**
296:11
**give**
12:3 54:4 64:4
135:23 156:3,8
188:5 230:3
316:13 336:18
**given**
11:4 18:10 20:3

23:1,6 56:14
164:12 188:14
266:21 336:22
367:5
**glass**
316:23
**gleaned**
18:8
**glove**
305:3
**gloves**
133:20 134:9,16,17
189:22,23 190:9
**go**
12:21 25:4 59:7
67:9 69:16 85:22
99:6,17 145:10
163:19 164:14
205:12 213:24
224:9 228:23,24
246:17 253:4
256:18 262:8,19
272:21 278:6
281:13 282:12
288:4 290:18
314:22 315:13
320:6 328:22
339:9 340:13
343:13 359:9,19
**goes**
68:1 136:19 219:21
225:21 324:1,9
334:14 335:21
345:5
**going**
11:10,20 39:21
73:24 74:19 85:21
86:22 87:22 112:5
117:24 136:11
156:3 162:23
164:16,19 176:17
176:18 192:4
233:16 247:6
284:3 285:18,22
288:2 289:6,14
294:9 295:8

309:22 315:7
321:19 324:18
342:11,13 343:4
343:14 344:9
363:18
**Golkow**
1:23 3:23 8:6
**good**
105:1 120:17 221:3
266:2 330:16
336:14 352:19
**GOSSETT**
3:2
**government**
221:8
**gradient**
111:23 112:1
**graduate**
281:1 344:14
**Graham**
5:13 29:2
**grandfathered**
335:3
**granuloma**
120:11
**granulomas**
116:16 119:3,12
120:5,18 132:24
133:4,13 185:6,13
**great**
74:17 326:11
**greater**
137:8 153:4 154:22
166:22 168:8
196:10,22 198:2
198:11,17,20
212:22 250:16
255:11 262:19
263:13 311:17,19
**greatly**
296:16
**grilled**
358:12,14
**gross**
214:11
**groundwater**

345:8
**group**
39:3 80:19 178:15
178:16 189:20
226:3,16 227:1,6
227:9,12,16,18
229:11,18,19
235:8,12 237:4
249:20 250:24
261:12,15 263:6
285:13 290:23
292:18 309:12
357:7 358:16
**groups**
6:11 190:10 263:2
**grow**
359:3
**growth**
115:2 139:1 287:3
287:14
**guess**
65:16 205:23
339:18 354:2
**guiding**
91:7
**gynecologic**
60:12 338:4,9,12
**gynecologist**
60:18
**gynecologists**
208:13
**gynecology**
32:15 208:6

**H**
**habits**
161:24 359:11,12
**habitual**
23:4,10,21 38:3
53:7,22 199:11
**half**
86:22 111:19
176:22 184:19,20
327:22,23 335:9
351:7
**hallmark**

Arch I. "Chip"   Carson, M.D., Ph.D.

300:14
**Halme**
183:23 184:3
**hand**
159:19 192:8
195:18 247:6
289:6 337:7
**handed**
160:2 291:6
**handled**
95:17
**handling**
164:13
**handwritten**
6:2 281:23 337:14
**hand-selected**
75:10
**happen**
252:1
**happened**
274:11 319:16
**happening**
312:18
**happy**
164:21 165:6,15
246:20 284:5
**hard**
336:22
**Harlow**
255:7
**harm**
188:5
**harmful**
355:2
**hazard**
97:19,19 143:19
153:4,6 172:22
**hazardous**
326:9
**Hazards**
77:17
**head**
188:22 304:8,24
**healing**
122:13
**health**

5:15,22 30:14
31:12 58:7,24
61:9 63:15 65:8
77:18 79:18 89:15
89:21,22 90:24
93:5,6,10,19 94:3
94:7,18,20,22
95:21 96:4,10,16
96:21,24 97:3
98:13,15 99:1,2
99:13,17 100:9,15
137:17 205:9,23
207:3 237:18
239:8 344:14,15
344:16
**healthcare**
93:24 204:8
**healthy**
240:1
**health-related**
93:21
**hear**
142:13
**heard**
14:19 204:23
**hearing**
16:6,15 17:14
**heavily**
160:18
**heavy**
168:15 170:11
172:2 173:23
175:7,19 176:6
297:20 298:4
299:19 300:20
332:16
**held**
1:14 8:10
**Heller**
184:1,8,15,24
283:16
**help**
258:1 284:5
**helpful**
79:14
**helps**

70:19 113:8
**hereinbefore**
364:9
**he'll**
164:21
**high**
145:17 249:22
332:5
**higher**
160:19 167:3,21
168:5 170:12
263:10
**highlighted**
260:1
**high-grade**
212:19,21
**Hill**
107:20,24 109:2
110:18 215:8,12
219:23 225:4
229:21 230:18
240:7,9 255:1
264:8,16
**hips**
304:9,23
**hired**
40:2 361:21
**historical**
191:17
**history**
184:13,19 196:23
267:7,23 330:13
333:7 351:8
**hit**
282:15
**hold**
346:13
**holidays**
351:4
**hope**
68:7
**hoping**
251:23
**Hopkins**
70:1,2 148:12,17
149:10,24 150:8

158:2
**Hopkins-28**
7:4 148:17 149:10
150:1,8,18 151:10
152:2 158:3
**hormone**
255:10 268:15,18
269:4
**hospitalized**
239:23,24
**hospitals**
134:18
**hospital-based**
238:14,19 239:15
239:21 240:12
246:7
**hour**
45:11 86:22 176:22
**hours**
40:4 45:13,18 60:9
343:5,15 347:14
**households**
359:6
**Houston**
1:15,16 8:10 37:1
59:4 61:10
**hover**
310:20
**huge**
250:24 345:4
**human**
112:15 226:13
236:5 249:19
288:7 358:18
**humans**
178:16,17 179:3
225:9 226:4,8,17
227:1,22 235:14
288:19 292:19
**hundred**
306:23 357:24
**hundreds**
357:21
**hydrocarbons**
358:15
**hygiene**

76:21 257:4 284:19
288:7
**hypothesis**
132:2 193:21
**hysterectomies**
189:18
**hysterectomy**
189:20,21 190:2
193:2,20 194:8,19
196:13 197:1,18
198:5

___
**I**
**IARC**
6:11,17 28:6,11
176:13 178:9,14
178:22,22 203:3,4
203:6,11 204:10
204:12,13 205:11
205:13,17,20
206:2 225:3,6,12
225:13,20 226:7
226:20 227:8,15
227:18,22 228:10
228:11,23 235:2
249:18 278:10,17
288:5,5,21 289:4
289:24 291:3,4
292:10,12 293:13
294:24 300:23
342:4,9 355:23
356:1,21,23 357:3
357:11
**IARC's**
205:6 206:3
**idea**
73:4 169:17
**identified**
34:8 52:22 70:23
127:11 128:4,9
151:9 163:16
286:6 300:21,22
324:22 333:3,11
336:5 346:22
355:13 356:16,20
361:7

identifies
86:11 88:1,18
  319:2 330:13
identify
8:15 71:15 86:10
  87:7,8 172:21
  220:10 289:15
  299:20 330:14
Identifying
99:2
Igor
282:18
ill
240:1
illness
134:2
illustrative
216:22
Imerys
3:5,10 9:6,8 69:19
  70:10 72:3 75:8
  75:16,23 147:19
  149:13 150:23
  157:23 158:5
  284:13
immediately
40:17 65:14
immune
287:3,14
immunogenic
81:19 114:17
impact
209:16 271:20
imperative
365:14
implanted
286:23
important
18:9,15 94:1
  159:13 209:20
  254:21 258:11,15
  283:22 295:16
  317:4 338:16
  339:1 352:18
impossible
266:19

improvements
167:18
impurities
169:14
inability
162:10 163:13
  251:12
inappropriate
166:16
inasmuch
184:11
incidence
131:3,14,22 191:7
  191:16 194:17
  196:14 197:17
  280:3
inclined
304:8
include
45:19 67:2,22
  82:24 101:20
  146:5 191:17
  237:1 257:12
  272:8 332:24
  344:18 345:17
  355:15
included
24:17 66:24 67:6
  67:13 152:3 158:8
  169:14 195:9
  214:19 217:4
  226:2 258:8
  295:22 309:12
  347:3 357:17
includes
87:14 280:12 347:4
  355:22
including
19:6 41:2,2 83:12
  93:6 114:22 121:7
  163:23 165:21
  169:6 193:23
  221:21 237:2
  245:8 252:15
  277:17 278:21
  279:5 287:2 303:9

321:22,23 358:10
inclusion
41:8
income
56:2
incorporated
151:20 180:11
  214:17 244:24
  337:7
incorrect
105:14
incorrectly
290:15
increase
121:21 202:18,23
  231:3 233:17
  275:14 299:12
  306:12,13 318:6
  318:13 331:3
  338:13 360:10
  361:16
increased
84:18 91:21 121:14
  122:8 131:3
  152:19 211:5
  220:7 232:13
  236:4 262:6 277:7
  306:15 308:13
  309:13 310:5
  333:6
increases
132:23 133:3
  236:24 237:3
  311:13,16 338:21
incur
361:13
independent
53:6 79:4 157:5,10
  158:9,14
INDEX
4:1
indicate
135:1,19 154:18
  220:12
indicated
241:8 327:16

individual
71:22 110:17
  126:20 171:24
  178:4,5 193:5
  214:22 229:21
  308:17,19,20,21
  308:23 309:3
  310:19 314:13
  330:8 345:21
industrial
76:20 156:15
  344:22
industries
76:2
industry
331:15
inert
303:1 339:4
infection
122:12 267:8,23
infections
202:14
infer
166:13
inflammation
86:8,11 87:9 88:2
  88:11,19 114:18
  116:1,7,10,16
  117:4 119:2,11,20
  122:11,15,16
  123:13 125:4
  126:23 127:9
  131:18,21 132:14
  132:23 133:3,11
  134:21 136:18,23
  137:3 138:12
  198:21,23 200:10
  248:13 249:21
  279:14 283:20
  287:1,11,12,18
inflammatory
115:1,6,11 119:20
  120:10 121:3,6,10
  121:12,19 122:4
  122:17,21 123:8
  126:15 127:12,19

127:20 128:1,12
  138:24 171:18
  287:2,14 313:15
  362:17,18
influence
213:11 272:1
  279:23
influenced
216:21 272:15
  313:16
inform
350:23
information
16:17,21 18:8
  19:10 20:22 42:2
  42:4,23 70:18
  78:5 149:17
  155:23 156:1
  166:13 173:24
  174:3,8 205:12
  232:21 243:10
  244:13 267:13
  281:4,12 282:7
  298:3,10,12,15
  312:6 325:20,23
  326:2 348:1,17
  349:3,7,10
ingredients
140:8
inhalation
82:3,15,23 83:6
  134:12 181:15,19
  181:22 182:2,17
inhale
361:2
inhaled
84:7 182:9 290:21
initial
37:23 198:14
  237:14
initially
40:11
initiation
116:13
injected
186:7

Arch I. "Chip"  Carson, M.D., Ph.D.

**injury**
57:6 134:2
**innocent**
329:24
**inquiries**
350:21
**inquiry**
351:14
**inserted**
304:22
**insofar**
235:24
**instance**
74:2
**instances**
76:12
**instilled**
301:23
**Institute**
90:21,23 91:7,12
91:19 93:8,14
95:11,18 234:21
**institution**
58:10
**instructed**
350:9
**INSTRUCTIONS**
365:1
**insufficient**
166:13 247:21
248:22 250:5
288:18
**insult**
312:12
**insults**
312:17
**intend**
16:5 22:21 96:23
97:2 156:8
**intended**
15:10
**intense**
311:21
**intensifies**
138:17
**intensify**

114:24 115:5,8,11
138:24
**intention**
156:10
**intentionally**
115:21
**interaction**
196:21 197:12
198:1
**interest**
37:6 105:5 342:8
349:9
**interested**
39:21 295:13
341:22 364:15
**interesting**
43:1 80:24 342:13
348:18 349:3
**interests**
93:12
**internal**
75:7,15 76:6,8,12
76:19 77:1 88:9
88:13 321:14,15
321:20
**International**
178:22 225:23
**Internet**
338:7 342:21,24
**interpretation**
223:18 334:10
**interpreting**
264:20
**interrupt**
74:11 86:21 191:5
**interval**
261:23 276:21
**intervals**
126:10
**interview**
272:16 277:17
**interviewed**
273:17 274:1,8,13
**intimately**
120:11
**intrinsic**

83:19,23 84:9
208:8,11,16 209:3
337:17 362:11,15
**introduced**
188:8 284:12
**introductions**
343:21
**invasion**
212:23
**inverted**
188:21
**investigate**
150:16
**investigated**
104:20
**investigation**
79:5 286:15 329:2
329:7
**investigations**
193:6 214:23
**Investigators**
251:22
**invoice**
14:10
**invoices**
14:9 45:3,7
**involve**
147:2 187:22 189:8
250:21
**involved**
37:3 47:10 50:3
54:24 56:23 57:3
57:6 62:8,17
63:21 64:7 73:9
76:15 96:16
135:20 136:5
138:4,10 141:6,13
142:14 147:15
148:7 156:20,21
184:8 185:18
187:19 189:12
232:10 250:16,22
267:1,9 287:4,15
340:4
**involves**
172:15 359:4

**involving**
57:16
**in-person**
46:9
**ions**
180:10
**irrefutable**
226:13
**irrelevant**
349:15
**isolated**
254:15
**issue**
66:14 80:12 90:11
118:5 141:20
144:8,20 160:4,11
163:7 176:7
199:19 213:13
264:19 278:17
289:1,2 327:16
352:18 358:20
**issues**
29:7 41:8,20 55:7
64:18 77:18 80:20
137:16 207:3
258:17 285:6
326:6
**Italian**
297:11
**Italy**
146:12
**item**
14:5 35:4,5 126:18
**items**
13:21 20:6,14 35:1
357:17

_____
**J**
_____

**Jane**
3:2 9:5 284:10
**January**
1:11 5:2 8:2,7 26:1
26:10 94:9,14
364:23
**jbockus@dykem...**
3:3

**jdonath@coughl...**
3:8
**Jersey**
1:1 3:9
**Jim**
77:7
**jive**
116:24
**job**
53:6 164:22,23
336:14
**John**
70:1,2 148:12
**Johnson**
1:3,3 2:16,16,22,22
9:1,1,4,4 22:4,5,7
22:7 41:22,23
43:9,9 70:3,4 72:4
72:4 73:7,8 75:8,8
75:16,16,22,22
129:19 143:23,23
147:20,20 149:13
149:13 150:22,22
151:12,12 299:4,4
**join**
234:3 236:10
**joinery**
229:13
**Jonathan**
3:7 9:7
**journal**
27:14,16,21 31:14
32:14 249:13
**journals**
63:4 103:11
**Julie**
70:8,9 148:12
**jumped**
275:20
**jumping**
285:19
**J&J**
152:3 155:8
**J.D.P**
29:2

**K**

**kaolin**
129:13 130:24
**Katherine**
2:19 9:2
**katherine.mcbet...**
2:20
**keep**
110:6
**Kemble**
3:8
**key**
20:5
**kibitzed**
297:16
**kill**
311:3
**kind**
24:7 38:11 42:6
  84:5 278:14
  293:10 299:9
  300:12 323:20
  329:21 342:8
**kinds**
285:6 312:17 335:9
  335:11
**Klevorn**
2:8 8:22,22
**know**
10:10 28:16 29:12
  36:23 42:20 44:6
  44:19 46:18 47:16
  48:10,13,16,18,19
  49:7,10 51:6
  66:11 68:2 69:20
  72:11 73:15 74:3
  74:7,24 75:20
  80:7 94:14 96:7
  96:12 101:15
  103:8,12,15,20
  104:2,5,18 105:4
  105:6,10,13,13,19
  105:21 134:5
  141:1 142:9 146:3
  148:24 149:3,17
  151:8,23 153:8,12

155:2 161:9 171:6
171:12,16,23
176:5,11 177:12
177:15,16,17,18
177:20 178:1
180:7,17,23
184:17 189:4
204:11 208:21
213:5 218:11
221:2 246:13,16
275:16 282:5
291:4 292:11,13
293:13 294:10
299:23 300:1,10
300:17 302:7,12
302:16 303:13,13
303:14 311:20
312:3 315:2 319:6
320:1,3 322:3
324:16 329:8
330:6 331:8,9
333:9,13,16 336:8
337:20 338:11,17
338:19,23 339:13
340:20,20 344:6
346:12 347:4
357:13 358:13
**knowingly**
350:2
**knowledge**
104:11 120:1 156:2
  169:11 224:7
  293:23 303:24
  322:4 359:8
**knowledgeable**
168:21
**known**
129:9 135:17
  166:18 171:2,3
  178:21 226:21
  266:20 280:3
  315:18,19 330:14
  333:5 358:15

**L**

**labeled**

183:17
**labeling**
30:22 134:4 219:10
**labia**
200:19
**laboratory**
286:24
**lack**
107:12 110:11
  208:8 222:20
  251:11 254:6
**lacking**
222:16 223:10
  224:13
**laggers**
145:21
**Lancet**
28:24
**Langseth**
6:14 246:23 247:13
  247:18 248:17
**language**
92:6,7 134:6
  294:11
**languages**
214:19
**large**
241:16 251:19
  324:8 334:3
**largely**
232:16
**larger**
19:6 22:18 39:3
  153:4
**lasts**
335:17
**late**
40:6 65:21 333:1
  333:12
**latency**
168:7 279:16,24
  280:1,7,12,14,18
  280:21,24 281:3,7
  281:21 282:14,19
  311:23
**Latin**

190:1
**lattice**
180:11
**law**
334:13
**lawsuit**
142:14 271:20
  276:2
**lawsuits**
68:2 272:1,13
  273:12 274:8,12
  274:19 275:5,9,18
  277:3
**lawyer**
36:24 80:4 285:13
**lawyers**
39:16 44:7,9,11
  46:2,21,24 75:11
**LAWYER'S**
4:13 368:1
**lays**
117:4
**leach**
189:3
**lead**
27:5 121:3,8
  224:13 333:19
**leading**
90:24 116:15
**leads**
70:18 116:8,12
  122:12
**learn**
96:9
**leave**
129:2 257:17
**lecture**
42:2
**left**
13:13 177:7 257:15
**legally**
68:1
**legs**
186:3 187:3 188:22
**Leigh**
2:2 8:17

leigh.odell@beas...
2:3
**length**
137:8 339:10
**lesser**
190:20
**letter**
5:16 30:20,23
  33:18 218:14,21
  219:20,21
**let's**
26:22 31:4 89:1
  225:12 237:21
  253:4 256:17
  257:6 259:13
  270:10 314:22
**level**
20:19 109:22
  111:20 171:24
  217:2 238:13
  245:15 263:13
  325:8 355:1
**levels**
170:11
**LHG**
1:5
**LIABILITY**
1:5
**licensure**
328:15
**lifestyles**
359:13
**ligation**
190:13,14,19,23
  191:4,17 193:1,20
  194:8,19 196:13
  196:24 197:18
  198:4
**light**
162:1
**likelihood**
211:22 240:22
**limb**
224:9
**limit**
135:11

Arch I. "Chip"   Carson, M.D., Ph.D.

**limitation**
162:9 163:12,17
**limitations**
158:18,24 160:9
**limited**
87:15 160:11
227:21 228:3
235:13 290:8
291:7,10 292:19
294:5 351:2
**limiting**
236:18
**limits**
223:8
**line**
46:8 313:9 366:2
368:3
**lines**
106:22 113:9
**link**
158:19
**liquid**
187:14
**list**
6:2 13:16,19,22
17:23 18:5,7,18
19:17 21:14,20,23
24:22,24 25:8
29:10,13,19 32:24
34:14,18,23 35:1
35:11,15,18 36:15
51:19 58:15 67:20
68:10 71:6 90:12
90:17 101:21,22
123:12,18,22,23
124:1,6,12,13,15
126:13 130:13
133:9,16 143:13
145:10 146:22
154:18 178:11
217:20 281:13,18
282:5,23 283:6
304:1,3 347:1
**listed**
13:15 20:15 35:10
51:18 52:16 68:9

125:9,13 143:2
155:4 222:10
227:17 345:22
**listing**
5:7 125:17 126:8
**lists**
24:18 73:2 226:16
**literature**
5:7 19:4,7,12,22
20:17 21:14,20,23
24:16,23 25:8,13
29:10,13,19 31:24
31:24 32:24 33:12
33:13 34:14,20,23
35:1,10 36:2,14
40:12,19,24 41:5
41:10,19 42:12
43:7,8,16 45:14
46:5 51:5,19
52:17 54:9,13
62:22 65:13 66:18
67:3,6,14 68:10
71:6 79:6 85:17
85:23 87:18 94:16
94:21 95:11
101:22 110:20
116:15 130:13
157:22 158:6
175:1 178:11
213:1 214:3,14
215:24 217:4,20
218:7 220:11,14
221:15 222:6
223:14 224:21
230:22 237:22
267:2 282:23
347:2 348:2
**lithotomy**
185:23 187:2
**litigation**
1:5,23 3:23 8:6,11
10:8,12 23:2,8
36:18 37:4 39:17
46:22 48:5,15,21
49:8 52:5,9,13
55:1 56:15 63:22

64:7 66:5 73:9
75:22 80:6 97:5
100:11 104:22,24
105:12 118:1,13
142:15 178:3
181:5 218:8 224:5
284:13 351:18
361:22
**litigations**
56:24 57:2
**little**
68:6 256:18 296:20
305:5 327:22
359:10 360:23
**lives**
233:22 236:5
305:17 306:18
325:14 358:5
359:12
**LLC**
3:15,15 9:13,14
**LLP**
2:8,13,19 3:7,12,17
**locate**
199:3
**located**
314:13
**location**
294:7
**Lockey**
77:7
**Logan**
2:20
**logistic**
272:18 277:18
**London**
145:21
**long**
39:10 168:8,9
169:22 241:16
280:18 281:17
335:6,14,17
**longer**
58:23 59:9,12,15
209:7 310:13
339:5,15 358:1

362:19
**Longo**
5:9 25:22,24 49:16
49:22 142:4 143:1
157:20 340:4,15
**Longo's**
50:11 142:1,18
**long-term**
129:12
**look**
31:18 42:20,21
71:22 72:13 78:18
93:1 94:2 106:22
110:19 111:14
113:6,8 118:10,12
130:1 155:3
161:24 162:23
175:6,13 184:11
191:19 193:16
199:11 204:24
219:24 220:15
229:1 233:19
237:21 238:11
242:23 243:23
246:19 247:7
248:14 257:6,14
259:13 260:16
262:2,14 270:10
272:6 274:11
285:21 287:24
289:16 292:15,17
293:16 295:11
299:22 301:14
306:11 328:23
336:7 337:13
**looked**
41:20,22,24 42:1
69:2 72:2 88:8
89:20 107:20
129:24 130:8,22
131:8 142:10
143:12 155:24
159:18 163:6
165:17 183:12
184:10,11,15
191:15 196:9

214:2,3 245:23
252:24 271:19
300:12 338:7,24
**looking**
28:18 53:21 67:8
77:6,8 78:9 99:19
118:4 125:23
126:12,17 139:24
140:1 148:16
152:1 158:1
162:19 164:3
166:1 194:4
197:11 222:24
247:24 248:16
255:6 259:24
273:11 282:22
283:2,7 287:8,11
289:23 292:22
293:7 297:3
300:18 320:8
321:7 352:23
357:10
**looks**
134:6 160:3 291:24
**Los**
2:15
**lost**
290:16 296:16
340:9
**lot**
40:22 117:1 137:16
141:18 146:21
207:7 239:5
299:23 343:11
349:16,21 359:4
**lots**
93:10 319:9
**Louis**
3:14
**Louisiana**
2:10
**low**
153:5 334:4
**lower**
197:16 223:8 269:4
334:5 356:11,12

Arch I. "Chip"  Carson, M.D., Ph.D.

low-grade
212:19

lubricant
134:9

lubricating
133:20

lucky
282:15

lung
130:9 131:3 292:5

lungs
84:6 182:18

---

**M**

M
2:3 3:12

magnesium
180:12

magnitude
166:6 211:20

main
134:8

major
160:11

majority
57:9 109:19 137:10
245:12 326:12,17
326:22 327:2
362:23

making
54:17 216:23
330:17 336:9

mammalian
288:20,23

Managing
99:2

Mantovani
127:5

manufactured
22:4,6 146:12

manufacturers
145:14

manufactures
60:15

manuscript
101:1,4 102:18

103:4

Margaret
2:3 8:19

margaret.thomp...
2:4

mark
10:16 15:17 20:24
25:23 26:10,22
30:13 31:4 32:6
32:18 36:5 124:15
130:2 159:20
163:2 192:2
195:21 218:16
225:12 247:2

marked
10:19 12:11 15:19
21:4,11 24:24
26:3,7,20 27:6
28:13 29:15 30:17
31:6 32:9,20
34:14 36:8,12
43:14 50:18 54:21
57:19 58:21 65:1
65:11 89:16,17
94:24 98:22
100:20 102:4,15
124:18 130:4
146:23 159:22
160:3 163:4
192:12 195:24
218:15 225:16
243:2 247:9 271:2
289:7,10 293:1

market
140:21

MARKETING
1:4

married
331:16

Marriott
1:14

Marysville
76:17

mask
145:13

masks

145:14

mass
334:13 362:14

Master
344:15

material
28:12 62:3 78:7
151:19 229:8
279:8 304:19,22
312:13 314:15
342:19 361:10

materials
5:21 6:3 13:11,16
13:18,22 14:2,24
15:8 18:19 19:13
19:14,16 20:17
24:1,3,14,20
25:10,12 28:5
29:6,24 30:1
35:10,15,17 42:8
42:24 43:10 77:4
91:4 123:20
157:24 175:22
279:9 282:5 301:9
301:15,22 311:15
311:16 321:11
347:24

mathematical
280:15

matter
8:10 15:22 16:6,12
16:15 17:15 34:11
44:21 45:6 46:19
47:1 49:5 51:22
55:2 80:10 86:4
89:13,14 96:14
106:7 141:3 149:1
172:12 187:20
209:7 215:9
217:24 219:6
303:8 345:9

matters
37:7 86:1 100:11

Mayo
90:16

McBETH

2:19 9:2,2

MDL
1:4 8:11 10:8 55:2

mean
18:4 22:15 39:23
40:1 62:14 88:16
135:6 150:21
153:5 157:10
179:1 180:18
236:8 254:2
264:11 270:7
320:20 325:2
336:15

meaning
262:2 273:13,24
288:18 297:17
360:16

meaningful
252:9

means
23:12 111:6 186:2
227:22 228:10
231:7,8,24 362:10

meant
258:4

measured
314:11 340:8
341:21

measurements
232:6

measures
241:10

meats
358:13,14

mechanism
224:12 248:11
249:20 279:3
299:23 300:2
314:19 333:23

mechanisms
126:22 135:11
303:22 312:14

mechanistic
326:6

media
278:13,15

medical
1:15 10:5 58:5,6,13
58:24 59:10 90:17
175:1 207:19
220:22 330:7
334:24 335:2,5
350:6

medicine
55:15 58:9,10 60:4
60:7 79:22 80:18

meet
39:2 45:24

meeting
38:13 39:5,18 40:8
45:22 48:4

meetings
45:19 46:9,12,15
47:9

member
239:6 335:4

members
38:14 129:18

membrane
323:10,13

memory
71:23 126:19
183:15 276:6

men
160:16 350:19

menarche
333:1,12

menopause
333:1,12

menstruation
183:23 184:3

mention
109:19 256:6

mentioned
49:23 51:5 104:8,9
105:16 252:23
345:24 362:4

mentioning
255:22 350:14

merged
58:17

mesothelioma

32:16 131:4 161:19 166:23 167:4 182:22
**mesotheliomas** 167:7,9
**met** 46:3 47:13 48:2,23 142:7
**metal** 77:18 169:13 172:2 173:23 180:10
**metals** 114:23 169:6,18 170:12 174:2 175:8,19 176:1,6 177:8,13,18,21 180:3 181:1,1 299:19,24 300:21
**metastasis** 212:23
**meta-analyses** 61:15 125:13 215:22
**meta-analysis** 27:1,3 61:14 94:23 191:20 192:15 193:8 194:5 195:3 195:9 215:13,18 215:20 216:5 242:19,20 243:7 256:4 257:9 268:14,20
**method** 143:17
**methodology** 40:10 214:2 215:4 215:6,10 239:19 244:19,24 251:4 254:5 264:15 294:24 295:14 330:6
**Michael** 1:17 2:13 8:24 10:22 48:17 164:15 364:2,18
**michael.zellers@...**

2:14
**microenvironment** 171:18 300:1
**microphone** 284:2
**microscopist** 61:3
**microscopy** 162:1
**mid** 39:13
**middle** 38:18 165:24
**midst** 221:7
**migrate** 182:10 183:13 302:18
**migrates** 85:13 198:9 206:10
**migrating** 206:5
**migration** 82:3 83:5 88:10 125:22 181:15 186:23 187:5 190:15,24 194:15 197:15 203:7 204:14,15 205:6 206:5,21 337:24 338:1 362:3
**Mike** 9:16 86:20
**milieu** 279:11 362:18
**Miller** 1:17 9:16 364:2,18
**milling** 155:9 156:4,9,14 156:18,20,24
**mind** 81:11 165:9 192:6 281:14 296:22 351:23 358:21
**mindful** 265:12

**mine** 218:3 346:8
**mineral** 114:22 115:5,10 132:21 138:23 180:11 345:21
**mineralogist** 61:3
**minerals** 64:16,20 344:19,23 345:22
**mines** 155:17 156:4,9
**minimis** 325:8
**minimum** 309:9
**mining** 41:21 77:19 155:10 156:4,8,14,17,20 156:24
**minor** 103:6
**minute** 164:1 292:15 315:23 320:8 335:9
**minutes** 235:12 335:17
**misclassification** 161:23 166:16 241:13
**misclassified** 167:8
**misleading** 77:24
**missed** 271:11
**missing** 291:15
**misspoke** 258:4 361:23
**misstates** 19:20 65:24 128:23 239:2 296:1 332:19

**MO** 3:14
**mode** 272:23
**Model** 282:20
**modeled** 340:5
**modeling** 232:8 340:13 341:13
**models** 232:5 272:18 277:18 293:15
**modest** 233:2,19
**modified** 16:20,22 28:24
**Mohamed** 27:5
**molecular** 334:16
**moment** 16:2 56:6,6 68:13 113:15 116:4 155:3 183:16 234:18 280:6 281:14,16 282:4 290:17 291:13 315:1
**Monferrato** 146:11
**monograph** 6:18 176:14 178:10 203:13,21 204:21 205:11 289:12,17 289:24 291:12,16 291:18,22 292:13 294:10 295:17
**monographs** 28:7 178:11
**Montgomery** 2:5
**month** 309:9 324:13 350:11 351:2

**months** 23:19 45:6 261:13 261:14
**morning** 284:12
**Morristown** 3:9
**motile** 303:14
**motility** 303:19,23
**motion** 334:15
**Mount** 3:8
**mounts** 111:2 233:14
**move** 121:15 140:17 162:8 176:18 192:5 205:14 236:8 241:21 324:12 334:17,17 359:14
**moved** 227:5 324:2
**movement** 362:19
**moving** 323:21 362:5
**multiple** 68:2 119:19 214:19
**multiply** 299:16
**multiplying** 212:14 310:16
**mutagenic** 313:17
**mutagenicity** 319:8
**mutation** 120:13 312:16 313:22 318:18
**mutations** 314:17 333:5
**M.D**

Arch I. "Chip"   Carson, M.D., Ph.D.

