# Exhibit 10

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON (LHG) TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

**RULE 26 EXPERT REPORT OF**
**SARAH E. KANE, MD**

Date:   November 15, 2018

_____

Sarah E. Kane, MD

## I.        BACKGROUND:

I am certified by the American Board of Pathology in Anatomic Pathology, Clinical Pathology and Cytopathology. I received my medical degree from The Ohio State University College of Medicine in Columbus, Ohio. I completed my residency in Anatomic and Clinical Pathology at Massachusetts General Hospital, a Harvard Medical School teaching hospital in Boston, Massachusetts. Following my residency, I completed a two-year gynecologic and cytology fellowship as the Robert E. Scully Fellow in Pathology at Massachusetts General Hospital, named after Dr. Robert Scully, who was a giant in the field of gynecologic pathology. This fellowship was focused on gynecologic pathology, perinatal pathology, and cytopathology. I studied the causes and mechanisms of disease as part of my training, and studied gynecologic cancer and disease in depth during my fellowship training. To this day, I routinely follow the gynecologic pathology literature as part of my regular practice.

I am currently a full partner in a private practice group, Commonwealth Pathology Partners PC. I have staff privileges at Massachusetts General Hospital, North Shore Medical Center (consisting of Salem Hospital in Salem, MA and Union Hospital in Lynn, MA) and Newton-Wellesley Hospital. I was hired by Commonwealth Pathology Partners PC to be the group's gynecologic pathology expert. Although all of the anatomic pathologists in our group practice general anatomic pathology, our group employs fellowship-trained pathologists in many subspecialty areas of pathology. This means that I see the majority of gynecologic surgical pathology specimens from my hospital sites, and if another pathologist needs an opinion on a gynecologic case, I will review it. I also presently serve as the autopsy director at North Shore Medical Center. I regularly attend and participate in numerous multidisciplinary conferences at Massachusetts General Hospital at the Cancer Center site in Danvers, MA.

Before entering private practice, I was a staff pathologist and Instructor of Pathology at Beth Israel Deaconess Medical Center (BIDMC), another Harvard Medical School teaching hospital. During my time at BIDMC, I performed specialty sign-out in gynecologic pathology, perinatal pathology and cytology. I was also served as the Associate Director of the Cytopathology Fellowship Program at BIDMC, served on numerous pathology department committees, and taught several courses at Harvard Medical School before I was recruited for my current position. My curriculum vitae is attached as Exhibit A. It further details these positions and the remainder of my work experience in this field. Exhibit B details the references cited in this report, as well as other materials and data I considered.

I have been asked to provide an expert report regarding my opinions on the question of general causality in the case of talcum powder product use and ovarian cancer. All of my opinions stated below are held to a reasonable degree of medical and scientific certainty. I reserve the right to modify or change my opinion based on further documents or information that may be provided to me in the future.

A pathologist is a physician who has completed medical school and a post-graduate residency in pathology (either clinical pathology, anatomic pathology, or both).Like me, many pathologists go on to complete fellowships following their education and residency.

Pathology is the study of disease; pathologists spend much of their time both in training and in daily practice studying the causes and presentations of disease. The years of medical training are of critical importance in daily practice; pathologists must make clinical assessments, based in part on medical and epidemiologic knowledge, about identification of causes, risk factors, clinical sequelae, morphologic, and genetic features of disease.

In order to produce accurate diagnoses, pathologists must be knowledgeable about the medical, scientific, and epidemiologic evidence base. A knowledge of advancements in technologies applied to tissue samples must be continuously maintained. This involves not only maintaining current knowledge of the pathology literature, but also of the literature in various other fields such as oncology and other fields relevant to our practice.

One of the tools used in the process of identifying talc particles in tissue is polarized light microscopy. Anatomic pathologists routinely use polarized light microscopy in clinical practice. As an example, one might use polarized light microscopy to find foreign material and explain an inflammatory reaction. The most common application in my practice is for identifying calcium oxalate crystals in breast biopsies done for radiologically identified calcifications. I estimate I use polarized light microscopy for this purpose about twice a month.

In anatomic pathology, the pathologist not only needs to be aware of the numerous possible diagnoses, but also of the causes of diseases one may encounter in any given organ system. Coming to a diagnosis requires knowledge of the medical, scientific, and epidemiologic literature. Pathologists must be proficient in the current literature that informs and supports their conclusions.

Ultimately, a pathologist's diagnosis must make biological sense and must be supported by the weight of the available medical and scientific information. Not only must a particular case match the morphological characteristics of the diagnosis being made, but it must fit the clinical presentation, the patient history, and it must be consistent with what is known about the disease, including what is known about disease causation. These are the same medical and scientific information resources that I rely on for my opinions in this report.

Thus, the work that I've done in this report is similar to what I do in my daily practice. My clinical practice requires ongoing familiarity with the same medical evidence that I have considered here.

Ovarian cancer has an incidence rate of 11.8 per 100,000, and thus is relatively rare (Torre 2018). At my current private practice, I am the primary pathologist on approximately 6,000 cases annually. This includes both surgical pathology and cytopathology cases. I would be diagnosing, ruling out, or looking for ovarian cancer or metastatic ovarian cancer (among other diseases), in approximately 2000 cases a year as a rough estimate. Of those, I estimate that I diagnose about 30 cases per year as ovarian tumors. Academic teaching hospitals generally tend to have a higher volume of ovarian tumor cases due to their large referral bases. While I was a staff pathologist at Beth Israel Deaconess Medical Center, the pathology department implemented a subspecialty sign-out schedule in 2010. In my last two years there,

I signed out predominantly gynecologic surgical pathology in addition to cytopathology (in prior years the department had a general surgical pathology schedule, which meant all types of cases went to each anatomic pathologist regardless of subspecialty fellowship training). During that time, I estimate I signed out about 500 ovarian tumor cases per year. Similarly, while I was a fellow at Massachusetts General Hospital from 2005-2007, I independently signed out gynecologic surgical pathology and estimate I signed out approximately 500 ovarian tumor cases per year. As a resident in anatomic pathology at Massachusetts General Hospital, I was exposed to hundreds of ovarian tumor cases both during my clinical case work and didactic sessions.

Of note, during my time at Massachusetts General Hospital, both Drs. Robert Scully and Debra Bell were still working in the Department of Pathology. Dr. Scully was a co-author on Dr. Cramer's first paper on talc and ovarian cancer in 1982, and Dr. Bell was a co-author on Drs. Harlow and Cramer's 1992 paper on talc and ovarian cancer. Dr. Bell's tenure as Cytopathology Director also overlapped with my time there. This meant that I spent significant time with Dr. Bell during my residency and fellowship. I was the primary author of a paper on ovarian serous borderline tumors in 2006, with Dr. Bell serving as a co-author. Dr. Scully, known as a giant in gynecologic pathology, was semi-retired by the time I started my pathology residency in 2001. However, he was at the hospital nearly every day and all of the gynecologic pathologists would still show him cases on a consult basis. Dr. Robert Young, the director of my fellowship program, was a Scully protege and continued his consulting practice. It is because of my training at Massachusetts General Hospital and my interactions with both Drs. Scully and Bell that I first became aware of their work on talc and ovarian cancer. Since then, I have maintained a professional interest in and have continued to monitor developments in the science regarding talcum powder exposure and ovarian cancer, and it has been the subject of professional discussions pre-dating this litigation.

My billing rate is $500 per hour. I have previously testified in one matter, a deposition for the case of Julie Lagadimas, as Personal Rep. of the Estate of Dawn M. O'Toole v. R.J. Reynolds Tobacco Co., et al; Norfolk Super. Ct. Case No. 1582-CV-01474.

II.     GENERAL CAUSATION OPINIONS:

Based on assessing and weighing the totality of the evidence, and following the methodology set forth below, I hold the following opinions to a reasonable degree of scientific and medical certainty:

1. Talcum powder products and their constituent minerals can reach the ovaries through migration up the genital tract from the perineum to the fallopian tubes and ovaries. There is also evidence that these products can be transported through the lymphatic system (Cramer 2007). Another biologically plausible pathway is inhalation leading to lymphatic transport to the ovaries (Suzuki 1991, Marchiori 2010, Frank 2011).

2. Once reaching the ovaries, talcum powder products can cause chronic inflammation, can increase oxidative stress, and can reduce immune response. These are biologically plausible and likely mechanisms for ovarian cancer development and progression.

3. There are chemical similarities between asbestos and talc and there are striking pathological similarities between invasive serous ovarian cancer and mesothelioma.

4. There is evidence that talcum powder products manufactured by Johnson & Johnson (Johnson's Baby Powder and Shower to Shower) have contained and continue to contain asbestos, talc containing asbestiform fibers (fibrous talc), and heavy metals such as cobalt, nickel, and chromium. Other than cobalt, which has been identified as a "possible" carcinogen by the International Agency for Research on Cancer (IARC), all of these constituents have been identified as known carcinogens by IARC (IARC 1987, IARC 2012).

5. For purposes of my opinions, I have reviewed and relied upon Dr. Crowley's report regarding the fragrance chemical constituents in Johnson & Johnson talcum powder products (Crowley Report), as well as testing reports and analysis which include, Dr. Blount (Blount Report), Dr. Longo and Dr. Mark Rigler (Longo et al. Report), as well as the corporate testimonies of John Hopkins and Julie Pier. The presence of these constituents as part of talcum powder products provides additional evidence of biological plausibility for causation regarding talc and ovarian cancer.

My opinions and conclusions are supported by epidemiologic studies showing an increased risk of ovarian cancer in women who used talcum powder products for perineal dusting, animal and in vitro studies, cellular biology studies, and pathological evidence which provides a highly biologically plausible mechanism for talc's carcinogenicity. Based on the totality of evidence, it is my opinion to a reasonable degree of scientific and medical certainty, that perineal exposure to talcum powder products can cause epithelial ovarian cancer.

III.     METHODOLOGY FOR ASSESSING CAUSATION AND PRINCIPLES OF CAUSAL INFERENCE:

For this report, I followed the same methodology that I use in my clinical practice and research, a method that is generally accepted in the medical community. I used the same standards for evaluating and interpreting medical and scientific evidence, and I followed generally accepted standards in science and medicine for assessing causation, including consideration of the Bradford Hill viewpoints.

My causal assessment in this case is based on my background, training, education and experience as a physician and pathologist in interpreting, comparing, and weighing the totality of the available biologic, pathologic and epidemiologic evidence. I considered this evidence in the context of the Bradford Hill causation assessment viewpoints to reach an opinion regarding whether talcum powder products[1] can cause epithelial ovarian cancer.

Bradford Hill's discussion of a causal relationship includes strength of association, consistency, coherence, specificity, temporality, biological plausibility, dose-response, experimental evidence, and analogy as different "viewpoints" of a causal relationship between

---

[1] In my report, the term "talc" is used to refer to talcum powder products.

an exposure and a disease. Consideration of Bradford Hill's approach to causation, which I discuss in more detail below, supports general causation of talcum powder product exposure and ovarian cancer. The Bradford Hill causation viewpoints are not a checklist of requirements, and it does not call for a mechanical application of his 9 considerations for assessing a causal relationship; rather, it is properly understood as providing a framework for an assessment of the totality of the evidence leading to a judgment about causation. As Bradford Hill himself put it, "What I do not believe…is that we can usefully lay down some hard-and-fast rule of evidence that must be obeyed….None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as the *sine qua non*." I agree with that statement.

My methodology began with a systematic review of the medical literature to ascertain the relevant body of scientific evidence that I would consider. This included consideration of a large number of peer-reviewed publications reporting the results of human epidemiological studies investigating the association between talc exposure and ovarian cancer. I also considered and weighed other lines of evidence pertaining to explaining relevant, plausible, and likely mechanisms for how talcum powder product exposure causes ovarian cancer. This included carcinogenicity studies and data regarding talc and its constituents. Counsel for plaintiffs also provided me with medical literature to review, most of which overlapped with materials that I found independently through my own medical literature searches.

Relevance is not simply a yes/no proposition; it is a variable that ranges from not relevant to directly relevant, and there is a range between these extremes. Only a careful review of the evidence leads to an assessment of the degree of relevance. Much of science involves extrapolation and generalization from one study to the general population. The assessment of relevance is based on the extent that the study results are pertinent to the issue under consideration.

Human data is generally more relevant than animal data when assessing causation in humans. However, animal studies on exposure and disease are performed to advance our understanding of the human response to the same dose-adjusted exposure, and thus animal data is often relevant and important in that it can provide important information that forms part of the total evidence assessment. For example, if an exposure to talc in a rat causes inflammation, that could be relevant to assessing the effect in humans.

All observational studies have limitations, requiring careful interpretation. Reliability determinations focus on the degree of confidence in a study's internal validity. Reliability, like relevance, is not a yes/no proposition. For human epidemiologic observational studies, reliability assessments entail consideration of alternative explanations, including the role of chance and the likelihood that the results are affected by bias or confounding. Factors to be considered include: (1) Do we have reliable and appropriate measures of exposure; (2) do we have reliable assessments of disease; (3) do we have comparable groups for comparison; (4) have the investigators adjusted for potential confounding; (5) are the study results likely the result of a systematic bias; and, (6) does the study have enough exposures and sufficient power to detect an association if it exists?

I also consider the type of study design and whether it is suited to the question being researched. There is a general hierarchy of evidence, which I also consider, but study type and its position in the hierarchy will only have value if the study is otherwise relevant and reliable. For example, a randomized clinical trial may be the "gold standard," but one must still look at whether the study does in fact provide a relevant and reliable result for the issue of interest (here, whether talcum powder products are capable of causing ovarian cancer).

In weighing the evidence other important considerations include: How does the study define, ascertain, and measure talc exposure? What type of study was it? Other considerations include: Has the study been or can it be replicated? Is the study result consistent with other studies? Has the study been published and has it been peer reviewed? Has the study been conducted on a relevant population? How does the study adjust for potential confounders and how does the study minimize or account for bias? Is there a potential for misclassification of exposure or disease based on the circumstances under which the data was gathered or analyzed? What is the potential that study results could be due to chance, bias, or confounding? Is there a statistical analysis, with a reported error rate? Were the results statistically significant, and, if not, are the results still important when considered with all other evidence from the perspective of overall consistency? What is the size of the study population? Is the study large enough to detect an association if it exists? Do the results make biologic sense? This is a list of examples of considerations for weighing the evidence, and is not intended to be comprehensive.

In weighing the evidence, I also consider the reported "P values" and confidence intervals (the result of statistical calculations), along with the reported relative risks and odds ratios, and other details about each study as explained above and below. The concept of "statistical significance" is often misunderstood. In assessing any statistical evidence pertaining to medical issues, medical and scientific researchers note whether certain findings are "statistically significant." However, findings that are not "statistically significant" are often statistically and clinically important and should be considered and weighed along with other available evidence in making causal assessments. The concept of statistical significance using arbitrary cutoffs has no relationship to the strength or direction of an estimated association, and may have very little relationship with the actual validity of a study's results. A "P value" of 0.05 or less is often considered statistically significant, whereas 0.06 is not.[2] I agree with the epidemiologists who consider this "cut-off" to be arbitrary, because, for example, the .01 difference between p = 0.05 and p. = 0.06 is essentially the difference between a 5% vs. 6% probability that the observed association is due to the role of chance. Even where a confidence interval includes "1," depending on the values of the lower and upper bounds of the confidence interval, the most likely interpretation of the study results may be that there is an association between an exposure and the increased risk of a disease.

---

[2] In epidemiologic studies, epidemiologists or statisticians calculate a P-value and/or 95% confidence interval ("CI") for each risk estimate. Essentially, the P-value and the CI assess the likelihood that the observed association is due to the play of chance. A 95% CI means that if the same experiment is repeated many times, 95% of the time, the true value of the risk estimate will fall between the upper and lower bound of the CI. The narrower the CI, the more precise and reliable the risk estimate is considered to be.

Bradford Hill stated that "[n]o formal tests of significance can answer those questions [of causation]. Such tests can, and should, remind us of the effects of the play of chance… Beyond that, they contribute nothing…" Therefore, in weighing the evidence, I note the P-value and/or the confidence interval reported with a study's results, and consider this to be an important piece of information for interpreting study results. I do not think it is appropriate to disregard results just because they do not meet an arbitrary statistical threshold, a view also held by the American Statistical Association (Wasserstein 2016).

All observational studies have limitations, and the potential for "bias" and confounding. The presence of some bias is not generally a basis for scientists to disregard a study. Instead, when interpreting a study, biases must be considered and assessed for the likelihood that they may obscure, diminish, or magnify a study result, so the direction and magnitude of any bias must also be considered where possible. Some biases will have the effect of obscuring or understating an association between exposure and disease. Typically, study investigators will include as part of their published paper reporting the study results, the important strengths and limitations (including their assessment of the role of bias, chance and confounding) in the study.

In weighing the evidence, I also consider the likelihood that the study may understate or fail to detect an association that did exist (a Type II error, often due to lack of "power"); or the converse, that a study result may overstate an association or find an association that is not real (Type 1 error). In interpreting studies that do not report an association with an increased risk of ovarian cancer, one issue is whether the results provide reliable evidence of the absence of an association. The only way for data to provide statistical reassurance about the absence of an association is, in the absence of any important systematic error in the data, for the upper bound of a reasonable confidence interval (such as a 95% confidence interval) to be close to the null value.

When a study finds an association between exposure and disease, causation is one explanation, but it is not the only explanation. Other explanations must be considered and assessed. When an observational study results in a reported association between exposure and disease (i.e., relative risk or odds ratio greater than 1.0), and if alternative explanations (*i.e.,* the role of bias, confounding and chance) are considered and determined to be unlikely explanations, then causation remains a likely explanation, subject to consideration of the Hill viewpoints. In order to reach an opinion that an association is causal between talc exposure and ovarian cancer, I considered whether there are other potential explanations that better explain the relationship and which are consistent with the totality of the scientific evidence. This assessment is informed by considering how a specific study fits into the overall totality of the evidence.

My opinions on causation are informed by a review of the strengths and limitations of the epidemiology evidence along with a review of other lines of evidence, including animal data and evidence on biological plausibility, likely mechanism(s) and dose/response. Thus, as part of my methodology, I have considered whether there is an alternative explanation to causation, based on an assessment of the totality of evidence. For example, I have considered whether the findings of the human epidemiologic studies are best explained by chance,

confounding or bias, when viewed separately, and most importantly, when viewed as a whole, and in light of the several lines of experimental evidence discussed in this report.

Based on my review of the totality of evidence, which I have weighed based on the considerations described above, I conclude with a high degree of medical and scientific certainty that exposure to talcum powder products can cause ovarian cancer. Causation is the best explanation for assimilating, assessing and weighing the totality of evidence. In reaching this opinion, I found it compelling that the epidemiologic studies that captured talc exposure consistently found an association between exposure to talc applied in the perineal area and epithelial ovarian cancer. The studies also provide persuasive evidence of a dose response effect, one of the viewpoints of causality discussed by Bradford Hill. There also is persuasive evidence of plausible and likely causal mechanisms for how talc exposure leads to ovarian cancer.

The other explanations for an association (other than causation) are bias, chance and confounding, and "reverse causation."[3] While it may not possible when looking at a single study to determine whether a recall bias, or a selection bias, or a potential confounder is materially affecting the results, I find it helpful to consider how each study fits into the whole. Here, multiple studies have been conducted in different populations, by different investigators, using different methods, and using different study types, and yet there is general consistency in the results. The vast majority of studies and meta-analyses find an association with an increased risk of ovarian cancer. Under these circumstances, viewing the evidence as a whole, the likelihood that the consistent finding of an association can be explained by bias, or chance or confounding is highly unlikely, especially in light of the results of the other lines of evidence.

Finally, as part of my methodology of considering alternative explanations for the evidence, I made an effort to understand the opinions of both the plaintiff and defense experts as concerning the issue of talc and causation of ovarian cancer. In that regard I have reviewed some plaintiff and defense expert testimony and reports, which are identified on my reference list. I also cited to the extensive medical literature I considered in connection with my work on this report.

IV.      MECHANISM OF TALC'S CARCINOGENICITY

There is a plausible and likely biologic mechanism whereby talc causes inflammation which can lead to epithelial ovarian cancer. Chronic inflammation has been causally linked to a number of cancers. The evidence of the relationship between inflammation and cancer is based on many studies, including studies supporting the

---

[3] In epidemiology, reverse causation is when the exposure-disease process is reversed; In other words, the exposure causes the risk factor. Here, the question is whether exposure to talcum powder products causes ovarian cancer or whether ovarian cancer causes increased usage of talcum powder products?  I am not aware of any evidence to support a conclusion that reverse causation is a plausible explanation for the association between exposure to talcum powder products and ovarian cancer.  The principal presenting symptom is abdominal bloating, which does not appear to lead to more talc use.

conclusion that inflammation plays a role in increasing the risk of epithelial ovarian carcinoma. As stated by the National Cancer Institute, "Over time, chronic inflammation can cause DNA damage and lead to cancer. For example, people with chronic inflammatory bowel diseases…have an increased risk of colon cancer." The time interval between inflammatory response and presentation of cancer can be many years. Animal studies, particularly, may show granulomatous or other inflammatory reactions while not necessarily demonstrating neoplastic changes due to the time interval required for cancer to develop.

Studies have shown that pelvic inflammatory disease and endometriosis (known to cause an inflammatory reaction) increase the risk of ovarian cancer (Risch 1995, Brinton 1997, Ness 2000, Brinton 2004, Kobayashi 2007, Lin 2011, Zhou 2017). Genofre et al. (2007) showed that talc can induce inflammation. Ness (1999) reported that inflammation of ovarian epithelium is a risk factor for ovarian cancer.

Inflammation has been implicated in carcinogenesis in several ways. Inflammation increases cytokines (Ness 1999). Shukla (2009) showed that nonfibrous talc can induce an inflammatory response that alters expression of genes in cancer pathways such as COX-2, ATF3, IL-6, and IL-8 in mesothelial cells. Further, inflammation increases oxidative stress (Ness 1999); Buz'Zard (2007) revealed that talc can induce oxidative stress and create reactive oxygen species (ROS), which in turn can induce ovarian neoplastic transformation in human ovarian cells. See also Saed (2017).

## V.     INFLAMMATION

Inflammation can produce toxic oxidants such as ROS that can be a source of mutagenesis to DNA. This damage to DNA by ROS is now accepted as a major cause of cancer, and has been demonstrated in ovarian cancer (Senthil 2004, Saed 2010, Saed 2017) as well as in breast and hepatocellular carcinoma (Waris 2006, Saed 2017). Talc exposure has been shown to cause a statistically significant increase in ROS in ovarian polymorphonuclear neutrophils (PMNs), resulting in a decrease in cell viability and neoplastic transformation of ovarian cells. The authors concluded that "talc increased proliferation, induced neoplastic transformation and increased ROS generation time-dependently in the ovarian cells." (Buz'Zard 2007)

Thus, it is accepted that inflammation causes oxidative stress. Oxidative stress leads to the formation of ROS and reactive nitrogen species (RNS). Oxidative stress is an important factor in the initiation and development of several cancers, including ovarian cancer (Senthil 2004, Saed 2010, Saed 2018). The production of oxidants and free radicals affects cellular mechanisms that control cell proliferation and apoptosis, which in turn play a role in the initiation and development of several cancers (Saed 2018). ROS and RNS can induce genetic mutations and DNA damage, thus causing oncogenic phenotypes. Additionally, oxidative stress affects transcription factors that modulate the expression of genes important to the development and metastasis of cancer cells (Saed 2018). Oxidative stress is also known to activate certain signaling pathways, which are critical for the initiation and maintenance of the oncogenic phenotype (Waris 2006). In fact, the major source of cellular ROS, the NAD(P)H

oxidase family of enzymes, has been linked to the survival and growth of tumor cells in pancreatic and lung cancers (Reuter 2010, Rojas 2016). Pro-oxidant enzymes such as myeloperoxidase (MPO), inducible nitric oxide synthase (iNOS), and NAD(P)H oxidase have been associated with initiation, progression, survival, and increased risk in cancers such as breast, ovarian, lung, prostate, bladder, colorectal, and melanoma (Lengyel 2010, Fletcher 2017, Saed 2017, Saed 2018). Angiogenesis is critical for the survival of solid tumors and is also regulated by ROS (Reuter 2010, Saed 2017). Thus, it is clear that alteration of oxidative balance can provide an environment for cancer cell survival (Saed 2018).

Gene point mutations resulting in single nucleotide polymorphisms (SNPs), or a variation in a single base pair in DNA, have been associated with oxidative DNA repair genes and redox genes with cancer susceptibility (Klaunig 2010). There is evidence that genetic polymorphisms in genes with anti-tumor activity are associated with cell cycle genes and play a role in ovarian cancer etiology (Goode 2009, Notaridou 2011). There are associations of specific SNPs in oxidant and anti-oxidant enzymes with increased risk and survival of ovarian cancer (Belotte 2015, Fletcher 2017).

Higher levels of oxidants have been described in epithelial ovarian cancer (Malone 2006, Saed 2010, Jiang 2011). Fletcher et al. published an abstract in the March 2018 Reproductive Sciences that showed talc can generate a pro-oxidant state in both normal ovarian epithelial and ovarian cancer cells. In this study, there was a marked increase in mRNA levels of the pro-oxidant enzymes iNOS and MPO in talc treated ovarian cancer cell lines and normal ovarian epithelial cells, as compared to controls within 24 hours. There was also a marked decrease in the mRNA levels of the anti-oxidant enzymes catalase (CAT), glutathione peroxidase (GPX), and superoxide dismutase 3 (SOD3), but a marked increase in glutathione reductase (GSR) and no change in glutathione S-transferase (GST) in the talc treated ovarian cancer cell line and in normal ovarian epithelial cells compared to controls within 24 hours (Fletcher 2018). In addition to tumorigenic cells generating high levels of ROS that activate signaling pathways which promote proliferation, it is known that tumorigenic cells maintain a high level of antioxidant activity to prevent buildup of ROS to levels that could induce tumor cell death (Schieber 2014, Saed 2017).

ROS and RNS are normally neutralized by enzymes such as SOD, CAT, GST, glutathione (GSH), thioredoxin coupled with thioredoxin reductase, glutaredoxin, glutathione peroxidase (GPX), and GSR (Lei 2016). Glutathione S-transferase is involved in detoxification of carcinogens by catalyzing their conjugation to GSH (Lei 2016). The GS-X-MRP1 efflux pump, which removes toxins from cells, is known to be stimulated by the GSH/GSSG complex and this process has been investigated as a mechanism for the development of tumor chemoresistance (Ishikawa 1993, Circu 2012).

Further, data demonstrates that talc exposure caused a statistically significant increase in ROS in ovarian polymorphonuclear neutrophils (PMNs), which resulted in a decrease in cell viability and neoplastic transformation of ovarian cells (Buz'Zard 2007).

Additionally, inflammation induces increased cellular proliferation, giving rise to potential DNA replication errors. This is one of the ways increased lifetime ovulations increase the risk of epithelial ovarian carcinomas. Studies have shown that ovulation results in an inflammatory response to disruption of the ovarian epithelium with the release of inflammatory mediators that initiate cellular transformation and growth (Richards 2002). Endometriosis causes an inflammatory reaction (including macrophage activation, cytokine release, and expression of growth factors) and is a risk factor for clear cell (Figure 4) and endometrioid (Figure 5) ovarian carcinomas (Risch 1995, Brinton 1997, Ness 2000, Brinton 2004, Kobayashi 2007, Edwards 2015). Studies have also shown that pelvic inflammatory disease (PID) is an ovarian cancer risk factor (Risch 1995, Brinton 1997, Ness 2000, Brinton 2004, Kobayashi 2007, Lin 2011, Zhou 2017). Several prospective studies suggest that elevated serum levels of inflammatory markers such as CRP, TNF-α and IL-6 are predictive of development of ovarian cancer (McSorley 2007, Lundin 2009, Clendenen 2011, Toriola 2011, Poole 2013, Trabert 2014, Gupta 2016).

There also are some studies showing a protective effect of anti-inflammatory drugs on the risk of developing carcinoma, although some studies have failed to show a protective effect (Wu 2009). An analysis of many randomized controlled studies did show a reduced risk of developing carcinoma with aspirin use (Rothwell 2012). A 2014 article specifically evaluating ovarian carcinoma analyzed pooled data from 12 population-based case-control studies and showed a reduction of ovarian cancer risk with frequent aspirin and high-dose non-steroidal anti-inflammatory (NSAID) use (Trabert 2014). This further supports the role of inflammation in carcinogenesis, as this effect cannot be explained by other etiologies (Baandrup 2013, Trabert 2014).

Talc is not an inert substance. It has been shown to cause inflammation. Studies have shown increases in markers of inflammation following talc exposure (Allaire 1989, Genofre 2007, Arellano-Orden 2013). Talc is used therapeutically for patients with recurrent pneumothorax and pleural effusions based upon its ability to induce inflammation and adhesions. Injecting talc into the pleural space causes an inflammatory and granulomatous reaction, causing fibrosis and scarring which prevents further pneumothorax development (Antonangelo 2006, Najmunnisa 2007). This is mediated through the release of cytokines and chemokines (Nasreen 1998, van den Heuvel 1998), and the production of basic fibroblast growth factor (bFGF) (Antony 2004). It is worth noting that asbestos fibers are also known to initiate an inflammatory and scarring process within the pleura and peritoneum, which can eventually lead to neoplastic transformation of the mesothelium. The time interval between the initial inflammatory response for asbestos and talc and the development of cancer can be many years. Remote exposure will not necessarily mean there will be evidence of current inflammation or foreign body reaction when tissues are examined.

There also is evidence that talc induces macrophage TNF-α expression (Cheng 2000). Macrophages that express TNF-α promote ovarian tumorigenesis (Hagemann 2006). TNF-α is involved in chronic inflammation and induces mutations in vitro (Yan 2006). TNF-α induced chromosomal mutations occur mostly in cells with p53 aberrations (Yan 2006). Of note, high grade serous carcinomas typically have inactivating mutations in p53. Both talc and TNF-α induce macrophage expression of IL-8 (Nasreen 1998, van den Heuvel 1998), which attracts

neutrophils that then release ROS. This in turn causes a feedback loop between ROS generation and increased TNF-α expression, causing increased DNA damage (Xie 2000). This is an important line of biological experimental evidence supporting my causation opinion. The strongest association of talc and ovarian cancer is with invasive serous carcinomas, which commonly have p53 mutations, and TNF-α induced chromosomal mutations occur mostly in cells with p53 aberrations. Talc has been shown to induce macrophage TNF-α expression, which has been shown to promote ovarian tumorigenesis.

## VI.      ROLE OF IMMUNE SYSTEM IN CARCINOGENESIS

Studies have evaluated the protective role of the immune system in carcinogenesis, and in particular anti-MUC1 antibodies (Cramer 2005). MUC1 is a high molecular weight transmembrane protein expressed in many normal organs in a highly-glycosylated form. In cancer, including ovarian carcinoma, MUC1 is expressed at high levels in a poorly-glycosylated form. Anti-MUC1 antibodies are produced when high levels of the poorly-glycosylated form of MUC1 present to the immune system. Anti-MUC1 antibodies have been found in some cancers (Ho 1993, Dong 1997, Feng 2002) and have been associated with improved prognoses (Kotera 1994). Chronic processes including endometriosis, ovulation and talc exposure affect expression of MUC1 (Cramer 2005, Vlad 2006, Terry 2007). Decreased anti-MUC1 antibody production caused by these processes plausibly leads to immune-tolerance of an early ovarian carcinoma. Cramer et al. published a paper in 2005 that showed factors which increase the levels of anti-MUC1 antibodies lower the risk of ovarian carcinoma (Cramer 2005). Factors that decrease anti-MUC1 antibodies, such as incessant ovulation, have been associated with an increased risk of ovarian carcinoma (Terry 2007). Prospective data from the Nurses' Health Study (NHS) showed that tubal ligation increases anti-MUC1 antibodies, potentially by the procedure triggering the production of anti-MUC1, thus indicating another way tubal ligation exerts its protective effect. The study also showed that increased numbers of ovulatory cycles decrease anti-MUC1 antibodies, providing an explanation for the increased risk of ovarian cancer with increased lifetime ovulations (Pinheiro 2010). These studies provide evidence that MUC1 antibodies serve a role in the mechanism of and immune response in ovarian carcinogenesis. Because talc use is associated with a decrease in MUC1 antibody expression, the above is relevant to assessing the risk of talc use and ovarian cancer and provides further evidence supporting causation.

## VII.      COSMETIC TALC

Cosmetic talc has been used for decades, applied directly or indirectly to the genital region because of its high absorbency and softness (Langseth 2008).

Talc is a magnesium silicate hydroxide, characterized by water molecules in between silicate sheets. Asbestos is also a silicate mineral, but is somewhat morphologically distinct from talc and belongs to different silicate mineral groups. However, the chemical similarity of asbestos and talc led some researchers to postulate that both talc and asbestos could be causes of ovarian cancer (Graham 1967, Henderson 1971, Longo 1979). Early research into the possible link between talc and ovarian cancer was also instigated due to the fact that high

grade serous carcinoma, a type of invasive serous epithelial ovarian cancer (Figure 1), shown to be most commonly associated with perineal talc use, has striking morphologic similarities to mesothelioma (Figure 2), the tumor most associated with asbestos (Graham 1967). High grade ovarian serous carcinoma and mesothelioma express similar immunohistochemical markers, most notably cytokeratin pattern, WT-1 and calretinin. In fact, a great deal of surgical pathology literature deals with the nuances in differentiating peritoneal mesothelioma from high grade serous carcinoma. In the last few years, additional immunohistochemical panels have been developed that help distinguish between these two tumors (Laury 2010, Ordonez 2013), including PAX8, which is also expressed in fallopian tube epithelium. The morphologic and immunohistochemical similarities between asbestos and talc malignancies constitute another line of evidence supporting my opinion that talc exposure in the genital area causes ovarian cancer. Later in this report, I address the evidence that asbestos exposure can cause ovarian cancer.


VIII.      TALC MIGRATION, TRANSLOCATION, INHALATION, AND LYMPHATIC TRANSPORT

In order for cosmetic talc applied to the perineum to reach the ovary or fallopian tube and exert a neoplastic effect, it needs to travel up through the vagina and uterus. It is known that substances can travel proximally through the female genital tract to the fallopian tubes and ovaries (Egli 1961, Venter 1979). Several studies have demonstrated the presence of talc in ovarian tissue (Henderson 1971, Henderson 1979, Mostafa 1985, Heller 1996) and even in the pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc (Cramer 2007). This is evidence that talc can be transported through the lymphatic system. Thus, another biologically plausible pathway is inhalation leading to lymphatic transport to the ovaries (Suzuki 1991, Marchiori 2010, Frank 2011).

There is evidence that serous ovarian cancers are actually of fallopian tube origin (Piek 2003, Kindelberger 2007, Kurman 2010, Erickson 2013). When considering whether talcum powder can cause ovarian cancer, this consideration is not critical. Talcum powder particulates reach both the fallopian tubes and ovarian surfaces by migrating proximally.


IX.      TALC IN TISSUE

As mentioned above, several studies have demonstrated the presence of talc in ovarian tissue (Henderson 1971, Henderson 1979, Mostafa 1985, Heller 1996) and one study found talc in the pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc (Cramer 2007). In Cramer et al.'s 2007 paper, the methods used by Dr. John Godleski to identify talc particles in tissue are outlined (Cramer 2007).

Tissue was first analyzed using polarized light microscopy to identify birefringent particles within the tissue plane. Polarized light microscopy is used in routine practice in anatomic pathology. One of the most common uses in surgical pathology is for the identification of calcium oxalate calcifications in breast tissue. In some lesions of the breast,

ranging from benign to malignant, calcifications occur that can be a marker for disease and are discovered on breast mammography. After mammography reveals calcifications and the radiologist determines them to be suspicious for disease, the area with calcifications is biopsied. The biopsy sample is then X-rayed to confirm the presence of the calcifications, and then submitted to the pathology laboratory for histologic analysis and diagnosis. The pathologist correlates the calcifications seen under the microscope with those in the specimen X-ray to be sure the calcifications the radiologist identified are visualized in the tissue sample. Calcium oxalate is a certain type of calcification that is not easily seen on light microscopy. If there appears to be a discrepancy between the tissue under light microscopy and the specimen X-ray (lack of calcifications under light microscopy), the pathologist will use polarized light microscopy to help identify calcium oxalate crystals, which are birefringent. Similarly, Dr. Godleski used polarized light microscopy to identify birefringent material that could be further analyzed using SEM and EDX.

SEM was more commonly used in surgical pathology before immunohistochemical studies were routinely used and before the common availability of molecular testing. However, SEM is still routinely used as an important diagnostic tool in areas of pathology in which immunohistochemical studies and molecular testing are less helpful, such as medical renal pathology, neuromuscular disorders and rare tumors. SEM uses electrons for imaging, analogous to light microscopy using light. SEM allows for much greater magnification (>100,000X) than light microscopy.

EDX is a qualitative and quantitative chemical analysis used in conjunction with SEM. It detects X-rays emitted from the sample during electron scanning to determine the elemental composition of the particle being examined. EDX is widely used in many biomedical areas, as it provides precise information on the chemical composition of subcellular structures that can be correlated with their SEM images (Wyroba 2015).

In Cramer et al 2007, the authors analyzed four pelvic lymph nodes from a 68 year old woman with ovarian papillary serous carcinoma and a small component of clear cell carcinoma. She had been a daily talc user for 30 years, having applied it to underwear and sanitary napkins. The lymph nodes showed birefringent particles via polarized light microscopy and were then analyzed by SEM and EDX. This showed magnesium and silicate signatures consistent with talc (Cramer 2007). Of note, there are similar studies performed with asbestos fibers in tissue sections (Roggli 1983, 1986).

Additionally, studies have shown Raman microscopy can be used to identify talc spectra in routinely processed, but unstained, histologic pathology specimens. Raman microscopy uses laser light to elicit the chemical and microstructural characterization of materials (Campion 2018).

Although the presence of talc particles found in ovarian cancer tissue does not prove that the talc played a causal role, when considered with the other lines of evidence supporting causation discussed in this report, the presence of talc in ovarian cancer tissue is certainly consistent with causation and provides additional evidence in support of a causal relationship between talcum powder products and ovarian cancer.

X.      EPIDEMIOLOGICAL DATA REGARDING TALC USE AND OVARIAN CANCER:

As detailed below, there is consistent evidence from multiple observational studies, pooled analyses, and meta-analyses that exposure to talcum powder products is associated with an increased risk of ovarian cancer. When combined and considered with the biological evidence described above, this consistent epidemiologic data from multiple studies provides strong evidence that the association is, in fact causal.

Although occasional studies have not found talc powder applied to the perineum or contraceptive diaphragms[4] to be a significant risk for developing ovarian cancer, as detailed below, most have found an association, and the cumulative evidence from these studies, when considered with the other lines of evidence discussed above, provides strong and compelling evidence of a causal association.

XI.     CASE-CONTROL STUDIES

Henderson first observed talc particles embedded in both ovarian tumors and normal ovaries (Henderson 1971). The first epidemiologic study on genital talc use and the risk of ovarian cancer was a case-control study by Cramer et al. (Cramer 1982). In this study, 215 women with epithelial ovarian cancer and 215 age-matched controls were questioned about talc use on the perineum and/or on sanitary napkins; 42.8% of ovarian cancer patients reported regular use of talc (prior to developing ovarian cancer) compared to 28.4% of controls, with an odds ratio (OR) of 1.92 (95% confidence level (CI) 1.27-2.89). The greatest risk in this study occurred in women who had used talc powder both directly on their perineum and on sanitary napkins compared to women who had no history of talc powder use; the odds ratio was 3.28 (CI 1.68-6.42). Of note, Cramer et al. did not exclude women from the control group who had a history of hysterectomy or other "pelvic surgeries" if the patient had intact ovaries by self-report. This could potentially lead to an underestimate of the risk of talc and ovarian cancer, as the controls may have had other confounding factors. They did control for confounding factors such as age, parity, religion, education, age of menarche, oral contraceptive use, hormone replacement therapy and smoking history.

While case control studies may have limitations with selection bias, Cramer et al. state "Our sample of cases represents more than 50% of ovarian cancer cases diagnosed

---

[4] It is likely that studies based on talc with diaphragm use are generally limited to use by women for birth control purposes. This will not capture use before or after the women's use of diaphragms for contraceptive purposes, a potential of multiple years that will not be captured in the study. Even for the years when women are using diaphragms, it is likely they are not using diaphragms for birth control on a daily basis. Therefore, diaphragm studies are likely to be biased toward the null; i.e., likely to understate talc exposure, and for that reason are likely to fail to detect an association that actually exists or understate the magnitude of risk.

in Boston residents in the study period. Therefore, it is difficult to conceive of a plausible bias in the selection of cases that would yield this excess use of talc." (Cramer 1982)

In additional to the Cramer 1982 study, numerous other case-control studies addressing talc use and ovarian cancer have shown statistically significant odds ratios greater than 1, indicating talc use is associated with an increased ovarian cancer risk (Harlow 1989, Booth 1989, Harlow 1992, Chang 1997, Cook 1997, Green 1997, Godard 1998, Cramer 1999, Gertig 2000, Ness 2000, Mills 2004, Merritt 2008, Wu 2009, Moorman 2009, Rosenblatt 2011, Kurta 2012, Houghton 2014, Wu 2015, Schildkraut 2016, Cramer 2016).

In a 1983 letter to the editor in JAMA in response to the 1982 Cramer study, Hartge and Hoover state that they found an association between genital talc use and ovarian cancer with a RR of 2.5, but the sample size was small (7 cases to 3 controls), resulting in a wide confidence interval (0.7-10.0). They did not find an association between ovarian cancer and body talc use or talc use on diaphragms, but again the sample sizes were small (Hartge 1983). Similarly, a study published by Tzonou et al. in 1983 showed no association between perineal talc use and ovarian cancer (RR 1.05; CI 0.28 to 3.98) but the frequency of reporting talc use was low in the study population, thus the wide CI (Tzonou 1983).

Whittemore et al. published a case-control study in 1988 that showed a RR of perineal talc use and ovarian cancer of 1.40, with a p value of 0.06. They did not see an increased risk of ovarian cancer in women who used talc on sanitary napkins or diaphragms. They did see an increased risk of ovarian cancer in women who used perineal talc for 1 to 9 years compared to those who used it for a shorter period (RR 1.60, p=0.05, CI 1.00-2.7) but did not see an increase with perineal talc users greater than 10 years (RR 1.11, p=0.61, CI 0.74-1.65). A strength of this study is that participants were not only asked about their history of talc use, but also about their history of cigarette smoking, coffee and alcohol consumption, thus addressing recall bias. A possible limitation of this study is the fact that the control group was a combined group of two separate control groups: one hospital based from the hospitals where the cases were admitted, and one community based. It was not described for what conditions the hospital controls were admitted (Whittemore 1988).

In 1989 Booth et al. published a study that showed an increased risk of ovarian cancer in daily talc users (RR 1.3, CI 0.8-1.9) and weekly talc users (RR 2.0, CI 1.3-3.4) as opposed to monthly (RR 0.7, CI 0.3-1.8) and rare (RR 0.9, CI 0.3-2.4) users. There were limitations of this study, however; participants were limited to women younger than 65 who had been diagnosed within the two years prior to interview. The data was adjusted for age in 5 year stratas and socio-economic status, but socio-economic status was based upon husband's career if married and participant's career if never married. Strengths, however, included queries of hormone replacement therapy, type of contraceptive use, and duration of oral contraceptive use; this helps to address recall bias. Additionally, hospital-based controls admitted for gynecologic disease and breast cancer,

among other diseases, were excluded and hospital admission diagnoses were listed (Booth 1989).

Harlow's 1992 study included 235 women with epithelial ovarian cancer and compared them to 239 control women matched for age, race and residence. After adjusting for age, parity, weight, education, marital status, religion, use of sanitary napkins and douching, it was found that talc use increased the ovarian cancer risk by 50% (OR=1.5, CI 1.0-2.1). Harlow's 1992 study also involved a dose-response effect; duration and frequency of perineal talc use was calculated into lifetime talc applications. Lifetime application ORs, when compared to control women with no perineal talc exposure, were 1.3 for <1000 (CI 0.7-2.7), 1.5 for 1000-10,000 (CI 0.9-2.4) and 1.8 for >10,000 (CI 1.0-3.0) (Harlow 1992). A dose response effect is a consideration in assessing causation. Harlow, Terry (2013) and Wu (2015) studies provide clear evidence of a dose effect. Particular strengths of the Harlow study are the number of potential confounding factors adjusted for and the detailed history on type of use and duration of use. Women with body exposure (non-genital) were considered non-exposed. Additionally, in the Harlow study, women were also asked about dietary and smoking histories, which helps to address potential recall bias.

Rosenblatt et al. published a study in 1992 that showed an increased risk of ovarian cancer with talc use (OR 1.7, but a small sample size with CI 0.7-3.9) (Rosenblatt 1992). In the Rosenblatt study, participants were also asked about oral contraceptive use and hormone replacement therapy, which helps to address potential recall bias. Another study published in 1992 by Chen et al. evaluated the association between talc use and ovarian cancer in a Beijing population. They found a RR of 3.9 in women with a history of use greater than 3 months, but the sample size was small with a 95% CI of 0.9-10.63. They also included dusting powder to the lower abdomen as well as perineum (Chen 1992), which would likely understate the magnitude of the association.

A 1997 study published in the journal *Cancer* by Chang et al. analyzed 450 patients with either ovarian borderline tumors or invasive ovarian carcinomas and showed an increased risk of tumor in women with either direct perineal application of talc or talc use on sanitary napkins (OR=1.42 after adjusting for age, parity, tubal ligation, hysterectomy, duration of oral contraceptive use, length of breastfeeding after pregnancy, and family history of ovarian cancer CI 1.08-1.86). For invasive ovarian carcinomas, the adjusted OR was 1.51 (CI 1.13-2.01). For borderline tumors, the adjusted OR was 1.24 (CI 0.76-2.02) (Chang 1997). The authors found that a borderline-significant association between duration of talc exposure and risk (OR 1.09, 95% CI 0.98-1.21, per 10 years of exposure). No significant association was found between frequency of exposure and risk. In comparing invasive and borderline carcinomas, risk remained elevated for both carcinoma types. The study did not assess for non-genital talc use. A particular strength of this study is that the same questions regarding talc use were asked about cornstarch use; they found no significant risk of ovarian cancer with cornstarch use (OR 0.31, CI 0.06-1.66), although only 1% of the populations reported using cornstarch (Chang 1997). Still, this helps to reconcile potential confounding risk factors of ovarian cancer in people more likely to use perineal powder. The interviews with participants also included taking

histories on oral contraceptive use and hormone replacement therapy, which helps to address recall bias.

Cook et al. also published a study in 1997 that evaluated 313 women with epithelial ovarian tumors (both invasive and borderline) and 422 controls. Only white women were included. They found that there was an increased risk of ovarian cancer with direct perineal powder dusting of 60% (OR=1.6, CI 1.1-2.3) and 90% (OR=1.9, CI 1.1-3.1) for genital deodorant sprays sprayed directly onto the perineum. Lifetime number of talc applications provided evidence of dose-response: a statistically significant increased risk (OR=1.7, CI 1.0-2.9 for less than or equal to 500 applications, OR=2.6, CI 0.9-7.6 for greater than 500 applications). A strength of this study is that participants were asked about smoking and contraceptive use, which helps to address recall bias. A limitation of this data is that all types of powder were included, such as cornstarch, "baby powder," "deodorant powder," and "scented body/bath powder." However, the authors state, "No specific type of powder used for perineal dusting, diaphragm storage, or on sanitary napkins was strongly related to ovarian cancer risk, although there was a suggestion of an elevated risk associated with any use of talcum powder and bath/body powders (RR = 1.6, 95 percent Cl 0.9-2.8, and RR = 1.5, 95 percent Cl 0.9-2.4, respectively)." (Cook 1997)

In 1997, an Australian study performed by The Survey of Women's Health Study Group enrolled 824 women with epithelial ovarian tumors, both invasive and borderline, and 855 controls. They found that the risk of ovarian cancer was highest among women who were talc users and had not undergone surgical sterilization (RR=1.3, CI 1.1-1.7) after adjusting for age, parity, duration of oral contraceptive use, BMI, smoking, education and family history of ovarian cancer. The risk was lowest in women who had not applied talc to their perineum and had either a tubal ligation or hysterectomy (RR=0.6, CI 0.50-0.84) (Green 1997). Because tubal ligation limits transport of talc fibers to the ovary, this study, with a finding of a protective effect in women with tubal ligation, provides an important piece of additional evidence. Strengths of this study include high response rate (90% of cases and 73% of eligible controls) and the verification of past surgical procedures by contacting participants' surgeons. Additionally, participants were asked questions about other potential exposures such as smoking histories and pelvic inflammatory disease, which helps to address recall bias. Limitations include a lack of data on quantity of talc use.

In 1999, Wong et al. published a paper that did not show a consistent association with talc powder and ovarian cancer, evaluated by length of use as follows: talc use for 1-9 years (OR 0.9; 95% CI 0.6, 1.5), 10-19 years (OR 1.4; 95% CI 0.9, 2.2), or more than 20 years (OR 0.9; 95% CI 0.6, 1.2). This was after adjustment for age at diagnosis, parity, oral contraceptive use, smoking history, family history of epithelial ovarian cancer, age at menarche, menopausal status, income, education, geographic location, history of tubal ligation, and previous hysterectomy. However, this study would tend to understate the magnitude of an association with genital talc use because it included talc use on thighs as well as genitals. The study used hospital controls, which raises a question of whether the controls were comparable to the cases (Wong 1999).

As part of Cramer et al.'s 1999 study, 563 women with newly diagnosed epithelial ovarian cancer were compared to 523 controls, and showed that perineal talc users had a significantly increased odds ratio for epithelial ovarian cancer (OR=1.60, CI 1.18-2.15). The effect of talc use was even stronger for invasive serous carcinoma (OR=1.70, CI 1.22-2.39). This was after adjusting for age, parity, oral contraceptive use, body mass index and family history of breast or ovarian cancer. The higher risk for women with invasive serous carcinoma was replicated in other studies, and this is an important finding in these studies because of its specificity. In addressing potential recall bias, Cramer et al. state, "…recall bias seems more likely to affect exposures that have occurred over a short term than those that have occurred over a long term. Since average duration of talc use exceeded 20 years in both cases and controls in our current study, genital talc exposure may be less likely to be subject to recall bias… It also seems reasonable that selective recall would lead to cases reporting all types of talc exposure more frequently than controls, but our study found that cases did not report a significant excess of talc use in non-genital areas compared to controls. Finally, if recall accounted for the association, one would expect little variation in the odds ratios by histologic type of ovarian cancer…. Regarding potential bias from confounding, we found no evidence that genital talc exposure varied by key risk factors for ovarian cancer such as age, parity or [oral contraceptive] use and little variability of the association by these and other variables." (Cramer 1999)

Ness et al.'s 2000 study evaluated 767 women with ovarian epithelial borderline tumors and ovarian invasive cancer compared to 1367 controls. Consistent talc use, defined as at least once per month for six or more months, increased the ovarian cancer risk by 50% (OR=1.5, CI 1.1-2.0) when applied to the perineal area directly and increased the risk by 60% (OR=1.6, CI 1.1-2.3) when used on sanitary napkins. This is after adjusting for age, parity, tubal ligation, hysterectomy, duration of oral contraceptive use, breast feeding and family history of ovarian cancer (Ness 2000). One explanation of the increased risk of talc use on sanitary napkins is that sanitary napkins may keep a larger amount of talc closer to the vagina over the course of several hours, thus increasing the risk of entry to perineum, while talc directly applied to the perineum may more easily disperse, however, many studies have failed to show an increased risk in ovarian cancer in participants whose only exposure to talc was on sanitary napkins. The strengths of this study include addressing multiple confounding factors. No dose-response was found; weaknesses include that only duration information was available, and genital/rectal talc use durations reported were combined with duration of use on the feet. Additionally, women who used just once per month were categorized as a user. These weaknesses may cause an underestimation of risk, and may have accounted for the lack of dose-response found.

Mills et al. published a study in 2004 that evaluated the association between talc use and ovarian cancer among 256 cases of ovarian cancer as compared to 1122 controls. Women diagnosed with invasive epithelial ovarian cancer with a history of genital talc use had an increased risk of 51% (OR=1.51, CI 1.07-2.12). This increased risk increased to 77% (OR=1.77, CI 1.12-2.81) for women diagnosed with invasive serous carcinoma.

Dose-response effects were also found. Increasing frequency of use was associated with increasing risk; women who reported use 4–7 times per week had a 74% elevation in epithelial ovarian cancer risk (p for trend = 0.015). However, the risk decreased between the second and third categories of use (from "rarely to several times per month" and "1-3 times per week" at 1.34 (CI 0.87-2.08) to 1.16 (CI 0.74-1.81), respectively). Duration of use of talc was also associated with increased risk, although the risk peaked among those reporting 4–12 years of use and declined somewhat among those reporting longer duration of use (p for trend = 0.045). Cumulative use also demonstrated an uneven association with risk of epithelial ovarian cancer in that the point estimates peaked in the second and third quartiles of intensity but declined in the highest quartile of use. These findings were after adjusting for age, race/ethnicity, duration of oral contraceptive use and duration of breast feeding. Yet, there wasn't adjustment for first relative history of breast or ovarian cancer, pregnancy history, parity, BMI, hysterectomy, tubal ligation or hormone replacement therapy; according to the authors, the Hosmer-Lemshow goodness-of-fit tests revealed that after terms for duration of oral contraceptive use and duration of breast-feeding were added to the models, fit was not improved by the addition of these variables, nor were the estimated odds ratios altered by the addition of several of these variables (Mills 2004). However, the fact that participants were queried about other possible exposures such as hormone replacement therapy helps to address potential recall bias.

In Wu et al.'s 2009 study, women were found to be at increased risk of ovarian cancer if they had a history of prior perineal talc use, with the risk increasing significantly in those with long term (20+ years) and frequent (at least daily) use with a relative risk of 2.08 (CI 1.34-3.23), i.e., a dose effect. The authors did find an increased risk in women who used talc on sanitary napkins (RR 1.61, CI 0.93-2.78), underwear (RR 1.71, CI 0.99-2.97) and diaphragms/cervical caps (RR 1.14, CI 0.46-2.87). There was a stronger association between talc use and serous ovarian cancer; the relative risk with any talc use was 1.70 (CI 1.27-2.28). Strengths of this study include the adjustment for multiple possible confounding factors (age, race/ethnicity, education, age of menarche, parity, oral contraceptive use, family history of ovarian or breast cancer, menopausal status and tubal ligation). Another strength was that participants were queried about NSAID and endometriosis histories, helping to address potential recall bias. The authors mention in their discussion that the participation response was "modest," possibly leading to selection bias (Wu 2009).

Rosenblatt et al. published a study in 2011 that showed an overall increased risk of ovarian cancer in women who used talc after bathing (OR=1.27, CI 0.97-1.66) with a more pronounced risk in women diagnosed with mucinous borderline tumors (OR=1.78, CI 0.98–3.23) and serous borderline tumors (OR=1.47, CI 0.85-2.55) (serous borderline tumor illustrated in Figure 3). They did not see an increased risk by extent of use, defined as years in which powder was used, or as lifetime number of applications. There was no alteration in the risk of ovarian cancer associated with other types of powder exposure such as sanitary napkins or diaphragms. This study did not find an increased risk of invasive serous carcinoma (OR 1.01, CI 0.69-1.47). (Rosenblatt 2011) A strength of this

study is that participants were queried about other potential exposures (smoking, alcohol and endometriosis histories), which helps to address recall bias.

In 2012, Kurta et al. evaluated talc use and the risk of ovarian cancer, although their main focus of the study was the associated risk of ovarian cancer with fertility drug use. They found a OR of 1.40 (CI 1.16-1.69). Since talc was not the primary focus of this study, duration of use was not considered; participants were categorized as talc users if they had ever used talc versus never-users. Perineal talc use was only generally defined as dusting powder or deodorizing spray on the genital or rectal areas, sanitary napkins, underwear, or diaphragms or cervical caps (Kurta 2012). A strength of this study is that its main focus was on fertility drug use; participants were asked about exposures such as fertility treatments and hormone replacement therapy, which helps to address potential recall bias.

Wu et al. published a paper in 2015 that evaluated talc use and invasive ovarian cancer in white, Hispanic and African American women. They found that talc use was more common in African-American women (44.1%) than in non-Hispanic whites (30.4%) or Hispanics (28.9%) (p=0.001). The results showed ORs of 1.41 for white women (CI 1.21-1.67), 1.77 for Hispanic women (CI 1.20-2.62) and 1.56 for African American women, although the CI for African American women was 0.80-3.04. Overall, the OR was 1.46 (CI 1.27-1.69). However, the response rate and sample size for this study was somewhat small, and participants with less than one year of use were categorized as never users (Wu 2015).

In 2016, Schildkraut et al. published a paper as part of the African American Cancer Epidemiology Study (AACES), a case-control study of epithelial ovarian cancer in African American women. According to the authors, due to the relatively small number of women who reported having only used genital powder (43 cases and 44 controls), the authors merged this exposure category with those who reported use of both non-genital and genital powder, creating an exposure category of "any" genital powder use, but separately evaluated the categories as "only" or "any" genital powder use. They reported an increased risk of ovarian cancer in "any" genital powder users (OR=1.44, CI 1.11-1.86) and noted a statistically significant dose response effect for both duration of use and lifetime applications. A strength of this study was adjustment for multiple confounding factors such as age, education, BMI, parity, tubal ligation, OCP use, first degree relative with breast or ovarian cancer, and interview year (taking into account litigation cases in the year 2014). Participants were also asked about hormone replacement therapy, another potential exposure, thus helping to address potential recall bias. A weakness of this study is that participants were considered "regular users" if they reported using cornstarch, baby or deodorizing powders at least one time per month for at least 6 months, and "never users" if they did not, leading to possible misclassification that would bias toward the null (Schildkraut 2016).

The totality of the results of the case-control studies support a causal link between talc and ovarian cancer. When observational studies find an increased risk of disease with a certain exposure, the possible reasons are chance, bias, confounding and causation.

There is a general consistency of these individual studies; the ORs have been of similar magnitude in studies spanning different decades, in different populations, with different study designs, by different investigators, over different continents and with adjustment for multiple confounders. Therefore, the possibility that the association between perineal talc use and ovarian cancer is due to chance is extremely unlikely.

Although retrospective case-control studies potentially have an element of recall bias and other potential biases, again, the consistency of results across these studies and populations makes recall and other bias an unlikely explanation. During the period that the majority of studies were conducted, public awareness of the link between talc and ovarian cancer was limited. There is also a much stronger and statistically significant association of perineal talc use and ovarian cancer in studies that compared all-body talc use to perineal use. The finding in some studies that serous carcinoma has a stronger association with perineal talc exposure than other histologic subtypes of ovarian cancer also argues against recall bias, as participants are very unlikely to have knowledge about the histologic subtyping of ovarian cancer. In addition, in studies where participants are asked to recall multiple exposures, not just talc exposure, this will minimize the risk of recall bias because it is unlikely that participants will differentially recall talc exposure but not other exposures, especially if they are blinded to the study hypothesis. Studies using trained interviewers, structured interview questionnaires, and blinding of both study participants and the interviewers to the study hypotheses will also limit the potential for recall bias.

Selection bias (which can arise based on differential participation rates or other differences between comparison groups) accounting for the results across studies is also unlikely. To see such consistent associations between perineal talc use and ovarian cancer, there would need to be strong associations between participation and perineal talc use, and strong differences amongst cases and controls due to selection bias only - this would be extremely unlikely to produce such large biases across studies. Most studies adjusted for confounders, with the majority adjusting for age, BMI, and parity among others. With chance, bias, and confounding being unlikely explanations for the association of perineal talc use and ovarian cancer across multiple studies, this leaves causation as the most likely explanation.

XII.        COHORT STUDIES

The talc literature includes several cohort studies reporting the relative risk for perineal talc use and risk of ovarian cancer, including the Nurses' Health Study, the Women's Health Initiative and the Sister Study (Gertig 2000, Gates 2008, Gates 2010 and Gonzalez 2016). There were several important limitations of these studies to adequately capture risk of ovarian cancer based on the methodology used by the researchers to assess talc exposure.

The Gertig study evaluated prospective cohort data from 78,630 women, and although there was a 12% overall increased risk of ovarian cancer in women with a history of daily genital talc use, this was not statistically significant. Yet, the investigators

reported a statistically significant increased risk of invasive serous carcinoma (RR=1.4, CI 1.02-1.91) after adjusting for age, parity, duration of oral contraceptive use, post-menopausal hormone use, tubal ligation, BMI and smoking (Gertig 2000). Additionally, the lack of statistical significance of overall ovarian cancer risk may be due to several important limitations with this study, including the fact that the question of talc use was only in one questionnaire in 1982 and did not include questions on duration of use. Thus, a person who used talc just a few times would be included with women who used talc daily over a long duration, and this will have the effect of understating the risk. In fact, in a follow-up 2008 report, Gates et al. noted that since talc exposure was only referred to once in questionnaires, it is possible that some participants were misclassified with respect to their talc use or that some women may have started talc use after 1982 and thus these women would not be included in the talc user group (Gates 2008). This would understate the risk and decrease the calculated statistical significance of talc-related ovarian cancer. An additional review of the Nurses' Health Study published by Gates et al. in 2010 studied 876 cases of ovarian cancer and talc use, although this was not the primary focus of the study. This study found an overall increased risk of ovarian cancer with talc use (RR=1.06), but found an increased risk for mucinous tumors (RR=1.50) (Gates 2010) (mucinous carcinoma illustrated I Figure 6). Again, the weaknesses in the study include the fact that talc use was only queried once in 1982, and the authors state themselves that the limited data on talc use may have influenced the observed association with ovarian cancer.

Cohort studies like the Nurses' Health Study, Women's Health Initiative Study and the Sister Study have some drawbacks when studying rarer diseases compared to case-control studies that have been described above. Cohort and case-control studies are both observational, and both have strengths and limitations. Cohort studies begin when all participants are free of the disease in question. After a follow-up period, those that have the disease being studied are compared by exposure risk being studied to those who did not develop the disease. Although this helps to ensure exposure predates disease, there may be a lack of data if the disease is rare or if there is a long latency period between exposure and disease presentation/diagnosis, as is the case of ovarian cancer and talc. In contrast, in case-control studies, patients already have the disease being studied and are compared to controls who do not have the disease with a focus on the rates of exposure to the agent of interest (here, talcum powder products) in the cases as compared to the controls. A possible limitation of case-control studies in the context of ovarian cancer and talc is the fact that exposure to talc is self-reported and subject to potential recall bias.

The case-control studies may unavoidably have recall bias, as talc use was self-reported by participants. In their 2018 meta-analysis discussed below, Penninkilampi et al. noted that in some studies, interviewers were not blinded to cases and controls and many studies did not describe whether their controls had a personal history of previous ovarian cancer. However, they also noted that in general, controls were well matched to cases by other possible confounding factors such as age, geographic, location and ethnicity (Penninkilampi 2018).

In the 2008 Gates paper, women with certain variants in glutathionine S-transferase M1 (GSTM1) and/or glutathionine S-transferase T1 (GSTT1) were shown to have a higher risk of talc-associated ovarian cancer. Glutathione S-transferases catalyze the conjugation of glutathione to numerous potentially genotoxic compounds. Individuals with homozygous deletions of GSTM or GSTT have reduced or no glutathione S-transferase activity and may be unable to eliminate electrophilic carcinogens as efficiently (Coughlin 2002). The 2008 Gates study included 1,175 cases and 1,202 controls from a case-control study and 210 cases and 600 controls from the prospective Nurses' Health Study. Participants were genotyped for the GSTM1 and GSTT1 gene deletions and three NAT2 polymorphisms. Regular talc use was associated with increased ovarian cancer risk in the combined study population (relative risk=1.36, CI 1.14-1.63; p-trend<0.001). In the pooled analysis, the association of talc and ovarian cancer was stronger among women with the GSTT1-null genotype (p-interaction=0.03), particularly in combination with the GSTM1-present genotype (p-interaction=0.03). There was no clear evidence of an interaction with GSTM1 alone or NAT2. Without talc exposure, these genes were not clearly associated with risk of ovarian cancer (Gates 2008). The specificity of the findings linking the genetic polymorphisms with ovarian cancer subtype most associated implicates yet another aspect of the Bradford Hill viewpoints.

As previously detailed, the Nurses' Health Study also showed that genital talc use was associated with lower levels of anti-MUC1 antibodies, which has been associated with an increased risk of ovarian cancer. As part of the Nurse's Health Study, Pinheiro et al. published a paper in 2010 that showed increasing anti-MUC1 antibody levels were associated with a nonsignificant trend for a lower risk of ovarian cancer with highly significant heterogeneity by age (p-heterogeneity=0.005). The authors concluded that anti-MUC1 antibodies evaluated several years prior to diagnosis may be associated with lower risk of subsequent ovarian cancer in women less than 64 years old at assessment (Pinheiro 2010). Cramer et al. 2005 study showed factors which increase the levels of anti-MUC1 antibodies lower the risk of ovarian carcinoma (Cramer 2005). These findings provide evidence that a plausible mechanism for talc-associated ovarian cancer is a down-regulated immune response to MUC1, and thus an immune tolerance of an emerging MUC1-expressing tumor.

The Women's Health Initiative Observational Study (WHI-OS) did not report a statistically significant increased risk of ovarian cancer with talc use (Houghton 2014). In that study, 61,576 women were enrolled and 429 developed ovarian cancer during follow-up. The study did find a 12% increased risk of ovarian cancer in perineal talc users (RR=1.12, CI 0.92-1.36), but it was not statistically significant. However, the risk of developing serous carcinoma was increased by 18% (RR=1.18, CI 0.89-1.56), and by 13% for invasive serous carcinoma (RR=1.13, CI 0.84-1.51). Additionally, 101 cases were categorized histologically as "other," including tumors that were self-reported, not validated and potentially may not have even been primary ovarian tumors. This would bias the risk estimate of talc use in ovarian cancer in this study toward the null by including cancers or other tumors potentially from other sites; in other words, non-specific cancer types may have been included that are not known to have an association with talc use. Another weakness of the study is that although the authors did evaluate the

effect of duration of use of genital talc on the risk of ovarian cancer, they did not evaluate frequency of use. Thus a woman who used talc for twenty years once a month would be treated the same as a woman who used it every day for twenty years. This will tend to understate or obscure the true risk of long term, frequent use. The study also was of an older age group (50-79) who were post-menopausal at time of enrollment, which adds selection bias.

Another study in which the effect of talc use on the risk of ovarian cancer is likely diluted or understated is the Sister Study, published by Gonzalez et al. in 2016. In this study, there was no reported association between perineal talc use and subsequent ovarian cancer. The study only enrolled women with a full or half-sister who had been diagnosed with breast cancer. BRCA1 and BRCA2 mutations are associated with a markedly increased risk of both breast and ovarian cancer, and in the Sister Study, women were not tested for this mutation. Most of the ovarian cancers associated with BRCA mutations are of the invasive serous subtype, the same subtype most strongly associated with talc use in prior studies. By not testing the women for the genetic mutation, the Sister Study analyzed a population of women with an increased risk of having a BRCA mutation (by having a first degree relative, or sister/half-sister, with breast cancer), a significant confounding factor that was not considered. Another limitation of this study is that the mean follow-up was 6.6 years, a very short period considering the generally long latency period of ovarian cancer. The Sister Study did find an increased risk in ovarian cancer in women who douched, providing evidence supporting the link between particulate route of access to the ovary/fallopian tube. The histologic subtype of the ovarian cancer was also not evaluated. Further, similar to the other cohort studies, the Gonzalez 2016 study failed to adequately capture both duration and frequency of talc exposure as participants were only asked if they used talc in the last 12 months.

## XIII.        META-ANALYSES REGARDING TALC USE AND OVARIAN CANCER:

Meta-analyses are an important tool that combines study results from multiple studies to develop a single result that has greater power to detect a more precise estimate of risk. Several meta-analyses have been published on the association between talc use and ovarian cancer, all showing an increased risk (Harlow and Cramer 1992, Gross and Berg 1995, Cramer and Harlow 1999, Huncharek 2003, Langseth 2008, Berge 2018, Penninkilampi 2018).

In 1992 Harlow and Cramer published combined results from six case-control studies of the association between talc use and ovarian cancer that were performed between 1982 and 1989. The association was statistically significant (OR=1.3, CI 1.1-1.6) (Harlow 1992). In 1995, Gross and Berg published a meta-analysis that included the six case-control studies evaluated in the 1992 Harlow and Cramer paper, plus three additional studies. This produced a statistically significant increased risk (OR=1.27, CI 1.09-1.48) (Gross 1995). Of note, this study was supported in part by Johnson and Johnson, raising the issue of funding bias.

Cramer published another meta-analysis in 1999 that included the nine studies in Gross and Berg's 1995 paper plus five additional ones performed through 1999. The overall risk of ovarian cancer in talc users was found to be increased at 36% (OR=1.36, CI 1.24-1.49) (Cramer 1999).

Huncharek et al. performed a meta-analysis in 2003 that added five new studies and included all of the previous studies except the 1983 Hartge and 1996 Shushan studies. The OR in this study was 1.33 (CI 1.16-1.45). Interestingly, the authors concluded that even with this statistically significant OR, the data "do not support the existence of a causal relationship" between talc use and ovarian cancer (Huncharek 2003). In a subsequent paper published by Huncharek et al., support from Johnson and Johnson and Luzenac America was acknowledged (Huncharek 2007), raising the issue of funding bias.

Langseth et al. published a comprehensive meta-analysis in 2008 of the risk of ovarian cancer associated with talc use. The combined OR was 1.35 (CI 1.26-1.46), and specifically 1.4 for population-based studies (CI 1.29-1.52), the less potentially biased type of study. Langseth et al. also noted that the risk of serous ovarian tumors in particular with talc use may be greater (Langseth 2008).

In 2016, Cramer published a retrospective case-control study that incorporated data from three enrollment phases (1992-1997, 1998-2002 and 2003-2008) and combined data from the Nurses' Health Study (Gates 2008) and data from participants in the Ovarian Cancer Association Consortium (OCAC, Terry 2013). The study found a statistically significant increased risk of invasive serous, invasive endometrioid and serous borderline ovarian tumors in women who were genital talc users, with the highest risk (OR=2.33 (CI 1.32-4.12) and OR=2.57 (CI 1.51-4.36) for pre- and postmenopausal women, respectively) with the greatest lifetime exposure, as defined by "talc-years," or number of applications per year multiplied by years of use. A dose-response was most prevalent for invasive serous carcinoma. This study is important as evidence supporting an association between talc and ovarian cancer as the authors analyzed case-control data collected over 16 years in 2,041 epithelial ovarian cancer cases and 2,100 age- and residence-matched controls. As the authors state, they "addressed issues related to definition of the exposure, bias and confounding, effect modification, histologic heterogeneity, and dose-response. Talc used regularly in the genital area was associated with a 33% increase in ovarian cancer risk overall." (Cramer 2016)

Berge et al. published another meta-analysis in 2018 that found a summary RR of 1.22 (CI 1.13-1.30). They found that the association between talc and ovarian cancer was stronger in case-control studies (RR 1.26, CI 1.17-1.35) than cohort studies (RR 1.02, CI 0.85-1.20). The limitations of the cohort studies are discussed above; limitations of case-control studies are recall bias and selection bias. Addressing the latter, Berge et al. found a higher summary risk estimate in hospital-based case-control studies compared to community-based case-control studies, but this difference was not statistically significant. Recall bias can be present in case-control studies, however, Berge et al. found the greatest association between genital talc use and serous carcinoma (RR 1.24, CI 1.15-

1.34). This would argue against recall bias, as participants would likely not know the categorization of epithelial ovarian tumors, nor the fact that invasive serous carcinoma has been shown to have the strongest association in the majority of studies.

Penninkilampi et al. published a meta-analysis in 2018 that found any perineal talc use was associated with an increased risk of ovarian cancer (OR 1.31, CI 1.24-1.39). They found a dose-response effect with greater than 3600 lifetime applications (OR 1.42, CI 1.25-1.61) compared to less than 3600 lifetime applications (OR 1.32, CI 1.15-1.50). Similar to the Berge 2018 study, an association was found in the case-control studies (OR 1.35, CI 1.27-1.43) but not in the cohort studies (OR 1.06, CI 0.90-1.25). However, Penninkilampi et al. did find an association in cohort studies between talc use and invasive serous carcinoma (OR 1.25, CI 1.01-1.55). (Penninkilampi 2018)

XIV.      POOLED STUDY REGARDING TALC USE AND OVARIAN CANCER:

The meta-analyses discussed above summarize previously published data and thus have increased statistical power for a more precise estimate of effect on talc in ovarian cancer risk (Cohn 2003). However, the strength of meta-analyses depends on the quality of the previously published data analysis. In comparison, a pooled study analyzes primary data from different studies/researchers. The Terry 2013 study is a retrospective pooled study from eight population-based case-control studies from OCAC. One advantage of pooled studies is the ability to include a large sample size; Terry et al. included 8,525 cases of ovarian, fallopian tube or perineal cancer and 9,859 controls. Some of the included OCAC studies had previously reported on powder use (Chang 1997, Cramer 1999, Merritt 2008, Moorman 2009, and Rosenblatt 2011), and according to Terry et al., three of these provided data for the pooled 2013 analysis that had not been included in the previous publications. The other three studies had not previously published their genital powder data (Goodman 2008, Lo-Ciganic 2012, Pike 2004). The pooled analysis showed an OR for genital talc use and epithelial ovarian cancer of 1.24 (95% CI 1.15-1.33) after adjustment for age, oral contraceptive use, tubal ligation, BMI and race/ethnicity (Terry 2013). This is consistent with the majority of meta-analyses and individual studies.

A strength of a pooled study versus a meta-analysis is that pooled studies have increased standardization. As an example, the Terry 2013 study excluded participants that data was not available on regarding tubal ligation, oral contraceptive duration, parity or height and weight. This adjusts for study-specific differences in confounding factors. A weakness of pooled studies is that they are limited by the methods of original data collection; for example, Terry et al. state "Limitations of our pooled analysis include differences in the wording of questions about genital powder use between studies and the retrospective nature of the exposure ascertainment." As Blettner (1999) stated, "Pooling decreases the variation caused by random error (increasing the sample size) but does not eliminate any bias (systemic errors)." In the 2013 Terry et al. study, classification between cases and controls differed between studies, as the women who were classified as genital powder users varied from "ever" use, "ever regular" use, to powder use for at least one year. However, Terry et al. conclude that if anything, this led to an underestimate of the true association for any given

study "[due to the fact that] exposure definitions are the same for cases and controls within each study, misclassification of genital powder exposure due to the question wording would be nondifferential…." (Terry 2013).

XV.      ASBESTOS, TALCUM POWDER PRODUCTS, AND OVARIAN CANCER:

I have seen evidence that talcum powder products manufactured by Johnson & Johnson (J&J Baby Powder and Shower to Shower) contained and continue to contain asbestos, talc containing asbestiform fibers (e.g. talc occurring in a fibrous habit) heavy metals (such as cobalt, chromium, nickel) and fragrance chemicals (Longo et al. 2017 and 2018, Blount 1991, Blount Deposition 2018, Hopkins Deposition and Exhibit 2018, Pier Deposition and Exhibit 2018). Other than cobalt, which has been identified as a "possible" carcinogen, all of these constituents have been identified as known carcinogens by IARC (IARC 2012). It should be noted that National Institute for Occupational Safety and Health (NIOSH) has determined that "there is no safe level of asbestos exposure for any type of asbestos fiber" (NIOSH 1980). As part of my review and consideration of the evidence I have also reviewed Dr. Michael Crowley's opinion that "fragrance chemicals in Johnson & Johnson talcum powder products contribute to the inflammatory properties, toxicity, and potential carcinogenicity of the products." The presence of these constituents as part of the talcum powder product provides additional evidence of biological plausibility for talcum powder products to cause ovarian cancer.

Asbestos is a silicate mineral in polyfilamentous bundles. Other silicate minerals exist, such as talc, but asbestos is classified by its flexible fibers with small diameter and large length. The forms of asbestos are serpentine silicates ("sheet silicates") such as chrysotile, and amphibole silicates ("chain silicates") such as crocidolite, amosite, anthophyllite, actinolite, and tremolite (IARC Monograph). The carcinogenic properties of asbestos fibers depend on the length of the fiber (Stanton 1972) and its chemical composition, structure, and cell environment (Mossman 1998, Robledo 1999, IARC Monograph). Asbestos fiber surface reactivity with free radical generation has also been accepted as a mechanism of carcinogenesis (IARC Monograph). Asbestos-derived free radicals can lead to a variety of effects on cells including lipid peroxidation, DNA oxidation, TNF release, cell apoptosis, and increased uptake of asbestos fibers (Mossman 1983, Hobson 1990, Ghio 1998, Churg 1998, Gulumian 1999, Aust 1999, Upadhyay 2003, IARC Monograph). Asbestos fibers may directly cause the generation of ROS (IOM 2006) and indirectly cause ROS by inducing inflammation and macrophage activation (IARC Monograph).

It has long been generally accepted that asbestos exposure causes mesothelioma and lung cancer (Dement 1994, deKlerk 1996, Berry 2000). Approximately 125 million people around the world have been exposed to asbestos in work environments, and at least 90,000 people die each year from asbestos-related lung cancer, mesothelioma, or asbestosis (Burki 2009). The relationship between asbestos exposure and ovarian cancer had been less studied; however, in 2009, the IARC Monograph Working Group concluded that there is sufficient evidence to show that asbestos exposure can cause ovarian cancer (Straif 2009, IARC Monograph).

In the late 1960's, a suggested link between talc and ovarian cancer was made for the following reasons: first, talc powders were shown to contain asbestos (Cralley 1968); second, intraperineally placed asbestos in animals induced a proliferation of the ovarian mesothelial lining from one layer to multiple layers (Graham 1967). Of note, it was tremolite asbestos that was used by Graham, the same type of amphibole asbestos that is found in asbestos-contaminated talc. It is important to note that similar to talc being found on the ovarian surfaces of perineal talc users, asbestos fibers have been found in women whose household contacts worked with asbestos and in Norwegian paper and pulp workers (Heller 1996, Langseth 2007).

In 1972, Newhouse et al. published a study of the mortality of female asbestos workers and found at least 4 deaths due to ovarian cancer compared to an expected number of 0.6. During histological review of some of the pathology samples from these workers, there was evidence that another two deaths that had been registered as due to carcinomatosis were likely caused by ovarian cancer (Newhouse 1972).

Ten years later in 1982, Wignall et al. published a study that followed 535 women who were assembly workers that had direct crocidolite exposure during the manufacturing of military gas masks. The authors found 2 deaths due to ovarian cancer in women that were employed at the facility for less than 1 year, with a standardized mortality rate (SMR) of 1.77. Two ovarian cancer deaths occurred in women with a 1 year history of employment at the facility (SMR=2.11) and one ovarian cancer death in a woman with a 3 year history of employment (SMR=1.05). The authors noted that the expected number of deaths is low, making stable estimates of SMR difficult. However, the authors conclude that the "excess of deaths from carcinoma of the ovary was unexpected at the start of the study but appears to be related directly to exposure to asbestos" (Wignall 1982).

Also published in 1982 was a study by Acheson et al. that evaluated two groups of women exposed to asbestos who assembled gas masks in two separate facilities: 570 women at Blackburn (civilian respirators that contained chrysotile) and 757 women at Leyland (military respirators containing crocidolite). The study found a SMR in the crocidolite group for ovarian cancer of 2.75 (CI 1.42-4.81) and a SMR of 1.48 (CI 0.48-3.44) for the chrysotile group. The authors noted that the risk of ovarian cancer increased over time for up to 40 years post exposure (Acheson 1982).

A 1994 study by Rosler et al. examined mortality from ovarian cancer in a cohort of 616 women in Germany who had been occupationally exposed to asbestos. Although about 95% of asbestos used in Germany was chrysotile, the authors noted that they could not exclude a mixture containing crocidolite. Two deaths from ovarian cancer were observed, compared to an expected 1.8 (SMR 1.09, CI 0.13-3.95). (Rosler 1994).

In 1999, Germani et al. published a study of ovarian cancer mortality in 631 women workers in Italy who had been compensated for asbestosis. They found a total of nine ovarian cancer deaths (SMR 4.77, CI 2.18-9.04) which included four deaths in a subset of asbestos-textile workers (SMR 5.26, CI 1.43-13.47) and five deaths in the subset of asbestos cement workers (SMR 5.40, CI 1.75-12.61). (Germani 1999).

Also in 1999, Vasama-Neovonen et al. published a case-control study of ovarian cancer and occupational exposure in Finland. The Standardized Incidence Ratio (SIR) was 1.30 (CI 0.9-1.80) between ovarian cancer and "medium/high levels of asbestos," and the SIR was 1.1 (CI 0.8-1.3) for "low levels of asbestos." The SIR is obtained by dividing the observed number of cases of cancer by the expected number of cases in the general population. The type of asbestos fiber was not noted (Vasama-Neovonen 1999).

Again in 1999, Langseth et al. published a study of 4247 workers employed for at least one year between 1920 and 1993 in the Norwegian pulp and paper industry. 85% of them were paper or administration workers. The follow-up period for cancer was from 1953-1993. An excess risk of ovarian cancer was found (SIR = 1.50, CI 1.07-2.09). The SIR was highest among those younger than 55 years, and mostly among those working in paper departments. The type of asbestos fiber was not specified (Langseth 1999). Langseth et al. published a follow-up case-control study in 2004 that examined the association between asbestos exposure and ovarian cancer in this same cohort of female pulp and paper workers in Norway that had been found to have excess morbidity from ovarian cancer. In the case-control study, the odds ratio for occupational exposure to asbestos based on 46 cases of ovarian cancer was 2.02 (CI 0.72-5.66), although this was not statistically significant (Langseth 2004).

In 2000, Berry et al. published a study that evaluated the mortality of a cohort of over 5000 London asbestos factory workers, both men and women, who were followed for over 30 years since first asbestos exposure. The study classified exposure by degree (low, moderate and severe) and duration (2 years or less or more than 2 years). They assessed mortality by comparing the number of cohort deaths with the number of expected deaths in England and Wales based on sex, age and period. The study found that there was a significant increase of ovarian cancer in women with severe exposure for more than 2 years (SMR of 5.35) and an overall SMR for all exposure lengths of 2.53 (CI 1.16-4.8) (Berry 2000).

In 2005, Pira et al. published a cohort study of 1077 women with at least a one month history of employment between 1946 and 1984 at an asbestos-textile factory in Italy. A variety of asbestos types were used in this facility, including crocidolite. They followed up with the cohort in 1996. There were five deaths due to ovarian cancer with an overall SMR of 2.61 (CI 0.85-6.09), but there was a SMR of 5.73 for women with longer employment histories at the facility (greater than or equal to 10 years of employment). Among women with greater than or equal to 35 years since first employment exposure, the SMR was 5.37 (Pira 2005).

Also in 2005, Wilcsynska et al. published a study of 1470 Polish asbestos cement factory workers with a follow-up period from 1945 to 1999 and a SMR of ovarian cancer among workers of 3.76 (CI 1.38-8.18). The type of asbestos fiber was not specified (Wilcsynska 2005).

McDonald et al. published a study in 2006 that followed 567 people, mostly women, who had assembled gas masks in the Nottingham factory between 1940 and 1944 and showed

a SMR for ovarian cancer of 1.2 (CI 0.6-2.2). Gas masks assembled at this facility had filter pads that contained 20% crocidolite. As an aside, this study found that the first deaths due to mesothelioma happened a little more than 20 years after exposure, which is consistent with most other studies (McDonald 2006) and highlights the lengthy time interval between exposure and presentation of disease in asbestos-related mesothelioma.

In 2008 Reid et al. published a study of 2552 women and girls who lived in a Western Australia mining town between 1943 and 1992 where crocidolite asbestos was mined. They were not directly involved in mining but there was extensive environmental contamination of the town. They found a SMR for ovarian cancer of 1.52 (Reid 2008).

Reid et al. published a study in 2009 that followed the same cohort of 2552 women and girls in Western Australia with environmental exposure to crocidolite asbestos and added 416 women to the study that had worked in the Wittenoom crocidolite asbestos mines and mills. For the latter group, there wasn't an increased rate of ovarian cancer (SIR of 0.49, CI 0.01-2.74), but the authors noted that the "female Australian Blue Asbestos workers at Wittenoom mostly worked in the company offices, shop, and hotel. Their occupational exposure was unlikely to have been as high as that reported for women in the earlier cohorts, which may explain why no excess risk for ovarian cancer was observed" (Reid 2009).

Pukkala et al. published a study in 2009 on the incidence of ovarian cancer in women employed in various occupations in Denmark, Finland, Iceland, Norway and Sweden. One of the groups examined were plumbers, who are known to have occupational exposure to asbestos. Four ovarian cancers were found in this group of plumbers, with a Standardized Incidence Rate (SIR) of 3.33 (CI 0.91-8.52). Fiber type was not specified (Pukkala 2009).

Magnani et al. and Bertolotti et al. published studies in 2008 that followed the same cohort of former asbestos-cement workers who were employed at a facility in Casale Montferrato, Italy. A mix of crocidolite and chrysotile asbestos was used at this factory. They observed nine ovarian cancer deaths versus 4 expected (SMR of 2.27). In women who had 30 or more years of exposure, the SMR was 2.97 (Magnani 2008, Bertolotti 2008). Ferrante et al. published a study in 2007 that examined cancer mortality in the household contacts of men who worked at this facility; among women with exposure due to household contacts, there were 11 ovarian cancer deaths versus an expected 7.7, or SMR of 1.42 (CI 0.71-2.54). (Ferrante 2007).

I am aware of two meta-analyses, both published in 2011, that evaluated a link between asbestos and ovarian cancer. The first was published in 2011 by Reid et al. and analyzed fourteen cohort and two case-control studies of women with exposure to asbestos in their work environment. The majority of the cohort cases they evaluated are detailed above. The authors added a 2002 paper by Szeszenia-Dabrowska et al. that studied Polish women diagnosed with asbestosis and a 2004 paper by Mamo et al. that studied Turin asbestos textile factory workers (Szeszenia-Dabrowska 2002, Mamo 2004). The two case-control studies they evaluated were a 1992 study of Johns Hopkins patients by Rosenblatt et al. and a 2004 study

of Norwegian pulp and paper workers by Langseth et al., the same group of workers previously described above. Reid et al. concluded that although women "thought to have ovarian cancer" (not all cases of ovarian cancer were histologically reviewed and confirmed) had an increased rate if exposed to asbestos, the overall numbers were still small and further study was warranted as one misclassification could skew the data (Reid 2011).

The authors of the second 2011 meta-analysis, Camargo et al., included 18 studies. They did not include the 1992 Rosenblatt et al. study or the 2004 Langseth et al. study but added six others: a 1986 study of cement workers in the U.K. by Gardner et al., a 1989 study of friction material workers in the U.K. by Newhouse et al., a 2007 study of textile workers in the U.S. by Hein et al., a 2009 study of textile workers in the U.S. by Loomis et al., and two other 2009 studies by Harding et al. and Clin et al. The authors of this second meta-analysis came to a stronger conclusion that the findings were consistent with an association between asbestos exposure and an increased risk of ovarian cancer (Carmargo 2011).

Considering the consistency of these studies, the Bradford Hill viewpoints (strength of association, consistency, biological plausibility, etc.) and the well-known carcinogenic properties of asbestos, it is my opinion to a reasonable degree of scientific certainty that asbestos exposure can cause ovarian cancer. Even disregarding the evidence that cosmetic talc is contaminated with asbestos, it is my opinion that talc is causally associated with ovarian cancer. However, to the extent that talcum powder products contain even small amounts of asbestos, the evidence of causation is even more compelling.

## XVI.   BRADFORD HILL ANALYSIS:

In 1965, Sir Austin Bradford Hill proposed nine viewpoints of a causal relationship: strength of association, consistency, specificity, temporality, biologic gradient, plausibility, coherence, experiment and analogy (Hill 1965). It is important to remember, however, as discussed at the beginning of this report, that Hill himself noted that none of these viewpoints of association – including the existence of a statistically significant relationship – is either necessary or sufficient to show causation. There are no "hard-and-fast rules". Rather, the totality of the evidence must be weighed and considered. With that important command in mind, let us examine the evidence.

1. Strength of association:

Strength of association is often measured by the magnitude of the relative risk (CDC). All meta-analyses and pooled analyses have found a statistically significant increased risk of ovarian cancer in perineal talc users, with relative risks falling between 1 and 2. This is consistent with a causal relationship. Strength of association is higher for asbestos. There are a number of examples of causal relationships where the relative risk is less than 2.0 (e.g., second hand smoke and lung cancer, oral contraceptive use and breast cancer, radon exposure and lung cancer). It also is worth noting that small or moderate effects on the benefit side can have important clinical significance. For example, aspirin has been deemed "causal" of cardiovascular event reduction, based on multiple studies that reported a benefit between 20-30% reduction in cardiovascular events. The strength of this association, especially combined

with the consistency, weigh in favor of a cause-and-effect relationship between talc and ovarian cancer.

2. Consistency:

The statistically significant increased risk of ovarian cancer with talc use has been consistent in size across multiple studies, different populations, different investigators, multiple countries and over time. Hill stressed the importance of repetitive findings; no single study can prove or disprove causation due to possible inherent internal validity issues. The consistency of the increased risk of ovarian cancer (and in particular invasive serous carcinoma) with talc use found in numerous studies, in different countries, and after adjustments for confounding factors cannot be disregarded. There also is consistent evidence of an association between asbestos and ovarian cancer. This was a very important factor in my analysis.

3. Specificity:

Hill suggested that associations are more likely to be causal when they are specific, in other words, a particular substance causes a single disease. However, in the half-century experience has shown that this aspect of causation is not particularly important in the context of cancer. Few examples of specificity are found when it comes to cancer. Smoking is generally accepted to be a cause of lung cancer, yet smoking is also associated with COPD, heart disease, stroke, and asthma, amongst other diseases. In multiple studies, talc has been shown to be associated with epithelial ovarian cancer, with invasive serous ovarian cancer showing the strongest association. Asbestos is generally accepted to cause mesothelioma, lung cancer, and ovarian cancer. Asbestos is also generally accepted to cause asbestosis/pulmonary fibrosis, pleural inflammation and thickening. This was a less important factor in my analysis.

4. Temporality:

Exposure to a substance must precede onset of disease for it to be causal. The above-described case-control and cohort studies had the objective of assessing talc exposure that preceded the onset of disease. In cohort studies, the exposure data was obtained before any women were diagnosed with ovarian cancer. In the case-control studies, women with ovarian cancer reported exposures prior to their diagnosis and controls reported exposures in the same time frame. In many studies the exposures went back several decades, providing even more assurance that the temporality requirement is met. This was an important factor in my analysis.

5. Biological gradient:

A biologic gradient, or dose-response, refers to an increased exposure corresponding to an increased risk. In the case of talc exposure, dose-response would ideally include both frequency of use and duration of use, or "application years" (total lifetime applications) similar to "pack-years" used in the setting of smoking. However, application-years is much more difficult to assess than pack-years, since one cannot easily quantify the amount of talc

used during each perineal application (unlike in smoking, where one can easily count the number of cigarettes smoked to calculate pack-years). Yet, when studies have evaluated duration and frequency of perineal talc use, most have found an increased risk of ovarian cancer with increased exposure (Harlow 1992, Cramer 1999, Mills 2004, Merritt 2008, Wu 2009, Terry 2013, Penninkilampi 2018). In the case of asbestos and mesothelioma, a study published by Plato et al. in 2018 found "a significant, dose–response relationship between maximum intensity asbestos exposure and mesothelioma of the pleura and cumulative asbestos exposure with 30-, 40-, and 50-years lag time. Cumulative exposure to asbestos, even at low levels, entailed an increased risk of mesothelioma of the pleura, indicating that even short periods with cumulative doses <1.78 f-y/ml can increase the risk of mesothelioma. Time since first exposure did not show any sufficient dose–response relationship in the longest lag period (>50 years)." (Plato 2018)

While there is evidence of a dose response, this data is more equivocal because of the challenge in measuring and comparing the extent of talcum powder usage. The evidence of biological gradient for talcum powder products is therefore very difficult to study. The evidence of biological gradient supports cause and effect, but for the reasons noted, it is limited by difficulties in the measurement of exposure. This was an important factor in my analysis.

6. Plausibility:

In this context, plausibility means that an association can be explained by and is consistent with existing scientific knowledge and, in particular, that there is a biologically plausible explanation for the exposure (to talc) as a cause of ovarian cancer. Thus, plausibility is dependent upon the current state of scientific knowledge regarding a mechanism of disease. Hill noted plausibility is helpful but limited by current knowledge.

There is evidence that validates the biological plausibility of talc-related ovarian cancer. It is generally accepted that inflammation plays a role in carcinogenesis. Pelvic inflammatory disease and endometriosis are known risk factors for ovarian cancer, and they cause the release of inflammatory mediators. Talc is known to produce an inflammatory reaction, and is in fact used in clinical practice to induce inflammation in the pleura to treat patients with pneumothorax and pleural effusions. It has also been demonstrated that particles, including talc, can migrate proximally through the female genital tract and gain access to the perineum, ovaries, and fallopian tubes. Thus, it is plausible that talc can reach the ovaries and fallopian tubes and cause a proinflammatory reaction, including induction of cytokines and ROS that play a role in the onset of ovarian cancer. Other plausible mechanisms include a down-regulated immune response to MUC1, causing an immune tolerance of a MUC1-expressing cancer, and talc-induced macrophage TNF-α expression and subsequent ovarian tumorigenesis. The 2008 Gates study showed an association of talc and ovarian cancer in women with the GSTT1-null genotype (p-interaction=0.03), particularly in combination with the GSTM1-present genotype (p-interaction=0.03). It is thus plausible that women with a GSST1-null phenotype are unable to eliminate talc as efficiently and are at increased risk of ovarian cancer. It is also highly plausible that asbestos in asbestos-tainted talc also releases cytokines and mutagenic ROS from inflammatory cells.

In the case of asbestos, fiber surface reactivity with free radical generation has been accepted as a mechanism of carcinogenesis (IARC Monograph). Asbestos-derived free radicals can lead to a variety of effects on cells including lipid peroxidation, DNA oxidation, TNF release, cell apoptosis, and increased uptake of asbestos fibers (Mossman 1983, Hobson 1990, Ghio 1998, Churg 1998, Gulumian 1999, Aust 1999, Upadhyay 2003, IARC Monograph). Asbestos fibers may directly cause the generation of ROS (IOM 2006) and indirectly cause ROS by inducing inflammation and macrophage activation (IARC Monograph). As noted above, the carcinogenicity of the other constituents of talc (cobalt, chromium, nickel, and fragrance ingredients) adds strength to biologic plausibility.

This biologic evidence, provides a biologically plausible explanation for the increased risk seen in the epidemiologic studies and is therefore a very strong factor in favor of a cause and effect relationship.

7. Coherence:

Coherence in this context means coherence between epidemiological and generally accepted knowledge of the disease in question. Numerous studies addressing talc use and ovarian cancer have indicated talc use increases ovarian cancer risk consistently. The coherence of the epidemiological evidence linking a risk of ovarian cancer with talc use, in tandem with biologically plausible mechanistic evidence discussed above, is striking and weighs heavily in support of causation.

8. Experiment:

Hill suggested that evidence drawn from experimental manipulation, particularly epidemiologic studies in which disease risk declines following an intervention or cessation of exposure, may lead to the strongest support for causal association. No studies exist that follow women after cessation of genital powder use and assess them specifically for a change in risk of ovarian cancer. The challenge of such a study is that it has been shown that talc-associated ovarian cancer takes years or decades before onset of disease. However, the Australian study performed by The Survey of Women's Health Study Group published in 1997 found that the risk of ovarian cancer was highest among women who were talc users and had not undergone surgical sterilization (RR=1.3, CI 1.1-1.6). (Green 1997). This indicates that tubal ligation or hysterectomy, by impeding the proximal migration of talc into the perineum to the ovaries and fallopian tubes, decreases the risk of talc-associated ovarian cancer, lending support to Hill's experiment aspect in the context of talc and ovarian cancer.

There are experimental studies in the literature that support a causal relationship between talc and ovarian cancer. Examples include studies that show increases in inflammatory markers following talc exposure (Allaire 1989, Genofre 2009, Arellano-Orden 2013). There is also evidence that talc causes neoplastic transformation in ovarian cells (Buz'Zard 2007) and that talc induces genotoxicity in mesothelial cells (Shukla 2009). Additionally, there is evidence that talc induces macrophage TNF-α expression (Cheng 2000), and macrophages that express TNF-α have been shown to promote ovarian tumorigenesis

(Hagemann 2006). Of note, invasive serous carcinomas commonly have p53 mutations and TNF-α induced chromosomal mutations have been shown to occur mostly in cells with p53 aberrations (Yan 2006).

It has long been generally accepted that asbestos exposure causes mesothelioma, ovarian cancer, and lung cancer (Dement 1994, deKlerk 1996, Berry 2000, IARC 2012). The experimental evidence was very important to my analysis.

9. Analogy:

Comparisons of similar associations can be used to determine plausibility. Hill suggested that when there is strong evidence of a causal relationship between a particular agent and a specific disease, researchers should be more accepting of weaker evidence that a similar agent may cause a similar disease. Analogy under the Bradford Hill viewpoints has been interpreted to mean that when one causal agent is known, the standards of evidence are lowered for a second causal agent that is similar in some way (Susser 1991). In the case of talc and ovarian cancer, one can use the analogy of asbestos and mesothelioma. Both talc and asbestos are silicates, and asbestos causes an inflammatory and fibrosing reaction within the pleura, which is generally accepted to be the primary cause of mesothelioma years later. It is the inflammatory and fibrosing reaction caused by talc that has led to its common use in the treatment of pneumothorax and pleural effusions by injection into the pleural cavity. Similarly, in the case of asbestos, fiber surface reactivity with free radical generation has been accepted as a mechanism of carcinogenesis (IARC Monograph). The analogy evidence was somewhat important in my analysis.

XVII.        CONCLUSION:

Based upon the totality of the evidence and consideration of the Bradford Hill viewpoints, which includes the high consistency and replication of the findings in the epidemiological studies, pathological, biological, and mechanistic evidence, it is my opinion, which I hold to a reasonable degree of scientific and medical certainty, that genital talcum powder exposure can cause ovarian cancer.



Figure 1. Ovarian invasive serous carcinoma.



Figure 2. Mesothelioma. Notice the morphologic similarities to ovarian serous carcinoma (Fig 1).



Figure 3. Ovarian serous borderline tumor.



Figure 4. Ovarian clear cell carcinoma.



Figure 5. Ovarian endometrioid carcinoma.



Figure 6. Ovarian mucinous carcinoma.

**EXHIBIT A**

# CURRICULUM VITAE

Date prepared:          January 2018

**Name:**                **SARAH E. KANE, M.D.**

Office Address:         Commonwealth Pathology Partners, PC
                        Salem Hospital
                        Department of Pathology
                        81 Highland Avenue
                        Salem MA 01970

Home Address:           26 Bare Hill Road
                        Topsfield, MA 01983

Work E-Mail:            skane4@partners.org

Home E-Mail:            sarahkane898@gmail.com

Place of Birth:         Norwalk, CT

Education:
1995          B.A.          Skidmore College
                            Cum laude
2001          M.D.          The Ohio State University College of Medicine

Postdoctoral Training:

2001-2005     Resident      Pathology, AP/CP     Massachusetts General Hospital
2005-2007     Fellow        Robert E. Scully Fellow  Massachusetts General Hospital
                            Cytopathology, Gynecologic and Perinatal Pathology

Academic Appointments:

2001-2005     Clinical Instructor     Pathology     Harvard Medical School
2005-2007     Graduate Assistant      Pathology     Harvard Medical School
2007-2011     Instructor              Pathology     Harvard Medical School

Appointments at Hospitals/Affiliated Institutions

2007-2011     Staff Pathologist       Pathology     Beth Israel Deaconess
2007-2011     Staff Pathologist       Pathology     Beth Israel Deaconess-Needham
2011-Present  Staff Pathologist       Pathology     North Shore Medical Center
2011-Present  Staff Pathologist       Pathology     Newton-Wellesley Hospital
2011-Present  Clinical Affiliate      Pathology     Massachusetts General Hospital

Major Administrative Responsibilities:

2005   Chief Resident, Anatomic Pathology         Massachusetts General Hospital
2007-2011   Course Director, PA501.5 Elective       Harvard Medical School
2010-2011       Associate Director, Cytopathology Fellowship       BIDMC/Harvard
2012-2013       Hematology Laboratory Director NSMC         NSMC/Partners
2013-Present   Autopsy Director, North Shore Medical Center       NSMC/Partners

Major Committee Assignments:

2005-2007           Cytopathology   Junior Member   College of American Pathologists
2005 Path Residency Training Committee     Member   Massachusetts General Hospital
2005 Anatomic Path Quality Assurance       Member   Massachusetts General Hospital
2005 Anatomic Path Steering Committee       Member   Massachusetts General Hospital
2008-2011  Path Resident Selection Committee     Member   Beth Israel Deaconess
2009-2011  Path Residency Planning Committee       Member   Beth Israel Deaconess
2010  Pathology Scheduling Committee         Member   Beth Israel Deaconess
2010-2011  Anatomic Path Quality Assurance       Member   Beth Israel Deaconess

Professional Societies:

1997 – 2001           American Medical Student Association         Member
2001 – Present     Massachusetts Medical Society             Member
2003 – Present     United States and Canadian Academy of Pathology       Member
2005 - Present         College of American Pathologists           Member

Awards and Honors:

1994           Charlotte W. Fahey Prize in Chemistry, Skidmore College
1994           Skidmore College Periclean Honor Society
1995           Phi Beta Kappa, Skidmore College
1995           Cum Laude with Department Honors, Skidmore College
2000           Honors in Pediatric Hematology and Oncology 4th Year Clerkship
2000           Letter of Commendation, Surgery Third Year Clerkship
2000           Letter of Commendation, Neurology Third Year Clerkship
2001           Honors in Anatomic and Clinical Pathology Fourth Year Elective
2001           Honors in Individual Studies in Pathology Fourth Year Elective
2016           Partners in Excellence Team Award

Teaching of Students:

Harvard Medical School Courses:

2007-2009                 Respiratory Pathophysiology
2nd Year Medical Students     Lab Instructor       Three 2 hour sessions, one week

| 2007-2009 | Cardiovascular Pathophysiology | |
| 2nd Year Medical Students | Lab Instructor | Three 2 hour sessions, one week |

| 2007-2011 | Core Surgery Clerkship | |
| 3rd Year Medical Students | Pathology Coordinator | One hour lecture/3 months |

| 2009-2011 | Principal Clinical Experience | |
| 3rd Year Medical Students | Mentor | Two hour session per week |

| 2009-2011 | Principal Clinical Experience – Pathology Elective | |
| 3rd Year Medical Students | Mentor | Minimum 2 hour session/month |

Formal Teaching of Residents:

| 2007 | Respiratory Cytology | |
| All pathology residents | Beth Israel Deaconess | One hour lecture |

| 2007-2011 | Respiratory Cytology | Quarterly 1 hr microscope session |
| Pathology residents rotating through Cytology | | |

| 2008-2011 | Fine Needle Aspiration Techniques | |
| All pathology residents | Beth Israel Deaconess | One hour lecture |

| 2008-2011 | Histologic and Cytologic Correlation of Cervical Lesions | |
| All pathology residents | Beth Israel Deaconess | One hour lecture |

Clinical Supervisory and Training Responsibilities:

2007-2011 Core Surgery Clerkship, Pathology Elective BIDMC     2 students/month

Local Invited Presentations:

| 2005 | Cytology/Histology Correlation   Clinical Pathology Technician Lecture Series |
| Department of Pathology, Massachusetts General Hospital | |

| 2008 | Respiratory Cytology | Cytopathology Lecture Series |
| Department of Pathology, Brigham and Women's Hospital | | |

Current Licensure and Certification:

| 2005 | Full License, Massachusetts |

| 2008 | Board certified, Anatomic and Clinical Pathology |

| 2008 | Board certified, Cytopathology |

Practice Activities:

| | |
|---|---|
| Surgical Pathology, Cytopathology, Autopsy | North Shore Medical Center |
| Surgical Pathology, Cytopathology | MGH Ambulatory Care Center |
| Cytopathology | Massachusetts General Hospital |
| Clinical Pathology | Newton-Wellesley Hospital |

Peer-Reviewed Publications:

Narasimhan V, Malboueuf B, **Hodil SE**. Temperature Induced Interstrand Crosslinks in Cisplatin-DNA Adducts Detected by Electrophoresis and UV Spectrophotometer. *Biochem Mol Biol Int*. 1995;37:843-851.

Grundy FJ,  Hodil SE, **Rollins SM**, Henkin TM. Specificity of tRNA-mRNA Interactions in *Bacillus subtilis* tyrS antitermination. *J Bacteriol*. 1997;179:2587-2594.

**Rollins S**, Prayson RA, McMahon JT, Cohen BH. Diagnostic Yield of Muscle Biopsy in Patients with Clinical Evidence of Mitochondrial Cytopathy. *Am J Clin Pathol*. 2001;116:326-330.

**Rollins SE**, Rollins SM, Ryan ET. Yersinia Pestis and the Plague. *Am J Clin Pathol*. 2003:119 Suppl:S78-85.

**Rollins SE**, Young RH, Bell DA. Autoimplants in Serous Borderline Tumors of the Ovary: A Clinicopathologic Study of 30 Cases of a Process to be Distinguished from Serous Adenocarcinoma. *Am J Surg Pathol*. 2006;30:457-462.

Chan MP, Hecht JL, **Kane SE**.  Clinicopathologic Correlation of Fetal Vessel Thrombosis in Mono- and Dichorionic Twin Placentas. *J Perinatol*.  2010 Oct; 30(10):660-4.

**Kane SE**, Hecht JL. Endometrial Intraepithelial Neoplasia Terminology in Practice: 4-Year Experience at a Single Institution. *Int J Gynecol Cancer*. 2012 Mar;31(2):160-165.

Haspel RA, Bhargava P, Gilmore H, **Kane SE**, Powers A, Sepehr A, Weinstein A, Schwartzstein R, Roberts D. Successful Implementation of a Longitudinal, Intergrated Pathology Curriculum During the Third Year of Medical School. *Arch Pathol Lab Med*. 2012 Nov;136(11):1430-6.

Proceedings of Meetings (Poster Presentations):

**Rollins S**, Prayson RA, McMahon JT, Cohen BH. Diagnostic Yield of Muscle Biopsy in Patients With Clinical Evidence of Mitochondrial Cytopathy. 90th United States and Canadian Academy of Pathology. March 2001. Atlanta, GA.

**Rollins SE**, Nielsen GP, Hedley-Whyte ET.  Light Microscopy, Electron Microscopy, and Mitochondrial Enzyme Function in Muscle Biopsies for Suspected Mitochondrial Cytopathies. 92nd United States and Canadian Academy of Pathology. March 2003. Washington, DC.

**Rollins SE**, Nielsen GP, Hedley-Whyte ET.  Light Microscopy, Electron Microscopy, and Mitochondrial Enzyme Function in Muscle Biopsies for Suspected Mitochondrial Cytopathies. Massachusetts General Hospital Clinical Research Day. June 2003. Boston, MA.

**Rollins SE**, Young RH, Bell DA.  Autoimplants Involving Serous Borderline Tumors of the Ovary: A Clinicopathologic Study of 30 Cases.  93rd United States and Canadian Academy of Pathology. March 2004. Vancouver, BC.

Michaels PJ, **Rollins SE**, Bounds BC, Brugge WR, Pitman MB. Cyst Fluid Analysis and Endoscopic Features Aid in the Preoperative Grading of Intraductal Papillary Mucinous Neoplasms of the Pancreas.  95th United States and Canadian Academy of Pathology. February 2006. Atlanta, GA.

**Rollins SE**, Clement PB, Young RH. Uterine Tumors Resembling Ovarian Sex Cord Tumors Frequently Have Incorporated Mature Smooth Muscle Imparting a Pseudoinfiltrative Appearance. 96th United States and Canadian Academy of Pathology, March 2007.  San Diego, CA.


White SR, Hecht J, **Kane SE**, Fu Y, Cohen DW, Wang HH. Bile duct brush cytology: indeterminate diagnosis is essential.  Arch Pathol Lab Med 2009;133:1689.

**EXHIBIT B**

# SARAH E. KANE, M.D.

Board Certified in Anatomic and Clinical Pathology, and Cytopathology

---

## REFERENCES CITED
## AND OTHER MATERIAL AND DATA CONSIDERED

LITERATURE:

1. Acheson ED, Gardner MJ, Pippard EC, and Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocodilite asbestos: a 40 year follow-up. *Br J Indust Med* 1982;39-344-8.

2. Allaire GS, Goodman ZD, Ishak KG, et al. Talc in liver tissue of intravenous drug abusers with chronic hepatitis. A comparative study. *Am J Clin Pathol* 1989 Nov;92(5):583-8.

3. Antonangelo L, Vargas FS, Teixeira LR, et al. Pleurodesis induced by talc or silver nitrate: Evaluation of collagen and elastic fibers in pleural remodeling. *Lung* 2006;184:105-11.

4. Antony VB, Nasreen N, Mohammed KA, et al. Talc pleurodesis: Basic fibroblast growth factor mediates pleural fibrosis. *Chest* 2004;126:1522-8.

5. Arellano-Orden E, Romero-Falcon A, Juan JM, et al. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. *Respiration* 2013;86(3):201-9.

6. Aust AE and Eveleigh JF. Mechanisms of DNA oxidation. *Proc Soc Exp Biol Med* 1999;222:246-52.

7. Baandrup L, Faber MT, Christensen J, et al. Nonsteroidal anti-inflammatory drugs and risk of ovarian cancer: systematic review and meta-analysis of observational studies. *Acta Obstet Gynecol Scand* 2013;92(3):245-55.

8. Belotte J, Fletcher NM, Saed MG, et al. A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival. *PLoS One* 2015; 10(8): e0135739.

9. Berge W, Mundt K, Luu H, et al. Genital use of talc and risk of ovarian cancer: a meta-analysis. *Eur J Cancer Prev* 2018 May;27(3):248-257.

10. Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London 1933–80. *Occup Environ Med* 2000;57:782–785.

11. Bertolotti M, Ferrante D, Mirabelli D. [Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]. *Epidemiol Prev* 2008;32(4-5):218-28.

12. Blettner M, Sauerbrel W, Schlehofer B, et al. Traditional reviews, meta-analyses and pooled analyses in epidemiology. *Int J Epidemiol* 1999 Feb;28(1):1-9.

13. Blount, A. M. Amphibole content of cosmetic and pharmaceutical talcs. *Environ. Health Perspect* 1991; 94:225-230.

14. Booth M, Beral V, and Smith P. Risk factors for ovarian cancer: A case-control study. *Br J Cancer* 1989;60:592-8.

15. Brinton LA, Gridley G, Persson I, et al. Cancer risk after a hospital discharge diagnosis of endometriosis. *Am J Obstet Gynecol* 1997;176:572-9.

16. Brinton LA, Lamb EJ, Moghissi KS, et al. Ovarian cancer risk associated with varying causes of infertility. *Fertil Steril* 2004;82:405-14.

17. Burki T. Asbestos production increases despite WHO opposition. *Lancet Oncol* 2009;10(9):846.

18.     Buz'Zard AR and Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res* 2007;21:579-86.

19.     Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. *Environ Health Perspect* 2011;119(9):1211-7.

20.     Campion A, Smith KJ, Fedulov AV, et al. Identification of foreign particles in human tissues using Raman microscopy. *Anal Chem* 2018 Jul 17;90(14):8362-8369.

21.     Centers for Disease Control and Prevention. Principles of epidemiology in public health practice, third edition. An introduction to applied epidemiology and biostatistics. https://www.cdc.gov/ophss/csels/dsepd/ss1978/lesson3/section5.html. Last accessed 11/9/2018.

22.     Chang S and Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer* 1997;79:2396-401.

23.     Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol* 1992;21:23-9.

24.     Cheng DS, Rogers J, Wheeler A, et al. The effects of intrapleural polyclonal anti-tumor necrosis factor alpha (TNF alpha) Fab fragments on pleurodesis in rabbits. *Lung* 2000;178(1):19-29.

25.     Churg A. *Pathology of Occupational Disease*. Baltimore: Williams and Wilkins; 1998. Neoplastic asbestos-induced disease; 339–392p.

26.     Circu ML, Aw TY. Glutathione and modulation of cell apoptosis. *Biochim Biophys Acta* 2012 Oct;1823(10):1767-77.

27.     Clendenen TV, Lundin E, Zeleniuch-Jacquotte A, et al. Circulating inflammation markers and the risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2011;20(5):799-810.

28.     Clin B, Morlais F, Dubois B, Guizard AV, Desoubeaux N, Marquignon MF. Occupational asbestos exposure and digestive cancers—a cohort study. *Aliment Pharmacol Ther* 2009;30:364–374.

29.     Cohn LD, Becker BJ. How meta-analysis increases statistical power. *Psychol Methods* 2003 Sep;8(3):243-53.

30.     Cook LS, Kamb ML, and Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol* 1997;145:459-65.

31.     Coughlin SS, Hall IJ. Glutathione S-transferase polymorphisms and risk of ovarian cancer: a HuGE review. *Genet Med* 2002 Jul-Aug;4(4):250-7.

32.     Cralley LJ, Key MM, Groth DH, et al. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J* 1968;29(4):350-4.

33.     Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer* 1999;81:351-6.

34.     Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2005;14:1125-31.

35.     Cramer DW, Vitonis AF, Terry KL, et al. The association between talc use and ovarian cancer: A retrospective case-control study in two US states. *Epidemiology* 2016;27:334-46.

36.     Cramer DW, Welch WR, Berkowitz RS, and Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol* 2007;110:498-501.

37.  Cramer DW, Welch WR, Scully RE, and Wojciechowski CA. Ovarian cancer and talc. *Cancer* 1982;50:372-6.

38.  deKlerk NH, Musk AW, Williams V, et al. Comparison of measures of exposure to asbestos in former crocidolite workers from Wittenoom Gorge, W. Australia. *Am J Ind Med* 1996;30(5):579-87.

39.  Dement JM, Brown DP, Okun A. Follow-up study of chrysotile asbestos textile workers: cohort mortality and case-control analyses. *Am J Ind Med* 1994;26(4):431-47.

40.  Dong Y, Walsh MD, Cummings MC, et al. Expression of MUC1 and MUC2 mucins in epithelial ovarian tumours. *J Pathol* 1997;183:311-7.

41.  Edwards RP, Huang X, Vlad AM. Chronic inflammation in endometriosis and endometriosis-associated ovarian cancer: new roles for the "old" complement pathway. *Oncoimmunology* 2015;4(5).

42.  Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. *Fertil Steril* 1961;12:151-5.

43.  Erickson BK, Conner MG, Landen Jr CN. The role of the fallopian tube in the origin of ovarian cancer. *Am J Obstet Gynecol* 2013;209:409-14.

44.  Feng H, Ghazizadeh M, Konishi H, Araki T. Expression of MUC1 and MUC2 mucin gene products in human ovarian carcinomas. *Jpn J Clin Oncol* 2002;32:525-9.

45.  Ferrante D, Bertolotti M, Todesco A, et al. Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. *Environ Health Perspect* 2007;115(10):1401-5.

46.  Fletcher NM, Memaj I, Saed NM. Talcum powder enhances oxidative stress in ovarian cancer. *Reprod Sci Suppl* 2018 March;24:54-5A.

47.  Fletcher NM, Belotte J, Saed MG, et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer. *Free Radic Biol Med* 2017 Jan;102:122-132.

48.  Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In Diagnostic Gynecologic and Obstetric Pathology (Third Edition), 844–64. Philadelphia: Content Repository Only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

49.  Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME* 2011;4:109-111.

50.  Gardner MJ, Winter PD, Pannett B, Powell CA. Follow up study of workers manufacturing chrysotile asbestos cement products. *Br J Ind Med* 1986;43:726–732.

51.  Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2008;17:2436-44.

52.  Gates MA, Rosner BA, Hecht JL, et al. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol* 2010;171:45-53.

53.  Genofre EH, Marchi E, Vargas FS. Inflammation and clinical repercussions of pleurodesis induced by intrapleural talc administration. *Clinics (Sao Paulo)* 2007 Oct;62(5):627-34

54.  Genofre EH, Vargas FS, Acencio MM, et al. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. *Respir Med* 2009;103(1):91-7.

55.  Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. *Am J Ind Med 1999*;36(1):129-34.

56.   Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst* 2000;92:249-52.

57.   Ghio AJ, Taylor DE, Stonehuerner JG, Piantadosi CA, et al. The release of iron from different asbestos structures by hydrogen peroxide with concomitant O2 generation. *Biometals* 1998;11(1):41-7.

58.   Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol* 1998;179(2):403-10.

59.   Gonzalez NL, O'Brien KM, D'Alosisio AA, et al. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology* 2016;27:797-802.

60.   Goode EL, Fridley BL, Vierkant RA, et al. Candidate gene analysis using imputed genotypes: cell cycle single-nucleotide polymorphisms and ovarian cancer risk. *Cancer Epidemiol Biomarkers Prev* 2009 Mar;18(3):935-44

61.   Goodman MT, Lurie G, Thompson PJ, et al. Association of two common single-nucleotide polymorphisms in the *CYP19A1* locus and ovarian cancer risk. *Endocr Relat Cancer* 2008 Dec;15(4):1055-1060.

62.   Graham J and Graham R. Ovarian cancer and asbestos. *Environ Res* 1967;1:115-28.

63.   Green A, Purdie D, Bain C, et al. Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer* 1997;71:948-51.

64.   Gross AJ and Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol* 1995;5:181-95.

65.   Gulumian M. The role of oxidative stress in diseases caused by mineral dusts and fibres: current status and future of prophylaxis and treatment. *Mol Cell Biochem* 1999;196(1-2):69-77.

66.   Gupta M, Babic A, Beck AH, et al. TNF-α expression, risk factors, and inflammatory exposures in ovarian cancer: evidence for an inflammatory pathway of ovarian carcinogenesis? *Hum Pathol* 2016;54:82-91.

67.   Hagemann T, Wilson J, Burke F, et al. Ovarian cancer cells polarize macrophages toward a tumor-associated phenotype. *J Immunol* 2006;176(8):5023-32.

68.   Harding AH, Darnton A, Wegerdt J, McElvenny D. Mortality among British asbestos workers undergoing regular medical examinations (1971–2005). *Occup Environ Med* 2009;66:487–495.

69.   Harlow BL, Cramer DW, Bell DA, and Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol* 1992;80:19-26.

70.   Harlow BL and Weiss NS. A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc. *Am J Epidemiol* 1989;130:390-4.

71.   Hartge P, Hoover R, Lesher LP, et al. Talc and ovarian cancer. *JAMA* 1983;250(14):1844.

72.   Hein MJ, Stayner LT, Lehman E, Dement JM. Follow-up study of chrysotile textile workers: cohort mortality and exposure–response. *Occup Environ Med* 2007;64:616–625.

73.   Heller DS, Westhoff C, Gordon RE, and Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol* 1996;174:1507-10.

74.   Henderson WJ, Joslin CA, Turnbull AC and Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw* 1971;78:266-72.

75.   Henderson WJ, Hamilton TC, and Griffiths K. Talc in normal and malignant ovarian tissue. *Lancet* 1979;1:499.

76.    Hill AB. The environment and disease: Association or causation? *Proc R Soc Med* 1965;58:295-300.

77.    Ho SB, Niehans GA, Lyftogt C, et al. Heterogeneity of mucin gene expression in normal and neoplastic tissues. *Cancer Res* 1993;53:641-51.

78.    Hobson J, Wright JL, Churg A. Active oxygen species mediate asbestos fiber uptake by tracheal epithelial cells. *FASEB J* 1990;4(13):3135-9.

79.    Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst* 2014;106:1-6.

80.    Huncharek M, Geschwind JF, and Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: A meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res* 2003;23:1955-60.

81.    Huncharek MS, Muscat JE, Onitilo A, and Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: A meta-analysis of nine observational studies. *Eur J Cancer Prev* 2007;16:422-9.

82.    Institute of Medicine. *Asebstos: selected cancers.* Washington (DC): National Academies Press (US); 2006.

83.    IARC. International Agency for Research on Cancer Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates IARC Monographs. 1987

84.    International Agency for Research on Cancer. Arsenic, metals, fibres, and dusts. *IARC Monogr Eval Carcinog Risks Hum* 2010;100c:219-309.

85.    International Agency for Research on Cancer. Arsenic, Metals, Fibres and Dusts. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 100C *IARC Monogr Eval Carcinog Risks Hum* Lyon (FR): International Agency for Research on Cancer; 2012.

86.    Ishikawa T, Ali-Osman F. Glutathione-associated cis-diamminedichloroplatinum(II) metabolism and ATP-dependent efflux from leukemia cells. Molecular characterization of glutathione-platinum complex and its biological significance. *J Biol Chem* 1993 Sep 25;268(27):20116-25.

87.    Jiang Z, Fletcher NM, Ali-Fehmi R, et al. Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells. *Gynecol Oncol* 2011 Aug;122(2):418-23.

88.    Kindelberger DW, Lee Y, Miron A, et al. Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. *Am J Surg Pathol* 2007;31:161-9.

89.    Klaunig JE, Kamendulis LM, Hocevar BA. Oxidative stress and oxidative damage in carcinogenesis. *Toxicol Pathol* 2010 Jan;38(1):96-109

90.    Kobayashi H, Sumimoto K, Moniwa N, et al. Risk of developing ovarian cancer among women with ovarian endometrioma: A cohort study in Shizuoka, Japan. *Int J Gynecol Cancer* 2007;17:37-43.

91.    Kotera Y, Fontenot JD, Pecher G, et al. Humoral immunity against a tandem repeat epitope of human mucin MUC1 in sera from breast, pancreatic, and colon cancer patients. *Cancer Res* 1994;54:2856-60.

92.    Kurman RJ and Shih IM. The origin and pathogenesis of epithelial ovarian cancer: A proposed unifying theory. *Am J Surg Pathol* 2010;34:433-43.

93.    Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev* 2012;21(8):1282-92.

94.   Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. *Am J Ind Med* 1999;36(1):108-13.

95.   Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health* 2008;62;358-60.

96.   Langseth H, Johansen BV, Nesland JM, et al. Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer* 2007;17(1):44-9.

97.   Langseth H and Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health* 2004;30(5):356-61.

98.   Laury AR, Hornick JL, Perets R, et al. PAX8 reliably distinguishes ovarian serous tumors from malignant mesothelioma. *Am J Surg Pathol* 2010;34(5):627-35.

99.   Lei XG, Zhu JH, Cheng WH, et al. Paradoxical Roles of Antioxidant Enzymes: Basic Mechanisms and Health Implications. *Physiol Rev* 2016 Jan;96(1):307-64.

100.  Lengyel E. Ovarian cancer development and metastasis. *Am J Pathol* 2010 Sep;177(3):1053-64.

101.  Lin HW, Tu YY, Lin SY, et al. Risk of ovarian cancer in women with pelvic inflammatory disease: a population-based study. *Lancet Oncol* 2011;12(9):900-4.

102.  Lo-Ciganic WH, Zgibor JC, Bunker CH, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology* 2012 Mar;23(2):311-9.

103.  Longo DL, Young RC. Talc and ovarian cancer. *Lancet* 1979;2(8138):349-51.

104.  Loomis D, Dement JM, Wolf SH, Richardson DB. Lung cancer mortality and fibre exposures among North Carolina asbestos textile workers. *Occup Environ Med* 2009;66:535–542.

105.  Lundin E, Dossus L, Clendenen T, et al. C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy). *Cancer Causes Control* 2009 Sep;20(7):1151-9.

106.  Magnani C, Ferrante D, Barone-Adesi F, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. *Occup Environ Med* 2008;65(3):164-70.

107.  Mallen, AR, MK Townsend, and SS Tworoger. 2018. "Risk Factors for Ovarian Carcinoma." Hematology/Oncology Clinics of North America. https://doi.org/10.1016/j.hoc.2018.07.002.

108.  Malone JM, Saed GM, Diamond MP, et al. The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer. *Am J Obstet Gynecol* 2006 Apr;194(4):1110-6; discussion 1116-8.

109.  Mamo C, Costa G. Mortality experience in an historical cohort of chrysotile asbestos textile workers. 2004. Available from: http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.500.2907&rep=rep1&type=pdf

110.  Marchiori E, Lourenco S, Gasparetto TD, Zanetti G, Mano CM, Nobre LF. Pulmonary talcosis: imaging findings. *Lung* 2010;188(2):165-171.

111.  McDonald JC, Harris JM, Berry G. Sixty years on: the price of assembling military gas masks in 1940. *Occup Environ Med* 2006;63(12):852-5.

112.  McSorley MA, Alberg AJ, Allen DS, et al. C-reactive protein concentrations and subsequent ovarian cancer risk. *Obstet Gynecol* 2007;109(4):933-41.

113.  Merritt MA, Green AC, Nagle CM, et al. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer* 2008;122:170-6.

114. Mills PK, Riordan DG, Cress RD, and Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the central valley of California. *Int J Cancer* 2004;112:458-64.

115. Moorman PG, Palmieri RT, Akushevich L, et al. Ovarian cancer risk factors in African-American and white women. *Am J Epidemiol* 2009;170(5):598-606.

116. Mossman BT and Churg A. Mechanisms in the pathogenesis of asbestosis and silicosis. *Am J Respir Crit Care Med* 1998;157(5 Pt 1):1666-80.

117. Mossman BT and Landesman JM. Importance of oxygen free radicals in asbestos-induced injury to airway epithelial cells. *Chest* 1983;83(5 Suppl):50S-51S.

118. Mostafa SA, Bargeron CB, Flower RW, et al. Foreign body granulomas in normal ovaries. *Obstet Gynecol* 1985;66:701-2.

119. Najmunnisa N, Mohammed KA, Brown S, et al. Talc mediates angiostasis in malignant pleural effusions via endostatin induction. *Eur Respir J* 2007;29:761-9.

120. Nasreen N, Hartman DL, Mohammed KA, and Antony VB. Talc-induced expression of C-C and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells. *Am J Respir Crit Care Med* 1998;158:971-8.

121. Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst* 1999 Sep 1;91(17):1459-67.

122. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology* 2000;11:111-7.

123. Newhouse ML, Berry G, Wagner JC, Turok ME. A study of the mortality of female asbestos workers. *Br J Ind Med* 1972;29:134-41.

124. Newhouse ML, Sullivan KR. A mortality study of workers manufacturing friction materials: 1941–1986. *Br J Ind Med* 1989;46:176–179.

125. NIOSH. https://www.cdc.gov/niosh/docs/81-103/pdfs/81-103.pdf  Last accessed 11/15/18

126. Notaridou M, Quaye L, Dafou D, et al. Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer. *Int J Cancer* 2011 May 1;128(9):2063-74.

127. Occupational Safety and Health Administration. Asbestos. https://www.osha.gov/SLTC/asbestos/ Last accessed 11/9/2018.

128. Ordonez NG. Value of PAX8, PAX2, claudin-4, and h-caldesmon immunostaining in distinguishing peritoneal epithelioid mesotheliomas from serous carcinomas. *Mod Pathol* 2013;26:553-62.

129. Park, HK, J M Schildkraut, AJ Alberg, EV Bandera, JS Barnholtz-Sloan, M Bondy, S Crankshaw, et al. 2018. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." Cancer Causes & Control, September. https://doi.org/10.1007/s10552-018-1082-4.

130. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systemic review and meta-analysis. *Epidemiology* 2018 Jan;29(1):41-49.

131. Piek JM, Verheijen RH, Kenemans P, et al. BRCA1/2-related ovarian cancers are of tubal origin: A hypothesis. *Gynecol Oncol* 2003;90(2):491.

132. Pike MC, Pearce CL, Peters R, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. *Fertil Steril* 2004 Jul;82(1):186-95.

133. Pinheiro SP, Hankinson SE, Tworoger SS, et al. Anti-MUC1 antibodies and ovarian cancer risk: Prospective data from the Nurses' Health Studies. *Cancer Epidemiol Biomarkers Prev* 2010:19:1595-601.

134.   Pira E, Pelucchi C, Palmas A, et al. Cancer mortality in a cohort of asbestos textile workers. *Br J Cancer* 2005;92(3):580-6.

135.   Plato N, Martinsen JI, Kjaerheim K, et al. Mesothelioma in Sweden: Dose-response analysis for exposure to 29 potential occupational carcinogenic agents. *Saf Health Work* 2018 Sep;9(3):290-295. doi: 10.1016/j.shaw.2018.04.003. Epub 2018 Apr 21

136.   Poole EM, Lee IM, Ridker PM, et al. A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor α receptor 2 levels and risk of ovarian cancer. *Am J Epidemiol* 2013;178(8):1256-64.

137.   Pukkala E, Martinsen JI, Lynge E, et al. Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol* 2009;48(5):646-790.

138.   Reid A, Heyworth J, de Klerk N, et al. The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occup Environ Med* 2008;65(11):743-9.

139.   Reid A, de Klerk N, Musk AW. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. *Cancer Epidemiol Biomarkers Prev* 2011;20(7):1287-95.

140.   Reid A, Segal A, Heyworth JS, et al. Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev* 2009;18(1):140-7.

141.   Reuter S, Gupta SC, Chaturvedi MM, et al. Oxidative stress, inflammation, and cancer: how are they linked? *Free Radic Biol Med* 2010 Dec 1;49(11):1603-16.

142.   Richards JS, Russell DL, Ochsner S, et al. Ovulation: New dimensions and new regulators of the inflammatory-like response. *Annu Rev Physiol* 2002;64:69-92.

143.   Risch HA and Howe GR. Pelvic inflammatory disease and the risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 1995;4:447-51.

144.   Robledo R and Mossman B. Cellular and molecular mechanisms of asbestos-induced fibrosis. *J Cell Physiol* 1999;180(2):158-66.

145.   Roggli VL, Pratt PC. Numbers of asbestos bodies on iron-stained tissue sections in relation to asbestos body counts in lung tissue digests. *Hum Pathol* 1983 Apr;14(4):355-61.

146.   Roggli VL, Pratt PC, Brody AR. Asbestos content of lung tissue in asbestos associated diseases: a study of 110 cases. *Br J Ind Med* 1986 Jan;43(1):18-28.

147.   Rojas V, Hirshfield KM, Ganesan S, et al. Molecular Characterization of Epithelial Ovarian Cancer: Implications for Diagnosis and Treatment. *Int J Mol Sci* 2016 Dec 15;17(12). pii: E2113.

148.   Rosenblatt KA, Szklo M, and Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol* 1992;45:20-5.

149.   Rosenblatt KA, Weiss NS, Cushing-Haugen KL, et al. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control* 2011;22:737-42.

150.   Rosler JA, Woitowitz HJ, Lange HJ, et al. Mortality rates in a female cohort following asbestos exposure in Germany. *J Occup Med* 1994;36(8):889-93.

151.   Rothwell PM, Price JF, Fowkes FG, et al. Short-term effects of daily aspirin on cancer incidence, mortality, and non-vascular death: Analysis of the time course of risks and benefits in 51 randomised controlled trials. *Lancet* 2012;379:1602-12.

152.   Saed GM, Ali-Fehmi R, Jiang ZL, et al. Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer. *Gynecol Oncol* 2010 Feb;116(2):276-81.

153.   Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecol Oncol* 2017;145(3):595-602.

154. Saed GM, Morris RT, Fletcher NM. New insights into the pathogenesis of ovarian cancer: Oxidative stress. *Ovarian Cancer – From Pathogenesis to Treatment.* DOI: 10.5772/intechopen.73860. 2018. 83-110p.

155. Schieber M, Chandel NS. ROS function in redox signaling and oxidative stress. *Curr Biol* 2014 May 19;24(10):R453-62.

156. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between body powder use and ovarian cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev* 2016;25:1411-17.

157. Senthil K, Aranganathan S, Nalini N. Evidence of oxidative stress in the circulation of ovarian cancer patients. *Clin Chim Acta* 2004;339:27–32.

158. Shukla A, MacPherson MB, Hillegass J, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *Am J Respir Cell Mol Biol* 2009 Jul; 41(1): 114–123.

159. Stanton MF and Wrench C. Mechanisms of mesothelioma induction with asbestos and fibrous glass. *J Natl Cancer Inst* 1972;48(3):797-821.

160. Straif K, Benbrahim-Talloa L, Baan R, et al. Special Report: Policy. A review of human carcinogens–Part C: metals, arsenic, dusts, and fibres. *Lancet Oncol* 2009;10:453–454.

161. Susser M. What is a cause and how do we know one? A grammar for pragmatic epidemiology. *Am J Epidemiol* 1991;133(7):635-48.

162. Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med* 1991;19(6):701-704.

163. Szeszenia-Dabrowska N, Urszula W, Szymczak W, Strzelecka A. Mortality study of workers compensated for asbestosis in Poland, 1970–1997. *Int J Occup Med Environ Health* 2002;15:267–78.

164. Terry KL, Karageorgi S, Shvetsov YR, et al. Genital powder use and risk of ovarian cancer: A pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res* 2013;6:811-21.

165. Terry KL, Titus-Ernstoff L, McKolanis JR, et al. Incessant ovulation, mucin 1 immunity, and risk of ovarian cancer. *Cancer Epidemiol Biomarkers Prev* 2007;16:30-5.

166. Toriola AT, Grankvist K, Aqborsanqaya CB, et al. Changes in pre-diagnostic serum C-reactive protein concentrations and ovarian cancer risk: a longitudinal study. *Ann Oncol* 2011;22(8):1916-21.

167. Torre LA, Trabert B, DeSantis CE, et al. Ovarian cancer statistics, 2018. *CA Cancer J Clin* 2018 Jul;68(4):284-296.

168. Trabert B, Ness RB, Wei-Hsuan LC, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: A pooled analysis in the ovarian cancer association consortium. *J Natl Cancer Inst* 2014;106:1-11.

169. Tzonou A, Polychronopoulou A, Hsieh CC, et al. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer* 1993;55(3):408-10.

170. Upadhyay D and Kamp DW. Asbestos-induced pulmonary toxicity: role of DNA damage and apoptosis. *Exp Biol Med (Maywood)* 2003;228(6):650-9.

171. van den Heuvel MM, Smit HJ, Barbierato SB, et al. Talc-induced inflammation in the pleural cavity. *Eur Respir J* 1998;12:1419-23.

172. Vasama-Neovonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. *Am J Ind Med* 1999;36(1):83-9.

173. Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries. *Afr Med J* 1979;55:917-9.

174. Vlad AM, Diaconu I, Gantt KR. MUC1 in endometriosis and ovarian cancer. *Immunol Res* 2006;36(1-3):229-36.

175. Waris G, Ahsan H. Reactive oxygen species: role in the development of cancer and various chronic conditions. *J Carcinog* 2006;5:14.

176. Wasserstein RL, Lazar NA. The ASA's statement on p -values: Context, process, and purpose. *Am Stat* 2016;70:2: 129-133, DOI:10.1080/00031305.2016.1154108

177. Whittemore AS, Wu ML, Paffenbarger RS, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol* 1988;128:1228-40.

178. Wignall BK and Fox AJ. Mortality of female gas mask assemblers. *Br J Indust Med* 1982;39-34-8.

179. Wilcsynska U, Szymaczak W, Szeszenia-Dabrowska N. Mortality from malignant neoplasms among workers of an asbestos processing plant in Poland: results of prolonged observation. *Int J Occup Med Environ Health* 2005;18(4):313-26.

180. Wong C, Hempling RE, Piver MS, et al. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol* 1999;93:372-6.

181. Wu AH, Pearce C, Tseng CC, et al. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer* 2009;124:1409-15.

182. Wu AH, Pearce CL, Tseng CC, et al. African Americans and Hispanics remain at lower risk of ovarian cancer than non-Hispanic Whites after considering nongenetic risk factors and oophorectomy rates. *Cancer Epidemiol Biomarkers Prev* 2015 Jul;24(7):1094-100.

183. Wyroba E, Suski S, Miller K, et al. Biomedical and agricultural applications of energy dispersive X-ray spectroscopy in electron microscopy. *Cell Mol Biol Lett* 2015 Sep;20(3):488-509.

184. Xie C, Reusse A, Dai J, et al. TNF-alpha increases tracheal epithelial asbestos and fiberglass binding via a NF-kappaB-dependent mechanism. *Am J Physiol Lung Cell Mol Physiol* 2000;279(3):L608-14.

185. Yan B, Wang H, Rabbani ZN, et al. Tumor necrosis factor-alpha is a potent endogenous mutagen that promotes cellular transformation. *Cancer Res* 2006;66(24):11565-70.

186. Zhou Z, Zeng F, Yuan J, et al. Pelvic inflammatory disease and the risk of ovarian cancer: a meta-analysis. *Cancer Causes Control* 2017;28(5):415-428.

OTHER SOURCES:

1. Birrer, Michael. Expert Report of Michael Birrer, MD, PhD. 5/4/17.
2. Deposition of Alice Blount, Ingham v. Johnson & Johnson, et al. (Cir. Ct. of the City of St. Louis, MO) (April 13, 2018).
3. Chodosh, Lewis A. Opinions of Lewis A. Chodosh, MD, PhD. 10/16/15.
4. Chodosh, Lewis A. Trial testimony in Brandi Carl and Joel Carl, Diana Balderrama and Gilbert Balderrama, v. Johnson & Johnson, Imerys Talc America, et al; Atlantic County Courthouse Cases ATL-L-6546-14 and ATL-L-2648-15. 8/19/16.
5. Cohen, Samuel M. Cosmetic talc and the development of ovarian cancer. 10/15/15.
6. Cramer, Daniel W. Opinion on the relationship between ovarian cancer and cosmetic talc use: Causality and relevance to the case of Ms. Deane Berg (Civil Action Number 4:09-CV-04179-KES). 8/24/11.
7. Cramer, Daniel W. Opinion on the relationship between ovarian cancer and cosmetic talc use: Causality and relevance to the case of Jaqueline Fox (Civil Action Number 1422-CC09012). 7/31/15.
8. Expert Report of Michael Crowley, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 12, 2018).
9. Godelski, John J. Expert report in the case of Jaqueline Fox. 6/4/15.
10. Deposition & Exhibits of John Hopkins, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Aug. 16 & 17, 2018; Oct. 26, 2018; and Nov. 5, 2018).
11. Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. Analysis report: MAS Project #14-1683 Johnson's Baby Powder sample set. 4/28/17.
12. Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. Analysis of Johnson & Johnson Baby Powder and Valiant Shower to Shower products for amphibole (tremolite) asbestos. 8/2/17.
13. Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. TEM analysis of historical 1978 Johnson's Baby Powder sample for amphibole asbestos. 2/16/18.
14. Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Nov. 14, 2018).
15. Ness, Roberta B. Report on the question of whether genital talc use causes ovarian cancer. 8/15.
16. Deposition & Exhibits of Julie Pier, In re: Talcum Power Prod. Liab. Litig., MDL No. 2738 (Sept. 12 & 13, 2018).
17. Siemiatycki, Jack. Expert report of Jack Siemiatycki, MSc, PhD on talc use and ovarian cancer. 10/4/16.

Exhibit 11

Sarah E. Kane, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

-------------------------------------x

IN RE:  JOHNSON & JOHNSON TALCUM

POWDER PRODUCTS MARKETING, SALES

PRACTICES, AND PRODUCTS           MDL NO:

LIABILITY LITIGATION              16-2738 (FLW)(LHG)

-------------------------------------x

THIS DOCUMENT RELATES TO

ALL CASES

-------------------------------------x


DEPOSITION UNDER ORAL EXAMINATION OF

SARAH E. KANE, M.D.

January 25, 2019, 9:19 a.m.


-  -  -

REPORTED BY: JANET M. SAMBATARO, RMR, CRR, CLR

-  -  -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Sarah E. Kane, M.D.

|  | Page 2 |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 | Deposition of SARAH E. KANE, M.D., |
| 8 | held at the offices of Sugarman, Rogers, |
| 9 | Barshak & Cohen, PC 363 Plantation Street, Boston, |
| 10 | Massachusetts, pursuant to Agreement before |
| 11 | Janet Sambataro, a Registered Merit Reporter, |
| 12 | Certified Realtime Reporter, Certified LiveNote |
| 13 | Reporter, and a Notary Public within and for the |
| 14 | Commonwealth of Massachusetts, on January 25, 2019, |
| 15 | commencing at 9:19 a.m. |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |

|  | Page 4 |
|---|---|
| 1 | APPEARANCES:  (Continued) |
| 2 |  |
| 3 | SHOOK, HARDY & BACON L.L.P. |
| 4 | BY:  HUNTER K. AHERN, ESQ. |
| 5 | 701 Fifth Avenue, Suite 6800 |
| 6 | Seattle, Washington 98104 |
| 7 | (206) 344-7600 |
| 8 | hahern@shb.com |
| 9 | Representing the Defendant, Johnson & Johnson, |
| 10 | Johnson & Johnson Consumer Companies, Inc. |
| 11 |  |
| 12 | DRINKER BIDDLE AND REATH LLP |
| 13 | BY:  KATHERINE MCBETH, ESQ. |
| 14 | One Logan Square, Suite 2000 |
| 15 | Philadelphia, Pennsylvania 19103-6996 |
| 16 | (215) 988-2700 |
| 17 | katherine.mcbeth@dbr.com |
| 18 | Representing the Defendant, Johnson & Johnson, |
| 19 | Johnson & Johnson Consumer Companies, Inc. |
| 20 |  |
| 21 | GORDON & REES SCULLY MANSUKHANI, LLP |
| 22 | BY:  MICHAEL R. KLATT, ESQUIRE |
| 23 | 816 Congress Avenue, Suite 1510 |
| 24 | Austin, Texas 78701 |
| 25 | (512) 391-0197 |

|  | Page 3 |
|---|---|
| 1 | APPEARANCES: |
| 2 | HAUSFELD LLP |
| 3 | BY:  STEVE ROTMAN, ESQ. |
| 4 | One Marina Park Drive |
| 5 | Suite 1410 |
| 6 | Boston, MA 02210 |
| 7 | (617) 207-0600 |
| 8 | srotman@hausfeld.com |
| 9 | Representing the Plaintiffs |
| 10 |  |
| 11 | LEVIN PAPANTONIO |
| 12 | BY:  CHRISTOPHER V. TISI, ESQ. |
| 13 | 316 South Baylen St. |
| 14 | Pensacola, Florida 32502 |
| 15 | (850) 435-7000 |
| 16 | ctisi@levinlaw.com |
| 17 | Representing the Plaintiffs |
| 18 |  |
| 19 | RESTAINO LAW, LLC |
| 20 | BY:  JOHN RESTAINO, ESQ. |
| 21 | 130 Forest Street |
| 22 | Denver, Colorado 80220 |
| 23 | (303) 839-8000 |
| 24 | JRestaino@RestainoLLC.com |
| 25 | Representing the Plaintiffs |

|  | Page 5 |
|---|---|
| 1 | APPEARANCES:  (Continued) |
| 2 |  |
| 3 | GORDON & REES SCULLY MANSUKHANI, LLP (Continued) |
| 4 | Representing the Defendants, |
| 5 | Imerys Talc America, Inc. |
| 6 |  |
| 7 |  |
| 8 | COUGHLIN DUFFY LLP |
| 9 | BY:  AMARYAM M. MESEHA, ESQ. |
| 10 | 350 Mount Kemble Avenue |
| 11 | Morristown, New Jersey 07962 |
| 12 | (973) 267-0058 |
| 13 | mmeseha@coughlinduffy.com |
| 14 | Representing Imerys Talc America, Inc. |
| 15 |  |
| 16 |  |
| 17 | TUCKER ELLIS LLP |
| 18 | BY:  MICHAEL ANDERTON, ESQ. |
| 19 | 950 Main Avenue |
| 20 | Cleveland, Ohio 44113 |
| 21 | (216) 592-5000 |
| 22 | michael.anderton@tuckerellis.com |
| 23 | Representing PTI |
| 24 |  |
| 25 | - Continued - |

2  (Pages 2 to 5)

Sarah E. Kane, M.D.

Page 6

1  APPEARANCES:  (Continued)
2
3  SEYFARTH SHAW LLP
4  BY:  THOMAS T. LOCKE, ESQ.  (Via telephone)
5  975 F Street, N.W.
6  Washington, D.C. 20004
7  (202) 463-2400
8  Representing PCPC
9
10  ALSO PRESENT:
11  Jody Urbati, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1          I N D E X
2  WITNESS     DIRECT  CROSS  REDIRECT  RECROSS
3  SARAH E. KANE, M.D.
4  By Ms. Ahern  15
5  By Mr. Klatt     318        348
6  By Mr. Rotman      341
7
8          E X H I B I T S
9  Number     Description         Page
10  Exhibit 1  Notice of Oral and Videotaped
11    Deposition of Sarah E. Kane and
12    Duces Tecum          27
13  Exhibit 2  Curriculum vitae of Sarah E.
14    Kane, M.D.          29
15  Exhibit 3  Invoice from Sarah Kane, M.D., for
16    services 5/19 through 7/14     31
17  Exhibit 4  Invoice from Sarah Kane, M.D., for
18    services 7/28 through 9/12     41
19  Exhibit 5  Invoice from Sarah Kane, M.D., for
20    services 9/18/17 through 2/5/18     43
21  Exhibit 6  Invoice from Sarah Kane, M.D., for
22    services 2/23/18 through 8/3/18     44
23  Exhibit 7  Invoice from Sarah Kane, M.D., for
24    services 9/20/18 through 11/16/18     45
25  Exhibit 8  Excerpt from Blaustein's Second Edition 54

Page 8

1          E X H I B I T S
2  Number     Description         Page
3  Exhibit 9  Article entitled "Serous tubal
4    intraepithelial carcinoma, chronic
5    fallopian tube injury, and serous
6    carcinoma development"          91
7  Exhibit 10 "Blaustein's Pathology of the Female
8    Genital Tract," Fourth Edition     95
9  Exhibit 11 Excerpt from "Blaustein's Pathology of
10    the Female Genital Tract,"
11    Fourth Edition          98
12  Exhibit 12 Blaustein's Pathology of the Female
13    Genital Tract"          160
14  Exhibit 13 Excerpt of "Blaustein's Pathology
15    of the Female Genital Tract, Fifth
16    Edition          160
17  Exhibit 14 Rule 26 Expert Report of Sarah E.
18    Kane, M.D.          164
19  Exhibit 15 Document entitled "References Cited
20    and Other Material and Data
21    Considered"          165
22  Exhibit 16 Document entitled "Additional
23    Material Considered"          181
24  Exhibit 17 Document entitled "Additional Materials
25    to Dr. Sarah Kane"          186

Page 9

1          E X H I B I T S
2  Number     Description         Page
3  Exhibit 18 "The Plaintiffs' Steering Committee's
4    Initial Designation and Disclosure of
5    Non-case Specific Expert Witnesses"  194
6  Exhibit 19 Article entitled "Presence of Talc
7    in Pelvic Lymph Nodes of a Woman with
8    Ovarian Cancer and Long-Term Genital
9    Exposure to Cosmetic Talc"          252
10  Exhibit 20 Article entitled "Perineal Exposure
11    to Talc and Ovarian Cancer Risk"     260
12  Exhibit 21 Article entitled "Genital Talc
13    Exposure and Risk of Ovarian Cancer"  266
14  Exhibit 22 Article entitled "Perineal Talc
15    Exposure and Epithelial Ovarian Cancer
16    Risk in the Central Valley of
17    California"          272
18  Exhibit 23 Highlighted copy of Dr. Kane's
19    expert report          284
20  Exhibit 24 Article entitled "Talcum powder,
21    chronic pelvic inflammation and
22    NSAIDs in relation to risk of
23    epithelial ovarian cancer"          289
24  Exhibit 25 Article entitled "The relationship
25    between perineal cosmetic talc usage

3  (Pages  6  to  9)

Sarah E. Kane, M.D.

Page 10

```
1            E X H I B I T S
2    Number      Description        Page
3    Exhibit 25 (Continued)
4          and ovarian talc particle burden"   308
5    Exhibit 26 Article entitled "Pycnogenol reduces
6          Talc-induced Neoplastic Transformation
7          in Human Ovarian Cell Cultures"    328
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 11

```
1             P R O C E E D I N G S
2          THE VIDEOGRAPHER:  We are now on the
3    record.  My name is Jody Urbati.  I am a
4    videographer for Golkow Litigation Services.
5    Today's date is January 25, 2019; the time,
6    9:19 a.m.
7          This video deposition is being held in
8    Boston, Massachusetts, In Re: Johnson & Johnson
9    Talcum Powder Products Liability Litigation in
10   the United States District Court for the District
11   of New Jersey.
12         The deponent today is Sarah Kane.
13   Counsel will be noted on the stenographic record.
14   The court reporter is Janet Sambataro and will
15   now swear in the witness.
16         (Witness sworn.)
17         MS. AHERN:  Just a quick housekeeping
18   matter.  The defendants would like to lodge an
19   objection to the additional materials to Sarah
20   Kane that were served yesterday at 3:36 p.m. by
21   Ashcraft law firm.  Serving supplementary
22   materials 24 hours before an expert deposition is
23   prejudicial to the defendants' ability to
24   prepare.
25         The number of the documents that were
```

Page 12

```
1    identified yesterday in that list are voluminous
2    and dense and require additional time to cover,
3    to the extent that they substantively informed
4    Dr. Kane's opinions in this case.
5          We'd also like to object to the
6    inclusion of those materials on the science day
7    presentations, which were not intended for any
8    other purpose than for science day in the MDL.
9          And that's all I have to say on the
10   objections.
11         MR. ROTMAN:  Go ahead.
12         MR. TISI:  First of all, as you know,
13   many of those documents were documents that were
14   provided to counsel in connection with virtually
15   every depositions that have been taken to date.
16   In fact, it was provided with Dr. Mohrman that
17   was being taken at the same time today; it was
18   provided with Dr. Zelikoff earlier in the week;
19   it was provided almost routinely.
20         Many of them -- some of them,
21   particularly the Health Canada document, were
22   documents that only became available in mid
23   December, number one.
24         Number two, I believe that the science
25   day document that you're referring to, which I
```

Page 13

```
1    think you'll find was not relied on in any way,
2    was a -- that was the California and not the MDL.
3    So I just want to be clear about that.
4          So there is no prejudice, and we would
5    clearly object to -- these are not documents she
6    relied on for her report; they just are
7    supplemental materials.  But -- you can ask
8    questions, but we will certainly object to
9    reconvening the deposition at any later time.  We
10   made that clear yesterday.
11         MS. AHERN:  Thank you.
12         MR. ROTMAN:  Yeah, there was -- one of
13   the documents was a textbook that Dr. Kane first
14   looked at two days ago or -- yeah, I think it was
15   two days ago, and so I added it to the list.  And
16   she brought the textbook with her today.
17         MR. KLATT:  Can I just add we had an
18   agreement for all the other depositions, and I
19   assume we continue today, one objection by a
20   party is good for all.
21         MR. TISI:  That's fine, yes.
22         MR. ROTMAN:  And, you know, just so
23   it's clear to anybody reading the transcript that
24   what you received yesterday was the third
25   reference list that we've provided for Dr. Kane,
```

4  (Pages 10 to 13)

Sarah E. Kane, M.D.

1   the first being with her report in November; the
2   second being on January 4th, which was about ten
3   days before the deposition had been scheduled for
4   January 14th; and then these additional items
5   were materials that either were inadvertently
6   left off or not reviewed until just very
7   recently.
8       MS. AHERN:  Okay.  To the extent that
9   these new materials inform her substantive
10   opinions and were not included in her report or
11   prior versions of the reference list, then we can
12   talk about that later --
13      MR. TISI:  Yeah.
14      MS. AHERN:  -- in terms of additional
15   time.
16      And just to clarify, Steve, you said
17   that she reviewed one textbook.  It looks like on
18   the list that I received, she reviewed the
19   second, fourth, and fifth editions of the
20   textbook --
21      MR. ROTMAN:  I was referring --
22      MS. AHERN:  -- or textbooks.
23      MR. ROTMAN:  I was referring to that as
24   one textbook, yeah, but you're right, the
25   different editions.  And she did bring with her

1   today those materials.
2       MS. AHERN:  So she has a copy with her
3   today of all of the items listed in the
4   additional materials to Sarah Kane that was
5   served yesterday.
6       MR. ROTMAN:  No.
7       MS. AHERN:  Okay.  Do you know what
8   she -- well, we can -- we'll find out.
9       MR. ROTMAN:  Yeah.
10      MS. AHERN:  Okay.  All right.
11      SARAH E. KANE, M.D.,
12   having been duly sworn, after presenting
13   identification in the form of a driver's license,
14   deposes and says as follows:
15      DIRECT EXAMINATION
16   BY MS. AHERN:
17      Q.  Good morning, Dr. Kane.
18      A.  Good morning.
19      Q.  Can you please state your name for the
20   record?
21      A.  Sure.  Sarah Kane.
22      Q.  And, Dr. Kane, who is your current
23   employer?
24      A.  Commonwealth Pathology Partners.
25      Q.  And do you have a business address at

1   Commonwealth Pathology Partners?
2       A.  The address we commonly use is 81
3   Highland Avenue, Salem, Massachusetts.  It's
4   01970.
5       Q.  Okay.  And do you have any separate
6   consulting business?
7       A.  No.  Other -- outside of this type of
8   medical expert witness work, no.
9       Q.  Okay.  And how often do you do this
10   sort of medical witness work?
11      A.  I am very new at it.  I have done one
12   deposition before in a tobacco case.
13      Q.  Okay.  And the fees that you get from
14   these cases, do they go directly to you or do
15   they go to your -- Commonwealth Pathology
16   Partners?
17      A.  They go directly to me.
18      Q.  And, Dr. Kane, you're a medical doctor;
19   correct?
20      A.  Yes.
21      Q.  And what is your medical specialty?
22      A.  I am board certified in anatomic and
23   clinical pathology and cytopathology, with
24   fellowship training in gynecologic pathology.
25      Q.  Does that mean that you review

1   diagnostic materials, slides, and blocks that
2   have been taken from patient procedures and make
3   determinations regarding diagnosis?
4       A.  Yes.
5       Q.  Do you see patients as part of your
6   medical practice?
7       A.  Yes.  Occasionally, cytopathologists
8   sometimes perform a procedure that's called a
9   fine-needle aspiration.  And so if a patient is
10   seen in clinic and the clinician discovers a
11   palpable nodule, I might be asked to go into the
12   room and perform a fine-needle aspiration.
13      Q.  But you don't see patients in the sense
14   that you don't counsel patients and provide
15   ongoing care for an individual patient?
16      A.  Well, I mean, I guess my pathology
17   report is part of the -- basically speaks to
18   medical treatment and informs clinical treatment
19   of the patient.  So my pathology reports are seen
20   by the patient.
21      Q.  I guess what I'm getting at is:  Do you
22   see patients as part of your practice, give them
23   a history and physical, provide ongoing care for
24   them outside of the setting of a fine-needle
25   aspiration or a specific procedure related to a

5 (Pages 14 to 17)

Sarah E. Kane, M.D.

Page 18

1 diagnosis?
2        MR. ROTMAN:  Is this working for you?
3        THE WITNESS:  Oh, I'm sorry?
4        MR. ROTMAN:  Is it working?
5        THE WITNESS:  Yes.
6        MR. ROTMAN:  Okay.
7     A.   Outside of the fine-needle aspiration
8  setting, the only time I might see a patient
9  would be with a blood transfusion reaction.  I
10 might have to go to the floor to examine the
11 patient or patient chart.
12       Ongoing care for them outside of the setting
13 of a fine-needle aspiration, the nature of
14 gynecologic pathology, sometimes I will see a Pap
15 smear from a patient and then a cervical biopsy
16 from a patient and then a LEEP from the patient,
17 and I might speak to the clinician about
18 treatment algorithms, that kind of thing.
19    Q.   Do you actually then go see the patient
20 themselves and discuss with them the results of
21 their Pap smear or other testing?
22    A.   Typically, no.
23    Q.   Have you ever performed a history and
24 physical in your practice as a pathologist?
25    A.   Yes.

Page 19

1     Q.   Under what circumstances?
2     A.   Under blood transfusion reactions.
3     Q.   And what sort of history and physical
4  do you take in relation to a blood transfusion
5  reaction?
6     A.   Well, you might be looking at blood
7  pressure and review of the medical chart,
8  temperature, that kind of thing.
9     Q.   So you review the medical chart.
10       Is that medical chart prepared by another
11 physician?
12    A.   Usually, you're looking at
13 retrospective data at the time of the blood
14 transfusion reaction.
15    Q.   How often will you see the same patient
16 who has had a blood transfusion reaction?
17    A.   Not very often.
18    Q.   Okay.  Do you ever counsel patients on
19 risk factors for ovarian cancer?
20    A.   Have I ever?  Probably, but in my
21 day-to-day practice, I'm not seeing patients on a
22 regular basis to do that.
23    Q.   And the only time you see patients is
24 with regard to specific issues that are within
25 your realm of pathology expertise, a fine-needle

Page 20

1  aspiration, a blood transfusion reaction.
2        Are there any others?
3     A.   I'm trying to think what another
4  possibility might be.
5        I mean, I go into the operative room when
6  patients are in surgery sometimes with the
7  surgeon to do intraoperative frozen sections,
8  which are realtime diagnosis while the patient is
9  having a procedure.
10    Q.   But you're interacting with the
11 physicians in that respect, aren't you, not with
12 the patient?
13    A.   It can be both.
14       MR. ROTMAN:  Objection.  Objection.
15       You can answer.
16       MS. AHERN:  You can answer.
17    A.   The vast majority of the time I'm with
18 frozen sections, I'm interacting with the
19 surgeon.
20    Q.   Are there times where you are
21 interacting with the patient during a surgical
22 procedure?
23       MR. ROTMAN:  When you say
24 "interacting," you mean having a conversation or
25 do you mean having any kind of contact?

Page 21

1        MR. KLATT:  Steve, just limit the
2  objection to "form."
3        MR. ROTMAN:  I'm trying to clarify.
4        MR. KLATT:  It doesn't matter.
5  BY MS. AHERN:
6     Q.   Did you understand --
7        MR. KLATT:  Object to form.
8     Q.   -- the question, Doctor?
9     A.   Let me -- can -- I'm sorry.  Can you
10 read it back or --
11    Q.   You said, "The vast majority of" --
12       MR. ROTMAN:  She's reading, I think.
13       MS. AHERN:  I'll withdraw the question
14 and just remind you.
15 BY MS. AHERN:
16    Q.   You said that the vast majority of the
17 time you're interacting with the physicians;
18 correct?
19    A.   Yes.
20    Q.   What do you mean by "interacting"?
21    A.   During the surgery, the surgeon might
22 have me come up to the operative room or the
23 surgeon might come down to look at the tissue,
24 both grossly and under the microscope with me.
25    Q.   Okay.  Under those circumstances, would

6  (Pages 18 to 21)

Sarah E. Kane, M.D.

Page 22

1  you ever speak to the patient?
2      A.  Usually not.
3      Q.  And if you -- have you ever spoken to a
4  patient when you were reviewing frozen sections?
5      A.  I might have during rapid reads of
6  fine-needle aspirations.  So sometimes
7  interventional radiologists will do fine-needle
8  aspirations if they have to be ultrasound guided.
9  So, yes, I'm speaking to patients sometimes in
10  that situation and, obviously, when I do
11  fine-needle aspirations.
12      Q.  Okay.  But you don't have a group of
13  patients that come to you for ongoing care and
14  see you in an office setting, do you?
15      A.  They are basically -- I would say it's
16  the equivalent of physician referral.  So if a --
17  if a clinician is doing a biopsy -- I mentioned
18  women with Pap smears and then cervical biopsies
19  and then cone LEEPs, you know, it's a trajectory
20  of care, but it's physician referred for tissue.
21      Q.  When you say "physician referred," what
22  do you -- what do you mean by that?  Are you
23  interacting with the physician in providing
24  advice or recommendations or are you interacting
25  with the patients themselves and providing advice

Page 23

1  or recommendations?
2      A.  The physicians usually.
3      Q.  Okay.  So I'm asking about patients.
4      A.  Yeah.
5      Q.  On a given day -- like what are -- what
6  are the days that you're in the office?
7      A.  Monday through Friday.
8      Q.  So are there days that you do
9  particular tasks, administrative, and then days
10  that you do frozen sections or days that you do
11  just general pathology reads?
12      A.  Rarely, I have an administrative day.
13  It would be nice to have more, but, typically, I
14  am looking at slides the majority of the day.
15      I will be doing frozen sections on some
16  days, but we have a very collegial atmosphere, so
17  I might do frozens with another pathologist.
18  Some days I'm on cytology, so I'm doing the
19  fine-needle aspirations, which is either me
20  performing the fine-needle aspirations or me
21  reading a rapid interpretation that an
22  interventional radiologist has performed.
23      Q.  So on -- in a given week, it's not like
24  you have a patient clinic where patients come to
25  see you and they're scheduled to see you.

Page 24

1      A.  That's correct.  They're not scheduled
2  to see me.
3      Q.  Okay.  And so outside of, like you
4  mentioned, procedures like a fine-needle
5  aspiration, you wouldn't generally see patients
6  directly.
7      A.  The fine-needle aspiration would be the
8  only setting where they would have a scheduled,
9  allotted slot time with me.
10      Q.  Okay.  Generally speaking, when you're
11  reviewing slides, what sort of medical records do
12  you have available to you that are relevant to
13  your clinical diagnosis?
14      A.  I have the entire medical record
15  available to me, whatever is in the hospital
16  system for that patient.
17      Q.  What do you routinely rely on or review
18  as part of your review of slides in terms of
19  medical records?
20      A.  Well, it's very patient dependent and
21  very diagnosis dependent, but, for example --
22  I'll stick to the example of cervical biopsy.  So
23  I'll be looking -- if I have a cervical biopsy,
24  I'll look to see the patient's history of Pap
25  smears, HPV tests, that kind of thing.

Page 25

1      Q.  Documents that are directly relevant to
2  your review of the current pathology; is that
3  correct?
4      A.  For the most part, I would say so.
5      Q.  In other words, you don't go back
6  through all of their physician records or
7  gynecologic visits, their primary care physician
8  records?
9      A.  Again, it would depend on the
10  situation.  I mean, if I have a lung tumor case,
11  I'll probably be looking at the radiology, the
12  radiology reports, the -- I'll pull up a report
13  with a primary care physician to look for smoking
14  history, that kind of thing, to put the whole
15  piece together for the diagnosis.
16      Q.  Okay.  And, Doctor, you're here today
17  to provide a deposition as an expert witness on
18  behalf of the plaintiffs; is that correct?
19      A.  Yes.
20      Q.  And you said you've given one
21  deposition in the past?
22      A.  Yes, that's correct.
23      Q.  And what sort of case was that?
24      A.  That was a tobacco case.
25      Q.  Were you an expert in that case?

7 (Pages 22 to 25)

Sarah E. Kane, M.D.

Page 26

1    A.  Yes.  It was an individual causation
2  case.
3    Q.  Okay.  Were you an expert for the
4  plaintiffs or the defendants?
5    A.  For the plaintiffs.
6    Q.  And what sort of -- what sort of case
7  was that in terms of the injury that was being
8  alleged?
9    A.  It was a patient with lung cancer who
10  was suing a tobacco company.
11    Q.  And what was your specific -- what was
12  your opinion in that case?
13    A.  That it was highly likely that her long
14  history of smoking caused her lung cancer.
15    Q.  So -- and I should have gone over this
16  with you in the beginning, but you're familiar
17  with the deposition rules?
18    A.  In general, I think.
19    Q.  Okay.  You're doing a very good job.
20  And the main things to remember is the two of us
21  will try not to speak over each other so that the
22  court reporter can take a clean transcript down.
23    If you need a break at some time, that's
24  fine, just let me know.  All I ask is if there's
25  a question pending, you go ahead and finish the

Page 27

1  answer to the question and then we'll take a
2  break.
3    If you don't understand a question that I
4  ask you, please don't answer it.  Let me know
5  that you don't understand the question or you'd
6  like me to rephrase it and I'll be happy to do
7  that.  All right?
8    A.  Okay.
9    Q.  Okay.  And if you answer the question,
10  is it fair for me to assume that you understood
11  it?
12    A.  Yes.
13    Q.  All right.
14    (Notice of Oral and Videotaped
15    Deposition of Sarah E. Kane and Duces Tecum
16    marked Exhibit 1.)
17  BY MS. AHERN:
18    Q.  Doctor, I'm handing you what's been
19  marked as Exhibit No. 1 to your deposition.
20    MS. AHERN:  I don't know how many
21  people need copies of these.  I don't have that
22  many, but --
23    MR. TISI:  I'll take a copy.  Thank
24  you.
25    MR. ROTMAN:  Thank you.

Page 28

1    MS. AHERN:  You're welcome.
2  BY MS. AHERN:
3    Q.  Dr. Kane, I've handed you a copy of
4  your Notice of Deposition for today.
5    Have you seen this document before?
6    A.  Yes.
7    Q.  When did you see it?
8    A.  I believe it was sometime in December,
9  because the original deposition date was
10  January 14th.
11    Q.  And, Doctor, do you know whether you
12  produced all of the documents that are responsive
13  to the request in Exhibit 1, your deposition
14  notice?
15    MR. ROTMAN:  We've objected to a number
16  of them.  And so she's producing -- you should go
17  item by item, if you want to -- I'm
18  going to object otherwise.
19    Q.  Doctor, do you know what you brought
20  with you today?
21    A.  Yes.  We have my -- a copy of my
22  updated CV.  We have copies of my invoice.  I
23  believe I have a copy of -- oh, right.  Sorry.
24    I have pages that I found for the Blaustein
25  second edition, which I don't have the actual

Page 29

1  textbook.  I believe I got -- I found this image
2  off of the internet.  But I do have the fourth
3  and fifth editions of the Kurman Blaustein's
4  textbook, and I've marked any relevant pages that
5  I reviewed a couple of days ago.
6    MS. AHERN:  If you --
7    MR. ROTMAN:  One second.
8    MS. AHERN:  It might be easier if you
9  just hand me those and let me take a look.
10    MR. ROTMAN:  In addition, there's the
11  boxes in the room that are the documents that
12  were sent up by counsel from Ashcraft & Gerel.
13    MS. AHERN:  Thank you.
14  BY MS. AHERN:
15    Q.  All right, Doctor.  So let's take these
16  in order, I guess.  Let's look at your --
17    MR. ROTMAN:  She also has a copy of her
18  report.
19    MS. AHERN:  Okay.  We'll mark your
20  updated CV as Exhibit No. 2.
21    (Curriculum vitae of Sarah E.
22    Kane, M.D. marked Exhibit 2.)
23  BY MS. AHERN:
24    Q.  Do you need a copy in front of you?
25    A.  Sure.

8 (Pages 26 to 29)

Sarah E. Kane, M.D.

Page 30

1    Q.  Okay.
2        MS. AHERN:  I don't know if anyone else
3    needs a copy.
4    BY MS. AHERN:
5        Q.  Doctor, Exhibit 2, this is a copy of
6    your current curriculum vitae?
7        A.  Yes.  January 2019, yes, this is the
8    current.
9        Q.  And can you tell me what has been
10   updated since you submitted your report
11   November 15th of 2018?
12       A.  I believe the only change is that I am
13   now director of cytopathology at North Shore
14   Medical Center, which includes Salem Hospital and
15   Union Hospital, which is in Lynn, Massachusetts.
16       Q.  Are there any additional publications
17   that you have included on your updated resume --
18   or, sorry, updated CV?
19       A.  I don't believe so.
20       Q.  The only change is that your position
21   has changed to director?
22       A.  Yes, of cytopathology.
23       Q.  Okay.  And you've also brought with you
24   invoices --
25       A.  Yes.

Page 31

1        Q.  -- for your time spent on talc?
2        A.  I handed them to her.  Yes.
3        MR. ROTMAN:  What we handed, I think,
4    is multiple copies, so you can hand one back, I
5    suppose.
6        MS. AHERN:  We'll mark as Exhibit 3 to
7    your deposition an invoice for rendered services.
8        (Invoice from Sarah Kane, M.D.,
9        for services 5/19 through 7/14 marked
10       Exhibit 3.)
11       MS. AHERN:  I can't see a date, but it
12   looks like it covers -- well, let's just have you
13   look at it.
14   BY MS. AHERN:
15       Q.  Can you tell me the date range covered
16   by that invoice?
17       MR. ROTMAN:  Copy for me?
18       A.  Yes.  It looks like it is from May 19th
19   to June 16th.  That would be -- if this is the
20   first invoice, I believe, that would be -- 2017,
21   year 2017.
22       Q.  Okay.  And, Doctor, was this May 19,
23   2017 -- how long after you were retained did you
24   submit this invoice?
25       A.  I wouldn't have sent it until after

Page 32

1    June 16th, which is the last date.  So it would
2    have been after June 16th, 2017.
3        Q.  I'm sorry.  Do you remember when you
4    were retained by the plaintiffs to be an expert
5    in this litigation?
6        A.  I believe I was contacted by Mr. Rotman
7    in early May of 2017.
8        Q.  Okay.  Do you know how Mr. Rotman found
9    your name?
10       A.  I believe he was referred by a
11   colleague.
12       Q.  Do you remember what colleague that is?
13       A.  Dr. Paul Michaels.
14       Q.  And is Dr. Michaels a pathologist?
15       A.  Yes.
16       Q.  Where does Dr. Michaels work?
17       A.  I actually don't know the name of his
18   group, but he is in Austin, Texas now.
19       Q.  Where was he in 2017?
20       A.  Austin, Texas, I believe.
21       Q.  Okay.  Is he a gynecologic pathologist?
22       A.  No.
23       Q.  What type of pathologist is he?
24       A.  He has a cytopathology fellowship, in
25   addition to anatomic and clinical board

Page 33

1    certification.
2        Q.  And how do you know Dr. Michaels?
3        A.  We were residents and fellows together.
4        Q.  Were you -- fellows where?  Mass
5    General?
6        A.  At Massachusetts General, yes.
7        Q.  Was he in the gynecologic pathology
8    fellowship with you or a different fellowship?
9        A.  So my fellowship was kind of
10   interesting.  I was, unfortunately, one of the
11   last groups where a combined anatomic and
12   clinical pathology residency was five years.  I
13   think the next year after I began residency they
14   dropped it to four years.
15       So my surgical pathology and cytopathology,
16   it was a two-year fellowship.  The gyn path and
17   the cytopathology, it was over a two-year period.
18   And the weeks of gynecologic pathology were mixed
19   with weeks of cytopathology, so they spread out
20   the cytopathology fellowship over two years.
21       Paul was a cytopathology fellow the first
22   year of my fellowship, so we did all four years
23   of anatomic and clinical pathology and then the
24   first year of fellowship at the same time.
25       Q.  Okay.  And looking back at Exhibit 3,

9 (Pages 30 to 33)

Sarah E. Kane, M.D.

Page 34

1  this invoice from May 19, 2017, to July 14 of
2  2017, the first entry looks like it's -- it
3  covers a period of May 19th through July 14th,
4  "Communication with firm regarding talc
5  litigation case, one hour"; is that correct?
6      A.  Yes.  Sorry.  Thank you for correcting
7  me.  I saw the last line, 6/16, and figured that
8  was the last day that this covered.  But you're
9  correct, it's -- July 14th would have been the
10  last date that this invoice covered.
11      Yes, June 16th I met with Mr. Rotman,
12  Dr. Thompson, and Mr. Soileau -- I don't know how
13  to pronounce his last name.
14      Q.  Are they all -- they're all attorneys;
15  correct?
16      A.  Correct.
17      Q.  Okay.  What firm?
18      A.  I know Mr. Rotman is with Hausfeld.
19  Dr. Thompson is with Allen Beasley.  I don't know
20  for sure where Mr. Soileau is from.
21      Q.  You said Mr. Thompson is with Beasley
22  Allen.
23      A.  I believe so.  I don't remember for
24  certain.
25      Q.  And at least during --

Page 35

1          MR. ROTMAN:  It's Ms. Thompson.
2          MS. AHERN:  Ms. Thompson.
3          MR. ROTMAN:  Or Dr. Thompson.
4          THE WITNESS:  Doctor.  She's a -- she's
5  a doctor, as well as an attorney.
6      Q.  And for this first invoice, you billed
7  $26,666.67; correct?
8      A.  Yes.
9      Q.  And you spent a total of 53 hours and
10  20 minutes working on talc-related issues?
11      A.  Yes.
12      Q.  Seventeen hours and five minutes of
13  that was reviewing the medical literature, expert
14  reports, and testimony; is that correct?
15      A.  So this was my first time ever
16  recording any sort of invoice for medical expert
17  witness work, so the review of medical
18  literature, expert reports, and testimony,
19  probably some of that will also be included in
20  the generating of medical expert report, because
21  while I was -- I basically began -- you can see
22  from the dates I pretty much started drafting,
23  taking notes in a draft, around May 28th, which
24  was soon after I did my initial medical
25  literature searches.

Page 36

1          So those hours overlap a little bit.  I
2  mean, I kept track of particular hours so that I
3  could bill accurately, but those two things --
4  certainly, generating the medical expert report
5  would also include review of the medical literature.
6      Q.  Okay.  So you started on your -- on the
7  draft of your expert report in this case back in
8  May of 2017; is that correct?
9      A.  Late May, yes.
10      Q.  And did you -- do you remember when you
11  started your review of the medical literature?
12  Would it have been May 20th, as reflected in this
13  invoice, Exhibit 3?
14      A.  Yes, I believe so.
15      Q.  You also have on here that you spent
16  some time researching electron microscopy
17  experts.
18      A.  Yes.
19      Q.  Was that at the request of the
20  plaintiffs' counsel?
21      A.  Plaintiffs' counsel was looking for
22  additional people because there are very few
23  electron microscopy units in the country and very
24  few expert electron microscopists.
25      I can't remember if they asked me to or I

Page 37

1  offered to.  It could have been the latter.  But
2  I was aware that they were looking for additional
3  people to potentially use electron microscopy.
4      Q.  Do you know how plaintiffs intended to
5  use the electron microscopy experts?
6          MR. ROTMAN:  Objection.  That's going
7  into areas that you're not entitled to, so she's
8  not going to answer that.
9  BY MS. AHERN:
10      Q.  Doctor, what sort of electron
11  microscopists were you looking for at the
12  plaintiffs' request?
13          MR. ROTMAN:  Same objection.
14          MS. AHERN:  I'm not asking her about
15  communications that she had with counsel; I'm
16  asking her what sort of work --
17          MR. ROTMAN:  Your question --
18          MS. AHERN:  -- she did --
19          MR. ROTMAN:  Your question --
20          MS. AHERN:  -- that she was paid for by
21  the plaintiffs' counsel and that's reflected on
22  the invoice that you've submitted here today.
23          MR. ROTMAN:  You are asking her what
24  she was doing at plaintiffs' counsel's request.
25  That's unrelated to her --

10 (Pages 34 to 37)

Sarah E. Kane, M.D.

Page 38

1    MS. AHERN:  You're --
2    MR. ROTMAN:  -- opinions.
3    MS. AHERN:  -- instructing her not to
4  answer the question of, "Doctor, what sort of
5  electron microscopists were you looking for at
6  plaintiffs' request?"
7    MR. ROTMAN:  Yes.  I'm objecting to
8  that.
9    MR. KLATT:  That's not a communication.
10    MS. AHERN:  That's not a communication.
11  That is what did she do and what was she looking
12  for.
13    MR. TISI:  It's consulting.
14    MS. AHERN:  She's sitting here today as
15  a testifying expert.
16    MR. ROTMAN:  Understood.  She's not
17  going to answer that.
18  BY MS. AHERN:
19    Q.  Doctor, did you make any
20  recommendations regarding electron microscopists?
21    A.  No, ultimately, I did not give them any
22  names.
23    Q.  What electron microscopists were you
24  looking at when you were conducting your
25  research?

Page 39

1    MR. ROTMAN:  Again, this is her work
2  on -- as a consultant not relating to her
3  opinions in this case --
4    Q.  Doctor, do you --
5    MR. ROTMAN:  -- so you're not entitled
6  to this information.
7    MS. AHERN:  You're instructing her not
8  to answer.
9    MR. ROTMAN:  Yes.
10    MS. AHERN:  Then instruct her not to
11  answer.
12    MR. ROTMAN:  I'm instructing you not to
13  answer.
14    THE WITNESS:  Okay.
15  BY MS. AHERN:
16    Q.  Doctor, do you know any electron
17  microscopists?
18    A.  Yes.
19    Q.  Who?
20    A.  I know Dr. Gunnlaugur Nielsen at
21  Massachusetts General Hospital.
22    Q.  How do you spell Gunnlaugur's name?
23    A.  G-U-N-N -- I believe there are two
24  Ns -- L-A-U-G-H-E-R [sic], Nielsen.  That's with
25  an S-E-N.  But he goes by Petur, which is

Page 40

1  P-E-T-U-R.
2    Q.  N-I-E-, Nielsen?
3    A.  I believe so.
4    Q.  -S-S-O-N?
5    A.  No, -L-S-E-N.
6    Q.  Did you speak to Dr. Nielsen about
7  potentially working on the talc litigation?
8    A.  I believe I e-mailed him.
9    Q.  Do you remember when that occurred?
10    A.  It was probably -- I don't remember
11  exactly, but I would imagine it was between 5/22
12  and 6/1 of 2017.
13    Q.  And was he interested in doing any talc
14  work?
15    A.  He was not interested in doing medical
16  expert witness or consulting work.
17    Q.  Did you e-mail anybody else, any other
18  electron microscopists?
19    MR. ROTMAN:  So you keep on asking her
20  about the consulting work that she was doing that
21  had nothing to do with her opinions in this case,
22  which is why we're here today.  We're not here
23  today for you to take the deposition of her
24  consulting work at that stage on this issue, so
25  that whole area is off limits and I'm instructing

Page 41

1  her not to answer.  If you want to continue
2  asking those questions, I'm going to continue to
3  object on the same basis.
4    Q.  Doctor, did you contact any electron
5  microscopists who agreed to work on the talc
6  litigation?
7    MR. ROTMAN:  Objection.
8    Instruct you not to answer for the
9  reasons previously provided.
10    Q.  Doctor, do you know a Dr. Campion?
11    A.  I do not.
12    Q.  Do you know a Dr. John Godleski?
13    A.  I know the name.  I do not know him
14  personally.
15    Q.  Do you know Bill Welch?
16    A.  I know the name.  I do not know him
17  personally.
18    Q.  Okay.
19    (Invoice from Sarah Kane, M.D.,
20  for services 7/28 through 9/12 marked
21  Exhibit 4.)
22  BY MS. AHERN:
23    Q.  Doctor, I'm handing you what's been
24  marked as Exhibit 4 to your deposition.
25    Can you tell me what that is?

11 (Pages 38 to 41)

Sarah E. Kane, M.D.

Page 42

1    A.   This is probably the second invoice.
2  Again, I don't believe I had it numbered on the
3  actual invoice, but this looks like it would be
4  the second invoice.
5    Q.   And what period of time does Exhibit 4
6  cover?
7    A.   This covers July 28th to September 12.
8    Q.   Is this 2017?
9    A.   Yes.
10    Q.   And you spent an additional 37 hours
11  and 40 minutes reviewing literature and
12  generating your expert report; is that correct?
13    A.   Right.  And you'll see I actually
14  combined everything, because it got too
15  complicated to separate them out.  And generating
16  the medical expert report was sort of this
17  organic part of reviewing the literature.
18    Q.   And the total bill was for $19,666.67;
19  correct?
20    A.   Yes.
21    Q.   Okay.  Was all your time on Exhibit 4
22  spent working on your MDL report?
23    A.   I'm sorry.  This invoice?
24    Q.   Yes, ma'am.  Was the time spent on
25  Exhibits 3 and 4, these first two invoices, was

Page 43

1  this all in relation to your work on the talc
2  MDL?
3    A.   Yes.  I'm not involved in any other
4  talc litigation.
5    Q.   Okay.
6    MS. AHERN:  Okay.  I'm marking
7  Exhibit 5 as -- oh, I'm marking, sorry, your
8  third invoice as Exhibit 5 to your deposition.
9    (Invoice from Sarah Kane, M.D.,
10    for services 9/18/17 through 2/5/18 marked
11    Exhibit 5.)
12  BY MS. AHERN:
13    Q.   This is a copy of an invoice submitted
14  by you; correct?
15    A.   Yes.
16    Q.   And what dates does it cover?
17    A.   This covers September 18th, 2017, to
18  February 5th, 2018.
19    Q.   You spent an additional 27 hours and 40
20  minutes working on your report; is that correct?
21    A.   Yes.  Well, 21 hours, 55 minutes
22  reviewing the literature and the medical expert
23  witness report, and then there were a few hours
24  communicating and meeting with the firm, which
25  would likely be Mr. Rotman.

Page 44

1    Q.   Who's been your primary contact?
2    A.   Mr. Rotman.
3    Q.   Okay.  And a total for that bill was
4  $13,835; is that correct?
5    A.   Yes.
6    (Invoice from Sarah Kane, M.D.,
7    for services 2/23/18 through 8/3/18 marked
8    Exhibit 6.)
9  BY MS. AHERN:
10    Q.   I'm handing you what's been marked as
11  Exhibit 6 to your deposition.
12    Can you tell me what that document is,
13  please?
14    A.   So this -- I'm counting now -- looks
15  like this is the fourth invoice -- yes, the
16  fourth invoice that I sent them.
17    Q.   And what period of time does this
18  Exhibit 6 cover?
19    A.   It looks like February 23rd, 2018,
20  through August 7th, 2018.
21    Q.   Okay.  And Exhibit 6 reflects that you
22  spent an additional 16 hours and 55 minutes
23  reviewing literature and generating your medical
24  expert report; is that correct?
25    A.   Yes.

Page 45

1    Q.   And 3 hours and 30 minutes
2  communicating or meeting with the law firms
3  involved.
4    A.   Correct.
5    Q.   Okay.  And the total for that invoice
6  was $10,208; correct?
7    A.   Correct.
8    Q.   Okay.  I'm handing you what's been
9  marked as Exhibit 7 to your deposition.
10    (Invoice from Sarah Kane, M.D.,
11    for services 9/20/18 through 11/16/18
12    marked Exhibit 7.)
13  BY MS. AHERN:
14    Q.   And this is another invoice prepared by
15  you?
16    A.   Yes.
17    Q.   And the period of time that is covered
18  appears to be September 20th, 2018, through
19  November 16th of 2018; is that right?
20    A.   Yes.
21    Q.   And you spent an additional 71 hours
22  and 5 minutes reviewing materials and generating
23  your expert report?
24    A.   Yes.
25    Q.   And about four-and-a-half hours

12 (Pages 42 to 45)

Sarah E. Kane, M.D.

| Page 46 | Page 48 |
|---|---|
| 1 communicating with the law firms involved? | 1 and produce it to one of the attorneys involved? |
| 2   A.  That's correct. | 2   A.  Sure. |
| 3   Q.  For a total of $37,791.67? | 3   Q.  Thank you. |
| 4   A.  Yes. | 4      MR. ROTMAN:  She'll find it if it |
| 5   Q.  Doctor, do you have any -- this takes | 5 exists.  She'll look for it. |
| 6 us through -- this last invoice, Exhibit 7, takes | 6      MS. AHERN:  Clearly. |
| 7 us through November of 2018. | 7      MR. ROTMAN:  She didn't testify that |
| 8      You've done additional work since November | 8 she produced a fee schedule; she said she |
| 9 of 2018; correct? | 9 believed she did. |
| 10   A.  I have. | 10      MS. AHERN:  Understood.  If she finds |
| 11   Q.  Do you know how much time you have yet | 11 it -- |
| 12 to invoice or -- sorry, let me back up.  Withdraw | 12      MR. ROTMAN:  Yeah. |
| 13 that. | 13      MS. AHERN:  -- she'll produce it to you |
| 14      Have you sent another invoice to plaintiffs' | 14 and you'll produce it to us. |
| 15 counsel? | 15      MR. ROTMAN:  Exactly. |
| 16   A.  I have not. | 16 BY MS. AHERN: |
| 17   Q.  Okay.  Do you have any idea how many | 17   Q.  Doctor, how much -- I mean, how do you |
| 18 hours you have yet to invoice? | 18 keep track of your time?  Do you have a |
| 19   A.  I have not added it up.  I don't really | 19 spreadsheet?  Do you have some process where you |
| 20 have a ballpark.  Maybe -- I would just be | 20 log your hours? |
| 21 guessing.  I haven't added it up, to be honest. | 21   A.  I keep a list, an electronic list. |
| 22   Q.  Do you know how much money you've made | 22 It's not an Excel, but it's just a list. |
| 23 to date, totaling all of these together? | 23   Q.  So is it just a Word document and you |
| 24      MR. ROTMAN:  Objection. | 24 put your time entries in and multiply that by |
| 25   Q.  How much money -- how much money have | 25 your hourly rate? |

| Page 47 | Page 49 |
|---|---|
| 1 you made in fees associated with your talc work | 1   A.  Basically. |
| 2 to date? | 2   Q.  And do you generate the invoices |
| 3   A.  I would need a calculator to add it all | 3 yourself? |
| 4 up, but this would be the full amount, all added | 4   A.  I do. |
| 5 together. | 5   Q.  Is that through some sort of program or |
| 6   Q.  And, Doctor, you're charging $500 an | 6 is this just a Word document that you created and |
| 7 hour; correct? | 7 you plug the information in? |
| 8   A.  Yes. | 8   A.  It's just a Word document. |
| 9   Q.  Did you ask for a retainer when you | 9      (Discussion off the record.) |
| 10 were initially asked to get involved in the case? | 10 BY MS. AHERN: |
| 11   A.  I did not. | 11   Q.  So, Doctor, other than the folders that |
| 12   Q.  Were you offered a retainer? | 12 we've just gone through, is there anything |
| 13   A.  It wasn't discussed. | 13 related to your opinions in this case that you |
| 14   Q.  Does the amount that you charge or your | 14 did not bring with you to the deposition today? |
| 15 fee, does that change with the activity that | 15      MR. ROTMAN:  Objection. |
| 16 you're performing? | 16   Q.  Start with that. |
| 17   A.  No.  I think I had a fee schedule where | 17      MR. ROTMAN:  Objection. |
| 18 trial might be on a per-day basis, but I don't | 18   A.  I believe I brought all of the |
| 19 remember what that is. | 19 literature cited in the initial reports.  I've |
| 20   Q.  Did you actually submit a written fee | 20 tried to be complete, as you know, with listing |
| 21 schedule to the plaintiffs' counsel? | 21 everything that I've reviewed.  It's possible |
| 22   A.  I believe I did at some point. | 22 there might have been some things that I reviewed |
| 23      MR. ROTMAN:  I don't know.  I don't | 23 that I forgot to put on a list, but I've tried to |
| 24 recall that. | 24 be as complete as possible. |
| 25   Q.  Could you find a copy of that, please, | 25   Q.  How did you track your literature |

Sarah E. Kane, M.D.

| | Page 50 |
|---|---|

1  reviews?
2      A.  So when I was writing the report,
3  you'll notice the first reference list is a list
4  of papers that I actually cited in the text of
5  the report, and then I had -- any papers that I
6  reviewed or other data that I reviewed, I kept in
7  folders on my computer.
8      Unfortunately, I had two hard drives
9  malfunction while I was in the process of writing
10  this report.  Luckily, I backed up most of it, so
11  it's possible a few things didn't get documented,
12  ultimately, but I really tried my best to make it
13  complete and accurate, and that's why you got
14  another list yesterday.
15      Q.  Okay.  And, I'm sorry, we forgot to
16  mark some of these.
17      And so can you tell me -- this is something
18  you brought with you today?
19      A.  Yes.
20      MR. TISI:  Can I -- and he's defending
21  the deposition; I just have a little more
22  knowledge of the documents and how they -- at
23  least I think I do.
24      I think that in the boxes here are the
25  references cited.  The materials considered, I

| | Page 51 |
|---|---|

1  don't think we printed out.  I don't think those
2  are in the boxes.  And so I don't want there to
3  be any -- there are documents she reviewed that
4  are not here that are not referenced, but were
5  identified in that list.
6      Does that make sense?
7      MS. AHERN:  Maybe.  I'm going to go
8  through the various reference lists with her --
9      MR. TISI:  Okay.
10      MS. AHERN:  -- and we can kind of
11  clarify as we go.
12      MR. TISI:  Like, for example, I mean, I
13  just -- I'm just using an example -- we
14  supplemented with some Health Canada materials.
15  I don't know if she brought those with her,
16  because they were not in the original report.
17  They weren't available at the time, so they would
18  not be in the reference materials that are in the
19  binders.
20      I know you haven't cracked open the
21  boxes, but I don't want there to be any
22  misimpression.  So in terms of what they are, you
23  can certainly ask her, but she may not know what
24  is in the boxes, because we printed them out for
25  her.  Do you know what I'm saying?

| | Page 52 |
|---|---|

1      MR. KLATT:  Chris, let me just clarify.
2  There's four blue cardboard TLS boxes --
3      MR. TISI:  Correct.
4      MR. KLATT:  -- that you're referring
5  to?
6      MR. TISI:  Correct.
7      MR. KLATT:  And they have binders in
8  them?
9      MR. TISI:  They have binders in them.
10  And I haven't even looked at them because they
11  were sent out from the Ashcraft office, but my
12  understanding -- and you can crack them open at
13  break -- but my understanding is there are copies
14  of those.  I don't know how many.  So it's four
15  boxes, but there are duplicates in there.
16      But they are -- if I understand -- and
17  I can correct them on a break -- if I understand
18  them, they are copies of the references.  We did
19  not make copies -- or they did not make copies of
20  the materials that were considered but not
21  referenced in the reports.
22      Do you follow what I'm saying?
23      MR. KLATT:  Yeah.  What I want to
24  clarify is the four boxes here have not been in
25  Dr. Kane's possession, so there's no notations,

| | Page 53 |
|---|---|

1  highlighting, stickies --
2      MR. TISI:  Oh, no.
3      MR. KLATT:  -- that she -- that
4  Dr. Kane herself would have put on what's in the
5  boxes --
6      MR. TISI:  No.  Those were print- --
7      MR. KLATT:  -- is that correct?
8      MR. TISI:  Correct.  Those were printed
9  out by the plaintiffs' steering committee.
10  Basically, we took her reference list and printed
11  them out for you all.  There's no -- there are no
12  notes from her or anything like that.
13      What I don't think we printed out for
14  you would be the extensive documents that she
15  reviewed, including the supplemental materials
16  that were identified, and then put them -- we can
17  provide those in a -- you know, on a thumb drive
18  if you want to.  It's just in these depositions
19  we've had so far, half the time the boxes aren't
20  even opened, and we didn't want to just create
21  paper for the purpose of creating paper.  But if
22  you want, we can pull those for you and put them
23  in a Dropbox or whatever.
24      I don't want to waste your time,
25  because I do want there to be -- because she

Sarah E. Kane, M.D.

Page 54

1  doesn't necessarily know what was printed out for
2  her.
3      MS. AHERN:  Understood.  So let's --
4      MR. TISI:  I'm sorry if I --
5      MS. AHERN:  That's okay.
6      MR. TISI:  -- took up time.
7          (Excerpt from Blaustein's Second
8      marked Exhibit 8.)
9  BY MS. AHERN:
10     Q.  Doctor, I'm handing you what's been
11 marked as Exhibit 8 to your deposition.
12     A.  Yes.
13     Q.  Is this something that you brought with
14 you today in response to the Notice of
15 Deposition?
16     A.  It's something I brought because I
17 reviewed it a couple days ago.  It probably falls
18 within the deposition.  I know you wanted to see
19 everything that I reviewed.
20     Q.  So, first of all, tell me what this is.
21 What is Exhibit 8?
22     A.  This is a page from Blaustein's second
23 edition of the Pathology of the Female Genital
24 Tract.
25     Q.  Do you know what page it is?

Page 55

1      A.  Unfortunately, it is cut off.  This --
2  I don't have this textbook.  I found this, I
3  think, on Google Books, actually.
4      Q.  And so why are you bringing it today
5  again?
6      A.  Because I reviewed it.
7      Q.  Okay.  And why did you review this?
8      A.  Well, I recently became aware that
9  Dr. Kurman is a medical expert witness for the
10 defense, so I was more curious.  I actually asked
11 the plaintiffs' attorneys for a report -- any
12 report that Dr. Kurman had done, because I was
13 trying to understand his -- what his viewpoint
14 might be.  I don't have his defense report
15 because they're not available to us yet, but I
16 was trying to get a sense for what defense
17 medical experts -- their viewpoints.
18     And so I did a search for, basically, "talc"
19 and "Kurman" and I found this (indicating).  And
20 then I have two other editions, so I looked
21 through my other editions for any references to
22 talc.  Because Kurman edited the fourth and fifth
23 edition.  I do not believe he edited the second
24 edition, which is -- this one page is from
25 (indicating).

Page 56

1      Q.  And, Doctor, the additional materials
2  to -- of Dr. Sarah Kane that were provided to us
3  yesterday, you list "Kurman defense report" from
4  a case by the name of Ristesund.
5      Did you not receive that?
6      A.  I asked for -- yeah, I did receive
7  that.
8      Q.  You received it?
9          MR. ROTMAN:  What she -- what she was
10 saying is she --
11         MS. AHERN:  Wait.  I'm asking her the
12 question.
13     Q.  Did you receive the report, the Kurman
14 defense report, from a case by the name of
15 Ristesund?
16     A.  Yes.  I had requested a defense report
17 written by Kurman, if they had anything, and that
18 is what I received.
19     Q.  Okay.  I thought just a minute ago you
20 said you had not received one because it wasn't
21 available to you.
22     A.  I'm talking about the MDL, the curr- --
23     Q.  Ah.
24     A.  -- the current defense expert witness
25 reports.

Page 57

1      Q.  Okay.
2      A.  Yeah.
3      Q.  Thank you for the clarification.
4      So you have seen at least one defense report
5  that was written by Dr. Bob Kurman; right?
6      A.  Yes.
7      Q.  And did you -- do you know Dr. Robert
8  Kurman, either personally or by reputation?
9      A.  By reputation and I've gone to dinner
10 with him before, but I don't know him well.
11     Q.  And what do you know about Dr. Kurman?
12     A.  So he is a well-known gynecologic
13 pathologist out of -- he was out of Johns
14 Hopkins.  I believe he recently retired.
15     But he certainly edited one of the main
16 gynecologic pathology textbooks and was -- you
17 know, published quite a bit in gynecologic
18 pathology, so his name is well known in our
19 community.
20     Q.  And you've actually cited to a number
21 of his papers in your report; correct?
22     A.  Yes, I'm sure I have.  I know at least
23 one or two.
24     Q.  And Dr. Kurman was a Robert Scully
25 fellow, as well, wasn't he?

15 (Pages 54 to 57)

Sarah E. Kane, M.D.

Page 58

1    A.  I actually don't remember if he trained
2  under Scully.  It's possible.  I don't remember
3  whether or not he did.
4    Q.  Okay.  This Exhibit 8 that you brought
5  with you today, are you bringing it here because
6  it mentions granulomatous endometritis caused by
7  foreign bodies?
8    A.  It says, "Talc may be introduced into
9  the endometrial cavity by instruments
10 contaminated with talcum powder or by gloves
11 during a pelvic examination.  Patients may be
12 asymptomatic or may present with menorrhagia.
13 Microscopically, the extent of the granulomatous
14 inflammatory reaction depends on the quantity of
15 the talc inoculated.  The infiltrate is
16 characterized by histiocytes and foreign-body
17 multinucleated giant cells surrounded --
18 surrounding the talc crystals, along with
19 lymphocytes and plasma cells.  The crystals
20 appear as refractile, birefringent, needle-like,
21 or fan-shaped splinters in polarizing light."
22   Q.  Are you familiar with the type of
23 reactions -- tissue reactions that are elicited
24 by talc in tissue?
25   A.  I know -- I'm aware that you can get

Page 59

1  granulomous -- granulomatous inflammation, like
2  here, and you can have acute inflammation, for
3  example, in pleurodesis and chronic inflammation,
4  like lymphocytes and plasma cells.
5    Q.  Are you an expert in granulomatous
6  inflammation?
7    A.  Well, I certainly am familiar with
8  the -- with diagnosis of granulomatous
9  inflammation.  I see it quite commonly.
10   Q.  Under what circumstances do you
11 commonly see granulomatous inflammation?
12   A.  You see it often in -- the most common
13 situation would be foreign-body giant cell.  That
14 could be due to foreign bodies or it could be due
15 to -- a common situation we might see them is
16 what's called an epidermal inclusion cyst in the
17 skin, and you actually can get a granulomatous
18 response to keratin that has -- if it's ruptured
19 and gone into the dermis, you can see that.
20   Infections is another one.  In tuberculosis,
21 you can see granulomatous inflammation.  Fungal
22 infections, you can see granulomatous
23 inflammation.
24   Q.  How many different types of
25 granulomatous reactions are there?

Page 60

1    A.  I'm not really sure what you mean by
2  "types."  You mean foreign body versus infectious
3  versus --
4    Q.  Yes.
5    A.  Those would be the top of the list.
6    Q.  And are there subtypes of granulomatous
7  inflammation within those categories?
8    A.  Well, you can have multinucleated giant
9  cells that aren't part of a granuloma.
10   You can see -- another common situation
11 where you'll see granulomas is in Crohn's
12 disease.  That's granulomatous inflammation in
13 the colon due to inflammatory bowel disease.
14   And I think -- yeah.  So foreign body and
15 infection are -- and certain diseases that may
16 cause granulomatous -- that's sort of the
17 hallmark of that type of disease, sarcoidosis.
18   Q.  Have you ever -- the Figure 12.6 in
19 Exhibit 8 actually doesn't have anything to do
20 with granulomatous endometritis, does it?
21   A.  No.  That figure is of a type of
22 finding you can see in the endometrium that's not
23 a granulomatous reaction.
24   Q.  And how did Exhibit 8, if it does,
25 inform your opinions in this case?

Page 61

1    A.  Well, it was just a piece of
2  information I found, again because I was curious
3  mostly about what Kurman's opinion might be on
4  this litigation.  So...
5    Q.  Does -- do you know what -- did this
6  come from a particular chapter in Blaustein's
7  second edition?
8    A.  This, I don't -- I have no more
9  information on this particular one.  Um --
10   Q.  Do you know who authored the chapter?
11      MR. ROTMAN:  Excuse me.  I think she
12 was in the middle of an answer.
13   Q.  I didn't mean to cut you off.  Please
14 go ahead.
15   A.  Again, I don't have any more
16 information.  I brought it because I saw it.
17   Q.  Okay.  So you don't know who authored
18 the chapter that contains this information in
19 Exhibit 8?
20   A.  Not for this edition, I do not.
21   Q.  And are you -- do you -- did you say
22 earlier you weren't sure if Dr. Kurman edited
23 this particular version of Blaustein's Pathology?
24   A.  I don't believe he did.  I know he
25 edited the fourth and fifth, but I don't believe

16  (Pages 58 to 61)

Sarah E. Kane, M.D.

Page 62

1   he did the second.
2       Q.  Does the information in Exhibit 8
3   inform your decisions regarding talc and
4   causation with regard to ovarian cancer?
5       MR. ROTMAN:  Objection.
6       A.  It's another piece of evidence.  It
7   mentions granulomatous inflammation due to talc
8   in the endometrium.
9       Q.  And what does that have to do with
10  ovarian cancer?
11      A.  Well, one of the plausible biologic
12  mechanisms for talc causing ovarian cancer is
13  that it elicits a chronic inflammatory reaction.
14      Q.  And there are different types of
15  chronic inflammatory reactions, aren't there?
16      A.  Yes, there are.
17      Q.  Is a foreign-body reaction the same as
18  the type of inflammation seen, for instance, in
19  ulcerative colitis?  If you know.
20      A.  No, I'm just rereading the question.
21      Ulcerative colitis, you don't typically see
22  foreign-body reaction.
23      Q.  Ulcerative colitis is one of the
24  conditions that has been associated with the
25  development of cancer; correct?

Page 63

1       A.  Those with ulcerative colitis have an
2   increased risk of colon cancer, yes.
3       Q.  Do you know of any particular cancers
4   that have been linked to foreign-body responses?
5       A.  Well, foreign-body responses -- for
6   example, asbestos is known to cause an
7   inflammatory response and asbestos is known to
8   cause mesothelioma and lung cancer, and the IARC
9   states that it causes ovarian cancer.
10      Q.  And how is the response to asbestos
11  different from the response that's been
12  documented with talc in terms of tissue reaction?
13      A.  So you can see a granulomatous reaction
14  to talc.  You can see an acute reaction to talc
15  in pleurodesis patients.
16      This page here mentions plasma cells and
17  lymphocytes, which you do see in Crohn's disease.
18      Q.  You see plasma cells and lymphocytes in
19  a number of different inflammatory conditions;
20  correct?
21      MR. ROTMAN:  You can answer.
22      A.  Yes, you can see lymphocytes and plasma
23  cells in inflammatory conditions.
24      Q.  And you can see inflammatory con- ---
25      MR. ROTMAN:  Object -- object -- I was

Page 64

1   going to --
2       MS. AHERN:  One second, please.
3       Q.  You can see inflammatory conditions
4   that are not in any way linked to the development
5   of cancer; correct?
6       A.  So not all chronic inflammation is
7   going to lead to cancer, but chronic inflammation
8   is a well-established cause of different types of
9   cancer.
10      MR. ROTMAN:  I'd like to take a break.
11  We've been going a little over an hour.
12      MS. AHERN:  Okay.
13      THE VIDEOGRAPHER:  Here ends Media 1.
14  Off the record, 10:21 a.m.
15      (A recess was taken.)
16      THE VIDEOGRAPHER:  Here begins Media
17  No. 2 in today's deposition of Sarah Kane, M.D.
18  Back on the record, 10:37 a.m.
19  BY MS. AHERN:
20      Q.  All right.  Dr. Kane, we were -- we
21  left off, we were talking about chronic
22  inflammation and cancer.
23      Do you remember that?
24      A.  Yes.
25      Q.  Okay.  Can you identify for me the

Page 65

1   types of ovarian cancer that have been associated
2   with chronic inflammation?
3       A.  So we know that endometriosis, as an
4   example, causes an inflammatory response.  The
5   types of ovarian cancer that are associated with
6   endometriosis are clear cell carcinoma and
7   endometrioid carcinoma.
8       Q.  Are there other forms of ovarian cancer
9   that are associated in the literature with
10  chronic inflammation?
11      A.  So we do see chronic inflammation
12  within other types of ovarian cancer, so
13  high-grade invasive serous, low-grade serous
14  carcinoma, you do see chronic inflammation within
15  those tumors.
16      Q.  Let me be more precise, because it's
17  sort of a chicken and the egg kind of thing.
18      I'm asking what sort of inflammatory
19  conditions have been associated with the
20  development or the cause of ovarian cancers?
21      A.  Yeah.  So the mechanisms of a lot of
22  ovarian cancer have been somewhat elusive.
23  Unfortunately, it's a rare disease.  It's hard to
24  study.  It's difficult to have sort of a large
25  enough cohort to really get good data on ovarian

17 (Pages 62 to 65)

Sarah E. Kane, M.D.

Page 66

1    cancer, and so we don't really know all of the
2    mechanisms of the initiation of ovarian cancer.
3         But we know that chronic inflammation, we
4    see it in ovarian tumors.  We know that -- and
5    putting it in a talc perspective, we know that
6    talc can cause chronic inflammation and so -- and
7    we know that chronic inflammation causes other
8    types of cancer.
9         Q.   So is that -- can you name any other
10   types of ovarian cancers that have been
11   associated in the literature with chronic
12   inflammation in terms of a specific etiology for
13   that cancer?
14        A.   So, again, I would say I don't know if
15   we can say for certain what the specific etiology
16   is for all types of surface epithelial cancer,
17   but we do know that, again, clear cell has been
18   associated with endometriosis, which causes
19   chronic inflammation, and we see chronic
20   inflammation in tumors.  But the mechanisms for
21   these types of tumors have not been completely
22   mechan- -- elucidated.
23        Q.   So do you not know of any other
24   specific ovarian tumors that have been associated
25   in the literature causally with chronic

Page 67

1    inflammation?
2         A.   Again, I don't believe that the
3    mechanisms of all of these tumors have been
4    elucidated completely.
5         Q.   And I do understand your answer, but I
6    just want to know if there are -- if you're aware
7    of literature connecting causally chronic
8    inflammation with other types of ovarian cancer
9    other than the two that you've mentioned,
10   endometrioid and clear cell carcinoma.
11        A.   Well, again, I mentioned that in serous
12   tumors, we do see chronic inflammation in those
13   tumors.
14        And with smoking and mucinous ovarian
15   cancers, you know, it's been -- there's some
16   literature that suggests, you know, smoking is
17   associated with mucinous and those -- that can
18   cause inflammatory reactions.
19        But, again, this is all -- it's not entirely
20   clear what the etiology of some of these tumors
21   are.
22        Q.   You mentioned that in high-grade serous
23   carcinoma, you see associated inflammation;
24   correct?
25        A.   You can see associated chronic

Page 68

1    inflammation, yes.
2         Q.   And you would agree that many, if not
3    most, cancers are somewhat proinflammatory.
4         A.   I think tumors can be -- can be
5    proinflammatory, yes.
6         Q.   So the tumor itself can invoke an
7    inflammatory response during its development;
8    correct?
9         A.   Some tumors will.
10        Q.   And often the tumors will hijack
11   portions of the immune system to help them to
12   grow and metastasize; correct?
13        A.   I'm not sure exactly what you mean by
14   "hijack," but there are mechanisms to -- or
15   literature to suggest that.
16        Q.   So just looking at a high-grade serous
17   carcinoma and seeing inflammation doesn't tell
18   you anything about whether that inflammation
19   caused the tumor or whether it was caused by the
20   tumor; is that correct?
21        A.   So, again, the mechanisms are not that
22   clear, so we don't know for sure.  But is all
23   chronic inflammation seen in a tumor the cause of
24   the tumor?  I don't know if we know the answer,
25   but, you know, it's definitely an associated

Page 69

1    pattern that we see with ovarian tumors.
2         Q.   So my question is a little different,
3    if I can go back and find it.  And it's missing.
4         My question is:  As a pathologist looking at
5    slides from a particular patient who has ovarian
6    cancer --
7         A.   Mm-hmm.
8         Q.   -- just the observation that there is
9    inflammatory cells associated with that tumor
10   doesn't tell you anything, as a pathologist, in
11   terms of whether that inflammation caused the
12   tumor or if the tumor caused the inflammation.
13        A.   Well, I think it depends on the
14   situation.  You know, again, for ovarian tumors,
15   if we have a clear cell carcinoma, we could, you
16   know, deduce, especially if you see associated
17   endometriosis, that that is the likely cause,
18   and, again, depending on the patient and the
19   patient's risk factors.
20        But, yeah, if you're looking just at one
21   slide without any other information, it would be
22   difficult to say.
23        Q.   Well, you would never just be looking
24   at one slide, would you?  You'd be looking at all
25   of the slides that were available for a

18 (Pages 66 to 69)

Sarah E. Kane, M.D.

| Page 70 | Page 72 |
|---|---|
| 1   particular patient, which would include<br>2   diagnostic tissue or tumor tissue, as well as<br>3   normal, nontumor tissue; correct?<br>4       A. Right.<br>5       Q. Okay. So you would never be in a<br>6   situation where you're just looking at a single<br>7   slide and making a determination, unless it's<br>8   maybe cytology or a biopsy; correct?<br>9       A. I'm sorry. I'm just looking at the --<br>10       Q. Sure.<br>11       A. I'm not sure what the -- the first<br>12   question came out kind of funny.<br>13       Q. What I was saying is there would never<br>14   be a situation where you're only looking at a<br>15   single slide to make a diagnostic determination<br>16   unless it was from a biopsy sample or a cytology.<br>17       A. That's what I was going to kind of<br>18   rewind and clarify, that sometimes there is only<br>19   one slide. So --<br>20       Q. Is that an accurate statement?<br>21       MR. ROTMAN: Let her finish the answer.<br>22   I think she was saying "so" and then you asked<br>23   another question.<br>24       A. So in a larger specimen type, it's<br>25   correct you would be looking, usually, at more | 1       MS. AHERN: I'm not finished with my<br>2   question. You can object when I'm done with my<br>3   question.<br>4       MR. ROTMAN: I object to you asking a<br>5   question --<br>6       MR. KLATT: She didn't have --<br>7       MR. ROTMAN: -- when she's asking --<br>8       MS. AHERN: I can ask a question<br>9   whenever I want. She doesn't have to answer the<br>10   question if you instruct her not to, but while<br>11   she's spending time looking through her report,<br>12   I'm going to ask her a different question based<br>13   on her recollection.<br>14       MR. ROTMAN: Well, you've asked her a<br>15   question, she's in the process of answering it,<br>16   and you're asking -- you're asking a second<br>17   question. That's what I'm objecting to.<br>18   BY MS. AHERN:<br>19       Q. Doctor --<br>20       MR. ROTMAN: Let her finish --<br>21       Q. -- can you answer the question without<br>22   looking at your report?<br>23       A. Well, I'd like to refer to my report if<br>24   you're asking questions.<br>25       Q. And that's fine. My only question, |

| Page 71 | Page 73 |
|---|---|
| 1   slide if there's more tissue that would fit in<br>2   one cassette to make one slide.<br>3       Q. Let's talk about high-grade serous<br>4   carcinoma.<br>5       High-grade serous carcinoma is the most<br>6   common form of ovarian cancer; correct?<br>7       A. It's most -- yes.<br>8       Q. By far the most common form of ovarian<br>9   cancer; is that also correct?<br>10       A. It's the most common form, yes.<br>11       Q. So let's talk about high-grade serous<br>12   carcinoma in the context of chronic inflammation.<br>13       Do you know of any published literature that<br>14   connects chronic inflammation causally with the<br>15   development of high-grade serous carcinoma?<br>16       A. I can -- in my report, I actually do<br>17   have a section. Let me find it.<br>18       MR. ROTMAN: It might be easier to take<br>19   off the clip, if that helps you flip the pages,<br>20   because it's two-sided.<br>21       Q. Doctor, while you look for that, just<br>22   to the best of your recollection, do you remember<br>23   reading any studies that concluded that --<br>24       MR. ROTMAN: I object. She's in the<br>25   middle of answering -- | 1   really, was, just based on your recollection as<br>2   we sit here discussing chronic inflammation and<br>3   ovarian cancer, if you are aware of studies that<br>4   causally associate chronic inflammation with<br>5   high-grade serous carcinoma?<br>6       A. So there's definitely literature that<br>7   has looked at associations between chronic<br>8   inflammation and the resulting sort of<br>9   expressions.<br>10       And that's what -- I was trying to point you<br>11   to my report on Page 12, the end of it, where it<br>12   says, "There also is evidence that talc induces<br>13   macrophage TNF alpha expression and macrophages<br>14   that express TNF alpha promote ovarian tumor<br>15   genesis. TNF alpha is involved in chronic<br>16   inflammation and induces mutations in vitro and<br>17   TNF alpha-induced chromosomal mutations occur<br>18   mostly in cells with P53 aberrations and, of<br>19   note, high-grade serous carcinomas typically have<br>20   inactivating mutations in P53."<br>21       So, again, we don't know all the mechanisms<br>22   of all of these tumors, but there's certainly<br>23   literature that is investigating those types of<br>24   associations.<br>25       MR. KLATT: Object. Nonresponsive. |

19 (Pages 70 to 73)

Sarah E. Kane, M.D.

Page 74

1      MS. AHERN:  Same.
2      Q.  But since you brought it up, on Page 12
3  of your report, can you translate for me that
4  paragraph that you just read and put it in lay
5  terms and explain how that has anything to do
6  with causal associations with ovarian cancer and
7  chronic inflammation caused by talc?
8      MR. ROTMAN:  Objection.
9      A.  Well, I think it's there in the report.
10  If talc is inducing macrophage TNF alpha
11  expression and macrophages that express TNF alpha
12  can promote ovarian tumor genesis that occur
13  mostly in the -- TNF alpha-induced chromosomal
14  mutations occur mostly in cells with P53
15  aberrations, I think that's relevant in looking
16  at evidence that -- for a plausible mechanism
17  that inflammation caused by talc can cause
18  aberrations in -- can cause P53 aberrations.  And
19  we know that high-grade serous carcinomas, many
20  of them have P53 mutations.
21      Q.  And high-grade serous carcinoma with
22  P53 mutations, what causes the P53 mutations?
23      A.  Well, again, the literature is still
24  evolving into all of the mechanisms regarding
25  this.  Some of them we know are sort of aberrant

Page 75

1  mutations, and we don't always know why they
2  occur.
3      We know that women with BRCA1 and BRCA2
4  mutations have -- can get high-grade -- have a
5  higher risk of high-grade serous carcinoma.
6      But, again, I don't think we know all of the
7  mechanisms that cause, you know, all of these
8  tumors.
9      MS. AHERN:  Objection.  Nonresponsive.
10      Q.  Doctor, do you know, as we sit here
11  today, what causes P53 mutations in high-grade
12  serous carcinoma?
13      A.  I think I answered that.  We know, I
14  mean, what's in my report and women with BRCA1
15  and BRCA2 mutations.  But, again, the literature
16  is evolving with this.
17      Q.  Doctor, are you suggesting that BRCA1
18  and -2 mutations cause P53 mutations in
19  high-grade serous carcinomas?
20      A.  What I'm saying is that we know that
21  BRCA1 and BRCA2 mutation patients have a high
22  risk of ovarian cancer.
23      And so you're asking me what causes, so, you
24  know, I'm telling you the data that we have.
25      Q.  What is the earliest identifiable

Page 76

1  genomic event in the development of high-grade
2  serous carcinoma?
3      A.  So, again, I don't know if I -- I don't
4  know if we always know what the earliest
5  identifiable genomic event in the development of
6  high-grade serous carcinoma is.
7      Q.  Have you reviewed the literature on
8  high-grade serous carcinoma from a molecular
9  genetics perspective?
10      A.  Yes, I reviewed papers on molecular
11  genetics, yes.
12      Q.  Do those papers indicate that one of
13  the earliest, if not the earliest, genomic event
14  in the development of high-grade serous carcinoma
15  that has been identified are mutations in P53?
16      A.  So, again, you can see P53 mutations,
17  for example, in the fallopian tubes and you can
18  have sort of serous tubal intraepithelial
19  carcinomas in the fallopian tube, which are
20  thought to be early precursors for high-grade
21  carcinoma.
22      Q.  High-grade serous carcinoma?
23      A.  Mm-hmm.  Sorry, high-grade serous
24  carcinoma.
25      Q.  And do you agree that the STIC lesions

Page 77

1  or serous tubal epithelial carcinomas in the
2  fallopian tubes are currently known to be the
3  earliest manifestation of high-grade serous
4  carcinoma?
5      A.  Well, it depends on what you mean by
6  "manifestation."  I mean, it takes a period of
7  time from initial insult until we can recognize
8  something histologically as a precursor to
9  cancer.
10      Q.  That was -- you're right, that was a
11  bad question.
12      Do you recognize serous tubal
13  intraepithelial carcinomas as an in situ serous
14  carcinoma?
15      A.  I think evidence is supportive of
16  serous tubal intraepithelial carcinomas being a
17  precursor to some high-grade serous carcinomas.
18      Q.  And when you say "precursor," do you
19  mean a frank cancer or a premalignant lesion?
20  What do you mean by "precursor"?
21      A.  Well, again, not -- we don't know if
22  all STICs are going to become high-grade serous
23  carcinomas.  STICs were originally discovered in
24  looking at fallopian tubes of BRCA1 and BRCA2
25  patients that had -- what's the word I'm looking

20  (Pages 74 to 77)

Sarah E. Kane, M.D.

Page 78

1    for? -- prophylactic salpingectomies to decrease
2    their risk of ovarian cancer.
3        And that was -- you know, they had evaluated
4    these precursor lesions, and so the thought is
5    that when you have these atypical cells in the
6    fallopian tube fimbria that are -- that have P53
7    aberrations, that that -- the belief is that
8    that's a precursor to some of the serous invasive
9    carcinomas that we see.
10       Q.   Do you consider STIC lesions to be
11   carcinomas?
12       A.   They're -- the name is intraepithelial
13   carcinoma, so its analogous term would be sort of
14   an in situ cancer.
15       Q.   It is a cancer; correct?
16       A.   Well, they're calling them
17   intraepithelial carcinomas because they have -- I
18   mean, it's sort of semantics.  They have a P53
19   mutation and they're recognizable histologically.
20       Q.   Do you agree that they're carcinomas or
21   cancer?
22       A.   I certainly agree that they can be
23   precursors to invasive serous carcinomas.  It's
24   sort of semantics, precursor -- it -- it's --
25   it's sort of the same question as ductal

Page 79

1    carcinoma in situ in the breast.  There's
2    literature that debate about is ductal carcinoma
3    in situ a true cancer or is it a risk factor for
4    cancer, and what is the meaning of treatment for
5    DCIS in the breast?  And I would say that that's
6    sort of analogous to STIC lesions in the
7    fallopian tube.
8        Q.   Okay.  Do you agree that most
9    high-grade serous carcinomas arise from the
10   endometrial cells in the fallopian tube?
11       A.   High-grade --
12       Q.   Epithelial cells in the fallopian tube.
13   Excuse me.
14       A.   So, again, we -- this was something
15   that the medical community really struggled with,
16   trying to find the precursor lesions to a lot of
17   these tumors.
18       And for a lot of years it was thought that
19   maybe serous carcinomas derived from what are
20   called epithelial inclusion cysts, so, basically,
21   the thought was that during ovulation, you're
22   disrupting the surface epithelium of the ovary
23   and when the ovary sort of heals itself, you get
24   this invaginated epithelium within the ovary and
25   that maybe because of inflammatory response to

Page 80

1    that ovulation event, you might end up with
2    precursors.
3        We don't really have a model in a lot of
4    ovarian cancers where you can follow a precursor
5    all the way through to -- what we think is a
6    precursor all the way through to the final tumor.
7    We just -- we don't really have a lot of data on
8    those in-between steps.
9        So it was very, very interesting when they
10   discovered these STIC lesions in the fallopian
11   tube fimbria that had P53 mutations.  It was
12   pretty compelling that these might be the
13   precursor lesions to serous -- high-grade serous
14   carcinomas.
15       Now, are all high-grade serous carcinomas
16   caused by STIC lesions or are they all -- is a
17   STIC lesion a precursor to all serous --
18   high-grade serous carcinomas?  I don't think we
19   know that.
20       Q.   Do you know of any data associating
21   high -- excuse me, associating chronic
22   inflammation or injury with the development of
23   STIC lesions?
24       A.   So, again, I think the literature is
25   still evolving with this -- these STIC lesions.

Page 81

1        Q.   Sorry.  Were you finished?  I don't
2    want to interrupt you if you're thinking.
3        A.   No, I'm thinking.
4        Again, I don't think we really have the data
5    on where these STIC lesions are coming from.
6        Q.   As part of your literature review for
7    your MDL report, did you search specifically for
8    papers that might be linking or associating
9    chronic inflammation with early precursor lesions
10   to serous invasive carcinomas or high-grade
11   serous carcinomas?
12       A.   I was certainly looking for literature
13   with the association of inflammation with ovarian
14   cancer.
15       Q.   With -- did you look specifically at
16   the various subtypes of ovarian cancer?
17       A.   Yes.
18       Q.   Is there a particular subtype of
19   ovarian cancer that you think is associated with
20   talc use?
21       A.   So most of the epidemiology literature
22   show the highest association with high-grade
23   serous invasive carcinoma.
24       Q.   When you say "highest association," are
25   you talking about strength of association?

21 (Pages 78 to 81)

Sarah E. Kane, M.D.

Page 82

1      A.  I'm talking about the -- for example,
2   on the cohort studies, they found an association
3   with high-grade serous carcinoma.
4      And in a lot of the case-control studies,
5   when they looked at tumor subtype, a lot of those
6   tumors were serous carcinomas.  Now, some of them
7   broke them out by relative risk by subtype; some
8   of them didn't.  I'd have to look at the papers.
9      Q.  Do you remember which cohort study
10  found an association with high-grade serous
11  carcinoma?
12      A.  I believe the Nurses' Health Study.
13  I'd have to look at it to see the numbers.
14      Q.  Was there more than one cohort study
15  that you recall associated talc use with
16  high-grade serous carcinoma?
17      A.  I'd have to look at them just to be
18  sure, but the one that I remember is the Nurses'
19  Health Study.
20      Q.  Are there any other subtypes,
21  histologic types, of ovarian cancer that you
22  believe are associated with talc use?
23      A.  Well, I think talc use -- I think talc
24  use could be associated with the -- any type of
25  surface epithelial cancer.  That seems to bear

Page 83

1   out in the epi data.  They've certainly seen an
2   association with different types of surface
3   epithelial cancers in the epi data, the strongest
4   association being with the serous invasive.
5      Q.  Have you seen any data supporting an
6   association with talc use and a low-grade serous
7   carcinoma?
8      A.  I'd have -- again, I'd have to look at
9   the different studies to break it out, but I know
10  there was a study that found an increased risk
11  with serous borderline carcinomas.  I'd have to
12  look through the individual data sets.
13      Q.  And serous borderline -- are -- serous
14  borderline tumors are not carcinomas; correct?
15      A.  Sorry.  I -- serous borderline tumors,
16  yes.  I misspoke.
17      Q.  And you don't remember what study that
18  was that associated talc use with serous
19  borderline tumors?
20      A.  I would have to look at the data -- or
21  the study.
22      Q.  So do your opinions in this case apply
23  equally to all histologic subtypes of ovarian
24  cancer or are there specific subtype or subtypes
25  that you are opining are caused by talc?

Page 84

1      A.  So I think the most consistent finding
2   is with high-grade serous carcinoma, but there's
3   data for the other types of surface epithelial
4   carcinomas.
5      Q.  And what are the surface types of
6   carcinomas?
7      A.  So they're endometrioid and clear cell,
8   and mucinous less so than, I believe, the
9   endometrioid and clear cell, although I believe,
10  again, in the 2010 Nurses' Health -- is that --
11  I'd have to go back -- I -- there was a mention
12  of mucinous -- I'm not absolutely sure it was the
13  Gates 2010, but there was a mention of an
14  increased risk of mucinous in one of those
15  studies.
16      Q.  Do you agree that the different
17  histologic subtypes of epithelial ovarian cancer
18  are likely to have different genetic causes?
19      A.  I know they're associated with
20  different genetic mutations.
21      Q.  Do they develop along distinct
22  molecular genetic pathways?
23      A.  That's what the literature suggests at
24  this point.
25      Q.  Do they behave differently?

Page 85

1      A.  So the high-grade surface epithelial
2   carcinomas have a more aggressive pathway or
3   presentation.  The low-grade surface endothelial
4   carcinomas tend to have a more indolent
5   progression.
6      Q.  You've used the term "surface
7   epithelial carcinomas" and I haven't seen that
8   term generally used in the literature.
9      When you talk about surface epithelial
10  carcinomas, are you talking about serous or are
11  you talking about endometrioid or are you talking
12  about clear cell?  Mucinous?
13      A.  Epithelial carcinomas.
14      Q.  That would encompass all of those,
15  wouldn't it?  Wouldn't surface epithelial
16  carcinomas encompass mucinous, clear cell,
17  endometrioid, and serous subtypes?  They're all
18  epithelial ovarian cancers; correct?
19      A.  Yes.  That's what I'm referring to when
20  I -- because we also have germ cell tumors and
21  stromal tumors of the ovary.  Those are much more
22  rare, and I'm not -- you know, I don't think
23  there's associations with those.  So, yes, we're
24  talking about epithelial carcinomas, to be clear.
25      Q.  Well, and just -- because I want to

22 (Pages 82 to 85)

Sarah E. Kane, M.D.

Page 86

1    make sure your testimony is also clear.
2        So if we could, if you could use the
3    specific subtype names, like serous or
4    endometriod --
5        A.   Okay.
6        Q.   -- or clear cell.  That way there's no
7    confusion later on about what you intended.
8        So when you say -- let's see.  Let me go
9    down.  Sorry.
10       When you say "high-grade surface epithelial
11   carcinomas," are you talking about high-grade
12   serous carcinomas?
13       MR. ROTMAN:  Objection.  You're asking
14   her to reflect back on all of her prior answers
15   to all of your prior questions, whether she was
16   referring to the same thing in each one?
17       Q.   Do you understand my question?
18       A.   I'd have to figure out what answer
19   you're talking about, but --
20       Q.   So you just -- just a few questions
21   ago, you answered -- I said, "Do the different
22   types -- histologic types develop along the same
23   molecular genetic pathways?"
24       You said, "That's what the literature
25   suggests at this point."

Page 87

1        I asked, "Do they behave differently?"
2        And then you responded, "So the high-grade
3    surface epithelial carcinomas have a more
4    aggressive pathway or presentation.  The
5    low-grade surface epithelial carcinomas tend to
6    have a more indolent..."
7        Were you talking about high-grade serous and
8    low-grade serous carcinomas?
9        A.   I was talking -- sorry.  I was talking
10   about high-grade serous carcinomas, yeah.  And we
11   also have sort of undifferentiated carcinomas
12   that are also considered high grade.
13       Q.   Okay.  And were you talking about
14   low-grade serous carcinomas when you said
15   "low-grade surface"?
16       A.   No.  So "surface" doesn't really refer
17   to cell type; it's just sort of a --
18       Q.   Right.
19       A.   -- an umbrella term for the epithelial
20   carcinoma.
21       Q.   Right, which is my point.  I just
22   wanted to be clear.  When you say "surface" --
23       A.   Yes.
24       Q.   -- could you instead use the actual
25   cell type.

Page 88

1        Does that make sense?
2        A.   Okay.  Yes.  Okay.
3        Q.   Okay.  All right.  So let me ask my
4    question that I asked a little while again, and
5    you tell me -- you can answer it again with the
6    terminology.
7        Do the different histologic subtypes of
8    ovarian cancer behave differently?
9        A.   Yes.  Again, the high-grade ones
10   generally behave differently than the low-grade
11   ones.
12       Q.   Okay.  Do endometrioid and clear cell
13   carcinomas behave differently from high-grade
14   serous carcinomas?
15       A.   The high-grade serous carcinomas tend
16   to behave more aggressively.
17       Q.   Do low-grade serous carcinomas behave
18   differently from endometrioid, clear cell, and
19   high-grade serous carcinomas?
20       A.   They tend to be less aggressive.  They
21   all tend to be less aggressive than the
22   high-grade serous carcinomas or other high-grade
23   carcinomas of the ovary.
24       Q.   And are they thought to each have
25   different cells of origin?

Page 89

1        A.   Again, we're not entirely sure where
2    these tumors are arising from, particularly with
3    mucinous carcinomas.  I think mucinous carcinomas
4    and there's also a type transitional cell, which
5    is very, very rare, and most of the literature,
6    when it comes to the epi data, don't really
7    discuss transitional cell.
8        But putting that aside, mucinous carcinomas
9    we have, I think, the least amount of data on
10   where they are actually arising from.  Clear cell
11   and endometrial carcinomas have an association
12   with endometriosis, but, again, you know, are all
13   cases of endometrial and clear cell carcinomas,
14   are they all arising from endometriosis?  I don't
15   think I can say that.  I don't think we know for
16   sure.
17       And serous carcinomas, we talked about the
18   precursor lesions and the fallopian tubes.
19       So there are differences where we think the
20   tumors are arising from but, again, I don't
21   think we have absolutes where we can definitively
22   say, you know, this particular tumor in this
23   particular woman arised [sic] from this precursor
24   or...
25       Q.   Okay.  And do you know if the different

23 (Pages 86 to 89)

Sarah E. Kane, M.D.

Page 90

1    histologic subtypes have been associated in the
2    epidemiologic literature with different risk
3    factors?
4         A.   Yes.  Again, I think we touched on some
5    of that before.  There is an association with
6    endometrioid and clear cell with endometriosis
7    and obesity.
8         Mucinous carcinomas have shown to be
9    associated in some studies with a smoking
10   history.
11        High-grade serous carcinomas, it's a little
12   bit harder.  We know that BRCA1 and BRCA2
13   patients have an increased risk.
14        Q.   Now that we're on that topic of
15   genetics, do you know what proportion --
16   currently, what is believed to be the proportion
17   of ovarian cancers that are caused by germline
18   mutations?
19        A.   Off the top of my head, I think -- do I
20   have that in my report?  But I -- I'm thinking
21   it's 10 to 20 percent, but that's off the top of
22   my head.
23        Q.   Have you seen any research coming out
24   of Seattle Cancer Care Alliance over the last 10
25   or 15 years that indicates the number could be as

Page 91

1    high as a quarter of all ovarian cancers being
2    linked to germline mutations?
3         A.   That would roughly fit with what I just
4    said, 10 to 20 percent.  I can't say for sure
5    that I have seen that.  I might have.  But it
6    fits with what I remember.
7         Q.   I had asked you earlier if you had
8    reviewed any literature relating to inflammatory
9    conditions and associations with early STIC
10   lesions.
11        And you -- and, I'm sorry, I don't want to
12   misstate your response.  What was your response
13   to that?
14        A.   Had I reviewed literature?  Yes, I've
15   seen literature.
16        Q.   Okay.
17             (Article entitled "Serous tubal
18        intraepithelial carcinoma, chronic
19        fallopian tube injury, and serous carcinoma
20        development" marked Exhibit 9.)
21   BY MS. AHERN:
22        Q.   I'm handing you what's been marked as
23   Exhibit 9 to your deposition.  And this is --
24             MS. AHERN:  I don't know if anyone else
25   wants one.

Page 92

1         Q.   -- this is an article by Karen
2    Malmberg, et al., entitled "Serous tubal
3    intraepithelial carcinoma, chronic fallopian tube
4    injury, and serous carcinoma development," and it
5    was in Virchows Archives, March of 2016.
6             MR. TISI:  What did you mark this?  I'm
7    sorry.
8             MS. AHERN:  I marked this one 9.  Thank
9    you.  No -- yes, 9.
10            MR. TISI:  Oh, I'm sorry.
11            MS. AHERN:  That's okay.
12        Q.   Do you recall if you've ever reviewed
13   this article?
14        A.   It's possible.  It's certainly possible
15   that I have seen this before in just my daily
16   practice.  I don't believe I cited it in any of
17   the references that I can remember, but it's
18   highly possible that I've seen it.
19        Q.   Do you see the first page that -- you
20   can just skip if you want, take your time reading
21   it if you'd like, but the authors conclude in
22   their study that there is no correlation with
23   chronic tubal injury or inflammation with the
24   development of STIC lesions or the existence of
25   STIC lesions.

Page 93

1         Do you see that?
2         A.   No.  Can you -- I'm sorry, can you
3    point to me --
4         Q.   Oh, sure.
5         A.   -- where?
6         Q.   Do you see the abstract, if you carry
7    it over to the second column?
8         A.   Mm-hmm.  Yes.
9         Q.   It says, "STIC and invasive cancer were
10   seen more often in the older patients than in the
11   younger patients"?
12        A.   Mm-hmm.
13        Q.   This study is -- small study, no
14   correlation with chronic tubal injury or
15   inflammation was identified.
16        A.   Yes, with the caveat -- that was a
17   conclusion with the caveat that it was a small
18   study.
19        Q.   Have you -- as a gynecologic
20   pathologist or a pathologist who has subspecialty
21   training in gynecologic malignancies, how often
22   do you see chronic -- or evidence of chronic
23   inflammation surrounding STIC lesions?
24        Or strike that.  How often do you see STIC
25   lesions?

24 (Pages 90 to 93)

Sarah E. Kane, M.D.

1    A.   On -- certainly, I can't give you a
2  number. I've certainly made the diagnosis and
3  see it -- I can't give you a number of how many
4  times.
5    Q.   Have you ever been involved in a study
6  looking specifically at STIC lesions and
7  high-grade serous carcinomas?
8    A.   I have not been involved in a study,
9  no.
10    Q.   Have you ever seen evidence of chronic
11  inflammation with a STIC lesion?
12    A.   Off the top of my head, I am not sure.
13  It's possible, but I can't really answer that off
14  the top of my head.
15    Q.   How often do you see chronic
16  inflammation in the fallopian tubes associated
17  with high-grade serous carcinoma?
18    A.   You can certainly see it, but it sort
19  of goes along with the discussion that we had
20  before. You can see chronic inflammation within
21  the tumor, as well.
22    And so I think, you know, the literature
23  is -- the research is ongoing as to, you know...
24    Q.   So once the tumor -- once there's a lot
25  of tumor burden in the abdominal cavity, it's

1  difficult to tell where the inflammation is
2  coming from or what started it; is that correct?
3    A.   Well, if there's chronic inflammation
4  in the tumor, it's likely the tumor has something
5  to do with the chronic inflammation.
6    But, again, you know, as we talked about
7  before, I think sometimes it is difficult to
8  tell.
9    MS. AHERN:  Okay. Housekeeping matters
10  before I forget.
11    Let me go ahead somehow and mark --
12  let's mark -- we can remove this later --
13  "Blaustein's Pathology of the Female Genital
14  Tract," Fourth Edition, as Exhibit 10 to your
15  deposition.
16    ("Blaustein's Pathology of the
17    Female Genital Tract," Fourth Edition,
18    marked Exhibit 10.)
19  BY MS. AHERN:
20    Q.   And, Doctor, you brought this textbook
21  with you today.
22    Is this your textbook?
23    A.   That particular copy is not. That's my
24  coworker's copy. This copy is mine (indicating).
25    Q.   Okay. And inside this, you have what

1  looks --
2    MR. ROTMAN:  Just so the record is
3  clear, when you said "this," do you want to
4  identify it?
5    A.   Sorry. The fourth edition belongs to a
6  colleague. The fifth edition is my own.
7    MS. AHERN:  Okay. We'll get to that
8  one. I'll mark that next.
9    Q.   There is a photocopy here, "Blaustein's
10  Pathology of the Female Genital Tract, Fourth
11  Edition," Pages 300 and -- well, Page 376,
12  Page 539, Page 540, 648, 1216, 1217, 1218.
13    Is this a copy -- are these copies that you
14  made?
15    A.   Yes.
16    Q.   Okay.
17    MR. TISI:  Do you have a stapler?
18  Otherwise I'll get one.
19    MS. AHERN:  No, I don't have one.
20    MR. TISI:  No, I'll go get one.
21  BY MS. AHERN:
22    Q.   Can you tell me why you made those
23  copies?
24    A.   I made them because it was easier than
25  lugging around a whole textbook. That's why I

1  Xeroxed them. But --
2    Q.   You had to bring it anyway.
3    Sorry. Go ahead.
4    A.   But the particular pages that I copied
5  are ones that talk about granulomatous reactions
6  to talc in the female reproductive system.
7    Oh, sorry. Okay.
8    MS. AHERN:  Okay. We'll go ahead and
9  mark those copies as Exhibit 10 to your
10  deposition.
11    Q.   And just to confirm --
12    MS. AHERN:  Sorry. Are we on 10 or 11?
13  We're on 11. Thank you.
14    Q.   As a --
15    MR. TISI:  Is this the next one?
16    MS. AHERN:  Yeah. Hold on. I'm going
17  to clarify it.
18    Q.   So this photocopy that you made from
19  Blaustein's came from the fourth edition?
20    A.   Correct.
21    Q.   The textbook that we have here marked
22  as Exhibit 10.
23    A.   (Witness nodded.)
24    Q.   Okay. So Exhibit 11 are photocopies of
25  specific pages from Exhibit 10, which is

25 (Pages 94 to 97)

Sarah E. Kane, M.D.

1  Blaustein's Pathology of the Female Genital
2  Tract, Fourth Edition.
3          (Excerpt from "Blaustein's
4      Pathology of the Female Genital Tract,"
5      Fourth Edition, marked Exhibit 11.)
6  BY MS. AHERN:
7      Q.  Okay.  And can you tell me, with
8  Exhibit 11, the specific information that you
9  found relevant to your opinions in this case?
10     A.  Okay.  So on Page --
11         MR. ROTMAN:  You marked the copy as
12  Exhibit 11 and the book as Exhibit 10?
13         MS. AHERN:  Mm-hmm.
14         MR. ROTMAN:  Okay.
15     A.  Okay.  You have to bear with me,
16  because I don't have any highlights or anything,
17  so I have to find it.
18     So Page 376, right down -- okay.  The last
19  paragraph under "Zanko Granulomatous
20  Inflammation," it says, "Rarely, talc or another
21  foreign substance may elicit a foreign-body
22  reaction in the endometrium.  Talc may be
23  introduced into the endometrial cavity by
24  instruments contaminated with talcum powder or by
25  gloves during a pelvic examination.  Patients may

1  be asymptomatic or may have menorrhagia.
2  Microscopically, the extent of the granulomatous
3  inflammatory reaction depends on the quantity of
4  talc inoculated.  The infiltrate is characterized
5  by histiocytes and foreign-body multinucleated
6  giant cells surrounding the talc crystals, along
7  with lymphocytes and plasma cells.  The crystals
8  appear as refractile, birefringent, needle-like,
9  or fan-shaped splinters in polarizing light."
10     Then on Page 530 --
11     Q.  Sorry.  Let me just -- let's take this
12  in order.
13     So what about that particular passage
14  informs your causation opinions regarding talc
15  and ovarian cancer, if at all?
16     A.  So it is evidence that talc causes
17  foreign-body giant cell reaction and chronic
18  inflammation in the endometrium.
19     Q.  And that is the uterine tissue;
20  correct?
21     A.  That's the lining of the uterus,
22  correct.
23     Q.  And how does that inform your opinions
24  regarding the development of ovarian cancer?
25     A.  Well, I thought, again, it's a piece of

1  evidence, and it shows that talc can cause
2  granulomatous or chronic inflammation in the
3  female reproductive tract.
4      Q.  And how is uterine cancer related to,
5  for instance, high-grade serous carcinoma of the
6  ovary?
7      A.  Again, this is just evidence that talc
8  can cause chronic inflammation and granulomas in
9  the endometrium, which I think is another piece
10  of evidence that talc can cause chronic
11  inflammation and granulomatous inflammation in
12  the female reproductive tract.
13     Q.  Doctor, shouldn't talc -- based on the
14  literature that we have available to us over the
15  last 50 years, shouldn't talc induce that
16  response in any tissue that it's found in?
17     A.  Well, again, different tissues will
18  respond in different ways, but I think it also
19  depends -- well, I'll just...
20     Q.  Well, as a pathologist --
21         MR. ROTMAN:  Wait.  Wait.  Are you
22  done?
23         MS. AHERN:  Are you done?
24         THE WITNESS:  I think so.
25     Q.  Okay.  So as an anatomic pathologist

1  who knows something about granulomatous
2  reactions, shouldn't a foreign body produce a
3  foreign-body reaction in any tissue that it's
4  found in?
5      A.  Not -- no, not always.  Sometimes you
6  will have a foreign body that won't cause a
7  foreign-body giant cell reaction.  It depends
8  on -- it depends on the particle, the foreign
9  body, the tissue it's in.  You don't always see
10  that.  And also the timing, when you're looking
11  at it, versus how long it's been there.
12     Q.  Well, the timing is just more or less
13  when you observed it, not whether it occurred;
14  correct?
15         MR. ROTMAN:  Objection.
16     A.  So it's hard to know whether or not it
17  occurred -- if it had been there for a long time
18  and you're looking years, you know, in -- years
19  after it's been there, if you don't see a
20  granulomatous or chronic inflammation, that's not
21  evidence that it never occurred; it's just you're
22  not seeing it at that moment.
23     Q.  Do you know of any -- any foreign
24  bodies that generate tissue-specific reactions?
25     A.  Well, we -- I mean, we certainly have

26 (Pages 98 to 101)

Sarah E. Kane, M.D.

Page 102

1  evidence with, say, viruses and bacteria that
2  respond differently -- certain tissues will
3  respond differently to different infections.
4      For esophageal cancer, there's some
5  literature to suggest that very hot liquids
6  increase your risk of esophageal cancer. So,
7  yes, certain tissues will respond differently to
8  different material.
9      Q.  So my question was -- it might be just
10  a little simpler to think of just this
11  question -- do you know of any foreign bodies --
12  I'm not talking about viruses and bacteria which
13  cause immune responses -- but foreign bodies that
14  generate a tissue-specific foreign-body reaction?
15      A.  Well, it's sort of semantics. I mean,
16  viruses and bacteria -- that's why I answered the
17  way I did -- are foreign to -- and, certainly,
18  foreign bodies can elicit immune response.
19  That's why you see granulomatous reactions and
20  chronic inflammation.
21      So I guess I'm not -- I think I answered the
22  question.
23      Q.  Pathologists distinguish the different
24  types of granulomatous inflammation based on the
25  cause of the inflammation; correct?

Page 103

1      A.  We look for -- if we see granulomatous
2  inflammation in tissue, we certainly look for a
3  potential cause. We want to rule out infection,
4  so if we see granulomas, we'll routinely do
5  special stains to rule out infection. Like we'll
6  do an acid-fast Bacillus stain for microbacteria.
7  We'll do fungal stains to rule out a fungal
8  infection that causes inflammation.
9      And then, of course, if we have -- if those
10  are negative and we're trying to figure out if
11  there's a foreign body within a granuloma, we can
12  use polarized light to try to find the foreign
13  body to identify it as a foreign-body giant cell
14  reaction.
15      But often you do have granulomatous
16  inflammation and you won't find fungi -- fungal
17  lesions -- fungal bodies or bacteria or
18  birefringent particles on them, so you don't
19  necessarily know why you have a granulomatous
20  inflammation.
21      Q.  Pathologists categorize granulomatous
22  inflammation, don't they? They categorize it in
23  terms of the different types of immune granulomas
24  and the etiologic agents for those granulomas,
25  and over here somewhere are the foreign-body

Page 104

1  granulomas, which are caused by talc and
2  cornstarch and certain other inert-type
3  materials; correct?
4      MR. ROTMAN:  Objection.
5      A.  Again, you can have inflammation --
6  granulomatous inflammation due to infection, you
7  can have granulomatous infection -- response due
8  to foreign bodies, and you can have granulomas in
9  certain diseases, like sarcoidosis or Crohn's
10  disease.
11      So in that respect, yes, we're categorizing
12  granulomas, but on a daily basis, other than that
13  type of breakdown, we're not subcategorizing
14  granulomas.
15      Q.  But you are aware of the literature
16  that actually characterizes the different types
17  of granulomas and the types of cells that are
18  involved in the formation of those granulomas;
19  correct?
20      A.  As far as foreign-body giant cells and
21  multinucleated giant cells and inflammatory
22  versus foreign body, yes.
23      Q.  So, you know, a granuloma caused by
24  tuberculosis is going to be very different from a
25  granuloma caused by talc; correct?

Page 105

1      MR. ROTMAN:  Objection.
2      A.  I would say not necessarily. In
3  microbacterial infections, you can have necrosis
4  within granulomas, but that doesn't mean that
5  you're not necessarily going to see necrosis in a
6  foreign-body granuloma.
7      Q.  How often have you seen necrosis
8  associated with a foreign-body granuloma?
9      A.  I'd say more commonly you see
10  necrotizing or necrotic granulomas in infectious
11  granulomas.
12      Q.  There are different types of
13  macrophages that are involved, too, in
14  foreign-body granulomas and in immune granulomas;
15  correct?
16      A.  As far as macrophages themselves and
17  multinucleated giant cells that can form
18  granulomas.
19      Q.  There are different types, different
20  subtypes of macrophages that are involved in --
21      A.  Yes.
22      Q.  -- those activities; correct?
23      A.  Yes.
24      Q.  Okay. So there are differences between
25  a foreign-body granuloma and an immune granuloma?

27 (Pages 102 to 105)

Sarah E. Kane, M.D.

Page 106

1      A.  There can be.
2      Q.  Well, there are, aren't there?  I mean,
3   there are papers that characterize these.
4      A.  Yes, but I'm -- yes.  In the
5   literature, yes.  And -- but are we necessarily
6   categorizing them when we're looking at a
7   particular patient?  We're looking for the cause
8   of the granuloma, but we're not necessarily
9   subcategorizing, is my point.
10     Q.  Understood.
11     Oh, I'm sorry.  We were talking about the
12  pages that you copied from Blaustein's.
13     What was the second page in that photocopy,
14  Exhibit 11?
15     A.  Okay.  So Page 539.
16     Q.  What was it on 539 that's relevant to
17  your opinions in this case?
18     A.  Okay.  I think it starts at the very
19  bottom.  I think it carries into Page 540, where
20  it starts talking about foreign-body reactions in
21  the -- this is diseases of the fallopian tube.
22     So it starts, "Foreign material may be
23  introduced into the tube in the course of
24  gynecological investigation, especially
25  hysterosalpingography, lubricant jelly, mineral

Page 107

1   oil, and starch and talc powder may cause lipoid
2   or granulomatous salpingitis.  Talc may cause
3   mucosal or serosal granulomas.  Examination of
4   all granulomas or foreign-body reactions under
5   polarized light is useful in the recognition of
6   these processes."
7      So, again, I'm just referencing the fact
8   that talc can cause granulomatous reaction in the
9   fallopian tube.
10     Q.  So another tissue that's exposed to
11  talc forms the typical type of foreign-body
12  response?
13     A.  That can form a granulomatous reaction.
14     Q.  Okay.  And does that in any way inform
15  your opinions on causation, other than
16  granulomatous reactions occur?
17     A.  Well, so, again, it's another piece of
18  evidence that talc can cause a granulomatous
19  reaction within the female reproductive tract.
20     Now, the fallopian tube, we know some -- has
21  been indicated as a precursor site for certain
22  high-grade serous carcinomas, so I think it's
23  relevant.
24     But, again, you know, we're talking about
25  mechanisms that talc may eventually cause ovarian

Page 108

1   cancer, which is sort of the plausibility arm of
2   the Bradford Hill.  I think it's compelling
3   evidence that we see that you can get
4   granulomatous inflammation and some of these
5   sections have mentioned lymphocytes and plasma
6   cells in the tissue.  I mean, I think it's a
7   further piece of evidence that talc can cause
8   these -- this type of inflammation in female
9   reproductive market.
10     Q.  How often have you, in your career,
11  seen a talc granuloma in gynecologic specimens?
12     A.  We don't routinely do -- perform
13  polarized light microscopy on ovarian tumors,
14  partly because you really need electron
15  microscopy.  You can -- with polarized light
16  microscopy, you can tell that there's a foreign
17  substance there, but that's pretty much as far as
18  you can -- you can get.  You need more testing to
19  be able to determine what type of particle it is,
20  usually.  So we don't, in daily practice,
21  routinely use polarized light microscopy.
22     Now, it's entirely possible that, you know,
23  in the course of my career, I've come across
24  chronic inflammation or granulomas in an ovarian
25  tumor that could have been due to talc that I

Page 109

1   didn't polarize so I didn't see particles, I
2   guess.
3      Q.  So let me back up and just ask you:
4   How often in your career have you seen
5   foreign-body granulomas?  Regardless of whether
6   you've identified the particle in the granuloma,
7   how often have you seen foreign-body granulomas
8   in gynecologic specimens?  Not just tumors, but
9   any gynecologic specimens you've reviewed.
10     A.  No, I understand.
11     Q.  Okay.
12     A.  You can certainly see granulomas -- how
13  often, I can't give you a number; that would just
14  be wildly guessing -- but you can see granulomas
15  in the endometrium.  You can see them in
16  different types of tumor.
17     Sometimes it's -- you'll see granulomas, but
18  you won't see a particle, so you don't know for
19  sure if it's a foreign-body granuloma; you just
20  see the granuloma because you're not using
21  polarized light microscopy on it.
22        MR. KLATT:  Object.  Nonresponsive.
23        MS. AHERN:  Same.
24     Q.  So how often, though, in your career --
25  you can give me an estimate -- have you seen

28 (Pages 106 to 109)

Sarah E. Kane, M.D.

Page 110

1  foreign-body granulomas in gynecologic specimens?
2       MR. ROTMAN:  Objection.
3       Q.  I'm not talking about immune
4  granulomas, but just foreign-body granulomas.
5  We'll start there.
6       MR. ROTMAN:  Objection.  You've asked
7  that question.  She's answered it.
8       A.  So, again, I've seen granulomas in my
9  career in the female reproductive tract, but I
10  don't -- pathologists don't routinely use
11  polarized light microscopy in that instance to
12  look for foreign bodies.
13      Q.  Okay.  So are you done?
14      MR. ROTMAN:  Can we take a break?
15      MS. AHERN:  Not just yet.  Let me
16  finish this line of questioning and then we can
17  take a break.  Because we may want to -- what
18  time is it?
19      MR. ROTMAN:  It's been an hour.
20      MS. AHERN:  11:30.  If we go a little
21  bit longer, we can break for lunch if you want.
22      MR. ROTMAN:  I just want to take a
23  break in the next few minutes.
24      MS. AHERN:  Sure.
25

Page 111

1  BY MS. AHERN:
2       Q.  Doctor, are you able, as a -- as a
3  pathologist, under regular light microscopy to
4  identify a foreign-body granuloma?  Not the
5  content, just the foreign-body granuloma.
6       A.  I would say it depends on the specific
7  granuloma.  Sometimes, for example, in epidermal
8  inclusion cysts, you can see the keratin under
9  light microscopy that's causing the reaction, but
10  you don't always -- you won't always necessarily
11  see a particle.  They're very small.  And unless
12  you're looking specifically for polarizable
13  birefringent particles, you're not going to see
14  it just with regular light microscopy.
15      Q.  So my question wasn't -- and I thought
16  I was specific -- my question wasn't whether or
17  not you could see the particle; my question was:
18  You should be able to see the foreign-body
19  response in terms of multinucleated giant cells.
20      Do you -- can you see that under regular
21  light microscopy?
22      A.  Well, so you're categorizing it as a
23  foreign-body granuloma.  What I'm saying is you
24  can see granulomas, of course, under light
25  microscopy.  But if you're not looking for a

Page 112

1  foreign body, you're not necessarily going to be
2  able to say whether or not it's a foreign-body
3  granuloma with absolute certainty unless you're
4  looking under polarized light microscopy.  And
5  even then, you might not see it under polarized
6  light microscopy, because it depends on the
7  section of the tissue you're looking at and --
8       Q.  Okay.  Thank you.
9       And if you see a foreign-body response in
10  tissue, do you then go one step further and
11  polarize to see if you can identify whether
12  that's got a foreign body in it?
13      A.  It certainly depends on the situation.
14      So, for example, in cases where there's been
15  a surgery and they've taken out more tissue after
16  surgery, you might be looking for polarizable
17  foreign body.  Often, you can see a suture on
18  light microscopy.  But, yeah, we do -- depending
19  on the situation, we will use polarized light
20  microscopy to find foreign bodies.
21      MR. ROTMAN:  Okay.
22      Q.  How often do you polarize specimens
23  where you've found a foreign-body response?  How
24  often do you do that?
25      A.  I think -- I think I tried to come up

Page 113

1  with an estimate.  I think I have it in my
2  report, actually, in the beginning.
3       Yes.  So I estimated that I use polarized
4  light microscopy for this purpose, which is
5  identifying foreign material to explain an
6  inflammatory reaction, I estimated about twice a
7  month.  It's an estimate.
8       And I -- well, that was -- actually, I was
9  referring to calcium oxalate crystals in breast
10  biopsies.  That's different.  So it's not
11  uncommon, let's put it that way, but I can't
12  really give you a -- an estimate.
13      Q.  What was the estimate for breast
14  tissue?
15      A.  I think it was twice a month, is what I
16  said.
17      Q.  So compared to looking for calcium
18  crystals in breast tissue twice a month, how
19  often in gynecologic specimens do you look for
20  foreign bodies?
21      A.  I would say slightly less than that.
22      Q.  Maybe once a month, maybe less than
23  that?
24      A.  Once a month is probably a good
25  estimate, I guess.

29 (Pages 110 to 113)

Sarah E. Kane, M.D.

Page 114

1    Q.  Do you know, based on your review of
2  the epidemiologic literature, what proportion of
3  women are said to use talc?
4    A.  I believe I've seen in some of the
5  literature -- it depends on the population, I
6  think.  I think I saw -- well, again, I'd have to
7  pull out the papers to be absolutely certain, but
8  I remember there was a reference to
9  African-American women, about 50 percent of them
10 using talc.
11   Q.  Would you say that in 50 percent of the
12 gynecologic specimens you review, you find
13 foreign-body granulomas or granulomas?
14   A.  Well, I wouldn't necessarily expect --
15 I wouldn't expect to, just because, you know,
16 again, we're looking at an ovarian tumor at a
17 very particular point in time.
18       How many granulomas -- how much talc is
19 getting to the ovary, we don't -- we don't know
20 how much talc is getting to the ovary.  We know
21 it's been found there, we know it can get there,
22 but we don't know with how much use, how much is
23 actually getting there.
24       So we wouldn't necessarily find a lot of
25 granulomas in ovarian tissue of women that use

Page 115

1  it, because we don't know exactly how much is
2  getting there or we don't know how long those
3  granulomas are there once the tissue is in the
4  ovary.
5       I mean, 20 years later, when you're looking
6  at the -- at the ovary for a talc particle that's
7  been there, we don't know if the granuloma would
8  still be there or the chronic inflammation would
9  still be there.
10   Q.  And my question wasn't specific to
11 ovarian tissue; it was just gynecologic
12 specimens.
13       Because you review more than ovarian tissues
14 when you're looking at gynecologic samples;
15 correct?
16   A.  Yes.
17   Q.  So looking at all of your gynecologic
18 specimens, your vaginal, vulvar, endometrial,
19 tubal, ovarian, I guess omentum might fall in
20 there, how often do you identify foreign bodies
21 or foreign-body granulomas?
22   A.  I would have to be -- a completely
23 ballpark guess, but, I don't know, maybe every --
24 I'm really trying to figure out a somewhat
25 ballpark figure.  It's tough.

Page 116

1       I mean, it's not -- it's not frequent that
2  you're going to find foreign-body giant cell
3  reactions in tissue, but, again, it doesn't mean
4  that they weren't there.  Maybe --
5    Q.  And this is based just on your
6  experience.  I know that -- I don't want you to
7  guess about what might have been there --
8    A.  Yeah, I'm --
9    Q.  -- but based on your experience as a
10 practicing pathologist.
11   A.  It would just be a pure guess at this
12 point.  I couldn't give you an accurate number.
13   Q.  Do you see foreign-body reactions in
14 50 percent of the gynecologic specimens or cases
15 that you review?
16       MR. ROTMAN:  Objection.
17   A.  I would say it's less than 50 percent.
18   Q.  Is it less than 25?
19   A.  I would say less than 25.
20   Q.  Less than ten?
21   A.  Probably less than ten.
22   Q.  Less than five?
23   A.  That's where I'm not exactly sure.
24   Q.  Okay.
25       MS. AHERN:  All right.  We can go ahead

Page 117

1  and take a break.  Thank you.
2       THE VIDEOGRAPHER:  Here ends Media 2.
3  Off the record, 11:44 a.m.
4       (A recess was taken.)
5       THE VIDEOGRAPHER:  Here begins Media
6  No. 3 in today's deposition of Sarah Kane, M.D.
7  Back on the record, 12:02 p.m.
8  BY MS. AHERN:
9    Q.  All right.  Doctor, can we go ahead and
10 keep moving through that photocopy, Exhibit 11.
11       Can you tell me what the next page was?
12   A.  Okay.  We just read from Page 540, I
13 believe, so the next one is Page 648.
14   Q.  Okay.  And tell me what on 648 caught
15 your eye.
16   A.  Okay.  It's the first paragraph under
17 "Noninfectious Granulomatous Peritonitis."  So it
18 says, "Foreign material typically recognizable on
19 histologic examination can elicit a granulomatous
20 reaction on the peritoneum.  Starch granulomas
21 from surgical gloves, douche fluid, and
22 lubricants typically incite a granulomatous and
23 fibrosing peritonitis.  In occasional cases, the
24 inflammatory reaction may be a tuberculoid type
25 with KCS necrosis.  The periodic acid shift (PAS)

30 (Pages 114 to 117)

Sarah E. Kane, M.D.

Page 118

1    positive starch granules exhibit the
2    characteristic Maltese cross configuration" --
3            THE COURT REPORTER:  I'm sorry, you're
4    reading too fast.
5            THE WITNESS:  I'm sorry.
6        A.  "The periodic acid shift (PAS) positive
7    starch granules exhibits a characteristic Maltese
8    cross configuration under polarized light.  Talc
9    was once an important cause of granulomatous and
10   fibrosing peritonitis because of its use as a
11   lubricant on surgical gloves and talc-induced
12   peritonitis has been described more recently in
13   drug abusers."  I think that's kind of where it
14   stops.
15       Q.  Okay.  And how does that passage that
16   you just read inform your opinions in this case?
17       A.  Well, again, it's just another --
18   similar to the last pieces, this is the
19   peritoneum, so this is outside of the fallopian
20   tube.  Once particles are outside of the
21   fallopian tube, they are in the peritoneum.
22   That's where the ovary is.  And so it's
23   discussing foreign-body granulomatous reactions
24   in the peritoneum.
25       Q.  And this question -- this passage that

Page 119

1    you just read also mentions that starch granules
2    from surgical gloves --
3        A.  Yes.
4        Q.  -- cause granulomatous and fibrosing
5    peritonitis, which is the same that they mention
6    talc use to.
7            Would you say that starch granules, then,
8    have the capacity to cause chronic inflammation
9    that can lead to cancer?
10       A.  Starch can cause inflammatory
11   reactions, but it's a -- very different, in that
12   it's bioabsorbable, and so the particles are
13   absorbed in the body.  And the literature hasn't
14   supported a link between starch and ovarian
15   cancer.
16       Q.  How many studies have evaluated the
17   association between starch and ovarian cancer?
18       A.  I couldn't say, off the top of my head,
19   how many.  But I know, you know, they looked at
20   starch when they were evaluating whether or not
21   to remove it from surgical gloves, and they ended
22   up deciding to remove it from surgical gloves.
23           And I -- I think at that point they had done
24   a literature search.  I don't think there was --
25   I don't know how many studies off the top of my

Page 120

1    head.
2        Q.  And when you say "they" were looking
3    at, are you talking -- who are you talking about?
4        A.  When the -- when the regulatory -- if I
5    recall -- did I put that in my report? -- they
6    removed -- I know that they removed starch from
7    surgical gloves because it was causing an
8    inflammatory reaction.
9            And they had started using starch more
10   commonly because talc had been removed from
11   surgical gloves for also causing inflammatory
12   reactions.
13       Q.  And talc particles and cornstarch
14   particles cause the same foreign-body reaction in
15   the peritoneum and fibrosis; correct?
16       A.  Well, again, they can cause a
17   granulomatous reaction, but they're
18   bioabsorbable, so it's not going to be -- you
19   know, when we're talking about talc, we're
20   talking about the talc in surgical gloves.  And,
21   you know, talc is not bioabsorbable and it will
22   stay in the peritoneum longer than starch, which
23   is bioabsorbable.  So it will -- the inflammation
24   will likely resolve more quickly.  It's a
25   different -- it's a different type of reaction

Page 121

1    because it's bioabsorbable.
2        Q.  Well, they both cause granulomas;
3    right?
4        A.  Mm-hmm.
5        Q.  And they both cause fibrosis; correct?
6        A.  They can cause fibrosis.
7        Q.  Does the biodurability of the causative
8    agent determine how long fibrosis exists?
9        A.  Well, the fibrosis is thought to arise
10   from the inflammatory process.  And since -- I
11   don't know how much data is really there except
12   to say that starch is bioabsorbable and talc is
13   not.  So talc is going to be available for an
14   inflammatory response more than a starch particle
15   will.
16       Q.  Is the purpose of a foreign-body
17   granuloma to essentially wall off an irritant, a
18   foreign body, from the rest of the tissue to
19   prevent damage?
20       A.  That can be one reason.
21           Another reason is if the particle is large
22   enough and one macrophage can't handle it because
23   of its size, it will sort of recruit more
24   macrophages to the area to try to digest the
25   foreign material, which is not going to -- they

31 (Pages 118 to 121)

Sarah E. Kane, M.D.

Page 122

1  won't be able to digest the talc particle.
2      Q.  If they can't digest the particle,
3  these macrophages will fuse to form a
4  multinucleated giant cell and surround the
5  particle to basically encapsulate it and prevent
6  it from harming the surrounding tissue; correct?
7      A.  It's possible that they would, yes,
8  they would recruit more macrophages and
9  potentially do that.
10     Q.  Isn't that the purpose of a
11 foreign-body granuloma?
12     A.  So, again, you can get well-formed --
13 you can get well-formed encapsulated granulomas.
14 You can also get sort of poorly formed granulomas
15 that are -- when more macrophages have been
16 recruited to that site.
17     You can get a -- you can get a histiocytic
18 reaction that isn't a well-formed granuloma in
19 the sense that you're talking about, where it's
20 kind of walling off the foreign body.  You can
21 get histiocytic reactions that aren't as well
22 formed like that.
23     Q.  But we're just talking about the actual
24 granuloma itself, those particles that do result
25 in a well-formed granuloma.

Page 123

1      Once that granuloma has formed, it can
2  persist for many years, can't it, without
3  damaging the surrounding tissue?
4      MR. ROTMAN:  Objection.
5      A.  I think it would depend.  Macrophages
6  have a certain lifespan, so it's going to be
7  constantly recruiting different macrophages to
8  that site.
9      So I don't think we can say for certain that
10 the -- in fact, I think the body is still
11 reacting to that foreign body if it's still
12 recruiting new macrophages in.
13     Q.  Do you know that for a fact based on
14 your reading of the literature of granulomas,
15 that that's the mechanism behind a foreign-body
16 granuloma, as opposed to an immune granuloma?
17     A.  What I'm saying is -- is that
18 macrophages have a certain shelf life, and so
19 they will constantly recruit new macrophages to
20 that area.
21     Now, whether or not there's an exposure in
22 that particle while it's in that process, I don't
23 think we can definitively say.
24     Q.  Can you cite to any papers that support
25 your understanding of that process whereby

Page 124

1  macrophages are continuously recruited to
2  foreign-body granulomas?
3      A.  I know that I've read it in the course
4  of my daily practice.  I can search at some point
5  for it, but I know that that's the case, because
6  I know that macrophages, again, have a certain
7  lifespan.
8      But, you know, again, the inflammatory
9  response, we also don't know how long that
10 inflammatory response is going to be there for
11 sure.  Is it possible that at some point the
12 granuloma resolves and you get some fibrosis and
13 the talc particle or whatever particle is there
14 remains?  I think that's possible and likely, in
15 fact, because you do see resolution of granulomas
16 with fibrosis.
17     Q.  Is fibrosis associated with the
18 development of ovarian cancer?
19     A.  There hasn't -- there hasn't been a
20 lot -- again, the causes of ovarian cancer are
21 sort of -- the literature and the research is
22 still bearing all of it out, but from what I know
23 of the literature, I don't think that they found
24 fibrosis itself being an increased risk factor
25 for ovarian cancer.

Page 125

1      Q.  Is fibrosis associated with chronic
2  inflammation?
3      A.  It can be, yeah.  Chronic inflammation
4  can lead to fibrosis.
5      Q.  Do you know of any literature that has
6  linked talc granulomas introduced into the body
7  through the use of talc-dusted surgical gloves
8  with any sort of cancer?
9      A.  So we know that talc can -- there are
10 studies that have shown talc in the ovaries, and
11 we know that chronic inflammation has been
12 implicated in cancer.
13     So if talc can reach the ovaries -- and we
14 also have evidence that talc causes chronic
15 inflammation.  So if talc reaches the ovary, I
16 think it's a plausible mechanism for talc from
17 surgical gloves to cause an inflammatory reaction
18 and lead to cancer.  I think that's plausible.
19     And, again, that's the plausibility arm of
20 it.  You know, that's a piece of the general
21 causation opinion, but, you know, they're still
22 piecing together a lot of the etiology of ovarian
23 cancer.
24     Q.  Then why --
25     MR. KLATT:  Objection, nonresponsive.

32 (Pages 122 to 125)

Sarah E. Kane, M.D.

Page 126

1    MS. AHERN:  Nonresponsive, yeah.
2    Q.  Doctor, why are you so sure, then, that
3  talc causes ovarian cancer?
4    A.  It's --
5    MR. ROTMAN:  Objection.
6    A.  So I can lay out to you my methodology.
7  It's in the report.  I did very in-depth,
8  extensive review of the literature, which
9  included the epi studies, animal studies, and
10  biologic studies.
11    And I think -- well, I know that the epi
12  studies have been very consistent with the
13  increased risk associated with talcum powder
14  product usage -- I'm talking about talcum powder
15  product, what's in the bottle -- and perineal
16  talc application with ovarian cancer.
17    And I think if you're looking at -- if you
18  go through the methodology that I used and you're
19  looking at the Bradford Hill analysis, which I've
20  laid out in the report, I've come to the
21  professional -- you know, my professional
22  judgment is that the talcum powder products --
23  weighing everything, that talcum powder products
24  cause ovarian cancer.
25    And I know -- and, interestingly, about

Page 127

1  three weeks after I wrote my report, there was
2  the Health Canada report that, in reading their
3  methodology and the literature that they
4  reviewed, was very similar to what I reviewed and
5  my methodology.  And they came to the same
6  conclusion.
7    MR. KLATT:  Objection.
8    MS. AHERN:  Objection.  Nonresponsive.
9    Q.  Doctor, my question was:  Do you know
10  of any literature that has linked -- sorry.
11    My first question we're going to go back to
12  now is:  Do you know of any literature that has
13  linked talc granulomas introduced into the body
14  through the use of talc-dusted surgical gloves to
15  any sort of cancer?
16    MR. ROTMAN:  Objection.
17    MS. AHERN:  What's the objection?
18    MR. ROTMAN:  Your question was --
19    MS. AHERN:  I'm reading it.
20    MR. ROTMAN:  -- why are you so certain.
21    MS. AHERN:  Well, I just told you we're
22  going back to this question.
23    MR. ROTMAN:  Okay.  So you're asking --
24  you're not saying that she didn't -- you're not
25  repeating your former question?

Page 128

1    MS. AHERN:  No.  We're going back to
2  this question.
3    MR. ROTMAN:  Okay.  That's fine.
4    So you're asking her again a question
5  that she previously answered.
6    MR. KLATT:  No --
7    MS. AHERN:  I'm interested in --
8    MR. KLATT:  -- a question she didn't
9  answer.
10    MS. AHERN:  -- the question she didn't
11  answer first.
12  BY MS. AHERN:
13    Q.  Which is:  "Do you know of any
14  literature that has linked talc granulomas
15  introduced into the body through the use of
16  talc-dusted surgical gloves with any sort of
17  cancer?"
18    Do you know or not know of any literature
19  that supports that?
20    A.  Well, first of all, I think we're
21  talking about -- you're talking about surgical
22  glove talc, right, which is pharmaceutical-grade
23  talc, which is different from the talcum powder
24  product that I'm opining about.
25    And we know that these talc particles can

Page 129

1  get to the ovary and we know that talc can cause
2  chronic inflammation.
3    Q.  Doctor, first question about your
4  answer is:  What makes you think that cosmetic
5  talc used in Johnson & Johnson baby powder is not
6  pharmaceutical-grade talc?
7    A.  I'm talking about the product, the
8  ultimate product.
9    Q.  Johnson's baby powder; correct?
10    A.  Whatever is in the bottle.
11    Q.  You're saying that's not
12  pharmaceutical-grade talc?
13    A.  Whatever is in the bottle.
14    Q.  Okay.
15    A.  So --
16    Q.  What is your -- what is your
17  understanding of what pharmaceutical-grade talc
18  is and how is that different from what's in
19  Johnson's baby powder?
20    A.  So I didn't opine on the constituents
21  of the talcum powder that -- the baby product --
22  talcum powder products, the Johnson & Johnson.  I
23  saw evidence as to what's in the talcum powder
24  products, but I didn't do my own analysis as to
25  what is in the talcum powder products.

33 (Pages 126 to 129)

Sarah E. Kane, M.D.

Page 130

1    But pharmaceutical-grade talc, if we're
2  talking about talc that's used in pleurodesis,
3  for example, is going to be different than talcum
4  powder products in the bottle --
5       Q.   Okay.
6       A.   -- cosmetic talcum powder products.
7       Q.   So how is it different?
8       A.   So, again, I didn't do my own analysis
9  as to what is in the talcum powder product, but
10 that's what I am -- that's what my general
11 causation opinion is on, is the talcum powder
12 product in the bottle, that regular perineal use
13 of that causes ovarian cancer.
14      Q.   My question to you is: What do you
15 understand the difference between the talcum
16 powder products and pharmaceutical-grade talc --
17           MR. ROTMAN: Objection.
18      Q.   -- to be?
19      A.   So I've seen evidence that in talcum
20 powder products, there are heavy metals. There
21 are fragrances that are added to the talcum
22 powder product that, in talc used for
23 pleurodesis, they wouldn't be adding fragrances
24 to that type of talc.
25      Q.   Would -- you're not saying that talcum

Page 131

1  powder products that are sold to consumers have
2  been altered to add heavy metals, are you?
3       A.   Well, I've seen the report of
4  Dr. Crowley that looks at heavy metals and
5  fragrances in the talc, the baby product talc
6  powder that he examined. I did not do my own
7  analysis of that.
8       Q.   Does pharmaceutical-grade talcum powder
9  also have associated metals and sometimes heavy
10 metals?
11      A.   I'm not sure if I've seen data as to
12 what is specifically in pharmaceutical-grade
13 talcum powder, but, again, to me, what is
14 important is the ultimate product and what is in
15 that bottle. It can -- whether it's platy talc,
16 fibrous talc, asbestos, heavy metals, fragrance
17 metals.
18      I mean, to me -- you know, I've seen
19 evidence of those things in that product, but to
20 me, what I'm looking at is the final product when
21 it comes to causing ovarian cancer.
22      Q.   So what is different about that final
23 product and pharmaceutical-grade talc? What
24 specific components have been added to that that
25 affect your opinions in this case?

Page 132

1       A.   Well, I think I've answered, like, to
2  me, it doesn't -- it doesn't really matter
3  what -- the difference between pharmaceutical
4  talc and talcum powder products; it's whatever is
5  in that talcum powder products -- product,
6  whatever is in the bottle that women are buying
7  off the shelf and applying to their perineum.
8           MR. KLATT: Objection. Nonresponsive.
9           MS. AHERN: Objection. Nonresponsive.
10      Q.   My question was -- originally was: Do
11 you know of any literature that connects talc
12 dust of surgical gloves and any sort of cancer.
13      And then you said, "First of all, I think
14 we're talking about surgical glove talc, which is
15 a pharmaceutical-grade talc, which is different
16 from the talcum powder product that I'm opining
17 about."
18      So what I'm asking you is: What is
19 different about the talcum powder product that
20 you're --
21      A.   It's what I'm opining about. You know,
22 I haven't --
23      Q.   Right.
24      A.   -- looked at the talc that's used for
25 pleurodesis, for example. It's what I'm

Page 133

1  separating out.
2       I've looked at the talcum powder product
3  that women use on their perineum, what they
4  bought off the shelf. I haven't looked at
5  pharmaceutical-grade -- let me correct that --
6  pleurodesis talc, for example. I have not looked
7  at pleurodesis talc and ovarian cancer. I have
8  not looked at any literature specifically on
9  that. It's been the talcum powder products that
10 women are buying off the shelf and using on their
11 perineum.
12      Q.   So if I told you that Johnson's baby
13 powder starts out as pharmaceutical-grade talc
14 and that, beyond that, fragrance is added, would
15 it be the fragrance that you're taking issue with
16 that you believe is causally associated with the
17 development of ovarian cancer?
18      A.   Again, I -- it's whatever is in that
19 bottle. It could be platy talc, fibrous talc,
20 asbestos, heavy metals, fragrance. It -- to me,
21 it's the product, whatever the product is that
22 they are using.
23      Q.   And you have done a biologic
24 plausibility analysis for fragrances, for metals,
25 for asbestos, for fibrous talc, and for platy

34  (Pages 130 to 133)

Sarah E. Kane, M.D.

Page 134

1    talc --
2         A.  So --
3         Q.  -- each one of those constituents?
4         A.  So I have looked at evidence -- so
5    Dr. Crowley's report, I mentioned.  I've looked
6    at Dr. Longo's report.  I've looked at Hopkins
7    and the Pier charts from their depositions.  I'm
8    aware of evidence that these heavy metals and
9    fragrances and asbestos are in there.
10        However, I haven't done -- what I know, I
11   looked at the -- I've looked at some literature
12   and I've looked at the IARC categorization of the
13   heavy metals.  I've looked at Dr. Crowley's
14   report and I've done an extensive look at
15   asbestos and ovarian cancer.
16        But, ultimately, those are just pieces of
17   biological plausibility.  What I'm mainly -- what
18   I am opining about is the ultimate product.  And,
19   again, it can be platy talc, it can be fibrous
20   talc, it can be asbestos, it can be heavy metals.
21        It's pieces of information that strengthen
22   the plausibility.  We know that asbestos causes
23   ovarian cancer, that certain heavy metals are
24   carcinogens, which the IARC categorized them as.
25   So it's just -- it's just additional pieces of

Page 135

1    information that strengthen the biological
2    plausibility arm of it.
3         Q.  Doctor, how do you arrive at a
4    causation conclusion without a well-defined agent
5    of exposure?
6         MR. ROTMAN:  Objection.
7         Q.  Do you understand what I'm asking you?
8    How do you arrive at your causation and
9    conclusion when you're not sure what it is about
10   the talcum powder products that's actually
11   biologically relevant?
12        A.  Well, I think -- well, strike that.
13        The epi studies are looking at the product
14   that the women are using.  So that is the agent.
15   It's the -- it's the total product.  That is the
16   agent.
17        So when you're looking through -- let me
18   just -- so let's keep in mind that we're looking
19   at that product.
20        And then if you go through my Bradford Hill
21   analysis, you look at strength of association.
22   And, overall, there's a consistent relative risk
23   that's between 1 and 2.  I would say it's, across
24   studies, averaging 1.3 to 1.4 relative risk, and
25   that's consistent across studies.  That's the

Page 136

1    consistency piece of it.
2         Q.  Can I ask you -- you can go through all
3    of it if you want, but would you rather break it
4    down piece by piece?
5         MR. ROTMAN:  She should answer your
6    question.
7         MS. AHERN:  I'm not sure she's
8    answering my question.  My question was:  How do
9    you come up with causation when you don't know
10   what the exposure is?
11        MR. ROTMAN:  I think she's answering
12   the question.
13        MR. TISI:  That wasn't the question.
14   The question was:  Do you need to know the agent?
15   And she said the agent is the product.
16   BY MS. AHERN:
17        Q.  The agent is everything in it?
18        A.  Yes, the agent is whatever is in that
19   talcum powder product.
20        Q.  So are you basing, then, your causation
21   conclusions on the epidemiologic literature
22   alone?
23        A.  The epidemiologic literature is very
24   comp- --
25        MR. ROTMAN:  She was not done with her

Page 137

1    earlier answer.  Now you've gone two more beyond
2    it.
3         MS. AHERN:  She's answering.  Why don't
4    you let her answer.  If she wants to go back, she
5    can.
6         MR. ROTMAN:  No, I want her to go back.
7    She was -- she was in the middle of going through
8    her Bradford Hill to answer your earlier question
9    and you cut her off.  So she had covered strength
10   of association.
11   BY MS. AHERN:
12        Q.  Doctor, you can answer the question the
13   way you want to answer the question.
14        MR. ROTMAN:  Now there's no question in
15   front of her.
16        MS. AHERN:  Well, because you
17   interrupted.
18        MR. ROTMAN:  Let's go back to what the
19   question was before you cut her off.  "Do you
20   understand what I'm asking you?  How do you
21   arrive at your causation and conclusion when
22   you're not sure what it is about the talcum
23   powder products that actually biologically --
24   that are biologically relevant?"
25        And then you gave -- then you started

35 (Pages 134 to 137)

Sarah E. Kane, M.D.

---

Page 138

1  an answer about the epi studies are looking at
2  the product that the women are using, and you
3  were talking about strength of association and
4  then you said, "And that's consistent across
5  studies.  That's the consistency piece of it,"
6  and then you were interrupted.
7       So were you done with your answer to
8  that earlier question?
9       THE WITNESS:  I can continue, because I
10  think it's important.
11       I mean, I was -- my general causation
12  opinion, the methodology I used was to answer the
13  question:  Does perineal application of talcum
14  powder products, the, you know, baby powder
15  product that you buy off the shelf, does that
16  cause ovarian cancer?  So it's whatever is in
17  that bottle.
18       So with the methodology that I used,
19  looking at the epi data, but also considering the
20  Bradford Hill criteria -- which, you know,
21  looking for specificity is another one.  So most
22  of the studies showed a stronger -- a strong
23  association with serous ovarian cancer, but it
24  was basically associated with epithelial ovarian
25  cancer, so all groups of epithelial ovarian

---

Page 139

1  cancer.  It was pretty specific, the epi data,
2  for that type of ovarian cancer.
3       Temporality.  If you look at that, I
4  mean, the case-control studies are retrospective
5  reviews, so we know that they were using talc
6  before their diagnosis of ovarian cancer.
7       Biological gradient.  For those studies
8  that looked at a biological gradient, there was
9  an evident -- there was evidence of a
10  dose-response, not all of the times statistically
11  significant, but the trend -- you can see a trend
12  of a dose-response across studies.
13       And then we get into the plausibility
14  piece, which you've been discussing mostly so far
15  in this deposition, which has to do with the
16  plausible mechanism of talcum powder -- what I'm
17  thinking of, talcum powder products -- whatever
18  is in that bottle was what I'm looking at --
19  talcum powder products causing -- the
20  plausibility of it causing a chronic inflammatory
21  response, leading to ovarian cancer.  We've been
22  discussing that quite a bit today.
23       And then coherence.  So I can refer
24  again to my report.  Coherence, in this context,
25  means coherence between epidemiologic and

---

Page 140

1  generally accepted knowledge of the disease in
2  question.
3       So we know that particles can reach the
4  ovary.  We know that talc can cause chronic
5  inflammation.  We know that chronic inflammation
6  is associated with certain types of cancer.  We
7  know that certain types of ovarian cancer have
8  shown association with chronic inflammatory
9  conditions.
10       So, again, going through all this is
11  experiment and analogy, experiment with the
12  animal studies and the in vitro studies.  And
13  analogy, I used the example of asbestos, because
14  even though asbestos is -- you know, asbestos is
15  chemically similar, you can have asbestos fibers
16  and talc fibers, but it's a similar mineral
17  chemically, and we know that that is a
18  carcinogen.  So that's part of the analogy.
19       But, again, it's the whole picture.  I
20  mean, you look at the -- all of this data
21  following my methodology and you apply the
22  Bradford Hill criteria guidelines -- the Bradford
23  Hill guidelines.  And, looking at all that, my
24  professional judgment is that the talcum powder
25  products can cause ovarian cancer.

---

Page 141

1       Q.  Okay.  Are you done?  I don't want to
2  interrupt you.
3       A.  I think I answered the question.
4       Q.  Okay.  One of the things, and I guess a
5  major component of the talcum powder products,
6  would be talc; correct?
7       A.  Presumably -- it's called talcum
8  powder, so presumably, talc would be a
9  constituent.
10       Q.  Do you know what percentage of talcum
11  powder products is talc?
12       A.  Again, I did not do my own analysis as
13  to how much talc was in that product.
14       Q.  Do you know whether any of the heavy
15  metals that you looked at or were examined by
16  other experts in this litigation, whether any of
17  those are known carcinogens for the ovary?
18       A.  So it's another piece of information.
19  There is not, to my knowledge -- looking at what
20  the IARC looked at, there's not data right now on
21  those heavy metals and ovarian cancer, but
22  it's -- it's a -- it's a piece of the puzzle.
23  It's a piece of information.
24       The IARC has called some of them
25  carcinogenic, some of them probably carcinogenic,

---

36 (Pages 138 to 141)

Sarah E. Kane, M.D.

Page 142

1    so we know that they can cause cancer.  And if
2    they're in the talcum powder products, then it's
3    just another piece to the puzzle of plausibility.
4         Q.   Are you saying that the probably
5    carcinogenic category for IARC means that they
6    can cause cancer?
7         A.   Well, we can look at what the IARC 2A
8    categorization -- category actually says, what
9    they break it down.  But my understanding is
10   it's -- probably carcinogenic means it probably
11   causes cancer, more likely than not, probably
12   causes cancer.
13        Q.   How many categories does IARC have?
14        A.   They have four.
15        Q.   What is the -- what is Category 1?
16        A.   Carcinogenic.
17        Q.   Known to be carcinogenic?
18        A.   Mm-hmm.
19        Q.   And then the next?
20        A.   Probably carcinogenic.
21        Q.   And then?
22        A.   Possibly carcinogenic.
23        Q.   And then?
24        A.   I think it's unclassifiable.  I have to
25   look.  But I think it's uncertain, basically.

Page 143

1         Q.   And then what is the last?
2         A.   And then known not to be carcinogenic.
3         Q.   How many agents are in the known not to
4    be carcinogenic category?
5         A.   Very, very few.
6         Q.   One; right?
7         A.   That's plausible.  I haven't looked at
8    the list recently.
9         Q.   So going back to the major component,
10   you don't know what percentage of talcum powder
11   products are actually talc?
12        MR. ROTMAN:  Objection.
13        A.   I have not done my own analysis as to
14   what the components are of that talcum powder --
15   of the talcum powder products.
16        Q.   Do you agree that carcinogens can be
17   organ specific?
18        A.   I will agree that certain tissues
19   respond to certain things differently.
20        Q.   Do you agree that carcinogens can be
21   organ specific?
22        A.   Certain tissues respond to certain
23   things differently.  If you're casting that wide
24   a net to say that one specific carcinogen only
25   causes one type of cancer, I think that's a

Page 144

1    little too wide a net.  I think science is always
2    evolving and there's always the possibility of an
3    unknown cause of a certain type of cancer.
4         MS. AHERN:  Objection.  Nonresponsive.
5         Q.   My question was just:  Can carcinogens
6    be organ specific?
7         A.   And I feel like I answered that fairly.
8         Q.   Do you know of carcinogens that are
9    organ specific?
10        A.   I know -- for example, we know that H.
11   Pylori causes increased risk of gastric cancer,
12   but not oral or esophageal cancer.
13        We know that HPV infection can cause
14   cervical cancer, anal cancer, certain types of
15   squamous cell carcinomas of the oropharyngeal
16   system, but not, you know, of the endometrium,
17   for example.
18        So we know that certain things cause certain
19   cancers and aren't -- haven't been associated
20   with other types of cancers.  But to cast that
21   wide a net, to say that a carcinogen is only
22   going to cause one type of cancer or this cancer
23   is caused only by this carcinogen, I think that's
24   too wide a net, because I feel like research is
25   constantly evolving.  We're constantly learning

Page 145

1    of new causal factors in cancer.
2         Q.   Do you think that dose is an important
3    consideration when you're looking at the
4    toxicologic effects of an agent on a tissue?
5         A.   I think it is a piece of information.
6    I'm looking at my biological gradient portion of
7    my report, and I said in my report that it was an
8    important factor in my analysis because it does
9    add information to the overall causality.
10        Q.   Are there agents that can be toxic at
11   certain levels and not toxic at other levels?
12        A.   There are certainly agents that are
13   more toxic with increased exposure and increased
14   duration.  We don't know all of the thresholds
15   for carcinogenicity of all carcinogens.
16        Q.   As part of the biologic plausibility
17   analysis that you would do on a particular agent,
18   would that take into consideration the relative
19   levels of exposure that a person would have to
20   that agent?
21        A.   Well, dose-response -- I -- I'm taking
22   it -- your question -- can you rephrase the
23   question?  I'm sorry.  I just want to make sure
24   I'm answering it accurately.
25        Q.   To determine whether it's biologically

37 (Pages 142 to 145)

Sarah E. Kane, M.D.

Page 146

1  plausible for a particular agent to cause a
2  particular harm, would you need to be able to
3  characterize the dose of that agent that is
4  required to elicit the effect that you're looking
5  for?
6      A.  I think it's a piece of the
7  information -- a piece of information, but you're
8  not always going to be able to determine a
9  dose-response.  It's going to depend on the
10 carcinogen, the agent, the routes of exposure.
11 You're just not always going to have that data,
12 unfortunately.  It would be nice to have, but
13 you're not always going to have it, and you don't
14 necessarily have to have it to come to
15 plausibility.
16     Q.  And do you have well-characterized
17 levels of exposure to the ovaries for women who
18 are using talc perineally?
19         MR. ROTMAN:  Objection.
20     A.  So some of the -- we're never really
21 going to be able to figure out what an actual --
22 to characterize what an actual dose -- dose of
23 talcum powder product of what -- of a talcum
24 powder product in a particular use.  We don't
25 know how much a woman is putting on her hand to

Page 147

1  place into the perineum.  We don't know how much
2  of that product is getting to the ovary.  We know
3  that it can get to the ovary because we've seen
4  talc in the ovary.  But where -- it's extremely
5  difficult in this type of situation, when women
6  use the product differently, to know what the
7  dose -- what a single dose is.
8      Now, if you're talking long-term, frequent
9  use of talcum powder products, of course, the
10 exposure is going to be greater than a single use
11 of that product.
12     But are we ever going to know what one dose
13 of talcum powder product is?  I don't think we're
14 going to be able to say that and how much of one
15 dose reaches the ovary.
16     But, certainly, again, with -- over time,
17 increased frequency and duration, it's -- you
18 know, more of that product is going to reach the
19 ovary.
20     Q.  So going back to the discussion we had
21 earlier about surgical glove talc, do you know of
22 any literature that links exposure to talcum
23 powder -- pharmaceutical-grade talcum powder from
24 surgical gloves to any kind of cancer?
25     A.  I did not opine on surgical glove talc

Page 148

1  and ovarian cancer.  I certainly saw some of the
2  data about talc migration and cornstarch on
3  surgical gloves migration, but I didn't
4  specifically -- I don't know if -- I don't even
5  know if that study has really been done.
6      Q.  Did you consider the publications on
7  talc responses -- or, excuse me, did you consider
8  the publications on granulomatous reactions to
9  talc from surgical gloves to be relevant to your
10 biologic plausibility analysis?
11     A.  It's a piece of information that
12 talc -- now, again, surgical glove talc, for me,
13 is different than the talcum powder products.
14     You know, my general causation opinion -- I
15 just want to be clear -- is about, you know,
16 talcum powder products, not the talc used in
17 pleurodesis, not talc on surgical gloves.
18     Having said that, I think it's an important
19 piece of information to know that talc on
20 surgical gloves can cause a granulomatous
21 reaction, because that is further evidence for
22 plausibility that talcum powder products --
23 they're called talcum powder products, so, again,
24 it's sort of an assumption.  It doesn't really
25 matter to me what's in there, but my assumption

Page 149

1  is that whatever -- the talc or whatever is in
2  that product is causing the -- a chronic
3  inflammation.  And so it's part -- it's a piece
4  of evidence for the plausibility.
5      Q.  So are you not aware of any studies,
6  based on the review that you did conduct, that
7  link surgical glove talcum powder with the
8  development of any cancer?
9          MR. ROTMAN:  Objection.
10     A.  So I'm not sure how you could do that.
11 If you're looking at patients who -- I think that
12 would be a very difficult study to design.
13     If you're looking at women -- if you're
14 doing a case-control study -- I'm just
15 thinking -- and you're looking at patients who
16 have been diagnosed with ovarian cancer who have,
17 at any time, had surgery during the time period
18 that talc was used on surgical gloves, I think
19 that would be a difficult study.
20     Q.  My question to you was --
21         MR. KLATT:  Objection.  Nonresponsive.
22     Q.  My question to you was:  Are you aware
23 of any studies or literature that link
24 talc-dusted surgical gloves to the development of
25 any kind of cancer?

38 (Pages 146 to 149)

Sarah E. Kane, M.D.

Page 150

1      MR. ROTMAN:  Objection.
2      THE WITNESS:  My thing is not --
3      MR. ROTMAN:  There's a button you can
4  push.
5      THE WITNESS:  Oh, "follow."
6      MR. ROTMAN:  Do you see the button
7  that's flashing on the right-hand --
8      THE WITNESS:  Yeah.
9      MR. ROTMAN:  -- side?  If you hit that,
10  it should go to the bottom.
11      THE WITNESS:  Okay.  I see.  Yup.
12      MS. AHERN:  And I'll withdraw that,
13  because there's -- the question asked first was,
14  I think, better.  I slightly modified it on
15  accident.
16  BY MS. AHERN:
17      Q.  Are you aware of any studies, based on
18  your review, that link surgical glove talcum
19  powder with the development of any kind of
20  cancer?
21      And, Doctor, to be clear, I'm only
22  interested in whether you know of a study, not
23  whether one could be conducted.
24      A.  Off the top of my head, it's possible
25  that one exists, but I can't come up with one off

Page 151

1  the top of my head.
2      Q.  Do you know of any data linking
3  surgical glove talcum powder with the development
4  of any cancer?
5      MR. ROTMAN:  Objection.
6      A.  It would be my same answer.
7      Q.  That you don't know, but there might
8  be?
9      A.  Sitting here right now, I can't come up
10  with a specific study that evaluated ovarian
11  cancer patients who have had surgery with talcum
12  powder gloves.
13      Q.  Any cancer.  Not ovarian cancer, any
14  cancer.
15      A.  Similar.  Sitting here right now, I
16  cannot think of one off the top of my head.
17      Q.  And wouldn't that have been something
18  you think you would have picked up in your
19  review?
20      A.  It's possible that I did.  I just said
21  I can't think of it off the top of my head.  It's
22  possible that I did at some point.
23      But my -- and, again, I tried to make every
24  effort to be able to identify studies and
25  literature and evidence that were relevant or

Page 152

1  could be helpful information to my general
2  causation opinion.  So it's possible that I did.
3      Q.  Is it in your report or cited in any of
4  your reference lists?
5      A.  Again, I can look through my whole
6  reference list.  It's the same answer.  Off the
7  top of my head, I don't know the answer to that.
8      Q.  Do you know of any studies or any data
9  that link foreign-body granulomas to the
10  development of any kind of cancer?
11      A.  Well, we know that asbestos can cause a
12  granulomatous reaction and asbestos is certainly
13  associated with mesothelioma and lung cancer.
14      Q.  Are there other biologic properties of
15  asbestos that contribute to its carcinogenicity?
16      A.  It can provoke a reactive oxygen
17  species inflammatory response.
18      Q.  Can it disrupt DNA?
19      A.  It can based on that mechanism, yes.
20      Q.  Have you seen any studies or data
21  suggesting that talcum powder can do those
22  things?
23      A.  I've seen studies that show that talcum
24  powder can increase production of reactive oxygen
25  species and can change gene expression in

Page 153

1  mesothelial cells.  So, yes, I mean -- let me go
2  back to your question.
3      So I would say, yes, there are studies that
4  show talc can cause the production of reactive
5  oxygen species and reactive nitrogen species,
6  which can disrupt DNA, similar to asbestos.
7      Q.  How do reactive oxygen and nitrogen
8  species disrupt DNA similar to asbestos?
9      A.  Well, it's the reactive oxygen species
10  -- it's part of this feedback loop with -- what's
11  the word I'm looking for? -- tumor factors like
12  COX and TNF alpha.  It's related to those types
13  of expressions and an inflammatory response.
14      Q.  Are you relying on cell studies?
15      MR. ROTMAN:  Objection.
16      A.  I have looked at cell studies.  The
17  Buz'Zard study is one, and I know Saed has done a
18  lot with myeloperoxidase and ovarian cells.  He
19  recently came out with a paper.
20      So it's, again, a piece of information
21  towards the plausibility arm of my general
22  causation opinion.
23      Q.  Have you seen any studies in animals or
24  in humans that have linked the specific enzymes
25  that Dr. Saed has evaluated in cell studies to

39 (Pages 150 to 153)

Sarah E. Kane, M.D.

Page 154

1  the development of ovarian cancer?
2      A.  So there have been some studies that
3  have looked at anti-inflammatory drugs, aspirin
4  and NSAIDs in particular.
5      The data on NSAIDs has been less consistent,
6  but the data on aspirin has been consistent, in
7  that it lowers the risk of ovarian cancer with
8  regular aspirin use.
9      And aspirin, one of the mechanisms of action
10  is on the cyclooxygenase expression, which is
11  similar to the cyclooxygenase expression seen in
12  some of the in vitro studies.
13      Q.  So my question was:  Have you seen any
14  studies in animals or in humans that have linked
15  specific enzymes that Dr. Saed has evaluated in
16  his cell studies to the development of ovarian
17  cancer?
18      MR. ROTMAN:  Objection.
19      Q.   Are you relying, then, on epidemiologic
20  studies looking at NSAID and aspirin use?
21      MR. ROTMAN:  Objection.
22      A.  I'm saying that the NSAID and aspirin
23  use is another piece of information that -- as to
24  plausibility, mechanism -- and mechanism of
25  regulation of pathways that can result in

Page 155

1  reactive oxygen species and cause an inflammatory
2  response.
3      MR. KLATT:  Objection.  Nonresponsive.
4      MS. AHERN:  Same.
5      Q.  Let's go back to that.  We'll finish up
6  this Exhibit 11.
7      What was the next page, if any, the last
8  page in your photocopy?
9      A.  Okay.  So this is Page 1216 of the
10  fourth edition, if I am correct.  Give me one
11  second while I find it.
12      Okay.  So the reason why Page 1216 is there
13  is because it starts the section on ovarian
14  cancer, which then continues on to Page 1217.
15  And it says -- the last paragraph on Page 1217
16  says, "Other suggested factors affecting ovarian
17  cancer risk include talc exposure, a history of
18  mumps infection, and alcohol consumption.  Talc
19  exposure, which has been related to an excess
20  risk of ovarian cancer in a number of
21  case-control studies, is of interest biologically
22  in that ovarian cancer is thought to arise from
23  the mesothelium that lines the peritoneal
24  cavity."
25      MR. ROTMAN:  Slow it down so she can

Page 156

1  get it.
2      THE WITNESS:  Oh, I'm sorry.
3      A.  "Ovarian cancer may be analogous,
4  therefore, to plural mesothelioma, which has been
5  shown to be caused by asbestos, a chemical
6  similar to talc."
7      Q.  Is that the complete passage that
8  you're looking at?
9      A.  I believe that is why I had highlighted
10  that one, yes.
11      Q.  You'd agree that this version of
12  Blaustein's textbook was published in 1994?
13      A.  Yes, I am aware.
14      Q.  Would you agree that a number of the
15  risk factors that have been identified here,
16  there have been additional studies published on?
17      A.  Yes.
18      Q.  Would you agree that alcohol is a known
19  risk factor these days for ovarian cancer?
20      A.  I don't think that's been borne out to
21  be the case.  But with talc, there's continued to
22  be several case controls and meta-analyses which
23  have continued to be consistent with the
24  increased risk of ovarian cancer cited in the
25  studies that were cited here, which I didn't

Page 157

1  actually Xerox.  You have the book, so --
2      Yes, I agree this was 1994, but taken into
3  context of the subsequent studies and literature
4  looking at talc and ovarian cancer, I think it's
5  still relevant.
6      Q.  Have there been a number of updates and
7  changes to the classification of tumors since
8  1994?
9      A.  Since 1994, sort of semantically.  We
10  still have the same subtypes of ovarian cancer.
11  There's been a new categorization.  We talked
12  about the Type 1 and Type 2 ovarian cancers.
13      So not a complete overhaul in
14  categorization; I think just different ways to
15  category the same entities, let's --
16      Q.  Has the --
17      A.  -- put it that way.
18      Q.  Sorry.
19      Has the understanding of the origin of
20  ovarian tumors evolved significantly since 1994?
21      A.  So this mentions -- we talked about
22  this a little bit earlier -- this does mention
23  that at this time, in 1994, there was thought
24  that ovarian cancer might arise from the
25  mesothelium.  So the ovary is covered by a layer

40  (Pages 154 to 157)

Sarah E. Kane, M.D.

Page 158

1   of mesothelium.  That's the outer layer.  And so
2   in 1994, that was still, I would say -- this is
3   before my residency, a little before my time --
4   that that was the most common thought, that
5   that's where the ovarian cancer -- cancers are
6   arising from.  Now, since then we've discussed
7   some of the other more recent findings of the
8   etiology.
9       But, anyway, I just -- I had read this a
10  couple of days ago and, you know, it was -- it
11  was a reference that I think is still relevant
12  because of the -- the subsequent case controls
13  and meta-analyses that were done since then that
14  I think still make it relevant, although, again,
15  I -- we're not -- we're still not absolutely sure
16  where all of these ovarian epithelial tumors are
17  arising from.  But we have a little more evidence
18  than we did in 1994.
19      Q.   And in 1994, the first prospective
20  cohort study had not yet been published; correct?
21      A.   I believe that is correct.
22      Q.   So we would be -- these numbers here
23  in -- that are discussed for talc exposure would
24  be, essentially, just the retrospective case
25  controls that had been published up to that point

Page 159

1   or the specific ones --
2       A.   Yeah.  You have the reference list of
3   the reference numbers 47, 69, 70, and 182.
4       Q.   Cramer?  You said 59?
5       A.   69.
6       Q.   Harlow, 92.
7       A.   70.
8       Q.   70.  Hartge.
9   And 83.
10      A.   And 182.
11      Q.   And Whittemore, 1988.
12      A.   So, yes, that was before.  They only
13  looked up until 1988.
14      Q.   Okay.
15          MR. ROTMAN:  Hunter, a good time to
16  take our lunch break?  It's been an hour since
17  our last -- since we started.
18          MS. AHERN:  Sure.  I'm sure people
19  could use a bio break too.
20      Q.   Are these the only pages that you
21  photocopied from this book -- or in -- sorry.
22  Let me rephrase that.
23      Have we finished with the photocopy of
24  Exhibit 11 or are there more pages?
25      A.   I think -- I think I Xeroxed this last

Page 160

1   page just because it was a continuation of that.
2   So, yes, I think we're done with the fourth
3   edition.
4       Sorry.  I'm starting to talk fast because
5   I'm excited for lunch.
6          MS. AHERN:  We can take a break for
7   lunch, then.
8          THE VIDEOGRAPHER:  Here ends Media 3.
9   Off the record, 1:05 p.m.
10         (Lunch recess was taken.)
11         ("Blaustein's Pathology of the
12      Female Genital Tract," Fifth Edition,
13      marked Exhibit 12.)
14         (Excerpt of Blaustein's
15      Pathology of the Female Genital Tract,"
16      Fifth Edition marked Exhibit 13.)
17         THE VIDEOGRAPHER:  Here begins Media
18  No. 4 in today's deposition of Sarah Kane, M.D.
19  Back on the record, 1:45 p.m.
20  BY MS. AHERN:
21      Q.   Okay.  Hi, Dr. Kane.
22      A.   Hello.
23      Q.   I'm looking here at Blaustein's
24  Pathology of the Female Genital Tract, Fifth
25  Edition, which you brought with you here today.

Page 161

1   I marked it as Exhibit 12 to your deposition.
2   You can have it back.
3       A.   Okay.
4       Q.   Thank you.  And inside, you brought
5   with you a photocopy of the cover page and also
6   Page 629.  I'll hand that back to you.  I think
7   there's only one copy.  I've marked that as
8   Exhibit 13.
9       A.   Oh, okay.
10      Q.   Here you go.
11      A.   Okay.
12         MR. TISI:  What was the page?  I'm
13  sorry.
14         THE WITNESS:  629.  Do you want the
15  textbook back?
16      Q.   Whichever one you'd rather actually
17  pass back to me.  Thank you.
18      Can you tell us, on Page 629, what
19  information you thought was relevant to your
20  review of the talc issue?
21      A.   Yes.  I believe this is under "Foreign
22  Body."  So this is diseases of the fallopian
23  tube.  So under "Foreign Body" -- hold on one
24  second.  Okay.  It says, "Foreign material may be
25  introduced into the tube in the course of

41 (Pages 158 to 161)

Sarah E. Kane, M.D.

Page 162

1  gynecologic investigation, especially
2  hysteroscopic -- I can't say the word,
3  hysterosalpingo -- anyway, HPG, lubricant jelly,
4  mineral oil and starch and talc powder may cause
5  a lipoid or granulomatous salpingitis. An
6  intense phagocytic reaction to introduce lipid
7  material causes" --
8      THE COURT REPORTER: Excuse me.
9      A. Sorry. I think that's basically the --
10  that is the end.
11      No. At the very end of the page, it says,
12  "Talc may cause mucosal or serosal granulomas.
13  Examination of all granulomas or foreign body
14  reactions under polarized light is useful in the
15  recognition of these processes. Other disease
16  processes in the tube such as leprosy or
17  amyloidosis are so infrequent that they are of
18  little clinical or pathologic significance."
19      Q. How does that information inform your
20  opinions today?
21      A. So it's just another -- again, similar
22  to the other things that we reviewed in the other
23  edition, just another piece of evidence that talc
24  causes mucosal and serosal granulomas, and
25  they're talking about the fallopian tube in this

Page 163

1  chapter.
2      MR. KLATT: Can I interrupt?
3      (Discussion off the record.)
4      MR. LOCKE: I'm on right now. Thanks,
5  Mike.
6  BY MS. AHERN:
7      Q. And, Doctor, did you review any other
8  sections of Exhibit 12, Blaustein, Fifth Edition?
9      A. I believe I did. I think in this
10  edition, from what I recall, that was the -- the
11  reference was in the fallopian tube.
12      Q. Is that what we just discussed on
13  Page 629?
14      A. Yes. 629 was where talc was discussed
15  in the fallopian tube.
16      Q. Did you see any other information in
17  any of the Blaustein texts that we reviewed today
18  that suggests that foreign body granulomas caused
19  by talc have been associated with the development
20  of ovarian cancer?
21      A. Well, we saw mention of the
22  epidemiologic studies in the fourth edition that
23  we reviewed.
24      Q. So other than the epidemiology, is
25  there any reference to pathology studies or

Page 164

1  experimental studies or animal studies
2  linking talc foreign-body responses to
3  development of cancer?
4      A. From what I can recall in those
5  textbooks, I don't think they went into any more
6  detail than what I've read for you.
7      Q. Okay. What else did you bring with you
8  today? Anything that we haven't covered other
9  than the boxes behind me?
10      A. Correct. I don't think so. Mr. Rotman
11  brought a copy of my report, but that is all.
12  This -- let me look.
13      All of these have been marked already.
14  Yeah.
15      Q. All right. Doctor, you've got a copy,
16  but I'm going to hand you another one. I've
17  marked as Exhibit 14 a copy of your expert report
18  dated November 15, 2018.
19      (Rule 26 Expert Report of Sarah
20  E. Kane, M.D. marked Exhibit 14.)
21      Q. Can you review Exhibit 14 and tell us
22  if this is indeed your expert report dated
23  November 15, 2018?
24      A. Yes. This appears to be my report.
25      Q. And you brought with you earlier an

Page 165

1  updated copy of your CV; correct?
2      A. Yes, I did.
3      Q. Which we marked Exhibit 2.
4      (Document entitled "References
5  Cited and Other Material and Data
6  Considered" marked Exhibit 15.)
7  BY MS. AHERN:
8      Q. And Exhibit B to your report was
9  entitled "References Cited and Other Material and
10  Data Considered." I've marked that as Exhibit 15
11  to your deposition.
12      A. Okay.
13      Q. Okay. And Exhibit 15 isn't paginated
14  but consists of 11 pages. The first ten pages of
15  materials consist of 186 items identified by the
16  caption on the top of Page 1 as "Literature"; is
17  that correct?
18      A. I'm sorry. Are you talking about the
19  "References Cited and Other Material and Data
20  Considered," Exhibit 15?
21      Q. Yes.
22      A. Yes. There is a list of 186 literature
23  references.
24      Q. And the materials listed on Page 11 are
25  identified by a caption as "Other Sources" and

Sarah E. Kane, M.D.

Page 166

1  include an additional 17 items; is that correct?
2      A.  Yes.
3      Q.  Okay.  So did you prepare Exhibit 15?
4      A.  Yes.  I did.
5      Q.  Did you type this out yourself?
6      A.  I did.  Yes.
7      Q.  Okay.  And how did you go about pulling
8  this together?
9      A.  I'm -- in what way?
10     Q.  Did you keep a running list of the
11 citations as you went and then pull this all
12 together at the end of your report?
13     A.  Yes.  So what happened is this was my
14 first medical expert witness report I have
15 written.  And you'll notice that -- let's see,
16 all of the -- oh, I'm sorry.  This doesn't
17 include the January 4th list; right?
18     Q.  We'll get there.
19     A.  Okay.  So that's what I kind of want to
20 explain.  What happened is, the reason why you
21 had a January 4th list, is because I wrote
22 this -- the accepted form for published
23 literature is listing literature that you've
24 actually cited within the body of your report,
25 and so it was my misunderstanding.  I was not

Page 167

1  aware at first that you guys were going to want a
2  list of everything that I had reviewed.
3      So what I tried to do is this, I think, was
4  turned in at the same time, so Exhibit 15 was
5  turned in at the same time as Exhibit 14, and it
6  has the literature that was cited within the body
7  of the report.
8      And then when I realized I needed to get a
9  list together of everything, as complete a list
10 of everything that I thought I reviewed, I put
11 together the January 4th list, which was -- I had
12 to sort of recreate -- and I kept almost all of
13 those -- all of this literature in different
14 files.
15     I had to do a little bit of recreation
16 because, as I mentioned before, I lost a couple
17 of hard drives during this whole process, which
18 was not fun.  But thankfully, I was -- I had
19 backed up a lot of it.
20     So I tried to be as complete as possible.
21 It is possible that there are a few things I
22 reviewed that did not make the list, which I
23 think I realized on the list that you got
24 yesterday there might have been a couple that I
25 had reviewed before, but most of that literature

Page 168

1  that you -- the list that you got yesterday is
2  stuff that I had reviewed, I believe.  I have to
3  look at it.
4      But my point is that list that you got
5  yesterday was varied, and -- when I looked at it,
6  and it was just an effort to be as complete as
7  possible.
8      Q.  Okay.  And just looking -- we'll get
9  there, but just looking at Exhibit 15, which --
10 the first ten pages, which are the references?
11     A.  Mm-hmm.
12     Q.  So do you define the references as the
13 specific sources that you cited within the body
14 of your report?
15     A.  These are sources that I cited within
16 the body of my report.
17     Q.  And are these the sources that you rely
18 on to support the opinions expressed in your
19 report?
20     A.  So these are some of the references
21 that I used.  Again, I also had reviewed the
22 subsequent -- the literature and the other data
23 in the subsequent lists.  So I would not say this
24 is all-encompassing, but ultimately, with all the
25 lists you have now, I'm hoping that is

Page 169

1  encompassing of at least all of the stuff that I
2  considered.  I wouldn't necessarily say "rely
3  on," but at least everything that I considered.
4      Q.  Okay.  And that was -- my next question
5  was: Do you differentiate between the sources
6  cited here as references and those that you just
7  considered but weren't included as references?
8      A.  Not necessarily.  These are the ones
9  that ended up getting cited in the report.  Now,
10 there were different drafts, which at one point
11 some of the other ones were cited, and there was
12 a little bit of changing it around, which there's
13 a couple -- I think there are a couple of
14 typographical-type errors in a couple of the
15 references because of that.
16     But essentially, there isn't that much of a
17 difference, I would say, except to say that this
18 is the literature that I ended up specifically
19 citing.
20     But all of the literature that I looked at,
21 I considered.
22     Q.  Would you say that all of the
23 literature that you looked at, which would
24 include your other sources here on Exhibit 15,
25 your January 4, 2018, reference list, and the

43 (Pages 166 to 169)

Sarah E. Kane, M.D.

Page 170

1  ones served yesterday, January 24th, would you
2  say that you relied on all of those materials?
3       A.  No.  Well, I at least reviewed those.
4  I would say that I considered them.  I wouldn't
5  necessarily say that I relied upon them.
6       Q.  And when you consider material, what
7  does that mean to you?
8       A.  Well, you know, when I'm -- you can
9  look at my methodology, how I tried to cast as
10  wide a net as possible with the information that
11  I gathered in the information stage.  So I wanted
12  to have as much data, as many literature
13  references, expert reports, whatever I could kind
14  of get my hands on that might be relevant to my
15  general causation report.
16       And then I'm reading through those, and
17  that's actually when I started my draft of the
18  report.  It really started as sort of notes that
19  I took as I read the different literature
20  references, and I sort of built out from there.
21       Does that answer your question?
22       Q.  I think probably so.
23       Did you collect -- did you identify all of
24  the materials in Exhibit 15 yourself, or were
25  some of these provided to you by the plaintiffs'

Page 171

1  counsel?
2       A.  The vast majority of them, I found
3  through my own literature search.  Some of them
4  may have been supplied by the plaintiffs'
5  attorneys.  A lot of those overlapped with what I
6  had already found; the exception, of course,
7  being documents on the other sources that I would
8  not have had access to on my own.
9       So I had asked for, and in forming my
10  opinion, my general causation opinion, I had
11  asked for defense expert reports so I could get a
12  sense of what the defense experts' opinions were,
13  just to get, you know, the other -- just to get
14  more information.
15       So that's -- so those were definitely given
16  to me by plaintiffs' attorneys.
17       Q.  Do you remember, timewise, did you
18  review the defense expert reports and the
19  materials in the other sources earlier on to get
20  a sense of the issues in the litigation and then
21  do your literature search, or the other way
22  around?  What was the timing?
23       A.  I don't remember exactly.  I don't
24  believe I read the -- I'm trying to think timing.
25       I think what I did is -- from what I

Page 172

1  remember, I did my own literature search, read as
2  much as possible, started taking my own notes.
3  And then thought, as I was sort of forming my
4  opinion, thought, you know, it would be nice to
5  know what the defense is saying.  And, of course,
6  I think at that point is when I asked, but I
7  don't remember specific timing.
8       Q.  And did you specifically -- did you ask
9  for specific defense reports or specific defense
10  reports related to particular expertise?
11       A.  If I recall -- I'm looking at this
12  list -- I believe the first request was a more
13  general request.
14       Q.  When you say "more general," do you
15  mean for --
16       A.  Meaning --
17       Q.  -- for defense?
18       A.  -- I didn't ask for specific names of
19  people.
20       Q.  Ah.
21       A.  I think at this point, I wasn't
22  necessarily aware of who would have been defense
23  experts.  And so I don't remember exactly, but my
24  inclination is that I had asked for a more
25  general sort of representation.

Page 173

1       Q.  And can you identify on here which of
2  the other sources are from defense experts?
3       A.  Yes.  I'll try my best.
4       The Michael Ober expert report was provided
5  by plaintiffs' counsel.  The deposition of Alice
6  Blount was also provided by plaintiffs' counsel.
7  Both of the Chodosh, his report and his trial
8  testimony, was provided by plaintiffs' counsel.
9  Samuel Cohen was provided by plaintiffs' counsel.
10       And also -- also, let's see, the Cramer, I
11  wouldn't have access to the Cramer reports on the
12  Byrd and Jacqueline Fox.  The expert report of
13  Michael Crowley was given to me.  That,
14  obviously, is a plaintiffs' report that was
15  within a day or two of turning in my report.
16  That was very late in the process.
17       John Godleski, I might have asked for by
18  name.  Of course, he's a plaintiffs' expert.
19  His, I may have asked for by name because of the
20  Cramer papers.
21       Q.  Did you say Cramer was a plaintiff or
22  defense expert?
23       A.  Cramer, I believe, was a plaintiff.
24       Q.  I wasn't sure.  You named him after the
25  defense experts.  I'm sorry.  I'm just going

44 (Pages 170 to 173)

Sarah E. Kane, M.D.

Page 174

1   through the list.
2       MR. ROTMAN: The list is alphabetical,
3   so she's going down the list.
4   BY MS. AHERN:
5       Q. Yeah. My question was: Which ones are
6   the defense experts?
7       A. I'm sorry.
8       Q. If you're done, you're done. Are there
9   any other defense experts.
10      A. Well, the John Hopkins and Julie Pier,
11  those exhibits and depositions I got from
12  plaintiffs' counsel.
13      I believe that is it, looking at the list of
14  defense reports.
15      Q. Did you want to know what the defense
16  experts had to say about epidemiology?
17      A. I wanted -- yeah. I wanted as much
18  evidence as I could get, so --
19      Q. Were you aware that the defendants had
20  designated epidemiologists in the litigation who
21  had given reports and testimony?
22      A. I don't know if I was aware
23  specifically of that.
24      Q. Were you aware that the defense had
25  designated a number of gynecologic pathologists

Page 175

1   who had given reports and testimony as well?
2       A. Again, I don't know if I was
3   specifically aware of that. No.
4       Q. Would you have, as a pathologist doing
5   an expert report on this litigation, would you
6   have been interested to know what the defense
7   pathologists had said?
8       A. Well, I will take any data that I can
9   get to try to see if it's relevant. I mean, so I
10  had asked for defense reports, and that's what I
11  got.
12      Q. These reports, these other sources, the
13  17 items here were in response to your request,
14  but they were chosen by the plaintiffs' counsel?
15      MR. ROTMAN: Objection.
16      A. I'm not sure how they were chosen or
17  how -- why -- all I know is that I asked for
18  reports, and this is what I received.
19      Q. And you specifically asked for defense
20  reports; right?
21      A. I did.
22      Q. And you got Michael Beer, who is an
23  oncologist; Lewis Chodosh, a cancer biologist;
24  and Sam Cohen, a toxicologist; correct?
25      A. That would appear, from the list, the

Page 176

1   ones that I received. Yes.
2       Q. Is there anyone on this list that's --
3   that specifically addresses gynecologic
4   pathology?
5       A. I think it's been a long time since I
6   read those reports, but I do remember some of
7   those reports speaking to -- your question was on
8   top. I'm just making sure.
9       Q. Sure.
10      A. Some -- so the gyn onc report
11  definitely went into some gynecologic pathology.
12  Gyn oncs are generally knowledgeable about gyn
13  pathology because we work pretty closely with
14  them. We often show our gyn pathology, for
15  example, at multiconferences, multidisciplinary
16  conferences.
17      So I vaguely remember a gyn onc one going
18  over some gyn path stuff, but my memory is vague
19  because I have not read these in probably over a
20  year. I don't know exactly.
21      Q. Would you be interested in what the
22  epidemiologists that had served reports and given
23  testimony in the litigation the last five years,
24  what they've said?
25      MR. ROTMAN: Objection.

Page 177

1       A. Again, I'll take whatever information
2   or data, you know, I can get that might be
3   relevant.
4       Q. And do you consider expert litigation
5   reports to be data?
6       A. Yes. I think it's data.
7       Q. Okay. Is it the kind of data you rely
8   on in your everyday practice as a pathologist?
9       A. I sort of view they're opinion reports.
10  They're opinion, general causation opinions, and
11  a couple of these are -- I can't remember. All
12  of these were general, I believe, from the
13  defense.
14      So they're professional opinion data, and I
15  would say that's similar to having a consultation
16  with a colleague or a peer. I mean, you know, in
17  my day-to-day practice, I'm certainly asking
18  opinions of colleagues and different specialties
19  or my own specialty, even. Those are
20  professional judgments, professional opinions,
21  looking at their knowledge of the literature or
22  data.
23      So I think it's a good analogy; looking at
24  general causation, professional opinions, is
25  similar to kind of getting a colleague's opinion.

45 (Pages 174 to 177)

Sarah E. Kane, M.D.

Page 178

1    Q.  But this is the first time you've
2   relied on litigation reports to inform your own
3   opinions; correct?
4    A.  Well, again, I don't know if I would
5   use the word "rely."  I certainly considered
6   them, you know.  But, again, I think it's very
7   similar to asking a colleague in my daily
8   practice for an opinion on something.
9    Q.  And, Doctor, looking at 186 references
10  that are cited in Exhibit 15.
11      Did you review each one of these carefully
12  and thoroughly?
13   A.  I reviewed each one of them, some of
14  them probably more thoroughly than others,
15  depending on what I was looking for; but yes, I
16  reviewed all of them.
17   Q.  And do you know whether or not the
18  boxes, the four boxes that are sitting behind me,
19  do those include these 186 references on
20  Exhibit 15?
21      MR. TISI:  Let me see if I can help you
22  out.
23      MS. AHERN:  Sure.  Go ahead.
24      MR. TISI:  My understanding is they do.
25      MS. AHERN:  That's the 186?

Page 179

1       MR. TISI:  That would be the references
2   in the report.  It would not be, to my -- I
3   haven't cracked the boxes, so I can only assume
4   from past prologue that the information
5   considered is not in those boxes.  They may be,
6   but the information relied on that is cited in
7   the report are.
8       MS. AHERN:  Okay.  So other sources
9   here that are not cited specifically, well, they
10  may be --
11      MR. TISI:  I don't know, for example --
12  well, maybe we can open them up.  But I don't
13  know, for example, if the expert reports and
14  depositions are in the -- in there.  If they're
15  cited, then they're probably in there.  If
16  they're not cited --
17      THE WITNESS:  I'm not sure because --
18  I'm not sure I cited these in my report because
19  they weren't necessarily reliance.  It was more
20  data.
21      But I thought at the time that I should
22  list what -- because these aren't publicly -- I
23  don't believe any of these are publicly
24  available, what is on this list, so I felt like I
25  should list them.

Page 180

1       But I don't believe I -- well, I might
2   have referenced the Longo.
3   BY MS. AHERN:
4    Q.  Page 5.  I think if you look at Page 5
5   of your report, you reference Dr. Blount --
6    A.  Yes.
7    Q.  -- Dr. Crowley, Longo, Rigler,
8   Hopkins --
9    A.  Yes.
10   Q.  -- Pier?
11   A.  Yes.  Looking back at the list, you're
12  absolutely correct.  I did.
13   Q.  Do you think, as you sit here, that
14  those are --
15      MR. TISI:  I can look at them if it
16  makes your life easier.  I'm happy to do it.
17      But I do think -- Mike is back there
18  looking.  I'm thinking that those are the actual,
19  relied-on referenced materials, not the materials
20  considered, which was a separate list.
21      MS. AHERN:  That's the January 4th, and
22  we're going to get to that one.
23      MR. TISI:  No. it's in the back of the
24  report.  Maybe I'm wrong.
25      MS. AHERN:  There are other sources,

Page 181

1   but she has apparently relied on them --
2       MR. TISI:  That's fine.
3       MS. AHERN:  -- to some extent in
4   performing reviews about fragrances and asbestos.
5   BY MS. AHERN:
6    Q.  Is that right, Doctor?
7    A.  Dr. Crowley's report and Dr. Longo's
8   report, yes.  I --
9    Q.  And what about Dr. Hopkins and Pier?
10   A.  Yes.  I don't believe I read their
11  entire depositions.  I know I had seen the
12  exhibits from the depositions, and I think
13  part -- I listed it here, so I must have at some
14  point.
15      MS. AHERN:  Okay.  So let's put 15 over
16  here, and let's move on to the next one.
17      (Document entitled "Additional
18  Material Considered" marked Exhibit 16.)
19  BY MS. AHERN:
20   Q.  Okay.  Doctor, I'm handing you what's
21  been marked as Exhibit 16 to your deposition.
22      Can you take a look at Exhibit 16 and tell
23  us what that is?
24   A.  Yes.  So this is a combination.  So
25  once I realized that I needed to give you all a

46 (Pages 178 to 181)

Sarah E. Kane, M.D.

Page 182

1    list of -- as complete a list as I could -- I'm
2    not going to say this is a complete list -- and,
3    of course, you have another list that you just
4    got, but I tried to be as complete as I could in
5    recreating the literature and other reports that
6    I had considered.
7        So these are ones that, to my recollection,
8    I didn't specifically cite or were not
9    available -- I mean, obviously, I have some of
10   the plaintiffs' expert reports that weren't
11   available to me until after I had written and
12   submitted my report.  So some of these were
13   available to me only after -- and the Health
14   Canada came out after my report.
15       So these are a combination of things I
16   reviewed subsequent to November 15th and stuff
17   that I had reviewed prior to that but had not
18   specifically cited and recreated the list.
19       Q.   Okay.  And just for the record, this
20   is -- Exhibit 16 is a four-page document.  It's
21   not paginated, but it has 96 items identified as
22   "Additional Materials Considered," so -- served
23   on January 4, 2018.
24       Can you identify, as you look through these
25   items on Exhibit 16, which of those you reviewed

Page 184

1        A.   No.
2        Q.   And are there some materials on
3    Exhibit 16 that were provided to you or
4    identified for you by the plaintiffs other
5    than -- and I'm not talking about the litigation
6    materials, but the articles?
7        A.   Again, there might have been some that
8    overlapped with what I had already found.  I'm
9    looking.
10       I believe the April 2014 FDA letter may --
11   although that might have been available on the
12   internet.  I might have come across that on my
13   own first.
14       No.  I believe the vast majority of this
15   stuff was stuff that I -- other than those
16   reports was stuff that I had independently
17   already found.  That's the only one that is
18   ringing a bell as a possibility, but I also seem
19   to remember finding it on the internet.
20       Q.   Okay.  And are any of these materials,
21   materials that you explicitly rely on or, excuse
22   me, are any of the materials on Exhibit 16
23   materials that you rely on to support your
24   opinions?
25       A.   Again, it's all data that I considered.

Page 183

1    prior to the submission of your report and which
2    ones you reviewed after?
3        A.   I can do the best that I can.  My
4    memory might be a little -- and I have to jog my
5    memory a little bit on some of them.
6        Clearly, the expert reports that were
7    dated -- the plaintiff expert reports that were
8    dated after my report, I had not seen --
9        Q.   Mm-hmm.
10       A.   -- prior.
11       And, again, the Health Canada came out
12   afterwards, so that was not available when I
13   submitted my report.  The majority of the rest of
14   the literature, I had read prior to submitting my
15   report.
16       Q.   Okay.  Had you seen any draft reports
17   from any of the other experts designated by the
18   plaintiffs in this litigation?
19       A.   Not before my report.  I didn't see any
20   drafts.  I only saw the final reports after my
21   report was submitted.
22       Q.   Okay.  Did you have an opportunity to
23   talk with any of the other experts that were
24   designated by plaintiffs prior to your report
25   being submitted?

Page 185

1    I didn't specifically cite them, but there's
2    certainly pieces of information that helped me
3    come to my conclusion.
4        Q.   And you prepared Exhibit 16, didn't
5    you?
6        A.   Yes.
7        Q.   And do you remember when you prepared
8    it?
9        A.   Very shortly before you received it.
10   So it would have been -- you received it
11   January 4th?
12       Q.   Mm-hmm.
13       A.   I think I -- it was only -- I don't
14   remember exactly, but it wasn't very long before
15   that that I put it all together, after
16   recreating -- trying to recreate as best I could
17   the list of literature that I had reviewed.
18       Q.   And did you carefully and completely
19   review all of the information in Exhibit 16?
20       A.   Again, I reviewed all of it.  Some of
21   it was more relevant than others, likely, so --
22   but I reviewed all of them.
23       Q.   Okay.  Obviously, anything that you
24   received after your report is information you
25   would not have relied on to form your opinions in

47 (Pages 182 to 185)

Sarah E. Kane, M.D.

Page 186

1    this case; correct?
2        A.   No.  It's more information for my -- my
3    opinion hasn't changed since I wrote my report.
4    In fact, I know we've talked about Health Canada
5    a little bit, but that was pretty interesting to
6    see that report because their methodology was
7    very similar to mine, and they did a Bradford
8    Hill analysis, and they looked at a lot of the
9    same literature and came to the same conclusion.
10       So that definitely was supportive evidence,
11   I think -- not I think; it is -- of my opinion.
12       Q.   And, Doctor, I only have one copy of
13   this.  It's "Additional Materials to Sarah Kane"
14   that were served last night or yesterday
15   afternoon, January 24th.
16            (Document entitled "Additional
17       Materials to Dr. Sarah Kane" marked Exhibit
18       17.)
19   BY MS. AHERN:
20       Q.   First of all, can you take a look at
21   that?
22       Have you seen it before?
23       A.   Yes.  Yes.  I have.
24       Q.   Did you prepare that?
25       A.   I did.  I had listed -- there are a

Page 187

1    couple of papers that I realize I had read
2    previously and didn't -- I can tell you Purdie,
3    1995, Keskin, 2009, I definitely reviewed while
4    preparing my report, and somehow those got off
5    the list.
6        The other ones, Taher wasn't available.  I'm
7    trying to remember Gordon, if I had seen that.
8    If I had seen that before I submitted a report,
9    it was very late.  It might have been after.
10       The IARC heavy metals, I believe I actually
11   cited that in my reference list, but I was trying
12   to be -- it was one of these last-minute, trying
13   to be as complete as possible, so that actually
14   might be a repeat.
15       The website, I had reviewed prior to turning
16   in my report.  And the Longo supplemental report,
17   obviously, wasn't available until January.  Same
18   with the depositions.  Those weren't available
19   until after they were done.
20       The Kurman defense report, I asked for
21   recently when I realized that Kurman was a
22   listed -- a named expert witness, which is also
23   why I went through my copies of my old textbooks
24   and my partner's old textbooks.  So that, I asked
25   for specifically.

Page 188

1        I think that covers most of them.
2        Q.   What about the EFSA guidance on the use
3    of weight of evidence?
4        A.   Oh, yeah.  That, I think, I reviewed
5    after I had submitted my report.
6        Q.   Did that form part of the basis of your
7    opinions or your methodology?
8        A.   It was more of a -- it basically shows
9    that the methodology that I used is very similar
10   to evidence-based medicine that we would use on a
11   daily basis.  It kind of went through weight of
12   evidence, and it was sort of helpful to see the
13   similarity of the methodology that I used coming
14   to my conclusion.
15       Q.   Was the methodology you used for
16   preparing your opinions in this case and your
17   report in this case taken directly from the EFSA
18   guidance?
19       A.   No.  I think I just -- I saw this EFSA
20   guidance after writing my report.
21       Q.   Did you use any other sort of published
22   methodology on weight of the evidence when you
23   prepared your opinions?
24       A.   I used what we have been trained to
25   use.  I mean, it's evidence.  It's an

Page 189

1    evidence-based medicine model of methodology and
2    coming to conclusions.  So it's -- I tried to do
3    as thorough as possible description of my
4    methodology, which we can refer to in my report
5    if you'd like.
6        Q.   What about the J&J Science Day
7    presentation?
8        A.   That --
9            MR. ROTMAN:  Objection.  Is there a
10   question?
11           MS. AHERN:  I'm about to get there if
12   you'd let me finish my question.
13           MR. ROTMAN:  I thought you were.
14   Sorry.
15           MS. AHERN:  You might just hold off.
16   BY MS. AHERN:
17       Q.   What about the J&J Science Day
18   presentation?  Is that something that you
19   reviewed?
20       A.   I reviewed that very quickly, and I
21   only received that maybe a week ago.  It was very
22   recently.
23       Q.   Did you request that information?
24       A.   I think, from what I remember, it was
25   part of asking for more sort of defense side of

48  (Pages 186 to 189)

Sarah E. Kane, M.D.

Page 190

1   the story; what, you know, your experts might
2   have been saying; what kind of -- you know, I was
3   trying to figure out how somebody who had looked
4   at the same body of evidence that I did can come
5   to a different conclusion, so it was part of sort
6   of that request.
7       I think I probably got it after I requested
8   Kurman's defense report from a prior litigation,
9   if memory serves me correctly.
10      Q.   You would agree that a very large part,
11  not just volume, but a very large part of your
12  report and your opinions in this case are related
13  to the observational epidemiology on talc and
14  ovarian cancer; is that correct?
15      A.   Well, I think that epidemiology
16  literature is extremely compelling.  You have
17  30 case-control studies over different periods of
18  time in different populations that have come to
19  the same -- same ballpark relative risk, I would
20  say, 1.3 to 1.4.
21      Now, not all of those have been
22  statistically significant, but some of those
23  studies were smaller studies, and so that tends
24  to decrease the power of the study and your
25  confidence intervals will be wider.

Page 191

1       But I thought the epi data was really
2   compelling.  And often in causation, the epi data
3   sort of leads the way in paving a path to
4   figuring out causation.
5       A perfect example is tobacco.  You know, the
6   Surgeon General issued his report in the 1960s
7   about tobacco before they had any mechanism for
8   tobacco causing -- so that was a perfect example
9   of the epi data leading to causation.
10      So it's true, a lot of the studies looking
11  at talcum powder products and ovarian cancer are
12  epidemiology studies, but they're extremely
13  informative in that they are very consistent in
14  their findings.  And, again, different authors,
15  different populations, different countries.
16      And there's also the cohort.  So I went
17  through the cohort studies.  The cohort studies,
18  some of them showed an association with serous
19  invasive carcinoma, but the cohort studies didn't
20  tend to find, other than that, a statistically
21  significant increased risk, although some of them
22  did find increased risk.
23      But we can talk about cohort studies versus
24  case-control studies if you want, but I think the
25  difficulty with cohort studies is ovarian cancer

Page 192

1   is such a rare disease, and you're sort of, you
2   know, rolling the dice when you enroll patients
3   as to whether or not they're going to end up with
4   a disease at the end that you want to study.
5       So you're sort of -- and these cohorts are
6   also designed for multiple endpoints and multiple
7   diseases.  They weren't just looking, most of
8   them -- I believe the sister -- well, the sister
9   study -- anyway, we can pull it out if I have to,
10  but my point is the cohort studies are designed
11  for multiple different things, especially the
12  Nurses' Health Study.
13      And so it's a difficult type of study to
14  design with a very rare disease.  And I think
15  that's where the case-control studies are
16  important because you can start with the disease
17  and work backwards, and so you can have an easier
18  time getting cases.
19      Q.   Did you find it interesting or odd that
20  you were provided with a number of defense expert
21  reports, but not a single one of them related to
22  the epidemiology specifically from an
23  epidemiologist?
24      A.   Well, you know, again, I don't pretend
25  to know why I was sent what I was sent.  I just

Page 193

1   know that I asked for reports, and I got what I
2   got.  So I have no idea what the process was in
3   deciding what I received; if there was even a
4   decision.  For all I know, it's just what they
5   had readily available.
6       Sorry.  What is the question?
7       Q.   Well, let me ask another question.
8       MR. ROTMAN:  Let her finish the answer
9   because you can read -- she can go back and read
10  from the realtime what the question was and see
11  if she's done.
12      A.   So I guess I don't know if there was
13  thinking -- what the thinking was or if there was
14  any.  But also I can say that the epi data -- I
15  knew that by that point that the epi data was
16  consistent by the time I -- I think that was the
17  first literature that I was looking at, and so I
18  knew that it was consistent.
19      So it's -- anyway, I don't really -- I don't
20  know is the answer, the short answer.
21      The long answer, the short answer is I don't
22  know why I got what I did.  I just did.
23      Q.   Okay.  And you've seen the designations
24  in this case from November of 2017 in which you
25  were listed formally and publicly as an expert

49 (Pages 190 to 193)

Sarah E. Kane, M.D.

Page 194

1    for the MDL?  Have you seen that document?
2         A.  I'm not sure that I have, actually.
3         Q.  Were you aware that in November of
4    2017, you were listed on a court document as an
5    expert for the plaintiffs in the MDL litigation?
6         MR. ROTMAN:  Objection.
7         A.  I don't know the timing or I don't
8    think I saw the document, so I...
9             ("The Plaintiffs' Steering
10           Committee's Initial Designation and
11           Disclosure of Non-case Specific Expert
12           Witnesses" marked Exhibit 18.)
13   BY MS. AHERN:
14        Q.  Okay.  I'm marking Exhibit 18 to your
15   deposition.  Do you see this document,
16   Exhibit 18, is entitled "Plaintiff Steering
17   Committee's Initial Designation and Disclosure of
18   Non-case Specific Expert Witnesses"?
19        A.  Okay.
20        Q.  And if you turn to -- first of all,
21   let's see.  Unfortunately, I can't find the date
22   on that, and I apologize.
23        MR. TISI:  It's January, if I'm not
24   mistaken.  I think it was mid-January of 2017.
25        MS. AHERN:  Is that what it is?

Page 195

1         MR. TISI:  Yeah.  And, Counsel, since I
2    was involved in this process, if you don't mind
3    if I place an objection here.
4         MS. AHERN:  Sure.
5         MR. TISI:  As you may not know, during
6    the status conference where this was ordered -- I
7    don't have the transcript in front of me -- it
8    was intended to be an interim -- I don't know
9    what the questions are going to be, but it was
10   intended to be an interim disclosure to help
11   guide the legal process for identifying issues
12   that would be involved in Judge Wolfson looking
13   at the science.
14        It was never -- I don't know -- again,
15   not knowing what your questions are, I don't even
16   think it would be intended to be used as an
17   expert -- as an exhibit in a deposition.
18        But, you know, whatever your questions
19   are, we would like to reserve that because --
20        MS. AHERN:  Sure.
21        MR. TISI:  -- this was intended to be
22   a -- more of an informative document than
23   anything else.
24        MS. AHERN:  Okay.  Your objection is
25   noted.

Page 196

1         MR. TISI:  That's fine.
2         MS. AHERN:  Absolutely.
3         I have the date as November 6, 2017.
4         MR. TISI:  You are exactly -- well, it
5    is what it is.
6         MS. AHERN:  Okay.  Either way.
7    BY MS. AHERN:
8         Q.  Okay.  Doctor, if you turn to -- if you
9    turn to Page 8, the bottom of Page 8, do you see
10   your name?
11        A.  Yes.
12        Q.  Okay.  And did you -- go ahead and
13   review the text here associated with your name
14   and designation.
15            (Witness complies.)
16        Q.  Just let me know when you're finished.
17        A.  I'm finished reading my blurb.  I'm
18   just looking...
19        Q.  Sure.
20        A.  Okay.
21        Q.  Were you aware in November of 2017 that
22   you had been publicly disclosed as an expert on
23   behalf of plaintiffs in the MDL?
24        MR. TISI:  Okay.  That's -- and you do
25   kind of need to know the context in which this

Page 197

1    was done.
2         MS. AHERN:  I'm just asking if she was
3    aware she was publicly -- she was already
4    retained at that point.
5         MR. TISI:  She was retained, but there
6    was no -- the judge was very clear when she
7    ordered that this be done.  She understood that
8    this was not a disclosure of experts.
9         So when you ask the question "You
10   understand you were being identified as an expert
11   at that time," she would have no way of knowing
12   that because we didn't know it.
13        MR. KLATT:  Chris, you've got to limit
14   your objection.
15        MR. TISI:  No.  But it's unfair
16   because --
17        MR. KLATT:  You're coaching the
18   witness.  You're telling her the whole story.
19        MR. TISI:  It's a true story.  Why
20   don't we ask her to leave, and we'll put it on
21   the record.  I have no problem with that.
22        MR. KLATT:  All right.
23        MR. TISI:  We can ask her to leave, and
24   we can put it on the record.
25        MR. KLATT:  Let's do that.

50 (Pages 194 to 197)

Sarah E. Kane, M.D.

1    MR. ROTMAN: Go get a cookie.
2        MS. AHERN: Sorry, doctor.
3        (Witness exited)
4        MS. AHERN: My questions on this are
5    fairly limited to the time period that she was
6    retained, time period she was intending to be an
7    expert, that sort of thing --
8        MR. TISI: Yeah.
9        MS. AHERN: -- and the subject matter
10   that she is being designated for.
11       MR. TISI: Yeah. But, you see, the
12   issue in the case -- and the reason why this was
13   a tricky issue for the judge and -- well, I won't
14   speak for the judge, but for us when we disclosed
15   this was because we didn't know -- we didn't have
16   expert reports. We didn't even have opinions
17   yet.
18       So this was being done in a way that
19   said, "Okay, Judge, she wants to know, A, are
20   there new and different witnesses that were going
21   to be designated that were different than what
22   was designated in the state court?"
23       MS. AHERN: I do recall this, yes.
24       MR. TISI: The second issue, she was
25   very clear that she understood that there was a

1    lot of discovery that needed to be done,
2    documents to be reviewed, science that was going
3    to come out. So she was pretty clear that this
4    was more informative than anything else.
5        And so when you ask her a question
6    about -- when you ask her questions, "You know
7    when this document was disclosed when you were
8    identified as an expert," you know, it implies
9    that she had agreed to be -- you know, what her
10   opinions actually were at that time.
11       She -- I can tell you that these
12   reports were done over a period of time. So it's
13   misleading, and it really is an unfair thing to
14   do to a witness because this was a court request
15   having nothing to do with her opinions or her
16   expert report.
17       MS. AHERN: Okay.
18       MR. TISI: Do you understand where I'm
19   coming from?
20       MS. AHERN: I understand where you're
21   coming from.
22       Here is my question to you: Did Dr. --
23   was Dr. Kane not aware that you were going to
24   designate her or that you had at least publicly
25   disclosed her to the Court?

1        MR. TISI: She was probably not, I
2    mean, what she was aware of when she had been
3    retained.
4        MS. AHERN: Did she agree to be
5    disclosed as an expert?
6        MR. TISI: She agreed to be retained.
7    She was disclosed as an expert when she reached
8    her conclusions in the case.
9        And so what the Court was requiring us
10   to do was to give us a broad brush, and she was
11   very clear. I remember standing in court, and
12   she said, "Look, some of these may fall off your
13   list. Some of these may -- we may have people
14   that might be added, but I want a snapshot in
15   time as to what I'm dealing with in terms of" --
16       MR. KLATT: We don't need to waste time
17   on the record on this.
18       MR. TISI: We can go off the record if
19   you want. I just don't want to be -- use this as
20   an unfair -- you know, none of your questions
21   have been unfair up until now.
22       But to take this document and to
23   suggest in some fashion -- and I don't know what
24   you're going to do with it. Maybe we just need
25   to wait and see.

1        But I think this is -- I don't think
2    anyone ever intended that this document would be
3    used as an exhibit in a deposition of one of
4    these witnesses. I don't think the court
5    intended that to be the case, just like she --
6    when she ordered the Tardek report --
7    informational only.
8        MR. KLATT: Are we off the record?
9    We're just going on here. Let's go off the
10   record.
11       MR. TISI: Yeah.
12       THE VIDEOGRAPHER: Off the record,
13   2:38 p.m.
14       (A recess was taken.)
15       THE VIDEOGRAPHER: Back on the record,
16   2:42 p.m.
17       (Witness returns)
18   BY MS. AHERN:
19   Q. Okay. Doctor, I've just shown you a
20   copy of some early designations that were
21   submitted in the talc MDL, and you saw your name
22   listed as one of the people who was being
23   considered as an expert; correct?
24   A. My name is in this document. Yes.
25   Q. Okay. Is there any -- do you have any

Sarah E. Kane, M.D.

Page 202

1  issues with the description of the testimony that
2  you were going to offer to give?
3      A.  I believe that to be accurate.
4      Q.  Okay.  And you had been working on your
5  report at this point since May of 2017; correct?
6      A.  I started in May.  "Writing the report"
7  is a very loose description.  What I was -- what
8  I started, as I mentioned before, was I started
9  to review literature.  I sort of took notes.  So
10 I sort of counted that as writing.  So I started
11 that process in May.
12     Q.  Okay.  And the only thing I was going
13 to ask you about in this report is, as you look
14 through it, do you note that there are a number
15 of professional epidemiologists that have been
16 listed in this report on behalf of plaintiffs?
17     A.  I'd have to go through the list.  I
18 actually, even though I did have access to
19 several final reports, after I had submitted my
20 report, I don't remember who was what specialty,
21 what field, for the majority of them.
22     Q.  Well, how about this question:  Of the
23 experts -- are you aware of which experts have
24 submitted reports on behalf of the plaintiffs?
25     A.  I would need to look at the list that I

Page 203

1  reviewed, which I think is all of the ones that
2  were submitted, and compare it to this list.
3      I mean, I know Jack Siemiatycki is an
4  epidemiologist, off the top of my head.
5  Dr. Singh, I believe, is an epidemiologist.
6      But without going through the list and sort
7  of jogging my memory as to the reports, I skimmed
8  a lot of these reports.
9      Q.  Okay.  And I guess the point is:  Are
10 you aware, as we sit here today, that the
11 plaintiffs have designated a number of
12 epidemiologists in this MDL litigation who have
13 given reports and/or testimony at this point on
14 the topic of epidemiology, talc and ovarian
15 cancer?
16     A.  I am aware that they have
17 epidemiologists that have submitted reports for
18 this MDL.
19     Q.  Okay.  And specifically, if you can
20 think back to your initial contact with
21 plaintiffs' counsel when you were asked to get
22 involved in the litigation, what specifically
23 were you asked to do, or what was your
24 understanding of what your role would be?
25     A.  Yeah.  My understanding was they had

Page 204

1  asked me if I would be willing to do an extensive
2  review of the literature and decide what my
3  opinion would be on talcum powder products
4  causing ovarian cancer.
5      Q.  Did you ask them or discuss with them
6  what your role would be in terms of your specific
7  area of expertise in anatomic pathology?
8      A.  I did not specifically talk to them
9  about that because I know that I'm a gynecologic
10 pathologist, so I thought that would be my area
11 where I weigh in on my opinion.
12     Q.  And where in your report specifically
13 do you address your expertise in gynecologic
14 pathology, anatomic pathology?
15     A.  I list it in the beginning of my
16 report, I think.  I talk about -- I talk about my
17 background.
18     Is that what you mean?
19     Q.  I mean more in terms of the opinions
20 that you're giving being informed by your
21 expertise in anatomic pathology.
22     A.  Well, again, I'm an expert in
23 gynecologic pathology, and the question is about
24 a causation of ovarian cancer, so certainly that
25 falls into my area of expertise.

Page 205

1      Q.  And do you specifically address in
2  terms of anatomic pathology or ovarian cancer
3  pathogenesis the question of talc and ovarian
4  cancer?
5      A.  I think that goes to the plausibility,
6  the mechanisms, as part of it.
7      Q.  And which particular mechanisms are
8  informed by the discipline of anatomic pathology
9  and gynecologic pathology?
10     A.  Well, I think pathologists, anatomical
11 and clinical pathologists, have training in
12 inflammation and immunology and certainly
13 epidemiology, looking at epidemiologic studies.
14 I think all of it is within the realm of
15 gynecologic pathology.
16     Q.  Did you discuss anywhere specifically
17 in your report the biology of foreign body
18 reactions and granulomas as a part of the
19 biologic plausibility for exposure?
20     A.  Let me refer to my report.  I
21 definitely talk about inflammation.  I can do a
22 word search for granulomas, if you would like.
23     Q.  Do you talk about inflammation --
24     MR. ROTMAN:  Would you like --
25     Q.  -- in the context of anatomic

52 (Pages 202 to 205)

Sarah E. Kane, M.D.

Page 206

1  pathology?
2          MR. ROTMAN:  Would you like to do that?
3  Because I can get your report up electronically.
4          MS. AHERN:  I know where she's
5  mentioned granulomas.  I already know.  I'm just
6  asking her if she knows.
7          MR. ROTMAN:  So she wants to find it
8  quickly.
9          MS. AHERN:  You can give her your
10  computer and let her search.
11          MR. ROTMAN:  Okay.  That's what I was
12  asking.
13  BY MS. AHERN:
14      Q.  Do you cite any publications describing
15  the biology of granulomas?
16      A.  I know some of the literature talks
17  about granulomatous inflammation, discusses
18  granulomatous inflammation.
19          MR. ROTMAN:  If you want to search, do
20  you know how to do it on this computer?  Edit,
21  Find, then you can type in a word that you want
22  to search.
23          MR. KLATT:  Is there a question?
24      A.  So I mention it in the animal studies,
25  injecting talc into the pleural spaces causes

Page 207

1  granulomatous response.  It looks like those are
2  the two.
3          And then I cite the Mostafa 1985 paper,
4  "Foreign body granulomas in normal ovaries."
5          I'm double-checking.  It looks like in doing
6  a word search for granuloma, that's what is
7  popping up.
8  BY MS. AHERN:
9      Q.  Okay.  Are there any other portions of
10  your report that directly address ovarian cancer
11  pathogenesis from a pathology standpoint?
12          MR. ROTMAN:  Objection.
13      A.  This might be attorney work product
14  draft stuff.
15          MR. ROTMAN:  Do you want to talk to me
16  outside where I can understand what you're
17  getting at?
18          THE WITNESS:  Sure.  Sure.
19          THE VIDEOGRAPHER:  Off the record,
20  2:50 p.m.
21          (A recess was taken.)
22          THE VIDEOGRAPHER:  Back on the record,
23  2:54 p.m.
24  BY MS. AHERN:
25      Q.  Okay.  Doctor, I had asked:  "Are there

Page 208

1  any other portions of your report that directly
2  address ovarian cancer pathogenesis from a
3  pathology standpoint," and --
4      A.  So my answer is I did the work, but I
5  can't discuss it because of attorney work product
6  issues.
7      Q.  Okay.
8          MR. ROTMAN:  You can -- she can -- you
9  can ask her questions about it.
10          MS. AHERN:  Sure.
11          MR. ROTMAN:  But she's -- as to what is
12  in the report or not in the report, that's the
13  work product piece.
14          MS. AHERN:  That's kind of all the
15  questions.
16          MR. ROTMAN:  Ask her about the science.
17          MS. AHERN:  I'll ask, and you can
18  object.
19          MR. KLATT:  Find out what is in or is
20  not in the report.
21          MS. AHERN:  Let's pick up the
22  foundation here.
23  BY MS. AHERN:
24      Q.  Doctor, first of all, you said you did
25  the work relating to ovarian cancer pathogenesis

Page 209

1  from a pathology standpoint; correct?
2      A.  Yes.
3      Q.  Was it ever in your report?
4          MR. ROTMAN:  That's part of the work
5  product objection.
6          MR. KLATT:  We've got to establish the
7  facts to know whether there's a basis to assert
8  the objection.
9          MR. ROTMAN:  You can ask the question.
10  But in order to answer the question, you're
11  invading the domain of what is protected under
12  the Federal Rules in terms of the drafting of
13  expert reports.
14          I will object and instruct her not to
15  answer.
16          What's in the report, you have.  What
17  was in drafts of the report, you're not entitled
18  to.
19          So that's the problem we have.
20          MR. KLATT:  She's not asking what was
21  in the report.  She's asking whether it was or
22  isn't.  So we can establish if there's anything
23  to even have a dispute about.
24          MR. ROTMAN:  You can ask her about what
25  is in the report all you want.

53 (Pages 206 to 209)

Sarah E. Kane, M.D.

Page 210

1    MS. AHERN:  Well, she's already said
2  there was a section on ovarian cancer
3  pathogenesis from a pathology standpoint in the
4  report, and it was removed; correct?
5    MR. TISI:  That's not what she
6  testified.
7    MS. AHERN:  Read back.
8    MR. TISI:  Why don't we read what she
9  said because she said the answer is:
10    "ANSWER:  I did the work, but I can't
11  discuss it because of attorney work product."
12    MS. AHERN:  Okay.  Okay.
13    MR. TISI:  She never said it was in the
14  report.
15    MS. AHERN:  Thank you.
16    MR. TISI:  Line 48.
17  BY MS. AHERN:
18    Q.  When you say you "did the work," did
19  you take any notes on any reading that you did on
20  ovarian cancer pathogenesis?
21    A.  So in writing this report, I generally
22  did not take any notes, handwritten notes.  It
23  was sort of a living document that I used.
24    Q.  Now, earlier, you referred several
25  times to taking notes as you were going through

Page 211

1  literature.
2    Are all those notes something that became --
3  on a single document that ultimately became a
4  report?
5    A.  It was one document that went through
6  numerous, numerous editing on my part and, of
7  course, suggestions from attorneys at different
8  points.
9    Q.  Now, as an anatomic pathologist and as
10  the only pathologist that has been designated by
11  the plaintiffs in this MDL, did you think that it
12  was important to opine on the pathogenesis of
13  ovarian cancer from an anatomic pathology
14  standpoint?
15    MR. ROTMAN:  Objection.  For what
16  purpose?
17    MS. AHERN:  I'm asking her.
18    Q.  Can you answer the question?
19    A.  First of all, I wasn't aware I was the
20  only pathologist because I didn't have a list of
21  their named experts.
22    I did work on -- I'm not sure how much I can
23  really talk about the whole draft process.
24    MR. ROTMAN:  You can't --
25    Q.  So my question was: As an anatomic --

Page 212

1  let me rephrase it.
2    As a gynecologic pathologist who was asked
3  to opine on ovarian cancer and talc, did you
4  assume that part of your opinions would be to
5  incorporate your expertise in anatomic pathology
6  and gynecologic pathology?
7    MR. ROTMAN:  Wait.  Wait.  Wait.  Wait.
8  Wait.
9    MS. AHERN:  I'm only concerned if she
10  understands the question.
11  BY MS. AHERN:
12    Q.  Do you understand the question?
13    MR. ROTMAN:  No.  You have to let me
14  see if I understand the question to see if I'm
15  going to object to it before she's allowed to
16  answer.
17    MS. AHERN:  Why don't you make an
18  objection, and we'll move on.
19    MR. TISI:  Because he may instruct her
20  not to answer the question.
21    MS. AHERN:  This is not -- this is not
22  a question that should invade your privilege.
23    MR. TISI:  It involves the discussion
24  between counsel and in the drafting of the
25  reports, what would be in, what would be out,

Page 213

1  what she thought, what she didn't think.  You're
2  not entitled to any of that.
3    MR. ROTMAN:  So if you can find the
4  question, read the question, and I will object to
5  the question, but you can answer it.
6    A.  Okay.  So you want me to reread the
7  question?
8    MR. ROTMAN:  To yourself.
9    So my question was -- do you see that?
10    THE WITNESS:  Yeah.
11    A.  Well, I feel as if I did that in my
12  final report.  I certainly -- the -- my opinions
13  that are in my final report are certainly within
14  the realm of gynecologic pathology.
15    Q.  And can you specifically point to the
16  opinions and the discussions in your report that
17  are within your personal expertise in gynecologic
18  pathology?
19    A.  So, again, review of epidemiology is
20  something that physicians do on a regular basis.
21  We're trained to look at epi data.  We're trained
22  to practice evidence-based medicine, which has a
23  very similar, if not identical, methodology.
24    So -- and we certainly are trained in
25  inflammation, the immune system, talc and

54 (Pages 210 to 213)

Sarah E. Kane, M.D.

Page 214

1    tissue -- I have a section on talc and tissue --
2    the epi data.
3        Not -- I don't think any of this report is
4    outside of my -- I know that none of this is
5    outside of my expertise as a gynecologic
6    pathologist.
7        Q.   Okay.  Doctor, were you retained as an
8    expert epidemiologist in this case?
9        A.   I was retained as a gynecologic
10   pathologist.
11       Q.   And you are not an epidemiologist;
12   correct?
13       A.   I'm not a epidemiologist, but we
14   certainly review epidemiology and critique
15   epidemiology studies on a regular basis in our
16   daily practice.
17       Q.   When people ask you what you do for a
18   living, you don't tell them you're an
19   epidemiologist, do you?
20       A.   I often have to explain what a
21   pathologist is, so I spend half the time just
22   trying to describe what a pathologist is, so...
23           MR. KLATT:  Objection.  Nonresponsive.
24           MS. AHERN:  Yeah.
25           MR. ROTMAN:  She's not done answering

Page 215

1    your question.  She's in the middle of an answer.
2        A.   So my point is I'm unlikely to describe
3    myself as an epidemiologist when I'm trying to
4    describe what a pathologist does, but that's the
5    big picture.
6        But the real picture is, on a daily basis,
7    we are evaluating epidemiologic data in the
8    literature.
9    BY MS. AHERN:
10       Q.   When was the last time you did a
11   systematic review of the literature for the
12   purpose of opining on causation?
13       A.   So we review literature --
14       Q.   You.  I'm just talking about you.
15       A.   Hold on one second.  Let me just review
16   the question.  I'm way behind here on my --
17       Well, I do literature searches all the time
18   and looking -- when I'm looking at cases to
19   figure out causation.
20       I've been involved in one other legal case,
21   but it is -- this was the first medical-legal
22   general causation report.
23       But, again, this is all the same methodology
24   that we use in evidence-based medicine and our
25   practice.

Page 216

1        Q.   You do a full systematic review of the
2    literature, as that term is defined
3    epidemiologically?
4        A.   We certainly do when we're doing
5    research, when we're writing papers, but we still
6    do literature searches when we're assigning out
7    cases that are relevant to individual patients.
8        Q.   When was the last time you conducted a
9    full systematic review of the literature and a
10   Bradford Hill analysis to opine on causation?
11       A.   So, again, this is not something that's
12   completely foreign to me.  The legal aspect of it
13   is new to me, but this methodology is not new to
14   me.
15       The last time -- I mean, there was a tobacco
16   case that I worked on, but in my daily practice,
17   again, I'm still looking at epidemiology
18   literature all the time.
19       Q.   Well, there is a difference, Doctor,
20   wouldn't you agree, between looking at the
21   epidemiology to inform yourself about a
22   particular issue and doing a systematic review of
23   the literature and a full Bradford Hill analysis
24   to opine on causation?  Is there a difference?
25       A.   Well, this was a deep dive, so I'll say

Page 217

1    I was aware of the literature on talcum powder
2    and ovarian cancer before I became involved in
3    this litigation.
4        I will say, you know, it wasn't until they
5    asked me to form my opinion on this that I did a
6    deep dive on the literature again on this
7    particular issue.
8        Again, I've certainly done extensive
9    literature reviews before to, you know -- in
10   research and in practice.
11       Q.   But nothing like this?
12       A.   It's very similar.
13           MR. ROTMAN:  Objection.
14       A.   The methodology is very similar to
15   this.  It's identical.
16       Q.   Doctor, can you point me to -- take a
17   look at Exhibit 2, your CV.
18       Can you point me to something in your CV
19   that demonstrates some specialized knowledge or
20   expertise in epidemiology?  A course, a class
21   you've taught?  A paper that you've published?  A
22   case-control study you've been involved in?
23   Anything that would indicate that you have
24   specialized expertise in epidemiology?
25       A.   It's part of our medical training as

Sarah E. Kane, M.D.

Page 218

1  part of evidence-based medicine.
2      I'm trying to find my CV. I'm not sure I
3  have it in front of me. Maybe it's under here.
4  Well, you're sitting in -- I mean, all of these
5  involved epidemiology research.
6      MR. ROTMAN: All of what?
7      A. I'm sorry. All of these research
8  projects start with -- the pathology publications
9  start with looking at the literature of
10  epidemiology.
11      Q. Which ones are you pointing to --
12  sorry. Let's look at the peer-reviewed
13  publications.
14      Is that what you're talking about?
15      A. Yes. Sorry.
16      Q. So the first publication is Narasimhan,
17  "Temperature Induced Interstrand Crosslinks in
18  Cisplatin-DNA Adducts Detected by Electrophoresis
19  and UV Spectrophotometer."
20      That's not an epi study, is it?
21      A. Some of these were biology. The one
22  that comes to mind when I'm looking at this list
23  is the "Yersinia pestis and the plague." That
24  was a review article. That was around -- that
25  was after the 2001 mailings of the pattern

Page 219

1  substance. And so the literature was very
2  interested in Yersinia pestis at the time, and so
3  I did a review article on that.
4      Q. Was that a systematic review and a
5  Bradford Hill analysis?
6      A. The Bradford Hill analysis is part of
7  evidence-based medicine when you're coming to a
8  conclusion. So --
9      Q. This isn't a case-control study or a
10  prospective cohort study --
11      MR. ROTMAN: You're not allowing her to
12  finish her answer.
13      Q. -- or epidemiology study, is it?
14      A. But my general causation opinion is
15  very similar to a review article on causation.
16  It's a review of the epi data and mechanisms.
17      Q. Did you do a full review of the epi
18  data and mechanisms on Yersinian plague?
19      It's kind of a done deal; right? We already
20  know that; isn't that right?
21      A. Well, you're still looking at -- you're
22  still looking at data. The question is -- the
23  question was at the time: Can Yersinia pestis be
24  a dangerous weapon of destruction or
25  terrorist-type agent?

Page 220

1  So that was sort of more the review on that.
2      Q. Who is S.M. Rollins?
3      A. That's my ex-husband.
4      Q. What is his specialty?
5      A. He's a microbiologist.
6      Q. What about Ryan?
7      A. He is an infectious disease physician.
8      Q. Okay. What portion of "Yersinia pestis
9  and the plague" did you draft or did you
10  contribute?
11      A. I drafted the entire -- I was the lead
12  author, and I -- the primary author, and I
13  drafted that report.
14      Q. Okay. So if we go in there, we're
15  going to find you used statistical methods or
16  analysis in any way to weigh the evidence and
17  conduct a systematic review?
18      A. It's definitely a review article. Off
19  the top of my head, I don't know if I did a
20  statistical analysis, but...
21      Q. Would you describe it as more of a
22  narrative review of the literature?
23      A. A review of the literature. I don't
24  know about the word "narrative," but review.
25      Q. What about the Grundy paper,

Page 221

1  "Specificity of tRNA-mRNA Interactions in
2  Bacillus substilis tyrS Antitermination"?
3      Is that an epi study?
4      A. No.
5      Q. What about the Rollins paper,
6  "Diagnostic yield of muscle biopsy in patients
7  with clinical evidence of mitochondrial
8  cytopathy"?
9      Is that an epidemiologic article?
10      A. No. That's not an epidemiology
11  article, but we --
12      Q. Sorry?
13      A. It's getting late in the day.
14      MR. TISI: Do you need some water?
15      THE WITNESS: Sure.
16      A. But it's interesting that it actually
17  did involve electron microscopy. And when we do
18  muscle biopsies for mitochondrial cytopathy, we
19  use electron microscopy anyway, regularly.
20      MR. KLATT: Objection. Nonresponsive.
21      Q. And what about the Rollins
22  "Autoimplants and serous borderline tumors of the
23  ovary: A clinicopathologic study of 30 cases and
24  a process to be distinguished from serous
25  adenocarcinoma"?

56 (Pages 218 to 221)

Sarah E. Kane, M.D.

Page 222

1    Was that a systematic review of the
2    literature, or an epidemiologic study?
3        A.  There's definitely review of literature
4    as part of that study because the question arises
5    with autoimplants, sometimes they're misdiagnosed
6    as invasive serous.
7        So there is definitely literature review for
8    that study.
9        Q.  This would be described as you have it
10   in the title, this is a clinicopathologic study?
11       A.  Correct.
12       Q.  So you were looking at this as a
13   pathologist; correct?
14       A.  Well, I'm looking at -- I mean, some of
15   these were before I was -- the first couple are
16   before I was an M.D., but all of the subsequent
17   ones I'm looking at as a pathologist.
18       Q.  What about the Chan study,
19   "Clinicopathologic Correlation of Fetal Vessel
20   Thrombosis in Mono- and Dichorionic Twin
21   Placentas"?
22       Is that an epidemiologic study?
23       A.  That's a clinicopathologic correlation.
24       Q.  And then the publication with Jonathan
25   Hecht, "Endometrial Interepithelial Neoplasia,"

Page 223

1    is that an epidemiology study?
2        A.  That was a review of a new terminology
3    in endometrial precursor lesions.  So that was a
4    pathologic -- an anatomic pathology article.
5        Q.  And then you have the one with Haspel,
6    which is "Successful Implementation of a
7    Longitudinal, Integrated Pathology Curriculum
8    During the Third Year of Medical School"?
9        A.  That was a medical-education-type
10   article.
11       Q.  Okay.  And do you have any proceedings
12   of meetings, poster presentations, that were from
13   a case-control or a cohort study that you
14   conducted?
15       A.  Let me look.  I don't believe these
16   poster presentations were case -- well, I mean,
17   case-control or cohort epi-type studies.
18       Q.  Okay.  And, Doctor, to be fair, you
19   don't have a degree in epidemiology; correct?
20       A.  I do not have a degree.  But, again,
21   it's -- epidemiology is a very big part of
22   evidence-based medicine and what we practice as
23   M.D.s.
24           MR. KLATT:  Objection.  Nonresponsive.
25       Q.  And, Doctor, you understand that there

Page 224

1    are degreed epidemiologists who have been
2    designated on behalf of plaintiffs to look at
3    these issues; correct?
4        A.  I'm aware of that now.  I didn't know
5    who their list was before I submitted my report.
6        Q.  You've never published -- as we just
7    looked through here -- an epidemiologic study, a
8    case-control study, or a cohort study?
9        A.  I have not published; but, again, that
10   doesn't -- I mean, it doesn't mean I haven't done
11   them.  It's just that --
12       Q.  Have you done them?
13       A.  They haven't been published.  Well,
14   again, literature reviews of epidemiology is part
15   of our regular practice.
16       Q.  I'm asking about, like, actual study
17   designs.
18       Have you conducted a case-control or a
19   cohort study?
20       A.  Not of an epi- --
21       Q.  Okay.
22       A.  -- specific design.
23       Q.  Have you ever taught an epidemiology
24   course?
25       A.  No.

Page 225

1        Q.  Do you have any grant funding to
2    conduct epidemiologic observational studies?
3        A.  No.
4        Q.  Have you ever given any lectures or
5    presentations specifically on epidemiology
6    methodologies?
7        A.  That's possible.  I'm trying to think.
8    It's been a long time.  Medical school through
9    residency, fellowship, not that I can think of
10   off the top of my head.
11       Q.  Okay.  And have you ever designed a
12   clinical trial?
13       A.  I have not designed a clinical trial.
14       Q.  Have you designed a case-control study?
15       A.  I have not designed a case-control
16   study.
17       Q.  Have you designed a cohort study?
18       A.  I have not designed a cohort study;
19   but, again, these are -- we can critically
20   evaluate.  Just because I haven't designed one
21   doesn't mean I can't critically evaluate
22   case-control studies or cohort studies.
23       Q.  Doctor, you haven't conducted a
24   meta-analysis or a pooled analysis to evaluate
25   potential risk factors for any disease, have you?

57 (Pages 222 to 225)

Sarah E. Kane, M.D.

Page 226

1    A.  No, I haven't.
2    Q.  Are you qualified to conduct a
3  meta-analysis or a pooled analysis?
4    A.  I'm -- I'm sure I could develop one.
5    Q.  As we sit here today, are you qualified
6  to conduct a meta-analysis or a pooled analysis?
7    A.  If it was sort of a joint venture, I'm
8  sure; but, again, that doesn't mean that I can't
9  critically evaluate them, because that's what I
10  do on a daily basis.
11    Q.  Have you authored any paper or
12  conducted a study -- well, have you authored any
13  paper on the methods of causal interpretation?
14    A.  Have I authored a paper on the methods
15  of causal interpretation?
16    I don't believe I've authored.  It would be
17  on my list.
18    Q.  Okay.  Doctor, I should have asked you
19  this when it was in front of you:  Do you have a
20  copy of that one-page additional materials?
21    A.  Probably.  Let's see.
22    Q.  Thank you.  Maybe I have.  Maybe I have
23  it too.
24    A.  Exhibit 17?
25    Q.  Yes.  Yes.

Page 227

1    You received a copy of the Longo
2  supplemental report; correct?
3    A.  I did.  Yes.
4    Q.  And it's, what, 404 pages?
5    A.  That's possible.  I don't think I
6  looked.
7    Q.  That was my next question:  Did you
8  review it?
9    A.  I did review it.  I did skim a lot of
10  it because, again, it was additional information
11  that was nice to have, but it was after my
12  report.
13    And, again, my general causation opinion is
14  not dependent on asbestos being in the product.
15  My general causation opinion is based on whatever
16  is in the bottle.  So it was interesting
17  information to have.
18    Q.  So your opinions here, it doesn't
19  matter for your opinions whether or not there's
20  asbestos in talcum powder products; is that your
21  testimony?
22    A.  What I'm saying is my opinion is based
23  on whatever is in the talcum powder product's
24  bottle.  Now, it's up to the jury to decide if
25  there's asbestos in it.  However, if there is

Page 228

1  asbestos in it, that would certainly add to the
2  plausibility of causation.
3    Q.  If there was not asbestos in talcum
4  powder products and there was not fragrance in
5  talcum powder products and you were just left
6  with the pharmaceutical-grade talc, what would
7  your biologic plausibility argument be?
8    MR. ROTMAN:  Objection.
9    Q.  In other words, what is your mechanism
10  by which pharmaceutical-grade talc would cause
11  ovarian cancer?
12    MR. ROTMAN:  Objection.  Are you asking
13  about causation or about biological plausibility?
14    MS. AHERN:  I'm asking --
15    MR. ROTMAN:  You mixed them.
16    MS. AHERN:  -- about her mechanism.
17  BY MS. AHERN:
18    Q.  What is your mechanism by which
19  pharmaceutical-grade talc would cause ovarian
20  cancer?
21    A.  So there are -- again, most of the
22  studies are dealing with talc powder products.
23  If we were to say that all that was in there is
24  pharmaceutical -- it's completely hypothetical
25  because I don't know what's in there -- I still

Page 229

1  think the mechanisms would be similar where, you
2  know, there's evidence that talc can cause
3  inflammation, and we know that inflammation is a
4  cause of cancer.
5    And so I -- and there's also, you know,
6  Dr. Cramer talked about anti-MUC-1 antibodies, so
7  there's an immune -- plausible immune mechanism,
8  so I think all of those are still on the table
9  and the hypothetical situation that it's only
10  pharmaceutical-grade talc in that bottle.
11    But, again, I -- I'm not opining about what
12  is in the bottle; I'm just opining about that --
13  whatever that product is in that bottle causing
14  ovarian cancer.
15    Q.  Okay.  Let's take a look at your expert
16  report again, Exhibit 14, if you will.
17    Just let me know when you've got it.
18    A.  Yeah.
19    Q.  Okay.  Doctor, does Exhibit 14, your
20  November 15, 2018, expert report, contain all of
21  the opinions that you intend to offer as a
22  witness in this matter?
23    A.  I wouldn't box myself in that way.
24  There might be questions that I'm asked here
25  today or in trial that aren't necessarily in my

58 (Pages 226 to 229)

Sarah E. Kane, M.D.

Page 230

1  report.
2      Q.  Okay.  But the opinions that you intend
3  to offer, absent somebody asking you to offer
4  other opinions, are all outlined or contained
5  within Exhibit 14, your report; is that correct?
6      A.  Again, I wouldn't want to say "all."  I
7  wouldn't want to limit myself.  There's always
8  the possibility that something else will come up,
9  and I even have a thing that additional
10 information may come up.
11     Q.  Okay.  As we sit here today, do you
12 understand that this is our opportunity to ask
13 you about the opinions in your report, and we
14 have the day to do it?
15     Do you understand that?
16     A.  I understand.
17     Q.  Okay.  So to the extent that you think
18 you're going to offer additional opinions or
19 different opinions, we need to know that today.
20     I understand that if something comes up two
21 weeks from now and it's additional information,
22 you might supplement your report.
23     But as of today, as we sit here today, is
24 this report an accurate reflection of the
25 opinions that you have formed and that you intend

Page 231

1  to offer in this case?
2      A.  I would say it's an accurate reflection
3  of the opinions I have formed with the exception
4  of anything that might be asked that is not in
5  the report; but yes.
6      Q.  All right.  All right.
7      And as we sit here today, is your report
8  complete?
9      A.  Well, it's signed and turned in, so --
10     Q.  Do you, as the expert designated in
11 this case, Sarah Kane, do you consider your
12 report to be complete as we sit here today?
13     A.  Yes.
14     MR. ROTMAN:  Off the record.
15     (Discussion off the record.)
16     THE VIDEOGRAPHER:  Off the record,
17 3:24 p.m.
18     (A recess was taken.)
19     THE VIDEOGRAPHER:  Here begins Media
20 No. 5 in today's deposition of Sarah Kane, M.D.
21 Back on the record, 3:39 p.m.
22 BY MS. AHERN:
23     Q.  Okay.  Dr. Kane, we were talking about
24 your report.  Just some basic housekeeping first.
25     We have the four boxes back here which

Page 232

1  probably have within them all the references to
2  your report.  Other than those and what you
3  brought with you today, is there anything else
4  related to your work on your report that you have
5  in your possession that you haven't been able to
6  bring with you today?
7      A.  Not that I'm aware of.  I've tried to
8  be very complete in my list of what I reviewed.
9  It's possible -- again, it's possible there are a
10 couple of things that might have been left off,
11 but I tried to be as complete as possible.
12     Q.  Okay.  And you mentioned earlier you
13 had done some work on the pathogenesis of ovarian
14 cancer.
15     Did you have any articles or publications
16 that are related to that work that are not
17 referenced in their report?
18     A.  I believe they should be in the list.
19 They should be included in the list that you
20 have.
21     Q.  The one from -- your initial report?
22     A.  Taken all together.  Taken all
23 together.  So that, probably, is more -- the
24 January 4th one would probably be some of those.
25     And then I can't remember what's on that one

Page 233

1  that you just got, but if there's a couple on
2  there.
3      But I would think if they weren't cited in
4  the report, the majority of those should be in
5  the January 4th list.
6      Q.  Okay.  And those would pertain to the
7  various histologic categorizations of ovarian
8  cancer; what is known about etiology.
9      Is that kind of the gist of the information
10 that you researched?
11     A.  Yes.  Yes.  That was certainly part of
12 it.
13     Q.  And were there other parts to that?
14     THE WITNESS:  Is that -- I don't know
15 if --
16     MR. ROTMAN:  Yeah.  You can say what
17 work you did.
18     A.  There was -- so a good bit of it was
19 sort of background information on the pathologic
20 diagnosis of ovarian cancer and different, as you
21 said, different subtypes.
22     There was -- I'm trying to remember -- it
23 was so long ago -- what some of the -- I believe
24 there was a little bit more on inflammation, but
25 I can't say for sure.

Sarah E. Kane, M.D.

1  BY MS. AHERN:
2      Q.  And would that have been just related
3  to ovarian cancer pathogenesis?
4      A.  Yes.  Yes.
5      Q.  And you think that all of the
6  publications that you found, identified, reviewed
7  in relation to that work are identified in one of
8  the lists or across several lists?
9      A.  I'm hoping that across all of the
10  lists, that encompasses the vast majority, if not
11  all.  But let's just keep it at vast majority.
12      And, of course, you know, I'm a gynecologic
13  pathologist, so I read tons of other stuff that,
14  you know, is just my background knowledge that
15  I'm not going to put on these lists.  So I can't
16  say it's all-inclusive; but, again, I tried.
17      Q.  Understood.  Understood.
18      And you've now seen at least one report from
19  Dr. Robert Kurman; correct?
20      A.  That's correct.  That was an individual
21  causation report, though.  So...
22      Q.  And he had a very large background
23  section on ovarian cancer pathogenesis; correct?
24      A.  To be honest with you, I sort of
25  skimmed it, but I do remember seeing a section on

1  that.  Yes.
2      Q.  Okay.  Did you skim the section that
3  was case-specific?
4      A.  No.  Mostly the background since I
5  already knew that stuff.
6      Q.  Okay.  And is the stuff that was in his
7  background section similar to the research that
8  you did?
9      A.  I would say yes.  If I am remembering
10  accurately, it was similar.  I wouldn't say
11  identical, but similar.
12      Q.  Okay.  And did anyone other than your
13  attorneys assist you in preparing the report?
14      A.  No.
15      Q.  And you said earlier, I think, that you
16  didn't consult with any of the other experts in
17  the MDL litigation in forming your opinions or
18  preparing your report?
19      A.  That's correct.
20      Q.  And you didn't review any draft reports
21  from any other experts in this litigation?
22      A.  No.  The only time I saw their reports
23  was after we had all turned them in to the court.
24      Q.  Okay.  And are all of the words, the
25  ideas, the analysis that's contained in

1  Exhibit 14, your expert report, are they solely
2  the product of your own work?
3      A.  Yes.  I wrote the report.  Certainly,
4  again, there were drafts that went back and
5  forth.  There may have been suggestions from
6  attorneys where language was -- that I accepted
7  into my report; but yes.
8      Q.  Okay.  You didn't borrow language from
9  other experts or from other publications and then
10  not quote that in your report?
11      A.  I certainly tried not to.  No.  I
12  certainly cited anything that I -- I tried to
13  cite everything that I referenced --
14      Q.  Okay.
15      A.  -- to the best of my ability.
16      You know, again, I was taking the notes as I
17  wrote, so it's plausible there might be
18  something, but I was very cognizant of trying not
19  to -- trying to cite everything that I was
20  referencing.
21      Q.  And in reaching your opinions, was it
22  important to you that you review the data in a
23  fair and objective way?
24      A.  Yes.  I think it's always important to
25  review data in a fair and objective way.

1      Q.  I know.  It's kind of a basic question.
2      When you were doing your literature reviews
3  and searches, were you looking both for papers or
4  data that supported talc and ovarian cancer
5  connection as well as for data and literature
6  that did not or that -- well, that did not
7  support?
8      A.  When I was doing my literature search,
9  I was looking for any data that spoke to talcum
10  powder products and ovarian cancer.  I was really
11  trying to cast as wide a net as possible to get
12  as much data as I could.
13      Now, certainly, there are limitations when
14  you're doing searches.  It's possible there are
15  studies that I missed; but when I was retrieving
16  studies, reading them, I would also reference
17  their references as a sort of cross-check.  So I
18  tried to be as complete as I could.
19      Q.  So when you were reading someone else's
20  work and they referenced an article as the basis
21  for synthesis or the statement in their paper,
22  did you then go and review the underlying
23  reference as well?
24      A.  Yes.  I pulled up those references.
25      Q.  Okay.  And you reviewed those as well?

60 (Pages 234 to 237)

Sarah E. Kane, M.D.

Page 238

1      A.  Yes.
2      Q.  Okay.  And you mentioned on Page 4 of
3  your report that your interest in talc and
4  ovarian cancer began during your training, your
5  fellowship training, at Mass General; is that
6  right?
7      A.  I became aware of it.  I mean, both
8  Dr. Scully and Dr. Bell were still there at my
9  time of training, and Dr. Scully was a coauthor
10  on Cramer's first 1982 paper.
11      And then Dr. Bell was a coauthor in one of
12  the subsequent -- I think his 1992 paper with
13  Harlow.
14      So I was certainly aware of literature on
15  talcum powder and ovarian cancer.
16      Q.  And neither one of them published
17  anything else on talc; is that correct?
18      A.  I believe those were the only two that
19  they were on.  That's correct.
20      Q.  And did you understand that the role
21  that Dr. Scully played on Dr. Cramer's first
22  publication was simply that of pathologist and
23  determining or confirming the diagnosis of the
24  samples that were being studied?
25      A.  I was aware that he did a pathologic

Page 239

1  review of the case.
2      Q.  Okay.  Did you ever have an opportunity
3  to talk to Dr. Scully about talc and ovarian
4  cancer?
5      A.  I believe my conversations were -- my
6  memory is -- this is 20 years ago now -- it's
7  possible, but probably with Dr. Bell, more.  I
8  interacted more with Dr. Bell than Dr. Scully.
9      Dr. Scully was semiretired at the time.  He
10  would come in for half the day, but that was
11  usually when I was with other attendings.  But I
12  did spend a significant time with Dr. Bell, and I
13  do remember being aware of that literature.
14      Now, if you're going to ask me the specific
15  conversation, I probably can't prompt that at the
16  moment.
17      I was also, when I was at Beth Israel
18  Deaconess, my colleague Jonathan Hecht is there.
19  And I was aware he was doing work on the Nurses'
20  Health Study.
21      We didn't -- I can't remember if we really
22  talked about talc at that point because the Gates
23  2010 paper that he was doing, talc was a very
24  small -- it was almost, like, a side comment in
25  that report.  But I think we had talked about --

Page 240

1  I know we talked about the Nurses' Health Study.
2      That's funny, though, I actually did talk --
3  I saw Jonathan last night, so it's kind of funny
4  timing.  But anyway...
5      Q.  Have you talked to Dr. Hecht since
6  then, since you first discussed with him the
7  Nurses' Health Study?
8      Have you spoken with him on talc and ovarian
9  cancer?
10      A.  Yes.  I saw him last night.  We went
11  out for a drink.
12      Q.  Did he give you any opinions on what he
13  thought about talc and ovarian cancer?
14      A.  He told me that he had met with defense
15  counsel at one point; did not want to do medical
16  expert witness work but did a brief sort of
17  intro, I guess, overview for the defense.
18      Q.  Did he tell you what his personal or
19  his professional opinion was on whether or not
20  talc causes ovarian cancer?
21      A.  Yes.  He thought that -- so I'll say in
22  my report, I did not spend a lot of time on
23  migration because in the gynecologic world, it's
24  widely accepted that migration happens.  He told
25  me that he specifically told the defense counsel

Page 241

1  he met with not to use migration because it's
2  widely accepted that it occurs.
3      We did talk about the Nurses' Health paper.
4  He said that the data set was very small, it was
5  very difficult with classification, and that
6  that -- there just really wasn't a lot of data in
7  that 2010 study.
8      And he thinks that it is plausible for
9  talcum powder to cause ovarian cancer.
10      Q.  Have you spoken to any other
11  pathologist or colleagues about talc and ovarian
12  cancer?
13      A.  I have talked to my coworkers about it
14  because -- as a conflict-of-interest notification
15  for our group and for our hospital, Partners
16  Healthcare, and I discussed my findings with my
17  partners.
18      And I've also talked about it at
19  multidisciplinary conferences; recently at, for
20  example, at a thoracic conference.  There were
21  gyn oncs there and radiologists and rad onc
22  people there.
23      Q.  And you talked to them specifically
24  about talc and ovarian cancer?
25      A.  So I told them about my work on it and

61 (Pages 238 to 241)

Sarah E. Kane, M.D.

Page 242

1  the research that I had done, and I was asking
2  them -- it was a thoracic conference, so I was
3  curious if any of them had asked any of their
4  mesothelioma patients that didn't have
5  nonasbestos exposure if they've ever asked them
6  if they'd had talc exposure.
7      And they said no, they hadn't really done
8  it, they hadn't thought about it, but maybe it
9  was something that they should be asking.
10     Q.  And, by the way, what were the
11  circumstances under which you and Dr. Hecht had
12  dinner the other night?
13     A.  His birthday is coming up.  We're still
14  friends, so it was one of these -- I actually
15  stayed in a hotel last night because it took me
16  an hour and a half to drive from Topsfield
17  yesterday morning, and I didn't want to be
18  worried about traffic.  So I decided to stay in a
19  hotel last night.  His birthday is coming up, so
20  I said, "Let's just grab a drink."
21     Q.  You mentioned while you were at Mass
22  General, the fellowship director for your program
23  was Robert Young; correct?
24     A.  Yes.
25     Q.  Is he someone that you look up to as a

Page 243

1  pathologist?
2      A.  Yes.  He's very well-respected.
3      Q.  By the way, who do you send second
4  opinion consults to when you have a difficult
5  case?
6      A.  We have a relationship with Mass
7  General, so I'll occasionally send -- if I need
8  another set of eyes on, I'll send it to either --
9  it's sort of their gyn pathology group in
10  general, so it might be Dr. Young.  It might be
11  Esther Oliva.  Those are the two that I would say
12  most frequently would receive any consults from
13  our group for gyn path.
14     Q.  Have you ever spoken with Dr. Young
15  about talc and ovarian cancer?
16     A.  It's possible.  I haven't recently.  He
17  and I aren't in regular communication, so I
18  certainly wouldn't have talked to him -- I don't
19  know if I've talked to him since starting this.
20     It's more of a professional-type
21  relationship, so I don't know if it would have
22  come up recently.  But it's possible in training,
23  but I don't remember specifically.
24     Q.  And Robin Young inherited all of
25  Dr. Scully's case files in his office when

Page 244

1  Dr. Scully retired; is that right?
2      A.  Yes.  He inherited his consult service.
3  So it's a separate service from our regular
4  clinical work.  So it's pathologists from all
5  over the country or even world that have
6  difficult cases, they will send as a specific
7  private consult to -- it was Dr. Scully, and now
8  it's Dr. Young.
9      Q.  Okay.  When you were first contacted by
10  the plaintiffs' counsel back in 2017, what were
11  your opinions regarding talc and ovarian cancer
12  at that point?
13     A.  First contacted?  When I was first
14  contacted, I was aware of the literature,
15  certainly.  I hadn't come to a strong opinion one
16  way or the other.  In fact, I'd probably say I
17  was aware that the epi data had been relatively
18  consistent.  That was kind of all I knew about it
19  until I did my sort of deep dive into the
20  literature for my general causation opinion.
21     Q.  So as a pathologist, you never had a
22  particular interest in pursuing additional
23  research in the area --
24         MR. ROTMAN:  Objection.
25     Q.  -- of talc and ovarian cancer?

Page 245

1      A.  Well, there's certainly a lot of things
2  to study in gynecologic pathology.  And so I
3  hadn't decided to take that -- to do that study
4  at the time that I was contacted by counsel.
5  That's not to say I never would have or I never
6  would have thought about it, but I hadn't at the
7  time.
8      Q.  Okay.  In your report on Page 4, you
9  say that you've maintained a professional
10  interest -- "since your fellowship, you've
11  maintained a professional interest and have
12  continued to monitor developments in the science
13  regarding talcum powder exposure and ovarian
14  cancer, and it has been the subject of
15  professional discussions predating the
16  litigation."
17     So what sort of professional discussions
18  about talc and ovarian cancer did you have before
19  the plaintiffs retained you?
20     A.  So, again, I was aware of the
21  literature.  And I knew -- I saw some of the
22  newer epi data come out.  I had had conversations
23  with Dr. Bell that I remember specifically;
24  again, with Jonathan.  I knew he was working on
25  that Nurses' Health.  We certainly talked about

62 (Pages 242 to 245)

Sarah E. Kane, M.D.

Page 246

1 that study at some point.
2 But, you know, I was certainly aware of the
3 literature as it came out.
4 Q. And you call it a "professional
5 interest."
6 Did you take -- other than just reviewing
7 the literature, did you do anything
8 professionally to either advance your knowledge
9 or other people's knowledge about this potential
10 association?
11 A. Not -- I mean, not at the time. I
12 think "professional interest" in my mind, you
13 know, means being aware of what's going on in the
14 literature. Again, that doesn't necessarily mean
15 an in-depth review of everything but being
16 generally aware of it.
17 Q. Would you say that since you first
18 learned about this in your fellowship and were
19 interested in the topic, did it influence the way
20 you looked at gynecologic cases as a professional
21 pathologist?
22 A. Yeah. It's not really routine practice
23 to use polarized light microscopy in gynecologic
24 pathology. It's just -- we use it more commonly
25 for breast cases, so...

Page 247

1 And also, you know, even if we found
2 birefringent particles and granulomas or -- in
3 the tissue, it wouldn't necessarily mean that
4 they're talc unless you do subsequent studies.
5 So I wouldn't say it changed my daily
6 practice in diagnosing tumors.
7 Q. Okay. Doctor, if you can turn to
8 Page 4 and 5 of your report.
9 Is this where you set out a summary of your
10 opinions?
11 A. Yes. This is.
12 Q. Under Heading 2, Page 4, "General
13 causation opinions."
14 A. Okay.
15 Q. And you list, it looks like, five
16 specific opinions; is that correct?
17 A. I see where you are. Yes.
18 Q. And are those -- again, are those all
19 the opinions that you have that you intend to
20 offer in this case?
21 MR. ROTMAN: Objection.
22 A. Same answer as before. Again, there
23 might be something that comes up today or at
24 trial that I'm asked that I, you know, didn't put
25 in this report. But I tried to be as -- complete

Page 248

1 in the report.
2 Q. Okay. And the first opinion is that
3 talc can migrate to the ovaries through the
4 genital tract through the lymphatic system and
5 through inhalation.
6 Is that an accurate summary of your first
7 opinion or set of opinions?
8 (reading from document)
9 A. Yes. The talcum powder products can
10 reach the ovaries; that they can be transported
11 through the lymphatic system; and there is
12 evidence that it can be inhaled as well with
13 transport to the ovaries.
14 Q. And the second opinion in the case or
15 second set of opinions is that talc causes
16 chronic inflammation in the ovaries, causes
17 increased oxidative stress in the ovaries, and
18 causes immunosuppression.
19 Is that an accurate summary of your
20 mechanism?
21 A. Well, if you're going to read it word
22 for word, it's "Once reaching the ovaries, talcum
23 powder products can cause chronic inflammation,
24 can increase oxidative stress, and can reduce
25 immune response. These are biologically

Page 249

1 plausible and likely mechanisms for ovarian
2 cancer development and progression."
3 Q. Okay. When you say "reduce the immune
4 response," is that essentially discussing, like,
5 an immunosuppressive effect?
6 A. That's referencing the MUC-1 antibody
7 paper that Cramer published in 2005.
8 Q. Are you aware that Dr. Cramer himself
9 has disclaimed that theory as a "hypothesis
10 that's not ready for prime time"? I believe
11 those were his words, "prime time."
12 A. I don't know where you saw those words.
13 Q. His testimony in the litigation.
14 A. Okay. I don't believe I saw his
15 testimony in the litigation. But, again, it's
16 not -- I'm not seeing it as something that needs
17 to be proven. I'm looking at it as a
18 plausibility that, you know, it's a plausible
19 mechanism. If it's not proven, it doesn't really
20 change the fact that it's plausible.
21 Q. So are you building -- so is your
22 plausibility opinion independent of whether or
23 not the basis for that opinion is proven?
24 MR. ROTMAN: Objection.
25 Q. In other words, are you -- do you have

63 (Pages 246 to 249)

Sarah E. Kane, M.D.

Page 250

1  a plausibility opinion that's based on a bunch of
2  other potential or plausible mechanisms?
3       MR. ROTMAN:  Objection.
4       A.  Right.
5       MR. ROTMAN:  I just objected, but you
6  can answer.  If you can understand the question,
7  you can answer it.
8       A.  Well, I think -- I think they're all
9  somewhat interrelated.
10      I think there's the chronic inflammation.
11 There's the immune response.  Those are plausible
12 mechanisms for ovarian cancer.
13      And the Bradford Hill guidelines, you don't
14 have to prove -- prove mechanism in order to have
15 causation.  We have plenty of -- again, plenty of
16 examples of that in prior diseases, like smoking
17 and lung cancer.  And even certain drugs, they
18 don't know the mechanism of action, very common
19 drugs like lithium, for example, or metformin.
20      So you don't need to prove mechanism in
21 order for it to be an important part of a
22 causation because it's part of the plausibility
23 component.
24      Q.  Do any of the bases on which you -- any
25 of the bases that you use to support plausibility

Page 251

1  for talc and ovarian cancer, do any of them have
2  to be proven or established?
3       MR. ROTMAN:  Objection.
4       A.  I think it's important to have evidence
5  to support it.  There may be evidence that
6  refutes it as well, but you're sort of looking
7  at -- you're balancing the weight of it.
8       And the plausibility, a plausible mechanism,
9  now, is that always going to be probable or
10 definite?  No.  It's plausible.
11      In this case, I think it's a compelling
12 mechanism, chronic inflammation, because, again,
13 we know that talcum powder can reach the ovaries,
14 and we know that it can cause chronic
15 inflammation, and we know chronic inflammation is
16 implicated in cancer.
17      So I think it's a high degree of
18 plausibility in that case.
19      Q.  So when you mention that you know that
20 talc can reach the ovaries, are you referring to,
21 for example, the Heller study?
22      A.  So Heller found talc in women's
23 ovaries.  Yes.  Cramer found talc in pelvic lymph
24 nodes.  We have other animal and human studies of
25 talc or particulates similar in size to talc

Page 252

1  reaching the ovaries.
2       So -- and, again, it's widely accepted in
3  the gynecologic community that migration occurs.
4  In fact, endometriosis, we really -- the evidence
5  is that endometriosis is caused by retrograde
6  menstruation of endometrium.
7       So there's a substantial amount of evidence
8  and widely accepted that migration occurs.
9       And I'm aware of studies that didn't find
10 migration, but I think, you know, those few
11 negative studies don't cancel out the positive
12 studies.
13      And, you know, certainly, looking for
14 migrated particles is very difficult.  You know,
15 again, we're talking about dose.  How much do you
16 inject to get there?
17      And so I think the positive studies are
18 compelling, and it's widely accepted that
19 migration occurs.
20          (Article entitled "Presence of
21      Talc in Pelvic Lymph Nodes of a Woman with
22      Ovarian Cancer and Long-Term Genital
23      Exposure to Cosmetic Talc" marked Exhibit
24      19.)
25

Page 253

1  BY MS. AHERN:
2       Q.  Doctor, I'm handing you what's been
3  marked as Exhibit 19 to your deposition.
4       A.  Okay.
5       MR. TISI:  Thank you.
6       MS. AHERN:  You're welcome.
7       Q.  Exhibit 19 is an article drafted by
8  Dr. Dan Cramer, the "Presence of talc in pelvic
9  lymph nodes of a woman with ovarian cancer and
10 long-term genital exposure to cosmetic talc."
11      Is this a paper that you were referring to a
12 few minutes ago?
13      A.  The 2005, yes.
14      Q.  This is 2007.
15      A.  I'm sorry.  Did I say 2005?  Yes.  This
16 is the paper, anyway.
17      Q.  And the authors are Dan Cramer and Bill
18 Welch, Ross Berkowitz, and John Godleski.
19      Do you see that?
20      A.  Yes.
21      Q.  And three of those individuals have
22 been disclosed as plaintiffs' experts in the talc
23 litigation.
24      Were you aware of that?
25      A.  I was not aware of Bill Welch.  I knew

64 (Pages 250 to 253)

Sarah E. Kane, M.D.

Page 254

1 after -- at some point, I was aware that
2 Dr. Cramer and Dr. Godleski was. I don't believe
3 I was aware of that at the beginning of my
4 research, but I became aware of that. Yes.
5      Q.  Okay.  Are you aware that Dr. Welch has
6 been designated in maybe three cases and given
7 testimony in those cases?
8      A.  Again, I was not aware that Bill Welch
9 had been retained.
10      Q.   Are you aware that Dr. Welch has run
11 the pathology portion of Dr. Cramer's study
12 program for 40 years?
13      A.  I'm aware who Dr. Welch is, and I've
14 certainly seen his name on papers.  But now
15 his -- his role in these studies specifically, I
16 don't know if I can speak to other than he's
17 involved.
18      Q.   He's testified that his only role was
19 in identifying the types of tumors involved in
20 the study to keep people honest.
21      Are you aware that Dr. Welch has repeatedly
22 refused to give -- refused to give a causation
23 opinion like you're giving today?
24      A.  I'm not aware of Dr. Welch's opinions.
25 I didn't know that he was an expert, so I

Page 255

1 wouldn't have reviewed any of that testimony.
2      Q.  Okay.  You weren't provided with any of
3 his testimony or his reports in the litigation?
4      A.  No.  I was not aware that he was a
5 medical expert witness.
6      Q.  Okay.  Do you see under the
7 "Background" section here, it says, "Although
8 epidemiologic studies suggest talc may increase
9 ovarian cancer risk, there is no proof that talc
10 used externally reaches the pelvis"?
11      A.  That's what it says.
12      Q.  Are then if you look down in the -- I'm
13 sorry.  I'm sorry.
14      If you look down in the first paragraph, he
15 mentions, "An epidemiologic association between
16 the use of cosmetic talc and genital hygiene and
17 ovarian cancer was first described in 1982."
18      That's Cramer citing Cramer; isn't it?
19      A.  Let's see.  Let me double-check.  I'm
20 assuming because it's 1982.  But let me
21 double-check.  Or -- yeah.  It's 1999.  He's
22 referencing his 1999 paper.
23      Q.  And he says, "And the many subsequent
24 studies found talc use to increase the risk for
25 ovarian cancer."

Page 256

1      A.  I'm sorry.  Where are you now?
2      Q.  Same sentence.  He just finishes it
3 with "Many subsequent studies found --
4      A.  Okay.
5      Q.  -- "talc use to increase the risk for
6 ovarian cancer."
7      But he just cites himself again from 1982;
8 correct?
9      A.  Sorry?
10      Q.  The only cite he provides for that
11 statement is his own study from 1982?
12      A.  Oh, the one -- the No. 1?
13      Q.  Mm-hmm.
14      A.  Yes.  That's his 1999, it says.  1999.
15      Q.  Okay.  Sorry about that.  You're right.
16      And then he says, "However, the causality of
17 the relationship has been challenged for several
18 reasons."
19      Do you see that?
20      A.  I do.
21      Q.  And he says, "First, the association is
22 a relatively weak one; i.e., summary relative
23 risk of approximately 1.3."
24      Do you agree that a summary relative risk of
25 1.3 is a weak association?

Page 257

1      A.  I've seen "weak" or "moderate" used to
2 describe a 1.3, but that doesn't mean it's not a
3 significant one, especially in a rare disease
4 like ovarian cancer.
5      MS. AHERN:  Objection to the
6 nonresponsive portion.
7      Q.  But I agree it's been described as
8 "weak," at least here by Dr. Cramer?
9      A.  That's -- the sentence says, "First,
10 the association is a relatively weak one; i.e.,
11 summary relative risk of approximately 1.3."
12      Q.  And he says, "Second, there's no clear
13 increase in risk with duration of use."
14      Do you agree with that, as of 2007, there
15 was no clear dose-response in the studies that
16 looked at talc and ovarian cancer?
17      A.  I think there was evidence of a
18 dose-response by 2007.
19      Q.  So do you disagree with Dr. Cramer's
20 statement in the 2007 publication that as of that
21 time, there was no clear increase in risk with
22 duration of use in most studies?
23      A.  I wouldn't necessarily phrase it that
24 way:  There's no clear increased risk.  I think,
25 again, there isn't a lot of data, but what data

65 (Pages 254 to 257)

Sarah E. Kane, M.D.

| Page 258 | Page 260 |
|---|---|

**Page 258**

1  there was -- I believe at that time, I'm trying
2  to think if I was in 2007 -- would be evidence
3  that there was a dose-response.
4      Q.  And which papers, prior to 2007, did
5  they find dose-response that was clear?
6      A.  I would have to look back.
7      Okay.  So I tried to do this in chronologic
8  order.
9      Q.  What page are you on?
10     A.  I'm looking at 16.
11     Q.  Page 16 of Exhibit 14?
12     A.  Yes.
13     Q.  Okay.  Were --
14     A.  I'm just trying to refresh my memory.
15     So Harlow's -- let's see -- 1992 study was,
16  it looks like, the first one that I have listed
17  that had a dose-response -- evaluated for
18  dose-response.
19     They both -- let's see.  The confidence
20  intervals all included the null.  Life- -- so
21  what I wrote here -- this is Page 18 -- "lifetime
22  application ORs when compared to control women
23  with no perineal talc exposure were 1.3, 4 less
24  than 1,000, with a confidence interval of 0.7 to
25  2.7; 1.5 for 1,000 to 10,000 with a confidence

**Page 259**

1  interval of 0.9 to 2.4; and 1.8 for greater than
2  10,000 with the confidence interval of 1.0 to
3  3.0.
4      And then I also -- yeah.  So that's after
5  2007, the Terry and the Lou studies.
6      Q.  You're looking at Harlow 1992?
7      A.  Yes.  That's the paragraph I'm looking
8  at.
9      Q.  And Harlow 1992 found a
10  nonstatistically significant increased risk; is
11  that correct?
12     A.  So the confidence intervals included
13  the null.  So, yeah, it was not statistically
14  significant.  I'm not sure -- I don't have the
15  numbers here, though, of how many they had
16  dose-response data on, which would -- which might
17  increase the interval.
18     In fact, if you look at the confidence
19  intervals, they're pretty wide, trending toward
20  higher.
21     Q.  What are the confidence intervals
22  you're looking at?
23     A.  For less than 1,000 lifetime
24  applications, we're looking at 0.7 to 2.7.
25     For 1,000 to 10,000, we're looking at 0.9 to

**Page 260**

1  2.4.
2      And for greater than 10,000, we're looking
3  at 1.0 to 3.0.
4      Q.  And when they just adjusted -- when
5  they excluded -- when they looked at lifetime
6  talc applications and ovarian cancer after
7  excluding use following hysterectomy or tubal
8  ligation, they found no evidence of an
9  exposure-response relationship, didn't they?
10     A.  Are you looking at the actual paper?
11     Q.  Do you need it?
12     A.  If you're asking me questions about it.
13     Q.  Yeah.  That wasn't in your report -- or
14  is it?
15     MR. ROTMAN:  What is the "it" referring
16  to?
17     Q.  That particular finding is not in her
18  report on dose-response from Harlow in 1992?
19     A.  Well, yeah.  Let me look at the --
20     MS. AHERN:  Sure.
21     (Article entitled "Perineal
22  Exposure to Talc and Ovarian Cancer Risk"
23  marked Exhibit 20.)
24     MS. AHERN:  I'll mark as Exhibit 20 to
25  your deposition "Perineal Exposure to Talc and

**Page 261**

1  Ovarian Cancer Risk" by Harlow, 1992.  That's my
2  only copy.  Sorry.
3      MR. ROTMAN:  Exhibit 20.
4      A.  Okay.  So, I'm sorry, where are you
5  looking?
6      Q.  Let me find it.  Take your time, if you
7  need to.  I'm trying to find my copy.
8      Okay.  If you look at Table 3, "Estimated
9  total lifetime perineal applications of talc
10  containing powders and cases and controls."
11     A.  Okay.  I see Table 3.
12     MR. ROTMAN:  Is there a question?
13     MS. AHERN:  She asked to see the study.
14  I asked her to confirm that once they excluded
15  cases after hysterectomy or tubal ligation, there
16  was no exposure-response relationship.
17     A.  These look to be similar -- oh, I see.
18  Okay.  Total applications.
19     Well, if you actually look at the numbers,
20  the ones above, which are, I believe, what I
21  quoted in my report, so under "Total
22  applications."
23     And then you're asking me about applications
24  excluding use after hysterectomy or tubal
25  ligation?

66 (Pages 258 to 261)

Sarah E. Kane, M.D.

Page 262

1 BY MS. AHERN:
2    Q.  Mm-hmm.
3    A.  What was your question about it?  I'm
4 sorry.
5    Q.  There's no statistically significant
6 dose-response relationship with lifetime
7 application?
8    A.  So the confidence intervals are
9 somewhat similar, but -- are somewhat similar, it
10 looks like, to the top.
11   Q.  No statistically significant
12 dose-response relationship, is there?
13   A.  They all include the null.  That's
14 correct.  But, again, they're trending high.
15   Q.  But if they include the null, then it's
16 consistent with the null hypothesis that there's
17 no association; isn't that true?
18      MR. ROTMAN:  Objection.
19   A.  It's possible.  The null hypothesis is
20 included in "Possibilities."
21   Q.  It also basically means you can't
22 exclude chance as a reason for the findings;
23 correct?
24   A.  Again, it's possible.  I would say it's
25 trending higher, but it does include the null

Page 263

1 hypothesis.
2    Q.  Do you see on Page 25, in the first
3 column on the left-hand side, the first full
4 paragraph, "In our analysis"?
5    Okay.  The authors say, "In our analysis, we
6 first calculated all genital applications of talc
7 based on frequency and years of use.  As a
8 continuous variable in a multivariate model, no
9 significant dose-response was observed between
10 total genital applications of talc and ovarian
11 cancer risk"; correct?
12   A.  That's what it says.
13   Q.  And the reason they excluded
14 hysterectomy and tubal ligation is the next
15 sentence, "because the translocation theory
16 assumes an open genital tract, we then excluded
17 application after tubal ligation or hysterectomy
18 but observed no appreciable change in the
19 dose-response."
20   In other words, still no significant
21 dose-response; correct?
22   A.  That's what it says.
23   Q.  So the authors interpreted both the
24 data you cite in your report as well as the data
25 you didn't cite in your report as showing no

Page 264

1 dose-response?
2    A.  Well, I state in my report what the
3 confidence intervals are.  So certainly, I'm
4 showing that it did include the null hypothesis.
5 But I think it's still -- just because it's not
6 statistically significant, I think it's still
7 data, and I wouldn't completely discount it.
8    But it does -- does contain the null.  The
9 numbers weren't super high, if I remember.  But
10 on their -- I'll have to find it.
11   On -- in their abstract conclusion, they
12 still say that "The greatest ovarian cancer risk
13 associated with perineal talc use was observed in
14 the subgroup of women estimated to have made more
15 than 10,000 applications during years when they
16 were ovulating and had an intact genital tract
17 with the OR of 2.8 and a statistically
18 significant confidence interval of 1.4 to 5.4.
19 However, this exposure was found in only
20 14 percent of the women with ovarian cancer."
21   Q.  Okay.  But we were just asking -- you
22 mentioned the study as support for a
23 dose-response relationship in your report?
24   A.  As evidence of a dose -- a
25 dose-response; again, with the caveat, which is

Page 265

1 here, that it includes the null hypothesis.
2    Q.  Okay.  And what about Cramer in 1999?
3      MR. ROTMAN:  Objection.  I don't think
4 that's a question.
5      MS. AHERN:  Fair point.
6 BY MS. AHERN:
7    Q.  In Cramer 1999, you've also cited as
8 evidence after dose-response, correct, on Page 35
9 of your report?
10   A.  I see that.  Yes.  It's listed in a
11 reference list.
12   Q.  And the authors, including Cramer,
13 basically say they "failed to demonstrate
14 consistent dose-response relationships with
15 measures of intensity of exposure."
16      MR. ROTMAN:  Do you have -- do you have
17 the paper?
18      MS. AHERN:  Do you want the paper?
19      MR. TISI:  Is that the one you
20 identified before?
21      MS. AHERN:  No.  This is a new one.
22      MR. ROTMAN:  She's getting the paper
23 out.
24      MS. AHERN:  I thought I had it too.
25 Maybe it's in one of the boxes.  Let me see if I

Sarah E. Kane, M.D.

Page 266

1  can find my own copy.
2       Okay.  Sorry.  This is the only copy I
3  have right now.
4       THE WITNESS:  Okay.
5       MS. AHERN:  We can mark it, if you
6  want.
7  BY MS. AHERN:
8       Q.  It's a copy of the Cramer 1999
9  publication that you cited in your report in
10 support of dose-response.
11      MR. TISI:  Are you marking it?
12      THE COURT:  I can if you want me to.  I
13 just didn't want to mark my copy.
14      MR. KLATT:  I don't think I do.
15      MS. AHERN:  That's all right.  I don't.
16 We'll mark Cramer -- oops, no, we won't because
17 this is the wrong study.  Sorry.  The old "wrong
18 study" trick.
19      THE WITNESS:  I can't find that
20 information.  Oh, I've got the wrong reference.
21 Sorry.  All righty.
22           (Article entitled "Genital Talc
23           Exposure and Risk of Ovarian Cancer" marked
24           Exhibit 21.)
25

Page 267

1  BY MS. AHERN:
2       Q.  Okay.  So, Doctor, this is Exhibit 21,
3  which is "Genital Talc Exposure and Risk of
4  Ovarian Cancer," Dan Cramer, 1999.
5       A.  Okay.
6       Q.  This is something else.
7       Can you find -- I don't have it in front of
8  me, so I'm going to rely on you to find the
9  tables that show their dose-response analysis.
10      MR. ROTMAN:  You made that Exhibit 21?
11      MS. AHERN:  Yes.
12      MR. TISI:  It's 21.  Yes.
13      THE WITNESS:  Would that be Table 2,
14 what you're referring to (indicating)?
15 BY MS. AHERN:
16      Q.  I believe the numbers were -- they were
17 looked at in terms of zero years' duration, less
18 than 20, 20 to 30, and greater than 30.
19 Do you see that on there?
20      A.  I'm looking.  This one says "less
21 than -- frequency of use."
22      Q.  There's a frequency and a duration.
23      A.  Okay.
24      Q.  Yeah.
25      A.  Sorry.  Why am I not seeing it?  It's

Page 268

1  in the table.  Let me see.
2       Q.  I think so.  If you want to go to --
3       A.  Oh.
4       Q.  You got it.
5       A.  Yes.  I see it now.  Sorry.  It was
6  buried in Table 3, very small print.  Okay.  Yes.
7  So Table 3, years of use.  Yup.
8       Q.  Do you see they're not showing a
9  statistically significant dose-response
10 relationship?
11      A.  So for less than 20 years, the
12 confidence intervals were 1.16 to 3; at 20 and 30
13 and greater than 30, they did -- the confidence
14 intervals did include the null.
15      But, again, I don't know how many -- I can't
16 remember.  Oh, here are the cases.
17      Yeah.  So there are 55, less than 20 cases;
18 thirty-two 20 to 30; and 59 greater than 30.
19      Q.  And you see also the frequency
20 analysis?  It also did not find a significant
21 dose-response relationship as a statistically
22 significant dose-response relationship?
23      A.  Yes.  For less than 30 years, the
24 adjusted OR was 2.21 with a confidence interval
25 of 1.37 to 3.56.

Page 269

1       The 30 to 39 was adjusted OR of 1.17 with
2  confidence intervals .78 to 1.76.
3       And the 40-plus adjusted OR was 1.57 with
4  confidence intervals of 0.8 to 3.10.
5       Q.  So not only did the point estimate go
6  down with more use, but the higher the
7  concentration, there was also no statistical
8  significance; correct?
9       A.  Yeah.  I mean, the numbers -- so the
10 only one that doesn't include the null -- let me
11 just double-check.
12      Actually, there are two.  So the less than
13 20 years or less than 30 per month are
14 statistically significant.
15      Q.  It's only the first dose category in
16 each group --
17      A.  Yeah.
18      Q.  -- shows statistical significance.
19      And as the doses got higher, the exposure
20 frequency got higher, the point estimates went
21 down and statistical significance went away;
22 correct?
23      A.  The confidence intervals did include
24 the null.  And I think this illustrates how
25 difficult sort of dose and frequency can be to

68 (Pages 266 to 269)

Sarah E. Kane, M.D.

Page 270

1    study because we don't really know what the doses
2    are, and we don't really have granularity as far
3    as frequency of use.  Well, I have to look at --
4        Q.  These are studies that you cited in
5    your report as evidence of a dose-response,
6    correct, the Harlow and the Cramer papers?  You
7    both cited yourself.
8        Did you evaluate the internal validity of
9    those studies and critically evaluate the methods
10   and study populations when you included them in
11   your report?
12       A.  Let me -- well, I said -- this is the
13   sentence -- "Most have found an increased risk of
14   ovarian cancer with increased exposure."  So,
15   yet, when studies have evaluated duration of
16   frequency of perineal talc use.
17       So this list is the studies that evaluated
18   duration and frequency of perineal talc use.  And
19   I said, "Most have found an increased risk."  So
20   what I'm citing here are the studies that looked
21   at duration and frequency.
22       Q.  Okay.  And we were referring to
23   Cramer's 2007 publication where he himself says
24   that the association has been challenged because
25   it's weak and because there's no clear increase

Page 271

1    in risk with duration of use.
2        And you didn't agree with that statement,
3    and you referred me to Harlow 1992; correct?
4        A.  I was going to where I mentioned the
5    dose-response studies.
6        Q.  Okay.  Just to button up and finish up
7    with Cramer 1999, if you look at Page 355, the
8    authors included, "They failed to demonstrate
9    consistent dose-response relationships with
10   measures of intensity of exposure."
11       Do you see that?
12       A.  I'm sorry.  Where are you?
13       Q.  On Page 355.
14       A.  Okay.  I'm seeing "in attempting" --
15   sorry.  I see, "Most talc and ovarian cancer
16   studies that have addressed dose-response,
17   including this one, have failed to demonstrate
18   consistent dose-response relationships with
19   measures of the intensity of exposure,
20   especially when the trend is examined among users
21   only.  In attempting to address this weakness, we
22   point out that it is difficult to quantify the
23   amount of powder actually used and degree of
24   perineal dusting that might constitute an
25   application of talc," quote/unquote around

Page 272

1    "application of talc."
2        "Another factor that may affect the
3    dose-response relationship is whether use
4    occurred at a time when the female tract was
5    open.  There is evidence from several studies
6    that the talc/ovarian cancer association is
7    modified by closure of the female tract as a
8    result of tubal ligation or hysterectomy.
9        Q.  Doctor, did they say they didn't find a
10   dose-response relationship?
11       A.  I'm trying to find what they said other
12   than that on Page 355.
13       Yeah.  They said, "Studies that have
14   dose-response, including this one, have failed to
15   demonstrate consistent dose-response
16   relationships."
17       But it goes on to qualify with the
18   difficulty of measuring dose and frequency, which
19   is what I described earlier.
20       Q.  Mm-hmm.
21           (Article entitled "Perineal Talc
22       Exposure and Epithelial Ovarian Cancer Risk
23       in the Central Valley of California" marked
24       Exhibit 22.)
25

Page 273

1    BY MS. AHERN:
2        Q.  Okay.  The next one -- are you done,
3    sorry, with that one?
4        A.  If we're moving on, sure.
5        Q.  If you're done.
6        The next one you mention, you cite in your
7    report for dose-response is Mills 2004, which I'm
8    handing you now marked as Exhibit 22.
9        Oh, yeah.  We'll leave that here for right
10   now.
11       A.  Okay.
12           MR. ROTMAN:  Can I see the one you just
13   finished with?
14           MR. TISI:  This is 22; right?
15           MS. AHERN:  Yes, sir.
16   BY MS. AHERN:
17       Q.  And this one, you're welcome to read
18   through it if you want.  All I wanted to point
19   out is if you look right up front in the
20   abstract, a little more than midway down, they
21   say, "The odds ratio for ever use of talc was
22   1.37 with the confidence interval of 1.02 to 1.85
23   compared to never users.  However, no
24   dose-response association was found."
25       Do you see that?

69  (Pages 270 to 273)

Sarah E. Kane, M.D.

| Page 274 |
|---|
| 1    A.  I see where it says that. |
| 2    Q.  And if you want to look through there |
| 3  and convince yourself of that, go for it.  I |
| 4  think the table that we're looking at is Table 2 |
| 5  on Page 460. |
| 6    A.  Yeah.  The 4 to 12 years had an OR of |
| 7  1.86 that was statistically significant at 1.16 |
| 8  to 2.98.  But the others, which were never -- |
| 9  which, of course, is the null, 4 to 12 years, |
| 10  which -- oh, the 13 to 30 was adjusted OR of |
| 11  1.45, confidence interval .9 to 2.32. |
| 12    And then the greater than 30 years was OR of |
| 13  1.22 with confidence interval of .72 and 2.08. |
| 14  So the 13 to 30 and the greater than 30 includes |
| 15  the null. |
| 16    And then if we look at frequency, cumulative |
| 17  use, frequency types duration, there was a |
| 18  statistically significant increase with second |
| 19  quartile and third quartile divisions.  But then |
| 20  it dropped in the fourth quartile, the highest |
| 21  exposure. |
| 22    And, you know, again, sort of difficulty in |
| 23  measuring this.  But you do see an increase in |
| 24  the second and third quartile, between the second |
| 25  and third, that was statistically significant. |

| Page 275 |
|---|
| 1  And then -- |
| 2    Q.  But the authors themselves interpret |
| 3  their data as no dose-response association; |
| 4  correct? |
| 5    A.  In the abstract, that's what they |
| 6  state.  I'm trying to figure out what their -- |
| 7  what they said.  They must have said a little bit |
| 8  more. |
| 9    Q.  Doctor, you reviewed this study before; |
| 10  right? |
| 11    A.  I did.  Yes. |
| 12    Q.  Okay. |
| 13    A.  I'm just refreshing my memory. |
| 14    Q.  Okay.  If you look at Page 463. |
| 15    MR. ROTMAN:  Are you changing the |
| 16  topic? |
| 17    MS. AHERN:  No.  Same topic. |
| 18    MR. ROTMAN:  She was looking for |
| 19  something as part of a prior answer. |
| 20  BY MS. AHERN: |
| 21    Q.  As part of your prior answer that there |
| 22  was no dose-response? |
| 23    A.  As part of the answer that they stated |
| 24  that in the abstract.  I was trying to find out |
| 25  where they had a discussion. |

| Page 276 |
|---|
| 1    Q.  I was trying to point you a little bit |
| 2  toward this.  It's Page 463.  There's some |
| 3  discussion of it. |
| 4    If you look at the third paragraph down, "As |
| 5  in other studies, the present study did not find |
| 6  a clear dose-response based on duration of use or |
| 7  cumulative use." |
| 8    And then it says, "Limiting the analysis of |
| 9  dose-response to women who reported ever use of |
| 10  talc did not affect the results, data not shown. |
| 11  The lack of dose-response between talc use and |
| 12  epithelial ovarian cancer may be explained by the |
| 13  inability to quantify the actual amount of talc |
| 14  used per application and the timing of the |
| 15  application." |
| 16    A.  Yeah.  So with that caveat. |
| 17    Q.  Well, the findings are what they are; |
| 18  right? |
| 19    The findings are no dose-response |
| 20  relationship? |
| 21    A.  The findings are what they are.  But, |
| 22  again, it's not an easy -- there's not huge |
| 23  numbers in these cases. |
| 24    And, again, you still don't know from woman |
| 25  to woman what one dose is, so there's a ton of |

| Page 277 |
|---|
| 1  variability.  It's not like a cigarette, where, |
| 2  you know, from one cigarette to the next or, you |
| 3  know, a drug dose is probably a more accurate |
| 4  analogy, you know. |
| 5    Q.  True.  But just because it's difficult |
| 6  to study, it doesn't mean if we could study it |
| 7  better, we would get a positive result, does it? |
| 8    A.  I -- oh, my thing is not working.  I |
| 9  think I have to plug my thing in. |
| 10    MR. ROTMAN:  Can you? |
| 11    COURT REPORTER:  I'd have to break to |
| 12  do it. |
| 13    MR. ROTMAN:  Let's go off the record. |
| 14    THE VIDEOGRAPHER:  Off the record. |
| 15  4:37 p.m. |
| 16    (A recess was taken.) |
| 17    THE VIDEOGRAPHER:  Back on the record, |
| 18  4:44 p.m. |
| 19  BY MS. AHERN: |
| 20    Q.  Okay.  Doctor, you saw the Mills paper |
| 21  in front of you? |
| 22    A.  Yes. |
| 23    Q.  Okay.  Could you look at your report on |
| 24  Page 21? |
| 25    (Witness complies.) |

70 (Pages 274 to 277)

Sarah E. Kane, M.D.

Page 278

1     A.  Okay.
2     Q.  Let's see, where is my copy?
3     And turn to Page 3 of the Mills publication.
4     A.  Page 3, which would be Page 460?
5     Q.  That's a good question.
6     Where is my Mills publication?
7         MS. AHERN:  Do you have it?
8         MR. TISI:  Sure.
9         MS. AHERN:  Thank you.
10        Oh, I know where it is.
11    BY MS. AHERN:
12    Q.  I'm sorry.  I thought I had the
13    specific passage marked.  And I do, somewhere in
14    here.  Okay.  Sorry.  It's on Page 460.  I
15    apologize.
16    A.  Okay.
17    Q.  All right.  Do you see on the Mills
18    publication on Page 460 that bottom paragraph on
19    the left, "ever use of talcum powder"?
20    A.  Yes.
21    Q.  And if you read down toward the bottom
22    part of that paragraph, on the fourth line from
23    the bottom, the sentence starts "Duration of
24    use."
25    A.  Okay.

Page 279

1     Q.  "Duration of use of talcum powder was
2     associated with increased risk, although the
3     pattern was also not clear-cut in that the point
4     estimate peaked among those reporting 4 to 12
5     years of use and declined somewhat among those
6     reporting longer duration of use."
7     Do you see that statement?
8     A.  I see that.  Yup.
9     Q.  And if you look at your report on
10    Page 21, the top paragraph, about midway, a
11    little -- well, a third of the way down, you pick
12    up with "Duration of use of talc was also
13    associated with increased risk, although the risk
14    peaked."
15    Do you see that statement?
16    A.  Yes.
17    Q.  If you compare those statements, are
18    they almost identical with the exception of the
19    statement by Mills that the pattern was not
20    clear-cut?
21    A.  They are similar.  This might have
22    been, like I described earlier, where, if I was
23    taking notes, some of the language might have
24    gotten incorporated, although I do have the
25    citation.

Page 280

1     Q.  Is there a reason that that entire
2     portion of your report is copied identically from
3     Mills except for the qualifier that the pattern
4     was not clear-cut for dose-response?
5     A.  Well, I think it still has the same
6     meaning.
7     Q.  Without the qualifier?
8     A.  I think the qualifier is in the -- in
9     the data.
10    Q.  Okay.
11    A.  I don't think I was -- I wasn't trying
12    to make it sound anything different than what it
13    was.  I think I was trying to report the data.
14    Q.  Okay.  All right.  And, Doctor, if you
15    turn to Page 10 of your report, the section on
16    inflammation.
17    Are you there?
18    A.  Yes.
19    Q.  You start on the second paragraph under
20    "Inflammation" discussing oxidative stress.
21    A.  Okay.
22    Q.  Okay.  Were you aware that a
23    significant amount of the section of your report
24    on oxidative stress is copied verbatim?  More
25    than 60 percent of it, I think, is copied

Page 281

1     verbatim from Dr. Saed's 2018 publication?
2     A.  Again, if the language is similar, it
3     was not an intentional.  I am citing him here, so
4     it's -- you know, it's clear that those are the
5     references.  Again, it might have been due to
6     note-taking, but the citation is clear.
7     Q.  Do you ever take verbatim language out
8     of another scientist's work and not set it off in
9     quotation marks in your professional work?
10    A.  I think I've cited the source here.
11    It's -- so it's not -- again, it's not like I was
12    intentionally copying his words.  It was, again,
13    probably an editing while I was taking notes, but
14    the citations are clear.
15    Q.  Is your -- is the underlying
16    understanding that you have related to oxidative
17    stress and inflammation drawn primarily from
18    Dr. Saed's work?
19    A.  No.  I mean, oxidative stress and
20    inflammation is something that we study -- that
21    I've studied.
22    Q.  Have you ever published a study on
23    oxidative stress or redox biology?
24    A.  I have not published on oxidative
25    stress.

71 (Pages 278 to 281)

Sarah E. Kane, M.D.

1    Q.  What sort of work as a pathologist have
2  you done that incorporates redox biology?
3    A.  Well, again, this is part of our
4  medical training.  Certainly in training to be a
5  physician, that is something that we learn.  And,
6  you know, pathologists do quite frequently come
7  across inflammatory -- inflammation literature.
8    Q.  Are you -- is it your position that the
9  information in your report under "Inflammation"
10  that discusses oxidative stress and redox biology
11  is common knowledge among pathologists?
12    A.  That oxidative stress and inflammation,
13  yes.  I think -- yes.  I think that's widely
14  accepted.
15    Q.  The specific information contained on
16  Pages 10 and 11 of your report that was drawn
17  from Dr. Saed's work, is that information that is
18  common knowledge?
19    The specific enzymes that are discussed, the
20  research on these issues, is that specific
21  information there common knowledge?
22    A.  It's common knowledge that these types
23  of cancer are associated with inflammation, and
24  certainly oxidative stress is part of
25  inflammation.

1    Q.  Was this common knowledge to you before
2  you reviewed Dr. Saed's 2018 publication?
3    A.  Yes.  I was just citing his report at
4  this point.
5    Q.  Are you aware you also cited his
6  underlying citations in the same spots that he
7  cited them?
8    A.  That's possible because I reviewed his
9  citations as I was reading his citations.
10    Q.  Did Dr. Saed give you permission to
11  copy his -- the language from his publication?
12    A.  I wouldn't characterize it as
13  "copying."  I think it may be similar language,
14  again, because I was writing as I was reading.
15  But I am certainly clearly citing his work and
16  the other citations.
17    Q.  Do you agree that Dr. Saed's 2018
18  paper is a compilation of his own synthesis and
19  review of the underlying articles that he
20  incorporated into his paper, and do you think
21  it's appropriate for you to just lift the
22  language from his paper and the citations that he
23  found and synthesized and put it in your report
24  and not attribute it to him with quotation marks?
25    MR. ROTMAN:  Objection.

1    A.  I did attribute -- I certainly cited
2  him in several places in this area.  And, again,
3  it was not an intentional copying.  Again, it
4  might have just happened with my editing, but I
5  certainly tried to cite everything that I was
6  looking at in the proper place.
7    But I do believe that it's common knowledge
8  that chronic inflammation can cause different
9  types of cancer.  This is not really new data.
10    Q.  Dr. Saed says that it's new data.
11    A.  In what respect, though?  If we're
12  talking about myeloperoxidase, yes.  But I'm
13  talking about oxidative stress and chronic
14  inflammation with known association with certain
15  types of cancer.
16    Q.  So it's your testimony that the
17  verbatim text that you used in the section from
18  Dr. Saed's 2018 paper was appropriately cited and
19  attributed to him?
20    MR. ROTMAN:  Objection.
21    A.  Again, I'm not sure it's absolutely
22  verbatim, but I certainly cited him in every
23  place that I was referencing.
24    Q.  Okay.  We'll just move on.
25    (Highlighted copy of Dr. Kane's

1  expert report marked Exhibit 23.)
2  BY MS. AHERN:
3    Q.  Doctor, I've marked as Exhibit 23 to
4  your deposition a highlighted copy of your report
5  that shows the verbatim text that has been
6  carried over from various publications into your
7  report.
8    If you turn to Page 10 and 11, you'll see
9  that the highlighted portions are copied directly
10  from Dr. Saed's work.
11    MR. ROTMAN:  Do you have a copy for me
12  of this exhibit?
13    MS. AHERN:  Oh.  I do.  Sorry about
14  that.
15    MR. ROTMAN:  So we're at Page 10 and
16  11?
17    MS. AHERN:  That's just for the Saed
18  publication.  And there's one in there that Saed
19  was also on.
20    MR. ROTMAN:  Does she have the Saed
21  publication in front of her?
22    MS. AHERN:  I can find it for you.
23  BY MS. AHERN:
24    Q.  But my point is, are you aware that
25  that -- that there's a significant portion of

Sarah E. Kane, M.D.

Page 286

1    that section of your report that is just
2    cut-and-pasted from Dr. Saed's work?
3        A.  I don't believe -- again, it's -- it
4    wasn't intentional with the citations, and it
5    could have happened with my note-taking or other
6    suggested input.  But, again, I cited -- I
7    certainly cited him in that section.
8        Q.  Okay.
9            MR. TISI:  Did you mark that?
10           MS. AHERN:  Hmm?
11           MR. TISI:  Did you mark that as an
12   exhibit?
13           MS. AHERN:  Yes.  I think it's 23.
14   Sorry.
15           MR. TISI:  That's okay.
16           MR. ROTMAN:  Do you have the Saed in
17   front of you?
18   BY MS. AHERN:
19       Q.  I think it's -- it wasn't intentional
20   is your testimony, and it's probably just a
21   result of your note-taking process; is that
22   correct?
23       A.  Well, because I cited him specifically,
24   certainly it wasn't intentional to be verbatim.
25   And I'm not sure exactly the process, but

Page 287

1    certainly I'm citing him several times there.
2        Q.  Okay.  That's fine.  We'll just move
3    on.
4            And, Doctor, just to be clear, I understand
5    your testimony is that it is common knowledge to
6    pathologists that oxidative stress and
7    inflammation are related; correct?
8        A.  Yes.
9        Q.  Okay.  But you are -- we're talking
10   about oxidative stress and redox biology
11   specifically as a field of study or research.
12           You're not an expert in that field of study
13   or research, are you?
14       A.  I certainly have read literature in
15   that area.
16       Q.  Does that make you an expert?
17       A.  I -- I mean, I'm familiar with
18   literature in the area.  That's -- that's my
19   answer.
20       Q.  Okay.  But you don't conduct studies in
21   oxidative stress and redox biology, do you?
22       A.  I do not conduct studies in oxidative
23   stress and redox biology.
24       Q.  You're not currently participating in a
25   study looking at oxidative stress or redox

Page 288

1    biology and inflammation, are you?
2        A.  I am not currently participating in a
3    study of oxidative stress or redox biology.
4        Q.  You don't have any funding related to
5    oxidative stress and inflammation, do you?
6        A.  No, I do not.
7        Q.  Have you ever applied for any funding
8    in that area?
9        A.  No.  I have not.
10       Q.  Have you ever authored a systematic
11   review of the literature on oxidative stress and
12   inflammation?
13       A.  Oxidative stress and inflammation, no.
14   I don't believe I have.
15       Q.  Have you ever authored a systematic
16   review of the literature on oxidative stress and
17   cancer?
18       A.  No.  I have not authored a systematic
19   review on that.
20       Q.  Okay.  Doctor, moving on to
21   inflammation and ovarian cancer.
22           Generally, on inflammation, can you cite to
23   a published experiment that was conducted in
24   animals in vivo that establishes a role of any
25   particular inflammatory cell or cytokine or

Page 289

1    enzyme in tumor regenesis?
2        A.  Oh.  Let me -- let me bring up my
3    inflammation section.  Sorry.  I'm just
4    refreshing myself as to what I stated in my
5    report.
6            Oh, this is low battery again.  I don't
7    think this is plugged in.
8            MR. ROTMAN:  Can we take five minutes
9    off the record?
10           MS. AHERN:  Yes.
11           THE VIDEOGRAPHER:  Off the record,
12   5:02 p.m.
13           (A recess was taken.)
14           THE VIDEOGRAPHER:  Here begins Media
15   No. 6 in today's deposition of Sarah Kane, M.D.
16   Back on the record, 5:28 p.m.
17           (Article entitled "Talcum
18       powder, chronic pelvic inflammation and
19       NSAIDs in relation to risk of epithelial
20       ovarian cancer" marked Exhibit 24.)
21   BY MS. AHERN:
22       Q.  Dr. Kane, I'm marking what's been --
23   well, I'm marking Exhibit 24 to your deposition,
24   which is a copy of the Merritt 2008 publication.
25   And I'm sorry, I don't have an extra.  I'm going

73 (Pages 286 to 289)

Sarah E. Kane, M.D.

Page 290

1    to share.
2        It's "Talcum powder, chronic pelvic
3    inflammatory -- sorry, chronic pelvic
4    inflammation and NSAIDs in relation to risk of
5    epithelial ovarian cancer."
6        And you cite Dr. Merritt's paper a couple of
7    times in your report; is that correct?
8        A.   I believe I cited it, yes.
9        Q.   I think you cite it as a statistically
10   significant positive talc study on Page 17 of
11   your report?
12       A.   Oh, let me get to that, if that's the
13   section I'm thinking of.
14       Q.   There are a couple of places?
15       A.   There was -- yes.  This happened in
16   editing.  I believe if this is -- so the sentence
17   ended up, it originally didn't have the
18   "statistically significant."  It was just, you
19   know, an odds ratio greater than one and listed.
20       And then I mistakenly didn't delete.  When I
21   changed it to "statistically significant," for
22   some reason -- I don't know if it happened in the
23   editing between additions or something -- somehow
24   I seem to remember deleting them.  But in the
25   final, they ended up all there.  So that was a --

Page 291

1        MR. ROTMAN:  What page was this?
2        A.   -- typographical error.
3        It's in there twice.  I noticed it after I
4    submitted it, and it was one of those --
5        Q.   Are you saying Merritt is not
6    statistically significant?
7        A.   So I know which -- again, I'd have -- I
8    have to go through.  It's been a long day, and
9    the names are starting to get all confused.
10       Q.   Yeah.
11       A.   But I know that that sentence, with
12   "all of those" at the end of that sentence, is
13   incorrect because I had changed -- I had meant to
14   list cumulatively the statistically significant
15   ones and ended up --
16       Q.   Okay.  So just to clarify for the
17   record, on Page 17, we're talking about the first
18   full paragraph that says, "In addition to the
19   Cramer 1982 study, numerous other case-control
20   studies addressing talc use and ovarian cancer
21   have shown statistically significant odds ratios
22   greater than one indicating talc use is
23   associated with an increased ovarian cancer
24   risk."
25       And then there's a string cite with a number

Page 292

1    of multiple publications.
2        A.   Right.
3        Q.   You're saying that some of those
4    publications shouldn't be in there because you
5    added "statistically significant" as a criteria
6    later?
7        A.   Exactly.
8        Q.   Okay.  That's actually not my question
9    about Merritt, but thank you.
10       A.   I knew that was going to come up --
11       Q.   That's okay.
12       A.   -- at some point.
13       Q.   While we're there, since we're sitting
14   here looking at this, so these are -- you listed
15   out case-control studies addressing talc, and
16   they're supposed to be those that have
17   statistically significant odds ratios; correct?
18       A.   That's correct.  That was the
19   intention.
20       Q.   And Gertig 2000 is there, and Houghton
21   2014 are there, and they're obviously cohort
22   studies?
23       A.   So, again, I think that somehow that
24   paragraph got all -- and I didn't catch it in the
25   final edits.

Page 293

1        Q.   Okay.
2        A.   I know that that was at least a
3    different paragraph at first, possibly two
4    paragraphs that got condensed.  And then somehow,
5    the references didn't get changed in the final.
6        Q.   Okay.  Do you happen to know -- and if
7    you don't it's okay -- but do you happen to know
8    which of these studies should be there and which
9    should be removed?
10       A.   Off -- I would want to look just to
11   make sure.
12       Q.   Okay.
13       A.   But I'm -- if I am -- I'd want to look
14   just to make sure, but I know there are some that
15   should not be there.
16       Q.   All right.  But looking at Merritt,
17   there are a couple of places where Merritt is
18   cited in your report.  One is Page 17 in that
19   paragraph we just looked at.  Another is Page 28
20   in Section -- the "Pooled study regarding talc
21   use and ovarian cancer" section.
22       It says some -- let's see, you're talking
23   about the advantages of pooled studies, and you
24   cited Merritt 2008.
25       A.   Okay.

74  (Pages 290 to 293)

Sarah E. Kane, M.D.

Page 294

1    Q.  And then on Page 35, Merritt is cited.
2  "Studies evaluating duration and frequency of
3  perineal use, most have found an increased risk
4  of ovarian cancer with increased exposure."
5    We already went through this paragraph
6  earlier --
7    A.  Yeah.  Yeah.
8    Q.  -- and discussed Merritt a little bit
9  in that context.
10     MR. ROTMAN:  Page 30 -- the last one
11  was Page 35?
12     MS. AHERN:  Thirty-five.  Yeah.  I
13  apologize.  We may not have discussed Merritt.
14  BY MS. AHERN:
15    Q.  But looking at Merritt now, you're
16  aware that Merritt looked specifically at
17  inflammatory conditions as part of their
18  exploration of the hypothesis that chronic
19  inflammation could lead to ovarian cancer; is
20  that right?
21    A.  Yes.  There was a component from what I
22  remember.
23    Q.  They say in the abstract that "Chronic
24  inflammation has been proposed as the possible
25  causal mechanism that explains the observed

Page 295

1  association between certain risk factors such as
2  the use of talcum powder or talc in the pelvic
3  region and epithelial ovarian cancer."
4    Do you see that?  It's in the abstract, the
5  first sentence?
6    A.  Yeah.  Okay.  The first sentence.
7    Q.  Okay.  They go on to say, "To address
8  the issue, we evaluated the potential role of
9  chronic local ovarian inflammation in the
10  development of the major subtypes of epithelial
11  ovarian cancer."
12    Do you see that?
13    A.  Yes.
14    Q.  Okay.  And just want to ask you:  They
15  conducted the study as a case-control study
16  looking at 2319 women with epithelial ovarian
17  cancer; correct?
18    A.  I don't remember the exact number, but
19  I will -- I will --
20    Q.  I think that's -- that's okay.
21    A.  I don't remember the exact number.
22    Q.  Okay.  So they looked at a number of
23  factors that are theoretically associated with
24  chronic inflammation, didn't they, including
25  pelvic inflammatory disease and talc use,

Page 296

1  endometriosis.
2    And do you see if you turn to -- I'm trying
3  to get through this quickly.  You're welcome to
4  point out anything you want, but I kind of want
5  to move us along.
6    A.  Okay.
7    Q.  If you look at the "Discussion"
8  section, I, unless I missed it, on Page 174, the
9  right-hand column, second full paragraph, they
10  note that "It has been hypothesized that talc is
11  linked to ovarian cancer development through
12  inflammation.  However, evidence linking an
13  inflammatory response with talc contamination of
14  the ovaries is lacking."
15    Do you agree or disagree with that statement
16  that evidence linking an inflammatory response
17  with talc contamination of the ovaries is
18  lacking?
19    A.  I don't know if I would phrase it that
20  way.  Have there been studies that have followed
21  talc from application up to the ovaries and
22  documenting an inflammatory response after talc?
23  No.  There's not going to be that study.
24    That would be -- I don't think you could do
25  that study today with talc being called by the

Page 297

1  IARC a possible carcinogen.  I don't think you
2  could design that study right now and do that in
3  women.
4    But, again, I think -- I think it's still a
5  highly compelling, plausible mechanism because we
6  know talc can cause inflammation, and
7  inflammation is associated with certain cancers,
8  including certain types of ovarian cancers.
9    So I don't know if I would state it that
10  way.
11    Q.  When you say inflammation is associated
12  with ovarian cancer, what studies are you
13  referring to?
14    A.  I'm referring to, for example, clear
15  cell carcinomas that have arisen from
16  endometriotic lesions that we've talked about
17  before.
18    Q.  And those cells are -- the originating
19  cells are thought to come from the endometrium
20  itself, the uterus; correct?
21    A.  I don't know if we know for sure.  I
22  mean, is it endometriosis that's in the ovary
23  causing chronic inflammation in the ovarian cells
24  that are causing the clear cell?  I don't know if
25  that's been completely delineated.

75 (Pages 294 to 297)

Sarah E. Kane, M.D.

Page 298

1    Q.   But there are markers that will
2  distinguish ovarian surface epithelial cells from
3  endometrioid cells which resemble endometrial
4  cells; correct?
5    A.   There are some stains that you can do.
6  But, again, I don't know if it's going to be --
7  been completely elucidated.
8    Q.   Are you aware of recent studies that
9  have demonstrated that there is some abnormality
10  in the endometrium of women who develop
11  endometriosis when compared to women who don't
12  develop endometriosis?
13    A.   I'm aware that retrograde migration of
14  the endometrium is thought to -- has been
15  associated with endometriosis. I don't know what
16  you mean by "abnormalities" of the -- you have to
17  be more specific. I can't --
18    Q.   I don't have the publication with me.
19  I was just asking if you were aware of those
20  studies.
21    A.   I probably read them at some point, but
22  off the top of my head, I'm not really sure
23  without knowing more specifically.
24    Q.   And would you agree that the studies,
25  though, that show a decreased risk of ovarian

Page 299

1  cancer for women who have tubal ligation are
2  studies -- well, are more highly associated with
3  endometrioid clear cell carcinomas than with
4  high-grade serous?
5    A.   With tubal ligation, off the top of my
6  head, I believe that's -- that that's the case.
7    But with salpingectomy, which removes the
8  fallopian tube fimbriae, there's -- that
9  decreases the risk of serous carcinomas.
10    Q.   To a lesser extent, then, the decrease
11  for clear cell and endometrioid, which some
12  people have suggested supports the retrograde
13  migration of endometrial cells into the abdominal
14  cavity?
15    A.   Some people have said that that
16  supports the retrograde migration of the
17  endometrial cells. That is correct.
18    Q.   And I got off topic. We're looking at
19  Merritt. Page 174, if you look, let's see --
20  here it is. Sorry. I apologize, on Page 175.
21    The very bottom of the summary paragraph, it
22  says, "The elevation in ovarian cancer risk
23  associated with use of talc in the perineal
24  region that we and others have observed has been
25  regarded as the main evidence supporting an

Page 300

1  inflammatory mechanism in the development of
2  epithelial ovarian cancer. However, experimental
3  evidence that perineal talc use elicits an
4  inflammatory response in the ovaries is lacking,
5  and overall, we conclude that chronic
6  inflammation does not play a major role in
7  development of ovarian cancer."
8    Is there a reason you didn't cite the
9  Merritt study in your report specifically when
10  discussing evidence of chronic inflammation and
11  ovarian cancer, a link between those two?
12    A.   In the places that I -- let me just
13  double-check. Places that I mention, was I
14  not -- I wasn't talking about inflammation. Is
15  that what you're --
16    Q.   Yes. You agree you cited Merritt in
17  several places in your report?
18    A.   Yes.
19    Q.   But you didn't cite anything about the
20  inflammation findings from Merritt.
21    A.   I'm not sure I can completely agree
22  with their conclusion. It's true we don't
23  have -- like I mentioned before, we don't have a
24  study that has looked at women who use talc,
25  follow it up, and then see chronic inflammation

Page 301

1  in the ovary.
2    But I think that's going to be -- again, we
3  don't know how long that chronic inflammation is
4  going to be there. We don't know what dose is
5  getting into the ovary.
6    I still think -- and, again, this is the
7  plausibility part of it -- I think there's still
8  compelling evidence that talc can cause an
9  inflammatory response that would explain the risk
10  of increased risk of ovarian cancer with talcum
11  powder products.
12    So, I mean, I certainly read this. It had
13  some good information in it. I don't think I was
14  purposely trying to leave out something that had
15  evidence. This was their opinion.
16    And I'm -- I don't know if I would phrase it
17  that way, the exact words that they use.
18    Q.   Well, if those are exactly their
19  findings here -- if you look at the top of the
20  summary paragraph, "In summary, most factors that
21  could potentially cause ovarian inflammation such
22  as pelvic inflammatory disease, HPV infection,
23  and postpubertal mumps were not associated with a
24  significant elevation in ovarian cancer risk in
25  our study. In addition, the expected corollary,

76 (Pages 298 to 301)

Sarah E. Kane, M.D.

Page 302

1    an inverse association with regular use of
2    anti-inflammatory medications, was also not
3    observed -- or was not observed."
4        A.   Yes.  Yeah.  Yeah.
5        Q.   They looked at multiple sources or
6    multiple causes of inflammation in the pelvic
7    region and did not find an association with the
8    risk of ovarian cancer, and they didn't find a
9    decreased risk in people that used
10   inflammatory -- anti-inflammatory medications.
11       A.   I think I mentioned --
12       Q.   So this is an inflammation study, isn't
13   it?
14       A.   Yeah.  I think I mentioned in -- about
15   NSAIDs that I might have cited them in that
16   section, that the evidence was not consistent
17   with NSAIDs, if I remember correctly.
18       I definitely looked at this paper when I was
19   looking at NSAID and aspirin use and certainly
20   inflammation as well.  So...
21       Q.   It's actually not cited anywhere with
22   NSAID use or regarding inflammation at all.
23       So maybe it was an earlier draft and was
24   removed at some point?
25       A.   It's possible.

Page 303

1        Q.   And you also -- you cite -- you do cite
2    some of the NSAID studies and aspirin studies,
3    but you leave out others.  You leave out Baandrup
4    2013, which was a negative study; Bonovas, 2005,
5    which was a negative study; Ni, 2012, which was a
6    negative study.
7        When you did your review of inflammation
8    including anti-inflammatory medications and the
9    risk of ovarian cancer, did you pull out more
10   studies in review than you actually included in
11   your report?
12       A.   Yes.  There are definitely more studies
13   than were cited in my report.
14       Q.   Is there a reason you didn't cite the
15   negative studies?
16       A.   I didn't intentionally leave out the
17   negative studies, but I do mention that the
18   evidence had been inconsistent with NSAID.
19       Q.   Okay.  And you mentioned the Heller
20   study in a couple of places.  You mentioned
21   several times that part of your plausibility
22   opinions involve the fact that talc has been
23   observed in the ovaries; correct?
24       A.   Can you show me?  I'm sorry.  I just
25   want to make sure.

Page 304

1        Q.   I'm sorry.  I'm just referring
2    generally.
3        Do your opinions, in part, depend on the
4    finding of talc in ovaries?
5        A.   No.  Because I think, again, it's
6    difficult to find talc in the ovaries.  So I
7    would not expect to see -- to find, to
8    histologically find talc in every ovary of a
9    woman who has used talcum powder products.  I
10   think that would be extremely difficult to do in
11   every patient.
12       And I know we talked about the MUC-1 theory
13   earlier, but if that is the mechanism, that would
14   not require talc to get to the ovary.
15       So, no, I don't think it's necessary to find
16   talc in the ovary in every woman to come --
17   that's a user.
18       Q.   Let's talk about evidence for
19   talc-induced inflammation in the ovary.
20       For instance, you've cited the Heller study
21   from 1996 in your "Migration translocation,
22   inhalation, and lymphatic transport" section on
23   Page 14.
24       A.   Mm-hmm.
25       Q.   Heller actually states in their study

Page 305

1    that they did not find on their H&E slides any
2    response -- any expected response to talc
3    particles.
4        Do you remember that?
5        A.   I do remember that vaguely.  Yes.
6        Q.   Did any of the studies that you cite in
7    that section for the proposition that talc has
8    been found in ovarian tissue, did any of those
9    find a reaction to talc in the ovaries?
10       A.   I don't believe the studies that have
11   found talc in the ovaries have all looked for
12   chronic inflammation.  Some of them, if I'm
13   remembering correctly, I don't know if they all
14   looked histologically; but the ones that did, I
15   don't believe they had mentioned finding chronic
16   inflammation near the talc particles.
17       But again, you know, depending on how long
18   that inflammatory response is going to be there,
19   depending how long that particular talc particle
20   has been there, you wouldn't necessarily expect
21   to still see it 20 years later.
22       Q.   Okay.  In the Heller study, they looked
23   at ovarian tissue -- ovaries from one of their
24   subjects who had 1.7 or approximately
25   1.669 million particles per gram of wet weight by

77 (Pages 302 to 305)

Sarah E. Kane, M.D.

Page 306

1    electron microscopy and found on hematoxylin and
2    eosin stain slides from the analyzed sections of
3    the tissue that no evidence of response to talc
4    such as foreign body giant cell reactions or
5    fibrosis in the tissue.
6        Is that consistent with the other studies
7    that have reported findings from H&E have also
8    reported no response to talc or supposed talc
9    they found?
10       What is an alternative explanation for how
11   microscopists doing these sorts of studies might
12   find talc by TEM or SEM without any histologic
13   response --
14           MR. ROTMAN:  Objection.
15       Q.  -- to talc in the tissue?
16       A.  Well, I think I addressed that a little
17   earlier.  Again, I don't know -- we don't know
18   how long a chronic inflammatory response would be
19   there after a particular talc particle lands on
20   the ovary.
21       But the important thing would be that that
22   chronic inflammation, the initial chronic
23   inflammation, whenever that may be, however long
24   it is there, causes oxidative stress that induces
25   an oncogenic change in an ovarian cell or

Page 307

1    fallopian tube cell, for that matter.
2        So -- and these are very small studies that
3    looked at histologic -- that looked
4    histologically for talc in these ovaries.
5        So, you know, I don't necessarily think -- I
6    don't think that you would have to find chronic
7    inflammation if you're looking at an ovary at a
8    particular point in time when we're talking about
9    long-term talc use from, you know, up to 20 years
10   ago or something.
11       Q.  Well, if they're finding 1.7 million
12   particles per gram of wet tissue right then and
13   there, and their slides from that time period
14   don't show any response whatsoever to talc that
15   they would expect to see, what's an alternative
16   explanation?
17       A.  An alternative explanation is that
18   there was chronic inflammation, and it has since
19   resolved.
20       Q.  How about there might be contamination
21   of their samples with talc, which is ubiquitous
22   in many laboratories?
23       A.  I believe they -- I have to look at the
24   study to -- do you have the study?
25           MR. ROTMAN:  Thank you.  What number?

Page 308

1            MS. AHERN:  What number are we on?
2            COURT REPORTER:  Twenty-five.
3            MS. AHERN:  Twenty-five.
4            MR. TISI:  So 24 was --
5            MS. AHERN:  We'll wait.
6            (Article entitled "The
7    relationship between perineal cosmetic talc
8    usage and ovarian talc particle burden"
9    marked Exhibit 25.)
10       A.  I believe they went through standard
11   electron microscopy methods, which controls for
12   contamination.
13   BY MS. AHERN:
14       Q.  How?
15       A.  I don't know if it goes through the
16   whole -- but they're very careful in how they
17   handle tissue before they prep for electron
18   microscopy.
19       Q.  Doctor, do you know where they got the
20   tissue from?
21       A.  Yeah.  It's listed.
22       Q.  Did they collect the tissue themselves
23   from the patient in a particulate-free
24   environment and handle it with particulate-free
25   gloves in containers, or did they get it from

Page 309

1    hospital paraffin-embedded tissue?
2        If you look on Page 1508, "Ovarian tissue in
3    blocks was reparafinized, rehydrated, blotted dry
4    and weighed, and then digested with reagents."
5        A.  So I think these women were talc users.
6    I'm trying to find controls that they had ovaries
7    from -- if I remember correctly, they had ovaries
8    from fetal cases that did not show talc, if I
9    remember correctly.  I'm trying to find that.
10       Yeah.  "In addition, the ovaries of two
11   stillborn fetuses were analyzed as negative
12   controls."
13       Q.  Does it say anything about where those
14   stillborn fetus ovaries came from and if they
15   were handled in the same hospital in the same way
16   that the parafinized blocks were handled?
17       A.  If they didn't have a separate section
18   of their methods how they handled it, it would be
19   the same methodology.
20       Q.  Well, assuming it's not contamination
21   and there's still no reaction to talc, another
22   alternative explanation might be that talc
23   doesn't cause chronic inflammation in the
24   ovaries.
25       A.  But they didn't find talc in their

78 (Pages 306 to 309)

Sarah E. Kane, M.D.

Page 310

1  negative controls, which were fetal females that
2  would never have been exposed to talc.
3      Q.  Except for after the tissues were taken
4  from the fetuses and processed?
5      A.  I'm just trying to find where they --
6  what they did.
7      Q.  What I wonder and what I don't think is
8  in the paper, unless you can find it, is an
9  explanation for how the fetal ovaries were
10 obtained and processed.
11     Did they come from the same hospital
12 system --
13     A.  It would be the same.
14     Q.  -- from the laboratory so that any
15 contamination that occurred to those tissues
16 prior to the Heller group getting them was
17 accounted for?
18     Or did they purchase them separately through
19 a company or something else that handled them
20 differently from the hospital samples?
21     MR. ROTMAN:  Objection.
22     A.  If those were obtained differently, it
23 should have been in the methodology.  So the fact
24 that it's not there, the next sentence after they
25 say, "In addition, the ovaries of two stillborn

Page 311

1  fetuses were analyzed as negative controls," that
2  is where, if it had been a different methodology
3  or different purchased ovarian cell blocks from
4  fetuses, which I have never -- anyway, it would
5  be -- it would be there.  And it's not.
6      Q.  Hmm.  So my next question is:  I had
7  asked you earlier if there was an alternative
8  explanation for why there's no tissue response
9  seen in this study to talc particles, and you
10 said it could be because the chronic inflammation
11 was there and not there at the time that they
12 looked at the H&Es?
13     A.  Yeah.  I mean, you're looking at an
14 ovary at a very -- at one time point.  So we
15 don't know how long those talc particles were
16 there.  We don't know if -- how long -- we don't
17 know how long the chronic inflammation is there.
18     But the important thing is that the chronic
19 inflammation would cause an event to change to an
20 oncogenic phenotype, gene type.
21     Q.  So chronic inflammation is, by
22 definition, chronic; correct?  Doesn't just -- it
23 doesn't just resolve in a couple of days.
24     It's ongoing; is that correct?
25     A.  It is -- acute inflammation would be

Page 312

1  something that would happen over days.  Chronic
2  inflammation is generally longer, but it still
3  resolves.
4      Q.  And are -- for instance, pelvic
5  inflammatory disease is -- the effects of pelvic
6  inflammatory disease can be seen by pathologists
7  for a very long time; correct?
8      A.  You can see fibrosis.  So...
9      Q.  And one of the things that you
10 mentioned earlier is that talc can cause
11 fibrosis?
12     A.  Talc can cause fibrosis.  You get -- in
13 the ovary, however, you will get surface
14 fibrosis, generally, from the mesothelial cells
15 in the surface.
16     But, again, you're not always going to have
17 fibrosis with chronic inflammation, either.
18     Q.  If it's chronic inflammation that is
19 significant enough to lead to a transformative
20 event, shouldn't you expect to see some evidence
21 of that chronic inflammation?
22     A.  Well, we don't know how much chronic
23 inflammation is necessary to cause a carcinogenic
24 effect.
25     Q.  By analogy, wouldn't you look at

Page 313

1  something like ulcerative colitis and colon
2  cancer since that seems to be a fairly
3  well-established association?
4      A.  Yes.  And as soon as patients are
5  diagnosed with ulcerative colitis and Crohn's
6  disease, they are carefully followed at the
7  beginning.  We don't wait 20 years to start
8  following them.  We know that, you know, the risk
9  is there.  As soon as they're diagnosed, we know
10 there is a risk for increased cancer, so we start
11 surveying them.
12     Q.  But there's massive evidence of
13 inflammation -- tissue-damaging inflammation in
14 ulcerative colitis; correct?
15     A.  Not always massive, but there's chronic
16 inflammation.
17     Q.  Throughout the entire GI tract or
18 bowel?
19     A.  In -- it's not always the whole, but
20 yeah, there's chronic inflammation in the
21 intestines.
22     Q.  There's nothing in the literature that
23 suggests that talc causes that kind of an
24 inflammatory reaction, is there?
25     A.  That talc causes a chronic

79 (Pages 310 to 313)

Sarah E. Kane, M.D.

Page 314

1  inflammation?
2      Q.  That talc causes that sort of chronic
3  inflammatory reaction.
4      A.  Well, I showed you some excerpts where
5  they mention lymphocytic and plasmacytic
6  inflammation due to talc.  We know that talc
7  causes an acute inflammation.  I know we weren't
8  talking about acute inflammation, but we know it
9  causes acute inflammation in the -- after a
10  pleurodesis.  And I'm sure you could have
11  lymphocytes in plasma cells there too.
12      Again, I don't think it's the -- sure.  The
13  amount and duration of chronic inflammation, I
14  mean, would that increase the risk?  But even a
15  small amount of chronic inflammation for a
16  relatively short period of time, I think it's
17  plausible.
18      And, again, this is all under the plausible
19  thing that this would cause a mutagenic effect.
20      Q.  Can you name other chronic inflammatory
21  conditions that are not associated with cancer?
22      A.  Chronic inflammatory conditions that
23  are not associated with cancer?  Well, I'm not
24  sure we absolutely know every -- that a chronic
25  inflammatory condition won't cause a cancer,

Page 315

1  but -- so I'm not really sure.  I'm not really
2  sure what you're getting at.
3      Q.  Can you list five chronic inflammatory
4  conditions?
5      A.  That don't cause --
6      Q.  Just list five chronic inflammatory
7  conditions.
8      A.  Well, we have rheumatoid arthritis that
9  increases risk of lymphomas.  We have
10  Helicobacter pylori infections that increase
11  gastric cancer.  We have the ulcerative colitis,
12  Crohn's disease, that increase the risk of
13  cancer.  Agent exposures like asbestos that
14  causes chronic inflammation and causes cancer.
15  HPV infection causes cancer.  I mean...
16      Q.  Can you name one that doesn't involve a
17  virus or an underlying immune dysfunction?
18      A.  I named asbestos.
19      Q.  Asbestos.
20      And was there another?
21      A.  Again, I don't know if we have all the
22  data on potential carcinogens and whether or not
23  they cause chronic inflammation for sure.  I
24  think that, you know, we're still getting that
25  data.

Page 316

1      Q.  Have you ever diagnosed a patient with
2  a talc-related ovarian cancer?
3      A.  It's entirely possible that I have, but
4  I have not used polarized light microscopy on
5  ovarian tumors, so it's possible I have and
6  didn't look for talc -- didn't look for talc.
7          MR. KLATT:  Objection.  Nonresponsive.
8      Q.  My question was:  Have you ever
9  diagnosed a patient with a talc-related ovarian
10  cancer, meaning you have said, "Your cancer is
11  related to talc use"?
12      A.  Well, first of all, I wouldn't have
13  said that if I'm not looking for talc.
14      But secondly, in our pathology reports, even
15  though we're thinking and looking at causation,
16  we're not necessarily putting in our individual
17  patient reports what caused their cancer.
18      We're certainly putting the diagnosis
19  together with their medical history and their --
20  to kind of make all the pieces fit together, but
21  we're not necessarily in every patient putting
22  out a report on what causes their cancer.
23          MR. KLATT:  Objection.  Nonresponsive.
24          MS. AHERN:  Objection.  Nonresponsive.
25      Q.  I just want to know if you've ever

Page 317

1  actually diagnosed a patient with a talc-related
2  ovarian cancer.  It sounds like the answer is no.
3      If it is, it's okay.  I need an answer.
4      A.  I'm trying to answer your question.
5  Honestly, it's entirely possible that I have.
6      But have I specifically put in a patient's
7  report, "This ovarian cancer was caused by talc,"
8  no.
9      Q.  Thank you.  That's all I was asking.
10      What about at tumor boards?  Do you attend
11  tumor boards?
12      A.  I do.
13      Q.  Have you ever suggested in a tumor
14  board meeting with other colleagues that a
15  particular patient's ovarian cancer was caused by
16  talc use?
17      A.  I've certainly discussed with
18  oncologists and radiation oncologists about my
19  recent work.  Again, it's been only in the last
20  year and a half that I have really done this deep
21  dive in this literature.
22      And I've certainly talked to radiation
23  oncologists, oncologists about it at tumor boards
24  in a way of sort of educating them about my
25  findings, but we haven't discussed in the context

80 (Pages 314 to 317)

Sarah E. Kane, M.D.

| Page 318 | Page 320 |
|---|---|

**Page 318**

1  of a particular patient.
2      Q.  And were these discussions with
3  radiation oncologists, were these people that
4  focused on -- if they focus on -- gynecologic
5  malignancies? Were they more pulmonary? Is
6  there a difference with radiologists in terms of
7  specialty?
8      A.  There are some subspecialties.  In this
9  one, they were more general radiation
10  oncologists.
11     Q.  Okay.
12         MS. AHERN:  How much time do we have?
13         THE VIDEOGRAPHER:  Fifteen minutes.
14         MS. AHERN:  I'm going to turn it over
15  to my colleagues so they have an opportunity to
16  ask questions.  Thank you very much.  I
17  appreciate it.
18         THE WITNESS:  Thank you.
19         MR. KLATT:  How much time do we have?
20  We're at 6:37 right now.
21         Are you ready for me to continue?
22             CROSS-EXAMINATION
23  BY MR. KLATT:
24     Q.  Dr. Kane, are you ready to continue?
25     A.  Yes.

**Page 319**

1      Q.  Can you hear me okay?
2      A.  Yes.
3      Q.  Yes.  Dr. Kane, my name is Mike Klatt,
4  and I represent a company called Imerys Talc
5  America in this case.
6      Before this lawsuit, have you ever heard of
7  Imerys Talc America?
8      A.  I don't believe I had, no.
9      Q.  Do you know what Imerys Talc America
10  does?
11     A.  From my understanding, they mine talc,
12  and they supply -- they're the talc -- one of the
13  talc suppliers for Johnson & Johnson.
14     Q.  You said earlier you reviewed an
15  exhibit of Julie Pier's deposition.
16     Do you know who Julie Pier is?
17     A.  I know she was a designated
18  representative.  I don't know if it was for J&J
19  or for Imerys off the top of my head.
20     Q.  Ms. Pier works at Imerys, and she's an
21  expert microscopist and at analyzing talc for any
22  extraneous substances like asbestos.
23     She testified that the evidence you looked
24  at did not indicate in any way that talc that
25  ended up in Johnson & Johnson's baby powder had

**Page 320**

1  asbestos in it.
2      Are you choosing to believe the plaintiffs'
3  asbestos experts over Ms. Pier's testimony?
4         MR. TISI:  Objection.
5      A.  Again, I think these were pieces of
6  information for me.  I wasn't relying on her --
7  the exhibit from her testimony for my general
8  causation.  I wasn't -- and I didn't see
9  Dr. Longo's reports until very late in my process
10  from what I recall.
11     It's interesting information for me.  It's
12  informative in that if the talcum powder products
13  cause [sic] asbestos, that certainly lends
14  significance to plausibility.  But I'm not opining on whether or
15         MR. ROTMAN:  Do you want to reread your
16  answer there?  I think you misspoke.
17         THE WITNESS:  Okay.  Sorry.
18     A.  Yes.  I did.  If the talcum powder
19  contains asbestos, that certainly adds to the
20  plausibility.  But I'm not opining on whether or
21  not talcum powder products contain asbestos.
22     Q.  And you wouldn't have the expertise to
23  decide that Dr. Longo's testimony about asbestos
24  in talc is more credible than Ms. Pier's
25  testimony about asbestos in talc, do you?

**Page 321**

1      A.  I have a, I would say, cursory
2  knowledge of how they would test for asbestos.  I
3  couldn't say that I am an expert in the methods
4  that they use to detect asbestos.
5      Q.  But my specific question is:  You don't
6  have the expertise to determine that Dr. Longo's
7  testimony about asbestos and talc is more
8  credible with or more believable than Ms. Pier's
9  scientifically valid or less scientifically valid
10  than Ms. Pier's testimony about asbestos and
11  talc; correct?
12     That's my question.
13     A.  Again, it's pieces of information for
14  me.  I don't know anything, really, about
15  Dr. Longo versus Ms. Pier.  I just have seen the
16  exhibit from Ms. Pier's testimony and Dr. Longo's
17  report, but I don't have more information nor
18  have I really sought it out about their
19  credentials.  I was just using it as pieces of
20  information.
21     Q.  But again my question is:  You have no
22  ability or expertise on your own to judge whether
23  Ms. Pier's testimony that there's not asbestos in
24  talc is correct or Dr. Longo's testimony is
25  correct.  That's not an area of your expertise;

81 (Pages 318 to 321)

Sarah E. Kane, M.D.

Page 322

1    correct?
2        A.   It -- I wouldn't say I'm an expert in
3    that area.
4        Q.   You mentioned earlier in response to
5    Ms. Ahern's questions, you talked about heavy
6    metals.
7        Are you aware that IARC has not singled out
8    a single heavy metal as a cause of ovarian
9    cancer?
10       A.   Yes.  I have seen that.  I have
11   reviewed the IARC monograph on heavy metals, and
12   I'm aware.
13       But, again, it's another sort of piece of
14   the plausibility puzzle.  If we -- we know that
15   some of them are either listed as carcinogens or
16   probable carcinogens.  If they're in the talcum
17   powder product, that's just another piece of the
18   biological plausibility puzzle.  And I --
19       Q.   Well, is it your -- I'm sorry.  I
20   didn't mean to cut you off.
21       A.   No.  Sorry.
22       Q.   Is it your testimony that if something
23   is considered a carcinogen for one organ system
24   by IARC, that it's capable of causing cancer in
25   all organ systems?

Page 323

1        A.   As I've testified several times here
2    today, I think different tissues respond in
3    different ways to different carcinogens.  So I
4    would not make a blanket statement that a
5    carcinogen in one site will definitely cause
6    cancer in another site.
7        However, having carcinogens, known
8    carcinogens in a product, it can add to the
9    biological plausibility.  And we're not talking
10   about these heavy metals sort of in the
11   environment.  I mean, these are -- there's
12   evidence that they are in a product that's used
13   regularly and frequently.
14       Q.   Are you -- are you aware that the same,
15   exact heavy metals are in bottled drinking water?
16       A.   So, again, I don't know what the levels
17   of these heavy metals are in drinking water.  I
18   know that they are found in the environment
19   commonly.
20       Q.   Are you aware they're in foods?
21       A.   I'm aware that they are in the
22   environment and foods regularly.  Yes.  But --
23       Q.   Are you aware they're in multivitamins?
24       MR. ROTMAN:  Wait.  Wait.
25       I was hearing a "but" and not a period

Page 324

1    at the end of the answer before you started your
2    next question.
3        A.   So I'm aware that they're in these
4    things.  What I'm looking at is a product that's
5    used frequently and for -- in a lot of women for
6    a long duration of time.  So their exposure -- if
7    they are in the talcum powder, their exposure to
8    those heavy metals would be greater than the
9    exposure they're getting in the environment.
10       Q.   Those same, exact heavy metals are in
11   drinking water, bottled water, food, and
12   multivitamins that people take every single day,
13   and there's no evidence that they cause ovarian
14   cancer; correct?
15       A.   There has not been a link with heavy
16   metals to ovarian cancer specifically as of yet.
17       Q.   And there's no evidence you're aware of
18   that the tissue levels of any heavy metals are
19   higher in talc users than in women who never used
20   talc; correct?
21       A.   I don't -- I'm not aware of that study
22   being done.
23       Are you talking tissue levels?
24       Q.   Blood levels --
25       A.   Blood levels.

Page 325

1        Q.   -- tissue levels.  Anything you want.
2    You're -- there's no medical or scientific
3    evidence that you would tell this court that the
4    levels of heavy metals in women who use talcum
5    powder in the genital area are higher than women
6    who have never used talcum powder?
7        A.   I'm not aware of studies that have been
8    done that have looked at the levels of those
9    heavy metals in ovarian tissue or blood levels.
10       Q.   Earlier you mentioned there was a study
11   about changing gene expression in the presence of
12   talc in mesothelial cells?
13       A.   Yes.
14       Q.   The mere fact that you have changing
15   gene expression in no way implies something is
16   carcinogenic; correct?
17       A.   It -- it's evidence that it's changing
18   gene expression within those cells, and --
19       Q.   If -- I'm sorry.  Go ahead.
20       A.   And the genes in that study that had
21   increased expression are involved in the
22   inflammatory -- are pieces in the inflammatory
23   response.
24       Q.   You're aware that many of those genes
25   in that study were antioxidant genes and

82 (Pages 322 to 325)

Sarah E. Kane, M.D.

Page 326

1  anti-inflammatory genes that were elevated;
2  correct?
3      A.  They can regulate or deregulate, and I
4  think it's interesting -- let's say that they
5  were antioxidant -- they were producing
6  antioxidant enzymes.  I think that is evidence
7  that it's trying -- that the cell is trying to
8  respond and is trying to prepare itself for an
9  insult, an inflammatory insult.  Otherwise, why
10  would that gene be expressed?
11      So, I mean, there's increased and decreased
12  regulation.
13      Q.  But, Dr. Kane, you're aware that
14  strenuous exercise can increase gene expression
15  of prooxidants, antioxidants, proinflammatory,
16  anti-inflammatory proteins; correct?
17      A.  Strenuous exercise can increase
18  antioxidants in proinflammatory,
19  anti-inflammatory proteins.
20      But, again, I'm opining about a product that
21  someone is going to be using regularly with
22  frequency over a long period of time.
23      Q.  You're aware that --
24      A.  It just adds to the -- I'm not -- you
25  know, I don't have an opinion about whether or

Page 327

1  not those heavy metals are in talc.  I've looked
2  at some evidence that they are there, but I don't
3  have an opinion that they're actually in talc.
4  It's just another piece of evidence, again, for
5  the biological plausibility.
6      Q.  Well, you're not saying that people who
7  regularly engage in chronic exercise, chronic
8  strenuous exercise, for a long period of time are
9  at increased risk of cancer because they have
10  increased gene expression, are you?
11      A.  Well, there hasn't been epidemiologic
12  evidence that is consistent that people who do
13  routine strenuous exercise get cancer.
14      Q.  The Buz'Zard study you cited, that
15  actually showed that talc -- increasing doses of
16  talc decreased release of reactive oxygen species
17  from ovarian cells, not increased it; correct?
18      A.  I believe it was different -- I would
19  have to look at the study, but it was over
20  different time periods.  It fluctuated.
21      Q.  The highest level of reactive oxygen
22  species in the Buz'Zard study was the group of
23  cells that had no talc applied at all; correct?
24      A.  I'd have to re-review the study.
25      Q.  Let's --

Page 328

1      MR. KLATT:  Can we mark that?
2      MR. ROTMAN:  Can we get a time check?
3      THE VIDEOGRAPHER:  6:30.
4      MR. ROTMAN:  Thank you.
5      (Article entitled "Pycnogenol
6  reduces Talc-induced Neoplastic
7  Transformation in Human Ovarian Cell
8  Cultures" marked Exhibit 26.)
9      MS. AHERN:  That's 26.
10      Q.  Referring to Exhibit 26, Dr. Kane, is
11  this the Buz'Zard study you were mentioning
12  earlier?
13      A.  Yes, this is it.
14      Q.  And if you'll flip over to Page 3 --
15  excuse me, 582, Figure 3, do you see Figure 3
16  is --
17      MR. ROTMAN:  Can I have a copy of that,
18  please?
19      MR. KLATT:  I'm sorry?
20      MR. ROTMAN:  I'm waiting for a copy of
21  that.
22      MR. KLATT:  Oh.  Yes.  We do provide
23  copies.
24      MR. ROTMAN:  This is Exhibit No. 1?
25      THE WITNESS:  I'm sorry.  Which table?

Page 329

1      MS. AHERN:  Twenty-six.
2  BY MR. KLATT:
3      Q.  Figure 3.  Page 582.
4      MR. ROTMAN:  What exhibit are we on?
5      COURT REPORTER:  Twenty-six.
6      MR. ROTMAN:  Thank you.
7  BY MR. KLATT:
8      Q.  And you see Figure 3 is "ROS."
9  That stands for reactive oxygen species?
10      A.  That's --
11      Q.  And, by the way, ROS are generated by
12  every cell of the body every day, 24 hours a day;
13  correct?
14      A.  Reactive -- you do see it in daily cell
15  life.  But, again, I'm talking about an
16  additional exposure, an agent that is being
17  applied in addition to what you're seeing on --
18  basically the cell has, as we just discussed,
19  they have ways of mitigating reactive oxygen
20  species.
21      The cell can increase their antioxidant
22  enzymes, but at some point, they can get
23  overloaded.  So if you're giving it a higher dose
24  at a higher frequency than those systems can
25  handle, you're going to have an increased risk of

83 (Pages 326 to 329)

Sarah E. Kane, M.D.

Page 330

1  mutagenesis.
2      Q.   Well, let's look at what BuzZard found
3  when talc was applied to surface ovarian cells.
4      Do you see that?  That's Figure 3A up at the
5  top?
6      A.   A, up at the top.  Yes.
7      Q.   And you'll agree with me, you see on
8  the Y axis it says "Percentage of reactive oxygen
9  species generation in OSE2a cells"; correct?
10     A.   Yes.
11     Q.   That's ovarian surface epithelial
12  cells; correct?
13     A.   Yes.
14     Q.   And you'll see at the zero talc level
15  on the X axis --
16     A.   Mm-hmm.
17     Q.   -- that had 100 percent talc -- excuse
18  me -- a 100 percent reactive oxygen species
19  generation at all three time periods; correct?
20     A.   That is correct.  And --
21     Q.   And when talc was applied?
22     MR. ROTMAN:  Wait.  Wait.
23     Did you finish your answer?
24     A.   Well, we were just talking about how
25  cells can have innate ROS generation.

Page 331

1      Q.   And this graph shows that as you
2  applied increasing doses of talc, the level of
3  generation of reactive oxygen species in the
4  ovarian cells went down.
5      It didn't go up; correct?
6      A.   Well, it goes up at -- what's the 50 --
7  the 50 micrograms per milliliter.  It goes up at
8  that dose at the 120 hour, and then it goes up at
9  the 200 microgram level.
10     Q.   That's not talc, is it?
11     A.   I'm sorry.  I'm looking at -- I'm
12  looking at -- it says "Talc micrograms per
13  milliliter," and then it lists the different
14  hours on the right; that they're color-coded to
15  the different hours.
16     Q.   And 17 out of the 18 measurements they
17  took when talc was applied to ovarian cells showed
18  the ovarian cells generated less reactive oxygen
19  species than no talc at all; correct?
20     A.   And I --
21     Q.   Is that correct?
22     A.   It looks like at different periods of
23  time at the 100 micrograms and 500, there was
24  less than the lower.  But I'm not sure what the
25  threshold dose would be for optimal ROS

Page 332

1  generation for each talc microgram.
2      Q.   Do you see in the far right column,
3  they applied 200 micrograms of hydrogen peroxide?
4      A.   Yes.
5      Q.   And that resulted in a 200 percent
6  increase in reactive oxygen species during those
7  time periods; correct?
8      A.   That is what it says.  Yes.
9      Q.   And that's their positive control;
10  correct?
11     A.   Let me just double-check.
12     If I'm remembering the study correctly, yes,
13  you are -- you are right.
14     Q.   People gargle with hydrogen peroxide;
15  correct?
16     A.   They shouldn't.
17     Q.   Well, you know, it's allowed on the
18  bottle.
19     You know that; correct?
20     A.   If you're telling me they gargle with
21  it, that's fine.
22     Q.   Well, they put it on cuts; right?
23     A.   They shouldn't put it on cuts.  It's
24  actually --
25     Q.   It's sold for that, isn't it?

Page 333

1      A.   I think most MDs would tell you that
2  it's probably better not to use hydrogen peroxide
3  on open cuts because it can cause a pretty severe
4  reaction.
5      Q.   You're aware that it's sold over the
6  counter in stores every day for -- as an
7  antiseptic?
8      A.   Talcum powder is sold for everyday use
9  on babies.
10     Q.   So are you telling us that hydrogen
11  peroxide now causes cancer?
12     A.   I'm saying that it will release ROS
13  species generation.
14     Q.   Far more than talc; correct?
15     A.   Based on this study, it appears that
16  way.
17     Q.   And you --
18     A.   This one study.
19     Q.   You agree with me this shows, as you
20  apply talc, reactive oxygen species in ovarian
21  cells decreases.
22     It doesn't increase at 17 out of 18 time
23  points; correct?
24     A.   They're -- I will agree with you,
25  except there is a time point where it is

84 (Pages 330 to 333)

Sarah E. Kane, M.D.

Page 334

1   increased. And I don't know -- my caveat is I
2   don't know where the threshold would be where the
3   ROS would stop being generated.
4        Q.   Is aspirin approved by any
5   pharmaceutical company or recommended by any
6   medical organization for prevention of ovarian
7   cancer?
8        A.   That is not on the label description.
9        Q.   If aspirin prevented ovarian cancer,
10  don't you think it would be marketed for that
11  purpose?
12            MR. TISI:  Objection.
13            MR. ROTMAN:  Objection.
14       A.   I'm sure it may be after years of FDA
15  red tape and approval, but the literature --
16  again, I've said the literature is not as beefy
17  as the epi data when we're looking at aspirin and
18  NSAIDs.
19            NSAID, in particular, is not as consistent.
20  The aspirin data does appear to be consistent in
21  lowering the risk, but there are not a lot of
22  studies looking at this yet.
23            Again, though, just a piece of the puzzle
24  for a biologic plausibility.
25       Q.   Well, certainly, we're not at the point

Page 335

1   for aspirin and ovarian cancer that we are, for
2   example, with aspirin in terms of cardiovascular
3   risk; correct?
4        A.   I would agree with that sentiment.
5        Q.   And doctors and medical organizations
6   have recommended aspirin for reduction of
7   cardiovascular risk; correct?
8        A.   That's correct. Although the dosage
9   has -- as of late, they're kind of parsing out
10  the -- they're reevaluating what dosages, but
11  you're correct.
12       Q.   And you can't cite a single medical
13  organization that at this point in time says the
14  evidence that aspirin reduces ovarian cancer is
15  sufficient that women should take it on a regular
16  basis to reduce ovarian cancer; correct?
17       A.   Well, I think I've said there aren't
18  that many studies yet. It's only -- that I'm
19  aware of, there are only a handful. They've been
20  consistent with aspirin.  Not so much with NSAID.
21  That's, I think, as far as the evidence takes us
22  as this point.
23       Q.   There's actually studies showing that
24  chronic aspirin ingestion doesn't decrease
25  ovarian cancer risk; correct?

Page 336

1        A.   I have to look at the studies.  There
2   might be one where it wasn't statistically
3   significant, but I think the majority of the ones
4   that looked at aspirin use showed a decreased
5   risk of ovarian cancer.
6        Q.   Are you -- are you a member of the
7   International Society of Gynecologic
8   Pathologists?
9        A.   I don't think I'm a member currently.
10  No.
11       Q.   Have you ever been?
12       A.   I believe so.
13       Q.   It's not on your CV.
14       A.   Okay.  I'm not currently.  I know that.
15       Q.   Are you a member of the American
16  Society of Clinical Pathology?
17       A.   I actually am.
18       Q.   It's not on your CV.
19       A.   Okay.  That should be updated, then.
20       Q.   Have you ever been a member of any
21  working group or organization on the
22  classification of female reproductive organ
23  tumors?
24       A.   No.  I can't -- no.
25       Q.   You mentioned the Surgeon General's

Page 337

1   report in 1964.  You're aware that when that came
2   out about smoking, there were numerous studies in
3   the literature at that point in time showing that
4   the chemicals in cigarette smoke actually damaged
5   DNA and resulted in cancer; it wasn't based just
6   on epidemiology?
7        A.   I think epidemiology -- my point was
8   that the epidemiology was the sort of first --
9   there were pathologists that had noticed on
10  autopsies in patients that smoked -- it was
11  actually pathologists and a surgeon in the early
12  years -- that had noticed some changes, some
13  squamous metaplastic changes.
14            But it was really the epi data that sort of
15  drove the research on smoking and tobacco
16  initially.  But, again, there were some studies
17  that had shown some pathologic changes in
18  smokers.  That's true.
19       Q.   You're aware that the cohort studies,
20  the hospital-based case-control studies, and the
21  population-based case-control studies all
22  uniformly showed that smoking increased the risk
23  of lung cancer; correct?
24       A.   That's correct.
25       Q.   And that's not true for talc and

85 (Pages 334 to 337)

Sarah E. Kane, M.D.

Page 338

1  ovarian cancer; correct?
2      A.  Well, I have some issues with the
3  cohort studies.
4      Q.  I know that.
5      But my statement is true; correct?
6      A.  But I think it's relevant because the
7  cohort studies, I don't believe, followed
8  patients for a long enough time.
9      The Nurses' Health Study only asked about
10  talcum powder use once in 1982, so there's
11  certainly room for misclassifications of users as
12  never users.
13      And some of -- some of -- again, there's
14  smaller numbers because it's a -- it's a cohort
15  study.
16      Q.  You're aware that the National Cancer
17  Institute doesn't agree with you on that, aren't
18  you?
19      A.  I have seen the NCI website.  I
20  certainly considered what they say about it.  I
21  don't know if they have done the same type of
22  analysis as I've done.  I don't believe it's on
23  their website what methodology they used and what
24  literature they reviewed.
25      So I'm aware of what they've stated.  But,

Page 339

1  you know, I've still done this extensive review
2  that I'm not sure they did to come to my
3  conclusion.
4      Q.  You honestly don't know what the NCI
5  did in terms of review to come to their
6  conclusion, do you?
7      A.  They didn't state what they did, so I
8  do not know.  So that would -- but that's
9  something that I'm thinking about when I'm taking
10  into consideration.
11      Q.  And you are aware that they just
12  updated their statement that the evidence does
13  not support a link between talc and ovarian
14  cancer in January 2019, the same month we're
15  sitting here today?
16      A.  I don't know if I've gone to the NCI
17  website this month.
18      But I'm also aware of Health Canada that
19  came out and did -- and we know what the
20  methodology and literature they -- they spelled
21  it out very clearly what their methodology was,
22  what literature review they did, and they came to
23  the same conclusion that I did.
24      MR. ROTMAN:  Off the record, Mike?
25      MR. KLATT:  Let me just follow up on

Page 340

1  that one statement.
2      Go ahead.
3      MR. ROTMAN:  If you want to do that,
4  that's fine.
5  BY MR. KLATT:
6      Q.  That draft -- Health Canada issued a
7  draft assessment that's undergoing a 60-day
8  public comment period; correct?
9      A.  That's true.
10      Q.  And then they have up to two years to
11  decide whether to take any action or no action at
12  all; correct?
13      A.  Well, there's two pieces of that.  From
14  my understanding is that they've already done the
15  scientific.  They've already done the literature
16  review.  They've already done their Bradford Hill
17  analysis, and they've come to the conclusion that
18  they've come to.
19      And then there's the public commentary.  And
20  then there's the regulatory aspect of it.
21      Now, I am -- I would not claim to be an
22  expert in regulatory.  I know we have regulatory
23  experts that are coming on.  But in -- from my
24  understanding, the regulatory aspect is different
25  than the scientific aspect.

Page 341

1      MR. ROTMAN:  Mike, you're done?  I just
2  want to --
3      MR. KLATT:  I'm through.
4      MR. ROTMAN:  I just want to go off the
5  record.
6      We're done with seven hours.
7      MR. KLATT:  Yes.  I'm done.
8      MR. TISI:  Let's take a minute.
9      THE VIDEOGRAPHER:  Off the record,
10  6:31 p.m.
11      (A recess was taken.)
12      THE VIDEOGRAPHER:  Back on the record,
13  6:40 p.m.
14      CROSS-EXAMINATION
15  BY MR. ROTMAN:
16      Q.  Dr. Kane, I know it's been a long day
17  for you, but I'm going to ask you a few
18  questions.  I will be brief.
19      A.  Okay.
20      Q.  At one point today, you were asked some
21  questions by Attorney Ahern about certain
22  negative studies on inflammation, and she
23  mentioned Bonovast 2005 and Ni 2012, which she
24  asked you about.
25      Do you recall that?

Sarah E. Kane, M.D.

Page 342

1    A.  Yes.
2    Q.  She did not show you those studies, did
3  she?
4    A.  I don't believe I saw them.
5    Q.  Are you able to agree with her
6  characterization that these were negative studies
7  without having -- without looking at them?
8    A.  I should have asked for them and had
9  them in front of me while asking questions.
10    Q.  Now, you were asked questions --
11    A.  I mean answering questions.
12    Q.  -- throughout the day about
13  inflammation as a biologically plausible
14  mechanism for explaining talc causing ovarian
15  cancer in light of the epi study findings.
16    A.  Yes.
17    Q.  You were also asked questions about
18  cigarette smoking at various times throughout the
19  day?
20    A.  Yes.
21    Q.  Does cigarette smoking have an
22  inflammatory effect?
23    A.  Yes.
24    Q.  What is the --
25    A.  It does cause chronic inflammation.

Page 343

1    Q.  You were also asked questions about
2  heavy metals being present in food and water and
3  vitamins; correct?
4    A.  I remember. Yeah.
5    Q.  Do -- what is different between those
6  circumstances and the situation that we have been
7  discussing all day today involving talcum powder?
8    A.  With talcum powder, we do have the epi
9  data that are consistent and show an increased
10  risk of ovarian cancer with talcum powder use.
11    Q.  And with respect -- you were asked some
12  questions in relation to the Buz'Zard study about
13  hydrogen peroxide and the reactive oxygen species
14  reaction?
15    A.  Yes.
16    Q.  Are you aware of any evidence that
17  hydrogen peroxide -- the effect of hydrogen
18  peroxide in the female genital tract?
19    A.  I'm not aware that women routinely use
20  hydrogen peroxide in the female genital tract.
21    Q.  And is there anything in particular
22  about the -- that part of the anatomy that where
23  certain agents, exposure to certain agents, would
24  raise any particular concerns -- strike that.
25    I think that was a bad question, so I'll

Page 344

1  just strike that.
2    You were asked questions about surgical
3  gloves and surgical-grade talc on surgical
4  gloves.
5    A.  Yes.
6    Q.  Do you recall that?
7    A.  Yes.
8    Q.  And I think you were asked if you were
9  aware of any studies linking the use of talcum
10  powder on surgical gloves with the occurrence of
11  ovarian cancer.
12    Do you recall that?
13    A.  Yes.
14    Q.  Is there a difference, a notable
15  difference, between talcum powder on surgical
16  gloves and the talcum powder products in perineal
17  use that, regardless of the constituent of the
18  powder, that you would want to point out?
19      MR. KLATT:  Objection.  Form.
20      MS. AHERN:  Same.
21    A.  So a patient's exposure to surgical
22  gloves are going to be infrequent and not of long
23  duration.  It's not the same type of exposure as
24  regular and frequent application of perineal
25  talcum powder that we're seeing in the epi data.

Page 345

1      MR. ROTMAN:  No further questions.
2  It's 6: --
3      (Discussion off the record.)
4      MR. ROTMAN:  You're right.
5  BY MR. ROTMAN:
6    Q.  I have some questions for you about
7  your testimony on the Harlow paper.
8    A.  Okay.
9    Q.  Can you pull that out in front of you,
10  which was Exhibit 20?
11    A.  Okay.
12    Q.  Can you turn to Table 3.
13    A.  Okay.
14    Q.  And do you recall that you were asked
15  questions about dose-response in this study?
16    A.  Yes.
17    Q.  And do you recall that you were
18  specifically asked questions about this Table 3?
19    A.  Yes.
20    Q.  Could you look at the middle part of
21  Table 3, at the column with "adjusted odds
22  ratios"?
23    A.  Yes.
24    Q.  What can -- what do you observe with
25  respect to the adjusted odds ratio as the -- as

Sarah E. Kane, M.D.

Page 346

1    the -- as the number of applications goes from
2    less than 1,000 to greater than 10,000?
3        A.   The adjusted ORs go from -- the null,
4    1.0 at none, 1.4 at less than 1,000, to 1.7 at
5    greater than 10,000.
6        Q.   And so what, just looking at the
7    adjusted odds ratio, what --
8        A.   It's an increase with increased --
9        Q.   -- what is your takeaway?
10       A.   So it does show an increased odds ratio
11   with increased applications.
12       The confidence intervals do include the
13   null, but they're -- the higher end, it's higher
14   confidence interval at the upper end.
15       And it's not very far from the null on the
16   lower end.
17       And it, in fact, includes -- it's 1.0 at
18   greater than 10,000.
19       Q.   And so for the 1,000 to 10,000
20   applications, the lower bound of the confidence
21   interval is .9?
22       A.   Correct.
23       Q.   And how close is that to being a
24   statistically significant finding?
25       A.   Very close.

Page 347

1        Q.   And can you also take a look at the
2    discussion on that page in the left-hand column
3    in the paragraph that begins with "We also
4    examined"?
5        A.   Okay.
6        Q.   Is there a discussion in that paragraph
7    concerning the author's discussion of
8    dose-response?
9        A.   Yeah.  There's a sentence that states,
10   "The categorical analysis showed that relative to
11   nonusers, the risk was greatest in women who
12   applied talc at least once per day.  When years
13   of use was included as a continuous variable, the
14   test for linear trend was 3.32, p-value of .07.
15       "The categorial analysis show that relative
16   to nonusers, women who applied talc for more than
17   ten years were at a 60 percent greater risk for
18   ovarian cancer.  Likewise, perineal applications
19   of talc early in life, before age 20, or
20   applications within six months of diagnosis
21   reference age for controls produced the stronger
22   ORs."
23       Q.   And I'd like to also call your
24   attention to the page 24 in the right-hand
25   column.

Page 348

1        A.   Yes.
2        Q.   And this is -- this is in the
3    "Discussion" section of the paper; is that right?
4        A.   Yes.
5        Q.   And do you see in the paragraph that
6    I'm pointing to that begins with "Our study"?
7        A.   Yes.
8        Q.   Could you read into the record and
9    comment on the last sentence in that paragraph.
10       A.   "Daily versus less-than-daily talc use
11   and talc use for more than ten years versus less
12   than ten years were associated with greater risk
13   for ovarian cancer."
14       Q.   And can you comment on that?
15       A.   So that does show a trend for a
16   dose-response.
17       MR. ROTMAN:  Okay.  So I have 6:48.
18   You've got eight minutes.
19           RECROSS-EXAMINATION
20   BY MR. KLATT:
21       Q.   That Harlow study you were just looking
22   at --
23       A.   Yeah.
24       Q.   -- is that the 1992 Harlow study?
25       A.   It's the 1992 from Exhibit 20.

Page 349

1        Q.   And can you look on the last page of
2    this study, the page where the article ends and
3    the reference begins.
4        Did Harlow find the strength of association
5    between genital use of talc and ovarian cancer
6    was strong or weak?
7        A.   So they use -- they say, "Because the
8    overall association between genital use of talc
9    and ovarian cancer remains weak."
10       And, again, "weak" is sort of a relative.
11   I've seen weak to moderate with this odds ratio.
12   And this is also 1992.
13       MR. KLATT:  Object.  Nonresponsive.
14       Q.   I'm simply asking you, Dr. Kane, does
15   Harlow say strength of association between
16   ovarian cancer and talc use is strong or weak?
17       A.   Well, I'm putting it in context.  He
18   states -- I agree with you that's what the words
19   say, but I'm putting it in context in that "weak
20   to moderate" is used amongst epidemiologists for
21   this level of overall risk.
22       And this is 1992, so there wasn't the
23   subsequent studies that have gone on that show
24   consistent, similar overall risk odds ratio.
25       Q.   And would it be correct that the

88 (Pages 346 to 349)

Sarah E. Kane, M.D.

Page 350

1  statement that I asked you to read says in full,
2  "Because the overall association between genital
3  use of talc and ovarian cancer remains weak, it
4  is unlikely that this exposure disease pathway is
5  the principal one involved in ovarian cancer
6  etiology"?
7      Is that what Harlow said?
8      A.  That's what it states.  But, again,
9  that is 1992.  This is the very beginning of the
10  epi data looking at this exposure and ovarian
11  cancer.
12      MR. KLATT:  Object and move to strike
13  everything after "That's what it says."
14      Q.  And, by the way, the odds ratio that
15  Harlow found overall was 1.5.
16      And that's even a little higher than the
17  odds ratios the more recent meta-analyses have
18  shown; correct?
19      A.  So --
20      Q.  So they're even weaker than Harlow.
21      A.  I'm sure some epidemiologists might
22  take -- I'm not -- but, again, I've seen, even
23  with 1.3 and 1.4, epidemiologists refer to that
24  as "moderate."
25      So I don't know if it's semantics, but it's

Page 351

1  1.3.  It's a 30 percent increased risk.  In this
2  case, 1.5, a 50 percent increase in risk.  And in
3  a rare disease like ovarian cancer, that's
4  significant.
5      Q.  And Harlow calls a 1.5 odds ratio weak;
6  correct?
7      A.  That's what he says in this 1992 paper.
8      Q.  And you'd agree with me the most recent
9  meta-analyses of talc and ovarian cancer have a
10  lower odds ratio than 1.5?
11      A.  They seem to be between 1.3 and 1.4,
12  but the important thing to me is the consistency.
13      Q.  And you're aware that epidemiologists
14  say with case-control studies that odds ratios in
15  the range of 1.0 to 1.5 are well within the range
16  that can be explained by bias and confounding?
17      MR. ROTMAN:  Objection.
18      A.  I think all of the studies were
19  aware -- all of the authors were aware of
20  potential recall bias and confounding and sought
21  to control as much as possible those factors in
22  their control studies.  Most of them, I feel,
23  were relatively well-designed to assess for and
24  adjust for multiple confounding factors.
25      And as far as recall bias, there's an

Page 352

1  element of recall bias in case-control studies,
2  but the authors are aware.  Many of them talk
3  about that and discuss why they feel recall bias
4  wasn't an explanation.
5      And, again, we're talking about multiple
6  studies over numerous populations over different
7  periods of time, most of them well before the
8  general public knew about an association between
9  talcum powder and ovarian cancer.
10      And even further, the fact that there's a
11  strong association in the literature with serous
12  invasive cancer would argue against a recall bias
13  because the lay public is not knowledgeable about
14  the histologic subtypes of epithelial ovarian
15  carcinoma.
16      Q.  Let me ask you this, Dr. Kane:  We
17  lawyers, before we have to go to trial, like to
18  know if the prospective jurors have already made
19  up their mind about the case.
20      Do you know if in any of these case-control
21  studies where the women who had ovarian cancer,
22  were they asked before they entered the study,
23  "Do you have a preconceived notion about what
24  caused your ovarian cancer?"
25      A.  I'm not aware of a case-control design

Page 353

1  that would ask that question because even asking
2  that question would potentially add an element of
3  recall bias --
4      Q.  But if a woman already --
5      MR. TISI:  She wasn't finished.
6      Q.  Were you finished?
7      A.  I was going to say in a lot of these
8  studies, they also asked about smoking history
9  and other potential lifestyle issues in addition
10  to talcum powder use that would -- and yet, those
11  types of questions didn't show an elevated risk
12  like talcum powder products.
13      Q.  Well, wouldn't you want to know --
14  before you interviewed the women who have ovarian
15  cancer, wouldn't you want to know if they have a
16  preconceived notion about what caused their
17  ovarian cancer so if you didn't exclude them from
18  the study, at least you could take that
19  preconceived bias into account when you did the
20  statistics?
21      A.  I would think if you're designing a
22  case-control study and trying to avoid recall
23  bias, there are better ways to do that because
24  just by asking, "Do you have a preconceived
25  notion about it?", you're introducing potential

Sarah E. Kane, M.D.

Page 354

1   bias because they might think, Oh, maybe there is
2   an association. And you're adding bias,
3   potentially, that way.
4       Q.   You mentioned cigarette smoking just a
5   minute ago in response to Mr. Rotman's questions.
6       And you said cigarette smoking involves a
7   chronic inflammatory condition in the body;
8   correct?
9       A.   There is an inflammatory response in
10  the body.
11      Q.   But cigarette smoking has not been
12  shown to increase the risk of the two most common
13  forms of ovarian cancer, which is serous invasive
14  and endometrioid invasive; correct?
15      A.   So, again, different tissues will
16  respond to different agents in different ways.
17  Mucinous carcinoma has been associated in some
18  studies with smoking, so there is evidence that
19  epithelial ovarian cancer can be caused by
20  smoking.
21          MR. KLATT: Object. Nonresponsive.
22      Q.   The two most common forms of invasive
23  ovarian cancer -- serous, which is the most
24  common, and endometrioid, which is the second
25  most common -- have not been shown to be elevated

Page 355

1   as a result of smoking; correct?
2       A.   The data has not shown an association
3   between those two types with smoking.
4       Q.   Even though smoking involves a chronic
5   inflammatory state; correct?
6       A.   But, again --
7       Q.   That is -- did you hear my question?
8   Even though smoking involves a chronic
9   inflammatory state; correct?
10      A.   We're talking about different types of
11  exposures.
12      Q.   Does smoking --
13      A.   Different agent --
14          MR. ROTMAN: One second, Mike.
15          Do you want an answer to the question?
16  Because you're cutting --
17  BY MR. KLATT:
18      Q.   My question is: Does smoking
19  involve --
20          MR. ROTMAN: Wait. Wait, Mike. Let
21  her answer the question, and then you're done
22  because we're over.
23          Do you know what the question was?
24      A.   Does smoking involve an inflammatory
25  state?

Page 356

1       Yes. It involves an inflammatory state.
2           MR. KLATT: Thank you, Doctor.
3           MR. TISI: Just one question.
4           (Discussion off the record.)
5           MR. ROTMAN: We're done.
6           MR. TISI: Thank you.
7           THE VIDEOGRAPHER: Here ends today's
8   deposition. Off the record, 6:58 p.m.
9           (Deposition concluded at 6:58 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 357

1           - - - - - -
            E R R A T A
2           - - - - - -
3   PAGE LINE CHANGE
4   ____ ____ _____
5     REASON: _____
6   ____ ____ _____
7     REASON: _____
8   ____ ____ _____
9     REASON: _____
10  ____ ____ _____
11    REASON: _____
12  ____ ____ _____
13    REASON: _____
14  ____ ____ _____
15    REASON: _____
16  ____ ____ _____
17    REASON: _____
18  ____ ____ _____
19    REASON: _____
20  ____ ____ _____
21    REASON: _____
22  ____ ____ _____
23    REASON: _____
24  ____ ____ _____
25    REASON: _____

90 (Pages 354 to 357)

Sarah E. Kane, M.D.

```
                                        Page 358
  1          ACKNOWLEDGMENT OF DEPONENT
  2               I,_____, do
  3      hereby certify that I have read the
         foregoing pages, and that the same
  4      is a correct transcription of the answers
         given by me to the questions therein
  5      propounded, except for the corrections or
         changes in form or substance, if any,
  6      noted in the attached Errata Sheet.
  7      _____
  8      SARAH E. KANE, M.D.        DATE
  9
 10
 11
 12
 13
 14
         Subscribed and sworn
 15      to before me this
         _____ day of _____, 20____.
 16
         My commission expires:_____
 17
 18      _____
         Notary Public
 19
 20
 21
 22
 23
 24
 25
```

```
                                        Page 359
  1            C E R T I F I C A T E
  2      COMMONWEALTH OF MASSACHUSETTS
  3      SUFFOLK, SS.
  4           I, Janet M. Sambataro, a Registered Merit
  5      Reporter and a Notary Public within and for the
  6      Commonwealth of Massachusetts do hereby certify:
  7           THAT SARAH E. KANE, M.D., the witness whose
  8      testimony is hereinbefore set forth, was duly sworn
  9      by me and that such testimony is a true and accurate
 10      record of my stenotype notes taken in the foregoing
 11      matter, to the best of my knowledge, skill and
 12      ability; that before completion of the deposition
 13      review of the transcript was requested.
 14           I further certify that I am not related to any
 15      parties to this action by blood or marriage; and that
 16      I am in no way interested in the outcome of this
 17      matter.
 18           IN WITNESS WHEREOF, I have hereunto set my hand
 19      this 28th day of January, 2019.
 20
 21                  _____
                     JANET M. SAMBATARO
 22                     Notary Public
         My Commission Expires:
 23      July 16, 2021
 24
 25
```

91 (Pages 358 to 359)

Sarah E. Kane, M.D.

**A**

**abdominal**
94:25 299:13
**aberrant**
74:25
**aberrations**
73:18 74:15,18,18
    78:7
**ability**
11:23 236:15
    321:22 359:12
**able**
108:19 111:2,18
    112:2 122:1 146:2
    146:8,21 147:14
    151:24 232:5
    342:5
**abnormalities**
298:16
**abnormality**
298:9
**absent**
230:3
**absolute**
112:3
**absolutely**
84:12 114:7 158:15
    180:12 196:2
    284:21 314:24
**absolutes**
89:21
**absorbed**
119:13
**abstract**
93:6 264:11 273:20
    275:5,24 294:23
    295:4
**abusers**
118:13
**accepted**
140:1 166:22 236:6
    240:24 241:2
    252:2,8,18 282:14
**access**
171:8 173:11
    202:18

**accident**
150:15
**account**
353:19
**accounted**
310:17
**accurate**
50:13 70:20 116:12
    202:3 230:24
    231:2 248:6,19
    277:3 359:9
**accurately**
36:3 145:24 235:10
**acid**
117:25 118:6
**acid-fast**
103:6
**ACKNOWLED...**
358:1
**action**
154:9 250:18
    340:11,11 359:15
**activities**
105:22
**activity**
47:15
**actual**
28:25 42:3 87:24
    122:23 146:21,22
    180:18 224:16
    260:10 276:13
**acute**
59:2 63:14 311:25
    314:7,8,9
**add**
13:17 47:3 131:2
    145:9 228:1 323:8
    353:2
**added**
13:15 46:19,21
    47:4 130:21
    131:24 133:14
    200:14 292:5
**adding**
130:23 354:2
**addition**

29:10 32:25 291:18
    301:25 309:10
    310:25 329:17
    353:9
**additional**
8:22,24 11:19 12:2
    14:4,14 15:4
    30:16 36:22 37:2
    42:10 43:19 44:22
    45:21 46:8 56:1
    134:25 156:16
    166:1 181:17
    182:22 186:13,16
    226:20 227:10
    230:9,18,21
    244:22 329:16
**additions**
290:23
**address**
15:25 16:2 204:13
    205:1 207:10
    208:2 271:21
    295:7
**addressed**
271:16 306:16
**addresses**
176:3
**addressing**
291:20 292:15
**adds**
320:19 326:24
**Adducts**
218:18
**adenocarcinoma**
221:25
**adjust**
351:24
**adjusted**
260:4 268:24 269:1
    269:3 274:10
    345:21,25 346:3,7
**administrative**
23:9,12
**advance**
246:8
**advantages**

293:23
**advice**
22:24,25
**affect**
131:25 272:2
    276:10
**African-American**
114:9
**afternoon**
186:15
**age**
347:19,21
**agent**
121:8 135:4,14,16
    136:14,15,17,18
    145:4,17,20 146:1
    146:3,10 219:25
    315:13 329:16
    355:13
**agents**
103:24 143:3
    145:10,12 343:23
    343:23 354:16
**aggressive**
85:2 87:4 88:20,21
**aggressively**
88:16
**ago**
13:14,15 29:5
    54:17 56:19 86:21
    158:10 189:21
    233:23 239:6
    253:12 307:10
    354:5
**agree**
68:2 76:25 78:20
    78:22 79:8 84:16
    143:16,18,20
    156:11,14,18
    157:2 190:10
    200:4 216:20
    256:24 257:7,14
    271:2 283:17
    296:15 298:24
    300:16,21 330:7
    333:19,24 335:4

338:17 342:5
    349:18 351:8
**agreed**
41:5 199:9 200:6
**agreement**
2:10 13:18
**Ah**
56:23 172:20
**ahead**
12:11 26:25 61:14
    95:11 97:3,8
    116:25 117:9
    178:23 196:12
    325:19 340:2
**Ahern**
4:4 7:4 11:17 13:11
    14:8,14,22 15:2,7
    15:10,16 20:16
    21:5,13,15 27:17
    27:20 28:1,2 29:6
    29:8,13,14,19,23
    30:2,4 31:6,11,14
    35:2 37:9,14,18
    38:14,18 39:7,10
    39:15 41:22 43:6
    43:12 44:9 45:13
    48:6,10,13,16
    49:10 51:7,10
    54:3,5,9 56:11
    64:2,12,19 72:1,8
    72:18 74:1 75:9
    91:21,24 92:8,11
    95:9,19 96:7,19
    96:21 97:8,12,16
    98:6,13 100:23
    109:23 110:15,20
    110:24 111:1
    116:25 117:8
    126:1 127:8,17,19
    127:21 128:1,7,10
    128:12 132:9
    136:7,16 137:3,11
    137:16 144:4
    150:12,16 155:4
    159:18 160:6,20

163:6 165:7 174:4
178:23,25 179:8
180:3,21,25 181:3
181:5,15,19
186:19 189:11,15
189:16 194:13,25
195:4,20,24 196:2
196:6,7 197:2
198:2,4,9,23
199:17,20 200:4
201:18 206:4,9,13
207:8,24 208:10
208:14,17,21,23
210:1,7,12,15,17
211:17 212:9,11
212:17,21 214:24
215:9 228:14,16
228:17 231:22
234:1 253:1,6
257:5 260:20,24
261:13 262:1
265:5,6,18,21,24
266:5,7,15 267:1
267:11,15 273:1
273:15,16 275:17
275:20 277:19
278:7,9,11 285:2
285:13,17,22,23
286:10,13,18
289:10,21 294:12
294:14 308:1,3,5
308:13 316:24
318:12,14 328:9
329:1 341:21
344:20
**Ahern's**
322:5
**al**
92:2
**alcohol**
155:18 156:18
**algorithms**
18:18
**Alice**
173:5
**alleged**

26:8
**Allen**
34:19,22
**Alliance**
90:24
**allotted**
24:9
**allowed**
212:15 332:17
**allowing**
219:11
**all-encompassing**
168:24
**all-inclusive**
234:16
**alpha**
73:13,14,15 74:10
74:11 153:12
**alphabetical**
174:2
**alpha-induced**
73:17 74:13
**altered**
131:2
**alternative**
306:10 307:15,17
309:22 311:7
**AMARYAM**
5:9
**America**
5:5,14 319:5,7,9
**American**
336:15
**amount**
47:4,14 89:9 252:7
271:23 276:13
280:23 314:13,15
**amyloidosis**
162:17
**anal**
144:14
**analogous**
78:13 79:6 156:3
**analogy**
140:11,13,18
177:23 277:4

312:25
**analysis**
126:19 129:24
130:8 131:7
133:24 135:21
141:12 143:13
145:8,17 148:10
186:8 216:10,23
219:5,6 220:16,20
225:24 226:3,6
235:25 263:4,5
267:9 268:20
276:8 338:22
340:17 347:10,15
**analyzed**
306:2 309:11 311:1
**analyzing**
319:21
**anatomic**
16:22 32:25 33:11
33:23 100:25
204:7,14,21 205:2
205:8,25 211:9,13
211:25 212:5
223:4
**anatomical**
205:10
**anatomy**
343:22
**ANDERTON**
5:18
**and/or**
203:13
**animal**
126:9 140:12 164:1
206:24 251:24
**animals**
153:23 154:14
288:24
**answer**
20:15,16 27:1,4,9
37:8 38:4,17 39:8
39:11,13 41:1,8
61:12 63:21 67:5
68:24 70:21 72:9
72:21 86:18 88:5

94:13 128:9,11
129:4 136:5 137:1
137:4,8,12,13
138:1,7,12 151:6
152:6,7 170:21
193:8,20,20,21,21
208:4 209:10,15
210:9,10 211:18
212:16,20 213:5
215:1 219:12
247:22 250:6,7
275:19,21,23
287:19 317:2,3,4
320:16 324:1
330:23 355:15,21
**answered**
75:13 86:21 102:16
102:21 110:7
128:5 132:1 141:3
144:7
**answering**
71:25 72:15 136:8
136:11 137:3
145:24 214:25
342:11
**answers**
86:14 358:4
**antibodies**
229:6
**antibody**
249:6
**antioxidant**
325:25 326:5,6
329:21
**antioxidants**
326:15,18
**antiseptic**
333:7
**Antitermination**
221:2
**anti-inflammatory**
154:3 302:2,10
303:8 326:1,16,19
**anti-MUC-1**
229:6
**anybody**

13:23 40:17
**anyway**
97:2 158:9 162:3
192:9 193:19
221:19 240:4
253:16 311:4
**apologize**
194:22 278:15
294:13 299:20
**apparently**
181:1
**appear**
58:20 99:8 175:25
334:20
**APPEARANCES**
3:1 4:1 5:1 6:1
**appears**
45:18 164:24
333:15
**application**
126:16 138:13
258:22 262:7
263:17 271:25
272:1 276:14,15
296:21 344:24
**applications**
259:24 260:6 261:9
261:18,22,23
263:6,10 264:15
346:1,11,20
347:18,20
**applied**
288:7 327:23
329:17 330:3,21
331:2,17 332:3
347:12,16
**apply**
83:22 140:21
333:20
**applying**
132:7
**appreciable**
263:18
**appreciate**
318:17
**appropriate**

Sarah E. Kane, M.D.

283:21
**appropriately**
284:18
**approval**
334:15
**approved**
334:4
**approximately**
256:23 257:11
305:24
**April**
184:10
**Archives**
92:5
**area**
40:25 121:24
123:20 204:7,10
204:25 244:23
284:2 287:15,18
288:8 321:25
322:3 325:5
**areas**
37:7
**argue**
352:12
**argument**
228:7
**arised**
89:23
**arisen**
297:15
**arises**
222:4
**arising**
89:2,10,14,20
158:6,17
**arm**
108:1 125:19 135:2
153:21
**arrive**
135:3,8 137:21
**arthritis**
315:8
**article**
8:3 9:6,10,12,14,20
9:24 10:5 91:17

92:1,13 218:24
219:3,15 220:18
221:9,11 223:4,10
237:20 252:20
253:7 260:21
266:22 272:21
289:17 308:6
328:5 349:2
**articles**
184:6 232:15
283:19
**asbestos**
63:6,7,10 131:16
133:20,25 134:9
134:15,20,22
140:13,14,14,15
152:11,12,15
153:6,8 156:5
181:4 227:14,20
227:25 228:1,3
315:13,18,19
319:22 320:1,3,13
320:19,21,23,25
321:2,4,7,10,23
**Ashcraft**
11:21 29:12 52:11
**aside**
89:8
**asked**
17:11 36:25 47:10
55:10 56:6 70:22
72:14 87:1 88:4
91:7 110:6 150:13
171:9,11 172:6,24
173:17,19 175:10
175:17,19 187:20
187:24 193:1
203:21,23 204:1
207:25 212:2
217:5 226:18
229:24 231:4
242:3,5 247:24
261:13,14 311:7
338:9 341:20,24
342:8,10,17 343:1
343:11 344:2,8

345:14,18 350:1
352:22 353:8
**asking**
23:3 37:14,16,23
40:19 41:2 56:11
65:18 72:4,7,16
72:16,24 75:23
86:13 127:23
128:4 132:18
135:7 137:20
177:17 178:7
189:25 197:2
206:6,12 209:20
209:21 211:17
224:16 228:12,14
230:3 242:1,9
260:12 261:23
264:21 298:19
317:9 342:9
349:14 353:1,24
**aspect**
216:12 340:20,24
340:25
**aspiration**
17:9,12,25 18:7,13
20:1 24:5,7
**aspirations**
22:6,8,11 23:19,20
**aspirin**
154:3,6,8,9,20,22
302:19 303:2
334:4,9,17,20
335:1,2,6,14,20
335:24 336:4
**assert**
209:7
**assess**
351:23
**assessment**
340:7
**assigning**
216:6
**assist**
235:13
**associate**
73:4

**associated**
47:1 62:24 65:1,5,9
65:19 66:11,18,24
67:17,23,25 68:25
69:9,16 81:19
82:15,22,24 83:18
84:19 90:1,9
94:16 105:8
124:17 125:1
126:13 131:9
133:16 138:24
140:6 144:19
152:13 163:19
196:13 264:13
279:2,13 282:23
291:23 295:23
297:7,11 298:15
299:2,23 301:23
314:21,23 348:12
354:17
**associating**
80:20,21 81:8
**association**
81:13,22,24,25
82:2,10 83:2,4,6
89:11 90:5 119:17
135:21 137:10
138:3,23 140:8
191:18 246:10
255:15 256:21,25
257:10 262:17
270:24 272:6
273:24 275:3
284:14 295:1
302:1,7 313:3
349:4,8,15 350:2
352:8,11 354:2
355:2
**associations**
73:7,24 74:6 85:23
91:9
**assume**
13:19 27:10 179:3
212:4
**assumes**
263:16

**assuming**
255:20 309:20
**assumption**
148:24,25
**asymptomatic**
58:12 99:1
**atmosphere**
23:16
**attached**
358:6
**attempting**
271:14,21
**attend**
317:10
**attendings**
239:11
**attention**
347:24
**attorney**
35:5 207:13 208:5
210:11 341:21
**attorneys**
34:14 48:1 55:11
171:5,16 211:7
235:13 236:6
**attribute**
283:24 284:1
**attributed**
284:19
**atypical**
78:5
**August**
44:20
**Austin**
4:24 32:18,20
**author**
220:12,12
**authored**
61:10,17 226:11,12
226:14,16 288:10
288:15,18
**authors**
92:21 191:14
253:17 263:5,23
265:12 271:8
275:2 351:19

352:2
**author's**
347:7
**autoimplants**
221:22 222:5
**autopsies**
337:10
**available**
12:22 24:12,15
51:17 55:15 56:21
69:25 100:14
121:13 179:24
182:9,11,13
183:12 184:11
187:6,17,18 193:5
**Avenue**
4:5,23 5:10,19 16:3
**averaging**
135:24
**avoid**
353:22
**aware**
37:2 55:8 58:25
67:6 73:3 104:15
134:8 149:5,22
150:17 156:13
167:1 172:22
174:19,22,24
175:3 194:3
196:21 197:3
199:23 200:2
202:23 203:10,16
211:19 217:1
224:4 232:7 238:7
238:14,25 239:13
239:19 244:14,17
245:20 246:2,13
246:16 249:8
252:9 253:24,25
254:1,3,4,5,8,10
254:13,21,24
255:4 280:22
283:5 285:24
294:16 298:8,13
298:19 322:7,12
323:14,20,21,23

324:3,17,21 325:7
325:24 326:13,23
333:5 335:19
337:1,19 338:16
338:25 339:11,18
343:16,19 344:9
351:13,19,19
352:2,25
**axis**
330:8,15
**a.m**
1:16 2:15 11:6
64:14,18 117:3

---

**B**
**B**
7:8 8:1 9:1 10:1
165:8
**Baandrup**
303:3
**babies**
333:9
**baby**
129:5,9,19,21
131:5 133:12
138:14 319:25
**Bacillus**
103:6 221:2
**back**
21:10 25:5 31:4
33:25 36:7 46:12
64:18 69:3 84:11
86:14 109:3 117:7
127:11,22 128:1
137:4,6,18 143:9
147:20 153:2
155:5 160:19
161:2,6,15,17
180:11,17,23
193:9 201:15
203:20 207:22
210:7 231:21,25
236:4 244:10
258:6 277:17
289:16 341:12
**backed**

50:10 167:19
**background**
204:17 233:19
234:14,22 235:4,7
255:7
**backwards**
192:17
**BACON**
4:3
**bacteria**
102:1,12,16 103:17
**bad**
77:11 343:25
**balancing**
251:7
**ballpark**
46:20 115:23,25
190:19
**Barshak**
2:9
**based**
72:12 73:1 100:13
102:24 114:1
116:5,9 123:13
149:6 150:17
152:19 227:15,22
250:1 263:7 276:6
333:15 337:5
**bases**
250:24,25
**basic**
231:24 237:1
**basically**
17:17 22:15 35:21
49:1 53:10 55:18
79:20 122:5
138:24 142:25
162:9 188:8
262:21 265:13
329:18
**basing**
136:20
**basis**
19:22 41:3 47:18
104:12 188:6,11
209:7 213:20

214:15 215:6
226:10 237:20
249:23 335:16
**battery**
289:6
**Baylen**
3:13
**bear**
82:25 98:15
**bearing**
124:22
**Beasley**
34:19,21
**beefy**
334:16
**Beer**
175:22
**began**
33:13 35:21 238:4
**beginning**
26:16 113:2 204:15
254:3 313:7 350:9
**begins**
64:16 117:5 160:17
231:19 289:14
347:3 348:6 349:3
**behalf**
25:18 196:23
202:16,24 224:2
**behave**
84:25 87:1 88:8,10
88:13,16,17
**belief**
78:7
**believable**
321:8
**believe**
12:24 28:8,23 29:1
30:12,19 31:20
32:6,10,20 34:23
36:14 39:23 40:3
40:8 42:2 47:22
49:18 55:23 57:14
61:24,25 67:2
82:12,22 84:8,9
92:16 114:4

117:13 133:16
156:9 158:21
161:21 163:9
168:2 171:24
172:12 173:23
174:13 177:12
179:23 180:1
181:10 184:10,14
187:10 192:8
202:3 203:5
223:15 226:16
232:18 233:23
238:18 239:5
249:10,14 254:2
258:1 261:20
267:16 284:7
286:3 288:14
290:8,16 299:6
305:10,15 307:23
308:10 319:8
320:2 327:18
336:12 338:7,22
342:4
**believed**
48:9 90:16
**bell**
184:18 238:8,11
239:7,8,12 245:23
**belongs**
96:5
**Berkowitz**
253:18
**best**
50:12 71:22 173:3
183:3 185:16
236:15 359:11
**Beth**
239:17
**better**
150:14 277:7 333:2
353:23
**beyond**
133:14 137:1
**bias**
351:16,20,25 352:1
352:3,12 353:3,19

353:23 354:1,2
**BIDDLE**
4:12
**big**
215:5 223:21
**bill**
36:3 41:15 42:18
44:3 253:17,25
254:8
**billed**
35:6
**binders**
51:19 52:7,9
**bio**
159:19
**bioabsorbable**
119:12 120:18,21
120:23 121:1,12
**biodurability**
121:7
**biologic**
62:11 126:10
133:23 145:16
148:10 152:14
205:19 228:7
334:24
**biological**
134:17 135:1 139:7
139:8 145:6
228:13 322:18
323:9 327:5
**biologically**
135:11 137:23,24
145:25 155:21
248:25 342:13
**biologist**
175:23
**biology**
205:17 206:15
218:21 281:23
282:2,10 287:10
287:21,23 288:1,3
**biopsies**
22:18 113:10
221:18
**biopsy**

18:15 22:17 24:22
24:23 70:8,16
221:6
**birefringent**
58:20 99:8 103:18
111:13 247:2
**birthday**
242:13,19
**bit**
36:1 57:17 90:12
110:21 139:22
157:22 167:15
169:12 183:5
186:5 233:18,24
275:7 276:1 294:8
**blanket**
323:4
**Blaustein**
28:24 163:8,17
**Blaustein's**
7:25 8:7,9,12,14
29:3 54:7,22 61:6
61:23 95:13,16
96:9 97:19 98:1,3
106:12 156:12
160:11,14,23
**blocks**
17:1 309:3,16
311:3
**blood**
18:9 19:2,4,6,13,16
20:1 324:24,25
325:9 359:15
**blotted**
309:3
**Blount**
173:6 180:5
**blue**
52:2
**blurb**
196:17
**board**
16:22 32:25 317:14
**boards**
317:10,11,23
**Bob**

57:5
**bodies**
58:7 59:14 101:24
102:11,13,18
103:17 104:8
110:12 112:20
113:20 115:20
**body**
60:2,14 101:2,6,9
103:11,13 104:22
112:1,12,17
119:13 121:18
122:20 123:10,11
125:6 127:13
128:15 161:22,23
162:13 163:18
166:24 167:6
168:13,16 190:4
205:17 207:4
306:4 329:12
354:7,10
**Bonovas**
303:4
**Bonovast**
341:23
**book**
98:12 157:1 159:21
**Books**
55:3
**borderline**
83:11,13,14,15,19
221:22
**borne**
156:20
**borrow**
236:8
**Boston**
2:9 3:6 11:8
**bottle**
126:15 129:10,13
130:4,12 131:15
132:6 133:19
138:17 139:18
227:16,24 229:10
229:12,13 332:18
**bottled**

323:15 324:11
**bottom**
106:19 150:10
196:9 278:18,21
278:23 299:21
**bought**
133:4
**bound**
346:20
**bowel**
60:13 313:18
**box**
229:23
**boxes**
29:11 50:24 51:2
51:21,24 52:2,15
52:24 53:5,19
164:9 178:18,18
179:3,5 231:25
265:25
**Bradford**
108:2 126:19
135:20 137:8
138:20 140:22,22
186:7 216:10,23
219:5,6 250:13
340:16
**BRCA1**
75:3,14,17,21
77:24 90:12
**BRCA2**
75:3,15,21 77:24
90:12
**break**
26:23 27:2 52:13
52:17 64:10 83:9
110:14,17,21,23
117:1 136:3 142:9
159:16,19 160:6
277:11
**breakdown**
104:13
**breast**
79:1,5 113:9,13,18
246:25
**brief**

240:16 341:18
**bring**
14:25 49:14 97:2
164:7 232:6 289:2
**bringing**
55:4 58:5
**broad**
200:10
**broke**
82:7
**brought**
13:16 28:19 30:23
49:18 50:18 51:15
54:13,16 58:4
61:16 74:2 95:20
160:25 161:4
164:11,25 232:3
**brush**
200:10
**building**
249:21
**built**
170:20
**bunch**
250:1
**burden**
10:4 94:25 308:8
**buried**
268:6
**business**
15:25 16:6
**button**
150:3,6 271:6
**buy**
138:15
**buying**
132:6 133:10
**Buz'Zard**
153:17 327:14,22
328:11 330:2
343:12
**Byrd**
173:12

———— **C** ————
**C**

11:1 359:1,1

**calcium**
113:9,17

**calculated**
263:6

**calculator**
47:3

**California**
9:17 13:2 272:23

**call**
246:4 347:23

**called**
17:8 59:16 79:20
141:7,24 148:23
296:25 319:4

**calling**
78:16

**calls**
351:5

**Campion**
41:10

**Canada**
12:21 51:14 127:2
182:14 183:11
186:4 339:18
340:6

**cancel**
252:11

**cancer**
9:8,11,13,15,23
19:19 26:9,14
62:4,10,12,25
63:2,8,9 64:5,7,9
64:22 65:1,5,8,12
65:22 66:1,2,8,13
66:16 67:8 69:6
71:6,9 73:3 74:6
75:22 77:9,19
78:2,14,15,21
79:3,4 81:14,16
81:19 82:21,25
83:24 84:17 88:8
90:24 93:9 99:15
99:24 100:4 102:4
102:6 108:1 119:9
119:15,17 124:18

124:20,25 125:8
125:12,18,23
126:3,16,24
127:15 128:17
130:13 131:21
132:12 133:7,17
134:15,23 138:16
138:23,25 139:1,2
139:6,21 140:6,7
140:25 141:21
142:1,6,11,12
143:25 144:3,11
144:12,14,14,22
144:22 145:1
147:24 148:1
149:8,16,25
150:20 151:4,11
151:13,13,14
152:10,13 154:1,7
154:17 155:14,17
155:20,22 156:3
156:19,24 157:4
157:10,24 158:5
163:20 164:3
175:23 190:14
191:11,25 203:15
204:4,24 205:2,4
207:10 208:2,25
210:2,20 211:13
212:3 217:2
228:11,20 229:4
229:14 232:14
233:8,20 234:3,23
237:4,10 238:4,15
239:4 240:9,13,20
241:9,12,24
243:15 244:11,25
245:14,18 249:2
250:12,17 251:1
251:16 252:22
253:9 255:9,17,25
256:6 257:4,16
260:6,22 261:1
263:11 264:12,20
266:23 267:4
270:14 271:15

272:6,22 276:12
282:23 284:9,15
288:17,21 289:20
290:5 291:20,23
293:21 294:4,19
295:3,11,17
296:11 297:12
299:1,22 300:2,7
300:11 301:10,24
302:8 303:9 313:2
313:10 314:21,23
314:25 315:11,13
315:14,15 316:2
316:10,10,17,22
317:2,7,15 322:9
322:24 323:6
324:14,16 327:9
327:13 333:11
334:7,9 335:1,14
335:16,25 336:5
337:5,23 338:1,16
339:14 342:15
343:10 344:11
347:18 348:13
349:5,9,16 350:3
350:5,11 351:3,9
352:9,12,21,24
353:15,17 354:13
354:19,23

**cancers**
63:3 65:20 66:10
67:15 68:3 80:4
83:3 85:18 90:17
91:1 144:19,20
157:12 158:5
297:7,8

**capable**
322:24

**capacity**
119:8

**caption**
165:16,25

**carcinogen**
140:18 143:24
144:21,23 146:10
297:1 322:23

323:5

**carcinogenic**
141:25,25 142:5,10
142:16,17,20,22
143:2,4 312:23
325:16

**carcinogenicity**
145:15 152:15

**carcinogens**
134:24 141:17
143:16,20 144:5,8
145:15 315:22
322:15,16 323:3,7
323:8

**carcinoma**
8:4,6 65:6,7,14
67:10,23 68:17
69:15 71:4,5,12
71:15 73:5 75:5
75:12 76:2,6,8,14
76:21,22,24 77:4
77:14 78:13 79:1
79:2 81:23 82:3
82:11,16 83:7
84:2 87:20 91:18
91:19 92:3,4
94:17 100:5
191:19 352:15
354:17

**carcinomas**
73:19 74:19,21
75:19 76:19 77:1
77:13,16,17,23
78:9,11,17,20,23
79:9,19 80:14,15
80:18 81:10,11
82:6 83:11,14
84:4,6 85:2,4,7,10
85:13,16,24 86:11
86:12 87:3,5,8,10
87:11,14 88:13,14
88:15,17,19,22,23
89:3,3,8,11,13,17
90:8,11 94:7
107:22 144:15
297:15 299:3,9

**cardboard**
52:2

**cardiovascular**
335:2,7

**care**
17:15,23 18:12
22:13,20 25:7,13
90:24

**career**
108:10,23 109:4,24
110:9

**careful**
308:16

**carefully**
178:11 185:18
313:6

**carried**
285:6

**carries**
106:19

**carry**
93:6

**case**
12:4 16:12 25:10
25:23,24,25 26:2
26:6,12 34:5 36:7
39:3 40:21 47:10
49:13 56:4,14
60:25 83:22 98:9
106:17 118:16
124:5 131:25
156:21,22 158:12
158:24 186:1
188:16,17 190:12
193:24 198:12
200:8 201:5 214:8
215:20 216:16
223:16 231:1,11
239:1 243:5,25
247:20 248:14
251:11,18 299:6
319:5 351:2
352:19

**cases**
1:10 16:14 89:13
112:14 116:14

117:23 192:18
215:18 216:7
221:23 244:6
246:20,25 254:6,7
261:10,15 268:16
268:17 276:23
309:8
**case-control**
82:4 139:4 149:14
155:21 190:17
191:24 192:15
217:22 219:9
223:13,17 224:8
224:18 225:14,15
225:22 291:19
292:15 295:15
337:20,21 351:14
352:1,20,25
353:22
**case-specific**
235:3
**cassette**
71:2
**cast**
144:20 170:9
237:11
**casting**
143:23
**catch**
292:24
**categorial**
347:15
**categorical**
347:10
**categories**
60:7 142:13
**categorization**
134:12 142:8
157:11,14
**categorizations**
233:7
**categorize**
103:21,22
**categorized**
134:24
**categorizing**

104:11 106:6
111:22
**category**
142:5,8,15 143:4
157:15 269:15
**caught**
117:14
**causal**
74:6 145:1 226:13
226:15 294:25
**causality**
145:9 256:16
**causally**
66:25 67:7 71:14
73:4 133:16
**causation**
26:1 62:4 99:14
107:15 125:21
130:11 135:4,8
136:9,20 137:21
138:11 148:14
152:2 153:22
170:15 171:10
177:10,24 191:2,4
191:9 204:24
215:12,19,22
216:10,24 219:14
219:15 227:13,15
228:2,13 234:21
244:20 247:13
250:15,22 254:22
316:15 320:8
**causative**
121:7
**cause**
60:16 63:6,8 64:8
65:20 66:6 67:18
68:23 69:17 74:17
74:18 75:7,18
100:1,8,10 101:6
102:13,25 103:3
106:7 107:1,2,8
107:18,25 108:7
118:9 119:4,8,10
120:14,16 121:2,5
121:6 125:17

126:24 129:1
138:16 140:4,25
142:1,6 144:3,13
144:18,22 146:1
148:20 152:11
153:4 155:1 162:4
162:12 228:10,19
229:2,4 241:9
248:23 251:14
284:8 297:6 301:8
301:21 309:23
311:19 312:10,12
312:23 314:19,25
315:5,23 320:13
322:8 323:5
324:13 333:3
342:25
**caused**
26:14 58:6 68:19
68:19 69:11,12
74:7,17 80:16
83:25 90:17 104:1
104:23,25 144:23
156:5 163:18
252:5 316:17
317:7,15 352:24
353:16 354:19
**causes**
63:9 65:4 66:7,18
74:22 75:11,23
84:18 99:16 103:8
124:20 125:14
126:3 130:13
134:22 142:11,12
143:25 144:11
162:7,24 206:25
240:20 248:15,16
248:18 302:6
306:24 313:23,25
314:2,7,9 315:14
315:14,15 316:22
333:11
**causing**
62:12 111:9 120:7
120:11 131:21
139:19,20 149:2

191:8 204:4
229:13 297:23,24
322:24 342:14
**caveat**
93:16,17 264:25
276:16 334:1
**cavity**
58:9 94:25 98:23
155:24 299:14
**cell**
10:7 59:13 65:6
66:17 67:10 69:15
84:7,9 85:12,16
85:20 86:6 87:17
87:25 88:12,18
89:4,7,10,13 90:6
99:17 101:7
103:13 116:2
122:4 144:15
153:14,16,25
154:16 288:25
297:15,24 299:3
299:11 306:4,25
307:1 311:3 326:7
328:7 329:12,14
329:18,21
**cells**
58:17,19 59:4 60:9
63:16,18,23 69:9
73:18 74:14 78:5
79:10,12 88:25
99:6,7 104:17,20
104:21 105:17
108:6 111:19
153:1,18 297:18
297:19,23 298:2,3
298:4 299:13,17
312:14 314:11
325:12,18 327:17
327:23 330:3,9,12
330:25 331:4,17
331:18 333:21
**Center**
30:14
**Central**
9:16 272:23

**certain**
34:24 60:15 66:15
102:2,7 104:2,9
107:21 114:7
123:6,9,18 124:6
127:20 134:23
140:6,7 143:18,19
143:22,22 144:3
144:14,18,18
145:11 250:17
284:14 295:1
297:7,8 341:21
343:23,23
**certainly**
13:8 36:4 51:23
57:15 59:7 73:22
78:22 81:12 83:1
92:14 94:1,2,18
101:25 102:17
103:2 109:12
112:13 145:12
147:16 148:1
152:12 177:17
178:5 185:2
204:24 205:12
213:12,13,24
214:14 216:4
217:8 228:1
233:11 236:3,11
236:12 237:13
238:14 243:18
244:15 245:1,25
246:2 252:13
254:14 264:3
282:4,24 283:15
284:1,5,22 286:7
286:24 287:1,14
301:12 302:19
316:18 317:17,22
320:13,19 334:25
338:11,20
**certainty**
112:3
**certification**
33:1
**certified**

2:12,12 16:22
**certify**
358:3 359:6,14
**cervical**
18:15 22:18 24:22
24:23 144:14
**challenged**
256:17 270:24
**Chan**
222:18
**chance**
262:22
**change**
30:12,20 47:15
152:25 249:20
263:18 306:25
311:19 357:3
**changed**
30:21 186:3 247:5
290:21 291:13
293:5
**changes**
157:7 337:12,13,17
358:5
**changing**
169:12 275:15
325:11,14,17
**chapter**
61:6,10,18 163:1
**characteristic**
118:2,7
**characterization**
342:6
**characterize**
106:3 146:3,22
283:12
**characterized**
58:16 99:4
**characterizes**
104:16
**charge**
47:14
**charging**
47:6
**chart**
18:11 19:7,9,10

**charts**
134:7
**check**
328:2
**chemical**
156:5
**chemically**
140:15,17
**chemicals**
337:4
**chicken**
65:17
**Chodosh**
173:7 175:23
**choosing**
320:2
**chosen**
175:14,16
**Chris**
52:1 197:13
**CHRISTOPHER**
3:12
**chromosomal**
73:17 74:13
**chronic**
8:4 9:21 59:3 62:13
62:15 64:6,7,21
65:2,10,11,14
66:3,6,7,11,19,19
66:25 67:7,12,25
68:23 71:12,14
73:2,4,7,15 74:7
80:21 81:9 91:18
92:3,23 93:14,22
93:22 94:10,15,20
95:3,5 99:17
100:2,8,10 101:20
102:20 108:24
115:8 119:8 125:1
125:3,11,14 129:2
139:20 140:4,5,8
149:2 248:16,23
250:10 251:12,14
251:15 284:8,13
289:18 290:2,3
294:18,23 295:9

295:24 297:23
300:5,10,25 301:3
305:12,15 306:18
306:22,22 307:6
307:18 309:23
311:10,17,18,21
311:22 312:1,17
312:18,21,22
313:15,20,25
314:2,13,15,20,22
314:24 315:3,6,14
315:23 327:7,7
335:24 342:25
354:7 355:4,8
**chronologic**
258:7
**cigarette**
277:1,2 337:4
342:18,21 354:4,6
354:11
**circumstances**
19:1 21:25 59:10
242:11 343:6
**Cisplatin-DNA**
218:18
**citation**
279:25 281:6
**citations**
166:11 281:14
283:6,9,9,16,22
286:4
**cite**
123:24 182:8 185:1
206:14 207:3
236:13,19 256:10
263:24,25 273:6
284:5 288:22
290:6,9 291:25
300:8,19 303:1,1
303:14 305:6
335:12
**cited**
8:19 49:19 50:4,25
57:20 92:16 152:3
156:24,25 165:5,9
165:19 166:24

167:6 168:13,15
169:6,9,11 178:10
179:6,9,15,16,18
182:18 187:11
233:3 236:12
265:7 266:9 270:4
270:7 281:10
283:5,7 284:1,18
284:22 286:6,7,23
290:8 293:18,24
294:1 300:16
302:15,21 303:13
304:20 327:14
**cites**
256:7
**citing**
169:19 255:18
270:20 281:3
283:3,15 287:1
**claim**
340:21
**clarification**
57:3
**clarify**
14:16 21:3 51:11
52:1,24 70:18
97:17 291:16
**class**
217:20
**classification**
157:7 241:5 336:22
**clean**
26:22
**clear**
13:3,10,23 65:6
66:17 67:10,20
68:22 69:15 84:7
84:9 85:12,16,24
86:1,6 87:22
88:12,18 89:10,13
90:6 96:3 148:15
150:21 197:6
198:25 199:3
200:11 257:12,15
257:21,24 258:5
270:25 276:6

281:4,6,14 287:4
297:14,24 299:3
299:11
**clearly**
13:5 48:6 183:6
283:15 339:21
**clear-cut**
279:3,20 280:4
**Cleveland**
5:20
**clinic**
17:10 23:24
**clinical**
16:23 17:18 24:13
32:25 33:12,23
162:18 205:11
221:7 225:12,13
244:4 336:16
**clinician**
17:10 18:17 22:17
**clinicopathologic**
221:23 222:10,19
222:23
**clip**
71:19
**close**
346:23,25
**closely**
176:13
**closure**
272:7
**CLR**
1:19
**coaching**
197:17
**coauthor**
238:9,11
**cognizant**
236:18
**Cohen**
2:9 173:9 175:24
**coherence**
139:23,24,25
**cohort**
65:25 82:2,9,14
158:20 191:16,17

191:17,19,23,25
192:10 219:10
223:13,17 224:8
224:19 225:17,18
225:22 292:21
337:19 338:3,7,14
**cohorts**
192:5
**colitis**
62:19,21,23 63:1
313:1,5,14 315:11
**colleague**
32:11,12 96:6
177:16 178:7
239:18
**colleagues**
177:18 241:11
317:14 318:15
**colleague's**
177:25
**collect**
170:23 308:22
**collegial**
23:16
**colon**
60:13 63:2 313:1
**Colorado**
3:22
**color-coded**
331:14
**column**
93:7 263:3 296:9
332:2 345:21
347:2,25
**combination**
181:24 182:15
**combined**
33:11 42:14
**come**
21:22,23 22:13
23:24 61:6 108:23
112:25 126:20
136:9 146:14
150:25 151:9
184:12 185:3
190:4,18 199:3

230:8,10 239:10
243:22 244:15
245:22 282:6
292:10 297:19
304:16 310:11
339:2,5 340:17,18
**comes**
89:6 131:21 218:22
230:20 247:23
**coming**
81:5 90:23 95:2
188:13 189:2
199:19,21 219:7
242:13,19 340:23
**commencing**
2:15
**comment**
239:24 340:8 348:9
348:14
**commentary**
340:19
**commission**
358:16 359:22
**committee**
53:9
**Committee's**
9:3 194:10,17
**common**
59:12,15 60:10
71:6,8,10 158:4
250:18 282:11,18
282:21,22 283:1
284:7 287:5
354:12,22,24,25
**commonly**
16:2 59:9,11 105:9
120:10 246:24
323:19
**Commonwealth**
2:14 15:24 16:1,15
359:2,6
**communicating**
43:24 45:2 46:1
**communication**
34:4 38:9,10
243:17

**communications**
37:15
**community**
57:19 79:15 253:3
**comp**
136:24
**Companies**
4:10,19
**company**
26:10 310:19 319:4
334:5
**compare**
203:2 279:17
**compared**
113:17 258:22
273:23 298:11
**compelling**
80:12 108:2 190:16
191:2 251:11
252:18 297:5
301:8
**compilation**
283:18
**complete**
49:20,24 50:13
156:7 157:13
167:9,20 168:6
182:1,2,4 187:13
231:8,12 232:8,11
237:18 247:25
**completely**
66:21 67:4 115:22
185:18 216:12
228:24 264:7
297:25 298:7
300:21
**completion**
359:12
**complicated**
42:15
**complies**
196:15 277:25
**component**
141:5 143:9 250:23
294:21
**components**

131:24 143:14
**computer**
50:7 206:10,20
**con**
63:24
**concentration**
269:7
**concerned**
212:9
**concerning**
347:7
**concerns**
343:24
**conclude**
92:21 300:5
**concluded**
71:23 356:9
**conclusion**
93:17 127:6 135:4
135:9 137:21
185:3 186:9
188:14 190:5
219:8 264:11
300:22 339:3,6,23
340:17
**conclusions**
136:21 189:2 200:8
**condensed**
293:4
**condition**
314:25 354:7
**conditions**
62:24 63:19,23
64:3 65:19 91:9
140:9 294:17
314:21,22 315:4,7
**conduct**
149:6 220:17 225:2
226:2,6 287:20,22
**conducted**
150:23 216:8
223:14 224:18
225:23 226:12
288:23 295:15
**conducting**
38:24

**cone**
22:19
**conference**
195:6 241:20 242:2
**conferences**
176:16 241:19
**confidence**
190:25 258:19,24
258:25 259:2,12
259:18,21 262:8
264:3,18 268:12
268:13,24 269:2,4
269:23 273:22
274:11,13 346:12
346:14,20
**configuration**
118:2,8
**confirm**
97:11 261:14
**confirming**
238:23
**conflict-of-interest**
241:14
**confounding**
351:16,20,24
**confused**
291:9
**confusion**
86:7
**Congress**
4:23
**connecting**
67:7
**connection**
12:14 237:5
**connects**
71:14 132:11
**consider**
78:10 148:6,7
170:6 177:4
231:11
**consideration**
145:3,18 339:10
**considered**
8:21,23 50:25
52:20 87:12 165:6

Sarah E. Kane, M.D.

165:10,20 169:2,3
169:7,21 170:4
178:5 179:5
180:20 181:18
182:6,22 184:25
201:23 322:23
338:20
**considering**
138:19
**consist**
165:15
**consistency**
136:1 138:5 351:12
**consistent**
84:1 126:12 135:22
135:25 138:4
154:5,6 156:23
191:13 193:16,18
244:18 262:16
265:14 271:9,18
272:15 302:16
306:6 327:12
334:19,20 335:20
343:9 349:24
**consists**
165:14
**constantly**
123:7,19 144:25,25
**constituent**
141:9 344:17
**constituents**
129:20 134:3
**constitute**
271:24
**consult**
235:16 244:2,7
**consultant**
39:2
**consultation**
177:15
**consulting**
16:6 38:13 40:16
40:20,24
**consults**
243:4,12
**Consumer**

4:10,19
**consumers**
131:1
**consumption**
155:18
**contact**
20:25 41:4 44:1
203:20
**contacted**
32:6 244:9,13,14
245:4
**contain**
229:20 264:8
320:21
**contained**
230:4 235:25
282:15
**containers**
308:25
**containing**
261:10
**contains**
61:18 320:19
**contaminated**
58:10 98:24
**contamination**
296:13,17 307:20
308:12 309:20
310:15
**content**
111:5
**context**
71:12 139:24 157:3
196:25 205:25
294:9 317:25
349:17,19
**continuation**
160:1
**continue**
13:19 41:1,2 138:9
318:21,24
**continued**
4:1 5:1,3,25 6:1
10:3 156:21,23
245:12
**continues**

155:14
**continuous**
263:8 347:13
**continuously**
124:1
**contribute**
152:15 220:10
**control**
258:22 332:9
351:21,22
**controls**
156:22 158:12,25
261:10 308:11
309:6,12 310:1
311:1 347:21
**conversation**
20:24 239:15
**conversations**
239:5 245:22
**convince**
274:3
**cookie**
198:1
**copied**
97:4 106:12 280:2
280:24,25 285:9
**copies**
27:21 28:22 31:4
52:13,18,19,19
96:13,23 97:9
187:23 328:23
**copy**
9:18 15:2 27:23
28:3,21,23 29:17
29:24 30:3,5
31:17 43:13 47:25
95:23,24,24 96:13
98:11 161:7
164:11,15,17
165:1 186:12
201:20 226:20
227:1 261:2,7
266:1,2,8,13
278:2 283:11
284:25 285:4,11
289:24 328:17,20

**copying**
281:12 283:13
284:3
**cornstarch**
104:2 120:13 148:2
**corollary**
301:25
**correct**
16:19 21:18 24:1
25:3,18,22 34:5,9
34:15,16 35:7,14
36:8 42:12,19
43:14,20 44:4,24
45:4,6,7 46:2,9
47:7 52:3,6,17
53:7,8 57:21
62:25 63:20 64:5
67:24 68:8,12,20
70:3,8,25 71:6,9
78:15 83:14 85:18
95:2 97:20 99:20
99:22 101:14
102:25 104:3,19
104:25 105:15,22
115:15 120:15
121:5 122:6 129:9
133:5 141:6
155:10 158:20,21
164:10 165:1,17
166:1 175:24
178:3 180:12
186:1 190:14
201:23 202:5
209:1 210:4
214:12 222:11,13
223:19 224:3
227:2 230:5
234:19,20,23
235:19 238:17,19
242:23 247:16
256:8 259:11
262:14,23 263:11
263:21 265:8
269:8,22 270:6
271:3 275:4
286:22 287:7

290:7 292:17,18
295:17 297:20
298:4 299:17
303:23 311:22,24
312:7 313:14
321:11,24,25
322:1 324:14,20
325:16 326:2,16
327:17,23 329:13
330:9,12,19,20
331:5,19,21 332:7
332:10,15,19
333:14,23 335:3,7
335:8,11,16,25
337:23,24 338:1,5
340:8,12 343:3
346:22 349:25
350:18 351:6
354:8,14 355:1,5
355:9 358:4
**correcting**
34:6
**corrections**
358:5
**correctly**
190:9 302:17
305:13 309:7,9
332:12
**correlation**
92:22 93:14 222:19
222:23
**cosmetic**
9:9,25 129:4 130:6
252:23 253:10
255:16 308:7
**COUGHLIN**
5:8
**counsel**
11:13 12:14 17:14
19:18 29:12 36:20
36:21 37:15,21
46:15 47:21 171:1
173:5,6,8,9
174:12 175:14
195:1 203:21
212:24 240:15,25

244:10 245:4
**counsel's**
37:24
**counted**
202:10
**counter**
333:6
**counting**
44:14
**countries**
191:15
**country**
36:23 244:5
**couple**
29:5 54:17 158:10
167:16,24 169:13
169:13,14 177:11
187:1 222:15
232:10 233:1
290:6,14 293:17
303:20 311:23
**course**
103:9 106:23
108:23 111:24
124:3 147:9
161:25 171:6
172:5 173:18
182:3 211:7
217:20 224:24
234:12 274:9
**court**
1:1 11:10,14 26:22
118:3 162:8 194:4
198:22 199:14,25
200:9,11 201:4
235:23 266:12
277:11 308:2
325:3 329:5
**cover**
12:2 42:6 43:16
44:18 161:5
**covered**
31:15 34:8,10
45:17 137:9
157:25 164:8
**covers**

31:12 34:3 42:7
43:17 188:1
**coworkers**
241:13
**coworker's**
95:24
**COX**
153:12
**crack**
52:12
**cracked**
51:20 179:3
**Cramer**
159:4 173:10,11,20
173:21,23 229:6
249:7,8 251:23
253:8,17 254:2
255:18,18 257:8
265:2,7,12 266:8
266:16 267:4
270:6 271:7
291:19
**Cramer's**
238:10,21 254:11
257:19 270:23
**create**
53:20
**created**
49:6
**creating**
53:21
**credentials**
321:19
**credible**
320:24 321:8
**criteria**
138:20 140:22
292:5
**critically**
225:19,21 226:9
270:9
**critique**
214:14
**Crohn's**
60:11 63:17 104:9
313:5 315:12

**cross**
7:2 118:2,8
**Crosslinks**
218:17
**cross-check**
237:17
**CROSS-EXAMI...**
318:22 341:14
**Crowley**
131:4 173:13 180:7
**Crowley's**
134:5,13 181:7
**CRR**
1:19
**crystals**
58:18,19 99:6,7
113:9,18
**ctisi@levinlaw.c...**
3:16
**Cultures**
10:7 328:8
**cumulative**
274:16 276:7
**cumulatively**
291:14
**curious**
55:10 61:2 242:3
**curr**
56:22
**current**
15:22 25:2 30:6,8
56:24
**currently**
77:2 90:16 287:24
288:2 336:9,14
**curriculum**
7:13 29:21 30:6
223:7
**cursory**
321:1
**cut**
55:1 61:13 137:9
137:19 322:20
**cuts**
332:22,23 333:3
**cutting**

355:16
**cut-and-pasted**
286:2
**CV**
28:22 29:20 30:18
165:1 217:17,18
218:2 336:13,18
**cyclooxygenase**
154:10,11
**cyst**
59:16
**cysts**
79:20 111:8
**cytokine**
288:25
**cytology**
23:18 70:8,16
**cytopathologists**
17:7
**cytopathology**
16:23 30:13,22
32:24 33:15,17,19
33:20,21
**cytopathy**
221:8,18

_____
**D**
**D**
7:1 11:1
**daily**
92:15 104:12
108:20 124:4
178:7 188:11
214:16 215:6
216:16 226:10
247:5 329:14
348:10
**damage**
121:19
**damaged**
337:4
**damaging**
123:3
**Dan**
253:8,17 267:4
**dangerous**

219:24
**data**
8:20 19:13 50:6
65:25 75:24 80:7
80:20 81:4 83:1,3
83:5,12,20 84:3
89:6,9 121:11
131:11 138:19
139:1 140:20
141:2 146:11
148:2 151:2 152:8
152:20 154:5,6
165:5,10,19
168:22 170:12
175:8 177:2,5,6,7
177:14,22 179:20
184:25 191:1,2,9
193:14,15 213:21
214:2 215:7
219:16,18,22
236:22,25 237:4,5
237:9,12 241:4,6
244:17 245:22
257:25,25 259:16
263:24,24 264:7
275:3 276:10
280:9,13 284:9,10
315:22,25 334:17
334:20 337:14
343:9 344:25
350:10 355:2
**date**
11:5 12:15 28:9
31:11,15 32:1
34:10 46:23 47:2
194:21 196:3
358:8
**dated**
164:18,22 183:7,8
**dates**
35:22 43:16
**day**
12:6,8,25 23:5,12
23:14 34:8 173:15
189:6,17 221:13
230:14 239:10

Sarah E. Kane, M.D.

291:8 324:12
329:12,12 333:6
341:16 342:12,19
343:7 347:12
358:15 359:19
**days**
13:14,15 14:3 23:6
23:8,9,10,16,18
29:5 54:17 156:19
158:10 311:23
312:1
**day-to-day**
19:21 177:17
**DCIS**
79:5
**Deaconess**
239:18
**deal**
219:19
**dealing**
200:15 228:22
**debate**
79:2
**December**
12:23 28:8
**decide**
204:2 227:24
320:23 340:11
**decided**
242:18 245:3
**deciding**
119:22 193:3
**decision**
193:4
**decisions**
62:3
**declined**
279:5
**decrease**
78:1 190:24 299:10
335:24
**decreased**
298:25 302:9
326:11 327:16
336:4
**decreases**

299:9 333:21
**deduce**
69:16
**deep**
216:25 217:6
244:19 317:20
**Defendant**
4:9,18
**defendants**
5:4 11:18,23 26:4
174:19
**defending**
50:20
**defense**
55:10,14,16 56:3
56:14,16,24 57:4
171:11,12,18
172:5,9,9,17,22
173:2,22,25 174:6
174:9,14,15,24
175:6,10,19
177:13 187:20
189:25 190:8
192:20 240:14,17
240:25
**define**
168:12
**defined**
216:2
**definite**
251:10
**definitely**
68:25 73:6 171:15
176:11 186:10
187:3 205:21
220:18 222:3,7
302:18 303:12
323:5
**definition**
311:22
**definitively**
89:21 123:23
**degree**
223:19,20 251:17
271:23
**degreed**

224:1
**delete**
290:20
**deleting**
290:24
**delineated**
297:25
**demonstrate**
265:13 271:8,17
272:15
**demonstrated**
298:9
**demonstrates**
217:19
**dense**
12:2
**Denver**
3:22
**depend**
25:9 123:5 146:9
304:3
**dependent**
24:20,21 227:14
**depending**
69:18 112:18
178:15 305:17,19
**depends**
58:14 69:13 77:5
99:3 100:19 101:7
101:8 111:6 112:6
112:13 114:5
**deponent**
11:12 358:1
**deposes**
15:14
**deposition**
1:14 2:7 7:11 11:7
11:22 13:9 14:3
16:12 25:17,21
26:17 27:15,19
28:4,9,13 31:7
40:23 41:24 43:8
44:11 45:9 49:14
50:21 54:11,15,18
64:17 91:23 95:15
97:10 117:6

139:15 160:18
161:1 165:11
173:5 181:21
194:15 195:17
201:3 231:20
253:3 260:25
285:4 289:15,23
319:15 356:8,9
359:12
**depositions**
12:15 13:18 53:18
134:7 174:11
179:14 181:11,12
187:18
**deps@golkow.com**
1:23
**deregulate**
326:3
**derived**
79:19
**dermis**
59:19
**describe**
214:22 215:2,4
220:21 257:2
**described**
118:12 222:9
255:17 257:7
272:19 279:22
**describing**
206:14
**description**
7:9 8:2 9:2 10:2
189:3 202:1,7
334:8
**design**
149:12 192:14
224:22 297:2
352:25
**designate**
199:24
**designated**
174:20,25 183:17
183:24 198:10,21
198:22 203:11
211:10 224:2

231:10 254:6
319:17
**designation**
9:4 194:10,17
196:14
**designations**
193:23 201:20
**designed**
192:6,10 225:11,13
225:14,15,17,18
225:20
**designing**
353:21
**designs**
224:17
**destruction**
219:24
**detail**
164:6
**detect**
321:4
**Detected**
218:18
**determination**
70:7,15
**determinations**
17:3
**determine**
108:19 121:8
145:25 146:8
321:6
**determining**
238:23
**develop**
84:21 86:22 226:4
298:10,12
**development**
8:6 62:25 64:4
65:20 68:7 71:15
76:1,5,14 80:22
91:20 92:4,24
99:24 124:18
133:17 149:8,24
150:19 151:3
152:10 154:1,16
163:19 164:3

249:2 295:10
296:11 300:1,7
**developments**
245:12
**diagnosed**
149:16 313:5,9
316:1,9 317:1
**diagnosing**
247:6
**diagnosis**
17:3 18:1 20:8
24:13,21 25:15
59:8 94:2 139:6
233:20 238:23
316:18 347:20
**diagnostic**
17:1 70:2,15 221:6
**dice**
192:2
**Dichorionic**
222:20
**difference**
130:15 132:3
169:17 216:19,24
318:6 344:14,15
**differences**
89:19 105:24
**different**
14:25 33:8 59:24
62:14 63:11,19
64:8 69:2 72:12
83:2,9 84:16,18
84:20 86:21 88:7
88:25 89:25 90:2
100:17,18 102:3,8
102:23 103:23
104:16,24 105:12
105:19,19 109:16
113:10 119:11
120:25,25 123:7
128:23 129:18
130:3,7 131:22
132:15,19 148:13
157:14 167:13
169:10 170:19
177:18 190:5,17

190:18 191:14,15
191:15 192:11
198:20,21 211:7
230:19 233:20,21
280:12 284:8
293:3 311:2,3
323:2,3,3 327:18
327:20 331:13,15
331:22 340:24
343:5 352:6
354:15,16,16
355:10,13
**differentiate**
169:5
**differently**
84:25 87:1 88:8,10
88:13,18 102:2,3
102:7 143:19,23
147:6 310:20,22
**difficult**
65:24 69:22 95:1,7
147:5 149:12,19
192:13 241:5
243:4 244:6
252:14 269:25
271:22 277:5
304:6,10
**difficulty**
191:25 272:18
274:22
**digest**
121:24 122:1,2
**digested**
309:4
**dinner**
57:9 242:12
**DIRECT**
7:2 15:15
**directly**
16:14,17 24:6 25:1
188:17 207:10
208:1 285:9
**director**
30:13,21 242:22
**disagree**
257:19 296:15

**discipline**
205:8
**disclaimed**
249:9
**disclosed**
196:22 198:14
199:7,25 200:5,7
253:22
**disclosure**
9:4 194:11,17
195:10 197:8
**discount**
264:7
**discovered**
77:23 80:10
**discovers**
17:10
**discovery**
199:1
**discuss**
18:20 89:7 204:5
205:16 208:5
210:11 352:3
**discussed**
47:13 158:6,23
163:12,14 240:6
241:16 282:19
294:8,13 317:17
317:25 329:18
**discusses**
206:17 282:10
**discussing**
73:2 118:23 139:14
139:22 249:4
280:20 300:10
343:7
**discussion**
49:9 94:19 147:20
163:3 212:23
231:15 275:25
276:3 296:7 345:3
347:2,6,7 348:3
356:4
**discussions**
213:16 245:15,17
318:2

**disease**
60:12,13,17 63:17
65:23 104:10
140:1 162:15
192:1,4,14,16
220:7 225:25
257:3 295:25
301:22 312:5,6
313:6 315:12
350:4 351:3
**diseases**
60:15 104:9 106:21
161:22 192:7
250:16
**dispute**
209:23
**disrupt**
152:18 153:6,8
**disrupting**
79:22
**distinct**
84:21
**distinguish**
102:23 298:2
**distinguished**
221:24
**District**
1:1,2 11:10,10
**dive**
216:25 217:6
244:19 317:21
**divisions**
274:19
**DNA**
152:18 153:6,8
337:5
**doctor**
16:18 21:8 25:16
27:18 28:11,19
29:15 30:5 31:22
35:4,5 37:10 38:4
38:19 39:4,16
41:4,10,23 46:5
47:6 48:17 49:11
54:10 56:1 71:21
72:19 75:10,17

95:20 100:13
111:2 117:9 126:2
127:9 129:3 135:3
137:12 150:21
163:7 164:15
178:9 181:6,20
186:12 196:8
198:2 201:19
207:25 208:24
214:7 216:19
217:16 223:18,25
225:23 226:18
229:19 247:7
253:2 267:2 272:9
275:9 277:20
280:14 285:3
287:4 288:20
308:19 356:2
**doctors**
335:5
**document**
1:9 8:19,22,24
12:21,25 28:5
44:12 48:23 49:6
49:8 165:4 181:17
182:20 186:16
194:1,4,8,15
195:22 199:7
200:22 201:2,24
210:23 211:3,5
248:8
**documented**
50:11 63:12
**documenting**
296:22
**documents**
11:25 12:13,13,22
13:5,13 25:1
28:12 29:11 50:22
51:3 53:14 171:7
199:2
**doing**
22:17 23:15,18
26:19 37:24 40:13
40:15,20 149:14
175:4 207:5 216:4

Sarah E. Kane, M.D.

216:22 237:2,8,14
239:19,23 306:11
**domain**
209:11
**dosage**
335:8
**dosages**
335:10
**dose**
145:2 146:3,22,22
147:7,7,12,15
252:15 264:24
269:15,25 272:18
276:25 277:3
301:4 329:23
331:8,25
**doses**
269:19 270:1
327:15 331:2
**dose-response**
139:10,12 145:21
146:9 257:15,18
258:3,5,17,18
259:16 260:18
262:6,12 263:9,19
263:21 264:1,23
264:25 265:8,14
266:10 267:9
268:9,21,22 270:5
271:5,9,16,18
272:3,10,14,15
273:7,24 275:3,22
276:6,9,11,19
280:4 345:15
347:8 348:16
**double-check**
255:19,21 269:11
300:13 332:11
**double-checking**
207:5
**douche**
117:21
**Dr**
8:25 9:18 12:4,16
12:18 13:13,25
15:17,22 16:18

28:3 32:13,14,16
33:2 34:12,19
35:3 39:20 40:6
41:10,12 52:25
53:4 55:9,12 56:2
57:5,7,11,24
61:22 64:20 131:4
134:5,6,13 153:25
154:15 160:21
180:5,7 181:7,7,9
186:17 199:22,23
203:5 229:6
231:23 234:19
238:8,8,9,11,21
238:21 239:3,7,8
239:8,9,12 240:5
242:11 243:10,14
243:25 244:1,7,8
245:23 249:8
253:8 254:2,2,5
254:10,11,13,21
254:24 257:8,19
281:1,18 282:17
283:2,10,17
284:10,18,25
285:10 286:2
289:22 290:6
318:24 319:3
320:9,23 321:6,15
321:16,24 326:13
328:10 341:16
349:14 352:16
**draft**
35:23 36:7 170:17
183:16 207:14
211:23 220:9
235:20 302:23
340:6,7
**drafted**
220:11,13 253:7
**drafting**
35:22 209:12
212:24
**drafts**
169:10 183:20
209:17 236:4

**drawn**
281:17 282:16
**drink**
240:11 242:20
**DRINKER**
4:12
**drinking**
323:15,17 324:11
**drive**
3:4 53:17 242:16
**driver's**
15:13
**drives**
50:8 167:17
**Dropbox**
53:23
**dropped**
33:14 274:20
**drove**
337:15
**drug**
118:13 277:3
**drugs**
154:3 250:17,19
**dry**
309:3
**Duces**
7:12 27:15
**ductal**
78:25 79:2
**due**
59:14,14 60:13
62:7 104:6,7
108:25 281:5
314:6
**DUFFY**
5:8
**duly**
15:12 359:8
**duplicates**
52:15
**duration**
145:14 147:17
257:13,22 267:17
267:22 270:15,18
270:21 271:1

274:17 276:6
278:23 279:1,6,12
294:2 314:13
324:6 344:23
**dust**
132:12
**dusting**
271:24
**dysfunction**
315:17
**D.C**
6:6

---

**E**

**E**
1:15 2:7 7:1,3,8,11
7:13 8:1,17 9:1
10:1 11:1,1 15:11
27:15 29:21
164:20 357:1
358:8 359:1,1,7
**earlier**
12:18 61:22 91:7
137:1,8 138:8
147:21 157:22
164:25 171:19
210:24 232:12
235:15 272:19
279:22 294:6
302:23 304:13
306:17 311:7
312:10 319:14
322:4 325:10
328:12
**earliest**
75:25 76:4,13,13
77:3
**early**
32:7 76:20 81:9
91:9 201:20
337:11 347:19
**easier**
29:8 71:18 96:24
180:16 192:17
**easy**
276:22

**Edit**
206:20
**edited**
55:22,23 57:15
61:22,25
**editing**
211:6 281:13 284:4
290:16,23
**edition**
7:25 8:8,11,16
28:25 54:23 55:23
55:24 61:7,20
95:14,17 96:5,6
96:11 97:19 98:2
98:5 155:10 160:3
160:12,16,25
162:23 163:8,10
163:22
**editions**
14:19,25 29:3
55:20,21
**edits**
292:25
**educating**
317:24
**effect**
146:4 249:5 312:24
314:19 342:22
343:17
**effects**
145:4 312:5
**effort**
151:24 168:6
**EFSA**
188:2,17,19
**egg**
65:17
**eight**
348:18
**either**
14:5 23:19 57:8
196:6 243:8 246:8
312:17 322:15
**electron**
36:16,23,24 37:3,5
37:10 38:5,20,23

39:16 40:18 41:4
108:14 221:17,19
306:1 308:11,17
**electronic**
48:21
**electronically**
206:3
**Electrophoresis**
218:18
**element**
352:1 353:2
**elevated**
326:1 353:11
354:25
**elevation**
299:22 301:24
**elicit**
98:21 102:18
117:19 146:4
**elicited**
58:23
**elicits**
62:13 300:3
**ELLIS**
5:17
**else's**
237:19
**elucidated**
66:22 67:4 298:7
**elusive**
65:22
**employer**
15:23
**encapsulate**
122:5
**encapsulated**
122:13
**encompass**
85:14,16
**encompasses**
234:10
**encompassing**
169:1
**ended**
119:21 169:9,18
290:17,25 291:15

319:25
**endometrial**
58:9 79:10 89:11
98:23 115:18
222:25 223:3
298:3 299:13,17
**endometriod**
86:4 89:13
**endometrioid**
65:7 67:10 84:7,9
85:11,17 88:12,18
90:6 298:3 299:3
299:11 354:14,24
**endometriosis**
65:3,6 66:18 69:17
89:12,14 90:6
252:4,5 296:1
297:22 298:11,12
298:15
**endometriotic**
297:16
**endometritis**
58:6 60:20
**endometrium**
60:22 62:8 98:22
99:18 100:9
109:15 144:16
252:6 297:19
298:10,14
**endothelial**
85:3
**endpoints**
192:6
**ends**
64:13 117:2 160:8
349:2 356:7
**engage**
327:7
**enroll**
192:2
**entered**
352:22
**entire**
24:14 181:11
220:11 280:1
313:17

**entirely**
67:19 89:1 108:22
316:3 317:5
**entities**
157:15
**entitled**
8:3,19,22,24 9:6,10
9:12,14,20,24
10:5 37:7 39:5
91:17 92:2 165:4
165:9 181:17
186:16 194:16
209:17 213:2
252:20 260:21
266:22 272:21
289:17 308:6
328:5
**entries**
48:24
**entry**
34:2
**environment**
308:24 323:11,18
323:22 324:9
**enzyme**
289:1
**enzymes**
153:24 154:15
282:19 326:6
329:22
**eosin**
306:2
**epi**
83:1,3 89:6 126:9
126:11 135:13
138:1,19 139:1
191:1,2,9 193:14
193:15 213:21
214:2 218:20
219:16,17 221:3
224:20 244:17
245:22 334:17
337:14 342:15
343:8 344:25
350:10
**epidemiologic**

90:2 114:2 136:21
136:23 139:25
154:19 163:22
205:13 215:7
221:9 222:2,22
224:7 225:2 255:8
255:15 327:11
**epidemiologically**
216:3
**epidemiologist**
192:23 203:4,5
214:8,11,13,19
215:3
**epidemiologists**
174:20 176:22
202:15 203:12,17
224:1 349:20
350:21,23 351:13
**epidemiology**
81:21 163:24
174:16 190:13,15
191:12 192:22
203:14 205:13
213:19 214:14,15
216:17,21 217:20
217:24 218:5,10
219:13 221:10
223:1,19,21
224:14,23 225:5
337:6,7,8
**epidermal**
59:16 111:7
**epithelial**
9:15,23 66:16 77:1
79:12,20 82:25
83:3 84:3,17 85:1
85:7,9,13,15,18
85:24 86:10 87:3
87:5,19 138:24,25
158:16 272:22
276:12 289:19
290:5 295:3,10,16
298:2 300:2
330:11 352:14
354:19
**epithelium**

79:22,24
**epi-type**
223:17
**equally**
83:23
**equivalent**
22:16
**Errata**
358:6
**error**
291:2
**errors**
169:14
**esophageal**
102:4,6 144:12
**especially**
69:16 106:24 162:1
192:11 257:3
271:20
**ESQ**
3:3,12,20 4:4,13
5:9,18 6:4
**ESQUIRE**
4:22
**essentially**
121:17 158:24
169:16 249:4
**establish**
209:6,22
**established**
251:2
**establishes**
288:24
**Esther**
243:11
**estimate**
109:25 113:1,7,12
113:13,25 269:5
279:4
**estimated**
113:3,6 261:8
264:14
**estimates**
269:20
**et**
92:2

**etiologic**
103:24
**etiology**
66:12,15 67:20
125:22 158:8
233:8 350:6
**evaluate**
225:20,21,24 226:9
270:8,9
**evaluated**
78:3 119:16 151:10
153:25 154:15
258:17 270:15,17
295:8
**evaluating**
119:20 215:7 294:2
**event**
76:1,5,13 80:1
311:19 312:20
**eventually**
107:25
**everyday**
177:8 333:8
**evidence**
62:6 73:12 74:16
77:15 93:22 94:10
99:16 100:1,7,10
101:21 102:1
107:18 108:3,7
125:14 129:23
130:19 131:19
134:4,8 139:9
148:21 149:4
151:25 158:17
162:23 174:18
186:10 188:3,12
188:22,25 190:4
220:16 221:7
229:2 248:12
251:4,5 252:4,7
257:17 258:2
260:8 264:24
265:8 270:5 272:5
296:12,16 299:25
300:3,10 301:8,15
302:16 303:18

304:18 306:3
312:20 313:12
319:23 323:12
324:13,17 325:3
325:17 326:6
327:2,4,12 335:14
335:21 339:12
343:16 354:18
**evidence-based**
188:10 189:1
213:22 215:24
218:1 219:7
223:22
**evident**
139:9
**evolved**
157:20
**evolving**
74:24 75:16 80:25
144:2,25
**exact**
295:18,21 301:17
323:15 324:10
**exactly**
40:11 48:15 68:13
115:1 116:23
171:23 172:23
176:20 185:14
196:4 286:25
292:7 301:18
**examination**
1:14 15:15 58:11
98:25 107:3
117:19 162:13
**examine**
18:10
**examined**
131:6 141:15
271:20 347:4
**example**
24:21,22 51:12,13
59:3 63:6 65:4
76:17 82:1 111:7
112:14 130:3
132:25 133:6
140:13 144:10,17

176:15 179:11,13
191:5,8 241:20
250:19 251:21
297:14 335:2
**examples**
250:16
**Excel**
48:22
**exception**
171:6 231:3 279:18
**Excerpt**
7:25 8:9,14 54:7
98:3 160:14
**excerpts**
314:4
**excess**
155:19
**excited**
160:5
**exclude**
262:22 353:17
**excluded**
260:5 261:14
263:13,16
**excluding**
260:7 261:24
**excuse**
61:11 79:13 80:21
148:7 162:8
184:21 328:15
330:17
**exercise**
326:14,17 327:7,8
327:13
**exhibit**
7:10,13,15,17,19
7:21,23,25 8:3,7,9
8:12,14,17,19,22
8:24 9:3,6,10,12
9:14,18,20,24
10:3,5 27:16,19
28:13 29:20,22
30:5 31:6,10
33:25 36:13 41:21
41:24 42:5,21
43:7,8,11 44:8,11

44:18,21 45:9,12
46:6 54:8,11,21
58:4 60:19,24
61:19 62:2 91:20
91:23 95:14,18
97:9,22,24,25
98:5,8,12,12
106:14 117:10
118:1 155:6
159:24 160:13,16
161:1,8 163:8
164:17,20,21
165:3,6,8,10,13
165:20 166:3
167:4,5 168:9
169:24 170:24
178:10,20 181:18
181:21,22 182:20
182:25 184:3,22
185:4,19 186:17
194:12,14,16
195:17 201:3
217:17 226:24
229:16,19 230:5
236:1 252:23
253:3,7 258:11
260:23,24 261:3
266:24 267:2,10
272:24 273:8
285:1,3,12 286:12
289:20,23 308:9
319:15 320:7
321:16 328:8,10
328:24 329:4
345:10 348:25
**exhibits**
42:25 118:7 174:11
181:12
**existence**
92:24
**exists**
48:5 121:8 150:25
**exited**
198:3
**expect**
114:14,15 304:7

305:20 307:15
312:20
**expected**
301:25 305:2
**experience**
116:6,9
**experiment**
140:11,11 288:23
**experimental**
164:1 300:2
**expert**
8:17 9:5,19 11:22
16:8 25:17,25
26:3 32:4 35:13
35:16,18,20 36:4
36:7,24 38:15
40:16 42:12,16
43:22 44:24 45:23
55:9 56:24 59:5
164:17,19,22
166:14 170:13
171:11,18 173:4
173:12,18,22
175:5 177:4
179:13 182:10
183:6,7 187:22
192:20 193:25
194:5,11,18
195:17 196:22
197:10 198:7,16
199:8,16 200:5,7
201:23 204:22
209:13 214:8
229:15,20 231:10
236:1 240:16
254:25 255:5
285:1 287:12,16
319:21 321:3
322:2 340:22
**expertise**
19:25 172:10 204:7
204:13,21,25
212:5 213:17
214:5 217:20,24
320:22 321:6,22
321:25

Sarah E. Kane, M.D.

experts
36:17 37:5 55:17
141:16 171:12
172:23 173:2,25
174:6,9,16 183:17
183:23 190:1
197:8 202:23,23
211:21 235:16,21
236:9 253:22
320:3 340:23
expires
358:16 359:22
explain
74:5 113:5 166:20
214:20 301:9
explained
276:12 351:16
explaining
342:14
explains
294:25
explanation
306:10 307:16,17
309:22 310:9
311:8 352:4
explicitly
184:21
exploration
294:18
exposed
107:10 310:2
exposure
9:9,10,13,15
123:21 135:5
136:10 145:13,19
146:10,17 147:10
147:22 155:17,19
158:23 205:19
242:5,6 245:13
252:23 253:10
258:23 260:22,25
264:19 265:15
266:23 267:3
269:19 270:14
271:10,19 272:22
274:21 294:4

324:6,7,9 329:16
343:23 344:21,23
350:4,10
exposures
315:13 355:11
exposure-response
260:9 261:16
express
73:14 74:11
expressed
168:18 326:10
expression
73:13 74:11 152:25
154:10,11 325:11
325:15,18,21
326:14 327:10
expressions
73:9 153:13
extensive
53:14 126:8 134:14
204:1 217:8 339:1
extent
12:3 14:8 58:13
99:2 181:3 230:17
299:10
externally
255:10
extra
289:25
extraneous
319:22
extremely
147:4 190:16
191:12 304:10
ex-husband
220:3
eye
117:15
eyes
243:8
e-mail
40:17
e-mailed
40:8

_____
F
_____

F
6:5 359:1
fact
12:16 107:7 123:10
123:13 124:15
186:4 244:16
249:20 252:4
259:18 303:22
310:23 325:14
346:17 352:10
factor
79:3 124:24 145:8
156:19 272:2
factors
19:19 69:19 90:3
145:1 153:11
155:16 156:15
225:25 295:1,23
301:20 351:21,24
facts
209:7
failed
265:13 271:8,17
272:14
fair
27:10 223:18
236:23,25 265:5
fairly
144:7 198:5 313:2
fall
115:19 200:12
fallopian
8:5 76:17,19 77:2
77:24 78:6 79:7
79:10,12 80:10
89:18 91:19 92:3
94:16 106:21
107:9,20 118:19
118:21 161:22
162:25 163:11,15
299:8 307:1
falls
54:17 204:25
familiar
26:16 58:22 59:7
287:17

F
fan-shaped
58:21 99:9
far
53:19 71:8 104:20
105:16 108:17
139:14 270:2
332:2 333:14
335:21 346:15
351:25
fashion
200:23
fast
118:4 160:4
fax
1:22
FDA
184:10 334:14
February
43:18 44:19
Federal
209:12
fee
47:15,17,20 48:8
feedback
153:10
feel
144:7,24 213:11
351:22 352:3
fees
16:13 47:1
fellow
33:21 57:25
fellows
33:3,4
fellowship
16:24 32:24 33:8,8
33:9,16,20,22,24
225:9 238:5
242:22 245:10
246:18
felt
179:24
female
8:7,10,12,15 54:23
95:13,17 96:10
97:6 98:1,4 100:3

100:12 107:19
108:8 110:9
160:12,15,24
272:4,7 336:22
343:18,20
females
310:1
fetal
222:19 309:8 310:1
310:9
fetus
309:14
fetuses
309:11 310:4 311:1
311:4
fibers
140:15,16
fibrosing
117:23 118:10
119:4
fibrosis
120:15 121:5,6,8,9
124:12,16,17,24
125:1,4 306:5
312:8,11,12,14,17
fibrous
131:16 133:19,25
134:19
field
202:21 287:11,12
Fifteen
318:13
fifth
4:5 8:15 14:19 29:3
55:22 61:25 96:6
160:12,16,24
163:8
figure
60:18,21 86:18
103:10 115:24,25
146:21 190:3
215:19 275:6
328:15,15 329:3,8
330:4
figured
34:7

figuring
191:4
files
167:14 243:25
fimbria
78:6 80:11
fimbriae
299:8
final
80:6 131:20,22
183:20 202:19
213:12,13 290:25
292:25 293:5
find
13:1 15:8 47:25
48:4 69:3 71:17
79:16 98:17
103:12,16 112:20
114:12,24 116:2
155:11 191:20,22
192:19 194:21
206:7,21 208:19
213:3 218:2
220:15 252:9
258:5 261:6,7
264:10 266:1,19
267:7,8 268:20
272:9,11 275:24
276:5 285:22
302:7,8 304:6,7,8
304:15 305:1,9
306:12 307:6
309:6,9,25 310:5
310:8 349:4
finding
60:22 84:1 184:19
260:17 304:4
305:15 307:11
346:24
findings
158:7 191:14
241:16 262:22
276:17,19,21
300:20 301:19
306:7 317:25
342:15

finds
48:10
fine
13:21 26:24 72:25
128:3 181:2 196:1
287:2 332:21
340:4
fine-needle
17:9,12,24 18:7,13
19:25 22:6,7,11
23:19,20 24:4,7
finish
26:25 70:21 72:20
110:16 155:5
189:12 193:8
219:12 271:6
330:23
finished
72:1 81:1 159:23
196:16,17 273:13
353:5,6
finishes
256:2
firm
11:21 34:4,17
43:24
firms
45:2 46:1
first
12:12 13:13 14:1
31:20 33:21,24
34:2 35:6,15
42:25 50:3 54:20
70:11 92:19
117:16 127:11
128:11,20 129:3
132:13 150:13
158:19 165:14
166:14 167:1
168:10 172:12
178:1 184:13
186:20 193:17
194:20 208:24
211:19 215:21
218:16 222:15
231:24 238:10,21

240:6 244:9,13,13
246:17 248:2,6
255:14,17 256:21
257:9 258:16
263:2,3,6 269:15
291:17 293:3
295:5,6 316:12
337:8
fit
71:1 91:3 316:20
fits
91:6
five
33:12 35:12 116:22
176:23 247:15
289:8 315:3,6
flashing
150:7
flip
71:19 328:14
floor
18:10
Florida
3:14
fluctuated
327:20
fluid
117:21
FLW
1:7
focus
318:4
focused
318:4
folders
49:11 50:7
follow
52:22 80:4 150:5
300:25 339:25
followed
296:20 313:6 338:7
following
140:21 260:7 313:8
follows
15:14
food

324:11 343:2
foods
323:20,22
foregoing
358:3 359:10
foreign
58:7 59:14 60:2,14
98:21 101:2,6,8
101:23 102:11,13
102:17,18 103:11
103:12 104:8,22
106:22 108:16
110:12 112:1,12
112:17,20 113:5
113:20 115:20
117:18 121:18,25
122:20 123:11
161:21,23,24
162:13 163:18
205:17 207:4
216:12 306:4
foreign-body
58:16 59:13 62:17
62:22 63:4,5
98:21 99:5,17
101:3,7 102:14
103:13,25 104:20
105:6,8,14,25
106:20 107:4,11
109:5,7,19 110:1
110:4 111:4,5,18
111:23 112:2,9,23
114:13 115:21
116:2,13 118:23
120:14 121:16
122:11 123:15
124:2 152:9 164:2
Forest
3:21
forget
95:10
forgot
49:23 50:15
form
15:13 21:2,7 71:6,8
71:10 105:17

107:13 122:3
166:22 185:25
188:6 217:5
344:19 358:5
formally
193:25
formation
104:18
formed
122:14,22 123:1
230:25 231:3
former
127:25
forming
171:9 172:3 235:17
forms
65:8 107:11 354:13
354:22
forth
236:5 359:8
found
28:24 29:1 32:8
55:2,19 61:2 82:2
82:10 83:10 98:9
100:16 101:4
112:23 114:21
124:23 171:2,6
184:8,17 234:6
247:1 251:22,23
255:24 256:3
259:9 260:8
264:19 270:13,19
273:24 283:23
294:3 305:8,11
306:1,9 323:18
330:2 350:15
foundation
208:22
four
33:14,22 52:2,14
52:24 142:14
178:18 231:25
fourth
8:8,11 14:19 29:2
44:15,16 55:22
61:25 95:14,17

Sarah E. Kane, M.D.

96:5,10 97:19
98:2,5 155:10
160:2 163:22
274:20 278:22
**four-and-a-half**
45:25
**four-page**
182:20
**Fox**
173:12
**fragrance**
131:16 133:14,15
133:20 228:4
**fragrances**
130:21,23 131:5
133:24 134:9
181:4
**frank**
77:19
**frequency**
147:17 263:7
267:21,22 268:19
269:20,25 270:3
270:16,18,21
272:18 274:16,17
294:2 326:22
329:24
**frequent**
116:1 147:8 344:24
**frequently**
243:12 282:6
323:13 324:5
**Friday**
23:7
**friends**
242:14
**front**
29:24 137:15 195:7
218:3 226:19
267:7 273:19
277:21 285:21
286:17 342:9
345:9
**frozen**
20:7,18 22:4 23:10
23:15

**frozens**
23:17
**full**
47:4 216:1,9,23
219:17 263:3
291:18 296:9
350:1
**fun**
167:18
**funding**
225:1 288:4,7
**fungal**
59:21 103:7,7,16
103:17
**fungi**
103:16
**funny**
70:12 240:2,3
**further**
108:7 112:10
148:21 345:1
352:10 359:14
**fuse**
122:3

———————— **G** ————————
**G**
11:1
**gargle**
332:14,20
**gastric**
144:11 315:11
**Gates**
84:13 239:22
**gathered**
170:11
**gene**
152:25 311:20
325:11,15,18
326:10,14 327:10
**general**
23:11 26:18 33:5,6
39:21 125:20
130:10 138:11
148:14 152:1
153:21 170:15

171:10 172:13,14
172:25 177:10,12
177:24 191:6
215:22 219:14
227:13,15 238:5
242:22 243:7,10
244:20 247:12
318:9 320:7 352:8
**generally**
24:5,10 85:8 88:10
140:1 176:12
210:21 246:16
288:22 304:2
312:2,14
**General's**
336:25
**generate**
49:2 101:24 102:14
**generated**
329:11 331:18
334:3
**generating**
35:20 36:4 42:12
42:15 44:23 45:22
**generation**
330:9,19,25 331:3
332:1 333:13
**genes**
325:20,24,25 326:1
**genesis**
73:15 74:12
**genetic**
84:18,20,22 86:23
**genetics**
76:9,11 90:15
**genital**
8:8,10,13,15 9:8,12
54:23 95:13,17
96:10 98:1,4
160:12,15,24
248:4 252:22
253:10 255:16
263:6,10,16
264:16 266:22
267:3 325:5
343:18,20 349:5,8

350:2
**genomic**
76:1,5,13
**Gerel**
29:12
**germ**
85:20
**germline**
90:17 91:2
**Gertig**
292:20
**getting**
17:21 114:19,20,23
115:2 147:2 169:9
177:25 192:18
207:17 221:13
265:22 301:5
310:16 315:2,24
324:9
**GI**
313:17
**giant**
58:17 59:13 60:8
99:6,17 101:7
103:13 104:20,21
105:17 111:19
116:2 122:4 306:4
**gist**
233:9
**give**
17:22 38:21 94:1,3
109:13,25 113:12
116:12 155:10
181:25 200:10
202:2 206:9
240:12 254:22,22
283:10
**given**
23:5,23 25:20
171:15 173:13
174:21 175:1
176:22 203:13
225:4 254:6 358:4
**giving**
204:20 254:23
329:23

**glove**
128:22 132:14
147:21,25 148:12
149:7 150:18
151:3
**gloves**
58:10 98:25 117:21
118:11 119:2,21
119:22 120:7,11
120:20 125:7,17
127:14 128:16
132:12 147:24
148:3,9,17,20
149:18,24 151:12
308:25 344:3,4,10
344:16,22
**go**
12:11 16:14,15,17
17:11 18:10,19
20:5 25:5 26:25
28:16 51:7,11
61:14 69:3 84:11
86:8 95:11 96:20
97:3,8 110:20
112:10 116:25
117:9 126:18
127:11 135:20
136:2 137:4,6,18
150:10 153:1
155:5 161:10
166:7 178:23
193:9 196:12
198:1 200:18
201:9 202:17
220:14 237:22
268:2 269:5 274:3
277:13 291:8
295:7 325:19
331:5 340:2 341:4
346:3 352:17
**Godleski**
41:12 173:17
253:18 254:2
**goes**
39:25 94:19 205:5
272:17 308:15

```
      331:6,7,8 346:1          4:21 5:3 187:7              247:2                    102:21 109:2            H
going                        gotten                   granulomatous              113:25 115:19,23    H
  28:18 37:6,8 38:17          279:24                    58:6,13 59:1,5,8,11       116:7,11 141:4      7:8 8:1 9:1 10:1
  41:2 51:7 64:1,7           grab                       59:17,21,22,25            193:12 203:9          144:10
  64:11 70:17 72:12           242:20                    60:6,12,16,20,23         240:17             hahern@shb.com
  77:22 97:16                grade                      62:7 63:13 97:5         guessing              4:8
  104:24 105:5                87:12                     98:19 99:2 100:2          46:21 109:14       half
  111:13 112:1               gradient                   100:11 101:1,20        guidance               53:19 214:21
  116:2 120:18                139:7,8 145:6             102:19,24 103:1          188:2,18,20          239:10 242:16
  121:13,25 123:6            gram                       103:15,19,21           guide                  317:20
  124:10 127:11,22            305:25 307:12             104:6,7 107:2,8          195:11             hallmark
  128:1 130:3 137:7          grant                      107:13,16,18          guided                 60:17
  140:10 143:9                225:1                     108:4 117:17,19         22:8                hand
  144:22 146:8,9,11          granularity                117:22 118:9,23       guidelines             29:9 31:4 146:5
  146:13,21 147:10            270:2                     119:4 120:17            140:22,23 250:13      161:6 164:16
  147:12,14,18,20            granules                   148:8,20 152:12        Gunnlaugur            359:18
  164:16 167:1                118:1,7 119:1,7           162:5 206:17,18         39:20              handed
  173:25 174:3               granuloma                  207:1                  Gunnlaugur's          28:3 31:2,3
  176:17 180:22               60:9 103:11 104:23      granulomous               39:22              handful
  182:2 192:3 195:9           104:25 105:6,8,25        59:1                    guys                   335:19
  198:20 199:2,23             105:25 106:8            graph                      167:1              handing
  200:24 201:9                108:11 109:6,19          331:1                   gyn                    27:18 41:23 44:10
  202:2,12 203:6              109:20 111:4,5,7        greater                    33:16 176:10,12,12   45:8 54:10 91:22
  210:25 212:15               111:23 112:3             147:10 259:1 260:2       176:14,17,18         181:20 253:2
  220:15 230:18               115:7 121:17             267:18 268:13,18         241:21 243:9,13      273:8
  234:15 239:14               122:11,18,24,25          274:12,14 290:19       gynecologic           handle
  246:13 248:21               123:1,16,16             291:22 324:8              16:24 18:14 25:7     121:22 308:17,24
  251:9 267:8 271:4           124:12 207:6             346:2,5,18 347:17        32:21 33:7,18        329:25
  289:25 292:10              granulomas                348:12                   57:12,16,17 93:19  handled
  296:23 298:6                60:11 100:8 103:4       greatest                  93:21 108:11         309:15,16,18
  301:2,4 305:18              103:23,24 104:1,8        264:12 347:11            109:8,9 110:1        310:19
  312:16 318:14               104:12,14,17,18        grossly                    113:19 114:12      hands
  326:21 329:25               105:4,10,11,14,14        21:24                     115:11,14,17        170:14
  341:17 344:22               105:18 107:3,4         group                      116:14 162:1       handwritten
  353:7                       108:24 109:5,7,12        22:12 32:18 241:15       174:25 176:3,11      210:22
Golkow                        109:14,17 110:1,4        243:9,13 269:16          204:9,13,23 205:9  happen
  1:21 11:4                    110:4,8 111:24          310:16 327:22            205:15 212:2,6       293:6,7 312:1
good                          114:13,13,18,25        groups                     213:14,17 214:5,9  happened
  13:20 15:17,18              115:3,21 117:20          33:11 138:25             234:12 240:23        166:13,20 284:4
  26:19 65:25                 121:2 122:13,14        grow                       245:2 246:20,23      286:5 290:15,22
  113:24 159:15               123:14 124:2,15         68:12                     252:3 318:4 336:7  happens
  177:23 233:18               125:6 127:13           Grundy                   gynecological          240:24
  278:5 301:13                128:14 152:9            220:25                     106:24             happy
Google                        162:12,13,24          guess                     G-U-N-N               27:6 180:16
  55:3                        163:18 205:18,22        17:16,21 29:16            39:23              hard
Gordon                        206:5,15 207:4                                                        50:8 65:23 101:16
```

167:17
**harder**
90:12
**HARDY**
4:3
**Harlow**
159:6 238:13 259:6
  259:9 260:18
  261:1 270:6 271:3
  345:7 348:21,24
  349:4,15 350:7,15
  350:20 351:5
**Harlow's**
258:15
**harm**
146:2
**harming**
122:6
**Hartge**
159:8
**Haspel**
223:5
**Hausfeld**
3:2 34:18
**head**
90:19,22 94:12,14
  119:18 120:1
  150:24 151:1,16
  151:21 152:7
  203:4 220:19
  225:10 298:22
  299:6 319:19
**Heading**
247:12
**heals**
79:23
**Health**
12:21 51:14 82:12
  82:19 84:10 127:2
  182:13 183:11
  186:4 192:12
  239:20 240:1,7
  241:3 245:25
  338:9 339:18
  340:6
**Healthcare**

241:16
**hear**
319:1 355:7
**heard**
319:6
**hearing**
323:25
**heavy**
130:20 131:2,4,9
  131:16 133:20
  134:8,13,20,23
  141:14,21 187:10
  322:5,8,11 323:10
  323:15,17 324:8
  324:10,15,18
  325:4,9 327:1
  343:2
**Hecht**
222:25 239:18
  240:5 242:11
**held**
2:8 11:7
**Helicobacter**
315:10
**Heller**
251:21,22 303:19
  304:20,25 305:22
  310:16
**Hello**
160:22
**help**
68:11 178:21
  195:10
**helped**
185:2
**helpful**
152:1 188:12
**helps**
71:19
**hematoxylin**
306:1
**hereinbefore**
359:8
**hereunto**
359:18
**Hi**

160:21
**high**
75:21 80:21 87:12
  91:1 251:17
  262:14 264:9
**higher**
75:5 259:20 262:25
  269:6,19,20
  324:19 325:5
  329:23,24 346:13
  346:13 350:16
**highest**
81:22,24 274:20
  327:21
**Highland**
16:3
**highlighted**
9:18 156:9 284:25
  285:4,9
**highlighting**
53:1
**highlights**
98:16
**highly**
26:13 92:18 297:5
  299:2
**high-grade**
65:13 67:22 68:16
  71:3,5,11,15 73:5
  73:19 74:19,21
  75:4,5,11,19 76:1
  76:6,8,14,20,22
  76:23 77:3,17,22
  79:9,11 80:13,15
  80:18 81:10,22
  82:3,10,16 84:2
  85:1 86:10,11
  87:2,7,10 88:9,13
  88:15,19,22,22
  90:11 94:7,17
  100:5 107:22
  299:4
**hijack**
68:10,14
**Hill**
108:2 126:19

135:20 137:8
  138:20 140:22,23
  186:8 216:10,23
  219:5,6 250:13
  340:16
**histiocytes**
58:16 99:5
**histiocytic**
122:17,21
**histologic**
82:21 83:23 84:17
  86:22 88:7 90:1
  117:19 233:7
  306:12 307:3
  352:14
**histologically**
77:8 78:19 304:8
  305:14 307:4
**history**
17:23 18:23 19:3
  24:24 25:14 26:14
  90:10 155:17
  316:19 353:8
**hit**
150:9
**Hmm**
286:10 311:6
**hold**
97:16 161:23
  189:15 215:15
**honest**
46:21 234:24
  254:20
**honestly**
317:5 339:4
**hoping**
168:25 234:9
**Hopkins**
57:14 134:6 174:10
  180:8 181:9
**hospital**
24:15 30:14,15
  39:21 241:15
  309:1,15 310:11
  310:20
**hospital-based**

337:20
**hot**
102:5
**hotel**
242:15,19
**Houghton**
292:20
**hour**
34:5 47:7 64:11
  110:19 159:16
  242:16 331:8
**hourly**
48:25
**hours**
11:22 35:9,12 36:1
  36:2 42:10 43:19
  43:21,23 44:22
  45:1,21,25 46:18
  48:20 329:12
  331:14,15 341:6
**housekeeping**
11:17 95:9 231:24
**HPG**
162:3
**HPV**
24:25 144:13
  301:22 315:15
**huge**
276:22
**human**
10:7 251:24 328:7
**humans**
153:24 154:14
**Hunter**
4:4 159:15
**hydrogen**
332:3,14 333:2,10
  343:13,17,17,20
**hygiene**
255:16
**hypothesis**
249:9 262:16,19
  263:1 264:4 265:1
  294:18
**hypothesized**
296:10

**hypothetical**
228:24 229:9
**hysterectomy**
260:7 261:15,24
263:14,17 272:8
**hysterosalpingo**
162:3
**hysterosalpingog...**
106:25
**hysteroscopic**
162:2
**H&E**
305:1 306:7
**H&Es**
311:12

**I**

**IARC**
63:8 134:12,24
141:20,24 142:5,7
142:13 187:10
297:1 322:7,11,24
**idea**
46:17 193:2
**ideas**
235:25
**identical**
213:23 217:15
235:11 279:18
**identically**
280:2
**identifiable**
75:25 76:5
**identification**
15:13
**identified**
12:1 51:5 53:16
76:15 93:15 109:6
156:15 165:15,25
182:21 184:4
197:10 199:8
234:6,7 265:20
**identify**
64:25 96:4 103:13
111:4 112:11
115:20 151:24

170:23 173:1
182:24
**identifying**
113:5 195:11
254:19
**illustrates**
269:24
**image**
29:1
**imagine**
40:11
**Imerys**
5:5,14 319:4,7,9,19
319:20
**immune**
68:11 102:13,18
103:23 105:14,25
110:3 123:16
213:25 229:7,7
248:25 249:3
250:11 315:17
**immunology**
205:12
**immunosuppress...**
248:18
**immunosuppress...**
249:5
**Implementation**
223:6
**implicated**
125:12 251:16
**implies**
199:8 325:15
**important**
118:9 131:14
138:10 145:2,8
148:18 192:16
211:12 236:22,24
250:21 251:4
306:21 311:18
351:12
**inability**
276:13
**inactivating**
73:20
**inadvertently**

14:5
**incite**
117:22
**inclination**
172:24
**include**
36:5 70:1 155:17
166:1,17 169:24
178:19 262:13,15
262:25 264:4
268:14 269:10,23
346:12
**included**
14:10 30:17 35:19
126:9 169:7
232:19 258:20
259:12 262:20
270:10 271:8
303:10 347:13
**includes**
30:14 265:1 274:14
346:17
**including**
53:15 265:12
271:17 272:14
295:24 297:8
303:8
**inclusion**
12:6 59:16 79:20
111:8
**inconsistent**
303:18
**incorporate**
212:5
**incorporated**
279:24 283:20
**incorporates**
282:2
**incorrect**
291:13
**increase**
102:6 152:24
248:24 255:8,24
256:5 257:13,21
259:17 270:25
274:18,23 314:14

315:10,12 326:14
326:17 329:21
332:6 333:22
346:8 351:2
354:12
**increased**
63:2 83:10 84:14
90:13 124:24
126:13 144:11
145:13,13 147:17
156:24 191:21,22
248:17 257:24
259:10 270:13,14
270:19 279:2,13
291:23 294:3,4
301:10 313:10
325:21 326:11
327:9,10,17
329:25 334:1
337:22 343:9
346:8,10,11 351:1
**increases**
315:9
**increasing**
327:15 331:2
**independent**
249:22
**independently**
184:16
**indicate**
76:12 217:23
319:24
**indicated**
107:21
**indicates**
90:25
**indicating**
55:19,25 95:24
267:14 291:22
**individual**
17:15 26:1 83:12
216:7 234:20
316:16
**individuals**
253:21
**indolent**

85:4 87:6
**induce**
100:15
**Induced**
218:17
**induces**
73:12,16 306:24
**inducing**
74:10
**inert-type**
104:2
**infection**
60:15 103:3,5,8
104:6,7 144:13
155:18 301:22
315:15
**infections**
59:20,22 102:3
105:3 315:10
**infectious**
60:2 105:10 220:7
**infiltrate**
58:15 99:4
**inflammation**
9:21 59:1,2,3,6,9
59:11,21,23 60:7
60:12 62:7,18
64:6,7,22 65:2,10
65:11,14 66:3,6,7
66:12,19,20 67:1
67:8,12,23 68:1
68:17,18,23 69:11
69:12 71:12,14
73:2,4,8,16 74:7
74:17 80:22 81:9
81:13 92:23 93:15
93:23 94:11,16,20
95:1,3,5 98:20
99:18 100:2,8,11
100:11 101:20
102:20,24,25
103:2,8,16,20,22
104:5,6 108:4,8
108:24 115:8
119:8 120:23
125:2,3,11,15

129:2 140:5,5
149:3 205:12,21
205:23 206:17,18
213:25 229:3,3
233:24 248:16,23
250:10 251:12,15
251:15 280:16,20
281:17,20 282:7,9
282:12,23,25
284:8,14 287:7
288:1,5,12,13,21
288:22 289:3,18
290:4 294:19,24
295:9,24 296:12
297:6,7,11,23
300:6,10,14,20,25
301:3,21 302:6,12
302:20,22 303:7
304:19 305:12,16
306:22,23 307:7
307:18 309:23
311:10,17,19,21
311:25 312:2,17
312:18,21,23
313:13,13,16,20
314:1,6,7,8,9,13
314:15 315:14,23
341:22 342:13,25

**inflammatory**
58:14 60:13 62:13
62:15 63:7,19,23
63:24 64:3 65:4
65:18 67:18 68:7
69:9 79:25 91:8
99:3 104:21 113:6
117:24 119:10
120:8,11 121:10
121:14 124:8,10
125:17 139:20
140:8 152:17
153:13 155:1
282:7 288:25
290:3 294:17
295:25 296:13,16
296:22 300:1,4
301:9,22 302:10

305:18 306:18
312:5,6 313:24
314:3,20,22,25
315:3,6 325:22,22
326:9 342:22
354:7,9 355:5,9
355:24 356:1

**influence**
246:19

**inform**
14:9 60:25 62:3
99:23 107:14
118:16 162:19
178:2 216:21

**information**
39:6 49:7 61:2,9,16
61:18 62:2 69:21
98:8 134:21 135:1
141:18,23 145:5,9
146:7,7 148:11,19
152:1 153:20
154:23 161:19
162:19 163:16
170:10,11 171:14
177:1 179:4,6
185:2,19,24 186:2
189:23 227:10,17
230:10,21 233:9
233:19 266:20
282:9,15,17,21
301:13 320:6,11
321:13,17,20

**informational**
201:7

**informative**
191:13 195:22
199:4 320:12

**informed**
12:3 204:20 205:8

**informs**
17:18 99:14

**infrequent**
162:17 344:22

**ingestion**
335:24

**inhalation**

248:5 304:22

**inhaled**
248:12

**inherited**
243:24 244:2

**initial**
9:4 35:24 49:19
77:7 194:10,17
203:20 232:21
306:22

**initially**
47:10 337:16

**initiation**
66:2

**inject**
252:16

**injecting**
206:25

**injury**
8:5 26:7 80:22
91:19 92:4,23
93:14

**innate**
330:25

**inoculated**
58:15 99:4

**input**
286:6

**inside**
95:25 161:4

**instance**
62:18 100:5 110:11
304:20 312:4

**Institute**
338:17

**instruct**
39:10 41:8 72:10
209:14 212:19

**instructing**
38:3 39:7,12 40:25

**instruments**
58:9 98:24

**insult**
77:7 326:9,9

**intact**
264:16

**Integrated**
223:7

**intend**
229:21 230:2,25
247:19

**intended**
12:7 37:4 86:7
195:8,10,16,21
201:2,5

**intending**
198:6

**intense**
162:6

**intensity**
265:15 271:10,19

**intention**
292:19

**intentional**
281:3 284:3 286:4
286:19,24

**intentionally**
281:12 303:16

**interacted**
239:8

**interacting**
20:10,18,21,24
21:17,20 22:23,24

**Interactions**
221:1

**Interepithelial**
222:25

**interest**
155:21 238:3
244:22 245:10,11
246:5,12

**interested**
40:13,15 128:7
150:22 175:6
176:21 219:2
246:19 359:16

**interesting**
33:10 80:9 186:5
192:19 221:16
227:16 320:11
326:4

**interestingly**

126:25

**interim**
195:8,10

**internal**
270:8

**International**
336:7

**internet**
29:2 184:12,19

**interpret**
275:2

**interpretation**
23:21 226:13,15

**interpreted**
263:23

**interrelated**
250:9

**interrupt**
81:2 141:2 163:2

**interrupted**
137:17 138:6

**Interstrand**
218:17

**interval**
258:24 259:1,2,17
264:18 268:24
273:22 274:11,13
346:14,21

**intervals**
190:25 258:20
259:12,19,21
262:8 264:3
268:12,14 269:2,4
269:23 346:12

**interventional**
22:7 23:22

**interviewed**
353:14

**intestines**
313:21

**intraepithelial**
8:4 76:18 77:13,16
78:12,17 91:18
92:3

**intraoperative**
20:7

**intro**
240:17
**introduce**
162:6
**introduced**
58:8 98:23 106:23
   125:6 127:13
   128:15 161:25
**introducing**
353:25
**invade**
212:22
**invading**
209:11
**invaginated**
79:24
**invasive**
65:13 78:8,23
   81:10,23 83:4
   93:9 191:19 222:6
   352:12 354:13,14
   354:22
**inverse**
302:1
**investigating**
73:23
**investigation**
106:24 162:1
**invoice**
7:15,17,19,21,23
   28:22 31:7,8,16
   31:20,24 34:1,10
   35:6,16 36:13
   37:22 41:19 42:1
   42:3,4,23 43:8,9
   43:13 44:6,15,16
   45:5,10,14 46:6
   46:12,14,18
**invoices**
30:24 42:25 49:2
**invoke**
68:6
**involve**
221:17 303:22
   315:16 355:19,24
**involved**

43:3 45:3 46:1
   47:10 48:1 73:15
   94:5,8 104:18
   105:13,20 195:2
   195:12 203:22
   215:20 217:2,22
   218:5 254:17,19
   325:21 350:5
**involves**
212:23 354:6 355:4
   355:8 356:1
**involving**
343:7
**in-between**
80:8
**in-depth**
126:7 246:15
**irritant**
121:17
**Israel**
239:17
**issue**
40:24 133:15
   161:20 198:12,13
   198:24 216:22
   217:7 295:8
**issued**
191:6 340:6
**issues**
19:24 35:10 171:20
   195:11 202:1
   208:6 224:3
   282:20 338:2
   353:9
**item**
28:17,17
**items**
14:4 15:3 165:15
   166:1 175:13
   182:21,25
**i.e**
256:22 257:10

─────── **J** ───────

**Jack**
203:3

**Jacqueline**
173:12
**Janet**
1:19 2:11 11:14
   359:4,21
**January**
1:16 2:14 11:5 14:2
   14:4 28:10 30:7
   166:17,21 167:11
   169:25 170:1
   180:21 182:23
   185:11 186:15
   187:17 194:23
   232:24 233:5
   339:14 359:19
**jelly**
106:25 162:3
**Jersey**
1:2 5:11 11:11
**job**
26:19
**Jody**
6:11 11:3
**jog**
183:4
**jogging**
203:7
**John**
3:20 41:12 173:17
   174:10 253:18
**Johns**
57:13
**Johnson**
1:4,4 4:9,9,10,10
   4:18,18,19,19
   11:8,8 129:5,5,22
   129:22 319:13,13
   319:25
**Johnson's**
129:9,19 133:12
   319:25
**joint**
226:7
**Jonathan**
222:24 239:18
   240:3 245:24

**JRestaino@Rest...**
3:24
**judge**
195:12 197:6
   198:13,14,19
   321:22
**judgment**
126:22 140:24
**judgments**
177:20
**Julie**
174:10 319:15,16
**July**
34:1,3,9 42:7
   359:23
**June**
31:19 32:1,2 34:11
**jurors**
352:18
**jury**
227:24
**J&J**
189:6,17 319:18

─────── **K** ───────

**K**
4:4
**Kane**
1:15 2:7 7:3,11,14
   7:15,17,19,21,23
   8:18,25 11:12,20
   13:13,25 15:4,11
   15:17,21,22 16:18
   27:15 28:3 29:22
   31:8 41:19 43:9
   44:6 45:10 53:4
   56:2 64:17,20
   117:6 160:18,21
   164:20 186:13,17
   199:23 231:11,20
   231:23 289:15,22
   318:24 319:3
   326:13 328:10
   341:16 349:14
   352:16 358:8
   359:7

**Kane's**
9:18 12:4 52:25
   284:25
**Karen**
92:1
**KATHERINE**
4:13
**katherine.mcbet...**
4:17
**KCS**
117:25
**keep**
40:19 48:18,21
   117:10 135:18
   166:10 234:11
   254:20
**Kemble**
5:10
**kept**
36:2 50:6 167:12
**keratin**
59:18 111:8
**Keskin**
187:3
**kind**
18:18 19:8 20:25
   24:25 25:14 33:9
   51:10 65:17 70:12
   70:17 118:13
   122:20 147:24
   149:25 150:19
   152:10 166:19
   170:13 177:7,25
   188:11 190:2
   196:25 208:14
   219:19 233:9
   237:1 240:3
   244:18 296:4
   313:23 316:20
   335:9
**Klatt**
4:22 7:5 13:17 21:1
   21:4,7 38:9 52:1,4
   52:7,23 53:3,7
   72:6 73:25 109:22
   125:25 127:7

128:6,8 132:8
149:21 155:3
163:2 197:13,17
197:22,25 200:16
201:8 206:23
208:19 209:6,20
214:23 221:20
223:24 266:14
316:7,23 318:19
318:23 319:3
328:1,19,22 329:2
329:7 339:25
340:5 341:3,7
344:19 348:20
349:13 350:12
354:21 355:17
356:2

**knew**
193:15,18 244:18
245:21,24 253:25
292:10 352:8

**know**
12:12 13:22 15:7
22:19 26:24 27:4
27:20 28:11,19
30:2 32:8,17 33:2
34:12,18,19 37:4
39:16,20 41:10,12
41:13,13,15,16,16
46:11,22 47:23
49:20 51:15,20,23
51:25 52:14 53:17
54:1,18,25 57:7
57:10,11,17,22
58:25 61:5,10,17
61:24 62:19 63:3
65:3 66:1,3,4,5,7
66:14,17,23 67:6
67:15,16 68:22,24
68:24,25 69:14,16
71:13 73:21 74:19
74:25 75:1,3,6,7
75:10,13,20,24
76:3,4,4 77:21
78:3 80:19,20
83:9 84:19 85:22

89:12,15,22,25
90:12,15 91:24
94:22,23 95:6
101:16,18,23
102:11 103:19
104:23 107:20,24
108:22 109:18
114:1,15,19,20,21
114:22 115:1,2,7
115:23 116:6
119:19,19,25
120:6,19,21
121:11 123:13
124:3,5,6,8,9,22
125:5,9,11,20,21
126:11,21,25
127:9,12 128:13
128:18,18,25
129:1 131:18
132:11,21 134:10
134:22 136:9,14
138:14,20 139:5
140:3,4,5,7,14,17
141:10,14 142:1
143:10 144:8,10
144:10,13,16,18
145:14 146:25
147:1,2,6,12,18
147:21 148:4,5,14
148:15,19 150:22
151:2,7 152:7,8
152:11 153:17
158:10 170:8
171:13 172:4,5
174:15,22 175:2,6
175:17 176:20
177:2,16 178:4,6
178:17 179:11,13
181:11 186:4
190:1,2 191:5
192:2,24,25 193:1
193:4,12,20,22
194:7 195:5,8,14
195:18 196:16,25
197:12 198:15,19
199:6,8,9 200:20

200:23 203:3
204:9 206:4,5,16
206:20 209:7
214:4 217:4,9
219:20 220:19,24
224:4 228:25
229:2,3,5,17
230:19 233:14
234:12,14 235:5
236:16 237:1
240:1 243:19,21
246:2,13 247:1,24
249:12,18 250:18
251:13,14,15,19
252:10,13,14
254:16,25 268:15
270:1 274:22
276:24 277:2,3,4
278:10 281:4
282:6 290:19,22
291:7,11 293:2,6
293:7,14 296:19
297:6,9,21,21,24
298:6,15 301:3,4
301:16 304:12
305:13,17 306:17
306:17 307:5,9
308:15,19 311:15
311:16,17 312:22
313:8,8,9 314:6,7
314:8,24 315:21
315:24 316:25
319:9,16,17,18
321:14 322:14
323:16,18 326:25
332:17,19 334:1,2
336:14 338:4,21
339:1,4,8,16,19
340:22 341:16
350:25 352:18,20
353:13,15 355:23

**knowing**
195:15 197:11
298:23

**knowledge**
50:22 140:1 141:19

177:21 217:19
234:14 246:8,9
282:11,18,21,22
283:1 284:7 287:5
321:2 359:11

**knowledgeable**
176:12 352:13

**known**
57:18 63:6,7 77:2
141:17 142:17
143:2,3 156:18
233:8 284:14
323:7

**knows**
101:1 206:6

**Kurman**
29:3 55:9,12,19,22
56:3,13,17 57:5,8
57:11,24 61:22
187:20,21 234:19

**Kurman's**
61:3 190:8

---

## L

**label**
334:8

**laboratories**
307:22

**laboratory**
310:14

**lack**
276:11

**lacking**
296:14,18 300:4

**laid**
126:20

**lands**
306:19

**language**
236:6,8 279:23
281:2,7 283:11,13
283:22

**large**
65:24 121:21
190:10,11 234:22

**larger**

70:24

**last-minute**
187:12

**late**
36:9 173:16 187:9
221:13 320:9
335:9

**law**
3:19 11:21 45:2
46:1

**lawsuit**
319:6

**lawyers**
352:17

**lay**
74:4 126:6 352:13

**layer**
157:25 158:1

**lead**
64:7 119:9 125:4
125:18 220:11
294:19 312:19

**leading**
139:21 191:9

**leads**
191:3

**learn**
282:5

**learned**
246:18

**learning**
144:25

**leave**
197:20,23 273:9
301:14 303:3,3,16

**lectures**
225:4

**LEEP**
18:16

**LEEPs**
22:19

**left**
14:6 64:21 228:5
232:10 278:19

**left-hand**
263:3 347:2

Sarah E. Kane, M.D.

legal
195:11 215:20
216:12
lends
320:13
leprosy
162:16
lesion
77:19 80:17 94:11
lesions
76:25 78:4,10 79:6
79:16 80:10,13,16
80:23,25 81:5,9
89:18 91:10 92:24
92:25 93:23,25
94:6 103:17 223:3
297:16
lesser
299:10
less-than-daily
348:10
letter
184:10
let's
29:15,16 31:12
54:3 71:3,11 86:8
95:12 99:11
113:11 135:18
137:18 155:5
157:15 166:15
173:10 181:15,16
194:21 197:25
201:9 208:21
218:12 226:21
229:15 234:11
242:20 255:19
258:15,19 277:13
278:2 293:22
299:19 304:18
326:4 327:25
330:2 341:8
level
327:21 330:14
331:2,9 349:21
levels
145:11,11,19

146:17 323:16
324:18,23,24,25
325:1,4,8,9
LEVIN
3:11
Lewis
175:23
LHG
1:7
Liability
1:7 11:9
license
15:13
life
123:18 180:16
258:20 329:15
347:19
lifespan
123:6 124:7
lifestyle
353:9
lifetime
258:21 259:23
260:5 261:9 262:6
lift
283:21
ligation
260:8 261:15,25
263:14,17 272:8
299:1,5
light
58:21 99:9 103:12
107:5 108:13,15
108:21 109:21
110:11 111:3,9,14
111:21,24 112:4,6
112:18,19 113:4
118:8 162:14
246:23 316:4
342:15
Likewise
347:18
limit
21:1 197:13 230:7
limitations
237:13

limited
198:5
Limiting
276:8
limits
40:25
line
34:7 110:16 210:16
278:22 357:3
linear
347:14
lines
155:23
lining
99:21
link
119:14 149:7,23
150:18 152:9
300:11 324:15
339:13
linked
63:4 64:4 91:2
125:6 127:10,13
128:14 153:24
154:14 296:11
linking
81:8 151:2 164:2
296:12,16 344:9
links
147:22
lipid
162:6
lipoid
107:1 162:5
liquids
102:5
list
12:1 13:15,25
14:11,18 48:21,21
48:22 49:23 50:3
50:3,14 51:5
53:10 56:3 60:5
143:8 152:6 159:2
165:22 166:10,17
166:21 167:2,9,9
167:11,22,23

168:1,4 169:25
172:12 174:1,2,3
174:13 175:25
176:2 179:22,24
179:25 180:11,20
182:1,1,2,3,18
185:17 187:5,11
200:13 202:17,25
203:2,6 204:15
211:20 218:22
224:5 226:17
232:8,18,19 233:5
247:15 265:11
270:17 291:14
315:3,6
listed
15:3 165:24 181:13
186:25 187:22
193:25 194:4
201:22 202:16
258:16 265:10
290:19 292:14
308:21 322:15
listing
49:20 166:23
lists
51:8 152:4 168:23
168:25 234:8,8,10
234:15 331:13
literature
35:13,18,25 36:5
36:11 42:11,17
43:22 44:23 49:19
49:25 65:9 66:11
66:25 67:7,16
68:15 71:13 73:6
73:23 74:23 75:15
76:7 79:2 80:24
81:6,12,21 84:23
85:8 86:24 89:5
90:2 91:8,14,15
94:22 100:14
102:5 104:15
106:5 114:2,5
119:13,24 123:14
124:21,23 125:5

126:8 127:3,10,12
128:14,18 132:11
133:8 134:11
136:21,23 147:22
149:23 151:25
157:3 165:16,22
166:23,23 167:6
167:13,25 168:22
169:18,20,23
170:12,19 171:3
171:21 172:1
177:21 182:5
183:14 185:17
186:9 190:16
193:17 202:9
204:2 206:16
211:1 215:8,11,13
215:17 216:2,6,9
216:18,23 217:1,6
217:9 218:9 219:1
220:22,23 222:2,3
222:7 224:14
237:2,5,8 238:14
239:13 244:14,20
245:21 246:3,7,14
282:7 287:14,18
288:11,16 313:22
317:21 334:15,16
337:3 338:24
339:20,22 340:15
352:11
lithium
250:19
litigation
1:7 11:4,9 32:5
34:5 40:7 41:6
43:4 61:4 141:16
171:20 174:20
175:5 176:23
177:4 178:2
183:18 184:5
190:8 194:5
203:12,22 217:3
235:17,21 245:16
249:13,15 253:23
255:3

Sarah E. Kane, M.D.

**little**
36:1 50:21 64:11
69:2 88:4 90:11
102:10 110:20
144:1 157:22
158:3,17 162:18
167:15 169:12
183:4,5 186:5
233:24 273:20
275:7 276:1
279:11 294:8
306:16 350:16
**LiveNote**
2:12
**living**
210:23 214:18
**LLC**
3:19
**LLP**
3:2 4:12,21 5:3,8
5:17 6:3
**local**
295:9
**LOCKE**
6:4 163:4
**lodge**
11:18
**log**
48:20
**Logan**
4:14
**long**
26:13 31:23 101:11
101:17 115:2
121:8 124:9 176:5
185:14 193:21
225:8 233:23
291:8 301:3
305:17,19 306:18
306:23 311:15,16
311:17 312:7
324:6 326:22
327:8 338:8
341:16 344:22
**longer**
110:21 120:22

279:6 312:2
**Longitudinal**
223:7
**Longo**
180:2,7 187:16
227:1 321:15
**Longo's**
134:6 181:7 320:9
320:23 321:6,16
321:24
**long-term**
9:8 147:8 252:22
253:10 307:9
**look**
21:23 24:24 25:13
29:9,16 31:13
48:5 71:21 81:15
82:8,13,17 83:8
83:12,20 103:1,2
110:12 113:19
134:14 135:21
139:3 140:20
142:7,25 152:5
164:12 168:3
170:9 180:4,15
181:22 182:24
186:20 200:12
202:13,25 213:21
217:17 218:12
223:15 224:2
229:15 242:25
255:12,14 258:6
259:18 260:19
261:8,17,19 270:3
271:7 273:19
274:2,16 275:14
276:4 277:23
279:9 293:10,13
296:7 299:19
301:19 307:23
309:2 312:25
316:6,6 327:19
330:2 336:1
345:20 347:1
349:1
**looked**

13:14 52:10 55:20
73:7 82:5 119:19
132:24 133:2,4,6
133:8 134:4,5,6
134:11,11,12,13
139:8 141:15,20
143:7 153:16
154:3 159:13
168:5 169:20,23
186:8 190:3 224:7
227:6 246:20
257:16 260:5
267:17 270:20
293:19 294:16
295:22 300:24
302:5,18 305:11
305:14,22 307:3,3
311:12 319:23
325:8 327:1 336:4
**looking**
19:6,12 23:14
24:23 25:11 33:25
36:21 37:2,11
38:5,11,24 68:16
69:4,20,23,24
70:6,9,14,25
72:11,22 74:15
77:24,25 81:12
94:6 101:10,18
106:6,7 111:12,25
112:4,7,16 113:17
114:16 115:5,14
115:17 120:2
126:17,19 131:20
135:13,17,18
138:1,19,21
139:18 140:23
141:19 145:3,6
146:4 149:11,13
149:15 153:11
154:20 156:8
157:4 160:23
168:8,9 172:11
174:13 177:21,23
178:9,15 180:11
180:18 184:9

191:10 192:7
193:17 195:12
196:18 205:13
215:18,18 216:17
216:20 218:9,22
219:21,22 222:12
222:14,17 237:3,9
249:17 251:6
252:13 258:10
259:6,7,22,24,25
260:2,10 261:5
267:20 274:4
275:18 284:6
287:25 292:14
293:16 294:15
295:16 299:18
302:19 307:7
311:13 316:13,15
324:4 331:11,12
334:17,22 342:7
346:6 348:21
350:10
**looks**
14:17 31:12,18
34:2 42:3 44:14
44:19 96:1 131:4
207:1,5 247:15
258:16 262:10
331:22
**loop**
153:10
**loose**
202:7
**lost**
167:16
**lot**
65:21 79:16,18
80:3,7 82:4,5
94:24 114:24
124:20 125:22
153:18 167:19
171:5 186:8
191:10 199:1
203:8 227:9
240:22 241:6
245:1 257:25

324:5 334:21
353:7
**Lou**
259:5
**low**
289:6
**lower**
331:24 346:16,20
351:10
**lowering**
334:21
**lowers**
154:7
**low-grade**
65:13 83:6 85:3
87:5,8,14,15
88:10,17
**lubricant**
106:25 118:11
162:3
**lubricants**
117:22
**Luckily**
50:10
**lugging**
96:25
**lunch**
110:21 159:16
160:5,7,10
**lung**
25:10 26:9,14 63:8
152:13 250:17
337:23
**lymph**
9:7 251:23 252:21
253:9
**lymphatic**
248:4,11 304:22
**lymphocytes**
58:19 59:4 63:17
63:18,22 99:7
108:5 314:11
**lymphocytic**
314:5
**lymphomas**
315:9

Lynn
30:15
L-A-U-G-H-E-R
39:24
L-S-E-N
40:5
L.L.P
4:3

_____

**M**

M
1:19 5:9 359:4,21
MA
3:6
macrophage
73:13 74:10 121:22
macrophages
73:13 74:11 105:13
105:16,20 121:24
122:3,8,15 123:5
123:7,12,18,19
124:1,6
mailings
218:25
main
5:19 26:20 57:15
299:25
maintained
245:9,11
major
141:5 143:9 295:10
300:6
majority
20:17 21:11,16
23:14 171:2
183:13 184:14
202:21 233:4
234:10,11 336:3
making
70:7 176:8
malfunction
50:9
malignancies
93:21 318:5
Malmberg
92:2

Maltese
118:2,7
manifestation
77:3,6
MANSUKHANI
4:21 5:3
March
92:5
Marina
3:4
mark
29:19 31:6 50:16
92:6 95:11,12
96:8 97:9 260:24
266:5,13,16 286:9
286:11 328:1
marked
27:16,19 29:4,22
31:9 41:20,24
43:10 44:7,10
45:9,12 54:8,11
91:20,22 92:8
95:18 97:21 98:5
98:11 160:13,16
161:1,7 164:13,17
164:20 165:3,6,10
181:18,21 186:17
194:12 252:23
253:3 260:23
266:23 272:23
273:8 278:13
285:1,3 289:20
308:9 328:8
markers
298:1
market
108:9
marketed
334:10
MARKETING
1:5
marking
43:6,7 194:14
266:11 289:22,23
marks
281:9 283:24

marriage
359:15
Mass
33:4 238:5 242:21
243:6
Massachusetts
2:10,14 11:8 16:3
30:15 33:6 39:21
359:2,6
massive
313:12,15
material
8:20,23 102:8
106:22 113:5
117:18 121:25
161:24 162:7
165:5,9,19 170:6
181:18
materials
8:24 11:19,22 12:6
13:7 14:5,9 15:1,4
17:1 45:22 50:25
51:14,18 52:20
53:15 56:1 104:3
165:15,24 170:2
170:24 171:19
180:19,19 182:22
184:2,6,20,21,22
184:23 186:13,17
226:20
matter
11:18 21:4 132:2
148:25 198:9
227:19 229:22
307:1 359:11,17
matters
95:9
ma'am
42:24
MCBETH
4:13
MDL
1:6 12:8 13:2 42:22
43:2 56:22 81:7
194:1,5 196:23
201:21 203:12,18

211:11 235:17
MDs
333:1
mean
16:25 17:16 20:5
20:24,25 21:20
22:22 25:10 36:2
48:17 51:12 60:1
60:2 61:13 68:13
75:14 77:5,6,19
77:20 78:18
101:25 102:15
105:4 106:2 108:6
115:5 116:1,3
131:18 138:11
139:4 140:20
153:1 170:7
172:15 175:9
177:16 182:9
188:25 200:2
203:3 204:18,19
216:15 218:4
222:14 223:16
224:10,10 225:21
226:8 238:7
246:11,14 247:3
257:2 269:9 277:6
281:19 287:17
297:22 298:16
301:12 311:13
314:14 315:15
322:20 323:11
326:11 342:11
meaning
79:4 172:16 280:6
316:10
means
139:25 142:5,10
246:13 262:21
meant
291:13
measurements
331:16
measures
265:15 271:10,19
measuring

272:18 274:23
mechan
66:22
mechanism
74:16 123:15
125:16 139:16
152:19 154:24,24
191:7 228:9,16,18
229:7 248:20
249:19 250:14,18
250:20 251:8,12
294:25 297:5
300:1 304:13
342:14
mechanisms
62:12 65:21 66:2
66:20 67:3 68:14
68:21 73:21 74:24
75:7 107:25 154:9
205:6,7 219:16,18
229:1 249:1 250:2
250:12
Media
64:13,16 117:2,5
160:8,17 231:19
289:14
medical
16:8,10,18,21 17:6
17:18 19:7,9,10
24:11,14,19 30:14
35:13,16,17,20,24
36:4,5,11 40:15
42:16 43:22 44:23
55:9,17 79:15
166:14 217:25
223:8 225:8
240:15 255:5
282:4 316:19
325:2 334:6 335:5
335:12
medical-educatio...
223:9
medical-legal
215:21
medications
302:2,10 303:8

medicine
188:10 189:1
213:22 215:24
218:1 219:7
223:22
meeting
43:24 45:2 317:14
meetings
223:12
member
336:6,9,15,20
memory
176:18 183:4,5
190:9 203:7 239:6
258:14 275:13
menorrhagia
58:12 99:1
menstruation
252:6
mention
84:11,13 119:5
157:22 163:21
206:24 251:19
273:6 300:13
303:17 314:5
mentioned
22:17 24:4 67:9,11
67:22 108:5 134:5
167:16 202:8
206:5 232:12
238:2 242:21
264:22 271:4
300:23 302:11,14
303:19,20 305:15
312:10 322:4
325:10 336:25
341:23 354:4
mentioning
328:11
mentions
58:6 62:7 63:16
119:1 157:21
255:15
mere
325:14
Merit

2:11 359:4
Merritt
289:24 291:5 292:9
293:16,17,24
294:1,8,13,15,16
299:19 300:9,16
300:20
Merritt's
290:6
MESEHA
5:9
mesothelial
153:1 312:14
325:12
mesothelioma
63:8 152:13 156:4
242:4
mesothelium
155:23 157:25
158:1
met
34:11 240:14 241:1
metal
322:8
metals
130:20 131:2,4,9
131:10,16,17
133:20,24 134:8
134:13,20,23
141:15,21 187:10
322:6,11 323:10
323:15,17 324:8
324:10,16,18
325:4,9 327:1
343:2
metaplastic
337:13
metastasize
68:12
meta-analyses
156:22 158:13
350:17 351:9
meta-analysis
225:24 226:3,6
metformin
250:19

methodologies
225:6
methodology
126:6,18 127:3,5
138:12,18 140:21
170:9 186:6 188:7
188:9,13,15,22
189:1,4 213:23
215:23 216:13
217:14 309:19
310:23 311:2
338:23 339:20,21
methods
220:15 226:13,14
270:9 308:11
309:18 321:3
Michael
4:22 5:18 173:4,13
175:22
Michaels
32:13,14,16 33:2
michael.anderto...
5:22
microbacteria
103:6
microbacterial
105:3
microbiologist
220:5
microgram
331:9 332:1
micrograms
331:7,12,23 332:3
microscope
21:24
Microscopically
58:13 99:2
microscopist
319:21
microscopists
36:24 37:11 38:5
38:20,23 39:17
40:18 41:5 306:11
microscopy
36:16,23 37:3,5
108:13,15,16,21

109:21 110:11
111:3,9,14,21,25
112:4,6,18,20
113:4 221:17,19
246:23 306:1
308:11,18 316:4
mid
12:22
middle
61:12 71:25 137:7
215:1 345:20
midway
273:20 279:10
mid-January
194:24
migrate
248:3
migrated
252:14
migration
148:2,3 240:23,24
241:1 252:3,8,10
252:19 298:13
299:13,16 304:21
Mike
163:5 180:17 319:3
339:24 341:1
355:14,20
milliliter
331:7,13
million
305:25 307:11
Mills
273:7 277:20 278:3
278:6,17 279:19
280:3
mind
135:18 195:2
218:22 246:12
352:19
mine
95:24 186:7 319:11
mineral
106:25 140:16
162:4
minute

56:19 341:8 354:5
minutes
35:10,12 42:11
43:20,21 44:22
45:1,22 110:23
253:12 289:8
318:13 348:18
misclassifications
338:11
misdiagnosed
222:5
misimpression
51:22
misleading
199:13
missed
237:15 296:8
missing
69:3
misspoke
83:16 320:16
misstate
91:12
mistaken
194:24
mistakenly
290:20
misunderstanding
166:25
mitigating
329:19
mitochondrial
221:7,18
mixed
33:18 228:15
mmeseha@coug...
5:13
Mm-hmm
69:7 76:23 93:8,12
98:13 121:4
142:18 168:11
183:9 185:12
256:13 262:2
272:20 304:24
330:16
model

80:3 189:1 263:8
**moderate**
257:1 349:11,20
  350:24
**modified**
150:14 272:7
**Mohrman**
12:16
**molecular**
76:8,10 84:22
  86:23
**moment**
101:22 239:16
**Monday**
23:7
**money**
46:22,25,25
**monitor**
245:12
**Mono**
222:20
**monograph**
322:11
**month**
113:7,15,18,22,24
  269:13 339:14,17
**months**
347:20
**morning**
15:17,18 242:17
**Morristown**
5:11
**Mostafa**
207:3
**Mount**
5:10
**move**
181:16 212:18
  284:24 287:2
  296:5 350:12
**moving**
117:10 273:4
  288:20
**mucinous**
67:14,17 84:8,12
  84:14 85:12,16

89:3,3,8 90:8
  354:17
**mucosal**
107:3 162:12,24
**MUC-1**
249:6 304:12
**multiconferences**
176:15
**multidisciplinary**
176:15 241:19
**multinucleated**
58:17 60:8 99:5
  104:21 105:17
  111:19 122:4
**multiple**
31:4 192:6,6,11
  292:1 302:5,6
  351:24 352:5
**multiply**
48:24
**multivariate**
263:8
**multivitamins**
323:23 324:12
**mumps**
155:18 301:23
**muscle**
221:6,18
**mutagenesis**
330:1
**mutagenic**
314:19
**mutation**
75:21 78:19
**mutations**
73:16,17,20 74:14
  74:20,22,22 75:1
  75:4,11,15,18,18
  76:15,16 80:11
  84:20 90:18 91:2
**myeloperoxidase**
153:18 284:12
**M.D**
1:15 2:7 7:3,14,15
  7:17,19,21,23
  8:18 15:11 29:22

31:8 41:19 43:9
  44:6 45:10 64:17
  117:6 160:18
  164:20 222:16
  231:20 289:15
  358:8 359:7
**M.D.s**
223:23

_____

## N

**N**
7:1 11:1
**name**
11:3 15:19 32:9,17
  34:13 39:22 41:13
  41:16 56:4,14
  57:18 66:9 78:12
  173:18,19 196:10
  196:13 201:21,24
  254:14 314:20
  315:16 319:3
**named**
173:24 187:22
  211:21 315:18
**names**
38:22 86:3 172:18
  291:9
**Narasimhan**
218:16
**narrative**
220:22,24
**National**
338:16
**nature**
18:13
**NCI**
338:19 339:4,16
**near**
305:16
**necessarily**
54:1 103:19 105:2
  105:5 106:5,8
  111:10 112:1
  114:14,24 146:14
  169:2,8 170:5
  172:22 179:19

229:25 246:14
  247:3 257:23
  305:20 307:5
  316:16,21
**necessary**
304:15 312:23
**necrosis**
105:3,5,7 117:25
**necrotic**
105:10
**necrotizing**
105:10
**need**
26:23 27:21 29:24
  47:3 108:14,18
  136:14 146:2
  196:25 200:16,24
  202:25 221:14
  230:19 243:7
  250:20 260:11
  261:7 317:3
**needed**
167:8 181:25 199:1
**needle-like**
58:20 99:8
**needs**
30:3 249:16
**negative**
103:10 252:11
  303:4,5,6,15,17
  309:11 310:1
  311:1 341:22
  342:6
**neither**
238:16
**Neoplasia**
222:25
**Neoplastic**
10:6 328:6
**net**
143:24 144:1,21,24
  170:10 237:11
**never**
69:23 70:5,13
  101:21 146:20
  195:14 210:13

224:6 244:21
  245:5,5 273:23
  274:8 310:2 311:4
  324:19 325:6
  338:12
**new**
1:2 5:11 11:11 14:9
  16:11 123:12,19
  145:1 157:11
  198:20 216:13,13
  223:2 265:21
  284:9,10
**newer**
245:22
**Ni**
303:5 341:23
**nice**
23:13 146:12 172:4
  227:11
**Nielsen**
39:20,24 40:2,6
**night**
186:14 240:3,10
  242:12,15,19
**nitrogen**
153:5,7
**nodded**
97:23
**nodes**
9:7 251:24 252:21
  253:9
**nodule**
17:11
**nonasbestos**
242:5
**Noninfectious**
117:17
**nonresponsive**
73:25 75:9 109:22
  125:25 126:1
  127:8 132:8,9
  144:4 149:21
  155:3 214:23
  221:20 223:24
  257:6 316:7,23,24
  349:13 354:21

Sarah E. Kane, M.D.

**nonstatistically**
259:10
**nontumor**
70:3
**nonusers**
347:11,16
**Non-case**
9:5 194:11,18
**normal**
70:3 207:4
**North**
30:13
**notable**
344:14
**Notary**
2:13 358:18 359:5
359:22
**notations**
52:25
**note**
73:19 202:14
296:10
**noted**
11:13 195:25 358:6
**notes**
35:23 53:12 170:18
172:2 202:9
210:19,22,22,25
211:2 236:16
279:23 281:13
359:10
**note-taking**
281:6 286:5,21
**notice**
7:10 27:14 28:4,14
50:3 54:14 166:15
**noticed**
291:3 337:9,12
**notification**
241:14
**notion**
352:23 353:16,25
**November**
14:1 30:11 45:19
46:7,8 164:18,23
182:16 193:24

194:3 196:3,21
229:20
**Ns**
39:24
**NSAID**
154:20,22 302:19
302:22 303:2,18
334:19 335:20
**NSAIDs**
9:22 154:4,5
289:19 290:4
302:15,17 334:18
**null**
258:20 259:13
262:13,15,16,19
262:25 264:4,8
265:1 268:14
269:10,24 274:9
274:15 346:3,13
346:15
**number**
7:9 8:2 9:2 10:2
11:25 12:23,24
28:15 57:20 63:19
90:25 94:2,3
109:13 116:12
155:20 156:14
157:6 174:25
192:20 202:14
203:11 291:25
295:18,21,22
307:25 308:1
346:1
**numbered**
42:2
**numbers**
82:13 158:22 159:3
259:15 261:19
264:9 267:16
269:9 276:23
338:14
**numerous**
211:6,6 291:19
337:2 352:6
**Nurses**
82:12,18 84:10

192:12 239:19
240:1,7 241:3
245:25 338:9
**N-I-E**
40:2
**N.W**
6:5

---

## O

**O**
11:1
**Ober**
173:4
**obesity**
90:7
**object**
12:5 13:5,8 21:7
28:18 41:3 63:25
63:25 71:24 72:2
72:4 73:25 109:22
208:18 209:14
212:15 213:4
349:13 350:12
354:21
**objected**
28:15 250:5
**objecting**
38:7 72:17
**objection**
11:19 13:19 20:14
20:14 21:2 37:6
37:13 41:7 46:24
49:15,17 62:5
74:8 75:9 86:13
101:15 104:4
105:1 110:2,6
116:16 123:4
125:25 126:5
127:7,8,16,17
130:17 132:8,9
135:6 143:12
144:4 146:19
149:9,21 150:1
151:5 153:15
154:18,21 155:3
175:15 176:25

189:9 194:6 195:3
195:24 197:14
207:12 209:5,8
211:15 212:18
214:23 217:13
221:20 223:24
228:8,12 244:24
247:21 249:24
250:3 251:3 257:5
262:18 265:3
283:25 284:20
306:14 310:21
316:7,23,24 320:4
334:12,13 344:19
351:17
**objections**
12:10
**objective**
236:23,25
**observation**
69:8
**observational**
190:13 225:2
**observe**
345:24
**observed**
101:13 263:9,18
264:13 294:25
299:24 302:3,3
303:23
**obtained**
310:10,22
**obviously**
22:10 173:14 182:9
185:23 187:17
292:21
**occasional**
117:23
**occasionally**
17:7 243:7
**occur**
73:17 74:12,14
75:2 107:16
**occurred**
40:9 101:13,17,21
272:4 310:15

**occurrence**
344:10
**occurs**
241:2 252:3,8,19
**odd**
192:19
**odds**
273:21 290:19
291:21 292:17
345:21,25 346:7
346:10 349:11,24
350:14,17 351:5
351:10,14
**offer**
202:2 229:21 230:3
230:3,18 231:1
247:20
**offered**
37:1 47:12
**office**
22:14 23:6 52:11
243:25
**offices**
2:8
**oh**
18:3 28:23 43:7
53:2 92:10 93:4
97:7 106:11 150:5
156:2 161:9
166:16 188:4
256:12 261:17
266:20 268:3,16
273:9 274:10
277:8 278:10
285:13 289:2,6
290:12 328:22
354:1
**Ohio**
5:20
**oil**
107:1 162:4
**okay**
14:8 15:7,10 16:5,9
16:13 18:6 19:18
21:25 22:12 23:3
24:3,10 25:16

26:3,19 27:8,9
29:19 30:1,23
31:22 32:8,21
33:25 34:17 36:6
39:14 41:18 42:21
43:5,6 44:3,21
45:5,8 46:17
50:15 51:9 54:5
55:7 56:19 57:1
58:4 61:17 64:12
64:25 70:5 79:8
86:5 87:13 88:2,2
88:3,12 89:25
91:16 92:11 95:9
95:25 96:7,16
97:7,8,24 98:7,10
98:14,15,18
100:25 105:24
106:15,18 107:14
109:11 110:13
112:8,21 116:24
117:12,14,16
118:15 127:23
128:3 129:14
130:5 141:1,4
150:11 155:9,12
159:14 160:21
161:3,9,11,24
164:7 165:12,13
166:3,7,19 168:8
169:4 177:7 179:8
181:15,20 182:19
183:16,22 184:20
185:23 193:23
194:14,19 195:24
196:6,8,12,20,24
198:19 199:17
201:19,25 202:4
202:12 203:9,19
206:11 207:9,25
208:7 210:12,12
213:6 214:7 220:8
220:14 223:11,18
224:21 225:11
226:18 229:15,19
230:2,11,17

231:23 232:12
233:6 235:2,6,12
235:24 236:8,14
237:25 238:2
239:2 244:9 245:8
247:7,14 248:2
249:3,14 253:4
254:5 255:2,6
256:4,15 258:7,13
261:4,8,11,18
263:5 264:21
265:2 266:2,4
267:2,5,23 268:6
270:22 271:6,14
273:2,11 275:12
275:14 277:20,23
278:1,14,16,25
280:10,14,21,22
284:24 286:8,15
287:2,9,20 288:20
291:16 292:8,11
293:1,6,7,12,25
295:6,7,14,20,22
296:6 303:19
305:22 317:3
318:11 319:1
320:17 336:14,19
341:19 345:8,11
345:13 347:5
348:17
**old**
187:23,24 266:17
**older**
93:10
**Oliva**
243:11
**omentum**
115:19
**onc**
176:10,17 241:21
**once**
94:24,24 113:22,24
115:3 118:9,20
123:1 181:25
248:22 261:14
338:10 347:12

**oncogenic**
306:25 311:20
**oncologist**
175:23
**oncologists**
317:18,18,23,23
318:3,10
**oncs**
176:12 241:21
**ones**
88:9,11 97:5 159:1
169:8,11 170:1
174:5 176:1 182:7
183:2 187:6 203:1
218:11 222:17
261:20 291:15
305:14 336:3
**one-page**
226:20
**ongoing**
17:15,23 18:12
22:13 94:23
311:24
**oops**
266:16
**open**
51:20 52:12 179:12
263:16 272:5
333:3
**opened**
53:20
**operative**
20:5 21:22
**opine**
129:20 147:25
211:12 212:3
216:10,24
**opining**
83:25 128:24
132:16,21 134:18
215:12 229:11,12
320:20 326:20
**opinion**
26:12 61:3 125:21
130:11 138:12
148:14 152:2

153:22 171:10,10
172:4 177:9,10,14
177:25 178:8
186:3,11 204:3,11
217:5 219:14
227:13,15,22
240:19 243:4
244:15,20 248:2,7
248:14 249:22,23
250:1 254:23
301:15 326:25
327:3
**opinions**
12:4 14:10 38:2
39:3 40:21 49:13
60:25 83:22 98:9
99:14,23 106:17
107:15 118:16
131:25 162:20
168:18 171:12
177:10,18,20,24
178:3 184:24
185:25 188:7,16
188:23 190:12
198:16 199:10,15
204:19 212:4
213:12,16 227:18
227:19 229:21
230:2,4,13,18,19
230:25 231:3
235:17 236:21
240:12 244:11
247:10,13,16,19
248:7,15 254:24
303:22 304:3
**opportunity**
183:22 230:12
239:2 318:15
**opposed**
123:16
**optimal**
331:25
**oral**
1:14 7:10 27:14
144:12
**order**

29:16 99:12 209:10
250:14,21 258:8
**ordered**
195:6 197:7 201:6
**organ**
143:17,21 144:6,9
322:23,25 336:22
**organic**
42:17
**organization**
334:6 335:13
336:21
**organizations**
335:5
**origin**
88:25 157:19
**original**
28:9 51:16
**originally**
77:23 132:10
290:17
**originating**
297:18
**oropharyngeal**
144:15
**ORs**
258:22 346:3
347:22
**OSE2a**
330:9
**outcome**
359:16
**outer**
158:1
**outlined**
230:4
**outside**
16:7 17:24 18:7,12
24:3 118:19,20
207:16 214:4,5
**ovarian**
9:8,11,13,15,23
10:4,7 19:19 62:4
62:10,12 63:9
65:1,5,8,12,20,22
65:25 66:2,4,10

66:24 67:8,14
69:1,5,14 71:6,8
73:3,14 74:6,12
75:22 78:2 80:4
81:13,16,19 82:21
83:23 84:17 85:18
88:8 90:17 91:1
99:15,24 107:25
108:13,24 114:16
114:25 115:11,13
115:19 119:14,17
124:18,20,25
125:22 126:3,16
126:24 130:13
131:21 133:7,17
134:15,23 138:16
138:23,24,25
139:2,6,21 140:7
140:25 141:21
148:1 149:16
151:10,13 153:18
154:1,7,16 155:13
155:16,20,22
156:3,19,24 157:4
157:10,12,20,24
158:5,16 163:20
190:14 191:11,25
203:14 204:4,24
205:2,3 207:10
208:2,25 210:2,20
211:13 212:3
217:2 228:11,19
229:14 232:13
233:7,20 234:3,23
237:4,10 238:4,15
239:3 240:8,13,20
241:9,11,24
243:15 244:11,25
245:13,18 249:1
250:12 251:1
252:22 253:9
255:9,17,25 256:6
257:4,16 260:6,22
261:1 263:10
264:12,20 266:23
267:4 270:14

271:15 272:22
276:12 288:21
289:20 290:5
291:20,23 293:21
294:4,19 295:3,9
295:11,16 296:11
297:8,12,23 298:2
298:25 299:22
300:2,7,11 301:10
301:21,24 302:8
303:9 305:8,23
306:25 308:8
309:2 311:3 316:2
316:5,9 317:2,7
317:15 322:8
324:13,16 325:9
327:17 328:7
330:3,11 331:4,17
331:18 333:20
334:6,9 335:1,14
335:16,25 336:5
338:1 339:13
342:14 343:10
344:11 347:18
348:13 349:5,9,16
350:3,5,10 351:3
351:9 352:9,14,21
352:24 353:14,17
354:13,19,23

**ovaries**
125:10,13 146:17
207:4 248:3,10,13
248:16,17,22
251:13,20,23
252:1 296:14,17
296:21 300:4
303:23 304:4,6
305:9,11,23 307:4
309:6,7,10,14,24
310:9,25

**ovary**
79:22,23,24 85:21
88:23 100:6
114:19,20 115:4,6
118:22 125:15
129:1 140:4

141:17 147:2,3,4
147:15,19 157:25
221:23 297:22
301:1,5 304:8,14
304:16,19 306:20
307:7 311:14
312:13

**overall**
135:22 145:9 300:5
349:8,21,24 350:2
350:15

**overhaul**
157:13

**overlap**
36:1

**overlapped**
171:5 184:8

**overloaded**
329:23

**overview**
240:17

**ovulating**
264:16

**ovulation**
79:21 80:1

**oxalate**
113:9

**oxidative**
248:17,24 280:20
280:24 281:16,19
281:23,24 282:10
282:12,24 284:13
287:6,10,21,22,25
288:3,5,11,13,16
306:24

**oxygen**
152:16,24 153:5,7
153:9 155:1
327:16,21 329:9
329:19 330:8,18
331:3,18 332:6
333:20 343:13

———— P ————

**P**
11:1

**page**
7:9 8:2 9:2 10:2
54:22,25 55:24
63:16 73:11 74:2
92:19 96:11,12,12
98:10,18 99:10
106:13,15,19
117:11,12,13
155:7,8,9,12,14
155:15 160:1
161:5,6,12,18
162:11 163:13
165:16,24 180:4,4
196:9,9 238:2
245:8 247:8,12
258:9,11,21 263:2
265:8 271:7,13
272:12 274:5
275:14 276:2
277:24 278:3,4,4
278:14,18 279:10
280:15 285:8,15
290:10 291:1,17
293:18,19 294:1
294:10,11 296:8
299:19,20 304:23
309:2 328:14
329:3 347:2,24
349:1,2 357:3

**pages**
28:24 29:4 71:19
96:11 97:4,25
106:12 159:20,24
165:14,14 168:10
227:4 282:16
358:3

**paginated**
165:13 182:21

**paid**
37:20

**palpable**
17:11

**Pap**
18:14,21 22:18
24:24

**PAPANTONIO**

3:11

**paper**
53:21,21 153:19
207:3 217:21
220:25 221:5
226:11,13,14
237:21 238:10,12
239:23 241:3
249:7 253:11,16
255:22 260:10
265:17,18,22
277:20 283:18,20
283:22 284:18
290:6 302:18
310:8 345:7 348:3
351:7

**papers**
50:4,5 57:21 76:10
76:12 81:8 82:8
106:3 114:7
123:24 173:20
187:1 216:5 237:3
254:14 258:4
270:6

**paraffin-embedd...**
309:1

**parafinized**
309:16

**paragraph**
74:4 98:19 117:16
155:15 255:14
259:7 263:4 276:4
278:18,22 279:10
280:19 291:18
292:24 293:3,19
294:5 296:9
299:21 301:20
347:3,6 348:5,9

**paragraphs**
293:4

**Park**
3:4

**parsing**
335:9

**part**
17:5,17,22 24:18

25:4 42:17 60:9
81:6 140:18
145:16 149:3
153:10 181:13
188:6 189:25
190:5,10,11 205:6
205:18 209:4
211:6 212:4
217:25 218:1
219:6 222:4
223:21 224:14
233:11 250:21,22
275:19,21,23
278:22 282:3,24
294:17 301:7
303:21 304:3
343:22 345:20
**participating**
287:24 288:2
**particle**
10:4 101:8 108:19
109:6,18 111:11
111:17 115:6
121:14,21 122:1,2
122:5 123:22
124:13,13 305:19
306:19 308:8
**particles**
103:18 109:1
111:13 118:20
119:12 120:13,14
122:24 128:25
140:3 247:2
252:14 305:3,16
305:25 307:12
311:9,15
**particular**
23:9 36:2 61:6,9,23
63:3 69:5 70:1
81:18 89:22,23
95:23 97:4 99:13
106:7 114:17
145:17 146:1,2,24
154:4 172:10
205:7 216:22
217:7 244:22

260:17 288:25
305:19 306:19
307:8 317:15
318:1 334:19
343:21,24
**particularly**
12:21 89:2
**particulates**
251:25
**particulate-free**
308:23,24
**parties**
359:15
**partly**
108:14
**partners**
15:24 16:1,16
241:15,17
**partner's**
187:24
**parts**
233:13
**party**
13:20
**PAS**
117:25 118:6
**pass**
161:17
**passage**
99:13 118:15,25
156:7 278:13
**path**
33:16 176:18 191:3
243:13
**pathogenesis**
205:3 207:11 208:2
208:25 210:3,20
211:12 232:13
234:3,23
**pathologic**
162:18 223:4
233:19 238:25
337:17
**pathologist**
18:24 23:17 32:14
32:21,23 57:13

69:4,10 93:20,20
100:20,25 111:3
116:10 175:4
177:8 204:10
211:9,10,20 212:2
214:6,10,21,22
215:4 222:13,17
234:13 238:22
241:11 243:1
244:21 246:21
282:1
**pathologists**
102:23 103:21
110:10 174:25
175:7 205:10,11
244:4 282:6,11
287:6 312:6 336:8
337:9,11
**pathology**
8:7,9,12,14 15:24
16:1,15,23,24
17:16,19 18:14
19:25 23:11 25:2
33:7,12,15,18,23
54:23 57:16,18
61:23 95:13,16
96:10 98:1,4
160:11,15,24
163:25 176:4,11
176:13,14 204:7
204:14,14,21,23
205:2,8,9,15
206:1 207:11
208:3 209:1 210:3
211:13 212:5,6
213:14,18 218:8
223:4,7 243:9
245:2 246:24
254:11 316:14
336:16
**pathway**
85:2 87:4 350:4
**pathways**
84:22 86:23 154:25
**patient**
17:2,9,15,19,20

18:8,11,11,15,16
18:16,19 19:15
20:8,12,21 22:1,4
23:24 24:16,20
26:9 69:5,18 70:1
106:7 304:11
308:23 316:1,9,17
316:21 317:1
318:1
**patients**
17:5,13,14,22
19:18,21,23 20:6
22:9,13,25 23:3
23:24 24:5 58:11
63:15 75:21 77:25
90:13 93:10,11
98:25 149:11,15
151:11 192:2
216:7 221:6 242:4
313:4 337:10
338:8
**patient's**
24:24 69:19 317:6
317:15 344:21
**pattern**
69:1 218:25 279:3
279:19 280:3
**Paul**
32:13 33:21
**paving**
191:3
**PC**
2:9
**PCPC**
6:8
**peaked**
279:4,14
**peer**
177:16
**peer-reviewed**
218:12
**pelvic**
9:7,21 58:11 98:25
251:23 252:21
253:8 289:18
290:2,3 295:2,25

301:22 302:6
312:4,5
**pelvis**
255:10
**pending**
26:25
**Pennsylvania**
4:15
**Pensacola**
3:14
**people**
27:21 36:22 37:3
159:18 172:19
200:13 201:22
214:17 241:22
254:20 299:12,15
302:9 318:3
324:12 327:6,12
332:14
**people's**
246:9
**percent**
90:21 91:4 114:9
114:11 116:14,17
264:20 280:25
330:17,18 332:5
347:17 351:1,2
**percentage**
141:10 143:10
330:8
**perfect**
191:5,8
**perform**
17:8,12 108:12
**performed**
18:23 23:22
**performing**
23:20 47:16 181:4
**perineal**
9:10,14,25 126:15
130:12 138:13
258:23 260:21,25
261:9 264:13
270:16,18 271:24
272:21 294:3
299:23 300:3

Sarah E. Kane, M.D.

308:7 344:16,24
347:18
**perineally**
146:18
**perineum**
132:7 133:3,11
147:1
**period**
33:17 34:3 42:5
44:17 45:17 77:6
149:17 198:5,6
199:12 307:13
314:16 323:25
326:22 327:8
340:8
**periodic**
117:25 118:6
**periods**
190:17 327:20
330:19 331:22
332:7 352:7
**peritoneal**
155:23
**peritoneum**
117:20 118:19,21
118:24 120:15,22
**peritonitis**
117:17,23 118:10
118:12 119:5
**permission**
283:10
**peroxide**
332:3,14 333:2,11
343:13,17,18,20
**persist**
123:2
**person**
145:19
**personal**
213:17 240:18
**personally**
41:14,17 57:8
**perspective**
66:5 76:9
**pertain**
233:6

**per-day**
47:18
**pestis**
218:23 219:2,23
220:8
**Petur**
39:25
**ph**
1:22
**phagocytic**
162:6
**pharmaceutical**
132:3 228:24 334:5
**pharmaceutical-...**
128:22 129:6,12,17
130:1,16 131:8,12
131:23 132:15
133:5,13 147:23
228:6,10,19
229:10
**phenotype**
311:20
**Philadelphia**
4:15
**photocopied**
159:21
**photocopies**
97:24
**photocopy**
96:9 97:18 106:13
117:10 155:8
159:23 161:5
**phrase**
257:23 296:19
301:16
**physical**
17:23 18:24 19:3
**physician**
19:11 22:16,20,21
22:23 25:6,7,13
220:7 282:5
**physicians**
20:11 21:17 23:2
213:20
**pick**
208:21 279:11

**picked**
151:18
**picture**
140:19 215:5,6
**piece**
25:15 61:1 62:6
99:25 100:9
107:17 108:7
125:20 136:1,4,4
138:5 139:14
141:18,22,23
142:3 145:5 146:6
146:7 148:11,19
149:3 153:20
154:23 162:23
208:13 322:13,17
327:4 334:23
**pieces**
118:18 134:16,21
134:25 185:2
316:20 320:5
321:13,19 325:22
340:13
**piecing**
125:22
**Pier**
134:7 174:10
180:10 181:9
319:16,20 321:15
**Pier's**
319:15 320:3,24
321:10,16,23
**place**
147:1 195:3 284:6
284:23
**Placentas**
222:21
**places**
284:2 290:14
293:17 300:12,13
300:17 303:20
**plague**
218:23 219:18
220:9
**plaintiff**
173:21,23 183:7

194:16
**plaintiffs**
3:9,17,25 9:3 25:18
26:4,5 32:4 36:20
36:21 37:4,12,21
37:24 38:6 46:14
47:21 53:9 55:11
170:25 171:4,16
173:5,6,8,9,14,18
174:12 175:14
182:10 183:18,24
184:4 194:5,9
196:23 202:16,24
203:11,21 211:11
224:2 244:10
245:19 253:22
320:2
**Plantation**
2:9
**plasma**
58:19 59:4 63:16
63:18,22 99:7
108:5 314:11
**plasmacytic**
314:5
**platy**
131:15 133:19,25
134:19
**plausibility**
108:1 125:19
133:24 134:17,22
135:2 139:13,20
142:3 145:16
146:15 148:10,22
149:4 153:21
154:24 205:5,19
228:2,7,13 249:18
249:22 250:1,22
250:25 251:8,18
301:7 303:21
320:14,20 322:14
322:18 323:9
327:5 334:24
**plausible**
62:11 74:16 125:16
125:18 139:16

143:7 146:1 229:7
236:17 241:8
249:1,18,20 250:2
250:11 251:8,10
297:5 314:17,18
342:13
**play**
300:6
**played**
238:21
**please**
15:19 27:4 44:13
47:25 61:13 64:2
328:18
**plenty**
250:15,15
**pleural**
206:25
**pleurodesis**
59:3 63:15 130:2
130:23 132:25
133:6,7 148:17
314:10
**plug**
49:7 277:9
**plugged**
289:7
**plural**
156:4
**point**
47:22 73:10 84:24
86:25 87:21 93:3
106:9 114:17
116:12 119:23
124:4,11 151:22
158:25 168:4
169:10 172:6,21
181:14 192:10
193:15 197:4
202:5 203:9,13
213:15 215:2
217:16,18 239:22
240:15 244:12
246:1 254:1 265:5
269:5,20 271:22
273:18 276:1

279:3 283:4
285:24 292:12
296:4 298:21
302:24 307:8
311:14 329:22
333:25 334:25
335:13,22 337:3,7
341:20 344:18
**pointing**
218:11 348:6
**points**
211:8 333:23
**polarizable**
111:12 112:16
**polarize**
109:1 112:11,22
**polarized**
103:12 107:5
108:13,15,21
109:21 110:11
112:4,5,19 113:3
118:8 162:14
246:23 316:4
**polarizing**
58:21 99:9
**pooled**
225:24 226:3,6
293:20,23
**poorly**
122:14
**popping**
207:7
**population**
114:5
**populations**
190:18 191:15
270:10 352:6
**population-based**
337:21
**portion**
145:6 220:8 254:11
257:6 280:2
285:25
**portions**
68:11 207:9 208:1
285:9

**position**
30:20 282:8
**positive**
118:1,6 252:11,17
277:7 290:10
332:9
**possession**
52:25 232:5
**Possibilities**
262:20
**possibility**
20:4 144:2 184:18
230:8
**possible**
49:21,24 50:11
58:2 92:14,14,18
94:13 108:22
122:7 124:11,14
150:24 151:20,22
152:2 167:20,21
168:7 170:10
172:2 187:13
189:3 225:7 227:5
232:9,9,11 237:11
237:14 239:7
243:16,22 262:19
262:24 283:8
294:24 297:1
302:25 316:3,5
317:5 351:21
**possibly**
142:22 293:3
**poster**
223:12,16
**postpubertal**
301:23
**potential**
103:3 225:25 246:9
250:2 295:8
315:22 351:20
353:9,25
**potentially**
37:3 40:7 122:9
301:21 353:2
354:3
**powder**

1:5 9:20 11:9 58:10
98:24 107:1
126:13,14,22,23
128:23 129:5,9,19
129:21,22,23,25
130:4,6,9,11,16
130:20,22 131:1,6
131:8,13 132:4,5
132:16,19 133:2,9
133:13 135:10
136:19 137:23
138:14,14 139:16
139:17,19 140:24
141:5,8,11 142:2
143:10,14,15
146:23,24 147:9
147:13,23,23
148:13,16,22,23
149:7 150:19
151:3,12 152:21
152:24 162:4
191:11 204:3
217:1 227:20,23
228:4,5,22 237:10
238:15 241:9
245:13 248:9,23
251:13 271:23
278:19 279:1
289:18 290:2
295:2 301:11
304:9 319:25
320:12,18,21
322:17 324:7
325:5,6 333:8
338:10 343:7,8,10
344:10,15,16,18
344:25 352:9
353:10,12
**powders**
261:10
**power**
190:24
**practice**
17:6,22 18:24
19:21 92:16
108:20 124:4

177:8,17 178:8
213:22 214:16
215:25 216:16
217:10 223:22
224:15 246:22
247:6
**PRACTICES**
1:6
**practicing**
116:10
**precise**
65:16
**preconceived**
352:23 353:16,19
353:24
**precursor**
77:8,17,18,20 78:4
78:8,24 79:16
80:4,6,13,17 81:9
89:18,23 107:21
223:3
**precursors**
76:20 78:23 80:2
**predating**
245:15
**prejudice**
13:4
**prejudicial**
11:23
**premalignant**
77:19
**prep**
308:17
**prepare**
11:24 166:3 186:24
326:8
**prepared**
19:10 45:14 185:4
185:7 188:23
**preparing**
187:4 188:16
235:13,18
**presence**
9:6 252:20 253:8
325:11
**present**

6:10 58:12 276:5
343:2
**presentation**
85:3 87:4 189:7,18
**presentations**
12:7 223:12,16
225:5
**presenting**
15:12
**pressure**
19:7
**presumably**
141:7,8
**pretend**
192:24
**pretty**
35:22 80:12 108:17
139:1 176:13
186:5 199:3
259:19 333:3
**prevent**
121:19 122:5
**prevented**
334:9
**prevention**
334:6
**previously**
41:9 128:5 187:2
**primarily**
281:17
**primary**
25:7,13 44:1
220:12
**prime**
249:10,11
**principal**
350:5
**print**
53:6 268:6
**printed**
51:1,24 53:8,10,13
54:1
**prior**
14:11 86:14,15
182:17 183:1,10
183:14,24 187:15

190:8 250:16
258:4 275:19,21
310:16
**private**
244:7
**privilege**
212:22
**probable**
251:9 322:16
**probably**
19:20 25:11 35:19
40:10 42:1 54:17
113:24 116:21
141:25 142:4,10
142:10,11,20
170:22 176:19
178:14 179:15
190:7 200:1
226:21 232:1,23
232:24 239:7,15
244:16 277:3
281:13 286:20
298:21 333:2
**problem**
197:21 209:19
**procedure**
17:8,25 20:9,22
**procedures**
17:2 24:4
**proceedings**
223:11
**process**
48:19 50:9 72:15
121:10 123:22,25
167:17 173:16
193:2 195:2,11
202:11 211:23
221:24 286:21,25
320:9
**processed**
310:4,10
**processes**
107:6 162:15,16
**produce**
48:1,13,14 101:2
**produced**

28:12 48:8 347:21
**producing**
28:16 326:5
**product**
126:14,15 128:24
129:7,8,21 130:9
130:12,22 131:5
131:14,19,20,23
132:5,16,19 133:2
133:21,21 134:18
135:13,15,19
136:15,19 138:2
138:15 141:13
146:23,24 147:2,6
147:11,13,18
149:2 207:13
208:5,13 209:5
210:11 227:14
229:13 236:2
322:17 323:8,12
324:4 326:20
**production**
152:24 153:4
**products**
1:5,6 11:9 126:22
126:23 129:22,24
129:25 130:4,6,16
130:20 131:1
132:4,5 133:9
135:10 137:23
138:14 139:17,19
140:25 141:5,11
142:2 143:11,15
147:9 148:13,16
148:22,23 191:11
204:3 227:20
228:4,5,22 237:10
248:9,23 301:11
304:9 320:12,21
344:16 353:12
**product's**
227:23
**professional**
126:21,21 140:24
177:14,20,20,24
202:15 240:19

245:9,11,15,17
246:4,12,20 281:9
**professionally**
246:8
**professional-type**
243:20
**program**
49:5 242:22 254:12
**progression**
85:5 249:2
**proinflammatory**
68:3,5 326:15,18
**projects**
218:8
**prologue**
179:4
**promote**
73:14 74:12
**prompt**
239:15
**pronounce**
34:13
**proof**
255:9
**prooxidants**
326:15
**proper**
284:6
**properties**
152:14
**prophylactic**
78:1
**proportion**
90:15,16 114:2
**proposed**
294:24
**proposition**
305:7
**propounded**
358:5
**prospective**
158:19 219:10
352:18
**protected**
209:11
**proteins**

326:16,19
**prove**
250:14,14,20
**proven**
249:17,19,23 251:2
**provide**
17:14,23 25:17
53:17 328:22
**provided**
12:14,16,18,19
13:25 41:9 56:2
170:25 173:4,6,8
173:9 184:3
192:20 255:2
**provides**
256:10
**providing**
22:23,25
**provoke**
152:16
**PTI**
5:23
**public**
2:13 340:8,19
352:8,13 358:18
359:5,22
**publication**
218:16 222:24
238:22 257:20
266:9 270:23
278:3,6,18 281:1
283:2,11 285:18
285:21 289:24
298:18
**publications**
30:16 148:6,8
206:14 218:8,13
232:15 234:6
236:9 285:6 292:1
292:4
**publicly**
179:22,23 193:25
196:22 197:3
199:24
**published**
57:17 71:13 156:12

156:16 158:20,25
166:22 188:21
217:21 224:6,9,13
238:16 249:7
281:22,24 288:23
**pull**
25:12 53:22 114:7
166:11 192:9
303:9 345:9
**pulled**
237:24
**pulling**
166:7
**pulmonary**
318:5
**purchase**
310:18
**purchased**
311:3
**Purdie**
187:2
**pure**
116:11
**purpose**
12:8 53:21 113:4
121:16 122:10
211:16 215:12
334:11
**purposely**
301:14
**pursuant**
2:10
**pursuing**
244:22
**push**
150:4
**put**
25:14 48:24 49:23
53:4,16,22 74:4
113:11 120:5
157:17 167:10
181:15 185:15
197:20,24 234:15
247:24 283:23
317:6 332:22,23
**putting**

66:5 89:8 146:25
316:16,18,21
349:17,19
**puzzle**
141:22 142:3
322:14,18 334:23
**Pycnogenol**
10:5 328:5
**pylori**
144:11 315:10
**P-E-T-U-R**
40:1
**p-value**
347:14
**p.m**
11:20 117:7 160:9
160:19 201:13,16
207:20,23 231:17
231:21 277:15,18
289:12,16 341:10
341:13 356:8,9
**P53**
73:18,20 74:14,18
74:20,22,22 75:11
75:18 76:15,16
78:6,18 80:11

———————

**Q**

**qualified**
226:2,5
**qualifier**
280:3,7,8
**qualify**
272:17
**quantify**
271:22 276:13
**quantity**
58:14 99:3
**quarter**
91:1
**quartile**
274:19,19,20,24
**question**
21:8,13 26:25 27:1
27:3,5,9 37:17,19
38:4 56:12 62:20

69:2,4 70:12,23
72:2,3,5,8,10,12
72:15,17,21,25
77:11 78:25 86:17
88:4 102:9,11,22
110:7 111:15,16
111:17 115:10
118:25 127:9,11
127:18,22,25
128:2,4,8,10
129:3 130:14
132:10 136:6,8,8
136:12,13,14
137:8,12,13,14,19
138:8,13 140:2
141:3 144:5
145:22,23 149:20
149:22 150:13
153:2 154:13
169:4 170:21
174:5 176:7
189:10,12 193:6,7
193:10 197:9
199:5,22 202:22
204:23 205:3
206:23 209:9,10
211:18,25 212:10
212:12,14,20,22
213:4,4,5,7,9
215:1,16 219:22
219:23 222:4
227:7 237:1 250:6
261:12 262:3
265:4 278:5 292:8
311:6 316:8 317:4
321:5,12,21 324:2
343:25 353:1,2
355:7,15,18,21,23
356:3
**questioning**
110:16
**questions**
13:8 41:2 72:24
86:15,20 195:9,15
195:18 198:4
199:6 200:20

208:9,15 229:24
260:12 318:16
322:5 341:18,21
342:9,10,11,17
343:1,12 344:2
345:1,6,15,18
353:11 354:5
358:4
**quick**
11:17
**quickly**
120:24 189:20
206:8 296:3
**quite**
57:17 59:9 139:22
282:6
**quotation**
281:9 283:24
**quote**
236:10
**quoted**
261:21
**quote/unquote**
271:25

———————

**R**

**R**
4:22 11:1 357:1,1
359:1
**rad**
241:21
**radiation**
317:18,22 318:3,9
**radiologist**
23:22
**radiologists**
22:7 241:21 318:6
**radiology**
25:11,12
**raise**
343:24
**range**
31:15 351:15,15
**rapid**
22:5 23:21
**rare**

65:23 85:22 89:5
192:1,14 257:3
351:3
**Rarely**
23:12 98:20
**rate**
48:25
**ratio**
273:21 290:19
345:25 346:7,10
349:11,24 350:14
351:5,10
**ratios**
291:21 292:17
345:22 350:17
351:14
**reach**
125:13 140:3
147:18 248:10
251:13,20
**reached**
200:7
**reaches**
125:15 147:15
255:10
**reaching**
236:21 248:22
252:1
**reacting**
123:11
**reaction**
18:9 19:5,14,16
20:1 58:14 60:23
62:13,17,22 63:12
63:13,14 98:22
99:3,17 101:3,7
102:14 103:14
107:8,13,19 111:9
113:6 117:20,24
120:8,14,17,25
122:18 125:17
148:21 152:12
162:6 305:9
309:21 313:24
314:3 333:4
343:14

**reactions**
19:2 58:23,23
59:25 62:15 67:18
97:5 101:2,24
102:19 106:20
107:4,16 116:3,13
118:23 119:11
120:12 122:21
148:8 162:14
205:18 306:4
**reactive**
152:16,24 153:4,5
153:7,9 155:1
327:16,21 329:9
329:14,19 330:8
330:18 331:3,18
332:6 333:20
343:13
**read**
21:10 74:4 117:12
118:16 119:1
124:3 158:9 164:6
170:19 171:24
172:1 176:6,19
181:10 183:14
187:1 193:9,9
210:7,8 213:4
234:13 248:21
273:17 278:21
287:14 298:21
301:12 348:8
350:1 358:3
**readily**
193:5
**reading**
13:23 21:12 23:21
71:23 92:20 118:4
123:14 127:2,19
170:16 196:17
210:19 237:16,19
248:8 283:9,14
**reads**
22:5 23:11
**ready**
249:10 318:21,24
**reagents**

```
309:4                120:5 163:10         277:14,17 289:9      335:10               86:14
real                 164:4 172:11         289:11,16 291:17     refer                reflected
215:6                198:23 320:10        339:24 341:5,9,12    72:23 87:16 139:23   36:12 37:21
realize              341:25 344:6,12      345:3 348:8 356:4    189:4 205:20         reflection
187:1                345:14,17 351:20     356:8 359:10         350:23               230:24 231:2
realized             351:25 352:1,3,12    recording            reference            reflects
167:8,23 181:25      353:3,22             35:16                13:25 14:11 50:3     44:21
187:21               receive              records              51:8,18 53:10        refractile
really               56:5,6,13 243:12     24:11,19 25:6,8      114:8 152:4,6        58:20 99:8
46:19 50:12 60:1     received             recreate             158:11 159:2,3       refresh
65:25 66:1 73:1      13:24 14:18 56:8     167:12 185:16        163:11,25 169:25     258:14
79:15 80:3,7 81:4    56:18,20 175:18      recreated            180:5 187:11         refreshing
87:16 89:6 94:13     176:1 185:9,10,24    182:18               237:16,23 265:11     275:13 289:4
108:14 113:12        189:21 193:3         recreating           266:20 347:21        refused
115:24 121:11        227:1                182:5 185:16         349:3                254:22,22
132:2 146:20         recess               recreation           referenced           refutes
148:5,24 170:10      64:15 117:4 160:10   167:15               51:4 52:21 180:2     251:6
191:1 193:19         201:14 207:21        RECROSS              180:19 232:17        regard
199:13 211:23        231:18 277:16        7:2                  236:13 237:20        19:24 62:4
237:10 239:21        289:13 341:11        RECROSS-EXA...       references           regarded
241:6 242:7          recognition          348:19               8:19 50:25 52:18     299:25
246:22 249:19        107:5 162:15         recruit              55:21 92:17 165:4    regarding
252:4 270:1,2        recognizable         121:23 122:8         165:9,19,23          17:3 34:4 38:20
284:9 298:22         78:19 117:18         123:19               168:10,12,20         62:3 74:24 99:14
315:1,1 317:20       recognize            recruited            169:6,7,15 170:13    99:24 244:11
321:14,18 337:14     77:7,12              122:16 124:1         170:20 178:9,19      245:13 293:20
realm                recollection         recruiting           179:1 232:1          302:22
19:25 205:14         71:22 72:13 73:1     123:7,12             237:17,24 281:5      regardless
213:14               182:7                red                  293:5                109:5 344:17
realtime             recommendations      334:15               referencing          regenesis
2:12 20:8 193:10     22:24 23:1 38:20     REDIRECT             107:7 236:20 249:6   289:1
reason               recommended          7:2                  255:22 284:23        region
121:20,21 155:12     334:5 335:6          redox                referral             295:3 299:24 302:7
166:20 198:12        reconvening          281:23 282:2,10      22:16                Registered
262:22 263:13        13:9                 287:10,21,23,25      referred             2:11 359:4
280:1 290:22         record               288:3                22:20,21 32:10       regular
300:8 303:14         11:3,13 15:20        reduce               210:24 271:3         19:22 111:3,14,20
357:5,7,9,11,13      24:14 49:9 64:14     248:24 249:3         referring            130:12 154:8
357:15,17,19,21      64:18 96:2 117:3     335:16               12:25 14:21,23       213:20 214:15
357:23,25            117:7 160:9,19       reduces              52:4 85:19 86:16     224:15 243:17
reasons              163:3 182:19         10:5 328:6 335:14    113:9 251:20         244:3 302:1
41:9 256:18          197:21,24 200:17     reduction            253:11 260:15        335:15 344:24
REATH                200:18 201:8,10      335:6                267:14 270:22        regularly
4:12                 201:12,15 207:19     REES                 297:13,14 304:1      221:19 323:13,22
recall               207:22 231:14,15     4:21 5:3             328:10               326:21 327:7
47:24 82:15 92:12    231:16,21 277:13     reevaluating         reflect              regulate
```

326:3
**regulation**
154:25 326:12
**regulatory**
120:4 340:20,22,22
340:24
**rehydrated**
309:3
**related**
17:25 49:13 100:4
153:12 155:19
172:10 190:12
192:21 232:4,16
234:2 281:16
316:11 359:14
**RELATES**
1:9
**relating**
39:2 91:8 208:25
**relation**
9:22 19:4 43:1
234:7 289:19
290:4 343:12
**relationship**
9:24 243:6,21
256:17 260:9
261:16 262:6,12
264:23 268:10,21
268:22 272:3,10
276:20 308:7
**relationships**
265:14 271:9,18
272:16
**relative**
82:7 135:22,24
145:18 190:19
256:22,24 257:11
347:10,15 349:10
**relatively**
244:17 256:22
257:10 314:16
351:23
**release**
327:16 333:12
**relevant**

24:12 25:1 29:4
74:15 98:9 106:16
107:23 135:11
137:24 148:9
151:25 157:5
158:11,14 161:19
170:14 175:9
177:3 185:21
216:7 338:6
**reliance**
179:19
**relied**
13:1,6 170:2,5
178:2 179:6 181:1
185:25
**relied-on**
180:19
**rely**
24:17 168:17 169:2
177:7 178:5
184:21,23 267:8
**relying**
153:14 154:19
320:6
**remains**
124:14 349:9 350:3
**remember**
26:20 32:3,12
34:23 36:10,25
40:9,10 47:19
58:1,2 64:23
71:22 82:9,18
83:17 91:6 92:17
114:8 171:17,23
172:1,7,23 176:6
176:17 177:11
184:19 185:7,14
187:7 189:24
200:11 202:20
232:25 233:22
234:25 239:13,21
243:23 245:23
264:9 268:16
290:24 294:22
295:18,21 302:17
305:4,5 309:7,9

343:4
**remembering**
235:9 305:13
332:12
**remind**
21:14
**remove**
95:12 119:21,22
**removed**
120:6,6,10 210:4
293:9 302:24
**removes**
299:7
**rendered**
31:7
**reparafinized**
309:3
**repeat**
187:14
**repeatedly**
254:21
**repeating**
127:25
**rephrase**
27:6 145:22 159:22
212:1
**report**
8:17 9:19 13:6 14:1
14:10 17:17 25:12
29:18 30:10 35:20
36:4,7 42:12,16
42:22 43:20,23
44:24 45:23 50:2
50:5,10 51:16
55:11,12,14 56:3
56:13,14,16 57:4
57:21 71:16 72:11
72:22,23 73:11
74:3,9 75:14 81:7
90:20 113:2 120:5
126:7,20 127:1,2
131:3 134:5,6,14
139:24 145:7,7
152:3 164:11,17
164:19,22,24
165:8 166:12,14

166:24 167:7
168:14,16,19
169:9 170:15,18
173:4,7,12,14,15
175:5 176:10
179:2,7,18 180:5
180:24 181:7,8
182:12,14 183:1,8
183:13,15,19,21
183:24 185:24
186:3,6 187:4,8
187:16,20
188:5,17,20 189:4
190:8,12 191:6
199:16 201:6
202:5,6,13,16,20
204:12,16 205:17
205:20 206:3
207:10 208:1,12
208:12,20 209:3
209:16,17,21,25
210:4,14,21 211:4
213:12,13,16
214:3 215:22
220:13 224:5
227:2,12 229:16
229:20 230:1,5,13
230:22,24 231:5,7
231:12,24 232:2,4
232:17,21 233:4
234:18,21 235:13
235:18 236:1,3,7
236:10 238:3
239:25 240:22
245:8 247:8,25
261:21 263:24,25
264:2,3 265:9
266:9 270:5,11
273:7 277:23
279:9 280:2,13,15
280:23 282:9,16
283:3,23 285:1,4
285:7 286:1 289:5
290:7,11 293:18
300:9,17 303:11

303:13 316:22
317:7 321:17
337:1
**reported**
1:19 276:9 306:7,8
**reporter**
2:11,12,13 11:14
26:22 118:3 162:8
277:11 308:2
329:5 359:5
**reporting**
279:4,6
**reports**
17:19 25:12 35:14
35:18 49:19 52:21
56:25 170:13
171:11,18 172:9
172:10 173:11
174:14,21 175:1
175:10,12,18,20
176:6,7,22 177:5
177:9 178:2
179:13 182:5,10
183:6,7,16,20
184:16 192:21
193:1 198:16
199:12 202:19,24
203:7,8,13,17
209:13 212:25
235:20,22 255:3
316:14,17 320:9
**represent**
319:4
**representation**
172:25
**representative**
319:18
**Representing**
3:9,17,25 4:9,18
5:4,14,23 6:8
**reproductive**
97:6 100:3,12
107:19 108:9
110:9 336:22
**reputation**
57:8,9

Sarah E. Kane, M.D.

request
28:13 36:19 37:12
  37:24 38:6 172:12
  172:13 175:13
  189:23 190:6
  199:14
requested
56:16 190:7 359:13
require
12:2 304:14
required
146:4
requiring
200:9
reread
213:6 320:15
rereading
62:20
research
38:25 90:23 94:23
  124:21 144:24
  216:5 217:10
  218:5,7 235:7
  242:1 244:23
  254:4 282:20
  287:11,13 337:15
researched
233:10
researching
36:16
resemble
298:3
reserve
195:19
residency
33:12,13 158:3
  225:9
residents
33:3
resolution
124:15
resolve
120:24 311:23
resolved
307:19
resolves

124:12 312:3
respect
20:11 104:11
  284:11 343:11
  345:25
respond
100:18 102:2,3,7
  143:19,22 323:2
  326:8 354:16
responded
87:2
response
54:14 59:18 63:7
  63:10,11 65:4
  68:7 79:25 91:12
  91:12 100:16
  102:18 104:7
  107:12 111:19
  112:9,23 121:14
  124:9,10 139:21
  152:17 153:13
  155:2 175:13
  207:1 248:25
  249:4 250:11
  296:13,16,22
  300:4 301:9 305:2
  305:2,18 306:3,8
  306:13,18 307:14
  311:8 322:4
  325:23 354:5,9
responses
63:4,5 102:13
  148:7 164:2
responsive
28:12
rest
121:18 183:13
RESTAINO
3:19,20
result
122:24 154:25
  272:8 277:7
  286:21 355:1
resulted
332:5 337:5
resulting

73:8
results
18:20 276:10
resume
30:17
retained
31:23 32:4 197:4,5
  198:6 200:3,6
  214:7,9 245:19
  254:9
retainer
47:9,12
retired
57:14 244:1
retrieving
237:15
retrograde
252:5 298:13
  299:12,16
retrospective
19:13 139:4 158:24
returns
201:17
review
16:25 19:7,9 24:17
  24:18 25:2 35:17
  36:5,11 55:7 81:6
  114:1,12 115:13
  116:15 126:8
  149:6 150:18
  151:19 161:20
  163:7 164:21
  171:18 178:11
  185:19 196:13
  202:9 204:2
  213:19 214:14
  215:11,13,15
  216:1,9,22 218:24
  219:3,4,15,16,17
  220:1,17,18,22,23
  220:24 222:1,3,7
  223:2 227:8,9
  235:20 236:22,25
  237:22 239:1
  246:15 283:19
  288:11,16,19

303:7,10 339:1,5
  339:22 340:16
  359:13
reviewed
14:6,17,18 29:5
  49:21,22 50:6,6
  51:3 53:15 54:17
  54:19 55:6 76:7
  76:10 91:8,14
  92:12 109:9 127:4
  127:4 162:22
  163:17,23 167:2
  167:10,22,25
  168:2,21 170:3
  178:13,16 182:16
  182:17,25 183:2
  185:17,20,22
  187:3,15 188:4
  189:19,20 199:2
  203:1 232:8 234:6
  237:25 255:1
  275:9 283:2,8
  319:14 322:11
  338:24
reviewing
22:4 24:11 35:13
  42:11,17 43:22
  44:23 45:22 246:6
reviews
50:1 139:5 181:4
  217:9 224:14
  237:2
rewind
70:18
re-review
327:24
rheumatoid
315:8
right
14:24 15:10 27:7
  27:13 28:23 29:15
  42:13 45:19 57:5
  64:20 70:4 77:10
  87:18,21 88:3
  98:18 116:25
  117:9 121:3

128:22 132:23
  141:20 143:6
  151:9,15 163:4
  164:15 166:17
  175:20 181:6
  197:22 219:19,20
  231:6,6 238:6
  244:1 250:4
  256:15 266:3,15
  273:9,14,19
  275:10 276:18
  278:17 280:14
  292:2 293:16
  294:20 297:2
  307:12 318:20
  331:14 332:2,13
  332:22 345:4
  348:3
righty
266:21
right-hand
150:7 296:9 347:24
Rigler
180:7
ringing
184:18
risk
9:11,13,16,22
  19:19 63:2 69:19
  75:5,22 78:2 79:3
  82:7 83:10 84:14
  90:2,13 102:6
  124:24 126:13
  135:22,24 144:11
  154:7 155:17,20
  156:15,19,24
  190:19 191:21,22
  225:25 255:9,24
  256:5,23,24
  257:11,13,21,24
  259:10 260:22
  261:1 263:11
  264:12 266:23
  267:3 270:13,19
  271:1 272:22
  279:2,13,13

Sarah E. Kane, M.D.

289:19 290:4
291:24 294:3
295:1 298:25
299:9,22 301:9,10
301:24 302:8,9
303:9 313:8,10
314:14 315:9,12
327:9 329:25
334:21 335:3,7,25
336:5 337:22
343:10 347:11,17
348:12 349:21,24
351:1,2 353:11
354:12
**Ristesund**
56:4,15
**RMR**
1:19
**Robert**
57:7,24 234:19
242:23
**Robin**
243:24
**Rogers**
2:8
**role**
203:24 204:6
238:20 254:15,18
288:24 295:8
300:6
**rolling**
192:2
**Rollins**
220:2 221:5,21
**room**
17:12 20:5 21:22
29:11 338:11
**ROS**
329:8,11 330:25
331:25 333:12
334:3
**Ross**
253:18
**Rotman**
3:3 7:6 12:11 13:12
13:22 14:21,23

15:6,9 18:2,4,6
20:14,23 21:3,12
27:25 28:15 29:7
29:10,17 31:3,17
32:6,8 34:11,18
35:1,3 37:6,13,17
37:19,23 38:2,7
38:16 39:1,5,9,12
40:19 41:7 43:25
44:2 46:24 47:23
48:4,7,12,15
49:15,17 56:9
61:11 62:5 63:21
63:25 64:10 70:21
71:18,24 72:4,7
72:14,20 74:8
86:13 96:2 98:11
98:14 100:21
101:15 104:4
105:1 110:2,6,14
110:19,22 112:21
116:16 123:4
126:5 127:16,18
127:20,23 128:3
130:17 135:6
136:5,11,25 137:6
137:14,18 143:12
146:19 149:9
150:1,3,6,9 151:5
153:15 154:18,21
155:25 159:15
164:10 174:2
175:15 176:25
189:9,13 193:8
194:6 198:1
205:24 206:2,7,11
206:19 207:12,15
208:8,11,16 209:4
209:9,24 211:15
211:24 212:7,13
213:3,8 214:25
217:13 218:6
219:11 228:8,12
228:15 231:14
233:16 244:24
247:21 249:24

250:3,5 251:3
260:15 261:3,12
262:18 265:3,16
265:22 267:10
273:12 275:15,18
277:10,13 283:25
284:20 285:11,15
285:20 286:16
289:8 291:1
294:10 306:14
307:25 310:21
320:15 323:24
328:2,4,17,20,24
329:4,6 330:22
334:13 339:24
340:3 341:1,4,15
345:1,4,5 348:17
351:17 355:14,20
356:5
**Rotman's**
354:5
**roughly**
91:3
**routes**
146:10
**routine**
246:22 327:13
**routinely**
12:19 24:17 103:4
108:12,21 110:10
343:19
**rule**
8:17 103:3,5,7
164:19
**rules**
26:17 209:12
**run**
254:10
**running**
166:10
**ruptured**
59:18
**Ryan**
220:6

---
**S**
---

**S**
7:8 8:1 9:1 10:1
11:1
**Saed**
153:17,25 154:15
283:10 284:10
285:17,18,20
286:16
**Saed's**
281:1,18 282:17
283:2,17 284:18
285:10 286:2
**Salem**
16:3 30:14
**SALES**
1:5
**salpingectomies**
78:1
**salpingectomy**
299:7
**salpingitis**
107:2 162:5
**Sam**
175:24
**Sambataro**
1:19 2:11 11:14
359:4,21
**sample**
70:16
**samples**
115:14 238:24
307:21 310:20
**Samuel**
173:9
**Sarah**
1:15 2:7 7:3,11,13
7:15,17,19,21,23
8:17,25 11:12,19
15:4,11,21 27:15
29:21 31:8 41:19
43:9 44:6 45:10
56:2 64:17 117:6
160:18 164:19
186:13,17 231:11
231:20 289:15
358:8 359:7

**sarcoidosis**
60:17 104:9
**saw**
34:7 61:16 114:6
129:23 148:1
163:21 183:20
188:19 194:8
201:21 235:22
240:3,10 245:21
249:12,14 277:20
342:4
**saying**
51:25 52:22 56:10
70:13,22 75:20
111:23 123:17
127:24 129:11
130:25 142:4
154:22 172:5
190:2 227:22
291:5 292:3 327:6
333:12
**says**
15:14 58:8 73:12
93:9 98:20 117:18
142:8 155:15,16
161:24 162:11
255:7,11,23
256:14,16,21
257:9,12 263:12
263:22 267:20
270:23 274:1
276:8 284:10
291:18 293:22
299:22 330:8
331:12 332:8
335:13 350:1,13
351:7
**schedule**
47:17,21 48:8
**scheduled**
14:3 23:25 24:1,8
**school**
223:8 225:8
**science**
12:6,8,24 144:1
189:6,17 195:13

199:2 208:16 245:12

**scientific**
325:2 340:15,25

**scientifically**
321:9,9

**scientist's**
281:8

**Scully**
4:21 5:3 57:24 58:2 238:8,9,21 239:3 239:8,9 244:1,7

**Scully's**
243:25

**search**
55:18 81:7 119:24 124:4 171:3,21 172:1 205:22 206:10,19,22 207:6 237:8

**searches**
35:25 215:17 216:6 237:3,14

**Seattle**
4:6 90:24

**second**
7:25 14:2,19 28:25 29:7 42:1,4 54:7 54:22 55:23 61:7 62:1 64:2 72:16 93:7 106:13 155:11 161:24 198:24 215:15 243:3 248:14,15 257:12 274:18,24 274:24 280:19 296:9 354:24 355:14

**secondly**
316:14

**section**
71:17 112:7 155:13 210:2 214:1 234:23,25 235:2,7 255:7 280:15,23 284:17 286:1,7

289:3 290:13 293:20,21 296:8 302:16 304:22 305:7 309:17 348:3

**sections**
20:7,18 22:4 23:10 23:15 108:5 163:8 306:2

**see**
17:5,13,22 18:8,14 18:19 19:15,23 22:14 23:25,25 24:2,5,24 28:7 31:11 35:21 42:13 54:18 59:9,11,12 59:15,19,21,22 60:10,11,22 62:21 63:13,14,17,18,22 63:24 64:3 65:11 65:14 66:4,19 67:12,23,25 69:1 69:16 76:16 78:9 82:13 86:8 92:19 93:1,6,22,24 94:3 94:15,18,20 101:9 101:19 102:19 103:1,4 105:5,9 108:3 109:1,12,14 109:15,17,18,20 111:8,11,13,17,18 111:20,24 112:5,9 112:11,17 116:13 124:15 139:11 150:6,11 163:16 166:15 173:10 175:9 178:21 183:19 186:6 188:12 193:10 194:15,21 196:9 198:11 200:25 212:14,14 213:9 226:21 247:17 253:19 255:6,19 256:19 258:15,19 261:11,13,17

263:2 265:10,25 267:19 268:1,5,8 268:19 271:11,15 273:12,25 274:1 274:23 278:2,17 279:7,8,15 285:8 293:22 295:4,12 296:2 299:19 300:25 304:7 305:21 307:15 312:8,20 320:8 328:15 329:8,14 330:4,7,14 332:2 348:5

**seeing**
19:21 68:17 101:22 234:25 249:16 267:25 271:14 329:17 344:25

**seen**
17:10,19 28:5 57:4 62:18 68:23 83:1 83:5 85:7 90:23 91:5,15 92:15,18 93:10 94:10 105:7 108:11 109:4,7,25 110:8 114:4 130:19 131:3,11 131:18 147:3 152:20,23 153:23 154:11,13 181:11 183:8,16 186:22 187:7,8 193:23 194:1 234:18 254:14 257:1 311:9 312:6 321:15 322:10 338:19 349:11 350:22

**SEM**
306:12

**semantically**
157:9

**semantics**
78:18,24 102:15 350:25

**semiretired**
239:9

**send**
243:3,7,8 244:6

**sense**
17:13 51:6 55:16 88:1 122:19 171:12,20

**sent**
29:12 31:25 44:16 46:14 52:11 192:25,25

**sentence**
256:2 257:9 263:15 270:13 278:23 290:16 291:11,12 295:5,6 310:24 347:9 348:9

**sentiment**
335:4

**separate**
16:5 42:15 180:20 244:3 309:17

**separately**
310:18

**separating**
133:1

**September**
42:7 43:17 45:18

**serosal**
107:3 162:12,24

**serous**
8:3,5 65:13,13 67:11,22 68:16 71:3,5,11,15 73:5 73:19 74:19,21 75:5,12,19 76:2,6 76:8,14,18,22,23 77:1,3,12,13,16 77:17,22 78:8,23 79:9,19 80:13,13 80:15,17,18 81:10 81:11,23 82:3,6 82:10,16 83:4,6 83:11,13,13,15,18 84:2 85:10,17

86:3,12 87:7,8,10 87:14 88:14,15,17 88:19,22 89:17 90:11 91:17,19 92:2,4 94:7,17 100:5 107:22 138:23 191:18 221:22,24 222:6 299:4,9 352:11 354:13,23

**served**
11:20 15:5 170:1 176:22 182:22 186:14

**serves**
190:9

**service**
244:2,3

**services**
7:16,18,20,22,24 11:4 31:7,9 41:20 43:10 44:7 45:11

**Serving**
11:21

**set**
241:4 243:8 247:9 248:7,15 281:8 359:8,18

**sets**
83:12

**setting**
17:24 18:8,12 22:14 24:8

**seven**
341:6

**Seventeen**
35:12

**severe**
333:3

**SEYFARTH**
6:3

**share**
290:1

**SHAW**
6:3

**Sheet**

Sarah E. Kane, M.D.

358:6
**shelf**
123:18 132:7 133:4
133:10 138:15
**she'll**
48:4,5,13
**shift**
117:25 118:6
**SHOOK**
4:3
**Shore**
30:13
**short**
193:20,21 314:16
**shortly**
185:9
**show**
81:22 152:23 153:4
176:14 267:9
298:25 303:24
307:14 309:8
342:2 343:9
346:10 347:15
348:15 349:23
353:11
**showed**
138:22 191:18
314:4 327:15
331:17 336:4
337:22 347:10
**showing**
263:25 264:4 268:8
335:23 337:3
**shown**
90:8 125:10 140:8
156:5 201:19
276:10 291:21
337:17 350:18
354:12,25 355:2
**shows**
100:1 188:8 269:18
285:5 331:1
333:19
**sic**
39:24 89:23 320:13
**side**

150:9 189:25
239:24 263:3
**Siemiatycki**
203:3
**signed**
231:9
**significance**
162:18 269:8,18,21
320:14
**significant**
139:11 190:22
191:21 239:12
257:3 259:10,14
262:5,11 263:9,20
264:6,18 268:9,20
268:22 269:14
274:7,18,25
280:23 285:25
290:10,18,21
291:6,14,21 292:5
292:17 301:24
312:19 336:3
346:24 351:4
**significantly**
157:20
**similar**
118:18 127:4
140:15,16 151:15
153:6,8 154:11
156:6 162:21
177:15,25 178:7
186:7 188:9
213:23 217:12,14
219:15 229:1
235:7,10,11
251:25 261:17
262:9,9 279:21
281:2 283:13
349:24
**similarity**
188:13
**simpler**
102:10
**simply**
238:22 349:14
**Singh**

203:5
**single**
70:6,15 147:7,10
192:21 211:3
322:8 324:12
335:12
**singled**
322:7
**sir**
273:15
**sister**
192:8,8
**sit**
73:2 75:10 180:13
203:10 226:5
230:11,23 231:7
231:12
**site**
107:21 122:16
123:8 323:5,6
**sitting**
38:14 151:9,15
178:18 218:4
292:13 339:15
**situ**
77:13 78:14 79:1,3
**situation**
22:10 25:10 59:13
59:15 60:10 69:14
70:6,14 112:13,19
147:5 229:9 343:6
**six**
347:20
**size**
121:23 251:25
**skill**
359:11
**skim**
227:9 235:2
**skimmed**
203:7 234:25
**skin**
59:17
**skip**
92:20
**slide**

69:21,24 70:7,15
70:19 71:1,2
**slides**
17:1 23:14 24:11
24:18 69:5,25
305:1 306:2
307:13
**slightly**
113:21 150:14
**slot**
24:9
**Slow**
155:25
**small**
93:13,17 111:11
239:24 241:4
268:6 307:2
314:15
**smaller**
190:23 338:14
**smear**
18:15,21
**smears**
22:18 24:25
**smoke**
337:4
**smoked**
337:10
**smokers**
337:18
**smoking**
25:13 26:14 67:14
67:16 90:9 250:16
337:2,15,22
342:18,21 353:8
354:4,6,11,18,20
355:1,3,4,8,12,18
355:24
**snapshot**
200:14
**Society**
336:7,16
**Soileau**
34:12,20
**sold**
131:1 332:25 333:5

333:8
**solely**
236:1
**somebody**
190:3 230:3
**somewhat**
65:22 68:3 115:24
250:9 262:9,9
279:5
**soon**
35:24 313:4,9
**sorry**
18:3 21:9 28:23
30:18 32:3 34:6
42:23 43:7 46:12
50:15 54:4 70:9
76:23 81:1 83:15
86:9 87:9 91:11
92:7,10 93:2 96:5
97:3,7,12 99:11
106:11 118:3,5
127:10 145:23
156:2 157:18
159:21 160:4
161:13 162:9
165:18 166:16
173:25 174:7
189:14 193:6
198:2 218:7,12,15
221:12 253:15
255:13,13 256:1,9
256:15 261:2,4
262:4 266:2,17,21
267:25 268:5
271:12,15 273:3
278:12,14 285:13
286:14 289:3,25
290:3 299:20
303:24 304:1
320:17 322:19,21
325:19 328:19,25
331:11
**sort**
16:10 19:3 24:11
25:23 26:6,6
35:16 37:10,16

38:4 42:16 49:5
60:16 65:17,18,24
73:8 74:25 76:18
78:13,18,24,25
79:6,23 87:11,17
94:18 102:15
108:1 121:23
122:14 124:21
125:8 127:15
128:16 132:12
148:24 157:9
167:12 170:18,20
172:3,25 177:9
188:12,21 189:25
190:5 191:3 192:1
192:5 198:7 202:9
202:10 203:6
210:23 220:1
226:7 233:19
234:24 237:17
240:16 243:9
244:19 245:17
251:6 269:25
274:22 282:1
314:2 317:24
322:13 323:10
337:8,14 349:10
**sorts**
306:11
**sought**
321:18 351:20
**sound**
280:12
**sounds**
317:2
**source**
281:10
**sources**
165:25 168:13,15
168:17 169:5,24
171:7,19 173:2
175:12 179:8
180:25 302:5
**South**
3:13
**spaces**

206:25
**speak**
18:17 22:1 26:21
40:6 198:14
254:16
**speaking**
22:9 24:10 176:7
**speaks**
17:17
**special**
103:5
**specialized**
217:19,24
**specialties**
177:18
**specialty**
16:21 177:19
202:20 220:4
318:7
**species**
152:17,25 153:5,5
153:8,9 155:1
327:16,22 329:9
329:20 330:9,18
331:3,19 332:6
333:13,20 343:13
**specific**
9:5 17:25 19:24
26:11 66:12,15,24
83:24 86:3 97:25
98:8 111:6,16
115:10 131:24
139:1 143:17,21
143:24 144:6,9
151:10 153:24
154:15 159:1
168:13 172:7,9,9
172:18 194:11,18
204:6 224:22
239:14 244:6
247:16 278:13
282:15,19,20
298:17 321:5
**specifically**
81:7,15 94:6
111:12 131:12

133:8 148:4
169:18 172:8
174:23 175:3,19
176:3 179:9 182:8
182:18 185:1
187:25 192:22
203:19,22 204:8
204:12 205:1,16
213:15 225:5
240:25 241:23
243:23 245:23
254:15 286:23
287:11 294:16
298:23 300:9
317:6 324:16
345:18
**specificity**
138:21 221:1
**specimen**
70:24
**specimens**
108:11 109:8,9
110:1 112:22
113:19 114:12
115:12,18 116:14
**Spectrophotomet...**
218:19
**spell**
39:22
**spelled**
339:20
**spend**
214:21 239:12
240:22
**spending**
72:11
**spent**
31:1 35:9 36:15
42:10,22,24 43:19
44:22 45:21
**splinters**
58:21 99:9
**spoke**
237:9
**spoken**
22:3 240:8 241:10

243:14
**spots**
283:6
**spread**
33:19
**spreadsheet**
48:19
**squamous**
144:15 337:13
**Square**
4:14
**srotman@hausfe...**
3:8
**SS**
359:3
**St**
3:13
**stage**
40:24 170:11
**stain**
103:6 306:2
**stains**
103:5,7 298:5
**standard**
308:10
**standing**
200:11
**standpoint**
207:11 208:3 209:1
210:3 211:14
**stands**
329:9
**stapler**
96:17
**starch**
107:1 117:20 118:1
118:7 119:1,7,10
119:14,17,20
120:6,9,22 121:12
121:14 162:4
**start**
49:16 110:5 192:16
218:8,9 280:19
313:7,10
**started**
35:22 36:6,11 95:2

120:9 137:25
159:17 170:17,18
172:2 202:6,8,8
202:10 324:1
**starting**
160:4 243:19 291:9
**starts**
106:18,20,22
133:13 155:13
278:23
**state**
15:19 198:22 264:2
275:6 297:9 339:7
355:5,9,25 356:1
**stated**
275:23 289:4
338:25
**statement**
70:20 237:21
256:11 257:20
271:2 279:7,15,19
296:15 323:4
338:5 339:12
340:1 350:1
**statements**
279:17
**states**
1:1 11:10 63:9
304:25 347:9
349:18 350:8
**statistical**
220:15,20 269:7,18
269:21
**statistically**
139:10 190:22
191:20 259:13
262:5,11 264:6,17
268:9,21 269:14
274:7,18,25 290:9
290:18,21 291:6
291:14,21 292:5
292:17 336:2
346:24
**statistics**
353:20
**status**

Sarah E. Kane, M.D.

195:6
**stay**
120:22 242:18
**stayed**
242:15
**steering**
9:3 53:9 194:9,16
**stenographic**
11:13
**stenotype**
359:10
**step**
112:10
**steps**
80:8
**Steve**
3:3 14:16 21:1
**STIC**
76:25 78:10 79:6
    80:10,16,17,23,25
    81:5 91:9 92:24
    92:25 93:9,23,24
    94:6,11
**stick**
24:22
**stickies**
53:1
**STICs**
77:22,23
**stillborn**
309:11,14 310:25
**stop**
334:3
**stops**
118:14
**stores**
333:6
**story**
190:1 197:18,19
**Street**
2:9 3:21 6:5
**strength**
81:25 135:21 137:9
    138:3 349:4,15
**strengthen**
134:21 135:1

**strenuous**
326:14,17 327:8,13
**stress**
248:17,24 280:20
    280:24 281:17,19
    281:23,25 282:10
    282:12,24 284:13
    287:6,10,21,23,25
    288:3,5,11,13,16
    306:24
**strike**
93:24 135:12
    343:24 344:1
    350:12
**string**
291:25
**stromal**
85:21
**strong**
138:22 244:15
    349:6,16 352:11
**stronger**
138:22 347:21
**strongest**
83:3
**struggled**
79:15
**studied**
238:24 281:21
**studies**
71:23 73:3 82:2,4
    83:9 84:15 90:9
    119:16,25 125:10
    126:9,9,10,12
    135:13,24,25
    138:1,5,22 139:4
    139:7,12 140:12
    140:12 149:5,23
    150:17 151:24
    152:8,20,23 153:3
    153:14,16,23,25
    154:2,12,14,16,20
    155:21 156:16,25
    157:3 163:22,25
    164:1,1 190:17,23
    190:23 191:10,12

191:17,17,19,23
191:24,25 192:10
192:15 205:13
206:24 214:15
223:17 225:2,22
225:22 228:22
237:15,16 247:4
251:24 252:9,11
252:12,17 254:15
255:8,24 256:3
257:15,22 259:5
270:4,9,15,17,20
271:5,16 272:5,13
276:5 287:20,22
291:20 292:15,22
293:8,23 294:2
296:20 297:12
298:8,20,24 299:2
303:2,2,10,12,15
303:17 305:6,10
306:6,11 307:2
325:7 334:22
335:18,23 336:1
337:2,16,19,20,21
338:3,7 341:22
342:2,6 344:9
349:23 351:14,18
351:22 352:1,6,21
353:8 354:18
**study**
65:24 82:9,12,14
82:19 83:10,17,21
92:22 93:13,13,18
94:5,8 148:5
149:12,14,19
150:22 151:10
153:17 158:20
190:24 192:4,9,12
192:13 217:22
218:20 219:9,10
219:13 221:3,23
222:2,4,8,10,18
222:22 223:1,13
224:7,8,8,16,19
225:14,16,17,18
226:12 239:20

240:1,7 241:7
245:2,3 246:1
251:21 254:11,20
256:11 258:15
261:13 264:22
266:17,18 270:1
270:10 275:9
276:5 277:6,6
281:20,22 287:11
287:12,25 288:3
290:10 291:19
293:20 295:15,15
296:23,25 297:2
300:9,24 301:25
302:12 303:4,5,6
303:20 304:20,25
305:22 307:24,24
311:9 324:21
325:10,20,25
327:14,19,22,24
328:11 332:12
333:15,18 338:9
338:15 342:15
343:12 345:15
348:6,21,24 349:2
352:22 353:18,22
**stuff**
168:2 169:1 176:18
182:16 184:15,15
184:16 207:14
234:13 235:5,6
**subcategorizing**
104:13 106:9
**subgroup**
264:14
**subject**
198:9 245:14
**subjects**
305:24
**submission**
183:1
**submit**
31:24 47:20
**submitted**
30:10 37:22 43:13
182:12 183:13,21

183:25 187:8
188:5 201:21
202:19,24 203:2
203:17 224:5
291:4
**submitting**
183:14
**Subscribed**
358:14
**subsequent**
157:3 158:12
168:22,23 182:16
222:16 238:12
247:4 255:23
256:3 349:23
**subspecialties**
318:8
**subspecialty**
93:20
**substance**
98:21 108:17 219:1
358:5
**substances**
319:22
**substantial**
252:7
**substantive**
14:9
**substantively**
12:3
**substilis**
221:2
**subtype**
81:18 82:5,7 83:24
86:3
**subtypes**
60:6 81:16 82:20
83:23,24 84:17
85:17 88:7 90:1
105:20 157:10
233:21 295:10
352:14
**Successful**
223:6
**sufficient**
335:15

Sarah E. Kane, M.D.

**SUFFOLK**
359:3
**Sugarman**
2:8
**suggest**
68:15 102:5 200:23
255:8
**suggested**
155:16 286:6
299:12 317:13
**suggesting**
75:17 152:21
**suggestions**
211:7 236:5
**suggests**
67:16 84:23 86:25
163:18 313:23
**suing**
26:10
**Suite**
3:5 4:5,14,23
**summary**
247:9 248:6,19
256:22,24 257:11
299:21 301:20,20
**super**
264:9
**supplement**
230:22
**supplemental**
13:7 53:15 187:16
227:2
**supplementary**
11:21
**supplemented**
51:14
**supplied**
171:4
**suppliers**
319:13
**supply**
319:12
**support**
123:24 168:18
184:23 237:7
250:25 251:5

264:22 266:10
339:13
**supported**
119:14 237:4
**supporting**
83:5 299:25
**supportive**
77:15 186:10
**supports**
128:19 299:12,16
**suppose**
31:5
**supposed**
292:16 306:8
**sure**
15:21 29:25 34:20
48:2 57:22 60:1
61:22 68:13,22
70:10,11 82:18
84:12 86:1 89:1
89:16 91:4 93:4
94:12 109:19
110:24 116:23
124:11 126:2
131:11 135:9
136:7 137:22
145:23 149:10
158:15 159:18,18
173:24 175:16
176:8,9 178:23
179:17,18 194:2
195:4,20 196:19
207:18,18 208:10
211:22 218:2
221:15 226:4,8
233:25 259:14
260:20 273:4
278:8 284:21
286:25 293:11,14
297:21 298:22
300:21 303:25
314:10,12,24
315:1,2,23 331:24
334:14 339:2
350:21
**surface**

66:16 79:22 82:25
83:2 84:3,5 85:1,3
85:6,9,15 86:10
87:3,5,15,16,22
298:2 312:13,15
330:3,11
**surgeon**
20:7,19 21:21,23
191:6 336:25
337:11
**surgery**
20:6 21:21 112:15
112:16 149:17
151:11
**surgical**
20:21 33:15 117:21
118:11 119:2,21
119:22 120:7,11
120:20 125:7,17
127:14 128:16,21
132:12,14 147:21
147:24,25 148:3,9
148:12,17,20
149:7,18,24
150:18 151:3
344:2,3,10,15,21
**surgical-grade**
344:3
**surround**
122:4
**surrounded**
58:17
**surrounding**
58:18 93:23 99:6
122:6 123:3
**surveying**
313:11
**suture**
112:17
**swear**
11:15
**sworn**
11:16 15:12 358:14
359:8
**synthesis**
237:21 283:18

**synthesized**
283:23
**system**
24:16 88:11 97:6
144:16 213:25
248:4,11 310:12
322:23
**systematic**
215:11 216:1,9,22
219:4 220:17
222:1 288:10,15
288:18
**systems**
322:25 329:24
**S-E-N**
39:25
**S-S-O-N**
40:4
**S.M**
220:2

| T |

**T**
6:4 7:8 8:1 9:1 10:1
357:1 359:1,1
**table**
229:8 261:8,11
267:13 268:1,6,7
274:4,4 328:25
345:12,18,21
**tables**
267:9
**Taher**
187:6
**take**
19:4 26:22 27:1,23
29:9,15 40:23
64:10 71:18 92:20
99:11 110:14,17
110:22 117:1
145:18 159:16
160:6 175:8 177:1
181:22 186:20
200:22 210:19,22
217:16 229:15
245:3 246:6 261:6

281:7 289:8
324:12 335:15
340:11 341:8
347:1 350:22
353:18
**takeaway**
346:9
**taken**
12:15,17 17:2
64:15 112:15
117:4 157:2
160:10 188:17
201:14 207:21
231:18 232:22,22
277:16 289:13
310:3 341:11
359:10
**takes**
46:5,6 77:6 335:21
**talc**
5:5,14 9:6,9,11,12
9:14,25 10:4 31:1
34:4 40:7,13 41:5
43:1,4 47:1 55:18
55:22 58:8,15,18
58:24 62:3,7,12
63:12,14,14 66:5
66:6 73:12 74:7
74:10,17 81:20
82:15,22,23,23
83:6,18,25 97:6
98:20,22 99:4,6
99:14,16 100:1,7
100:10,13,15
104:1,25 107:1,2
107:8,11,18,25
108:7,11,25 114:3
114:10,18,20
115:6 118:8 119:6
120:10,13,19,20
120:21 121:12,13
122:1 124:13
125:6,9,10,13,14
125:15,16 126:3
126:16 127:13
128:14,22,23,25

129:1,5,6,12,17
130:1,2,16,22,24
131:5,5,15,16,23
132:4,11,14,15,24
133:6,7,13,19,19
133:25 134:1,19
134:20 139:5
140:4,16 141:6,8
141:11,13 143:11
146:18 147:4,21
147:25 148:2,7,9
148:12,12,16,17
148:19 149:1,18
153:4 155:17,18
156:6,21 157:4
158:23 161:20
162:4,12,23
163:14,19 164:2
190:13 201:21
203:14 205:3
206:25 212:3
213:25 214:1
228:6,10,19,22
229:2,10 237:4
238:3,17 239:3,22
239:23 240:8,13
240:20 241:11,24
242:6 243:15
244:11,25 245:18
247:4 248:3,15
251:1,20,22,23,25
251:25 252:21,23
253:8,10,22 255:8
255:9,16,24 256:5
257:16 258:23
260:6,22,25 261:9
263:6,10 264:13
266:22 267:3
270:16,18 271:15
271:25 272:1,21
273:21 276:10,11
276:13 279:12
290:10 291:20,22
292:15 293:20
295:2,25 296:10
296:13,17,21,22

296:25 297:6
299:23 300:3,24
301:8 303:22
304:4,6,8,14,16
305:2,7,9,11,16
305:19 306:3,8,8
306:12,15,19
307:4,9,14,21
308:7,8 309:5,8
309:21,22,25
310:2 311:9,15
312:10,12 313:23
313:25 314:2,6,6
316:6,6,11,13
317:7,16 319:4,7
319:9,11,12,13,21
319:24 320:24,25
321:7,11,24
324:19,20 325:12
327:1,3,15,16,23
330:3,14,17,21
331:2,10,12,17,19
332:1 333:14,20
337:25 339:13
342:14 344:3
347:12,16,19
348:10,11 349:5,8
349:16 350:3
351:9

**talcum**
1:4 9:20 11:9 58:10
98:24 126:13,14
126:22,23 128:23
129:21,22,23,25
130:3,6,9,11,15
130:19,21,25
131:8,13 132:4,5
132:16,19 133:2,9
135:10 136:19
137:22 138:13
139:16,17,19
140:24 141:5,7,10
142:2 143:10,14
143:15 146:23,23
147:9,13,22,23
148:13,16,22,23

149:7 150:18
151:3,11 152:21
152:23 191:11
204:3 217:1
227:20,23 228:3,5
237:9 238:15
241:9 245:13
248:9,22 251:13
278:19 279:1
289:17 290:2
295:2 301:10
304:9 320:12,18
320:21 322:16
324:7 325:4,6
333:8 338:10
343:7,8,10 344:9
344:15,16,25
352:9 353:10,12
**talc-dusted**
125:7 127:14
128:16 149:24
**talc-induced**
10:6 118:11 304:19
328:6
**talc-related**
35:10 316:2,9
317:1
**talc/ovarian**
272:6
**talk**
14:12 71:3,11 85:9
97:5 160:4 183:23
191:23 204:8,16
204:16 205:21,23
207:15 211:23
239:3 240:2 241:3
304:18 352:2
**talked**
89:17 95:6 157:11
157:21 186:4
229:6 239:22,25
240:1,5 241:13,18
241:23 243:18,19
245:25 297:16
304:12 317:22
322:5

**talking**
56:22 64:21 81:25
82:1 85:10,11,11
85:24 86:11,19
87:7,9,9,13
102:12 106:11,20
107:24 110:3
120:3,3,19,20
122:19,23 126:14
128:21,21 129:7
130:2 132:14
138:3 147:8
162:25 165:18
184:5 215:14
218:14 231:23
252:15 284:12,13
287:9 291:17
293:22 300:14
307:8 314:8 323:9
324:23 329:15
330:24 352:5
355:10
**talks**
206:16
**tape**
334:15
**Tardek**
201:6
**tasks**
23:9
**taught**
217:21 224:23
**TECHNOLOGI...**
1:21
**Tecum**
7:12 27:15
**telephone**
6:4
**tell**
30:9 31:15 41:25
44:12 50:17 54:20
68:17 69:10 88:5
95:1,8 96:22 98:7
108:16 117:11,14
161:18 164:21
181:22 187:2

199:11 214:18
240:18 325:3
333:1
**telling**
75:24 197:18
332:20 333:10
**TEM**
306:12
**temperature**
19:8 218:17
**Temporality**
139:3
**ten**
14:2 116:20,21
165:14 168:10
347:17 348:11,12
**tend**
85:4 87:5 88:15,20
88:21 191:20
**tends**
190:23
**term**
78:13 85:6,8 87:19
216:2
**terminology**
88:6 223:2
**terms**
14:14 24:18 26:7
51:22 63:12 66:12
69:11 74:5 103:23
111:19 200:15
204:6,19 205:2
209:12 267:17
318:6 335:2 339:5
**terrorist-type**
219:25
**Terry**
259:5
**test**
321:2 347:14
**testified**
210:6 254:18
319:23 323:1
**testify**
48:7
**testifying**

Sarah E. Kane, M.D.

38:15
**testimony**
35:14,18 86:1
173:8 174:21
175:1 176:23
202:1 203:13
227:21 249:13,15
254:7 255:1,3
284:16 286:20
287:5 320:3,7,23
320:25 321:7,10
321:16,23,24
322:22 345:7
359:8,9
**testing**
18:21 108:18
**tests**
24:25
**Texas**
4:24 32:18,20
**text**
50:4 196:13 284:17
285:5
**textbook**
13:13,16 14:17,20
14:24 29:1,4 55:2
95:20,22 96:25
97:21 156:12
161:15
**textbooks**
14:22 57:16 164:5
187:23,24
**texts**
163:17
**thank**
13:11 27:23,25
29:13 34:6 48:3
57:3 92:8 97:13
112:8 117:1 161:4
161:17 210:15
226:22 253:5
278:9 292:9
307:25 317:9
318:16,18 328:4
329:6 356:2,6
**thankfully**

167:18
**Thanks**
163:4
**theoretically**
295:23
**theory**
249:9 263:15
304:12
**they'd**
242:6
**thing**
18:18 19:8 24:25
25:14 65:17 86:16
150:2 198:7
199:13 202:12
230:9 277:8,9
306:21 311:18
314:19 351:12
**things**
26:20 36:3 49:22
50:11 131:19
141:4 143:19,23
144:18 152:22
162:22 167:21
182:15 192:11
232:10 245:1
312:9 324:4
**think**
13:1,14 20:3 21:12
26:18 28:17 31:3
33:13 47:17 50:23
50:24 51:1,1
53:13 55:3 60:14
61:11 68:4 69:13
70:22 74:9,15
75:6,13 77:15
80:5,18,24 81:4
81:19 82:23,23
84:1 85:22 89:3,9
89:15,15,19,21
90:4,19 94:22
95:7 100:9,18,24
102:10,21 106:18
106:19 107:22
108:2,6 112:25,25
113:1,15 114:6,6

118:13 119:23,24
123:5,9,10,23
124:14,23 125:16
125:18 126:11,17
128:20 129:4
132:1,13 135:12
136:11 138:10
141:3 142:24,25
143:25 144:1,23
145:2,5 146:6
147:13 148:18
149:11,18 150:14
151:16,18,21
156:20 157:4,14
158:11,14 159:25
159:25 160:2
161:6 162:9 163:9
164:5,10 167:3,23
169:13 170:22
171:24,25 172:6
172:21 176:5
177:6,23 178:6
180:4,13,17
181:12 185:13
186:11,11 188:1,4
188:19 189:24
190:7,15 191:24
192:14 193:16
194:8,24 195:16
201:1,1,4 203:1
203:20 204:16
205:5,10,14
211:11 213:1
214:3 225:7,9
227:5 229:1,8
230:17 233:3
234:5 235:15
236:24 238:12
239:25 246:12
250:8,8,10 251:4
251:11,17 252:10
252:17 257:17,24
258:2 264:5,6
265:3 266:14
268:2 269:24
274:4 277:9 280:5

280:8,11,13,25
281:10 282:13,13
283:13,20 286:13
286:19 289:7
290:9 292:23
295:20 296:24
297:1,4,4 301:2,6
301:7,13 302:11
302:14 304:5,10
304:15 306:16
307:5,6 309:5
310:7 314:12,16
315:24 320:5,16
323:2 326:4,6
333:1 334:10
335:17,21 336:3,9
337:7 338:6
343:25 344:8
351:18 353:21
354:1
**thinking**
81:2,3 90:20
139:17 149:15
180:18 193:13,13
290:13 316:15
339:9
**thinks**
241:8
**third**
13:24 43:8 223:8
274:19,24,25
276:4 279:11
**Thirty-five**
294:12
**thirty-two**
268:18
**THOMAS**
6:4
**Thompson**
34:12,19,21 35:1,2
35:3
**thoracic**
241:20 242:2
**thorough**
189:3
**thoroughly**

178:12,14
**thought**
56:19 76:20 78:4
79:18,21 88:24
99:25 111:15
121:9 155:22
157:23 158:4
161:19 167:10
172:3,4 179:21
189:13 191:1
204:10 213:1
240:13,21 242:8
245:6 265:24
278:12 297:19
298:14
**three**
127:1 253:21 254:6
330:19
**threshold**
331:25 334:2
**thresholds**
145:14
**Thrombosis**
222:20
**thumb**
53:17
**time**
11:5 12:2,17 13:9
14:15 18:8 19:13
19:23 20:17 21:17
24:9 26:23 31:1
33:24 35:15 36:16
42:5,21,24 44:17
45:17 46:11 48:18
48:24 51:17 53:19
53:24 54:6 72:11
77:7 92:20 101:17
110:18 114:17
147:16 149:17,17
157:23 158:3
159:15 167:4,5
176:5 178:1
179:21 190:18
192:18 193:16
197:11 198:5,6
199:10,12 200:15

200:16 214:21
215:10,17 216:8
216:15,18 219:2
219:23 225:8
235:22 238:9
239:9,12 240:22
245:4,7 246:11
249:10,11 257:21
258:1 261:6 272:4
307:8,13 311:11
311:14 312:7
314:16 318:12,19
324:6 326:22
327:8,20 328:2
330:19 331:23
332:7 333:22,25
335:13 337:3
338:8 352:7
**times**
20:20 94:4 139:10
210:25 287:1
290:7 303:21
323:1 342:18
**timewise**
171:17
**timing**
101:10,12 171:22
171:24 172:7
194:7 240:4
276:14
**TISI**
3:12 12:12 13:21
14:13 27:23 38:13
50:20 51:9,12
52:3,6,9 53:2,6,8
54:4,6 92:6,10
96:17,20 97:15
136:13 161:12
178:21,24 179:1
179:11 180:15,23
181:2 194:23
195:1,5,21 196:1
196:4,24 197:5,15
197:19,23 198:8
198:11,24 199:18
200:1,6,18 201:11

210:5,8,13,16
212:19,23 221:14
253:5 265:19
266:11 267:12
273:14 278:8
286:9,11,15 308:4
320:4 334:12
341:8 353:5 356:3
356:6
**tissue**
21:23 22:20 58:23
58:24 63:12 70:2
70:2,3 71:1 99:19
100:16 101:3,9
103:2 107:10
108:6 112:7,10,15
113:14,18 114:25
115:3,11 116:3
121:18 122:6
123:3 145:4 214:1
214:1 247:3 305:8
305:23 306:3,5,15
307:12 308:17,20
308:22 309:1,2
311:8 324:18,23
325:1,9
**tissues**
100:17 102:2,7
115:13 143:18,22
310:3,15 323:2
354:15
**tissue-damaging**
313:13
**tissue-specific**
101:24 102:14
**title**
222:10
**TLS**
52:2
**TNF**
73:13,14,15,17
74:10,11,13
153:12
**tobacco**
16:12 25:24 26:10
191:5,7,8 216:15

337:15
**today**
11:12 12:17 13:16
13:19 15:1,3
25:16 28:4,20
37:22 38:14 40:22
40:23 49:14 50:18
54:14 55:4 58:5
75:11 95:21
139:22 160:25
162:20 163:17
164:8 203:10
226:5 229:25
230:11,19,23,23
231:7,12 232:3,6
247:23 254:23
296:25 323:2
339:15 341:20
343:7
**today's**
11:5 64:17 117:6
160:18 231:20
289:15 356:7
**told**
127:21 133:12
240:14,24,25
241:25
**ton**
276:25
**tons**
234:13
**top**
60:5 90:19,21
94:12,14 119:18
119:25 150:24
151:1,16,21 152:7
165:16 176:8
203:4 220:19
225:10 262:10
279:10 298:22
299:5 301:19
319:19 330:5,6
**topic**
90:14 203:14
246:19 275:16,17
299:18

**Topsfield**
242:16
**total**
35:9 42:18 44:3
45:5 46:3 135:15
261:9,18,21
263:10
**totaling**
46:23
**touched**
90:4
**tough**
115:25
**toxic**
145:10,11,13
**toxicologic**
145:4
**toxicologist**
175:24
**track**
36:2 48:18 49:25
**tract**
8:8,10,13,15 54:24
95:14,17 96:10
98:2,4 100:3,12
107:19 110:9
160:12,15,24
248:4 263:16
264:16 272:4,7
313:17 343:18,20
**traffic**
242:18
**trained**
58:1 188:24 213:21
213:21,24
**training**
16:24 93:21 205:11
217:25 238:4,5,9
243:22 282:4,4
**trajectory**
22:19
**transcript**
13:23 26:22 195:7
359:13
**transcription**
358:4

**Transformation**
10:6 328:7
**transformative**
312:19
**transfusion**
18:9 19:2,4,14,16
20:1
**transitional**
89:4,7
**translate**
74:3
**translocation**
263:15 304:21
**transport**
248:13 304:22
**transported**
248:10
**treatment**
17:18,18 18:18
79:4
**trend**
139:11,11 271:20
347:14 348:15
**trending**
259:19 262:14,25
**trial**
47:18 173:7 225:12
225:13 229:25
247:24 352:17
**trick**
266:18
**tricky**
198:13
**tried**
49:20,23 50:12
112:25 151:23
167:3,20 170:9
182:4 189:2 232:7
232:11 234:16
236:11,12 237:18
247:25 258:7
284:5
**tRNA-mRNA**
221:1
**true**
79:3 191:10 197:19

262:17 277:5
300:22 337:18,25
338:5 340:9 359:9
**try**
26:21 103:12
121:24 173:3
175:9
**trying**
20:3 21:3 55:13,16
73:10 79:16
103:10 115:24
171:24 185:16
187:7,11,12 190:3
214:22 215:3
218:2 225:7
233:22 236:18,19
237:11 258:1,14
261:7 272:11
275:6,24 276:1
280:11,13 296:2
301:14 309:6,9
310:5 317:4 326:7
326:7,8 353:22
**tubal**
8:3 76:18 77:1,12
77:16 91:17 92:2
92:23 93:14
115:19 260:7
261:15,24 263:14
263:17 272:8
299:1,5
**tube**
8:5 76:19 78:6 79:7
79:10,12 80:11
91:19 92:3 106:21
106:23 107:9,20
118:20,21 161:23
161:25 162:16,25
163:11,15 299:8
307:1
**tuberculoid**
117:24
**tuberculosis**
59:20 104:24
**tubes**
76:17 77:2,24

89:18 94:16
**TUCKER**
5:17
**tumor**
25:10 68:6,19,20
68:23,24 69:9,12
69:12 70:2 73:14
74:12 80:6 82:5
89:22 94:21,24,25
95:4,4 108:25
109:16 114:16
153:11 289:1
317:10,11,13,23
**tumors**
65:15 66:4,20,21
66:24 67:3,12,13
67:20 68:4,9,10
69:1,14 73:22
75:8 79:17 82:6
83:14,15,19 85:20
85:21 89:2,20
108:13 109:8
157:7,20 158:16
221:22 247:6
254:19 316:5
336:23
**turn**
194:20 196:8,9
247:7 278:3
280:15 285:8
296:2 318:14
345:12
**turned**
167:4,5 231:9
235:23
**turning**
173:15 187:15
**Twenty-five**
308:2,3
**Twenty-six**
329:1,5
**twice**
113:6,15,18 291:3
**Twin**
222:20
**two**

12:24 13:14,15
26:20 33:20 36:3
39:23 42:25 50:8
55:20 57:23 67:9
137:1 173:15
207:2 230:20
238:18 243:11
269:12 293:3
300:11 309:10
310:25 340:10,13
354:12,22 355:3
**two-sided**
71:20
**two-year**
33:16,17
**type**
16:7 32:23 58:22
60:17,21 62:18
70:24 82:24 87:17
87:25 89:4 104:13
107:11 108:8,19
117:24 120:25
130:24 139:2
143:25 144:3,22
147:5 157:12,12
166:5 192:13
206:21 311:20
338:21 344:23
**types**
59:24 60:2 62:14
64:8 65:1,5,12
66:8,10,16,21
67:8 73:23 82:21
83:2 84:3,5 86:22
86:22 102:24
103:23 104:16,17
105:12,19 109:16
140:6,7 144:14,20
153:12 254:19
274:17 282:22
284:9,15 297:8
353:11 355:3,10
**typical**
107:11
**typically**
18:22 23:13 62:21

73:19 117:18,22
**typographical**
291:2
**typographical-type**
169:14
**tyrS**
221:2

_____

**U**

**ubiquitous**
307:21
**ulcerative**
62:19,21,23 63:1
313:1,5,14 315:11
**ultimate**
129:8 131:14
134:18
**ultimately**
38:21 50:12 134:16
168:24 211:3
**ultrasound**
22:8
**Um**
61:9
**umbrella**
87:19
**uncertain**
142:25
**unclassifiable**
142:24
**uncommon**
113:11
**undergoing**
340:7
**underlying**
237:22 281:15
283:6,19 315:17
**understand**
21:6 27:3,5 52:16
52:17 55:13 67:5
86:17 109:10
130:15 135:7
137:20 197:10
199:18,20 207:16
212:12,14 223:25
230:12,15,16,20

238:20 250:6
287:4
**understanding**
52:12,13 123:25
129:17 142:9
157:19 178:24
203:24,25 281:16
319:11 340:14,24
**understands**
212:10
**understood**
27:10 38:16 48:10
54:3 106:10 197:7
198:25 234:17,17
**undifferentiated**
87:11
**unfair**
197:15 199:13
200:20,21
**unfortunately**
33:10 50:8 55:1
65:23 146:12
194:21
**uniformly**
337:22
**Union**
30:15
**United**
1:1 11:10
**units**
36:23
**unknown**
144:3
**unrelated**
37:25
**updated**
28:22 29:20 30:10
30:17,18 165:1
336:19 339:12
**updates**
157:6
**upper**
346:14
**Urbati**
6:11 11:3
**usage**

9:25 126:14 308:8
**use**
16:2 37:3,5 81:20
82:15,22,23,24
83:6,18 86:2
87:24 103:12
108:21 110:10
112:19 113:3
114:3,22,25
118:10 119:6
125:7 127:14
128:15 130:12
133:3 146:24
147:6,9,10 154:8
154:20,23 159:19
178:5 188:2,10,21
188:25 200:19
215:24 221:19
241:1 246:23,24
250:25 255:16,24
256:5 257:13,22
260:7 261:24
263:7 264:13
267:21 268:7
269:6 270:3,16,18
271:1 272:3
273:21 274:17
276:6,7,9,11
278:19,24 279:1,5
279:6,12 291:20
291:22 293:21
294:3 295:2,25
299:23 300:3,24
301:17 302:1,19
302:22 307:9
316:11 317:16
321:4 325:4 333:2
333:8 336:4
338:10 343:10,19
344:9,17 347:13
348:10,11 349:5,7
349:8,16 350:3
353:10
**useful**
107:5 162:14
**user**

304:17
**users**
271:20 273:23
309:5 324:19
338:11,12
**usually**
19:12 22:2 23:2
70:25 108:20
239:11
**uterine**
99:19 100:4
**uterus**
99:21 297:20
**UV**
218:19

_____
**V**

**V**
3:12
**vaginal**
115:18
**vague**
176:18
**vaguely**
176:17 305:5
**valid**
321:9,9
**validity**
270:8
**Valley**
9:16 272:23
**variability**
277:1
**variable**
263:8 347:13
**varied**
168:5
**various**
51:8 81:16 233:7
285:6 342:18
**vast**
20:17 21:11,16
171:2 184:14
234:10,11
**venture**
226:7

**verbatim**
280:24 281:1,7
284:17,22 285:5
286:24
**version**
61:23 156:11
**versions**
14:11
**versus**
60:2,3 101:11
104:22 191:23
321:15 348:10,11
**Vessel**
222:19
**video**
11:7
**videographer**
6:11 11:2,4 64:13
64:16 117:2,5
160:8,17 201:12
201:15 207:19,22
231:16,19 277:14
277:17 289:11,14
318:13 328:3
341:9,12 356:7
**Videotaped**
7:10 27:14
**view**
177:9
**viewpoint**
55:13
**viewpoints**
55:17
**Virchows**
92:5
**virtually**
12:14
**virus**
315:17
**viruses**
102:1,12,16
**visits**
25:7
**vitae**
7:13 29:21 30:6
**vitamins**

343:3
**vitro**
73:16 140:12
154:12
**vivo**
288:24
**volume**
190:11
**voluminous**
12:1
**vulvar**
115:18

_____
**W**

**wait**
56:11 100:21,21
200:25 212:7,7,7
212:7,8 308:5
313:7 323:24,24
330:22,22 355:20
355:20
**waiting**
328:20
**wall**
121:17
**walling**
122:20
**want**
13:3 28:17 41:1
51:2,21 52:23
53:18,20,22,24,25
67:6 72:9 81:2
85:25 91:11 92:20
96:3 103:3 110:17
110:21,22 116:6
136:3 137:6,13
141:1 145:23
148:15 161:14
166:19 167:1
174:15 191:24
192:4 200:14,19
200:19 206:19,21
207:15 209:25
213:6 230:6,7
240:15 242:17
265:18 266:6,12

266:13 268:2
273:18 274:2
293:10,13 295:14
296:4,4 303:25
316:25 320:15
325:1 340:3 341:2
341:4 344:18
353:13,15 355:15
**wanted**
54:18 87:22 170:11
174:17,17 273:18
**wants**
91:25 137:4 198:19
206:7
**Washington**
4:6 6:6
**wasn't**
47:13 56:20 57:25
111:15,16 115:10
136:13 172:21
173:24 185:14
187:6,17 211:19
217:4 241:6
260:13 280:11
286:4,19,24
300:14 320:6,8
336:2 337:5
349:22 352:4
353:5
**waste**
53:24 200:16
**water**
221:14 323:15,17
324:11,11 343:2
**way**
13:1 64:4 80:5,6
86:6 102:17
107:14 113:11
137:13 157:17
166:9 171:21
191:3 196:6
197:11 198:18
215:16 220:16
229:23 236:23,25
242:10 243:3
244:16 246:19

Sarah E. Kane, M.D.

257:24 279:11
296:20 297:10
301:17 309:15
317:24 319:24
325:15 329:11
333:16 350:14
354:3 359:16
**ways**
100:18 157:14
323:3 329:19
353:23 354:16
**weak**
256:22,25 257:1,8
257:10 270:25
349:6,9,10,11,16
349:19 350:3
351:5
**weaker**
350:20
**weakness**
271:21
**weapon**
219:24
**website**
187:15 338:19,23
339:17
**week**
12:18 23:23 189:21
**weeks**
33:18,19 127:1
230:21
**weigh**
204:11 220:16
**weighed**
309:4
**weighing**
126:23
**weight**
188:3,11,22 251:7
305:25
**Welch**
41:15 253:18,25
254:5,8,10,13,21
**Welch's**
254:24
**welcome**

28:1 253:6 273:17
296:3
**well-characterized**
146:16
**well-defined**
135:4
**well-designed**
351:23
**well-established**
64:8 313:3
**well-formed**
122:12,13,18,25
**well-known**
57:12
**well-respected**
243:2
**went**
164:5 166:11
176:11 187:23
188:11 191:16
211:5 236:4
240:10 269:20,21
294:5 308:10
331:4
**weren't**
51:17 61:22 116:4
169:7 179:19
182:10 187:18
192:7 233:3 255:2
264:9 314:7
**wet**
305:25 307:12
**we'll**
15:8 27:1 29:19
31:6 96:7 97:8
103:4,5,7 110:5
155:5 166:18
168:8 197:20
212:18 266:16
273:9 284:24
287:2 308:5
**we're**
40:22,22 85:23
89:1 90:14 97:13
103:10 104:11,13
106:6,7,8 107:24

114:16 120:19,19
122:23 127:11,21
128:1,20 130:1
132:14 135:18
144:25 146:20
147:13 158:15,15
160:2 180:22
201:9 213:21,21
216:4,5,6 220:14
242:13 252:15
259:24,25 260:2
273:4 274:4
284:11 285:15
287:9 291:17
292:13,13 299:18
307:8 315:24
316:15,16,18,21
318:20 323:9
334:17,25 339:14
341:6 344:25
352:5 355:10,22
356:5
**we've**
13:25 28:15 49:12
53:19 64:11
139:21 147:3
158:6 186:4 209:6
297:16
**whatsoever**
307:14
**WHEREOF**
359:18
**Whichever**
161:16
**Whittemore**
159:11
**wide**
143:23 144:1,21,24
170:10 237:11
259:19
**widely**
240:24 241:2 252:2
252:8,18 282:13
**wider**
190:25
**wildly**

109:14
**willing**
204:1
**withdraw**
21:13 46:12 150:12
**witness**
7:2 11:15,16 16:8
16:10 18:3,5
25:17 35:4,17
39:14 40:16 43:23
55:9 56:24 97:23
100:24 118:5
138:9 150:2,5,8
150:11 156:2
161:14 166:14
179:17 187:22
196:15 197:18
198:3 199:14
201:17 207:18
213:10 221:15
229:22 233:14
240:16 255:5
266:4,19 267:13
277:25 318:18
320:17 328:25
359:7,18
**witnesses**
9:5 194:12,18
198:20 201:4
**Wolfson**
195:12
**woman**
9:7 89:23 146:25
252:21 253:9
276:24,25 304:9
304:16 353:4
**women**
22:18 75:3,14
114:3,9,25 132:6
133:3,10 135:14
138:2 146:17
147:5 149:13
258:22 264:14,20
276:9 295:16
297:3 298:10,11
299:1 300:24

309:5 324:5,19
325:4,5 335:15
343:19 347:11,16
352:21 353:14
**women's**
251:22
**wonder**
310:7
**word**
48:23 49:6,8 77:25
153:11 162:2
178:5 205:22
206:21 207:6
220:24 248:21,22
**words**
25:5 228:9 235:24
249:11,12,25
263:20 281:12
301:17 349:18
**work**
16:8,10 32:16
35:17 37:16 39:1
40:14,16,20,24
41:5 43:1 46:8
47:1 176:13
192:17 207:13
208:4,5,13,25
209:4 210:10,11
210:18 211:22
232:4,13,16
233:17 234:7
236:2 237:20
239:19 240:16
241:25 244:4
281:8,9,18 282:1
282:17 283:15
285:10 286:2
317:19
**worked**
216:16
**working**
18:2,4 35:10 40:7
42:22 43:20 202:4
245:24 277:8
336:21
**works**

319:20
**world**
240:23 244:5
**worried**
242:18
**wouldn't**
24:5 31:25 85:15
85:15 114:14,15
114:24 130:23
151:17 169:2
170:4 173:11
216:20 229:23
230:6,7 235:10
243:18 247:3,5
255:1 257:23
264:7 283:12
305:20 312:25
316:12 320:22
322:2 353:13,15
**writing**
50:2,9 188:20
202:6,10 210:21
216:5 283:14
**written**
47:20 56:17 57:5
166:15 182:11
**wrong**
180:24 266:17,17
266:20
**wrote**
127:1 166:21 186:3
236:3,17 258:21

**X**
**x**
1:3,8,11 7:1,8 8:1
9:1 10:1 330:15
**Xerox**
157:1
**Xeroxed**
97:1 159:25

**Y**
**Y**
330:8
**yeah**

13:12,14 14:13,24
15:9 23:4 48:12
52:23 56:6 57:2
60:14 65:21 69:20
87:10 97:16
112:18 116:8
125:3 126:1 150:8
159:2 164:14
174:5,17 188:4
195:1 198:8,11
201:11 203:25
213:10 214:24
229:18 233:16
246:22 255:21
259:4,13 260:13
260:19 267:24
268:17 269:9,17
272:13 273:9
274:6 276:16
291:10 294:7,7,12
295:6 302:4,4,14
308:21 309:10
311:13 313:20
343:4 347:9
348:23
**year**
31:21 33:13,22,24
176:20 223:8
317:20
**years**
33:12,14,20,22
79:18 90:25
100:15 101:18,18
115:5 123:2
176:23 239:6
254:12 263:7
264:15 267:17
268:7,11,23
269:13 274:6,9,12
279:5 305:21
307:9 313:7
334:14 337:12
340:10 347:12,17
348:11,12
**Yersinia**
218:23 219:2,23

220:8
**Yersinian**
219:18
**yesterday**
11:20 12:1 13:10
13:24 15:5 50:14
56:3 167:24 168:1
168:5 170:1
186:14 242:17
**yield**
221:6
**Young**
242:23 243:10,14
243:24 244:8
**younger**
93:11
**Yup**
150:11 268:7 279:8

**Z**
**Zanko**
98:19
**Zelikoff**
12:18
**zero**
267:17 330:14

**$**
**$10,208**
45:6
**$13,835**
44:4
**$19,666.67**
42:18
**$26,666.67**
35:7
**$37,791.67**
46:3
**$500**
47:6

**0**
**0.7**
258:24 259:24
**0.8**
269:4
**0.9**

259:1,25
**01970**
16:4
**02210**
3:6
**07**
347:14
**07962**
5:11

**1**
**1**
7:10 27:16,19
28:13 64:13
135:23 142:15
157:12 165:16
256:12 328:24
**1,000**
258:24,25 259:23
259:25 346:2,4,19
**1.0**
259:2 260:3 346:4
346:17 351:15
**1.02**
273:22
**1.16**
268:12 274:7
**1.17**
269:1
**1.22**
274:13
**1.3**
135:24 190:20
256:23,25 257:2
257:11 258:23
350:23 351:1,11
**1.37**
268:25 273:22
**1.4**
135:24 190:20
264:18 346:4
350:23 351:11
**1.45**
274:11
**1.5**
258:25 350:15

351:2,5,10,15
**1.57**
269:3
**1.669**
305:25
**1.7**
305:24 307:11
346:4
**1.76**
269:2
**1.8**
259:1
**1.85**
273:22
**1.86**
274:7
**1:05**
160:9
**1:45**
160:19
**10**
8:7 90:21,24 91:4
95:14,18 97:9,12
97:22,25 98:12
280:15 282:16
285:8,15
**10,000**
258:25 259:2,25
260:2 264:15
346:2,5,18,19
**10:21**
64:14
**10:37**
64:18
**100**
330:17,18 331:23
**11**
8:9 97:12,13,24
98:5,8,12 106:14
117:10 155:6
159:24 165:14,24
282:16 285:8,16
**11/16/18**
7:24 45:11
**11:30**
110:20

Sarah E. Kane, M.D.

**11:44**
117:3
**12**
8:12 42:7 73:11
  74:2 160:13 161:1
  163:8 274:6,9
  279:4
**12.6**
60:18
**12:02**
117:7
**120**
331:8
**1216**
96:12 155:9,12
**1217**
96:12 155:14,15
**1218**
96:12
**13**
8:14 160:16 161:8
  274:10,14
**130**
3:21
**14**
8:17 34:1 164:17
  164:20,21 167:5
  229:16,19 230:5
  236:1 258:11
  264:20 304:23
**14th**
14:4 28:10 34:3,9
**1410**
3:5
**15**
7:4 8:19 90:25
  164:18,23 165:6
  165:10,13,20
  166:3 167:4 168:9
  169:24 170:24
  178:10,20 181:15
  229:20
**15th**
30:11 182:16
**1508**
309:2

**1510**
4:23
**16**
8:22 44:22 181:18
  181:21,22 182:20
  182:25 184:3,22
  185:4,19 258:10
  258:11 359:23
**16th**
31:19 32:1,2 34:11
  45:19
**16-2738**
1:7
**160**
8:13,16
**164**
8:18
**165**
8:21
**17**
8:24 166:1 175:13
  186:18 226:24
  290:10 291:17
  293:18 331:16
  333:22
**174**
296:8 299:19
**175**
299:20
**18**
9:3 194:12,14,16
  258:21 331:16
  333:22
**18th**
43:17
**181**
8:23
**182**
159:3,10
**186**
8:25 165:15,22
  178:9,19,25
**19**
9:6 31:22 34:1
  252:24 253:3,7
**19th**

**31:18 34:3**
**19103-6996**
4:15
**194**
9:5
**1960s**
191:6
**1964**
337:1
**1982**
238:10 255:17,20
  256:7,11 291:19
  338:10
**1985**
207:3
**1988**
159:11,13
**1992**
238:12 258:15
  259:6,9 260:18
  261:1 271:3
  348:24,25 349:12
  349:22 350:9
  351:7
**1994**
156:12 157:2,8,9
  157:20,23 158:2
  158:18,19
**1995**
187:3
**1996**
304:21
**1999**
255:21,22 256:14
  256:14 265:2,7
  266:8 267:4 271:7

---
**2**

**2**
7:13 29:20,22 30:5
  64:17 75:18 117:2
  135:23 157:12
  165:3 217:17
  247:12 267:13
  274:4
**2A**

**142:7**
**2.08**
274:13
**2.21**
268:24
**2.32**
274:11
**2.4**
259:1 260:1
**2.7**
258:25 259:24
**2.8**
264:17
**2.98**
274:8
**2/23/18**
7:22 44:7
**2/5/18**
7:20 43:10
**2:38**
201:13
**2:42**
201:16
**2:50**
207:20
**2:54**
207:23
**20**
9:10 35:10 90:21
  91:4 115:5 239:6
  260:23,24 261:3
  267:18,18 268:11
  268:12,17,18
  269:13 305:21
  307:9 313:7
  345:10 347:19
  348:25 358:15
**20th**
36:12 45:18
**200**
331:9 332:3,5
**2000**
4:14 292:20
**20004**
6:6
**2001**

**218:25**
**2004**
273:7
**2005**
249:7 253:13,15
  303:4 341:23
**2007**
253:14 257:14,18
  257:20 258:2,4
  259:5 270:23
**2008**
289:24 293:24
**2009**
187:3
**2010**
84:10,13 239:23
  241:7
**2012**
303:5 341:23
**2013**
303:4
**2014**
184:10 292:21
**2016**
92:5
**2017**
31:20,21,23 32:2,7
  32:19 34:1,2 36:8
  40:12 42:8 43:17
  193:24 194:4,24
  196:3,21 202:5
  244:10
**2018**
30:11 43:18 44:19
  44:20 45:18,19
  46:7,9 164:18,23
  169:25 182:23
  229:20 281:1
  283:2,17 284:18
**2019**
1:16 2:14 11:5 30:7
  339:14 359:19
**202**
6:7
**2021**
359:23

Sarah E. Kane, M.D.

**206**
4:7
**207-0600**
3:7
**21**
9:12 43:21 266:24
  267:2,10,12
  277:24 279:10
**215**
4:16
**216**
5:21
**22**
9:14 272:24 273:8
  273:14
**23**
9:18 285:1,3
  286:13
**23rd**
44:19
**2319**
295:16
**24**
9:20 11:22 289:20
  289:23 308:4
  329:12 347:24
**24th**
170:1 186:15
**25**
1:16 2:14 9:24 10:3
  11:5 116:18,19
  263:2 308:9
**252**
9:9
**26**
8:17 10:5 164:19
  328:8,9,10
**260**
9:11
**266**
9:13
**267-0058**
5:12
**27**
7:12 43:19
**272**

**9:17**
**28**
293:19
**28th**
35:23 42:7 359:19
**284**
9:19
**289**
9:23
**29**
7:14

_____
**3**
_____
**3**
7:15 31:6,10 33:25
  36:13 42:25 45:1
  117:6 160:8 261:8
  261:11 268:6,7,12
  278:3,4 328:14,15
  328:15 329:3,8
  345:12,18,21
**3A**
330:4
**3.0**
259:3 260:3
**3.10**
269:4
**3.32**
347:14
**3.56**
268:25
**3:24**
231:17
**3:36**
11:20
**3:39**
231:21
**30**
45:1 190:17 221:23
  267:18,18 268:12
  268:13,18,18,23
  269:1,13 274:10
  274:12,14,14
  294:10 351:1
**300**
96:11

**303**
3:23
**308**
10:4
**31**
7:16
**316**
3:13
**318**
7:5
**32502**
3:14
**328**
10:7
**341**
7:6
**344-7600**
4:7
**348**
7:5
**35**
265:8 294:1,11
**350**
5:10
**355**
271:7,13 272:12
**363**
2:9
**37**
42:10
**376**
96:11 98:18
**39**
269:1
**391-0197**
4:25

_____
**4**
_____
**4**
7:17 41:21,24 42:5
  42:21,25 160:18
  169:25 182:23
  238:2 245:8 247:8
  247:12 258:23
  274:6,9 279:4
**4th**

14:2 166:17,21
  167:11 180:21
  185:11 232:24
  233:5
**4:37**
277:15
**4:44**
277:18
**40**
42:11 43:19 254:12
**40-plus**
269:3
**404**
227:4
**41**
7:18
**43**
7:20
**435-7000**
3:15
**44**
7:22
**44113**
5:20
**45**
7:24
**460**
274:5 278:4,14,18
**463**
275:14 276:2
**463-2400**
6:7
**47**
159:3
**48**
210:16

_____
**5**
_____
**5**
7:19 43:7,8,11
  45:22 180:4,4
  231:20 247:8
**5th**
43:18
**5.4**
264:18

**5/19**
7:16 31:9
**5/22**
40:11
**5:02**
289:12
**5:28**
289:16
**50**
100:15 114:9,11
  116:14,17 331:6,7
  351:2
**500**
331:23
**512**
4:25
**53**
35:9
**530**
99:10
**539**
96:12 106:15,16
**54**
7:25
**540**
96:12 106:19
  117:12
**55**
43:21 44:22 268:17
**582**
328:15 329:3
**59**
159:4 268:18
**592-5000**
5:21

_____
**6**
_____
**6**
7:21 44:8,11,18,21
  196:3 289:15
  345:2
**6/1**
40:12
**6/16**
34:7
**6:30**

Sarah E. Kane, M.D.

328:3
**6:31**
341:10
**6:37**
318:20
**6:40**
341:13
**6:48**
348:17
**6:58**
356:8,9
**60**
280:25 347:17
**60-day**
340:7
**617**
3:7
**629**
161:6,14,18 163:13
  163:14
**648**
96:12 117:13,14
**6800**
4:5
**69**
159:3,5

### 7

**7**
7:23 45:9,12 46:6
**7th**
44:20
**7/14**
7:16 31:9
**7/28**
7:18 41:20
**70**
159:3,7,8
**701**
4:5
**71**
45:21
**72**
274:13
**78**
269:2

**78701**
4:24

### 8

**8**
7:25 54:8,11,21
  58:4 60:19,24
  61:19 62:2 196:9
  196:9
**8/3/18**
7:22 44:7
**80220**
3:22
**81**
16:2
**816**
4:23
**83**
159:9
**839-8000**
3:23
**850**
3:15
**877.370.3377**
1:22

### 9

**9**
8:3 91:20,23 92:8,9
  274:11 346:21
**9/12**
7:18 41:20
**9/18/17**
7:20 43:10
**9/20/18**
7:24 45:11
**9:19**
1:16 2:15 11:6
**91**
8:6
**917.591.5672**
1:22
**92**
159:6
**95**
8:8

**950**
5:19
**96**
182:21
**973**
5:12
**975**
6:5
**98**
8:11
**98104**
4:6
**988-2700**
4:16

Exhibit 12

Robert Kurman, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY


IN RE JOHNSON & JOHNSON          :
TALCUM POWDER PRODUCTS           :
MARKETING, SALES PRACTICES, AND  :
PRODUCTS LIABILITY LITIGATION    :
                                 :   NO. 16-2738
                                 :   (FLW)  (LHG)
THIS DOCUMENT RELATES TO
ALL CASES                        :


                    -  -  -

               APRIL 2, 2019

                    -  -  -

          Videotaped deposition of ROBERT KURMAN, M.D.

held in the offices of Duane Morris, LLP, 100 North City

Parkway, Suite 1560, Las Vegas, Nevada, commencing at

9:26 A.M., on the above date before Pamela Cotten, CSR,

RDR, Certified Realtime Reporter, Certificate No. 4497.

                    -  -  -



          GOLKOW LITIGATION SERVICES
      877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com

Robert Kurman, M.D.

Page 2

1  A P P E A R A N C E S :
2
3  For the Plaintiffs:
4      BEASLEY ALLEN LAW FIRM
         BY:  DAVID DEARING, ESQ.
5      218 Commerce Street
         Montgomery, Alabama  36104
6      (334) 269-2343
         david.dearing@beasleyallen.com
7
8      ROBINSON CALCAGNIE, INC.
         BY:  CYNTHIA L. GARBER, ESQ.
9      19 Corporate Plaza Drive
         Newport Beach, California  92660
10     (949) 720-1288
         Fax - (949) 720-1292
         cgarber@robinsonfirm.com
11
       HAUSFELD
12     BY:  STEVEN B. ROTMAN, ESQ.
       One Marina Park Drive, Suite 1410
13     Boston, Massachusetts  02210
       (617) 207-0600
14     srotman@hausfeld.com
15
16  For the Defendants Johnson & Johnson Entities:
17     SHOOK, HARDY & BACON, LLP
         BY:  HUNTER AHERN, ESQ.
18     600 Travis Street, Suite 3400
         Houston, Texas  77002
19     (713) 227-8008
         hahern@shb.com
20
       DRINKER, BIDDLE & REATH, LLP
21     BY:  KATHERINE McBETH, ESQ.
       One Logan Square, Suite 2000
22     Philadelphia, Pennsylvania  19103-6996
       (215) 988-2706
23     katherine.mcbeth@dbr.com
24
25

Page 4

1                I N D E X
2
3  Witness:  ROBERT KURMAN, M.D.
4  Examination:                           Page
5    BY MR. DEARING   -------------------- 8, 325
6    BY MS. AHERN     --------------------  322
7
8
9
10            E X H I B I T S
11  Deposition       Description        Page
12  Exhibit 1    Expert Report of Robert J.    10
                    Kurman, M.D., for General
13                  Causation Daubert Hearing
14  Exhibit 2    Defendants' Response to        11
                    Plaintiffs' Document
15                  Requests Contained in Notice
                    of Oral and Videotaped
16                  Deposition of Robert
                    Kurman, M.D., and Duces
17                  Tecum
18  Exhibit 3    IARC's Mission Statement       75
19  Exhibit 4    Document Titled "Special       78
                    Report: Policy, A Review of
20                  Human Carcinogens - Part C:
                    Metals, Arsenic, Dusts, and
21                  Fibres"
22  Exhibit 5    Excerpts from IARC Monograph  102
                    "Arsenics, Metal, Fibres,
23                  and Dusts," Volume 100C
24
25

Page 3

1  A P P E A R A N C E S (Continued):
2
3  For the Defendant PTI Royston LLC and PTI Union LLC:
4     TUCKER ELLIS LLP
         BY:  MICHAEL C. ZELLERS, ESQ.
5      42nd Floor
         515 South Flower Street
6      Los Angeles, California  90071-2223
         (213) 430-3400
7      michael.zellers@tuckerellis.com
8      TUCKER ELLIS LLP
         BY:  MICHAEL ANDERTON, ESQ.
9      950 Main Avenue, Suite 1100
         Cleveland, Ohio  44113-7213
10     (216) 592-5000
         michael.anderton@tuckerellis.com
11
12  For Personal Care Products:
13     SEYFARTH SHAW LLP
         BY:  JAMES R. BILLINGS-KANG, ESQ.
14     975 F Street, N.W.
         Washington, D.C.  20004-1454
15     (202) 463-2400
         jbillingskang@seyfarth.com
16
17  ALSO PRESENT:
18     DARNELL BROWN, Videographer
19
20
21
22
23
24
25

Page 5

1            E X H I B I T S
               (Continued)
2
3  Deposition       Description        Page
4  Exhibit 6    Article Titled "Correlative   190
                    Polarizing Light and
5                  Scanning Electron Microscopy
                    for the Assessment of Talc
6                  in Pelvic Region Lymph
                    Nodes" by Sandra A.
7                  McDonald, et al.
8  Exhibit 7    Photocopy of Chapter 27,      216
                    Epidemiology, Page 1301
9
   Exhibit 8    Article Titled                241
10                 "Histopathologic Review of
                    Granulomatous Inflammation"
11                 by Kabeer K. Shah, et al.
12  Exhibit 9    Excerpts from Blaustein's    255
                    Pathology of the Female
13                  Genital Tract, Fourth
                    Edition, Pages 376, 539,
14                  540, 648, 1216, 127, & 1218
15  Exhibit 10   Letter to the Editor Titled  264
                    "Talc Should Not be Used for
16                  Pleurodesis in Patients with
                    Nonmalignant Pleural
17                  Effusions" by Andrew J.
                    Ghio, et al.
18
   Exhibit 11   Article Titled "Molecular    269
19                 Bias Supporting the
                    Association of Talcum Powder
20                  Use with Increased Risk of
                    Ovarian Cancer" by Nicole M.
21                  Fletcher, PhD, et al.
22  Exhibit 12   Article Titled "On Talc      279
                    Translocation from the
23                  Vagina to the Oviducts and
                    Beyond" by A.P. Wehner, et
24                  al.
25

2 (Pages 2 to 5)

Robert Kurman, M.D.

Page 6

```
 1            E X H I B I T S
              (Continued)
 2
 3   Deposition       Description          Page
 4   Exhibit 13    Article Titled "The Lack of    283
              an Ovarian Effect of
 5            Lifetime Talc Exposure in
              F344/N Rats and B6C3F1 Mice"
 6
     Exhibit 14    Article Titled "Systematic     321
 7            Review and Meta-Analysis of
              the Association Between
 8            Perineal Use of Talc and
              Risk of Ovarian Cancer" by
 9            Mohamed Kadry Taher, et al.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1   MR. ZELLERS:  Michael Zellers on behalf of the
 2   Johnson & Johnson defendants.
 3   MS. AHERN:  Hunter Ahern on behalf of Johnson &
 4   Johnson defendants.
 5   VIDEO OPERATOR BROWN:  The court reporter is Pam
 6   Cotten, who will now swear in the witness.
 7
 8            ROBERT KURMAN, M.D.,
 9   called as a witness, and having been first duly sworn by
10   the Certified Shorthand Reporter, was examined and
11   testified as follows:
12
13             EXAMINATION
14   BY MR. DEARING:
15   Q   Good morning, Doctor.
16   A   Good morning.
17   Q   We've met at least twice, I think.  But I'm
18   David Dearing.  I represent the plaintiffs in this
19   litigation, and I'm going to be asking you some
20   questions.
21       You've been produced as an expert by Johnson &
22   Johnson in this case.  So, first of all, if you would,
23   state your name, please.
24   A   Robert Kurman.
25   Q   What did you do to prepare for this
```

Page 7

```
 1        LAS VEGAS, NEVADA - TUESDAY, APRIL 2, 2019,
 2              9:26 A.M.
 3   VIDEO OPERATOR BROWN:  Good morning.  We are now on
 4   the record.  My name is Darnell Brown, and I'm the
 5   videographer with Golkow Litigation Services.  Today's
 6   date is April 2nd, 2019, and the time is 9:26 A.M.
 7       This video deposition is being held in
 8   Las Vegas, Nevada, in the matter of In Re Talc for
 9   United States District Court, Eastern District of New
10   Jersey.
11       The deponent is Dr. Robert Kurman.
12       Counsel, please identify yourselves for the
13   record.
14   MR. DEARING:  David Dearing from Beasley Allen for
15   the plaintiffs.
16   MS. GARBER:  Cynthia Garber, Robinson Calcagnie,
17   for the plaintiffs.
18   MR. ROTMAN:  Steve Rotman, Hausfeld, for the
19   plaintiffs.
20   MR. BILLINGS-KANG:  James Billings-Kang from
21   Seyfarth Shaw, Personal Care Products' counsel.
22   MR. ANDERTON:  Michael Anderton, Tucker Ellis, for
23   PTI Royston and PTI Union.
24   MS. McBETH:  Katherine McBeth, Drinker Biddle &
25   Reath, on behalf of the Johnson & Johnson defendants.
```

Page 9

```
 1   deposition?
 2   A   Well, you have to go back into my career.  I
 3   guess, in a way, I've been preparing for a long time,
 4   so to speak.
 5       I was a gynecologic pathologist for almost
 6   40 years.  And during the course of my career -- which
 7   involves teaching and research and clinical care,
 8   attending meetings, reviewing articles submitted to
 9   journals -- I would be constantly reading the
10   literature in gynecologic pathology, which, of course,
11   included ovarian cancer.
12   Q   Can I just cut you off.
13       What have you done in the last ten days to
14   prepare for this deposition?
15   A   I've read over the defense -- the plaintiffs'
16   gynecologic pathology expert and gone over papers that
17   she's referred to.  I've gone over my report and
18   perhaps googled a few things here and there.  Oh,
19   PubMed, too.
20   Q   Did you have meetings with Johnson & Johnson
21   lawyers in preparation for this deposition?
22   A   I did.
23   Q   How much time have you spent with the
24   Johnson & Johnson lawyers preparing for this
25   deposition?
```

3 (Pages 6 to 9)

Robert Kurman, M.D.

Page 10

```
 1        A   I didn't keep track of the meetings per se --
 2   the time spent on the meetings per se.
 3        Q   Can you estimate.
 4        A   I hesitate not to estimate, since I'm under
 5   oath and I want to try to be as specific as possible.
 6        Q   One of the advantages of being an expert is
 7   you're allowed to estimate.  So can you give me a
 8   ballpark?  Was it ten hours?
 9        MS. AHERN:  Objection.  Form.
10        THE WITNESS:  Maybe 15.
11   BY MR. DEARING:
12        Q   Have you billed them for that time yet?
13        A   Some of it.
14        (The document referenced below was
15        marked Deposition Exhibit 1 for
16        identification and is appended hereto.)
17   BY MR. DEARING:
18        Q   I'm going to hand you a composite exhibit,
19   which I've marked as Exhibit Number 1.  And it is your
20   report, your CV, and your reference list and the
21   appendixes -- appendices with your report.  So feel
22   free to refer to that as much as you need to.
23        I have copies for other people if anybody else
24   wants a stack.  I made six copies of everything.  I
25   hope we have enough.
```

Page 11

```
 1   BY MR. DEARING:
 2        Q   So have you had a chance to just glance
 3   through what I just handed you?
 4        A   Yes.
 5        Q   Okay.  And does that look like your report,
 6   your CV, your reference list, that kind of thing?
 7        A   Yes.
 8        Q   And did you write this report?
 9        A   I sure did.
10        (The document referenced below was
11        marked Deposition Exhibit 2 for
12        identification and is appended hereto.)
13   BY MR. DEARING:
14        Q   Yesterday, I was given another document that
15   I'm marking as Exhibit 2, and it's entitled
16   "Defendants' Response to Plaintiffs' Document Requests
17   Contained in Notice of Oral and Videotaped Deposition
18   of Robert Kurman, M.D., and Duces Tecum."
19        Have you ever seen this document before?
20        MS. AHERN:  Is that Exhibit 2?
21        MR. DEARING:  It's Exhibit 2, yes.
22        THE WITNESS:  This is what you showed me yesterday,
23   isn't it?  Is this what you showed me yesterday?
24        MS. AHERN:  Go ahead and take a look through it.
25   And if you recognize it, you can let him know.
```

Page 12

```
 1   BY MR. DEARING:
 2        Q   It's okay if you haven't seen it; I just don't
 3   know.
 4        MR. DEARING:  I'll just hand them to you, Cynthia,
 5   and you give them to anybody who wants it.
 6        MS. GARBER:  I'll be your paralegal today.
 7        MR. DEARING:  Thank you.  Then we can trade if you
 8   want.
 9        THE WITNESS:  No, I didn't see this.
10   BY MR. DEARING:
11        Q   Okay.  One of the things in this document that
12   I just gave you, Exhibit 2, is a supplemental reference
13   list, and it's the last four -- last three pages.  It
14   actually starts with page number 1 in the back of the
15   document.
16        Do you see that?
17        A   Yes.
18        Q   And at the very top, there's a list of
19   reports.
20        Do you see that list?
21        A   Yes.
22        Q   Those are all defense witnesses in this case,
23   aren't they?
24        A   Yeah, it looks that way.
25        Q   Have you read all those reports?
```

Page 13

```
 1        A   No, I have not.
 2        Q   Any idea why they would be on your reference
 3   list if you haven't read them?
 4        A   They were offered to me, but I didn't read
 5   them all.
 6        Q   Have you read any of them?
 7        A   I did.
 8        Q   Which ones have you read?
 9        A   Dr. Michael Birrer, Dr. Jeff Boyd, Dr. Gregory
10   Diette, Dr. Ie-Ming Shih, and Brooke Mossman.
11        Q   And I think you mentioned that you read the
12   report of Dr. Kane; right?
13        A   I did.
14        Q   A plaintiff expert?
15        A   Yes.
16        Q   Did you read any other report of plaintiff
17   experts?
18        A   No, I did not.
19        Q   Have you relied on any other materials that
20   aren't contained in your original reference list or
21   this new reference list that I got yesterday?
22        A   No, I have not.
23        Q   And for clarity, did you prepare this
24   reference list that was handed to me yesterday?
25        A   I did not prepare that list.
```

4 (Pages 10 to 13)

Robert Kurman, M.D.

Page 14

1    Q    Did you ask someone to prepare that list?
2    A    No, I didn't.
3    Q    And the first time you saw it was this
4  morning?
5    A    You asked me about this originally.  I said I
6  didn't see it.  Honestly, I didn't look at the last
7  three pages.
8    Q    Okay.
9    A    When you mention that, I did see that before,
10  the reference list.
11    Q    Okay.  But you didn't prepare it?
12    A    But I did not prepare it, no.
13    Q    Have you reviewed any internal corporate
14  documents, emails, or testing data of Johnson & Johnson
15  and Imerys?
16    A    No, I haven't.
17    Q    As I understand it, you are now a retired
18  gynecologic pathologist; is that right?
19    A    That's correct.
20    Q    Congratulations.
21    A    Thank you.
22    Q    And I understand that your medical license has
23  lapsed as well; right?
24    A    I have a medical license in Nevada.
25    Q    Oh, you do?

Page 15

1    A    I do.
2    Q    Do you agree with me that gynecologic
3  pathology is not a recognized subspecialty of the
4  American Board of Pathology?
5    A    Gynecologic pathology is a -- an acknowledged
6  subspecialty that we have in virtually all major
7  institutions, but it is not a board specialty.
8    Q    So you can't become board-certified in
9  gynecologic pathology; correct?
10    A    Well, the point is that, in order to do expert
11  work in gynecologic pathology, you need to really train
12  in it, as your plaintiffs' expert did.  But you don't
13  need specific board certification.
14        And, in fact, there was -- many years ago,
15  there was -- and I was at the meeting.  My predecessor
16  at Hopkins, Dr. Don Woodruff, who was a gynecologist
17  but had done a lot of gynecologic pathology -- in fact,
18  he did the gynecologic pathology at Hopkins before I
19  was there -- went to a meeting of the International
20  Society of Gynecologic Pathologists and asked that it
21  be made a board specialty.
22        And the pathologists resisted.  They didn't
23  want to do it.  The reason being that they were
24  concerned that people like Dr. Woodruff -- with all
25  respect to him -- they didn't want gynecologists to be

Page 16

1  able to say they were board-certified.  They wanted to
2  completely compete in -- excuse me -- completely
3  confine it to pathologists.  So they didn't approve of
4  having a board specialty.
5    Q    But you can get board-certified in pathology;
6  right?
7    A    Oh, certainly.
8    Q    Now, you've been deposed several times in this
9  litigation; right?
10    A    A few times, yes.
11    Q    And you've actually testified in at least one
12  trial; right?
13    A    Yes.  I think you were the person that --
14    Q    It was me.
15        Have you testified in any other trials?
16    A    No.
17    Q    And each time you testified, you took an oath
18  to tell the truth, the whole truth; right?
19    A    Yes.
20    Q    And did you do that?
21    A    I did.
22    Q    And do you still stand by the testimony you
23  gave previously in this litigation?
24    MS. AHERN:  Objection.  Form.
25    THE WITNESS:  Well, I'd like to see what -- if

Page 17

1  you're referring to specifically, I'd like to see it.
2  But I told the truth then, and I'm telling the truth
3  now.
4  BY MR. DEARING:
5    Q    Do you believe your report is a fair and
6  balanced statement of the science on the issues that
7  you address?
8    A    I certainly do.
9    Q    When you wrote your report in this case, who
10  was your intended audience or your intended reader?
11    A    I was responding specifically to the report of
12  Dr. Kane, but I assumed that other individuals who were
13  involved with this litigation would probably be reading
14  it.
15    Q    Did you write it thinking that the judge would
16  read it?
17    A    I assumed that that would eventually occur.
18    Q    When you were first contacted by Johnson &
19  Johnson regarding this talcum powder litigation, isn't
20  it true that you had never researched the relationship
21  between genital talc use and ovarian cancer?
22    MS. AHERN:  Objection.  Form.
23    THE WITNESS:  Are you referring to when I was
24  initially contacted or for this specific MDL?
25    ///

Robert Kurman, M.D.

Page 18

1    BY MR. DEARING:
2        Q   No.  Before the MDL --
3        A   Okay.
4        Q   -- when Johnson & Johnson first came to you,
5    at that time, you had not researched the issue of
6    genital talcum powder use and ovarian cancer; right?
7        MS. AHERN:  Objection.  Form.
8        THE WITNESS:  That's correct, because amongst -- in
9    pathologists in the community and gynecologists, as far
10   as I know, there was never a question that talc was
11   involved with ovarian cancer, so there was no need for
12   me to really pursue it.
13   BY MR. DEARING:
14       Q   Well, when was that that Johnson & Johnson
15   approached you to be a witness for them for the first
16   time?
17       A   It was about 2015.
18       Q   So there was lots of literature out there and
19   studies about the association or purported association
20   between genital talc use and ovarian cancer; right?
21       MS. AHERN:  Objection.  Form.
22       THE WITNESS:  They were epidemiology studies, which
23   I think never rose to the level of being of interest to
24   gynecologic pathologists -- gynecologic pathologists,
25   for sure.

Page 19

1    BY MR. DEARING:
2        Q   All those scientists that wrote those studies
3    would be disappointed to hear you say that.
4            But there were also animal studies, weren't
5    there?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  Maybe.  I don't know.
8    BY MR. DEARING:
9        Q   There were also cell studies, looking at the
10   effects of talc on -- on cell structures and cells --
11       MS. AHERN:  Object.
12   BY MR. DEARING:
13       Q   -- before Johnson & Johnson contacted you;
14   right?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  As I said, I didn't -- as you -- I
17   didn't read the literature on it before, so I have
18   no -- no idea.
19   BY MR. DEARING:
20       Q   So when you -- I don't want to put words in
21   your mouth.
22           Did you say that, before Johnson & Johnson
23   contacted you, it wasn't important to you?
24           I don't remember what you said.
25       A   I --

Page 20

1        MS. AHERN:  Objection.  Misstates.
2        THE WITNESS:  I said before Johnson & Johnson
3    contacted me, there was, in the gynecologic pathology
4    community, never -- never a question of talc being
5    involved with ovarian cancer.  So, therefore, I wasn't
6    doing research on talc and ovarian cancer.
7    BY MR. DEARING:
8        Q   Based on the research you've done since
9    Johnson & Johnson contacted you, you're aware that
10   there are gynecologic pathologists who have published
11   on this very topic, right, before Johnson & Johnson
12   contacted you; right?
13       MS. AHERN:  Objection.  Form.  Mischaracterizing
14   the literature.
15   BY MR. DEARING:
16       Q   William Welch at Harvard, for example, has
17   published on this.
18           He's a gynecologic pathologist; right?
19       A   I know Bill Welch quite well and --
20       Q   I'm just using him as an example.
21       A   Yeah, right.  Right.  In his -- he's on the
22   paper, but I don't think he ever acknowledges that he
23   says he supports talc as being a cause of ovarian
24   cancer.  I think he reviewed the pathology, and what
25   his -- to make sure that these were whatever the

Page 21

1    authors were saying were ovarian cancers.
2        Q   My point is, before Johnson & Johnson
3    contacted you to be one of their experts, there was
4    some interest among some gynecologic pathologists about
5    this issue of talc and ovarian cancer, right --
6        MS. AHERN:  Objection.  Form.
7    BY MR. DEARING:
8        Q   -- as evidenced by the publications that they
9    put their name on?
10       MS. AHERN:  Objection.  Form.
11       THE WITNESS:  As I said, Bill Welch, who I honestly
12   didn't speak to specifically about this topic, but I
13   can -- at meetings, he's never brought it up.  So I
14   assumed -- assume.
15           I should say that, based on those
16   publications, I -- he reviewed those cases.  He said
17   they were ovarian cancers, but I don't know if there's
18   any evidence that he indicated that he believed that
19   talc caused ovarian cancer.
20   BY MR. DEARING:
21       Q   And you understand I'm not talking about just
22   Dr. Welch.
23           I'm talking about other gynecologic
24   pathologists have contributed to papers, studies on the
25   issue of talc and ovarian cancer before Johnson &

6  (Pages 18 to 21)

Robert Kurman, M.D.

Page 22

1    Johnson came to you and hired you as an expert; right?
2        MS. AHERN:  Objection.  Form.
3    BY MR. DEARING:
4        Q   Are you aware of those papers?
5        A   You'll have to show them to me.
6        Q   Okay.
7        A   Please.
8        Q   Okay.  So none come to mind, as we sit here?
9        A   You'll have to show them to me.
10       Q   Okay.  And would you also agree that, before
11   Johnson & Johnson hired you, many other scientists in
12   other fields were quite interested in the issue of
13   genital talc use and ovarian cancer and were publishing
14   on it?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  As I said, since I did not research
17   the area of talc use and the possible talc exposure to
18   the development of ovarian cancer prior to the time
19   that Johnson & Johnson contacted me, I wasn't aware of
20   those studies.
21   BY MR. DEARING:
22       Q   All right.  But since then, since you've been
23   hired by Johnson & Johnson, you've done a lot of
24   research on it and you've seen that studies were
25   published long before Johnson & Johnson hired you, even

Page 23

1    as far back as the '70s, on this very topic; right?
2        A   I've seen, since my research on the subject,
3    yes, that there have been studies that were performed
4    before 2015.
5        Q   And you've never published on the topic of
6    talc and ovarian cancer; correct?
7        A   No, I have not.
8        Q   And you've never lectured on it?
9        A   I have never lectured on it.
10       Q   Have you ever studied talc, and specifically
11   Johnson & Johnson's baby powder or Shower to Shower
12   product, under a microscope?
13       MS. AHERN:  Objection.  Form.
14       THE WITNESS:  I have not specifically done a study
15   looking at talc exposure in tissues under the
16   microscope.
17   BY MR. DEARING:
18       Q   Have you even looked at just plain talc under
19   a microscope?
20       A   Not specifically, no, I have not.
21       Q   Have you looked at it nonspecifically?
22       What do you mean by that?
23       MS. AHERN:  Objection.  Form.
24   BY MR. DEARING:
25       Q   When you say "not specifically," what do you

Page 24

1    mean?
2        A   Well, there may -- if there was a study that
3    had -- if there was some kind of exposure to talc that
4    I was looking under the microscope, I would assume that
5    it would -- that it would create a foreign-body giant
6    cell granulomatous inflammation.  And I would,
7    therefore, have polarized it, perhaps looked at that
8    that way.  But it hasn't been seen that.
9        MR. DEARING:  Okay.  Move to strike as
10   nonresponsive.
11   BY MR. DEARING:
12       Q   My question is, have you looked at talc or
13   Johnson & Johnson body powder products under a
14   microscope?
15       A   I have not looked at talc, Johnson & Johnson
16   products, as far as I know, under the microscope.
17       Q   Have you ever studied gynecologic tissue --
18   I'm sorry.  Strike that.
19       Have you ever studied talc in gynecologic
20   tissue under a microscope, you specifically?
21       A   I thought I just answered that question.
22   Isn't that what you just asked me?
23       Q   No.  I asked if you looked at the powder.  Now
24   I'm asking you about tissue.
25       A   Oh.  So your first question was talc powder

Page 25

1    not being in tissue?
2        Q   Right.  My first question didn't mention
3    tissue at all.
4        Do you need me to ask it again?
5        A   Well, certainly.  I don't look at -- I look at
6    tissue.  I never look at things that are not tissue.
7        Q   Okay.  You don't think it's important to look
8    at the morphology and characteristics of talc by itself
9    in order to assist you in looking at talc in tissue?
10       A   No.  If I see it in tissue, I'd recognize it,
11   as I mentioned with polarization.  Seeing a
12   foreign-body giant cell reaction, polarizing it there,
13   seeing birefringent particles, might be talc.
14       Q   Have you studied talc in gynecologic tissue
15   under a microscope?
16       A   Okay.  So now we are talking about tissue.
17       Q   Yeah.
18       A   I have not.
19       Q   And you just said that you could look at talc
20   in tissue and recognize it by polarized light.
21       Isn't it true that you hardly ever do that?
22       MS. AHERN:  Objection.  Form.
23   BY MR. DEARING:
24       Q   In fact, I think those were your actual words,
25   that you hardly ever do that.

7 (Pages 22 to 25)

Robert Kurman, M.D.

Page 26

1      A   Well, let me describe the situation to you.  I
2  don't routinely use tissue using polarized light.
3  There's got to be an indication.
4          The indication is, do I see a foreign-body
5  giant cell reaction?  Then I would say, "Ah, there may
6  be something here that's polarizable."  Then I would
7  polarize it.
8      Q   That doesn't happen very often, does it?
9      A   It does not happen very often.
10      Q   Have you ever participated in any lab study of
11  cellular reaction to talc exposure?
12      A   I haven't --
13      MS. AHERN:  Objection.  Form.
14      THE WITNESS:  I have not participated.  I'm not a
15  laboratory scientist.  I'm not a bench scientist.  I'm
16  a surgical pathologist.
17  BY MR. DEARING:
18      Q   And you're not qualified to perform analytical
19  scanning electron microscopy or transmission electron
20  microscopy or Raman spectroscopy, are you?
21      A   Those techniques are not those -- I don't use
22  those techniques.
23      Q   You've served on many peer review and
24  editorial committees for a variety of journals and
25  professional publications.

Page 27

1          Can you describe how that peer review process
2  typically works?
3      A   Sure.  Paper's submitted to a journal.  The
4  editor looks it over and determines, among the people
5  on the editorial board or people not necessarily on the
6  editorial board, who has the necessary expertise or
7  interest in the area to review the paper and provide a
8  commentary on it, pointing out whether the paper is
9  acceptable as submitted or are there problems with it
10  that need to be addressed by the authors.
11          So that reviewer then submits a report back to
12  the editor.  The editor reviews it, looks at it, one
13  reviewer's comments -- and invariably it is sent to
14  more than one reviewer -- and compares the review of
15  one reviewer to the review of another.
16          If they're concordant the editor, based on
17  that editor's judgment, would probably agree and say,
18  based on these reviewers' comments, I will either
19  accept the paper, I will reject it out of hand, or I
20  will resubmit it to the authors and say it's -- the
21  reviewers have deemed that your paper is acceptable
22  with the provision that you address certain specific
23  issues.  And those issues are listed for the -- for the
24  author to look at.
25          And the author reviews those comments and then

Page 28

1  decides how to respond to those comments.  And then
2  that's resubmitted to the -- to the editor.  And then
3  the editor, again, makes a decision.  Did these authors
4  provide enough explanation to now have successfully
5  addressed the concerns of the reviewers?  Or, hmm,
6  maybe not, in which case they might send it back to the
7  reviewers and ask them again to review the paper.
8          And it goes through the same process again of
9  the reviewers saying, well, yes, they have addressed
10  the questions, or, no, they haven't addressed the
11  questions and, therefore, again submit their
12  recommendation to the editor.
13      Q   And that's been your experience and your own
14  participation either by submitting general publications
15  for publication or serving on these review committees?
16      A   Yes.
17      Q   And would you agree that the primary purpose
18  of the peer review process is to validate proposed
19  scientific findings, methodologies, opinions, and
20  hypotheses so that bad science doesn't get published in
21  journals?
22      MS. AHERN:  Objection.  Form.
23      THE WITNESS:  The responsibility of the reviewers
24  is to perform a fair review of the science and
25  determine whether that science has been -- is

Page 29

1  appropriate -- is reliable, is valid, and, therefore,
2  agree or disagree, as I said earlier, to either reject
3  or accept the paper.
4  BY MR. DEARING:
5      Q   None of the opinions that you're offering
6  today regarding talc and ovarian cancer have ever been
7  published or have ever gone through any peer review
8  process, have they?
9      A   That's correct.
10      Q   Have you tried to publish your opinions about
11  talc and ovarian cancer?
12      A   No, I have not.
13      Q   When Johnson & Johnson first approached you
14  for serving as an expert witness in the MDL litigation
15  that we are here about today, what's your understanding
16  of what they wanted you to do?
17      A   Well, it was my impression from speaking with
18  them that the primary -- what my primary function was,
19  really, was to be an expert in gynecologic pathology,
20  which I am, I think, and go over the issues of ovarian
21  carcinogenesis from the standpoint of surgical
22  pathology and to review the data concerning talc
23  exposure and possible involvement in the development of
24  ovarian cancer in terms of ovarian carcinogenesis
25  causation and to review the plaintiffs' expert

8 (Pages 26 to 29)

Robert Kurman, M.D.

Page 30

1    gynecologic pathologist's report.
2        Q    And when you say "review the data," are you
3    talking about cell study data or are you talking about
4    epidemiology?  What are you referring to?
5        A    Well, specifically -- not epidemiologic data
6    because I testified to that before, but I'm not an
7    epidemiologist.  So it was -- really, the interest was
8    in my expertise in gynecologic pathology with the
9    focus, again, being on the -- my work as a gynecologic
10   pathologist.  As I said, I'm not a bench scientist.  I
11   can certainly review some of those papers, but my area
12   and expertise is surgical pathology.
13       Q    Is it fair to say that, if there are studies
14   out there pertaining to talc and ovarian cancer that
15   are not on your reference list, that you've not
16   reviewed them?
17       MS. AHERN:  Objection.  Form.
18       THE WITNESS:  I may have seen other papers that
19   I've looked at but didn't decide, for whatever reason,
20   to specifically -- there's a huge -- you know, there
21   are a lot of papers out there that I may have even
22   missed.  So there may be some things out there that I'm
23   not aware of that I didn't include.
24   BY MR. DEARING:
25       Q    Since epidemiology is not your specialty, is

Page 31

1    it fair to say that you've not considered the complete
2    body of literature in epidemiology on the issue of talc
3    and ovarian cancer?
4        A    No, no, I wouldn't say that at all.  I've
5    looked at those epidemiology papers, and even though
6    I'm not an epidemiologist, I can get a -- I can
7    understand them.  I'm not an expert in epidemiology,
8    but their papers are important, and I reviewed them.
9        Q    Right.  And if you reviewed them, are they
10   identified on your reference materials list, either the
11   first one or the one I got yesterday?
12       A    I imagine that some of them are.  I'd have to
13   look specifically.
14       Q    Okay.  Well, I didn't see any epidemiology
15   studies on the first list I was provided with your
16   original report.  You're welcome to look at it.  It's
17   right in front of you.  But does that sound right?  I'm
18   not going to spend a lot of time on it.
19       MS. AHERN:  Are you talking about his reference
20   list from his report?
21   BY MR. DEARING:
22       Q    Right.  I didn't recognize any epidemiology
23   studies --
24       A    Well, I'd have to go through the reference
25   list and look at them, actually.  Can I do that?

Page 32

1        Q    Sure.  There are several on the second one
2    that I got yesterday, but right now I'm asking you
3    about the first one.
4        A    Okay.  Well, for starters, Camargo, I believe,
5    may have been an epidemiologic study.
6        Q    Can you refer me to what page?
7        A    Oh, I'm looking at page 12 of the references,
8    Number 9, Camargo.
9        Q    Okay.
10       A    There are a couple of papers by Dan Cramer, 14
11   and 15, which are epidemiologic studies, one -- 15, in
12   fact, was published in an epidemiology journal.
13           Number 23, Falconer in "Ovarian Cancer Risk
14   After Salpingectomy:  A Nationwide Population-Based
15   Study."
16       Q    Let me ask a question in a different way, if I
17   can.
18       A    Okay.
19       Q    Certainly lots of these studies rely on
20   population data.
21           Did you rely on any of the population data or
22   findings of epidemiology studies in preparing your
23   report and the opinions within your report?
24       A    Well, as I've said, I've indicate I -- earlier
25   on in the litigation, I have reviewed -- I reviewed

Page 33

1    many of these studies, the epidemiologic studies.  I
2    briefly looked at them again -- over again and didn't
3    see any reason that they brought -- changed my
4    testimony from what I've done in the past.
5            So, yes, I have looked at them and I've taken
6    them into account.
7        Q    Do you think you have reviewed epidemiology
8    studies on this topic of talc and ovarian cancer that
9    aren't reflected in your reference list?
10       A    I may have, yes.
11       Q    Have you reviewed the Terry study?
12       A    Terry study, no, does not sound familiar.
13       Q    Have you reviewed the Taher study, T-a-h-e-r?
14       A    I'd have to see that one.  I might have.  Do
15   you have it?
16       Q    I do.  We're going to come back to it in a
17   little bit.  I'm just trying to get a --
18       A    At this point, I won't comment.  I'd like to
19   see it.  I may have.
20       Q    You may have?
21       A    Yeah.
22       Q    How about Penninkilampi?  Have you looked at
23   that study?
24       A    I looked at the abstract.
25       Q    On page 12 of your report -- and I think you

9 (Pages 30 to 33)

Robert Kurman, M.D.

Page 34

1    sort of just said this -- you say that "Although
2    Dr. Kane offers opinions in a host of areas outside of
3    her field, including epidemiology and cancer biology, I
4    will focus my report on the primary area of" --
5        A   Excuse me.  Could you tell me exactly where
6    you are reading from?
7        Q   Sure.  Page 12.
8        A   Yeah, I got that.
9        Q   At the top.  First paragraph.
10       A   Okay.
11       Q   Last sentence.
12       A   Okay.
13       Q   "Although Dr. Kane offers opinions
14    in a host of areas outside her field,
15    including epidemiology and cancer
16    biology, I will focus my report on my
17    primary area of expertise, gynecologic
18    pathology."
19           So I want to ask you about that statement.
20           Does that mean that you only intend to testify
21    about gynecologic pathology, and not epidemiology and
22    cancer biology?
23       MS. AHERN:  Objection.  Form.  Depends what you ask
24    him.
25       MR. DEARING:  He seems to be defining the

Page 35

1    parameters of his testimony.  So I want to know what
2    he's comfortable with testifying about.
3        MS. AHERN:  Understood.
4        THE WITNESS:  As I said, that is my primary focus.
5    An epidemiology study that may touch on it briefly, I
6    could mention, but it isn't what I'm focusing my
7    specific testimony on.
8        BY MR. DEARING:
9        Q   So, as you sit here today, it is not your
10    intention to dissect epidemiology studies?
11       A   That's correct.
12       Q   And it is not your intention to offer
13    testimony on cancer biology?
14       MS. AHERN:  Objection.  Form.
15       BY MR. DEARING:
16       Q   Right?
17       A   That's correct.
18       Q   Does your report contain a complete outline of
19    your opinions?
20       MS. AHERN:  Objection.  Form.
21       THE WITNESS:  What do you mean by a "complete
22    outline" of my opinions?
23       BY MR. DEARING:
24       Q   Does your report contain a complete statement
25    of your opinions regarding talc and ovarian cancer?

Page 36

1        MS. AHERN:  Objection.  Form.
2        THE WITNESS:  Pretty much so, yes.
3        BY MR. DEARING:
4        Q   Are you intending to offer any opinions that
5    are not contained in your report?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  I'd have to hear the question, but I
8    don't think I would.
9        BY MR. DEARING:
10       Q   Was it your idea to add the 16 defense experts
11    to your second reference list -- 16 expert reports?
12       A   No.
13       MS. AHERN:  David, can I just quickly -- it might
14    help a little bit.  We put together the reference list
15    which contains any materials we provided to him, should
16    he want to review them, and also includes articles I
17    think he found himself that he's reviewed.
18           So we tried to give you a complete list of
19    everything that he had to consider.  You'll have to ask
20    him if he actually reviewed it.
21       BY MR. DEARING:
22       Q   The only plaintiff expert report you reviewed
23    was Dr. Kane's; right?
24       A   Correct.
25       Q   Are the opinions of the other defense experts

Page 37

1    in this case relevant to your pathology opinions?
2        A   Well, I didn't read them.  So I can't comment
3    on them.
4        Q   But if you thought they were relevant, you
5    would have read them; right?
6        A   Since they weren't pathologists and my focus
7    was on the pathology, I -- I would think that's
8    correct.  I would focus on pathology.
9        Q   Certainly your pathology opinions are not
10    dependent on the opinions of the other defense experts;
11    right?
12       A   Well, again, I'd have to see -- if you're
13    referring to something specifically, I would like to
14    see what it is.  But, in general, they're not -- it's
15    not focused -- if they don't discuss pathology, it is
16    not relevant to my testimony.
17       Q   Since your report was written long before
18    yesterday when I received your supplemental reference
19    list, is it fair to say that none of the opinions in
20    your report are dependent upon anything that's on the
21    reference list that I was provided yesterday?
22       A   That's correct.
23       Q   Do any of the materials I was recently
24    provided on your second reference list influence or
25    affect or change any of the opinions that you've

10  (Pages 34 to 37)

Robert Kurman, M.D.

Page 38

1    already put in your report?
2        A    Let me look at that reference list again.
3        Well, I don't know if I mentioned it.  I did
4    read -- oh, I did mention it earlier.  I read
5    Dr. Shih's deposition, and it included a report of his,
6    a study he was doing.  I read that.  But I mentioned
7    that before.
8        Other than that, no.  I mean, obviously, the
9    Jeff Seidman study, I was an author.  I'm involved with
10   that paper on papillary tubal hyperplasia.  I wrote it,
11   so I know that.
12       I would say, yes, actually, looking at it,
13   there was an important paper that is listed on
14   page 2 -- important in my opinion -- by -- it is the
15   second one from the top.  Ducie, H. et al., which I
16   would -- it's not in my original report, but I would --
17   I might refer to that.
18       Q    I believe the question was did your review any
19   of the materials on the supplemental reference list
20   affect or change any opinions --
21       A    Oh.
22       Q    -- you've already written in your report?
23       A    No, it does not change my opinion.
24       Q    If you are not intending to offer epidemiology
25   opinions or discuss the underlying data of epidemiology

Page 39

1    studies, why did you add about 15 epidemiology studies
2    in your supplemental list for today's deposition?
3        MS. AHERN:  Objection.  Form.
4    BY MR. DEARING:
5        Q    Or was your testimony you didn't add those;
6    someone else did?
7        A    Yes.
8        Q    Okay.
9        A    They were provided to me.  If I was of
10   interest to read them, I could read them.  But I didn't
11   read them.
12       Q    Okay.
13       A    I did mention I did look at the abstract of
14   Penninkilampi.
15       Q    Do you think you read any of the epidemiology
16   studies that are in the supplemental list?
17       A    Let me take a look.
18       MS. AHERN:  You mean recently or previously?
19   BY MR. DEARING:
20       Q    They're in a reliance list.  So did you read
21   any anticipating you might review on them?
22       MS. AHERN:  Well, I would object to the
23   characterization this is a reliance list.  This is a
24   supplemental list of materials that we either provided
25   to him or he selected himself so that you had full

Page 40

1    disclosure of what he might have reviewed in
2    preparation for the deposition.  We were just
3    overinclusive.
4        MR. DEARING:  Thank you.
5    BY MR. DEARING:
6        Q    Did you read any of these studies that are on
7    the supplemental list?
8        A    Again, as I mentioned --
9        Q    You read one of them, but --
10       A    -- in the past when I did discuss epidemiology
11   in greater detail, I have read Gates, Gertig.
12   Gonzalez, I actually might have looked at more
13   recently.  Houghton, I've looked at in the past.  I
14   mentioned Penninkilampi.
15       Q    Are you prepared to discuss those studies
16   today?
17       A    Well, as I said, I looked in the past.  I
18   haven't really recently gone over them in depth.  If
19   there's some specific question you may want to ask, I
20   could look at it.  But the focus of my testimony is not
21   on the epidemiology, as we've discussed.
22       Q    I want to try today to keep you within your
23   field of expertise, and I don't want to drag you out in
24   any other area that you're not comfortable in or you
25   don't feel qualified in.  So if I do that, please tell

Page 41

1    me.  Okay?
2        A    Okay.
3        MS. AHERN:  Objection.
4    BY MR. DEARING:
5        Q    Based on your research that you've done in
6    your entire career, both before and after Johnson &
7    Johnson hired you as an expert in this case and in this
8    litigation, in general, years ago, would you agree with
9    me that there are about 30 or so epidemiology studies
10   on talc and ovarian cancer that are not on either of
11   your reference lists?
12       MS. AHERN:  Objection.  Form.
13       THE WITNESS:  I'd have to go over and look all
14   these 30 that you mentioned.  So I can't really
15   comment.
16   BY MR. DEARING:
17       Q    As you sit here now, would you agree that your
18   two reference lists do not include all of the
19   epidemiology studies, not even all the meta-analysis
20   studies, on talc and ovarian cancer?
21       A    That is correct.
22       Q    And that's because either you weren't aware of
23   them or you read them and didn't find them compelling
24   or the attorneys didn't put it on the list for you to
25   review; right?

Robert Kurman, M.D.

Page 42

1    MS. AHERN: Objection. Form.
2    THE WITNESS: Yeah, could you please --
3    MR. DEARING: Sure.
4    THE WITNESS: -- rephrase your question.
5    BY MR. DEARING:
6    Q    So there are quite a few epidemiology studies
7    and meta-analyses on talc and ovarian cancer that are
8    not on either of your reference lists.
9    A    That's correct.
10    Q    Ms. Ahern just said on the record that they
11    provided you the reference list.
12    MS. AHERN: Objection. Form. The supplemental
13    reference list is the one that we put together.
14    MR. DEARING: Okay.
15    BY MR. DEARING:
16    Q    If there are epidemiology studies that are not
17    on your original reference list -- let me ask you:  Did
18    you put together your original reference list?
19    A    Yes.
20    Q    Did the lawyers help you do that?
21    A    Not really.  It was me.
22    Q    Okay.  The original reference list has a
23    handful of epidemiology studies that we started to go
24    through.
25    A    Yes.  We were only up to like page 2.  There

Page 43

1    may have been more.
2    Q    Right.  But it's your list?
3    A    Yes.
4    Q    You wrote it.  You made it.
5    A    Yes.
6    Q    You know there are quite a few epi studies
7    that are not on that list; right?
8    MS. AHERN: Objection. Form.
9    THE WITNESS: That is correct.
10    BY MR. DEARING:
11    Q    And there are quite a few that aren't on the
12    list you made, and there are quite a few that still
13    aren't on the list that the lawyer made, the
14    supplemental list; right?
15    A    Please rephrase your question.
16    Q    Sure.
17        Whatever reason, your reference list does not
18    include quite a few epidemiology studies; right?
19    MS. AHERN: Objection. Form.
20    BY MR. DEARING:
21    Q    We've already established that.
22    A    We said that, right.
23    Q    The second list that I got yesterday also
24    excludes quite a few epidemiology studies, including
25    several meta-analysis studies.

Page 44

1    Do you agree with that?
2    MS. AHERN: Objection. Form.
3    THE WITNESS: That is correct.
4    BY MR. DEARING:
5    Q    Now, because you didn't prepare the second
6    list, the lawyers did, and the fact that some of those
7    large studies are not on this list, do you interpret
8    that to mean they didn't provide those to you or didn't
9    think you should look at those?
10    MS. AHERN: Objection. Form.
11    THE WITNESS: I don't know what the -- what the
12    reason was why they weren't included on that list.
13    BY MR. DEARING:
14    Q    Before we get too far into the pathology weeds
15    today, I want to ask you just some basic questions to
16    make sure we're communicating well, like some
17    definitions.
18        For example, if I use the term "biologic
19    plausibility," can you tell me what that means to you?
20    Or does it mean anything to you?
21    A    It means something to me.  I think it's a
22    factor that would be very important in establishing
23    causation.  So the way I interpret -- view it is that
24    it's -- biologic explanations often, really, base
25    cellular studies or extracellular studies that could be

Page 45

1    incorporated with the human population studies to seem
2    to go together in supporting a particular argument.
3    Q    Are you familiar with the nine Bradford Hill
4    considerations that are used to assess the strength of
5    proposed causal associations?
6    MS. AHERN: Objection to form.
7    THE WITNESS: I'm familiar with the Bradford Hill
8    criteria, yes.
9    BY MR. DEARING:
10    Q    Are you familiar with the biologic
11    plausibility consideration of the Bradford Hill
12    assessment?
13    A    That's what I just explained, I thought.
14    Q    Okay.  That's what I'm asking you.  I wanted
15    to know is that your interpretation of the Bradford
16    Hill criteria or assessment, or is that your,
17    Dr. Kurman's, definition of biologic plausibility?
18    MS. AHERN: Objection. Form.
19    THE WITNESS: That's my interpretation, which is
20    what I believe is the criterion spelled out by Bradford
21    Hill.
22    BY MR. DEARING:
23    Q    In the term "biologic plausibility," as you've
24    just described it, how do you define "plausibility"?
25    A    I thought I just described it.

12 (Pages 42 to 45)

Robert Kurman, M.D.

Page 46

1    Q   Well, tell me what you mean by plausibility.
2    MS. AHERN:  Objection.  Form.  Asked and answered.
3    THE WITNESS:  I -- that's -- "plausibility" is a
4    very general term.  Bradford Hill describes not
5    plausibility but biological plausibility, and that's
6    what I just said a minute ago is my definition, which I
7    thought was an interpretation of the way Bradford Hill
8    used it.
9    BY MR. DEARING:
10   Q   To you, is there a difference between biologic
11   plausibility and biologic probability?
12   MS. AHERN:  Objection.  Form.
13   THE WITNESS:  I don't know exactly what biologic
14   probability is.  I would stick with biologic
15   plausibility.
16   BY MR. DEARING:
17   Q   Does biologic plausibility have any
18   application to pathology?
19   A   I think pathology studies could be used for
20   evidence of biologic plausibility in the application of
21   the Bradford Hill points.
22   Q   Right.  Bradford Hill is a epidemiology
23   causation assessment tool; right?
24   A   Correct.
25   Q   Right.  And you've already said you're not

Page 47

1    here to talk about epidemiology specifically; right?
2    MS. AHERN:  Objection.  Form.
3    THE WITNESS:  I -- that's what I said.
4    BY MR. DEARING:
5    Q   Okay.  So I'm trying to determine whether the
6    term "biologic plausibility" has any application to you
7    outside the field of epidemiology.
8    MS. AHERN:  Objection.  Form.  Asked and answered.
9    THE WITNESS:  As I mentioned, this litigation is
10   about causation, does talc cause ovarian cancer.
11   And what virtually everyone agrees is, in
12   order to come to a conclusion that it does, is to apply
13   the Bradford Hill criteria, of which biologic
14   plausibility is one among several that could go along
15   to support causation.
16   So in that regard, that's the way I'm
17   interpreting and using "biologic plausibility."
18   BY MR. DEARING:
19   Q   Do you agree that, in order to establish
20   causation, you do not have to satisfy all nine of the
21   Bradford Hill considerations?
22   A   I think that's correct, yes.
23   Q   I want you for this question, if you would, to
24   step out of the world of epidemiology and Bradford Hill
25   and just tell me, from a pathologist standpoint, what

Page 48

1    does the word "plausible" mean to you?
2    MS. AHERN:  Objection.  Form.
3    THE WITNESS:  We never use the term "plausible" --
4    BY MR. DEARING:
5    Q   Okay.
6    A   -- in -- in pathology.
7    Q   Okay.
8    A   I've never --
9    Q   So anytime that word "plausible" or
10   "plausibility" comes up today, you're going to be
11   discussing it in terms of epidemiological definitions,
12   or are you going to use it some other way?
13   MS. AHERN:  Objection.  Form.
14   He's giving you his definition, which is not
15   an epidemiologic deposition per se.
16   MR. DEARING:  I object.  That's not true.  For one,
17   he keeps referring back to what is in the Bradford Hill
18   criteria.  I don't know what his definition is.
19   MS. AHERN:  You keep defining Bradford Hill
20   criteria as epidemiology.  It's not.  I think that's
21   the confusion here.
22   MR. DEARING:  Let's ask.  Let me ask him.  Okay.  I
23   don't need your commentary, but thank you.
24   BY MR. DEARING:
25   Q   I believe you just testified that the

Page 49

1    definition you were giving of "biologic plausibility"
2    was what's offered in the Bradford Hill assessment; is
3    that right?
4    A   That's correct.
5    Q   Okay.  Is that also your definition?
6    A   That's what I said.
7    Q   Okay.  And you don't have any other definition
8    of "plausibility" other than the way it is interpreted
9    and defined as part of the Bradford Hill assessment?
10   MS. AHERN:  Objection.  Form.
11   THE WITNESS:  Well, as I said, and I'll repeat it,
12   that -- in this litigation, we're attempting to
13   determine whether talc causes ovarian cancer.  The --
14   everyone seems to agree that the Bradford Hill criteria
15   is the way to establish that.  One of those criteria is
16   biologic plausibility.
17   My definition of "biologic plausibility" is
18   the biologic plausibility that Bradford Hill uses in
19   his several points.
20   BY MR. DEARING:
21   Q   And you've articulated that to the best of
22   your ability already?
23   A   Yes.
24   Q   As part of your methodology that you employed
25   in arriving at your expert opinions regarding talcum

13  (Pages 46 to 49)

Robert Kurman, M.D.

Page 50

1     powder and ovarian cancer, did you assess whether it is
2     biologically plausible for talcum powder to cause
3     inflammation?
4          A    Talcum powder can cause inflammation.
5          Q    Did you consider biologic plausibility that
6     talcum powder could cause inflammation that might be a
7     precursor to cancer?
8          A    For starters, I think it's very important to
9     look at chronic inflammation. I've noticed that people
10    tend to throw that around. "Chronic inflammation" is a
11    very broad term.
12              In terms of the talc exposure, it really
13    refers to a very specific subtype of chronic
14    inflammation -- I alluded to it earlier -- namely
15    foreign-body giant cell granulomatous inflammation.
16    And that, in my opinion, has not been shown to be
17    associated with ovarian cancer.
18         Q    So are you saying the only type of chronic
19    inflammation that might contribute to causing ovarian
20    cancer is the giant cell granuloma-type inflammation?
21         A    No, no.
22         MS. AHERN: Objection to form.
23         THE WITNESS: That's not what I said.
24    BY MR. DEARING:
25         Q    Okay. Can you repeat what you just --

Page 51

1          A    Sure.
2          Q    -- tried to explain.
3          A    I said that chronic inflammation is a very
4     broad term. And in the context of this litigation,
5     specifically does talc cause ovarian cancer, talc
6     causes a very specific -- or I should say induces a
7     very specific type of inflammation, which is referred
8     to as foreign-body giant cell granulomatous
9     inflammation. And that type of inflammation is not
10    associated with ovarian cancer.
11         Q    How do you know that talc used in body powders
12    elicits that kind of inflammation that you just
13    described, giant cell granuloma inflammation?
14         A    Well, talc is what's -- what I'm referring to.
15    In the literature, talc has been used in a variety of
16    situations where it's caused foreign-body giant cell
17    granulomatous inflammation.
18         Q    What are some examples of those situations
19    where talc caused that?
20         A    Pleurodesis.
21         Q    Okay.
22         A    Contamination from gloves.
23         Q    Right.
24         A    That would be the -- well, sometimes it's been
25    seen in creating skin granulomas. I remember one case

Page 52

1     that I ran across that a woman used a -- an
2     antiperspirant that contained talc, and she got a
3     skin -- a granuloma in her axilla. That would be about
4     it.
5          Q    Giant cell granulomatous inflammation is
6     hardly -- is virtually never seen in gynecologic
7     tissue; right?
8          A    Very, very rare is it -- is it seen, that's
9     correct.
10         Q    Is it your testimony that the giant cell
11    granulomatous inflammation is the only kind of
12    inflammation that might be a precursor for cancer?
13         MS. AHERN: Objection. Form. Misstates his
14    testimony.
15         THE WITNESS: I didn't say that at all.
16    BY MR. DEARING:
17         Q    Okay. What other type of chronic inflammation
18    might be a precursor for cancer?
19         MS. AHERN: Objection. Form.
20         THE WITNESS: In my opinion, inflammation very
21    rarely initiates cancer. It can be seen certainly in
22    association with cancer, but it's usually -- it
23    typically occurs later in the whole process of
24    malignancy.
25    ///

Page 53

1     BY MR. DEARING:
2          Q    And in that statement, when you use the term
3     "inflammation," are you talking giant cell
4     granulomatous inflammation, chronic inflammation, or
5     something else?
6          A    I'm --
7          MS. AHERN: Objection. Form.
8          THE WITNESS: I'm not talking about foreign-body
9     giant cell granulomatous inflammation, which, as I said
10    earlier, I don't see any evidence of causing ovarian
11    cancer.
12              So when I was referring in a more general
13    statement to respond to your question about chronic
14    inflammation, I was referring to chronic inflammation
15    of a different type.
16    BY MR. DEARING:
17         Q    Okay. You first said when we started talking
18    about inflammation, that it's very important to make
19    sure we're talking about the same kind of inflammation,
20    because they are different types; right?
21         A    That's correct.
22         Q    That's why I'm trying to be very specific
23    about this.
24              Are you aware of any other types of chronic
25    inflammation, other than giant cell or granulomatous

14 (Pages 50 to 53)

Robert Kurman, M.D.

Page 54

1  inflammation, that can cause cancer?
2      MS. AHERN: Objection. Form.
3      THE WITNESS: We're really talking about, again, my
4  testimony specifically concerned with ovarian cancer.
5  So I'm not talking about pancreatic cancer, lung
6  cancer, stomach cancer.
7          I mean, cancers are all different, and I'm not
8  going to stand up and tell you -- respond to that
9  question because it's a very general question.
10 BY MR. DEARING:
11     Q   I thought it was a very specific question.
12         There -- you discuss in your report
13 essentially two types of inflammation -- chronic
14 inflammation, infectious chronic inflammation and
15 noninfectious; right?
16     MS. AHERN: Objection. Form.
17     THE WITNESS: That's one type.
18 BY MR. DEARING:
19     Q   That's two types.
20     A   Well, two types.
21     Q   Okay. Are there any other types of chronic
22 inflammation?
23     A   Just general chronic inflammation not
24 associated -- well, infectious or noninfectious, right.
25     Q   Okay. So breaking inflammation down, there's

Page 55

1  two broad types, either infectious or noninfectious;
2  right?
3      MS. AHERN: Objection.
4          Are you talking about foreign body, or are you
5  talking about general inflammation?
6      THE WITNESS: Right. Foreign-body giant cell
7  reaction is a type of -- type of inflammation that can
8  be either infectious or noninfectious. But it's
9  different than other types of chronic inflammation,
10 which may be infectious or noninfectious.
11 BY MR. DEARING:
12     Q   What's your understanding of the plaintiffs'
13 experts' explanation for how talc causes chronic
14 inflammation which can cause ovarian cancer?
15     A   You're specifically referring to Dr. Kane?
16     Q   Well, it's not just Dr. Kane's position, is --
17 well, you probably haven't read all the other
18 plaintiffs' positions.
19         So as you understand it, based on whatever
20 you've looked at, what's your understanding of that
21 mechanistic process?
22     A   I believe it's unreliable and invalid.
23     Q   No, I don't want your commentary. I want what
24 do you understand that the plaintiffs' experts are
25 alleging.

Page 56

1      MS. AHERN: Objection. Form.
2      THE WITNESS: I haven't read the other experts, as
3  you yourself pointed out. I've read Dr. Kane's
4  explanation. And, as I said, her explanation, I
5  believe, is invalid and unreliable.
6  BY MR. DEARING:
7      Q   So as you sit here today, you have no idea how
8  the plaintiffs, through their experts, are alleging
9  talc causes ovarian cancer?
10     A   I didn't --
11     MS. AHERN: Objection. Form.
12     THE WITNESS: Excuse me. I've interrupted you.
13         I didn't read those expert reports. I don't
14 know what they said.
15 BY MR. DEARING:
16     Q   I know you haven't read the reports, but are
17 you saying that you don't know what the plaintiffs'
18 experts are alleging as a mechanistic process of how
19 talc causes ovarian cancer?
20     MS. AHERN: Objection. Form.
21     THE WITNESS: How would I know if I can't read the
22 reports? I don't know what they said.
23 BY MR. DEARING:
24     Q   What's your understanding of Dr. Kane's
25 opinion on how talc causes ovarian cancer?

Page 57

1      A   I just told you. I said I thought it's
2  invalid and unreliable.
3      Q   I'm not asking you for what you think of it.
4  I'm asking you what's your understanding of what she is
5  saying.
6          How does she describe the mechanism of how
7  talc causes ovarian cancer?
8      A   Well, why don't we go through her report, and
9  I can discuss those with you.
10     Q   You don't remember?
11     A   I want to go through them so we get them
12 absolutely right.
13     Q   I'll come back to it --
14     A   Okay.
15     Q   -- because that's a big part of this.
16     A   Okay.
17     Q   I just wanted to know what you remembered.
18     A   Okay.
19     Q   Is it your opinion that the notion that talc
20 can cause chronic inflammation, which can cause ovarian
21 cancer, is that process biologically plausible to you?
22     A   No.
23     Q   Not the slightest bit?
24     A   No.
25     Q   Why do you say that?

15 (Pages 54 to 57)

Robert Kurman, M.D.

Page 58

1    A   Because, as I -- based on my experience and my
2    reviewing of the literatures up to this point, talc
3    induces a specific type of chronic inflammation that
4    we're terming foreign-body granulomatous inflammation.
5         I have never seen that, in all my experience
6    in ovarian cancer, foreign-body giant cell reaction.
7    So, I mean, I've seen chronic inflammation in ovarian
8    cancer.  No one would dispute that.  But specifically
9    the kind of granuloma -- the kind of inflammation
10   induced by talc, I have not observed.
11   Q   Do you know whether you've treated patients or
12   performed surgical pathology on patient specimens of
13   women who used talcum powder for feminine hygiene
14   long-term?
15   A   I wouldn't know if they haven't used it, but I
16   haven't seen any evidence of it when I looked at tissue
17   specimens.
18   Q   So if you're looking at --
19   MS. AHERN:  David, when you get to a stopping
20   point, can we take a potty break.
21   MR. DEARING:  Sure.  Let me just wrap up this.
22   MS. AHERN:  Sure.
23   BY MR. DEARING:
24   Q   So what you're saying is you don't believe
25   that it's biologically plausible that talc can cause

Page 59

1    chronic inflammation that can cause ovarian cancer
2    because you've never seen it; right?
3    MS. AHERN:  Objection.  Form.
4    THE WITNESS:  We need to specifically say again the
5    kind of inflammation I'm talking about is foreign-body
6    giant cell inflammation, which is the type of
7    inflammation that's implicated with talc exposure.
8    Talc doesn't produce other types of chronic
9    inflammation.
10   BY MR. DEARING:
11   Q   Again, you said you've never seen, in your
12   career, a chronic inflammatory response to talc like
13   giant cell granulomas in gynecologic tissue; is that
14   what you are saying?
15   A   That's correct.
16   Q   So my question is, you're saying it's not
17   biologically plausible because you've never seen it;
18   right?
19   MS. AHERN:  Objection.  Form.
20   THE WITNESS:  Is that your question?
21        I've spent, as I said, 40 years looking at
22   gynecologic pathology specimens, including a large
23   number of ovarian cancers, and I have never seen a
24   foreign body -- I've seen a foreign-body giant cell
25   reaction in rare ovarian tumors, endometrial

Page 60

1    carcinomas, due to extrusion of keratin, which can
2    produce a foreign-body giant cell reaction.  That, I've
3    seen.
4         I've seen teratomas, nothing to do with the
5    litigation we're talking about now.  It's a completely
6    different kind of tumor.  It's a germ cell tumor.  And
7    I've seen, with extrusion of keratin in those
8    instances, a foreign-body giant cell reaction.
9         Apart from those instances and maybe suture
10   granulomas, which, again, are pretty obvious, I haven't
11   seen that type of reaction in association with ovarian
12   cancer during my entire career.
13   BY MR. DEARING:
14   Q   And are you saying you haven't seen that type
15   of inflammatory reaction in gynecologic tissue to any
16   foreign particle?
17   A   Well --
18   MS. AHERN:  Objection.  Form.
19   THE WITNESS:  -- as I just said --
20   BY MR. DEARING:
21   Q   Except for sutures?
22   A   Suture granulomas and the keratin that I
23   mentioned, which is --
24   Q   That's endogenous?
25   A   Yeah, but it -- yeah, okay.  Aside from that,

Page 61

1    I can't recall seeing anything, no.
2    Q   So aside from surgical sutures --
3    A   Uh-huh.
4    Q   -- you've never seen a giant cell
5    granulomatous foreign-body reaction in gynecologic
6    tissue?
7    A   Again, I mentioned the keratin --
8    Q   I'm sorry.  Responding to foreign material?
9    MS. AHERN:  Objection.  Form.
10   THE WITNESS:  That's correct.
11   MR. DEARING:  Want to take a break?
12   MS. AHERN:  Thank you.
13   VIDEO OPERATOR BROWN:  The time is now 10:31.
14   Going off the record.
15        (Recess taken.)
16   VIDEO OPERATOR BROWN:  Time is now 10:53.  Back on
17   the record.
18   BY MR. DEARING:
19   Q   Right before the break, Doctor, you made a
20   statement to the effect of "Talc doesn't produce other
21   types of chronic inflammation that can cause cancer."
22        Did you say something like that?
23   A   That's -- that's what I said.
24   Q   So what other types of inflammation do cause
25   cancer that you're referring to?

16  (Pages 58 to 61)

Robert Kurman, M.D.

Page 62

1    A    Well, again, in the ovary, there's absolutely
2  no evidence that inflammation causes cancer. I want to
3  be clear about that. Now, there may be other tumors
4  where it plays a role, but those are not things that
5  I'm familiar with.
6    Q    So are you saying that it's not biologically
7  plausible that other types of inflammation can cause
8  ovarian cancer?
9    MS. AHERN: Objection. Form.
10    THE WITNESS: I said I haven't observed it and I
11  wasn't aware of anything in the literature that showed
12  chronic inflammation causing ovarian cancer.
13  BY MR. DEARING:
14    Q    So because you haven't observed it, is it your
15  opinion that it's not biologically plausible?
16    MS. AHERN: Objection. Form. Misstates his
17  testimony.
18    THE WITNESS: Well, as I said, I haven't seen it
19  nor have I read any paper that has indicated that it
20  was a causative factor of ovarian cancer.
21  BY MR. DEARING:
22    Q    And the question is, is it biologically
23  plausible?
24    MS. AHERN: Objection. Form.
25    THE WITNESS: Insofar as what the literature has

Page 63

1  described about the type of inflammation induced by
2  talc, which has never shown any evidence of causing
3  cancer, I would say it's not plausible.
4  BY MR. DEARING:
5    Q    And the type of inflammation caused by talc
6  that you're referring to is talc typically left inside
7  the body from a contaminated surgical tool, for
8  example, surgical gloves maybe back in the day when
9  they still had talc; right?
10    A    Yeah.
11    MS. AHERN: Objection. Form.
12  BY MR. DEARING:
13    Q    So you're not suggesting that cosmetic-grade
14  baby powder talc is the type of talc that you're
15  referring to that you've seen these other inflammatory
16  responses to; right?
17    MS. AHERN: Objection. Form.
18    THE WITNESS: Please repeat -- rephrase that
19  question.
20    MR. DEARING: Sure.
21  BY MR. DEARING:
22    Q    You said you expect the inflammatory response
23  to talc to be giant cell granulomatous foreign-body
24  response; right?
25    A    Yes.

Page 64

1    Q    And when I -- so my question is, the talc that
2  you're referring to that elicits that type of response
3  is talc left behind from either a surgical tool or a
4  surgical glove or something like that; right?
5    MS. AHERN: Form.
6    THE WITNESS: That's correct.
7  BY MR. DEARING:
8    Q    And do you agree that the talc used
9  industrially for surgical gloves back in the '70s and
10  before, and potentially contaminating a surgical tool,
11  is different than cosmetic talc in baby powder?
12    MS. AHERN: Objection. Form.
13    THE WITNESS: I'm not exactly sure of that. This
14  is something that I don't have expertise in. I would
15  defer to a mineralogist to describe the references
16  between what you describe as industrial and cosmetic
17  talc.
18  BY MR. DEARING:
19    Q    Just to close the circle, is it your opinion
20  that it's not biologically plausible that any type of
21  chronic inflammation can cause ovarian cancer?
22    A    As I said, I've seen no evidence of chronic
23  inflammation causing ovarian cancer.
24    Q    My question is, is it biologically plausible,
25  in your opinion, that some type of inflammation can

Page 65

1  cause ovarian cancer?
2    A    Well, as I haven't seen it --
3    MS. AHERN: Objection. Form.
4    THE WITNESS: -- and I haven't read about it, I --
5  and it's been studied, I would say it's not
6  biologically plausible.
7  BY MR. DEARING:
8    Q    What methodology do you use to reach
9  conclusions about biologic plausibility?
10    A    Well, to begin with, as I said early on in the
11  deposition, I have spent 40 years looking at
12  gynecologic pathology, which ovarian cancer is one of
13  those. I have read extensively and kept up with the
14  literature. I've edited the third, fourth, fifth,
15  sixth, and in the process of the seventh edition, of
16  Blaustein's pathology textbook.
17    I was the lead author on the 2014 WHO
18  classification of ovarian cancer.
19    I participate in meetings, both domestically
20  and internationally. I review papers, as we discussed
21  earlier.
22    So I think all of that together amounts to the
23  way I evaluate biological plausibility.
24    Q    Is that a complete description of your
25  methodology used to evaluate biologic plausibility?

17 (Pages 62 to 65)

Robert Kurman, M.D.

Page 66

1    A   Well, as I mentioned also, in this particular
2  case, I reviewed what Dr. Kane claimed or alleged that
3  were causative agents.  I review those papers
4  specifically.  So that in addition to everything else I
5  described.
6    Q   So your methodology for evaluating biologic
7  plausibility is your reliance on your experience, your
8  review of the literature, your publication literature,
9  I guess, and your review of other expert opinions on
10 it?
11   MS. AHERN:  Objection.  Form.
12 BY MR. DEARING:
13   Q   Did I leave anything out?
14   A   I think that pretty much covers it.
15   Q   And, of course, you haven't published on talc
16 and ovarian cancer?
17   A   That's correct.
18   Q   And you think that's a complete, sound,
19 reliable methodology for assessing plausible --
20 biologic plausibility?
21   A   Please repeat the question.
22   Q   Sure.
23       Do you think that that is a complete and
24 reliable methodology for assessing plausible --
25 biologic plausibility?

Page 67

1    A   I believe it is, yes.
2    Q   On page 13 of your report -- and I don't know
3  if you need to look this up.  You use the word "inert."
4  You suggest that talc is inert.
5        I just want to know, what does "inert" mean to
6  you?
7    A   Well, I relied upon -- and I think IARC used
8  that exact same terminology, in fact.  And I think in
9  contrast to an inflammatory agent, for example, which
10 elicits more of a systemic immune response, talc is
11 very localized and it induces the migration of
12 macrophages, which then become histiocytes in tissue
13 which surround it and engulf it but don't elicit an
14 immune kind of response.  So, in that respect, I think
15 it is, quote/unquote, inert.
16   Q   What do you mean by "immune kind of response"?
17   A   Well, where -- antigen-presenting cells,
18 lymphocytes.  Lymphocytes induce various types of
19 reactions in response to an infectious agent, for
20 example.  That's not -- that doesn't occur with talc.
21   Q   So you told me why you think talc is inert,
22 but what does it mean to be inert?  How do you define
23 "inert," just the word?
24   MS. AHERN:  Objection.  Form.
25   THE WITNESS:  Well, I can't do any better than I

Page 68

1  have.
2  BY MR. DEARING:
3    Q   Okay.  Do you agree that inert particles can
4  cause an inflammatory response that could trigger or be
5  a precursor to cancer?
6    MS. AHERN:  Objection.  Form.
7    THE WITNESS:  As I just said, again, I think we
8  specifically -- in this litigation referring to talc as
9  an inert substance that does not produce an
10 inflammatory reaction that can cause ovarian cancer.
11 BY MR. DEARING:
12   Q   I understand that about talc and that's your
13 opinion.
14       My question is just because a foreign particle
15 is inert doesn't mean that it can't cause a
16 foreign-body inflammatory reaction that could be a
17 precursor lesion to cancer; right?
18   MS. AHERN:  Objection.  Form.
19   THE WITNESS:  No, I disagree with that.
20 BY MR. DEARING:
21   Q   Well, you would agree that talc does elicit an
22 inflammatory response in tissue; right?
23   A   A specific type of inflammatory reaction, we
24 described foreign-body giant cell granulomatous
25 reaction, yes.

Page 69

1    Q   And so if a large talc particle in the
2  peritoneal cavity elicits an inflammatory giant cell
3  granulomatous response and that inflammation is
4  chronic, can't that chronic inflammatory response
5  evolve into a lesion or a precursor lesion for cancer?
6    MS. AHERN:  Objection.  Form.  Assumes facts.
7    THE WITNESS:  Could you break that?  It was a
8  complex question.
9  BY MR. DEARING:
10   Q   It was a slow question, but it's a simple
11 question.
12   A   Okay.
13   Q   If a large talc particle is left in the
14 peritoneal cavity and evokes the type of response that
15 you say it should, a inflammatory giant cell
16 granulomatous foreign-body response, and it becomes a
17 chronic condition, can't that be a precursor lesion to
18 cancer, some kind of peritoneal cancer?
19   MS. AHERN:  Objection.
20   THE WITNESS:  I don't believe that's true.  It's
21 been demonstrated, as you've alluded to before,
22 surgical gloves can introduce talc into the peritoneal
23 cavity.  And I'm not aware of any cancer that's been
24 associated or induced by that contamination of talc in
25 the peritoneal cavity.

18  (Pages 66 to 69)

Robert Kurman, M.D.

Page 70

1    BY MR. DEARING:
2      Q   Do you agree with me that inert particles can
3    evoke a chronic inflammatory response, foreign-body
4    response, in the body?
5      A   As I said, inert particles induce a
6    foreign-body giant cell reaction of the sort -- similar
7    to what talc does.
8      Q   Do you agree that talc causes inflammation in
9    epithelial ovarian cells?
10     A   No.
11     MS. AHERN: Objection. Form.
12     THE WITNESS: I don't.
13   BY MR. DEARING:
14     Q   Do you believe that talc can cause
15   inflammation in any kind of ovarian cells?
16     A   Talc produce -- what kind of ovarian cell are
17   we talking about, for starters?
18     Q   Well, any kind you want to identify. Any
19   kind -- let me ask it again.
20       Do you have any opinions about whether
21   exposure to talc could cause any type of reaction in
22   any type of ovarian cells?
23     A   I've never seen any evidence of that or read
24   any evidence of that.
25     Q   Does that mean you don't think that's

Page 71

1    biologically plausible because you have never seen it?
2      MS. AHERN: Objection. Form.
3      THE WITNESS: Let me -- when you're talking
4    about -- you know, the ovary is a complex organ.
5    Contains germ cells, contains stromal cells, contains
6    surface epithelial cells.
7        Which cells are you actually talking about?
8    BY MR. DEARING:
9      Q   I'm talking about any type of ovarian cell.
10   I'm leaving it up to you to use any cell you like. Are
11   you telling me that talc causes no reaction in any type
12   of ovarian cell that you know of?
13     A   Well, there have been in vitro studies which
14   have used ovarian cells and shown some reaction, if
15   that's what you mean. I've seen that.
16     Q   Have you seen any studies that suggest that
17   epithelial cells exposed to talc undergo neoplastic
18   changes?
19     MS. AHERN: Objection. Form.
20     THE WITNESS: I think it is important to point out,
21   before we get all hung up on ovarian epithelial cells,
22   that if we are talking about -- which, basically, we're
23   talking about causation -- is that ovarian cancer does
24   not start from ovarian epithelial cells; it starts from
25   fallopian tube cells.

Page 72

1        So the fact that it might show some reaction
2    in epithelial cells of the ovary, which some biologic
3    studies -- in vitro studies have shown, doesn't have
4    anything to do with causation of ovarian cancer.
5    BY MR. DEARING:
6      Q   I realize that's your opinion and you've
7    published that, even. But you agree with me that not
8    all gynecologic pathologists agree with you that
9    invasive ovarian carcinomas start in the fallopian
10   tube?
11     MS. AHERN: Objection. Form.
12     THE WITNESS: Could you define which kind of
13   carcinomas you're talking about?
14   BY MR. DEARING:
15     Q   Sure. Let's start with serous invasive
16   carcinomas. You believe that's those typically start
17   in the fallopian tubes; right?
18     A   Low-grade or high-grade?
19     Q   High-grade.
20     A   High-grade, I believe, start in the fallopian
21   tube.
22     Q   And you would agree with not all gynecologic
23   pathologists degree with you on that; right?
24     A   The consensus at this point in time, 2019, is
25   that a vast, vast majority of pathologists believe that

Page 73

1    ovarian -- high-grade serous carcinoma begins in
2    fallopian tube epithelium.
3      Q   Vast, vast majority of them believe that? Is
4    that what you are saying?
5      A   Well, including your plaintiffs' expert, Susan
6    Kane -- Sarah Kane.
7      Q   I understand.
8        We'll come back to that.
9        Is it your testimony that it's not
10   biologically plausible that talc could cause any type
11   of inflammatory reaction in any type of ovarian cell?
12     MS. AHERN: Objection. Form.
13     THE WITNESS: Well, as I've said, there are some
14   in vitro studies in which exposure to talc has resulted
15   in some proliferation and -- excuse me. I take that
16   back, proliferation -- expression of some markers that
17   are markers of inflammation. Those studies I won't get
18   into it because I'm not, as I said, a bench scientist.
19   BY MR. DEARING:
20     Q   So there is some evidence that some ovarian
21   cells will respond in an inflammatory way to talc
22   exposure?
23     MS. AHERN: Objection. Form.
24   BY MR. DEARING:
25     Q   Is that what you are saying? There are

19 (Pages 70 to 73)

Robert Kurman, M.D.

Page 74

```
 1  studies.
 2      A   That's what I said just now.
 3      Q   Okay.  Just making sure I understand.
 4          Do you agree that asbestos is a known human
 5  carcinogen?
 6      A   Yes, I --
 7      MS. AHERN:  Objection.  Form.
 8      THE WITNESS:  Yes, I agree that asbestos is a known
 9  carcinogen.
10  BY MR. DEARING:
11      Q   And you're familiar with IARC, right, the
12  International Agency for Research on Cancer?
13      A   I -- well, I am, yes.
14      Q   And it's an international intergovernmental
15  agency created in 1965; right?
16      MS. AHERN:  Objection.  Form.
17      THE WITNESS:  I don't know when it was created, but
18  I'm familiar with IARC.
19  BY MR. DEARING:
20      Q   And it forms part of the World Health
21  Organization, which is part of the United Nations;
22  right?
23      A   It's part of the World Health Organization.
24      Q   And there are 25 member nations, and it's made
25  up of probably a thousand or more scientists.
```

Page 75

```
 1          Would you agree with that?
 2      A   You'd have to show me the data for that.  I
 3  don't know.
 4      Q   Okay.  Well, would you agree it's made up of
 5  at least hundreds of scientists?
 6      MS. AHERN:  Objection.  Form.
 7      THE WITNESS:  I want to see what you're talking
 8  about.  I don't know how many are involved.
 9          (The document referenced below was
10          marked Deposition Exhibit 3 for
11          identification and is appended hereto.)
12  BY MR. DEARING:
13      Q   I'm handing you Exhibit 3, which is taken from
14  the IARC website, and it identifies IARC's mission
15  statement.
16          Have you ever seen that before?
17      MS. AHERN:  Objection to the document.  Does it
18  have a date?
19      MR. DEARING:  Well, I printed it off yesterday, but
20  no.
21      MS. AHERN:  Okay.
22  BY MR. DEARING:
23      Q   Have you ever looked at IARC's mission
24  statement before?
25      A   I can't -- hmm.  I got twisted up here for a
```

Page 76

```
 1  second.
 2          I have -- no, I can't say that I have looked
 3  at their mission statement.
 4      Q   Okay.  Well, in the second paragraph, it says:
 5          "The objective of the IARC is to
 6  promote international collaboration in
 7  cancer research.  The agency is
 8  interdisciplinary, bringing together
 9  skills in epidemiology, laboratory
10  sciences, and biostatistics to identify
11  the causes of cancer so that
12  preventative -- preventive measures may
13  be adopted and the burden of disease and
14  associated suffering reduced.  A
15  significant feature of the IARC is its
16  expertise in coordinating research
17  across countries and organizations.  Its
18  independent role as an international
19  organization facilitates this activity.
20  The agency has a particular interest in
21  conducting research in low- and
22  middle-income countries through
23  partnerships and collaborations with
24  researchers in these regions."
25          Is that your understanding of IARC's mission?
```

Page 77

```
 1      A   Well --
 2      MS. AHERN:  Objection.  Form.
 3      THE WITNESS:  -- that's what it states.
 4  BY MR. DEARING:
 5      Q   Do you have any --
 6      A   I have no reason --
 7      Q   -- that that's not --
 8      A   -- to argue with it.
 9      Q   Okay.  Are you aware that in 2009 IARC issued
10  a monograph that stated that there is sufficient
11  evidence now available to show that asbestos causes
12  cancer of the ovary?
13      A   I am aware of it.  I would question their
14  methodology and who the individuals were on that
15  committee that came to that conclusion, because, in
16  looking at that, and I am familiar with it, I had
17  significant issues with the -- their methodology that
18  they used and the conclusions that they drew from that.
19      Q   Do you believe asbestos can cause ovarian
20  cancer?
21      A   At this point, I do not believe that's the
22  case.
23      Q   That same monograph states that "Studies
24  suggest that asbestos can accumulate in the ovaries of
25  women who are exposed to it."
```

20  (Pages 74 to 77)

Robert Kurman, M.D.

Page 78

1          Do you agree with that statement?
2      MS. AHERN:  Objection.  Form.
3      THE WITNESS:  The -- as I recall, those studies
4   that they're citing were inhalation studies of very --
5   of occupational -- of people that were exposed
6   occupationally or environmentally to very high doses of
7   asbestos and which bear -- nothing to do with perineal
8   exposure.
9   BY MR. DEARING:
10     Q   The question is do you agree that studies
11  suggest that asbestos can accumulate in the ovaries of
12  women who are exposed to it?
13     A   I'd have to see the studies where it shows
14  that.
15     Q   So you don't have an opinion on that?
16     A   No.  I said I'd like to see the studies.  I
17  don't believe -- I'd like to see it.
18     Q   I don't have them.
19     A   Okay.
20     Q   So I'm asking do you have an opinion on that.
21     A   My opinion is, as I said earlier, asbestos
22  does not cause ovarian cancer.
23         (The document referenced below was
24         marked Deposition Exhibit 4 for
25         identification and is appended hereto.)

Page 79

1   BY MR. DEARING:
2      Q   This is Exhibit 4, and this is the monograph
3   I'm referring to.
4          If you look at -- have you seen this before,
5   this monograph?  This is where those statements came
6   from.
7      A   I have seen the monograph, I don't
8   specifically recall this page.
9      Q   Okay.  Well, look at the bottom of it, that
10  table.  And do you see -- these are Group 1 agents, and
11  IARC defines Group 1 agents as known human carcinogens;
12  right?
13     A   Yes, correct.
14     Q   And it identifies, first of all, arsenic as a
15  known human carcinogen, and it identifies tumor sites
16  for which there is sufficient evidence of human
17  carcinogenicity as lungs, skin, urinary bladder.
18         Do you see that?
19     A   In the second column I see lungs, skin, yes,
20  urinary bladder.  Uh-huh.
21     Q   And a little bit further down it identifies
22  chromium as a Group 1 carcinogenic.
23         Do you see that?
24     A   I do.
25     Q   And it identifies the lung as a potential

Page 80

1   tumor site for chromium cancer; right?
2      A   Yes.
3      Q   And then right below that is nickel, nickel
4   compounds, is identified as a Group 1 agent.  And it
5   identifies tumor sites for which there is sufficient
6   evidence in humans as lungs, nasal cavity, and
7   paranasal sinuses.
8          Do you agree?
9      A   I see that.
10     Q   Do you agree that arsenic, chromium, and
11  nickel are known human carcinogens?
12     A   Well, according to IARC, they are.
13     Q   Do you agree that they are?
14     A   I agree with IARC on that.
15     Q   And then right below that, another Group 1
16  agent, it says asbestos.  And then it identifies --
17  one, two, three, four -- six types of asbestos.  And it
18  states the tumor sites for which there is sufficient
19  evidence in humans are lung, mesothelioma, larynx, and
20  ovary.
21         And are you saying now that you disagree that
22  the ovary -- that this is sufficient evidence that
23  asbestos can cause cancer in the ovaries?
24     A   I agree that the -- I agree with what I said
25  earlier, that the evidence upon which IARC came to the

Page 81

1   conclusion about ovarian cancer has significant issues
2   that I would argue with.
3      Q   That's not my question.  My question is do you
4   agree that asbestos can cause cancer in the ovary, like
5   IARC says?
6      MS. AHERN:  Objection.  Form.  Asked and answered.
7      THE WITNESS:  I just said I don't agree that it
8   causes ovarian cancer.
9   BY MR. DEARING:
10     Q   Do you -- if you move over to the fourth
11  column under asbestos, it describes the established
12  mechanistic events that cause the cancer.  And it says
13  the asbestos causes "impaired fiber clearance leading
14  to macrophage activation, inflammation, generation of
15  reactive oxygen and nitrogen species, tissue injury,
16  genotoxicity, aneuploidy and polyploidy epigenetic
17  alteration, activation of signaling pathways,
18  resistances to apoptosis."
19         So do you agree asbestos can cause lung
20  cancer?
21     A   Yes.
22     Q   Do you agree that that's the mechanism by
23  which asbestos can cause lung cancer?
24     MS. AHERN:  Objection.
25     THE WITNESS:  I should clarify what I just said a

21  (Pages 78 to 81)

Robert Kurman, M.D.

Page 82

1  moment ago using the term "cancer." And what I would
2  say is that asbestos is primary -- causes
3  mesotheliomas, which is a type of cancer but is very
4  different from adenocarcinoma or squamous cell
5  carcinoma of the lung, and which asbestos is -- plays
6  maybe a contributory role, but certainly not the major
7  role.
8  BY MR. DEARING:
9      Q.  Okay. So my question is do you believe that
10  asbestos can cause mesothelioma or other lung cancers
11  by the mechanism that's described in this table?
12      MS. AHERN: Objection. Form.
13      THE WITNESS: Well, I'm not an expert on
14  mesothelioma and asbestosis. However, I would agree
15  that asbestos causes mesothelioma -- pleural
16  mesothelioma and potentially these mechanisms might
17  explain it, but I haven't studied it.
18  BY MR. DEARING:
19      Q.  So you say that might be the mechanism, but
20  you just don't know?
21      A.  Well, I haven't studied it. I don't
22  specialize in asbestosis.
23      Q.  I'm not faulting you. I'm just saying you're
24  saying that could be, but you don't know. Does that
25  mean you don't have a concrete opinion on that, whether

Page 83

1  that's the mechanism that causes mesothelioma?
2      A.  Well, these are the mechanisms that IARC
3  describes which, you know, may be reasonable. But,
4  again, I don't have direct personal experience with
5  that. So I can't confirm every one of these features.
6      Q.  Okay. It also suggests that asbestos causes
7  cancer in the larynx.
8      Do you agree that -- that that's true?
9      MS. AHERN: Objection. Form.
10      THE WITNESS: I really don't know about the
11  laryngeal carcinoma.
12  BY MR. DEARING:
13      Q.  It also says there are possibly other sites
14  where asbestos causes cancer -- the colorectum, the
15  pharynx, the stomach.
16      Do you have any opinion about whether asbestos
17  causes cancer in those organs?
18      A.  Again, these are areas that I'm not -- I have
19  no involvement with. So I can't really comment.
20      Q.  Are you aware of other cancers that are caused
21  by this mechanistic process that's described here by
22  IARC for asbestos?
23      MS. AHERN: Objection. Form.
24      THE WITNESS: Could you rephrase that question?
25      MR. DEARING: Sure.

Page 84

1  BY MR. DEARING:
2      Q.  Are you aware of other cancers or do you have
3  knowledge to explain whether other cancers may be
4  caused by this mechanistic process described by IARC
5  pertaining to asbestos?
6      A.  Again, I mean, with established mechanistic
7  events, things like resistance to apoptosis, activation
8  of signaling pathways, epigenetic alteration,
9  genotoxicity, these are general mechanisms that have
10  been implicated in the development of cancer in
11  general.
12      Q.  So looking at this mechanism that's described
13  by IARC, it says, "Impaired fiber clearance leading to
14  macrophage activation."
15      Do you agree that macrophage activation is a
16  foreign-body response in the body?
17      MS. AHERN: Objection. Form.
18      THE WITNESS: Macrophages can be induced by a
19  variety of -- well, of course, you mentioned
20  foreign-body giant cell reaction, but other types of
21  inflammation can also induce the presence of
22  macrophages.
23  BY MR. DEARING:
24      Q.  And giant cell granulomas are an agglomeration
25  of macrophages; right?

Page 85

1      A.  Well, in the tissue, they're referred to
2  histiocytes, but they're basically macrophages.
3      Q.  So a giant cell is a joined group of
4  macrophages; right?
5      A.  Correct.
6      Q.  So according to this mechanism described by
7  IARC, macrophage activation occurs, which appears to be
8  defined as inflammation.
9      Would you agree that that's what they mean
10  there by saying "inflammation"?
11      MS. AHERN: Objection. Form.
12      THE WITNESS: Well, as I said just a moment ago,
13  macrophage activation can occur with a variety of
14  inflammatory reactions, not just only foreign-body
15  giant cell.
16  BY MR. DEARING:
17      Q.  Okay. Macrophage activation is a type of
18  inflammation; right? Is that a fair statement?
19      A.  Not really. It's part of the inflammatory
20  reaction. There are other cells as well --
21  lymphocytes, plasma cells, eosinophils,
22  polymorphonuclear leukocytes. Macrophages are one type
23  of cell involved in inflammation.
24      Q.  And then do you agree that inflammation can
25  lead to the generation of reactive oxygen and nitrogen

22 (Pages 82 to 85)

Robert Kurman, M.D.

|  | Page 86 |
|---|---|

1  species?
2      MS. AHERN: Objection. Form.
3  BY MR. DEARING:
4      Q   Is that outside your specialty?
5      A   Again, I mean, I've read enough about that to
6  know that, yes, macrophage activation could induce
7  reactive oxygen species.
8      Q   And reactive nitrogen species.
9      A   And reactive nitrogen species.
10     Q   And can reactive oxygen species and reactive
11 nitrogen species damage DNA?
12     A   Can it damage DNA?  Yes.
13     Q   And damaging, DNA, of course, can cause
14 uncontrolled proliferation of cells; correct?
15     MS. AHERN: Objection. Form.
16     THE WITNESS: Well --
17 BY MR. DEARING:
18     Q   I know there's some steps in between, but I'm
19 trying to speed this up.
20     MS. AHERN: Same objection.
21     THE WITNESS: Well, involvement -- interjection of
22 a certain agent into DNA can cause DNA damage, that's
23 true.
24 BY MR. DEARING:
25     Q   I'm not talking about certain agents.  I'm

|  | Page 88 |
|---|---|

1  BY MR. DEARING:
2      Q   So thank goodness you can have DNA damage
3  without cancer, but you can't have cancer without DNA
4  damage; right?
5      MS. AHERN: Objection. Form.
6      THE WITNESS: As far as I know, all cancers are
7  part of -- part of the development of cancer is
8  dependent on damage -- or I should say genotoxicity,
9  which means damage in DNA in some form.
10 BY MR. DEARING:
11     Q   And resistance to apoptosis can also be a
12 result of DNA damage; right?  That's part of the
13 problem with cancer is the cells don't -- they lose
14 their programmed ability to self-destruct; right?
15     MS. AHERN: Objection. Form.
16     THE WITNESS: That's one of the factors in
17 carcinogenesis, one of the factors.
18 BY MR. DEARING:
19     Q   But that resistance to apoptosis is a result
20 of DNA damage; right?
21     MS. AHERN: Objection. Form.
22     THE WITNESS: Generally speaking, it's an
23 activation of a suppressor gene called p53, maybe some
24 other genes as well.
25 ///

|  | Page 87 |
|---|---|

1  talking specifically about reactive oxygen species and
2  reactive nitrogen species.  Those agents can damage
3  DNA; right?
4      A   Yes, they can.
5      Q   And then cells with damaged DNA can become
6  cancer cells, can't they?
7      MS. AHERN: Objection. Form.
8      THE WITNESS: Not necessarily.  Not all of them do.
9  Some might.
10 BY MR. DEARING:
11     Q   Well, would you agree that all cancers are
12 borne out of some genetic disruption?
13     MS. AHERN: Objection. Form.
14     THE WITNESS: The issue is it plays a role in
15 carcinogenesis. But DNA damage, in and of itself, does
16 not invariably lead to malignant transformation.
17 BY MR. DEARING:
18     Q   Right.  But I'm asking the inverse of that
19 question.
20         You can't have cancer without original DNA
21 damage; right?
22     A   That's --
23     MS. AHERN: Objection. Form.
24     THE WITNESS: DNA damage is part of the process of
25 development of a carcinoma.

|  | Page 89 |
|---|---|

1  BY MR. DEARING:
2      Q   So as I mentioned, this is from 2009; right?
3  Do you agree with me?
4      A   I think that's --
5      Q   The date is at the very bottom of the page.
6      A   Yeah.
7      Q   It's right under the table, actually.
8      A   I see it, 2009.
9      Q   Okay.  So in 2009 IARC said, "Epidemiological
10 evidence has increasingly shown an association" --
11     A   Where are we reading now?
12     Q   I'm sorry.  The top of page 454, so the other
13 page, very top.
14     A   Uh-huh.
15     Q   "Epidemiological evidence has
16 increasingly shown an association for
17 all forms of asbestos (chrysotile,
18 crocidolite, amosite, tremolite,
19 actinolite, and anthophyllite) with an
20 increased risk of lung cancer and
21 mesothelioma."
22         Do you agree with that statement?
23     A   Yes.
24     Q   It goes on to say:
25     "Although the potency differences

Robert Kurman, M.D.

Page 90

1    with respect to lung cancer or
2    mesothelioma for fibers of various types
3    and dimensions are debated, the
4    fundamental conclusion is that all forms
5    of asbestos are carcinogenic to humans."
6        Do you agree with that?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: Well, again, I'm not an expert on the
9    different types of asbestos. I would leave -- I would
10   defer that to an mineralogist to agree as to whether
11   all types, as they state here, are associated with
12   cancer.
13   BY MR. DEARING:
14   Q   The next sentence says:
15       "Mineral substances, for example,
16   talc and vermiculite, that contain
17   asbestos should also be regarded as
18   carcinogenic to humans."
19       Do you agree with that statement?
20   A   Well, that's --
21   MS. AHERN: Objection. Form.
22   THE WITNESS: That's what IARC states. Again, I
23   don't agree with that, but that -- they state that, but
24   I don't agree with it.
25   ///

Page 91

1    BY MR. DEARING:
2    Q   If a mineral substance contains carcinogenic
3    asbestos, doesn't that make that mineral substance
4    carcinogenic?
5    MS. AHERN: Objection. Form.
6    THE WITNESS: We have no idea how much asbestos is
7    in there. It might be a totally minute amount, that
8    there's a contaminant that doesn't have any
9    relationship to the development of cancer.
10   BY MR. DEARING:
11   Q   Well, you would agree with me that the FDA has
12   determined that there's no safe level of asbestos
13   exposure; right?
14   MS. AHERN: Objection. Form.
15   THE WITNESS: As I said earlier, when it comes to
16   the specifics of the composition of asbestos or, for
17   that matter, talc, I would defer to a mineralogist.
18   BY MR. DEARING:
19   Q   Then the next sentence is what I read to you
20   already:
21       "Sufficient evidence is now
22   available in 2009 to show that asbestos
23   also causes cancer of the larynx and of
24   the ovary."
25       And you disagree with that statement, even as

Page 92

1    it applies in 2019?
2    A   Well, if you read further down the paragraph,
3    you'll see that it says -- let's see, one, two, three,
4    four, five, six, seven, eight -- ten lines, it says:
5        "Cohort studies of women who were
6    heavily exposed to asbestos in the
7    workplace consistently report increased
8    risks of ovarian cancer, as in a study
9    of women in the UK who manufactured gas
10   masks during World War II."
11   Q   Right.
12   A   "Studies suggest asbestos can accumulate in
13   the ovaries of women who were exposed to it."
14       So you're talking about massive exposures of
15   asbestos in women who are occupationally exposed. The
16   numbers of cases, I looked at that, are very small
17   because most of people who worked in that industry were
18   men.
19       So, again, you're referring to small numbers
20   of cases, extremely heavy exposure to asbestos that
21   allows them to come to that conclusion, which is what I
22   dispute.
23       Furthermore, I think there's a significant
24   risk that cases called ovarian cancer -- you'll notice
25   that there's no pathologist in the -- in the group in

Page 93

1    this -- in that statement that we read earlier, no
2    pathologist in the IARC group. And I would dispute the
3    fact that these are all carcinomas of the ovary. They
4    may be mesotheliomas that were misclassified.
5    Q   Okay. Do you believe asbestos can cause
6    mesothelioma of the ovary?
7    A   Well, I'd have --
8    MS. AHERN: Objection. Form.
9    THE WITNESS: I'd have to, again, review the data.
10   I can tell you I hardly ever see, and there were hardly
11   any reports of, mesotheliomas involving the ovary.
12   BY MR. DEARING:
13   Q   The last sentence you just read, "Studies
14   suggest that asbestos can accumulate in the ovaries of
15   women who are exposed to it," do you agree or disagree
16   with that?
17   A   Well, let's look at the reference that they're
18   talking about.
19   Q   It's the Heller study.
20   A   Heller study.
21   Q   Drs. Heller, Gordon, Westhoff, Gerber.
22   A   Yeah, maybe we could look at that and see what
23   they say.
24   Q   Okay. Well, you know, in that study, they --
25   they used transmission electron microscopy to digest

24 (Pages 90 to 93)

Robert Kurman, M.D.

Page 94

1    tissue to measure the burden count of asbestos fibers
2    in the tissue.
3         Do you know that about that study?
4    MS. AHERN:  Objection.  Form.
5    THE WITNESS:  I'd like to see the study.
6    BY MR. DEARING:
7    Q    Okay.  So you have no opinion about that right
8    not without seeing the study that --
9    A    Well, it's been a long time --
10   Q    Let me finish the question, please.
11   A    Yeah, sorry.
12   Q    So you have no opinion about whether asbestos
13   can accumulate in the ovaries of women who are exposed
14   to it?
15   A    I said I'd like to see the study.
16   Q    That doesn't answer my question.  You either
17   have an opinion or you don't.
18   MS. AHERN:  Objection.  Form.
19   THE WITNESS:  My answer is I can't come to an
20   opinion until I've seen the study.
21   BY MR. DEARING:
22   Q    Okay.  And you don't know whether you've seen
23   the study before?
24   A    I have seen the study, but I'd like to see it
25   again.  It's been a while.

Page 95

1    Q    Okay.  All right.  Do you have any opinion
2    about whether Johnson & Johnson baby powder or Shower
3    to Shower product has any form of asbestos in it?
4    A    I'll repeat what I said earlier that I'm just
5    talking about the talc that I read.  I don't know
6    what's in their -- what's in their bottles of baby
7    powder or Shower -- whatever.  I would depend on -- I
8    would depend really -- because it's complex.  It's
9    complex.  It's debated.  There are subtle differences
10   between how much, what the type of asbestos is.
11        So I would really have to defer to a
12   mineralogist to answer that question.
13   Q    Are you familiar with the term "asbestiform
14   fibrous talc"?
15   MS. AHERN:  Objection.  Form.
16   THE WITNESS:  I've heard it mentioned.
17   BY MR. DEARING:
18   Q    Do you feel like you know enough about it to
19   discuss it?
20   A    No.
21   Q    Based on what you've read -- and maybe you
22   haven't read anything about this -- do you have an
23   opinion about whether Johnson & Johnson's baby powder
24   or Shower to Shower products have asbestiform fibrous
25   talc in them?

Page 96

1    MS. AHERN:  Objection.  Form.  Asked and answered.
2    THE WITNESS:  I'll just repeat what I said before.
3    All I'm referring to is what they say talc is in the
4    various studies.  I don't know all the details of the
5    composition of the talcum powder that they use.
6    BY MR. DEARING:
7    Q    Since you have an opinion that talc cannot
8    cause any type of inflammatory reaction that could
9    cause ovarian cancer, don't you think it's important to
10   know something about whether that talc is platy talc or
11   asbestiform fibrous talc, or what type of talc it is?
12   A    No.  It doesn't matter.  Whatever it is hasn't
13   been shown to form ovarian cancer.
14   Q    Is it your opinion that asbestos exposed to
15   ovaries doesn't cause cancer either?
16   A    I'm not convinced of it at this point.  I'd
17   like to see more studies.
18   Q    Okay.  Is it biologically plausible that
19   asbestos could cause ovarian cancer?
20   A    Biologically plausible?  Again, to me, it's --
21   it has to be seen.  And I haven't seen that yet.  I'd
22   like to see more studies, and then I could tell you
23   whether I think it's biologically plausible or not.
24   Q    So you don't know whether it's biologically
25   plausible, as you sit here right now?

Page 97

1    A    I'm saying I'd like to see more studies to be
2    more convinced that it might be biologically plausible.
3    At this point, I'm not convinced.
4    Q    That doesn't answer my question.  I know you
5    would like to see more studies.
6         My question is, do you have an opinion one way
7    or the other whether asbestos exposure to ovaries -- do
8    you have an opinion one way or the other whether it's
9    biologically plausible that asbestos can cause ovarian
10   cancer?  Just do you have an opinion?
11        If you don't have an opinion, that's fine.  I
12   just want to know.
13   A    When I repeat it --
14   MS. AHERN:  Objection.  Form.
15   THE WITNESS:  -- I'm repeating what I said earlier.
16   BY MR. DEARING:
17   Q    I know you want to see studies.
18        Does that mean you don't have an opinion?
19   A    At this point, I'm not convinced that it's
20   biologically plausible to cause ovarian cancer.  I want
21   to see something that shows me evidence of that, and I
22   don't see it.
23   Q    Well, what would you want to see that would
24   show you evidence that it's biologically plausible that
25   ovarian -- that asbestos exposure can cause ovarian

25  (Pages 94 to 97)

Robert Kurman, M.D.

Page 98

1  cancer?
2      A   It would be nice to see asbestos in ovaries
3  causing a fibrous reaction, maybe seeing some
4  ferruginous bodies, which are very characteristic of
5  asbestos exposure in patients who have ovarian cancer.
6      Q   And while we're talking about this, what would
7  you expect to see or want to see regarding biologic
8  plausibility of talc causing ovarian cancer?
9      A   Well, we kind of --
10     Q   Same thing?
11     A   -- discussed that earlier that with -- I'd
12 like to see a chronic foreign-body giant cell
13 granulomatous reaction, something to indicate that it's
14 biologically active and not just sitting there, say, as
15 a contaminant.
16     Q   Okay.  That's all you would want to see?
17     A   I'd like to see ovarian cancer associated with
18 it, an ovarian cancer in which these -- this is
19 associated with what I just described.
20     Q   How would you make the connection between a
21 foreign-body response to talc in the ovary and cancer
22 of the ovary?  If you saw the foreign-body reaction
23 that you're saying you want to see, is that enough to
24 say, "Well, if that's there, it may be able to cause
25 cancer"?

Page 99

1      A   Not at all.
2      MS. AHERN:  Objection.  Form.
3      THE WITNESS:  No, not at all.
4      MR. DEARING:  Okay.
5      THE WITNESS:  And I'll give you a specific example
6  of something -- where that kind of information was very
7  misleading.
8          I was involved, and I have been involved for
9  the last 15 years, with HPV and cervical --
10     BY MR. DEARING:
11     Q   Excuse me, Doctor.  I don't mean to cut you
12 off.  I know about HPV virus.  I don't need to talk
13 about that.
14     MS. AHERN:  Let him answer, and then you can object
15 as nonresponsive.
16     MR. DEARING:  Well, he's clearly not, and I have a
17 limited amount of time.
18     BY MR. DEARING:
19     Q   What I'm saying is, what do you say about
20 talc?
21     A   I'm going to talk about why seeing the
22 presence of a substance in the ovary with the cancer
23 doesn't mean that it's causing the cancer.
24         And I was -- before you interrupted me, I was
25 going to say that, in the 1960s, '70s, and '80s, HSV-2,

Page 100

1  herpes simplex virus type 2, was thought to cause
2  cervical cancer.  There were electron micrographs
3  showing HSV-2 particles in cervical cancer.
4          There were zero epidemiologic studies
5  confirming that HSV caused cervical cancer with
6  relative risks like ten, much higher than you see with
7  talc, and it was all wrong.  As you said, it's -- you
8  know HPV causes it, not herpes.
9          So just the presence of that in the ovarian
10 tumor doesn't mean that it causes cancer.
11     MR. DEARING:  Right.  I move to strike as
12 nonresponsive.
13     BY MR. DEARING:
14     Q   My question is, what do you need to see
15 between the foreign-body response that you're
16 describing and the cancer to link the two?  That's the
17 question.
18     MS. AHERN:  Objection.  Form.
19     BY MR. DEARING:
20     Q   What do you need to see?
21     MS. AHERN:  Objection.  Form.
22     THE WITNESS:  I'd like to see fulfillment of the
23 various criteria that we've talked about before,
24 Bradford Hill, to really say that all the various
25 studies, not just biologic plausibility but strength of

Page 101

1  association from epidemiologic studies, dose response,
2  consistency, the various factors that Bradford Hill
3  requires to show causality.  That's what I want to see,
4  and I haven't seen that.
5      BY MR. DEARING:
6      Q   So there's nothing pathologically you want to
7  see?
8      A   Well, that might explain --
9      MS. AHERN:  Objection.  Form.
10     THE WITNESS:  That may be one factor that could be
11 considered.
12     BY MR. DEARING:
13     Q   So back to my question.
14         What pathologically you would expect to see in
15 tissue such that you would link the formation of
16 foreign-body response to the cancer?
17     MS. AHERN:  Objection.  Form.
18     THE WITNESS:  I would like to -- I haven't ever
19 seen it.  Okay.  So I don't know what I would expect.
20 It's a completely hypothetical question.  I'd have to
21 see what I see, and then I could tell you an answer.
22     BY MR. DEARING:
23     Q   Are you aware that IARC also classified
24 asbestiform talc fibers as carcinogenic?
25     A   Are you distinguishing that from just other

26 (Pages 98 to 101)

Robert Kurman, M.D.

Page 102

1  types of asbestos?
2     Q   Asbestiform talc fibers are not asbestos.
3     A   I'm sorry.  Repeat your question.
4     Q   Yes.  I am distinguishing those two.  And if
5  you don't know this and I'm outside of your wheelhouse,
6  just tell me and I'll move on.
7     A   Yeah.
8     Q   Asbestiform talc fibers --
9     A   Oh, okay.
10     Q   -- so not asbestos.
11        Are you aware that IARC has identified
12  asbestiform talc fibers as carcinogenic to humans?
13     MS. AHERN:  Objection.  Form.
14     THE WITNESS:  I'm not aware of that.
15     MR. DEARING:  Would that fact affect your opinion
16  about whether talc can cause ovarian cancers?
17     THE WITNESS:  No.
18     MS. AHERN:  Objection.  Form.
19  BY MR. DEARING:
20     Q   Have you read the 2012 IARC Monograph?
21     A   You'd have to show it to me.  I don't recall.
22     Q   Well, it's on your reference list.
23     A   Yeah.  Well, I'd have to see it again.
24     Q   Okay.
25  ///

Page 103

1        (The document referenced below was
2     marked Deposition Exhibit 5 for
3     identification and is appended hereto.)
4  BY MR. DEARING:
5     Q   Doctor, I'm marking as Exhibit 5 a portion of
6  the 2012 Monograph, and the reason is it's several
7  hundred pages long and I'm trying to save some trees.
8        But here is the portion that I want to talk to
9  you about.  First of all --
10     MS. AHERN:  I'm sorry, one second.  Could I get a
11  copy?  Thank you.
12  BY MR. DEARING:
13     Q   So obviously the cover there identifies this
14  as an IARC Monograph, and it's addressing arsenic,
15  metals, fibers, and dust.  And it's Volume 100C.
16        Do you see that?
17     A   Yes.
18     Q   And this is the one that you referenced in
19  your reference list; right?
20     A   Yes.
21     Q   And you think you have seen this before?
22  You've read this?
23     A   Yes.
24     Q   If you would, turn to page 230.
25        Do you see the section entitled "Talc

Page 104

1  Containing Asbestiform Fibres"?
2     A   Where am I?  230?
3     Q   I think you're on 231.
4     A   Oh, yeah.
5     Q   It says:
6        "Talc particles are normally
7     plate-like.  These particles, when
8     viewed on edge under the microscope, in
9     bulk samples or on air filters, may
10     appear to be fibers and have been
11     misidentified as such.  Talc may also
12     form true mineral fibers that are
13     asbestiform in habit.  In some talc
14     deposits, tremolite, anthophyllite, and
15     actinolite may occur.  Talc containing
16     asbestiform fibers is a term that has
17     been used inconsistently in the
18     literature.  In some contexts, it
19     applies to talc containing asbestiform
20     fibers of talc."
21        Do you feel like you have an understanding of
22  asbestiform talc fibers based on that explanation of
23  what they are to talk more about them, or are we still
24  outside of your expertise?
25     A   I like the term where it says "inconsistently

Page 105

1  in the literature."
2     Q   Right.
3     A   So if it's inconsistently in the literature,
4  I, as not a mineralogist, would have a lot of trouble
5  dissecting all that out.
6     Q   It's inconsistent in the literature because
7  some authors treat asbestiform talc as asbestos, and
8  there's some confusion in the name.  They should have
9  named it something else, but that's the confusion
10  they're talking about.
11     MS. AHERN:  Objection to the characterization.
12  BY MR. DEARING:
13     Q   Anyway, we'll move on to the human exposure
14  section, page 232.  The subheading is "Human Exposure."
15     A   Yes.
16     Q   And it says -- and this explains -- this is
17  the way IARC explains exposures and explains
18  carcinogenesis of the identified carcinogens is they
19  first talk about how humans get exposed to it.
20        And they say here that:
21        "Consumer products (cosmetics,
22     pharmaceuticals) are the primary source
23     of exposure to talc for the general
24     population.  Inhalation and dermal
25     contact, (i.e. through perineal

27 (Pages 102 to 105)

Robert Kurman, M.D.

Page 106

1    application of talcum powders) are the
2    primary routes of exposure."
3         Do you agree with that statement that
4    inhalation and dermal contact, such as through perineal
5    application of talcum powders, is the primary route of
6    exposure for talc for humans?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: As far as I know, inhalation and
9    perineal exposure are the main contacts.
10   BY MR. DEARING:
11        Q    Right. In -- when they describe that
12   exposure, IARC is describing exposure to the general
13   population; right? That's what it says right above
14   it --
15        A    Yeah.
16        Q    -- "exposure to the general population"?
17        A    That's what it says.
18        Q    Okay. That's all I'm going to ask you about
19   that.
20        Do you agree with the statement that "Patients
21   with chronic aspirin, nonsteroidal anti-inflammatory
22   drugs, or acetaminophen use have a reduced risk of
23   ovarian -- epithelial ovarian cancer"?
24   MS. AHERN: Objection.
25   MR. DEARING: That was terrible. Let me start all

Page 107

1    over. Good grief.
2    BY MR. DEARING:
3         Q    Do you agree that patients with chronic
4    aspirin, nonsteroidal anti-inflammatory drug, or
5    acetaminophen use have a reduced risk of epithelial
6    ovarian cancer?
7         A    So you're referring to the epidemiology
8    studies, I assume?
9         Q    There are several studies, yes.
10        A    Yeah. Well, from what I recall, and it's been
11   a while, they are inconsistent. Some show that they
12   decrease risk. And some, specifically the NSAIDs, as I
13   remember, did not show there was a reduced risk of
14   ovarian cancer.
15        Q    Do you have an opinion professionally?
16        A    Well --
17   MS. AHERN: Objection. Form.
18   THE WITNESS: -- as I said, I'm not an
19   epidemiologist, I'm not going to get into the
20   nitty-gritty of it, but just based on those studies, I
21   would say that it's not -- it's inconsistent.
22   BY MR. DEARING:
23        Q    Do you believe that talc can migrate from the
24   perineum through a woman's reproductive tract to the
25   ovaries?

Page 108

1         A    Absolutely not.
2         Q    What is retrograde menstruation?
3         A    Retrograde menstruation occurs in women when
4    they have, at the time of menses, instead of the
5    breakdown of the lining of the uterus, which is the
6    endometrium, passing through the cervix, the vagina,
7    and going as we normally -- as normally occurs in
8    menstruation, goes the other way and goes through the
9    fallopian tubes to the peritoneal cavity.
10        Q    And you agree that 90 percent of women with
11   healthy fallopian tubes experience retrograde
12   menstruation?
13   MS. AHERN: Objection. Form.
14   THE WITNESS: I don't know what the percentage is,
15   but I'm sure it's frequent.
16   BY MR. DEARING:
17        Q    In your report on page 9, you have a short
18   discussion here about endometriosis and endometrioid
19   carcinomas.
20        A    Let me get there. Okay. Page 9.
21        Q    Right. You say in the third sentence:
22        "The precise origin of
23        endometriosis has not been conclusively
24        established. Proposed mechanisms
25        include retrograde menstrual flow and in

Page 109

1    situ development in the peritoneum
2    through a process of metaplasia. Other
3    mechanisms, including development of
4    embryonic rests, have also been invoked.
5    Most cases are best accounted for by
6    retrograde menstruation, that's
7    endometrial tissue expelled at the time
8    of menstruation which passes through the
9    fallopian tubes and implants on the
10   ovary or other sites in the peritoneal
11   cavity."
12        Now, I assume, because you put this in your
13   report, that's what you believe causes endometriosis.
14   Is that right?
15   MS. AHERN: Objection form.
16   THE WITNESS: Yes, that's correct.
17   BY MR. DEARING:
18        Q    But you acknowledge that has not conclusively
19   established; right?
20        A    Generally -- it's generally thought to be the
21   case.
22        Q    Right. But you write, "The precise origin of
23   endometriosis has not been conclusively established."
24   Right?
25        A    True.

28 (Pages 106 to 109)

Robert Kurman, M.D.

Page 110

1    Q   Does that mean other gynecologic pathologists
2  disagree with you on that mechanism?
3    MS. AHERN: Objection to form. Which mechanism?
4  BY MR. DEARING:
5    Q   Is that what you mean by that?
6    A   Yeah.
7    Q   That endometriosis is caused by this process
8  that you just described.
9    A   In other words, that endometriosis can be
10 caused either by retrograde menstruation, metaplasia,
11 or from embryonic rest.  That covers it all.
12   Q   Okay.  I want to put a diagram up, just
13 because this makes it easier for me to talk about it.
14 I can hand you one if you prefer, if it is easier to
15 see, but -- I have lots of them.
16   MS. AHERN:  Thank you.
17   THE WITNESS:  Might as well take advantage of your
18 generosity.  Okay.
19 BY MR. DEARING:
20   Q   So now using this diagram to describe this
21 retrograde menstruation that you're talking about.
22   A   Uh-huh.
23   Q   So what you're saying is that the
24 endometrium -- the endometrial tissues expelled during
25 menstruation.  Can you show me on your diagram, and

Page 111

1  then I'll repeat it here, where that tissue is coming
2  from that's being expelled?
3    A   Yeah.  It's coming from this little -- where
4  it says "uterus."
5    Q   Right.
6    A   It's like a V.
7    Q   Uh-huh.
8    A   That's the lining of the uterine cavity,
9  endometrial tissue.
10   Q   Okay.
11   A   And that's what breaks down and is expelled.
12   Q   So this area that I'm circling -- and I know
13 this is not a three-dimensional diagram, but
14 essentially it's the lining of the uterus that's being
15 expelled; right?
16   A   That's correct.
17   Q   So you are saying during retrograde
18 menstruation, this lining is expelled in the
19 endometrium and then passes through the fallopian
20 tubes, out the fimbriated end of the fallopian tube, to
21 the ovary?
22   MS. AHERN:  Objection.  Form.
23 BY MR. DEARING:
24   Q   Am I stating that correctly?
25   A   That is -- yes.  And other parts of the

Page 112

1  peritoneal cavity as well.
2    Q   When that reverse flow transports that
3  endometrial tissue, does it pick up anything else when
4  it goes?
5    MS. AHERN:  Objection.  Form.
6  BY MR. DEARING:
7    Q   Anything else that might be in that cavity?
8  Any other cells?
9    MS. AHERN:  Objection.  Form.
10   THE WITNESS:  There are no other cells.  There's
11 just the endometrium.
12 BY MR. DEARING:
13   Q   What if there were bacterium in that area?
14 Would the retrograde menstruation pick up the bacterium
15 and deliver them to the ovaries with the tissue?
16   A   Well, certainly, women who have pelvic
17 inflammatory disease, sexually transmitted disease, it
18 involves the fallopian tubes.  So somehow or another,
19 the bacteria get there.  Now, whether they come by
20 lymphatics, I don't know.  It's usually thought to be
21 through lymphatics, not necessarily retrograde
22 menstruation.
23   Q   Okay.  My question is, if there were other
24 materials in that tissue that's being transported,
25 whether it's bacteria, whether it's foreign material,

Page 113

1  don't you think -- or don't you agree that it could
2  also be picked up and transported through the fallopian
3  tubes to the ovaries?
4    MS. AHERN:  Objection.  Form.
5    THE WITNESS:  It is complete speculation.  I have
6  no idea.
7  BY MR. DEARING:
8    Q   You also state in your report that --
9    A   Back to the report.  Specific page?
10   Q   Yes.  Well --
11   A   Tell me where we are.
12   Q   I don't remember where I read it, and we can
13 look for it in a minute, but let me just ask you the
14 question.
15     Do you agree that the epidemiological data
16 indicate a protective effect of tubal ligations against
17 ovarian cancer in general and an even stronger
18 protective effect for endometrioid and clear cell
19 carcinomas, which are sometimes associated with
20 endometriosis?
21   MS. AHERN:  Objection.
22   THE WITNESS:  It reduces the risk of those,
23 specifically endometrioid and clear cell, yes.
24 BY MR. DEARING:
25   Q   Doesn't the epidemiological data also evidence

29 (Pages 110 to 113)

Robert Kurman, M.D.

Page 114

1    a protective effect of ovarian cancers in general, all
2    histologic types of ovarian cancer, by tubal ligation?
3        MS. AHERN: Objection. Form.
4        THE WITNESS: I'm not sure -- there's data for
5    high-grade serous carcinoma. I'm not aware of data for
6    low-grade serous carcinoma. I'm not aware of data on
7    mucinous. I'm not aware of that. But for other --
8    certainly high-grade serous carcinoma.
9    BY MR. DEARING:
10       Q    Would you agree that high-grade serous
11   carcinomas make up about 80 percent of the ovarian
12   cancers?
13       A    Yes. But I should add, as I put in my report,
14   that's not the only explanation. You're implying that
15   retrograde menstruation is what -- has reduced the risk
16   of high-grade serous carcinoma. I think there's
17   another statement in there that I made which indicates
18   that tubal ligation has been demonstrated in both
19   humans and animals to reduce or make that epithelium on
20   the fimbriated end of the tube more quiescent, meaning
21   less proliferation, less likelihood of mutations
22   occurring. And perhaps that's another mechanism that
23   reduces the risk of high-grade serous carcinoma.
24       Q    I don't remember seeing that in your report,
25   but you do say, "Also supportive of this" -- and I'm on

Page 115

1    page 9, near the bottom of that paragraph.
2        "Also supportive of this hypothesis
3        are epidemiologic data that indicate the
4        protective effect for tubal ligation is
5        stronger for endometrioid and clear cell
6        carcinoma than for high-grade serous
7        carcinoma" --
8        A    I'm sorry. Could you just tell me where you
9    are reading again? I want to make sure you're right.
10       Q    Sure. It is middle of that page --
11       A    "This suggests"?
12       Q    -- bottom of the paragraph.
13       A    Is that --
14       Q    Below "this suggests."
15       A    Okay. "This suggests." Okay.
16       Q    "Also supportive" --
17       A    Okay. Got you.
18       Q    "Also supportive of this hypothesis" -- and
19   you're talking about this retrograde menstruation that
20   delivers endometrial tissue the ovary?
21       A    Right.
22       Q    "Also supportive of this hypothesis
23       are epidemiologic data that indicate the
24       protective effect for tubal ligation is
25       stronger for endometrioid and clear cell

Page 116

1        carcinoma than for high-grade serous
2        carcinoma, presumably because tubal
3        ligation interrupts the retrograde
4        passage of endometrial tissue from the
5        uterus to the peritoneal cavity."
6        A    Correct, but you have to keep reading.
7        Q    "However, this mechanism does
8        not fit well with the development of
9        high-grade serous carcinoma, which is
10       now thought to derive from a precursor
11       lesion in the fimbriated end (the most
12       distal portion) of the fallopian tube,
13       which is in close contact with the
14       ovary."
15           I understand that, and I'm going to talk a lot
16   about --
17       A    Read the next sentence.
18       Q    Okay.
19       A    "Importantly, Tiourin, et al.,
20       demonstrated in humans and mouse models
21       'that tubal ligations induces quiescence
22       of distal fallopian tube epithelium' by
23       decreasing the number and proliferation
24       of progenitor cells in that region,
25       which can explain the slight reduction

Page 117

1        in the risk of high-grade serous
2        carcinoma associated with this
3        procedure."
4        Q    Okay. But you agree with me that
5    epidemiologic data shows a protective effect for
6    high-grade serous carcinoma in particular for women who
7    have undergone tubal ligations?
8        MS. AHERN: Objection. Form.
9        THE WITNESS: Yes. Slightly less than it is for
10   endometrioid and clear cell carcinoma.
11   BY MR. DEARING:
12       Q    And for endometrial -- endometrioid and clear
13   cell carcinomas, it's a significant reduction in risk,
14   isn't it?
15       A    I don't --
16       Q    Tubal ligation.
17       A    Yes, it definitely plays a role.
18       Q    And it makes perfect sense because, if you
19   occlude the tubes, nothing can pass through them;
20   right?
21       MS. AHERN: Objection.
22       THE WITNESS: Right.
23           How we doing with our bladders?
24       MS. AHERN: Do you need to go?
25       THE WITNESS: I drank too much coffee.

30 (Pages 114 to 117)

Robert Kurman, M.D.

Page 118

1    MR. DEARING:  Want to take a break?
2    THE WITNESS:  Yeah.  Would that be okay?
3    MR. DEARING:  Absolutely.  Anytime.  Please tell
4    me.  I get carried away.
5    VIDEO OPERATOR BROWN:  Time is now 11:59.  Going
6    off the record.
7        (Lunch recess taken.)
8    VIDEO OPERATOR BROWN:  Okay.  Time is now 1:02.
9    Back on the record.
10   BY MR. DEARING:
11   Q   Doctor, you mentioned a few minutes ago -- a
12   while ago about your textbook that you edited.
13       It's called "Blaustein's" --
14   A   -- "Pathology of the Female Genital Tract."
15   Q   And you're the primary editor of that
16   textbook; is that right?
17   A   I was until the last edition.  I had two
18   junior people join me, and they're doing that with me
19   on this current edition that we're working on.
20   Q   What is the last edition that was published?
21   A   The sixth edition.
22   Q   And how many editions have you edited?
23   A   Third, fourth, and fifth by myself.  Sixth
24   with the two of them, and now the seventh with these
25   two people.

Page 119

1    Q   And in addition to editing the textbook, have
2    you also authored chapters within the textbook?
3    A   Yes, I have.
4    Q   And who is the intended audience for that
5    textbook?  Is it for medical students?  Doctors?  What?
6    A   Yes.
7    Q   Anybody that's interested?
8    A   Right.  Residents, fellows, gynecologists,
9    pathologists in practice, medical students.
10   Q   It's a pretty well-recognized and accepted
11   authority on gynecologic pathology; isn't it?
12   A   Well, it's one among many.
13   Q   Going back to the retrograde menstruation
14   process we were talking about at the break, what's the
15   biologic mechanism that causes this reverse upstream
16   menstrual flow?
17   A   I don't know that anyone knows.
18   Q   Well, have you ever observed that process
19   taking place?
20   A   Observed it?  You mean like with a laparoscope
21   and watched the blood flow?  No, I haven't.
22   Q   Have you observed any evidence of that process
23   taking place with the exception of the endometrial
24   tissue being implanted on the ovary?
25   A   Please clarify.  Rephrase that question.

Page 120

1    Q   Sure.
2        So you've never actually seen the flow take
3    place, obviously.  Have you seen any evidence that that
4    flow takes place that makes you think it exists?
5    A   Well, I've seen in microscopic slides of the
6    fallopian tube taken out at the time a woman is
7    menstruating, seen collections of blood and broken-down
8    endometrium within the tubal lumen.
9    Q   Okay.  So retrograde menstruation takes place
10   during a woman's regular menstrual cycle, or is it some
11   other time during that --
12   A   No, during the time of the menstrual cycle.
13   Q   So the menstrual fluid is flowing both ways at
14   the same time?
15   A   Well, conceivably, yes.  It's going out in the
16   normal pathway, but also collections of the same kind
17   of material can be seen in the lumen of the fallopian
18   tube.  Not often, but we've seen it.
19   Q   Is it your testimony that the only way that
20   those endometrial cells could get to the lumen of the
21   fallopian tube or to the ovaries is by this retrograde
22   menstruation?
23   MS. AHERN:  Objection to form.
24   THE WITNESS:  Yeah.  I can't imagine how they would
25   get there any other way.

Page 121

1    BY MR. DEARING:
2    Q   How does -- how do endometrial cells implanted
3    on the surface of the ovary cause endometrioid
4    carcinoma?
5    A   Well, there's some interesting studies showing
6    that, when you look at the endometrium of women with
7    endometriosis -- so I'm saying the endometrium, within
8    the lining of uterus -- and compare that to women who
9    don't have endometriosis, there are certain molecular
10   changes in the women with endometriosis -- in the
11   lining of the uterus, in the endomet- -- that are
12   different than the women who don't have endometriosis,
13   suggesting that there's something different about that
14   endometrium in women with endometriosis that leads to
15   the development of endometriosis compared to other
16   women who may also have retrograde menstruation but who
17   don't develop endometriosis.
18   Q   Right.  But what mechanism takes place to turn
19   a displaced endometrial cell on the surface of the
20   ovary in an endometrioid carcinoma?
21   A   Oh.  Well, there's certain molecular genetic
22   alterations that occur.
23   Q   Do they occur once they get to the ovary, or
24   do they occur on the way to the ovary, or do they occur
25   in the endometrium?

Robert Kurman, M.D.

Page 122

1      A   Well, that's what I was getting to just a
2   moment ago.  Some of those changes may already be
3   present in the endometrium.  So that would explain why
4   some women -- women -- two women have retrograde
5   menstruation; one gets endometriosis and the other one
6   doesn't, because of those changes already present.
7      Q   Have you witnessed any of those cell changes
8   in any kind of laboratory study or experiment?
9      MS. AHERN:  Objection.  Form.
10     THE WITNESS:  Again, could you please rephrase what
11  you mean by that.
12  BY MR. DEARING:
13     Q   Well, let's say endometrial cells that don't
14  already have some carcinogenic process taking place --
15     A   Okay.
16     Q   -- get -- you know, get free from the
17  endometrium, go through the fallopian tubes, implant on
18  the ovary.
19         Are those cells capable of turning into
20  endometrioid carcinoma?
21     A   Well, the -- based on that study -- there are
22  a couple studies now -- it apparently doesn't occur.
23  Or that's the suggestion, that it only occurs in women
24  who have this genetic alteration to begin with.
25  Because, otherwise, as we said, women -- many -- not

Page 123

1   many -- more normal women can have retrograde
2   menstruation and don't get endometriosis.
3      Q   And using this diagram again, we were talking
4   about tubal ligation.
5      A   Uh-huh.
6      Q   Where do tubal ligations typically take place
7   surgically on the fallopian tube?  Just anatomically,
8   are they --
9      A   Yeah.
10     Q   -- on the distal end, or is it closer to
11  the -- close to the uterus or where -- where are they
12  usually ligated?
13     A   It can vary depending on when these are done,
14  for example, laparoscopically, where the surgeon finds
15  a good place to pick up with his forceps some fallopian
16  tube to tie it off.  So sometimes it's in the middle.
17  Sometimes it's more distally.  It's more often in the
18  middle.  That's what people aim for, rather than in the
19  proximal end, which would be the end closer to the
20  uterus.
21     Q   And the reason that tubal ligations reduce a
22  woman's risk of ovarian cancer is because, if you
23  ligate or close these tubes, endometrial material and
24  potential environmental carcinogens are blocked and
25  cannot pass through the fallopian tubes and reach the

Page 124

1   fimbriated ends of the tubes and the ovaries; is that a
2   fair statement?
3      MS. AHERN:  Objection.  Form.
4      THE WITNESS:  Well, I didn't say anything about
5   other than blood and endometrial products that are in
6   retrograde menstruation, and those are -- tend to be
7   associated to a greater extent with clear cell and
8   endometrioid carcinoma rather than high-grade serous
9   carcinoma.
10  BY MR. DEARING:
11     Q   Right.  Were you taking exception to something
12  I said in that statement?
13     A   Yes.
14     Q   Did I --
15     A   Well, do you want to repeat the statement --
16     Q   Sure.
17     A   -- and I'll point out where I'm differing.
18     Q   The statement is, if you ligate or close the
19  fallopian tubes, endometrial material and potential
20  environmental carcinogens are blocked.  They cannot --
21     A   Stop.  That's where I was disagreeing.  "And
22  potential environmental carcinogens," I didn't agree
23  with that.  I agreed with the blood but not with that
24  part.
25     Q   What about environmental carcinogen -- what

Page 125

1   about that statement do you disagree with?
2      A   Well, I don't know that environmental
3   carcinogens have ever been demonstrated to go in
4   retrograde menstruation.
5      Q   Is that one of those situations where it's not
6   biologically plausible to you that tubal ligations
7   would reduce potential for environmental carcinogens to
8   reach ovaries because you haven't seen it?
9      MS. AHERN:  Objection.  Form.
10     THE WITNESS:  I think it's speculation because I
11  don't think there's been evidence produced to
12  demonstrate that there are other environmental
13  carcinogens or whatever that are coming into the
14  uterus.
15  BY MR. DEARING:
16     Q   Doctor, this is your sixth edition of
17  Blaustein's.
18     A   Ah, yes.
19     Q   You recognize it?
20     A   Yes.
21     Q   This is the most current edition; right?
22     A   Currently, that's right.
23     Q   I'm sorry.  I don't have six copies of this.
24  It's very heavy.  But I do want to ask you about
25  something.

32 (Pages 122 to 125)

Robert Kurman, M.D.

Page 126

1     A   Okay.
2     Q   So I'm referring to Chapter 14 of this book.
3  And Chapter 14 is entitled "Surface Epithelial Tumors
4  of the Ovary."
5        You're familiar with this chapter; right?
6     A   Yes.
7     Q   And you're one of the authors of this chapter;
8  right?
9     A   Yes.
10    Q   On page 681 of this chapter, you're
11 discussing, for context, etiology and risk factors for
12 ovarian cancer; right?
13    A   Well, I'll have to see. I can't read it from
14 there.
15    Q   Well -- all right. So this is the title page,
16 "Surface Epithelial Tumors of the Ovary."
17       And you see the first section says
18 "Epidemiology"; right?
19    A   Well, I can't. Maybe you can magnify it
20 greater.
21    Q   Maybe.
22    A   I can see "Surface Epithelial," but I can't
23 see the subheadings.
24    MS. AHERN: I think part of it is the glare from
25 the lighting is making it a little hard to read.

Page 127

1     THE WITNESS: That's better.
2  BY MR. DEARING:
3     Q   Okay. It'll be easy for you to read along
4  with me, but...
5        So this is the chapter on surface epithelial
6  tumors of the ovary.
7     A   Correct.
8     Q   And then the first few pages discusses
9  epidemiology; right?
10    A   Yes, it does.
11    Q   Okay. And then over here, one of the first
12 sections it talks about is etiology and risk factors.
13       See that at the bottom there?
14    A   Yes.
15    Q   Okay. Then I'm going -- I'm only showing you
16 that to show you that that's the section that we're in.
17    A   Okay.
18    Q   I'm flipping over to the next page, which is
19 681. And at the bottom of 681, you see it says
20 "Reproductive Factors."
21       And then this is the part I want to read to
22 you. So we're talking about etiology and risk factors
23 and, within that heading, reproductive factors. And
24 you say:
25       "In addition, hysterectomy and

Page 128

1  tubal ligation prevent the introduction
2  of a variety of potential environmental
3  carcinogens from entering the peritoneal
4  cavity and thereby coming into contact
5  with tubal and ovarian tissue."
6        That's where I got that statement from.
7        So are you now saying you disagree with your
8  statements in this textbook with regard to
9  environmental carcinogens?
10    A   Well, you have to understand textbooks. You
11 basically cite what's out there. And what we're
12 stating there is what some people have allegedly
13 reported, so that we're trying to be complete.
14    Q   No, Doctor, that's not what somebody alleged
15 in a report. That's the predominant theory. That's
16 why that's in the textbook.
17       You're not saying this is what a few people
18 say. You're saying this because this is the
19 predominant theory; right?
20    A   I didn't say --
21    MS. AHERN: Objection. Argumentative.
22    THE WITNESS: I didn't.
23    MS. AHERN: Object to the form.
24    THE WITNESS: Sorry.
25       I didn't say anything about the predominance.

Page 129

1  I said it's a view that's out there and that's
2  reported. I didn't say anything about -- that it's the
3  predominant.
4  BY MR. DEARING:
5     Q   It wouldn't be in this textbook and written
6  that way if it wasn't biologically plausible, would it
7  be?
8     MS. AHERN: Objection. Form.
9     THE WITNESS: I'm not getting into biologically
10 plausible. We've already discussed that. It's been
11 described by some people. So in fairness to those
12 other reports, we've included it in the chapter.
13 BY MR. DEARING:
14    Q   But you didn't even cite to anybody else.
15 There's no cite there.
16    A   It's kind of a general statement.
17    Q   So it's your testimony that you put that
18 statement that tubal ligations and hysterectomies offer
19 protective effect against environmental carcinogens
20 because a few scientists have said that?
21    MS. AHERN: Objection. Form. Argumentative.
22    THE WITNESS: I didn't say "a few" or whatever. I
23 just said it's out there. So I -- we mentioned it. We
24 included it.
25    ///

33 (Pages 126 to 129)

Page 130

BY MR. DEARING:

Q   Do you agree with me that, with regard to this statement and the protective effect of hysterectomies and tubal ligations against the introduction of environmental carcinogens, that there's no qualifying language associated with this statement like "I don't really believe this" or "This is an outlier-type opinion"?  There's nothing like that in that statement, is there?

A   That's true.

Q   And this textbook, which you just said is for doctors, medical students, scientists, people that want to know, if they wanted to know what's -- you know, does hysterectomy and tubal ligation offer protective effect against ovarian cancer, they would look to your textbook.

And all it says is it does offer protective effect against environmental -- potential environmental carcinogens; right?

MS. AHERN:  Objection.  Form.

THE WITNESS:  It's --

BY MR. DEARING:

Q   In other words, there's no alternative view stated there, is there?

MS. AHERN:  Objection.  Form.

Page 131

THE WITNESS:  What's stated there is what's stated there, yes.

BY MR. DEARING:

Q   Okay.  While I have the book open, I asked you a specific question about whether you agreed that retrograde menstruation is a common physiologic process that occurs in 90 percent of menstruating women with normal unoccluded fallopian tubes, and you said you think that it's a lot of women or it's a majority.

A   Yeah, it is pretty high.

Q   Well, would it surprise you that that 90 percent came from your textbook?

A   Well, I'd like to see it.

Q   Okay.  On page 642 where you're describing endometriosis, see there, and usual sites?

A   I see that.

Q   The next column over where I have the blue marker, it says:

"Retrograde menstruation through the fallopian tubes is a common physiologic process occurring in 90 percent of menstruating women with patent tubes."

Do you agreed with that statement?

A   Well, can I -- I can't read that.  I want to

Page 132

see if you can make it --

Q   Sure.  There you go.

A   Yeah, that's what it says.

Q   Okay.  I wasn't trying to trick you.

A   Well, I just want to be sure if it's correctly stated.

I have to make a minor equipment change here.  Okay.

Q   This textbook was published in 2011; right?

A   That's correct.

Q   So it was published before you were retained as an expert by Johnson & Johnson; right?

A   Correct.

Q   Do you agree that if talc can reach the uterus, then it could reach the ovaries?

A   I don't --

MS. AHERN:  Objection.  Form.

THE WITNESS:  I don't agree that talc can reach the uterus.

BY MR. DEARING:

Q   Right.  I'm just asking you hypothetically, if talc could reach the uterus, then do you think it could also reach the ovaries, either through retrograde menstruation or some other process?

MS. AHERN:  Objection.  Form.

Page 133

THE WITNESS:  Again, there's no data.  I have no -- no data, so I can't say that it could.

BY MR. DEARING:

Q   Well, I'm asking you as a 40-year experienced gynecologic pathologist.  Okay.  Relying on all the experience that you've -- relying on all of your experience, do you have an opinion either way whether, if talc could reach the uterus, then it could probably reach the ovaries?

A   Pure speculation.  I can't comment on that.

Q   Well, you're an expert.  You are allowed to speculate.

A   Doesn't matter if I'm an expert.  It's speculation.

Q   Okay.  So you --

A   It's meaningless.

Q   So you don't have an opinion either way?

A   I told you I don't think it could reach the uterus, and I don't -- and, therefore, I don't think it can go any further.  It can't get to the uterus.

Q   If it was implanted in the uterus, do you think could reach the ovaries?

MS. AHERN:  Objection.  Form.

THE WITNESS:  Again, show me a study where they've done that, and then I can, you know, intelligently

Robert Kurman, M.D.

Page 134

1    discuss it.
2    BY MR. DEARING:
3        Q   So without seeing a study, you have no opinion
4    either way whether talc could move from the uterus to
5    the ovary?
6        A   That's not science. It's just speculation.
7        Q   Okay. Is retrograde menstruation one of those
8    biologically plausible ideas that you do believe exists
9    even though you haven't seen it take place?
10       MS. AHERN: Objection. Form.
11       THE WITNESS: Wait. I'm sorry.
12   BY MR. DEARING:
13       Q   You have testified you've never seen
14   retrograde menstruation take place, but you do say that
15   it's biologically plausible.
16       A   Well, I said, in fact, that I've seen, in
17   microscopic sections of the fallopian tube, parts of
18   endometrial tissue and blood in the lumen of the
19   fallopian tube. So, yes, I think it can occur.
20       Q   I can't remember if you answered this. If you
21   did, I apologize.
22           You've said retrograde menstruation occurs
23   during the regular menstrual cycle of a woman. And I
24   said does that mean you're saying it flows both ways at
25   the same time, and you said yes.

Page 135

1            Do you know what specifically causes it to
2    flow upstream, you know, towards the fallopian tube?
3        A   I have no idea. I don't think anyone has.
4        Q   In your report, on page 6, under the section
5    "Precursor Lesions" --
6        A   Yes.
7        Q   -- you state:
8            "Our understanding of the
9        pathogenesis of ovarian cancer has
10       advanced in the last few years with the
11       recognition that many high-grade serous
12       carcinomas developed from a precursor
13       lesion in the fallopian tube designated
14       serous tubal intraepithelial carcinomas
15       or STIC."
16           Did I read that right?
17       A   Yes, that's correctly stated as it's written,
18   yes.
19       Q   Do you believe that most high-grade serous
20   ovarian cancers derive from the fallopian tube?
21       A   I do.
22       Q   Can a trained pathologist tell if a cancer
23   derived from the fallopian tube by looking at it under
24   a microscope?
25       MS. AHERN: Objection. Form.

Page 136

1        THE WITNESS: Well, I should say that, at times,
2    there can be a lesion that comes from another site that
3    mimics serous tubal intraepithelial carcinoma, so you
4    have to be very careful when you draw that conclusion.
5    BY MR. DEARING:
6        Q   Sir, that's not the question I'm asking.
7        A   Oh, okay.
8        Q   Can a trained pathologist tell by looking at a
9    tumor whether it came from the fallopian tube or
10   whether it originated at the ovaries?
11       A   Well, you can't do it simply on H&E analysis.
12   You really require molecular analysis to demonstrate
13   that it's cloned, that the same genetic alterations
14   that are present in the STIC are present in the -- in
15   the corresponding ovarian cancer.
16       Q   So a surgical pathologist, for example,
17   looking at a surgical specimen from an oophorectomy
18   that's been diagnosed, at least before surgery, as
19   ovarian cancer can't tell if that carcinoma originated
20   from the ovary or the fallopian tube by looking at the
21   tumor; right?
22       MS. AHERN: Objection. Form.
23       THE WITNESS: Just looking at the H&E, based on the
24   studies that have been published, I think it would be
25   reasonable to suspect that that's where it came from.

Page 137

1    BY MR. DEARING:
2        Q   But there's no characteristic about the tumor
3    that tells you that; right? There's nothing you can
4    see under a microscope where you could say, "Oh, that
5    came from the fallopian tube versus ovarian primary"?
6        MS. AHERN: Object.
7        THE WITNESS: That's correct.
8    BY MR. DEARING:
9        Q   And when you're using the term "precursor
10   lesion" in your report, what do you mean by that? How
11   do you define "precursor lesion"?
12       A   Well, it's a lesion that precedes the
13   development of, in this case, invasive carcinoma.
14   Because a STIC is a cancer in situ, if you will, but
15   there are other lesions in the p53 signatures which are
16   benign that appear to precede the development of STICs.
17       Q   And you don't believe type 1 tumors originate
18   in the fallopian tube, do you?
19       A   Well, we think possibly that some low-grade
20   serous carcinomas, which are type 1 tumors, may well
21   arise from fallopian tube, but in a different
22   mechanism.
23       Q   Can you give me an example of a fallopian tube
24   precursor lesion that may be a precursor for any type
25   of ovarian cancer?

35 (Pages 134 to 137)

Robert Kurman, M.D.

Page 138

1    A   STIC, or p53 signature.
2    Q   So you're saying that it is a -- that type 2 tumors
3  start out as serous tubal intraepithelial carcinomas in
4  the fallopian tube, and then somehow migrate from the
5  fallopian tube to the ovaries?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  Yes.  That's correct.
8  BY MR. DEARING:
9    Q   What mechanism propels it through the
10  fallopian tube to make it implant on the ovary?
11   A   Well, there may be a number of ways.  One way
12  is that these STIC cells have this cohesiveness, so
13  that they are breaking off and they can fall into the
14  fallopian tube and they could migrate up that way, or
15  they might even be -- even though they are noninvasive,
16  there may be a way, it has been suggested -- I'm not
17  sure it is well documented -- it somehow may get into
18  lymphatics and get into the ovary that way.
19   Q   What are some of the causes of fallopian tube
20  precursor lesions?
21       MS. AHERN:  Objection.  Form.
22       THE WITNESS:  We don't know what they are.
23  BY MR. DEARING:
24   Q   Could environmental carcinogens be a potential
25  cause of a tubal precursor lesion?

Page 139

1    A   Well, we haven't made that finding yet.
2    Q   If talc could reach the fallopian tubes, could
3  talc serve as a catalyst for a precursor lesion that
4  would create a STIC that might lead to an ovarian
5  cancer?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  Well, based on what we've seen with
8  talc in other locations, such as when it's used in
9  pleurodesis -- long-term studies have not shown the
10  development of carcinoma -- I don't think it would
11  cause ovarian cancer.
12  BY MR. DEARING:
13   Q   Well, if -- if foreign bodies aren't causing
14  tubal precursor lesions, can you give me an example of
15  anything that does?  Anything that's not bacterial.
16       MS. AHERN:  Objection.  Form.
17       THE WITNESS:  It's an area we just don't know.
18  Something causes a p53 mutation -- we don't know what
19  it does, what it is -- and that starts the ball
20  rolling.
21  BY MR. DEARING:
22   Q   And you think that's a biologically plausible
23  explanation for the carcinogenesis of some ovarian
24  cancers even though you've never seen it?
25   A   May I please --

Page 140

1        MS. AHERN:  Objection.
2        THE WITNESS:  Please rephrase the question.
3        MR. DEARING:  Sure.
4  BY MR. DEARING:
5    Q   You obviously think that this precursor tubal
6  lesion idea that is a precursor lesion for ovarian
7  cancers --
8    A   For high-grade serous ovarian cancers.
9    Q   And some low-grade, you said?
10   A   No, no.  It's a different mechanism.
11   Q   Let's stick with high-grade serous.  That's
12  the majority of cancers anyway, isn't it?
13   A   Yes.
14   Q   So are you saying that these tubal lesions
15  are -- are you saying it's biologically plausible that
16  these tubal lesions are precursor lesions to high-grade
17  serous carcinomas where they're starting in the tube
18  and implanting in the ovary?
19   A   That's the mechanism we think is at play, yes.
20   Q   And you believe that's a biologically
21  plausible explanation for that process even though you
22  don't know what's causing the tubal lesions; right?
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  We're saying that we don't know the
25  cause of STIC, but we know that it has mutations and

Page 141

1  morphologic changes that are exactly the same as those
2  in high-grade serous carcinomas.  So we're able to make
3  that jump, but we don't know -- we'd love to know what
4  the cause of a STIC is.  Prevention is, to me, the only
5  way we're going to make headway and, really, an impact
6  on preventing the development of that.  But we have no
7  idea what it is that we need to prevent at this point.
8  BY MR. DEARING:
9    Q   Could tubal exposure to exogenous or
10  environmental materials cause tubal precursor lesions?
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  We don't know.
13  BY MR. DEARING:
14   Q   Well, are these serous tubal intraepithelial
15  carcinomas -- do they derive from inflammation?  Or do
16  you not know that either?
17   A   No, I see -- I've looked at a lot of these,
18  and I've never seen inflammation of any type associated
19  with STICs.
20   Q   Are you aware of any reason why a potential
21  environmental carcinogen could not be a cause or a
22  precipitating exposure of a STIC?
23       MS. AHERN:  Objection.  Form.
24       THE WITNESS:  Please repeat the question.
25  ///

Robert Kurman, M.D.

Page 142

1    BY MR. DEARING:
2        Q   So you said you don't know, or we don't know,
3    whether environmental materials are causing these
4    STICs.
5        A   Right.
6        Q   Is there any particular reason why it could
7    not be an environmental material causing these STICs?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  It is a negative question.  I mean,
10   we don't know.  It doesn't tell me anything.  I still
11   can't really quite figure out what you're driving at.
12   BY MR. DEARING:
13       Q   Well, let me ask it in the positive form of
14   that question.  Is it possible that some of those
15   precursor lesions is caused by environmental
16   materials?
17       MS. AHERN:  Objection.  Form.
18       THE WITNESS:  We need to see the data.
19   BY MR. DEARING:
20       Q   So you can't say yes or no to that question?
21       A   That's right.  It's not known.
22       Q   Well, you would agree that it is well known
23   that tubal epithelial inflammation can stimulate
24   proliferation of the epithelium and instigate
25   pathogenesis of tubal hyperplasia; right?

Page 143

1        MS. AHERN:  Objection.  Form.
2        THE WITNESS:  That's correct.  That's in our paper.
3    BY MR. DEARING:
4        Q   So inflammation can play a role in the
5    development of some precursor lesions within the
6    fallopian tube.
7        MS. AHERN:  Objection.  Form.
8        THE WITNESS:  Proliferation isn't the precursor
9    lesion.  Proliferation can occur in completely benign
10   conditions.  It has nothing to do with cancer.
11   BY MR. DEARING:
12       Q   Right.  But it's the epithelial inflammation
13   that's creating the proliferation of the epithelium;
14   right?
15       MS. AHERN:  Objection.  Form.
16       THE WITNESS:  The epithelial -- the inflammation
17   that we describe in our paper on papillary tubal
18   hyperplasia, I think it's important to point out, is
19   due to pelvic inflammatory disease, not due to talc
20   exposure.
21   BY MR. DEARING:
22       Q   Tell me if you agree with this sentence:  "It
23   is well known that an inflammation may stimulate
24   proliferation of tubal epithelium; and, therefore, it
25   is plausible that chronic salpingitis may play a role

Page 144

1    in the pathogenesis of papillary tubal hyperplasia and
2    endosalpingiosis."
3        A   Sounds like it's taken out of my paper.
4        Q   It is.
5        A   Our paper.  But, again, we talked about it
6    earlier.  That refers specifically to serous borderline
7    tumors, which is a precursor, if you will, of low-grade
8    serous carcinoma, not high-grade serous carcinoma.
9    They're different.  They're totally different.
10       Q   Okay.  Well, let's talk about low-grade serous
11   carcinomas and borderline tumors.
12       A   Okay.
13       Q   Are you agreeing with me, then, with regard to
14   those tumors that an inflammatory process within the
15   fallopian tube is what stimulates the proliferation of
16   the tubal epithelium?
17       A   That's our hypothesis.  That is to say that
18   inflammation virtually -- basically meaning pelvic
19   inflammatory disease due to sexually transmitted
20   disease -- we haven't demonstrated that, but that's our
21   thinking.  So it's a hypothesis that we've put out
22   because inflammation of that sort can produce
23   proliferation of tubal epithelium.
24       Proliferation of tubal epithelium in and of
25   itself doesn't mean it's going to go on to the next

Page 145

1    step, a borderline tumor.  You may have tubal
2    proliferation; nothing else happens.
3        Q   Do you have any opinion as to what may be
4    causing inflammation that may stimulate proliferation
5    of tubal epithelium?
6        A   As I said, we're thinking maybe pelvic
7    inflammatory disease, chlamydia, gonorrhea, those kinds
8    of sexually transmitted diseases may account for that.
9        Q   So when you say in your report, "I have
10   participated in a number of studies assessing the
11   characteristics of" --
12       A   Where are we talking about now?
13       Q   I'm sorry.  Page 18.
14       A   Okay.  I'm at 18.
15       Q   It's near the top.
16       A   Okay.
17       Q   It's right in the middle of the first
18   paragraph.
19       A   Okay.  "I have participated."  Go ahead, yeah.
20       Q   "I have participated in a number
21   of studies assessing the characteristics
22   of serous tubal intraepithelial
23   carcinomas and have not found them to be
24   associated with inflammation."
25       That statement is not true if you substituted

Robert Kurman, M.D.

Page 146

1    STIC for low-grade serous carcinomas; right?
2         MS. AHERN:  Objection.  Form.
3         THE WITNESS:  STICs are precursors of high-grade
4    serous carcinoma --
5    BY MR. DEARING:
6         Q   I know.
7         A   -- not low-grade.
8         Q   Right.  But my point is, even though you say
9    you have not seen STICs associated with inflammation,
10   you have seen low-grade serous carcinomas associated
11   with inflammation; right?  That's what we were just
12   talking about.
13        A   We've seen --
14        MS. AHERN:  Objection.  Form.
15        THE WITNESS:  Sorry.
16           We have seen inflammation associated with
17   papillary tubal hyperplasia.  That's what that paper
18   shows.
19   BY MR. DEARING:
20        Q   Well, papillary tubal hyperplasia can be a
21   precursor lesion to ovarian cancer, can't it?
22        MS. AHERN:  Objection.  Form.
23        THE WITNESS:  Can be a precursor of borderline
24   tumors, which can then be a precursor -- not all of
25   them.  Very few of them progress to low-grade serous

Page 147

1    carcinoma.  So it could be, but many of them don't.
2    BY MR. DEARING:
3         Q   Well, and, of course, some borderline serous
4    tumors progress into invasive serous tumors, don't
5    they?
6         A   They progress to invasive low-grade serous
7    carcinomas, some of them.
8         Q   And they can also implant in other organs,
9    can't they?
10        A   Yes, they can.
11        Q   Incidentally, this paper that we're talking
12   about, the papillary tubal hyperplasia paper that you
13   wrote, it also includes some epidemiology information,
14   doesn't it?
15        MS. AHERN:  Objection.  Form.
16        THE WITNESS:  You'll have to tell me -- show me
17   exactly what you are talking about.
18        MR. DEARING:  Actually, you know what?  I'm not.
19   Let's move on with this.
20   BY MR. DEARING:
21        Q   Do you agree that ovarian cancer precursor
22   lesions are rarely seen or observed because ovarian
23   carcinomas typically present in advanced stage and
24   those precursor lesions are obliterated or rendered
25   unrecognizable by the cancer?

Page 148

1         MS. AHERN:  Objection.  Form.
2         THE WITNESS:  We're again talking about ovarian
3    high-grade serous carcinomas.
4    BY MR. DEARING:
5         Q   Yes.
6         A   Yes, I think that happens.
7         Q   Okay.  So one of the things you said
8    previously was you don't believe talc can cause ovarian
9    cancer because you've seen no evidence that talc causes
10   foreign-body granulomatous reactions in gynecologic
11   tissue; right?
12        MS. AHERN:  Objection.  Mischaracterizes testimony.
13   BY MR. DEARING:
14        Q   Does that mischaracterize your testimony?
15        A   Repeat what you just said.
16        Q   Sure.
17           You said you do not believe that talcum powder
18   exposure can cause ovarian cancer of any sort because
19   you have not seen evidence of a foreign-body reaction,
20   granulomatous reaction, to talc in gynecologic tissue?
21        MS. AHERN:  Same objection.  Mischaracterizes
22   testimony.
23   BY MR. DEARING:
24        Q   What did I get wrong?
25        A   Yes.  Okay.

Page 149

1         Q   Is that your testimony?
2         A   Yes.
3         Q   Your attorney doesn't think so.
4         MS. AHERN:  The record will reflect --
5    BY MR. DEARING:
6         Q   Did I say it right?
7         MS. AHERN:  -- what his testimony was earlier.
8         THE WITNESS:  You said the ovary.
9    BY MR. DEARING:
10        Q   In fact, you said, "I don't even think it's
11   biologically plausible because I've never seen it."
12   Right?  Remember that whole line of questions?
13        A   I've never seen talc, yeah, in association
14   with precursor lesions or high-grade ovarian carcinoma.
15        Q   Right.  What you said is you didn't believe
16   talc could cause ovarian cancer because you haven't
17   seen the foreign-body granulomatous response to talc
18   that you would expect to see --
19        MS. AHERN:  Objection.  Form.
20   BY MR. DEARING:
21        Q   -- from talc exposure; right?
22        MS. AHERN:  Mischaracterizing testimony.
23        THE WITNESS:  I think we need to be clear that,
24   even if we saw -- even if we saw talc in the case of
25   ovarian cancer, it doesn't mean that it caused it.

Robert Kurman, M.D.

Page 150

1    It's just like I said with the HSV, which all those
2    studies showed HSV and cervical cancer and it was
3    totally wrong.  So the fact that you see it in there
4    doesn't mean it's causing them.
5         In fact, in order to have any kind of --
6    you've got to focus on early lesions.  Those are the
7    precursors.  That's where the cancer starts, not in the
8    end product, which is cancer.  You can see
9    inflammation, of course, all over the place in a
10   cancer.
11   BY MR. DEARING:
12       Q   Right.  I'm just trying to make sure that I
13   have this fine point of your testimony correct, and
14   that is, is it your opinion that talc cannot cause
15   ovarian cancer of any sort because you have seen no
16   evidence that talc elicits a foreign-body granulomatous
17   response in gynecologic tissue?
18       MS. AHERN:  Objection.  Mischaracterizes his
19   testimony.
20       THE WITNESS:  We've seen talc does not cause
21   ovarian cancer.  So one has nothing to do with the
22   other.
23   BY MR. DEARING:
24       Q   Have you observed any precancerous lesions in
25   ovarian tissue?

Page 151

1        A   In ovarian tissue, precancerous lesions?  Very
2    interesting question.  We -- and I say "we," the
3    pathology community -- spent 40 years looking for
4    precursors in ovarian tissue and never found it.  So
5    that's why the STIC was such a finding, was such a
6    surprise, and was such a revelation in terms of
7    elucidating the early lesions that could go on to the
8    development of high-grade serous carcinoma.
9        Q   So have you seen precursor lesions in ovaries?
10       A   No.
11       MS. AHERN:  Objection.  Form.
12   BY MR. DEARING:
13       Q   Have you even precursor lesions that are
14   precancerous in fallopian tubes?
15       A   That's what we are talking about.  STICs, we
16   think, are precursors of invasive cancer.  P53
17   signatures in the fallopian tube are precursors, in
18   some instances, of STICs.
19       Q   And when you're observing the STICs, are you
20   observing them in the fallopian tube or in the ovary?
21       A   In the fallopian tube.
22       Q   So back to my statement.  Do you agree that
23   ovarian cancer precursor lesions are rarely seen or
24   observed because ovarian carcinomas typically present
25   in advanced stage and those precursor lesions are

Page 152

1    obliterated or rendered unrecognizable by the cancer?
2        A   Can be.
3        MS. AHERN:  Objection.  Form.
4        THE WITNESS:  Can be.
5    BY MR. DEARING:
6        Q   Can be what?
7        A   Can be obliterated.  Not in all cases.  Most
8    of the cases you see it -- or many of the cases you see
9    it.  Some cases you don't, so we've come to the --
10   well, we've done a study to show that women who have
11   high-grade serous carcinoma, all stages, with STICs and
12   compare them to women, all -- this high-grade serous
13   carcinoma, all stages without STICs, we've analyzed the
14   molecular genetic features of those carcinomas.  They
15   are no different between the ones with STICs and the
16   ones without STICs.  Consequently, we think that some
17   of those cases in which you don't see evidence of the
18   STIC was due to overgrowth by the cancer.  But a lot of
19   times, the STIC is evident.
20   BY MR. DEARING:
21       Q   Do you agree that those precursor lesions are
22   rarely seen or observed?
23       MS. AHERN:  Objection.  Form.
24   BY MR. DEARING:
25       Q   That's what the statement says, they are

Page 153

1    rarely seen or observed.  Do you agree with that?
2        A   What statement is this?
3        Q   One I've read twice now.  I can read it a
4    third time if you would like.
5        A   Read it again, please.
6        Q   Do you agree that ovarian cancer --
7        A   Can you show me where you reading from?
8        Q   Yes.  Do you agree that ovarian --
9        A   No, I want to see it.
10       Q   Listen to it first.
11        Do you agree that ovarian cancer precursor
12   lesions are rarely seen or observed because ovarian
13   carcinomas typically present in advanced stage and
14   those precursor lesions are obliterated or rendered
15   unrecognizable by the cancer?
16       MS. AHERN:  Objection.  Form.
17       THE WITNESS:  Okay.  Not rarely.  I would disagree
18   with "rarely."
19   BY MR. DEARING:
20       Q   Rarely.  Okay.
21       A   Right.  In other words, yeah, sometimes you
22   don't see them; many times you do see them.
23       Q   Okay.  Turning to page 685 of the same
24   Blaustein textbook you looked at earlier, I'm still in
25   Chapter 14, of which you were an author.

39 (Pages 150 to 153)

Robert Kurman, M.D.

Page 154

1    MS. AHERN:  Page -- I'm sorry -- 285?
2    MR. DEARING:  685.
3    MS. AHERN:  685.  Thank you.
4    MR. DEARING:  I'll try to position this.
5    MS. AHERN:  What year is that edition?
6    THE WITNESS:  2011, I think.
7    MR. DEARING:  It's the most current.
8    THE WITNESS:  You can see that.
9    MS. AHERN:  Okay.  Thank you.
10   BY MR. DEARING:
11   Q   It's under the subheading "Putative
12   Histopathologic Precursor Lesions."  And you write:
13        "The study of precursors of ovarian
14        carcinoma is difficult because the
15        ovaries are not readily accessible for
16        screening and ovarian carcinomas
17        typically present in advanced stage,
18        obliterating or rendering unrecognizable
19        any precursor lesion that may be
20        present.  Furthermore, identification of
21        a putative precursor lesion is based on
22        microscopic examination of a complete
23        resection; and, therefore, the natural
24        history of the lesion cannot be
25        observed."

Page 155

1        So do you agree with that statement as it's
2    written in your textbook?
3    MS. AHERN:  Objection.  Form.
4    THE WITNESS:  Can I -- I couldn't really read it.
5    Let me just see it.  I'm sure you are right.
6        So you're talking about the underlined area.
7    Okay.  "The study of precursor" --
8        Well, you read it correctly.  That's what is
9    stated.  This edition was published in 2011.  A lot has
10   changed since then.  It is 2019 now.  More and more
11   data coming out.  And the study that I just mentioned
12   to you, which I think is very persuasive, is that in
13   some instances the precursor lesion is obliterated;
14   however, those cancers -- and that's proven by the fact
15   that those cancers in which we don't see a STIC are the
16   same on a molecular analysis as ovarian carcinomas in
17   which we do see a STIC, suggesting that, in some
18   instances, it's overgrown but not in all by any
19   instance.  You know, we've learned a lot since 2011.
20   BY MR. DEARING:
21   Q   Sure.  Well, no matter how advanced the
22   science has become in the last eight years, it doesn't
23   change the fact that most of the precursor lesions get
24   obliterated by the tumor, right, because, by the time
25   they're clinical, most of these poor women are in

Page 156

1    end-stage disease; right?
2    MS. AHERN:  Object to the form.
3    THE WITNESS:  You're said saying "most," and I
4    don't agree with "most."
5    BY MR. DEARING:
6    Q   You don't agree with "most"?
7    A   No.
8    Q   Okay.  Some?
9    A   Some, yeah.  Some might be obliterated.
10   Q   Can you put a percentage on how many ovarian
11   cancer cases you've looked at under a microscope where
12   you've observed precursor lesions?
13   MS. AHERN:  Objection.  Form.
14   THE WITNESS:  I can't give you a number.
15   BY MR. DEARING:
16   Q   Is it half?
17   A   I've seen a lot of them.  I can't give you --
18   over the years.  I can't give you a number.
19   Q   How about in the last ten years?
20   MS. AHERN:  Objection.  Form.
21   THE WITNESS:  Doesn't make any difference.  I would
22   see ovarian cancers -- I'd see maybe 30 cases in a week
23   or two weeks.  It's a large number of cases.  Do I
24   remember how many I've seen with STICs?  It's
25   impossible.

Page 157

1    BY MR. DEARING:
2    Q   I'm not asking for a number, but it seems if
3    you observed precursor lesions, that's something that
4    would stand out in your mind, wouldn't it?
5    MS. AHERN:  Objection.  Form.
6    THE WITNESS:  Well, not really.
7    BY MR. DEARING:
8    Q   Are you even looking for precursor lesions
9    when you're doing a surgical pathology evaluation?
10   A   Of course we look for them.
11   Q   So you look for them in every case?
12   A   Every case when the tissue is available, yeah.
13   Q   So you look for them in every case but you
14   have no idea how often you find them?
15   MS. AHERN:  Objection.  Form.
16   THE WITNESS:  I can't give you a number.
17   BY MR. DEARING:
18   Q   So what has specifically developed in the
19   science that changed from "rarely seen" to "often seen"
20   in the last nine -- last eight years?
21   MS. AHERN:  Objection.  Form.  Mischaracterizes
22   testimony.
23   THE WITNESS:  I didn't -- I'll repeat the same
24   thing again.  In some instances, you can see a STIC
25   lesion and a high-grade serous carcinoma.  In other

40 (Pages 154 to 157)

Robert Kurman, M.D.

Page 158

1   instances -- and I can't give you a percentage -- you
2   will not see a STIC lesion and a similar-looking
3   high-grade serous carcinoma, which we believe is due to
4   the fact that that STIC lesion has been overgrown by
5   the carcinoma. That's all I can say.
6   BY MR. DEARING:
7       Q   I should have started with that statement.
8           So in some cases where you don't see a
9   precursor lesion, do you -- do you still attribute
10  precursor lesions to be the carcinogenesis of the
11  tumor?
12      MS. AHERN: Objection. Form.
13      THE WITNESS: Well, based on that study that I
14  mentioned to you a few minutes ago, that's what we're
15  saying, yes.
16  BY MR. DEARING:
17      Q   Okay. Let's talk about something else.
18          Do you believe that the introduction of
19  foreign material through the vagina and uterine cavity
20  can cause inflammation and play an important role in
21  ovarian carcinogenesis?
22      MS. AHERN: Objection. Form.
23      THE WITNESS: Could you specifically tell me what
24  you're thinking about? What -- what are you referring
25  to?

Page 159

1   BY MR. DEARING:
2       Q   Your textbook, Chapter 14, just past what we
3   read previously.
4       MS. AHERN: Page? Sorry.
5       MR. DEARING: Let me find it.
6       MS. AHERN: Okay.
7       MR. DEARING: Oh. I was looking right at it and
8   just didn't see it.
9   BY MR. DEARING:
10      Q   Under your section entitled "Inflammation."
11      MS. AHERN: Page, I'm sorry.
12      MR. DEARING: I'm sorry, page 682.
13      MS. AHERN: Thank you.
14      MR. DEARING: Chapter 14.
15          Let me see if I can blow this up so we can all
16  see it.
17  BY MR. DEARING:
18      Q   It says under "Inflammation" -- and, again,
19  we're in the chapter called "Serous Epithelial Tumors
20  of the Ovary." And specifically, we're talking about
21  etiology and risk factors.
22          "Inflammation: It has been
23      suggested that inflammation potentially
24      cited by ovulation-induced surface
25      damage by retrograde

Page 160

1   menstruation-induced salpingitis or by
2   the introduction of foreign material
3   through the vagina and uterine cavity
4   plays an important role in ovarian
5   carcinogenesis. Evidence of a
6   pro-inflammatory microenvironment in
7   endometriosis supports this hypothesis
8   for type 1 tumors. High-grade serous
9   carcinomas are associated with chronic
10  salpingitis in 53 percent of cases
11  significantly more often than 23 percent
12  seen in nonserous tumors, lending
13  circumstantial support to this
14  hypothesis."
15          So this hypothesis about inflammation, and
16  particularly the part about introduction of foreign
17  material through the vagina and uterine cavity, is that
18  a plausible mechanism for inflammation?
19      A   Let me -- I can see it, but --
20      Q   The entire section.
21      A   Yeah, yeah. I just want to check this out.
22          I see these references.
23      Q   By the way, I'm not disagreeing with you --
24  with that statement.
25      A   I notice the first reference is from Ness,

Page 161

1   who's written on this subject. And I don't say I
2   entirely agree with her. In fact, I don't.
3           287 -- who has been an expert witness for
4   plaintiffs.
5           287...
6       Q   Did you believe her before she became an
7   expert witness for plaintiffs?
8       A   No.
9           287. Gee, you know, I'm not sure that that
10  reference is correct. I'd have to read the article
11  specifically because it's -- the title of the article
12  is "The Fallopian Tube: Primary Site of Most Pelvic
13  High-Grade Serous Carcinomas." It doesn't say anything
14  about retrograde menstruation, but anyway. So it would
15  be nice to see that reference.
16          And then, finally, evidence of -- type 1
17  tumors. Let's see, 95. Okay.
18          So your question, yes, that's stated. I said
19  that there's problems with the -- with the references.
20      Q   Right. But the studies that pertain to that
21  topic that are referenced here, that is the proposition
22  of those studies, right, that those three things,
23  either the ovulation-induced surface damage or the
24  retrograde menstruation or the introduction of foreign
25  material through the vagina and uterine cavity, play an

Robert Kurman, M.D.

Page 162

1    important role in ovarian carcinogenesis?
2        A   I have to remind you that the inflammation
3    that is described there is entirely different from the
4    inflammation induced by talc, one being -- the latter
5    being a foreign-body giant cell reaction and this being
6    the usual type of chronic inflammation.
7        Q   Well, you use the words "introduction of
8    foreign material through the vagina and uterine
9    cavity."  So it may not be talc, but you're talking
10   about a foreign material that would evoke the kind of
11   response you're talking -- the kind of foreign-body
12   reaction you're talking about; right?
13       MS. AHERN:  Objection.  Form.
14       THE WITNESS:  I'll have to say that it's in there.
15   It's quite speculative.
16   BY MR. DEARING:
17       Q   All right.  Did you believe that to be true in
18   2011 when you published this book?
19       A   Well, you know, again, what was in there was
20   what we felt at the time.
21       Q   By the way, the Ness study --
22       A   Yeah.
23       Q   -- that it cites --
24       A   Yeah.
25       Q   -- is a talc study, isn't it?

Page 163

1        A   I'll have to read the article.
2        Q   You would at least agree that the introduction
3    of foreign material through the vagina and uterine
4    cavity was biologically plausible to you when you wrote
5    it, right, or you wouldn't put it in your textbook?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  Again, as I said, a textbook reflects
8    the general consensus of what's out there.
9    BY MR. DEARING:
10       Q   Okay.
11       A   It may not necessarily reflect my own personal
12   opinion about it because we have to be fair and
13   acknowledge what's out there.
14       Q   So the general consensus out there is that the
15   introduction of foreign material through the vagina --
16       A   I didn't say the general consensus.  I said --
17       Q   You did.  Those were your words.
18       A   Well, I misspoke.
19           I said that there -- those studies are out
20   there; people believe it, and that's what was reflected
21   in the textbook.
22       Q   There are also studies out there that --
23   presumably, that suggest that particles can't migrate
24   through the vagina.
25       A   That's true.

Page 164

1        Q   So -- but you chose to cite the articles that
2    do support that proposition, that these foreign
3    particles can migrate through the female genital tract;
4    right?
5        A   That's what --
6        MS. AHERN:  Objection.
7        THE WITNESS:  -- was --
8    BY MR. DEARING:
9        Q   You don't even reference the ones that don't
10   suggest that, do you?
11       MS. AHERN:  Objection.  Form.  Misstates what the
12   actual text says and what his testimony has been.
13   BY MR. DEARING:
14       Q   You didn't offer the -- any alternative
15   suggestion in this short chapter on inflammation that
16   suggests foreign materials cannot pass through the
17   vagina and uterine cavity; right?
18       MS. AHERN:  Objection.  Form.  That's a section on
19   inflammation, not migration.
20       MR. DEARING:  I'm sorry.  I meant to say
21   "inflammation."
22       THE WITNESS:  Again, the inflammation is not the
23   type that we see with talc.
24   BY MR. DEARING:
25       Q   Do you agree, over time, that chronic

Page 165

1    inflammation in gynecologic tissue can cause DNA damage
2    and maybe cancer?
3        MS. AHERN:  Objection.  Form.
4        THE WITNESS:  Could you be more specific and repeat
5    that question.
6    BY MR. DEARING:
7        Q   Do you believe that, over time, chronic
8    inflammation in a particular part of gynecologic tissue
9    can cause DNA damage and result in some type of
10   gynecologic cancer?
11       MS. AHERN:  Objection.  Form.
12       THE WITNESS:  Well, when we -- when we talk about
13   causation and initiation of cancer, it has to be viewed
14   at the earliest stage, at a nonlesion that, as a result
15   of, in this case, inflammation, undergoes neoplastic
16   change.
17           You can see inflammation in well-formed tumors
18   that can be associated with factors that -- cytokines
19   or chemokines, whatever -- that participate in the
20   progression of a tumor, but that's not initiation.
21   That's not causation.  And that's what we're really
22   talking about.
23   BY MR. DEARING:
24       Q   Do you believe that, with regard to peritoneal
25   malignancies, apart from asbestos, radiation, chronic

Robert Kurman, M.D.

Page 166

1    inflammation, organic chemicals, and nonasbestos
2    mineral fibers may be etiologic agents in some cases?
3        MS. AHERN: Objection. Form.
4        THE WITNESS: Are you reading this from someplace?
5    BY MR. DEARING:
6        Q   I'm reading it right off my outline
7    regarding --
8        A   Yeah. But does your outline come from
9    something?
10       Q   It comes from several places, but let me ask
11   you the question again if you didn't get it.
12           I'm referring to peritoneal malignancies.
13   Okay. Aside from asbestos, radiation, chronic
14   inflammation, organic chemicals, and nonasbestos
15   mineral fibers may be etiologic agents in some cases.
16       MS. AHERN: Objection. Form.
17   BY MR. DEARING:
18       Q   Do you agree with that?
19       A   I'd like to see where you're quoting that
20   from.
21       Q   Do you agree with that statement or not?
22       A   I want to see what you're quoting. I'm not
23   going to just make a comment.
24       Q   You don't have an opinion about it?
25       MS. AHERN: Check the prompter because I think that

Page 167

1    your sentence is incomplete, which is what's confusing
2    him and me.
3           Can you go back up.
4        MR. DEARING: I can ask the question again.
5        MS. AHERN: Go back up and take a look at it in
6    writing. It might help.
7        MR. DEARING: Okay. Let me ask this question
8    again.
9    BY MR. DEARING:
10       Q   I think I asked it right the first time, so
11   I'm going to say it slowly.
12           With regard to peritoneal malignancies --
13   okay? Talking about peritoneal malignancies. Aside
14   from asbestos -- well, do you believe asbestos can
15   cause peritoneal malignancies?
16       MS. AHERN: Objection. Form.
17       Type?
18       THE WITNESS: That's controversial. It's not
19   clear.
20   BY MR. DEARING:
21       Q   Do you have an opinion either way whether --
22       A   I'm not -- it may or may not. I don't think
23   that the data is sufficiently robust to make a comment
24   like that -- a definitive comment like that.
25       Q   Well, do you believe chronic inflammation or

Page 168

1    nonasbestos mineral fibers may be an etiologic agent of
2    some peritoneal malignancies?
3        THE WITNESS: What --
4        MS. AHERN: Objection. Form.
5        THE WITNESS: I'm sorry.
6        MS. AHERN: Go ahead.
7        THE WITNESS: What peritoneal malignancies are you
8    talking about?
9    BY MR. DEARING:
10       Q   Any peritoneal malignancies. Think of any
11   kind you want.
12       A   The only peritoneal malignancy is malignant
13   mesothelioma. That's the only one there is.
14       Q   Well, maybe I'm coming at this the wrong way.
15           How do you define the phrase "etiologic
16   agent"?
17       MS. AHERN: Objection. Form.
18       THE WITNESS: How do you define it?
19   BY MR. DEARING:
20       Q   Well, let's find out.
21           I'm looking at Chapter 13 of your book, which
22   is written by Dr. Julie Irving and Dr. Philip Clement.
23           Did you edit this chapter?
24       A   Well, I edited the textbook.
25       Q   Did you edit this chapter?

Page 169

1        A   I may -- you know, there was three of us, as I
2    mentioned. I'm not sure if I edited that chapter or
3    one of my other co-editors edited it.
4        Q   In this chapter, under the subheading
5    "Malignant Mesothelioma" is described "clinical
6    features." And in the third paragraph of that section,
7    starting with "More than 80 percent," that's referring
8    to a study. Halfway through that paragraph, it says:
9           "Asbestos fibers, however, have
10          been identified with special techniques
11          in some of these women."
12          And they're talking about the malignant
13   mesothelioma patients.
14          "Aside from asbestos, radiation,
15          chronic inflammation, organic chemicals
16          and nonasbestos mineral fibers may be
17          etiologic agents in some cases."
18          So in that sentence, what do they mean by
19   "etiologic agents"?
20       A   Good question. I'm not sure what they mean.
21   I mean, do they mean they're just present there or do
22   they cause it? Not clear to me.
23       Q   If you were to use the term "etiologic agent,"
24   what would it mean to you?
25       A   Well, I've never -- I can't remember using it

43 (Pages 166 to 169)

Robert Kurman, M.D.

Page 170

1   in that context. I don't use it. It's not something I
2   use.
3       Q   Would you consider asbestos to be an etiologic
4   agent of mesothelioma?
5       A   In some instances, it might be, yes. But in
6   some instances it's not been demonstrated. It's been
7   much more clearly demonstrated in the pleura than it
8   has been in the peritoneum.
9       Q   Would you agree that the HPV virus is a
10  etiologic agent of gynecologic cancers -- of some
11  gynecologic cancers?
12      MS. AHERN: Objection. Form.
13      THE WITNESS: Of cervical cancers and vulvar and
14  vaginal cancers, it is the causative agent.
15  BY MR. DEARING:
16      Q   So when a scientist or pathologist like
17  yourself uses the term "etiology," you're essentially
18  talking about a causative agent, aren't you?
19      MS. AHERN: Objection. Form.
20      THE WITNESS: Well, as I just said a moment ago,
21  some may refer to it in that way. I don't necessarily.
22  BY MR. DEARING:
23      Q   Would you -- how would you use the term
24  "etiology"? What does it mean to you?
25      A   Why don't we just look it up, and we can all

Page 171

1   decide -- agree on it?
2       Q   Okay. I don't want to impose a definition on
3   you.
4       A   Okay.
5       Q   But according to Google --
6       A   Google, huh? That's definitive.
7       MR. ROTMAN: According to the dictionary --
8   BY MR. DEARING:
9       Q   Well, let me ask you if you agree with this
10  definition.
11      Is the medical definition of etiological --
12  and it says, "causing or contributing to the
13  development of a disease or condition." That's what it
14  meant to me.
15      Is that what it means to you?
16      A   Causing or what?
17      MS. AHERN: Contributing.
18      THE WITNESS: Contributing.
19  BY MR. DEARING:
20      Q   Causing or contributing to cause a medical
21  condition.
22      A   Causing or contributing?
23      Q   Yes.
24      A   Well, again, contributing isn't cause.
25      Q   I didn't ask you that. I'm asking you what

Page 172

1   etiology means to you.
2       Do you agree with that definition?
3       A   That definition just said that. It says
4   "causing or contributing."
5       Q   Okay. So let's substitute that word in this
6   phrase.
7       Aside from asbestos, with regard to malignant
8   mesotheliomas, do you think that nonasbestos mineral
9   fibers may cause or contribute to cause malignant
10  mesotheliomas in some cases?
11      MS. AHERN: Objection. Form.
12      THE WITNESS: Interesting they don't reference that
13  point.
14  BY MR. DEARING:
15      Q   I'm reading it.
16      A   Yeah, I know. I'm saying it's interesting
17  that that point wasn't referenced with a citation.
18      Q   Oh, I got you. Okay.
19      Well, it's clearly the opinion of the two
20  authors of this chapter; right?
21      A   The two authors, yes.
22      Q   And this is a chapter you edited; right?
23      MS. AHERN: Objection. Form.
24      THE WITNESS: Like I said, I'm not sure that I
25  edited it.

Page 173

1   BY MR. DEARING:
2       Q   Okay. I'm sorry. I missed that.
3       So when you talk about cause or contributing
4   to cause, what's the distinction between those two
5   ideas, in your mind?
6       MS. AHERN: Objection. Form.
7       THE WITNESS: "Causation," to me, means that it's
8   an initiating factor in setting the process off.
9   "Contributing," to me, means that possibly the process
10  is in place and it contributes to its further
11  progression.
12  BY MR. DEARING:
13      Q   So contributing to cause, in your mind, is
14  something that assists the progression of something
15  that already exists?
16      MS. AHERN: Objection.
17  BY MR. DEARING:
18      Q   Is that what you're saying?
19      A   I didn't say "contributing." I separated
20  "cause" and "contribution."
21      Q   Okay. I want to talk about "cause" and
22  "contributing to cause."
23      Is there any distinction between those two
24  terms?
25      MS. AHERN: Objection. Form. Asked and answered.

44 (Pages 170 to 173)

Robert Kurman, M.D.

Page 174

1    THE WITNESS:  Can I see that book again, please.  I
2  still can't read that.
3  BY MR. DEARING:
4    Q   I'm not talking about that section now, but...
5    A   Oh, you're not?
6    Q   No.  I'm just generally wanting to get your
7  opinion on --
8    A   Oh, I see.
9    Q   -- "causing" or "contributing to cause."
10    A   Oh, I thought you were referring to that
11  sentence.  Oh, so we're not?
12    Q   No.  That sentence uses the word "etiologic
13  agent."
14    A   Uh-huh.
15    MS. AHERN:  Whatever you meant by that.
16  BY MR. DEARING:
17    Q   So in your mind, is there any distinction
18  between contributing to cause something and causing
19  something?
20    MS. AHERN:  Objection.  Form.  Asked and answered
21  very clearly just two minutes ago.
22    THE WITNESS:  Causation is one issue.  Contributing
23  is another.  They're not the same.
24  BY MR. DEARING:
25    Q   I don't mean contributing.  I mean

Page 175

1  contributing to cause.  Okay?  You're only giving me
2  half of the phrase.
3    MS. AHERN:  Objection.
4  BY MR. DEARING:
5    Q   Is there a distinction between contributing to
6  a disease and -- I'm sorry.
7    Is there a distinction between contributing to
8  cause a disease and causing a disease?  Is there any
9  distinction there?
10    A   To me, yes.
11    MS. AHERN:  Objection.  Form.
12    THE WITNESS:  To me, causation is much stronger.
13  Contributing may be involved; may not be.  It's much
14  more wishy-washy.
15  BY MR. DEARING:
16    Q   Do you agree that almost all gynecologic
17  cancers are multifactorial in that they may have more
18  than one cause?
19    A   Yes, that's probably true.
20    Q   Do you believe in the cancer progression model
21  of initiation, promotion, proliferation?
22    MS. AHERN:  Objection.  Form.
23  BY MR. DEARING:
24    Q   Do you agree that that's a reasonable cancer
25  model?

Page 176

1    MS. AHERN:  Objection.  Form.
2    THE WITNESS:  Well, I think you've got it twisted
3  around anyway.
4  BY MR. DEARING:
5    Q   Okay.  Well, correct me.
6    A   It starts with initiation, and proliferation
7  may be the next step.  And then another step may, after
8  that, be promotion and then progression.
9    Q   So when you use the term "cause" or
10  "contribute to cause," are you referring to the
11  initiation phase of that process or the promotion phase
12  or both?
13    MS. AHERN:  Objection.  Form.  He's never said that
14  he uses those terms.
15    THE WITNESS:  I don't use "contributing to cause"
16  how you understand it.  I'm just saying "causation."
17  That, to me, is initiation, period.
18  BY MR. DEARING:
19    Q   If gynecologic cancers are multifactorial and
20  they may have more than one cause, do you agree that
21  there may be more than one thing contributing to cause
22  them?
23    MS. AHERN:  Objection.  Form.
24    THE WITNESS:  There may be multiple causes for a
25  neoplasm to begin, to get an issue, maybe multiple

Page 177

1  causes.
2  BY MR. DEARING:
3    Q   So for the last time, breaking down that
4  sentence again, coming back full circle now, do you
5  agree that asbestos can be an etiologic agent of some
6  cancers --
7    MS. AHERN:  Objection.  Form.
8  BY MR. DEARING:
9    Q   -- of some mesotheliomas?
10    MS. AHERN:  Objection.  Form.
11    THE WITNESS:  Yes, it may be.
12  BY MR. DEARING:
13    Q   And do you believe chronic inflammation can be
14  a cause of malignant mesotheliomas?
15    MS. AHERN:  Objection.  Form.
16    THE WITNESS:  Again, I'd like to see the data for
17  that.
18  BY MR. DEARING:
19    Q   So you have no opinion on that without looking
20  at a --
21    A   Yeah, I don't -- I don't agree with that.
22    Q   Okay.  And do you believe that nonasbestos
23  mineral fibers can be a etiologic agent or cause of
24  some malignant mesotheliomas?
25    MS. AHERN:  Objection.  Form.

Robert Kurman, M.D.

Page 178

1    THE WITNESS:  Same thing, I don't -- I'd like to
2  see the data that they're alluding to.
3  BY MR. DEARING:
4    Q   Well, you would at least agree with me that
5  the two authors of that chapter believe that, wouldn't
6  you?
7    MS. AHERN:  Objection.  Form.
8    THE WITNESS:  The two authors appear to believe
9  that.
10    MR. DEARING:  Mind if we take a break?
11    MS. AHERN:  Sure.
12    VIDEO OPERATOR BROWN:  Time is now 2:15.  Going off
13  the record.
14    (Recess taken.)
15    VIDEO OPERATOR BROWN:  The time is now 2:34.  Back
16  on the record.
17  BY MR. DEARING:
18    Q   Doctor, you said earlier that you expect that
19  talc exposure would elicit a foreign-body giant cell
20  granulomatous response within the body; right?
21    A   That's correct.
22    Q   Would asbestos fibers invoke that same type of
23  response?
24    A   I really am not an expert on asbestos --
25  asbestosis, but I'm not aware of it doing foreign

Page 179

1  body -- I really -- best thing not to get into that
2  because it's not something I deal with.
3    Q   Have you ever looked at pulmonary tissue of
4  someone suffering from mesothelioma?
5    A   No, I haven't.
6    Q   So you've never observed asbestos in tissue at
7  all?
8    A   That's right.
9    Q   Well, can you think of any reason why asbestos
10  wouldn't evoke the same kind of foreign-body reaction
11  that talc would?
12    MS. AHERN:  Objection.  Form.
13    THE WITNESS:  Different agents do different things.
14  BY MR. DEARING:
15    Q   Do you think that stroma contributes to the
16  development of ovarian cancer or tubal cancers?
17    MS. AHERN:  Objection.  Form.
18  BY MR. DEARING:
19    Q   Or STIC?
20    A   It might.
21    Q   How might the stroma contribute to the
22  development of tubal cancer or ovarian cancer?
23    A   Well, in many cancers, there's an interaction
24  between the epithelium and the stroma.  So it's
25  certainly possible.  I wouldn't rule it out, but I

Page 180

1  don't know.
2    Q   Would you expect the stromal tissue to react
3  the same way the epithelial tissue would react in
4  humans?
5    A   Well, they're different.  So I don't know how
6  it would react.
7    Q   If talc can cause p53 mutations in tubal
8  cells, would you expect that it could also cause
9  cancer?
10    MS. AHERN:  Objection.  Form.
11    THE WITNESS:  Are you speculating that, or has
12  it -- I haven't seen data to that effect.
13  BY MR. DEARING:
14    Q   Right.  I'm asking -- I'm asking
15  hypothetically right now.  If talc could evoke a p53
16  mutation in tubal cells, do you think that talc could
17  cause cancer in tubal cells?
18    A   Not necessarily.
19    Q   Same with ovarian cells?
20    MS. AHERN:  Objection.  Form.
21  BY MR. DEARING:
22    Q   If talc could evoke a p53 mutation in ovarian
23  cells, do you think it could cause cancer?
24    MS. AHERN:  Objection.  Form.
25    THE WITNESS:  Not necessarily.

Page 181

1  BY MR. DEARING:
2    Q   You answered both of those questions with "not
3  necessarily."
4    A   Correct.
5    Q   Does that mean you don't know, or does that
6  mean you don't think so, or it could?
7    MS. AHERN:  Objection.  Form.
8    THE WITNESS:  Well --
9  BY MR. DEARING:
10    Q   Let me ask the question again.
11    A   P53 signatures have p53 mutations.  They don't
12  all go to STIC.  STIC has p53 mutations.  They don't
13  all go on to invasive cancers.  Just having a p53
14  mutation doesn't mean it's inevitably going to become
15  cancer.
16    Q   Right.  I'm not saying it necessary would
17  become cancer, but if talc can evoke a p53 response in
18  tubal cells or ovarian cells, would that be evidence to
19  you that talc could cause cancer?
20    MS. AHERN:  Objection.  Form.
21    THE WITNESS:  No.
22  BY MR. DEARING:
23    Q   Do you agree that one example of inflammation
24  associated with foreign materials includes macrophages?
25    MS. AHERN:  Objection.  Form.

Robert Kurman, M.D.

Page 182

1    THE WITNESS:  Well, macrophages in tissue become
2  histiocytes, and that's part of a foreign-body giant
3  cell granuloma.
4  BY MR. DEARING:
5    Q   A minute ago, when I asked you about talc
6  eliciting a p53 response and I asked you whether you
7  thought that would be evidence that talc could cause
8  cancer in those cells, why did you say no?
9    MS. AHERN:  Objection.  Form.
10    THE WITNESS:  Because, as I said, having a p53
11  mutation, in and of itself, does not inevitably mean a
12  tissue is going to become malignant.
13  BY MR. DEARING:
14    Q   Is it suggestive that a tissue might become
15  malignant?
16    MS. AHERN:  Objection.  Form.
17    THE WITNESS:  Not necessarily.
18  BY MR. DEARING:
19    Q   What does that mean, "not necessarily"?
20    A   As I said, you can have a p53 mutation and
21  have a perfectly benign lesion.
22    Q   You said a while ago that one reason you don't
23  believe talc causes ovarian cancer is because you
24  haven't seen talc elicit a foreign-body granulomatous
25  reaction in gynecologic tissue.  Right?  Isn't that

Page 183

1  correct?
2    A   No, that's not the reason I don't think it
3  causes cancer.
4    Q   Tell me why you think talc doesn't cause --
5  can't cause cancer.
6    A   Because there's been absolutely no evidence in
7  the literature that it does.
8    Q   Would you agree with me that foreign materials
9  don't always evoke granulomatous reactions in ovarian
10  tissue?
11    MS. AHERN:  Objection.  Form.
12  BY MR. DEARING:
13    Q   Or extraperitoneal tissue?
14    MS. AHERN:  Objection.  Form.
15    THE WITNESS:  I haven't evaluated other foreign
16  bodies or agents.
17  BY MR. DEARING:
18    Q   So are you agreeing or disagreeing or do you
19  not know that foreign materials don't always evoke
20  granulomatous reaction on ovarian and extraovarian
21  peritoneal services?
22    MS. AHERN:  Objection.  Form.  Asked and answered.
23    THE WITNESS:  I'd like to see the data, and then I
24  could make a decision.  I haven't seen it.
25  ///

Page 184

1  BY MR. DEARING:
2    Q   In your textbook in Chapter 12, written by
3  Dr. Irving and Dr. Clement, entitled "Nonneoplastic
4  Lesions of the Ovary," the subtitle "foreign-body
5  Granulomas," the statement is:
6    "A variety of foreign materials may
7  evoke a granulomatous reaction on the
8  ovarian and extraovarian peritoneal
9  surfaces, potentially mimicking
10  malignant tumor at operation."
11    So the authors here are a bit equivocal about
12  whether foreign materials will evoke a granulomatous
13  reaction; right?  They're saying -- they use the word
14  "may" because it doesn't always happen; right?
15    MS. AHERN:  Objection.  Form.
16    THE WITNESS:  "Variety of foreign materials may
17  evoke granulomatous reaction on" -- "may."
18  BY MR. DEARING:
19    Q   Right.
20    A   That's suggestive, but not definitive at all.
21    Q   So is it fair to say that sometimes they do
22  and sometimes they don't evoke a granulomatous
23  reaction?
24    MS. AHERN:  Objection.  Form.
25    THE WITNESS:  I don't even think they say that.

Page 185

1  They just say it might.
2  BY MR. DEARING:
3    Q   Is it equally true that it might not?
4    MS. AHERN:  Objection.  Form.
5    THE WITNESS:  Well, may not.
6  BY MR. DEARING:
7    Q   Do you agree that whether the body reacts to a
8  foreign particle by macrophage or granuloma depends in
9  part on the body's interpretation of that particle and
10  its size?
11    MS. AHERN:  Objection.  Form.
12    THE WITNESS:  I don't know anything about the size
13  business.  Size.
14  BY MR. DEARING:
15    Q   So you are saying that the size of a foreign
16  material is not -- in no way influences whether the
17  body tries to sequester that particle with macrophages
18  versus giant cell granulomas?
19    MS. AHERN:  Object to the form.
20    THE WITNESS:  It may.  I mean, different sizes of
21  talc may have -- may induce the same thing.  I'm not
22  sure the size is that relevant.
23  BY MR. DEARING:
24    Q   If a macrophage could engulf a talc particle,
25  you wouldn't expect to see a giant cell granulomatous

47  (Pages 182 to 185)

Robert Kurman, M.D.

Page 186

1   response, would you?
2       MS. AHERN: Objection. Form.
3   BY MR. DEARING:
4       Q   Because the macrophage handles it?
5       MS. AHERN: Same objections.
6       THE WITNESS: Well, generally speaking, from what
7   I've read about it, these particles are too large for a
8   single macrophage to envelope it, which results in
9   another macrophage coming along with it and membranes
10  fuse and they engulf the particle.
11  BY MR. DEARING:
12      Q   Are you referring to talc particles?
13      A   Yes.
14      Q   What's your basis for concluding that
15  macrophages cannot engulf a talc particle?
16      MS. AHERN: Objection. Form.
17      THE WITNESS: It's been -- I believe it's been
18  stated -- shown in the literature that the particle
19  might be too large. It's going -- it's going to elicit
20  histiocytic reaction for sure.
21  BY MR. DEARING:
22      Q   Well, do you agree with me that macrophages
23  may respond to very small particles whereas granulomas
24  may respond to larger particles or larger clusters of
25  particles?

Page 187

1       MS. AHERN: Objection.
2       THE WITNESS: I haven't seen data that divides it
3   up that way.
4   BY MR. DEARING:
5       Q   You remember who Dr. John Godleski is, don't
6   you?
7       A   I know the name. I know he's involved in this
8   litigation.
9       Q   Right. He testified in the same trial you
10  did.
11      A   Hmm.
12      Q   And he is a pathologist and a microscopist at
13  Harvard. Well, he's retired, but he spent his career
14  at Harvard.
15          Have you read any of his publications?
16      A   No.
17      Q   Have you read any of his opinions about talc
18  in tissue, particularly in the size of particles he
19  typically finds in tissue?
20      MS. AHERN: Objection. Form.
21      THE WITNESS: He's a pulmonary pathologist, as I
22  recall, knows nothing about gynecologic pathology.
23  Having said that, I don't recall specifically reading
24  his summation of his opinions regarding the size of
25  talc particles.

Page 188

1   BY MR. DEARING:
2       Q   Why do you think he knows nothing about
3   gynecologic pathology if you haven't read his stuff?
4       A   Because he's a pulmonary pathologist.
5   Pulmonary pathologists don't look at gynecologic
6   specimens.
7       Q   Well, he's also a general pathologist, a
8   surgical pathologist, and he has been a -- well --
9       A   Well, I'm not impugning his -- I'm just saying
10  he's not a gynecologic pathologist. Let's put it that
11  way.
12      Q   Okay. Are you aware that the publications
13  he's authored state that the talc particles he
14  typically finds in ovarian tissue, in pelvic lymph
15  nodes is in the 5-micron range, maybe 1 to 10 microns,
16  but average around 5 microns?
17      MS. AHERN: Objection. Form. Are you talking
18  about publications or litigation reports?
19      MR. DEARING: Publications.
20      THE WITNESS: I don't remember reading about the
21  size of the particles.
22  BY MR. DEARING:
23      Q   If a talc particle found its way into ovarian
24  tissue and it was about 5 to 10 microns in size, you
25  would expect that to be handled by a macrophage,

Page 189

1   wouldn't you, not a giant cell?
2       MS. AHERN: Objection. Form.
3       THE WITNESS: You're stating a big "if," namely
4   that it gets into ovarian tissue, which I think is --
5   BY MR. DEARING:
6       Q   I'm going to show you pictures of it in
7   ovarian tissue in just a minute.
8       A   I don't care if you show pictures of it. I
9   don't think it means it's even there. Biologically, it
10  can be a complete contaminant.
11      Q   So are you saying there's no possible way talc
12  can get into any ovarian tissue?
13      A   Well, it's been described. Let's put it that
14  way. It has been described.
15      Q   What does that mean, "it's been described"?
16  I've been describing it all day.
17      A   It's been described that talc is present in
18  ovarian tissue in users or nonusers, as I remember from
19  the Heller article.
20      Q   We can talk about Heller if you like, but the
21  fact of the matter is if a talc particle gets into
22  ovarian tissue and it's between 1 and 10 microns in
23  size, wouldn't you expect that would attract a
24  macrophage, not a giant cell?
25      MS. AHERN: Objection. Form.

48 (Pages 186 to 189)

Robert Kurman, M.D.

Page 190

1      THE WITNESS:  I don't -- as I said, I haven't read
2   anything about -- specifically about the size of
3   particles and whether it's engulfed by a single
4   macrophage or by a giant cell.
5   BY MR. DEARING:
6      Q   So if you don't know whether a macrophage
7   would respond to it or a giant cell respond to it, how
8   can you say that talc can't cause cancer because it
9   would evoke a giant cell granulomatous response?
10     MS. AHERN:  Objection.  That's not at all what he
11  said.
12     THE WITNESS:  We have to get back to precursor
13  lesions and finding evidence of carcinomatous stimulus
14  in those cells, and those are fallopian tube
15  epithelium, not ovarian cells.
16        (The document referenced below was
17        marked Deposition Exhibit 6 for
18        identification and is appended hereto.)
19  BY MR. DEARING:
20     Q   I'm handing you a study by Dr. Sandra McDonald
21  and others, including Dr. Godleski, entitled
22  "Correlative Polarizing Light and Scanning Electron
23  Microscopy for the Assessment of Talc in Pelvic Region
24  Lymph Nodes."
25        Have you ever seen that study?  It's fairly

Page 191

1   new.  I don't believe it's referenced in your
2   materials.
3      A   Yeah, I don't think I've seen this.
4      MS. AHERN:  Take your time if you want to read it.
5      THE WITNESS:  What's your question?
6   BY MR. DEARING:
7      Q   My question is, over on page 3 at the top,
8   Dr. McDonald describes the talc being visualized using
9   polarizing microscopy, and she says:
10        "Talc is readily visible under
11        polarizing light microscopy where it may
12        be found as both plates and fibrous form
13        and where the particles or fibers are
14        brightly birefringent and often in the
15        size range of 1 to 10 microns."
16     MS. AHERN:  I'm sorry.  Do you have a copy of that?
17     MR. DEARING:  I do.
18     MS. AHERN:  Thank you.  Page 3.
19     MR. DEARING:  Page 3.
20  BY MR. DEARING:
21     Q   What she's describing here are talc particles
22  that she's seen in ovarian tissue and pelvic lymph
23  nodes.  And she's saying that the size range that she
24  sees and that Dr. Godleski has seen repeatedly is in
25  the 1- to 10-micron range.

Page 192

1      Do you have any reason to disagree with that?
2      MS. AHERN:  Object to the form.
3      THE WITNESS:  I want to go back and sort of read
4   this Materials and Methods a little better.
5   BY MR. DEARING:
6      Q   If you want to take time and read the whole
7   study --
8      A   No, I'm just reading --
9      Q   -- we can go off the record and you can do
10  that.
11     A   I'm reading materials and methods.  I'm up to
12  your paragraph.
13     Q   Keep in mind the question is are these -- one,
14  two, three, four, five, six, seven, eight -- eight
15  scientists reporting finding talc particles in the 1-
16  to 10-micron range in pelvic lymph nodes and
17  gynecologic tissue?
18     A   Okay.  So they're finding talc particles in
19  lymph nodes, and do they say ovarian tissues here?
20  Probably.  It's mainly lymph nodes, it sounds like.
21  They're focused on the lymph nodes.
22     Q   They are.  You're right.
23     A   So they find it in lymph nodes, yes.  What's
24  your question?
25     Q   The size of the particles they're finding in

Page 193

1   pelvic lymph nodes are 1 to 10 microns, right, as they
2   report it?
3      A   Yes.
4      Q   And if you would turn over to page 9,
5   Figure 3, there's a photomicrograph.
6      A   Hold on one sec.
7      MS. AHERN:  Take your time.  If you need to go off
8   the record, we can.
9      THE WITNESS:  Okay.  What were you saying now?  I'm
10  sorry.
11  BY MR. DEARING:
12     Q   Okay.  Page 9.  There are three
13  photomicrographs.  And I just want to talk about one of
14  them.
15        Do you see the paragraph that starts
16  "Figure 3"?
17     A   I'm on Figure 4.
18     Q   Page 9.
19     A   I see page --
20     Q   Page 9.
21     A   Page 9.  Yes.  Okay.
22     Q   And the paragraph that starts with the word
23  "Figure 3."
24     A   Yes.
25     Q   Okay.  Figure 3 -- and that's the table above,

49 (Pages 190 to 193)

Robert Kurman, M.D.

Page 194

1  but Figure 3 shows "correlative polarizing light
2  microscopy, SEM, and EDX from Case 18 in the digestate
3  study."
4       Below is some photomicrographs.
5       "Going clockwise from upper left,
6  Panel A shows polarized light microscopy
7  showing numerous birefringent particles,
8  general size range 1 to 5 microns within
9  the macrophages of the left external
10  iliac lymph node."
11      Do you see that.
12  A   In Figure A?
13  Q   Do you see where I'm reading from?
14  A   "Going clockwise from upper left Panel A shows
15  polarized light microscopy, H&E" --
16      A is H&E?  It sure doesn't look like an H&E.
17  "-- shows" --
18  THE REPORTER:  Doctor, if you're reading, I'm not
19  picking it up.
20  THE WITNESS:  I'm sorry.
21      Figure 3 shows correlative polarizing light
22  microscopy, SEM, and EDX from Case 18 in the digestate
23  study (Table 1).  Going clockwise from upper left,
24  Panel A shows polarized light microscopy, H&E, showing
25  numerous birefringent particles, general size from 1 to

Page 195

1  5 micrograms -- microns within the macrophages of the
2  left external iliac lymph node.
3  BY MR. DEARING:
4       Q   Right.  That's what I want to point out to
5  you.
6       A   Yeah.
7       Q   Okay.  Do you agree that what the authors are
8  saying there is that the birefringent particles
9  observed in the 1- to 5-micron range are being
10  sequestered by macrophages?  Right?
11      A   Okay.
12  MS. AHERN:  Objection.  Form.
13  BY MR. DEARING:
14      Q   Do you agree with that?
15      A   Yeah.
16      Q   If you turn the page, there's another
17  photomicrograph on page 11.  And, again, they note in
18  the caption underneath it "Numerous birefringent
19  particles under polarized light microscopy" --
20  MS. AHERN:  Where are you?  I'm sorry.
21  MR. DEARING:  Page 11.
22  BY MR. DEARING:
23      Q   "Numerous birefringent particles
24      under polarized light microscopy within
25      the macrophages of a left external iliac

Page 196

1  lymph node."
2       So, again, there's another photomicrograph of
3  birefringent particles being sequestered by
4  macrophages; right?
5  MS. AHERN:  Objection.  Form.
6  BY MR. DEARING:
7       Q   At least according to those six, seven
8  authors?
9       A   So what -- I need -- could you read that -- I
10  couldn't follow.  I was looking at the pictures.  What
11  were you reading exactly?
12      Q   The caption underneath the photomicrograph.
13      A   Oh.  The caption --
14  MS. AHERN:  Just read it to yourself so she doesn't
15  have to write it down.
16  BY MR. DEARING:
17      Q   You can stop after A because that's all I'm
18  talking about.
19      A   Okay.
20      Q   So do you agree with me that that's another
21  photomicrograph showing birefringent particles being
22  engulfed by macrophages?
23      A   Well, honestly, I can't tell from this
24  black-and-white photo what they are.  I see polarized
25  light and I -- I see polarized, you know, particles,

Page 197

1  but I don't see what they are.
2       Q   Do you agree that the eight authors are
3  reporting those to be --
4       A   Well, maybe they are.  But they reported that.
5  I don't see it.  I can't convince myself on this
6  picture that --
7       Q   I'm not asking you to.  I'm asking you to
8  agree with me or not that the eight authors of this
9  paper identify these birefringent particles in this
10  photomicrograph as being engulfed by macrophages.
11  MS. AHERN:  Objection.  Form.
12  THE WITNESS:  Maybe that's what they say, but they
13  don't -- haven't convinced me in the picture.  If I
14  were a reviewer, I wouldn't accept that at all.
15  BY MR. DEARING:
16      Q   Well, of course not.  You would want to see
17  the photomicrograph that they looked at.
18      A   Yeah.  I mean, they're showing this picture,
19  but it's a gemish, black and white, some little white
20  particles.  I can't tell if it's a macrophage or not.
21      Q   If you will turn next to the discussion
22  section.  That's the next page.
23      A   Okay.
24      Q   The scientists write:
25      "The accurate identification of

Robert Kurman, M.D.

Page 198

1     talc in pelvic tissues is important
2     because it documents exposure by
3     demonstrating the presence of talc in
4     these tissues and provides evidence and
5     support of the role of talc in the
6     epidemiological association with ovarian
7     cancer in case-control studies."
8        A    Yes.
9        Q    Do you agree that the evidence of talc found
10    within the tissue being engulfed by macrophages is
11    evidence of talc exposure?
12       MS. AHERN:  Objection.  Form.  He just said he
13    couldn't tell they were being engulfed by macrophages.
14    BY MR. DEARING:
15       Q    Well, if you presume those talc particles are
16    being engulfed by macrophages and that these six
17    authors are correct in what they observed --
18       A    That doesn't --
19       Q    -- do you believe that that's evidence of
20    exposure?
21       A    It doesn't convince me.  I'm not convinced by
22    these photos, frankly.
23       Q    I'm not asking you to be convinced by the
24    photos.
25       A    Well, there were six authors.  Doesn't matter.

Page 199

1     They can be all wrong for all I know.
2        Q    Do you think they're all wrong?
3        A    I have -- I can't see it, and that's what
4     you're asking me.  Do I see it and believe it?  I don't
5     believe it.
6        Q    One of these authors, by the way, is William
7     Welch that we talked about earlier.
8        A    We talked about him earlier.
9        Q    Do you think he's wrong?
10       A    Well, I don't even know what Bill's role was
11    in this.  He may have just said, "Oh, yeah.  It was the
12    lymph nodes with something in them."
13       Q    Is it your testimony today that these six
14    authors looked at these photomicrographs and got it
15    wrong --
16       MS. AHERN:  Objection.
17    BY MR. DEARING:
18       Q    -- and then published it in a peer-reviewed
19    journal?
20       MS. AHERN:  Objection.  Form.  That's not his
21    testimony.  He's already given you an answer to this
22    question.
23       THE WITNESS:  They obviously believe it.  I -- if
24    you were -- in -- my opinion is they wrote it, but I
25    don't see it.

Page 200

1     BY MR. DEARING:
2        Q    Okay.  Well, presume for me, if you would,
3     that they're right, that they are looking at talc
4     particles in the 1- to 5-micron range being engulfed by
5     macrophages.
6        Do you agree with me, if they're correct, that
7     that's evidence of exposure to talc?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  You know, as -- this -- well, if
10    they've been exposed to talc, by seeing evidence of it
11    in the tissue, could essentially also mean superimposed
12    particles on top of the tissue that could be there as a
13    contaminant.  So I'm not convinced.
14    BY MR. DEARING:
15       Q    Okay.  How would it have gotten there as a
16    contaminant?
17       A    Because talc is all over the place.
18       Q    So you're talking about after it's removed
19    from the body?
20       A    Yeah.
21       Q    Okay.
22       A    When you look at a pathology laboratory, the
23    laboratory counters, the paper towels, the ceramics --
24       Q    Right.
25       A    -- it all contains talc.

Page 201

1        Q    Of course.
2        A    It could easily be introduced into the
3     specimen.
4        Q    Sure.  And is a macrophage going to engulf a
5     talc particle that's been taken out of the body and is
6     sitting on a lab or a paper towel?
7        A    As I said --
8        MS. AHERN:  Objection.
9        THE WITNESS:  I can't distinguish that this is
10    in a macrophage.  It may be talc particles sitting on
11    top of the macrophage.
12    BY MR. DEARING:
13       Q    Several times in response to my questions,
14    you've answered with "I'm not convinced."
15       Is that the burden that you're applying to
16    your opinions in this case is that if you're not
17    convinced, then it's not so?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  I can only say what I believe in
20    based on the scientific evidence.  In this case, I'm
21    not convinced that the talc particles or the
22    birefringent particles that are being shown in these
23    figures are actually within the tissue as a result of
24    them actually being engulfed or whether they are there
25    as a possible -- as a contaminant.

51 (Pages 198 to 201)

Robert Kurman, M.D.

Page 202

1  BY MR. DEARING:
2      Q   Is that the standard that you're using for
3  causation, that you're not convinced?
4      MS. AHERN:  Objection.  Form.  Misstates and
5  mischaracterizes his testimony.
6      MR. DEARING:  I don't know what his testimony is.
7  I'm asking him.
8      THE WITNESS:  I told you earlier what I expected to
9  see in causation.  And that was a fulfillment of all
10  those criteria that we discussed at multiple times.
11  BY MR. DEARING:
12     Q   Right.  But the fulfillment of that criteria
13  has to rise to a level of a preponderance of the
14  evidence in court, and I want to know what standard
15  you're applying.
16         Is it until Dr. Kurman is convinced, or is it
17  a preponderance of the evidence or something else?
18     MS. AHERN:  Objection.  Form.
19     THE WITNESS:  A preponderance of the evidence, of
20  course.
21  BY MR. DEARING:
22     Q   Okay.  So are you suggesting that applying the
23  preponderance of the evidence to this study, that the
24  preponderance of the evidence suggests these six
25  authors got this wrong, that they're not observing talc

Page 203

1  particles being engulfed by macrophages?
2      MS. AHERN:  Objection.  Form.  Argumentative.
3  Misstates his testimony.  He's already answered this
4  question.  This is the first time he's looking at this
5  study.  He hasn't reviewed the entire thing.
6      MR. DEARING:  He wasn't asked about preponderance
7  of the evidence.
8      MS. AHERN:  He's told you what his basic opinion is
9  from looking at the study in the last few minutes.
10  That's his opinion.
11     THE WITNESS:  I'm even wondering how they just
12  decide to look at this particular lymph node without
13  mentioning that they saw some kind of funny reaction
14  with the H&E slides that then led them to do
15  polarization.  I didn't -- I can't find that.
16  BY MR. DEARING:
17     Q   It's explained in there.
18     A   Well, maybe you can point it out to me.  This
19  is the first time I've seen the article.
20     Q   In the brief skimming through that that you
21  just did and the portions that you read, there was no
22  mention of granulomatous giant cell responses to talc
23  particles, was there?
24     MS. AHERN:  Objection.  Form.
25     THE WITNESS:  In my brief skimming, that's what I'm

Page 204

1  saying.  I wondered what led them to do polarization of
2  these lymph nodes if they saw nothing.  You know, we
3  routinely don't polarize tissues in surgical pathology,
4  as even your expert acknowledged.
5         So what led them to do -- to do polarization
6  if there was no suspicion based on the H&E slides?
7  BY MR. DEARING:
8      Q   Right.  Well, I'm not really asking you what
9  you're wondering about.  I'm just asking you if you saw
10  any statements in there -- and I know you haven't read
11  it word for word, but you spent about 15 minutes
12  skimming over it.
13         No mention of granulomatous giant cell
14  response to talc particles, is there?
15     MS. AHERN:  Objection.  Form.  He hasn't reviewed
16  the entire article.
17     THE WITNESS:  From what I read in this 15 minutes,
18  I haven't seen that.
19  BY MR. DEARING:
20     Q   Okay.  I looked through your CV and tried to
21  do a quick calculation.  It looks like you've received
22  somewhere in the neighborhood of $6 million in funding
23  from pharmaceutical companies for research in your
24  career.
25         Does that sound about accurate to you?

Page 205

1      MS. AHERN:  Objection.  Form.
2      THE WITNESS:  No.  I would like to see that.
3  BY MR. DEARING:
4      Q   Okay.
5      A   Which pharmaceutical companies?
6      Q   Look at your CV, if you like.  It's under the
7  title "Pharmaceutical Companies Supported."  It looks
8  like the Upjohn Company --
9      A   Wait a minute.  Wait a minute.  Wait a minute.
10     MS. AHERN:  I'm sorry.  What page are you on,
11  David, in the CV?
12     THE WITNESS:  I see it.  It's page 58.
13     MS. AHERN:  Thank you.
14  BY MR. DEARING:
15     Q   Okay.  It looks like the Upjohn Company gave
16  you 1.3 million and change for research.
17     A   Wait a minute.  You're looking at line 1,
18  right, Upjohn Company?
19     Q   I'm going through the whole thing.
20     A   I see 1993 to 1995.  I see 314,540.
21     Q   Keep going.  There are other entries for
22  Upjohn.
23     A   Clinical at Wyeth Ayerst, '93 to '98, 59,000.
24         Randomized clinical -- that's a -- an NCI
25  study.

52 (Pages 202 to 205)

Robert Kurman, M.D.

Page 206

1        Merck, human papillomavirus, '99 to '03,
2    274,000.
3        You know, in case you're not aware of it, this
4    money doesn't go directly to me.  It goes to the
5    university.
6    Q   I know.
7    A   Okay.  You know that.
8    Q   I'm just asking you --
9    A   Merck.
10   Q   -- you've received approximately $6 million of
11   funding for research in your career from pharmaceutical
12   companies?
13   A   Upjohn --
14   MS. AHERN:  Objection.
15   BY MR. DEARING:
16   Q   Upjohn, Merck, Watson, Wyeth, and Pfizer.
17   A   All going to Hopkins.  I don't get money.  I
18   don't get paid that amount.
19   Q   Does that number sound about right, though?
20   A   Well, I haven't added them all up, so I'd have
21   to sit here in -- with a calculator and add it all up.
22   Q   How much have you earned testifying for
23   Johnson & Johnson to date?
24   A   Since I was first approached?
25   Q   Yes.

Page 207

1    A   A little over $190,000 since 2015.
2    Q   Okay.  And you haven't billed for any of your
3    preparation work for this deposition; right?
4    MS. AHERN:  Objection.
5    THE WITNESS:  No.  That includes partial billing
6    for this.
7    BY MR. DEARING:
8    Q   Okay.
9    A   Not entirely, partial.
10   Q   And the next edition of Blaustein's that you
11   said is on the way --
12   A   In press, yeah.
13   Q   -- in press --
14   A   Almost in press.
15   Q   -- are you going to disclose in there
16   somewhere that you are a paid witness for Johnson &
17   Johnson in the talcum powder litigation?
18   A   I'll have to look at that.  We don't --
19   there's some comment about talc, just very similar to
20   what we said there.  I don't know that it influenced --
21   it influenced my -- again, it's a statement of what's
22   out there in the literature.
23   Q   Well, you are -- you've already said that you
24   don't necessarily agree with some of the statements in
25   this version, whether because you just don't agree with

Page 208

1    it anymore or they were someone else's opinions, the
2    other author's opinions.
3        Are you saying you just -- you don't think
4    it's necessary to inform the reader that you're --
5    A   Well, I'll have to think --
6    Q   -- a highly paid expert witness for Johnson &
7    Johnson?
8    MS. AHERN:  Objection.  Form.
9    THE WITNESS:  I'll have to think that out and make
10   a decision.
11   BY MR. DEARING:
12   Q   Okay.  Do you know whether the next
13   Blaustein's edition includes the epidemiology studies,
14   the 25 to 28 studies that show a statistically
15   significant increased risk of ovarian cancer in women
16   who use talc for feminine hygiene?
17   MS. AHERN:  Objection.  Misstates the literature.
18   THE WITNESS:  We don't go into that degree of
19   depth.  It'll be a comment very similar -- maybe a
20   little bit more elaborate than what we had in the 2011
21   edition, but it's not going to -- it's not an
22   epidemiological textbook.  It's not going to go into
23   all those details.
24   BY MR. DEARING:
25   Q   As I just mentioned and as you've testified,

Page 209

1    you don't necessarily agree with all of the statements
2    made by other authors in this textbook; right?
3    A   Right.  As I said, the book is intended to
4    give a general overview of what's out there.  I may not
5    necessarily specifically agree with something.  But we
6    felt, in fairness, it all needs to be discussed.
7    Q   Well, it's not all being discussed because
8    you're not discussing both sides of these issues on
9    everything; right?
10   A   What -- both sides of what issues?  I mean --
11   Q   Well, for example, when we were talking
12   earlier about -- I don't remember now.
13       Oh, we were talking about whether chronic
14   inflammation, nonasbestos mineral fibers may be
15   etiologic agents for malignant mesothelioma --
16   malignant -- perineal malignancies.
17       And you said, well, that's one position, but
18   you didn't offer the other position that those aren't
19   etiologic agents for peritoneal.
20       So would you agree with me that you've -- you
21   haven't explained both sides of some of these topics?
22   MS. AHERN:  Objection.  Form.
23   THE WITNESS:  Well, we've tried, to the best of our
24   ability, to do so.
25   ////

53 (Pages 206 to 209)

Robert Kurman, M.D.

Page 210

1  BY MR. DEARING:
2    Q   Would you agree that good scientists can have
3  differing opinions about cancer etiology?
4    MS. AHERN: Objection. Form.
5    THE WITNESS: That's a very, very general question.
6  But if I frame it within the talc litigation, I would
7  venture to say that a reasonable scientist viewing --
8  viewing all -- viewing the totality of this data, I
9  don't think anyone would agree to say that talc causes
10  ovarian cancer.
11  BY MR. DEARING:
12    Q   Are you saying that all of the plaintiffs'
13  experts, the 30 or so plaintiff experts, that you know
14  about, are not good scientists?
15    MS. AHERN: Objection. Form.
16    THE WITNESS: I didn't say that.
17  BY MR. DEARING:
18    Q   Okay. Well, my question is, do you agree with
19  me that good scientists can have differing opinions
20  about cancer etiology?
21    MS. AHERN: Objection. Form.
22    THE WITNESS: It's neither good or bad. I'm saying
23  that reasonable people looking at all this data, in my
24  opinion, would not disagree that this is -- that talc
25  causes ovarian cancer.

Page 211

1  BY MR. DEARING:
2    Q   Right. I'm not asking you about this data.
3  I'm talking about cancer in general.
4      For example, there are good scientists,
5  reputable, knowledgeable scientists that disagree with
6  you about your STIC theory; right?
7    MS. AHERN: Objection. Form.
8    THE WITNESS: Not many. Not this day and age.
9  Even your expert agrees with us.
10  BY MR. DEARING:
11    Q   I know. I'm not saying that. I'm saying
12  there are scientists that don't agree with you.
13      That doesn't make them bad scientists; right?
14    A   Didn't say they're bad scientists.
15    Q   Do you currently sit on any editorial boards
16  or peer review panels?
17    A   I've taken my -- I retired from those.
18    Q   So, no, you're not currently on any?
19    A   No.
20    Q   When was the last time you sat on one?
21    A   Well, I -- when I retired in June of 2017, I
22  withdrew from the various editorial boards that I was
23  on -- that I was currently on.
24    Q   If you were sitting on a board -- editorial
25  board or a peer review panel and you were given a study

Page 212

1  to review for publication that offered some type of
2  cancer causation analysis that you thought was just
3  biologically not plausible, implausible, would you
4  still recommend that publication -- that study for
5  publication?
6    MS. AHERN: Objection. Form. Incomplete
7  hypothetical. Other problems.
8    THE WITNESS: I would ask the author to present
9  more convincing evidence.
10  BY MR. DEARING:
11    Q   Sure. So you wouldn't -- you wouldn't approve
12  or recommend for publication a study that wasn't
13  biologically plausible, right, in your mind?
14    A   I would like to see the data and the evidence
15  that you're referring to, if there's a specific case
16  for me to answer this very general question.
17    Q   I don't have a specific case. I'm asking you
18  a general question.
19      The general question is, if you were reviewing
20  a study on some cause of cancer -- and I'm not even
21  using a specific, any cause of cancer -- a cause of
22  cancer that was being purported in a study and you felt
23  like it wasn't biologically plausible, you would not
24  recommend that paper for publication; right?
25    MS. AHERN: Objection. Form.

Page 213

1    THE WITNESS: I'd like to see the study that you're
2  talking about.
3  BY MR. DEARING:
4    Q   There is no study. I'm making it up.
5    MS. AHERN: Objection.
6    THE WITNESS: Well, I don't want to comment about
7  things that you make up.
8  BY MR. DEARING:
9    Q   Okay. So you don't have an opinion either way
10  whether -- if you reviewed a study that was suggesting
11  something that wasn't biologically plausible in your
12  mind whether you'd approve it for publication?
13    MS. AHERN: Objection. Form.
14    THE WITNESS: You're making these hypothetical
15  questions that, to me, are -- I can't answer that.
16  BY MR. DEARING:
17    Q   You can't answer the simple question of
18  whether a paper was sent to you to review that you felt
19  offered some theory that was not biologically
20  plausible, in your mind, whether you would recommend it
21  for publication? You can't answer that question?
22    MS. AHERN: Objection. Form. Asked and answered
23  several times.
24    THE WITNESS: No comment.
25  ///

54 (Pages 210 to 213)

Golkow Litigation Services - 877.370.DEPS

Robert Kurman, M.D.

Page 214

BY MR. DEARING:
 1   Q   I thought that was an easy question.
 2       All right.  The second half of your report is
 3   a criticisms of Dr. Kane.
 4       Do you agree?
 5   A   Yes.
 6   Q   And were you hired by Johnson & Johnson to
 7   offer criticisms of Dr. Kane?
 8   MS. AHERN:  Object to the form.
 9   THE WITNESS:  No.
10   BY MR. DEARING:
11   Q   Were you offered by Johnson & Johnson to offer
12   your opinions about Dr. Kane's opinions?
13   A   I was asked --
14   MS. AHERN:  Objection.  Form.
15   THE WITNESS:  -- to review Dr. Kane's report and
16   comment on it.
17   BY MR. DEARING:
18   Q   One of the first things you say in your
19   comments section about Dr. Kane -- on page 12, you
20   write, "Although Dr. Kane offers opinions in a host of
21   areas outside her field, including epidemiology and
22   cancer biology" --
23   A   I'm sorry.  Where -- let's be on the same
24   page.

Page 215

     Right in the beginning.  Okay.  Go ahead.
 1   Q   You suggest in the last sentence of the first
 2   paragraph that Dr. Kane is offering opinions in a host
 3   of areas outside her field, including epidemiology and
 4   cancer biology; right?
 5   A   Yes.
 6   Q   You would agree with me, wouldn't you, that a
 7   pathologist, a learned, skilled pathologist, has a
 8   working knowledge of epidemiology; right?
 9   A   Working knowledge --
10   MS. AHERN:  Objection.  Form.
11   THE WITNESS:  -- is different than expertise.
12   BY MR. DEARING:
13   Q   I don't think she claimed to be an expert in
14   epidemiology.
15   A   Well, Dr. Kane, in her report -- she's been
16   asked to present pathology of ovarian cancer, as I
17   understand it -- devotes exactly one paragraph to a
18   discussion of ovarian cancer, which is less than a
19   percent of her entire report, and spends nearly
20   50 percent discussing epidemiology.  Doesn't make sense
21   to me.
22   Q   Well, you know how to read epidemiology
23   studies, don't you?
24   A   Yeah.

Page 216

 1   Q   In fact, your textbooks often lead with a
 2   section on epidemiology in every chapter almost, don't
 3   they?
 4   A   I said that earlier.  I said sure, we do that,
 5   but I'm not focusing in on an epidemiology review.
 6   Q   Well, it's full of epidemiological data, isn't
 7   it?
 8   A   Yes, yes, yes.
 9   Q   Okay.  And, in fact, in one of your previous
10   editions, in the fifth edition, you actually have an
11   entire chapter devoted to epidemiology, don't you?
12   MS. AHERN:  Objection.  Form.
13   THE WITNESS:  You'll notice we removed that.
14   BY MR. DEARING:
15   Q   Yeah.  But you felt like it was important for
16   pathologists to understand epidemiology, and that's why
17   you put a chapter in this textbook; isn't it?
18   MS. AHERN:  Objection.  Form.
19   THE WITNESS:  In the fifth edition.  And then we
20   included it in each section in the sixth edition.
21   BY MR. DEARING:
22   Q   Right.
23   A   Of course, epidemiology is important.
24       (The document referenced below was
25   marked Deposition Exhibit 7 for

Page 217

 1       identification and is appended hereto.)
 2   BY MR. DEARING:
 3   Q   I'm going to show you what's marked as
 4   Exhibit 7, which is that chapter on epidemiology.
 5   MS. AHERN:  Or a page from that chapter?
 6   MR. DEARING:  The front page.  That's the cover
 7   page from that chapter.
 8   MS. AHERN:  From the fifth edition?
 9   MR. DEARING:  The fifth edition.
10   MS. AHERN:  Okay.  Exhibit 7.  Do you have an extra
11   copy?  Okay.  Thank you.
12   BY MR. DEARING:
13   Q   And, as you can see, it's written by Dr. Mark
14   Schiffman, and it's Chapter 27.
15   A   Yes.
16   Q   And then he leads that chapter -- hopefully,
17   you can read that.
18   A   Well, I'm looking at your handout.
19   Q   Okay.  Yeah, even this one's hard to read.
20   I'm sorry.  My daughter made that for me a couple days
21   ago.  It says:
22       "Most pathologists are part-time
23       epidemiologists as well.  Two medical
24       disciplines are more closely allied
25       than" -- "the two medical disciplines

55 (Pages 214 to 217)

Robert Kurman, M.D.

Page 218

1    are more closely allied than many people
2    realize. Epidemiologists study the
3    distribution and determinants of
4    diseases in human populations. In
5    current medical practices, diseases are
6    often defined by histopathologic
7    diagnoses or by clinical pathologic test
8    values."
9        Did I read that right?
10    A    You read that correct.
11    Q    And this is a chapter you actually edited;
12    right?
13       MS. AHERN: Objection. Form.
14       THE WITNESS: The fifth edition, yes.
15    BY MR. DEARING:
16    Q    Okay. So there's nothing necessarily
17    inappropriate about a skilled, learned pathologist from
18    discussing pathology -- I mean, epidemiology; right?
19    A    Of course. But the point is she's a
20    pathologist and she spends over half -- nearly half her
21    report on epidemiology and a paragraph on pathology.
22    It doesn't seem right, even though we're part-time
23    epidemiologists.
24    Q    You spent half of your report critiquing
25    Dr. Kane. So I could suggest that's not right.

Page 219

1       MS. AHERN: Objection.
2       THE WITNESS: Well, that was in order to point out
3    the shortcomings of her analysis. That's all that
4    referred to.
5    BY MR. DEARING:
6    Q    I just want to make sure it's crystal-clear
7    that you're not suggesting skilled, experienced
8    pathologists, like yourself and Dr. Kane, don't
9    understand epidemiology.
10       MS. AHERN: Objection. Form.
11       THE WITNESS: I never said that.
12    BY MR. DEARING:
13    Q    All right. And would you agree with me that
14    you can't explain cancer pathology and etiology without
15    some understanding and explanation of cancer biology?
16       MS. AHERN: Objection. Form.
17       THE WITNESS: Cancer biology and epidemiology all
18    come into play.
19    BY MR. DEARING:
20    Q    So skilled, experienced, learned pathologists
21    typically do know quite a bit about cancer biology if
22    they are studying cancer; right?
23       MS. AHERN: Objection. Form.
24       THE WITNESS: Well, again, there's a difference
25    between a pathologist that's a molecular biologist

Page 220

1    doing bench research and the pathologist who's doing
2    surgical pathology. So, yes, of course, a surgical
3    pathologist is going to be aware and understanding but
4    is not going to have expertise necessarily in cancer
5    biology.
6    BY MR. DEARING:
7    Q    Well, pathologists have had training in cancer
8    biology, haven't they?
9    A    Well, we read about it, we acquaint ourselves
10    with it, we go to lectures, we know something about it,
11    but we are not experts in it necessarily.
12    Q    And cancer pathology papers often discuss cell
13    biology, don't they?
14    A    Yes.
15    Q    You go on to state that your primary area of
16    expertise is gynecologic pathology.
17       So tell me, what is your -- well, you've
18    already explained to us what your methodology is. Do
19    you have any criticism of Dr. Kane's methodology as far
20    as her -- I know you disagree with some of her
21    opinions, but do you have any criticism of the
22    methodology she used to go about that?
23    A    Yes.
24    Q    Okay. Tell me what that criticism is.
25    A    Well, one of the main things to start with is

Page 221

1    something we've been discussing during the entire
2    course of this deposition, and that is that it's now
3    generally accepted that high-grade serous carcinoma of
4    the ovary begins in the fallopian tube with a precursor
5    p53 signature, p53 STICs, and not the surface
6    epithelium of the ovary. And she even admits that.
7    But yet all the data that she cites, various biology,
8    the cell cultures and studies that she refers, they're
9    all dealing with the epithelial ovarian tissue, the
10    surface epithelium of the ovary, which is not the
11    precursor of ovarian cancer. So those are not valid.
12    Q    It sounds like you are disagreeing with her
13    opinion as to the carcinogenesis of ovarian cancers if
14    her opinion is they're starting in epithelial cells on
15    the ovarian surface; right?
16       MS. AHERN: Objection. Form.
17    BY MR. DEARING:
18    Q    Is that what you're saying?
19       MS. AHERN: Objection. Form.
20       THE WITNESS: I'm disagreeing with the studies that
21    she cites to support her opinion that talc causes
22    ovarian cancer are based on studies in which she has
23    not looked at the true precursor of high-grade serous
24    carcinoma. That's what I'm saying.
25    ///

56 (Pages 218 to 221)

Robert Kurman, M.D.

Page 222

1    BY MR. DEARING:
2         Q    Sir, are you saying she's relying on faulty
3    studies to reach her conclusions?
4         A    In -- the studies may not be faulty, just the
5    wrong study.  Well, as I've said, the precursors -- you
6    need causation, initiation.  We talked about this all
7    morning.  Should be looking at the precursor lesion in
8    the organ where the lesion begins.
9         She's looking at -- she's looking at the
10   ovarian surface epithelium, or at least citing studies
11   that evaluated the ovarian surface epithelium, which is
12   not where these cancers begin.  So, therefore, she has
13   selected studies that are inappropriate.
14        Q    Do you have any other criticism of her
15   methodology other than she's looked at --
16        A    Well, we can go through them if you want on
17   every -- you know, one at a time.
18        Q    Let's just talk just generally with regard to
19   methodology.  And we can talk -- we will go
20   individually.
21        A    Okay.
22        Q    But from just a general standpoint, you
23   suggested one problem with her methodology is that
24   she's looking at the wrong studies.
25        A    Right.

Page 223

1         Q    Any other criticism of her methodology
2    generally?
3         A    Some of the studies themselves may have issues
4    with them specifically.  But that, I think, is one of
5    the main problems, if you're trying to present evidence
6    for ovarian carcinogenesis and causation, to select the
7    wrong tissues to be evaluated.  Everything else goes by
8    the wayside.  If the first part doesn't make any sense
9    biologically, then the rest is of no value.
10        Q    Okay.  Let's start breaking it down issue by
11   issue.
12        One of the first issues you identify -- that
13   you criticize is that Dr. Kane made observations
14   regarding similarities between talc and asbestos and
15   between high-grade serous carcinoma and mesothelioma.
16   We've already discussed the Bradford Hill causation
17   analysis to some extent.
18        Do you agree with me that this -- that that
19   analogy is also one of those nine considerations of
20   Bradford Hill; right?
21        A    Yes.  Analogy is, yes.
22        Q    So with regard to Dr. Kane looking at the
23   wrong studies and your criticism of her methodology, is
24   there anything else that comes to mind with regard to
25   her methodology that you think is inappropriate?

Page 224

1         A    Well, you want to begin with analogy?  You
2    just brought it up a minute ago.
3         Q    Sure.
4         A    Okay.  I can read from my report.
5         "Dr. Kane overstates the
6    significance of compositional
7    similarities between talc and asbestos.
8    Specifically, Dr. Kane relies on an
9    observed 'chemical similarity' between
10   the two, but the two -- but the fact the
11   two materials have similar chemical
12   compositions does not mean they will
13   have similar effects on the body.  For
14   instance, the chemical composition of
15   water is almost identical to that of
16   hydrogen peroxide -- they differ by only
17   one oxygen atom -- but their biological
18   effects are vastly different.  Dr. Kane
19   fails to provide any support for her
20   suggestion that compositional
21   similarities between talc and asbestos
22   result in similar biologic effects.
23   While talc and asbestos are both
24   silicate minerals, talc is inert.  By
25   contrast, surface reactivity and the

Page 225

1    ability to release free radicals
2    contribute to the pathogenic effects of
3    asbestos."
4         Do you want me to go on?
5         Q    Can you I stop you there?  No, I don't.  I
6    just didn't want to cut you off midsentence.
7         A    Okay.
8         Q    I know what your report says.  I want to ask
9    you some questions about it.
10        A    Okay.
11        Q    So your criticism of her application of
12   analogy --
13        A    Right.
14        Q    -- the one of nine Bradford Hill
15   considerations --
16        A    Right.
17        Q    -- you think that's a methodology flaw?
18        A    Yes.  And also, even -- you didn't want me to
19   go on, but the next is that the analogy between
20   malignant mesothelioma --
21        Q    I'll get to that.
22        A    -- and -- okay.
23        Q    You agree with me that Dr. Kane is not saying
24   that talc and asbestos are morphologically identical;
25   right?

57 (Pages 222 to 225)

Page 226

1    A   She makes that comment at some point, but then
2  she says they're similar.
3    Q   She doesn't say they're identical, does she?
4    A   She may not, but she builds her whole case of
5  analogy on the fact that they're doing the same thing.
6    Q   I think you testified already, you haven't
7  look at talc fibers under a microscope, have you?
8    A   I have not.
9    Q   So you don't know whether asbestiform talc
10  fibers and asbestos fibers are similar; right?
11    MS. AHERN:  Objection.  Form.
12  BY MR. DEARING:
13    Q   Similar in morphology.
14    MS. AHERN:  Objection.  Form.
15    THE WITNESS:  I'm referring to what is easily
16  available in the literature, even for a layman who's
17  not a mineralogist --
18  BY MR. DEARING:
19    Q   Okay.
20    A   -- that talc and asbestos are very different
21  from a structural standpoint.  Structure is more
22  important, in fact, than chemistry in causing
23  biological effects.
24    Q   I'm not talking about chemistry.  I'm talking
25  about morphology.

Page 227

1    A   Right.
2    Q   They're both needle-like fibers.  So they're
3  similar.
4    A   No, they're not.
5    Q   They're not similar at all?
6    A   No.
7    Q   Okay.  We already talked about the fact that
8  IARC treats asbestos fibers and asbestiform fibrous
9  talc the same with regard to the carcinogenicity
10  evaluation; right?
11    MS. AHERN:  Objection.  Form.
12    THE WITNESS:  Again, there's a lot of confusion in
13  this terminology, and I don't want to get stuck into
14  that.
15  BY MR. DEARING:
16    Q   I'm not confused.
17    A   You're better than I am.
18    Q   Well, I don't want to confuse you.  So let me
19  put it out there again.  Maybe you just don't know, but
20  do you know whether IARC has classified fibrous talc,
21  specifically asbestiform fibrous talc, as carcinogenic
22  as it did asbestos fibers?
23    MS. AHERN:  Objection.  Asked and answered.  And I
24  think this is supposed to be about Dr. Kane's report,
25  and she doesn't mention asbestiform talc when she's

Page 228

1  making this analogy comparison.
2    MS. GARBER:  This is a speaking objection.
3    MR. DEARING:  Thank you.  You don't need to do
4  that.
5    MS. AHERN:  Well, it was, I think, appropriate
6  under the circumstances.  You are talking past each
7  other.
8    MS. GARBER:  It's not appropriate under CMO 11.
9  You've been doing it all day.  You should stop because
10  you're breaking the rules.
11  BY MR. DEARING:
12    Q   You don't discuss fibrous talc in your report?
13    A   That's right.
14    Q   Is that why you're looking at your report?
15    A   I'm looking at my report, yeah.
16    Q   Okay.  So do you have an answer to that
17  question?
18    A   My answer is that talc, as the -- as is
19  reported in the literature, has been indicated in
20  virtually every study to be different than asbestos.
21    Q   It is different.
22    A   I'm not getting into asbestiform or any of
23  that stuff.
24    Q   Okay.  I don't know if you know the answer to
25  this question, but when a scientist is using the

Page 229

1  Bradford Hill assessment to determine causal
2  association and that scientist is studying analogy, you
3  agree that analogy doesn't mean that the -- the agents
4  are identical, but what it means is that they are --
5  they have reasonable demonstrable similarities; right?
6  Do you know that or --
7    A   I'm aware of that, but I don't believe they
8  have reasonable demonstrable similarities.
9    Q   Fair enough.
10    Do you agree that both fibrous talc and
11  asbestos are both fibrous silicate minerals that cannot
12  be readily absorbed or dissolved by the body?
13    MS. AHERN:  Objection.  Form.
14    THE WITNESS:  Talc cannot be easily absorbed and
15  degraded.  Asbestos, on the other hand, can penetrate
16  tissues and stay in there for periods of time and get
17  into small areas that can lead to development of
18  mesothelioma.
19  BY MR. DEARING:
20    Q   And they both elicit a biomechanistic
21  foreign-body response in the body; right?
22    MS. AHERN:  Objection.  Form.
23    THE WITNESS:  Again, I'm not aware of asbestos
24  producing a foreign-body giant cell granulomatous
25  reaction.  It produces fibrosis.

Robert Kurman, M.D.

Page 230

1    BY MR. DEARING:
2        Q   You use the analogy of water and hydrogen
3    peroxide as two things that may look similar that are
4    very different.
5            Did you come up with that yourself?  Because
6    it's actually been used in two opening statements in
7    trials.
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  Honestly, I have another suggest --
10   it was actually brought up by counsel, and I totally
11   agreed with it.  But I actually had other comparisons
12   that I could have mentioned, which I didn't.
13   BY MR. DEARING:
14       Q   You go on to say in your report that talc
15   particles are normally plate-like, unlike asbestos
16   fibers.  And I assume you read that somewhere; right?
17       A   Yeah, probably in the IARC monograph.
18       Q   But you make no mention of fibrous talc.  Do
19   you know that fibrous talc exists?
20       MS. AHERN:  Objection.  Form.
21       THE WITNESS:  I've already commented on the
22   business of fibrous talc.  I'm not going to get into
23   it.
24   BY MR. DEARING:
25       Q   I just want to know if you knew about it.

Page 231

1        A   Sure, sure.
2        Q   All I'm asking is if you know whether it
3    exist.
4        A   I've known it.  I've seen it mentioned.  Yeah,
5    sure.
6        Q   So you know about it; you just didn't feel the
7    need to mention it in your report?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  Well, I didn't want to go into all
10   those details because I didn't feel that it was
11   necessary.  I thought there was sufficient evidence to
12   indicate that talc, as described in the literature, is
13   different from asbestos described in the literature
14   insofar as the biological effects that the two produce.
15   BY MR. DEARING:
16       Q   In your report on page 14, you state "In any
17   event, although it is well established that" --
18       A   Wait, wait, wait.  I see Dr. Kane's claim.
19   Are we worried about that?  Where are we?
20       Q   Right.  It's about -- one, two, three, four --
21   five lines down from the top, starting "in any event."
22       A   Oh.  Top photograph.
23       Q   Right.
24       A   One, two, three four -- "in any event."  Okay.
25   Go ahead.

Page 232

1        Q   It says:
2            "In any event, although it is well
3        established that asbestos exposure can
4        cause pleural mesothelioma (and much
5        less commonly lung cancer), the data
6        implicating asbestos exposure and
7        ovarian cancer is significantly weaker."
8            When you make that statement about ovarian
9    cancer, you're referring to epidemiological data,
10   right, when you say "data"?
11       A   Pretty much so, yes.
12       Q   So you criticize Dr. Kane for discussing
13   epidemiology, and then you rely on an epidemiological
14   study for -- to support your criticism; right?
15       A   Well, in order to criticize her
16   epidemiological studies, I had to use epidemiological
17   studies.
18       Q   Okay.  But you agree that, as we've already
19   seen, the data implicating asbestos exposure and
20   ovarian cancer was strong enough for IARC to make that
21   connection; right?
22       MS. AHERN:  Objection.  Form.
23       THE WITNESS:  We've discussed this earlier, and I
24   mentioned the various -- what I felt are shortcomings
25   of that analysis, and it's summarized here.  Especially

Page 233

1    when you're comparing it to perineal exposure of talc,
2    we're talking about inhalation studies, we're talking
3    about very high occupational exposures or environmental
4    exposures which are very high.  The number of women in
5    these studies is very small, and there's a significant
6    chance that these tumors were not carcinomas but
7    mesotheliomas.
8    BY MR. DEARING:
9        Q   So several times you keep saying occupational
10   exposure and that exposure was very high.  But if you
11   don't believe asbestos can cause ovarian cancer, why
12   does it matter how high the exposure is?
13       A   Well, certain thresholds are required for
14   certain things.
15       Q   Do you think if there's enough ovarian
16   exposure to asbestos, that it might cause ovarian
17   cancer?
18       A   I'm saying that's maybe why they came to that
19   conclusion.  They're looking at huge exposures.  And,
20   yeah, that may be very significant as opposed to a very
21   minimal exposure.
22       Q   Of course, when Dr. Kane made the observation
23   that high-grade serous carcinoma and mesothelioma have
24   striking morphologic similarities, she also referred to
25   two studies that suggest the same thing; right?

59 (Pages 230 to 233)

Robert Kurman, M.D.

Page 234

1    A   I'd have to look at her report, what those two
2  studies are.
3    Q   I actually don't have her report.  I'm sorry.
4    A   I can't comment.
5    Q   Well, would you agree with me that high-grade
6  serous carcinoma and mesothelioma, although not
7  identical, they do have significant morphologic
8  similarities?
9    MS. AHERN:  Objection.  Form.
10    THE WITNESS:  Lots of tumors have similar
11  morphologic similarities.
12  BY MR. DEARING:
13    Q   Well, those two are so close that pathologists
14  might have mistaken one for the other for years before
15  histopathologic stains were improved eight years ago.
16    A   I think, if you weren't an expert in
17  gynecologic pathology, that may have been -- that may
18  have been an issue.
19    Q   So are you agreeing me that they're
20  pathologically similar enough to where experienced
21  surgical pathologists may have been diagnosing ovarian
22  cancer when it was mesothelioma or vice versa?
23    A   No.  You said -- I said experienced
24  pathologists probably would not have that problem.
25  Inexperienced pathologists might have that problem.

Page 235

1    Q   Well, let's quote it exactly, on page 14.  You
2  state in the last sentence or so of the first paragraph
3  "Finally, from a pathology standpoint" --
4    A   Wait, wait.  I don't see -- where's "finally"?
5    Q   Last sentence, Doctor.  You're way below it.
6  First paragraph.
7    A   Oh, the first paragraph.
8    Q   Top paragraph.
9    A   "Finally."  I see it.
10    Q   Okay.
11    "Finally, from a pathology
12  standpoint, there is a significant
13  likelihood that some tumors observed in
14  these occupational studies, which are
15  quite dated, were misclassified due to
16  misreporting on death certificates and
17  lack of immunohistochemical analysis to
18  adequately distinguish peritoneal
19  mesothelioma from ovarian cancer (i.e.,
20  peritoneal mesotheliomas were
21  misdiagnosed as ovarian carcinomas)."
22    So by acknowledging that the pathologists may
23  have misdiagnosed those tumors but then saying but not
24  an experienced -- an experienced pathologist wouldn't
25  make that mistake, are you saying that all the

Page 236

1  pathologists that are referred to in these studies were
2  inexperienced?
3    A   One of the studies that they're describing,
4  they describe using the Danish Cancer Registry, and I
5  have, in fact, done studies with the Danish Cancer
6  Registry.  And they report a certain disagreement.  I
7  think I came up with 16 percent or something like that.
8  And I said, well, maybe it could even be as high as
9  20 percent.
10    Well, you have to understand how these
11  registry studies are done, at least in Denmark where I
12  have direct personal experience.  These -- the data
13  that comes in are from every hospital throughout the
14  country of Denmark, and it's based on pathology
15  records, for the most part.
16    When we did our studies of ovarian tumors,
17  borderline tumors, we requested that the slides be sent
18  in.  And they probably did something like that in one
19  of those studies.  And I can tell you that in our
20  studies, looking at those cases that had been
21  classified -- I'm talking about the borderline
22  studies -- there was significant disagreement because
23  those pathologists weren't that skilled.  They just
24  didn't see enough of these rather uncommon cases to
25  make the correct diagnosis.

Page 237

1    And I suspect a similar thing may have
2  happened with these mesotheliomas.  Mesotheliomas are
3  relatively uncommon.  Little hospitals throughout
4  Denmark may be seeing one mesothelioma, you know, every
5  five years.  So they don't have that much experience.
6  So they may have misclassified them.  They may be
7  higher than the 16 percent that they refer to.
8    That's what I was getting at.
9    Q   So the bottom line is you're speculating that
10  some of these pathologists may have misdiagnosed
11  mesotheliomas for ovarian carcinomas?
12    MS. AHERN:  Objection.  Form.
13    THE WITNESS:  I'm basing it on my own experience.
14  Not with mesothelioma, but with the Danish tumor
15  registry, with cases seen by nonexpert pathologists
16  sending in to a central review that there is -- there
17  was misclassification, yes.
18  BY MR. DEARING:
19    Q   So this is a court proceeding, and in court
20  we're interested in evidence.  And do you have any
21  evidence that these pathologists in this study that
22  you're referring to likely misdiagnosed ovarian
23  carcinomas for mesotheliomas?
24    MS. AHERN:  Objection.  Form.
25    THE WITNESS:  I said there's a significant

60 (Pages 234 to 237)

Robert Kurman, M.D.

Page 238

1    possibility.  I didn't say likelihood.
2    BY MR. DEARING:
3        Q   What are you basing that on other than -- you
4    said -- well, you're basing that on your experience
5    with Denmark?
6        A   Well, I can -- yes, my experience with Denmark
7    and the Danish tumor registry.
8        Q   Okay.  Would you agree with me that the fact
9    that skilled surgical pathologists might be confusing
10   ovarian cancers with mesothelial cancers or
11   mesotheliomas, it suggests that those cancers are
12   sufficiently similar to meet the analogy consideration
13   of Bradford Hill?
14       MS. AHERN:  Objection.  Form.
15       THE WITNESS:  As I said, a skilled gynecologic
16   pathologist, I don't think, would make that mistake.  I
17   think some of those misclassifications are due to
18   nonskilled pathologists who don't see that much.  And,
19   therefore, mesothelioma and -- malignant mesothelioma
20   and high-grade serous carcinoma can be distinguished
21   morphologically and aided also with immunized
22   chemistry.
23   BY MR. DEARING:
24       Q   Sure.  I'm not saying they can't be
25   distinguished.  They clearly can be.  My question is

Page 239

1    the fact that these surgeons were confusing them for
2    years, apparently, doesn't that rise to the level of
3    analogy for purposes of a Bradford Hill causal
4    association analysis?
5        MS. AHERN:  Objection.  Form.
6        THE WITNESS:  You mean pathologists, not surgeons.
7    Pathologists.
8    BY MR. DEARING:
9        Q   Pathologists, right.
10       A   I don't think it rises to the level necessary
11   to really prove that there's analogy.
12       Q   You also take exception to Dr. Kane's
13   recitation of the evidence that talc-induced chronic
14   inflammation can cause ovarian cancer; right?
15       A   Are we on a specific page of my report or her
16   report?
17       Q   Sure.  It's just the next section.
18   "Talc-induced chronic inflammation is a cause of
19   ovarian cancer."
20       A   Okay.  All right.  Okay.
21       Q   We've already had a lengthy conversation about
22   foreign-body granulomas and foreign-body responses.
23       A   Right.
24       Q   But for support -- well, first, you say
25   "foreign-body granuloma" -- I'm sorry.

Page 240

1        Last sentence of the first paragraph.
2        A   Yes.
3        Q   Actually, that's not it.  Wait a minute.
4        On the next page, second sentence, page 16.
5    You say, "Foreign-body granulomas are what you would
6    expect to find in tissue exposed to noninfectious
7    material like talc and surgical gloves"; right?
8        A   Sutures.
9        Q   I'm sorry, surgical sutures.
10       And for support of that statement, you cite to
11   a study by Dr. Kabeer Shah in the Journal of Clinical
12   Tuberculosis and Other Mycobacterial Diseases; right?
13       A   Let me see.  That's 108.  That doesn't seem to
14   be the right reference.  Hmm.  Oh, 106.  Sorry.  No,
15   106 doesn't seem to be correct either.
16       Am I looking at the wrong part?
17       Shah here.  It should be 95, the reference.
18       MS. AHERN:  I think he's referring to your
19   footnote.
20       THE WITNESS:  Could you please repeat your question
21   and tell me what you're referring to exactly.
22   BY MR. DEARING:
23       Q   Sure.  With regard to your statement,
24   "Foreign-body granulomas are what you would expect to
25   find in tissue exposed to noninfectious material like

Page 241

1    talc and surgical sutures," and you say footnote 108 to
2    support that statement; right?
3        A   Shah, yes.
4        Q   Right.  You go down to footnote 108, that's
5    the Shah study?
6        A   Right.
7        Q   Okay.  I'm handing you the Shah study that I
8    believe you're referring to.
9        MR. DEARING:  Anybody else want a copy?
10       I'm going to mark it as Exhibit Number 8.
11       MS. AHERN:  Thank you.
12       MR. DEARING:  Will you give him the marked one so
13   we can be proper about this.
14       MS. AHERN:  Yeah.
15       (The document referenced below was
16       marked Deposition Exhibit 8 for
17       identification and is appended hereto.)
18   BY MR. DEARING:
19       Q   Is that the study that you relied on for that
20   statement?
21       A   Yes.
22       Q   And this study is entitled "Histopathologic
23   Review of Granulomatous Inflammation"; right?
24       A   Yes.
25       Q   And Dr. Shah does suggest granulomatous

61 (Pages 238 to 241)

Robert Kurman, M.D.

Page 242

1  inflammation might be associated with talc, surgical
2  sutures, and food material?
3      A   Are you reading something specifically that I
4  should be looking at?
5      Q   Well, sure.  On page 3 --
6      A   Okay.
7      Q   -- about a little over midway down the
8  left-hand column --
9      A   All right.
10      Q   -- it starts "Two broad forms."
11      A   Yes.
12      Q   And we talked about these already.
13      A   Right.
14      Q   "Two broad forms of well-defined granuloma
15  exist, defined by their etiology."  There's that word
16  again.
17          Do you know how he is using the word
18  "etiology" in that sentence?
19      A   Yeah.  He's dividing them into those that are
20  foreign-body giant cell granulomas and immune
21  granulomas.  That's all I can make out of it.
22      Q   So -- okay.  And he says, "Foreign-body giant
23  cells are histiocytic reactions to otherwise inert
24  material without an adaptive immune response, for
25  example, suture, talc, and food material"; right?

Page 243

1      A   Yep.
2      Q   "A collection of histiocytes
3  surround the foreign material and as
4  single histiocytes are unable to
5  phagocytize the foreign material alone.
6  The foreign material" -- I'm sorry.
7  "The foreign material can be visualized
8  by light microscopy and often exhibits
9  birefringence using polarized light."
10          So histiocytes are macrophages; right?
11      A   Right.
12      Q   Okay.  So what he's saying there is that these
13  giant cells form when macrophages alone cannot engulf
14  the particle; right?
15      A   Well, when a single, I think, macrophage
16  can't, so they join forces to encompass this larger
17  material.
18      Q   So when the material is too big for a single
19  macrophage to phagocytize -- which means to ingest --
20  right?
21      A   Right.
22      Q   So if the particle is too big for the
23  macrophage to ingest alone, more macrophages join in,
24  and then a giant cell granuloma is formed; right?
25      A   Correct.

Page 244

1      MS. AHERN:  Objection.  Form.
2  BY MR. DEARING:
3      Q   And in your years of experience, you've never
4  observed -- well, let me ask you, have you ever
5  observed a surgical suture in gynecologic --
6      A   Oh, yes.
7      Q   -- material?
8      A   Yeah.
9      Q   And did they form granulomatous reactions --
10      A   Yes.
11      Q   -- or granulomas?
12      A   Yes.
13      Q   You can actually see surgical sutures and
14  granulomas with the naked eye, can't you?
15      A   You can actually see them with the naked eye,
16  that's right.
17      Q   That's because surgical sutures are quite
18  large compared to talc particles, aren't they?
19      MS. AHERN:  Objection.  Form.
20  BY MR. DEARING:
21      Q   Well, let me ask you --
22      THE WITNESS:  I would think so, yes.
23  BY MR. DEARING:
24      Q   Based on Dr. McDonald's study we've already
25  looked at --

Page 245

1      A   Right.
2      Q   If the average size of a talc particle in
3  gynecologic tissue that they've studied is in the 5- to
4  10-micron range, a typical surgical suture is probably
5  a thousand times larger than that; right?
6      A   Sure, it's larger.  Sure.
7      Q   Not just larger, a thousand times larger?
8      MS. AHERN:  Objection.  Form.
9      THE WITNESS:  I don't know if it's a thousand or
10  500 or 200 or what.  Larger.
11  BY MR. DEARING:
12      Q   Well, by reference, would you agree that a
13  human hair is about 80 to 100 microns in diameter?
14      A   I honestly have never measured.  I don't know.
15      Q   Does that seem unreasonable?  I looked it up.
16      A   You looked it up.  I haven't looked it up, so
17  I don't --
18      Q   Okay.
19      A   Since I'm under oath, I don't want to say
20  something that may not be true.
21      Q   Okay.  Well, I'm just trying to add context to
22  what a micron is in size.
23          So we're talking about granulomatous responses
24  to surgical sutures that are -- if -- if talc particles
25  and tissue are 5 microns, surgical sutures are probably

Robert Kurman, M.D.

Page 246

```
 1   a thousand times bigger than a talc particle; right?
 2       MS. AHERN: Objection. Form.
 3       THE WITNESS: We didn't agree on your -- the
 4   decision that they're a thousand times -- but they're
 5   larger. Let's put it that way.
 6   BY MR. DEARING:
 7       Q   Well, you can't see a 5-micron talc particle
 8   with the naked eye, can you?
 9       A   No.
10       Q   But you can see a surgical suture with the
11   naked eye?
12       A   Yeah. But I can't extrapolate from that that
13   it's a thousand times larger. That's all I'm saying.
14       Q   Right. It's probably bigger than that, but
15   the point is made.
16           So when Dr. Shah suggested talc might elicit a
17   granulomatous response, he's referring to very large
18   talc particles, not small 5-micron particles or large
19   clusters of particles; right?
20       MS. AHERN: Objection. Form.
21   BY MR. DEARING:
22       Q   Do you not have an answer to that?
23       A   Oh, I'm sorry. I missed it. What was your
24   question?
25       Q   So when Dr. Shah is suggesting that talc might
```

Page 247

```
 1   elicit a granulomatous response, he's referring to very
 2   large talc particles, like industrial grade, not
 3   cosmetic-grade particles that are 5 microns?
 4       MS. AHERN: Okay.
 5   BY MR. DEARING:
 6       Q   Or large clusters of particles, he might be
 7   referring to those?
 8       MS. AHERN: Objection. Form.
 9       THE WITNESS: Yeah. I mean, I don't see why
10   cosmetic talc can't clump together and form larger
11   particles.
12   BY MR. DEARING:
13       Q   And, again, the statement that you're using
14   the study to support is that foreign-body granulomas
15   are what you would expect to find in tissue exposed to
16   noninfectious material like talc and surgical sutures.
17           You are talking about gynecologic tissue
18   exposed to talc, right --
19       A   Yeah.
20       Q   -- when you make that statement?
21       MS. AHERN: Objection. Form.
22       THE WITNESS: Sure.
23   BY MR. DEARING:
24       Q   Okay. Dr. Shah never once mentions talc and
25   granulomatous inflammation in ovarian tissue, does he,
```

Page 248

```
 1   in this study?
 2       MS. AHERN: Objection. Form.
 3       THE WITNESS: As I recall --
 4   BY MR. DEARING:
 5       Q   Or any gynecologic tissue, for that matter?
 6       A   Not specifically.
 7       MS. AHERN: Objection. Form.
 8   BY MR. DEARING:
 9       Q   When he discusses reactions to talc, he's
10   referring to lung tissue that has trapped large talc
11   particles or clusters of particles by either inhalation
12   or surgical pleurodesis; right?
13       MS. AHERN: Objection. Where are you reading from?
14   In the Shah article?
15       MR. DEARING: Yeah.
16   BY MR. DEARING:
17       Q   In the beginning, he describes the organs that
18   he's considering.
19       MS. AHERN: I'm sorry. The abstract?
20       MR. DEARING: Maybe.
21   BY MR. DEARING:
22       Q   Yeah. "The pulmonary system is one of the
23   most commonly affected sites to encounter granulomatous
24   inflammation."
25       A   Okay.
```

Page 249

```
 1       Q   Okay. But the point is he doesn't talk about
 2   any gynecologic tissue in his response to talc in this
 3   study; right?
 4       A   I guess it's because it's so rare.
 5       Q   Well, you're using a study to support the
 6   statement that foreign-body granulomas will form in
 7   gynecologic tissue if they're exposed to talc.
 8       A   Right.
 9       Q   And you're using a study that doesn't even
10   discuss gynecologic tissue; right?
11       A   There's no reason for me to think that there
12   would be a difference, but --
13       Q   Okay.
14       A   -- he didn't describe it, GYN.
15       Q   Okay. Look on page 5, if you would. And
16   that's a photomicrograph. And the way Dr. Shah
17   describes it is first he identifies a foreign-body
18   giant cell reaction within the lung alveoli, and then
19   he says, "with macrophages engulfing inhaled talc."
20       A   Okay.
21       Q   So what he's saying there is that it's
22   actually macrophages engulfing talc particles, right,
23   not --
24       A   We just said that before. Macrophages are
25   equivalent to histiocytes.
```

63 (Pages 246 to 249)

Robert Kurman, M.D.

Page 250

```
 1      Q   Right.  But my point is he includes a
 2   photomicrograph of that happening in that
 3   study that we went over a little while ago; right?
 4   Dr. McDonald, Godleski, Welch, that group did in that
 5      MS. AHERN:  Objection.  Form.  Mischaracterizes the
 6   paper.
 7      THE WITNESS:  Perhaps so.
 8   BY MR. DEARING:
 9      Q   Can you tell from looking at this
10   photomicrograph whether talc particles are being
11   engulfed by macrophages?
12      A   On the H&E slide, I can see it, yes.
13      Q   So you believe that that's being accurately
14   described?
15      A   I can see it, yes.  I couldn't see it in that
16   other paper.
17      Q   Okay.  So on page 20 of your report, you
18   criticize Dr. Kane for discussing parts of the body
19   that is unrelated to ovarian carcinogenesis, yet --
20      A   What are you referring to now?  What
21   paragraph?
22      Q   Anyway -- and if I'm remembering this wrong,
23   feel free to correct me; it's your report.  But I seem
24   to recall that you were criticizing Dr. Kane for using
25   studies that didn't pertain to gynecologic tissue, they
```

Page 251

```
 1   weren't gynecology studies, to support one of her
 2   propositions.
 3      Do you remember criticizing her for that?
 4      MS. AHERN:  Objection.  Form.
 5      THE WITNESS:  I know you're having a problem, but
 6   I -- that came up different places, so I'd like to see
 7   exactly where you're referring so that I can try to
 8   respond.
 9   BY MR. DEARING:
10      Q   Well, tell you what.  If I have time, I'll
11   come back to that.
12      A   Okay.
13      Q   It's not that important.
14      A   Okay.
15      Q   The fact is many pathologists who have studied
16   talc particles in tissue have recognized macrophages as
17   the foreign-body response in talc particles, not large
18   cell or giant cell granulomas; right?
19      MS. AHERN:  Objection.  Form.
20      THE WITNESS:  No.  The macrophages form giant
21   cell --
22   BY MR. DEARING:
23      Q   Right.
24      A   -- foreign-body giant cells.
25      Q   But as evidenced in these photomicrographs and
```

Page 252

```
 1   presumably those of Dr. McDonald's study as well,
 2   macrophages can adequately sequester smaller talc
 3   particles; right?
 4      A   Well, yeah.  And they present that in the
 5   article.  These are foreign-body granulomas that you're
 6   seeing here.  These collections of -- all of them
 7   together form a foreign-body granuloma.
 8      Q   But they're described as macrophages.
 9      A   Yeah, but the macrophages form the granuloma.
10      Q   Only when they connect; right?
11      A   No, when they lump together.
12      Q   Right.
13      A   You can see it says "foreign-body giant cell
14   reaction within long alveoli with macrophages engulfing
15   inhaled talc."
16      So the macrophages inhale the talc or
17   phagocytize it.  And as they come together, they form a
18   foreign-body giant cell.
19      MS. GARBER:  I'm just going to object to Ms. Ahern
20   pointing out to the doctor where to look during his
21   testimony.  I request that she stop doing that.  It's
22   also violating the rules.
23      MS. AHERN:  Well, he's asking about that.  I just
24   simply pointed him to what he was asking him about.
25      MS. GARBER:  You pointed him to where he needed to
```

Page 253

```
 1   look to answer the question, so please stop doing that.
 2      MS. AHERN:  Well, the question was misleading.  I'm
 3   trying to assume that macrophages are different from
 4   foreign-body reaction.
 5      MR. DEARING:  Okay.  Well, make an objection.
 6   Don't coach the witness.  Okay.  Just make an
 7   objection.  That's what you're supposed to do.
 8      MS. AHERN:  Well, stop asking misleading questions.
 9   BY MR. DEARING:
10      Q   The same pathologists that have reported
11   observing macrophages responding to talc particles in
12   tissue also suggest that the reason giant cell
13   granulomas are not formed is because the talc particles
14   are too small and the macrophages can adequately
15   sequester them.
16      Do you agree with that position?
17      MS. AHERN:  Objection.  Form.
18      THE WITNESS:  Please show me the reference that
19   you're making.
20   BY MR. DEARING:
21      Q   You haven't read any studies that you can
22   recall that say that?
23      A   No, not specifically.
24      Q   Okay.  While we're on the topic of
25   macrophages, would you agree with me that macrophages
```

Page 254

1  can also release reactive oxygen species and reactive
2  nitrogen species when they deteriorate?
3      MS. AHERN: Objection. Form.
4      THE WITNESS: Yes, they can.
5  BY MR. DEARING:
6      Q   Have you taught medical students as part of
7  your career?
8      A   Yes.
9      Q   What did you teach medical students with
10  regard to whether size of foreign particles in any way
11  determines the type of foreign-body reaction to it?
12      MS. AHERN: Objection. Form.
13      THE WITNESS: I don't think I ever taught them
14  anything about that.
15  BY MR. DEARING:
16      Q   Well, you certainly taught them about
17  macrophages and giant cell granulomas; right?
18      MS. AHERN: Objection. Form.
19      THE WITNESS: Actually, I don't think I did.
20  BY MR. DEARING:
21      Q   Okay. Something else you wrote in Blaustein's
22  fourth edition --
23      Tell you what. Can we take about a
24  five-minute break?
25      THE WITNESS: Sure.

Page 255

1      VIDEO OPERATOR BROWN: Time is now 4:05. Going off
2  the record.
3      (Recess taken.)
4      VIDEO OPERATOR BROWN: Okay. Time is now 4:20.
5  Back on the record.
6      (The document referenced below was
7      marked Deposition Exhibit 9 for
8      identification and is appended hereto.)
9  BY MR. DEARING:
10      Q   Doctor, I'm showing you a portion of
11  Blaustein's Pathology of the Female Genital Tract,
12  Fourth Edition, marked as Exhibit Number 9.
13      Actually, I'm sorry. Can I see that one
14  again. Want to make sure I'm giving you the right one.
15  I'm not.
16      MS. AHERN: Thank you.
17  BY MR. DEARING:
18      Q   And, Doctor, this is an excerpt from
19  Chapter 14. It's entitled "Diseases of the Fallopian
20  Tube," and it looks like it was authored by you and
21  Dr. Mazur; is that right?
22      A   It looks that way, yes.
23      Q   Okay. What I want to point out is, on
24  page 376, at the bottom, there's a paragraph that --
25  well, almost at the bottom, there's a paragraph that

Page 256

1  starts "Rarely."
2      Do you see that?
3      A   Yeah. Uh-huh.
4      Q   It says:
5      "Rarely talc or another foreign
6  substance may elicit a foreign-body
7  reaction in the endometrium. Talc may
8  be introduced into the endometrial
9  cavity by instruments contaminated with
10  talc powder or by gloves during a pelvic
11  exam. Patients may be asymptomatic or
12  may have menorrhagia."
13      Did I pronounce that right?
14      A   Uh-huh.
15      Q   "Microscopically, the extent of
16  the granulomatous inflammatory reaction
17  depends on the quantity of the talc
18  inoculated. The infiltrate is
19  characterized by histiocytes and
20  foreign-body multinucleated giant cells
21  surrounding the talc crystals along with
22  lymphocytes and plasma cells. The
23  crystals appear as refractile,
24  birefringent, needle-like, or fan-shaped
25  splinters in polarizing light."

Page 257

1      So two things I want to draw out of that
2  paragraph.
3      The first is, you say, "Microscopically, the
4  extent of the granulomatous inflammatory reaction
5  depends on the quantity of the talc inoculated."
6      So what you're saying there, right, is that
7  the type of foreign-body reaction the body exerts
8  towards talc depends on how much talc is there or the
9  size of the particles; right?
10      MS. AHERN: Objection. Form.
11      THE WITNESS: Not the type, the extent.
12  BY MR. DEARING:
13      Q   By "extent," you mean?
14      A   Amount.
15      Q   Okay. So if there were just a few particles,
16  three or four isolated particles, you know, that
17  weren't right adjacent to each other that were in the
18  5-micron range or so, would you expect that a
19  macrophage could handle those?
20      A   I cannot -- you know, I can't get down into
21  the specifics of the size. It would be more --
22  basically, what that sentence means is the more of the
23  inoculum, the more of an infiltrate you'll get. I
24  can't break it down to, you know, three macrophages
25  versus ten, whatever.

Robert Kurman, M.D.

Page 258

1    Q   Okay.  But the extent of the granulomatous
2  response depends on the quantity of the talc present in
3  the tissue; right?
4    A   Right.
5    Q   The other thing I wanted to draw out of that
6  is that the -- when you say, "The crystals appear as
7  refractile, birefringent, needle-like, or fan-shaped
8  splinters in polarizing light," you're talking about
9  talc crystals; right?
10    A   Yes.
11    Q   So if they're needle-like, are you referring
12  to talc fibers?
13    MS. AHERN:  Objection.  Form.
14    THE WITNESS:  Talc.
15  BY MR. DEARING:
16    Q   So you're acknowledging that talc can have
17  needle-like morphology?
18    A   Yeah.
19    MS. AHERN:  Objection.  Form.
20    THE WITNESS:  Yes.
21  BY MR. DEARING:
22    Q   By the way, while we're on it, the fourth
23  edition of Blaustein's -- and I don't have the book,
24  but it actually identifies talc as a risk factor for
25  ovarian cancer; doesn't it?

Page 259

1    A   As a what, risk factor?
2    Q   For ovarian cancer.
3    MS. AHERN:  Objection.  Form.  Is there a question?
4    MR. DEARING:  Yes.
5    THE WITNESS:  Oh, you were asking me to comment on
6  that?
7    MR. DEARING:  Let me ask it again.
8    MS. AHERN:  Actually, let him ask you a question
9  first.
10    THE WITNESS:  Sorry.  Yeah, I thought you were
11  telling me.
12  BY MR. DEARING:
13    Q   I did, and then I put a question mark on the
14  end.
15    So do you agree with me that the fourth
16  edition identifies talc as a risk factor for ovarian
17  cancer?
18    A   Well, again, I don't have the book, but I'd
19  like to see what I said.
20    Q   You don't recall?
21    A   I don't remember.  The fourth edition goes
22  back a few years.
23    Q   Each of your Blaustein's has a chapter on risk
24  factors for ovarian cancer.
25    What are risk factors?

Page 260

1    A   Are you asking for the specific risk factors
2  of ovarian cancer or just in general?
3    Q   In general, what do you mean by "risk
4  factors," the term?
5    A   A factor that increases the risk of someone
6  developing cancer.
7    Q   What are the recognized risk factors for
8  ovarian cancer?
9    MS. AHERN:  Objection.  Form.
10    THE WITNESS:  Well, it's a little bit of a
11  complicated question in that different people have
12  different opinions as to does -- is there enough data
13  to suggest that this particular factor rises to the
14  level of a risk factor.  Some say, "Oh, yes, it does."
15  Others say, "Well, it isn't."
16    So there are these associations which some
17  like to consider risk factors and some that don't.
18  Some are much stronger than others.
19  BY MR. DEARING:
20    Q   Can you specifically identify what you think
21  are maybe the three strongest risk factors for ovarian
22  cancer?
23    A   Well, family history, I think, is a strong
24  one.  I think genetic history in terms of specifically
25  BRCA mutations is a very strong one.  And I think kind

Page 261

1  of a negative risk factor would be the use of birth
2  control pills.
3    Q   By "negative," you mean a protective factor?
4    A   Protective factor, right.
5    Q   One of the statements you make in your report
6  is that you mention talc pleurodesis, and I was just
7  looking to try to find it and I don't see it.  But I
8  think you will recognize the statement.  It said:
9    "Further, if the consequence of
10    talc and asbestos exposure were similar,
11    one would expect to find cancer arising
12    in patients who underwent talc
13    pleurodesis."
14    Remember, that was when you were criticizing
15  her use of analogy of talc and asbestos and high-grade
16  serous carcinoma and mesothelioma in the beginning.
17    A   Yes.
18    Q   My question is:  Would you agree with me that
19  talc pleurodesis is typically used to treat malignant
20  pleural effusion and, more often, it's used in
21  end-stage disease?
22    MS. AHERN:  Object to the form.
23    THE WITNESS:  Well, it's also treated in benign
24  disease.  It is also used in benign diseases.
25    ///

66 (Pages 258 to 261)

Robert Kurman, M.D.

Page 262

1   BY MR. DEARING:
2       Q   I understand.  But the overwhelming majority
3   of pleurodesis procedures are used in malignant
4   end-stage diseases?
5       MS. AHERN:  Objection.  Form.
6       THE WITNESS:  It is certainly used in malignant
7   conditions, but I don't know about the overwhelming
8   majority of them.
9   BY MR. DEARING:
10      Q   Would you agree that the pleurodesis patients
11  who are getting pleurodesis because of an end-stage
12  malignancy typically don't live long enough to study
13  the long-term effects of the talc pleurodesis on them?
14      A   That's probably true.
15      Q   And also the talc used in talc pleurodesis is
16  a different grade of purity than the talc used in body
17  powders; right?
18      MS. AHERN:  Objection.  Form.
19      THE WITNESS:  Again, I wasn't going to get into the
20  issue of how much is in there and what the purity is
21  and all that.  I defer to a mineralogist.
22  BY MR. DEARING:
23      Q   And, typically, a pleurodesis procedure is
24  a -- is a one-time administration of a heavy volume of
25  talc as opposed to a slow trickle of chronic exposure;

Page 263

1   right?
2       MS. AHERN:  Objection.  Form.
3       THE WITNESS:  Heavy volume, yes.  A lot it is put
4   in there.
5   BY MR. DEARING:
6       Q   It's actually talc slurry that's introduced
7   into the pleural cavity; right?
8       MS. AHERN:  Objection.  Form.
9       THE WITNESS:  Yes, that's correct.
10  BY MR. DEARING:
11      Q   Do you agree with me that there are scientists
12  and physicians that advise against using talc for
13  pleurodesis with patients with nonmalignant pleural
14  effusions?
15      MS. AHERN:  Objection.  Form.
16      THE WITNESS:  I've read that there's a controversy,
17  some saying it shouldn't be done and some say it's no
18  problem.
19  BY MR. DEARING:
20      Q   You think that the split is about 50-50, those
21  in favor and those who warn against it?
22      A   Can't tell.  I don't know what the split is.
23      Q   I brought one with me.  Since I brought it, I
24  might as well show it to you.  Right?  Actually, I
25  brought two with me.

Page 264

1       (The document referenced below was
2       marked Deposition Exhibit 10 for
3       identification and is appended hereto.)
4   BY MR. DEARING:
5       Q   This is publication in the ATS -- in the
6   American Journal of Respiratory and Critical Care
7   Medicine by Dr. Ghio and Victor Roggli.
8       Do you know Dr. Roggli?
9       A   No, I don't.
10      Q   Well, Dr. Roggli is a pathologist and
11  microscopist who has spent a career studying asbestos
12  and mesothelioma and particularly quantifying asbestos
13  burden in lung tissue.
14      Does that sound familiar?  You haven't heard
15  about him?
16      A   I don't know him, no.
17      Q   Okay.  Well, do you agree with me that the
18  next-to-the-last sentence -- I'm sorry, I -- mean the
19  last sentence of the first paragraph reads -- well, the
20  title -- the title of this paper is "Talc Should Not Be
21  Used for Pleurodesis in Patients with Nonmalignant
22  Pleural Effusions."  And Drs. Ghio and Roggli state
23  that:
24      "This dilemma results from a
25      possible increased risk of malignant

Page 265

1   mesothelioma in those patients treated
2   with talc.  Consequently, an alternative
3   agent should be employed in any
4   additional" -- I'm sorry -- "in any
5   individual without malignancy requiring
6   pleurodesis."
7       Then he also cites a reference of case reports
8   of malignant mesothelioma after occupational exposure
9   to talc would suggest a possible -- a potential
10  association.
11      So do you agree with me that, at least
12  according to this paper, Drs. Ghio and Dr. Roggli
13  advise against using talc for pleurodesis in patients
14  with nonmalignant plural effusions?
15      MS. AHERN:  Objection.  Form.
16      THE WITNESS:  Well, that's what they say.  They do
17  say that the dilemma is -- in this last two sentences
18  above the first paragraph, they say the dilemma about
19  using it for nonmalignant pleural effusions results
20  from a possible increased risk of malignant
21  mesothelioma in those patients treated with talc.
22  BY MR. DEARING:
23      Q   Right.  In other words --
24      A   Possible.
25      Q   Right.  So he is saying there's a possibility

67 (Pages 262 to 265)

Robert Kurman, M.D.

Page 266

1    that talc could cause lung cancers; right?
2    A    Mesotheliomas. I'm sorry. Malignant
3    mesothelioma. We should distinguish carcinoma from
4    mesothelioma.
5    Q    All right.
6    A    He says that at the end. And I do believe --
7    I think -- I'd have to double-check, but I think there
8    was a letter to the editor from someone who had written
9    extensively on pleurodesis who said -- oh, it's Light.
10    Yeah, Light. References Number 2, Light, RW.
11         Do you see that one --
12    Q    Yes.
13    A    -- in his list of references?
14         Well, there's a letter to the editor by Light
15    who says I don't agree with that, that they shouldn't
16    be using talc for pleurodesis in patients with
17    malignant conditions -- nonmalignant conditions because
18    there's never been a reported case of mesothelioma in
19    patients with benign diseases treated with pleurodesis.
20    Q    Light --
21    A    And Light has written a lot of that as well.
22    Q    Right. Doesn't his paper say talc should not
23    be used for pleurodesis in that cite?
24    A    No, I thought he --
25    Q    Look at Light cite Number 2.

Page 267

1    A    I think maybe it's an issue, but he -- and
2    very specifically -- did we -- I thought I put that in
3    there. I'd have -- I'd have to look for the reference.
4    Q    Okay.
5    A    But I definitely remember a letter to the
6    editor responding to this saying I have never seen it;
7    it's never been reported in the literature; so I would
8    disagree with the fact that it shouldn't -- that
9    pleurodesis with talc should not be used. I'll be able
10    to find it.
11    Q    You also have a section in your report about
12    precursor lesions. Here it is, page 6.
13    A    Page 6 of my report.
14    Q    Right. I'm sorry. If would you turn to
15    page 12.
16    A    12.
17    Q    12.
18    A    Okay.
19    Q    In the first paragraph, second sentence, you
20    state, "Dr. Kane opines that genital talcum powder
21    exposure can cause ovarian cancer based on her
22    evaluation of epidemiological" --
23    A    Wait, wait, wait. You said the second
24    paragraph.
25    Q    I'm sorry. The first paragraph.

Page 268

1    A    First paragraph. Okay.
2    Q    Second sentence.
3    A    Second sentence. Okay. "She has produced a
4    lengthy report"?
5    Q    I'm sorry. Third sentence. "Dr. Kane opines
6    that" --
7    A    "That" -- okay.
8    Q    -- "genital talcum powder exposure can cause
9    ovarian cancer based on her evaluation of
10    epidemiological, pathological, biological, and
11    mechanistic evidence."
12         Is it your testimony that there is no
13    pathological, biological, and mechanistic evidence to
14    support the assertion that talc exposure can cause
15    ovarian cancer?
16         MS. AHERN: Objection. Form.
17         THE WITNESS: That's correct. I haven't seen that
18    evidence.
19    BY MR. DEARING:
20    Q    Further down in the third paragraph, about
21    halfway, it says:
22         "Dr. Kane does not identify any
23         studies linking the use of talc-based
24         body powders to the known genetic
25         alterations associated with the various

Page 269

1    histologic subtypes of ovarian cancer.
2    And, indeed, I am aware of no such
3    studies."
4         Would you agree me that many of the
5    epidemiologic studies do assess or analyze the data or
6    divide the data based on exposure and different
7    histological subtypes of ovarian cancer?
8         MS. AHERN: Objection. Form.
9         THE WITNESS: They do, and they're pretty
10    inconsistent, yes.
11    BY MR. DEARING:
12    Q    And when you say "I'm aware of no such
13    studies," are you referring to studies that demonstrate
14    genetic alterations of cells exposed to talc?
15         MS. AHERN: Objection. Form.
16         THE WITNESS: I'm saying that there are certain
17    genetic alterations that are involved with the -- with
18    carcinogenesis of the different types -- high-grade
19    serous, low-grade and endometrial clear cell -- and I'm
20    not aware of any studies and she did not -- and
21    Dr. Kane didn't mention them either -- linking talc
22    powders to inducing those genetic alterations.
23         (The document referenced below was
24         marked Deposition Exhibit 11 for
25         identification and is appended hereto.)

68 (Pages 266 to 269)

Robert Kurman, M.D.

Page 270

BY MR. DEARING:
1
2     Q   I'm showing what is marked as Exhibit
3  Number 11, and this is a study by Drs. Fletcher,
4  Harper, Memaj, Fan, Morris, and Saed. I don't believe
5  this study was identified in either of your reference
6  lists.
7         Do you know if you've ever seen this study?
8     A   No, I don't remember seeing this study.
9     Q   Well, title of this study is "Molecular Basis
10  Supporting the Association of Talcum Powder Use with
11  Increased Risk of Ovarian Cancer."
12     A   Yes.
13     Q   If you would, take a minute and look at the
14  abstract. The last sentence of the abstract reads:
15         "These findings are the first to
16  confirm the cellular effect of talc and
17  provide a molecular mechanism to
18  previous reports linking genital talc
19  use to increased ovarian cancer risk."
20     A   I was sort of reading the rest of the
21  abstract. Let me go over it.
22         Okay. I'm sorry, what was your question?
23     Q   Well, having read the abstract, do you feel
24  like you have a good handle on the general topic of
25  this study?

Page 271

1     A   Not at all.
2     MS. AHERN: Objection. Form.
3  BY MR. DEARING:
4     Q   Not at all?
5     A   No. I'd like to see the materials and
6  methods. I'd like that see what they were actually
7  studying. I was looking for that. I couldn't see
8  that.
9     Q   You know, if you're not familiar with it,
10  let's move on.
11     A   I'm not.
12     Q   I want to ask you what you're familiar with.
13  I might come back to it if I have time for it.
14     A   Okay.
15     Q   Back to page 12.
16     A   Yes.
17     Q   Middle paragraph, last two sentences, you
18  state:
19         "Further, it is unlikely that
20  exposure to a single agent, i.e., talc,
21  could result in the development of such
22  distinctly different neoplasms."
23         My question is there are examples where a
24  single etiologic agent can cause more than one type of
25  cancer; right?

Page 272

1     MS. AHERN: Objection. Form.
2  BY MR. DEARING:
3     Q   For example, cigarette smoke can cause several
4  times of cancer; right?
5     MS. AHERN: Objection. Form.
6     THE WITNESS: Lung cancer, sure. Yeah. What else?
7  BY MR. DEARING:
8     Q   It can cause -- it has been linked to liver
9  cancer; right?
10     A   I'm not familiar with that.
11     Q   Well, asbestos can cause mesothelioma and it
12  can cause lung cancer; right?
13     A   It's usually not a significant cause of lung
14  cancer. It's a contributing factor to people who are
15  smokers.
16     Q   Asbestos is?
17     A   Yeah.
18     Q   Okay. Well, I know it usually causes
19  mesothelioma, but asbestos can cause lung cancer;
20  right?
21     MS. AHERN: Objection. Form. Asked and answered.
22     THE WITNESS: I think it's pretty rare. I think
23  it's mostly, as I said, predominantly lung cancer and
24  these -- they can add another factor to it, asbestos,
25  what I've read about it, because I'm not an expert in

Page 273

1  cigarette smoking and lung cancer.
2  BY MR. DEARING:
3     Q   On page 20 you have a subheading "Detection of
4  Talc in Ovarian Tissue."
5     A   I see it.
6     Q   And this appears to be a criticism of
7  Dr. Kane's recitation of the evidence that talc has
8  been observed in ovarian tissue and other gynecologic
9  tissue.
10         Is that an accurate summary?
11     A   Yes, uh-huh.
12     Q   Are you saying that that's just not true, that
13  talc has not been observed in gynecologic tissue?
14     A   No. I think in my second sentence, I say,
15  "She then acknowledges that the presence of talc
16  particles found in ovarian cancer tissue does not prove
17  that the talc played a causal role yet argues it is
18  'consistent with causation and provides additional
19  evidence in support after causal relationship,'" which
20  is -- the whole sentence doesn't make sense to me.
21     Q   Okay. I just want to be clear. You're not
22  taking exception to the fact that she's acknowledging
23  that scientists have observed talc particles in ovarian
24  tissue and other gynecologic tissue?
25     A   Well, in ovarian tissue, for sure.

69 (Pages 270 to 273)

Robert Kurman, M.D.

Page 274

1    Q   Are you saying the presence of talc in ovarian
2  tissue has no relevance to the issue of inflammation or
3  ovarian cancer?
4    A   I'm saying it's not evidence that it's causing
5  ovarian cancer.
6    Q   So you -- have you seen studies that identify
7  talc in ovarian tissue?
8    A   Yes.
9    Q   And in those same studies, did they identify a
10 granulomatous or giant cell response to the talc?
11   A   Actually, no.  That's the Heller article where
12 she sees it, but she specifically says she doesn't see
13 foreign-body giant cell reaction.
14   Q   Can you reconcile that inconsistency if you
15 think that's how the body should respond to talc?
16   A   Well, I think -- reconcile it is that I don't
17 think the talc is there having any biologic function or
18 is really in the tissue.  It's a contaminant, and
19 that's why it didn't produce a biologic reaction.
20   Q   Is it your opinion that all of the studies
21 that claim to recognize or identify talc in ovarian
22 tissue are what -- are really identifying
23 contamination?
24   A   I think it's a significant issue.  I can't
25 tell you all of them or not.

Page 275

1    Q   The fact is there's not a single study that
2  identifies talc particles in ovarian tissue that
3  recognizes a granulomatous giant cell response to it;
4  right?
5    MS. AHERN:  Objection.  Form.
6    THE WITNESS:  As far as I know, that's correct.
7  BY MR. DEARING:
8    Q   The next section of your report is entitled
9  "Migration of Talc to the Ovaries."
10   A   Okay.
11   Q   And I asked you earlier today if you thought
12 talc could migrate from the perineum to the ovaries and
13 you said absolutely not.
14       Is that still your position?
15   A   Yes.  I don't think it can migrate from the
16 perineum.
17   Q   Specifically what you say is -- you say that
18 Dr. Kane's opinion that talcum powder applied to the
19 external perineum can migrate to the ovaries is
20 unsupported by and contrary to the current data and
21 understanding of ovarian cancer pathology.
22   A   Where were you reading that?  I'm sorry.  I
23 know I said that, but can you see that -- show me that
24 exactly.
25   Q   No, not without reading the whole thing.  But

Page 276

1  I want to ask you a question about it.  I know that's
2  your position.
3    A   Yeah.
4    Q   Are you aware that there are many studies that
5  conclude that talc particles can, in fact, migrate from
6  the perineum to the ovaries?
7    MS. AHERN:  Objection.  Form.
8    THE WITNESS:  From the perineum?
9    MR. DEARING:  Yes.
10   THE WITNESS:  No, I'm not aware of those.
11 BY MR. DEARING:
12   Q   Are you aware that the 2007 study by
13 Dr. Cramer states that the presence of talc in lymph
14 nodes provides evidence that talc used externally is
15 capable of migrating into the pelvis?
16   MS. AHERN:  Objection.  Form.
17   THE WITNESS:  Could -- do you have that paper, by
18 the way?
19 BY MR. DEARING:
20   Q   I don't.
21   A   I'd like to see the paper because I think
22 there are issues in there that are important to point
23 out.
24   Q   Okay.  The one paper I did bring that I
25 already showed you was McDonald's 2019 paper.

Page 277

1    A   Right.
2    Q   Remember?
3    A   This is a totally different one.
4    Q   Right.  She said that -- said that the talc
5  migrated to pelvic lymph nodes from perineal
6  application.
7    A   Yeah.  I don't see how she came to that
8  conclusion.
9        So, first of all, the 2007 study -- let me
10 make sure this is the correct.  2007.
11   Q   The one I'm referring to is the pelvic lymph
12 node study.
13   A   "Presence of talc in pelvic lymph nodes of a
14 woman with ovarian cancer and long-term genital
15 exposure to cosmetic talc."
16   Q   Okay.
17   A   Right.  The first thing is that it's a case
18 report --
19   Q   Sure.
20   A   -- which doesn't really tell you a lot in
21 terms of scientific evidence.  This is just any case,
22 any case report.
23   Q   A case where talc migrated to that lady's
24 ovaries from the perineum; right?
25   MS. AHERN:  Objection.  Form.

70 (Pages 274 to 277)

Robert Kurman, M.D.

Page 278

1       THE WITNESS: Where does it say anything about it
2   coming from the perineum? I didn't see that. It could
3   have come from inhalation. I mean, I can tell you,
4   coming from the peritoneum and going to a lymph node
5   sounds totally against any method of lymphatic
6   drainage.
7   BY MR. DEARING:
8       Q   Do you believe --
9       A   Makes no sense.
10      Q   Do you believe that inhalation of talc can
11  result in the deposition of talc particles on ovarian
12  tissue?
13      A   It hasn't been demonstrated that I'm aware of.
14  It has been talked about.
15      Q   You just said it could have come from
16  inhalation.
17      A   Yeah. And I'm saying maybe that's how it came
18  from, but there's no definite proof. But I don't think
19  it --
20      MS. AHERN: I think it is in your report. You
21  cited it; right?
22      THE WITNESS: Case report.
23  BY MR. DEARING:
24      Q   Well, let me ask you about the two cases that
25  you cite --

Page 279

1       A   Okay.
2       Q   -- to support your opinion.
3       A   Okay. Sure. I can't find it.
4       Q   One of them was the Wehner study. Do you
5   remember the title is "On Talc Translocation from the
6   Vagina to the Oviducts and Beyond," Alfred Wehner. I
7   have a copy of it here if you would like.
8       A   Yeah. It would be nice to see the paper so I
9   can --
10      Q   I thought you'd say that.
11          (The document referenced below was
12      marked Deposition Exhibit 12 for
13      identification and is appended hereto.)
14  BY MR. DEARING:
15      Q   This is Exhibit 12. This is a paper entitled
16  "On Talc Translocation from the Vagina to the Oviducts
17  and Beyond."
18      A   Okay.
19      Q   It is by Alfred Wehner and Dr. R.E. Weller;
20  right?
21      A   Okay.
22      MS. AHERN: I'm sorry. Do you have --
23      MR. DEARING: Oh, you need a copy.
24      MS. AHERN: Thank you.
25  ///

Page 280

1   BY MR. DEARING:
2       Q   And this is a paper that you cite for support
3   that talc cannot migrate from the perineum to the
4   ovaries; right?
5       A   I'd have to see my report where we say that.
6   I see that we -- we're referring to Venter and Egli and
7   then we go to Wehner. Yes.
8       Q   At the top of page --
9       A   Wehner and Boorman. This is Wehner and
10  Wehner.
11      Q   At the top of page 22, you say "notably
12  Dr. Kane omits" and you mention the Wehner 1985 and
13  Boorman 1995.
14      A   Right.
15      Q   "Wehner examined talc migration in
16      monkeys, receiving repeated
17      introductions of talc to the upper
18      vagina over a period of 45 days.
19      A   Right.
20      Q   Right?
21      A   "No talc particles were found in the uterus or
22  tubes."
23      Q   Right.
24      A   Yes. So they didn't find talc.
25      Q   So what's important I want to point out about

Page 281

1   the study is there were six monkeys studied over a
2   45-day period with only 30 applications of talc; right?
3   That's in the abstract. That's also in the body, but
4   it is easier to find in the abstract.
5       MS. AHERN: Objection. Form.
6       THE WITNESS: Six monkeys received 30 applications.
7   Yeah.
8   BY MR. DEARING:
9       Q   And each of those six monkeys were at
10  different menstrual cycle places; right?
11      MS. AHERN: Objection. Form.
12      THE WITNESS: Don't know that -- where it says
13  that.
14  BY MR. DEARING:
15      Q   The point is 30 applications over 45 days
16  doesn't replicate long-term human genital talc use,
17  does it?
18      A   No, not at all. So you're suggesting that
19  negative finding supports what?
20      Q   No. I'm suggesting that your citing this
21  study for the proposition that talc cannot migrate from
22  the perineum to the ovaries in a human is misplaced --
23      MS. AHERN: Objection. Form.
24  BY MR. DEARING:
25      Q   -- because they're not the same thing.

71 (Pages 278 to 281)

Robert Kurman, M.D.

Page 282

1     A   But the point is to try to demonstrate, from
2   your standpoint, that it does get there.  And there's
3   no study that shows that.  I mean, you're supporting a
4   negative, which, to me, is nothing -- is not really
5   relevant.  You want to support a positive.
6     Q   You would agree with me that the cynomolgus
7   monkeys don't menstruate the way humans do; right?
8     A   Oh, I don't know about that.
9     Q   They do menstruate, but it's a different
10   process.
11     A   I don't know why it's different.
12     MS. AHERN:  Objection.  Form.
13     THE WITNESS:  I don't know.
14   BY MR. DEARING:
15     Q   Do you know whether these cynomolgus monkeys
16   experience retrograde menstruation?
17     A   No idea.
18     Q   Right.  Also, did you know that, at the time
19   of this study, Alfred Wehner was a paid consultant for
20   Johnson & Johnson?
21     A   No.
22     Q   You also cite the Boorman study for the
23   proposition that talc cannot migrate from the perineum
24   to the ovaries in humans.
25         And, of course, this is a rat study; right?

Page 283

1     MS. AHERN:  Objection.  Form.
2   BY MR. DEARING:
3     Q   Rats and mice.  Yes?
4     MS. AHERN:  Same objection.
5     THE WITNESS:  That's right.
6         (The document referenced below was
7         marked Deposition Exhibit 13 for
8         identification and is appended hereto.)
9   BY MR. DEARING:
10     Q   In fact, it's a one-page rat study.  Here it
11   is, if you'd like to refer to it.
12         Is this the study you were referencing to
13   support your proposition that talc can't migrate from
14   the perineum to the ovaries in humans?
15     MS. AHERN:  Objection.  Form.
16     THE WITNESS:  Let me see.  Boorman, Seely.  Yes,
17   this looks like the study, 1995.  Yes.
18   BY MR. DEARING:
19     Q   Actually, you criticized Dr. Kane for not
20   mentioning the Boorman study; right?
21         You say, "Notably, Dr. Kane omits any mention
22   of Wehner of 1985 and Boorman 1991."
23     A   Right.
24     Q   And you think that this study, this Boorman
25   one-page rat study, supports the proposition that

Page 284

1   genital talc use cannot -- that talc cannot migrate
2   from the perineum to the ovaries?
3     MS. AHERN:  Objection.  Form.
4     THE WITNESS:  I think it's just supportive of the
5   studies that she quoted that says it does.
6   BY MR. DEARING:
7     Q   Well, you criticized her study.
8     A   Right.
9     Q   So if it was just supportive, that means it's
10   not supportive at all; right?
11     MS. AHERN:  Objection.  Form.
12     THE WITNESS:  So they're both not supportive.
13   BY MR. DEARING:
14     Q   Okay.  Fair enough.
15         In fact, the authors practically say that in
16   this study; right?
17         If you look at the last sentence of this
18   one-page report, it says, "In the extrapolation of
19   these data, one should consider limitations relative to
20   the marked anatomical and physiological differences
21   between rodents and humans; right?
22         Do you see that last sentence?
23     A   I'm sorry.  I was looking at something else.
24     Q   It's the last sentence of this paper.
25     A   This Boorman paper?

Page 285

1     Q   Uh-huh.
2     A   "In the extrapolation of these data, one
3   should consider limitations relative to the marked
4   anatomical and physiological differences between
5   rodents and humans."
6     Q   Right.  So the Boorman paper doesn't really
7   tell you much about whether talc can migrate to the
8   perineum -- from the perineum to the ovaries in humans;
9   right?
10     A   That's correct.  Interestingly, by the way, in
11   the earlier comment I made about the Cramer 2007 study,
12   I found the sentence -- I'd have to look it up in the
13   paper, but I say, "I note that Cramer 2007," which is
14   the study that we're talking about, "which Kane relies
15   on for a migration opinion, stated that 'there is no
16   proof that talc used externally reaches the pelvis.'"
17     Q   Right.  That's the -- that's the 2007 pelvic
18   lymph node study.
19     A   Yes.
20     Q   Right.
21     A   The one we were talking about just a few
22   minutes ago.
23     Q   Right.  And the one I showed you earlier by
24   Dr. McDonald is a follow-up to that study, right, the
25   one that's Exhibit 6?

Robert Kurman, M.D.

Page 286

```
 1      A    The one that was just published in -- when was
 2   it?
 3      Q    This one was published this year.
 4      A    2007, that was published.  Okay.
 5      Q    This is the follow-up to that study; right?
 6      MS. AHERN:  Objection.  Form.
 7   BY MR. DEARING:
 8      Q    Well, if you would, go back to Exhibit 6.
 9      A    What's Exhibit 6?
10      Q    It's the follow-up to the lymph node study.
11   It's entitled "Correlative Polarizing Light and
12   Scanning" --
13      A    Sandra McDonald.
14      Q    Right.
15      A    Since I haven't read that study, I'd like to
16   read it more carefully, because they don't describe how
17   they -- how they -- what tissues they examined, how
18   these patients were possibly exposed to talc.
19      Q    They do explain all that.
20      A    Where is it?
21      Q    Well, I tell you what.  Let's go off the
22   record, and you can take all the time you want to read
23   it and we can talk about it.
24      A    Okay.
25      VIDEO OPERATOR BROWN:  The time is now 5:02.  Going
```

Page 287

```
 1   off the record.
 2      (Recess taken.)
 3      VIDEO OPERATOR BROWN:  The time is now 5:22.  Back
 4   on the record.
 5   BY MR. DEARING:
 6      Q    Doctor, have you now had an opportunity to
 7   read this study entitled "Correlative Polarizing Light
 8   and Scanning Electron Microscopy for the Assessment of
 9   Talc in Pelvic Region Lymph Nodes"?
10      A    I have.
11      Q    In the abstract, it sets out sort of the
12   purpose and the methodology of this study.  And it says
13   that:
14         "Perineal talc use is associated
15      with ovarian carcinoma in many
16      case-controlled studies.  Such talc may
17      migrate to pelvic organs and regional
18      lymph nodes with both clinical and legal
19      significance.  Our goal was to
20      differentiate talc in pelvic lymph nodes
21      due to exposure versus contamination
22      with talc in the laboratory.  We studied
23      22 lymph nodes from ovarian tumor
24      patients, some of which had documented
25      talc exposure, to quantify talc using
```

Page 288

```
 1         digestion of tissue taken from paraffin
 2      blocks in scanning electron microscopy
 3      with energy-dispersive x-ray analysis.
 4      Talc particles correlated significantly
 5      with surface contamination assessments
 6      using polarized light microscopy.  After
 7      adjusting for surface contamination,
 8      talc burdens in nodes correlated
 9      strongly with perineal talc use.
10         "In a" -- let me just -- "In a
11      separate group of lymph nodes,
12      birefringent particles within the same
13      plane of focus as the tissues in the
14      histological sections were highly
15      correlated with talc particles within
16      the tissue by in situ, SEM-EDX.  We
17      conclude that since talc can be a
18      surface contaminant from tissue
19      collection/preparation, digestion
20      measurements may be influenced by
21      contamination.  Instead, because they
22      preserve anatomic landmarks and permit
23      identification of particles and cells in
24      tissues, polarized light microscopy and
25      in situ SEM-EDX are recommended to
```

Page 289

```
 1      assess talc in lymph nodes."
 2      Do you agree that that's an accurate summary
 3   of this study?
 4      MS. AHERN:  Objection.  Form.
 5      THE WITNESS:  Pretty much.
 6   BY MR. DEARING:
 7      Q    So one of the things we were talking about
 8   before we went off the record so you could read this
 9   study was that you said you weren't sure about the
10   exposure of the patients in this study.
11      And if you would turn to page 2 at the top, it
12   says:
13         "One exposure of great current
14      medical, public health, and medicolegal
15      importance is the association of ovarian
16      cancers with the use of talc cosmetic
17      products in the genital area.  Data
18      related to this association come from
19      epidemiologic studies which identified a
20      clear excess of women with ovarian
21      malignancy who had used talc in their
22      genital area prior to developing cancer
23      compared to control women."
24      Do you agree with that last sentence of these
25   six scientists that data related to this association
```

73 (Pages 286 to 289)

Robert Kurman, M.D.

Page 290

1   come from epidemiologic studies which identified a
2   clear excess of women with ovarian malignancy who had
3   used talc in their genital area prior to developing
4   cancer compared to the control women?
5       A   I'm not sure what they mean by "clear."
6       Q   So you don't know how to interpret that
7   sentence at all?
8       MS. AHERN:  Objection.  Form.
9       THE WITNESS:  I mean, there have been epidemiologic
10  studies that have demonstrated an association between
11  talc usage and ovarian cancer.  I don't argue that.
12  BY MR. DEARING:
13      Q   And then he goes on to cite an epidemiological
14  study two sentences farther down.
15          "The most recent summary of the epidemiologic
16  data in 2018" -- I guess at the time he was working --
17  they were working on this paper -- "found that genital
18  talc may increase the risk of ovarian carcinoma by
19  about 30 percent."
20          And then he's, of course, referring to the
21  Penninkilampi study.
22      A   That's a relative risk, about 1.3 or
23  something.
24      Q   Do you agree that the Penninkilampi shows a
25  relative risk of 30 percent?

Page 291

1       MS. AHERN:  Objection to form.
2       THE WITNESS:  Well, by 1.3, right.  I just looked
3   at the abstract on that study, by the way.
4   BY MR. DEARING:
5       Q   Okay.  He goes down to describe the Heller
6   study in that same column.  And that's a study that we
7   briefly touched on earlier.
8       A   Uh-huh.
9       Q   But he says:
10          "A study by Heller was done with
11      digestion techniques followed by TEM" --
12      that's transmission electron
13      microscopy -- "on ovaries from 24 women
14      having hysterectomy, oophorectomy, for
15      reasons other than ovarian malignancy.
16      The study found talc in approximately
17      half the samples, with no obvious
18      correlation with the genital talc use
19      history, thereby suggesting to the
20      authors that talc exposure may be
21      relatively ubiquitous across the
22      population."
23          And then he talks about Dr. Cramer's and
24  Godleski's 2007 case report that we were talking about
25  prior to the break.  He said:

Page 292

1       "A subset of authors from the
2       present study have previously described
3       a case report in which a woman with
4       serous carcinoma of the ovary had a
5       history of talc usage in her genital
6       area, was demonstrated to have talc in
7       three of four pelvic -- examined pelvic
8       lymph nodes."
9           So when we were talking about the exposure
10  history in the 2007 Cramer case and you said "I don't
11  know if she used perineal talc," you now do know that
12  that was a perineal talc exposure; right?
13      MS. AHERN:  Objection.  Form.
14      THE WITNESS:  Well, she claims to have perineal
15  talc exposure, and then these exposure -- and you find
16  talc in the lymph nodes, but that does not directly
17  prove that it got there through the female reproductive
18  tract.
19  BY MR. DEARING:
20      Q   But the only evidence of exposure in the 2007
21  Cramer study is the statement by the patient that she
22  used talc perineally; right?
23      MS. AHERN:  Objection to form.
24  BY MR. DEARING:
25      Q   You're speculating about any other talc

Page 293

1   exposure; right?
2       MS. AHERN:  Objection.  Form.
3       THE WITNESS:  Well, I can't -- yeah.  I mean, it
4   doesn't prove necessarily that -- passage through the
5   female reproductive tract.  It could have been inhaled.
6   BY MR. DEARING:
7       Q   Next, it says in the next paragraph:
8           "In the study reported here, we
9       assess talc in a sizeable set of lymph
10      nodes in the pelvic region representing
11      multiple patients; thus, we expanded on
12      the lymph node analysis in the previous
13      case report" -- talking about the Cramer
14      2007 report -- "as well as the study of
15      nonmalignant ovaries by Heller, et al.,
16      and we examined nodes in 22 patients
17      with various types of ovarian tumors."
18          So do you agree that this study is in part
19  a -- an expansion of Dr. Cramer's 2007 -- Dr. Cramer's
20  2007 case report and Dr. Heller's study?
21      A   It's a follow-up, yeah.  Okay.
22      Q   Okay.  And part of the study here is that they
23  assessed -- in the next column at the top, they assess
24  tissue surface contamination as a factor explaining the
25  high talc burden in some cases as opposed to talc that

74 (Pages 290 to 293)

Robert Kurman, M.D.

Page 294

1    migrated to the nodes from perineal exposure.
2        So, clearly, they are surmising or suggesting
3    that the talc found in the lymph nodes in this study
4    migrated to those lymph nodes from perineal exposure;
5    right?
6        MS. AHERN:  Objection.  Form.
7        THE WITNESS:  Well, as I said, you can't -- you
8    can't -- that's a big jump.  They don't show you -- I
9    mean, they're just saying she had perineal exposure.
10   Okay.  And she has talc in these lymph nodes.
11       It doesn't mean that it went through the
12   vagina, the cervix, the uterus, the ovaries, and
13   somehow got into the lymph nodes.
14   BY MR. DEARING:
15       Q   Well, these eight authors concluded that the
16   exposure, the perineal exposure, is what resulted in
17   the presence of talc in the lymph nodes; right?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  They concluded that, but I don't see
20   why -- they didn't give the alternate explanation, that
21   it possibly got through inhalation.  It makes more
22   sense to me than coming through the vagina or the
23   vulva -- from the vulva.
24   BY MR. DEARING:
25       Q   Inhalation of talc particles depositing on

Page 295

1    ovarian tissue or pelvic lymph nodes is more plausible
2    to you than perineal application?
3        A   Yes.
4        Q   Are you saying that inhalation of talc
5    particles depositing on ovarian -- on ovaries or in
6    pelvic lymph nodes is a biologically plausible
7    mechanism of exposure?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  Repeat that, please.
10       MR. DEARING:  Sure.
11   BY MR. DEARING:
12       Q   I believe you just said it was more likely, in
13   your opinion, that the talc particles observed in the
14   pelvic lymph nodes in this study got there through
15   inhalation and -- as opposed to perineal exposure and
16   migration.
17       My question is, by saying that, are you saying
18   that it's biologically plausible that you can -- that a
19   person can inhale talc and have those particles
20   deposited on ovarian tissue or pelvic lymph nodes?
21       MS. AHERN:  Objection.  Form.
22       THE WITNESS:  I didn't say anything about
23   biologically plausible; I'm saying that I think it's
24   more likely -- it's hypothesis.  And that needs to be
25   proven before it's accepted as being biologically

Page 296

1    plausible.
2    BY MR. DEARING:
3        Q   So something can be more likely, in your
4    mind --
5        A   Yeah.
6        Q   -- without being biologically plausible?
7        A   Right.
8        Q   And, of course, one of the advantages of using
9    SEM-EDX, according to these eight scientists, is that
10   it allows you to observe the talc particle in situ --
11   in other words, in the tissue -- not on the surface of
12   the tissue; right?
13       MS. AHERN:  Objection.  Form.
14       THE WITNESS:  Well, I'm not an electron
15   microscopist, so I can't really comment on their
16   technology of avoiding contamination, which they,
17   frankly, acknowledge could be a significant problem.
18       So I'd have to depend on someone who is an
19   electron microscopist to really go over their
20   methodology and say, oh, yes, this really is purified.
21   I mean, cutting the section off the surface, I don't
22   think that necessarily excludes contamination.
23       But, again, I'm not an electron microscopist.
24   I think that needs to be evaluated by someone who is.
25   ///

Page 297

1    BY MR. DEARING:
2        Q   Right.  Well, at least three of these authors
3    are electron microscopists.  So would you defer to them
4    when they say that SEM-EDX methodologies is the best
5    way to evaluate talc particles in situ or in tissue?
6        A   No.
7        MS. AHERN:  Objection.  Form.
8        THE WITNESS:  I would not defer to them.  I would
9    think you need an independent -- I mean, it's the same
10   idea.  It would have to be -- now, I realize the study
11   got published, but I still would like to have someone
12   else who's an electron microscopist to tell me to
13   review that paper and say, yes, that makes sense.  I
14   can't do that.
15   BY MR. DEARING:
16       Q   If there are three of the eight authors of
17   this study who are electron microscopists saying that,
18   why do you need more?
19       MS. AHERN:  Objection.
20       THE WITNESS:  It does -- I mean, they're -- I'm not
21   saying necessarily biased, but they want to prove a
22   case.  So they're going to say, oh, yeah, this shows
23   it.
24       I'd like an independent review by someone who
25   is an electron microscopist who says yes, that's a

75 (Pages 294 to 297)

Page 298

1    reasonable way of doing it and avoids contamination.
2    As I said, I'm not in a position to do that.
3    BY MR. DEARING:
4        Q   Do you agree that the women studied in this
5    publication who are in this study all claimed that they
6    used talc for feminine hygiene?
7        A   No, I don't think they all did.  I think there
8    were some that said they were exposed, but I think
9    others said they weren't.
10       Q   On page 3 at the top, the beginning of the
11   first paragraph, it says "Talc is readily visible under
12   polarizing light microscopy."
13       A   Yes.
14       Q   You agree with that; right?
15       A   Well, that's what they say, yeah.
16       Q   Well, you've --
17       A   Oh, yeah, generally speaking, yes.  Yes.
18       Q   I mean, you understand how polarizing light
19   microscopes work and how they will illuminate particles
20   with birefringent properties?
21       A   I use it.
22       Q   And it also says that talc may be found as
23   both plates and fibrous forms.  And I believe you don't
24   have an opinion about the fibrous forms; right?
25       A   Right.

Page 299

1        Q   And where the particles of fibers are brightly
2    birefringent and often in the size range of 1 to 10
3    microns.  We've already discussed that?
4        A   Right.
5        Q   And then do you see at the bottom of page 3,
6    right-hand side, next-to-the last sentence, it states
7    what the eight authors' position was with regard to
8    exposure.
9            It says "The birefringent particles present
10   within lymph nodes were taken to indicate clinically
11   significant talc that migrated there through the
12   lymphatic system"; right?
13       A   That's what they say.
14       MS. AHERN:  Objection to form.
15       THE WITNESS:  Yes.
16   BY MR. DEARING:
17       Q   So we talked about migration through the
18   genital tract.  Do you have an opinion about whether
19   perineal talc use can result in talc migration through
20   the lymphatics to lymph nodes?
21       A   Well, in order to get to the lymphatics, they
22   have to get into the peritoneal cavity.  So, as I said
23   before, I don't believe -- and this, to me -- and this
24   study doesn't prove it either, that talc particles on
25   the perineum can get through the labia majora -- which

Page 300

1    are closed under normal conditions -- get through the
2    vagina, get through the cervix -- which, most of the
3    time, is closed to passage of bacteria, sperm, except
4    at the time of the -- when women ovulate -- get through
5    the uterus, get through the fallopian tubes, and get
6    into the peritoneal cavity.  I don't think that's
7    possible.  Unlike the lungs and the mouth, there's an
8    open airway.  That, to me, is more likely than going
9    through that complicated route through the genital
10   tract.
11       Q   Do you also recall reading in this study that
12   these eight authors suggested, and might have proved,
13   that one of the flaws in the Heller study was that the
14   technique used for determining the fiber burden in the
15   ovarian tissue of the women was transmission, EM, in
16   which they digested the tissue and thereby brought in
17   the surface contaminants that Dr. Godleski and McDonald
18   and Cramer and Welch and everyone else says that you
19   have to be careful to avoid?
20       MS. AHERN:  Is there a question?  I'm sorry.
21       MR. DEARING:  Yeah.
22       THE WITNESS:  Yeah.
23       MS. AHERN:  Objection.  Sorry.
24       THE WITNESS:  No, no.  I think I'm getting --
25   please repeat the question.

Page 301

1        MR. DEARING:  Sure.
2    BY MR. DEARING:
3        Q   So one of the things this study addresses is
4    the Heller study.  And it's a continuation of the
5    Heller study.  And they're offering an explanation for
6    why the burden count for talc particles in the Heller
7    study seems to be inconsistent across the board with
8    women who acknowledge being exposed to talc and women
9    who either didn't know or -- or denied using talc.
10       A   Correct.
11       Q   Okay.  And what they say in this study is that
12   the problem with the Heller study was they digested the
13   tissue and then counted the fibers.  And by digesting
14   the tissue -- or particles, talc particles, by
15   digesting the tissue, you necessarily bring in surface
16   contaminants so that the particles that you're
17   calculating or quantifying are just as likely to be
18   surface contaminants as anything else; right?
19       MS. AHERN:  Objection.  Form.
20       THE WITNESS:  That's what they claim.
21   BY MR. DEARING:
22       Q   Do you have any disagreement with them, with
23   that analysis of the Heller methodology?
24       A   I think --
25       MS. AHERN:  Objection to form.

Robert Kurman, M.D.

Page 302

1      THE WITNESS:  I think that that's -- could be
2   contamination, yes.  That's what I said earlier.
3   BY MR. DEARING:
4      Q   On page 11, they start summarizing their
5   findings on the right-hand column --
6      A   Hold it.  Hold it.
7      Q   I'm sorry.  Page 13.
8      A   Okay.
9      Q   Right-hand column, three-quarters of the way
10  down, it says:
11         "In the long-studied and debated
12      association between talc exposure and
13      ovarian cancer, our study provides
14      additional evidence that talc may enter
15      pelvic tissues and ultimately be
16      detected and measured in regional lymph
17      nodes, and this relationship became
18      especially strong when clinical-use data
19      was considered and surface contamination
20      was corrected for statistically.  This
21      adds perspective to the known migratory
22      capabilities and overall biological
23      role/impact of talc."
24         Do you agree with the statement that the
25  findings of this study provide additional evidence that

Page 303

1   talc may enter the pelvic tissues and ultimately be
2   detected and measured in lymph nodes?
3      MS. AHERN:  Objection.  Form.
4      THE WITNESS:  As I said a few minutes ago, I do not
5   have the technical expertise in electron microscopy to
6   critically evaluate the techniques that they claim
7   avoided the contamination issue.  So I cannot, at this
8   point, agree with that.
9   BY MR. DEARING:
10     Q   Dr. Cramer, who participated in this study, is
11  an OB/GYN; right?
12     A   Yes.
13     Q   So with regard to a practical application of
14  this study for an OB/GYN, the authors write:
15         "Our findings also suggest that in
16      patients with ovarian cancer, clinicians
17      may want to make broader inquiries into
18      the past and present use of talc by
19      their patients.  Similarly, pathologists
20      may wish to pay greater attention to
21      sampled regional lymph nodes."
22         First of all, do you agree that, in light of
23  the studies, whether you agree with them or not, and in
24  light of the -- in light of the universe of studies
25  looking at talc and ovarian cancer, do you agree that

Page 304

1   clinicians should consider broader inquiries with their
2   patients about talc usage when they're suffering from
3   ovarian cancer?
4      MS. AHERN:  Objection.  Form.
5      THE WITNESS:  I'm not here to make recommendations
6   for how patients should be advised.
7   BY MR. DEARING:
8      Q   Well, do you agree that, since there are
9   suggestions that pelvic lymph nodes may -- may gather
10  or store foreign particles that may have contributed to
11  cancer, to ovarian cancers, do you agree with the
12  statement here that pathologists may wish to consider
13  greater -- may wish to pay greater attention to sampled
14  regional lymph nodes?
15     MS. AHERN:  Objection.  Form.
16     THE WITNESS:  There's no data in this study to say,
17  even if they were correct in saying that talc is in
18  lymph nodes, that it has any bearing on the development
19  of ovarian cancer.  Nothing whatsoever.  I've never
20  heard of development of ovarian cancer based on
21  material that's in lymph nodes.
22  BY MR. DEARING:
23     Q   If that's true --
24     A   It's biologically not plausible to me.
25     Q   If that's true, why do at least three of your

Page 305

1   textbooks identify talc as a risk factor for ovarian
2   cancer?
3      MS. AHERN:  Objection.  Form.
4      THE WITNESS:  Well, a risk factor has nothing to do
5   with its presence in lymph nodes.
6   BY MR. DEARING:
7      Q   Well, risk factors have to do with a woman's
8   increased risk of getting ovarian cancer; right?
9      MS. AHERN:  Objection.  Form.
10     THE WITNESS:  It doesn't tell you anything about
11  the mechanism, though.
12     MR. DEARING:  I'm going to move to strike your last
13  answer as nonresponsive.
14  BY MR. DEARING:
15     Q   My question was, well, risk factors have to do
16  with a woman's increased risk of getting ovarian
17  cancer; right?  That's the question.
18     MS. AHERN:  Objection.  Form.
19     THE WITNESS:  I said, yes, increased risk.  A truly
20  accepted risk factor means that there's a risk of
21  developing ovarian cancer.  We discussed that issue of
22  risk factors earlier and that there are weaker risk
23  factors and stronger risk factors, and I would still
24  adhere to that statement.
25     ///

77 (Pages 302 to 305)

Robert Kurman, M.D.

Page 306

1    BY MR. DEARING:
2        Q   Do you know whether your new Blaustein's
3    edition is going to identify talc as a risk factor for
4    ovarian cancer, talc use?
5        A   It will be mentioned, but not in the kind of
6    detail that you asked me earlier.  Again, to represent
7    the broad, general notion of what's out there.
8        Q   In the next-to-the-last paragraph in the last
9    sentence, it says, "Our findings yield important
10   insights as to the ability of talc to migrate to
11   nodes."
12       A   Wait, wait, wait.  I'm not seeing it.
13       Q   I'm sorry.  Page 14.
14       A   Yeah.  Okay.  14.
15       Q   Last sentence, next-to-last --
16       A   "Our findings yield important" -- okay.
17       Q   "Our findings yield important
18   insights as to the ability of talc to
19   migrate to nodes and under what
20   conditions its identification to nodes
21   and tissues is clinically meaningful and
22   when not."
23           So do you disagree that this paper offers
24   important insights as to the ability of talc to migrate
25   to nodes?

Page 307

1        MS. AHERN:  Objection.  Form.
2        THE WITNESS:  Well, as I said earlier, I still am
3    not -- since I'm unable to truly evaluate their
4    procedure to prevent migration and to really pin down
5    if talc is in ovarian tissues, I can't comment on the
6    validity and my impression of this analysis.
7    BY MR. DEARING:
8        Q   So we spent a good bit of time talking about
9    your criticisms of Dr. Kane.  Let me just ask you, do
10   you have any criticism of her opinions that are not
11   contained in your report?
12       A   I think it's all there.
13       Q   And with regard to her methodology for
14   evaluating the issues of talc and ovarian cancer, you
15   testified you have a problem with her methodology in
16   that she relied on studies that you think should not
17   have been relied on.  Is that a fair statement?
18       MS. AHERN:  Objection.  Form.
19       THE WITNESS:  Yes.  Specifically, I said she relied
20   on studies utilizing ovarian epithelial cells, surface
21   ovarian epithelial cells, to bolster her argument that
22   the studies that she cited were indicative of causation
23   of ovarian cancer when I said that the private -- that
24   the -- that the precursor lesions really were in the
25   fallopian tube and that should have been the tissue

Page 308

1    that should have been used as -- to buttress our
2    arguments.
3    BY MR. DEARING:
4        Q   Do you have any other criticisms of her
5    methodology as far as how she reached the opinions she
6    reached?
7        A   Well, as I said, there's some specific issues
8    that I've listed in the paper.  We've addressed some of
9    them, like analogy.  There's others that I mentioned as
10   well.  But, again, since it fails right from the
11   beginning not identifying the appropriate tissue to
12   study in terms of a precursor, everything else after it
13   goes by the wayside.
14       Q   As far as you know, have you identified all of
15   methodological disagreements with her in your report?
16       MS. AHERN:  Objection.  Form.  Asked and answered.
17       THE WITNESS:  Well, in my report and what I've
18   stated here in the deposition.
19   BY MR. DEARING:
20       Q   Speaking of relying on the wrong studies, back
21   to the migration -- I forgot to ask you a question.
22           So you relied on the monkey study and the
23   mouse study, and I think you can see it may have little
24   or no relevance to the human transmigration.  But if
25   you're going to consider animal studies to either

Page 309

1    support or refute the idea of talc migrating from the
2    perineum to the ovaries or from the vagina to the
3    ovaries, you didn't mention the Phillips study.
4           Are you familiar with the Phillips study?
5    It's a rabbit study.
6        MS. AHERN:  Objection.  Form.  Mischaracterizing
7    testimony.
8        THE WITNESS:  I would have to see it.
9    BY MR. DEARING:
10       Q   You don't remember it?
11       A   No.
12       Q   It was a study where they injected talc into
13   the vagina of a rat and discovered that it did
14   migrate -- I mean of a rabbit, and discovered that it
15   did migrate to the tubes.
16           Does that not sound familiar to you at all?
17       MS. AHERN:  Objection.  Form.
18       THE WITNESS:  If you had the paper, it may jog my
19   memory and I can comment.
20   BY MR. DEARING:
21       Q   I don't have it.  I'm just asking if you --
22       A   Okay.  Off the top of my head, I don't
23   remember that particular study.  I did evaluate a
24   number of them.
25           But, again, just as you said, they introduced

78  (Pages 306 to 309)

Robert Kurman, M.D.

Page 310

1  the talc -- was it talc that they used?
2      Q   Yes.
3      A   They introduced it into the vagina.  So that
4  immediately short-circuits one of the major barriers,
5  which is from the perineum to get to the vagina.  I
6  mean, it's closed.  The vulva is closed.  The labia
7  touch each other.  Without physically opening them,
8  something can't get into it.
9      Q   Well, if talc could get inside the vagina,
10  does that change your opinion at all about whether it
11  can migrate further?
12      MS. AHERN:  Objection.  Form.
13      THE WITNESS:  First of all, I would just repeat --
14  or say if it got into the vagina, and I'd say it can't
15  get into the vagina.
16  BY MR. DEARING:
17      Q   I know.
18      A   And then there was a study that I cited in
19  which they did -- let me see if I can find it.  They
20  put particles, not talc, into the -- where is
21  migration? -- into the -- into the vagina.  Let's see.
22  I should be able to find that.  Migration.
23      Okay.  Here.  On page 22, in the second
24  paragraph.  You highlighted it:
25      "It should be noted that even when

Page 311

1      particles are placed into the vagina,
2      passage to the ovaries is quite unusual.
3      For example, in another study it was
4      reported that when India ink was
5      introduction into the uterus, it was
6      detected in the fallopian tubes in 50
7      percent of women and, when introduced
8      into the cervix, it was detected in the
9      fallopian tubes of just 30 percent of
10      women.  When it was introduced into the
11      vagina, it was detected in only 1 of 37,
12      0.02 percent, patients.  In short, the
13      vulva is not an open conduit to the
14      vagina and, therefore, none of these
15      highly artificial studies can be used to
16      assert that talc applied to the external
17      perineum migrates to the fallopian tubes
18      and ovaries."
19  BY MR. DEARING:
20      Q   So your opinion is talc cannot get into the
21  vagina under any circumstance; right?
22      MS. AHERN:  Object to the form.
23      THE WITNESS:  I said that, yes.
24  BY MR. DEARING:
25      Q   So if a woman uses talc daily for feminine

Page 312

1  hygiene where she just pours talc in her panties, which
2  a lot of these plaintiffs have done, and then she has
3  intercourse that day, wouldn't that force some of the
4  talc particles presumably into the vagina?
5      MS. AHERN:  Objection.  Form.
6      THE WITNESS:  If it's still there, present at the
7  time of having intercourse, I don't know.
8  BY MR. DEARING:
9      Q   Well --
10      A   It depends how much is there.  I mean, it's
11  totally speculation.  I can't comment on that.
12      Q   Is it biologically plausible that talc can be
13  forced into the vagina if used externally --
14      A   No, I don't think that's --
15      Q   -- during intercourse?
16      A   -- biologically plausible.
17      Q   You don't?
18      A   No.
19      Q   This study that you're referring to actually
20  supports what I was suggesting early on that you
21  disagreed with me on, and that was that, if talc was
22  introduced into the uterus, you said you still didn't
23  think it would migrate to the tubes or to the ovaries.
24      But this dye did exactly that, didn't it?  It
25  was introduced into the uterus, and in 50 percent of

Page 313

1  the women it migrated to the fallopian tubes; right?
2      MS. AHERN:  Objection.  Form.
3      THE WITNESS:  Of course, these are part India ink,
4  not talc.  So it's not a great substitute.
5  BY MR. DEARING:
6      Q   Well, there are some materials, if introduced
7  into the uterus, that would migrate at least half the
8  time, according to this study, into the fallopian
9  tubes; right?
10      MS. AHERN:  Objection.  Form.
11      THE WITNESS:  India ink.
12  BY MR. DEARING:
13      Q   Same question with the cervix.  So there are
14  some materials that, if introduced in the cervix, could
15  migrate to the fallopian tube perhaps a third of the
16  time?
17      MS. AHERN:  Objection.  Form.
18      THE WITNESS:  Let's get down to the real -- real
19  reality.  When you get to the vagina, which is what
20  you're talking about, introducing it in the vagina all
21  the time, it occurred in 0.02 percent.  Furthermore,
22  that in and of itself is artificial, as I said.  We're
23  talking about perineal application, not introduction
24  into the vagina, into the cervix, or into the uterus.
25  ////

79 (Pages 310 to 313)

Robert Kurman, M.D.

Page 314

BY MR. DEARING:
    Q   On your supplemental reference list -- I know
you didn't prepare this list, but there's a study on
this list entitled Sjosten. It's spelled
S-j-o-s-t-e-n. And it's entitled "Retrograde Migration
of Glove Powder in the Human Female Genital Tract."
        In that study -- that study actually finds or
found that talc deposited in the vagina from glove
powder -- it was a starch powder -- migrated up the
female genital tract.
        Do you recall that study? Do you know that
study?
        MS. AHERN: Objection. Form.
        THE WITNESS: Well, it's listed, but I haven't read
that study. But, again, glove powder means it was
placed into the vagina on pelvic examination.
BY MR. DEARING:
    Q   Right.
    A   Not on the vulva. Oh, and by the way --
    Q   It doesn't stay there. It didn't stay there
in this study. It migrated.
        MS. AHERN: Objection. Form.
        THE WITNESS: From the?
BY MR. DEARING:
    Q   From the vagina.

Page 315

    A   We talked about that already, the vagina
studies described earlier.
        But I should also -- because you asked about
sexual intercourse. And I could also -- I remember
that -- it was an epidemiologic study. I can't, off
the top of my head, remember which one, but I know that
they evaluated talc in diaphragms, and that was not
associated with an increased risk of ovarian cancer
either.
        MR. DEARING: Can we take just a quick break? I
think I'm almost finished.
        VIDEO OPERATOR BROWN: Time is now 5:59. Going off
the record.
        (Recess taken.)
        VIDEO OPERATOR BROWN: Time is now 6:10. Back on
the record.
BY MR. DEARING:
    Q   Doctor, in reviewing your report, I notice
that your methodology for weighing the evidence on
these issues that we've been discussing is not
described.
        Can you describe for me what your methodology
is with regarding to weighing the evidence as it
pertains to the causation, migration, inflammation, the
issues we've been discussing?

Page 316

        MS. AHERN: Objection. Form.
        THE WITNESS: I thought I went over that
methodology right in the beginning.
BY MR. DEARING:
    Q   Well, you talked about a general methodology
based on your experience, your research; but you
haven't explained how you actually weigh the evidence
of the things that you consider.
        MS. AHERN: Objection. Form.
        THE WITNESS: Well, I read over Dr. Kane's report.
I ran down her references. And, as I said earlier, the
papers that she relied on did not assess or did not
buttress her arguments about the causation of ovarian
cancer based on talc usage because they didn't examine
the right tissues. And I've said that before, and I
still say that.
        Then all the rest of it, like a set of
dominoes, falls because, in order to establish
causation, you need to look not at cancers, which many
of the studies that she cited looked at because of
increased inflammation, it's irrelevant. What you have
to look at is the cell of origin of ovarian cancer,
which we now acknowledge comes from tubal epithelium,
and the studies that she looked at didn't analyze tubal
epithelium.

Page 317

BY MR. DEARING:
    Q   Do you agree that, when a physician or
scientist is assessing or forming opinions on issues
like causation, inflammation, migration, that it's
important for that physician or scientist to consider
all of the relevant literature on those topics?
        MS. AHERN: Objection. Form.
        THE WITNESS: Well, I don't know if you can ever
say all of it. You try your best to read as much as
you possibly can of the relevant literature and come to
a conclusion.
BY MR. DEARING:
    Q   You agree with me that you've not done a
comprehensive review of the literature on talc and
inflammation?
    A   I'm sorry. Could you repeat that?
        MS. AHERN: Objection. Form.
BY MR. DEARING:
    Q   I said do you agree with me that you have not
done a comprehensive review of all of the relevant
literature on the issue of talc and inflammation?
        MS. AHERN: Objection. Form.
        THE WITNESS: Well, as I said, I've reviewed many,
many studies, and you can form an evaluation as these
studies play out one way or the other. But all, every

Robert Kurman, M.D.

Page 318

1  conceivable study?  No, I didn't do that.
2  BY MR. DEARING:
3      Q   Well, the studies that you considered are
4  listed in your reference materials; right?  Your two
5  reference lists; right?
6      A   Yes.
7      MS. AHERN:  Objection.  Form.
8  BY MR. DEARING:
9      Q   In fact, some of the studies on the second
10  reference list you didn't consider because you didn't
11  even read; right?
12      A   Right.
13      Q   So if the studies aren't on your reference
14  list, you did not consider them in forming your
15  opinions that we've been discussing today; right?
16      MS. AHERN:  Objection.  Form.
17      THE WITNESS:  That is correct.
18  BY MR. DEARING:
19      Q   So is it fair to say that you did not do a
20  comprehensive review of the literature regarding talc
21  and its ability to migrate to the ovaries from the
22  perineum?
23      MS. AHERN:  Objection.  Form.
24      THE WITNESS:  No, I disagree.  I think I did.  In
25  fact, I reviewed her studies which she claims supported

Page 319

1  migration, and I added other studies.
2  BY MR. DEARING:
3      Q   With regard to the issue of inflammation, you
4  had not seen the Saed study that we started to go over.
5  You didn't recite the Ness 1999 study.  You just saw
6  the Godleski 2019 study for the first time today.
7      So there are significant studies that you did
8  not consider in forming your opinions today; correct?
9      MS. AHERN:  Objection.  Form.
10      THE WITNESS:  Well, I can tell you -- and I didn't
11  analyze the Saed study because a number of other
12  experts looked at it, and I did read their reports
13  prior to this deposition and they felt that the studies
14  were terrible, basically.  And so I didn't find it
15  necessary to review it.  I found other experts
16  reviewing it.
17      And right off the bat, he was looking at
18  ovarian cancer cells, and that's not what you're
19  supposed to be looking at when you're trying to
20  establish causation of ovarian cancer.  You don't look
21  at ovarian cancer; you look at precursor lesions.
22  BY MR. DEARING:
23      Q   Well, you've testified that epidemiology is
24  not one of your primary topics that you plan to testify
25  about.

Page 320

1      Would you agree with me that you haven't done
2  a comprehensive search of the epidemiologic studies out
3  there on talc and ovarian cancer; in fact, you only
4  named a few in your reference materials?
5      MS. AHERN:  Objection.  Form.
6      THE WITNESS:  Well, as I said at the beginning, in
7  previous depositions and in the trial, I had reviewed
8  many of the epidemiologic studies to, frankly, get up
9  to speed on them because I -- up until 2015, I hadn't
10  read all those studies, but at that time, I reviewed
11  all -- you know, there was many that I thought were
12  relevant.  So I did review them at that time.
13      I didn't review them this time because I felt,
14  well, I've done that in the past.  And my focus at this
15  deposition would be more on ovarian carcinogenesis from
16  the standpoint of the gynecologic pathology.
17  BY MR. DEARING:
18      Q   Are you aware that quite a few epidemiology
19  study and meta-analyses have actually been published
20  since 2015, since you testified?
21      A   There have been some.  And, like, I looked at
22  some of these abstracts.  Didn't look like it changed
23  much.
24      Q   Well, you haven't looked at the Taher study;
25  right?

Page 321

1      A   Can I see that?
2      MS. AHERN:  Object to the form.
3      (The document referenced below was
4      marked Deposition Exhibit 14 for
5      identification and is appended hereto.)
6  BY MR. DEARING:
7      Q   So this is the Taher study, and it's not on
8  your reference list.
9      Have you seen that study before today?
10      MS. AHERN:  You asked about published studies?  Is
11  that your question?
12      MR. DEARING:  Studies.
13      MS. AHERN:  The question was have there been other
14  published studies that you did not review?
15      THE WITNESS:  I have not seen this study.
16  BY MR. DEARING:
17      Q   Have you reviewed the Health Canada assessment
18  that was published on the issue of talc and ovarian
19  cancer?
20      MS. AHERN:  Objection.  Form.
21      THE WITNESS:  The only time I ever was aware of a
22  Health Canada study was in reading the deposition of
23  Dr. Kane.  And she basically said, "Well, the findings
24  in the Health Canada study agree with my findings."
25      ///

Robert Kurman, M.D.

Page 322

1    BY MR. DEARING:
2        Q   You haven't read the Health Canada findings,
3    have you?
4        A   No, I haven't.
5        Q   With regard to Dr. Saed's 2019 study, are you
6    aware that one of the things he looked at and studied
7    were fallopian tube cells?
8        MS. AHERN:  Objection.  Form.
9        THE WITNESS:  I said I didn't read his study.
10   BY MR. DEARING:
11       Q   So, no, you're not aware of the types of cells
12   that he studied?
13       A   No.
14       Q   I think that's it.
15       A   Okay.  Thank you.
16       MS. AHERN:  Okay.  I have just have a couple -- or
17   maybe one or two questions just for clarification.
18       THE WITNESS:  All right.
19       MS. AHERN:  Where is my note?  Could you do me a
20   favor and could you pull up time 15:14:19.
21       Hold on a minute.  There you go.
22
23              EXAMINATION
24   BY MS. AHERN:
25       Q   So, Doctor, you were asked repeatedly today

Page 323

1    about your opinions on ovarian cancer and talc and
2    whether or not you thought talc caused ovarian cancer.
3        Do you remember throughout the day?
4        A   Yes.
5        Q   Okay.  There are just a couple of question and
6    answers that I want to go over with you, and then I'm
7    going to ask you a question.  And I think -- because we
8    need some clarification on something.
9        You were asked the question:
10           "Would you agree that good
11       scientists can have differing opinions
12       about cancer etiology?"
13           And you responded:
14           "That's a very, very general
15       question.  But if I frame it with the
16       talc litigation, I would venture to say
17       that a reasonable scientist viewing --
18       viewing all, viewing the totality of
19       this data, I don't think anyone would
20       agree to say that talc causes ovarian
21       cancer."
22           Do you see that?
23       A   Yes.
24       Q   Is that consistent with your opinions on talc
25   and ovarian cancer?

Page 324

1        A   Yes.
2        Q   The next question you were asked by
3    Mr. Dearing is:
4            "Are you saying that all of the
5        plaintiffs' experts, the 30 or so
6        plaintiff experts that you know about,
7        are not good scientists."
8            And you said, "I didn't say that."
9            And then he asked you:
10           "Okay.  Well, my question is do you
11       agree with me that good scientists can
12       have differing opinions about cancer
13       etiology?"
14           You said:
15           "It's neither good or bad; I'm
16       saying that reasonable people, looking
17       at all this data, in my opinion, would
18       not disagree that this is -- that talc
19       causes ovarian cancer."
20           Is that consistent with your opinions on --
21       that you've given today on talc and ovarian cancer as
22   it's written --
23       A   That's a little bit of a confusing statement,
24   I agree.  It's kind of a double negative, "not
25   disagree."  So my view is -- I'm sorry.

Page 325

1        Q   Sorry.  And my next question was, in response
2    to that question, what did you intend to say?
3        A   What I had said earlier.  And you can go back
4    and cite the same thing again, that looking at the
5    totality of evidence and data that's presently
6    available, I don't think anyone would agree to say that
7    talc causes ovarian cancer.
8        MS. AHERN:  Okay.  That's all the questions I have.
9    Thank you.
10
11              FURTHER EXAMINATION
12   BY MR. DEARING:
13       Q   Doctor, you just testified that you have not
14   looked at the totality of all the evidence, that there
15   are some studies you have not seen and have not looked
16   at.
17       So do you agree with me that you have not
18   considered the totality of all the evidence?
19       A   Well, "totality," insofar as what is --
20   looking at available, but -- I didn't look at every
21   single study, but I think if you put it all into
22   perspective, as I mentioned when you asked me that
23   earlier, is that you read a number of studies and
24   things start to fall in place.  And another one study
25   isn't going to change it.

Robert Kurman, M.D.

| Page 326 | Page 328 |
|---|---|

**Page 326**

1    MR. DEARING:  Okay.
2    MR. ZELLERS:  Thank you, everyone.
3    VIDEO OPERATOR BROWN:  The time is now 6:23.  This
4  concludes the deposition.  Going off the record.
5  (The deposition proceeding was concluded at 6:23 P.M.)
6
7    --ooOoo--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 328**

1    INSTRUCTIONS TO WITNESS
2
3    Please read your deposition over carefully and
4  make any necessary corrections.  You should state the
5  reason in the appropriate space on the errata sheet for
6  any corrections that are made.
7    After doing so, please sign the errata sheet
8  and date it.
9    You are signing same subject to the changes you
10  have noted on the errata sheet, which will be attached
11  to your deposition.
12    It is imperative that you return the
13  original errata sheet to the deposing attorney within
14  thirty (30) days of receipt of the deposition transcript
15  by you.  If you fail to do so, the deposition transcript
16  may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

**Page 327**

1
2
3    CERTIFICATE
4    OF
5    CERTIFIED SHORTHAND REPORTER
6
7    The undersigned Certified Shorthand Reporter of
   the State of California does hereby certify:
8    That the foregoing proceeding was taken before
   me at the time and place therein set forth, at which
9  time the witness was duly sworn by me;
   That the testimony of the witness and all
10  objections made at the time of the examination were
   recorded stenographically by me and were thereafter
11  transcribed, said transcript being a true and correct
   copy of my shorthand notes thereof;
12    That the dismantling of the original transcript
   will void the reporter's certificate.
13
14    In witness thereof, I have subscribed my name
15  this date:_____.
16
17
18    _____
19    PAMELA COTTEN, CSR, RDR
   Certificate No. 4497
20    Certified Realtime Reporter
21
22
23    (The foregoing certification of
   this transcript does not apply to any
24  reproduction of the same by any means,
   unless under the direct control and/or
25  supervision of the certifying reporter.)

**Page 329**

1    ------
2    E R R A T A
3    ------
4  PAGE LINE  CHANGE
5  ___ ___  _____
6  ___ ___  REASON:  _____
7  ___ ___  _____
8  ___ ___  REASON:  _____
9  ___ ___  _____
10  ___ ___  REASON:  _____
11  ___ ___  _____
12  ___ ___  REASON:  _____
13  ___ ___  _____
14  ___ ___  REASON:  _____
15  ___ ___  _____
16  ___ ___  REASON:  _____
17  ___ ___  _____
18  ___ ___  REASON:  _____
19  ___ ___  _____
20  ___ ___  REASON:  _____
21  ___ ___  _____
22  ___ ___  REASON:  _____
23  ___ ___  _____
24  ___ ___  REASON:  _____
25

83 (Pages 326 to 329)

Robert Kurman, M.D.

```
                                Page 330
 1              ACKNOWLEDGMENT OF DEPONENT
 2
 3         I,_____, do hereby
 4    certify that I have read the foregoing pages, and that
 5    the same is a correct transcription of the answers given
 6    by me to the questions therein propounded, except for
 7    the corrections or changes in form or substance, if any,
 8    noted in the attached Errata Sheet.
 9
10
11    _____
12    ROBERT KURMAN, M.D.              DATE
13
14    Subscribed and sworn to
      before me this
15
      _____day of_____,20___.
16
      My commission expires:_____
17
18    _____
      Notary Public
19
20
21
22
23
24
25
```

Robert Kurman, M.D.

**A**

**A.M** 1:15 7:2,6
**A.P** 5:23
**ability** 49:22
    88:14 209:24
    225:1 306:10
    306:18,24
    318:21
**able** 16:1 98:24
    141:2 267:9
    310:22
**absolutely** 57:12
    62:1 108:1
    118:3 183:6
    275:13
**absorbed**
    229:12,14
**abstract** 33:24
    39:13 248:19
    270:14,14,21
    270:23 281:3,4
    287:11 291:3
**abstracts** 320:22
**accept** 27:19
    29:3 197:14
**acceptable** 27:9
    27:21
**accepted** 119:10
    221:3 295:25
    305:20
**accessible**
    154:15
**account** 33:6
    145:8
**accounted** 109:5
**accumulate**
    77:24 78:11
    92:12 93:14
    94:13
**accurate** 197:25
    204:25 273:10
    289:2 328:16
**accurately**
    250:13
**acetaminophen**
    106:22 107:5

**acknowledge**
    109:18 163:13
    296:17 301:8
    316:23
**acknowledged**
    15:5 204:4
**acknowledges**
    20:22 273:15
**acknowledging**
    235:22 258:16
    273:22
**ACKNOWLE...**
    330:1
**acquaint** 220:9
**actinolite** 89:19
    104:15
**activation** 81:14
    81:17 84:7,14
    84:15 85:7,13
    85:17 86:6
    88:23
**active** 98:14
**activity** 76:19
**actual** 25:24
    164:12
**adaptive** 242:24
**add** 36:10 39:1,5
    114:13 206:21
    245:21 272:24
**added** 206:20
    319:1
**addition** 66:4
    119:1 127:25
**additional** 265:4
    273:18 302:14
    302:25
**address** 17:7
    27:22
**addressed** 27:10
    28:5,9,10
    308:8
**addresses** 301:3
**addressing**
    103:14
**adds** 302:21
**adenocarcino...**
    82:4

**adequately**
    235:18 252:2
    253:14
**adhere** 305:24
**adjacent** 257:17
**adjusting** 288:7
**administration**
    262:24
**admits** 221:6
**adopted** 76:13
**advanced**
    135:10 147:23
    151:25 153:13
    154:17 155:21
**advantage**
    110:17
**advantages** 10:6
    296:8
**advise** 263:12
    265:13
**advised** 304:6
**affect** 37:25
    38:20 102:15
**age** 211:8
**agency** 74:12,15
    76:7,20
**agent** 67:9,19
    80:4,16 86:22
    168:1,16
    169:23 170:4
    170:10,14,18
    174:13 177:5
    177:23 265:3
    271:20,24
**agents** 66:3
    79:10,11 86:25
    87:2 166:2,15
    169:17,19
    179:13 183:16
    209:15,19
    229:3
**agglomeration**
    84:24
**ago** 15:14 41:8
    46:6 82:1
    85:12 118:11
    118:12 122:2

**158:14 170:20**
    174:21 182:5
    182:22 217:21
    224:2 234:15
    250:4 285:22
    303:4
**agree** 15:2 22:10
    27:17 28:17
    29:2 41:8,17
    44:1 47:19
    49:14 64:8
    68:3,21 70:2,8
    72:7,8,22 74:4
    74:8 75:1,4
    78:1,10 80:8
    80:10,13,14,24
    80:24 81:4,7
    81:19,22 82:14
    83:8 84:15
    85:9,24 87:11
    89:3,22 90:6
    90:10,19,23,24
    91:11 93:15
    106:3,20 107:3
    108:10 113:1
    113:15 114:10
    117:4 124:22
    130:2 132:14
    132:18 142:22
    143:22 147:21
    151:22 152:21
    153:1,6,8,11
    155:1 156:4,6
    161:2 163:2
    164:25 166:18
    166:21 170:9
    171:1,9 172:2
    175:16,24
    176:20 177:5
    177:21 178:4
    181:23 183:8
    185:7 186:22
    195:7,14
    196:20 197:2,8
    198:9 200:6
    207:24,25
    209:1,5,20

**210:2,9,18**
    211:12 214:5
    215:7 219:13
    223:18 225:23
    229:3,10
    232:18 234:5
    238:8 245:12
    246:3 253:16
    253:25 259:15
    261:18 262:10
    263:11 264:17
    265:11 266:15
    269:4 282:6
    289:2,24
    290:24 293:18
    298:4,14
    302:24 303:8
    303:22,23,25
    304:8,11 317:2
    317:13,19
    320:1 321:24
    323:10,20
    324:11,24
    325:6,17
**agreed** 124:23
    131:5,24
    230:11
**agreeing** 144:13
    183:18 234:19
**agrees** 47:11
    211:9
**Ah** 26:5 125:18
**ahead** 11:24
    145:19 168:6
    215:1 231:25
**Ahern** 2:17 4:6
    8:3,3 10:9
    11:20,24 16:24
    17:22 18:7,21
    19:6,11,15
    20:1,13 21:6
    21:10 22:2,15
    23:13,23 25:22
    26:13 28:22
    30:17 31:19
    34:23 35:3,14
    35:20 36:1,6

Robert Kurman, M.D.

36:13 39:3,18
39:22 41:3,12
42:1,10,12
43:8,19 44:2
44:10 45:6,18
46:2,12 47:2,8
48:2,13,19
49:10 50:22
52:13,19 53:7
54:2,16 55:3
56:1,11,20
58:19,22 59:3
59:19 60:18
61:9,12 62:9
62:16,24 63:11
63:17 64:5,12
65:3 66:11
67:24 68:6,18
69:6,19 70:11
71:2,19 72:11
73:12,23 74:7
74:16 75:6,17
75:21 77:2
78:2 81:6,24
82:12 83:9,23
84:17 85:11
86:2,15,20
87:7,13,23
88:5,15,21
90:7,21 91:5
91:14 93:8
94:4,18 95:15
96:1 97:14
99:2,14 100:18
100:21 101:9
101:17 102:13
102:18 103:10
105:11 106:7
106:24 107:17
108:13 109:15
110:3,16
111:22 112:5,9
113:4,21 114:3
117:8,21,24
120:23 122:9
124:3 125:9
126:24 128:21

128:23 129:8
129:21 130:20
130:25 132:17
132:25 133:23
134:10 135:25
136:22 137:6
138:6,21 139:6
139:16 140:1
140:23 141:11
141:23 142:8
142:17 143:1,7
143:15 146:2
146:14,22
147:15 148:1
148:12,21
149:4,7,19,22
150:18 151:11
152:3,23
153:16 154:1,3
154:5,9 155:3
156:2,13,20
157:5,15,21
158:12,22
159:4,6,11,13
162:13 163:6
164:6,11,18
165:3,11 166:3
166:16,25
167:5,16 168:4
168:6,17
170:12,19
171:17 172:11
172:23 173:6
173:16,25
174:15,20
175:3,11,22
176:1,13,23
177:7,10,15,25
178:7,11
179:12,17
180:10,20,24
181:7,20,25
182:9,16
183:11,14,22
184:15,24
185:4,11,19
186:2,5,16

187:1,20
188:17 189:2
189:25 190:10
191:4,16,18
192:2 193:7
195:12,20
196:5,14
197:11 198:12
199:16,20
200:8 201:8,18
202:4,18 203:2
203:8,24
204:15 205:1
205:10,13
206:14 207:4
208:8,17
209:22 210:4
210:15,21
211:7 212:6,25
213:5,13,22
214:9,15
215:11 216:12
216:18 217:5,8
217:10 218:13
219:1,10,16,23
221:16,19
226:11,14
227:11,23
228:5 229:13
229:22 230:8
230:20 231:8
232:22 234:9
237:12,24
238:14 239:5
240:18 241:11
241:14 244:1
244:19 245:8
246:2,20 247:4
247:8,21 248:2
248:7,13,19
250:5 251:4,19
252:19,23
253:2,8,17
254:3,12,18
255:16 257:10
258:13,19
259:3,8 260:9

261:22 262:5
262:18 263:2,8
263:15 265:15
268:16 269:8
269:15 271:2
272:1,5,21
275:5 276:7,16
277:25 278:20
279:22,24
281:5,11,23
282:12 283:1,4
283:15 284:3
284:11 286:6
289:4 290:8
291:1 292:13
292:23 293:2
294:6,18 295:8
295:21 296:13
297:7,19
299:14 300:20
300:23 301:19
301:25 303:3
304:4,15 305:3
305:9,18 307:1
307:18 308:16
309:6,17
310:12 311:22
312:5 313:2,10
313:17 314:13
314:22 316:1,9
317:7,17,22
318:7,16,23
319:9 320:5
321:2,10,13,20
322:8,16,19,24
325:8

**aided** 238:21
**aim** 123:18
**air** 104:9
**airway** 300:8
**al** 5:7,11,17,21
  5:24 6:9 38:15
  116:19 293:15
**Alabama** 2:5
**Alfred** 279:6,19
  282:19
**alleged** 66:2

128:14
**allegedly** 128:12
**alleging** 55:25
  56:8,18
**Allen** 2:4 7:14
**allied** 217:24
  218:1
**allowed** 10:7
  133:11
**allows** 92:21
  296:10
**alluded** 50:14
  69:21
**alluding** 178:2
**alteration** 81:17
  84:8 122:24
**alterations**
  121:22 136:13
  268:25 269:14
  269:17,22
**alternate** 294:20
**alternative**
  130:23 164:14
  265:2
**alveoli** 249:18
  252:14
**American** 15:4
  264:6
**amosite** 89:18
**amount** 91:7
  99:17 206:18
  257:14
**amounts** 65:22
**analogy** 223:19
  223:21 224:1
  225:12,19
  226:5 228:1
  229:2,3 230:2
  238:12 239:3
  239:11 261:15
  308:9
**analysis** 136:11
  136:12 155:16
  212:2 219:3
  223:17 232:25
  235:17 239:4
  288:3 293:12

301:23 307:6
analytical 26:18
analyze 269:5
  316:24 319:11
analyzed 152:13
anatomic
  288:22
anatomical
  284:20 285:4
anatomically
  123:7
and/or 327:24
Anderton 3:8
  7:22,22
Andrew 5:17
aneuploidy
  81:16
Angeles 3:6
animal 19:4
  308:25
animals 114:19
answer 94:16,19
  95:12 97:4
  99:14 101:21
  199:21 212:16
  213:15,17,21
  228:16,18,24
  246:22 253:1
  305:13
answered 24:21
  46:2 47:8 81:6
  96:1 134:20
  173:25 174:20
  181:2 183:22
  201:14 203:3
  213:22 227:23
  272:21 308:16
answers 323:6
  330:5
anthophyllite
  89:19 104:14
anti-inflamma...
  106:21 107:4
anticipating
  39:21
antigen-prese...
  67:17

antiperspirant
  52:2
anybody 10:23
  12:5 119:7
  129:14 241:9
anymore 208:1
anytime 48:9
  118:3
anyway 105:13
  140:12 161:14
  176:3 250:22
apart 60:9
  165:25
apologize
  134:21
apoptosis 81:18
  84:7 88:11,19
apparently
  122:22 239:2
appear 104:10
  137:16 178:8
  256:23 258:6
appears 85:7
  273:6
appended 10:16
  11:12 75:11
  78:25 103:3
  190:18 217:1
  241:17 255:8
  264:3 269:25
  279:13 283:8
  321:5
appendices
  10:21
appendixes
  10:21
application
  46:18,20 47:6
  106:1,5 225:11
  277:6 295:2
  303:13 313:23
applications
  281:2,6,15
applied 275:18
  311:16
applies 92:1
  104:19

apply 47:12
  327:23
applying 201:15
  202:15,22
approached
  18:15 29:13
  206:24
appropriate
  29:1 228:5,8
  308:11 328:5
approve 16:3
  212:11 213:12
approximately
  206:10 291:16
April 1:10 7:1,6
area 22:17 27:7
  30:11 34:4,17
  40:24 111:12
  112:13 139:17
  155:6 220:15
  289:17,22
  290:3 292:6
areas 34:2,14
  83:18 214:22
  215:4 229:17
argue 77:8 81:2
  290:11
argues 273:17
argument 45:2
  307:21
Argumentative
  128:21 129:21
  203:2
arguments
  308:2 316:13
arising 261:11
arriving 49:25
arsenic 4:20
  79:14 80:10
  103:14
Arsenics 4:22
article 5:4,9,18
  5:22 6:4,6
  161:10,11
  163:1 189:19
  203:19 204:16
  248:14 252:5

274:11
articles 9:8
  36:16 164:1
articulated
  49:21
artificial 311:15
  313:22
asbestiform
  95:13,24 96:11
  101:24 102:2,8
  102:12 104:1
  104:13,16,19
  104:22 105:7
  226:9 227:8,21
  227:25 228:22
asbestos 74:4,8
  77:11,19,24
  78:7,11,21
  80:16,17,23
  81:4,11,13,19
  81:23 82:2,5
  82:10,15 83:6
  83:14,16,22
  84:5 89:17
  90:5,9,17 91:3
  91:6,12,16,22
  92:6,12,15,20
  93:5,14 94:1
  94:12 95:3,10
  96:14,19 97:7
  97:9,25 98:2,5
  102:1,2,10
  105:7 165:25
  166:13 167:14
  167:14 169:9
  169:14 170:3
  172:7 177:5
  178:22,24
  179:6,9 223:14
  224:7,21,23
  225:3,24
  226:10,20
  227:8,22
  228:20 229:11
  229:15,23
  230:15 231:13
  232:3,6,19

233:11,16
  261:10,15
  264:11,12
  272:11,16,19
  272:24
asbestosis 82:14
  82:22 178:25
aside 60:25 61:2
  166:13 167:13
  169:14 172:7
asked 14:5
  15:20 24:22,23
  46:2 47:8 81:6
  96:1 131:4
  167:10 173:25
  174:20 182:5,6
  183:22 203:6
  213:22 214:14
  215:17 227:23
  272:21 275:11
  306:6 308:16
  315:3 321:10
  322:25 323:9
  324:2,9 325:22
asking 8:19
  24:24 32:2
  45:14 57:3,4
  78:20 87:18
  132:21 133:4
  136:6 157:2
  171:25 180:14
  180:14 197:7,7
  198:23 199:4
  202:7 204:8,9
  206:8 211:2
  212:17 231:2
  252:23,24
  253:8 259:5
  260:1 309:21
aspirin 106:21
  107:4
assert 311:16
assertion 268:14
assess 45:4 50:1
  269:5 289:1
  293:9,23
  316:12

assessed 293:23
assessing 66:19
  66:24 145:10
  145:21 317:3
assessment 5:5
  45:12,16 46:23
  49:2,9 190:23
  229:1 287:8
  321:17
assessments
  288:5
assist 25:9
assists 173:14
associated 50:17
  51:10 54:24
  69:24 76:14
  90:11 98:17,19
  113:19 117:2
  124:7 130:6
  141:18 145:24
  146:9,10,16
  160:9 165:18
  181:24 242:1
  268:25 287:14
  315:8
association 5:19
  6:7 18:19,19
  52:22 60:11
  89:10,16 101:1
  149:13 198:6
  229:2 239:4
  265:10 270:10
  289:15,18,25
  290:10 302:12
associations
  45:5 260:16
assume 21:14
  24:4 107:8
  109:12 230:16
  253:3
assumed 17:12
  17:17 21:14
Assumes 69:6
asymptomatic
  256:11
atom 224:17
ATS 264:5

attached 328:10
  330:8
attempting
  49:12
attending 9:8
attention 303:20
  304:13
attorney 149:3
  328:13
attorneys 41:24
attract 189:23
attribute 158:9
audience 17:10
  119:4
author 27:24,25
  38:9 65:17
  153:25 212:8
author's 208:2
authored 119:2
  188:13 255:20
authority
  119:11
authors 21:1
  27:10,20 28:3
  105:7 126:7
  172:20,21
  178:5,8 184:11
  195:7 196:8
  197:2,8 198:17
  198:25 199:6
  199:14 202:25
  209:2 284:15
  291:20 292:1
  294:15 297:2
  297:16 300:12
  303:14
authors' 299:7
available 77:11
  91:22 157:12
  226:16 325:6
  325:20
Avenue 3:9
average 188:16
  245:2
avoid 300:19
avoided 303:7
avoiding 296:16

avoids 298:1
aware 20:9 22:4
  22:19 30:23
  41:22 53:24
  62:11 69:23
  77:9,13 83:20
  84:2 101:23
  102:11,14
  114:5,6,7
  141:20 178:25
  188:12 206:3
  220:3 229:7,23
  269:2,12,20
  276:4,10,12
  278:13 320:18
  321:21 322:6
  322:11
axilla 52:3
Ayerst 205:23

**B**

B 2:12 4:10 5:1
  6:1
B6C3F1 6:5
baby 23:11
  63:14 64:11
  95:2,6,23
back 9:2 12:14
  23:1 27:11
  28:6 33:16
  48:17 57:13
  61:16 63:8
  64:9 73:8,16
  101:13 113:9
  118:9 119:13
  151:22 167:3,5
  177:4 178:15
  190:12 192:3
  251:11 255:5
  259:22 271:13
  271:15 286:8
  287:3 308:20
  315:15 325:3
BACON 2:17
bacteria 112:19
  112:25 300:3
bacterial 139:15

bacterium
  112:13,14
bad 28:20
  210:22 211:13
  211:14 324:15
balanced 17:6
ball 139:19
ballpark 10:8
barriers 310:4
base 44:24
based 20:8
  21:15 27:16,18
  41:5 55:19
  58:1 95:21
  104:22 107:20
  122:21 136:23
  139:7 154:21
  158:13 201:20
  204:6 221:22
  236:14 244:24
  267:21 268:9
  269:6 304:20
  316:6,14
basic 44:15
  203:8
basically 71:22
  85:2 128:11
  144:18 257:22
  319:14 321:23
basing 237:13
  238:3,4
basis 186:14
  270:9
bat 319:17
Beach 2:9
bear 78:7
bearing 304:18
Beasley 2:4 7:14
beginning 215:1
  248:17 261:16
  298:10 308:11
  316:3 320:6
begins 73:1
  221:4 222:8
behalf 7:25 8:1
  8:3
believe 17:5

32:4 38:18
  45:20 48:25
  55:22 56:5
  58:24 67:1
  69:20 70:14
  72:16,20,25
  73:3 77:19,21
  78:17 82:9
  93:5 107:23
  109:13 130:7
  134:8 135:19
  137:17 140:20
  148:8,17
  149:15 158:3
  158:18 161:6
  162:17 163:20
  165:7,24
  167:14,25
  175:20 177:13
  177:22 178:5,8
  182:23 186:17
  191:1 198:19
  199:4,5,23
  201:19 229:7
  233:11 241:8
  250:13 266:6
  270:4 278:8,10
  295:12 298:23
  299:23
believed 21:18
bench 26:15
  30:10 73:18
  220:1
benign 137:16
  143:9 182:21
  261:23,24
  266:19
best 49:21 109:5
  179:1 209:23
  297:4 317:9
better 67:25
  127:1 192:4
  227:17
Beyond 5:23
  279:6,17
Bias 5:19
biased 297:21

**Biddle** 2:20 7:24
**big** 57:15 189:3
  243:18,22
  294:8
**bigger** 246:1,14
**Bill** 20:19 21:11
**Bill's** 199:10
**billed** 10:12
  207:2
**billing** 207:5
**Billings-Kang**
  3:13 7:20,20
**biologic** 44:18
  44:24 45:10,17
  45:23 46:10,11
  46:13,14,17,20
  47:6,13,17
  49:1,16,17,18
  50:5 65:9,25
  66:6,20,25
  72:2 98:7
  100:25 119:15
  224:22 274:17
  274:19
**biological** 46:5
  65:23 224:17
  226:23 231:14
  268:10,13
  302:22
**biologically** 50:2
  57:21 58:25
  59:17 62:6,15
  62:22 64:20,24
  65:6 71:1
  73:10 96:18,20
  96:23,24 97:2
  97:9,20,24
  98:14 125:6
  129:6,9 134:8
  134:15 139:22
  140:15,20
  149:11 163:4
  189:9 212:3,13
  212:23 213:11
  213:19 223:9
  295:6,18,23,25
  296:6 304:24

  312:12,16
**biologist** 219:25
**biology** 34:3,16
  34:22 35:13
  214:23 215:5
  219:15,17,21
  220:5,8,13
  221:7
**biomechanistic**
  229:20
**biostatistics**
  76:10
**birefringence**
  243:9
**birefringent**
  25:13 191:14
  194:7,25 195:8
  195:18,23
  196:3,21 197:9
  201:22 256:24
  258:7 288:12
  298:20 299:2,9
**Birrer** 13:9
**birth** 261:1
**bit** 33:17 36:14
  57:23 79:21
  184:11 208:20
  219:21 260:10
  307:8 324:23
**black** 197:19
**black-and-wh...**
  196:24
**bladder** 79:17
  79:20
**bladders** 117:23
**Blaustein**
  153:24
**Blaustein's** 5:12
  65:16 118:13
  125:17 207:10
  208:13 254:21
  255:11 258:23
  259:23 306:2
**blocked** 123:24
  124:20
**blocks** 288:2
**blood** 119:21

  120:7 124:5,23
  134:18
**blow** 159:15
**blue** 131:17
**board** 15:4,7,13
  15:21 16:4
  27:5,6 211:24
  211:25 301:7
**board-certified**
  15:8 16:1,5
**boards** 211:15
  211:22
**bodies** 98:4
  139:13 183:16
**body** 24:13 31:2
  51:11 55:4
  59:24 63:7
  70:4 84:16
  178:20 179:1
  185:7,17
  200:19 201:5
  224:13 229:12
  229:21 250:18
  257:7 262:16
  268:24 274:15
  281:3
**body's** 185:9
**bolster** 307:21
**book** 126:2
  131:4 162:18
  168:21 174:1
  209:3 258:23
  259:18
**Boorman** 280:9
  280:13 282:22
  283:16,20,22
  283:24 284:25
  285:6
**borderline**
  144:6,11 145:1
  146:23 147:3
  236:17,21
**borne** 87:12
**Boston** 2:13
**bottles** 95:6
**bottom** 79:9
  89:5 115:1,12

  127:13,19
  237:9 255:24
  255:25 299:5
**Boyd** 13:9
**Bradford** 45:3,7
  45:11,15,20
  46:4,7,21,22
  47:13,21,24
  48:17,19 49:2
  49:9,14,18
  100:24 101:2
  223:16,20
  225:14 229:1
  238:13 239:3
**BRCA** 260:25
**break** 58:20
  61:11,19 69:7
  118:1 119:14
  178:10 254:24
  257:24 291:25
  315:10
**breakdown**
  108:5
**breaking** 54:25
  138:13 177:3
  223:10 228:10
**breaks** 111:11
**brief** 203:20,25
**briefly** 33:2 35:5
  291:7
**brightly** 191:14
  299:1
**bring** 276:24
  301:15
**bringing** 76:8
**broad** 50:11
  51:4 55:1
  242:10,14
  306:7
**broader** 303:17
  304:1
**broken-down**
  120:7
**Brooke** 13:10
**brought** 21:13
  33:3 224:2
  230:10 263:23

  263:23,25
  300:16
**Brown** 3:18 7:3
  7:4 8:5 61:13
  61:16 118:5,8
  178:12,15
  255:1,4 286:25
  287:3 315:12
  315:15 326:3
**builds** 226:4
**bulk** 104:9
**burden** 76:13
  94:1 201:15
  264:13 293:25
  300:14 301:6
**burdens** 288:8
**business** 185:13
  230:22
**buttress** 308:1
  316:13

**C**

**C** 2:1 3:1,4 4:20
**Calcagnie** 2:7
  7:16
**calculating**
  301:17
**calculation**
  204:21
**calculator**
  206:21
**California** 2:9
  3:6 327:7
**called** 8:9 88:23
  92:24 118:13
  159:19
**Camargo** 32:4,8
**Canada** 321:17
  321:22,24
  322:2
**cancer** 5:20 6:8
  9:11 17:21
  18:6,11,20
  20:5,6,24 21:5
  21:19,25 22:13
  22:18 23:6
  29:6,11,24

30:14 31:3
32:13 33:8
34:3,15,22
35:13,25 41:10
41:20 42:7
47:10 49:13
50:1,7,17,20
51:5,10 52:12
52:18,21,22
53:11 54:1,4,5
54:6,6 55:14
56:9,19,25
57:7,21 58:6,8
59:1 60:12
61:21,25 62:2
62:8,12,20
63:3 64:21,23
65:1,12,18
66:16 68:5,10
68:17 69:5,18
69:18,23 71:23
72:4 74:12
76:7,11 77:12
77:20 78:22
80:1,23 81:1,4
81:8,12,20,23
82:1,3 83:7,14
83:17 84:10
87:6,20 88:3,3
88:7,13 89:20
90:1,12 91:9
91:23 92:8,24
96:9,13,15,19
97:10,20 98:1
98:5,8,17,18
98:21,25 99:22
99:23 100:2,3
100:5,10,16
101:16 106:23
107:6,14
113:17 114:2
123:22 126:12
130:15 135:9
135:22 136:15
136:19 137:14
137:25 139:5
139:11 143:10

146:21 147:21
147:25 148:9
148:18 149:16
149:25 150:2,7
150:8,10,15,21
151:16,23
152:1,18 153:6
153:11,15
156:11 165:2
165:10,13
175:20,24
179:16,22,22
180:9,17,23
181:15,17,19
182:8,23 183:3
183:5 190:8
198:7 208:15
210:3,10,20,25
211:3 212:2,20
212:21,22
214:23 215:5
215:17,19
219:14,15,17
219:21,22
220:4,7,12
221:11,22
232:5,7,9,20
233:11,17
234:22 235:19
236:4,5 239:14
239:19 258:25
259:2,17,24
260:2,6,8,22
261:11 267:21
268:9,15 269:1
269:7 270:11
270:19 271:25
272:4,6,9,12
272:14,19,23
273:1,16 274:3
274:5 275:21
277:14 289:22
290:4,11
302:13 303:16
303:25 304:3
304:11,19,20
305:2,8,17,21

306:4 307:14
307:23 315:8
316:14,22
319:18,20,21
320:3 321:19
323:1,2,12,21
323:25 324:12
324:19,21
325:7
**cancers** 21:1,17
54:7 59:23
82:10 83:20
84:2,3 87:11
88:6 102:16
114:1,12
135:20 139:24
140:7,8,12
155:14,15
156:22 170:10
170:11,13,14
175:17 176:19
177:6 179:16
179:23 181:13
221:13 222:12
238:10,10,11
266:1 289:16
304:11 316:19
**capabilities**
302:22
**capable** 122:19
276:15
**caption** 195:18
196:12,13
**carcinogen** 74:5
74:9 79:15
124:25 141:21
**carcinogenesis**
29:21,24 87:15
88:17 105:18
139:23 158:10
158:21 160:5
162:1 221:13
223:6 250:19
269:18 320:15
**carcinogenic**
79:22 90:5,18
91:2,4 101:24

102:12 122:14
227:21
**carcinogenicity**
79:17 227:9
**carcinogens**
4:20 79:11
80:11 105:18
123:24 124:20
124:22 125:3,7
125:13 128:3,9
129:19 130:5
130:19 138:24
**carcinoma** 73:1
82:5 83:11
87:25 114:5,6
114:8,16,23
115:6,7 116:1
116:2,9 117:2
117:6,10 121:4
121:20 122:20
124:8,9 136:3
136:19 137:13
139:10 144:8,8
146:4 147:1
149:14 151:8
152:11,13
154:14 157:25
158:3,5 221:3
221:24 223:15
233:23 234:6
238:20 261:16
266:3 287:15
290:18 292:4
**carcinomas** 60:1
72:9,13,16
93:3 108:19
113:19 114:11
117:13 135:12
135:14 137:20
138:3 140:17
141:2,15
144:11 145:23
146:1,10 147:7
147:23 148:3
151:24 152:14
153:13 154:16
155:16 160:9

161:13 233:6
235:21 237:11
237:23
**carcinomatous**
190:13
**care** 3:12 7:21
9:7 189:8
264:6
**career** 9:2,6
41:6 59:12
60:12 187:13
204:24 206:11
254:7 264:11
**careful** 136:4
300:19
**carefully** 286:16
328:3
**carried** 118:4
**case** 8:22 12:22
17:9 28:6 37:1
41:7 51:25
66:2 77:22
109:21 137:13
149:24 157:11
157:12,13
165:15 194:2
194:22 201:16
201:20 206:3
212:15,17
226:4 265:7
266:18 277:17
277:21,22,23
278:22 291:24
292:3,10
293:13,20
297:22
**case-control**
198:7
**case-controlled**
287:16
**cases** 1:7 21:16
92:16,20,24
109:5 152:7,8
152:8,9,17
156:11,22,23
158:8 160:10
166:2,15

169:17 172:10
236:20,24
237:15 278:24
293:25
**catalyst** 139:3
**causal** 45:5
229:1 239:3
273:17,19
**causality** 101:3
**causation** 4:13
29:25 44:23
46:23 47:10,15
47:20 71:23
72:4 165:13,21
173:7 174:22
175:12 176:16
202:3,9 212:2
222:6 223:6,16
273:18 307:22
315:24 316:13
316:19 317:4
319:20
**causative** 62:20
66:3 170:14,18
**cause** 20:23
47:10 50:2,4,6
51:5 54:1
55:14 57:20,20
58:25 59:1
61:21,24 62:7
64:21 65:1
68:4,10,15
70:14,21 73:10
77:19 78:22
80:23 81:4,12
81:19,23 82:10
86:13,22 93:5
96:8,9,15,19
97:9,20,25
98:24 100:1
102:16 121:3
138:25 139:11
140:25 141:4
141:10,21
148:8,18
149:16 150:14
150:20 158:20

165:1,9 167:15
169:22 171:20
171:24 172:9,9
173:3,4,13,20
173:21,22
174:9,18 175:1
175:8,18 176:9
176:10,15,20
176:21 177:14
177:23 180:7,8
180:17,23
181:19 182:7
183:4,5 190:8
212:20,21,21
232:4 233:11
233:16 239:14
239:18 266:1
267:21 268:8
268:14 271:24
272:3,8,11,12
272:13,19
**caused** 21:19
51:16,19 63:5
83:20 84:4
100:5 110:7,10
142:15 149:25
323:2
**causes** 49:13
51:6 55:13
56:9,19,25
57:7 62:2 70:8
71:11 76:11
77:11 81:8,13
82:2,15 83:1,6
83:14,17 91:23
100:8,10
109:13 119:15
135:1 138:19
139:18 148:9
176:24 177:1
182:23 183:3
210:9,25
221:21 272:18
323:20 324:19
325:7
**causing** 50:19
53:10 62:12

63:2 64:23
98:3,8 99:23
139:13 140:22
142:3,7 145:4
150:4 171:12
171:16,20,22
172:4 174:9,18
175:8 226:22
274:4
**cavity** 69:2,14
69:23,25 80:6
108:9 109:11
111:8 112:1,7
116:5 128:4
158:19 160:3
160:17 161:25
162:9 163:4
164:17 256:9
263:7 299:22
300:6
**cell** 19:9,10 24:6
25:12 26:5
30:3 50:15,20
51:8,13,16
52:5,10 53:3,9
53:25 55:6
58:6 59:6,13
59:24 60:2,6,8
61:4 63:23
68:24 69:2,15
70:6,16 71:9
71:10,12 73:11
82:4 84:20,24
85:3,15,23
98:12 113:18
113:23 115:5
115:25 117:10
117:13 121:19
122:7 124:7
162:5 178:19
182:3 185:18
185:25 189:1
189:24 190:4,7
190:9 203:22
204:13 220:12
221:8 229:24
242:20 243:24

249:18 251:18
251:18,21
252:13,18
253:12 254:17
269:19 274:10
274:13 275:3
316:22
**cells** 19:10 67:17
70:9,15,22
71:5,5,6,7,14
71:17,21,24,25
72:2 73:21
85:20,21 86:14
87:5,6 88:13
112:8,10
116:24 120:20
121:2 122:13
122:19 138:12
180:8,16,17,19
180:23 181:18
181:18 182:8
190:14,15
221:14 242:23
243:13 251:24
256:20,22
269:14 288:23
307:20,21
319:18 322:7
322:11
**cellular** 26:11
44:25 270:16
**central** 237:16
**ceramics** 200:23
**certain** 27:22
86:22,25 121:9
121:21 233:13
233:14 236:6
269:16
**certainly** 16:7
17:8 25:5
30:11 32:19
37:9 52:21
82:6 112:16
114:8 179:25
254:16 262:6
**certificate** 1:16
327:3,12,19

**certificates**
235:16
**certification**
15:13 327:23
**Certified** 1:16
8:10 327:5,7
327:20
**certify** 327:7
330:4
**certifying**
327:25
**cervical** 99:9
100:2,3,5
150:2 170:13
**cervix** 108:6
294:12 300:2
311:8 313:13
313:14,24
**cgarber@robi...**
2:10
**chance** 11:2
233:6
**change** 37:25
38:20,23 132:7
155:23 165:16
205:16 310:10
325:25 329:4
**changed** 33:3
155:10 157:19
320:22
**changes** 71:18
121:10 122:2,6
122:7 141:1
328:9 330:7
**chapter** 5:8
126:2,3,5,7,10
127:5 129:12
153:25 159:2
159:14,19
164:15 168:21
168:23,25
169:2,4 172:20
172:22 178:5
184:2 216:2,11
216:17 217:4,5
217:7,14,16
218:11 255:19

Robert Kurman, M.D.

259:23
chapters 119:2
characteristic
98:4 137:2
characteristics
25:8 145:11,21
characterizati...
39:23 105:11
characterized
256:19
check 160:21
166:25
chemical 224:9
224:11,14
chemicals 166:1
166:14 169:15
chemistry
226:22,24
238:22
chemokines
165:19
chlamydia
145:7
chose 164:1
chromium
79:22 80:1,10
chronic 50:9,10
50:13,18 51:3
52:17 53:4,13
53:14,24 54:13
54:14,21,23
55:9,13 57:20
58:3,7 59:1,8
59:12 61:21
62:12 64:21,22
69:4,4,17 70:3
98:12 106:21
107:3 143:25
160:9 162:6
164:25 165:7
165:25 166:13
167:25 169:15
177:13 209:13
239:13,18
262:25
chrysotile 89:17
cigarette 272:3

273:1
circle 64:19
177:4
circling 111:12
circumstance
311:21
circumstances
228:6
circumstantial
160:13
citation 172:17
cite 128:11
129:14,15
164:1 240:10
266:23,25
278:25 280:2
282:22 290:13
325:4
cited 159:24
278:21 307:22
310:18 316:20
cites 162:23
221:7,21 265:7
citing 78:4
222:10 281:20
City 1:13
claim 231:18
274:21 301:20
303:6
claimed 66:2
215:14 298:5
claims 292:14
318:25
clarification
322:17 323:8
clarify 81:25
119:25
clarity 13:23
classification
65:18
classified 101:23
227:20 236:21
clear 62:3
113:18,23
115:5,25
117:10,12
124:7 149:23

167:19 169:22
269:19 273:21
289:20 290:2,5
clearance 81:13
84:13
clearly 99:16
170:7 172:19
174:21 238:25
294:2
Clement 168:22
184:3
Cleveland 3:9
clinical 9:7
155:25 169:5
205:23,24
218:7 240:11
287:18
clinical-use
302:18
clinically 299:10
306:21
clinicians
303:16 304:1
clockwise 194:5
194:14,23
cloned 136:13
close 64:19
116:13 123:11
123:23 124:18
234:13
closed 300:1,3
310:6,6
closely 217:24
218:1
closer 123:10,19
clump 247:10
clusters 186:24
246:19 247:6
248:11
CMO 228:8
co-editors 169:3
coach 253:6
coffee 117:25
cohesiveness
138:12
Cohort 92:5
collaboration

76:6
collaborations
76:23
collection 243:2
collection/pre...
288:19
collections
120:7,16 252:6
colorectum
83:14
column 79:19
81:11 131:17
242:8 291:6
293:23 302:5,9
come 22:8 33:16
47:12 57:13
73:8 92:21
94:19 112:19
152:9 166:8
219:18 230:5
251:11 252:17
271:13 278:3
278:15 289:18
290:1 317:10
comes 48:10
91:15 136:2
166:10 223:24
236:13 316:23
comfortable
35:2 40:24
coming 111:1,3
125:13 128:4
155:11 168:14
177:4 186:9
278:2,4 294:22
commencing
1:14
comment 33:18
37:2 41:15
83:19 133:10
166:23 167:23
167:24 207:19
208:19 213:6
213:24 214:17
226:1 234:4
259:5 285:11
296:15 307:5

309:19 312:11
commentary
27:8 48:23
55:23
commented
230:21
comments 27:13
27:18,25 28:1
214:20
Commerce 2:5
commission
330:16
committee
77:15
committees
26:24 28:15
common 131:6
131:20
commonly
232:5 248:23
communicating
44:16
community 18:9
20:4 151:3
companies
204:23 205:5,7
206:12
Company 205:8
205:15,18
compare 121:8
152:12
compared
121:15 244:18
289:23 290:4
compares 27:14
comparing
233:1
comparison
228:1
comparisons
230:11
compelling
41:23
compete 16:2
complete 31:1
35:18,21,24
36:18 65:24

66:18,23 113:5
128:13 154:22
189:10
**completely** 16:2
16:2 60:5
101:20 143:9
**complex** 69:8
71:4 95:8,9
**complicated**
260:11 300:9
**composite** 10:18
**composition**
91:16 96:5
224:14
**compositional**
224:6,20
**compositions**
224:12
**compounds** 80:4
**comprehensive**
317:14,20
318:20 320:2
**conceivable**
318:1
**conceivably**
120:15
**concerned** 15:24
54:4
**concerning**
29:22
**concerns** 28:5
**conclude** 276:5
288:17
**concluded**
294:15,19
326:5
**concludes** 326:4
**concluding**
186:14
**conclusion**
47:12 77:15
81:1 90:4
92:21 136:4
233:19 277:8
317:11
**conclusions** 65:9
77:18 222:3

**conclusively**
108:23 109:18
109:23
**concordant**
27:16
**concrete** 82:25
**condition** 69:17
171:13,21
**conditions**
143:10 262:7
266:17,17
300:1 306:20
**conducting**
76:21
**conduit** 311:13
**confine** 16:3
**confirm** 83:5
270:16
**confirming**
100:5
**confuse** 227:18
**confused** 227:16
**confusing** 167:1
238:9 239:1
324:23
**confusion** 48:21
105:8,9 227:12
**Congratulatio...**
14:20
**connect** 252:10
**connection**
98:20 232:21
**consensus** 72:24
163:8,14,16
**consequence**
261:9
**Consequently**
152:16 265:2
**consider** 36:19
50:5 170:3
260:17 284:19
285:3 304:1,12
308:25 316:8
317:5 318:10
318:14 319:8
**consideration**
45:11 238:12

**considerations**
45:4 47:21
223:19 225:15
**considered** 31:1
101:11 302:19
318:3 325:18
**considering**
248:18
**consistency**
101:2
**consistent**
273:18 323:24
324:20
**consistently**
92:7
**constantly** 9:9
**consultant**
282:19
**Consumer**
105:21
**contact** 105:25
106:4 116:13
128:4
**contacted** 17:18
17:24 19:13,23
20:3,9,12 21:3
22:19
**contacts** 106:9
**contain** 35:18,24
90:16
**contained** 4:15
11:17 13:20
36:5 52:2
307:11
**containing**
104:1,15,19
**contains** 36:15
71:5,5,5 91:2
200:25
**contaminant**
91:8 98:15
189:10 200:13
200:16 201:25
274:18 288:18
**contaminants**
300:17 301:16
301:18

**contaminated**
63:7 256:9
**contaminating**
64:10
**contamination**
51:22 69:24
274:23 287:21
288:5,7,21
293:24 296:16
296:22 298:1
302:2,19 303:7
**context** 51:4
126:11 170:1
245:21
**contexts** 104:18
**continuation**
301:4
**Continued** 3:1
5:1 6:1
**contrary** 275:20
**contrast** 67:9
224:25
**contribute**
50:19 172:9
176:10 179:21
225:2
**contributed**
21:24 304:10
**contributes**
173:10 179:15
**contributing**
171:12,17,18
171:20,22,24
172:4 173:3,9
173:13,19,22
174:9,18,22,25
175:1,5,7,13
176:15,21
272:14
**contribution**
173:20
**contributory**
82:6
**control** 261:2
289:23 290:4
327:24
**controversial**

167:18
**controversy**
263:16
**conversation**
239:21
**convince** 197:5
198:21
**convinced** 96:16
97:2,3,19
197:13 198:21
198:23 200:13
201:14,17,21
202:3,16
**convincing**
212:9
**coordinating**
76:16
**copies** 10:23,24
125:23
**copy** 103:11
191:16 217:11
241:9 279:7,23
327:11
**corporate** 2:8
14:13
**correct** 14:19
15:9 18:8 23:6
29:9 35:11,17
36:24 37:8,22
41:21 42:9
43:9 44:3
46:24 47:22
49:4 52:9
53:21 59:15
61:10 64:6
66:17 79:13
85:5 86:14
109:16 111:16
116:6 127:7
132:10,13
137:7 138:7
143:2 150:13
161:10 176:5
178:21 181:4
183:1 198:17
200:6 218:10
236:25 240:15

Robert Kurman, M.D.

243:25 250:23
263:9 268:17
275:6 277:10
285:10 301:10
304:17 318:17
319:8 327:11
330:5
**corrected**
302:20
**corrections**
328:4,6 330:7
**correctly** 111:24
132:5 135:17
155:8
**correlated** 288:4
288:8,15
**correlation**
291:18
**correlative** 5:4
190:22 194:1
194:21 286:11
287:7
**corresponding**
136:15
**cosmetic** 64:11
64:16 247:10
277:15 289:16
**cosmetic-grade**
63:13 247:3
**cosmetics**
105:21
**Cotten** 1:15 8:6
327:19
**counsel** 7:12,21
230:10
**count** 94:1 301:6
**counted** 301:13
**counters** 200:23
**countries** 76:17
76:22
**country** 236:14
**couple** 32:10
122:22 217:20
322:16 323:5
**course** 9:6,10
66:15 84:19
86:13 147:3

150:9 157:10
197:16 201:1
202:20 216:23
218:19 220:2
221:2 233:22
282:25 290:20
296:8 313:3
**court** 1:1 7:9 8:5
202:14 237:19
237:19 328:16
**cover** 103:13
217:6
**covers** 66:14
110:11
**Cramer** 32:10
276:13 285:11
285:13 292:10
292:21 293:13
300:18 303:10
**Cramer's**
291:23 293:19
293:19
**create** 24:5
139:4
**created** 74:15,17
**creating** 51:25
143:13
**criteria** 45:8,16
47:13 48:18,20
49:14,15
100:23 202:10
202:12
**criterion** 45:20
**Critical** 264:6
**critically** 303:6
**criticism** 220:19
220:21,24
222:14 223:1
223:23 225:11
232:14 273:6
307:10
**criticisms** 214:4
214:8 307:9
308:4
**criticize** 223:13
232:12,15
250:18

**criticized**
283:19 284:7
**criticizing**
250:24 251:3
261:14
**critiquing**
218:24
**crocidolite**
89:18
**crystal-clear**
219:6
**crystals** 256:21
256:23 258:6,9
**CSR** 1:15
327:19
**cultures** 221:8
**current** 118:19
125:21 154:7
218:5 275:20
289:13
**currently**
125:22 211:15
211:18,23
**cut** 9:12 99:11
225:6
**cutting** 296:21
**CV** 10:20 11:6
204:20 205:6
205:11
**cycle** 120:10,12
134:23 281:10
**cynomolgus**
282:6,15
**Cynthia** 2:8
7:16 12:4
**cytokines**
165:18

———————
**D**

**D** 4:1
**D.C** 3:14
**daily** 311:25
**damage** 86:11
86:12,22 87:2
87:15,21,24
88:2,4,8,9,12
88:20 159:25

161:23 165:1,9
**damaged** 87:5
**damaging** 86:13
**Dan** 32:10
**Danish** 236:4,5
237:14 238:7
**Darnell** 3:18 7:4
**data** 14:14 29:22
30:2,3,5 32:20
32:21 38:25
75:2 93:9
113:15,25
114:4,5,6
115:3,23 117:5
133:1,2 142:18
155:11 167:23
177:16 178:2
180:12 183:23
187:2 210:8,23
211:2 212:14
216:6 221:7
232:5,9,10,19
236:12 260:12
269:5,6 275:20
284:19 285:2
289:17,25
290:16 302:18
304:16 323:19
324:17 325:5
**date** 1:15 7:6
75:18 89:5
206:23 327:15
328:8 330:12
**dated** 235:15
**Daubert** 4:13
**daughter** 217:20
**David** 2:4 7:14
8:18 36:13
58:19 205:11
**david.dearing...**
2:6
**day** 63:8 189:16
211:8 228:9
312:3 323:3
330:15
**days** 9:13
217:20 280:18

281:15 328:14
**deal** 179:2
**dealing** 221:9
**Dearing** 2:4 4:5
7:14,14 8:14
8:18 10:11,17
11:1,13,21
12:1,4,7,10
17:4 18:1,13
19:1,8,12,19
20:7,15 21:7
21:20 22:3,21
23:17,24 24:9
24:11 25:23
26:17 29:4
30:24 31:21
34:25 35:8,15
35:23 36:3,9
36:21 39:4,19
40:4,5 41:4,16
42:3,5,14,15
43:10,20 44:4
44:13 45:9,22
46:9,16 47:4
47:18 48:4,16
48:22,24 49:20
50:24 52:16
53:1,16 54:10
54:18 55:11
56:6,15,23
58:21,23 59:10
60:13,20 61:11
61:18 62:13,21
63:4,12,20,21
64:7,18 65:7
66:12 68:2,11
68:20 69:9
70:1,13 71:8
72:5,14 73:19
73:24 74:10,19
75:12,19,22
77:4 78:9 79:1
81:9 82:8,18
83:12,25 84:1
84:23 85:16
86:3,17,24
87:10,17 88:1

88:10,18 89:1
90:13 91:1,10
91:18 93:12
94:6,21 95:17
96:6 97:16
99:4,10,16,18
100:11,13,19
101:5,12,22
102:15,19
103:4,12
105:12 106:10
106:25 107:2
107:22 108:16
109:17 110:4
110:19 111:23
112:6,12 113:7
113:24 114:9
117:11 118:1,3
118:10 121:1
122:12 124:10
125:15 127:2
129:4,13 130:1
130:22 131:3
132:20 133:3
134:2,12 136:5
137:1,8 138:8
138:23 139:12
139:21 140:3,4
141:8,13 142:1
142:12,19
143:3,11,21
146:5,19 147:2
147:18,20
148:4,13,23
149:5,9,20
150:11,23
151:12 152:5
152:20,24
153:19 154:2,4
154:7,10
155:20 156:5
156:15 157:1,7
157:17 158:6
158:16 159:1,5
159:7,9,12,14
159:17 162:16
163:9 164:8,13

164:20,24
165:6,23 166:5
166:17 167:4,7
167:9,20 168:9
168:19 170:15
170:22 171:8
171:19 172:14
173:1,12,17
174:3,16,24
175:4,15,23
176:4,18 177:2
177:8,12,18
178:3,10,17
179:14,18
180:13,21
181:1,9,22
182:4,13,18
183:12,17
184:1,18 185:2
185:6,14,23
186:3,11,21
187:4 188:1,19
188:22 189:5
190:5,19 191:6
191:17,19,20
192:5 193:11
195:3,13,21,22
196:6,16
197:15 198:14
199:17 200:1
200:14 201:12
202:1,6,11,21
203:6,16 204:7
204:19 205:3
205:14 206:15
207:7 208:11
208:24 210:1
210:11,17
211:1,10
212:10 213:3,8
213:16 214:1
214:11,18
215:13 216:14
216:21 217:2,6
217:9,12
218:15 219:5
219:12,19

220:6 221:17
222:1 226:12
226:18 227:15
228:3,11
229:19 230:1
230:13,24
231:15 233:8
234:12 237:18
238:2,23 239:8
240:22 241:9
241:12,18
244:2,20,23
245:11 246:6
246:21 247:5
247:12,23
248:4,8,15,16
248:20,21
250:8 251:9,22
253:5,9,20
254:5,15,20
255:9,17
257:12 258:15
258:21 259:4,7
259:12 260:19
262:1,9,22
263:5,10,19
264:4 265:22
268:19 269:11
270:1 271:3
272:2,7 273:2
275:7 276:9,11
276:19 278:7
278:23 279:14
279:23 280:1
281:8,14,24
282:14 283:2,9
283:18 284:6
284:13 286:7
287:5 289:6
290:12 291:4
292:19,24
293:6 294:14
294:24 295:10
295:11 296:2
297:1,15 298:3
299:16 300:21
301:1,2,21

302:3 303:9
304:7,22 305:6
305:12,14
306:1 307:7
308:3,19 309:9
309:20 310:16
311:19,24
312:8 313:5,12
314:1,17,24
315:10,17
316:4 317:1,12
317:18 318:2,8
318:18 319:2
319:22 320:17
321:6,12,16
322:1,10 324:3
325:12 326:1
**death** 235:16
**debated** 90:3
95:9 302:11
**decide** 30:19
171:1 203:12
**decides** 28:1
**decision** 28:3
183:24 208:10
246:4
**decrease** 107:12
**decreasing**
116:23
**deemed** 27:21
328:16
**Defendant** 3:3
**defendants** 2:16
7:25 8:2,4
**Defendants'**
4:14 11:16
**defense** 9:15
12:22 36:10,25
37:10
**defer** 64:15
90:10 91:17
95:11 262:21
297:3,8
**define** 45:24
67:22 72:12
137:11 168:15
168:18

**defined** 49:9
85:8 218:6
242:15
**defines** 79:11
**defining** 34:25
48:19
**definite** 278:18
**definitely**
117:17 267:5
**definition** 45:17
46:6 48:14,18
49:1,5,7,17
171:2,10,11
172:2,3
**definitions**
44:17 48:11
**definitive**
167:24 171:6
184:20
**degraded**
229:15
**degree** 72:23
208:18
**deliver** 112:15
**delivers** 115:20
**demonstrable**
229:5,8
**demonstrate**
125:12 136:12
269:13 282:1
**demonstrated**
69:21 114:18
116:20 125:3
144:20 170:6,7
278:13 290:10
292:6
**demonstrating**
198:3
**denied** 301:9
**Denmark**
236:11,14
237:4 238:5,6
**depend** 95:7,8
296:18
**dependent**
37:10,20 88:8
**depending**

123:13
depends 34:23
  185:8 256:17
  257:5,8 258:2
  312:10
deponent 7:11
  330:1
deposed 16:8
deposing 328:13
deposited
  295:20 314:8
depositing
  294:25 295:5
deposition 1:12
  4:11,16 5:3 6:3
  7:7 9:1,14,21
  9:25 10:15
  11:11,17 38:5
  39:2 40:2
  48:15 65:11
  75:10 78:24
  103:2 190:17
  207:3 216:25
  221:2 241:16
  255:7 264:2
  269:24 278:11
  279:12 283:7
  308:18 319:13
  320:15 321:4
  321:22 326:4,5
  328:3,11,14,15
depositions
  320:7
deposits 104:14
deps@golkow...
  1:20
depth 40:18
  208:19
derive 116:10
  135:20 141:15
derived 135:23
dermal 105:24
  106:4
describe 26:1
  27:1 57:6
  64:15,16
  106:11 110:20

143:17 236:4
  249:14 286:16
  291:5 315:22
described 45:24
  45:25 51:13
  63:1 66:5
  68:24 82:11
  83:21 84:4,12
  85:6 98:19
  110:8 129:11
  162:3 169:5
  189:13,14,15
  189:17 231:12
  231:13 250:14
  252:8 292:2
  315:2,21
describes 46:4
  81:11 83:3
  191:8 248:17
  249:17
describing
  100:16 106:12
  131:14 189:16
  191:21 236:3
description 4:11
  5:3 6:3 65:24
designated
  135:13
detail 40:11
  306:6
details 96:4
  208:23 231:10
detected 302:16
  303:2 311:6,8
  311:11
Detection 273:3
deteriorate
  254:2
determinants
  218:3
determine 28:25
  47:5 49:13
  229:1
determined
  91:12
determines 27:4
  254:11

determining
  300:14
develop 121:17
developed
  135:12 157:18
developing
  260:6 289:22
  290:3 305:21
development
  22:18 29:23
  84:10 87:25
  88:7 91:9
  109:1,3 116:8
  121:15 137:13
  137:16 139:10
  141:6 143:5
  151:8 171:13
  179:16,22
  229:17 271:21
  304:18,20
devoted 216:11
devotes 215:18
diagnosed
  136:18
diagnoses 218:7
diagnosing
  234:21
diagnosis
  236:25
diagram 110:12
  110:20,25
  111:13 123:3
diameter 245:13
diaphragms
  315:7
dictionary 171:7
Diette 13:10
differ 224:16
difference 46:10
  156:21 219:24
  249:12
differences
  89:25 95:9
  284:20 285:4
different 32:16
  53:15,20 54:7
  55:9 60:6

64:11 82:4
  90:9 121:12,13
  137:21 140:10
  144:9,9 152:15
  162:3 179:13
  179:13 180:5
  185:20 215:12
  224:18 226:20
  228:20,21
  230:4 231:13
  251:6 253:3
  260:11,12
  262:16 269:6
  269:18 271:22
  277:3 281:10
  282:9,11
differentiate
  287:20
differing 124:17
  210:3,19
  323:11 324:12
difficult 154:14
digest 93:25
digestate 194:2
  194:22
digested 300:16
  301:12
digesting 301:13
  301:15
digestion 288:1
  288:19 291:11
dilemma 264:24
  265:17,18
dimensions 90:3
direct 83:4
  236:12 327:24
directly 206:4
  292:16
disagree 29:2
  68:19 80:21
  91:25 93:15
  110:2 125:1
  128:7 153:17
  192:1 210:24
  211:5 220:20
  267:8 306:23
  318:24 324:18

324:25
disagreed
  312:21
disagreeing
  124:21 160:23
  183:18 221:12
  221:20
disagreement
  236:6,22
  301:22
disagreements
  308:15
disappointed
  19:3
disciplines
  217:24,25
disclose 207:15
disclosure 40:1
discovered
  309:13,14
discuss 37:15
  38:25 40:10,15
  54:12 57:9
  95:19 134:1
  220:12 228:12
  249:10
discussed 40:21
  65:20 98:11
  129:10 202:10
  209:6,7 223:16
  232:23 299:3
  305:21
discusses 127:8
  248:9
discussing 48:11
  126:11 209:8
  215:21 218:18
  221:1 232:12
  250:18 315:20
  315:25 318:15
discussion
  108:18 197:21
  215:19
disease 76:13
  112:17,17
  143:19 144:19
  144:20 145:7

Robert Kurman, M.D.

175:6,8,8
261:21,24
**diseases** 145:8
218:4,5 240:12
255:19 261:24
262:4 266:19
**dismantling**
327:12
**displaced**
121:19
**dispute** 58:8
92:22 93:2
**disruption**
87:12
**dissect** 35:10
**dissecting** 105:5
**dissolved** 229:12
**distal** 116:12,22
123:10
**distally** 123:17
**distinction**
173:4,23
174:17 175:5,7
175:9
**distinctly**
271:22
**distinguish**
201:9 235:18
266:3
**distinguished**
238:20,25
**distinguishing**
101:25 102:4
**distribution**
218:3
**District** 1:1,2
7:9,9
**divide** 269:6
**divides** 187:2
**dividing** 242:19
**DNA** 86:11,12
86:13,22,22
87:3,5,15,20
87:24 88:2,3,9
88:12,20 165:1
165:9
**doctor** 8:15

61:19 99:11
103:5 118:11
125:16 128:14
178:18 194:18
235:5 252:20
255:10,18
287:6 315:18
322:25 325:13
**doctors** 119:5
130:12
**document** 1:7
4:14,19 10:14
11:10,14,16,19
12:11,15 75:9
75:17 78:23
103:1 190:16
216:24 241:15
255:6 264:1
269:23 279:11
283:6 321:3
**documented**
138:17 287:24
**documents**
14:14 198:2
**doing** 20:6 38:6
117:23 118:18
157:9 178:25
220:1,1 226:5
228:9 252:21
253:1 298:1
328:7
**domestically**
65:19
**dominoes**
316:18
**Don** 15:16
**dose** 101:1
**doses** 78:6
**double** 324:24
**double-check**
266:7
**Dr** 7:11 13:9,9,9
13:10,12 15:16
15:24 17:12
21:22 34:2,13
36:23 38:5
45:17 55:15,16

56:3,24 66:2
168:22,22
184:3,3 187:5
190:20,21
191:8,24
202:16 214:4,8
214:13,16,20
214:21 215:3
215:16 217:13
218:25 219:8
220:19 223:13
223:22 224:5,8
224:18 225:23
227:24 231:18
232:12 233:22
239:12 240:11
241:25 244:24
246:16,25
247:24 249:16
250:3,18,24
252:1 255:21
264:7,8,10
265:12 267:20
268:5,22
269:21 273:7
275:18 276:13
279:19 280:12
283:19,21
285:24 291:23
293:19,19,20
300:17 303:10
307:9 316:10
321:23 322:5
**drag** 40:23
**drainage** 278:6
**drank** 117:25
**draw** 136:4
257:1 258:5
**drew** 77:18
**Drinker** 2:20
7:24
**Drive** 2:8,12
**driving** 142:11
**Drs** 93:21
264:22 265:12
270:3
**drug** 107:4

**drugs** 106:22
**Duane** 1:13
**Duces** 4:16
11:18
**Ducie** 38:15
**due** 60:1 143:19
143:19 144:19
152:18 158:3
235:15 238:17
287:21
**duly** 8:9 327:9
**dust** 103:15
**Dusts** 4:20,23
**dye** 312:24

_____
**E**
**E** 2:1,1 3:1,1 4:1
4:10 5:1 6:1
329:2
**earlier** 29:2
32:24 38:4
50:14 53:10
65:21 78:21
80:25 91:15
93:1 95:4
97:15 98:11
144:6 149:7
153:24 178:18
199:7,8 202:8
209:12 216:4
232:23 275:11
285:11,23
291:7 302:2
305:22 306:6
307:2 315:2
316:11 325:3
325:23
**earliest** 165:14
**early** 65:10
150:6 151:7
312:20
**earned** 206:22
**easier** 110:13,14
281:4
**easily** 201:2
226:15 229:14
**Eastern** 1:2 7:9

**easy** 127:3 214:2
**edge** 104:8
**edit** 168:23,25
**edited** 65:14
118:12,22
168:24 169:2,3
172:22,25
218:11
**editing** 119:1
**edition** 5:13
65:15 118:17
118:19,20,21
125:16,21
154:5 155:9
207:10 208:13
208:21 216:10
216:19,20
217:8,9 218:14
254:22 255:12
258:23 259:16
259:21 306:3
**editions** 118:22
216:10
**editor** 5:15 27:4
27:12,12,16
28:2,3,12
118:15 266:8
266:14 267:6
**editor's** 27:17
**editorial** 26:24
27:5,6 211:15
211:22,24
**EDX** 194:2,22
**effect** 6:4 61:20
113:16,18
114:1 115:4,24
117:5 129:19
130:3,15,18
180:12 270:16
**effects** 19:10
224:13,18,22
225:2 226:23
231:14 262:13
**effusion** 261:20
**effusions** 5:17
263:14 264:22
265:14,19

Robert Kurman, M.D.

**Egli** 280:6
**eight** 92:4
  155:22 157:20
  192:14,14
  197:2,8 234:15
  294:15 296:9
  297:16 299:7
  300:12
**either** 27:18
  28:14 29:2
  31:10 39:24
  41:10,22 42:8
  55:1,8 64:3
  94:16 96:15
  110:10 132:23
  133:7,17 134:4
  141:16 161:23
  167:21 213:9
  240:15 248:11
  269:21 270:5
  299:24 301:9
  308:25 315:9
**elaborate**
  208:20
**electron** 5:5
  26:19,19 93:25
  100:2 190:22
  287:8 288:2
  291:12 296:14
  296:19,23
  297:3,12,17,25
  303:5
**elicit** 67:13
  68:21 178:19
  182:24 186:19
  229:20 246:16
  247:1 256:6
**eliciting** 182:6
**elicits** 51:12
  64:2 67:10
  69:2 150:16
**Ellis** 3:4,8 7:22
**else's** 208:1
**elucidating**
  151:7
**EM** 300:15
**emails** 14:14

**embryonic**
  109:4 110:11
**employed** 49:24
  265:3
**encompass**
  243:16
**encounter**
  248:23
**end-stage** 156:1
  261:21 262:4
  262:11
**endogenous**
  60:24
**endomet-**
  121:11
**endometrial**
  59:25 109:7
  110:24 111:9
  112:3 115:20
  116:4 117:12
  119:23 120:20
  121:2,19
  122:13 123:23
  124:5,19
  134:18 256:8
  269:19
**endometrioid**
  108:18 113:18
  113:23 115:5
  115:25 117:10
  117:12 121:3
  121:20 122:20
  124:8
**endometriosis**
  108:18,23
  109:13,23
  110:7,9 113:20
  121:7,9,10,12
  121:14,15,17
  122:5 123:2
  131:15 160:7
**endometrium**
  108:6 110:24
  111:19 112:11
  120:8 121:6,7
  121:14,25
  122:3,17 256:7

**endosalpingio...**
  144:2
**ends** 124:1
**energy-disper...**
  288:3
**engulf** 67:13
  185:24 186:10
  186:15 201:4
  243:13
**engulfed** 190:3
  196:22 197:10
  198:10,13,16
  200:4 201:24
  203:1 250:11
**engulfing**
  249:19,22
  252:14
**enter** 302:14
  303:1
**entering** 128:3
**entire** 41:6
  60:12 160:20
  203:5 204:16
  215:20 216:11
  221:1
**entirely** 161:2
  162:3 207:9
**Entities** 2:16
**entitled** 11:15
  103:25 126:3
  159:10 184:3
  190:21 241:22
  255:19 275:8
  279:15 286:11
  287:7 314:4,5
**entries** 205:21
**envelope** 186:8
**environmental**
  123:24 124:20
  124:22,25
  125:2,7,12
  128:2,9 129:19
  130:5,18,18
  138:24 141:10
  141:21 142:3,7
  142:15 233:3
**environmenta...**

  78:6
**eosinophils**
  85:21
**epi** 43:6
**epidemiologic**
  30:5 32:5,11
  33:1 48:15
  100:4 101:1
  115:3,23 117:5
  269:5 289:19
  290:1,9,15
  315:5 320:2,8
**epidemiological**
  48:11 89:9,15
  113:15,25
  198:6 208:22
  216:6 232:9,13
  232:16,16
  267:22 268:10
  290:13
**epidemiologist**
  30:7 31:6
  107:19
**epidemiologists**
  217:23 218:2
  218:23
**epidemiology**
  5:8 18:22 30:4
  30:25 31:2,5,7
  31:14,22 32:12
  32:22 33:7
  34:3,15,21
  35:5,10 38:24
  38:25 39:1,15
  40:10,21 41:9
  41:19 42:6,16
  42:23 43:18,24
  46:22 47:1,7
  47:24 48:20
  76:9 107:7
  126:18 127:9
  147:13 208:13
  214:22 215:4,9
  215:15,21,23
  216:2,5,11,16
  216:23 217:4
  218:18,21

  219:9,17
  232:13 319:23
  320:18
**epigenetic** 81:16
  84:8
**epithelial** 70:9
  71:6,17,21,24
  72:2 106:23
  107:5 126:3,16
  126:22 127:5
  142:23 143:12
  143:16 159:19
  180:3 221:9,14
  307:20,21
**epithelium** 73:2
  114:19 142:24
  143:13,24
  144:16,23,24
  145:5 179:24
  190:15 221:6
  221:10 222:10
  222:11 316:23
  316:25
**epithelium'**
  116:22
**equally** 185:3
**equipment**
  132:7
**equivalent**
  249:25
**equivocal**
  184:11
**errata** 328:5,7
  328:10,13
  330:8
**especially**
  232:25 302:18
**ESQ** 2:4,8,12,17
  2:21 3:4,8,13
**essentially** 54:13
  111:14 170:17
  200:11
**establish** 47:19
  49:15 316:18
  319:20
**established**
  43:21 81:11

Case 3:16-md-02738-MAS-RLS   Document 9886-8   Filed 05/29/19   Page 311 of 348 PageID: 61085
Robert Kurman, M.D.

Page 345

84:6 108:24
109:19,23
231:17 232:3
**establishing**
44:22
**estimate** 10:3,4
10:7
**et** 5:7,11,17,21
5:23 6:9 38:15
116:19 293:15
**etiologic** 166:2
166:15 168:1
168:15 169:17
169:19,23
170:3,10
174:12 177:5
177:23 209:15
209:19 271:24
**etiological**
171:11
**etiology** 126:11
127:12,22
159:21 170:17
170:24 172:1
210:3,20
219:14 242:15
242:18 323:12
324:13
**evaluate** 65:23
65:25 297:5
303:6 307:3
309:23
**evaluated**
183:15 222:11
223:7 296:24
315:7
**evaluating** 66:6
307:14
**evaluation**
157:9 227:10
267:22 268:9
317:24
**event** 231:17,21
231:24 232:2
**events** 81:12
84:7
**eventually** 17:17

**evidence** 21:18
46:20 53:10
58:16 62:2
63:2 64:22
70:23,24 73:20
77:11 79:16
80:6,19,22,25
89:10,15 91:21
97:21,24
113:25 119:22
120:3 125:11
148:9,19
150:16 152:17
160:5 161:16
181:18 182:7
183:6 190:13
198:4,9,11,19
200:7,10
201:20 202:14
202:17,19,23
202:24 203:7
212:9,14 223:5
231:11 237:20
237:21 239:13
268:11,13,18
273:7,19 274:4
276:14 277:21
292:20 302:14
302:25 315:19
315:23 316:7
325:5,14,18
**evidenced** 21:8
251:25
**evident** 152:19
**evoke** 70:3
162:10 179:10
180:15,22
181:17 183:9
183:19 184:7
184:12,17,22
190:9
**evokes** 69:14
**evolve** 69:5
**exact** 67:8
**exactly** 34:5
46:13 64:13
141:1 147:17

196:11 215:18
235:1 240:21
251:7 275:24
312:24
**exam** 256:11
**examination** 4:4
8:13 154:22
314:16 322:23
325:11 327:10
**examine** 316:14
**examined** 8:10
280:15 286:17
292:7 293:16
**example** 20:16
20:20 44:18
63:8 67:9,20
90:15 99:5
123:14 136:16
137:23 139:14
181:23 209:11
211:4 242:25
272:3 311:3
**examples** 51:18
271:23
**exception**
119:23 124:11
239:12 273:22
**excerpt** 255:18
**Excerpts** 4:22
5:12
**excess** 289:20
290:2
**excludes** 43:24
296:22
**excuse** 16:2 34:5
56:12 73:15
99:11
**exerts** 257:7
**exhibit** 4:12,14
4:18,19,22 5:4
5:8,9,12,15,18
5:22 6:4,6
10:15,18,19
11:11,15,20,21
12:12 75:10,13
78:24 79:2
103:2,5 190:17

216:25 217:4
217:10 241:10
241:16 255:7
255:12 264:2
269:24 270:2
279:12,15
283:7 285:25
286:8,9 321:4
**exhibits** 243:8
**exist** 231:3
242:15
**exists** 120:4
134:8 173:15
230:19
**exogenous** 141:9
**expanded**
293:11
**expansion**
293:19
**expect** 63:22
98:7 101:14,19
149:18 178:18
180:2,8 185:25
188:25 189:23
240:6,24
247:15 257:18
261:11
**expected** 202:8
**expelled** 109:7
110:24 111:2
111:11,15,18
**experience**
28:13 58:1,5
66:7 83:4
108:11 133:6,7
236:12 237:5
237:13 238:4,6
244:3 282:16
316:6
**experienced**
133:4 219:7,20
234:20,23
235:24,24
**experiment**
122:8
**expert** 4:12 8:21
9:16 10:6

13:14 15:10,12
22:1 29:14,19
29:25 31:7
36:11,22 41:7
49:25 56:13
66:9 73:5
82:13 90:8
132:12 133:11
133:13 161:3,7
178:24 204:4
208:6 211:9
215:14 234:16
272:25
**expertise** 27:6
30:8,12 34:17
40:23 64:14
76:16 104:24
215:12 220:4
220:16 303:5
**experts** 13:17
21:3 36:10,25
37:10 55:24
56:2,8,18
210:13,13
220:11 319:12
319:15 324:5,6
**experts'** 55:13
**expires** 330:16
**explain** 51:2
82:17 84:3
101:8 116:25
122:3 219:14
286:19
**explained** 45:13
203:17 209:21
220:18 316:7
**explaining**
293:24
**explains** 105:16
105:17,17
**explanation**
28:4 55:13
56:4,4 104:22
114:14 139:23
140:21 219:15
294:20 301:5
**explanations**

44:24
**exposed** 71:17
77:25 78:5,12
92:6,13,15
93:15 94:13
96:14 105:19
200:10 240:6
240:25 247:15
247:18 249:7
269:14 286:18
298:8 301:8
**exposure** 6:5
22:17 23:15
24:3 26:11
29:23 50:12
59:7 70:21
73:14,22 78:8
91:13 92:20
97:7,25 98:5
105:13,14,23
106:2,6,9,12
106:12,16
141:9,22
143:20 148:18
149:21 178:19
198:2,11,20
200:7 232:3,6
232:19 233:1
233:10,10,12
233:16,21
261:10 262:25
265:8 267:21
268:8,14 269:6
271:20 277:15
287:21,25
289:10,13
291:20 292:9
292:12,15,15
292:20 293:1
294:1,4,9,16
294:16 295:7
295:15 299:8
302:12
**exposures** 92:14
105:17 233:3,4
233:19
**expression**

73:16
**extensively**
65:13 266:9
**extent** 124:7
223:17 256:15
257:4,11,13
258:1
**external** 194:9
195:2,25
275:19 311:16
**externally**
276:14 285:16
312:13
**extra** 217:10
**extracellular**
44:25
**extraovarian**
183:20 184:8
**extraperitoneal**
183:13
**extrapolate**
246:12
**extrapolation**
284:18 285:2
**extremely** 92:20
**extrusion** 60:1,7
**eye** 244:14,15
246:8,11

---

**F**

**F** 3:14
**F344/N** 6:5
**facilitates** 76:19
**fact** 15:14,17
25:24 32:12
44:6 67:8 72:1
93:3 102:15
134:16 149:10
150:3,5 155:14
155:23 158:4
161:2 189:21
216:1,9 224:10
226:5,22 227:7
236:5 238:8
239:1 251:15
267:8 273:22
275:1 276:5

283:10 284:15
318:9,25 320:3
**factor** 44:22
62:20 101:10
173:8 258:24
259:1,16 260:5
260:13,14
261:1,3,4
272:14,24
293:24 305:1,4
305:20 306:3
**factors** 88:16,17
101:2 126:11
127:12,20,22
127:23 159:21
165:18 259:24
259:25 260:1,4
260:7,17,21
305:7,15,22,23
305:23
**facts** 69:6
**fail** 328:15
**fails** 224:19
308:10
**fair** 17:5 28:24
30:13 31:1
37:19 85:18
124:2 163:12
184:21 229:9
284:14 307:17
318:19
**fairly** 190:25
**fairness** 129:11
209:6
**Falconer** 32:13
**fall** 138:13
325:24
**fallopian** 71:25
72:9,17,20
73:2 108:9,11
109:9 111:19
111:20 112:18
113:2 116:12
116:22 120:6
120:17,21
122:17 123:7
123:15,25

124:19 131:8
131:20 134:17
134:19 135:2
135:13,20,23
136:9,20 137:5
137:18,21,23
138:4,5,10,14
138:19 139:2
143:6 144:15
151:14,17,20
151:21 161:12
190:14 221:4
255:19 300:5
307:25 311:6,9
311:17 313:1,8
313:15 322:7
**falls** 316:18
**familiar** 33:12
45:3,7,10 62:5
74:11,18 77:16
95:13 126:5
264:14 271:9
271:12 272:10
309:4,16
**family** 260:23
**Fan** 270:4
**fan-shaped**
256:24 258:7
**far** 18:9 23:1
24:16 44:14
88:6 106:8
220:19 275:6
308:5,14
**farther** 290:14
**faulting** 82:23
**faulty** 222:2,4
**favor** 263:21
322:20
**fax** 1:19 2:10
**FDA** 91:11
**feature** 76:15
**features** 83:5
152:14 169:6
**feel** 10:21 40:25
95:18 104:21
231:6,10
250:23 270:23

**fellows** 119:8
**felt** 162:20 209:6
212:22 213:18
216:15 232:24
319:13 320:13
**female** 5:12
118:14 164:3
255:11 292:17
293:5 314:6,10
**feminine** 58:13
208:16 298:6
311:25
**ferruginous**
98:4
**fiber** 81:13
84:13 300:14
**fibers** 90:2 94:1
101:24 102:2,8
102:12 103:15
104:10,12,16
104:20,22
166:2,15 168:1
169:9,16 172:9
177:23 178:22
191:13 209:14
226:7,10,10
227:2,8,22
230:16 258:12
299:1 301:13
**Fibres** 4:21,22
104:1
**fibrosis** 229:25
**fibrous** 95:14,24
96:11 98:3
191:12 227:8
227:20,21
228:12 229:10
229:11 230:18
230:19,22
298:23,24
**field** 34:3,14
40:23 47:7
214:22 215:4
**fields** 22:12
**fifth** 65:14
118:23 216:10
216:19 217:8,9

218:14
**figure** 142:11
193:5,16,17,23
193:25 194:1
194:12,21
**figures** 201:23
**filters** 104:9
**fimbriated**
111:20 114:20
116:11 124:1
**finally** 161:16
235:3,4,9,11
**find** 41:23
157:14 159:5
168:20 192:23
203:15 240:6
240:25 247:15
261:7,11
267:10 279:3
280:24 281:4
292:15 310:19
310:22 319:14
**finding** 139:1
151:5 190:13
192:15,18,25
281:19
**findings** 28:19
32:22 270:15
302:5,25
303:15 306:9
306:16,17
321:23,24
322:2
**finds** 123:14
187:19 188:14
314:7
**fine** 97:11
150:13
**finish** 94:10
**finished** 315:11
**FIRM** 2:4
**first** 8:9,22 14:3
17:18 18:4,15
24:25 25:2
29:13 31:11,15
32:3 34:9
53:17 79:14

103:9 105:19
126:17 127:8
127:11 145:17
153:10 160:25
167:10 203:4
203:19 206:24
214:19 215:2
223:8,12 235:2
235:6,7 239:24
240:1 249:17
257:3 259:9
264:19 265:18
267:19,25
268:1 270:15
277:9,17
298:11 303:22
310:13 319:6
**fit** 116:8
**five** 92:4 192:14
231:21 237:5
**five-minute**
254:24
**flaw** 225:17
**flaws** 300:13
**Fletcher** 5:21
270:3
**flipping** 127:18
**Floor** 3:5
**flow** 108:25
112:2 119:16
119:21 120:2,4
135:2
**Flower** 3:5
**flowing** 120:13
**flows** 134:24
**fluid** 120:13
**FLW** 1:6
**focus** 30:9 34:4
34:16 35:4
37:6,8 40:20
150:6 288:13
320:14
**focused** 37:15
192:21
**focusing** 35:6
216:5
**follow** 196:10

**follow-up**
285:24 286:5
286:10 293:21
**followed** 291:11
**follows** 8:11
**food** 242:2,25
**footnote** 240:19
241:1,4
**force** 312:3
**forced** 312:13
**forceps** 123:15
**forces** 243:16
**foregoing** 327:8
327:23 330:4
**foreign** 55:4
59:24 60:16
61:8 68:14
112:25 139:13
158:19 160:2
160:16 161:24
162:8,10 163:3
163:15 164:2
164:16 178:25
181:24 183:8
183:15,19
184:6,12,16
185:8,15 243:3
243:5,6,7
254:10 256:5
304:10
**foreign-body**
24:5 25:12
26:4 50:15
51:8,16 53:8
55:6 58:4,6
59:5,24 60:2,8
61:5 63:23
68:16,24 69:16
70:3,6 84:16
84:20 85:14
98:12,21,22
100:15 101:16
148:10,19
149:17 150:16
162:5,11
178:19 179:10
182:2,24 184:4

229:21,24
239:22,22,25
240:5,24
242:20,22
247:14 249:6
249:17 251:17
251:24 252:5,7
252:13,18
253:4 254:11
256:6,20 257:7
274:13
**forgot** 308:21
**form** 10:9 16:24
17:22 18:7,21
19:6,15 20:13
21:6,10 22:2
22:15 23:13,23
25:22 26:13
28:22 30:17
34:23 35:14,20
36:1,6 39:3
41:12 42:1,12
43:8,19 44:2
44:10 45:6,18
46:2,12 47:2,8
48:2,13 49:10
50:22 52:13,19
53:7 54:2,16
56:1,11,20
59:3,19 60:18
61:9 62:9,16
62:24 63:11,17
64:5,12 65:3
66:11 67:24
68:6,18 69:6
70:11 71:2,19
72:11 73:12,23
74:7,16 75:6
77:2 78:2 81:6
82:12 83:9,23
84:17 85:11
86:2,15 87:7
87:13,23 88:5
88:9,15,21
90:7,21 91:5
91:14 93:8
94:4,18 95:3

95:15 96:1,13
97:14 99:2
100:18,21
101:9,17
102:13,18
104:12 106:7
107:17 108:13
109:15 110:3
111:22 112:5,9
113:4 114:3
117:8 120:23
122:9 124:3
125:9 128:23
129:8,21
130:20,25
132:17,25
133:23 134:10
135:25 136:22
138:6,21 139:6
139:16 140:23
141:11,23
142:8,13,17
143:1,7,15
146:2,14,22
147:15 148:1
149:19 151:11
152:3,23
153:16 155:3
156:2,13,20
157:5,15,21
158:12,22
162:13 163:6
164:11,18
165:3,11 166:3
166:16 167:16
168:4,17
170:12,19
172:11,23
173:6,25
174:20 175:11
175:22 176:1
176:13,23
177:7,10,15,25
178:7 179:12
179:17 180:10
180:20,24
181:7,20,25

Robert Kurman, M.D.

182:9,16
183:11,14,22
184:15,24
185:4,11,19
186:2,16
187:20 188:17
189:2,25
191:12 192:2
195:12 196:5
197:11 198:12
199:20 200:8
201:18 202:4
202:18 203:2
203:24 204:15
205:1 208:8
209:22 210:4
210:15,21
211:7 212:6,25
213:13,22
214:9,15
215:11 216:12
216:18 218:13
219:10,16,23
221:16,19
226:11,14
227:11 229:13
229:22 230:8
230:20 231:8
232:22 234:9
237:12,24
238:14 239:5
243:13 244:1,9
244:19 245:8
246:2,20 247:8
247:10,21
248:2,7 249:6
250:5 251:4,19
251:20 252:7,9
252:17 253:17
254:3,12,18
257:10 258:13
258:19 259:3
260:9 261:22
262:5,18 263:2
263:8,15
265:15 268:16
269:8,15 271:2

272:1,5,21
275:5 276:7,16
277:25 281:5
281:11,23
282:12 283:1
283:15 284:3
284:11 286:6
289:4 290:8
291:1 292:13
292:23 293:2
294:6,18 295:8
295:21 296:13
297:7 299:14
301:19,25
303:3 304:4,15
305:3,9,18
307:1,18
308:16 309:6
309:17 310:12
311:22 312:5
313:2,10,17
314:13,22
316:1,9 317:7
317:17,22,24
318:7,16,23
319:9 320:5
321:2,20 322:8
330:7
**formation**
101:15
**formed** 243:24
253:13
**forming** 317:3
318:14 319:8
**forms** 74:20
89:17 90:4
242:10,14
298:23,24
**forth** 327:8
**found** 36:17
145:23 151:4
188:23 191:12
198:9 273:16
280:21 285:12
290:17 291:16
294:3 298:22
314:8 319:15

**four** 12:13 80:17
92:4 192:14
231:20,24
257:16 292:7
**fourth** 5:13
65:14 81:10
118:23 254:22
255:12 258:22
259:15,21
**frame** 210:6
323:15
**frankly** 198:22
296:17 320:8
**free** 10:22
122:16 225:1
250:23
**frequent** 108:15
**front** 31:17
217:6
**fulfillment**
100:22 202:9
202:12
**full** 39:25 177:4
216:6
**function** 29:18
274:17
**fundamental**
90:4
**funding** 204:22
206:11
**funny** 203:13
**further** 79:21
92:2 133:20
173:10 261:9
268:20 271:19
310:11 325:11
**Furthermore**
92:23 154:20
313:21
**fuse** 186:10

---

**G**

**Garber** 2:8 7:16
7:16 12:6
228:2,8 252:19
252:25
**gas** 92:9

**Gates** 40:11
**gather** 304:9
**Gee** 161:9
**gemish** 197:19
**gene** 88:23
**general** 4:12
28:14 37:14
41:8 46:4
53:12 54:9,23
55:5 84:9,11
105:23 106:12
106:16 113:17
114:1 129:16
163:8,14,16
188:7 194:8,25
209:4 210:5
211:3 212:16
212:18,19
222:22 260:2,3
270:24 306:7
316:5 323:14
**generally** 88:22
109:20,20
174:6 186:6
221:3 222:18
223:2 298:17
**generation**
81:14 85:25
**generosity**
110:18
**genes** 88:24
**genetic** 87:12
121:21 122:24
136:13 152:14
260:24 268:24
269:14,17,22
**genital** 5:13
17:21 18:6,20
22:13 118:14
164:3 255:11
267:20 268:8
270:18 277:14
281:16 284:1
289:17,22
290:3,17
291:18 292:5
299:18 300:9

314:6,10
**genotoxicity**
81:16 84:9
88:8
**Gerber** 93:21
**germ** 60:6 71:5
**Gertig** 40:11
**getting** 122:1
129:9 228:22
237:8 262:11
300:24 305:8
305:16
**Ghio** 5:17 264:7
264:22 265:12
**giant** 24:5 25:12
26:5 50:15,20
51:8,13,16
52:5,10 53:3,9
53:25 55:6
58:6 59:6,13
59:24 60:2,8
61:4 63:23
68:24 69:2,15
70:6 84:20,24
85:3,15 98:12
162:5 178:19
182:2 185:18
185:25 189:1
189:24 190:4,7
190:9 203:22
204:13 229:24
242:20,22
243:13,24
249:18 251:18
251:20,24
252:13,18
253:12 254:17
256:20 274:10
274:13 275:3
**give** 10:7 12:5
36:18 99:5
137:23 139:14
156:14,17,18
157:16 158:1
209:4 241:12
294:20
**given** 11:14

199:21 211:25
324:21 330:5
**giving** 48:14
49:1 175:1
255:14
**glance** 11:2
**glare** 126:24
**glove** 64:4 314:6
314:8,15
**gloves** 51:22
63:8 64:9
69:22 240:7
256:10
**go** 9:2 11:24
29:20 31:24
41:13 42:23
45:2 47:14
57:8,11 117:24
122:17 125:3
132:2 133:20
144:25 145:19
151:7 167:3,5
168:6 181:12
181:13 192:3,9
193:7 206:4
208:18,22
215:1 220:10
220:15,22
222:16,19
225:4,19
230:14 231:9
231:25 241:4
270:21 280:7
286:8,21
296:19 319:4
322:21 323:6
325:3
**goal** 287:19
**Godleski** 187:5
190:21 191:24
250:3 300:17
319:6
**Godleski's**
291:24
**goes** 28:8 89:24
108:8,8 112:4
206:4 223:7

259:21 290:13
291:5 308:13
**going** 8:19 10:18
31:18 33:16
48:10,12 54:8
61:14 99:21,25
106:18 107:19
108:7 116:15
118:5 119:13
120:15 127:15
141:5 144:25
166:23 167:11
178:12 181:14
182:12 186:19
186:19 189:6
194:5,14,23
201:4 205:19
205:21 206:17
207:15 208:21
208:22 217:3
220:3,4 230:22
241:10 252:19
255:1 262:19
278:4 286:25
297:22 300:8
305:12 306:3
308:25 315:12
323:7 325:25
326:4
**Golkow** 1:19 7:5
**gonorrhea**
145:7
**Gonzalez** 40:12
**good** 7:3 8:15,16
107:1 123:15
169:20 210:2
210:14,19,22
211:4 270:24
307:8 323:10
324:7,11,15
**goodness** 88:2
**Google** 171:5,6
**googled** 9:18
**Gordon** 93:21
**gotten** 200:15
**grade** 247:2
262:16

**granuloma**
51:13 52:3
58:9 182:3
185:8 239:25
242:14 243:24
252:7,9
**granuloma-type**
50:20
**granulomas**
51:25 59:13
60:10,22 84:24
184:5 185:18
186:23 239:22
240:5,24
242:20,21
244:11,14
247:14 249:6
251:18 252:5
253:13 254:17
**granulomatous**
5:10 24:6
50:15 51:8,17
52:5,11 53:4,9
53:25 58:4
61:5 63:23
68:24 69:3,16
98:13 148:10
148:20 149:17
150:16 178:20
182:24 183:9
183:20 184:7
184:12,17,22
185:25 190:9
203:22 204:13
229:24 241:23
241:25 244:9
245:23 246:17
247:1,25
248:23 256:16
257:4 258:1
274:10 275:3
**great** 289:13
313:4
**greater** 40:11
124:7 126:20
303:20 304:13
304:13

**Gregory** 13:9
**grief** 107:1
**group** 79:10,11
79:22 80:4,15
85:3 92:25
93:2 250:3
288:11
**guess** 9:3 66:9
249:4 290:16
**GYN** 249:14
**gynecologic** 9:5
9:10,16 14:18
15:2,5,9,11,17
15:18,20 18:24
18:24 20:3,10
20:18 21:4,23
24:17,19 25:14
29:19 30:1,8,9
34:17,21 52:6
59:13,22 60:15
61:5 65:12
72:8,22 110:1
119:11 133:5
148:10,20
150:17 165:1,8
165:10 170:10
170:11 175:16
176:19 182:25
187:22 188:3,5
188:10 192:17
220:16 234:17
238:15 244:5
245:3 247:17
248:5 249:2,7
249:10 250:25
273:8,13,24
320:16
**gynecologist**
15:16
**gynecologists**
15:25 18:9
119:8
**gynecology**
251:1

_____
**H**
_____
**H** 4:10 5:1 6:1

38:15
**H&E** 136:11,23
194:15,16,16
194:24 203:14
204:6 250:12
**habit** 104:13
**hahern@shb....**
2:19
**hair** 245:13
**half** 156:16
175:2 214:3
218:20,20,24
291:17 313:7
**halfway** 169:8
268:21
**hand** 10:18 12:4
27:19 110:14
229:15
**handed** 11:3
13:24
**handful** 42:23
**handing** 75:13
190:20 241:7
**handle** 257:19
270:24
**handled** 188:25
**handles** 186:4
**handout** 217:18
**happen** 26:8,9
184:14
**happened** 237:2
**happening**
250:2
**happens** 145:2
148:6
**hard** 126:25
217:19
**HARDY** 2:17
**Harper** 270:4
**Harvard** 20:16
187:13,14
**Hausfeld** 2:11
7:18
**head** 309:22
315:6
**heading** 127:23
**headway** 141:5

health 74:20,23
289:14 321:17
321:22,24
322:2
healthy 108:11
hear 19:3 36:7
heard 95:16
264:14 304:20
Hearing 4:13
heavily 92:6
heavy 92:20
125:24 262:24
263:3
held 1:13 7:7
Heller 93:19,20
93:21 189:19
189:20 274:11
291:5,10
293:15 300:13
301:4,5,6,12
301:23
Heller's 293:20
help 36:14 42:20
167:6
hereto 10:16
11:12 75:11
78:25 103:3
190:18 217:1
241:17 255:8
264:3 269:25
279:13 283:8
321:5
herpes 100:1,8
hesitate 10:4
high 78:6 131:10
233:3,4,10,12
236:8 293:25
high-grade
72:18,19,20
73:1 114:5,8
114:10,16,23
115:6 116:1,9
117:1,6 124:8
135:11,19
140:8,11,16
141:2 144:8
146:3 148:3

149:14 151:8
152:11,12
157:25 158:3
160:8 161:13
221:3,23
223:15 233:23
234:5 238:20
261:15 269:18
higher 100:6
237:7
highlighted
310:24
highly 208:6
288:14 311:15
Hill 45:3,7,11,16
45:21 46:4,7
46:21,22 47:13
47:21,24 48:17
48:19 49:2,9
49:14,18
100:24 101:2
223:16,20
225:14 229:1
238:13 239:3
hired 22:1,11,23
22:25 41:7
214:7
histiocytes
67:12 85:2
182:2 243:2,4
243:10 249:25
256:19
histiocytic
186:20 242:23
histologic 114:2
269:1
histological
269:7 288:14
histopathologic
5:10 154:12
218:6 234:15
241:22
history 154:24
260:23,24
291:19 292:5
292:10
hmm 28:5 75:25

187:11 240:14
Hold 193:6
302:6,6 322:21
honestly 14:6
21:11 196:23
230:9 245:14
hope 10:25
hopefully
217:16
Hopkins 15:16
15:18 206:17
hospital 236:13
hospitals 237:3
host 34:2,14
214:21 215:3
Houghton 40:13
hours 10:8
Houston 2:18
HPV 99:9,12
100:8 170:9
HSV 100:5
150:1,2
HSV-2 99:25
100:3
huge 30:20
233:19
huh 171:6
human 4:20
45:1 74:4
79:11,15,16
80:11 105:13
105:14 206:1
218:4 245:13
281:16,22
308:24 314:6
humans 80:6,19
90:5,18 102:12
105:19 106:6
114:19 116:20
180:4 282:7,24
283:14 284:21
285:5,8
hundred 103:7
hundreds 75:5
hung 71:21
Hunter 2:17 8:3
hydrogen

224:16 230:2
hygiene 58:13
208:16 298:6
312:1
hyperplasia
38:10 142:25
143:18 144:1
146:17,20
147:12
hypotheses
28:20
hypothesis
115:2,18,22
144:17,21
160:7,14,15
295:24
hypothetical
101:20 212:7
213:14
hypothetically
132:21 180:15
hysterectomies
129:18 130:3
hysterectomy
127:25 130:14
291:14

———————
I
i.e 105:25
235:19 271:20
IARC 4:22 67:7
74:11,18 75:14
76:5,15 77:9
79:11 80:12,14
80:25 81:5
83:2,22 84:4
84:13 85:7
89:9 90:22
93:2 101:23
102:11,20
103:14 105:17
106:12 227:8
227:20 230:17
232:20
IARC's 4:18
75:14,23 76:25
idea 13:2 19:18

36:10 56:7
91:6 113:6
135:3 140:6
141:7 157:14
282:17 297:10
309:1
ideas 134:8
173:5
identical 224:15
225:24 226:3
229:4 234:7
identification
10:16 11:12
75:11 78:25
103:3 154:20
190:18 197:25
217:1 241:17
255:8 264:3
269:25 279:13
283:8 288:23
306:20 321:5
identified 31:10
80:4 102:11
105:18 169:10
270:5 289:19
290:1 308:14
identifies 75:14
79:14,15,21,25
80:5,16 103:13
249:17 258:24
259:16 275:2
identify 7:12
70:18 76:10
197:9 223:12
260:20 268:22
274:6,9,21
305:1 306:3
identifying
274:22 308:11
Ie-Ming 13:10
II 92:10
iliac 194:10
195:2,25
illuminate
298:19
imagine 31:12
120:24

Robert Kurman, M.D.

**Imerys** 14:15
**immediately**
    310:4
**immune** 67:10
    67:14,16
    242:20,24
**immunized**
    238:21
**immunohistoc...**
    235:17
**impact** 141:5
**impaired** 81:13
    84:13
**imperative**
    328:12
**implant** 122:17
    138:10 147:8
**implanted**
    119:24 121:2
    133:21
**implanting**
    140:18
**implants** 109:9
**implausible**
    212:3
**implicated** 59:7
    84:10
**implicating**
    232:6,19
**implying** 114:14
**importance**
    289:15
**important** 19:23
    25:7 31:8
    38:13,14 44:22
    50:8 53:18
    71:20 96:9
    143:18 158:20
    160:4 162:1
    198:1 216:15
    216:23 226:22
    251:13 276:22
    280:25 306:9
    306:16,17,24
    317:5
**Importantly**
    116:19

**impose** 171:2
**impossible**
    156:25
**impression**
    29:17 307:6
**improved**
    234:15
**impugning**
    188:9
**inappropriate**
    218:17 222:13
    223:25
**Incidentally**
    147:11
**include** 30:23
    41:18 43:18
    108:25
**included** 9:11
    38:5 44:12
    129:12,24
    216:20
**includes** 36:16
    147:13 181:24
    207:5 208:13
    250:1
**including** 34:3
    34:15 43:24
    59:22 73:5
    109:3 190:21
    214:22 215:4
**incomplete**
    167:1 212:6
**inconsistency**
    274:14
**inconsistent**
    105:6 107:11
    107:21 269:10
    301:7
**inconsistently**
    104:17,25
    105:3
**incorporated**
    45:1
**increase** 290:18
**increased** 5:20
    89:20 92:7
    208:15 264:25

265:20 270:11
    270:19 305:8
    305:16,19
    315:8 316:21
**increases** 260:5
**increasingly**
    89:10,16
**independent**
    76:18 297:9,24
**India** 311:4
    313:3,11
**indicate** 32:24
    98:13 113:16
    115:3,23
    231:12 299:10
**indicated** 21:18
    62:19 228:19
**indicates** 114:17
**indication** 26:3
    26:4
**indicative**
    307:22
**individual** 265:5
**individually**
    222:20
**individuals**
    17:12 77:14
**induce** 67:18
    70:5 84:21
    86:6 185:21
**induced** 58:10
    63:1 69:24
    84:18 162:4
**induces** 51:6
    58:3 67:11
    116:21
**inducing** 269:22
**industrial** 64:16
    247:2
**industrially**
    64:9
**industry** 92:17
**inert** 67:3,4,5,15
    67:21,22,23
    68:3,9,15 70:2
    70:5 224:24
    242:23

**inevitably**
    181:14 182:11
**inexperienced**
    234:25 236:2
**infectious** 54:14
    54:24 55:1,8
    55:10 67:19
**infiltrate** 256:18
    257:23
**inflammation**
    5:10 24:6 50:3
    50:4,6,9,10,14
    50:15,19,20
    51:3,7,9,9,12
    51:13,17 52:5
    52:11,12,17,20
    53:3,4,4,9,14
    53:14,18,19,25
    54:1,13,14,14
    54:22,23,25
    55:5,7,9,14
    57:20 58:3,4,7
    58:9 59:1,5,6,7
    59:9 61:21,24
    62:2,7,12 63:1
    63:5 64:21,23
    64:25 69:3
    70:8,15 73:17
    81:14 84:21
    85:8,10,18,23
    85:24 141:15
    141:18 142:23
    143:4,12,16,23
    144:18,22
    145:4,24 146:9
    146:11,16
    150:9 158:20
    159:10,18,22
    159:23 160:15
    160:18 162:2,4
    162:6 164:15
    164:19,21,22
    165:1,8,15,17
    166:1,14
    167:25 169:15
    177:13 181:23
    209:14 239:14

239:18 241:23
    242:1 247:25
    248:24 274:2
    315:24 316:21
    317:4,15,21
    319:3
**inflammatory**
    59:12 60:15
    63:15,22 67:9
    68:4,10,16,22
    68:23 69:2,4
    69:15 70:3
    73:11,21 85:14
    85:19 96:8
    112:17 143:19
    144:14,19
    145:7 256:16
    257:4
**influence** 37:24
**influenced**
    207:20,21
    288:20
**influences**
    185:16
**inform** 208:4
**information**
    99:6 147:13
**ingest** 243:19,23
**inhalation** 78:4
    105:24 106:4,8
    233:2 248:11
    278:3,10,16
    294:21,25
    295:4,15
**inhale** 252:16
    295:19
**inhaled** 249:19
    252:15 293:5
**initially** 17:24
**initiates** 52:21
**initiating** 173:8
**initiation** 165:13
    165:20 175:21
    176:6,11,17
    222:6
**injected** 309:12
**injury** 81:15

Robert Kurman, M.D.

ink 311:4 313:3
    313:11
inoculated
    256:18 257:5
inoculum
    257:23
inquiries 303:17
    304:1
inside 63:6
    310:9
insights 306:10
    306:18,24
insofar 62:25
    231:14 325:19
instance 155:19
    224:14
instances 60:8,9
    151:18 155:13
    155:18 157:24
    158:1 170:5,6
instigate 142:24
institutions 15:7
INSTRUCTI...
    328:1
instruments
    256:9
intelligently
    133:25
intend 34:20
    325:2
intended 17:10
    17:10 119:4
    209:3
intending 36:4
    38:24
intention 35:10
    35:12
interaction
    179:23
intercourse
    312:3,7,15
    315:4
interdisciplin...
    76:8
interest 18:23
    21:4 27:7 30:7
    39:10 76:20

interested 22:12
    119:7 237:20
interesting
    121:5 151:2
    172:12,16
Interestingly
    285:10
intergovernm...
    74:14
interjection
    86:21
internal 14:13
international
    15:19 74:12,14
    76:6,18
internationally
    65:20
interpret 44:7
    44:23 290:6
interpretation
    45:15,19 46:7
    185:9
interpreted 49:8
interpreting
    47:17
interrupted
    56:12 99:24
interrupts 116:3
intraepithelial
    135:14 136:3
    138:3 141:14
    145:22
introduce 69:22
introduced
    201:2 256:8
    263:6 309:25
    310:3 311:7,10
    312:22,25
    313:6,14
introducing
    313:20
introduction
    128:1 130:4
    158:18 160:2
    160:16 161:24
    162:7 163:2,15
    311:5 313:23

introductions
    280:17
invalid 55:22
    56:5 57:2
invariably 27:13
    87:16
invasive 72:9,15
    137:13 147:4,6
    151:16 181:13
inverse 87:18
invoke 178:22
invoked 109:4
involved 17:13
    18:11 20:5
    38:9 75:8
    85:23 99:8,8
    175:13 187:7
    269:17
involvement
    29:23 83:19
    86:21
involves 9:7
    112:18
involving 93:11
irrelevant
    316:21
Irving 168:22
    184:3
isolated 257:16
issue 18:5 21:5
    21:25 22:12
    31:2 87:14
    174:22 176:25
    223:10,11
    234:18 262:20
    267:1 274:2,24
    303:7 305:21
    317:21 319:3
    321:18
issued 77:9
issues 17:6
    27:23,23 29:20
    77:17 81:1
    209:8,10 223:3
    223:12 276:22
    307:14 308:7
    315:20,25

317:3
It'll 127:3
    208:19

_____

**J**

J 4:12 5:17
James 3:13 7:20
jbillingskang...
    3:15
Jeff 13:9 38:9
Jersey 1:2 7:10
jog 309:18
John 187:5
Johnson 1:4,4
    2:16,16 7:25
    7:25 8:2,2,3,4
    8:21,22 9:20
    9:20,24,24
    14:14,14 17:18
    17:19 18:4,4
    18:14,14 19:13
    19:13,22,22
    20:2,2,9,9,11
    20:11 21:2,2
    21:25 22:1,11
    22:11,19,19,23
    22:23,25,25
    23:11 24:13,13
    24:15,15 29:13
    29:13 41:6,7
    95:2,2,23
    132:12,12
    206:23,23
    207:16,17
    208:6,7 214:7
    214:7,12,12
    282:20,20
Johnson's 23:11
    95:23
join 118:18
    243:16,23
joined 85:3
journal 27:3
    32:12 199:19
    240:11 264:6
journals 9:9
    26:24 28:21

judge 17:15
judgment 27:17
Julie 168:22
jump 141:3
    294:8
June 211:21
junior 118:18

_____

**K**

K 5:11
Kabeer 5:11
    240:11
Kadry 6:9
Kane 13:12
    17:12 34:2,13
    55:15 66:2
    73:6,6 214:4,8
    214:20,21
    215:3,16
    218:25 219:8
    223:13,22
    224:5,8,18
    225:23 232:12
    233:22 250:18
    250:24 267:20
    268:5,22
    269:21 280:12
    283:19,21
    285:14 307:9
    321:23
Kane's 36:23
    55:16 56:3,24
    214:13,16
    220:19 227:24
    231:18 239:12
    273:7 275:18
    316:10
Katherine 2:21
    7:24
katherine.mc...
    2:23
keep 10:1 40:22
    48:19 116:6
    192:13 205:21
    233:9
keeps 48:17
kept 65:13

Robert Kurman, M.D.

keratin 60:1,7
60:22 61:7
kind 11:6 24:3
51:12 52:11
53:19 58:9,9
59:5 60:6
67:14,16 69:18
70:15,16,18,19
72:12 98:9
99:6 120:16
122:8 129:16
150:5 162:10
162:11 168:11
179:10 203:13
260:25 306:5
324:24
kinds 145:7
knew 230:25
know 11:25 12:3
18:10 19:7
20:19 21:17
24:16 30:20
35:1 38:3,11
43:6 44:11
45:15 46:13
48:18 51:11
56:14,16,17,21
56:22 57:17
58:11,15 67:2
67:5 71:4,12
74:17 75:3,8
82:20,24 83:3
83:10 86:6,18
88:6 93:24
94:3,22 95:5
95:18 96:4,10
96:24 97:4,12
97:17 99:12
100:8 101:19
102:5 106:8
108:14 111:12
112:20 119:17
122:16 125:2
130:13,13,13
133:25 135:1,2
138:22 139:17
139:18 140:22

140:24,25
141:3,3,12,16
142:2,2,10
146:6 147:18
155:19 161:9
162:19 169:1
172:16 180:1,5
181:5 183:19
185:12 187:7,7
190:6 196:25
199:1,10 200:9
202:6,14 204:2
204:10 206:3,6
206:7 207:20
208:12 210:13
211:11 215:23
219:21 220:10
220:20 222:17
225:8 226:9
227:19,20
228:24,24
229:6 230:19
230:25 231:2,6
237:4 242:17
245:9,14 251:5
257:16,20,24
262:7 263:22
264:8,16 270:7
271:9 272:18
275:6,23 276:1
281:12 282:8
282:11,13,15
282:18 290:6
292:11,11
301:9 306:2
308:14 310:17
312:7 314:2,11
315:6 317:8
320:11 324:6
knowledge 84:3
215:9,10
knowledgeable
211:5
known 74:4,8
79:11,15 80:11
142:21,22
143:23 231:4

268:24 302:21
knows 119:17
187:22 188:2
Kurman 1:12
4:3,12,16 7:11
8:8,24 11:18
202:16 330:12
Kurman's 45:17

———————
L
———————

L 2:8
lab 26:10 201:6
labia 299:25
310:6
laboratory
26:15 76:9
122:8 200:22
200:23 287:22
lack 6:4 235:17
lady's 277:23
landmarks
288:22
language 130:6
laparoscope
119:20
laparoscopica...
123:14
lapsed 14:23
large 44:7 59:22
69:1,13 156:23
186:7,19
244:18 246:17
246:18 247:2,6
248:10 251:17
larger 186:24,24
243:16 245:5,6
245:7,7,10
246:5,13
247:10
laryngeal 83:11
larynx 80:19
83:7 91:23
Las 1:14 7:1,8
LAW 2:4
lawyer 43:13
lawyers 9:21,24
42:20 44:6

layman 226:16
lead 65:17 85:25
87:16 139:4
216:1 229:17
leading 81:13
84:13
leads 121:14
217:16
learned 155:19
215:8 218:17
219:20
leave 66:13 90:9
leaving 71:10
lectured 23:8,9
lectures 220:10
led 203:14 204:1
204:5
left 63:6 64:3
69:13 194:5,9
194:14,23
195:2,25
left-hand 242:8
legal 287:18
lending 160:12
lengthy 239:21
268:4
lesion 68:17
69:5,5,17
116:11 135:13
136:2 137:10
137:11,12,24
138:25 139:3
140:6,6 143:9
146:21 154:19
154:21,24
155:13 157:25
158:2,4,9
182:21 222:7,8
lesions 135:5
137:15 138:20
139:14 140:14
140:16,16,22
141:10 142:15
143:5 147:22
147:24 149:14
150:6,24 151:1
151:7,9,13,23

151:25 152:21
153:12,14
154:12 155:23
156:12 157:3,8
158:10 184:4
190:13 267:12
307:24 319:21
let's 48:22 72:15
92:3 93:17
122:13 140:11
144:10 147:19
158:17 161:17
168:20 172:5
188:10 189:13
214:24 222:18
223:10 235:1
246:5 271:10
286:21 310:21
313:18
letter 5:15 266:8
266:14 267:5
leukocytes
85:22
level 18:23
91:12 202:13
239:2,10
260:14
LHG 1:6
LIABILITY 1:5
license 14:22,24
Lifetime 6:5
ligate 123:23
124:18
ligated 123:12
ligation 114:2
114:18 115:4
115:24 116:3
117:16 123:4
128:1 130:14
ligations 113:16
116:21 117:7
123:6,21 125:6
129:18 130:4
light 5:4 25:20
26:2 190:22
191:11 194:1,6
194:15,21,24

195:19,24
196:25 243:8,9
256:25 258:8
266:9,10,10,14
266:20,21,25
286:11 287:7
288:6,24
298:12,18
303:22,24,24
**lighting** 126:25
**likelihood**
114:21 235:13
238:1
**limitations**
284:19 285:3
**limited** 99:17
**line** 149:12
205:17 237:9
329:4
**lines** 92:4
231:21
**lining** 108:5
111:8,14,18
121:8,11
**link** 100:16
101:15
**linked** 272:8
**linking** 268:23
269:21 270:18
**list** 10:20 11:6
12:13,18,20
13:3,20,21,24
13:25 14:1,10
30:15 31:10,15
31:20,25 33:9
36:11,14,18
37:19,21,24
38:2,19 39:2
39:16,20,23,24
40:7 41:24
42:11,13,17,18
42:22 43:2,7
43:12,13,14,17
43:23 44:6,7
44:12 102:22
103:19 266:13
314:2,3,4

318:10,14
321:8
**listed** 27:23
38:13 308:8
314:14 318:4
**Listen** 153:10
**lists** 41:11,18
42:8 270:6
318:5
**literature** 9:10
18:18 19:17
20:14 31:2
51:15 62:11,25
65:14 66:8,8
104:18 105:1,3
105:6 183:7
186:18 207:22
208:17 226:16
228:19 231:12
231:13 267:7
317:6,10,14,21
318:20
**literatures** 58:2
**litigation** 1:5,19
7:5 8:19 16:9
16:23 17:13,19
29:14 32:25
41:8 47:9
49:12 51:4
60:5 68:8
187:8 188:18
207:17 210:6
323:16
**little** 33:17
36:14 79:21
111:3 126:25
192:4 197:19
207:1 208:20
237:3 242:7
250:4 260:10
308:23 324:23
**live** 262:12
**liver** 272:8
**LLC** 3:3,3
**LLP** 1:13 2:17
2:20 3:4,8,13
**localized** 67:11

**locations** 139:8
**Logan** 2:21
**long** 9:3 22:25
37:17 94:9
103:7 252:14
262:12
**long-studied**
302:11
**long-term** 58:14
139:9 262:13
277:14 281:16
**look** 11:5,24
14:6 25:5,5,6,7
25:19 26:2
27:24 31:13,16
31:25 38:2
39:13,17 40:20
41:13 44:9
50:9 67:3 79:4
79:9 93:17,22
113:13 121:6
130:15 157:10
157:11,13
167:5 170:25
188:5 194:16
200:22 203:12
205:6 207:18
226:7 230:3
234:1 249:15
252:20 253:1
266:25 267:3
270:13 284:17
285:12 316:19
316:22 319:20
319:21 320:22
325:20
**looked** 23:18,21
24:7,12,15,23
30:19 31:5
33:2,5,22,24
40:12,13,17
55:20 58:16
75:23 76:2
92:16 141:17
153:24 156:11
179:3 197:17
199:14 204:20

221:23 222:15
244:25 245:15
245:16,16
291:2 316:20
316:24 319:12
320:21,24
322:6 325:14
325:15
**looking** 19:9
23:15 24:4
25:9 32:7
38:12 58:18
59:21 65:11
77:16 84:12
135:23 136:8
136:17,20,23
151:3 157:8
159:7 168:21
177:19 196:10
200:3 203:4,9
205:17 210:23
217:18 222:7,9
222:9,24
223:22 228:14
228:15 233:19
236:20 240:16
242:4 250:9
261:7 271:7
284:23 303:25
319:17,19
324:16 325:4
325:20
**looks** 12:24 27:4
27:12 204:21
205:7,15
255:20,22
283:17
**Los** 3:6
**lose** 88:13
**lot** 15:17 22:23
30:21 31:18
105:4 116:15
131:9 141:17
152:18 155:9
155:19 156:17
227:12 263:3
266:21 277:20

312:2
**lots** 18:18 32:19
110:15 234:10
**love** 141:3
**low-** 76:21
**low-grade** 72:18
114:6 137:19
140:9 144:7,10
146:1,7,10,25
147:6 269:19
**lumen** 120:8,17
120:20 134:18
**lump** 252:11
**Lunch** 118:7
**lung** 54:5 79:25
80:19 81:19,23
82:5,10 89:20
90:1 232:5
248:10 249:18
264:13 266:1
272:6,12,13,19
272:23 273:1
**lungs** 79:17,19
80:6 300:7
**lymph** 5:6
188:14 190:24
191:22 192:16
192:19,20,21
192:23 193:1
194:10 195:2
196:1 199:12
203:12 204:2
276:13 277:5
277:11,13
278:4 285:18
286:10 287:9
287:18,20,23
288:11 289:1
292:8,16 293:9
293:12 294:3,4
294:10,13,17
295:1,6,14,20
299:10,20
302:16 303:2
303:21 304:9
304:14,18,21
305:5

Robert Kurman, M.D.

Page 355

**lymphatic** 278:5
299:12
**lymphatics**
112:20,21
138:18 299:20
299:21
**lymphocytes**
67:18,18 85:21
256:22

**M**

**M** 5:20
**M.D** 1:12 4:3,12
4:16 8:8 11:18
330:12
**macrophage**
81:14 84:14,15
85:7,13,17
86:6 185:8,24
186:4,8,9
188:25 189:24
190:4,6 197:20
201:4,10,11
243:15,19,23
257:19
**macrophages**
67:12 84:18,22
84:25 85:2,4
85:22 181:24
182:1 185:17
186:15,22
194:9 195:1,10
195:25 196:4
196:22 197:10
198:10,13,16
200:5 203:1
243:10,13,23
249:19,22,24
250:11 251:16
251:20 252:2,8
252:9,14,16
253:3,11,14,25
253:25 254:17
257:24
**magnify** 126:19
**main** 3:9 106:9
220:25 223:5

**major** 15:6 82:6
310:4
**majora** 299:25
**majority** 72:25
73:3 131:9
140:12 262:2,8
**making** 74:3
126:25 213:4
213:14 228:1
253:19
**malignancies**
165:25 166:12
167:12,13,15
168:2,7,10
209:16
**malignancy**
52:24 168:12
262:12 265:5
289:21 290:2
291:15
**malignant** 87:16
168:12 169:5
169:12 172:7,9
177:14,24
182:12,15
184:10 209:15
209:16 225:20
238:19 261:19
262:3,6 264:25
265:8,20 266:2
266:17
**manufactured**
92:9
**Marina** 2:12
**mark** 217:13
241:10 259:13
**marked** 10:15
10:19 11:11
75:10 78:24
103:2 190:17
216:25 217:3
241:12,16
255:7,12 264:2
269:24 270:2
279:12 283:7
284:20 285:3
321:4

**marker** 131:18
**markers** 73:16
73:17
**MARKETING**
1:5
**marking** 11:15
103:5
**masks** 92:10
**Massachusetts**
2:13
**massive** 92:14
**material** 61:8
112:25 120:17
123:23 124:19
142:7 158:19
160:2,17
161:25 162:8
162:10 163:3
163:15 185:16
240:7,25 242:2
242:24,25
243:3,5,6,7,17
243:18 244:7
247:16 304:21
**materials** 13:19
31:10 36:15
37:23 38:19
39:24 112:24
141:10 142:3
142:16 164:16
181:24 183:8
183:19 184:6
184:12,16
191:2 192:4,11
224:11 271:5
313:6,14 318:4
320:4
**matter** 7:8 91:17
96:12 133:13
155:21 189:21
198:25 233:12
248:5
**Mazur** 255:21
**McBETH** 2:21
7:24,24
**McDonald** 5:7
190:20 191:8

250:3 285:24
286:13 300:17
**McDonald's**
244:24 252:1
276:25
**MDL** 17:24 18:2
29:14
**mean** 23:22 24:1
34:20 35:21
38:8 39:18
44:8,20 46:1
48:1 54:7 58:7
67:5,16,22
68:15 70:25
71:15 82:25
84:6 85:9 86:5
97:18 99:11,23
100:10 110:1,5
119:20 122:11
134:24 137:10
142:9 144:25
149:25 150:4
169:18,20,21
169:21,24
170:24 174:25
174:25 181:5,6
181:14 182:11
182:19 185:20
189:15 197:18
200:11 209:10
218:18 224:12
229:3 239:6
247:9 257:13
260:3 261:3
264:18 278:3
282:3 290:5,9
293:3 294:9,11
296:21 297:9
297:20 298:18
309:14 310:6
312:10
**meaning** 114:20
144:18
**meaningful**
306:21
**meaningless**
133:16

**means** 44:19,21
88:9 171:15
172:1 173:7,9
189:9 229:4
243:19 257:22
284:9 305:20
314:15 327:24
**meant** 164:20
171:14 174:15
**measure** 94:1
**measured**
245:14 302:16
303:2
**measurements**
288:20
**measures** 76:12
**mechanism** 57:6
81:22 82:11,19
83:1 84:12
85:6 110:2,3
114:22 116:7
119:15 121:18
137:22 138:9
140:10,19
160:18 270:17
295:7 305:11
**mechanisms**
82:16 83:2
84:9 108:24
109:3
**mechanistic**
55:21 56:18
81:12 83:21
84:4,6 268:11
268:13
**medical** 14:22
14:24 119:5,9
130:12 171:11
171:20 217:23
217:25 218:5
254:6,9 289:14
**Medicine** 264:7
**medicolegal**
289:14
**meet** 238:12
**meeting** 15:15
15:19

Robert Kurman, M.D.

Page 356

meetings 9:8,20
10:1,2 21:13
65:19
**Memaj** 270:4
**member** 74:24
**membranes**
186:9
**memory** 309:19
**men** 92:18
**menorrhagia**
256:12
**menses** 108:4
**menstrual**
108:25 119:16
120:10,12,13
134:23 281:10
**menstruate**
282:7,9
**menstruating**
120:7 131:7,22
**menstruation**
108:2,3,8,12
109:6,8 110:10
110:21,25
111:18 112:14
112:22 114:15
115:19 119:13
120:9,22
121:16 122:5
123:2 124:6
125:4 131:6,19
132:24 134:7
134:14,22
161:14,24
282:16
**menstruation-...**
160:1
**mention** 14:9
25:2 35:6 38:4
39:13 203:22
204:13 227:25
230:18 231:7
261:6 269:21
280:12 283:21
309:3
**mentioned**
13:11 25:11

38:3,6 40:8,14
41:14 47:9
60:23 61:7
66:1 84:19
89:2 95:16
118:11 129:23
155:11 158:14
169:2 208:25
230:12 231:4
232:24 306:5
308:9 325:22
**mentioning**
203:13 283:20
**mentions** 247:24
**Merck** 206:1,9
206:16
**mesothelial**
238:10
**mesothelioma**
80:19 82:10,14
82:15,16 83:1
89:21 90:2
93:6 168:13
169:5,13 170:4
179:4 209:15
223:15 225:20
229:18 232:4
233:23 234:6
234:22 235:19
237:4,14
238:19,19
261:16 264:12
265:1,8,21
266:3,4,18
272:11,19
**mesotheliomas**
82:3 93:4,11
172:8,10 177:9
177:14,24
233:7 235:20
237:2,2,11,23
238:11 266:2
**met** 8:17
**meta-analyses**
42:7 320:19
**meta-analysis**
6:7 41:19

43:25
**Metal** 4:22
**metals** 4:20
103:15
**metaplasia**
109:2 110:10
**method** 278:5
**methodological**
308:15
**methodologies**
28:19 297:4
**methodology**
49:24 65:8,25
66:6,19,24
77:14,17
220:18,19,22
222:15,19,23
223:1,23,25
225:17 287:12
296:20 301:23
307:13,15
308:5 315:19
315:22 316:3,5
**methods** 192:4
192:11 271:6
**mice** 6:5 283:3
**Michael** 3:4,8
7:22 8:1 13:9
**michael.ander...**
3:10
**michael.zeller...**
3:7
**microenviron...**
160:6
**micrograms**
195:1
**micrographs**
100:2
**micron** 245:22
**microns** 188:15
188:16,24
189:22 191:15
193:1 194:8
195:1 245:13
245:25 247:3
299:3
**microscope**

23:12,16,19
24:4,14,16,20
25:15 104:8
135:24 137:4
156:11 226:7
**microscopes**
298:19
**microscopic**
120:5 134:17
154:22
**Microscopically**
256:15 257:3
**microscopist**
187:12 264:11
296:15,19,23
297:12,25
**microscopists**
297:3,17
**microscopy** 5:5
26:19,20 93:25
190:23 191:9
191:11 194:2,6
194:15,22,24
195:19,24
243:8 287:8
288:2,6,24
291:13 298:12
303:5
**middle** 115:10
123:16,18
145:17 271:17
**middle-income**
76:22
**midsentence**
225:6
**midway** 242:7
**migrate** 107:23
138:4,14
163:23 164:3
275:12,15,19
276:5 280:3
281:21 282:23
283:13 284:1
285:7 287:17
306:10,19,24
309:14,15
310:11 312:23

313:7,15
318:21
**migrated** 277:5
277:23 294:1,4
299:11 313:1
314:9,21
**migrates** 311:17
**migrating**
276:15 309:1
**migration** 67:11
164:19 275:9
280:15 285:15
295:16 299:17
299:19 307:4
308:21 310:21
310:22 314:5
315:24 317:4
319:1
**migratory**
302:21
**million** 204:22
205:16 206:10
**mimicking**
184:9
**mimics** 136:3
**mind** 22:8 157:4
173:5,13
174:17 178:10
192:13 212:13
213:12,20
223:24 296:4
**mineral** 90:15
91:2,3 104:12
166:2,15 168:1
169:16 172:8
177:23 209:14
**mineralogist**
64:15 90:10
91:17 95:12
105:4 226:17
262:21
**minerals** 224:24
229:11
**minimal** 233:21
**minor** 132:7
**minute** 46:6
91:7 113:13

182:5 189:7
205:9,9,9,17
224:2 240:3
270:13 322:21
**minutes** 118:11
158:14 174:21
203:9 204:11
204:17 285:22
303:4
**mischaracterize**
148:14
**mischaracteri...**
148:12,21
150:18 157:21
202:5 250:5
**Mischaracteri...**
20:13 149:22
309:6
**misclassificati...**
237:17
**misclassificati...**
238:17
**misclassified**
93:4 235:15
237:6
**misdiagnosed**
235:21,23
237:10,22
**misidentified**
104:11
**misleading** 99:7
253:2,8
**misplaced**
281:22
**misreporting**
235:16
**missed** 30:22
173:2 246:23
**mission** 4:18
75:14,23 76:3
76:25
**misspoke**
163:18
**Misstates** 20:1
52:13 62:16
164:11 202:4
203:3 208:17

**mistake** 235:25
238:16
**mistaken** 234:14
**model** 175:20,25
**models** 116:20
**Mohamed** 6:9
**molecular** 5:18
121:9,21
136:12 152:14
155:16 219:25
270:9,17
**moment** 82:1
85:12 122:2
170:20
**money** 206:4,17
**monkey** 308:22
**monkeys** 280:16
281:1,6,9
282:7,15
**monograph**
4:22 77:10,23
79:2,5,7
102:20 103:6
103:14 230:17
**Montgomery**
2:5
**morning** 7:3
8:15,16 14:4
222:7
**morphologic**
141:1 233:24
234:7,11
**morphologica...**
225:24 238:21
**morphology**
25:8 226:13,25
258:17
**Morris** 1:13
270:4
**Mossman** 13:10
**mouse** 116:20
308:23
**mouth** 19:21
300:7
**move** 24:9 81:10
100:11 102:6
105:13 134:4

147:19 271:10
305:12
**mucinous** 114:7
**multifactorial**
175:17 176:19
**multinucleated**
256:20
**multiple** 176:24
176:25 202:10
293:11
**mutation** 139:18
180:16,22
181:14 182:11
182:20
**mutations**
114:21 140:25
180:7 181:11
181:12 260:25
**Mycobacterial**
240:12

---

## N

**N** 2:1 3:1 4:1
**N.W** 3:14
**naked** 244:14,15
246:8,11
**name** 7:4 8:23
21:9 105:8
187:7 327:14
**named** 105:9
320:4
**nasal** 80:6
**nations** 74:21,24
**Nationwide**
32:14
**natural** 154:23
**NCI** 205:24
**near** 115:1
145:15
**nearly** 215:20
218:20
**necessarily** 27:5
87:8 112:21
163:11 170:21
180:18,25
181:3 182:17
182:19 207:24

209:1,5 218:16
220:4,11 293:4
296:22 297:21
301:15
**necessary** 27:6
181:16 208:4
231:11 239:10
319:15 328:4
**need** 10:22
15:11,13 18:11
25:4 27:10
48:23 59:4
67:3 99:12
100:14,20
117:24 141:7
142:18 149:23
193:7 196:9
222:6 228:3
231:7 279:23
297:9,18
316:19 323:8
**needed** 252:25
**needle-like**
227:2 256:24
258:7,11,17
**needs** 209:6
295:24 296:24
**negative** 142:9
261:1,3 281:19
282:4 324:24
**neighborhood**
204:22
**neither** 210:22
324:15
**neoplasm**
176:25
**neoplasms**
271:22
**neoplastic** 71:17
165:15
**Ness** 160:25
162:21 319:5
**Nevada** 1:14 7:1
7:8 14:24
**never** 17:20
18:10,23 20:4
20:4 21:13

23:5,8,9 25:6
48:3,8 52:6
58:5 59:2,11
59:17,23 61:4
63:2 70:23
71:1 120:2
134:13 139:24
141:18 149:11
149:13 151:4
169:25 176:13
179:6 219:11
244:3 245:14
247:24 266:18
267:6,7 304:19
**new** 1:2 7:9
13:21 191:1
306:2
**Newport** 2:9
**next-to-last**
306:15
**next-to-the-last**
264:18 299:6
306:8
**nice** 98:2 161:15
279:8
**nickel** 80:3,3,11
**Nicole** 5:20
**nine** 45:3 47:20
157:20 223:19
225:14
**nitrogen** 81:15
85:25 86:8,9
86:11 87:2
254:2
**nitty-gritty**
107:20
**node** 194:10
195:2 196:1
203:12 277:12
278:4 285:18
286:10 293:12
**nodes** 5:6
188:15 190:24
191:23 192:16
192:19,20,21
192:23 193:1
199:12 204:2

276:14 277:5
277:13 287:9
287:18,20,23
288:8,11 289:1
292:8,16
293:10,16
294:1,3,4,10
294:13,17
295:1,6,14,20
299:10,20
302:17 303:2
303:21 304:9
304:14,18,21
305:5 306:11
306:19,20,25
**nonasbestos**
166:1,14 168:1
169:16 172:8
177:22 209:14
**nonexpert**
237:15
**noninfectious**
54:15,24 55:1
55:8,10 240:6
240:25 247:16
**noninvasive**
138:15
**nonlesion**
165:14
**nonmalignant**
5:16 263:13
264:21 265:14
265:19 266:17
293:15
**Nonneoplastic**
184:3
**nonresponsive**
24:10 99:15
100:12 305:13
**nonserous**
160:12
**nonskilled**
238:18
**nonspecifically**
23:21
**nonsteroidal**
106:21 107:4

**nonusers** 189:18
**normal** 120:16
123:1 131:8
300:1
**normally** 104:6
108:7,7 230:15
**North** 1:13
**notably** 280:11
283:21
**Notary** 330:18
**note** 195:17
285:13 322:19
**noted** 310:25
328:10 330:8
**notes** 327:11
**notice** 4:15
11:17 92:24
160:25 216:13
315:18
**noticed** 50:9
**notion** 57:19
306:7
**NSAIDs** 107:12
**number** 10:19
12:14 32:8,13
59:23 116:23
138:11 145:10
145:20 156:14
156:18,23
157:2,16
206:19 233:4
241:10 255:12
266:10,25
270:3 309:24
319:11 325:23
**numbers** 92:16
92:19
**numerous** 194:7
194:25 195:18
195:23

─── **O** ───
**oath** 10:5 16:17
245:19
**OB/GYN**
303:11,14
**object** 19:11

39:22 48:16
99:14 128:23
137:6 156:2
185:19 192:2
214:9 252:19
261:22 311:22
321:2
**objection** 10:9
16:24 17:22
18:7,21 19:6
19:15 20:1,13
21:6,10 22:2
22:15 23:13,23
25:22 26:13
28:22 30:17
34:23 35:14,20
36:1,6 39:3
41:3,12 42:1
42:12 43:8,19
44:2,10 45:6
45:18 46:2,12
47:2,8 48:2,13
49:10 50:22
52:13,19 53:7
54:2,16 55:3
56:1,11,20
59:3,19 60:18
61:9 62:9,16
62:24 63:11,17
64:5,12 65:3
66:11 67:24
68:6,18 69:6
69:19 70:11
71:2,19 72:11
73:12,23 74:7
74:16 75:6,17
77:2 78:2 81:6
81:24 82:12
83:9,23 84:17
85:11 86:2,15
86:20 87:7,13
87:23 88:5,15
88:21 90:7,21
91:5,14 93:8
94:4,18 95:15
96:1 97:14
99:2 100:18,21

101:9,17
102:13,18
105:11 106:7
106:24 107:17
108:13 109:15
110:3 111:22
112:5,9 113:4
113:21 114:3
117:8,21
120:23 122:9
124:3 125:9
128:21 129:8
129:21 130:20
130:25 132:17
132:25 133:23
134:10 135:25
136:22 138:6
138:21 139:6
139:16 140:1
140:23 141:11
141:23 142:8
142:17 143:1,7
143:15 146:2
146:14,22
147:15 148:1
148:12,21
149:19 150:18
151:11 152:3
152:23 153:16
155:3 156:13
156:20 157:5
157:15,21
158:12,22
162:13 163:6
164:6,11,18
165:3,11 166:3
166:16 167:16
168:4,17
170:12,19
172:11,23
173:6,16,25
174:20 175:3
175:11,22
176:1,13,23
177:7,10,15,25
178:7 179:12
179:17 180:10

180:20,24
181:7,20,25
182:9,16
183:11,14,22
184:15,24
185:4,11 186:2
186:16 187:1
187:20 188:17
189:2,25
190:10 195:12
196:5 197:11
198:12 199:16
199:20 200:8
201:8,18 202:4
202:18 203:2
203:24 204:15
205:1 206:14
207:4 208:8,17
209:22 210:4
210:15,21
211:7 212:6,25
213:5,13,22
214:15 215:11
216:12,18
218:13 219:1
219:10,16,23
221:16,19
226:11,14
227:11,23
228:2 229:13
229:22 230:8
230:20 231:8
232:22 234:9
237:12,24
238:14 239:5
244:1,19 245:8
246:2,20 247:8
247:21 248:2,7
248:13 250:5
251:4,19 253:5
253:7,17 254:3
254:12,18
257:10 258:13
258:19 259:3
260:9 262:5,18
263:2,8,15
265:15 268:16

269:8,15 271:2
272:1,5,21
275:5 276:7,16
277:25 281:5
281:11,23
282:12 283:1,4
283:15 284:3
284:11 286:6
289:4 290:8
291:1 292:13
292:23 293:2
294:6,18 295:8
295:21 296:13
297:7,19
299:14 300:23
301:19,25
303:3 304:4,15
305:3,9,18
307:1,18
308:16 309:6
309:17 310:12
312:5 313:2,10
313:17 314:13
314:22 316:1,9
317:7,17,22
318:7,16,23
319:9 320:5
321:20 322:8
**objections** 186:5
327:10
**objective** 76:5
**obliterated**
147:24 152:1,7
153:14 155:13
155:24 156:9
**obliterating**
154:18
**observation**
233:22
**observations**
223:13
**observe** 296:10
**observed** 58:10
62:10,14
119:18,20,22
147:22 150:24
151:24 152:22

153:1,12
154:25 156:12
157:3 179:6
195:9 198:17
224:9 235:13
244:4,5 273:8
273:13,23
295:13
**observing**
151:19,20
202:25 253:11
**obvious** 60:10
291:17
**obviously** 38:8
103:13 120:3
140:5 199:23
**occlude** 117:19
**occupational**
78:5 233:3,9
235:14 265:8
**occupationally**
78:6 92:15
**occur** 17:17
67:20 85:13
104:15 121:22
121:23,24,24
122:22 134:19
143:9
**occurred** 313:21
**occurring**
114:22 131:21
**occurs** 52:23
85:7 108:3,7
122:23 131:7
134:22
**offer** 35:12 36:4
38:24 129:18
130:14,17
164:14 209:18
214:8,12
**offered** 13:4
49:2 212:1
213:19 214:12
**offering** 29:5
215:3 301:5
**offers** 34:2,13
214:21 306:23

**offices** 1:13
**oh** 9:18 14:25
16:7 24:25
32:7 38:4,21
102:9 104:4
121:21 136:7
137:4 159:7
172:18 174:5,8
174:10,11
196:13 199:11
209:13 231:22
235:7 240:14
244:6 246:23
259:5 260:14
266:9 279:23
282:8 296:20
297:22 298:17
314:19
**Ohio** 3:9
**okay** 11:5 12:2
12:11 14:8,11
18:3 22:6,8,10
24:9 25:7,16
31:14 32:4,9
32:18 34:10,12
39:8,12 41:1,2
42:14,22 45:14
47:5 48:5,7,22
49:5,7 50:25
51:21 52:17
53:17 54:21,25
57:14,16,18
60:25 68:3
69:12 74:3
75:4,21 76:4
77:9 78:19
79:9 82:9 83:6
85:17 89:9
93:5,24 94:7
94:22 95:1
96:18 98:16
99:4 101:19
102:9,24
106:18 108:20
110:12,18
111:10 112:23
115:15,15,17

116:18 117:4
118:2,8 120:9
122:15 126:1
127:3,11,15,17
131:4,14 132:4
132:8 133:5,15
134:7 136:7
144:10,12
145:14,16,19
148:7,25
153:17,20,23
154:9 155:7
156:8 158:17
159:6 161:17
163:10 166:13
167:7,13 171:2
171:4 172:5,18
173:2,21 175:1
176:5 177:22
188:12 192:18
193:9,12,21,25
195:7,11
196:19 197:23
200:2,15,21
202:22 204:20
205:4,15 206:7
207:2,8 208:12
210:18 213:9
215:1 216:9
217:10,11,19
218:16 220:24
222:21 223:10
224:4 225:7,10
225:22 226:19
227:7 228:16
228:24 231:24
232:18 235:10
238:8 239:20
239:20 241:7
242:6,22
243:12 245:18
245:21 247:4
247:24 248:25
249:1,13,15,20
250:17 251:12
251:14 253:5,6
253:24 254:21

255:4,23
257:15 258:1
264:17 267:4
267:18 268:1,3
268:7 270:22
271:14 272:18
273:21 275:10
276:24 277:16
279:1,3,18,21
284:14 286:4
286:24 291:5
293:21,22
294:10 301:11
302:8 306:14
306:16 309:22
310:23 322:15
322:16 323:5
324:10 325:8
326:1
**omits** 280:12
283:21
**once** 121:23
247:24
**one's** 217:19
**one-page** 283:10
283:25 284:18
**one-time** 262:24
**ones** 13:8 152:15
152:16 164:9
**ooOoo--** 326:7
**oophorectomy**
136:17 291:14
**open** 131:4
300:8 311:13
**opening** 230:6
310:7
**operation**
184:10
**OPERATOR**
7:3 8:5 61:13
61:16 118:5,8
178:12,15
255:1,4 286:25
287:3 315:12
315:15 326:3
**opines** 267:20
268:5

opinion 38:14
38:23 50:16
52:20 56:25
57:19 62:15
64:19,25 68:13
72:6 78:15,20
78:21 82:25
83:16 94:7,12
94:17,20 95:1
95:23 96:7,14
97:6,8,10,11
97:18 102:15
107:15 130:8
133:7,17 134:3
145:3 150:14
163:12 166:24
167:21 172:19
174:7 177:19
199:24 203:8
203:10 210:24
213:9 221:13
221:14,21
274:20 275:18
279:2 285:15
295:13 298:24
299:18 310:10
311:20 324:17
opinions 28:19
29:5,10 32:23
34:2,13 35:19
35:22,25 36:4
36:25 37:1,9
37:10,19,25
38:20,25 49:25
66:9 70:20
187:17,24
201:16 208:1,2
210:3,19
214:13,13,21
215:3 220:21
260:12 307:10
308:5 317:3
318:15 319:8
323:1,11,24
324:12,20
opportunity
287:6

opposed 233:20
262:25 293:25
295:15
Oral 4:15 11:17
50:1,17,19
order 15:10 25:9
47:12,19 150:5
219:2 232:15
299:21 316:18
organ 71:4
222:8
organic 166:1
166:14 169:15
organization
74:21,23 76:19
organizations
76:17
organs 83:17
147:8 248:17
287:17
origin 108:22
109:22 316:22
original 13:20
31:16 38:16
42:17,18,22
87:20 327:12
328:13
originally 14:5
originate 137:17
originated
136:10,19
outlier-type
130:7
outline 35:18,22
166:6,8
outside 34:2,14
47:7 86:4
102:5 104:24
214:22 215:4
ovarian 5:20 6:4
6:8 9:11 17:21
18:6,11,20
20:5,6,23 21:1
21:5,17,19,25
22:13,18 23:6
29:6,11,20,24
29:24 30:14
31:3 32:13

33:8 35:25
41:10,20 42:7
47:10 49:13
50:1,17,19
51:5,10 53:10
54:4 55:14
56:9,19,25
57:7,20 58:6,7
59:1,23,25
60:11 62:8,12
62:20 64:21,23
65:1,12,18
66:16 68:10
70:9,15,16,22
71:9,12,14,21
71:23,24 72:4
72:9 73:1,11
73:20 77:19
78:22 81:1,8
92:8,24 96:9
96:13,19 97:9
97:20,25,25
98:5,8,17,18
100:9 102:16
106:23,23
107:6,14
113:17 114:1,2
114:11 123:22
126:12 128:5
130:15 135:9
135:20 136:15
136:19 137:5
137:25 139:4
139:11,23
140:6,8 146:21
147:21,22
148:2,8,18
149:14,16,25
150:15,21,25
151:1,4,23,24
153:6,8,11,12
154:13,16
155:16 156:10
156:22 158:21
160:4 162:1
179:16,22
180:19,22

181:18 182:23
183:9,20 184:8
188:14,23
189:4,7,12,18
189:22 190:15
191:22 192:19
198:6 208:15
210:10,25
215:17,19
221:9,11,13,15
221:22 222:10
222:11 223:6
232:7,8,20
233:11,15,16
234:21 235:19
235:21 236:16
237:11,22
238:10 239:14
239:19 247:25
250:19 258:25
259:2,16,24
260:2,8,21
267:21 268:9
268:15 269:1,7
270:11,19
273:4,8,16,23
273:25 274:1,3
274:5,7,21
275:2,21
277:14 278:11
287:15,23
289:15,20
290:2,11,18
291:15 293:17
295:1,5,20
300:15 302:13
303:16,25
304:3,11,19,20
305:1,8,16,21
306:4 307:5,14
307:20,21,23
315:8 316:13
316:22 319:18
319:20,21
320:3,15
321:18 323:1,2
323:20,25

324:19,21
325:7
ovaries 77:24
78:11 80:23
92:13 93:14
94:13 96:15
97:7 98:2
107:25 112:15
113:3 120:21
124:1 125:8
132:15,23
133:9,22
136:10 138:5
151:9 154:15
275:9,12,19
276:6 277:24
280:4 281:22
282:24 283:14
284:2 285:8
291:13 293:15
294:12 295:5
309:2,3 311:2
311:18 312:23
318:21
ovary 62:1 71:4
72:2 77:12
80:20,22 81:4
91:24 93:3,6
93:11 98:21,22
99:22 109:10
111:21 115:20
116:14 119:24
121:3,20,23,24
122:18 126:4
126:16 127:6
134:5 136:20
138:10,18
140:18 149:8
151:20 159:20
184:4 221:4,6
221:10 292:4
overall 302:22
overgrown
155:18 158:4
overgrowth
152:18
overinclusive

40:3
**overstates** 224:5
**overview** 209:4
**overwhelming**
262:2,7
**Oviducts** 5:23
279:6,16
**ovulate** 300:4
**ovulation-ind...**
159:24 161:23
**oxygen** 81:15
85:25 86:7,10
87:1 224:17
254:1

**P**

**P** 2:1,1 3:1,1
**P.M** 326:5
**p53** 88:23
137:15 138:1
139:18 151:16
180:7,15,22
181:11,11,12
181:13,17
182:6,10,20
221:5,5
**page** 4:4,11 5:3
5:8 6:3 12:14
32:6,7 33:25
34:7 38:14
42:25 67:2
79:8 89:5,12
89:13 103:24
105:14 108:17
108:20 113:9
115:1,10
126:10,15
127:18 131:14
135:4 145:13
153:23 154:1
159:4,11,12
191:7,18,19
193:4,12,18,19
193:20,21
195:16,17,21
197:22 205:10
205:12 214:20

214:25 217:5,6
217:7 231:16
235:1 239:15
240:4,4 242:5
249:15 250:17
255:24 267:12
267:13,15
271:15 273:3
280:8,11
289:11 298:10
299:5 302:4,7
306:13 310:23
329:4
**pages** 5:13 12:13
14:7 103:7
127:8 330:4
**paid** 206:18
207:16 208:6
282:19
**Pam** 8:5
**Pamela** 1:15
327:19
**pancreatic** 54:5
**panel** 194:6,14
194:24 211:25
**panels** 211:16
**panties** 312:1
**paper** 20:22
27:7,8,19,21
28:7 29:3
38:10,13 62:19
143:2,17 144:3
144:5 146:17
147:11,12
197:9 200:23
201:6 212:24
213:18 250:6
250:16 264:20
265:12 266:22
276:17,21,24
276:25 279:8
279:15 280:2
284:24,25
285:6,13
290:17 297:13
306:23 308:8
309:18

**Paper's** 27:3
**papers** 9:16
21:24 22:4
30:11,18,21
31:5,8 32:10
65:20 66:3
220:12 316:12
**papillary** 38:10
143:17 144:1
146:17,20
147:12
**papillomavirus**
206:1
**paraffin** 288:1
**paragraph** 34:9
76:4 92:2
115:1,12
145:18 169:6,8
192:12 193:15
193:22 215:3
215:18 218:21
235:2,6,7,8
240:1 250:21
255:24,25
257:2 264:19
265:18 267:19
267:24,25
268:1,20
271:17 293:7
298:11 306:8
310:24
**paralegal** 12:6
**parameters** 35:1
**paranasal** 80:7
**Park** 2:12
**Parkway** 1:14
**part** 4:20 49:9
49:24 57:15
74:20,21,23
85:19 87:24
88:7,7,12
124:24 126:24
127:21 160:16
165:8 182:2
185:9 223:8
236:15 240:16
254:6 293:18

293:22 313:3
**part-time**
217:22 218:22
**partial** 207:5,9
**participate**
65:19 165:19
**participated**
26:10,14
145:10,19,20
303:10
**participation**
28:14
**particle** 60:16
68:14 69:1,13
185:8,9,17,24
186:10,15,18
188:23 189:21
201:5 243:14
243:22 245:2
246:1,7 296:10
**particles** 25:13
68:3 70:2,5
100:3 104:6,7
163:23 164:3
186:7,12,23,24
186:25 187:18
187:25 188:13
188:21 190:3
191:13,21
192:15,18,25
194:7,25 195:8
195:19,23
196:3,21,25
197:9,20
198:15 200:4
200:12 201:10
201:21,22
203:1,23
204:14 230:15
244:18 245:24
246:18,18,19
247:2,3,6,11
248:11,11
249:22 250:10
251:16,17
252:3 253:11
253:13 254:10

257:9,15,16
273:16,23
275:2 276:5
278:11 280:21
288:4,12,15,23
294:25 295:5
295:13,19
297:5 298:19
299:1,9,24
301:6,14,14,16
304:10 310:20
311:1 312:4
**particular** 45:2
66:1 76:20
117:6 142:6
165:8 203:12
260:13 309:23
**particularly**
160:16 187:18
264:12
**partnerships**
76:23
**parts** 111:25
134:17 250:18
**pass** 117:19
123:25 164:16
**passage** 116:4
293:4 300:3
311:2
**passes** 109:8
111:19
**passing** 108:6
**patent** 131:23
**pathogenesis**
135:9 142:25
144:1
**pathogenic**
225:2
**pathologic**
218:7
**pathological**
268:10,13
**pathologically**
101:6,14
234:20
**pathologist** 9:5
14:18 20:18

Robert Kurman, M.D.

26:16 30:10
47:25 92:25
93:2 133:5
135:22 136:8
136:16 170:16
187:12,21
188:4,7,8,10
215:8,8 218:17
218:20 219:25
220:1,3 235:24
238:16 264:10
**pathologist's**
30:1
**pathologists**
15:20,22 16:3
18:9,24,24
20:10 21:4,24
37:6 72:8,23
72:25 110:1
119:9 188:5
216:16 217:22
219:8,20 220:7
234:13,21,24
234:25 235:22
236:1,23
237:10,15,21
238:9,18 239:6
239:7,9 251:15
253:10 303:19
304:12
**pathology** 5:12
9:10,16 15:3,4
15:5,9,11,17
15:18 16:5
20:3,24 29:19
29:22 30:8,12
34:18,21 37:1
37:7,8,9,15
44:14 46:18,19
48:6 58:12
59:22 65:12,16
118:14 119:11
151:3 157:9
187:22 188:3
200:22 204:3
215:17 218:18
218:21 219:14

220:2,12,16
234:17 235:3
235:11 236:14
255:11 275:21
320:16
**pathway** 120:16
**pathways** 81:17
84:8
**patient** 58:12
292:21
**patients** 5:16
58:11 98:5
106:20 107:3
169:13 256:11
261:12 262:10
263:13 264:21
265:1,13,21
266:16,19
286:18 287:24
289:10 293:11
293:16 303:16
303:19 304:2,6
311:12
**pay** 303:20
304:13
**peer** 26:23 27:1
28:18 29:7
211:16,25
**peer-reviewed**
199:18
**pelvic** 5:6
112:16 143:19
144:18 145:6
161:12 188:14
190:23 191:22
192:16 193:1
198:1 256:10
277:5,11,13
285:17 287:9
287:17,20
292:7,7 293:10
295:1,6,14,20
302:15 303:1
304:9 314:16
**pelvis** 276:15
**pelvis.'** 285:16
**penetrate**

229:15
**Penninkilampi**
33:22 39:14
40:14 290:21
290:24
**Pennsylvania**
2:22
**people** 10:23
15:24 27:4,5
50:9 78:5
92:17 118:18
118:25 123:18
128:12,17
129:11 130:12
163:20 210:23
218:1 260:11
272:14 324:16
**percent** 108:10
114:11 131:7
131:12,22
160:10,11
169:7 215:20
215:21 236:7,9
237:7 290:19
290:25 311:7,9
311:12 312:25
313:21
**percentage**
108:14 156:10
158:1
**perfect** 117:18
**perfectly** 182:21
**perform** 26:18
28:24
**performed** 23:3
58:12
**perineal** 6:8
78:7 105:25
106:4,9 209:16
233:1 277:5
287:14 288:9
292:11,12,14
294:1,4,9,16
295:2,15
299:19 313:23
**perineally**
292:22

**perineum**
107:24 275:12
275:16,19
276:6,8 277:24
278:2 280:3
281:22 282:23
283:14 284:2
285:8,8 299:25
309:2 310:5
311:17 318:22
**period** 176:17
280:18 281:2
**periods** 229:16
**peritoneal** 69:2
69:14,18,22,25
108:9 109:10
112:1 116:5
128:3 165:24
166:12 167:12
167:13,15
168:2,7,10,12
183:21 184:8
209:19 235:18
235:20 299:22
300:6
**peritoneum**
109:1 170:8
278:4
**permit** 288:22
**peroxide** 224:16
230:3
**person** 16:13
295:19
**personal** 3:12
7:21 83:4
163:11 236:12
**perspective**
302:21 325:22
**persuasive**
155:12
**pertain** 161:20
250:25
**pertaining**
30:14 84:5
**pertains** 315:24
**Pfizer** 206:16
**ph** 1:19

**phagocytize**
243:5,19
252:17
**pharmaceutical**
204:23 205:5,7
206:11
**pharmaceutic...**
105:22
**pharynx** 83:15
**phase** 176:11,11
**PhD** 5:21
**Philadelphia**
2:22
**Philip** 168:22
**Phillips** 309:3,4
**photo** 196:24
**Photocopy** 5:8
**photograph**
231:22
**photomicrogr...**
193:5 195:17
196:2,12,21
197:10,17
249:16 250:2
250:10
**photomicrogr...**
193:13 194:4
199:14 251:25
**photos** 198:22
198:24
**phrase** 168:15
172:6 175:2
**physically** 310:7
**physician** 317:2
317:5
**physicians**
263:12
**physiologic**
131:6,21
**physiological**
284:20 285:4
**pick** 112:3,14
123:15
**picked** 113:2
**picking** 194:19
**picture** 197:6,13
197:18

Robert Kurman, M.D.

Page 363

pictures 189:6,8
196:10
pills 261:2
pin 307:4
place 119:19,23
120:3,4,9
121:18 122:14
123:6,15 134:9
134:14 150:9
173:10 200:17
325:24 327:8
placed 311:1
314:16
places 166:10
251:6 281:10
plain 23:18
plaintiff 13:14
13:16 36:22
210:13 324:6
plaintiffs 2:3
7:15,17,19
8:18 56:8
161:4,7 312:2
plaintiffs' 4:14
9:15 11:16
15:12 29:25
55:12,18,24
56:17 73:5
210:12 324:5
plan 319:24
plane 288:13
plasma 85:21
256:22
plate-like 104:7
230:15
plates 191:12
298:23
platy 96:10
plausibility
44:19 45:11,17
45:23,24 46:1
46:3,5,5,11,15
46:17,20 47:6
47:14,17 48:10
49:1,8,16,17
49:18 50:5
65:9,23,25

66:7,20,25
98:8 100:25
plausible 48:1,3
48:9 50:2
57:21 58:25
59:17 62:7,15
62:23 63:3
64:20,24 65:6
66:19,24 71:1
73:10 96:18,20
96:23,25 97:2
97:9,20,24
125:6 129:6,10
134:8,15
139:22 140:15
140:21 143:25
149:11 160:18
163:4 212:3,13
212:23 213:11
213:20 295:1,6
295:18,23
296:1,6 304:24
312:12,16
play 140:19
143:4,25
158:20 161:25
219:18 317:25
played 273:17
plays 62:4 82:5
87:14 117:17
160:4
Plaza 2:8
please 7:12 8:23
22:7 40:25
42:2 43:15
63:18 66:21
94:10 118:3
119:25 122:10
139:25 140:2
141:24 153:5
174:1 240:20
253:1,18 295:9
300:25 328:3,7
pleura 170:7
pleural 5:16
82:15 232:4
261:20 263:7

263:13 264:22
265:19
pleurodesis 5:16
51:20 139:9
248:12 261:6
261:13,19
262:3,10,11,13
262:15,23
263:13 264:21
265:6,13 266:9
266:16,19,23
267:9
plural 265:14
point 15:10 21:2
33:18 58:2,20
71:20 72:24
77:21 96:16
97:3,19 124:17
141:7 143:18
146:8 150:13
172:13,17
195:4 203:18
218:19 219:2
226:1 246:15
249:1 250:1
255:23 276:22
280:25 281:15
282:1 303:8
pointed 56:3
252:24,25
pointing 27:8
252:20
points 46:21
49:19
polarizable 26:6
polarization
25:11 203:15
204:1,5
polarize 26:7
204:3
polarized 24:7
25:20 26:2
194:6,15,24
195:19,24
196:24,25
243:9 288:6,24
polarizing 5:4

25:12 190:22
191:9,11 194:1
194:21 256:25
258:8 286:11
287:7 298:12
298:18
Policy 4:19
polymorphon...
85:22
polyploidy
81:16
poor 155:25
population
32:20,21 45:1
105:24 106:13
106:16 291:22
Population-B...
32:14
populations
218:4
portion 103:5,8
116:12 255:10
portions 203:21
position 55:16
154:4 209:17
209:18 253:16
275:14 276:2
298:2 299:7
positions 55:18
positive 142:13
282:5
possibility 238:1
265:25
possible 10:5
22:17 29:23
142:14 179:25
189:11 201:25
264:25 265:9
265:20,24
300:7
possibly 83:13
137:19 173:9
286:18 294:21
317:10
potency 89:25
potential 79:25
123:24 124:19

124:22 125:7
128:2 130:18
138:24 141:20
265:9
potentially
64:10 82:16
159:23 184:9
potty 58:20
pours 312:1
powder 1:4 5:19
17:19 18:6
23:11 24:13,23
24:25 50:1,2,4
50:6 58:13
63:14 64:11
95:2,7,23 96:5
148:17 207:17
256:10 267:20
268:8 270:10
275:18 314:6,9
314:9,15
powders 51:11
106:1,5 262:17
268:24 269:22
practical 303:13
practically
284:15
practice 119:9
practices 1:5
218:5
precancerous
150:24 151:1
151:14
precede 137:16
precedes 137:12
precipitating
141:22
precise 108:22
109:22
precursor 50:7
52:12,18 68:5
68:17 69:5,17
116:10 135:5
135:12 137:9
137:11,24,24
138:20,25
139:3,14 140:5

Case 3:16-md-02738-MAS-RLS   Document 9886-8   Filed 05/29/19   Page 330 of 348 PageID: 61104
Robert Kurman, M.D.

Page 364

140:6,16
141:10 142:15
143:5,8 144:7
146:21,23,24
147:21,24
149:14 151:9
151:13,23,25
152:21 153:11
153:14 154:12
154:19,21
155:7,13,23
156:12 157:3,8
158:9,10
190:12 221:4
221:11,23
222:7 267:12
307:24 308:12
319:21
**precursors**
146:3 150:7
151:4,16,17
154:13 222:5
**predecessor**
15:15
**predominance**
128:25
**predominant**
128:15,19
129:3
**predominantly**
272:23
**prefer** 110:14
**preparation**
9:21 40:2
207:3
**prepare** 8:25
9:14 13:23,25
14:1,11,12
44:5 314:3
**prepared** 40:15
**preparing** 9:3
9:24 32:22
**preponderance**
202:13,17,19
202:23,24
203:6
**presence** 84:21

99:22 100:9
198:3 273:15
274:1 276:13
277:13 294:17
305:5
**present** 3:17
122:3,6 136:14
136:14 147:23
151:24 153:13
154:17,20
169:21 189:17
212:8 215:17
223:5 252:4
258:2 292:2
299:9 303:18
312:6
**presently** 325:5
**preserve** 288:22
**press** 207:12,13
207:14
**presumably**
116:2 163:23
252:1 312:4
**presume** 198:15
200:2
**pretty** 36:2
60:10 66:14
119:10 131:10
232:11 269:9
272:22 289:5
**prevent** 128:1
141:7 307:4
**preventative**
76:12
**preventing**
141:6
**Prevention**
141:4
**preventive**
76:12
**previous** 216:9
270:18 293:12
320:7
**previously**
16:23 39:18
148:8 159:3
292:2

**primary** 28:17
29:18,18 34:4
34:17 35:4
82:2 105:22
106:2,5 118:15
137:5 161:12
220:15 319:24
**printed** 75:19
**prior** 22:18
289:22 290:3
291:25 319:13
**private** 307:23
**pro-inflamma...**
160:6
**probability**
46:11,14
**probably** 17:13
27:17 55:17
74:25 133:8
175:19 192:20
230:17 234:24
236:18 245:4
245:25 246:14
262:14
**problem** 88:13
222:23 234:24
234:25 251:5
263:18 296:17
301:12 307:15
**problems** 27:9
161:19 212:7
223:5
**procedure** 117:3
262:23 307:4
**procedures**
262:3
**proceeding**
237:19 326:5
327:8
**process** 27:1
28:8,18 29:8
52:23 55:21
56:18 57:21
65:15 83:21
84:4 87:24
109:2 110:7
119:14,18,22

122:14 131:6
131:21 132:24
140:21 144:14
173:8,9 176:11
282:10
**produce** 59:8
60:2 61:20
68:9 70:16
144:22 231:14
274:19
**produced** 8:21
125:11 268:3
**produces** 229:25
**producing**
229:24
**product** 23:12
95:3 150:8
**products** 1:4,5
3:12 24:13,16
95:24 105:21
124:5 289:17
**Products'** 7:21
**professional**
26:25
**professionally**
107:15
**progenitor**
116:24
**programmed**
88:14
**progress** 146:25
147:4,6
**progression**
165:20 173:11
173:14 175:20
176:8
**proliferation**
73:15,16 86:14
114:21 116:23
142:24 143:8,9
143:13,24
144:15,23,24
145:2,4 175:21
176:6
**promote** 76:6
**promotion**
175:21 176:8

176:11
**prompter**
166:25
**pronounce**
256:13
**proof** 278:18
285:16
**propels** 138:9
**proper** 241:13
**properties**
298:20
**proposed** 28:18
45:5 108:24
**proposition**
161:21 164:2
281:21 282:23
283:13,25
**propositions**
251:2
**propounded**
330:6
**protective**
113:16,18
114:1 115:4,24
117:5 129:19
130:3,14,17
261:3,4
**prove** 239:11
273:16 292:17
293:4 297:21
299:24
**proved** 300:12
**proven** 155:14
295:25
**provide** 27:7
28:4 44:8
224:19 270:17
302:25
**provided** 31:15
36:15 37:21,24
39:9,24 42:11
**provides** 198:4
273:18 276:14
302:13
**provision** 27:22
**proximal** 123:19
**PTI** 3:3,3 7:23

7:23
**public** 289:14
330:18
**publication**
28:15 66:8
212:1,4,5,12
212:24 213:12
213:21 264:5
298:5
**publications**
21:8,16 26:25
28:14 187:15
188:12,18,19
**publish** 29:10
**published** 20:10
20:17 22:25
23:5 28:20
29:7 32:12
66:15 72:7
118:20 132:9
132:11 136:24
155:9 162:18
199:18 286:1,3
286:4 297:11
320:19 321:10
321:14,18
**publishing**
22:13
**PubMed** 9:19
**pull** 322:20
**pulmonary**
179:3 187:21
188:4,5 248:22
**Pure** 133:10
**purified** 296:20
**purity** 262:16,20
**purported** 18:19
212:22
**purpose** 28:17
287:12
**purposes** 239:3
**pursue** 18:12
**put** 19:20 21:9
36:14 38:1
41:24 42:13,18
109:12 110:12
114:13 129:17

144:21 156:10
163:5 188:10
189:13 216:17
227:19 246:5
259:13 263:3
267:2 310:20
325:21
**putative** 154:11
154:21

---

**Q**

**qualified** 26:18
40:25
**qualifying** 130:5
**quantify** 287:25
**quantifying**
264:12 301:17
**quantity** 256:17
257:5 258:2
**question** 18:10
20:4 24:12,21
24:25 25:2
32:16 36:7
38:18 40:19
42:4 43:15
47:23 53:13
54:9,9,11
59:16,20 62:22
63:19 64:1,24
66:21 68:14
69:8,10,11
77:13 78:10
81:3,3 82:9
83:24 87:19
94:10,16 95:12
97:4,6 100:14
100:17 101:13
101:20 102:3
112:23 113:14
119:25 131:5
136:6 140:2
141:24 142:9
142:14,20
151:2 161:18
165:5 166:11
167:4,7 169:20
181:10 191:5,7

192:13,24
199:22 203:4
210:5,18
212:16,18,19
213:17,21
214:2 228:17
228:25 238:25
240:20 246:24
253:1,2 259:3
259:8,13
260:11 261:18
270:22 271:23
276:1 295:17
300:20,25
305:15,17
308:21 313:13
321:11,13
323:5,7,9,15
324:2,10 325:1
325:2
**questions** 8:20
28:10,11 44:15
149:12 181:2
201:13 213:15
225:9 253:8
322:17 325:8
330:6
**quick** 204:21
315:10
**quickly** 36:13
**quiescence**
116:21
**quiescent**
114:20
**quite** 20:19
22:12 42:6
43:6,11,12,18
43:24 142:11
162:15 219:21
235:15 244:17
311:2 320:18
**quote** 235:1
**quote/unquote**
67:15
**quoted** 284:5
**quoting** 166:19
166:22

---

**R**

**R** 2:1 3:1,13
329:2,2
**R.E** 279:19
**rabbit** 309:5,14
**radiation**
165:25 166:13
169:14
**radicals** 225:1
**Raman** 26:20
**ran** 52:1 316:11
**Randomized**
205:24
**range** 188:15
191:15,23,25
192:16 194:8
195:9 200:4
245:4 257:18
299:2
**rare** 52:8 59:25
249:4 272:22
**rarely** 52:21
147:22 151:23
152:22 153:1
153:12,17,18
153:20 157:19
256:1,5
**rat** 282:25
283:10,25
309:13
**Rats** 6:5 283:3
**RDR** 1:16
327:19
**reach** 65:8
123:25 125:8
132:14,15,18
132:22,23
133:8,9,18,22
139:2 222:3
**reached** 308:5,6
**reaches** 285:16
**react** 180:2,3,6
**reaction** 25:12
26:5,11 55:7
58:6 59:25
60:2,8,11,15

61:5 68:10,16
68:23,25 70:6
70:21 71:11,14
72:1 73:11
84:20 85:20
96:8 98:3,13
98:22 148:19
148:20 162:5
162:12 179:10
182:25 183:20
184:7,13,17,23
186:20 203:13
229:25 249:18
252:14 253:4
254:11 256:7
256:16 257:4,7
274:13,19
**reactions** 67:19
85:14 148:10
183:9 242:23
244:9 248:9
**reactive** 81:15
85:25 86:7,8,9
86:10,10 87:1
87:2 254:1,1
**reactivity**
224:25
**reacts** 185:7
**read** 9:15 12:25
13:3,4,6,8,11
13:16 17:16
19:17 37:2,5
38:4,4,6 39:10
39:10,11,15,20
40:6,9,11
41:23 55:17
56:2,3,13,16
56:21 62:19
65:4,13 70:23
86:5 91:19
92:2 93:1,13
95:5,21,22
102:20 103:22
113:12 116:17
126:13,25
127:3,21
131:25 135:16

153:3,3,5
155:4,8 159:3
161:10 163:1
174:2 186:7
187:15,17
188:3 190:1
191:4 192:3,6
196:9,14
203:21 204:10
204:17 215:23
217:17,19
218:9,10 220:9
224:4 230:16
253:21 263:16
270:23 272:25
286:15,16,22
287:7 289:8
314:14 316:10
317:9 318:11
319:12 320:10
322:2,9 325:23
328:3 330:4
**reader** 17:10
208:4
**readily** 154:15
191:10 229:12
298:11
**reading** 9:9
17:13 34:6
89:11 115:9
116:6 153:7
166:4,6 172:15
187:23 188:20
192:8,11
194:13,18
196:11 242:3
248:13 270:20
275:22,25
300:11 321:22
**reads** 264:19
270:14
**real** 313:18,18
**reality** 313:19
**realize** 72:6
218:2 297:10
**really** 15:11
18:12 29:19

30:7 40:18
41:14 42:21
44:24 50:12
54:3 83:10,19
85:19 95:8,11
100:24 130:7
136:12 141:5
142:11 155:4
157:6 165:21
178:24 179:1
204:8 239:11
274:18,22
277:20 282:4
285:6 296:15
296:19,20
307:4,24
**Realtime** 1:16
327:20
**reason** 15:23
30:19 33:3
43:17 44:12
77:6 103:6
123:21 141:20
142:6 179:9
182:22 183:2
192:1 249:11
253:12 328:5
329:6,8,10,12
329:14,16,18
329:20,22,24
**reasonable** 83:3
136:25 175:24
210:7,23 229:5
229:8 298:1
323:17 324:16
**reasons** 291:15
**Reath** 2:20 7:25
**recall** 61:1 78:3
79:8 102:21
107:10 187:22
187:23 248:3
250:24 253:22
259:20 300:11
314:11
**receipt** 328:14
**received** 37:18
204:21 206:10

281:6
**receiving** 280:16
**recess** 61:15
118:7 178:14
255:3 287:2
315:14
**recitation**
239:13 273:7
**recite** 319:5
**recognition**
135:11
**recognize** 11:25
25:10,20 31:22
125:19 261:8
274:21
**recognized** 15:3
251:16 260:7
**recognizes**
275:3
**recommend**
212:4,12,24
213:20
**recommendat...**
28:12
**recommendat...**
304:5
**recommended**
288:25
**reconcile** 274:14
274:16
**record** 7:4,13
42:10 61:14,17
118:6,9 149:4
178:13,16
192:9 193:8
255:2,5 286:22
287:1,4 289:8
315:13,16
326:4
**recorded** 327:10
**records** 236:15
**reduce** 114:19
123:21 125:7
**reduced** 76:14
106:22 107:5
107:13 114:15
**reduces** 113:22

114:23
**reduction**
116:25 117:13
**refer** 10:22 32:6
38:17 170:21
237:7 283:11
**reference** 10:20
11:6 12:12
13:2,20,21,24
14:10 30:15
31:10,19,24
33:9 36:11,14
37:18,21,24
38:2,19 41:11
41:18 42:8,11
42:13,17,18,22
43:17 93:17
102:22 103:19
160:25 161:10
161:15 164:9
172:12 240:14
240:17 245:12
253:18 265:7
267:3 270:5
314:2 318:4,5
318:10,13
320:4 321:8
**referenced**
10:14 11:10
75:9 78:23
103:1,18
161:21 172:17
190:16 191:1
216:24 241:15
255:6 264:1
269:23 279:11
283:6 321:3
**references** 32:7
64:15 160:22
161:19 266:10
266:13 316:11
**referencing**
283:12
**referred** 9:17
51:7 85:1
219:4 233:24
236:1

**referring** 17:1
17:23 30:4
37:13 48:17
51:14 53:12,14
55:15 61:25
63:6,15 64:2
68:8 79:3
92:19 96:3
107:7 126:2
158:24 166:12
169:7 174:10
176:10 186:12
212:15 226:15
232:9 237:22
240:18,21
241:8 246:17
247:1,7 248:10
250:20 251:7
258:11 269:13
277:11 280:6
290:20 312:19
**refers** 50:13
144:6 221:8
**reflect** 149:4
163:11
**reflected** 33:9
163:20
**reflects** 163:7
**refractile**
256:23 258:7
**refute** 309:1
**regard** 47:16
128:8 130:2
144:13 165:24
167:12 172:7
222:18 223:22
223:24 227:9
240:23 254:10
299:7 303:13
307:13 319:3
322:5
**regarded** 90:17
**regarding** 17:19
29:6 35:25
49:25 98:7
166:7 187:24
223:14 315:23

318:20
region 5:6
  116:24 190:23
  287:9 293:10
regional 287:17
  302:16 303:21
  304:14
regions 76:24
registry 236:4,6
  236:11 237:15
  238:7
regular 120:10
  134:23
reject 27:19
  29:2
related 289:18
  289:25
RELATES 1:7
relationship
  17:20 91:9
  302:17
relationship,'
  273:19
relative 100:6
  284:19 285:3
  290:22,25
relatively 237:3
  291:21
release 225:1
  254:1
relevance 274:2
  308:24
relevant 37:1,4
  37:16 185:22
  282:5 317:6,10
  317:20 320:12
reliable 29:1
  66:19,24
reliance 39:20
  39:23 66:7
relied 13:19
  67:7 241:19
  307:16,17,19
  308:22 316:12
relies 224:8
  285:14
rely 32:19,21

232:13
relying 133:5,6
  222:2 308:20
remember
  19:24 51:25
  57:10 107:13
  113:12 114:24
  134:20 149:12
  156:24 169:25
  187:5 188:20
  189:18 209:12
  251:3 259:21
  261:14 267:5
  270:8 277:2
  279:5 309:10
  309:23 315:4,6
  323:3
remembered
  57:17
remembering
  250:22
remind 162:2
removed 200:18
  216:13
rendered 147:24
  152:1 153:14
rendering
  154:18
repeat 49:11
  50:25 63:18
  66:21 95:4
  96:2 97:13
  102:3 111:1
  124:15 141:24
  148:15 157:23
  165:4 240:20
  295:9 300:25
  310:13 317:16
repeated 280:16
repeatedly
  191:24 322:25
repeating 97:15
rephrase 42:4
  43:15 63:18
  83:24 119:25
  122:10 140:2
replicate 281:16

report 4:12,19
  9:17 10:20,21
  11:5,8 13:12
  13:16 17:5,9
  17:11 27:11
  30:1 31:16,20
  32:23,23 33:25
  34:4,16 35:18
  35:24 36:5,22
  37:17,20 38:1
  38:5,16,22
  54:12 57:8
  67:2 92:7
  108:17 109:13
  113:8,9 114:13
  114:24 128:15
  135:4 137:10
  145:9 193:2
  214:3,16
  215:16,20
  218:21,24
  224:4 225:8
  227:24 228:12
  228:14,15
  230:14 231:7
  231:16 234:1,3
  236:6 239:15
  239:16 250:17
  250:23 261:5
  267:11,13
  268:4 275:8
  277:18,22
  278:20,22
  280:5 284:18
  291:24 292:3
  293:13,14,20
  307:11 308:15
  308:17 315:18
  316:10
reported 128:13
  129:2 197:4
  228:19 253:10
  266:18 267:7
  293:8 311:4
reporter 1:16
  8:5,10 194:18
  327:5,7,20,25

reporter's
  327:12
reporting
  192:15 197:3
reports 12:19,25
  36:11 56:13,16
  56:22 93:11
  129:12 188:18
  265:7 270:18
  319:12
represent 8:18
  306:6
representing
  293:10
reproduction
  327:24
reproductive
  107:24 127:20
  127:23 292:17
  293:5
reputable 211:5
request 252:21
requested
  236:17
Requests 4:15
  11:16
require 136:12
required 233:13
requires 101:3
requiring 265:5
research 9:7
  20:6,8 22:16
  22:24 23:2
  41:5 74:12
  76:7,16,21
  204:23 205:16
  206:11 220:1
  316:6
researched
  17:20 18:5
researchers
  76:24
resection 154:23
Residents 119:8
resistance 84:7
  88:11,19
resistances

81:18
resisted 15:22
respect 15:25
  67:14 90:1
Respiratory
  264:6
respond 28:1
  53:13 54:8
  73:21 186:23
  186:24 190:7,7
  251:8 274:15
responded
  323:13
responding
  17:11 61:8
  253:11 267:6
response 4:14
  11:16 59:12
  63:22,24 64:2
  67:10,14,16,19
  68:4,22 69:3,4
  69:14,16 70:3
  70:4 84:16
  98:21 100:15
  101:1,16
  149:17 150:17
  162:11 178:20
  178:23 181:17
  182:6 186:1
  190:9 201:13
  204:14 229:21
  242:24 246:17
  247:1 249:2
  251:17 258:2
  274:10 275:3
  325:1
responses 63:16
  203:22 239:22
  245:23
responsibility
  28:23
rest 110:11
  223:9 270:20
  316:17
rests 109:4
resubmit 27:20
resubmitted

Robert Kurman, M.D.

28:2
**result** 88:12,19
165:9,14
201:23 224:22
271:21 278:11
299:19
**resulted** 73:14
294:16
**results** 186:8
264:24 265:19
**retained** 132:11
**retired** 14:17
187:13 211:17
211:21
**retrograde**
108:2,3,11,25
109:6 110:10
110:21 111:17
112:14,21
114:15 115:19
116:3 119:13
120:9,21
121:16 122:4
123:1 124:6
125:4 131:6,19
132:23 134:7
134:14,22
159:25 161:14
161:24 282:16
314:5
**return** 328:12
**revelation** 151:6
**reverse** 112:2
119:15
**review** 4:19 5:10
6:7 26:23 27:1
27:7,14,15
28:7,15,18,24
29:7,22,25
30:2,11 36:16
38:18 39:21
41:25 65:20
66:3,8,9 93:9
211:16,25
212:1 213:18
214:16 216:5
237:16 241:23

297:13,24
317:14,20
318:20 319:15
320:12,13
321:14
**reviewed** 14:13
20:24 21:16
30:16 31:8,9
32:25,25 33:7
33:11,13 36:17
36:20,22 40:1
66:2 203:5
204:15 213:10
317:23 318:25
320:7,10
321:17
**reviewer** 27:11
27:14,15
197:14
**reviewer's** 27:13
**reviewers** 27:21
28:5,7,9,23
**reviewers'** 27:18
**reviewing** 9:8
58:2 212:19
315:18 319:16
**reviews** 27:12
27:25
**right** 13:12
14:18,23 16:6
16:9,12,18
18:6,20 19:14
20:11,12,18,21
20:21 21:5
22:1,22 23:1
25:2 31:9,17
31:17,22 32:2
35:16 36:23
37:5,11 41:25
43:2,7,14,18
43:22 46:22,23
46:25 47:1
49:3 51:23
52:7 53:20
54:15,24 55:2
55:6 57:12
59:2,18 61:19

63:9,16,24
64:4 68:17,22
72:17,23 74:11
74:15,22 79:12
80:1,3,15
84:25 85:4,18
87:3,18,21
88:4,12,14,20
89:2,7 91:13
92:11 94:7
95:1 96:25
100:11 103:19
105:2 106:11
106:13,13
108:21 109:14
109:19,22,24
111:5,15 115:9
115:21 117:20
117:22 118:16
119:8 121:18
124:11 125:21
125:22 126:5,8
126:12,15,18
127:9 128:19
130:19 132:9
132:12,21
135:16 136:21
137:3 140:22
142:5,21,25
143:12,14
145:17 146:1,8
146:11 148:11
149:6,12,15,21
150:12 153:21
155:5,24 156:1
159:7 161:20
161:22 162:12
162:17 163:5
164:4,17 166:6
167:10 172:20
172:22 178:20
179:8 180:14
180:15 181:16
182:25 184:13
184:14,19
187:9 192:22
193:1 195:4,10

196:4 200:3,24
202:12 204:8
205:18 206:19
207:3 209:2,3
209:9 211:2,6
211:13 212:13
212:24 214:3
215:1,5,9
216:22 218:9
218:12,18,22
218:25 219:13
219:22 221:15
222:25 223:20
225:13,16,25
226:10 227:1
227:10 228:13
229:5,21
230:16 231:20
231:23 232:10
232:14,21
233:25 239:9
239:14,20,23
240:7,12,14
241:2,4,6,23
242:9,13,25
243:10,11,14
243:20,21,24
244:16 245:1,5
246:1,14,19
247:18 248:12
249:3,8,10,22
250:1,4 251:18
251:23 252:3
252:10,12
254:17 255:14
255:21 256:13
257:6,9,17
258:3,4,9
261:4 262:17
263:1,7,24
265:23,25
266:1,5,22
267:14 271:25
272:4,9,12,20
275:4 277:1,4
277:17,24
278:21 279:20

280:4,14,19,20
280:23 281:2
281:10 282:7
282:18,25
283:5,20,23
284:8,10,16,21
285:6,9,17,20
285:23,24
286:5,14 291:2
292:12,22
293:1 294:5,17
296:7,12 297:2
298:14,24,25
299:4,12
301:18 303:11
305:8,17
308:10 311:21
313:1,9 314:18
316:3,15 318:4
318:5,11,12,15
319:17 320:25
322:18
**right-hand**
299:6 302:5,9
**rise** 202:13
239:2
**rises** 239:10
260:13
**risk** 5:20 6:8
32:13 89:20
92:24 106:22
107:5,12,13
113:22 114:15
114:23 117:1
117:13 123:22
126:11 127:12
127:22 159:21
208:15 258:24
259:1,16,23,25
260:1,3,5,7,14
260:17,21
261:1 264:25
265:20 270:11
270:19 290:18
290:22,25
305:1,4,7,8,15
305:16,19,20

Case 3:16-md-02738-MAS-RLS   Document 9886-8   Filed 05/29/19   Page 335 of 348 PageID: 61109
Robert Kurman, M.D.

Page 369

| | | | | |
|---|---|---|---|---|
| 305:23 306:3 | **Saed's** 322:5 | 233:18 235:23 | 157:19 | **see** 12:9,16,20 |
| 315:8 | **safe** 91:12 | 235:25 238:24 | **sciences** 76:10 | 14:6,9 16:25 |
| **risks** 92:8 100:6 | **SALES** 1:5 | 243:12 246:13 | **scientific** 28:19 | 17:1 25:10 |
| **Robert** 1:12 4:3 | **Salpingectomy** | 249:21 257:6 | 201:20 277:21 | 26:4 31:14 |
| 4:12,16 7:11 | 32:14 | 263:17 265:25 | **scientist** 26:15 | 33:3,14,19 |
| 8:8,24 11:18 | **salpingitis** | 267:6 269:16 | 26:15 30:10 | 37:12,14 53:10 |
| 330:12 | 143:25 160:1 | 273:12 274:1,4 | 73:18 170:16 | 75:7 78:13,16 |
| **Robinson** 2:7 | 160:10 | 278:17 294:9 | 210:7 228:25 | 78:17 79:10,18 |
| 7:16 | **sampled** 303:21 | 295:4,17,17,23 | 229:2 317:3,5 | 79:19,23 80:9 |
| **robust** 167:23 | 304:13 | 297:17,21 | 323:17 | 89:8 92:3,3 |
| **rodents** 284:21 | **samples** 104:9 | 304:17 324:4 | **scientists** 19:2 | 93:10,22 94:5 |
| 285:5 | 291:17 | 324:16 | 22:11 74:25 | 94:15,24 96:17 |
| **Roggli** 264:7,8 | **Sandra** 5:6 | **says** 20:23 76:4 | 75:5 129:20 | 96:22 97:1,5 |
| 264:10,22 | 190:20 286:13 | 80:16 81:5,12 | 130:12 192:15 | 97:17,21,22,23 |
| 265:12 | **Sarah** 73:6 | 83:13 84:13 | 197:24 210:2 | 98:2,7,7,12,16 |
| **role** 62:4 76:18 | **sat** 211:20 | 90:14 92:3,4 | 210:14,19 | 98:17,23 100:6 |
| 82:6,7 87:14 | **satisfy** 47:20 | 104:5,25 | 211:4,5,12,13 | 100:14,20,22 |
| 117:17 143:4 | **save** 103:7 | 105:16 106:13 | 211:14 263:11 | 101:3,7,14,21 |
| 143:25 158:20 | **saw** 14:3 98:22 | 106:17 111:4 | 273:23 289:25 | 101:21 102:23 |
| 160:4 162:1 | 149:24,24 | 126:17 127:19 | 296:9 323:11 | 103:16,25 |
| 198:5 199:10 | 203:13 204:2,9 | 130:17 131:18 | 324:7,11 | 110:15 126:13 |
| 273:17 | 319:5 | 132:3 152:25 | **screening** | 126:17,22,23 |
| **role/impact** | **saying** 21:1 28:9 | 159:18 164:12 | 154:16 | 127:13,19 |
| 302:23 | 50:18 56:17 | 169:8 171:12 | **se** 10:1,2 48:15 | 131:13,15,16 |
| **rolling** 139:20 | 57:5 58:24 | 172:3 191:9 | **search** 320:2 | 132:1 137:4 |
| **rose** 18:23 | 59:14,16 60:14 | 217:21 225:8 | **sec** 193:6 | 141:17 142:18 |
| **Rotman** 2:12 | 62:6 73:4,25 | 226:2 232:1 | **second** 32:1 | 149:18 150:3,8 |
| 7:18,18 171:7 | 80:21 82:23,24 | 242:22 249:19 | 36:11 37:24 | 152:8,8,17 |
| **route** 106:5 | 85:10 97:1 | 252:13 256:4 | 38:15 43:23 | 153:9,22,22 |
| 300:9 | 98:23 99:19 | 266:6,15 | 44:5 76:1,4 | 154:8 155:5,15 |
| **routes** 106:2 | 110:23 111:17 | 268:21 274:12 | 79:19 103:10 | 155:17 156:22 |
| **routinely** 26:2 | 121:7 128:7,17 | 281:12 284:5 | 214:3 240:4 | 156:22 157:24 |
| 204:3 | 128:18 134:24 | 284:18 287:12 | 267:19,23 | 158:2,8 159:8 |
| **Royston** 3:3 | 138:2 140:14 | 289:12 291:9 | 268:2,3 273:14 | 159:15,16 |
| 7:23 | 140:15,24 | 293:7 297:25 | 310:23 318:9 | 160:19,22 |
| **rule** 179:25 | 156:3 158:15 | 298:11,22 | **section** 103:25 | 161:15,17 |
| **rules** 228:10 | 172:16 173:18 | 299:9 300:18 | 105:14 126:17 | 164:23 165:17 |
| 252:22 | 176:16 181:16 | 302:10 306:9 | 127:16 135:4 | 166:19,22 |
| **RW** 266:10 | 184:13 185:15 | **scanning** 5:5 | 159:10 160:20 | 174:1,8 177:16 |
| | 188:9 189:11 | 26:19 190:22 | 164:18 169:6 | 178:2 183:23 |
| **S** | 191:23 193:9 | 286:12 287:8 | 174:4 197:22 | 185:25 193:15 |
| **S** 2:1 3:1 4:10 | 195:8 204:1 | 288:2 | 214:20 216:2 | 193:19 194:11 |
| 5:1 6:1 | 208:3 210:12 | **Schiffman** | 216:20 239:17 | 194:13 196:24 |
| **S-j-o-s-t-e-n** | 210:22 211:11 | 217:14 | 267:11 275:8 | 196:25 197:1,5 |
| 314:5 | 211:11 221:18 | **science** 17:6 | 296:21 | 197:16 199:3,4 |
| **Saed** 270:4 | 221:24 222:2 | 28:20,24,25 | **sections** 127:12 | 199:25 202:9 |
| 319:4,11 | 225:23 233:9 | 134:6 155:22 | 134:17 288:14 | 205:2,12,20,20 |

Case 3:16-md-02738-MAS-RLS   Document 9886-8   Filed 05/29/19   Page 336 of 348 PageID: 61110
Robert Kurman, M.D.

Page 370

212:14 213:1
217:13 231:18
235:4,9 236:24
238:18 240:13
244:13,15
246:7,10 247:9
250:12,15,15
251:6 252:13
255:13 256:2
259:19 261:7
266:11 271:5,6
271:7 273:5
274:12 275:23
276:21 277:7
278:2 279:8
280:5,6 283:16
284:22 294:19
299:5 308:23
309:8 310:19
310:21 321:1
323:22
seeing 25:11,13
61:1 94:8 98:3
99:21 114:24
134:3 200:10
237:4 252:6
270:8 306:12
Seely 283:16
seen 11:19 12:2
22:24 23:2
24:8 30:18
51:25 52:6,8
52:21 58:5,7
58:16 59:2,11
59:17,23,24
60:3,4,7,11,14
61:4 62:18
63:15 64:22
65:2 70:23
71:1,15,16
75:16 79:4,7
94:20,22,24
96:21,21 101:4
101:19 103:21
120:2,3,5,7,17
120:18 125:8
134:9,13,16

139:7,24
141:18 146:9
146:10,13,16
147:22 148:9
148:19 149:11
149:13,17
150:15,20
151:9,23
152:22 153:1
153:12 156:17
156:24 157:19
157:19 160:12
180:12 182:24
183:24 187:2
190:25 191:3
191:22,24
203:19 204:18
231:4 232:19
237:15 267:6
268:17 270:7
274:6 319:4
321:9,15
325:15
sees 191:24
274:12
Seidman 38:9
select 223:6
selected 39:25
222:13
self-destruct
88:14
SEM 194:2,22
SEM-EDX
288:16,25
296:9 297:4
send 28:6
sending 237:16
sense 117:18
215:21 223:8
273:20 278:9
294:22 297:13
sent 27:13
213:18 236:17
sentence 34:11
90:14 91:19
93:13 108:21
116:17 143:22

167:1 169:18
174:11,12
177:4 215:2
235:2,5 240:1
240:4 242:18
257:22 264:18
264:19 267:19
268:2,3,5
270:14 273:14
273:20 284:17
284:22,24
285:12 289:24
290:7 299:6
306:9,15
sentences
265:17 271:17
290:14
separate 288:11
separated
173:19
sequester
185:17 252:2
253:15
sequestered
195:10 196:3
serous 72:15
73:1 114:5,6,8
114:10,16,23
115:6 116:1,9
117:1,6 124:8
135:11,14,19
136:3 137:20
138:3 140:8,11
140:17 141:2
141:14 144:6,8
144:8,10
145:22 146:1,4
146:10,25
147:3,4,6
148:3 151:8
152:11,12
157:25 158:3
159:19 160:8
161:13 221:3
221:23 223:15
233:23 234:6
238:20 261:16

269:19 292:4
serve 139:3
served 26:23
services 1:19 7:5
183:21
serving 28:15
29:14
set 293:9 316:17
327:8
sets 287:11
setting 173:8
seven 92:4
192:14 196:7
seventh 65:15
118:24
sexual 315:4
sexually 112:17
144:19 145:8
Seyfarth 3:13
7:21
Shah 5:11
240:11,17
241:3,5,7,25
246:16,25
247:24 248:14
249:16
Shaw 3:13 7:21
sheet 328:5,7,10
328:13 330:8
Shih 13:10
Shih's 38:5
SHOOK 2:17
short 108:17
164:15 311:12
short-circuits
310:4
shortcomings
219:3 232:24
shorthand 8:10
327:5,7,11
show 22:5,9
72:1 75:2
77:11 91:22
97:24 101:3
102:21 107:11
107:13 110:25
127:16 133:24

147:16 152:10
153:7 189:6,8
208:14 217:3
253:18 263:24
275:23 294:8
showed 11:22,23
62:11 150:2
276:25 285:23
Shower 23:11
23:11 95:2,3,7
95:24,24
showing 100:3
121:5 127:15
194:7,24
196:21 197:18
255:10 270:2
shown 50:16
63:2 71:14
72:3 89:10,16
96:13 139:9
186:18 201:22
shows 78:13
97:21 117:5
146:18 194:1,6
194:14,17,21
194:24 282:3
290:24 297:22
side 299:6
sides 209:8,10
209:21
sign 328:7
signaling 81:17
84:8
signature 138:1
221:5
signatures
137:15 151:17
181:11
significance
224:6 287:19
significant
76:15 77:17
81:1 92:23
117:13 208:15
233:5,20 234:7
235:12 236:22
237:25 272:13

Case 3:16-md-02738-MAS-RLS   Document 9886-8   Filed 05/29/19   Page 337 of 348 PageID: 61111
Robert Kurman, M.D.

Page 371

274:24 296:17 299:11 319:7
**significantly** 160:11 232:7 288:4
**signing** 328:9
**silicate** 224:24 229:11
**similar** 70:6 207:19 208:19 224:11,13,22 226:2,10,13 227:3,5 230:3 234:10,20 237:1 238:12 261:10
**similar-looking** 158:2
**similarities** 223:14 224:7 224:21 229:5,8 233:24 234:8 234:11
**similarity'** 224:9
**Similarly** 303:19
**simple** 69:10 213:17
**simplex** 100:1
**simply** 136:11 252:24
**single** 186:8 190:3 243:4,15 243:18 271:20 271:24 275:1 325:21
**sinuses** 80:7
**Sir** 136:6 222:2
**sit** 22:8 35:9 41:17 56:7 96:25 206:21 211:15
**site** 80:1 136:2 161:12
**sites** 79:15 80:5 80:18 83:13 109:10 131:15

248:23
**sitting** 98:14 201:6,10 211:24
**situ** 109:1 137:14 288:16 288:25 296:10 297:5
**situation** 26:1
**situations** 51:16 51:18 125:5
**six** 10:24 80:17 92:4 125:23 192:14 196:7 198:16,25 199:13 202:24 281:1,6,9 289:25
**sixth** 65:15 118:21,23 125:16 216:20
**size** 185:10,12 185:13,15,22 187:18,24 188:21,24 189:23 190:2 191:15,23 192:25 194:8 194:25 245:2 245:22 254:10 257:9,21 299:2
**sizeable** 293:9
**sizes** 185:20
**Sjosten** 314:4
**skilled** 215:8 218:17 219:7 219:20 236:23 238:9,15
**skills** 76:9
**skimming** 203:20,25 204:12
**skin** 51:25 52:3 79:17,19
**slide** 250:12
**slides** 120:5 203:14 204:6

236:17
**slight** 116:25
**slightest** 57:23
**Slightly** 117:9
**slow** 69:10 262:25
**slowly** 167:11
**slurry** 263:6
**small** 92:16,19 186:23 229:17 233:5 246:18 253:14
**smaller** 252:2
**smoke** 272:3
**smokers** 272:15
**smoking** 273:1
**Society** 15:20
**somebody** 128:14
**someplace** 166:4
**sorry** 24:18 61:8 89:12 94:11 102:3 103:10 115:8 125:23 128:24 134:11 145:13 146:15 154:1 159:4,11 159:12 164:20 168:5 173:2 175:6 191:16 193:10 194:20 195:20 205:10 214:24 217:20 234:3 239:25 240:9,14 243:6 246:23 248:19 255:13 259:10 264:18 265:4 266:2 267:14 267:25 268:5 270:22 275:22 279:22 284:23 300:20,23 302:7 306:13 317:16 324:25 325:1
**sort** 34:1 70:6

144:22 148:18 150:15 192:3 270:20 287:11
**sound** 31:17 33:12 66:18 204:25 206:19 264:14 309:16
**sounds** 144:3 192:20 221:12 278:5
**source** 105:22
**South** 3:5
**space** 328:5
**speak** 9:4 21:12
**speaking** 29:17 88:22 186:6 228:2 298:17 308:20
**special** 4:19 169:10
**specialize** 82:22
**specialty** 15:7 15:21 16:4 30:25 86:4
**species** 81:15 86:1,7,8,9,10 86:11 87:1,2 254:1,2
**specific** 10:5 15:13 17:24 27:22 35:7 40:19 50:13 51:6,7 53:22 54:11 58:3 68:23 99:5 113:9 131:5 165:4 212:15 212:17,21 239:15 260:1 308:7
**specifically** 17:1 17:11 21:12 23:10,14,20,25 24:20 30:5,20 31:13 37:13 47:1 51:5 54:4 55:15 58:8

59:4 66:4 68:8 79:8 87:1 107:12 113:23 135:1 144:6 157:18 158:23 159:20 161:11 187:23 190:2 209:5 223:4 224:8 227:21 242:3 248:6 253:23 260:20 260:24 267:2 274:12 275:17 307:19
**specifics** 91:16 257:21
**specimen** 136:17 201:3
**specimens** 58:12 58:17 59:22 188:6
**spectroscopy** 26:20
**speculate** 133:12
**speculating** 180:11 237:9 292:25
**speculation** 113:5 125:10 133:10,14 134:6 312:11
**speculative** 162:15
**speed** 86:19 320:9
**spelled** 45:20 314:4
**spend** 31:18
**spends** 215:20 218:20
**spent** 9:23 10:2 59:21 65:11 151:3 187:13 204:11 218:24 264:11 307:8
**sperm** 300:3

Case 3:16-md-02738-MAS-RLS   Document 9886-8   Filed 05/29/19   Page 338 of 348 PageID: 61112
Robert Kurman, M.D.

Page 372

splinters 256:25
  258:8
split 263:20,22
squamous 82:4
Square 2:21
srotman@hau...
  2:14
stack 10:24
stage 147:23
  151:25 153:13
  154:17 165:14
stages 152:11,13
stains 234:15
stand 16:22 54:8
  157:4
standard 202:2
  202:14
standpoint
  29:21 47:25
  222:22 226:21
  235:3,12 282:2
  320:16
starch 314:9
start 71:24 72:9
  72:15,16,20
  106:25 138:3
  220:25 223:10
  302:4 325:24
started 42:23
  53:17 158:7
  319:4
starters 32:4
  50:8 70:17
starting 140:17
  169:7 221:14
  231:21
starts 12:14
  71:24 139:19
  150:7 176:6
  193:15,22
  242:10 256:1
state 8:23 90:11
  90:23 113:8
  135:7 188:13
  220:15 231:16
  235:2 264:22
  267:20 271:18

327:7 328:4
stated 77:10
  130:24 131:1,1
  132:6 135:17
  155:9 161:18
  186:18 285:15
  308:18
statement 4:18
  17:6 34:19
  35:24 53:2,13
  61:20 75:15,24
  76:3 78:1
  85:18 89:22
  90:19 91:25
  93:1 106:3,20
  114:17 124:2
  124:12,15,18
  125:1 128:6
  129:16,18
  130:3,6,8
  131:24 145:25
  151:22 152:25
  153:2 155:1
  158:7 160:24
  166:21 184:5
  207:21 232:8
  240:10,23
  241:2,20
  247:13,20
  249:6 261:8
  292:21 302:24
  304:12 305:24
  307:17 324:23
statements 79:5
  128:8 204:10
  207:24 209:1
  230:6 261:5
states 1:1 7:9
  77:3,23 80:18
  90:22 276:13
  299:6
stating 111:24
  128:12 189:3
statistically
  208:14 302:20
stay 229:16
  314:20,20

stenographica...
  327:10
step 47:24 145:1
  176:7,7
steps 86:18
Steve 7:18
STEVEN 2:12
STIC 135:15
  136:14 137:14
  138:1,12 139:4
  140:25 141:4
  141:22 146:1
  151:5 152:18
  152:19 155:15
  155:17 157:24
  158:2,4 179:19
  181:12,12
  211:6
stick 46:14
  140:11
STICs 137:16
  141:19 142:4,7
  146:3,9 151:15
  151:18,19
  152:11,13,15
  152:16 156:24
  221:5
stimulate
  142:23 143:23
  145:4
stimulates
  144:15
stimulus 190:13
stomach 54:6
  83:15
stop 124:21
  196:17 225:5
  228:9 252:21
  253:1,8
stopping 58:19
store 304:10
Street 2:5,18 3:5
  3:14
strength 45:4
  100:25
strike 24:9,18
  100:11 305:12

striking 233:24
stroma 179:15
  179:21,24
stromal 71:5
  180:2
strong 232:20
  260:23,25
  302:18
stronger 113:17
  115:5,25
  175:12 260:18
  305:23
strongest 260:21
strongly 288:9
structural
  226:21
Structure
  226:21
structures 19:10
stuck 227:13
students 119:5,9
  130:12 254:6,9
studied 23:10
  24:17,19 25:14
  65:5 82:17,21
  245:3 251:15
  281:1 287:22
  298:4 322:6,12
studies 18:19,22
  19:2,4,9 21:24
  22:20,24 23:3
  30:13 31:15,23
  32:11,19,22
  33:1,1,8 35:10
  39:1,1,16 40:6
  40:15 41:9,19
  41:20 42:6,18
  42:23 43:6,18
  43:24,25 44:7
  44:25,25 45:1
  46:19 71:13,16
  72:3,3 73:14
  73:17 74:1
  77:23 78:3,4
  78:10,13,16
  92:5,12 93:13
  96:4,17,22

97:1,5,17
100:4,25 101:1
107:8,9,20
121:5 122:22
136:24 139:9
145:10,21
150:2 161:20
161:22 163:19
163:22 198:7
208:13,14
215:24 221:8
221:20,22
222:3,4,10,13
222:24 223:3
223:23 232:16
232:17 233:2,5
233:25 234:2
235:14 236:1,3
236:5,11,16,19
236:20,22
250:25 251:1
253:21 268:23
269:3,5,13,13
269:20 274:6,9
274:20 276:4
284:5 287:16
289:19 290:1
290:10 303:23
303:24 307:16
307:20,22
308:20,25
311:15 315:2
316:20,24
317:24,25
318:3,9,13,25
319:1,7,13
320:2,8,10
321:10,12,14
325:15,23
study 23:14 24:2
26:10 30:3
32:5,15 33:11
33:12,13,23
35:5 38:6,9
92:8 93:19,20
93:24 94:3,5,8
94:15,20,23,24

122:8,21
133:24 134:3
152:10 154:13
155:7,11
158:13 162:21
162:25 169:8
190:20,25
192:7 194:3,23
202:23 203:5,9
205:25 211:25
212:4,12,20,22
213:1,4,10
218:2 222:5
228:20 232:14
237:21 240:11
241:5,7,19,22
244:24 247:14
248:1 249:3,5
249:9 250:4
252:1 262:12
270:3,5,7,8,9
270:25 275:1
276:12 277:9
277:12 279:4
281:1,21 282:3
282:19,22,25
283:10,12,17
283:20,24,25
284:7,16
285:11,14,18
285:24 286:5
286:10,15
287:7,12 289:3
289:9,10
290:14,21
291:3,6,6,10
291:16 292:2
292:21 293:8
293:14,18,20
293:22 294:3
295:14 297:10
297:17 298:5
299:24 300:11
300:13 301:3,4
301:5,7,11,12
302:13,25
303:10,14

304:16 308:12
308:22,23
309:3,4,5,12
309:23 310:18
311:3 312:19
313:8 314:3,7
314:7,11,12,15
314:21 315:5
318:1 319:4,5
319:6,11
320:19,24
321:7,9,15,22
321:24 322:5,9
325:21,24
**studying** 219:22
229:2 264:11
271:7
**stuff** 188:3
228:23
**subheading**
105:14 154:11
169:4 273:3
**subheadings**
126:23
**subject** 23:2
161:1 328:9
**submit** 28:11
**submits** 27:11
**submitted** 9:8
27:3,9
**submitting**
28:14
**subscribed**
327:14 330:14
**subset** 292:1
**subspecialty**
15:3,6
**substance** 68:9
91:2,3 99:22
256:6 330:7
**substances**
90:15
**substitute** 172:5
313:4
**substituted**
145:25
**subtitle** 184:4

**subtle** 95:9
**subtype** 50:13
**subtypes** 269:1
269:7
**successfully**
28:4
**suffering** 76:14
179:4 304:2
**sufficient** 77:10
79:16 80:5,18
80:22 91:21
231:11
**sufficiently**
167:23 238:12
**suggest** 67:4
71:16 77:24
78:11 92:12
93:14 163:23
164:10 215:2
218:25 230:9
233:25 241:25
253:12 260:13
265:9 303:15
**suggested**
138:16 159:23
222:23 246:16
300:12
**suggesting**
63:13 121:13
155:17 202:22
213:10 219:7
246:25 281:18
281:20 291:19
294:2 312:20
**suggestion**
122:23 164:15
224:20
**suggestions**
304:9
**suggestive**
182:14 184:20
**suggests** 83:6
115:11,14,15
164:16 202:24
238:11
**Suite** 1:14 2:12
2:18,21 3:9

**summarized**
232:25
**summarizing**
302:4
**summary**
273:10 289:2
290:15
**summation**
187:24
**superimposed**
200:11
**supervision**
327:25
**supplemental**
12:12 37:18
38:19 39:2,16
39:24 40:7
42:12 43:14
314:2
**support** 47:15
160:13 164:2
198:5 221:21
224:19 232:14
239:24 240:10
241:2 247:14
249:5 251:1
268:14 273:19
279:2 280:2
282:5 283:13
309:1
**supported** 205:7
318:25
**supporting** 5:19
45:2 270:10
282:3
**supportive**
114:25 115:2
115:16,18,22
284:4,9,10,12
**supports** 20:23
160:7 281:19
283:25 312:20
**supposed**
227:24 253:7
319:19
**suppressor**
88:23

**sure** 11:9 18:25
20:25 27:3
32:1 34:7 42:3
43:16 44:16
51:1 53:19
58:21,22 63:20
64:13 66:22
72:15 74:3
83:25 108:15
114:4 115:9,10
120:1 124:16
132:2,5 138:17
140:3 148:16
150:12 155:5
155:21 161:9
169:2,20
172:24 178:11
185:22 186:20
194:16 201:4
212:11 216:4
219:6 224:3
231:1,1,5
238:24 239:17
240:23 242:5
245:6,6 247:22
254:25 255:14
272:6 273:25
277:10,19
279:3 289:9
290:5 295:10
301:1
**surface** 71:6
121:3,19 126:3
126:16,22
127:5 159:24
161:23 221:5
221:10,15
222:10,11
224:25 288:5,7
288:18 293:24
296:11,21
300:17 301:15
301:18 302:19
307:20
**surfaces** 184:9
**surgeon** 123:14
**surgeons** 239:1

239:6
surgery 136:18
surgical 26:16
  29:21 30:12
  58:12 61:2
  63:7,8 64:3,4,9
  64:10 69:22
  136:16,17
  157:9 188:8
  204:3 220:2,2
  234:21 238:9
  240:7,9 241:1
  242:1 244:5,13
  244:17 245:4
  245:24,25
  246:10 247:16
  248:12
surgically 123:7
surmising 294:2
surprise 131:11
  151:6
surround 67:13
  243:3
surrounding
  256:21
Susan 73:5
suspect 136:25
  237:1
suspicion 204:6
suture 60:9,22
  242:25 244:5
  245:4 246:10
sutures 60:21
  61:2 240:8,9
  241:1 242:2
  244:13,17
  245:24,25
  247:16
swear 8:6
sworn 8:9 327:9
  330:14
system 248:22
  299:12
Systematic 6:6
systemic 67:10

—————
T

T 4:10 5:1 6:1
  329:2
T-a-h-e-e-r 33:13
table 79:10
  82:11 89:7
  193:25 194:23
Taher 6:9 33:13
  320:24 321:7
take 11:24 39:17
  58:20 61:11
  73:15 110:17
  118:1 120:2
  123:6 134:9,14
  167:5 178:10
  191:4 192:6
  193:7 239:12
  254:23 270:13
  286:22 315:10
taken 33:5 61:15
  75:13 118:7
  120:6 144:3
  178:14 201:5
  211:17 255:3
  287:2 288:1
  299:10 315:14
  327:8
takes 120:4,9
  121:18
talc 5:5,15,22
  6:5,8 7:8 17:21
  18:10,20 19:10
  20:4,6,23 21:5
  21:19,25 22:13
  22:17,17 23:6
  23:10,15,18
  24:3,12,15,19
  24:25 25:8,9
  25:13,14,19
  26:11 29:6,11
  29:22 30:14
  31:2 33:8
  35:25 41:10,20
  42:7 47:10
  49:13 50:12
  51:5,5,11,14
  51:15,19 52:2
  55:13 56:9,19

56:25 57:7,19
58:2,10,25
59:7,8,12
61:20 63:2,5,6
63:9,14,14,23
64:1,3,8,11,17
66:15 67:4,10
67:20,21 68:8
68:12,21 69:1
69:13,22,24
70:7,8,14,16
70:21 71:11,17
73:10,14,21
90:16 91:17
95:5,14,25
96:3,7,10,10
96:11,11 98:8
98:21 99:20
100:7 101:24
102:2,8,12,16
103:25 104:6
104:11,13,15
104:19,20,22
105:7,23 106:6
107:23 132:14
132:18,22
133:8 134:4
139:2,3,8
143:19 148:8,9
148:20 149:13
149:16,17,21
149:24 150:14
150:16,20
162:4,9,25
164:23 178:19
179:11 180:7
180:15,16,22
181:17,19
182:5,7,23,24
183:4 185:21
185:24 186:12
186:15 187:17
187:25 188:13
188:23 189:11
189:17,21
190:8,23 191:8
191:10,21

192:15,18
198:1,3,5,9,11
198:15 200:3,7
200:10,17,25
201:5,10,21
202:25 203:22
204:14 207:19
208:16 210:6,9
210:24 221:21
223:14 224:7
224:21,23,24
225:24 226:7,9
226:20 227:9
227:20,21,25
228:12,18
229:10,14
230:14,18,19
230:22 231:12
233:1 240:7
241:1 242:1,25
244:18 245:2
245:24 246:1,7
246:16,18,25
247:2,10,16,18
247:24 248:9
248:10 249:2,7
249:19,22
250:10 251:16
251:17 252:2
252:15,16
253:11,13
256:5,7,10,17
256:21 257:5,8
257:8 258:2,9
258:12,14,16
258:24 259:16
261:6,10,12,15
261:19 262:13
262:15,15,16
262:25 263:6
263:12 264:20
265:2,9,13,21
266:1,16,22
267:9 268:14
269:14,21
270:16,18
271:20 273:4,7

273:13,15,17
273:23 274:1,7
274:10,15,17
274:21 275:2,9
275:12 276:5
276:13,14
277:4,13,15,23
278:10,11
279:5,16 280:3
280:15,17,21
280:24 281:2
281:16,21
282:23 283:13
284:1,1 285:7
285:16 286:18
287:9,14,16,20
287:22,25,25
288:4,8,9,15
288:17 289:1
289:16,21
290:3,11,18
291:16,18,20
292:5,6,11,12
292:15,16,22
292:25 293:9
293:25,25
294:3,10,17,25
295:4,13,19
296:10 297:5
298:6,11,22
299:11,19,19
299:24 301:6,8
301:9,14
302:12,14,23
303:1,18,25
304:2,17 305:1
306:3,4,10,18
306:24 307:5
307:14 309:1
309:12 310:1,1
310:9,20
311:16,20,25
312:1,4,12,21
313:4 314:8
315:7 316:14
317:14,21
318:20 320:3

321:18 323:1,2
323:16,20,24
324:18,21
325:7
**talc-based**
268:23
**talc-induced**
239:13,18
**talcum** 1:4 5:19
17:19 18:6
49:25 50:2,4,6
58:13 96:5
106:1,5 148:17
207:17 267:20
268:8 270:10
275:18
**talk** 47:1 99:12
99:21 103:8
104:23 105:19
110:13 116:15
144:10 158:17
165:12 173:3
173:21 189:20
193:13 222:18
222:19 249:1
286:23
**talked** 100:23
144:5 199:7,8
222:6 227:7
242:12 278:14
299:17 315:1
316:5
**talking** 21:21,23
25:16 30:3,3
31:19 53:3,8
53:17,19 54:3
54:5 55:4,5
59:5 60:5
70:17 71:3,7,9
71:22,23 72:13
75:7 86:25
87:1 92:14
93:18 95:5
98:6 105:10
110:21 115:19
119:14 123:3
127:22 145:12

146:12 147:11
147:17 148:2
151:15 155:6
159:20 162:9
162:11,12
165:22 167:13
168:8 169:12
170:18 174:4
188:17 196:18
200:18 209:11
209:13 211:3
213:2 226:24
226:24 228:6
233:2,2 236:21
245:23 247:17
258:8 285:14
285:21 289:7
291:24 292:9
293:13 307:8
313:20,23
**talks** 127:12
291:23
**taught** 254:6,13
254:16
**teach** 254:9
**teaching** 9:7
**technical** 303:5
**technique**
300:14
**techniques**
26:21,22
169:10 291:11
303:6
**technology**
296:16
**Tecum** 4:17
11:18
**tell** 16:18 34:5
40:25 44:19
46:1 47:25
54:8 93:10
96:22 101:21
102:6 113:11
115:8 118:3
135:22 136:8
136:19 142:10
143:22 147:16

158:23 183:4
196:23 197:20
198:13 220:17
220:24 236:19
240:21 250:9
251:10 254:23
263:22 274:25
277:20 278:3
285:7 286:21
297:12 305:10
319:10
**telling** 17:2
71:11 259:11
**tells** 137:3
**TEM** 291:11
**ten** 9:13 10:8
92:4 100:6
156:19 257:25
**tend** 50:10 124:6
**teratomas** 60:4
**term** 44:18
45:23 46:4
47:6 48:3
50:11 51:4
53:2 82:1
95:13 104:16
104:25 137:9
169:23 170:17
170:23 176:9
260:4
**terming** 58:4
**terminology**
67:8 227:13
**terms** 29:24
48:11 50:12
151:6 173:24
176:14 260:24
277:21 308:12
**terrible** 106:25
319:14
**Terry** 33:11,12
**test** 218:7
**testified** 8:11
16:11,15,17
30:6 48:25
134:13 187:9
208:25 226:6

307:15 319:23
320:20 325:13
**testify** 34:20
319:24
**testifying** 35:2
206:22
**testimony** 16:22
33:4 35:1,7,13
37:16 39:5
40:20 52:10,14
54:4 62:17
73:9 120:19
129:17 148:12
148:14,22
149:1,7,22
150:13,19
157:22 164:12
199:13,21
202:5,6 203:3
252:21 268:12
309:7 327:9
**testing** 14:14
**Texas** 2:18
**text** 164:12
**textbook** 65:16
118:12,16
119:1,2,5
128:8,16 129:5
130:11,16
131:12 132:9
153:24 155:2
159:2 163:5,7
163:21 168:24
184:2 208:22
209:2 216:17
**textbooks**
128:10 216:1
305:1
**thank** 12:7
14:21 40:4
48:23 61:12
88:2 103:11
110:16 154:3,9
159:13 191:18
205:13 217:11
228:3 241:11
255:16 279:24

322:15 325:9
326:2
**theory** 128:15
128:19 211:6
213:19
**thereof** 327:11
327:14
**thing** 11:6 98:10
157:24 176:21
178:1 179:1
185:21 203:5
205:19 226:5
233:25 237:1
258:5 275:25
277:17 281:25
325:4
**things** 9:18
12:11 25:6
30:22 62:4
84:7 148:7
161:22 179:13
213:7 214:19
220:25 230:3
233:14 257:1
289:7 301:3
316:8 322:6
325:24
**think** 8:17 13:11
16:13 18:23
20:22,24 25:7
25:24 29:20
33:7,25 36:8
36:17 37:7
39:15 44:9,21
46:19 47:22
48:20 50:8
57:3 65:22
66:14,18,23
67:7,8,14,21
68:7 70:25
71:20 89:4
92:23 96:9,23
103:21 104:3
113:1 114:16
120:4 125:10
125:11 126:24
131:9 132:22

Case 3:16-md-02738-MAS-RLS   Document 9886-8   Filed 05/29/19   Page 342 of 348 PageID: 61116
Robert Kurman, M.D.

Page 376

| | | | | |
|---|---|---|---|---|
| 133:18,19,22 | 323:7,19 325:6 | 61:13,16 72:24 | 119:24 128:5 | **Titled** 4:19 5:4,9 |
| 134:19 135:3 | 325:21 | 94:9 99:17 | 134:18 148:11 | 5:15,18,22 6:4 |
| 136:24 137:19 | **thinking** 17:15 | 108:4 109:7 | 148:20 150:17 | 6:6 |
| 139:10,22 | 144:21 145:6 | 118:5,8 120:6 | 150:25 151:1,4 | **today** 12:6 29:6 |
| 140:5,19 | 158:24 | 120:11,12,14 | 157:12 165:1,8 | 29:15 35:9 |
| 143:18 148:6 | **third** 65:14 | 134:25 153:4 | 179:3,6 180:2 | 40:16,22 44:15 |
| 149:3,10,23 | 108:21 118:23 | 155:24 162:20 | 180:3 182:1,12 | 48:10 56:7 |
| 151:16 152:16 | 153:4 169:6 | 164:25 165:7 | 182:14,25 | 199:13 275:11 |
| 154:6 155:12 | 268:5,20 | 167:10 177:3 | 183:10,13 | 318:15 319:6,8 |
| 166:25 167:10 | 313:15 | 178:12,15 | 187:18,19 | 321:9 322:25 |
| 167:22 168:10 | **thirty** 328:14 | 191:4 192:6 | 188:14,24 | 324:21 |
| 172:8 176:2 | **thought** 24:21 | 193:7 203:4,19 | 189:4,7,12,18 | **today's** 7:5 39:2 |
| 179:9,15 | 37:4 45:13,25 | 211:20 222:17 | 189:22 191:22 | **told** 17:2 57:1 |
| 180:16,23 | 46:7 54:11 | 229:16 251:10 | 192:17 198:10 | 67:21 133:18 |
| 181:6 183:2,4 | 57:1 100:1 | 255:1,4 271:13 | 200:11,12 | 202:8 203:8 |
| 184:25 188:2 | 109:20 112:20 | 282:18 286:22 | 201:23 221:9 | **tool** 46:23 63:7 |
| 189:4,9 191:3 | 116:10 174:10 | 286:25 287:3 | 240:6,25 245:3 | 64:3,10 |
| 199:2,9 208:3 | 182:7 212:2 | 290:16 300:3,4 | 245:25 247:15 | **top** 12:18 34:9 |
| 208:5,9 210:9 | 214:2 231:11 | 307:8 312:7 | 247:17,25 | 38:15 89:12,13 |
| 215:14 223:4 | 259:10 266:24 | 313:8,16,21 | 248:5,10 249:2 | 145:15 191:7 |
| 223:25 225:17 | 267:2 275:11 | 315:12,15 | 249:7,10 | 200:12 201:1 |
| 226:6 227:24 | 279:10 316:2 | 319:6 320:10 | 250:25 251:16 | 231:21,22 |
| 228:5 233:15 | 320:11 323:2 | 320:12,13 | 253:12 258:3 | 235:8 280:8,11 |
| 234:16 236:7 | **thousand** 74:25 | 321:21 322:20 | 264:13 273:4,8 | 289:11 293:23 |
| 238:16,17 | 245:5,7,9 | 326:3 327:8,9 | 273:9,13,16,24 | 298:10 309:22 |
| 239:10 240:18 | 246:1,4,13 | 327:10 | 273:24,25 | 315:6 |
| 243:15 244:22 | **three** 12:13 14:7 | **times** 16:8,10 | 274:2,7,18,22 | **topic** 20:11 |
| 249:11 254:13 | 80:17 92:3 | 136:1 152:19 | 275:2 278:12 | 21:12 23:1,5 |
| 254:19 260:20 | 161:22 169:1 | 153:22 201:13 | 288:1,16,18 | 33:8 161:21 |
| 260:23,24,25 | 192:14 193:12 | 202:10 213:23 | 293:24 295:1 | 253:24 270:24 |
| 261:8 263:20 | 231:20,24 | 233:9 245:5,7 | 295:20 296:11 | **topics** 209:21 |
| 266:7,7 267:1 | 257:16,24 | 246:1,4,13 | 296:12 297:5 | 317:6 319:24 |
| 272:22,22 | 260:21 292:7 | 272:4 | 300:15,16 | **totality** 210:8 |
| 273:14 274:15 | 297:2,16 | **Tiourin** 116:19 | 301:13,14,15 | 323:18 325:5 |
| 274:16,17,24 | 304:25 | **tissue** 24:17,20 | 307:25 308:11 | 325:14,18,19 |
| 275:15 276:21 | **three-dimensi...** | 24:24 25:1,3,6 | **tissues** 23:15 | **totally** 91:7 |
| 278:18,20 | 111:13 | 25:6,9,10,14 | 110:24 192:19 | 144:9 150:3 |
| 283:24 284:4 | **three-quarters** | 25:16,20 26:2 | 198:1,4 204:3 | 230:10 277:3 |
| 295:23 296:22 | 302:9 | 52:7 58:16 | 223:7 229:16 | 278:5 312:11 |
| 296:24 297:9 | **thresholds** | 59:13 60:15 | 286:17 288:13 | **touch** 35:5 310:7 |
| 298:7,7,8 | 233:13 | 61:6 67:12 | 288:24 302:15 | **touched** 291:7 |
| 300:6,24 | **throw** 50:10 | 68:22 81:15 | 303:1 306:21 | **towel** 201:6 |
| 301:24 302:1 | **tie** 123:16 | 85:1 94:1,2 | 307:5 316:15 | **towels** 200:23 |
| 307:12,16 | **time** 7:6 9:3,23 | 101:15 109:7 | **title** 126:15 | **track** 10:1 |
| 308:23 312:14 | 10:2,12 14:3 | 111:1,9 112:3 | 161:11 205:7 | **tract** 5:13 |
| 312:23 315:11 | 16:17 18:5,16 | 112:15,24 | 264:20,20 | 107:24 118:14 |
| 318:24 322:14 | 22:18 31:18 | 115:20 116:4 | 270:9 279:5 | 164:3 255:11 |

Robert Kurman, M.D.

292:18 293:5
299:18 300:10
314:6,10
**trade** 12:7
**train** 15:11
**trained** 135:22
136:8
**training** 220:7
**transcribed**
327:11
**transcript**
327:11,12,23
328:14,15
**transcription**
330:5
**transformation**
87:16
**Translocation**
5:22 279:5,16
**transmigration**
308:24
**transmission**
26:19 93:25
291:12 300:15
**transmitted**
112:17 144:19
145:8
**transported**
112:24 113:2
**transports**
112:2
**trapped** 248:10
**Travis** 2:18
**treat** 105:7
261:19
**treated** 58:11
261:23 265:1
265:21 266:19
**treats** 227:8
**trees** 103:7
**tremolite** 89:18
104:14
**trial** 16:12 187:9
320:7
**trials** 16:15
230:7
**trick** 132:4

**trickle** 262:25
**tried** 29:10
36:18 51:2
204:20 209:23
**tries** 185:17
**trigger** 68:4
**trouble** 105:4
**true** 17:20 25:21
48:16 69:20
83:8 86:23
104:12 109:25
130:10 145:25
162:17 163:25
175:19 185:3
221:23 245:20
262:14 273:12
304:23,25
327:11
**truly** 305:19
307:3
**truth** 16:18,18
17:2,2
**try** 10:5 40:22
154:4 251:7
261:7 282:1
317:9
**trying** 33:17
47:5 53:22
86:19 103:7
128:13 132:4
150:12 223:5
245:21 253:3
319:19
**tubal** 38:10
113:16 114:2
114:18 115:4
115:24 116:2
116:21 117:7
117:16 120:8
123:4,6,21
125:6 128:1,5
129:18 130:4
130:14 135:14
136:3 138:3,25
139:14 140:5
140:14,16,22
141:9,10,14

142:23,25
143:17,24
144:1,16,23,24
145:1,5,22
146:17,20
147:12 179:16
179:22 180:7
180:16,17
181:18 316:23
316:24
**tube** 71:25 72:10
72:21 73:2
111:20 114:20
116:12,22
120:6,18,21
123:7,16
134:17,19
135:2,13,20,23
136:9,20 137:5
137:18,21,23
138:4,5,10,14
138:19 140:17
143:6 144:15
151:17,20,21
161:12 190:14
221:4 255:20
307:25 313:15
322:7
**Tuberculosis**
240:12
**tubes** 72:17
108:9,11 109:9
111:20 112:18
113:3 117:19
122:17 123:23
123:25 124:1
124:19 131:8
131:20,23
139:2 151:14
280:22 300:5
309:15 311:6,9
311:17 312:23
313:1,9
**Tucker** 3:4,8
7:22
**TUESDAY** 7:1
**tumor** 60:6,6

79:15 80:1,5
80:18 100:10
136:9,21 137:2
145:1 155:24
158:11 165:20
184:10 237:14
238:7 287:23
**tumors** 59:25
62:3 126:3,16
127:6 137:17
137:20 138:2
144:7,11,14
146:24 147:4,4
159:19 160:8
160:12 161:17
165:17 233:6
234:10 235:13
235:23 236:16
236:17 293:17
**turn** 103:24
121:18 193:4
195:16 197:21
267:14 289:11
**turning** 122:19
153:23
**twice** 8:17 153:3
**twisted** 75:25
176:2
**two** 41:18 54:13
54:19,20 55:1
80:17 92:3
100:16 102:4
118:17,24,25
122:4 156:23
172:19,21
173:4,23
174:21 178:5,8
192:14 217:23
217:25 224:10
224:10,11
230:3,6 231:14
231:20,24
233:25 234:1
234:13 242:10
242:14 257:1
263:25 265:17
271:17 278:24

290:14 318:4
322:17
**type** 50:18 51:7
51:9 52:17
53:15 54:17
55:7,7 58:3
59:6 60:11,14
63:1,5,14 64:2
64:20,25 68:23
69:14 70:21,22
71:9,11 73:10
73:11 82:3
85:17,22 95:10
96:8,11 100:1
137:17,20,24
138:2 141:18
160:8 161:16
162:6 164:23
165:9 167:17
178:22 212:1
254:11 257:7
257:11 271:24
**types** 53:20,24
54:13,19,20,21
55:1,9 59:8
61:21,24 62:7
67:18 80:17
84:20 90:2,9
90:11 102:1
114:2 269:18
293:17 322:11
**typical** 245:4
**typically** 27:2
52:23 63:6
72:16 123:6
147:23 151:24
153:13 154:17
187:19 188:14
219:21 261:19
262:12,23

------

**U**

**ubiquitous**
291:21
**uh-huh** 61:3
79:20 89:14
110:22 111:7

Robert Kurman, M.D.

123:5 174:14
256:3,14
273:11 285:1
291:8
**UK** 92:9
**ultimately**
302:15 303:1
**unable** 243:4
307:3
**uncommon**
236:24 237:3
**uncontrolled**
86:14
**undergo** 71:17
**undergoes**
165:15
**undergone**
117:7
**underlined**
155:6
**underlying**
38:25
**underneath**
195:18 196:12
**undersigned**
327:7
**understand**
14:17,22 21:21
31:7 55:19,24
68:12 73:7
74:3 116:15
128:10 176:16
215:18 216:16
219:9 236:10
262:2 298:18
**understanding**
29:15 55:12,20
56:24 57:4
76:25 104:21
135:8 219:15
220:3 275:21
**Understood**
35:3
**underwent**
261:12
**Union** 3:3 7:23
**United** 1:1 7:9

74:21
**universe** 303:24
**university** 206:5
**unoccluded**
131:8
**unreasonable**
245:15
**unrecognizable**
147:25 152:1
153:15 154:18
**unrelated**
250:19
**unreliable** 55:22
56:5 57:2
**unsupported**
275:20
**unusual** 311:2
**Upjohn** 205:8
205:15,18,22
206:13,16
**upper** 194:5,14
194:23 280:17
**upstream**
119:15 135:2
**urinary** 79:17
79:20
**usage** 290:11
292:5 304:2
316:14
**use** 5:20 6:8
17:21 18:6,20
22:13,17 26:21
44:18 48:3,12
53:2 65:8 67:3
71:10 96:5
106:22 107:5
162:7 169:23
170:1,2,23
176:9,15
184:13 208:16
230:2 232:16
261:1,15
268:23 270:10
270:19 281:16
284:1 287:14
288:9 289:16
291:18 298:21

299:19 303:18
306:4
**users** 189:18
**uses** 49:18
170:17 174:12
176:14 311:25
**usual** 131:15
162:6
**usually** 52:22
112:20 123:12
272:13,18
**uterine** 111:8
158:19 160:3
160:17 161:25
162:8 163:3
164:17
**uterus** 108:5
111:4,14 116:5
121:8,11
123:11,20
125:14 132:15
132:19,22
133:8,19,20,21
134:4 280:21
294:12 300:5
311:5 312:22
312:25 313:7
313:24
**utilizing** 307:20

—————————

## V

**V** 111:6
**vagina** 5:23
108:6 158:19
160:3,17
161:25 162:8
163:3,15,24
164:17 279:6
279:16 280:18
294:12,22
300:2 309:2,13
310:3,5,9,14
310:15,21
311:1,11,14,21
312:4,13
313:19,20,24
314:8,16,25

315:1
**vaginal** 170:14
**valid** 29:1
221:11
**validate** 28:18
**validity** 307:6
**value** 223:9
**values** 218:8
**variety** 26:24
51:15 84:19
85:13 128:2
184:6,16
**various** 67:18
90:2 96:4
100:23,24
101:2 211:22
221:7 232:24
268:25 293:17
**vary** 123:13
**vast** 72:25,25
73:3,3
**vastly** 224:18
**Vegas** 1:14 7:1,8
**Venter** 280:6
**venture** 210:7
323:16
**vermiculite**
90:16
**versa** 234:22
**version** 207:25
**versus** 137:5
185:18 257:25
287:21
**vice** 234:22
**Victor** 264:7
**video** 7:3,7 8:5
61:13,16 118:5
118:8 178:12
178:15 255:1,4
286:25 287:3
315:12,15
326:3
**videographer**
3:18 7:5
**Videotaped** 1:12
4:15 11:17
**view** 44:23

129:1 130:23
324:25
**viewed** 104:8
165:13
**viewing** 210:7,8
210:8 323:17
323:18,18
**violating** 252:22
**virtually** 15:6
47:11 52:6
144:18 228:20
**virus** 99:12
100:1 170:9
**visible** 191:10
298:11
**visualized** 191:8
243:7
**vitro** 71:13 72:3
73:14
**void** 327:12
**volume** 4:23
103:15 262:24
263:3
**vulva** 294:23,23
310:6 311:13
314:19
**vulvar** 170:13

—————————

## W

**wait** 134:11
205:9,9,9,17
231:18,18,18
235:4,4 240:3
267:23,23,23
306:12,12,12
**want** 10:5 12:8
15:23,25 19:20
34:19 35:1
36:16 40:19,22
40:23 44:15
47:23 55:23,23
57:11 61:11
62:2 67:5
70:18 75:7
97:12,17,20,23
98:7,16,23
101:3,6 103:8

Robert Kurman, M.D.

| | | | |
|---|---|---|---|
| 110:12 115:9 | 44:23 46:7 | 285:14 313:22 | 257:17 289:9 | 87:8,14,24 |

110:12 115:9
118:1 124:15
125:24 127:21
130:12 131:25
132:5 153:9
160:21 166:22
168:11 171:2
173:21 191:4
192:3,6 193:13
195:4 197:16
202:14 213:6
219:6 222:16
224:1 225:4,6
225:8,18
227:13,18
230:25 231:9
241:9 245:19
255:14,23
257:1 271:12
273:21 276:1
280:25 282:5
286:22 297:21
303:17 323:6
**wanted** 16:1
29:16 45:14
57:17 130:13
258:5
**wanting** 174:6
**wants** 10:24
12:5
**War** 92:10
**warn** 263:21
**Washington**
3:14
**wasn't** 19:23
20:5 22:19
62:11 129:6
132:4 172:17
203:6 212:12
212:23 213:11
262:19
**watched** 119:21
**water** 224:15
230:2
**Watson** 206:16
**way** 9:3 12:24
24:8 32:16

44:23 46:7
47:16 48:12
49:8,15 65:23
73:21 97:6,8
105:17 108:8
120:19,25
121:24 129:6
133:7,17 134:4
138:11,14,16
138:18 141:5
160:23 162:21
167:21 168:14
170:21 180:3
185:16 187:3
188:11,23
189:11,14
199:6 207:11
213:9 235:5
246:5 249:16
254:10 255:22
258:22 276:18
282:7 285:10
291:3 297:5
298:1 302:9
314:19 317:25
**ways** 120:13
134:24 138:11
**wayside** 223:8
308:13
**we'll** 73:8
105:13
**we're** 33:16
44:16 49:12
53:19 54:3
58:4 60:5
71:22 98:6
118:19 127:16
127:22 128:11
128:13 140:24
141:2,5 145:6
147:11 148:2
158:14 159:19
159:20 165:21
174:11 218:22
233:2,2 237:20
245:23 253:24
258:22 280:6

285:14 313:22
**we've** 8:17 40:21
43:21 100:23
120:18 129:10
129:12 139:7
144:21 146:13
150:20 152:9
152:10,13
155:19 209:23
221:1 223:16
232:18,23
239:21 244:24
299:3 308:8
315:20,25
318:15
**weaker** 232:7
305:22
**website** 75:14
**weeds** 44:14
**week** 156:22
**weeks** 156:23
**Wehner** 5:23
279:4,6,19
280:7,9,9,10
280:12,15
282:19 283:22
**weigh** 316:7
**weighing** 315:19
315:23
**Welch** 20:16,19
21:11,22 199:7
250:3 300:18
**welcome** 31:16
**well-defined**
242:14
**well-formed**
165:17
**well-recognized**
119:10
**Weller** 279:19
**went** 15:19
250:4 289:8
294:11 316:2
**weren't** 19:4
37:6 41:22
44:12 234:16
236:23 251:1

257:17 289:9
298:9
**Westhoff** 93:21
**whatsoever**
304:19
**wheelhouse**
102:5
**white** 197:19,19
**William** 20:16
199:6
**wish** 303:20
304:12,13
**wishy-washy**
175:14
**withdrew**
211:22
**witness** 4:3 8:6,9
10:10 11:22
12:9 16:25
17:23 18:8,15
18:22 19:7,16
20:2 21:11
22:16 23:14
26:14 28:23
29:14 30:18
35:4,21 36:2,7
41:13 42:2,4
43:9 44:3,11
45:7,19 46:3
46:13 47:3,9
48:3 49:11
50:23 52:15,20
53:8 54:3,17
55:6 56:2,12
56:21 59:4,20
60:19 61:10
62:10,18,25
63:18 64:6,13
65:4 67:25
68:7,19 69:7
69:20 70:12
71:3,20 72:12
73:13 74:8,17
75:7 77:3 78:3
81:7,25 82:13
83:10,24 84:18
85:12 86:16,21

87:8,14,24
88:6,16,22
90:8,22 91:6
91:15 93:9
94:5,19 95:16
96:2 97:15
99:3,5 100:22
101:10,18
102:14,17
106:8 107:18
108:14 109:16
110:17 112:10
113:5,22 114:4
117:9,22,25
118:2 120:24
122:10 124:4
125:10 127:1
128:22,24
129:9,22
130:21 131:1
132:18 133:1
133:24 134:11
136:1,23 137:7
138:7,22 139:7
139:17 140:2
140:24 141:12
141:24 142:9
142:18 143:2,8
143:16 146:3
146:15,23
147:16 148:2
149:8,23
150:20 152:4
153:17 154:6,8
155:4 156:3,14
156:21 157:6
157:16,23
158:13,23
161:3,7 162:14
163:7 164:7,22
165:4,12 166:4
167:18 168:3,5
168:7,18
170:13,20
171:18 172:12
172:24 173:7
174:1,22

| | | | | |
|---|---|---|---|---|
| 175:12 176:2 | 262:19 263:3,9 | 112:16 117:6 | 197:14 212:11 | 132:3 145:19 |
| 176:15,24 | 263:16 265:16 | 121:6,8,10,12 | 212:11 215:7 | 149:13 153:21 |
| 177:11,16 | 268:17 269:9 | 121:14,16 | 235:24 312:3 | 156:9 157:12 |
| 178:1,8 179:13 | 269:16 272:6 | 122:4,4,4,23 | **wrap** 58:21 | 160:21,21 |
| 180:11,25 | 272:22 275:6 | 122:25 123:1 | **write** 11:8 17:15 | 162:22,24 |
| 181:8,21 182:1 | 276:8,10,17 | 131:7,9,22 | 109:22 154:12 | 166:8 172:16 |
| 182:10,17 | 278:1,22 281:6 | 152:10,12 | 196:15 197:24 | 177:21 191:3 |
| 183:15,23 | 281:12 282:13 | 155:25 169:11 | 214:21 303:14 | 195:6,15 |
| 184:16,25 | 283:5,16 284:4 | 208:15 233:4 | **writing** 167:6 | 197:18 199:11 |
| 185:5,12,20 | 284:12 289:5 | 289:20,23 | **written** 37:17 | 200:20 207:12 |
| 186:6,17 187:2 | 290:9 291:2 | 290:2,4 291:13 | 38:22 129:5 | 215:25 216:15 |
| 187:21 188:20 | 292:14 293:3 | 298:4 300:4,15 | 135:17 155:2 | 217:19 228:15 |
| 189:3 190:1,12 | 294:7,19 295:9 | 301:8,8 311:7 | 161:1 168:22 | 230:17 231:4 |
| 191:5 192:3 | 295:22 296:14 | 311:10 313:1 | 184:2 217:13 | 233:20 241:14 |
| 193:9 194:20 | 297:8,20 | **wondered** 204:1 | 266:8,21 | 242:19 244:8 |
| 197:12 199:23 | 299:15 300:22 | **wondering** | 324:22 | 246:12 247:9 |
| 200:9 201:9,19 | 300:24 301:20 | 203:11 204:9 | **wrong** 100:7 | 247:19 248:15 |
| 202:8,19 | 302:1 303:4 | **Woodruff** 15:16 | 148:24 150:3 | 248:22 252:4,9 |
| 203:11,25 | 304:5,16 305:4 | 15:24 | 168:14 199:1,2 | 256:3 258:18 |
| 204:17 205:2 | 305:10,19 | **word** 48:1,9 | 199:9,15 | 259:10 266:10 |
| 205:12 207:5 | 307:2,19 | 67:3,23 172:5 | 202:25 222:5 | 272:6,17 276:3 |
| 207:16 208:6,9 | 308:17 309:8 | 174:12 184:13 | 222:24 223:7 | 277:7 278:17 |
| 208:18 209:23 | 309:18 310:13 | 193:22 204:11 | 223:23 240:16 | 279:8 281:7 |
| 210:5,16,22 | 311:23 312:6 | 204:11 242:15 | 250:22 308:20 | 293:3,21 296:5 |
| 211:8 212:8 | 313:3,11,18 | 242:17 | **wrote** 17:9 19:2 | 297:22 298:15 |
| 213:1,6,14,24 | 314:14,23 | **words** 19:20 | 38:10 43:4 | 298:17 300:21 |
| 214:10,16 | 316:2,10 317:8 | 25:24 110:9 | 147:13 163:4 | 300:22 306:14 |
| 215:12 216:13 | 317:23 318:17 | 130:23 153:21 | 199:24 254:21 | **year** 154:5 286:3 |
| 216:19 218:14 | 318:24 319:10 | 162:7 163:17 | **Wyeth** 205:23 | **years** 9:6 15:14 |
| 219:2,11,17,24 | 320:6 321:15 | 265:23 296:11 | 206:16 | 41:8 59:21 |
| 221:20 226:15 | 321:21 322:9 | **work** 15:11 30:9 | ————————— | 65:11 99:9 |
| 227:12 229:14 | 322:18 327:9,9 | 207:3 298:19 | **X** | 135:10 151:3 |
| 229:23 230:9 | 327:14 328:1 | **worked** 92:17 | **X** 4:1,10 5:1 6:1 | 155:22 156:18 |
| 230:21 231:9 | **witnessed** 122:7 | **working** 118:19 | **x-ray** 288:3 | 156:19 157:20 |
| 232:23 234:10 | **witnesses** 12:22 | 215:9,10 | ————————— | 234:14,15 |
| 237:13,25 | **woman** 52:1 | 290:16,17 | **Y** | 237:5 239:2 |
| 238:15 239:6 | 120:6 134:23 | **workplace** 92:7 | **yeah** 12:24 | 244:3 259:22 |
| 240:20 244:22 | 277:14 292:3 | **works** 27:2 | 20:21 25:17 | **Yep** 243:1 |
| 245:9 246:3 | 311:25 | **world** 47:24 | 33:21 34:8 | **yesterday** 11:14 |
| 247:9,22 248:3 | **woman's** 107:24 | 74:20,23 92:10 | 42:2 60:25,25 | 11:22,23 13:21 |
| 250:7 251:5,20 | 120:10 123:22 | **worried** 231:19 | 63:10 89:6 | 13:24 31:11 |
| 253:6,18 254:4 | 305:7,16 | **wouldn't** 31:4 | 93:22 94:11 | 32:2 37:18,21 |
| 254:13,19,25 | **women** 58:13 | 58:15 129:5 | 102:7,23 104:4 | 43:23 75:19 |
| 257:11 258:14 | 77:25 78:12 | 157:4 163:5 | 106:15 107:10 | **yield** 306:9,16 |
| 258:20 259:5 | 92:5,9,13,15 | 178:5 179:10 | 110:6 111:3 | 306:17 |
| 259:10 260:10 | 93:15 94:13 | 179:25 185:25 | 118:2 120:24 | ————————— |
| 261:23 262:6 | 108:3,10 | 189:1,23 | 123:9 131:10 | **Z** |

Robert Kurman, M.D.

**Zellers** 3:4 8:1,1
  326:2
**zero** 100:4

---

**0**

**0.02** 311:12
  313:21
**02210** 2:13
**03** 206:1

---

**1**

**1** 4:12 10:15,19
  12:14 79:10,11
  79:22 80:4,15
  137:17,20
  160:8 161:16
  188:15 189:22
  191:15 193:1
  194:8,23,25
  205:17 299:2
  311:11
**1-** 191:25 192:15
  195:9 200:4
**1.3** 205:16
  290:22 291:2
**1:02** 118:8
**10** 4:12 5:15
  188:15,24
  189:22 191:15
  193:1 264:2
  299:2
**10-micron**
  191:25 192:16
  245:4
**10:31** 61:13
**10:53** 61:16
**100** 1:13 245:13
**100C** 4:23
  103:15
**102** 4:22
**106** 240:14,15
**108** 240:13
  241:1,4
**11** 4:14 5:18
  195:17,21
  228:8 269:24
  270:3 302:4

**11:59** 118:5
**1100** 3:9
**12** 5:22 32:7
  33:25 34:7
  184:2 214:20
  267:15,16,17
  271:15 279:12
  279:15
**1216** 5:14
**1218** 5:14
**127** 5:14
**13** 6:4 67:2
  168:21 283:7
  302:7
**1301** 5:8
**14** 6:6 32:10
  126:2,3 153:25
  159:2,14
  231:16 235:1
  255:19 306:13
  306:14 321:4
**1410** 2:12
**15** 10:10 32:11
  32:11 39:1
  99:9 204:11,17
**15:14:19** 322:20
**1560** 1:14
**16** 36:10,11
  236:7 237:7
  240:4
**16-2738** 1:6
**18** 145:13,14
  194:2,22
**19** 2:8
**190** 5:4
**190,000** 207:1
**19103-6996** 2:22
**1960s** 99:25
**1965** 74:15
**1985** 280:12
  283:22
**1991** 283:22
**1993** 205:20
**1995** 205:20
  280:13 283:17
**1999** 319:5

---

**2**

**2** 1:10 4:14 7:1
  11:11,15,20,21
  12:12 38:14
  42:25 100:1
  138:2 266:10
  266:25 289:11
**2:15** 178:12
**2:34** 178:15
**20** 236:9 250:17
  273:3 330:15
**200** 245:10
**2000** 2:21
**20004-1454** 3:14
**2007** 276:12
  277:9,10
  285:11,13,17
  286:4 291:24
  292:10,20
  293:14,19,20
**2009** 77:9 89:2,8
  89:9 91:22
**2011** 132:9
  154:6 155:9,19
  162:18 208:20
**2012** 102:20
  103:6
**2014** 65:17
**2015** 18:17 23:4
  207:1 320:9,20
**2017** 211:21
**2018** 290:16
**2019** 1:10 7:1,6
  72:24 92:1
  155:10 276:25
  319:6 322:5
**202** 3:15
**207-0600** 2:13
**213** 3:6
**215** 2:22
**216** 3:10 5:8
**218** 2:5
**22** 280:11
  287:23 293:16
  310:23
**227-8008** 2:19

**23** 32:13 160:11
**230** 103:24
  104:2
**231** 104:3
**232** 105:14
**24** 291:13
**241** 5:9
**25** 74:24 208:14
**255** 5:12
**264** 5:15
**269** 5:18
**269-2343** 2:6
**27** 5:8 217:14
**274,000** 206:2
**279** 5:22
**28** 208:14
**283** 6:4
**285** 154:1
**287** 161:3,5,9
**2nd** 7:6

---

**3**

**3** 4:18 75:10,13
  191:7,18,19
  193:5,16,23,25
  194:1,21 242:5
  298:10 299:5
**30** 41:9,14
  156:22 210:13
  281:2,6,15
  290:19,25
  311:9 324:5
  328:14
**314,540** 205:20
**321** 6:6
**322** 4:6
**325** 4:5
**334** 2:6
**3400** 2:18
**36104** 2:5
**37** 311:11
**376** 5:13 255:24

---

**4**

**4** 4:19 78:24
  79:2 193:17
**4:05** 255:1

**4:20** 255:4
**40** 9:6 59:21
  65:11 151:3
**40-year** 133:4
**42nd** 3:5
**430-3400** 3:6
**44113-7213** 3:9
**4497** 1:16
  327:19
**45** 280:18
  281:15
**45-day** 281:2
**454** 89:12
**463-2400** 3:15

---

**5**

**5** 4:22 103:2,5
  188:16,24
  194:8 195:1
  245:25 247:3
  249:15
**5-** 245:3
**5-micron** 188:15
  195:9 200:4
  246:7,18
  257:18
**5:02** 286:25
**5:22** 287:3
**5:59** 315:12
**50** 215:21 311:6
  312:25
**50-50** 263:20
**500** 245:10
**515** 3:5
**53** 160:10
**539** 5:13
**540** 5:14
**58** 205:12
**59,000** 205:23
**592-5000** 3:10

---

**6**

**6** 5:4 135:4
  190:17 204:22
  206:10 267:12
  267:13 285:25
  286:8,9

Robert Kurman, M.D.

**6:10** 315:15
**6:23** 326:3,5
**600** 2:18
**617** 2:13
**642** 131:14
**648** 5:14
**681** 126:10
    127:19,19
**682** 159:12
**685** 153:23
    154:2,3

---
**7**

**7** 5:8 216:25
    217:4,10
**70s** 23:1 64:9
    99:25
**713** 2:19
**720-1288** 2:9
**720-1292** 2:10
**75** 4:18
**77002** 2:18
**78** 4:19

---
**8**

**8** 4:5 5:9 241:10
    241:16
**80** 114:11 169:7
    245:13
**80s** 99:25
**877.370.3377**
    1:19

---
**9**

**9** 5:12 32:8
    108:17,20
    115:1 193:4,12
    193:18,20,21
    255:7,12
**9:26** 1:15 7:2,6
**90** 108:10 131:7
    131:12,22
**90071-2223** 3:6
**917.591.5672**
    1:19
**92660** 2:9
**93** 205:23

**949** 2:9,10
**95** 161:17
    240:17
**950** 3:9
**975** 3:14
**98** 205:23
**988-2706** 2:22
**99** 206:1