Page 394

1:14 4:5 5:1 9:18
59:24 364:5 367:4
367:12

**N**

**N**
2:1 3:1
**Nadler**
282:18
**name**
8:4 9:23 88:18
123:16 284:10
343:21
**named**
36:22
**names**
342:3
**narrow**
359:22
**national**
90:21,23 91:6,7,12
91:18 93:7,14
95:10,18 178:24
234:21
**natural**
170:1 280:4 312:20
**naturally**
170:3
**nature**
140:16 305:4 317:5
**NCI**
92:23 94:6,21
**NCI's**
94:8
**NCRA**
364:19,20
**necessarily**
93:16 135:9 171:3
172:19 173:2,9
213:16 218:3
239:3 254:18
255:20 361:17
362:14
**necessary**
19:11 20:4 78:18
79:2 173:12,16,17

231:13 349:21
365:4
**need**
29:21 41:14 45:17
54:5 57:24 58:1
93:1 99:21 113:4
163:24 164:8,14
173:5 192:9
213:21 234:1
241:1 253:5 258:1
265:12 282:3
291:11 292:14
295:11 309:11
314:23 316:2
325:23 326:1,1,5
333:23
**needed**
249:6
**needs**
98:1 164:19 308:11
**negative**
72:20 187:14
245:18 316:8
**neither**
364:13,14
**Ness**
79:23,24 80:8
117:3,9,10,12
127:1 136:14
335:7,16
**never**
60:14 62:8,17,21
63:6,12 64:9,12
64:20 80:8 111:21
118:15,18 138:4
182:8 216:5
308:16 326:13,18
333:1,11
**new**
1:1 2:10 3:9 17:12
25:5,10 119:15
220:10,11 266:24
267:13,16 306:3,8
307:16
**nice**
263:23 325:11,17

**Nicholson**
70:6 129:20
**nickel**
169:7,12,24 171:8
172:1 173:23
180:8,19
**night**
29:20 33:7
**nine**
143:15 297:8
**NIOSH**
76:16
**nonfibrous**
313:16
**Nonmetallic**
77:19
**nonobese**
331:5
**nonoccupational**
161:13 162:11
163:14
**nonresponsive**
121:16 140:18
205:15 234:2
236:8 241:22
359:15
**nonsignificant**
261:22
**nonthreshold**
324:22
**nonusers**
170:13
**non-coffee**
265:22
**normal**
122:11 313:12
316:15 317:9,15
332:14
**normally**
281:2
**Notary**
1:21 364:4,21
367:20
**noted**
222:13,15 283:20
365:11 367:7

**notes**
4:13 42:1 43:17
92:16 124:20,21
124:22 125:14
126:18,19 183:19
222:19 255:7
281:23 337:6,10
337:14 368:1
**notice**
5:4 10:15 11:1
12:10,19 13:10
14:6 15:1 23:24
**notion**
296:6 308:4
**November**
65:22 89:12 227:5
**Ns**
283:3
**NSAID**
131:12 132:5
**NSAIDs**
131:19
**nucleotide**
314:14
**number**
5:3 7:2 45:6,13
46:6 49:10 57:5
71:18 86:16 90:16
93:9 95:14 111:24
114:13 124:20
125:5,17 146:14
147:23 155:5
159:5,9 160:15,15
183:5 191:14
208:22 212:16
215:21 217:9
220:20 221:17
223:13 224:11
227:3 228:4
233:19 245:18
250:16 251:23
255:16 258:21
259:4 273:4
278:11 279:22
280:1 305:14
306:3,5 307:16,22

309:9 314:11
326:23 328:10,12
328:13 331:14
342:6 354:12
357:13
**numbered**
21:22,22
**numbers**
71:20 194:13
241:16 331:6,9
332:6
**Numerous**
286:2
**Nurses**
237:15,18 258:5
**Nursing**
59:5
**nuts**
67:24
**N.W**
3:18

**O**

**oath**
24:19 122:20
152:14 173:15
**obese**
331:4
**obesity**
267:20 330:22
332:15
**object**
11:22 17:20 19:19
37:15 38:6 53:9
54:1,5 55:13
60:22 62:11 63:8
63:23 65:23 70:15
73:10 75:12 78:1
78:12,22 80:15
81:12 82:17 84:1
84:20 85:14 86:14
88:5 92:17 94:11
95:3 97:8 98:3
107:14 108:10
109:16 111:16
114:6 116:19

119:5 120:8,20
123:10 127:14
128:6,18,23
131:24 133:6
136:7 139:22
140:23 141:23
144:1 147:4 151:3
153:1,14 154:3
155:11,19 157:8
158:12,21 159:6
161:5 162:14
167:24 168:3
170:14,23 172:7
172:17 174:14
175:9,16 179:4
181:8 182:3
184:21 185:10
186:12 188:10
189:14 193:10
194:21 195:5
197:3,20 199:16
200:2 201:9 202:8
203:9,19 204:17
207:4 209:10,18
210:14 212:2
214:9 216:12
218:9 219:16
220:24 222:8
223:15,24 224:22
226:9 228:1 229:6
231:20 232:18
233:3,10 234:2,16
235:6 236:2,3,7
236:20 237:10
238:1 239:1
240:15 242:4
244:8 246:11
248:2 249:2 250:9
250:19 252:6
254:8 257:18
258:13 259:9
260:23 261:19
263:3,21 264:9
267:3,18 268:22
269:23 270:5
275:22 276:8,16

277:9 278:23
284:23 285:14
288:10 290:12
294:13,14 296:13
297:22 299:6
300:8 301:18
303:5 304:16
307:14 309:14
310:6 313:23
315:18 316:10
317:7,23 318:8,19
319:13,23 320:16
320:22 322:18
324:14,24 325:9
326:20 330:10
340:18 341:18
345:18 351:19
352:15
**objection**
18:22 25:2 59:2
87:12 88:22
106:16 110:14
137:21 143:10
144:22 147:17
148:23 151:14
152:5 157:1
167:16 168:17
171:9,15 174:7
179:23 198:15
228:14 229:14
234:9 242:10
291:9 293:19
294:3 295:24
302:20 305:1
317:17 324:4,5
332:18,19 348:21
353:6,19 354:19
355:8,17,21 356:7
360:6 361:15
**objections**
10:24 164:24 165:2
**observational**
266:9,12,15
**observed**
156:22 187:12
213:15 283:12

**Obstetrics**
32:15
**obtain**
101:3
**obtained**
101:5 245:16
**obvious**
110:22
**obviously**
303:22
**OB/GYN**
207:20
**occasions**
11:7 55:5 56:11
**occupation**
229:19
**occupational**
55:15,18 57:7,10
60:7 79:22 80:18
146:19 160:18
161:1,15 163:7
166:14 168:15
229:12 297:20
298:5,9
**occur**
103:6 162:4 301:11
306:6
**occurred**
149:21 194:7 274:7
312:16
**occurrence**
17:3 111:1 119:21
121:11 126:23
136:16 230:12
331:1
**occurrences**
312:20
**occurring**
171:19
**occurs**
199:1 292:12
308:15
**October**
36:19 37:13,18
38:18 39:5,13
40:6,6,8 59:14

64:7 65:21 66:1
142:15
**odds**
126:9 232:14 233:1
245:13 255:9
259:1 261:22
263:7,9,12 269:2
272:22 276:20
277:22 278:5
310:21 331:24
332:4 333:9,14,17
**offer**
16:5 22:21 336:10
**offered**
171:12
**offhand**
333:13
**office**
335:21,22
**official**
70:2
**offset**
358:4
**offsets**
299:14
**Oh**
66:9 180:21 192:7
197:12
**Ohio**
76:17
**Okada**
127:3 287:5,8,10
287:22
**okay**
17:23 20:12 25:22
39:9 44:5 63:4
65:3 74:5 92:3
100:23 113:3
123:18 124:15
130:15 138:15
149:9 150:11
165:14 192:4,21
197:10 207:14
247:10 258:2
259:17 270:24
282:15 285:18

286:16,21 287:22
291:15,20,21,22
295:3,16 296:5
297:1 299:11
300:20 305:23
307:19 309:21
316:4 320:14
323:2 332:12,15
332:22 335:19
338:8 342:2 343:1
343:12,16 344:6
360:14 361:20
362:2 363:1,5
**old**
42:1
**older**
29:4
**once**
72:2 339:11 362:16
**oncologist**
60:19
**oncologists**
208:17 338:12
**oncology**
338:9
**ones**
68:3 75:17 102:5
109:21 206:1
258:16 342:16,16
**one-half**
60:6
**ongoing**
198:24
**open**
206:23,24
**operate**
278:13
**operates**
97:22
**operating**
134:19
**operative**
69:19
**opine**
23:7 120:18 137:24
**opined**

150:24
**opining**
82:14 108:3 122:20
**opinion**
43:4 74:20 81:18
81:24 82:5,7,9,10
83:1,10,14,15,16
84:15 86:7 88:12
92:23 107:21
114:12 115:15
116:6,9 123:2
141:3 144:6
148:13 156:4
169:10 171:17
181:5,12 206:14
208:7 210:5,12
211:7,10 259:20
301:24 302:3,8,10
303:12 305:16
308:10 310:9
311:10,24 346:18
352:12 353:3,7,10
353:20 354:24
355:10 356:3,5,15
357:9 359:22
360:4 361:12
**opinions**
16:5,8,9,12,13,20
16:23,24 17:6,9
17:13,17 18:9,20
19:9,21 20:23
22:21 34:10 38:12
39:22 41:13 43:13
44:17,17,21 45:15
46:4 54:15,19
57:5 63:19 64:1
70:19 71:10 79:1
79:5,12 80:14,23
81:2,3,4,7,16
82:22 84:24 85:22
89:14 95:8 117:18
123:3 139:3,15
156:8 196:6 215:9
217:8,11,15,18,21
217:24 218:2
219:6 235:16,21

236:19,22 271:17
285:9,10 349:2,11
349:13 350:23
353:15,24
**opportunity**
16:11 352:5
**Oppose**
236:11
**opposed**
308:16 344:23
**opposite**
335:22
**oranges**
254:19,19
**order**
76:21 92:24 98:2
100:13 173:10
213:11 241:17
250:23 256:21
307:3,6 334:5
346:13
**organization**
93:20
**organizations**
93:6,11,24 94:7
279:24
**organs**
198:21
**original**
193:6 316:3 365:15
**Orleans**
2:10
**ounce**
100:7
**outliers**
245:21
**outline**
285:20
**outlined**
105:7 215:11
**outset**
84:23
**outside**
48:14 97:5 104:22
304:13
**ovarian**

17:3,8 23:5 27:4
30:4 32:1,16 38:4
38:20 41:2,12,15
41:24 53:8,23
55:9 62:10,18
63:1 66:13 84:17
85:3,6 89:23 90:8
90:13,18 91:14,22
95:12 106:3,11,14
106:15,19 107:5
108:5 109:4 111:1
111:15 112:3
113:23 116:8
119:22 120:6,13
120:19,23 121:22
121:24 122:8,18
122:22 123:8,14
125:1 126:1,16,24
127:7,13 128:2,13
131:14,18,22
132:7,12 133:12
135:21 136:5,16
136:24 138:7,8,13
139:8,11 140:3
145:9,12 152:12
152:16,19 153:10
153:12,17,21
154:1,13,17,23
155:1,6 158:19
159:4,10 160:5
161:19 162:12
163:8,14 166:14
167:8,22 168:6,8
191:2,16 192:23
194:18 196:11
197:17 210:8
211:4,5 216:10
220:6,7 221:21,24
223:8 224:13,15
224:17 230:12,23
231:3 234:7 235:4
235:18,20 237:1,9
237:24 238:8,16
244:4 245:4 246:4
246:10 247:23
248:10,24 249:8

249:17 250:7
252:4 255:4
256:22 260:21
267:1,9,17 268:5
268:19 269:19,21
270:18 272:24
273:5,9,13,21,24
274:7,14,20 275:4
275:10,19 276:4,6
277:7 279:17
280:8,13,22 281:7
281:22 282:14
284:20 288:23
289:2 292:4 296:8
306:3,5,8 307:7
307:12 308:12
309:13 310:4
313:12 314:6
315:20 316:16
326:14,17 330:3,9
330:23 331:1,4,11
331:18 332:23
333:20 338:14,21
344:11 349:24
350:3,5 351:12
352:21,22 353:5
354:11 355:3,7
**ovaries**
82:2,16 83:4,8,17
84:5 85:13 116:5
116:7,11 154:8
169:19,23 177:14
181:14 182:1,10
182:14 183:14
184:12 191:2
198:10 200:17
201:1 206:6,10,14
206:17 208:8
209:2,6,17,23
278:22 279:5
283:12 321:23
362:7
**ovary**
300:22 319:21
323:2,6,8,11
324:7 337:18,23

338:1 339:5,11,14
**overall**
110:20 217:11
230:24 292:2
**overarching**
293:11 295:14
**oversees**
219:14
**oversight**
70:4 95:19
**oversimplification**
214:12
**Overstreet**
3:23 8:5
**overwhelmed**
313:1,6
**oxidative**
134:21,24 135:5,7
135:12,15,19,23
136:2,4,15,19,22
137:15,17,20,24
138:6 198:24
199:7 200:10
**oxygen**
199:6
**oxytocin**
186:8 188:17
**O'Dell**
2:2 8:17,17 10:22
11:22 13:3,9
14:20 15:5 17:20
18:22 19:19 20:9
20:12 21:17 25:2
37:15 38:6 46:10
46:13 53:9 54:1,7
55:13 59:2 60:22
62:11 63:8,23
65:23 67:9,17
70:15 71:17 73:10
73:22,23 74:2,6
74:14 75:12 78:1
78:12,22 80:15
81:12,22 82:17
84:1,20 85:14
86:14,20 87:5,12
88:5,22 91:23

88:5,22 91:23
92:3,5,11,17
94:11 95:3 97:8
98:3 99:8 106:16
107:14 108:10
109:16 110:14
111:16 112:22
113:2,3 114:6
116:19 119:5
120:8,20 123:10
127:14 128:6,18
128:22 130:6
131:24 133:6
136:7 137:21
139:22 140:23
141:23 143:10
144:1,22 147:4,17
148:23 149:22
150:6 151:3,14
152:5 153:1,14
154:3 155:11,19
157:1,8 158:12,21
159:6,23 161:5
162:14 163:24
164:5,15 165:4,9
167:16,24 168:3
168:17 170:14,23
171:9 172:7,17
173:4 174:7,14
175:9,16 176:17
176:21 178:4
179:4,23 181:8
182:3 184:21
185:10 186:12
188:10 189:14
193:10 194:21
195:5 196:2 197:3
197:20 198:15
199:16 200:2
201:9 202:8 203:9
203:19 204:17
207:4,10,14
209:10,18 210:14
212:2 214:9
216:12 218:9
219:16 220:24

222:8,22 223:15
223:24 224:22
226:9 228:1,14
229:6,14 231:20
232:18 233:3,10
234:9,16 235:6
236:2,11,20
237:10 238:1
239:1 240:15
242:4,10 243:4,14
243:17 244:8
246:11 248:2
249:2 250:9,19
252:6 254:8
257:18 258:1,13
259:9 260:23
261:19 263:3,21
264:9 267:3,18
268:22 269:23
270:5 275:22
276:8,16 277:9
278:23 282:3
284:23 285:14
288:10 289:11,14
289:19 290:12
291:9,17 292:14
293:19 294:3,13
295:6,24 296:13
296:22 297:22
299:6 300:8
301:18 302:20
303:5 304:16
305:1 307:14
309:14 310:6
313:23 314:23
315:9,22 316:10
317:7,17,23 318:8
318:19 319:13,23
320:16,22 322:18
324:4,14,24 325:9
326:20 329:12
330:10 332:18
340:18 341:18
343:3,9,12 345:18
348:21 351:19
352:15 353:6,19

354:19 355:8,17
355:21 356:7
360:6 361:15
363:5,13
**O.M**
76:16
**o0o**
7:9 363:23

---

**P**

**P**
2:1,1,2 3:1,1
**page**
5:3 7:2 17:24 18:18
18:19 21:24 24:23
30:24 67:8,20
69:4,6,8,16 77:8,9
81:8,16,19 99:6
99:17 106:21
108:15 112:16
113:9 114:13,16
115:23 124:24
125:8,16,17,20,21
126:7,8 130:13
148:11,16 160:9
163:10,19 164:2
183:2 196:16
197:5 220:16
221:13 229:22
243:15,24 248:1
248:17 249:13
256:19,20 260:17
272:6,21 283:1,3
285:24 289:11,18
289:21,24 291:13
294:5 297:3,4
301:1 305:13
366:2 368:3
**pages**
21:23 68:9 71:5
124:21 193:16
210:12 367:5
**paid**
224:4,8
**pancreatic**
265:11,24

**paper**
27:6 84:12 89:17
95:6 100:16,17,19
101:15,21 104:3,6
104:10,16,19
105:22,23 106:1
106:22 108:8
111:11 112:7,11
112:13 113:2,21
114:11 117:20,21
126:21 127:2,4,4
127:18 129:22,24
136:11,14 155:3
159:16 160:2
161:6 162:17,20
162:21 163:1
164:8,19,20
165:18 245:23
246:23,23 247:13
249:21 259:13
280:10 282:19
314:24 315:10
316:3 320:7 335:7
335:8 336:11
338:2 339:7,13
361:24 362:1
**papers**
70:22 71:3 76:9
111:13 127:10,24
128:17 136:15
337:24
**paragraph**
163:11,21 166:4,5
244:1,2 248:14
272:7 286:1 288:4
297:5 301:3 321:2
321:9
**parallel**
245:1
**Pardon**
68:13
**Parmley**
5:19 32:17
**parsing**
133:9
**part**

12:15 27:17 31:15
38:23 41:10 46:3
49:4 52:23 82:22
86:3 90:9 103:5
104:13,23 105:16
105:22 123:3
126:11 144:10
149:14 157:19
173:13 174:21
180:12 195:9,16
215:10 219:1
223:22 228:18
231:24 279:11
291:4,16 314:19
318:2 319:1
336:15 341:10,13
345:10 347:6
358:18
**parted**
39:19
**participants**
272:2
**participated**
207:21 350:7
**particle**
303:1 334:11 339:4
339:9,10
**particles**
182:14 184:5,12
185:22 186:11,23
187:22 188:2,7,23
189:3 190:4,9,10
209:16 283:11
303:16 334:15,20
355:16 356:16
357:10 361:7
362:5,9,16
**particular**
44:2 77:23 151:17
211:19 241:14
280:17 282:7
295:17 299:24
337:22 345:12
349:5 351:18
357:18 361:6
**particularly**

83:17 91:3 141:5
160:17 241:6
**particulate**
187:19 209:7 303:8
304:19,22 321:10
**parties**
364:14
**parts**
209:8 336:7
**party**
364:11
**pass**
284:2,3
**passed**
101:7 357:18
**passes**
303:20
**passing**
335:24
**pat**
69:17,18 336:13
**path**
182:18 329:1
**pathological**
62:9
**pathologist**
62:6 162:3
**pathway**
191:1,5 206:21,22
**patient**
171:14 328:18,20
329:3,18 330:3
350:10
**patients**
60:5 130:22 134:13
184:15 185:1
190:19 239:23,24
240:1 327:14,21
327:24 328:6,7,8
328:11,13,17
349:24 350:5,8,17
350:21 351:5,15
352:1
**pattern**
238:5 308:22
**pause**

271:6 315:22
**pay**
105:2
**PC**
2:2
**Pecan**
3:3
**peel**
359:11
**peer**
102:15,19,21
320:13,15,21
321:4
**peer-review**
103:5,16 105:9
**peer-reviewed**
27:21 95:11 103:10
**pelvic**
83:12 122:17,21
123:8 126:15
127:12,18 128:1
128:12 207:1,21
327:9,15
**Penninkilampi**
256:4,6 257:8
**Pennsylvania**
2:21
**people**
44:10,15 49:11
199:20 212:16
221:3 240:2
250:24 328:2
336:4 337:13
350:12 357:20
358:3,8,9 359:1
**perceived**
29:7
**percent**
56:2 274:13 275:10
275:19 306:24
308:5
**percentage**
55:22 60:3 75:20
76:3 273:12,23
274:23 302:4,9,14
307:10,11 327:21

331:23 341:15
362:22
**percentages**
303:3
**perfectly**
164:12,18
**perform**
42:13 241:8
**performed**
40:13 76:18 140:12
173:19 182:8
214:5,13 215:22
228:5
**performing**
252:17
**perineal**
17:2,7 27:4 82:1,12
83:3,10 91:21
107:4 109:3
110:24 111:14
117:6 140:2 147:2
152:18 168:14
181:13 183:1,13
187:6 189:9 198:9
200:16 201:5,24
210:7 211:3 214:6
230:10 235:3
247:22 248:10,23
249:16 250:6
283:13 284:18
306:16 311:12
319:22 338:20
**perineally**
166:22
**perineum**
183:7 206:22 231:5
232:4 296:11
301:9,16 302:1,5
305:9 321:11
334:12,21 339:19
340:17 341:9,17
341:22
**period**
23:14,15,17 40:21
44:24 96:1 145:15
168:7 261:9 262:9

277:17 279:17
280:7,14,18,21
281:7,22 282:14
311:6,23 342:11
351:3
**periodic**
23:12
**periodically**
309:23
**periods**
261:3 263:20 280:1
280:12,24 281:3
310:12,13
**peritoneal**
161:18
**Perkison**
79:21
**person**
308:19
**personal**
3:20 9:10 57:6
151:5 156:2,17
196:23 257:3
280:20 284:19
335:12 343:23
345:5,13
**personally**
156:19
**persons**
146:15 149:6
182:15
**person-years**
212:6,10,17 310:15
**Perspectives**
31:13
**pertaining**
182:9
**pertinence**
78:7
**pertinent**
42:5,16 43:4 68:4
70:17 76:22
167:10 186:22
214:18
**petition**
219:12

**petitions**
30:22 221:16
**petri**
300:7
**Pharmaceutical**
31:11
**pharmacologists**
220:22
**Philadelphia**
2:21
**phone**
37:23
**phrase**
82:5,8
**phrasing**
83:13
**physical**
13:17
**physician**
10:2 55:16 79:22
**physicians**
207:23 208:4
213:20 220:21
**physiology**
84:4
**Ph.D**
1:14 4:5 5:1 9:18
28:1 59:21 364:5
367:4,12
**picked**
259:23
**pickled**
229:10 357:11,19
360:1,2,5,9,11
**piece**
51:4 87:15 119:23
149:17 282:7
**piecemeal**
40:20
**pieces**
18:11 42:23
**Pier**
70:8,9 148:12,18
149:11 150:1,10
151:17 158:2
**Pier-47**

Arch I. "Chip"  Carson, M.D., Ph.D.

**Pier-47**
7:5 148:18 149:11
    150:2,9,19 151:10
    152:2 158:2,7
**pipe**
145:21
**Pitocin**
188:14
**Pittsburgh**
117:11
**place**
97:18 315:18 364:8
**placed**
227:8 314:5
**places**
162:5 254:16
**placing**
245:1
**plain**
211:21
**plaintiff**
28:14 46:2,21,24
    50:21 51:24 57:14
    72:14 75:11
    171:24
**plaintiffs**
2:6,11 8:18,21,23
    10:12 13:1 15:5
    20:3 23:1 24:6
    25:11,15,17,20
    26:17 27:10 30:10
    32:3 33:5 34:16
    34:19,24 35:7,19
    35:24 36:5 38:14
    39:3,16 44:9
    45:20 47:5,14
    49:9,14 51:1
    53:15,17 57:12
    65:20 71:13 72:5
    75:18 78:20 80:6
    80:9 96:13 101:7
    101:10,15 102:13
    103:22 104:14,24
    105:12,18,23
    108:22 117:24
    118:13,21 141:22

142:24 148:22
178:2 224:5
285:12 346:2,5
347:12 361:21
**plans**
85:9 352:2
**plant**
146:12
**plasters**
146:1
**platy**
137:10
**plausibility**
230:1,10
**play**
303:22
**players**
233:15
**please**
8:15 9:24 30:12
    53:12 73:24 87:7
    98:19 105:15
    113:15 119:10
    164:5,9 165:10
    243:18 301:2
    343:15 365:3,8
**pleurodesis**
129:5,7,13 130:9
    130:23
**PLLC**
3:2
**plugged**
280:16
**pocket**
123:24
**point**
38:1 40:3 42:11
    49:19 86:23 107:1
    136:12,13 142:11
    147:13 148:5
    187:24 190:2
    194:10 202:11
    209:21 223:2
    233:14 236:6
    289:3 292:3
    295:17 311:10

313:9 326:7 331:2
340:13 344:3
346:8 352:9
**pointing**
112:23 294:15
**poison**
311:1,18
**policies**
91:8
**polite**
74:10
**polycyclic**
358:14
**polymorphisms**
314:14
**pooled**
166:6 192:18,21
**population**
258:19 265:14
    308:15 309:6,7
    332:1 334:2
**populations**
166:17 254:16
**population-based**
239:17 240:13
    244:21
**portion**
347:17,19
**portions**
221:8 336:23
**pos**
187:1
**posed**
351:17
**poses**
214:7
**position**
30:3 69:21,22 90:7
    94:21 185:24
    186:22 187:3
    188:22 204:14,20
    205:6 206:4,10
    234:15,20,23
    246:24 338:11,17
    338:19
**positions**

30:22 93:21 191:23
    205:19
**positive**
72:9,13 107:3
    109:8,20,21 110:7
    110:23 145:18
    154:20,24 166:11
    191:14 210:6
    221:23 223:5,7
    245:3,9,13,18,20
    261:22 263:8
    316:8 354:14
**positives**
187:12
**possession**
12:18
**possibilities**
328:23
**possibility**
244:23 262:7
    278:17 312:4
**possible**
90:15 111:22
    178:21 179:14
    187:11 189:2
    241:24 242:9,12
    243:11 244:14
    262:3 265:20
    266:8,13 267:17
    268:7 272:14
    288:7,15 355:19
    356:4,6,17
**possibly**
16:9 225:8 229:3
    249:19 266:24
    267:9 303:18
**posterior**
301:23
**potential**
37:5 97:19 134:10
    136:24 158:18
    159:3 161:22
    170:20 171:21
    172:22 180:4
    241:9 268:9,21
    276:14 277:14

294:1 326:9 356:9
**potentially**
77:24 221:20
    233:22 360:8
**pound**
100:7
**powder**
1:4 8:11 17:3,8
    22:2,4 23:4,11
    30:4 32:1 38:4,18
    48:20 52:4,8,13
    53:8,23 55:1,8,9
    62:23 63:20 64:2
    64:10,13 65:5,8
    66:13 72:18 73:1
    73:7,8,17 81:19
    82:1,13,15 83:3,7
    83:10,18 84:17
    85:2,6 87:16 90:8
    90:13 91:13 107:4
    107:13 108:5
    110:24 114:17,22
    115:24 132:11
    133:3,19 139:8,10
    139:12,16,20
    140:21 141:4,5,12
    141:16,20 143:5,7
    143:9,24 144:8,16
    144:16,20 147:3
    147:11,14 148:6
    148:13 151:11
    152:3,18,23
    157:14 158:10
    175:8,15 176:7
    177:9,22 178:3
    181:13 182:1,23
    184:14 192:22
    193:19 194:6
    198:8 199:4,12
    200:1,16,18,23
    201:4,16,18 202:1
    202:6,18,21,24
    206:5 210:8 211:3
    211:6 216:9
    219:11 220:6
    230:11 231:4,7,11

231:19 232:2,9
257:3 260:22
262:10 270:18
272:2,14,24
274:22 275:6,11
275:20 288:6
296:8 298:7,24
299:5 302:4
305:22 306:16,22
307:1,8,12,23
308:2,6,12 309:11
309:19 310:3
311:9,12 313:11
325:13 326:12,18
340:6,16 341:8
350:10,13 351:8
351:11 352:9,14
352:20,24 353:10
353:16,21 354:2
354:10 355:2,6
357:22 358:23
359:5,23
**powdered**
134:17 189:22,23
305:3
**powders**
140:3,3,15 167:14
**power**
211:15,17,22 251:5
251:10,21 252:8
258:17
**practically**
245:20
**practice**
31:16 38:24 47:21
60:4 70:13 76:4
328:4 358:17
**practices**
1:5 41:21 76:1
100:15
**practicing**
335:1
**preamble**
28:7 293:4,8
294:16,21,23
295:12

**precautionary**
97:13,15,17 98:7
98:10,16 99:15,18
99:20 100:4,6
**precept**
97:21
**precision**
37:21
**predecessors**
147:20
**Pregnancy**
318:13
**pregnant**
333:2
**premenopausal**
255:10
**preparation**
19:8 43:22,24
108:17,20
**prepare**
24:4 42:10 43:19
**prepared**
17:9 24:4 50:6,9,12
126:13 346:23
347:10,11
**preparing**
18:14 65:11 284:17
**prescribed**
330:16
**presence**
49:17 72:10 134:24
138:16 169:6
184:12 265:5
319:1
**present**
142:21 169:16
170:6 175:21,24
244:4 266:11,14
357:14
**presentation**
324:7
**presentations**
345:12
**presented**
134:1 209:22
325:19

**presently**
85:10
**presumably**
331:17
**pretty**
31:18 43:5 68:7
85:19 168:8
206:23,24 217:3
297:12
**prevalence**
306:18
**preventative**
99:22
**prevented**
325:19
**prevention**
100:7 233:23
306:17
**preventive**
58:9
**prevents**
202:11
**previous**
48:4
**previously**
10:24 28:13 29:9
32:23 42:3 48:2
51:14 56:14
**pre-2014**
276:20,24
**primarily**
134:11 145:24
146:4 153:20
160:24 161:2
168:16 181:17
279:6 328:3
**primary**
93:15 182:24
205:20 206:1
210:23 360:7
**principle**
97:13,16,17,24
98:7 100:6 311:18
356:10
**principles**
99:13

**print**
24:7
**printed**
320:9
**prior**
65:24 96:17 107:1
189:19,21 272:2
277:3,23 301:5
364:4
**privileged**
13:7
**probable**
178:21 179:14
226:21
**probably**
11:8 56:1,12 60:9
66:23 151:20
178:17 201:21
205:12 226:17
227:1,9 277:1
279:8 308:21
312:8 327:22
334:13 335:8
338:2 348:12
350:7,19 357:24
**problem**
312:15 345:3
**problems**
93:13 134:11
312:21
**procedure**
319:2 330:17
**procedures**
11:10 155:9,14
**proceeded**
214:20
**proceeding**
28:15 38:9
**proceedings**
4:3 8:1 10:9 363:21
**process**
28:11 43:18 95:19
102:17 103:5,9,16
105:9 120:10,12
122:11 171:18
173:20 198:24

**print**
214:13 241:2
311:22 312:10,23
313:1,15 314:20
340:3,13 341:12
341:13 357:18
362:3
**processes**
121:11 127:20
156:16
**produce**
154:1 216:2 321:13
362:16
**produced**
14:14 20:1 72:4
75:21 149:6
313:14
**produces**
82:13 114:18
115:24 116:6,10
292:4
**product**
22:4,6 69:24 72:11
77:23 132:18
151:9 152:3
296:10 306:1
350:22
**production**
133:12
**products**
1:4,5 3:20 9:11
22:2,2,5,7 23:4
49:17 57:16 60:15
73:20 75:16
140:13,21 141:5,6
141:13 143:5,7,9
144:8 146:1 147:3
147:11,15,22
148:7,13 151:11
151:13,21 152:4
155:9 184:20
214:7 219:11
284:19 343:24
344:23,24 345:2,5
345:13,17 350:10
353:16,21 354:2
354:10 355:2,6

Arch I. "Chip" Carson, M.D., Ph.D.

profession
335:4
professional
1:18 19:23 42:4
55:24 58:16 61:11
138:1 364:2,19
professionals
220:23
professor
58:9 61:8
program
178:24 344:16
progress
147:23 300:11
progression
280:4 303:16
proliferation
115:2 139:1
promotion
116:13 120:13
313:18
propensity
212:23 304:18
proper
172:15
proportion
140:7 224:16
proposal
136:21 219:9
248:15
proposition
125:23 126:15
128:5 183:6 287:6
287:23
propositions
54:17
propounded
367:6
prospective
237:7
protection
179:1 314:19
protective
135:10
proved
97:20

proven
111:3
provide
57:5 59:16 72:15
79:11 84:5 219:10
provided
25:11,14,17,19
26:16 27:10 30:10
33:4 34:16,19
35:6,18,24 50:3
51:10 53:3 59:5
75:17 77:21 78:11
78:20 101:14
102:12 142:23
318:2 346:19
349:13
providing
56:15
proving
218:6
proximity
323:4 341:23
psoriasis
122:4
psychological
359:7
PTI
3:15,15 9:13,14
public
1:21 61:9 79:18
89:21 93:5,10,21
93:23,23 94:7
96:1 100:15 239:8
344:15,16 364:4
364:21 367:20
publication
5:9,11,12,14,18,20
6:5,6,7,9,10,13,15
6:16 51:3 63:18
77:3,15 91:16
94:9,14 96:18
101:14 102:3,14
102:19 103:19
106:23 123:7,17
136:3 138:5,11
213:5,8,9 214:18

321:1
publications
62:22 64:17,22
70:22 76:13,23
77:10 103:10
108:6 135:19
142:1 213:12
337:18
publicity
272:1
publish
76:9
published
31:12 51:14 61:13
61:16 63:6 64:9
64:12 71:3 85:5
85:17 86:17 92:24
100:18 103:1
107:1 117:2
119:10 146:8
185:5 204:20
206:4 208:19
214:3 216:1,5
260:13 267:2
281:3
pull
192:9 295:4 314:24
315:23
pulled
289:18
pulling
123:24 349:20
Pulmonary
77:11,16
pulmonologist
62:1 79:21
pure
353:5,9,12,17
purport
190:14
purpose
28:8 33:14,20
95:15
purposes
283:9 349:4
pursuant

364:10
purview
13:6
pushes
334:11
put
78:10 124:1 207:18
230:6
putative
28:12
putting
346:15
P-346
7:7 28:14 293:5

## Q

qualifications
142:9,10
qualified
17:16 156:11
qualifier
309:16
qualifying
294:19
qualitative
173:8
quality
40:14 69:23 70:5
70:11 157:24
228:5
quantified
206:16 340:9
quantify
143:22 231:23
339:18 340:15
341:7
quantities
73:19 74:21 75:1
169:15 321:13
quantity
201:21 232:2,9
257:2 354:4
question
11:13,18 12:3,6
17:2 18:10 20:2
22:18,21,24 23:3

32:4 38:2 39:16
40:10,12 53:11,18
62:14 65:16 68:6
81:15 86:2 87:24
92:2,12,13,14,15
92:18,21 107:17
110:10 112:9
113:14,19 115:14
116:22 124:10
127:23 128:9
135:17,24 148:4
153:8 156:11
158:24 165:5,8,10
165:13 171:13
172:4 180:15
206:15 214:15
215:2 216:3
263:16 285:4,4
290:24 292:7,9
293:7 294:17,19
296:18 298:21
300:18 304:11
307:2,5 312:22
316:7,21 317:13
321:18 338:13
344:4 347:9 349:1
349:15,18 351:1
351:17 352:2
358:21,23 359:21
360:3 362:2
questioning
33:23
questions
15:6 23:7 33:9,17
34:3 85:24 87:3
112:6 113:1 150:3
156:6 159:13
162:24 164:21
168:24 181:22
195:14 218:18
245:1 256:16
278:7 283:24
285:23 301:5
315:7 343:7 363:4
363:14 367:6
quickly

282:9 303:2
**quite**
56:5 90:15 213:3
252:16 264:1
329:19
**quotation**
245:8
**quote**
91:24

---

**R**

**R**
2:1 3:1
**radar**
204:3
**radioactive**
183:17 187:19
189:5
**radionuclides**
189:3
**ran**
29:20 33:6 36:2
336:1
**randomly**
193:23
**range**
309:23 333:14
**ranging**
276:22
**rapid**
122:12 132:19
304:19
**rapidity**
302:19
**rapidly**
278:21 279:4,10
**rappel@seyfarth...**
3:18
**rate**
45:10 297:19
303:18,20 306:11
**rates**
121:14 167:3,22
168:6
**ratio**
137:8 232:14 233:1

245:13 261:22
263:7,9,12 269:3
272:22 276:21
277:23 278:5
331:24
**rationale**
136:21
**ratios**
126:9 255:10 259:2
310:21 332:4
333:9,14,17
**RDR**
364:18
**reach**
79:5 116:5 173:10
177:14,19 182:1
201:1 206:17
215:14 263:8
319:21
**reached**
141:11 182:14
311:11
**reaches**
169:18,23 177:16
177:18 206:13
362:6
**reaching**
215:8
**reactant**
318:11
**reaction**
287:1,19 317:1,19
317:20 322:22
**reactions**
119:21 121:6
312:21
**reactive**
199:6
**read**
44:15 100:1,24
107:9 112:13
127:17 130:16
154:16 166:19,20
222:2,3 250:3
252:24 267:8,11
290:15,19 297:12

297:16 336:6
337:19 365:3
367:4
**reading**
91:23 92:7,15,16
134:6 162:16
193:17 196:19
222:23 243:15
244:1 248:7
272:11 314:3
342:18 348:5,14
**reads**
286:1
**ready**
113:13,19 321:12
**real**
270:4,8
**really**
105:2 115:13 143:6
186:22 295:12
309:1 312:11
317:14 336:12
349:15
**realtime**
1:21 296:23 364:3
364:20
**reason**
94:1 132:17 133:22
133:23 134:8
241:20 245:4
286:13 300:4
302:17,21 351:22
365:5 366:4,6,8
366:10,12,14,16
366:18,20,22,24
**reasonable**
227:24 228:12
330:18
**reasonably**
39:11
**reasoning**
216:16
**reasons**
93:10 160:12
238:21
**reassert**

10:23
**Reath**
2:19 9:3
**recall**
14:6 29:12 31:22
37:10 47:22 48:3
69:12,14 70:7,24
79:13 90:10
101:16 105:7
142:11 187:16
240:23 241:7,24
244:20,23,24
269:7,8,13,18
270:3 272:2,15
276:11,14 277:14
280:6 286:19
301:13 338:3
340:22 341:14
**recalled**
271:21 274:21
275:6
**recalling**
281:5
**receipt**
365:16
**receive**
10:15 43:24 346:6
**received**
10:20 59:21 143:16
**Recess**
89:5 177:2 253:9
363:9
**recessed**
363:21
**recited**
146:18
**recognize**
225:18 357:1
**recognized**
208:12 213:13,17
233:15 267:21
**recommendation**
143:14
**reconsider**
203:14 204:1
**record**

8:4,16 10:23 14:16
89:4,8 177:1,5
247:16 253:5,8,12
363:8,12,19
**recorded**
314:9
**recording**
232:6 321:16
**records**
76:21 149:8,12,20
**recruit**
239:20
**rectal**
198:12 199:13,23
200:11 202:24
**redline**
337:2
**redo**
43:2
**redox**
181:3
**reduce**
131:21,22 147:21
**reduced**
191:6,7 194:13
196:13
**reduces**
132:11 240:22
**reducing**
306:14
**reduction**
132:6 193:24
194:17
**refer**
21:24 22:1 23:11
29:21 33:16,22
81:10 115:17
187:18 190:13
192:8 211:14
235:2 258:5
**reference**
20:19 24:22 35:15
35:17 51:18
210:11 296:6
**referenced**
7:1 143:12 158:5

216:19,24 217:3
280:11 296:10
347:5
**references**
15:11,14 17:24
18:3,7,17 19:3,17
20:5,15 24:11,15
29:9 32:24 33:11
35:22 52:17
**referral**
328:3
**referred**
24:21 102:3 151:24
184:8 192:15
210:12 270:13
328:1,6 330:2
**referring**
22:3 110:16 121:13
158:4 205:23
211:16 287:17
305:21 321:21,24
**refers**
211:17 228:4
**refine**
43:1
**refresh**
71:22 126:19 164:1
183:15
**refute**
54:19 245:11
**refuted**
54:10,16 217:22,24
218:4
**refuting**
328:24
**regard**
290:7 291:6 293:14
299:19 304:13
318:16
**regarding**
18:9 22:18 36:17
37:6 41:18,23
55:17 63:19 64:21
65:4,8 69:23,23
72:10,19 75:15
78:24 93:16 138:1

154:16 188:5
267:13 292:2
298:10,13 304:20
326:9 337:17
345:4 358:6
361:24
**regardless**
78:7 304:20
**regards**
294:22
**region**
187:6 198:9 200:17
201:6 202:1
311:13
**Register**
134:7
**Registered**
1:20 364:3,19
**regression**
272:18 277:18
**regular**
27:17 31:15 210:7
231:6,19 284:18
309:18 310:1,3,20
326:13,19 327:18
**regularity**
301:11 304:12
305:10 321:8
**regularly**
199:20,22 231:4
308:11 327:14
357:14
**regulated**
361:9
**regulation**
328:15
**regulatory**
97:7 219:13
**Reid**
6:6 159:15 160:2
**rejected**
219:11 225:6
**rejects**
203:6
**relate**
17:1 18:4 48:5,7

123:13 124:3
162:10 236:15,22
354:17,20
**related**
41:8 48:15 49:18
77:18 91:10
136:15 161:1
248:12 249:21
269:15 285:6
331:1 360:8
361:13
**relates**
1:7 37:22 41:11
55:18 66:13 82:11
91:8 95:12 117:5
212:6 337:23
339:8
**relating**
31:24 57:7 62:9,18
62:22 63:1 72:23
77:22 86:7 120:1
131:13 136:24
138:11 167:9
192:22 234:7
252:3
**relation**
112:2 126:23
209:24 212:13
**relationship**
30:4 38:19 41:3
47:5,8 48:11,14
51:6,8 53:22
54:11 58:4,12
86:18 90:7 91:17
121:10 127:6,8,19
133:11,14 136:17
140:2 154:16,20
159:3 210:7 211:3
256:22 262:24
263:1,18 265:6
268:5 284:18
286:15 329:21
353:4 354:10
359:1,6
**relative**
145:17,19,23

146:15 160:19
215:15 236:14
245:14 258:18,23
259:2,6 331:24
332:4 334:4
364:13,14
**relatively**
267:16
**relevance**
349:18
**relevancy**
349:8
**relevant**
42:24 334:10
348:18
**reliable**
78:6
**reliance**
101:21
**relied**
76:12,19 77:1,4
88:8 232:12
242:21 271:16
346:17,21
**relies**
205:20
**relook**
246:17
**rely**
70:13 71:9 76:6,8
93:4 97:6 104:22
174:3 205:17
242:18
**relying**
18:20 19:15,16
123:1 201:3
281:11 282:13
354:17
**remains**
169:22 324:9
339:11
**remember**
37:20 165:12
183:20 269:20
349:16
**remembered**

274:21 276:4
**reminder**
343:21
**remove**
200:5
**removed**
360:22
**render**
38:12
**rendering**
34:11
**RENEE**
3:17
**Renée**
9:9 343:15,22
**repair**
312:14,22 313:1,7
314:20
**repeat**
11:14 53:11 107:16
165:15 296:17
301:4
**repeated**
305:15
**repeating**
165:10
**rephrase**
11:15 336:16 344:5
**replacement**
268:15,18 269:5
**replete**
140:14
**report**
5:5 13:12 14:4 15:9
15:15,16,22 16:3
16:16,19 17:10,15
17:16,23 18:11,14
18:18,21 19:3,8
19:11,13 20:1,4,6
20:20 21:1,7,15
21:21 22:10 24:15
24:16,23 25:1,7
25:22,24 29:11
42:10 43:13,18,19
43:22,24 44:1,13
45:15 49:4 50:3,5

Arch I. "Chip"  Carson, M.D., Ph.D.

50:6,9,9,12,12,14
50:17 54:14,21
57:22 65:11,17,19
73:3 80:14 81:8
81:10,16 89:12
92:8,9 94:3,4
100:18 105:20
114:13 117:13,15
122:10 126:20
132:9 145:12,22
146:9 148:10
155:22 158:7
181:24 183:3
192:16 205:9
209:1 210:13
211:12 215:11
216:2,21,23 217:6
229:22 230:22
251:8 255:24
256:7,9,18 270:12
282:4,8 284:17
285:9,22 291:2
292:10 294:12
297:4 299:20
309:18 336:5,6,23
346:18,24 347:5
347:20,23 348:9
348:11 349:5
352:13 355:23

**reported**
84:11 109:8 113:22
157:22 166:7
174:24 175:2,5
185:14 191:10,11
246:2 261:13
283:12

**reporter**
1:19,20,21 9:16
12:6 364:3,3,3,19
364:20,20

**Reporters**
1:19 364:2,19

**reporting**
274:5 322:5,9,13
322:16

**reports**

19:7 40:14 49:11
49:13,16,24 50:24
52:7 67:21 68:9
72:8,9 116:14,23
117:2 120:2,3
132:3 140:1,14
141:21 142:2,5,21
142:24 143:3
146:10 310:16,19
353:8

**represent**
18:13 105:1 284:13
343:23

**represented**
345:21

**represents**
19:5 226:12 233:21

**reproductive**
26:11 27:13,20
82:4,12 83:6,11
84:4 86:12 87:10
88:2,14,19 116:18
119:4,13 181:16
181:18 183:1,8
185:7 186:24
188:6,8 191:3
200:18 206:11
207:17,24 301:10
301:16 303:3,21
304:14 305:9

**request**
14:7 51:11 72:21
108:22 285:11

**requested**
143:14 327:16
364:11

**requests**
12:16

**require**
100:9 173:9 241:16
306:20,23

**required**
100:10 171:3
328:14

**requiring**
217:2

**research**
27:18 31:16 38:21
40:13,15 62:9,18
63:12,17 64:8
76:5,15,18 87:13
91:8 93:15,17
105:17,20 126:20
129:17 132:3
138:5,11 139:11
139:24 140:11
158:18,23 159:2
159:12 165:21,21
178:23 225:24
231:1,1 238:4
248:16 249:6
251:8 254:15
285:11 300:14
301:21 310:19
313:8 332:3 334:8
347:2,7,24 348:13
349:13,17 353:8
354:1,3,9,12

**researched**
168:16 284:21
285:5,6

**researching**
118:4 347:18

**reside**
199:3

**residence**
209:21

**residency**
350:7

**residents**
60:7 80:19

**resides**
339:4

**residual**
200:6 266:7

**respect**
17:6 33:9 91:13
103:16 114:10
131:9 173:22
174:5 175:14,18
187:4 205:6 206:9
234:6 237:15

**Respectfully**
359:16

**respiratory**
77:14 134:11

**respond**
12:15 34:3 164:21

**responding**
30:21

**responds**
292:7

**response**
12:10 13:10 23:23
33:17,23 113:24
115:1,6,8,12
138:24 219:8
285:3 321:16
322:13,16 362:17

**responses**
321:13 322:6,9
350:20

**responsible**
70:10 91:7 230:12
352:21

**responsive**
12:18 15:1 20:2

**rest**
265:14 323:15

**restated**
100:6

**restates**
92:23

**restating**
210:22

**result**
16:21 88:9,11
185:8 191:6
200:11 201:15
212:17 221:23
245:3 285:10
305:17 306:17
311:19 313:17
314:16 334:6
348:2

**resulted**
64:17 146:10
203:13

**resulting**
87:10 88:3,20
137:18 310:21

**results**
72:10,13,19 82:1
83:4,7 86:12
111:6,10 120:13
151:16,18 157:23
181:13 191:2
194:9 196:18
215:23 222:21
223:18 232:4
245:6,16,18,19,20
260:17 266:4
269:19 277:4
326:4

**retained**
32:3 36:16 46:19
48:20 57:15 65:19
96:14

**retention**
249:7 347:15

**retrograde**
183:22 184:3

**retrospective**
242:2 243:10
244:13 260:12
269:11

**return**
365:14

**revel**
358:17

**reverse**
306:14

**review**
18:14 19:22 27:2
27:16 30:6 31:15
31:23 39:22 40:1
40:19 42:12,13,15
42:17 43:7,8 44:1
45:14 46:5 49:5
50:5,8 52:20 53:1
65:14 66:23 68:14
68:15 72:22 73:2
75:11 77:14 79:6
80:23 86:3 90:6

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 405

90:10 95:11 98:19
99:9 102:20,22
108:19 113:1,4,10
113:17 164:8,19
164:20 193:13
203:12,22 205:13
205:17 214:14
220:10,13 223:13
224:20 242:21
257:22 282:4,17
291:14 316:5
320:13 321:4
348:2
**reviewed**
5:8,21 6:3 14:3
19:8,14 20:18
35:9,12,14 40:21
42:8 43:9,16 49:4
49:12,13,15,24
50:2,11,14 51:1
51:12 52:7,11,14
66:3,8,10,10,11
66:16,20,23 67:13
67:22 68:12,20,23
69:13 75:7,9,15
75:23 76:2 87:8
89:11 91:11 95:6
100:17 102:16
108:16,21 142:4
142:17,21 143:4,8
217:5 219:1 221:6
227:8 242:18
281:7 290:3
295:23 309:8
320:15,21
**reviewing**
67:1 211:11 347:24
348:6,14
**reviews**
215:24
**revisiting**
278:17 342:4
**Rheumatoid**
121:18
**right**
10:3,9,13 11:5 13:8

15:9 19:18 20:15
21:8,15 24:1,12
25:1,18 26:12,15
27:7,11 28:1,15
28:19 31:2 32:12
34:11 38:5,21,22
38:24 39:7 44:24
45:2 49:5 50:13
50:19 52:18 53:18
54:22 56:16 59:19
59:22 60:1 61:21
62:10 63:7,22
67:5 68:21,24
71:7 81:5,9,20
83:8,20 84:18
85:3 89:18 91:1,5
91:22 94:10,19
95:1,8,22 96:6
98:2,11,12,17
99:15,16 100:12
100:18 101:1,11
101:18 103:2,24
106:8,12 107:13
107:22 108:1,6,9
108:18 109:9,12
109:15 110:4
111:15 112:6,16
112:21 113:18
114:1,10,14,19
115:2 116:2 117:9
117:14,18 118:16
121:19 122:13
123:23 125:2,6,10
126:2,5,10,12
128:17 129:4
130:10,14,17,20
130:24 131:4
132:7,12 133:5,20
134:16,22 138:14
138:19 139:17
142:5 145:6
146:20,23 147:1,3
148:14,19 155:6
155:10 156:5
157:15,20 158:3
158:20 159:5

160:6,13,19
162:13 163:1,8,23
165:18,22 166:8
166:21 167:15
169:8,9 170:1,4,8
170:22 171:8
172:2,12,22 173:1
174:22 176:14,16
178:12,18 179:10
181:16 182:11
183:3,9 184:9,16
184:18 185:1,24
186:8 188:9,16,24
189:10 191:12,23
192:16,19 193:2,9
194:2,9,20 195:4
195:12,16 197:2
197:24 198:8
199:5,15 200:21
201:1,19 202:3,7
202:15,19 203:4
203:17 204:16,23
205:1 206:3 208:1
208:9 209:9 210:3
210:9,13 214:8
215:5 216:6
218:22 219:2,15
219:23 220:18,23
221:8 222:17
223:14,23 224:5
225:4,24 226:18
226:22 227:10,13
227:19 229:17
230:1,16,17
232:11,14 233:2
234:21 235:14,16
236:16 238:24
243:7,13 244:7,17
246:24 247:13,23
249:1 250:18
252:13 253:18,19
254:3 255:1,18
256:13,23 257:4,9
257:13 259:8,20
260:4,14,22 261:6
261:11,18 262:11

262:17,21 263:2
264:4,8 265:3,8
266:5,15,22
268:12 269:16,22
270:4,14,21
271:10,13,17
272:3 273:1,5,15
274:3,9,16,22
275:2,7,8,12,21
276:7,15,24 277:8
277:24 278:22
279:18 282:12,23
283:14,20 285:19
291:21 293:9
299:16 301:12
309:4 311:4 312:2
315:5 333:13
**right-hand**
160:9 243:24
248:15 272:7
**rise**
20:18 238:12
245:14
**risen**
217:2
**risk**
27:4 84:18 90:13
90:17 91:14,22
95:12 96:10,17
99:3 107:4 110:13
113:23 121:21
122:8 126:2 132:7
132:11,23 133:3
134:2,2 145:17,19
145:23 152:19
162:11 163:14
166:18,22 172:11
172:15 173:8,13
173:20 174:21,23
190:20 192:23,24
193:22 211:5
214:5,7,12 215:15
220:7 222:1 231:3
232:14 236:4,14
244:4 245:14
247:23 248:11,24

249:17 250:7
254:2 258:18,23
259:3,6 260:20
262:6,6 267:1,10
267:17 268:19
277:7 291:23
299:12,14 305:17
306:13,13,15
308:12,15 309:13
310:4 311:9,13,16
311:19 312:1
325:8 330:14
331:4,10,13,18,24
332:14,16,23
333:3,4,6,10,22
334:1 338:14,21
350:15 356:12
360:10 361:17
**risks**
146:15 160:19
330:13 332:4
334:4
**RNA**
314:12 318:24
**Roberta**
79:23,24
**rooms**
134:19 342:22
**rose**
109:22
**rotations**
207:20
**roughly**
274:5 279:19 303:8
**roulette**
251:23 252:4
**route**
82:19 179:3,19,21
181:20 182:24
298:10
**routes**
179:11
**routine**
23:12 328:14
**routinely**
321:11

Arch I. "Chip"  Carson, M.D., Ph.D.

**Royston**
3:15 9:14
**rule**
227:23 228:11
  357:16 364:11
**ruled**
140:10
**running**
296:23
**runs**
346:10
**Russ**
36:22

**S**

**S**
2:1 3:1
**Saed**
27:24 51:5,9,19,21
  313:15,21 314:5
  315:16 316:8
  319:11,20 320:7
  361:20 362:1
**safe**
312:5,9 325:3
  355:11
**safer**
359:10,10
**safety**
30:3 214:7
**SALES**
1:4
**sample**
187:12 193:24
  251:9
**samples**
143:14 190:3
**San**
3:4
**satisfy**
43:4
**Saturday**
1:11
**saved**
233:22 305:17
**saw**

35:22 340:2
**saying**
127:21 245:11
  279:21 287:20
  332:8
**says**
98:8 244:10,18
  249:4,11,12
  250:11 288:22
  294:4 321:3,22
  329:4 339:14
  357:16
**schedule**
351:3
**scheduled**
189:18
**Schildkraut**
6:16 255:13 270:12
  270:16 271:5,12
  277:15
**school**
61:9 79:18 207:19
  239:8 281:1
  344:16 350:7
**science**
94:5 105:2 342:8
**sciences**
26:12 27:14,20
  59:18
**scientific**
19:6 51:4 98:1,9
  99:23 120:17
  175:1 204:8
  213:18 218:6
  220:11 221:14
  222:6 223:14
  224:16 269:14
  313:8 339:3,13
**scientist**
62:4 70:9
**scientists**
150:23,24 213:20
  220:21
**scope**
344:10
**Scott**

76:16
**screen**
204:4
**screening**
5:15 30:13 89:15
  330:18
**Seal**
129:20
**search**
25:13 34:20 36:3
  40:12,23,24 41:1
  41:5,10,15 42:7
  42:24 43:2 79:6
  214:17 295:9
  349:20
**searchable**
342:14
**searched**
41:1
**searching**
315:2
**second**
50:17 54:4 81:24
  82:9,10 99:19
  125:8,16 145:15
  163:20 166:3,5
  181:12 244:1
  247:24 248:17
  273:3 331:21
**secondary**
82:19 181:19
  331:17
**Secondly**
215:21
**second-to-last**
163:11
**secretions**
200:7
**section**
24:16 112:14,18
  113:6 115:17
  124:24 125:22
  157:23 249:13
  291:7,11
**see**
18:1 30:12 40:13

41:17 60:5,11
  67:15 69:9 77:5
  99:4 109:5 149:23
  155:3 183:18
  218:17 255:6
  260:18 263:1,5,18
  272:9 277:19
  278:2 281:19
  286:4 287:10
  290:4 292:24
  297:4 315:20
  316:23 317:19
  319:16 327:14,24
  328:11,13 335:23
  339:24 340:14
**seeing**
167:7,9 338:3
  342:12
**seek**
241:19
**seeking**
348:13
**seen**
16:17 84:11 139:11
  167:21 208:19
  321:16 332:4
  337:16 341:6
  342:21 351:5
**selected**
71:12
**selection**
221:22 239:16
**self-report**
243:11 244:14
**send**
346:6
**sense**
336:9
**sensitive**
209:16 210:1 241:6
**sent**
14:10 328:17
**sentence**
99:19 107:9 112:22
  286:1 287:20
  290:18 301:7

**sentences**
113:13 286:22
**separate**
21:1 28:4 149:19
  347:22 348:3
**separated**
310:14
**sequestered**
132:20 362:18
**sequesters**
116:2
**sequestration**
171:19
**series**
168:23
**serous**
153:20 212:19,20
  212:21 237:2
**serve**
58:8
**served**
10:24
**service**
14:3 59:16
**services**
1:23 3:23 8:6 56:16
  58:7,24 59:6
**serving**
58:23 59:9 105:11
**session**
312:12
**set**
15:11 16:14 19:6
  19:17 38:13 43:13
  54:15 81:7,18
  95:15 155:22
  364:9
**sets**
220:16
**setting**
54:15 57:7,10
**settings**
160:18 207:20
**seven**
297:8
**seventh**

58:15
**Seyfarth**
3:17 9:10 343:23
**shake**
340:16
**shakes**
340:8
**share**
24:6 35:23 44:13
117:23 346:7
**shared**
80:17 346:1,1
**Shaw**
3:17 9:10 343:23
**sheet**
146:13 365:6,9,12
365:15 367:7
**shield**
314:20
**shipped**
151:20
**short**
86:24 310:12 311:6
343:4 363:6
**shortcut**
281:19
**shorten**
311:22
**shortly**
344:9
**short-circuit**
14:12
**show**
25:20 72:15 84:17
88:9 92:9 117:15
119:8,20 124:13
132:10 151:1
185:6 200:10
202:17,23 209:6
210:6 237:23
238:4,7,15 245:13
246:8 253:24
255:3,17,20 257:7
262:9 268:5
313:15
**showed**

72:16 109:21
117:12,17 145:23
146:14 245:3,9
255:8,9,14 313:11
**Shower**
22:3,3,5,6
**showing**
237:3 318:17
**shown**
72:12 88:11 112:1
119:2 139:12
144:10 236:23
237:8 253:21
301:11 303:16
331:14 354:13
**shows**
192:23 213:1 231:2
238:4 260:20
273:3,7
**shutdown**
221:7
**sic**
26:1 144:21
**side**
248:15 272:7
335:22
**sign**
365:8
**signal**
211:19
**signature**
364:11
**significance**
109:23 238:13
245:15 254:6
258:24 259:7
261:9,17 262:5
263:11 276:24
**significant**
55:16 87:16 100:14
109:9 110:3,11
143:19 147:21
159:11 166:12
235:9 240:21
246:2,9 253:22
254:1 257:16

262:16 263:8,9,12
275:14 277:22
278:5 310:21
326:23 334:6
345:3 352:19
354:14 360:19
**significantly**
196:22 198:2
201:22 275:21
277:6
**signing**
365:10
**silicate**
180:13
**similar**
83:15 116:21 162:1
166:7 201:15
300:3 358:7
**similarity**
106:24
**simple**
68:7
**simplicity**
289:18
**simply**
61:7 136:3 245:17
251:12 252:16
254:14 334:14,16
340:21
**single**
221:19 299:13
314:13 339:19
340:16 341:8
**sir**
20:9 150:14 164:7
180:22 207:11
297:4 329:13
331:7
**sit**
123:6 156:7
**sitting**
67:5
**situation**
208:15 265:19
293:5
**six**

230:4 297:8
**size**
194:1 251:9
**Sjösten**
183:21 184:4 189:7
**skin**
286:24
**skipping**
198:3
**slide**
345:22
**slight**
360:10
**slightly**
16:20 193:18
**slow**
303:15
**slower**
303:20
**small**
74:20 76:3 77:21
159:4,11 160:15
169:15,16 208:22
223:7 279:7
334:15,20 348:7
353:23 354:4
361:1,3 362:21
**smoke**
358:8,11
**smokers**
265:22
**smoking**
265:13,18 266:1
358:8
**SNPs**
314:13 318:16
**social**
47:4 278:13,15
**Society**
338:12
**sold**
151:12 152:3
**somebody's**
318:14
**somewhat**
311:16

**soon**
352:4
**sorry**
20:12 54:3 67:9
69:7 86:21 100:19
103:12 107:16
119:17 163:11
173:7 184:1 197:8
222:23 236:8
243:14 260:3
271:9 298:22
310:10 316:1
**sort**
42:15 67:24 121:6
149:16 238:18
240:5 251:22
295:14 300:13
323:16 325:14
336:14,16 341:12
350:13 358:24
**sounds**
171:14 184:17
**source**
104:5 105:3 136:18
155:17 286:7
**sources**
54:10,16,18 104:7
104:11,13 127:8
143:16 157:17,18
**South**
2:14 3:13
**so-called**
353:9
**space**
323:16,17,17 324:8
324:8,9 365:6
**speak**
43:6 297:11
**speaking**
165:1
**special**
136:2 162:3,6
**specialist**
207:2 208:6
**specialists**
207:24

Arch I. "Chip"  Carson, M.D., Ph.D.

specialty
335:3
species
199:6 288:20,24
291:24
specific
20:5 21:24 22:17
22:18 64:3,4
73:18 78:14,19
92:5,6 93:1
115:14 134:5
137:23 171:14
175:7 216:20
285:4 330:13
344:22
specifically
19:15,16 23:9
41:16 62:20 64:21
88:24 90:10 105:6
116:24 126:18
177:15 180:23
220:2 267:12
289:2 299:21
317:21 320:1
339:14
specificity
264:12
specifics
316:14
Spectra
58:14 59:10,12
spectrum
235:20 258:8
288:12
spend
55:23 342:17
spent
45:13 60:4 347:14
347:18,19 348:5,8
sperm
302:19 303:3,9,14
303:19,23
sphincter
202:10
spin
213:10

spinning
251:22 252:4
split
57:13
spoke
79:11,15
spring
344:13
spurious
221:23
square
2:20 190:1
St
3:14
stack
24:10
staff
221:3
stage
142:12 330:20
stages
42:12
stamp
30:24
stand
128:5 254:22
standard
218:5 220:13 319:7
319:9
standing
186:20 187:5 304:2
starch
29:1 183:22 184:4
189:22,23 190:9
190:10
start
12:3 40:16 65:10
65:17 232:3
250:24 263:6
started
65:18 168:11 335:1
340:3
starting
39:22
startling
301:11 304:12

305:10 321:8
starts
272:7
state
9:23 41:17 106:23
107:6 109:7
114:16,21 122:10
127:11,16 128:17
132:9 166:10
180:18,21 181:2,6
229:22 248:20
249:10 256:19
257:1 290:6 291:2
292:10 321:9
364:22 365:5
stated
187:11 203:16
245:7
statement
67:3,7,14 120:15
123:2 138:21,22
167:19 203:12
286:7 292:12
301:7
states
1:1 90:4 91:1 93:18
97:18 100:12
113:21 219:14
221:13 291:7,10
306:4
stating
17:16
statistical
109:22 110:22
211:15,17,21
223:18 233:8
254:6 258:23
259:7 261:8,17
262:4,20 276:23
331:2
statistically
110:3,11 246:2,9
253:21 254:1
262:16 277:6,22
354:14
statistician

253:15
status
103:15 199:7
stay
284:3
stays
339:14,15
Steering
2:6
stenographic
247:15
stenographically
364:8
step-wise
147:23 167:18
sticker
28:18
stimulate
115:1 139:1 188:15
stomach
360:9
stop
13:3 301:12 306:24
331:20 344:5
straying
358:22
stream
345:6
Street
1:15 2:4,9,14 3:3
3:13,18
strength
229:23 230:8,19
235:17
strengthened
17:1,6
strengthens
95:7
stress
134:21 135:1,5,7
135:12,15,20,23
136:2,4,16,19,22
137:15,17,20,24
138:6 198:24
200:10
stretched

329:22
strike
31:1 33:2 34:6
46:23 53:16 61:12
63:5 64:8 69:7
80:4 90:1 98:14
118:20 121:15
122:3 131:6
140:17 141:10
152:9 160:22
176:11 186:6
204:12 205:4,14
210:4 212:9
217:22 219:20
222:14 227:16
236:9 240:8
241:21 259:6
264:18 265:17
276:22 356:4
359:14
stringent
219:10
strings
348:11
strong
86:18 121:10 235:4
235:24 255:9
288:19,22 291:3
292:10 293:24
294:7 326:8
stronger
17:18 85:1
strongly
110:8 111:2
structural
279:8
structure
180:24 323:7
structures
137:7 154:8 321:23
321:24
student
345:11
students
344:15
studied

161:4,13 212:16
226:2 265:8
310:13
**studies**
84:16 88:7,10
106:24 107:13
108:5 109:8,19
111:7,10,20,22
112:1,15,20
113:22 114:1
119:2,7,11,19
123:13 124:2
125:5,10,18,22
126:9,13 128:3,4
128:8 131:7,13,19
132:5,10 135:18
140:6,12 146:11
146:14,18,19
147:1 154:15
160:10,21,24
161:13,15 162:10
163:22 167:23
174:24 181:23
183:5 185:17
188:1 191:12,15
192:19,22 193:6,9
194:5 195:8 200:9
201:3 202:17,23
205:20 206:1
208:19,24 210:6
210:11,23 211:11
214:23 216:9,11
216:17,18,19
217:1,3,7,10,13
217:18,23 218:1
221:18 223:4,6,6
228:4,6,9 232:17
232:22 237:1,4,7
237:8 238:7,10,15
238:20,20 239:16
239:18,22 240:12
240:12,13,14,20
240:22 241:6,8,12
242:2,3 243:13
244:5,7,16,21
245:9,10,13 246:2

246:8,18 249:23
249:24 250:16,17
251:5,6,7,13,18
251:20 252:3,9,15
252:18,20,21,24
253:21 254:7,11
254:20 255:3,16
257:7 258:9,22
259:5 264:20,23
265:1 266:5 268:2
268:4,8 270:11
271:15 281:6,11
282:13 283:11,16
283:19 286:2
293:17 294:2
295:23 296:5,9
297:9,20 298:17
298:19 301:14
303:11,15 304:1,3
305:2,4 308:7,15
309:8 310:11
311:21 313:13,21
314:12 322:5,8,12
322:15,21 331:14
334:3 354:5,13,13
**study**
38:21 84:12 101:6
101:10 110:17
123:1,7,16 126:14
129:12 130:8,12
136:4 145:20
147:7 154:19
161:6 182:9
183:24 184:2,3,6
185:21 187:11,18
187:24 188:4,7,20
189:7,17 194:13
195:12,15,17,22
196:4 211:15,18
211:22 212:7
221:19,19 222:20
233:1 237:16,17
237:18 239:20
240:21 241:1,2,4
242:15,17 249:14
250:23 251:16

253:24 255:7,9,13
255:14 257:11,12
257:17 258:5,9,12
259:3,8,18 260:9
260:13 262:3
266:9,12,15,21
269:3,11 270:12
270:16,20 271:5
271:13,19 272:4
276:2 277:2,4,15
281:6,11 282:13
286:10,16 287:23
296:11 297:14,15
299:11,18,21
300:6,12 313:10
321:16 332:3
341:11
**studying**
265:10
**stuff**
349:17
**subcommittee**
129:19
**subgroup**
193:22
**subject**
51:13 138:6,12
365:10
**subjects**
238:11 239:20
241:17 252:10
341:2
**submission**
57:22
**submit**
96:23 97:3
**submitted**
25:7 51:3 96:20
221:15 320:18
**submitting**
103:10
**Subscribed**
367:15
**subscription**
346:13
**subsequent**

40:20 284:20
**subset**
77:21 78:5
**substance**
132:21 135:4,7
170:20 178:21
179:2 183:21
227:18 328:9
340:7 360:21
361:4 367:7
**substances**
73:19 74:21 91:10
135:14 202:5
226:12 295:1
353:11
**substantial**
134:1 167:5
**substantially**
103:7
**substantive**
79:12 194:8
**Substitute**
29:1
**substituting**
29:5
**substitutions**
75:5
**subtypes**
112:3 237:12
**successful**
148:3 341:1
**suffer**
241:12,14
**suffered**
258:17
**suffice**
351:14
**sufficient**
59:15 216:2 226:7
226:13 230:5
283:8 312:23
321:10,12
**suggest**
107:2
**suggested**
38:13

**suggestions**
336:11,19
**suggests**
248:9 249:15 339:4
**suitability**
29:5
**Suite**
2:10,20 3:4,13
**summary**
109:1 149:17
**superior**
132:15
**supervisor**
60:6
**supervisory**
69:22
**supplemental**
102:2,11 347:8
**support**
79:12 89:13 91:20
148:12 191:22
209:1 217:15,18
221:15 296:6
303:12 305:7
**supported**
237:16 305:12
**supporting**
270:13
**supportive**
34:10 193:21 196:6
217:7 219:5,8
246:24 259:19
**supports**
95:7 126:14 190:15
190:23
**sure**
14:13 36:1,2 39:6
53:14 54:6 62:13
62:16 68:3 70:3
87:1,5 105:15
107:19 113:16
129:16 135:16
136:9 150:21
165:5,11 174:16
176:23 180:14
186:22 195:21

197:9 238:21
240:4 243:21
260:2 264:24
270:7 292:6
305:23 329:16
343:12 346:9
362:21
**surface**
54:19 217:12
**surgeries**
207:21
**surgical**
133:20 134:16
**surprised**
340:22
**surrogate**
318:22 354:21
**surround**
323:15
**surrounding**
116:12 180:24
321:23,24 362:7
**surrounds**
323:6
**surveillance**
328:14
**survey**
129:12 351:24
352:3
**Susan**
70:6
**susceptibilities**
267:14
**susceptibility**
308:20
**susceptible**
83:17 239:16
**suspect**
154:5 199:18
208:21 329:23
**swear**
9:17
**sweating**
200:6
**sworn**
9:19 364:5 367:15

**synthesize**
93:21
**system**
83:20,24 84:4,6,10
208:8,12,17 209:3
303:21 337:17
362:12,15
**Systematic**
27:2
**S-A-E-D**
27:24

_____

**T**
**table**
24:11 108:15 109:1
149:15 257:15
260:16,17,20
272:21 277:20
**tables**
102:2,11
**Taher**
5:12 27:5,6 89:16
94:24 100:16,24
102:3,14 105:23
106:1,23 107:11
108:8 111:11
112:7,10,13
113:21 245:23,24
361:24
**take**
10:7 12:6 43:16
86:23 87:3 89:1
96:5,5 97:18 98:2
98:10 99:9,21
124:12 130:1
164:1 166:18
176:19 220:15
228:22 229:1
242:23 243:23
248:14 260:5
281:14 290:19
292:17 315:1
343:3,14 363:6
**taken**
89:5 92:8 177:2
207:18 253:9

363:9 364:8
**takes**
281:17
**talc**
3:5,10 10:8 22:2
27:4 29:1,6,7 37:3
41:2,9,11,24
49:17 55:2 64:19
64:21 69:23 70:5
85:12 86:8,13
87:11 88:3,11,20
89:22 90:12,17
91:21 107:4 109:4
111:14,20 114:23
115:5,8,10,10
116:5,6,9,15
117:5 118:13
119:1,14 120:1
126:4 127:6
129:13 130:23
132:16,21 133:11
133:14 136:16
137:5,6,6,10,12
138:17,18 139:4,5
139:21 141:14,17
141:21 142:14
143:16 147:22
151:9,24 156:8,13
156:17,20,24
157:6 158:11
166:22 167:4,9
168:14 169:7,12
169:19,22 170:12
171:19 176:2
177:17,17 180:9
180:20 181:7
182:10,13,18
183:6,12,23,24
184:2,8,12,14,20
184:24 185:8,15
186:19 187:5,22
189:9 190:20
192:24 196:11
198:11 199:3
200:11 206:10,13
209:24 214:7

221:24 223:7
224:12,14,18
225:7 227:15,17
230:11,22 234:7
235:3 237:9,24
238:8,16 243:11
244:3,14 245:3
246:3,10 247:22
248:9,24 249:8,9
249:16,18 250:6
252:3 255:4
260:21 268:5
269:21 271:22
273:14 274:2,6,15
276:4 277:5
283:11,13 284:19
286:3,10,17,22
287:9,16,18,21,24
288:8,23 290:9,21
291:6 292:1,2
293:14,16 294:1
294:22 295:13,18
295:22 299:19
300:2 302:9,13,18
303:1 304:13
305:8,16 313:16
313:17 314:5
316:24 317:2,20
319:17,19,21
321:17 322:6,9,22
324:23 334:11
335:13 338:2,13
338:21 339:10,18
341:15 342:5
344:11 345:17,20
353:5,9,12,16,17
355:22 356:19
357:5 358:20
362:16
**Talcs**
31:11
**talcum**
1:4 8:11 17:2,7
23:4,11 30:4 32:1
38:3,18 48:20
52:4,8,12 53:7,23

55:1,7,8 62:22
63:20 64:2,10,13
65:4,8 66:13
72:17 73:1,7,8,17
81:19 82:1,13,15
83:3,7,10,18
84:17 85:2 87:16
90:7,13 91:13
107:13 108:5
110:24 114:17,22
115:24 132:11
133:2 139:7,10,12
139:16,20 140:3
140:20 141:4,5,12
141:16,20 143:5,7
143:9,24 144:7,15
144:20 147:3,11
147:14 148:6,13
151:11 152:3,18
157:14 158:10
167:14 175:8,15
176:7 177:9 178:3
181:13 182:1,23
198:8 199:3,12
200:1,16,18 201:4
201:15,18 202:1,6
202:18,20,24
206:5 210:8 211:3
211:5 216:9
219:10 220:6
230:11 231:4,6,11
231:19 257:3
260:21 262:9
288:6 302:4
305:21 306:16,22
307:1,8,12,23
308:2,6,11 309:11
309:18 310:3
311:9,12 313:11
325:13 326:12,18
340:6,16 341:8
350:10,13,22
351:8,11,16 352:9
352:13,20,24
353:10,21 354:2
354:10 355:2,6

Arch I. "Chip"   Carson, M.D., Ph.D.

357:22 359:23
**talc-containing**
301:8,15
**talc/ovarian**
36:17 268:1
**talk**
134:20 160:8
163:21 165:20
254:23 256:17
264:7 288:2,4
328:22 335:6
**talked**
38:8 44:16 46:3
47:13 49:2 55:2
117:16,19 118:18
170:18 259:14
268:12 278:8,16
283:17 287:13
301:3 312:11
**talking**
45:23 55:24 65:14
161:7 164:7 177:8
196:17 205:9
233:7 246:6 291:1
307:10 309:3
315:3 321:7 342:4
**talks**
112:14,18 126:22
290:1
**tallying**
45:16
**tape**
89:4,8 177:1,5
253:6,8,12 363:8
363:12,20
**taught**
344:13
**teach**
344:10,12
**technetium**
183:17 189:5
**technical**
19:7
**technically**
65:18
**telephone**

39:4
**tell**
11:13 26:23 36:1
44:3 67:4 76:11
118:8,11 119:10
124:5 129:14
169:20,21 225:18
243:19 259:22
281:10 288:21
292:22 339:23
342:2
**telling**
124:8
**tells**
110:21 328:21
**ten**
56:12 310:20
335:17
**tendency**
213:10
**tenets**
310:24
**term**
135:22 136:23
208:12,15,17,20
212:5 265:2
304:12 337:16
**terminated**
58:3,11,16 277:3
**terms**
18:15,20 20:23
22:14,15 41:2
43:6 46:9 56:17
62:18 76:20 94:13
133:9 136:20
138:5,8 159:9
160:8 201:21
235:21 252:8
278:9 280:21
331:6 345:2
349:20
**Terry**
6:8 191:19 192:1
192:15 194:5
195:3 268:11,14
268:20 269:3

**test**
72:19 143:17
157:23 162:6
196:20 198:1
318:17 330:18
353:11
**tested**
143:17
**testified**
9:20 55:6 56:8
279:16 339:16
347:13 348:16
349:23 352:7
354:7
**testify**
17:14 57:5 124:4
364:5
**testifying**
83:2 149:6
**testimonies**
71:3
**testimony**
11:5 19:20 24:19
56:17 65:24 68:19
71:1 78:21 118:21
128:21,23 152:14
173:14 187:2
190:18 239:2
251:17 252:2,12
252:14 301:13
332:20 364:8
**testing**
70:11 72:8,16
140:13 141:21
142:18,24 143:5,7
143:9,11 151:18
155:17 157:13,19
157:21 330:12
**tests**
85:11 86:3,6
150:24 162:3
197:12 206:8
209:6,13 319:7,10
**Texas**
1:16 3:4 8:10 58:4
59:1,4 239:7

364:22
**text**
339:3
**textbooks**
338:5,9,10
**Thank**
11:2 21:17 54:7
130:5,6 159:23
192:10 196:1,2
243:3,4 283:9
284:7 316:4 343:2
363:2,16
**Thanks**
344:8
**theoretical**
117:1
**theoretically**
242:11 311:5
317:10
**theory**
85:6,12,18 117:4
122:15 131:17
168:2 186:15
190:15,24 194:16
197:15 200:15
203:7 204:14,15
206:5,9 209:2
210:4
**therapy**
268:16,18 269:5
**therapy-treated**
255:11
**thereabouts**
231:9
**thing**
133:15 142:20
241:11 278:14
295:15 318:17
336:17
**things**
12:22 38:11 42:19
49:18 89:10 119:8
124:3 133:9
175:21 204:9
209:22,24 222:19
271:20 278:7,18

295:5 298:10
305:4 310:14
314:10 318:6
323:24 324:19
329:22 332:24
333:20 335:10,11
335:12 340:8
344:17 347:21
348:3,23 349:14
349:21 351:4
357:15,16,22,22
358:2
**think**
11:11 24:17 30:8
35:21 37:9 44:22
49:18 50:23 52:23
64:1 66:22 67:17
74:14 77:5 80:17
81:1 82:10 84:13
85:19,24 86:16
87:13,13 92:18
94:1 104:7 108:12
111:8 118:6
120:22 121:23
122:1,23 123:18
124:14 126:21
127:16 128:8
132:2,8 133:8
141:15 143:15
144:10 148:5
154:14 156:11
167:17 173:18
178:10 193:3
201:8,20 203:12
203:14 206:19
208:14 209:20
213:22 214:4
217:16 218:4,15
219:7 220:12
228:3 231:24
239:3 247:4
251:19 256:10
258:15 259:23
260:8 266:10
268:7 271:9
280:19 282:8

Arch I. "Chip"  Carson, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 284:2 285:1 289:1 | **three** | **Tinsley** | 118:9,19 167:12 | 88:14,19 116:18 |
| 293:2 294:14 | 46:14,17 47:9 | 3:12 9:12,12 363:3 | 214:4 216:4 | 119:4,13 181:16 |
| 298:8 299:8 | 106:22 185:18 | **tissue** | 278:10 351:10 | 181:18 183:1,8 |
| 301:24 303:7 | 221:6 245:21 | 133:12 135:1,2,5 | **top** | 185:7 186:24 |
| 304:6 305:11 | 291:24 297:8 | 135:11 170:11 | 165:23 256:19 | 188:6,8 191:3 |
| 307:20 311:14 | **threshold** | 287:4 313:12 | **topic** | 200:18 202:13 |
| 314:1 315:4 | 311:8,11 312:1,2,4 | **tissues** | 216:6 345:12,13 | 206:11 207:17,24 |
| 316:12 320:24 | 312:8 313:6 325:3 | 114:18 116:1,11,12 | **topics** | 301:10,17 303:4 |
| 326:7,15,22 | 355:11,12 | 135:6,8 185:1 | 41:6 | 304:15 305:9 |
| 333:18 335:14 | **thresholds** | 198:13 199:14,15 | **toss** | **training** |
| 336:1,13 337:5,15 | 326:9 | 199:24 200:13 | 109:15 | 19:23 55:17 138:2 |
| 337:21 338:18 | **thumb** | 286:23 287:15 | **total** | **transcribed** |
| 340:3,12,24 | 13:20 36:5,11 | 321:14,15,20 | 19:22 161:3 307:16 | 314:12 318:24 |
| 341:20,20,22 | **thwarting** | **titanium** | 310:15 | **transcript** |
| 342:9 343:1 | 122:12 | 292:1 | **totally** | 69:14 221:6 364:7 |
| 345:20 346:4,8 | **time** | **title** | 148:3 296:19 | 365:17,18 |
| 347:3 350:6,24 | 8:7 11:12 16:19 | 27:2 | **touch** | **transcription** |
| 352:17,19 356:8 | 23:14,16,18 25:7 | **titled** | 344:17 345:1 | 367:5 |
| 356:19 358:21 | 37:3 39:12 40:20 | 28:24 31:10 32:15 | **touched** | **transcripts** |
| 359:18 | 45:9 55:22,24 | 77:18 249:14 | 64:18 | 50:1 52:12,15,21 |
| **thinking** | 57:21 59:15 60:3 | 270:17 | **touches** | 66:4,7,20,22 67:2 |
| 80:18 105:19 | 60:8 75:5 101:23 | **today** | 323:12 | 67:21 68:8,12 |
| 267:12 362:1 | 120:4 147:13,18 | 8:6 9:16 10:7,17 | **toxicity** | **transformed** |
| **third** | 148:6 161:17 | 11:10 12:13,20,24 | 180:4 | 319:4 |
| 26:14,15 83:14 | 169:19 192:5 | 13:20 14:21 15:2 | **toxicologic** | **translates** |
| 125:21 208:7 | 199:1 209:21,23 | 15:7 16:13 17:13 | 311:20 | 236:5 |
| 243:24 273:7 | 215:19 228:22,24 | 17:18 22:1 23:23 | **toxicologist** | **transmission** |
| **thirty** | 234:6 260:5 261:4 | 24:21 28:4,22 | 10:5 47:20 137:4 | 134:10 |
| 365:16 | 261:9 277:24 | 29:18 33:4,15,21 | **toxicologists** | **transport** |
| **Thomas** | 280:5 290:19 | 34:1,9 36:6 45:21 | 220:22 | 184:11 185:21 |
| 47:16,19 | 303:7 306:11 | 50:18 51:16,20 | **toxicology** | 186:11 188:6 |
| **Thompson** | 310:17 311:6 | 74:7 83:2 100:22 | 59:22 178:24 | 202:11 301:8,15 |
| 2:3 8:19,20 46:10 | 312:5,18 323:22 | 120:18 124:4,6,12 | 300:15 310:24 | 303:7 304:13,19 |
| 46:11,16,18 47:9 | 323:23 324:2 | 156:7 181:5 206:3 | 328:4,5 334:24 | **transported** |
| 48:11 236:12 | 327:8 329:22 | 218:14 305:15 | 335:2,5 | 183:7 305:8 |
| **Thoracic** | 339:8,10 342:12 | 312:12 344:3 | **toxin** | **transports** |
| 129:18 | 342:17,23,23 | 345:24 348:17 | 299:13 | 202:21 |
| **thoroughly** | 347:18,19,23 | 352:7 354:7 | **toxins** | **trash** |
| 102:8 | 348:5,8 351:3 | 361:24 | 299:12,15 | 349:22 |
| **thought** | 359:3 364:8 | **Today's** | **trace** | **travel** |
| 20:2 29:21 33:16 | **timely** | 16:11 | 170:11 177:8,13,21 | 200:18 303:2 |
| 33:22 167:13 | 99:21 | **told** | **track** | **traveling** |
| 227:3 264:14,15 | **times** | 38:2 39:20 42:9 | 296:17,24 362:5 | 202:6 |
| 271:24 336:9 | 206:18 282:20 | 43:10 44:7,19 | **tract** | **travels** |
| **thousands** | 305:15 309:24 | 47:2 79:7 80:8 | 82:4,12 83:6,11 | 200:16,23 201:6 |
| 159:8 | 329:17 332:14 | 84:23 103:21 | 86:12 87:10 88:2 | 202:14 |

Arch I. "Chip"  Carson, M.D., Ph.D.

Page 413

treat
60:11
treated
254:14 316:17
  319:17 349:24
treatment
212:14,15 314:17
treatments
93:15
tremolite
77:13 144:11,21
  145:3 146:6
trend
110:23 114:4 255:9
Trendelenburg
188:21
trends
354:15,16
trial
16:6,15 17:14 56:9
  56:19
tried
54:12
true
90:19 121:5 154:7
  172:5,9 190:12
  216:14 262:23
  263:17 267:5
  275:24 301:20
  326:15,16 334:19
truth
364:5,6,6
try
11:15 14:12 34:2
  39:17 156:12
  231:23
trying
15:4 18:5 112:8
  311:7 328:18
tubal
190:13,14,19,23
  191:3,17 193:1,20
  194:7,19 196:12
  196:24 197:18
  198:4
tube

323:3 324:1,12
tubes
183:14 184:4 190:3
  190:5 191:5 201:1
  303:17 322:17,23
  323:15
tubing
146:13
Tucker
2:13 3:12 9:13
tumor
166:16 313:3
tumors
280:2,4,13
turn
106:21 108:15
  163:10 196:16
  285:24 301:1
turning
305:13
Twitter
342:7,22
two
25:16,18 35:21
  37:12 41:3 77:10
  89:10 96:5 113:13
  145:5 148:11
  149:5 150:17
  151:24 160:11
  201:21 221:5
  222:19 272:12
  297:7 299:12
  327:13 343:5,15
  347:21 350:12
two-thirds
272:12 306:10
type
25:12 61:17 144:7
  146:2 153:12,21
  153:22 155:1
  172:24 174:12
  179:15,16 244:6
types
76:2 144:10,19
  145:8 146:5,17
  153:24 154:1,12

154:13 155:6
  179:2 240:11
  241:3 280:2 328:6
  357:2
typical
45:5
typically
42:13 70:13 71:2
  238:12

_____

**U**

Uh-huh
320:12 344:1
unable
241:18 255:22
unaware
67:24 205:4,5
uncontrolled
221:22
Undated
5:12
undergraduate
59:17
underlying
99:12
Underneath
126:1,4
underpowered
241:18 251:16,18
  251:20 252:16,22
understand
11:13,14 15:4 18:5
  22:8 23:10 80:3,5
  87:21 95:21,24
  112:11 127:18
  168:7 180:15
  207:22 284:14
  310:23 324:21
  329:19 339:17,20
  344:4
understandable
296:20
understanding
36:11,13 38:10
  72:7 73:5,16 75:3
  76:1 78:4 100:3

102:23 138:1
  147:19 148:2
  151:15 156:17
  157:16 349:1
understood
11:20 53:20
undertook
32:2
underwear
341:11,16
underwent
130:23
undo
312:23
unfair
92:19
unfortunately
251:15
Union
3:15 9:13
United
1:1 90:3,24 93:18
  100:12 219:14
  306:4
universe
231:1
University
58:4 59:1,4 239:7
unknown
266:20
unmeasured
266:13,17
unreasonable
134:1
unrecognized
266:17
update
94:8 237:16
updated
220:9 258:5
updates
58:20
uploaded
24:5
upper
183:7 301:9,16

304:14 305:9
urethra
202:2,7,10,15,22
urinary
202:13
usage
268:16 269:5
  310:12
USB
5:21
use
17:3,8 23:4,11,12
  23:13,21 27:4
  38:3 53:7,22 82:1
  82:12 83:3,10
  99:14,18 107:4
  131:9,13,20
  132:10 133:19,24
  134:15 140:2
  166:21 168:15
  169:19 174:4
  181:13 182:22
  184:14 187:13
  189:8,9 190:14
  192:22 196:11
  199:11 200:11
  201:17,18 202:19
  202:24 208:20
  211:4 214:7 216:9
  220:6 221:24
  230:22 231:19
  232:10 235:3
  237:24 238:8,16
  243:11 244:3,14
  246:3,10 247:22
  248:9,23 249:16
  249:18 250:6
  252:3 254:5
  260:21 261:10,11
  261:13,14,17
  262:10,13,15
  263:10,12,14
  270:18 272:3,15
  272:24 273:18
  274:6 277:5
  283:13 284:18

288:6 298:6
306:15,19 307:7
307:11,23 308:1
308:11,16,17,21
309:11,18 310:1,3
310:14,14,21
311:9,11,14 312:2
312:8 315:16,17
316:23 319:11
326:12 338:20,20
339:19 341:8
350:10,13,22
351:16 359:5
**useful**
171:1 325:16 349:3
349:22
**user**
231:14
**users**
131:14 170:12
192:24 211:6
**uses**
28:11 280:14
**usually**
169:14 180:11
281:2 295:4
328:20 329:20
350:18 352:1
**uterine**
188:15 198:12
199:15,24 200:12
**uterus**
200:20,24 302:15
322:13
**utilize**
20:22 317:9
**UTMB**
59:6,6
**U.K**
308:9
**U.S**
118:24 178:24
305:18 306:21,24
308:9

**V**

**vagina**
200:19 301:23
302:6,10 304:23
322:6 334:12
**vaginal**
198:12 199:14,24
200:12
**vague**
143:10 147:18
174:15
**valence**
180:18,21 181:2,6
**valid**
173:10 175:4
223:17 238:21
305:11
**valuable**
42:18
**value**
28:24 358:4
**vapors**
360:23 361:2
**variation**
136:22 192:24
**varies**
56:5 332:2
**varieties**
344:19
**various**
18:11 41:1 52:15
71:4 79:17 93:23
107:13 143:15
144:9 175:3 188:2
215:24 245:7
280:15 286:23
287:12 308:7
344:19 361:8
**vary**
153:22 231:15
308:8 309:22
**vast**
245:12
**vegetables**
229:10 357:11,19
360:1,3,5,9,11
**velocity**

303:14
**Venter**
183:17 187:18
**verbal**
336:20
**verbatim**
364:7
**verify**
92:24 175:21
**vermiculite**
64:18 77:12,17
**version**
337:8
**versions**
44:1
**versus**
111:21 251:6
317:20 347:18
**video**
8:9
**videographer**
3:22 8:3,5 9:15
89:3,7 176:24
177:4 253:7,11
363:7,11,18
**Videotaped**
1:13
**view**
202:5 236:6 289:3
292:3 295:22
331:2
**viewed**
91:17
**viewing**
342:19
**visit**
342:16,23
**vitae**
5:6 21:7 57:18
58:20 70:24
**vitamins**
170:7
**volition**
334:14
**volume**
345:5

**voluntary**
219:9
**vulvar**
198:12 199:14,24
200:12

**W**

**Wagner**
129:20
**wait**
250:24 298:20
**want**
21:24 33:16,22
39:7 44:6 74:8
88:17 113:12
246:20 251:24
254:23 278:6
283:6 284:1
292:11 301:1,4,6
301:12 309:10
315:1,12
**wanted**
34:2 39:16 329:14
336:24 349:2
**War**
145:15
**warned**
213:23
**washing**
190:3
**Washington**
3:19
**wasn't**
144:3 156:10 251:7
258:17 260:2
287:8 290:24
307:2
**waste**
345:6
**Watch**
342:9
**water**
170:7,7 311:3
**waterfront**
43:6
**way**

18:15 37:4 81:2
82:6 93:12 136:20
141:8 164:17
207:1 217:14
245:2 272:12
294:21 302:6,10
302:11,14 316:18
319:20 320:3
332:5
**ways**
18:12 39:19 208:23
299:11 328:23
347:22
**weak**
203:8 204:15 206:6
233:2,18
**webpage**
41:23
**website**
41:23 43:9 225:13
225:21
**websites**
79:7 214:4 278:12
278:16 342:3,7
**week**
60:6,8,10 309:24
**weeks**
30:8 40:21
**Weibull**
282:20
**weigh**
254:6
**weighing**
251:5 277:15
**weight**
91:19 229:23 230:3
230:6 267:15,24
**welcome**
14:17
**went**
35:4 168:23 275:1
275:11 319:15
349:22
**Werb**
126:21
**we'll**

Arch I. "Chip"   Carson, M.D., Ph.D.

10:16 26:10 30:13
32:18 85:22 87:3
124:15 130:1,1
159:20 163:2
195:21 228:24
229:1 260:4
343:13
**we're**
11:10,19 28:17
89:3,7 168:10
176:24 177:4
195:16 199:9
213:22 233:7
253:7,11 296:23
363:11
**we've**
12:11 13:5 24:24
36:12 46:6 47:11
58:20 65:11 86:21
94:24 100:20
102:4,15 160:3
225:11 235:23
238:23 254:2
259:14 322:3
332:15 343:4
**whatsoever**
299:2
**wheel**
251:23 252:5
**width**
137:9
**Wild**
286:9
**Wilde**
286:6
**willing**
226:20
**withdraw**
62:16 73:12 131:11
176:12 190:21
224:8 235:22
264:5
**withdrew**
294:16
**witness**
9:17 10:11 13:8

20:11 37:5 40:3
47:14 48:7,15
54:6 56:21 67:19
71:1 74:8 80:9
113:5,18 150:4,11
164:16,23 165:3
165:12 192:4,10
196:1 207:12
223:2 243:3,19
257:20,23 258:2
282:6 291:19
295:8 296:15
315:4,13 316:1
332:22 343:17
359:19 364:11,11
365:1
**witnesses**
52:15,16,21 67:23
70:14
**woman**
185:7 186:18 187:2
187:5 231:15,16
299:4 308:18,23
309:3,10 310:3
330:8,15 331:5
**woman's**
86:12 87:9 88:2,19
116:17 119:4,13
169:18 200:17
202:2 304:14,23
319:21 331:4
334:20 338:14,21
340:17 341:9,16
**women**
60:11 118:24
159:10 160:16
161:3,12 166:21
167:3 178:2,4,6
182:22 185:19,23
188:14,21 189:17
189:19,20 190:8
191:8 193:19,24
194:18 196:12,22
197:17 198:2
202:13 207:7
233:20 250:17,22

255:10,11 260:21
269:19,21 271:21
273:4,8,13,16,21
273:24 274:6,8,13
274:14,20 275:4
275:10,19 276:3,6
283:12 288:6
296:11 298:4,17
299:3 304:2,8
306:21,24 307:11
307:11,23 308:2,5
308:11 310:16
311:9,12 326:12
326:17 327:21
331:14,15 332:1
351:7,9,11
**women's**
82:16 207:3,17
**wonder**
118:3
**wood**
229:15,18
**Woodruff**
32:17
**wording**
93:1
**words**
83:19 84:9,10,11
84:14 127:17
133:10 208:23
297:18 315:17
328:1
**work**
37:1 45:5 48:8,14
49:16 51:10,12,21
56:3 57:10 60:6
63:14 64:16 76:5
76:5,15 104:13,21
118:19 146:16
239:5 264:1
331:12 344:10
347:15
**worked**
37:7,11 60:14
**workers**
145:21,24 331:16

**workgroups**
345:11
**working**
55:23 103:3 221:3
331:15
**workplace-related**
328:8
**works**
70:10
**world**
145:15 240:5
**worry**
105:3
**worth**
100:7
**wouldn't**
36:1 42:20 85:18
141:8 167:2 224:9
293:15 340:22
**writing**
43:15 45:15 65:17
65:19 347:23
**written**
40:14 281:23
336:18
**wrote**
54:14

—————————
**Y**
—————————
**yeah**
118:7 176:21
183:20,22 197:14
218:15 336:3
343:9 359:21
**year**
221:5 233:20 261:4
261:13,14,16
262:10 272:16
305:18 306:5,6,10
307:17,20 310:13
**years**
23:19 37:2 75:2
96:5 130:24
147:23 168:9,9
212:16 250:12
255:12 261:4,5,5

261:10,10 262:10
262:12,15,20
263:9,11,14
267:21 279:18
280:9,19 281:8
310:2,20 327:11
327:13 345:15
357:21,24 360:21
**Yessaian**
69:5,11
**yes/no**
272:17

—————————
**Z**
—————————
**Zellers**
2:13 4:6 8:24,24
9:22 11:2,3 12:1
14:18 15:20 17:22
19:1 20:7,13 21:5
21:12,18 25:9
26:8,21 29:16
30:18 31:7 32:10
32:21 36:9 37:19
38:16 53:13 54:8
55:21 59:8 61:1
62:15 63:11 64:5
66:2 67:11 68:5
68:18 70:21 71:19
72:1 73:12,14,23
74:5,13,23 75:19
78:8,16 79:3
80:21 81:17,23
82:21 84:8,22
85:20 87:1,6,20
88:15 89:1,9 92:1
92:4,11,20 93:3
94:17 95:5 97:11
98:6,23 99:11
106:20 107:18
108:14 110:1
111:4 112:4,24
113:7,11,20 114:9
117:7 119:9
120:16 121:1,15
121:17 123:15
124:19 127:22

128:11,20 129:3
130:7 132:4
133:17 136:10
138:3 140:17,19
141:2 142:3
143:20 144:5
145:1 147:8 148:9
149:2 150:12
151:7,22 152:8
153:7,18 154:10
155:15,21 157:4
157:12 158:16
159:1,14 160:1
161:8,11 162:18
163:5 164:3,11,22
165:7,11,14,16
167:20 168:1,12
168:19 170:17
171:5,22 172:10
172:20 173:11
174:11,19 175:12
176:4,19,23 177:6
178:5,8 179:7
180:1 181:11
182:7 184:23
185:16 186:16
188:13 190:6
192:7,13 193:15
195:1,10,21 196:3
197:6,23 198:18
199:21 200:8
201:13 202:12
203:15,23 204:22
205:14,16 207:8
207:15 209:14
210:2,17 212:4
215:3 216:15
218:12 219:19
221:4 222:12,24
223:11,20 224:3
225:2,17 226:15
228:7,17 229:9,16
232:7,23 233:6
234:3,4,13,19
235:10 236:10,13
237:6,13 238:6

239:10 240:18
241:21,23 242:8
242:13 243:5,16
243:21,22 244:11
246:15 247:11,17
248:4 249:5
250:14 251:3
252:11 253:4,13
254:12 258:3,20
259:12 261:2
262:1 263:15
264:3,13 267:6,22
269:1 270:2,9
271:3,7 276:1,12
276:19 277:12
279:2 282:11,21
283:23 284:5
289:8 343:6
359:14,18 363:16

**zero**
312:2

**Zurbenko**
282:19

---

**$**

**$450**
45:11

---

**0**

**07962**
3:9

---

**1**

**1**
5:4 10:16,18 12:11
12:19 89:4 114:13
130:13 148:16
178:15 223:9
226:3 229:18
260:17 332:5
357:7 358:16

**1st**
30:21,24 218:21

**1,000**
227:7

**1.19**
276:21

**1.2**
332:10

**1.3**
232:14,24 235:23
236:14 333:17
334:5

**1.63**
276:23

**1.74**
145:19

**1/1/14**
5:16

**1:38**
177:5

**1:38 p.m**
177:3

**10**
5:4,16 31:4,5 33:18
218:20 219:5
229:22 297:9

**10%**
56:7

**10:37**
89:4

**10:37 a.m**
89:5

**10:55**
89:8

**10:55 a.m**
89:6

**100**
3:13

**100C**
291:20

**100%**
306:21 307:22

**11**
5:18 17:24 18:18
24:23 32:7,8
33:10 297:9

**11/16/18**
5:5

**112**
3:3

**1170**
2:10

**12**
5:19 32:18,19,22
60:9 250:12 297:9

**12/18**
5:15

**12:32**
177:1

**12:32 p.m**
177:2

**120**
226:2

**1215**
163:20

**1216**
163:11

**124**
6:2

**13**
5:21 36:4,7,12

**130**
6:4

**14**
5:22 98:20,21,24
99:7 130:24

**14th**
37:18

**14,000**
306:9

**148**
7:3,5

**15**
5:5 6:2 109:8,11
111:5 124:16,17
146:23 246:1,6
259:5

**15th**
26:1 37:18

**150**
45:18 347:14

**159**
6:6

**16**
6:4 18:19 130:2,3

**16th**
39:5

**16-2738**

**1:5**

**163**
6:7

**17**
6:6 159:20,21
160:3 283:3

**174**
113:9

**177**
113:9

**18**
6:7 163:2,3

**18th**
30:14

**180**
45:18 347:14

**1800**
3:4

**19**
1:11 5:2 6:8 8:2
94:15 192:11,14

**19th**
8:7 136:20

**19103**
2:21

**192**
6:8

**195**
6:10

**1952**
5:13 28:24

**1970s**
167:14

**1974**
5:19 32:15

**1979**
6:4 129:12

**1982**
145:13

**1984**
77:14

**1990s**
37:10

**1991**
5:18 31:13,21

**1992**

255:7

**2**

**2**
4:2 5:5 15:17,18,21
16:4,16 17:10,15
22:10 43:14 54:22
65:12 89:8 108:15
109:1 177:1
221:17 272:6,21
346:14
**2A**
226:16
**2B**
227:16,18 228:10
229:2,11,17,19
235:8,12 249:20
292:18,23 355:16
356:23 359:24
**2B-classified**
357:10
**2.53**
145:23
**2.96**
145:17
**20**
6:10 112:16 168:9
195:22,23 196:5
259:16 260:7
261:5,5,10 262:15
262:20 263:11,14
279:17 280:8
281:8 332:6,13
367:16
**20.0**
332:7,9,10
**2000**
2:20 145:22
**20004-1454**
3:19
**2001**
127:4
**2004**
247:4
**2006**
203:12,22

**2007**
6:14 127:4 250:12
287:5
**2008**
146:8 246:23
**2009**
26:1
**2010**
126:21 203:17
204:20 257:12
258:6,11
**2011**
6:6,7 159:16 163:2
**2013**
6:8 191:19 192:15
268:11,14,20
269:3
**2014**
30:21 31:1 33:19
218:21 220:4
222:7 271:21
272:13,16 273:12
273:17 274:1,12
274:13 277:3,23
**2016**
6:10,16 195:12
196:5 255:8,14
259:15,16 260:13
271:5,13
**2017**
6:13 242:15
**2018**
30:15 36:19 37:13
38:18 40:6 57:23
59:14 64:8 65:22
66:1 89:12 100:24
102:3 142:15
227:5 257:9
**2019**
1:11 5:2,9,10 8:2,7
26:10 94:9 364:23
**202**
3:19
**21**
5:6,7 6:11 113:9
225:14,15,20

293:2
**21,000**
306:7
**210**
3:5 130:22
**213**
2:16
**215**
2:21
**216**
3:14 163:10
**22**
6:13 242:24 243:1
364:23
**22,000**
307:22
**22,000-something**
307:21
**225**
6:11
**23**
6:14 247:3,8
**234**
2:4
**24**
6:16 69:6 184:15
185:1 255:12
271:1,4,12
**243**
6:13
**247**
6:14
**25**
6:17 108:15 289:8
289:9,23
**26**
5:9,10,12
**267-0058**
3:9
**269-2343**
2:5
**27**
67:20 68:9 69:4,8
**271**
6:16
**2738**

8:12
**28**
7:6 68:10
**284**
4:7
**289**
6:17
**29**
5:13 71:5

**3**

**3**
5:6 21:3,6 57:19
58:2,21 65:1
70:24 177:5
196:21 223:1,2,13
227:6 253:8
290:23
**3rd**
26:10
**3,000**
233:22 305:17
306:18
**3.3.1**
112:14
**3:06**
253:8
**3:06 p.m**
253:9
**3:19**
253:12
**3:19 p.m**
253:10
**30**
5:15 11:8 55:5
56:13 71:5 109:8
109:11,19 111:5
246:1 259:6 308:8
364:11 365:16
**30%**
84:18 211:4 231:3
232:13 233:17
306:12,13,15
307:6 308:13
309:13 310:5
**30-day**

44:24
**31**
5:16
**32**
5:18,19
**334**
2:5
**337**
196:16,20 197:5,9
260:17
**339**
196:17,20
**34%**
273:15,19 275:1
**34.4**
274:15 275:1
**343**
4:8
**35**
11:8 55:5 56:13
164:12
**350**
3:8
**351**
278:3
**36**
5:21
**36.5**
274:2 275:5,15
**36103-4160**
2:5
**364**
4:10
**365**
2:9
**366**
4:11
**367**
4:12
**368**
4:13

**4**

**4**
5:7 21:10,13,20,23
24:24 34:15,24

Arch I. "Chip"  Carson, M.D., Ph.D.

66:21 68:10 69:4
69:8 71:6 126:8
178:16 220:16
221:13 224:11,11
227:1,9 253:12
272:21 282:22
283:1 285:24
363:8
**40**
130:24 168:9
279:18 280:9
281:8
**41**
106:21
**412**
289:21 291:13
**42nd**
2:15
**430-3400**
2:16
**44**
280:19
**463-2400**
3:19

---

**5**

**5**
5:9 25:24 26:2
50:19 99:6 148:11
148:16 227:12
297:3,4 363:12,20
**5%**
56:1
**5:37**
363:8
**5:37 p.m**
363:9
**5:44**
363:12,19
**5:44 p.m**
363:10
**5:45 p.m**
363:22
**50**
332:6
**50%**

109:11,14 118:24
327:4
**50/50**
57:14
**504**
2:11
**51.5**
275:12
**515**
2:14
**554-5500**
3:5

---

**6**

**6**
5:10 26:6,10 27:13
27:23 77:8,9
210:12 243:24
**6.2**
291:7
**60%**
308:8
**600**
3:13
**63102**
3:14
**6580**
1:15
**696-3675**
3:14

---

**7**

**7**
5:12 26:19,23 27:7
81:8,16,19 89:17
94:24 100:21
101:14 102:4,15
102:24 103:17
104:3,10 106:1,21
114:13,16 115:23
183:2 210:13
256:19 301:1
**7/9/2020**
364:22
**70s**
168:11

**70130**
2:10
**78205**
3:4
**799-2845**
2:11

---

**8**

**8**
4:3 5:13 29:14
99:17 305:13
**8/1/00**
5:22
**819**
193:16
**82**
226:16
**820**
193:17
**85**
348:12
**87**
276:22,23
**877.370.DEPS**
1:23

---

**9**

**9**
4:6 5:15 30:15,16
89:16
**9:02**
8:8
**9:02 a.m**
1:16 8:2
**90%**
348:13
**90071**
2:15
**917.591.5672**
1:23
**93**
6:18 291:17,20
**95%**
261:23
**973**
3:9

**975**
3:18
**98**
5:22
**988-2706**
2:21
**99**
117:4 127:2

Exhibit 5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

**RULE 26 EXPERT REPORT OF**
**ARCH CARSON, MD, PHD**

Date:   November 16, 2018

_____
Arch Carson, MD, PhD

## Talcum Powder and Ovarian Cancer

1.  Introduction

I was asked to explain the relationship between the regular perineal use of talc-based personal hygiene products and the subsequent development of ovarian cancer in their users. I intend this report to explain this relationship.  I will describe ovarian cancer, what is known about its natural history, and will present statistics regarding its incidence, prevalence and fatality.  I will then describe what talc is and why talcum powder is used in personal care products.  I will then present the scientific evidence linking talc-based personal hygiene products and their components with cancer, and will show how the various components of this evidence, along with other data, lead me to conclude that regular perineal application of talcum powder products causes ovarian cancer in some users, and raises the risk of ovarian cancer in all users.

2.  Qualifications

I am a physician who specializes in the practice of medical toxicology.  I am currently an Associate Professor at the University of Texas School of Public Health in Houston and the Program Director of the Occupational and Environmental Medicine Residency training program at the University of Texas Health Science Center at Houston. I received my medical degree from the Ohio State University and a doctor of philosophy degree in Toxicology from the Kettering Laboratory at the University of Cincinnati. I am board certified by the American Board of Preventive Medicine in Occupational Medicine, and have been in the continuous practice of medical toxicology since 1991. My professional activities have included patient care, basic and applied research, teaching of medical students, graduate students and post-graduate medical trainees, and professional consulting.  I have been a program director of the NIOSH-funded Education and Research Center at the University of Texas for 19 of the last 21 years.  Other major collaborations include as Liaison for the World Health Organization Collaborating Centre in Occupational Health and as environmental exposure consultant to the MD Anderson Cancer Center in Houston.  My curriculum vitae is attached to this report as Exhibit A.

3.  Information reviewed and methodology employed

In the preparation of this report, I have reviewed relevant published scientific and medical literature, reports and documents produced in the process of litigation, and various other documents and websites that I believed to be pertinent to the refinement or extension of my professional opinions.  I applied the same methodology and scientific rigor in this research that I use in my academic and clinical practice.  Documents and other sources which I considered in reaching my opinions are listed in Exhibit B, "Materials and Data Considered."

4.  What is ovarian cancer?
    a.  What is cancer?

    All types of cancer involve the uncontrolled growth and accumulation or dissemination of cells that originated from normal cells, but have been altered so that they behave differently.  The many cells of a single cancer that result from this change are typically all derived from a single progenitor cell, and represent a clone of cells.  When this clone

reaches sufficient numbers, the cells themselves may develop into a recognizable "mass" that is called a tumor.  Tumors may cause symptoms and other health problems simply by taking up space and putting pressure on neighboring structures or blocking important fluid channels or nerves, thus disrupting normal functions of the body.  Still other cancers can proliferate into the blood stream.  As the number of cancerous cells increase, the biochemically active substances that they produce can also become a problem resulting in abnormal biological responses throughout the body.  Some substances that might become a problem in this way include normal or abnormal hormones, enzymes, antibodies, and proteins.  Cancerous cells are considered malignant if they lose their normal tendency to stop proliferating when they have filled a space or the bounds of their particular tissue type, referred to as contact inhibition.  Malignant cells ignore these boundary cues and may invade other tissue spaces and organs with devastating results.  They may also migrate via the blood stream or other routes to distant sites within the body where they set up a new location of tumor growth and tissue invasion.  This process is called metastasis.  Typically, cancers are not diagnosed until they produce sufficient symptoms or biochemical abnormalities that lead to an exhaustive diagnostic search resulting in their discovery.  Occasionally, cancers are discovered accidentally as part of another investigation, e.g. a chest x-ray may find an asymptomatic lung cancer; a blood test may disclose a telltale abnormality.  Still fewer cancers are discovered before they cause health problems through screening tests that are sensitive and specific enough to detect common cancers at a preclinical and hopefully highly treatable stage, e.g. routine colonoscopies to detect colon cancer, or PSA blood tests to detect prostate cancer.

b.   Carcinogenesis-a two-step process

The process of normal cells becoming cancer cells is generally recognized as resulting from a two-step process.

**Initiation**.  During initiation, a change is produced at one or more places in the DNA of a cell's chromosomes.  Because the DNA represents the genetic code that becomes duplicated and passed along to cells that arise from it, when that cell divides to produce two cells, the change to the genetic code is also duplicated and is present in both of them.

Normally, the abnormal cell that results from a change in the genetic code cannot survive because its cellular machinery is also abnormal and poorly or non-functional.  Less often, if the cell is able to survive in the body, it is still abnormal and deformed, and is recognized by the body's immune system as alien.  The immune system attacks it and destroys it, and it does not survive.  In the very rare instance that an alteration to the genetic material results in a survivable hereditary change that is not fatal, and which can escape the surveillance of the body's immune system, the resulting clone may live and persist. (Coussens LM, 2002)

**Promotion** - Once a cancer clone has been produced, it is at risk for being discovered and destroyed by the body's immune system, or failing to thrive in an environment for which it is not suited.  Promotion is the process by which the cancer clone is shielded

2

from the body's defenses and is stimulated to undergo rapid growth, transforming a microscopic cancer clone into a self-sustaining symptomatic cancer over time. (Ferrante D, 2007) (Coussens LM, 2002)

Most known carcinogenesis events occur by the two-step process and involve a long latent period between the moment of the alteration in the genetic material and the recognition that a cancer is present.  In human cancers, this latent period is often several months to many years in length.  The latency period for ovarian cancer, generally, and for cancers induced by environmental agents is usually quite long, often >20 years. (Nadler DL, 2014)  Promotion occurs throughout the latent period and stimulates the growing cancerous cells to become a recognizable cancer.  A third stage in the natural history of a cancer, referred to as Progression, involves maturation, differentiation or de-differentiation and accumulation of transcriptional changes that solidify the tumor's growth rate and invasiveness. Some carcinogenic substances are initiators and some are promotors, and still others are called complete carcinogens because they are capable of initiation and promotion.

c.  Ovarian cancer

Ovarian cancer is a group of cancers that arise in the ovary or in adjacent tissues.  It is estimated that about 22,240 women will receive a new diagnosis of ovarian cancer and about 14,070 women will die from ovarian cancer in the United States in 2018. (American Cancer Society, n.d.) (Torre LA, 2018)  Ovarian cancer ranks fifth in cancer deaths among women, and first due to cancers of the female reproductive system. Most ovarian cancers are not discovered until they have reached an advanced stage and have spread to sites elsewhere in the body.  Because advanced ovarian cancers are more difficult to treat, they have a high fatality rate. For these reasons, any effective prevention of ovarian cancer or reduction in ovarian cancer risk can have a significant impact on this disease and can save many women's lives.

There are several recognized forms of ovarian cancer that are distinguished by the specific tissues from which they arise, or the microscopic characteristics of the tumor cells themselves.  About 85% to 90% of malignant ovarian cancers are epithelial ovarian carcinomas, and the majority of these are of the serous type (American Cancer Society, n.d.) (Prat, 2015).  Ovarian, fallopian tube, and peritoneal cancers have a similar clinical presentation and are treated similarly, and current evidence suggests that they may have a common origin, supporting a common staging system (Soong TR, 2018).

Despite significant advances in cancer diagnosis and therapies over the past several decades, there have been few changes in the incidence or fatality rates for ovarian cancer. Consequently, it is worth considering preventable environmental causes of the ovarian cancer epidemic. (Woodruff, 1979) (LA Torre, 2018)

5.  What is talc?
    a.  General

3

Talc is a hydrated magnesium silicate **mineral produced through a metamorphic geological process and** having the generalized chemical formula $Mg_3Si_4O_{10}(OH)_2$. Some substitution of atoms occurs in variations of talc found in nature.  Small amounts of Aluminum (Al) or Titanium (Ti) can substitute for Silicon, and small amounts of Iron (Fe), Manganese (Mn), Aluminum (Al) and Calcium (Ca) can substitute for Magnesium. This produces slight variations in the color, hardness and chemical properties of the mineral.  Talc is the softest mineral on the Mohs Hardness Scale. (King, n.d.)  It is essentially insoluble in water, but is slightly soluble in dilute mineral acids. The process seems to involve the extraction of magnesium and other cations leaving only the silicate as silicic acid and silica.

The commercial value of talc stems from its crystalline structure.  Most talc is present in natural deposits as the platy form of talc, in which the talc crystals are arrange in large flat sheets running parallel to one another.  These sheets are attracted to each other by weak Van der Waals forces that can be easily overcome by mechanical forces, causing the sheets to slide on each other.  On the macro scale, this property gives talc its characteristic slippery feeling on the skin.  The platy structure also gives talc its ability to absorb moisture and oil.  Some talc is found as a fibrous crystalline structure, similar to some asbestos, also a magnesium silicate mineral.  In fact, these two minerals are closely related in terms of their formation and composition.  Talc deposits are often intermingled with asbestos and vice versa. (Rohl, 1974) (Rohl AN, 1976) (National Institute for Occupational Safety and Health, 2011) (Lockey, 1981)

b.  Talcum Powder and Cancer.

Numerous studies have examined the cancer causing characteristics of talc. (Wild, 2006) Talc has caused cancer when implanted in various tissues and under the skin in laboratory animals.  It causes inflammation and fibrotic reaction, including the chemotaxis of inflammatory immune cells, and accelerated growth and division of cells in the involved tissues (Okada, 2007).  This is a normal body process that leads to the thwarting of infection and rapid healing, but in the absence of tissue injury, accelerated growth and cell division has the effect of amplifying and propagating viable genetic mutations, leading to cancer.  Talc particles have been repeatedly demonstrated in ovarian tumor tissues (Henderson WJ C. J., 1971) (Henderson WJ T. H., 1979) and in inflammatory tissue in otherwise normal ovaries (Mostafa SAM, 1985).  In 2006, the International Agency for Research on Cancer (IARC) evaluated the published evidence for the carcinogenicity of talc, not containing asbestiform fibers, when inhaled into the respiratory system and when applied to the perineum in personal hygiene activities.  The agency concluded that talcum powder is a "possible human carcinogen" (Group 2B) when applied to the perineum, meaning that there is insufficient evidence of carcinogenesis in humans, but strong evidence in other mammalian species.  IARC also concluded that there was insufficient evidence of carcinogenicity by the inhalation route (Group 3). (International Agency for Research on Cancer, 2010)  Since that time,

numerous other studies have added to the data on this issue.  A recent meta-analysis showed that talc workers do have an excess of lung cancers. (Chang C-J, 2017)

When implanted under the skin or into tissues of laboratory animals, talcum powder induces an inflammatory response.  This reaction involves the chemotaxis of inflammatory cells of the immune system, lymphocytes, neutrophils and macrophages, the release of cytokines that promote membrane permeability and stimulate cell division. As this reaction matures over time, granulomas may begin to develop.  All of this signifies that talcum powder is an effective and potent promotor of already initiated genetic alterations. (Fletcher NM M. I., 2018) (Fletcher NM S. G., 2018) (Saed GM, 2017) (Radić I, 1988) (Okada, 2007)  Other studies have demonstrated the ability of these same reactions to satisfy the carcinogenic initiation step, characterizing talcum powder as a complete carcinogen. (Shukla A, 2009) (Fletcher NM M. I., 2018)

c.   What about asbestos and other components in talc and talc-based products?

Talcum powder products in the marketplace have been shown to contain asbestos. (Paoletti L, 1984) (VanOrden D, 2000) (VanGosen BS, 2004) (Longo WE, 2017) Asbestos is conclusively recognized as a cause of ovarian cancers. The IARC Working Group concluded that "a causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive cohort mortality studies of women with heavy occupational exposure to asbestos, (International Agency for Research on Cancer, 2012)" and "studies showing that women and girls with environmental, but not occupational exposure to asbestos had positive, though non-significant, increases in both ovarian cancer incidence and mortality. (Acheson ED, 1982) (Fox, 1982) (Berry G, 2000) (Newhouse ML, 1972) (Reid A H. J., 2008) (Reid A S. A., 2009) (Pira E, 2005) (Magnani C, 2008) (Bertolotti M, 2008) (Ferrante D, 2007) (Germani D, 1999) (Rösler JA, 1994)  The classification determined by IARC included all forms of asbestos and talc containing asbestiform fibers (fibrous talc).  I have seen evidence that Johnson & Johnson's talcum powder products contain asbestos and fibrous talc. [1]

d.   Carcinogenic metals in talcum powder

In addition to other related minerals, talcum powder may contain varying amounts of chromium, cobalt and nickel, metal ions that are recognized as cancer causing.  These ions leach out of the talcum powder slowly over time, resulting in continuous, low-level exposure of the surrounding tissues to carcinogenic metals.  (Jurinski JB, 2001)  I have seen evidence that Johnson & Johnson's talcum powder products contain nickel (Group 1

---

[1] Ex. 28, Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018); Ex. 47, Pier Dep. (Sept. 12 & 13, 2018); Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Nov. 14, 2018)

human carcinogen), chromium (Group 1 human carcinogen), and cobalt (Group 2B-possible human carcinogen).[2]

e.   Other potentially cancer-causing constituents

Johnson & Johnson's Baby Powder and Shower to Shower contain numerous ingredients that have been added to the products, i.e. fragrance chemicals, some of which have been shown to produce cancer in laboratory animals.  These substances are likely to be present in very small or trace amounts, and likely present a lower level of risk than the major components, by mass.  Nonetheless, any additional risks are added as part of a total risk profile.  I have reviewed the report of Dr. Michael Crowley and agree with his conclusions that these chemicals may contribute to the inflammatory properties, toxicity, and potential carcinogenicity of the products.[3]

6.   Epidemiology linking talcum powder and ovarian cancer

Many research studies have shown a strong association between talcum powder exposure and the development of ovarian cancer. (Langseth H, 2008) (Terry KL, 2013) (Schildkraut JM, 2016) (Trabert, 2016) (Berge W, 2017) (Cramer Daniel W, 2016) (Penninkilampi R, 2018)

a.   What evidence links exposure to talcum powder products with ovarian cancer?

Multiple epidemiological studies have examined the link between the personal hygiene use of talc containing products and the occurrence of ovarian cancers (Booth M, 1989) (Cook LS K. M., 1997) (Cook LS e. a., 1997) (Cramer DW, 1982) (Whittemore AS, 1988) (Harlow BL W. B., 1989) (Chen Y, 1992) (Harlow BL C. D., 1992) (Rosenblatt KA, 1992) (Hartge P, 1988) (Tzonou A, 1993) (Chang S, 1997) (Heller DS, 1996) (Penninkilampi R, 2018).  Talcum powder causes proliferation of human (Prat, 2015) ovarian cells in culture (Buz'Zard AR, 2007), and causes these cells to express reactive oxygen species (ROS) (Buz'Zard AR, 2007).

The research investigating the link between talcum powder exposure and ovarian cancer has been reviewed as a scientific whole at multiple stages.  (Harlow BL H. P., 1995) (Ness Roberta B, 1999) (Muscat JE, 2008) (Terry KL, 2013) (Berge W, 2017) (Penninkilampi R, 2018)

Laboratory, animal and human studies support the conclusions that talc causes ovarian cancer, and have filled in the blanks that establish biological plausibility and scientific coherence. (Jaiswal M, 2000) (Balkwill Fran, 2001) (Okada, 2007) (Saed Ghassan M, 2017) (Harper, 2019)

7.   Talcum powder product use

---

[2] Ex. 47, Pier Dep. (Sept. 12 & 13, 2018)

[3] Expert Report of Michael Crowley, PhD (Nov. 12, 2018).

Numerous studies have interviewed women regarding their personal practices of application of talc-based powders to the perineal area.  Due to variations in these practices, it has been difficult to estimate dose in order to evaluate the dose response relationship for ovarian cancer.  It is also difficult to exactly estimate the quantity of talcum powder administration during personal hygiene activities.  For studies that attempted to determine amount of exposure, most relied on a method of estimating the frequency of application and/or the duration of those practices, then simply multiplying to reach a total number of applications over time. (Harlow BL H. P., 1995) (Langseth H, 2008)  A review of studies of perineal talcum powder or cornstarch application suggests that the use of cornstarch instead of talcum powder reduces the risk of ovarian cancer. (Whysner J, 2000)

8.  Other evidence

   a.  Transport of talc-containing materials from the perineum to the upper reproductive tract and body cavities has been shown to occur with startling regularity and with respect to a wide variety of particulate materials. (Egli GE, 1961) (Venter PF, 1979) (Blumenkrantz MJ, 1981) (Halme J, 1984) (Sjösten ACE, 2004)  Clearly, sufficient particulate materials applied routinely to the perineum have ready access and in sufficient quantities to produce biological responses in internal tissues, including the ovaries and surrounding structures.  There are a limited number of animal studies suggesting that this transport does not occur.  (National Toxicology Program, 1993)  These are not as compelling as the human evidence because of anatomical and physiological differences between animals and humans in this regard, as well as the overwhelming evidence in humans.

9.  Conclusions and opinions

The following conclusions and opinions are expressed with respect to reasonable medical and scientific certainty and I have applied reliable scientific principles and methods to the facts in reaching them. These opinions are based upon the documents and literature reviewed and cited herein, and also upon my own professional training and experience in practice of medicine and medical toxicology.

**I.   Talcum powder products sold for personal hygiene use are carcinogenic.**

Talcum powder is immunogenic, producing chronic inflammation in the tissues in which it sequesters, with the attraction of lymphocytes and macrophages and the ongoing local release of pro-inflammatory cytokines and reactive oxygen species.  Further, all talcum powder has some component of mineral fibers that are toxic to macrophages and intensify the inflammatory response and stimulate cell growth and proliferation.  The presence of asbestos, fibrous talc, carcinogenic metals and other chemicals further intensify this effect.  Cohort and case-control studies have shown statistically significant associations between talc-based powder use and ovarian cancers.  The presence of carcinogenic metals such as, chromium, cobalt and nickel, and toxic fragrance components in commercial talcum powder products, adds to their carcinogenic potency. Talcum powder is a complete carcinogen and can both initiate and promote the development of cancers in the tissues in which it sequesters.

## II.   Perineal use of talcum powder products for feminine hygiene purposes results in direct exposure to the female reproductive tract.

A proportion of talcum powder from personal hygiene applications to the perineum is transported or migrates through the reproductive tract, through the patent fallopian tubes, onto the ovaries and into the pelvic cavity.  Talc particles have been identified in reproductive system structures of women who utilize talc powders.  These include the uterine cervix, the endometrium, the fallopian tubes and the ovaries.  Inhalation is likely a secondary route of exposure.

## III.   Common carcinogenic constituents of talcum powder products participate in and add to the carcinogenic process.

Naturally occurring carcinogenic components of talcum powder, i.e. asbestos, chromium, nickel, and cobalt, are liberated in bodily fluids and tissues and are free to exert their carcinogenic effects.  Added substances that are toxic or carcinogenic, i.e. fragrance chemicals, may also contribute to these effects.  This process is the most intense where the duration is the longest.  Because the ovaries have no intrinsic elimination system, the transport of talc particles and their constituents reaches the ovaries where it stalls and sequesters.  For these reasons, ovarian tissue is most at risk for the carcinogenic effect of these substances.

## IV.   Regular perineal application of talcum powder products causes epithelial ovarian cancer in some users, and raises the risk of ovarian cancer in all users.

Multiple case-control and cohort epidemiological studies have looked at the relationship between the perineal use of talc-based powders and the eventual development of epithelial ovarian cancer.  Most, but not all, of these studies show a consistent positive relationship.  When confounding and bias are exhaustively considered, the positive association remains.  I conclude that the apparent cause and effect relationship between perineal talcum powder use and ovarian cancer is real, amounting to about a 30% increased risk of ovarian cancer in talcum powder product users.  At the current rate of ovarian cancer diagnosis and mortality, elimination of this source of risk could result in over 3,000 lives saved in the U.S. each year.

In 1965, Sir Austin Bradford Hill published what has come to be recognized as the best collection of factors to consider for the assessment of scientific evidence that relates the causation of disease to environmental exposures (Hill, 1965).  These factors include: (1) Strength of association, (2) Consistency of the evidence, (3) Specificity, (4) Temporality, (5) Biological gradient, (6) Plausibility, (7) Coherence, (8) Experiment, and (9) Analogy.  Below I provide my evaluation of the scientific evidence with respect to the Hill factors.

**Strength of association** –Many epidemiological studies have attempted to examine the association between perineal use of talcum powder products and ovarian cancer.  Most of these have been case-control studies, where women diagnosed with ovarian cancer are paired with others of similar demographic background who do not have ovarian cancer.  All of these women are interviewed about their past practices and exposures, including the use of talcum powder products.  The resulting data are analyzed to compute an odds ratio (OR) that describes the

likelihood of those with cancer having had greater exposure to talcum powder than those who did not. Cohort studies selected populations of women, assessing them for many factors, including perineal talcum powder use, and followed them over time counting the occurrences of ovarian cancers. These studies were than able to compute a relative risk (RR) of exposure to talcum powder resulting in ovarian cancers. Of more than 25 case-control studies in the literature, the heavy majority showed positive and significant ORs for perineal talcum powder use and ovarian cancer. The three cohort studies did not find a significant relative risk of perineal talcum powder exposure leading to ovarian cancer, but did show positive non-significant trends. Several research groups have looked at the totality of the research evidence, evaluated the published study reports, and have reanalyzed those data on a common playing field through meta-analyses. Taken in their totality, and accounting for sources of bias and differing statistical treatments, these epidemiological studies support a strong association between the perineal use of talcum powder and ovarian cancer.

**Consistency of the evidence** – As stated above, the majority of epidemiological studies that have investigated the link between perineal talcum powder use and ovarian cancer have reported positive associations. These studies are consistent in their findings of a relationship between perineal use of talcum powder products and the development of ovarian cancer. Further, recent meta-analyses of previously published studies have verified the comparability of the research methods used and the consensus of conclusions.

**Specificity** – Specificity is the concept that a specific disease, rather than a host of diseases, is produced by a particular exposure, and that the exposure is a principal cause of the disease. Although talcum powder is known to cause non-specific inflammation in many tissues where its residues locate, the stimulation of ovarian cancer is particularly associated with the presence of talc in the ovaries and fallopian tubes. Of known factors associated with ovarian cancer, i.e. nulliparous state, early menarche, late menopause, oral contraceptive use, living in the twentieth century and beyond, perineal talcum powder exposure is proving to be prominent among them.

**Temporality** – If a particular exposure is the cause of a particular disease, then the onset of exposure should precede the onset of the disease. Studies investigating the link between perineal talcum powder exposure and ovarian cancer are designed to compare those with prior exposure to those who are not exposed, and so the scientific evidence supports this consideration.

**Biological gradient** – A basic toxicological principle is that a greater exposure intensity will result in a larger proportion of those exposed expressing the toxic effect, in this case ovarian cancer. In order to determine the intensity of a long-term environmental exposure, typically a measure of frequency or quantity of use is multiplied by the duration of such use. This allows categorization of exposure levels and comparisons. Although some studies have failed to find evidence of a dose-response relationship, several more recent reports have shown a clear dose-response when the number of subjects rose to a level producing sufficient statistical power to allow the analysis after subdivision of subjects into pertinent categorical groups, and frequency and duration were measured (Schildkraut JM, 2016) (Cramer Daniel W, 2016) (Wu, et al., 2009).

9

**Plausibility** – This factor expects the rational presentation of a mechanism whereby the exposure in question leads to the disease.  Thus, if no such mechanism can be proposed, it is less likely that causation will be supported.  In the case of ovarian cancer, the mechanism supported in the literature is as follows: Talcum powder products are applied to the perineal area in the course of routine personal hygiene practices.  This element is supported by the existence of these products in the marketplace for many years and the statements of subjects interviewed for the purpose of conducting the scientific research discussed elsewhere in this report.  Portions of the applied powders are transferred via active processes or passive mass action movements into the female reproductive tract, some making it all the way to the distal fallopian tubes, the ovary surfaces and the pelvic and peritoneal cavities.  This element is supported by the observations that particulate materials of differing variety can make their ways along these pathways to the listed destinations, and the finding and confirmation of talc particles in normal ovarian tissues and ovarian tumor tissues at the time of oophorectomy or autopsy.  Once reaching the target tissues, talcum powder and its constituents initiate carcinogenesis via multiple means, including, inflammation with chemotaxis of inflammatory cells, liberation of cytokines, and reactive oxygen species, inactivation of TP53 genetic modulator, inhibition of DNA repair, and long-term promotion of genetic mutations via continuous inflammation and cellular growth stimulation.

**Coherence** – The proposed cause and effect relationship should not "seriously conflict with the generally known facts of the natural history and biology of the disease."(Hill, 1965)  The proposal that talcum powder product use results in the occurrence of ovarian cancer is entirely consistent with what is known about other factors related to ovarian cancer, i.e. early menarche, late menopause, pregnancies, breastfeeding history, oral contraceptive use, etc.  All are factors that influence the local inflammatory environment of the ovary and its surroundings and have the potential to promote existing transcriptional errors and mutations.

**Experiment** – Interventions, such as tubal ligation that decreases the incidence of ovarian cancer by blocking the exposure route, offers experimental support for this mechanism. The use of cornstarch-based dusting powders as a substitute for talcum powder products offers additional experimental support.

**Analogy** – Have there been other environmental exposures that have been associated with ovarian cancers that act via similar mechanisms?  Talcum powder is somewhat unique in terms of its delivery mechanism. But beyond that, the case of asbestos exposure is similar.  Asbestos exposure has resulted in excesses of ovarian cancers in exposed women, although the route of exposure is thought to be by inhalation.  Nonetheless, asbestos is a mineral very similar both chemically and structurally to talc that has been found in the ovary and peritoneal cavity of exposed women.  The mechanisms of carcinogenesis for both asbestos and talc are similar and analogous.  Further, talc-based products contain asbestos and non-asbestos mineral fibers having carcinogenic potential.

When considering these factors, I gave the most weight to the compelling strength of association and consistency, as well as the well-described biologic mechanism.

The currently available scientific research, when considered in its totality, demonstrates a cause and effect relationship between the use of talcum powder products and the development of epithelial ovarian cancer.  This opinion is reinforced by my consideration of the Hill factors for the assessment of causation.

In reviewing the scientific and medical literature on talcum powder product use, I also performed a risk assessment and considered whether perineal use of those products poses a safety risk to consumers.  This involved careful consideration of the epidemiological literature, data on the dose-response relationship and exposure, as well as the nature of these products, which are used primarily for personal care.  I also considered evidence of the toxicity of these products, for which repeated testing and analyses have shown to contain carcinogens.

In considering the weight of this epidemiologic, toxicologic, and mechanistic evidence, across multiple studies, time, demographics, and researchers, demonstrating a consistent association between perineal use of talcum powder products and ovarian cancer, it is my opinion that talcum powder products increase the risk of ovarian cancer and pose a significant health hazard.

In conclusion, it is my opinion that the perineal use of talcum powder products causes ovarian cancer in some users and increases the risk of ovarian cancer in all users of these products.

All of my opinions in this report are provided with respect to a reasonable degree of medical and scientific certainty.  I reserve the right to amend or supplement my report as new information becomes available.

## References

Acheson ED, G. M. (1982). Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *British Journal of Industrial Medicine, 39*, 344-348.

American Cancer Society. (n.d.). *Key Statistics for Ovarian Cancer*. Retrieved October 31, 2018, from American Cancer Society: https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html

American Cancer Society. (n.d.). *What Is Ovarian Cancer?* Retrieved 10 31, 2018, from American Cancer Society: https://www.cancer.org/cancer/ovarian-cancer/about/what-is-ovarian-cancer.html

Balkwill Fran, M. A. (2001). Inflammation and cancer: back to Virchow? *The Lancet, 357*, 540-545.

Berge W, e. a. (2017). Genital use of talc and risk of ovarian cancer: a meta-analysis. *European Journal of Cancer Prevention*.

Berry G, N. M. (2000). Mortality from all cancers of asbestos factory workers in east London 1933-80. *Occupational and Environmental Medicine, 57*, 782-785. doi:0.1136/oem.57.11.782

Bertolotti M, F. D. (2008). Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy). *Epidemiol Prev, 32*, 218-228.

Blumenkrantz MJ, G. N. (1981). Retrograde menstruation in women undergoing chronic peritineal dialysis. *57*(5), 667-670.

Booth M, B. V. (1989). Risk factors for ovarian cancer: a case-control study. *British Journal of Cancer, 60*, 592-598.

Buz'Zard AR, L. B. (2007). Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytotherapy Research, 21*, 579-586.

Chang C-J, e. a. (2017). Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies. *Canadian Respiratory Journal, 2017*(1270608), 1-12. Retrieved from https://doi.org/10.1155/2017/1270608

Chang S, R. H. (1997). Perineal talc exposure and risk of ovarian carcinoma. *Cancer, 79*, 2396-2401.

Chen Y, W. P. (1992). Risk factors for epithelial ovarian cancer in Beijing, China. *International Journal of Epidemiology, 21*, 23-29.

Cook LS, e. a. (1997). Erratum in "Perineal powder exposure and the risk of ovarian cancer". *American Journal of Epidemiology, 148*, 410.

Cook LS, K. M. (1997). Perineal powder exposure and the risk of ovarian cancer. *American Journal of Epidemiology, 145*, 459-465.

Coussens LM, Z. W. (2002). Inflammation and cancer. *Nature, 420*(6917), 860–867. doi:10.1038/nature01322

Cramer Daniel W, V. A. (2016). The Association Between Talc Use and Ovarian Cancer: A Retrospective Case–Control Study in Two US States. *Epidemiology, 27*, 334-346.

Cramer DW, W. W. (1982). Ovarian cancer and talc: A case-control study. *Cancer, 50*, 372-376.

Egli GE, M. N. (1961). The transport of carbon particles in the human female reproductive tract. *Fertility anfd Sterility, 12*(2), 151-155.

Ferrante D, B. M. (2007). Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato. *Environmental Health Perspectives, 115*, 1401-1405.

Fletcher NM, M. I. (2018). Talcum powder enhances oxidative stress in ovarian cancer cells. *Presented at the 65th meeting of the Society for Reproductive Investigation, San Diego California.*

Fletcher NM, S. G. (2018). Talcum powder enhances cancer antigen 125 in ovarian cancer cells and normal ovarian epithelial cells. *Presented at the 65th meeting of the Society for Reproductive Investigation, San Diego California.*

12

Fox, A. W. (1982). Mortality of female gas mask assemblers. *British Journal of Industrial Medicine, 39*, 34-38.

Germani D, B. S. (1999). Cohort and mortality study of women compensated for asbestosis in Italy. *American Journal of Industrial Medicine, 36*, 129-134. doi:10.1002/(SICI)1097-0274(199907)36:1<129::AID-AJIM18>3.0.CO;2-9

Halme J, e. a. (1984). Retrograde menstruation in healthy women and in patients with endometriosis. *Obstetrics and Gynecology, 64*(2), 151-154.

Harlow BL, C. D. (1992). Perineal exposure to talc and ovarian cancer risk. *Obstetrics and Gynecology, 80*, 19-26.

Harlow BL, H. P. (1995). A review of perineal talc exposure and risk of ovarian cancer. *Regulatory Toxicology and Pharmacology, 21*, 254-260.

Harlow BL, W. B. (1989). A case–control study of borderline ovarian tumors: the influence of perineal exposure to talc. *American Journal of Epidemiology, 130*, 390-394.

Harper, S. (2019). Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes. *pending publication*.

Hartge P, H. R. (1988). Talc and ovarian cancer [letter]. *JAMA, 250*, 1844.

Heller DS, W. C. (1996). The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *American Journal of Obstetrics and Gynecology, 174*, 1507-1510.

Henderson WJ, C. J. (1971). Talc and carcinoma of the ovary and cervix. *Journal of Obstetrics and Gynaecology of the British Commonwealth, 78*, 266-272.

Henderson WJ, T. H. (1979). Talc in normal and malignant tissue. *The Lancet*, 499.

Hill, A. (1965). The environment and disease: Association or causation. *Proceedings of the Royal Society of Medicine, 58*(5), 295-300.

International Agency for Research on Cancer. (2010). *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 93 - Carbon Black, Titanium Dioxide, and Talc.* Lyon, Freance.

International Agency for Research on Cancer. (2012). Arsenic, Metals, Fibres and Dusts, Vol 100C, A review of human carcinogens. In IARC, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.* Lyon, France: World Health Organization.

Jaiswal M, L. N. (2000). Inflammatory cytokines induce DNA damage and inhibit DNA repair in cholangiocarcinoma cells by a nitric oxide-dependent mechanism. *Cancer Res, 60*, 184-190.

Jurinski JB, R. J. (2001). Biodurability of talc. *American Mineralogist, 86*(4), 392-399.

King, H. M. (n.d.). *Talc: The Softest Mineral*. Retrieved 10 31, 2018, from Geology.com: https://geology.com/minerals/talc.shtml

LA Torre, B. T. (2018). Ovarian Cancer Statistics, 2018. *CA A Cancer Journal for Clinicians, 68*, 284–296.

Langseth H, H. S. (2008). Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health, 62*, 358-360. doi:10.1136/jech.2006.047894

Lockey, J. (1981). Nonasbestos fibrous minerals. *Clinics in Chest Medicine, 2*(2), 203-218.

Longo WE, M. R. (2017). *Analysis of Johnson and Johnson Baby Powder and Valiant Shower To Shower Talc Products for Amphibole (Tremolite) Asbestos: Expert Report.* Materials Analytical Services, LLC, Atlanta .

Magnani C, F. D.-A. (2008). Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. *Occupational and Environmental Medicine, 65*, 164-170. doi:10.1136/oem.2007.032847

Mostafa SAM, e. a. (1985). Foreign body granulomas in normal ovaries. *Obstetrics and Gynecology, 66*(5), 701-702.

Muscat JE, H. M. (2008). Perineal Talc Use and Ovarian Cancer: A Critical Review. *Eur J Cancer Prev., 17*(2), 139-146. doi:10.1097/CEJ.0b013e32811080ef

Nadler DL, I. Z. (2014). Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology, 2014*, 1-8. doi:10.1155/2014/746769

National Institute for Occupational Safety and Health. (2011). *Asbestos fibers and other elongate mineral particles: State of the science and roadmap for research.* NIOSH Current Intelligence Bulletin No. 62.

National Toxicology Program. (1993). *Toxicology and Carcinogenesis Studies of Talc (CAS No 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3F1 Mice (Inhalation Studies) (1993).* Washington: USDHHS.

Ness Roberta B, C. C. (1999). Possible role of ovarian epithelial inflammation in ovarian cancer. *Journal of the National Cancer Institute, 91*, 1459-1467.

Newhouse ML, B. G. (1972). A study of the mortality of female asbestos workers. *British Journal of Industrial Medicine, 29*, 134-141.

Okada, F. (2007). Beyond foreign-body-induced carcinogenesis: Impact of reactive oxygen species derived from inflammatory cells in tumorigenic conversion and tumor progression. *International Journal of Cancer, 121*, 2364–2372.

Paoletti L, S. C. (1984). Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs. *Regulatory Toxicology and Pharmacology, 4*, 222-235.

Penninkilampi R, E. G. (2018). Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology, 29*, 41-49. doi:10.1097/EDE.0000000000000745

Pira E, P. C. (2005). Cancer mortality in a cohort of asbestos textile workers. *British Journal of Cancer, 92*, 580-586. doi:10.1038/sj.bjc.6602240

Prat, J. (2015). Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum. *Cancer, 121*, 3452-3454.

Radić I, e. a. (1988). Immunosuppression induced by talc granulomatosis in the rat. *Clin Exp Immunol, 73*, 316-321.

Reid A, H. J. (2008). The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occupational and Environmental Medicine, 65*, 743-749. doi:10.1136/oem.2007.035782

Reid A, S. A. (2009). Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev, 18*, 140-147. doi:10.1158/1055-9965.EPI-08-0746

Rohl AN, e. a. (1976). Consumer talcums and powders: mineral and chemical characterization. *Journal of Toxicology and Environmental Health, 2*, 255-284.

Rohl, A. (1974). Asbestos in talc. *Environmental Health Perspectives, 9*, 129-132.

Rosenblatt KA, S. M. (1992). Mineral fiber exposure and the development of ovarian cancer. *Gynecological Oncology, 45*, 20-25.

Rösler JA, W. H. (1994). Mortality rates in a female cohort following asbestos exposure in Germany. *Journal of Occupational Medicine, 36*, 889–893.

Saed Ghassan M, D. M. (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic Oncology, 145*, 595-604. doi:http://dx.doi.org/10.1016/j.ygyno.2017.02.033

Saed GM, D. M. (2017). Updates on the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecologic Oncology, 145*, 595-602.

Schildkraut JM, A. S.-S. (2016). Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiology, Biomarkers & Prevention, 25*(10), 1411–1417. doi:10.1158/1055-9965.EPI-15-1281

Shukla A, e. a. (2009). Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *American Journal of Respiratory Cell and Molecular Biology, 41*, 114-123.

Sjösten ACE, H. E. (2004). Retrograde migration of glove powder in the human female genital tract. *Human Reproduction, 19*(4), 991-995. doi:10.1093/humrep/deh156

Soong TR, H. B. (2018). Evidence for lineage continuity between early serous proliferations (ESPs) in the Fallopian tube and disseminated high-grade serous carcinomas. *Journal of Pathology, 246*(3), 344-351. doi:10.1002/path.5145

Terry KL, e. a. (2013). Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prevention Research, 6*(8), 811-821.

Torre LA, B. T. (2018). Ovarian Cancer Statistics, 2018. *CA Cancer J Clin, 68*, 284-296.

Trabert, B. (2016). Body Powder and Ovarian Cancer Risk—What Is the Role of Recall Bias? *Cancer Epidemiology, Biomarkers and Prevention, 25*(10), 1369-1370.

Tzonou A, P. A. (1993). Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *International Journal of Cancer, 55*, 408-410.

VanGosen BS, L. H. (2004). *A USGS Study of Talc Deposits and Associated Amphibole Asbestos Within Mined Deposits of the Southern Death Valley Region, California.* United States Geological Survey. Retrieved from https://pubs.usgs.gov/of/2004/1092/

VanOrden D, L. R. (2000). *Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. 22 November 2000.* Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations "Talc (containing asbestiform fibers)". 4 December 2000., National Toxicology Program.

Venter PF, M. I. (1979). Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. *S Afr Med. J, 55*, 917-919.

Whittemore AS, W. M. (1988). Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *American Journal of Epidemiology, 128*, 1228-1240.

Whysner J, M. M. (2000). Perineal application of talc and cornstarch powders: Evaluation of ovarian cancer risk. *Am J Obstet Gynocol, 182*, 720-724.

Wild, P. (2006). Lung cancer risk and talc not containing asbestiform fibres: a review of the epidemiological evidence. *Occup Environ Med, 63*, 4-9. doi:10.1136/oem.2005.020750

Woodruff, J. (1979). The pathogenesis of ovarian neoplasias. *The Johns Hopkins Medical Journal, 144*(4), 117-120.

# Exhibit A

Curriculum Vitae

Arch I Carson MD PhD

4922 Braesvalley Dr.
Houston TX 77096

Occupational Medicine and Medical Toxicology

Telephone 713 446 7793
arch.carson@earthlink.net

**Biosketch**

Arch "Chip" Carson, MD, PhD is a physician (The Ohio State University), board certified in Occupational Medicine (American Board of Preventive Medicine), who holds a Doctor of Philosophy degree in Toxicology (University of Cincinnati, Kettering Laboratory).  He has served on the faculty of the University of Cincinnati and the New York University Medical Center and joined the faculty of the University of Texas School of Public Health in 1992 in its Environmental Sciences Discipline and Occupational and Environmental Health and Aerospace Medicine Module.  He is Associate Professor of Occupational Health, directs the Occupational and Environmental Medicine Residency Program and is a member of the research team of the Southwest Center for Occupational and Environmental Health, a NIOSH Education and Research Center, and WHO Collaborating Centre in Occupational Health.  He maintains a clinical practice of occupational medicine and medical toxicology.  In his more recent role as Medical Director for the University of Texas Medical Branch in Galveston, he is responsible for the health monitoring and care of more than 15,000 employees.  He is a frequent consultant to governments, corporations and the legal community on matters related to industrial chemical exposure, toxicology and environmental justice.   His research interests include: environmental and occupational chemical exposures, inhalation injuries, metal exposures and cancer, and professional training in occupational medicine.

**Professional Activities/Employment**

| | |
|---|---|
| 2017-18 | University of Texas Medical Branch, Galveston, Assistant Clinical Professor of Preventive Medicine and Family Medicine |
| 2017-18 | University of Texas Medical Branch, Galveston, Medical Director, Employee Health Services. |
| 2017-18 | Enbridge Corporation, Houston Texas, Medical Director, Employee Health Services. |
| 2010-18 | University of Texas Health Science Center, Houston, Associate Professor of Occupational Health. |
| 2010-18 | University of Texas Health Science Center at Houston, Program Director, Occupational and Environmental Medicine Residency. |
| 1991-18 | Private practice of Occupational Medicine and Toxicology, New York, Texas and Ohio. |
| 2011-18 | Spectra Energy Corporation, Houston Texas, Medical Director, Employee Health Services. |
| 1997-13 | Texas Medical Center Inc., Houston Texas, Medical Director, Employee Health Services. |
| 1992-08 | University of Texas School of Public Health, Assistant Professor of Occupational Medicine and Environmental Sciences. |
| 1998-08 | University of Texas Health Science Center at Houston, Program Director, Occupational and Environmental Medicine Residency. |
| 2003-08 | Southwest Center for Occupational and Environmental Health, Principal Investigator and Director, Diller Phosgene Exposure Incident Registry of the American Chemistry Council. |

| 2000-06 | Chevron Phillips Chemical Company, Houston Texas, Corporate Medical Director. |
| 2003-05 | U.S. Department of Energy Office of Worker Advocacy Physician Review Panel Appointee. |
| 1997-04 | Southwest Center for Occupational and Environmental Health, Principal Investigator, City of Houston Lead Poisoning Epidemiology Project. |
| 1992-03 | UT Health Services, University of Texas Houston Health Science Center, Attending Physician, Occupational Medicine and Toxicology. |
| 1997-01 | University of Houston Downtown, Medical Director, Student Health Service. |
| 1998-99 | University of Texas School of Public Health, Convener of the Occupational/Environmental Health and Aerospace Medicine Module. |
| 1992-97 | Respiratory Consultants of Houston, PA, Attending Physician, Occupational Medicine and Toxicology. |
| 1992-95 | Exxon Chemical Americas, Baytown Polymer Center and Basic Chemicals Technology, Baytown TX, Consultant Physician. |
| 1990-91 | New York University Medical Center, Bellevue Hospital, Tisch Hospital, and Manhattan VA Hospital, New York NY, Dept. of Medicine, Clinical Instructor. |
| 1982-90 | Chemical Information Services Inc, Cincinnati OH, Associate in Toxicology. |
| 1978-87 | University of Cincinnati College of Medicine, Cincinnati OH, Instructor and Lecturer, Adjunct Assistant Professor of Industrial Toxicology. |
| 1974-79 | University of Cincinnati College of Medicine, Kettering Laboratory, Cincinnati OH, Research Technologist in Occupational Medicine and Clinical Studies. |
| 1969-74 | Millstone Inc., Cincinnati OH, Design Engineer, environmental control systems. |

**Educational Background**

| 2002 | Certificate of Board Eligibility, Medical Toxicology, American Board of Preventive Medicine/American Board of Emergency Medicine |
| 1992 | Certificate of Training - Residency in Occupational Medicine University of Texas Health Science Center at Houston, School of Public Health, and Southwest Center for Occupational and Environmental Health, Houston TX, 1992. |
| 1991 | Certificate of Training - Postgraduate Internship in Internal Medicine, New York University Medical Center and Bellevue Hospital Center, New York NY. |
| 1990 | MD - Ohio State University College of Medicine, Columbus OH. |
| 1987 | PhD - Kettering Laboratory, University of Cincinnati College of Medicine, Cincinnati OH, awarded in the field of "Environmental Health – Toxicology." |
| 1973 | BS - University of Cincinnati College of Arts and Sciences Cincinnati OH. Awarded in "Biological Sciences with Concentration in Engineering." |
| 1969 | Rensselaer Polytechnic Institute, Troy NY. Management Engineering |
| 1968 | Villa Madonna College, Covington KY. Certificate in Contemporary Physics. |

**Fellowships**

| 2011-13 | UTHealth, Health Educators Fellowship, University of Texas Health Science Center at Houston. |

A CARSON– revised  July, 2018

| 1983-85 | American Lung Association Fellowship in Lung Research (Inhalation Toxicology), American Lung Association of Southwestern Ohio, Grant. |
| 1981-82 | Owens Corning Fiberglas, Graduate Research Fellowship in Combustion Toxicology. |
| 1979-80 | National Institute for Occupational Safety and Health, Centers for Disease Control, Doctoral Fellowship in Industrial Toxicology. |

**Certifications**

| 2012 | License to practice medicine, State of Ohio 35.098635 |
| 2010 | Certified Healthy Homes Specialist – National Environmental Health Association. |
| 2002 | Board Eligibility, Medical Toxicology, American Board of Preventive Medicine/American Board of Emergency Medicine. |
| 1994 | Board Certification, Occupational Medicine, American Board of Preventive Medicine. |
| 1992 | License to practice medicine, State of Texas J2524. |
| 1991 | License to practice medicine, State of New York 186563. |
| 1982 | Emergency Hazard Response, Environmental and Industrial Chemical Accident Management, U.S. Environmental Protection Agency. |
| 1979 | Pulmonary Function Testing for Occupational Surveillance, NIOSH #003. |

**Professional Community Service**

| 2013-18 | University of Texas Health Science Center at Houston, Steering Committee on Interprofessional Collaboration |
| 2013-18 | University of Texas Health Science Center at Houston, Chemical Safety Committee. |
| 1998-18 | Association of Environmental and Occupational Clinics/ATSDR community resource on toxic exposures and health consequences, Federal Region VI. |
| 1997-18 | City of Houston Biological, Chemical and Radiation Emergency Preparedness Program. Medical Toxicology On-Call Advisor to the Houston Medical Strike Team. |
| 1998-18 | Association of Occupational and Environmental Medicine Residency Directors. Chairman 2005-2006 |
| 2010-18 1997-08 | University of Texas Health Science Center at Houston, Graduate Medical Education Committee |
| 2010-18 1994-08 | University of Texas Health Science Center, Houston, Community/Press Resource and Speaker via Public Information Office, (Toxic Exposures and Environmental Health). |
| 1996-18 | American College of Occupational and Environmental Medicine, Council on Academic Affairs and Co-chair, Academic Section 2004-2006. Occupational Medicine Residency Directors Committee, Chair 2006-2007, Appointed Member, Taskforce on the Future of Occupational Medicine Education 2005-2007.  Appointed Co-chair, Taskforce on the Future of Occupational Medicine Education 2013-2015. |
| 1996-18 | Texas College of Occupational and Environmental Medicine.  Secretary/Treasurer-2004-5, President Elect-2005-6, President-2006-7, Past President 2007-8. |
| 2003-12 | Boy Scouts of America, Sam Houston Council, Registered Adult Leader and Merit Badge Counselor. |
| 2005-08 | University of Texas School of Public Health, Practice Council Co-chair |

| 2003-05 | U.S. Department of Energy Office of Worker Advocacy Physician Review Panel Appointee. |
|---|---|
| 1996-00 | American Public Health Association, Occupational Health Subcommittee |
| 1994-96 | Advisory Board, National Environmental Education and Training Center (NEETC), Curriculum Development Committee. |
| 1981-85 | Tri-State Air Committee Inc., Cincinnati OH, (voluntary air quality organization) Scientific Advisor, Elected to Board of Directors in 1982, President and Chairman 1984-85. |
| 1981-85 | American Lung Association of Southwestern Ohio, Cincinnati OH, (voluntary health organization) speakers bureau. |
| 1982-83 | City of Cincinnati, Appointment to Occupational Health Scientific Liaison Board (municipal advisory committee). |
| 1981-83 | Cincinnati Area Toxic Substances Coalition, Cincinnati OH, (coalition of business, voluntary, and labor organizations with interest in environmental toxic substance issues) Cofounder and Chairman. |
| 1982-83 | Ohio River Valley Committee on Occupational Safety and Health, Cincinnati OH, (organized labor coalition) Scientific Resource Committee. |
| 1972-82 | Walnut Hills-Evanston Medical Center, Cincinnati OH, (primary care center) Board of Directors. |

**Professional Societies**

| 1991-18 | American College of Occupational and Environmental Medicine. |
|---|---|
| 1991-18 | Texas College of Occupational and Environmental Medicine |
| 2007-18 | Texas Public Health Association. |
| 2006-18 | International Congress on Occupational Health. |
| 2003-18 | American College of Medical Toxicology. |
| 2002-06 | Society of Occupational and Environmental Health. |
| 2001-06 | American Conference of Governmental Industrial Hygienists. |
| 1994-00 | American Public Health Association. |
| 1983-87 | American Industrial Hygiene Association. |
| 1983-87 | Society of Toxicology. |
| 1980-85 | American Thoracic Society, Associate Member and Participant in Occupational and Environment Scientific Session. |

**Publications**

Anderson F, **Carson A**, Whitehead L and Burau K  Age, Race and Gender Spatiotemporal Disparities of COPD Emergency Room Visits in Houston, Texas. Occupational Diseases and Environmental Medicine. 3:1-9, 2015. http://dx.doi.org/10.4236/odem.2015.31001.

Anderson F, **Carson A**, Whitehead L and Burau K.  Spatiotemporal Analysis of the Effect of Ozone and Fine Particulate on CVD Emergency Room Visits in Harris County, Texas. Open Journal of Air Pollution, 3:87-99, 2014. http://dx.doi.org/10.4236/ojap.2014.34009.

A CARSON– revised  July, 2018

Calcote, JC, **Carson, A**, Peskin, MF, Emery, RJ. An assessment of post-disaster psychological stress in hazardous waste operations and emergency response (HAZWOPER) workers. Disaster Med Public Health Preparedness. 7:452-460, 2013. PMID 24274124.

Delclos GL, Tullis LA, **Carson A**. The services industry.  In Occupational and Environmental Lung Diseases. Tarlo SM, Cullinan, Nemery B eds. 2010 pp.258-271. Wiley-Blackwell, West Sussex, UK.

Pugach S, Clarkson T, (**Carson A**). Prenatal mercury exposure and postnatal outcome: clinical case report and analysis. Clin Toxicol 47:366-370, 2009.

Pauluhn J, **Carson A**, Costa DL, Gordon T, Kodavanti U, Last JA, Matthay MA, Pinkerton KE and Sciuto AM. Workshop summary: phosgene-induced pulmonary toxicity revisited: appraisal of early and late markers of pulmonary injury from animal models with emphasis on human significance. Inhalation Toxicology. 19(10):789-810, 2007.

Delclos GL, Gimeno D, Arif AA, Burau KD, **Carson A**, Lusk C, Stock T, Symanski E, Whitehead LW, Zock JP, Benavides FG and Anto JM. Occupational risk factors and asthma among health care professionals, American Journal of Respiratory & Critical Care Medicine. 175(7):667-75, 2007.

Savely SM, **Carson A** and Delclos GL. "A survey of the implementation status of environmental management systems in U.S. colleges and universities" J Cleaner Production, 15(7) 650-659, 2007.

Savely SM, **Carson A** and Delclos GL. "An environmental management system implementation model for U.S. colleges and universities" J Cleaner Production, 15(7) 660-670, 2007.

Delclos GL, Arif AA, Aday L, **Carson A**, Lai D, Lusk C, Stock T, Symanski E, Whitehead LW, Benavides FG and Anto JM. Validation of an asthma questionnaire for use in healthcare workers. Occupational & Environmental Medicine. 63(3):173-9, 2006.

Delclos GL, Bright KA, **Carson A**, Felknor SA, Mackey TA, Morandi MT, Schulze LJH and Whitehead LW. "A global survey of occupational health competencies and curriculum" International Journal of Occupational and Environmental Health; 11:181-194, 2005.

Nooka A, Duonghi L, **Carson A**, Hassan M. Assessing Occupational Risk for Pancreatic Cancer by Chemical Exposures and Work History: A Case-Control study at MD Anderson Cancer Center. American Association for Cancer Research, Orlando. March, 2004.

Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, **Carson A**, Cosby O, Darcey D, Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ, Sprince NL, Taiwo O and Upfal M. In response to the 2002, vol. 22, no. 4 article entitled "The rise and fall of occupational medicine in the United States" [Letter] Am J Preventive Med. 23(4):307-9, 2002.

**Carson A** and Delclos GL. "The Respiratory System," in Modern Industrial Hygiene: Volume II – Biological Aspects, JL Perkins, ed. 2003, American Conference of Governmental Industrial Hygienists, Cincinnati.

**Carson A**, Colombo S and Alavi. A, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, March 31, 2000, Technical Report (Principal Investigator).

Townsend MC, Lockey JE, Velez H, **Carson A**, Cowl CT, Delclos GL, Gerstenhaber BJ, Harber PI, Horvath EP, Jolly AT, Jones SH, Knackmuhs GG, Lindesmith LA, Markham TN, Raymond LW, Rosenberg DM, Sherson D, Smith DD, and Wintermeyer SF. ACOEM Position Statement – "Spirometry in the Occupational Setting" JOEM; 42: 228-245, 2000.

Bright K, Delclos G, **Carson A**, Felknor S, Mackey T, Morandi M, Schultz L and Whitehead L. A Global Study of Occupational Health Competencies and Curricula, Report to the World Health Organization, March, 2000, Southwest Center for Occupational and Environmental Health.

**Carson A**, Guevara E, Delclos GL, Murray KA, Burau KD, Morandi MT, Felknor SA, ("A Study of General Health of Workers of the Industrial Complex of Barrancabermeja") in [Compendium on Occupational Health in the Petroleum Industry of Colombia: Technical and Scientific Report of the "Occupational Health in the Petroleum Industry" Project], 1999 Pan American Health Organization (co-author).

**Carson A**, Hangoc V and Bahrainwala M, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, June 30, 1999, Technical Report (Principal Investigator).

**Carson A**, Spears B, and Burau K, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, June 30, 1998, Technical Report (Principal Investigator).

**Carson A**, Detry M, Spears B, and Burau K, City of Houston Childhood Lead Poisoning Prevention Program: Case Density and Impact Analysis, June 30, 1997, Technical Report (Principal Investigator).

Delclos GL and **Carson A**, "Acute Gaseous Exposures," in Occupational and Environmental Respiratory Diseases, P Harber, M Schenker, and J Balmes eds. 1995, Mosby Yearbook Pub., St. Louis.

**Carson A**, "Respiratory Effects of Exposure to Fresh Smokes from Pyrolytic Decomposition of Styrene Plastic in Rats."  Doctoral Dissertation, University of Cincinnati Kettering Laboratory, 1987.

**Carson A**, "A Dynamic Method for the Generation of Fresh Smokes From Combustion or Pyrolytic Decomposition of Structural Materials." Doctoral Dissertation, University of Cincinnati Kettering Laboratory, 1987.

Samuels SJ, Lemasters GK and **Carson A**, "Statistical Methods for Describing Occupational Exposure Measurements," Am. Ind. Hyg. Assoc. J., 46:427-433, 1985.

Lemasters GK, **Carson A** and Samuels SJ, "Occupational Styrene Exposure for Twelve Product Categories in the Reinforced-Plastics Industry," Am. Ind. Hyg. Assoc. J., 46:434-441, 1985.

Lockey JE, Brooks SM, Jarabek AM, Khoury PR, McKay RT, **Carson A**, Morrison JA, Wiot JF and Spitz HB. "Pulmonary changes after exposure to vermiculite contaminated with fibrous tremolite" Am Rev Respir Dis. 129(6):952-8, 1984.

Lockey JE, Jarabek A, **Carson A**, McKay R, Harber P, Khoury P, Morrison J, Wiot J, Spitz H and Brooks SM, "Pulmonary Hazards from Vermiculite," in Health Issues Related to Metal and Nonmetallic Mining, WL Wagner, W Rom and P Merchant eds. 1983, Butterworth's, Boston.

Vinegar A and **Carson A**, "Pulmonary Function Changes in Chinese Hamsters Exposed Six Months to Diesel Exhaust," Environ Int, 5:369-371, 1981.

Lockey JE, Jarabek A, **Carson A**, McKay R, Harber P,. Khoury P, Morrison J, Prior J and Brooks SM, "Health Effects of Vermiculite Exposure," Am Rev Respir Dis, 123:133, 1981 abstract.

Lockey JE, Jarabek A, **Carson A**, McKay R, Harber P, Khoury P, Morrison J and Brooks SM, "Single-Breath Diffusing Capacity (DLCOsb) in a Working Population," Am Rev Respir Dis, 123:132, 1981 abstract.

Vinegar A, **Carson A** and Pepelko WE, "Pulmonary Function Changes in Chinese Hamsters Exposed to Diesel Exhaust," in Health Effects of Diesel Engine Emissions, Vol. 2, WE Pepelko, RM Danner and NA Clarke eds, 1980, US Environmental Protection Agency, Washington.

**Carson A**, Vinegar A, Leng J and Cooper G, "Effects of Chronic Exposure to some Diesel Exhaust Components on Lung Function in Rats," Fed Proc, 39:1091, 1980 abstract.

Elia VJ, Anderson LA, MacDonald TJ, **Carson A**, Buncher CR and Brooks SM, "Determination of Urinary Mandelic and Phenylglyoxylic Acids in Styrene Exposed Workers and a Control Population," Am Ind Hyg Assoc J, 41:922-926, 1980.

Brooks SM, Anderson LA, Emmett E, **Carson A**, Tsay JY, Elia VJ, Buncher CR and Karbowsky R, "The Effects of Protective Equipment on Styrene Exposure in Workers in the Reinforced Plastics Industry," Arch Environ Health, 35:287-294, 1980.

Brooks SM, Zipp T, Barber M and **Carson A**, "Measurement of Maximal Expiratory Flow Rates in Cigarette Smokers Using Gases of High and Low Densities," Am Rev Respir Dis, 118:75-81, 1978.

# Exhibit B

**LITERATURE:**

"A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

ACGIH. Product: Asbestos: TLV(R) Chemical Substances 7th Edition Documentation. Accessed August 16, 2018.

ACGIH. 2017 TLVs and BEIs: ACGIH. Accessed August 16, 2018.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406.

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47.

American Cancer Society. "Key Statistics for Ovarian Cancer."

American Cancer Society. "What Is Ovarian Cancer?,"

Anderson, Garnet L., Howard L. Judd, Andrew M. Kaunitz, David H. Barad, Shirley A. A. Beresford, Mary Pettinger, James Liu, S. Gene McNeeley, Ana Maria Lopez, and Women's Health Initiative Investigators. "Effects of Estrogen plus Progestin on Gynecologic Cancers and Associated Diagnostic Procedures: The Women's Health Initiative Randomized Trial." *JAMA* 290, no. 13 (October 1, 2003): 1739–48.

Antoniou, A., P. D. P. Pharoah, S. Narod, H. A. Risch, J. E. Eyfjord, J. L. Hopper, N. Loman, et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9.

Armstrong, Deborah K., Brian Bundy, Lari Wenzel, Helen Q. Huang, Rebecca Baergen, Shashikant Lele, Larry J. Copeland, Joan L. Walker, Robert A. Burger, and Gynecologic Oncology Group. "Intraperitoneal Cisplatin and Paclitaxel in Ovarian Cancer." *The New England Journal of Medicine* 354, no. 1 (January 5, 2006): 34–43.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018.

Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona

Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer." *Obstetrics & Gynecology* 120, no. 3 (September 2012): 612–18.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, no. 9255 (February 2001): 539–45.

Bartrip, P.W. "History of Asbestos Related Disease." *Postgrad Med J* 80 (2004): 72–76.

Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8.

Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015).

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1.

Berge. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 27, no. 3 (2018): 248–57.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602.

Blejer, H. and Robert Arlon. "Talc: A Possible Occupational and Environmental Carcinogen." *Journal of Occupational Medicine* No. 15(2) (February 1973): 92-97.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in

F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43.

Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018.

Brand, K.G., Lance C. Buoen, Kenneth H. Johnson, and Inge Brand. "Etiological Factors, Stages, and the Role of the Foreign Body in Foreign Body Tumorigenesis: A Review." *Cancer Research* No. 35 (February 1975): 279-286.

Brand, K.G. "Cancer Associated with Asbestosis, Schistosomiasis, Foreign Bodies, and Scars." *Cancer: A Comprehensive Treatise* 2nd Edition. Etiology: Chemical and Physical Carcinogenesis. Plenum Press. (1982).

Brand, K.G. "Solid State Carcinogenesis." *Barbury Report 25: Nongenotoxic Mechanisms in Carcinogensis.* (1987).

Brodeur, Paul. "The Magic Mineral." *The New Yorker* October 12, 1968.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52.

Burn, John, Anne-Marie Gerdes, Finlay Macrae, Jukka-Pekka Mecklin, Gabriela Moeslein, Sylviane Olschwang, Diane Eccles, et al. "Long-Term Effect of Aspirin on Cancer Risk in Carriers of Hereditary Colorectal Cancer: An Analysis from the CAPP2 Randomised Controlled Trial." *Lancet (London, England)* 378, no. 9809 (December 17, 2011): 2081–87.

Butterworth, B.E., J.A.A Popp, R.B. Connolly and T.L. Goldsworthy. "Chemically Induced Cell Proliferation in Carcinogenesis." *Mechanisms of Carcinogenesis in Risk Identification.* (1992): 279-305.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, no. 6 (June 2007): 579–86.

Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, Andrew T., Edward L. Giovannucci, Jeffrey A. Meyerhardt, Eva S. Schernhammer, Gary C. Curhan, and Charles S. Fuchs. "Long-Term Use of Aspirin and Nonsteroidal Anti-Inflammatory Drugs and Risk of Colorectal Cancer." *JAMA* 294, no. 8 (August 24, 2005): 914–23.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal*, 2017.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401.

Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." *BJOG: An International Journal of Obstetrics and Gynaecology* 124, no. 6 (May 2017): 872–78.

Chen, Lee-May, and Jonathan S Berek. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum." *UpToDate*, 2018.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018.

Chen, Xi, Gerd A. Müller, Marianne Quaas, Martin Fischer, Namshik Han, Benjamin Stutchbury, Andrew D. Sharrocks, and Kurt Engeland. "The Forkhead Transcription Factor FOXM1 Controls Cell Cycle-Dependent Gene Expression through an Atypical Chromatin Binding Mechanism." *Molecular and Cellular Biology* 33, no. 2 (January 2013): 227–36.

Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58.

Chittenden, B. G., G. Fullerton, A. Maheshwari, and S. Bhattacharya. "Polycystic Ovary Syndrome and the Risk of Gynaecological Cancer: A Systematic Review." *Reproductive Biomedicine Online* 19, no. 3 (September 2009): 398–405.

Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67.

Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63.

CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007).

Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92.

Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.

Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14.

Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.

Compton, Sarah A., Sezgin Ozgür, and Jack D. Griffith. "Ring-Shaped Rad51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy." *The Journal of Biological Chemistry* 285, no. 18 (April 30, 2010): 13349–56.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.

Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).

Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 81, no. 3 (May 5, 1999): 351–56.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)*, December 17, 2015.

Cramer, Daniel, et al. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96.

Curtis D. Klaassen, and John Doull. *Casarett and Doull's Toxicology : The Basic Science of*

*Poisons*. 8th Edition. McGraw-Hill Education, 2013.

Danforth, Kim N., Shelley S. Tworoger, Jonathan L. Hecht, Bernard A. Rosner, Graham A. Colditz, and Susan E. Hankinson. "Breastfeeding and Risk of Ovarian Cancer in Two Prospective Cohorts." *Cancer Causes & Control: CCC* 18, no. 5 (June 2007): 517–23.

Demirer, Ersin, Christian F. Ghattas, Mohamed O. Radwan, and Elamin M. Elamin. "Clinical and Prognostic Features of Erionite-Induced Malignant Mesothelioma." *Yonsei Med J* 56(2) (2015): 311-323.

Devaja, Omer. *Ovarian Cancer   From Pathogenesis to Treatment*. IntechOpen, 2018.

Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani-Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

Donaldson, Ken. "The Inhalation Toxicology of *p*-aramid Fibrils." *Critical Reviews in Toxicology*, No. 39(6) (2009): 487-500.

Donaldson, Ken, Fiona A. Murphy, Rodger Duffin, Craig A. Poland. "Asbestos, Carbon Nanotubes and the Pleural Mesothelium: A Review of the Hypothesis Regarding the Role of Long Fibre Retention in the Parietal Pleura, Inflammation and Mesothelioma." *Particle and Fibre Toxicology* No. 7 (2010): 5.

D.R. Petterson. "JNJ 000251888," April 26, 1973.

Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35. https://doi.org/10.1093/annonc/mdt308.

Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

"Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81.

https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

Fathalla, M. F. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015).

"Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018.

Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5.

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

Fields, L., et al. "Gynecologic Cancer." Excerpt. *Clinical Oncology* 2001.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.

Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75.

Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018.

Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*,

844–64. Philadelphia: Content Repository, 2018.

Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89.

Frank, Czul and Lascano Jorge. "An Uncommon Hazard: Pulmonary Talcosis as a Result of Recurrent Aspiration of Baby Powder." *Respiratory Medicine CME* No. 4 (2011): 109-111.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004).

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091.

Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73.

Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3.

Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53.

Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44.

Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86.

Gibbs, A.E., F.D. Pooley, M. Griffiths, R. Mitha, J.E. Craighead, J.R. Ruttner. "Talc Pneumoconiosis: A Pathologic and Mineralogic Study." *Human Pathology* 23, No. 12, (December 1992): 1344-1354.

Gloyne, S. R. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis."

*Tubercle* 17 (1935): 5–10.

Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

Gondal, M., et al. "Detection of Tox Metals (Lead and Chromium) in Talcum Powder Using Laser Induced Breakdown Spectroscopy." *Applied Optics* 51, No. 30, (October 2012): 7395-7401.

Gonzalez, Kelly D., Katie A. Noltner, Carolyn H. Buzin, Dongqing Gu, Cindy Y. Wen-Fong, Vu Q. Nguyen, Jennifer H. Han, et al. "Beyond Li Fraumeni Syndrome: Clinical Characteristics of Families with P53 Germline Mutations." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 27, no. 8 (March 10, 2009): 1250–56.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802.

Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99.

Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

Hall, J. M., M. K. Lee, B. Newman, J. E. Morrow, L. A. Anderson, B. Huey, and M. C. King. "Linkage of Early-Onset Familial Breast Cancer to Chromosome 17q21." *Science (New York, N.Y.)* 250, no. 4988 (December 21, 1990): 1684–89.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

Hanahan, Douglas and Robert A. Weinberg. "Hallmarks of Cancer: The Next Generation." *Cell*

144, (March 4, 2011): 646-674.

Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

Hannenhalli, Sridhar, and Klaus H. Kaestner. "The Evolution of Fox Genes and Their Role in Development and Disease." *Nature Reviews. Genetics* 10, no. 4 (April 2009): 233–40.

Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

Harlow, B. L., and P. A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 254–60.

Harlow, B. L., and N. S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, no. 2 (August 1989): 390–94.

Harper, Amy K, and Ghassan Saed. ""Talc Induces a pro-Oxidant State in Normal and Ovarian Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting," In Press 2019.

Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?" *Leukemia Research* 37, no. 2 (February 2013): 214–20.

Havrilesky, Laura J., Patricia G. Moorman, William J. Lowery, Jennifer M. Gierisch, Remy R. Coeytaux, Rachel Peragallo Urrutia, Michaela Dinan, et al. "Oral Contraceptive Pills as Primary Prevention for Ovarian Cancer: A Systematic Review and Meta-Analysis." *Obstetrics and Gynecology* 122, no. 1 (July 2013): 139–47.

Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., T. C. Hamilton, and K. Griffiths. "Talc in Normal and Malignant Ovarian Tissue." *The Lancet* (March 3, 1979): 499.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings*

*of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

Hollinger, Mannfred. "Pulmonary Toxicity of Inhaled and Intravenous Talc." *Toxicology Letters* 52 (1990): 121-127.

Horowitz, Neil S., Austin Miller, Bunja Rungruang, Scott D. Richard, Noah Rodriguez, Michael A. Bookman, Chad A. Hamilton, Thomas C. Krivak, and G. Larry Maxwell. "Does Aggressive Surgery Improve Outcomes? Interaction between Preoperative Disease Burden and Complex Surgery in Patients with Advanced-Stage Ovarian Cancer: An Analysis of GOG 182." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 8 (March 10, 2015): 937–43.

Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014).

Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23.

IARC. "Mechanisms of Fibre Carcinogens." *IARC Scientific Publications.* No. 140. 1996.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Asbestos," 1977.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 58. Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry," 1993.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 93 Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans.   Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987.

IARC, International Agency for Research on Cancer, and World Health Organization, eds.

*Carbon Black, Titanium Dioxide, and Talc*. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France: Geneva: International Agency for Research on Cancer; Distributed by WHO Press, 2010.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

Isaacs, Claudine, and Beth N Peshkin. "Management of Patients at High Risk for Breast and Ovarian Cancer." *UpToDate*, 2018.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

J. Lightfoot, G.A. Kingston, and F.D. Pooley. "An Examination of Italian Mine Samples and Relevant Powders," 1972.

Jaiswal, M., N. F. LaRusso, L. J. Burgart, and G. J. Gores. "Inflammatory Cytokines Induce DNA Damage and Inhibit DNA Repair in Cholangiocarcinoma Cells by a Nitric Oxide-Dependent Mechanism." *Cancer Research* 60, no. 1 (January 1, 2000): 184–90.

"JANSSEN-000056 P-23 (Pltf_MISC_00000321) Ortho Diaphragm Information," n.d.

Jasuja, S. et al. "Cosmetic Talc-Related Pulmonary Granulomatosis." *Journal of Investigative Medicine High Impact Case Reports* (July-September 2017): 1–4.

Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." *Environmental Health Perspectives* 105 Suppl 5 (September 1997): 1073–84.

Jaurand, M. C. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73.

Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press, 1991.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018).

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23.

John M. DeSesso. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006.

Jordan, SJ, KL Cushing-Haugen, KG Wicklund, JA Doherty, and MA Rossing. "Breast Feeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 23, no. 6 (June 2012): 919–27.

Jordan, Susan J., Victor Siskind, Adèle C Green, David C. Whiteman, and Penelope M. Webb. "Breastfeeding and Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC*

21, no. 1 (January 2010): 109–16.

Jordan, Susan J., David C. Whiteman, David M. Purdie, Adèle C. Green, and Penelope M. Webb. "Does Smoking Increase Risk of Ovarian Cancer? A Systematic Review." *Gynecologic Oncology* 103, no. 3 (December 2006): 1122–29.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, no. 4 (April 2001): 392–99.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, no. 6 (December 1992): 443–49.

Kanterman, J., Moshe Sade-Feldman, Michal Baniyash. "New Insights into Chronic Inflammation-Induced Immunosuppression." *Seminars in Cancer Biology* 22 (2012): 307– 318.

Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75.

Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84.

Keal, E.E. "Asbestosis and Abdominal Neoplasms." *The Lancet* (December 3, 1960): 1211-1260.

Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- *α* m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13.

King, HM. "Talc: The Softest Mineral.,"

King, Talmadge. "Asbestos-Related Pleuropulmonary Disease." Edited by Kevin Flaherty. *UpToDate*, 2018.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Klampfer, Lidija. "Cytokines, Inflammation and Colon Cancer." *Current Cancer Drug Targets*

11, no. 4 (May 2011): 451–64.

Knudson, A. G. "Mutation and Cancer: Statistical Study of Retinoblastoma." *Proceedings of the National Academy of Sciences of the United States of America* 68, no. 4 (April 1971): 820–23.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurman, Robert J., and Ie-Ming Shih. "Molecular Pathogenesis and Extraovarian Origin of Epithelial Ovarian Cancer. Shifting the Paradigm." *Human Pathology* 42, no. 7 (July 2011): 918–31.

Kurman, Robert J. "The Dualistic Model of Ovarian Carcinogenesis." *The American Journal of Pathology* 186, no. 4 (April 1, 2016): 733–47.

Kurman, Robert J., "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43.

Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92.

La Vecchia. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26 (2017): 55–62.

Lambert, C., et al. "A Case-Control Study of Mesothelioma in Minnesota Iron Ore (Taconite) Miners." *Occup Environ Med* 73 (2016):103–109.

Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, no. 1 (January 2007): 44–49.

Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA

Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63.

Leikauf, George. "Toxic Responses of the Respiratory System." Chapter 15. 2013.

Levanon, Keren, Christopher Crum, and Ronny Drapkin. "New Insights into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26, no. 32 (November 10, 2008): 5284–93

Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15.

Levy, Stuart. "Pulmonary Reactions to Other Occupational Dusts and Fumes." *Occupational Medicine.* 3rd Edition. Mosby. 1994.

Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." *The Lancet. Oncology* 12, no. 9 (September 2011): 900–904.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clareann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

Luan, Nan-Nan, Qi-Jun Wu, Ting-Ting Gong, Emily Vogtmann, Yong-Lai Wang, and Bei Lin. "Breastfeeding and Ovarian Cancer Risk: A Meta-Analysis of Epidemiologic Studies1234." *The American Journal of Clinical Nutrition* 98, no. 4 (October 2013): 1020–31.

Lundin, Eva, Laure Dossus, Tess Clendenen, Vittorio Krogh, Kjell Grankvist, Marianne Wulff, Sabina Sieri, et al. "C-Reactive Protein and Ovarian Cancer: A Prospective Study Nested in Three Cohorts (Sweden, USA, Italy)." *Cancer Causes & Control: CCC* 20, no. 7 (September 2009): 1151–59.

Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed

Lung    Adenocarcinoma and Malignant Mesothelioma Detected    by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018.

Mandel, J., et al. "A Review of Mortality Associated with Elongate Mineral Particle (EMP) Exposure in Occupational Epidemiology Studies of Gold, Talc, and Taconite Mining." *American Journal of Industrial Medicine* 59 (2016): 1047-1060.

Mannino, David M. "Cigarette Smoking and Other Possible Risk Factors for Lung Cancer." *UpToDate*, 2018.

Mattenklott, M. "Asbestos in Talc Powders and Soapstone – The Present State." *Gefahrstoffe-Reinhalt.* Luft 67 No. 7/8 (2007): 287-291.

McCullough, Marie. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

McCullough, Marie. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition.

McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50.

McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76.

Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84.

Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011):

137–41.

Moorman, Patricia G. "Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," February 2018.

Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606.

Moskowitz, Robert. "Talc Pneumoconiosis: A Treated Case." *Chest* 58, No.1 (July 1970): 37-41.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control: CCC* 23, no. 11 (November 2012): 1839–52.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Nam, Key and Douglas R. Gracey. "Pulmonary Talcosis from Cosmetic Talcum Powder." *JAMA* 221, No. 5 (1972): 492-493.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12.

National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018.

National Cancer Institute. "NCI Dictionary of Cancer Terms: Pleurodesis."

"National Toxicology Program (NTP) Technical Report (NTP TR 421) on the Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F1 Mice." National Institutes of Health, 1993.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67.

Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

Ness, Roberta B., Daniel W. Cramer, Marc T. Goodman, Susanne Krûger Kjaer, Kathy Mallin, Berit Jul Mosgaard, David M. Purdie, Harvey A. Risch, Ronald Vergona, and Anna H. Wu. "Infertility, Fertility Drugs, and Ovarian Cancer: A Pooled Analysis of Case-Control Studies." *American Journal of Epidemiology* 155, no. 3 (February 1, 2002): 217–24.

Neutra, Raymond Richard, Carl F. Cranor, and David Gee. "The Use and Misuse of Bradford Hill in U.S. Tort Law." *Jurimetrics J.*, 2018, 127–62.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

Nick, Alpa M., Robert L. Coleman, Pedro T. Ramirez, and Anil K. Sood. "A Framework for a Personalized Surgical Approach to Ovarian Cancer." *Nature Reviews. Clinical Oncology* 12, no. 4 (April 2015): 239–45.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972.

NIOSH. 2011 Current Intelligence Bulletin No. 62," 2011.

NIOSH. "Pocket Guide to Chemical Hazards: Asbestos." Publication No. 2005-149 (September 2007).

Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90.

NTP.    "Report on Carcinogens: Asbestos." 14th Edition. 2016.

NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

NTP. "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72.

Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018.

Parmar, M. K. B., J. A. Ledermann, N. Colombo, A. du Bois, J.-F. Delaloye, G. B. Kristensen, S. Wheeler, et al. "Paclitaxel plus Platinum-Based Chemotherapy versus Conventional Platinum-Based Chemotherapy in Women with Relapsed Ovarian Cancer: The ICON4/AGO-OVAR-2.2 Trial." *Lancet (London, England)* 361, no. 9375 (June 21, 2003): 2099–2106.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

*Pathology of Asbestos-Associated Diseases*, 2011.

Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94. https://doi.org/10.1016/S1470-2045(11)70404-1.

Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet.*

*Oncology* 12, no. 9 (September 2011): 833–34.

Pelling, D., and J. G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 5 (May 1986): 425–30.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49.

Peshkin, B., et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28.

Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

Pott, R., and K. H. Friedrichs. "Tumors in Rats Following i.p. Injection of Fiberform Dusts." *Naturwissenschaften* 59 (n.d.): 318–24.

Prat, Jaime, and FIGO Committee on Gynecologic Oncology. "Abridged Republication of FIGO's Staging Classification for Cancer of the Ovary, Fallopian Tube, and Peritoneum." *Cancer* 121, no. 19 (October 1, 2015): 3452–54.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790.

Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell,

and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702.

Rasool, Nabila, Amanda Nickles Fader, Leigh Seamon, Nikki L. Neubauer, Fadi Abu Shahin, Heather A. Alexander, Kathleen Moore, et al. "Stage I, Grade 3 Endometrioid Adenocarcinoma of the Endometrium: An Analysis of Clinical Outcomes and Patterns of Recurrence." *Gynecologic Oncology* 116, no. 1 (January 2010): 10–14.

Rayburn, Elizabeth R., Scharri J. Ezell, and Ruiwen Zhang. "Anti-Inflammatory Agents for Cancer Therapy." *Molecular and Cellular Pharmacology* 1, no. 1 (2009): 29–43.

Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Rehman, Ghana, et al. "Determination of Toxic Heavy Metals in Different Brands of Talcum Powder." *International Journal of Applied and Natural Sciences (IJANS);* Vol. 2, Issue 2; (May 2013): 45-52.

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32.

Reinhold, Robert. "Panel Finds Danger to the Environment from Technology." *New York Times*; (December 29, 1968).

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3. https://doi.org/10.1016/j.fertnstert.2014.03.041.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21.

Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92. https://doi.org/10.1002/ijc.26337.

Roggli, Victor L., Robin T. Vollmer, Kelly J. Butnor, and Thomas A. Sporn. "Tremolite and Mesothelioma." *Annals of Occupational Hygiene* 46, no. 5 (July 1, 2002): 447–53.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1935): 5-IN2.

Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. 1st ed. Accessed August 21, 2018. Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian

Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

Schelz, John P. "The Detection of Chrysotile Asbestos at Low Levels in Talc by Differential Thermal Analysis." *Thermochimica Acta*, 8 (1974) 197-204.

Schenken, Robert S. "Endometriosis: Pathogenesis, Clinical Features, and Diagnosis." *UpToDate*, 2018.

Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17.

Seeler, Albert O., M.D. "Toxic Hazards, Talc Pneumoconiosis." *The New England Journal of Medicine;* Vol. 261, No. 21 (Nov. 19, 1959) 1084-1085.

"SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site," April 2018.

Selikoff, Irving J., et al. "Asbestos Exposure and Neoplasia." *JAMA*, Vol. 188, No. 1 (April 6, 1964) 142-146.

Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23.

Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

Singh, Naveena, C. Blake Gilks, Lynn Hirschowitz, Sean Kehoe, Iain A. McNeish, Dianne Miller, Raj Naik, Nafisa Wilkinson, and W. Glenn McCluggage. "Primary Site Assignment in Tubo-Ovarian High-Grade Serous Carcinoma: Consensus Statement on Unifying Practice Worldwide." *Gynecologic Oncology* 141, no. 2 (2016): 195–98.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

Soini, Tuuli, Ritva Hurskainen, Seija Grénman, Johanna Mäenpää, Jorma Paavonen, and Eero Pukkala. "Cancer Risk in Women Using the Levonorgestrel-Releasing Intrauterine System in Finland." *Obstetrics and Gynecology* 124, no. 2 Pt 1 (August 2014): 292–99.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018.

Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

Starman, Daniel H., Leslie A. Litzky, and Larry R. Kaiser. "Epidemiology of Malignant Pleural

Mesothelioma." *UpToDate*, 2018.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49.

Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

Suzui, Masumi, et al. "Multiwalled Carbon Nanotubes Intratracheally Instilled into the Rat Lung Induce Development of Pleural Malignant Mesothelioma and Lung Tumors." *Cancer Sci,* 107 (2016) 924-935.

"Talc." *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans* 42 (1987): 185–224.

Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21.

Tewari, Devansu, James J. Java, Ritu Salani, Deborah K. Armstrong, Maurie Markman, Thomas Herzog, Bradley J. Monk, and John K. Chan. "Long-Term Survival Advantage and Prognostic Factors Associated with Intraperitoneal Chemotherapy Treatment in Advanced Ovarian Cancer: A Gynecologic Oncology Group Study." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 33, no. 13 (May 1, 2015): 1460–66.

Thai, T. H., F. Du, J. T. Tsan, Y. Jin, A. Phung, M. A. Spillman, H. F. Massa, et al. "Mutations in the BRCA1-Associated RING Domain (BARD1) Gene in Primary Breast, Ovarian and Uterine Cancers." *Human Molecular Genetics* 7, no. 2 (February 1998): 195–202.

Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952.

Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96.

Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American*

*Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70.

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National*

Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019).

Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42.

Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84.

Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901.

Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." -600/8-91/217, 1992.

Vallyathan, N. Val, Ph.D., et al. "Pulmonary Pathology in Workers Exposed to Nonasbestiform Talc." *Human Pathology,* Vol. 12, No. 1 (January 1981) 28-35.

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20.

Van Huisstede, A., et al. "Talcosis Due to Abundant Use of Cosmetic Talcum Powder." *European Respiratory Review,* Vol. 19, No. 116 (2010) 165-168.

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology: RB&E* 1 (October 7, 2003): 67.

VanOrden, D. "Weight Percent Compositional Analysis of Seven RTV Talc Samples. Analytical Report to R. T. Vanderbilt Company, Inc. Submitted to Public Comments Record – C. W. Jameson, National Toxicology Program, 10th ROC Nominations 'Talc (Containing Asbestiform Fibers)'. 4 December 2000., National Toxicology Program.," November 22, 2000.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N.

Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Vasey, Paul A., Gordon C. Jayson, Alan Gordon, Hani Gabra, Rob Coleman, Ronnie Atkinson, David Parkin, et al. "Phase III Randomized Trial of Docetaxel-Carboplatin versus Paclitaxel-Carboplatin as First-Line Chemotherapy for Ovarian Carcinoma." *Journal of the National Cancer Institute* 96, no. 22 (November 17, 2004): 1682–91.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59. https://doi.org/10.1016/j.ygyno.2010.03.009.

Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017).

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50.

Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138.

Wang, Dingzhi, et al. "Immunosuppression Associated with Chronic Inflammation in the Tumor Microenvironment." *Carcinogenesis*, Vol. 36, No. 10 (2015): 1085-1093.

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49.

Watson, Ian R., Koichi Takahashi, P. Andrew Futreal, and Lynda Chin. "Emerging Patterns of Somatic Mutations in Cancer." *Nature Reviews. Genetics* 14, no. 10 (October 2013): 703–18.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April

1986): 329–38.

Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" *Chest* 111, no. 5 (May 1997): 1414–16.

Wells, I.P., et al. "Pulmonary Disease Caused By the Inhalation of Cosmetic Talcum Powder." *British Journal of Radiology,* Vol. 52, No. 619; (July 1979) 586-588.

Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis from the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

West, Sophie D., et al. "Pleurodesis for Malignant Pleural Effusions: Current Controversies and Variations in Practices." *Curr Opin Pulm Med 10, Diseases in the Pleura,* (2004) 305-310.

Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77.

Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9.

Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15.

Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 93, no. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term*

*Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, no. 7 (July 1, 2015): 1094–1100.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15.

Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

Yan, Bin, Yuanlin Peng, and Chuan-Yuan Li. "Molecular Analysis of Genetic Instability Caused by Chronic Inflammation." *Methods in Molecular Biology (Clifton, N.J.)* 512 (2009): 15–28.

Yan, Bin, Huili Wang, Zahid Rabbani, Yulin Zhao, Wenrong Li, Yuqing Yuan, Fang Li, Mark W. Dewhirst, and Chuan-Yuan Li. "Tumor Necrosis Factor-a Is a Potent Endogenous Mutagen That Promotes Cellular Transformation." *Cancer Research* 66 (December 15, 2006): 11565.

"You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.

Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65.

## DEPOSITIONS, TRANSCRIPTS AND REPORTS:

Affidavit of Laura Plunkett, PhD 02.22.18

Deposition of Alice Blount in the Ingham v. J&J Matter on 04.13.18

Deposition of Annie Awanais Yessian on 07.13.2017

Deposition and Exhibits of Pat Downey Dated 8.7.18-8.8.18
Deposition and Exhibits of John Hopkins Dated 8.16.18-8.17.18, 10.17.18 and 11.05.18
Deposition and Exhibits of Susan Nicholson Dated 7.26.18-7.27.18
Deposition and Exhibits of Julie Pier Dated 9.12.18-9.13.18
Ingham v. J&J Volume 11 (Egilman, Koman, Martinez, Packard) 6-14-18
Ingham v. J&J Volume 14A (Madigan, Williams) 6-20-18
Ingham v. JJ Volume 24A (Warner Huh, MD) 7.5.18
Ingham v. JJ Volume 24B (Warner Huh, MD) 7.5.18
John J. Godleski Expert Report for Brower Matter Dated 6.23.18
Lanzo Plaintiffs MIL re Imerys Spoliation and Concealment of Talc Samples
Laura Plunkett - Supplemental Expert Brower Report
Longo Analysis of J&J's Historical Talc Samples from the 1960's
Longo Analysis of J&J's Historical Talc Samples from the 1970's
Longo Analysis of J&J's Historical Talc Samples from the 1980's
Longo Analysis of J&J's Historical Talc Samples from the 1990's
Longo Analysis of J&J's Baby Powder Historical Samples - Asian - October 2018
Longo Analysis of J&J's BP Talc Products for Amphibole (Tremolite) Asbestos 8.2.17
Longo Analysis Report_Exhibit BB_04.28.2017
Longo MAS Project 14-1852 Below the Waist Application of Johnson's BP 9.2017
Longo Process Blanks for the Analysis of J&J's Products from the 60's to 90's for Asbestos
Longo TEM Analysis of Historical 1978 Johnson's BP Sample for Amphibole Asbestos 2.16.18
Longo Verification of Lee Poye's TEM Analysis of J&J's Historical Vermont Talc 11.5.18
Michael Crowley Expert Report Dated 11.12.18
Report of Results: MVA11730 Investigation of Italian Talc Samples for Asbestos 08.01.2017 RJLEE-001497
Thomas Dydek Brower Expert Report Dated 8.16.18 (corrected on 8.20.18)
Thomas Dydek Educational Report_FINAL (4-9-2018)
Thomas Dydek MDL Educational Report Dated 4.9.18


**OTHER SOURCES:**

American Cancer Society Ovarian Cancer Statistics
ATSDR Toxicological Profile for Asbestos
EPA Chemical Assessment Summary for Asbestos - 2017
EPA Guidelines for Carcinogen Risk Assessment - March 2005
EPA Health Assessment Document for Talc - 1992
Exhibit 1 - ATTORNEYS' EYES ONLY
Exhibit 2 - ATTORNEYS' EYES ONLY
Exhibit 3 - ATTORNEYS' EYES ONLY
FDA 4-1-2014   Response Letter to Epstein Denying Petition
Fitzgerald Analysis of J&J Baby Powder #1 and #2 Dated July 26, 2017
IARC Monograph 100C - Arsenic, Metals, Fibres, and Dusts - Excerpts
IARC Monograph 14 - Asbestos - 1977

IARC Monograph 2 - Some Inorganic and Organometallic Compounds - 1973
IARC Monograph 68 - Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils - 1997
IARC Monograph 74 - Surgical Implants and Other Foreign Bodies - 1999
IARC Monograph 82 - Some Traditional Herbal Medicines, Some Mycotoxins, Naphthalene and Styrene - 2002
IARC Monograph 86 - Cobalt in Hard Minerals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide - 2006
IARC Monograph 87 - Inorganic and Organic Lead Compounds – 2006

| | |
|---|---|
| IMERYS013188 | J&J History |
| IMERYS045182 | J&J S2s and BP Product Analysis - 1972 |
| IMERYS045184 | JNJ 000087928 |
| IMERYS048311 | JNJ 000088570 |
| IMERYS051370 | JNJ 000285351 |
| IMERYS053387 | JNJ000025132 |
| IMERYS090653 | JNJ000062359 |
| IMERYS098115 | JNJ000062436 |
| IMERYS105215 | JNJ000063608 |
| IMERYS210136 | JNJ000063951 |
| IMERYS210729 | JNJ000064544 |
| IMERYS219720 | JNJ000064762; JNJ000265171 |
| IMERYS286445 | JNJ000065264 |
| IMERYS304036 | JNJ000065601 |
| IMERYS340454 | JNJ000087710 |
| IMERYS340798 | JNJ000087716 |
| IMERYS342524 | JNJ000089413 |
| IMERYS406170 | JNJ000231304 |
| IMERYS422289 | JNJ000237076 |
| IMERYS 088907 | JNJ000237379 |
| IMERYS 284935 | JNJ000239723 |
| IMERYS137677-IMERYS137690 | JNJ000239730 |
| IMERYS209971 | JNJ000245002 |
| IMERYS241866 | JNJ000246437 |
| IMERYS248877 | JNJ000251888 |
| IMERYS255101 | JNJ000260697 |
| IMERYS255224 | JNJ000277941 |
| IMERYS255384 | JNJ000291914 |
| IMERYS255394 | JNJ000291916 |
| IMERYS255395 | JNJ000314315 |
| IMERYS279884 | JNJ000314406 |
| IMERYS279968 | JNJ000347962 |
| IMERYS281335 | JNJ000347962 |
| IMERYS281776 | JNJ000521616 |
| IMERYS324700 | JNJ000000704 |
| IMERYS-A_0011817 | JNJ000011150 |
| IMERYS-A_0015663 | JNJ000016645 |

JNJ000019415
JNJ000025132
JNJ000026987
JNJ000046293
JNJ000245678
JNJ000245762
JNJ000251888
JNJ000260700
JNJ000261010
JNJ000265536
JNJ000279507
JNJ000348778
JNJ000404860
PCPC_MDL00062175
Pltf_MISC_00000272 (JANSSEN-000001-19)
NIOSH Occupation Respiratory Diseases September 1986
NIOSH Preliminary Report on Fiber Exposure During Use of Baby Powders - 1972
NTP Technical Report on the Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)- 1993
NTP Toxicology and Carcinogenesis Studies of Talc in F344/N Rats and B6C3F Mice Report No. 421
P-468
Read-the-Letter-from-the-FDA-on-Cosmetics
The Birth of Our Baby Products _ Kilmer House
WCD 002478 - Exhibit 32 Waldstreicher

JNJ000460665
JNJ000526750
JNJ000886067
JNJAZ55_000000577
JNJAZ55_000000905
JNJAZ55_000004563
JNJAZ55_000008177
JNJL61_000014431
JNJMX68_000003728
JNJMX68_000012858
JNJMX68_000013019
JNJNL61_000079334

**Arch Carson, MD, PhD Legal Testimony, 2015-2018**

Elaine Hale and Kenneth Dorsey parker, Jr. v. Centerpoint Energy Houston Electric, LLC; in the 55th District Court of Harris County, Texas.
2016                              Harris County, TX                    for Plaintiff

Danny Henderson and Linda Henderson; Magdaleno Flores and Maria Flores; Shari Waldrop; and Bryan Thomas v. Magnablend, Inc., Nugreen Specialty, Inc., Nugreen Solutions, Inc., and Enviro Tech Inc.; in the 40th District Court of Ellis County, Texas.
2015                              Ellis County, TX                             for Defendant

Edgar Guadalupe Solis v. Eastman Chemical Company, Texas Operations, Tradebe Environmental Services, Inc. d/b/a Tradebe Industrial Services LLC; in the 234th District Court of Harris County, Texas.
2015                              Harris County, TX                    for Defendant

Arch I. Carson, MD, PhD
Professional Consultation Fee Schedule

| | |
|---|---|
| Evidence-base research, report preparation, documentation, conference | $450/hr |
| Interview, physical examination or medical testing of patients | 450/hr |
| Review of documents | 450/hr |
| Testimony at deposition or trial plus expenses | 450/hr |
| Inspection, examination or sampling of physical evidence or sites | 450/hr |
| Travel | 200/hr |
| (Travel maximum $4,000 per diem, plus expenses) | |
| Laboratory analyses/studies | at cost |
| Overhead and Supplies | at cost |