# Exhibit 14

Mark Krekeler, Ph.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

```
_____
                                  :
IN RE:  JOHNSON & JOHNSON         :    MDL NO. 2592
TALCUM POWDER PRODUCTS            :    16-2738 (FLW) (LGH)
MARKETING, SALES PRACTICES       :
AND PRODUCTS LIABILITY           :
LITIGATION                       :
                                  :
THIS DOCUMENT RELATES TO:         :
ALL CASES                        :
                                  :
_____
```

Videotaped Deposition of

MARK KREKELER, Ph.D.

Taken:          By the Defendants
                Pursuant to Notice

Date:           January 25, 2019

Time:           Commencing at 9:16 a.m.

Place:          Hampton Inn
                375 South College Avenue
                Oxford, Ohio  45056

Before:         Susan M. Gee, RMR, CRR
                Notary Public - State of Ohio
                     and
                Melinda Sindiong, CLVS

Mark Krekeler, Ph.D.

---

**Page 2**

1   APPEARANCES:
2
     On behalf of the Plaintiffs:
3
       BEASLEY ALLEN LAW FIRM
4       BY:  P. LEIGH ODELL, ESQ.
       BY:  JENNIFER K. EMMEL, ESQ.
5       218 Commerce Street
       Montgomery, Alabama  36103
6       (334) 269-2343
       leigh.odell@beasleyallen.com
7       jennifer.emmel@beasleyallen.com
8       MOTLEY RICE LLC
       BY:  CARMEN SESSIONS SCOTT, ESQ.
9       28 Bridgeside Boulevard
       Mt. Pleasant, South Carolina  29464
10      (843) 216-9160
       cscott@motleyrice.com
11
       WILENTZ, GOLDMAN & SPITZER, P.A.
12      BY:  DANIEL R. LAPINSKI, ESQ.
       90 Woodbridge Cener Drive
13      Suite 900
       Woodbridge, New Jersey  07095
14      (732) 865-6066
       dlapinski@wilentz.com
15
16  On behalf of Defendant Johnson & Johnson:
17      DRINKER BIDDLE & REATH LLP
       BY:  JACK N. FROST, JR., ESQ.
18      600 Campus Drive
       Florham Park, New Jersey  07932
19      (873) 549-7338
       jack.frost@dbr.com
20
       SKADDEN, ARPS, SLATE, MEAGHER & FLOM
21      BY:  NINA R. ROSE, ESQ.
       1440 New York Avenue, N.W.
22      Washington, D.C.  20005
       (202) 371-7105
23      nina.rose@skadden.com
24
25

---

**Page 3**

1   APPEARANCES:
2
     On behalf of Defendant Pharmatech:
3
       TUCKER ELLIS LLP
4       TARIQ M. NAEEM, ESQ.
       950 Main Avenue, Suite 1100
5       Cleveland, Ohio  44113
       (216) 696-3675
6       tariq.naeem@tuckerellis.com
7
     On behalf of Defendant Imerys Talc America,
8   Inc.:
9       GORDON & REES SCULLY MANSUKHANI, LLP
       BY:  KENNETH J. FERGUSON, ESQ.
10      816 Congress Avenue
       Suite 1510
11      Austin, Texas  78701
       (512) 391-0197
12      kferguson@gordonrees.com
13      GORDON & REES SCULLY MANSUKHANI, LLP
       BY:  ANDREW W. CARY, ESQ.
14      275 Battery Street
       Suite 2000
15      San Francisco, California  94111
       (415) 875-3163
16      acary@grsm.com
17
     On behalf of Personal Care Products Council:
18
       SEYFARTH SHAW LLP
19      BY:  JAMES B. BILLINGS-KANG, ESQ.
       975 F Street, N.W.
20      Washington, D.C.  20004
       (202) 463-2400
21      jbillingskang@seyfarth.com
22         - - -
23
24
25

---

**Page 4**

1                    I N D E X
2
3   WITNESS:  MARK KREKELER, Ph.D.
4                                        PAGE
5   CROSS-EXAMINATION
6       By Mr. Frost                      8
7   CROSS-EXAMINATION
8       By Mr. Ferguson                  283
9   EXAMINATION
10      By Ms. O'Dell                    309
11  FURTHER CROSS-EXAMINATION
12      By Mr. Frost                     327
13
14                 E X H I B I T S
15  NUMBER          DESCRIPTION          PAGE
16    1    11/16/18 Rule 26 Expert Report of   13
       Mark Krekeler, Ph.D.
17    2    1/17/19 Rule 26 Addendum to the     13
       Expert Report of Mark Krekeler, Ph.D.
18
19    3    IRSST report R-755              82
20
21    4    IC 8757 Bureau of Mines Information   86
       Circular/1977
21    5    IARC Monographs on the Evaluation of   91
       Carcinogenic Risks to Humans, Vol. 93
22
23    6    U.S. Department of Health and Human   109
       Services Toxicological Profile for
       Asbestos 9/2001
24
25

---

**Page 5**

1                 E X H I B I T S
2   NUMBER          DESCRIPTION          PAGE
3
4     7    NIOSH Current Intelligence Bulletin 62  116
       Asbestos fibers and Other Elongate
5       Mineral Particles:  State of the Science
       and Roadmap for Research, Revised Edition
6     8    State of Montana, Bureau of Mines and   120
       Geology, Reconnaissance Geology of
7       Southernmost Ravalli County, Montana,
       by Richard B. Berg
8
9     9    International Geology Review, The      140
       Serpentine Multisystem Revisited:
10      Chrysotile is Metastable
11    10   Windsor Minerals, Inc.               144
       Geology of the Talc Mine at East
12      Johnson, Vermont
       Bates JNJ000272469 - 668
13    11   Using the geologic setting           160
       of talc deposits as an indicator
14      of amphibole asbestos content by
       Bradley S. Van Gosen, et al.
15
16    12   Geology, Asbestos and Health by      160
       Malcolm Ross, December 1974
17    13   Letter from RJ Lee Group dated 5/16/16  161
       Bates JNJ 000521616 - 638
18
19    14   Krekeler Deposition Italian Documents  164
       Various Bates numbers
20    15   Department of the Interior Geological  174
       Survey Circular 95 - Talc
21      Investigations Vermont Preliminary
       Report
22
       16   Talc Resources of the United States    177
23      Geological Survey Bulletin 1167
24    17   Occupational Exposures to
       Non-Asbestiform Talc in Vermont       182
25

---

Mark Krekeler, Ph.D.

<table>
<tr><td colspan="2">Page 6</td></tr>
</table>

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| 18 | Preliminary Investigation of Cosmetic Talc Potential, Lungsheng Operations, Kwangxi, China Bates JNJNL61_000002060 - 89 | 188 |
| 19 | Sampling of Run-of-mine mill feed - A practical approach by Afewu and Lewis | 209 |
| 20 | Email dated 10/31/13 Bates JNJ14T5_000005157 - 48 | 218 |
| 21 | Zuffar Days Symposium Held in Cagliari October 10 - 15, 1988 Geology of the Italian high quality cosmetic talc from the Pinerolo district (Western Alps) by Sandrone and Zucchetti | 236 |
| 22 | Krekeler Deposition Asbestos Documents Various Bates numbers | 240 |
| 23 | An Introduction to the Rock-Forming Materials by Deer, Howie & Zussman | 285 |
| 24 | The Mineral Industry of Italy by by Harold R. Newman | 288 |
| 25 | Analysis of an Authentic Historical Italian Cosmetic Talc Sample - Further Evidence for he Lack of Cancer Risk | 289 |
| 26 | Excerpt from the Deposition of Patrick Downey taken 11/8/17 | 291 |
| 27 | FDA Action Related to Talc | 297 |
| 28 | USB Jump Drive | 331 |
| 29 | Color Photograph | 331 |
| 30 | Color Photograph | 331 |

--- 

Page 7

1    VIDEOGRAPHER:  We are now on the record.
2  My name is Melinda Sindiong, CLVS.  I'm
3  videographer for Golkow Litigation Services.
4  Today is January 25th, 2019.  The time is 9:16.
5  The video deposition is being held in Oxford,
6  Ohio, in the matter of Johnson & Johnson Talcum
7  Powder Products Marketing Sales Liability
8  Litigation.  This is for the United States
9  District Court of the District of New Jersey.
10  The deponent is Mark Krekeler, M.D.
11    Will counsel please identify yourselves
12  and the parties you represent?
13    MS. SCOTT:  My name is Carmen Scott.  I'm
14  with Motley Rice, for the plaintiffs.
15    MS. O'DELL:  Leigh O'Dell, Beasley Allen,
16  for the plaintiffs.
17    MS. EMMEL:  Jennifer Emmel, Beasley
18  Allen, for the plaintiffs.
19    MR. LAPINSKI:  Daniel Lapinski, Wilentz
20  law firm, for the plaintiffs.
21    MR. FROST:  Jack Frost, Drinker Biddle &
22  Reath, on behalf of Johnson & Johnson.
23    MS. ROSE:  Nina Rose, Skadden, Arps, on
24  behalf of Johnson & Johnson.
25    MR. FERGUSON:  Ken Ferguson, Gordon &

Page 8

1  Rees, for Imerys.
2    MR. CARY:  Andrew Cary, Gordon & Rees,
3  for Imerys.
4    MR. NAEEM:  Tariq Naeem, Tucker Ellis,
5  for the Pharmatech defendants.
6    MR. BILLINGS-KANG:  James Billings-Kang
7  for Personal Care Products Council.
8    VIDEOGRAPHER:  The court reporter is
9  Susan Gee, RMR and CRR, and will now swear in
10  the witness, and we can proceed.
11    MARK KREKELER, Ph.D.
12  of lawful age, a witness herein, being first duly sworn
13  as hereinafter certified, was examined and deposed as
14  follows:
15    CROSS-EXAMINATION
16  BY MR. FROST:
17    Q.   Good morning, Dr. Krekeler.  My name is
18  Jack Frost.  I'll be asking you probably the majority of
19  the questions today.
20    A.   Okay.
21    Q.   But before we get started, could you
22  please state your full name for the record?
23    A.   Mark Paul Spigg Krekeler.
24    Q.   And where do you currently work?
25    A.   I am an associate professor at Miami

Page 9

1  University.  I hold an appointment where my tenure is
2  held on the Oxford campus in the department of geology,
3  and my teaching the -- I work at the Hamilton campus as
4  well.
5    Q.   And just so the record is clear, Miami
6  University, there are two.  We're at the one in Ohio,
7  right?
8    A.   To my knowledge, there's only one Miami
9  University.
10    Q.   The other one's University of?
11    A.   Yes.
12    Q.   Okay.  All right.
13    A.   Miami was founded in 1809.
14    Q.   And have you ever been deposed before?
15    A.   No, I have not been deposed before.
16    Q.   Okay.  Have you ever testified before?
17    A.   No, I have not testified before.
18    Q.   All right.  Real quick, I'll go over some
19  ground rules.  I'm sure your counsel has told you this,
20  but the number one most important thing is everything
21  we're saying today is being written down by the court
22  reporter who's to my left.  So because of that, we have
23  to make sure we verbalize everything.  Uh-huh, huh-uh,
24  nods of the head, pointing, things like that don't show
25  up very well in written word.

3 (Pages 6 to 9)

Mark Krekeler, Ph.D.

Page 10

1     A.   Very good.
2     Q.   So we just need to make sure that, you
3 know, we're verbalizing everything.
4          Second thing is, and I guarantee we'll
5 get in trouble for this at some point.  It's very hard
6 for the court reporter to write down when both of us are
7 talking at the same time.  I'm not saying we're doing it
8 in a rude way but just normal human conversation.
9 Eventually, you'll pick up what the end of my question
10 is.  I'll pick up the end of your answer, and we'll just
11 start naturally talking over each other.  We've got to
12 be really careful about that, you know, make sure she
13 can write it down.
14          At some points during the deposition,
15 your counsel may object or other people in the room may
16 object.  Allow time to give counsel, you know, to put
17 their objections on.  Once they're done, unless you're
18 instructed otherwise by your counsel, you have to answer
19 my question.
20          The other thing is, if you answer my
21 question, I'm going to understand you assumed it or
22 understood it.  So if you don't understand what I'm
23 asking, you need clarification, let me know.  If there
24 is, you know, something you need for me to work out, I'd
25 rather work it out than have you answer something that,

Page 11

1 you know, you and I are talking at different places.
2          The only other thing, too, I don't want
3 you to guess here today, and if you're guessing or
4 making an estimate, just let us know.  And, you know,
5 but if it's a wild guess, I don't know, I don't
6 remember, those are perfectly fine answers.
7          And other than that, if you need a break
8 at any time, let us know.  If there's a question
9 pending, you've got to answer the question first, but
10 we're here on your schedule, so -- and we'll try to
11 break every hour, hour and a half or so, but if you need
12 to break in between, you know, just let us know, and
13 we'll stop.
14     A.   Can I ask a question?
15     Q.   Sure.
16     A.   So I've never done this before.  I've
17 never been deposed, and I noticed early on, when the
18 videographer was making some statements, that the
19 statements that I heard were not recorded accurately on
20 this.  So the word was "demotion."
21          MS. SCOTT:  You don't need to worry about
22 that.
23     A.   So but my question is, is if I go -- if I
24 use this to read your question, how do I know a word's
25 not -- how do we make sure that word is right?  Do we

Page 12

1 just say it again and agree on it or -- I'm unclear.
2 I've never done this before.
3 BY MR. FROST:
4     Q.   Sure.  So to the extent we can, just
5 listen to my question and answer the question, yeah, as
6 I've asked it.  What shows up on the screen is called
7 phonetic, so sometimes the words converted over by the
8 computer will be incorrect, and ultimately, when they
9 come and transfer it for the final transcript, it will
10 change.
11          So these are sort of there as a guide, if
12 we can't remember what we're talking about a couple
13 minutes ago, to look back.  But this is not the official
14 record.  The official record will be what's on the
15 video, and then, ultimately, what's in the transcript,
16 which might end up being a little different than what's
17 on the screen.
18     A.   Okay.  And because -- so a third party
19 would go and transcribe what's on the video?
20     Q.   So I'm not sure at the end, yeah.
21     A.   So if there's something garbled on here,
22 someone else does that?
23     Q.   Yes.  That's correct.
24     A.   So they don't come back to me or --
25     Q.   No.  You don't need to worry about that.

Page 13

1 That's done somewhere else.
2     A.   Okay.  Yeah.  I don't -- I don't know.
3     Q.   No.  That's okay.  It's a fair question.
4 But --
5          VIDEOGRAPHER:  Sorry.  If I can interject
6 as well, you're talking with your hands, and it
7 does get in the shot.
8          MR. FROST:  Oh, mine does?
9          VIDEOGRAPHER:  Yes.
10          THE WITNESS:  Okay.  Sorry.
11          VIDEOGRAPHER:  Thank you.
12          MR. FROST:  All right.  So if I can mark
13 a couple exhibits to begin.  I'll mark this as
14 Exhibit 1.
15          (Exhibit 1 was marked for
16          identification.)
17          MR. FROST:  I'll mark this as Exhibit 2.
18          THE WITNESS:  Does it matter which copy?
19          MS. SCOTT:  You can take a look at
20 whichever you're more comfortable with.  They're
21 the same.
22          MR. FROST:  I imagine they're the same,
23 right?
24          (Exhibit 2 was marked for
25          identification.)

4 (Pages 10 to 13)

Mark Krekeler, Ph.D.

Page 14

1  BY MR. FROST:
2      Q.    All right.  In front of you marked as
3  Exhibits 1 and 2 are your expert report that's dated
4  November 16th, 2018, and then Exhibit 2 is your
5  supplemental report dated January 17th, 2019; is that
6  correct?
7      A.    Yes.
8      Q.    Are these the only two reports that
9  you've written in this case?
10     A.    Yes.
11     Q.    Now, you understand you've been
12  designated by the plaintiffs in this case in the Johnson
13  & Johnson talc MDL?
14     A.    Yes.
15     Q.    Okay.  Can you explain to me what, or
16  define what your area of expertise is?
17     A.    Yes.  So my undergraduate degree was in
18  geology, and since my freshman year, I've been working
19  with clay materials and clay intervals.  My degree is
20  in -- my undergraduate degree is a bachelor's of science
21  in geology, and so that entailed field work.  And,
22  actually, I think since my freshman year, I've been
23  doing powder x-ray diffraction.  My master's was on,
24  also, a clay rich rock, bentonite, so -- and then in --
25  I finished that degree in '98.

Page 15

1          Then my Ph.D. was in mineralogy and
2  specifically phyllosilicate mineralogy and looking at
3  the impurities and materials associated with
4  phyllosilicates.  My dissertation was on
5  palygorskite-sepiolite minerals and smectite minerals.
6  My Ph.D. advisor was Steve Guggenheim, who essentially
7  is the North American expert in crystallography for
8  phyllosilicates.
9          And, then, so I finished that degree in
10 2003.  Throughout my degrees, I think my first
11 consulting job was a project with Amoco when I was an
12 undergrad doing x-ray diffraction, looking at clays from
13 Trinidad through my advisor, Warren Huff.  But through
14 that period of time, I did occasional consulting
15 projects, largely with powder x-ray diffraction and
16 sometimes electron microscopy.
17         Then I did not do a postdoc.  There were
18 two mineralogy positions available nationwide when I
19 graduated.  My graduation year was 2003.  I then got one
20 of those positions at George Mason University, and I was
21 hired in a department of environmental science and
22 policy.  And my research there, I was specifically
23 teaching mineralogy.  Then my research was centered
24 around mineralogy.
25         I produced a few patents relating to

Page 16

1  phyllosilicates as well.  And, basically, I worked with
2  industrial mineral materials, mine materials, and then
3  my time at Miami University, I've also worked with
4  synthetic minerals and natural minerals.
5          So my training as a Ph.D. student was to
6  look at the phyllosilicate minerals as a whole.  So
7  mineralogy has evolved significantly in that we think of
8  minerals as sort of a system, and we look at things at
9  how they're interrelated.  And that's -- so, basically,
10 I've had some -- my degree is in geotechnical
11 engineering and environmental earth science, so I have a
12 few engineering classes.  And then I've collaborated and
13 worked with several mineral companies.  My Ph.D. was
14 sponsored by a mineral company, in part.
15     Q.    So long story short, would you define
16 your area of expertise as mineralogy?
17     A.    Yes.
18     Q.    Okay.  And the two reports in front of
19 you, do those reflect all the opinions you plan to give
20 in this case or intend to give in this case?
21     A.    Well, again, I'm legally not familiar
22 with the process, but I think I -- currently, this is my
23 opinions.  If something new comes up and I'm asked, I
24 would...
25     Q.    Okay.  I guess a better way to ask that

Page 17

1  question --
2      A.    Sorry.  I'm unclear.  I'm not familiar.
3      Q.    Yeah.  That's okay.  As we sit here
4  today, do you intend to offer any opinions in this case
5  that aren't reflected in either of these two reports?
6      A.    No.  The reports are what I am using.
7      Q.    And were you asked to render any reports
8  by your counsel that you did not or are not included in
9  those reports?
10         MS. SCOTT:  Objection.  You can answer.
11 BY MR. FROST:
12     Q.    You can answer.
13     A.    Oh, I can answer?  So, if I remember
14 correctly, with the deposition notice, it was requested
15 that reports or documents I prepared relating to, I
16 think, all talc cases were requested.  So there's one
17 report I gave to them from another case that I'm
18 involved in.
19     Q.    Okay.  So you're currently involved in
20 another talc case or is this an older case?
21     A.    This is a current case.
22     Q.    And it's a talc case?
23     A.    It is a talc-related case, yes.
24     Q.    Is it a case against Johnson & Johnson?
25     A.    I believe it's a case against Imerys.

5 (Pages 14 to 17)

Mark Krekeler, Ph.D.

Page 18

1      Q.    Against Imerys?  Do you know what the
2   case is called or where it's venued?
3      A.    I don't remember offhand.  The law firm
4   is Waters & Kraus.
5      Q.    That's who retained you?
6      A.    Yes.
7      Q.    Do you know what state it's in?
8      A.    The law firm is in Texas.  I think the
9   case is in Texas.
10      Q.    And what have you been asked to do in
11   that case?
12         MS. SCOTT:  I'm going to object to the
13      extent that I'm not aware of what his role is in
14      that case.
15         MR. FROST:  Sure.
16         MS. SCOTT:  And I'm not sure he knows
17      what's going on and, you know, the extent of
18      the -- whether he's been disclosed in that case
19      or not.
20         MR. FROST:  Okay.
21         MS. SCOTT:  So I'm going to object to any
22      questions on that.
23         MR. FROST:  All right.  We'll reserve our
24      right to come back.
25         MS. SCOTT:  Sure.

Page 19

1   BY MR. FROST:
2      Q.    Have you brought that report that you
3   drafted in that case with you today?
4      A.    I don't know.
5      Q.    Okay.  Did you bring anything with you --
6   I'll start.  So there seems to be a table of stuff next
7   to you.  Is that a fair way to describe that?
8      A.    Yes.
9      Q.    And what, generally, is that stuff?  Like
10   what's in the binders and things like that?
11      A.    So, generally, those are documents that
12   were provided when I requested them, and those documents
13   are from the companies.
14      Q.    Are those all the documents that are
15   listed in your materials-relied-upon list at the end of
16   your report?
17      A.    Yes.
18      Q.    Is there anything in those binders that
19   isn't otherwise reflected on the list in your reports?
20      A.    I'm sorry?
21      Q.    I can reask it if it's easier.
22      A.    Is there anything in those binders that
23   isn't otherwise reflected on the list?  I have books
24   that are also included in the report.
25      Q.    Okay.  Those are the various books you

Page 20

1   cite throughout the report?
2      A.    Yes.
3      Q.    The piece of literature, things like
4   that?
5      A.    Yes.
6      Q.    Okay.  Other than documents, books,
7   literature, et cetera, that are already included in your
8   report, have you brought anything else with you today?
9      A.    No.  I believe just what is in the
10   report.
11      Q.    Okay.  We're also going to probably send
12   a request for, you know, a copy of the report written on
13   the other case as well.  It seems like it was turned
14   over to counsel.
15         MS. O'DELL:  No.  You misunderstood.
16      It's not been turned over to counsel.
17         MR. FROST:  It hasn't been turned over to
18      you guys.
19         MS. O'DELL:  We don't have any
20      information about that case.
21         MR. FROST:  Oh, okay.
22         MS. O'DELL:  Yeah.  So if you have any
23      questions about that, you need to talk to Waters
24      & Kraus or whoever else is involved.
25

Page 21

1   BY MR. FROST:
2      Q.    So before, when you said you'd given the
3   report to counsel, you're talking about Waters & Kraus,
4   not --
5      A.    I don't recall specifics.
6      Q.    All right.  Have you turned that report
7   at all over to any of your attorneys who are here today
8   or anybody who works for them, their law firms, if you
9   can recall?
10      A.    I don't remember specifics.
11      Q.    Okay.  Do you recall when you were
12   retained in that case?
13      A.    In the other case?
14      Q.    Yes.
15      A.    It was about the same time as this case.
16      Q.    Do you recall when that was?
17      A.    Basically, I want to say it was towards
18   the end of December of 2017, but -- so that's when we
19   talked, and then I think it was like late January, maybe
20   February, when I actually started reviewing documents
21   for that case.
22      Q.    Have you generated any invoices for your
23   work in this case yet?
24      A.    I'm sorry.  Are you referring to --
25      Q.    For this, what we're here for today, the

6 (Pages 18 to 21)

Mark Krekeler, Ph.D.

Page 22

1   Johnson & Johnson MDL case.
2       A.   Yes. I'm up to date with invoices.
3       Q.   And did you bring any of those invoices
4   with you?
5           MS. SCOTT:  Counsel, those were provided
6       previously about a week ago by email.
7           MR. FROST:  All right.
8   BY MR. FROST:
9       Q.   But other than that, there's nothing, no
10  additional documents or invoices?
11      A.   Right.  There's no outstanding billing or
12  anything --
13      Q.   Yeah.
14      A.   -- like that.
15      Q.   Okay.
16      A.   Yeah.  We're all caught up.
17      Q.   All right.  Turning back to the reports
18  that are in front of you as Exhibits 1 or 2, are these
19  reports complete, as far as you're concerned?
20      A.   To the best of my knowledge, they're
21  complete, based on what I was provided to review.
22      Q.   And do you believe what's reflected in
23  those reports is accurate?
24      A.   I believe that my opinions are accurate.
25  The data as presented as findings are as they are

Page 23

1   interpreted by the company.  So when you say -- again,
2   I'm unexperienced.
3       Q.   Sure.
4       A.   So when you say "accurate," I don't think
5   some of the report, some of the findings are
6   scientifically accurate, based on the analytical
7   methods.  So...
8       Q.   Are you talking about some of your
9   findings?  I'm asking sort of what your ultimate
10  opinions and your findings in this case.  Do you believe
11  that what you've opined to in this case is accurate in
12  these reports?
13      A.   So is my opinion --
14      Q.   Yes.
15      A.   -- accurate?
16      Q.   Yes.
17      A.   Yes, I believe my opinion is accurate.
18      Q.   Is there anything, before we get started
19  going through those opinions, that you want to change or
20  amend?
21      A.   No.
22      Q.   And is it fair to say that, effectively,
23  the opinions you're rendering here are limited to review
24  of the geologic deposits utilized by Johnson & Johnson
25  and Imerys to create talcum powder?

Page 24

1       A.   Is it fair to say that, effectively, the
2   opinions you're rendering here are limited to review of
3   the geologic deposits utilized by Johnson & Johnson
4   and -- it's kind of garbled.
5       Q.   Yeah.  And Imerys.
6       A.   And to create talcum powder.  So, yes, I
7   reviewed those materials.
8       Q.   Okay.  And you're not here to opine about
9   anything outside of those geological deposits and the
10  mining practices, et cetera, that were going on at those
11  areas?
12          MS. SCOTT:  Objection.
13      A.   So the nature of mineralogy, as I alluded
14  to earlier, is very systematic, right?  So it's not the
15  same deposit.  It's not the same deposit, but there's
16  Caledonia.  New Caledonia is a terrain that has a lot of
17  talc in it, that has a lot of nickel in it, and so,
18  essentially, the geologic knowledge as a whole,
19  essentially, I'm relying on my educational base, my
20  research base, things like that.  So being aware of the
21  geology of talc and the mineralogy of talc, geochemistry
22  of talc through global settings is critical to evaluate
23  any subset of data relating to talc and associated
24  rocks.
25

Page 25

1   BY MR. FROST:
2       Q.   I'll ask it a sort of different way.
3   I'll break it down.  You didn't do any testing here of
4   any product, right?
5       A.   I was not asked to do any testing.
6       Q.   Okay.  And you're not going to render any
7   opinions about what causes disease, anything of that
8   nature?
9       A.   Correct.  I am not a medical expert.  I
10  am not an environmental health expert.
11      Q.   And you're not going to render any
12  opinions about what level of exposure to any particular
13  metal or contaminate can cause disease?
14      A.   Again, I would defer for details to
15  environmental health experts and medical experts.
16      Q.   You're not going to render any opinion
17  that use of Johnson & Johnson talcum powder causes
18  ovarian cancer, right?
19      A.   So I'm sorry.  I am not an expert in the
20  molecular mechanisms of carcinogenicity, if I said that
21  correct.  I don't know.  I'm not a medical person.  So,
22  no.
23      Q.   All right.  Looking at Exhibit 2, which
24  is the addendum report, why did you draft this addendum?
25      A.   New materials became available.

7 (Pages 22 to 25)

Mark Krekeler, Ph.D.

Page 26

1    Q.    When were you asked to draft the
2  addendum?
3    A.    I think when Longo had his supplemental,
4  and then I can't remember exactly when, but what really
5  caught my eye was this testing where they used
6  .1 milligrams of a sample, and that's not representative
7  in any way, and then they use a silver membrane.
8    Q.    I'll stop you here, because we'll be here
9  for a very long time.
10    A.    Okay.
11    Q.    So the question was:  When were you asked
12  to draft the report?
13    A.    I'm sorry.  I'm sorry.  You're right.  I
14  got distracted.  It was in January sometime.
15    Q.    And if you look at the second paragraph
16  of the report, it states, "After I submitted my
17  preliminary report on November 16, 2018, I reviewed
18  additional documents provided by Johnson & Johnson and
19  Imerys through the course of this litigation as well as
20  documents produced after submitting my report."  Is that
21  correct?
22    A.    Yes.
23    Q.    If you turn to pages 4 -- I'm sorry, page
24  5 of the report.  You list the supplemental materials
25  and data considered?

Page 27

1    A.    Yes.
2    Q.    Am I also correct, you only list Imerys
3  documents as the additional materials reviewed?
4    A.    Yes.
5    Q.    Okay.  So you, in fact, did not actually
6  review any additional Johnson & Johnson documents to
7  create this addendum; is that correct?
8         MS. SCOTT:  Objection.
9    A.    I don't remember specifically.  That may
10  be a typo.  I think I -- I think it's likely that I
11  looked at some Johnson & Johnson documents but only
12  ended up focusing on these others.
13  BY MR. FROST:
14    Q.    Do you know what additional Johnson &
15  Johnson documents --
16    A.    I don't.  I don't remember.
17    Q.    Okay.  And I take it because they didn't
18  make it into the report, it's not something you're
19  relying on?
20         MS. SCOTT:  Objection.
21    A.    I don't know.
22  BY MR. FROST:
23    Q.    Are there any other typos --
24    A.    So I think --
25    Q.    Go ahead.

Page 28

1    A.    I might have been confused with the Longo
2  title.  It says, "Analysis of Johnson & Johnson's
3  historical product," so that might be the source of
4  the...
5    Q.    Do you know if there are anything else or
6  any other changes that you'd like to make to either the
7  supplemental or the original report?
8         MS. SCOTT:  Objection.  Asked and
9  answered.
10  BY MR. FROST:
11    Q.    You can answer.
12    A.    Do I --
13    Q.    Yeah.  Do you know if there are any other
14  typos or anything else you'd want to correct in either
15  of the two reports?
16    A.    I think there are a few typos in the
17  report, or I'm, you know, I'm not perfect so...
18    Q.    We talked about, sort of, what's in the
19  binders over there and in the tubs.  We'll start with
20  the binders, which are the documents.  Did plaintiffs'
21  counsel provide all of the documents you relied on from
22  both Imerys and Johnson & Johnson in this case?
23         MS. SCOTT:  Objection.
24    A.    I requested documents from the lawyers to
25  review.

Page 29

1  BY MR. FROST:
2    Q.    What did you request from the lawyers?
3    A.    I requested any documents relating to the
4  mineralogy, the geology, things such as coring, x-ray
5  diffraction, bulk chemical tests, electron microscopy,
6  anything relating to, essentially, problems in
7  manufacturing or things that are related to how well
8  audits, for example -- audits would be a good example of
9  something that would be a third-party objective thing,
10  and I think there's, you know, there's an audit in here,
11  and any, any materials that would give sort of a big,
12  big picture of the situation at hand.
13    Q.    Did you ever ask to have access to all
14  the documents so you could perform searches yourself?
15    A.    I don't remember.  I remember I reviewed
16  a lot, a lot of documents, but I don't remember if I
17  specifically asked that.  I asked for things relating to
18  what I just said.
19    Q.    Did you ever run any searches against any
20  documents to see if there's anything additional to what
21  was provided to you?
22         MS. SCOTT:  Object to form.  You can
23  answer.
24    A.    What do you mean by "search"?  So I
25  don't -- it was my understanding that -- so this is sort

8 (Pages 26 to 29)

Mark Krekeler, Ph.D.

Page 30

1   of a closed system that, essentially, there's the
2   documents that the company produces.  If I were to
3   search for something else, I don't necessarily know if
4   that's from the company, right, or that's my thought.
5   So I did not -- I didn't do any additional searches.
6   BY MR. FROST:
7       Q.   So you just relied on the documents as
8   provided to you by plaintiffs' counsel?
9       A.   Yes.
10          MS. SCOTT:  Objection.
11      A.   For these, for the documents that were
12   used.
13   BY MR. FROST:
14      Q.   And you have no way of knowing whether or
15   not they've given you a complete set of every document,
16   correct, that hits the categories you asked for?
17          MS. SCOTT:  Objection.
18      A.   I think it's very representative of a
19   set.  But, I mean, as I understand, there's, you know,
20   an enormous amount of data, as there should be, and that
21   is -- that would be expected, but, you know, I've
22   reviewed what was requested.
23   BY MR. FROST:
24      Q.   You reviewed what was provided, not what
25   was requested, correct?

Page 31

1       A.   What was provided that I requested from
2   them.
3       Q.   And you don't know whether or not -- you
4   have no way of telling, sitting here, whether or not
5   you've been given the complete record, correct?
6          MS. SCOTT:  Objection.  Asked and
7          answered.  You can answer if you can.
8       A.   I think it's, I think it's very
9   representative.  So I found examples where asbestos and
10   contaminate -- essentially where asbestos was
11   undetected.  You know, I looked at a wide variety of
12   things.
13   BY MR. FROST:
14      Q.   But you would agree with me it's a
15   representative set as chosen to be given to you by your
16   counsel?
17          MS. SCOTT:  Objection.
18      A.   I think it's representative.
19   BY MR. FROST:
20      Q.   You have no way of knowing what else
21   might exist, correct?
22          MS. SCOTT:  Objection.  Asked and
23          answered.  You can answer.
24      A.   So, yeah, there could be more bad reports
25   out there.  There could be more good reports out there.

Page 32

1   There's a lot of data, as I understand it.  I don't
2   think it's reasonable to review every document.
3   Unfortunately, I'm one person, and if there's hundreds
4   of thousands of pages of documents, yeah, I don't think
5   any single person can review those in a reasonable
6   manner.
7   BY MR. FROST:
8       Q.   So you don't think it's important, as an
9   expert giving opinions about the overall mining and
10   sampling and testing practices of Johnson & Johnson, to
11   have looked at or at least had access to the complete
12   set of documents?
13          MS. SCOTT:  Objection.
14      A.   I think it's important to have a
15   representative set, and that representative -- you know,
16   so -- you know, I didn't look at one document.  I didn't
17   look at a few documents.  You know, here's Hopkins'
18   deposition, for example.  There's all kinds of documents
19   in that.  There's a lot.  There is a lot, but it's my
20   expert opinion that the amount of documents that I
21   reviewed were adequate to arrive at my conclusions.
22   BY MR. FROST:
23      Q.   And, again, that's solely based on the
24   set of documents that was compiled for you by
25   plaintiffs' counsel in this case given to you, which you

Page 33

1   don't know is complete or not, correct?
2          MS. SCOTT:  Objection.
3       A.   I believe it is a representative set of
4   documents, but I did rely on what they provided as
5   that's what I requested.  I requested the documents, as
6   I previously indicated in the answer.
7   BY MR. FROST:
8       Q.   So you keep calling this a representative
9   set, but how can you make a determination if a set is
10   representative if you hadn't actually looked at or had
11   access to the full set of documents?
12          MS. SCOTT:  Objection.
13      A.   It's my expert opinion that's a -- it's a
14   reasonable amount of documents.  There's, you know --
15   BY MR. FROST:
16      Q.   So you're basing the representativeness
17   off of the sheer size of the pile of documents on the
18   table?
19          MS. SCOTT:  Objection.
20      A.   It's what I think is a representative
21   population of documents.  I mean, there's -- there are a
22   lot of documents, but I've -- and I've looked at a lot
23   of documents, and I've arrived at my professional
24   opinion based on the review of those documents.
25

9 (Pages 30 to 33)

Mark Krekeler, Ph.D.

---

Page 34

1  BY MR. FROST:
2      Q.   Would it change your opinion --
3      A.   I can't ask a question, right?
4      Q.   No.
5      A.   Okay.  All right.  Yeah.
6      Q.   Would it change your opinion if you knew
7  that the set of documents provided to you by plaintiffs'
8  counsel only represents a portion of the story and there
9  are hundreds and possibly thousands of additional
10  documents that weren't provided to you by counsel?
11         MS. SCOTT:  Objection.
12      A.   So those documents would not negate the
13  findings of the report.  So, for example, if there was
14  an additional document that said talc was undetected, it
15  wouldn't negate the findings of the materials starting
16  on page 14.
17  BY MR. FROST:
18      Q.   Well, that's -- I'm glad you brought that
19  up, because we'll get to those at the end of the
20  deposition, because I think you were actually not
21  provided some very important documents regarding that
22  chart, but we'll turn back to that later when we start
23  going through the report.
24      A.   Okay.
25      Q.   But it wouldn't change your opinion at

---

Page 35

1  all to know that you were only given a selection of
2  documents that supported plaintiffs' theories in this
3  case?
4         MS. SCOTT:  Objection.  Asked and
5  answered.
6      A.   No.  My opinion remains unchanged.
7  BY MR. FROST:
8      Q.   And, again, it wouldn't change your
9  opinion if you knew that there are documents that
10  specifically refute some of the findings that you've
11  relied on in these reports?
12         MS. SCOTT:  Objection.
13      A.   Again, my opinion remains unchanged.  The
14  data present demonstrates that there was asbestos
15  materials and metals materials.
16  BY MR. FROST:
17      Q.   Have you reviewed any reports from other
18  experts in this case?
19      A.   Yes.
20      Q.   We know you reviewed Longo.  You
21  mentioned that in the report.  Anybody else other than
22  Dr. Longo?
23      A.   Not -- let me look here.  So the expert
24  reports are listed on page 97, and there are four of
25  those.  And then the expert report, there's one listed

---

Page 36

1  on page 5 of the shorter document.
2      Q.   Okay.  And these are all Longo expert
3  reports, correct, Longo testing reports?
4      A.   Yes.
5      Q.   Did you ever see any draft reports from
6  any other experts in these cases before you finished
7  yours?
8      A.   No, I did not.
9      Q.   Have you reviewed any other expert
10  reports given in any talcum powder cases other than this
11  one?  You know, for example, were you provided any
12  expert reports from other cases against Johnson &
13  Johnson?
14      A.   I'm trying to think about the other case
15  for a moment.  I don't remember.
16      Q.   And have you reviewed any deposition or
17  trial transcripts in either preparation of your report
18  or to prepare for today's deposition?
19      A.   Yes.
20      Q.   What depositions have you reviewed?
21      A.   Hopkins.
22      Q.   I guess I'll ask it a different way.
23  Other than the ones that are already reflected in your
24  report, have you reviewed any depositions of any other
25  experts in talcum powder cases, any other, you know,

---

Page 37

1  other than --
2      A.   Not that I remember.
3      Q.   -- Dr. Downey, Dr. Hopkins?
4      A.   I don't remember.
5         THE WITNESS:  Can we take a little break?
6         MR. FROST:  Sure.
7         VIDEOGRAPHER:  We're now going off
8  record.  The time is 9:53.
9         (A recess was taken from 9:53 to 10:04.)
10         VIDEOGRAPHER:  We are now back on record
11  and the time is 10:04.
12  BY MR. FROST:
13      Q.   All right.  Before going on the break, we
14  talked about whether or not you'd read any depositions
15  of any other experts in these cases.  Has plaintiffs'
16  counsel ever discussed with you the testimony of any
17  other experts in these cases?
18         MS. SCOTT:  Objection.
19         MS. O'DELL:  I would instruct the
20  witness -- I'm sorry.  Instruct the witness not
21  to discuss anything that's been discussed or
22  communicated with plaintiffs' counsel.
23         MR. FROST:  Let's mark the record.  I
24  disagree with that assumption because, you know,
25  I believe any discussion of depositions in these

---

Mark Krekeler, Ph.D.

<table>
<tr><td colspan="2">

Page 38

1    cases is discoverable under the federal rules,
2    but I'll move on.  All right.
3  BY MR. FROST:
4    Q.    Was there anything you asked plaintiffs'
5  counsel to provide for you in this case to help prepare
6  your reports that you were not given?
7    A.    I'm sorry.  Can you just say that again?
8    Q.    Sure.  Was there anything you asked
9  plaintiffs' counsel to provide you in preparation of
10  your report that you were not given or you didn't
11  receive?
12    A.    No.  I believe they gave me
13  representative materials of what I requested.  I'm not
14  sure, but I also have the materials that I rely on.  So
15  like the, you know, reviews in mineralogy books and
16  things like that are in the reliance list, but I
17  acquired those.  They did not produce those.
18    Q.    Okay.  That was actually my next question
19  is that the stuff that's under your reliance material
20  list, is that things that you independently found
21  yourself or that were provided to you by counsel?
22    A.    Yeah, yeah.  Those are things I found.
23    Q.    Were any of the articles --
24    A.    Those --
25    Q.    I'm sorry?

</td><td colspan="2">

Page 40

1  reports or were they just provided to you and then you
2  included them in your final opinion paper?
3    A.    The chart?
4        MS. SCOTT:  Objection.
5  BY MR. FROST:
6    Q.    That was a bad question.  Did you do any
7  editing of the charts that were included in the final
8  report or did you just put them in as provided by
9  counsel?
10    A.    I directed them to put them in.
11    Q.    So plaintiffs' counsel ultimately put it
12  into the report the way it's structured?
13        MS. SCOTT:  Objection.
14    A.    I indicated the documents to be included
15  in the table, and they put it in the table.
16  BY MR. FROST:
17    Q.    Is that true for all of the tables or did
18  they produce -- did they provide some of the content of
19  the tables as well?
20        MS. SCOTT:  Objection.
21    A.    I'd have to look to refresh.
22  BY MR. FROST:
23    Q.    That's okay.  Take your time.
24    A.    I'm already a little tired.  That table,
25  I requested them to do.  And that table.  Sorry.  I'm

</td></tr>
<tr><td colspan="2">

Page 39

1    A.    Those are things I found on my own.  You
2  know, many of the books I -- some I just had on my
3  shelf, you know.  I've actually gone through three
4  versions of some of them.
5    Q.    So were any of the reports, treatises,
6  books, et cetera, you relied on provided to you by
7  plaintiffs' counsel?
8    A.    No, I don't think so.
9    Q.    Did anybody help you prepare the report?
10    A.    I asked counsel to create the charts that
11  are in the report, and this was my first time doing such
12  an extensive report.  So I asked about organizational
13  issues, things like that.
14    Q.    What about other than the charts that
15  appear in the report?  Did counsel assist you with any
16  of the other -- the word just escaped my mind.  I
17  apologize.
18    A.    Text?
19    Q.    Any of the other, sort of principle of
20  research or any of the other opinions that are in the
21  paper?
22        MS. SCOTT:  Objection.
23    A.    No.
24  BY MR. FROST:
25    Q.    And did you have any hand at editing the

</td><td colspan="2">

Page 41

1  new at this, a little bit nervous.  So I directed them
2  to put those tables in.
3    Q.    Okay.  Did you direct them to -- I'll
4  strike that.
5        So the actual documents that are
6  reflected in the tables, was that your work that you --
7    A.    Those are documents I reviewed, yes.
8    Q.    Okay.  And you're the one who put
9  together the list of documents for them ultimately to
10  put in table form to include in the report?
11        MS. SCOTT:  Objection.  Asked and
12  answered.
13    A.    Ultimately, I selected the documents,
14  told them to put them in.
15  BY MR. FROST:
16    Q.    In forming your opinions to this report,
17  did you have to come to any -- did you have to make any
18  assumptions that you relied on, then, for your ultimate
19  opinions?
20        MS. SCOTT:  Objection.
21    A.    That's kind of a tricky question.  I
22  assumed that the documents provided by the company were
23  genuine.
24  BY MR. FROST:
25    Q.    Okay.  Any other assumptions you had to

</td></tr>
</table>

11 (Pages 38 to 41)

Mark Krekeler, Ph.D.

Page 42

1  make to reach your opinions?
2      A.   I'm just thinking.  I -- I don't think
3  so.  I -- I assume that documents that I reviewed were
4  genuine, I guess, is maybe the best way to express that.
5      Q.   And by "genuine," do you mean, you know,
6  part of the actual documents accompanied?
7      A.   They weren't altered in some way or --
8      Q.   Okay.  Yep.
9      A.   Sometimes it was, you know, there were --
10  so, for example, the SEM document in this report and,
11  actually, other things, the images were extremely
12  degraded.  It appeared that several documents had been
13  photocopied, so one could supplant things.  You know,
14  again, I don't know, so that's why I say that I assume
15  things are genuine.
16      Q.   Okay.  I think we're on the same page
17  about what "genuine" means.  I just wanted to make sure.
18      A.   Yeah.
19      Q.   All right.  And do you agree with me that
20  in forming your opinions, it's important for you to keep
21  a fair and open mind and look at the data in an
22  impartial way?
23          MS. SCOTT:  Objection.
24      A.   I believe it's important to look at data,
25  yes.

Page 43

1  BY MR. FROST:
2      Q.   Do you believe it's important to look at
3  it in an impartial way?
4          MS. SCOTT:  Objection.
5      A.   I did look at things impartially, yes.
6  BY MR. FROST:
7      Q.   Coming in to your review of the
8  documents, were you told what plaintiffs' liability
9  theories were in this case?
10          MS. SCOTT:  Objection.
11      A.   I don't know what that word means.
12  BY MR. FROST:
13      Q.   Sure.
14      A.   What's plaintiff liability theory?
15      Q.   Yeah.  I'll ask it a different way.
16      A.   Okay.
17      Q.   Before you were coming in to review the
18  documents, were you told by plaintiffs, ultimately, what
19  an opinion or what type of opinion they were looking
20  for?
21          MS. SCOTT:  Objection.
22      A.   No, not really.  I mean, in our early
23  discussions, my job was to evaluate the data, so -- and
24  I feel I've done that objectively.  I knew it was
25  connected to a case involving ovarian cancer, but my

Page 44

1  role was to be objective.  And I reviewed several
2  documents, you know, numerous, numerous, numerous
3  documents objectively.
4  BY MR. FROST:
5      Q.   And did you know what role the counsel
6  who engaged you had?  Did you know that you were
7  representing the plaintiffs versus the company?
8      A.   I'm sorry.  I missed a word.
9      Q.   Did you know what role you were hired to
10  do?
11      A.   I knew they were on the side of the
12  plaintiffs, yes.
13      Q.   And you knew that, ultimately, they were
14  looking for evidence of bad mining practices and
15  opinions regarding inadequate sampling, things of that
16  nature?
17          MS. SCOTT:  Objection.
18      A.   I think they -- it's my opinion that they
19  were looking for data to support their case in some way
20  and also evaluate, potentially, if there was not a case.
21  BY MR. FROST:
22      Q.   Do you believe there's any additional
23  data you need to see in order to fully evaluate the
24  mining practices and the sampling practices by the two
25  companies in this case?

Page 45

1          MS. SCOTT:  Objection.  Asked and
2  answered multiple times.
3      A.   I would consider looking at other data,
4  of course, but looking at that other data would not
5  change the opinions expressed in this report.  Other
6  data doesn't negate the fact that we have all these
7  occurrences of materials.  I mean, so there's over 90
8  occurrences documented or there's about 90 or so in the
9  one table of asbestos.  You know, it doesn't negate --
10  for me, fundamentally, it's using the powder x-ray
11  diffraction as the screening method that's fundamentally
12  flawed.  The reasons, you know, I don't want to -- do
13  you want me to --
14  BY MR. FROST:
15      Q.   We'll get to that.
16      A.   I can stop.
17      Q.   We'll turn to that later.
18      A.   Okay.  All right.  Good.
19      Q.   You said before you're not a medical
20  doctor, right?
21      A.   I'm sorry?  Medical doctor, no.
22      Q.   And you're not a toxicologist, right?
23      A.   Correct.
24      Q.   And do you consider yourself a regulatory
25  expert?

12 (Pages 42 to 45)

Mark Krekeler, Ph.D.

Page 46

1     A.   No.
2     Q.   And you're not an expert in regulatory
3  processes or mine regulations?
4     A.   No, I'm not an expert.
5     Q.   Before working on this report, have you
6  ever worked with talc before?
7     A.   In my class work, my advisor was Steve
8  Guggenheim, and, of course, Warren Huff was my master's
9  advisor.  So I had several clay mineralogy classes, and
10  we analyzed talc.  And my Ph.D. advisor specifically,
11  you know, he would tell me, go look at this mine with
12  the TEM and x-ray, so I would know and be familiar with
13  things, so but I don't have a specific thing on talc.
14     Q.   So other than, you know, your use of it
15  in undergraduate and graduate and Ph.D. work, you know,
16  you've never studied talc, you've never published on
17  talc, anything like that?
18     A.   No.
19     Q.   Other than, you know, looking at it so
20  you'd be able to identify minerals, have you ever done
21  any examination or testing of talc?
22     A.   Other than just looking at it for -- as
23  far as learning the details of the mineral, no.
24     Q.   Have you ever been to a talc mine?
25     A.   Yes, in California.  There's this mine in

Page 47

1  Darwin.  So Darwin was this area in California on the
2  south side of Joshua Tree, and there's asbestos all over
3  the place, and the mine closed -- if I remember
4  correctly, the mine closed, like, in the '50s.  So it
5  might have been, you know, the mine that was -- where
6  things were sourced from when the Italian mines were not
7  around or, you know, the World War II era.
8     But, yeah, I went there with Brian
9  Currie, and we do a field trip to Death Valley and the
10  surrounding areas all the time.  So, yes, I've been to
11  at least that talc mine, and I've been on several --
12  I've been on field trips to, like, metamorphic terrains
13  in New England states, but I can't remember if I saw
14  talc there or not.  I have not physically been to the
15  Vermont mines, but, yes, I've been to a talc mine.
16     Q.   So you just made the statement that this
17  mine in Darwin, you know, may have been during World War
18  II, where they -- I'm looking at the thing -- where they
19  source talc from.  That's just a guess by you, correct?
20     A.   Correct.  As I said, it may have been.
21  But the region, as I understand thinking about that
22  field trip you know, I may be foggy, but there's other
23  talc mines in the area.  But, yeah, there was asbestos
24  in that.
25     Q.   Okay.  But, again, I just want to clarify

Page 48

1  for the record, you don't know one way or the other
2  whether this mine --
3     A.   I don't know the exact source.
4     MS. SCOTT:  Be careful you don't talk
5  over one another.
6     THE WITNESS:  I'm sorry.
7     MS. SCOTT:  That's okay.
8     THE WITNESS:  I apologize.
9  BY MR. FROST:
10     Q.   And when you were at this mine in Darwin,
11  I take it there were no mine operations continuing at
12  the time you were visiting?
13     A.   I believe it would just be alum land.
14  But dealings and things were -- you know, I mean, things
15  were there.
16     Q.   And you can't tell me what type of talc
17  that was produced, whether it was industrial talc,
18  cosmetic talc or something else, right?
19     A.   Correct.  I don't know.  There's no
20  record.  We found it in a guidebook, thought it'd be a
21  good experience for the students.
22     Q.   And other than that visit, you've
23  certainly never been to a talc mine that is currently
24  undergoing operation, correct?
25     A.   Correct.

Page 49

1     Q.   Have you ever published anything
2  regarding amphiboles?
3     A.   I'm trying to think.  My master's thesis
4  had -- there were amphiboles in those bentonites.  Aside
5  from that, I don't think so, or if I did, it was not a
6  major component.  Not memorable.
7     Q.   And other than what you recall in your
8  thesis, you've never done any testing of amphiboles or
9  anything of that nature?
10     A.   I'm trying to -- well, I have nothing
11  published, but I have ran across -- so I've done -- you
12  know, I have several.  I have many projects with
13  students, and some of those projects, for example, I
14  think I -- there were minerals that I would identify in
15  the TEM as amphibole for the coke formation, which was
16  kind of unusual.  So the coke formation is a local
17  bedrock.
18     Q.   Okay.
19     A.   So but nothing -- nothing in the
20  peer-review literature, and I don't even know if it was
21  mentioned in the abstract.  I do remember occasionally
22  running across amphiboles.  It's amazing what you'll
23  find in the TEM.  There's all kind of crazy stuff if you
24  look for it.  Yeah.
25     Q.   And I think we covered this before, but

13  (Pages 46 to 49)

Mark Krekeler, Ph.D.

Page 50

1    you've never done any testing of talcum powder or
2    over-the-counter cosmetic products, right?
3         A.    No.
4         Q.    Before you were contacted by plaintiffs'
5    attorneys in -- it sounds like about December, give or
6    take, of 2017, had you ever done any research regarding
7    talc, talcum powder, anything of that nature?
8         A.    No.
9         Q.    And had you ever done any research prior
10   to being contacted about the mining practices at talc
11   mines or looking at the geological mine deposits?
12        A.    I'm sorry.  A research on, on talc
13   mining?
14        Q.    Exactly.  Talc-mining practices.
15        A.    Specifically?  No.
16        Q.    Okay.  Well, what about the geology of
17   the specific -- you know, did you ever look at the
18   specific geology of any talc mines prior to being
19   engaged in this case?
20        A.    I took a metamorphic course, and during
21   my master's, under Craig Dietsch, I remember we talked
22   about talc in that class.  So Craig is a metamorphic
23   petrologist.  So -- and then, you know, my -- I've read
24   papers.  I mean, all through my Ph.D., my advisor
25   hammered that I should read everything around the topic.

Page 51

1    So -- but I've not -- I haven't mapped a talc deposit,
2    for example.
3         Q.    So I guess the best way to put it, and
4    you can correct me if I'm wrong, but it sounds like
5    you've read papers about talc deposits and all other
6    types of deposits.
7         A.    That's in my training.
8         Q.    But you never did any specific research
9    narrowing down on talc deposits, specifically?
10        A.    Correct.  I have no peer-review
11   literature on talc.
12        Q.    Have you ever attended any conferences
13   that talk about talc mining or specific, you know, talc
14   mine geology?
15        A.    I've attended several clay minerals
16   society meetings periodically throughout my career.  I
17   haven't attended any in a few years.  I don't remember
18   their names, but, you know, I remember seeing some stuff
19   on talc, nothing specific.  I was always focused on
20   either the bentonites or palygorskite/sepiolite.
21        Q.    Okay.  So there might -- you know, these
22   various conferences, talc might have been a topic, but
23   it wasn't something you were there to concentrate on or
24   to talk about?
25        A.    Correct.

Page 52

1         Q.    And you certainly have never written any
2    opinions regarding talc, talc mining practices, you
3    know, et cetera, before getting engaged in this case and
4    the other case from Waters & Kraus, right?
5         A.    Correct.
6              MS. SCOTT:  Objection.
7    BY MR. FROST:
8         Q.    On your CV, I know you notice you have a
9    patent for something called asbestos containment
10   composition.
11        A.    Yes.
12        Q.    What is that?
13        A.    It's a mixture of clay minerals.
14        Q.    And what's the patent?
15        A.    Basically, it's a mixture of kaolinite
16   and montmorillonite, if I recall.  Essentially, it's one
17   we produced but didn't really pursue.  It was actually
18   my brother-in-law thought it would be a good idea.  So
19   but, yeah.
20        Q.    So it's patented but not in production or
21   use?
22        A.    Right.  And I don't regard patents as
23   peer-review literature.  Those are -- that's a
24   different.
25        Q.    Yeah.  I actually agree with you on that

Page 53

1    one.
2         A.    Yeah.
3         Q.    I was just -- I couldn't find the
4    patents, so I was wondering what it was.
5         A.    Oh, surprise.
6         Q.    All right.  If you want to open your
7    report to page -- it's Exhibit 1 in front of you.
8         A.    Okay.
9         Q.    To page 45.  Do you have a summary of the
10   opinions you're rendering in this case?
11        A.    Okay.
12        Q.    And in looking at one through five there,
13   are those the five opinions that you believe are
14   supported by the report?
15              MS. SCOTT:  Objection.
16        A.    Yeah, I believe these are, these are my
17   opinions.  That's the -- essentially, these are the
18   summary of those opinions.
19   BY MR. FROST:
20        Q.    Okay.  And these fairly reflect the
21   opinions you intend to offer in this case?  There's
22   nothing else that you can think of that you're going to
23   opine about?
24        A.    With respect to this report, correct.
25        Q.    And then I note in the addendum report,

Mark Krekeler, Ph.D.

Page 54

1    there's not an additional opinion given.  I think the
2    report states that it supports the opinions given in the
3    preliminary report; is that correct?
4        A.    Let me look.
5        Q.    That's Exhibit 2.  I believe the quote is
6    that "it supports and further enhances my opinions
7    outlined in the original report"?
8        A.    Correct, yeah.
9        Q.    So you agree with me there are no new
10   opinions in the addendum report.  It's just additional
11   support for the five opinions you plan to render in this
12   case?
13       A.    There's no new opinions.  The silver --
14   there's new data, but, yeah, there's no new opinions.
15   It's the addendum supports the first.
16       Q.    And I take it you haven't published this
17   report or published these opinions anywhere, have you?
18       A.    Absolutely not.
19       Q.    Do you intend to publish them?
20       A.    No.
21       Q.    Do you intend to publish any of the
22   research you've done with relation to this report?
23       A.    No.
24       Q.    Did anybody help you do any of the, the
25   research underlying the report?

Page 55

1        A.    No.
2        Q.    So all the opinions and all the analysis
3    in the original report and the addendum report, you
4    know, are all things that you've researched yourself and
5    are solely your opinion and your --
6        A.    Yep.
7        Q.    -- based on your work.  Okay.
8             So you have, I believe it's a couple
9    boxes, right, of stuff on the ground that are articles
10   and textbooks?  How did you actually go about selecting
11   the literature you were going to review in this case?
12       A.    The stuff outside?
13       Q.    Yes, the stuff outside the documents.
14       A.    So I was informed by, you know, really,
15   the core of my Ph.D.  So I had a class on crystal
16   chemistry and phyllosilicates, and basically, I was
17   expected to read and learn things.  And so my collection
18   of books is, in part, from that effort.  And then, also,
19   I teach classes regularly, so I'm familiar with the
20   books that I use in those classes and then, also, citing
21   things for research.
22            So I had a master's student who did a
23   thesis on New Caledonia, which has talc and asbestos and
24   other things.  So, essentially, you know, the Brinley
25   papers were an example of, you know, those came back up,

Page 56

1    but I had read those during my dissertation time as
2    well.
3        Q.    Did you go --
4        A.    So I was -- I'm sorry.
5        Q.    I'm sorry.  I didn't mean to cut you off.
6    I thought you were done.
7        A.    So I'm familiar with a broad range of
8    literature.
9        Q.    Did you have to go out and do any
10   searches for new literature that you didn't already have
11   in your possession?
12       A.    We got some materials from -- or I got
13   some materials from the library, and there were some
14   things like Gy were things I knew of and Finkelstein
15   were things I knew of that had been discussed either in
16   my classes or I ran across it previously that I had to
17   go re-get.
18       Q.    Did you spend any time doing any, what
19   I'll call sort of new or independent research in
20   addition to things you've already done in the past to
21   prepare your report?
22       A.    I don't understand the question.  In the
23   sense that?
24       Q.    For example, did you spend any time in a
25   research library trying to find all the articles about

Page 57

1    the different geological deposits at issue in this case?
2        A.    No.  No.  My opinion, the knowledge set I had
3    generated over decades was appropriate reference point.
4    So I didn't, I didn't look at, you know, French
5    literature, Chinese or Russian literature, for example.
6        Q.    Do you agree with me that the standard
7    for rendering your opinions in peer-reviewed literature
8    is different than the standard for rendering opinions in
9    litigation cases?
10            MS. SCOTT:  Objection.
11       A.    That's a -- sort of a complex question.
12   Can I talk about?
13   BY MS. SCOTT:
14       Q.    Sure.
15       A.    So industrial mineral companies, margins
16   are not great.  So, basically, the profits are not
17   great.  So, you know, there's not -- well, I should back
18   up.  Industrial mineral companies, other mineral
19   companies, they rely on peer-review literature for their
20   analytical standards and practices.  So, essentially,
21   peer-review literature is kind of part of that.  They
22   don't -- mineral companies don't necessarily talk to
23   each other.  There are, like, societies, so there's a
24   clay mineral society.  I think there's a zeolite
25   society.  But the sort of industrial secrets or the

15 (Pages 54 to 57)

Mark Krekeler, Ph.D.

Page 58

1   details and methods, you know, everyone's afraid that
2   they're going to get ripped off from someone else.  So
3   peer-review literature is a sort of common ground that
4   everyone uses.
5       Q.    I guess I'll ask the question a different
6   way.
7       A.    Okay.
8       Q.    Because it was about, sort of, the
9   standard for opinions.  Do you believe that the standard
10  of review for an opinion, you know, such as in the
11  expert report you've given in this case, is the same or
12  different than the standard review if you were trying to
13  publish a peer-reviewed article on the same subject?
14          MS. SCOTT:  I'm going to object and ask
15      him not to speculate on your initial question in
16      any legal standards.
17      A.    Yeah.  I am -- as I -- I'm not familiar
18  with legal review.
19  BY MS. SCOTT:
20      Q.    Do you believe the -- when you were
21  writing the report, do you believe that the opinions in
22  this report, you know, would meet or be sufficient for
23  peer-review publication?
24          MS. SCOTT:  Objection.
25      A.    I don't want -- I'm not an editor.  I

Page 59

1   don't want to speculate.
2   BY MS. SCOTT:
3       Q.    That's fine.  Turning in to your report.
4   Start at page 2.  So you state that "Talc is a mineral
5   derived almost exclusively from metamorphic deposits,"
6   right?
7       A.    Correct.
8       Q.    You also agree with me that not all talc
9   forms through a metamorphic process, right?
10      A.    You can have soils developed on talc
11  deposits, so, yes.
12      Q.    Yes, you can have talc form --
13      A.    Developed on.  And then you can also have
14  potential hydrothermal alteration at mid-ocean ridges,
15  which is also a metamorphic.  It's hydrothermal
16  alteration.
17      Q.    You also state further down that the
18  process of metamorphism occurs over several tens of
19  millions of years.  Is that always the case?
20      A.    Generally, that's the case, you know, in
21  rocks where you have talc occurring, yes.
22      Q.    Do you think that's true for all talc
23  deposits that have formed?
24      A.    For, you know, the instances of mid-ocean
25  ridge, perhaps not, but, essentially, it's generally

Page 60

1   regarded that metamorphic rock, metamorphic terrains
2   take a long time to form.  So pressure temperature
3   loops, and this is well documented in the geologic
4   literature.  You know, it's in the classwork that I've
5   had.
6       Q.    Would you agree with me that some talc
7   deposits form -- you know, the formation of talc
8   deposits, some take a lot longer, some take a lot
9   shorter, depending upon the characteristics of the
10  formation?
11          MS. SCOTT:  Objection.
12      A.    I'm not gonna speculate without data.
13  But, you know, generally it's accepted that talc
14  deposits take several million of years to form.
15  BY MR. FROST:
16      Q.    What's your basis of that opinion?
17      A.    My classwork.
18      Q.    Can you tell me what factors affect the
19  formation of talc, what the controlling factors of
20  metamorphism would be?
21      A.    Heat and pressure and fluids.
22      Q.    Would you agree with me that not all talc
23  is formed with the exact same amount of heat, pressure
24  and fluids in the mix?
25      A.    There is variability.

Page 61

1       Q.    Would you agree with me that not all talc
2   deposits are geologically the same?
3           MS. SCOTT:  Objection.
4       A.    I don't think any -- every rock and every
5   geologic deposit has its own history, so one of the big
6   things that's come out in mineralogy is mineralogical
7   evolution.  And Bob Hazen's paper talks about this, and
8   there's been several successive papers.  So based on
9   that, you know, every deposit has individual
10  characteristics, but there's general sort of groups or
11  classes.
12  BY MR. FROST:
13      Q.    And you'd agree with me that not every
14  mined deposit of talc is the same either, correct?
15      A.    It all depends on what you mean by "the
16  same."  You know, you can have things that are not the
17  same but very similar.
18      Q.    Sure.  But not every mined deposit is
19  going to be exactly the same chemically, geologically.
20  They're all going to form in different ways at different
21  times.  Would you agree with that?
22      A.    Unless they are geologically related.  So
23  you can have two parts.  You can have multiple deposits
24  in the same geologic terrain that form at approximately
25  the same time.  Other issues, I mean there's issues with

16 (Pages 58 to 61)

Mark Krekeler, Ph.D.

Page 62

1  geochronology, right? So, you know, age range errors
2  can be plus or minus 10 million years. So if you have a
3  age of a metamorphic deposit that is talc and the age is
4  plus or minus 20 million years, you know, based on the
5  available data, that's a reasonable, you know,
6  chronometric value.
7      Q.   Sure. And based upon when it formed, how
8  it formed, the pressures, the temperatures, whether or
9  not there's variability of that would effect what other
10 minerals might be with the talc, right?
11     A.   Correct.
12     Q.   And also depending what surrounding rock
13 there is to the rock that changed to talc would also,
14 you know, affect what might be on the margins of a talc
15 deposit, for example?
16     A.   I'm sorry. The last part of your
17 question?
18     Q.   Sure. So depending what the surrounding
19 rock was to the rock that metamorphosed to talc would
20 also affect what you would see in the black wall, for
21 example, what you see at the boundaries for the talc,
22 right?
23     A.   It can, if there's a reaction or not, so
24 it's dependent upon the situation.
25     Q.   That's what I was going to stay. It's

Page 63

1  variable, and it changes from deposit to deposit? You
2  have to look specifically?
3      A.   That's why every deposit should be
4  evaluated with an appropriate core density and high
5  sampling density.
6      Q.   So in order to fully understand what's in
7  a particular talc deposit, you really do need to know
8  how it formed, what was with it when it formed, what's
9  around it, things like that, right?
10     A.   I'm sorry. To understand a talc deposit?
11     Q.   Yes.
12     A.   At what level or what understanding, what
13 context?
14     Q.   To understand what specifically, you
15 know, is associated with that talc, what other minerals
16 might be associated with the talc, you really have to
17 look at the specific deposit, how it was formed, what
18 other constituent minerals were around it, things of
19 that nature, correct?
20     A.   Yes. One should evaluate what is in the
21 deposit and what is adjacent to the deposit.
22     Q.   You also state on page 2, on the next
23 paragraph down, that "Talc can have, and commonly does
24 have, natural impurities." And that's effectively what
25 we're talking about?

Page 64

1      A.   Yes, it does.
2      Q.   And that's effectively what we're talking
3  about here, is that it's the other minerals that were
4  around during the formation of the talc. They may be in
5  the deposit, they may not, and they may be different
6  depending on deposits, right?
7      MS. SCOTT: Objection.
8      A.   I'm sorry. Can you --
9  BY MS. SCOTT:
10     Q.   Sure. So you agree with me that not
11 every talc deposit is going to have the same exact
12 associated other minerals with talc, right?
13     MS. SCOTT: Objection.
14     A.   It depends, because, I mean, you have --
15 so, in mineralogy, we have a term called "perigenesis."
16 So essentially, there are -- these common minerals are
17 associated with each other. So out of context, for
18 example, galena and sphalerite are very commonly
19 associated with each other.
20     So, essentially, I think a more correct
21 way of saying things is that chrysotile asbestos and
22 talc are commonly associated with each other. So
23 perhaps not all talc deposits have the same mineral
24 assemblage, but many of them do have very similar
25 mineral assemblages, and that's even when the chemistry

Page 65

1  varies.
2  BY MS. SCOTT:
3      Q.   And that's what I'm getting to, is just
4  because some minerals are associated with talc doesn't
5  mean that other mineral is going to be in every single
6  talc deposit in the world, right?
7      MS. SCOTT: Objection.
8      A.   Correct, but that doesn't mean that's not
9  very common, either.
10 BY MR. FROST:
11     Q.   Sure. But we're talking about -- you
12 agree with my statement that not every single talc
13 deposit in the world will have all of the same exact
14 accessory minerals associated with it, right?
15     MS. SCOTT: Objection. Calls for
16 speculation.
17     A.   Yeah. I don't want to speculate on that.
18 BY MR. FROST:
19     Q.   It's not speculation.
20     A.   Because, you know, there's --
21     Q.   Isn't it science?
22     A.   You know, I go back to the New Caledonia
23 example. It has talc, but not every talc deposit has
24 New Caledonia assemblages.
25     Q.   Okay. So the answer to my question would

17 (Pages 62 to 65)

Mark Krekeler, Ph.D.

Page 66

1  be yes, right, that not every single talc deposit has
2  the exact same accessory minerals associated with it?
3          MS. SCOTT: Objection.
4      A.   Correct.
5  BY MR. FROST:
6      Q.   And you also agree with me that -- I'm
7  going to use the word, you know, "pure," to mean more
8  talc, but there are some talc deposits that are more
9  pure than other talc deposits. There's some talc
10  deposits that are comprised of more talc than others,
11  correct?
12         MS. SCOTT: Objection.
13     A.   It's -- so it's speculative. I don't
14  know exactly what you mean by "pure." So it's been
15  known, for example, that at the atomic level, you can
16  have intergrowths with chrysotile with talc. So, yeah.
17  I'm really not quite sure how to answer that question.
18  BY MR. FROST:
19     Q.   So you have no opinion that if I were to
20  go find a talc deposit over here and find one over here,
21  that one might have -- be comprised of more talc or have
22  a more pure metamorphism of the talc than another?
23         MS. SCOTT: Objection.
24     A.   Without any priority knowledge -- yeah.
25  I would want to -- to answer that question correctly,

Page 67

1  you need to analyze each individual deposit.
2  BY MR. FROST:
3      Q.   As an expert in geology, you can't tell
4  me that there are some deposits of talc in the world
5  that are more pure than others, that are more comprised
6  of talc than others?
7          MS. SCOTT: Objection.
8      A.   One would expect -- you know, so
9  materials are variable in percentages, but I don't think
10  it's reasonable just to declare -- I mean, it seems like
11  a -- perhaps I'm misinterpreting it, but it seems like a
12  arbitrary setup or question. So the -- one cannot --
13  what I'm trying to say is one cannot predict the exact
14  impurities in any given deposit.
15         There are general -- using the
16  peer-reviewed literature and well documented, you know,
17  work of archives going back, for example, Hess, 1933,
18  you know, it is common and reasonable to know that
19  there's some, or very, very likely, asbestos materials
20  are associated with talc.
21         And so it is reasonable that -- it's a
22  reasonable, scientifically reasonable interpretation
23  that one would expect impurities of many types, but they
24  may not be the same. So we have examples where there's
25  tremolite, and there's examples where there's

Page 68

1  chrysotile.
2  BY MR. FROST:
3      Q.   So as an expert in geology, you can't
4  tell me as a fact, sitting here today, that there are
5  some talc deposits that are exist in the world that are
6  comprised of more talc than others?
7          MS. SCOTT: Objection. Asked and
8      answered.
9      A.   I think I answered that, yeah. There's
10  some that have a higher percentage of talc, but there's
11  impurities that also occur. So, you know, if you have
12  10 percent asbestos in one mine and 2 percent asbestos
13  in one and 30 percent in another, so, yes, that's,
14  that's possible.
15  BY MR. FROST:
16     Q.   I don't think you're understanding my
17  question. More fundamentally, don't you agree with me
18  some talc deposits are only made up of 20 percent talc
19  and are predominantly other minerals, as were other talc
20  deposits are made up of, for example, 50 or 60 percent
21  talc?
22     A.   So I'm unclear. Are you talking about
23  talc deposits or talc ores?
24     Q.   I'm talking about talc deposits,
25  generally, geological formations of talc.

Page 69

1      A.   So, yeah. Talc can occur at a variable
2  concentration in metamorphic rocks.
3      Q.   You will also agree with me that some
4  talc deposits can be larger than others, right,
5  geologically?
6      A.   Yes.
7      Q.   You'll agree with me that talc is sort of
8  all over the place and what are the mine deposits are
9  sort of unique?
10     A.   No. Talc is not all over the place.
11  Metamorphic rocks comprise approximately 10 percent or
12  so of rocks exposed at the surface of the earth, and so
13  talc, by that definition alone, talc is not all over the
14  place.
15     Q.   You'd agree with me talc can be found
16  from Quebec to Georgia, for example?
17     A.   I think that's a very general in, perhaps
18  in consumers' homes, in baby powder bottles. The --
19     Q.   You don't think there are talc formations
20  found in the Appalachian Mountains from Quebec through
21  Georgia?
22     A.   There --
23         MS. SCOTT: Objection.
24     A.   There are other talc deposits in North
25  America, yes. They're not restricted to Vermont, but

18 (Pages 66 to 69)

Mark Krekeler, Ph.D.

Page 70

1  talc deposits do occur.
2  BY MR. FROST:
3      Q.   And talc deposits occur in places like
4  Alabama, Texas, Minnesota, California?  You'll agree
5  with me on that as well, right?
6      A.   I remember some of the specifics in the
7  Southern states.  I know they occur in California.
8      Q.   Will you agree with me that some talc
9  deposits are larger than others?
10         MS. SCOTT:  Objection.
11     A.   Yes.  You can have small talc deposits.
12 You can have big talc deposits.  You can have -- they're
13 just like granites.  You can have small granites and
14 large granites.  You can have -- you know, a variation
15 in size and scale and complexity is a very common trait
16 in geologic terrains.
17 BY MR. FROST:
18     Q.   You'd agree with me because of variations
19 in size, scale, complexity, accessory minerals, et
20 cetera, you can't make general statements about talc
21 deposits.  Not every talc deposit's the same, right?
22         MS. SCOTT:  Objection.
23     A.   To some level, I think one can.  You can
24 make general statements about rock types, what is common
25 or likely to occur.  If we were able to precisely

Page 71

1  predict just by thought the distribution of ore, we
2  would have no problem finding platinum and gold and
3  those kinds of things, right?  So does that answer the
4  question?
5      Q.   Sure.
6          THE WITNESS:  Can we take a break?
7          MR. FROST:  Sure.
8          VIDEOGRAPHER:  We are now going off
9      record, and the time is 10:48.
10         (A recess was taken from 10:48 to 11:03.)
11         VIDEOGRAPHER:  We are now back on record,
12     and the time is 11:03.
13 BY MR. FROST:
14     Q.   Would you describe for me what a "fibrous
15 habit" means?
16     A.   In general, it is an elongated particle
17 that -- and the -- so on page 4, I indicate there's
18 length or width ratios for fibers which have fibrous
19 habit of three to one, and then NIOSH is five to one.
20 BY MR. FROST:
21     Q.   Okay.  Can you define for me what a
22 "fibrous habit" means?  Does it purely mean dimensions
23 of three to one to five to one?
24     A.   So in the general context of mineralogy,
25 fiber can -- it's actually a little bit of a loose term,

Page 72

1  but you can have minerals that have fibrous habits that
2  are not microscopic.
3          So an example would be millerite, which
4  is a nickel sulfide that, essentially, you have these
5  very long black fibers, and it's very commonly -- that's
6  what it occurs as.  And the fiber -- fibrous textures,
7  you know, essentially, all morphologies are driven by
8  the unit cell and, essentially, bonding strengths and
9  defect densities and things like that.  So fibers are
10 common in asbestiform materials.
11     Q.   Is a fibrous habit different than the
12 asbestiform habit?
13     A.   So a fiber would be more of a subset of
14 asbestiform.  So if I had a chunk of chrysotile, that
15 would be asbestiform, and it would be composed of
16 fibers.
17     Q.   So fibers are a smaller subset of
18 asbestiform?
19     A.   Generally.
20     Q.   Can you define for me what "asbestiform
21 habit" means?  Are you able to define what "asbestiform
22 habit" means without referencing your report?
23     A.   Asbestiform basically is --
24     Q.   Here, could we do it this way?  Without
25 looking at your report, can you define for me what

Page 73

1  "asbestiform" means?
2          MS. SCOTT:  Objection.  If he needs to
3      look at his report, he can look at his report.
4          MR. FROST:  Well, I just want to see if
5      he can do it without looking at the report.
6  BY MR. FROST:
7      Q.   But if you need to look at your report,
8  just let me know that you have to look at your report to
9  define it.
10         MS. SCOTT:  Objection.
11     A.   Asbestiform essentially is a texture that
12 is -- the particles are elongated.  They have a high
13 general aspect ratio.
14 BY MR. FROST:
15     Q.   So asbestiform is purely a texture?
16         MS. O'DELL:  Object to the form.
17     A.   A texture with respect to what?
18 BY MR. FROST:
19     Q.   Well, that's what you just said.  That's
20 what I'm trying to figure out.  You used the word
21 "texture."  You defined asbestiform as a texture?
22     A.   So texture is a general term that means
23 the size, shape and distribution of mineral particles.
24     Q.   Is that different than the morphology?
25     A.   Morphology generally refers to a crystal

19 (Pages 70 to 73)

Mark Krekeler, Ph.D.

Page 74

1 or single phase.
2      Q.   What do you mean by that, the "single
3 phase"?
4      A.   Single phase, phase is like a -- phase is
5 a thermodynamic term.  So, in theory, it is something
6 that is separable from a system.  So you can have
7 something like chrysocolla that is grown around and fill
8 some other mineral, where you can have glass.  Glass is
9 a separate phase.  Or it can also be a mineral, so it's
10 more of just a thermodynamic term.
11     Q.   Do you agree with me that in order for a
12 mineral to be asbestiform, it has to grow in an
13 asbestiform habit?
14         MS. SCOTT:  Objection.
15     A.   No.  So talc is mechanically soft, and I
16 can certainly imagine scenarios where you have
17 tremolite, large tremolite crystals that exist in a talc
18 schist, and that talc schist then experiences continued
19 dynamic metamorphism, so things move, and that talc
20 crystal can be -- other talc -- or, I'm sorry, the
21 tremolite crystal in the talc can then hit other talc or
22 other tremolite crystals and essentially abrade and
23 grind and be broken down into smaller elongate, elongate
24 mineral particles which would be fibrous, and that would
25 be one way of producing that texture.

Page 75

1 BY MR. FROST:
2      Q.   Is that different than growing in an
3 asbestiform habit?  In order to be asbestiform, do you
4 have to grow in the asbestiform habit?
5         MS. SCOTT:  Objection.
6      A.   There's not necessarily -- mineral growth
7 would not necessarily be a part of that.
8 BY MR. FROST:
9      Q.   So mineral growth has nothing to do with
10 whether or not a mineral is asbestiform?
11         MS. SCOTT:  Objection.
12     A.   I think there's a false dilemma.  You
13 know, as I described, so you can have that, you know, a
14 nice, happy actinolite or tremolite crystal.  Stress is
15 applied during metamorphism and that then breaks apart
16 and you can end up with material that is -- that meets
17 the definition of a fiber.
18 BY MR. FROST:
19     Q.   So as far as you're concerned, all fibers
20 are asbestiform?
21         MS. SCOTT:  Objection.
22     A.   No.  My mineral, one of the minerals I'm
23 an expert in, palygorskite/sepiolite, often the
24 individual crystals are referred to as fibers.
25

Page 76

1 BY MR. FROST:
2      Q.   If you look at page 4 of your report,
3 second paragraph, under "Asbestos," you write that
4 "Asbestiform refers to a mineral that has grown into a
5 fibrous aggregate of long, thin flexible crystals that
6 readily separate into smaller crystals of a" smaller
7 "length-to-width aspect ratio."  You agree with me
8 that's very different than what you just told me, right?
9         MS. SCOTT:  Objection.  You just misread
10        something.  It says, "smaller crystals of a
11        similar length."
12         MR. FROST:  Oh, I apologize.
13         MS. SCOTT:  No problem.
14     A.   So I think that's a correct statement.
15 BY MR. FROST:
16     Q.   Which one, the one in your report or the
17 one you just gave me?
18         MS. SCOTT:  Objection.
19     A.   Both.
20 BY MR. FROST:
21     Q.   You think you can, a mineral can both
22 grow as you have here in a fibrous aggregate of long or
23 you can create it?
24     A.   It can -- it can result from the process.
25 So in the broad context, if you are crushing or milling

Page 77

1 a talc ore and there's tremolite in it, basically, you
2 can process that, it's my expert opinion, that you can
3 process that and result in producing asbestiform
4 materials or fibers, elongated mineral particles.
5      Q.   So are all elongated mineral particles
6 asbestiform?
7      A.   I'm sorry.  I misspoke.  Not necessarily,
8 no.
9      Q.   Okay.  Why don't we look at -- well,
10 first off, do you have any studies or research that you
11 rely on to support your opinion that you can change
12 something that grew prismatic into something that's now
13 asbestiform?
14     A.   So I think it's reasonable, based on my
15 knowledge of crystal chemistry.
16     Q.   You can't point me to a single
17 peer-reviewed study or NIOSH or anything else that has
18 ever supported this opinion?
19         MS. SCOTT:  Objection.
20     A.   So I was taught by Steve Guggenheim that
21 you can reduce particle size, and when you reduce
22 particle size in minerals, essentially, that is driven
23 by cleavage.  So basically every mineral has a unit
24 cell, and that is definition of the elements that are
25 unique to that mineral and a specific arrangement.

20  (Pages 74 to 77)

Mark Krekeler, Ph.D.

Page 78

1 And, essentially, the nature of bonds in
2 that mineral will be weaker along certain planes for
3 certain minerals such as amphiboles. So basically what
4 happens is when you apply stress, it doesn't matter if
5 that is a five-foot piece of tremolite or if it is a
6 micron piece of tremolite. Essentially, it's absolutely
7 reasonable that if you apply stress and you break that,
8 it will break into smaller pieces, and you can end up
9 with -- essentially, the hat or the shape is the same.
10 Or, essentially, hat or shape is driven by those
11 crystallographic parameters.
12 BY MR. FROST:
13 Q. All right. Do you know what a cleavage
14 fragment is?
15 A. Yeah. It's essentially a fragment that
16 has broken off.
17 Q. And you're telling me that cleavage
18 fragments can be asbestiform that have broken off as
19 prismatic crystals?
20 A. I think they can, so they can. They can
21 meet the crystallographic requirements.
22 Q. Is your opinion generally accepted by the
23 scientific community?
24 A. I have not presented or published on
25 that, but I think, based on my experience and what I

Page 79

1 know about crystal chemistry of minerals, that is a
2 reasonable interpretation.
3 Q. Okay. So your interpretation is that a
4 particle can become asbestiform, even if it didn't form
5 naturally in an asbestiform habit by this cleaving down
6 to a particular particle size? Is that a fair summary?
7 MS. O'DELL: Object to the form.
8 A. You, through processing, you can modify
9 many things.
10 BY MR. FROST:
11 Q. So can you tell me what particular
12 properties will determine whether or not a particle was
13 a cleavage fragment versus an asbestiform fragment?
14 MS. SCOTT: Objection.
15 A. Cleavage fragment implies that it has,
16 through some mechanical process, it's been developed.
17 BY MR. FROST:
18 Q. So a cleavage fragment purely refers to
19 some outside mechanical process?
20 MS. SCOTT: Objection.
21 A. What do you mean by "purely"?
22 BY MR. FROST:
23 Q. That's what I'm trying to figure out,
24 what your definition is. So I asked you, you know, what
25 the properties are that will determine whether or not a

Page 80

1 particular particle is asbestiform or a cleavage
2 fragment, and your answer to that was cleavage fragments
3 implies that through some mechanism process, it's been
4 developed. That's what I'm asking. What is this
5 mechanism process? Is this an outside force? Are you
6 talking about processing --
7 A. Mechanical.
8 Q. You're talking about mechanics. So if a
9 fragment cleaves off because a mechanical force is
10 applied to it, it's a cleavage fragment? If it occurs,
11 if it naturally cleaves, then it's asbestiform?
12 MS. SCOTT: Objection.
13 A. You can have, as I mentioned before, you
14 can have the situations totally reasonable, both in the
15 processing and then the natural geologic process, where
16 you can have a tremolite crystal, for example, that
17 essentially is deformed through metamorphic processes.
18 You can have multiple directions of force, and so,
19 basically, you can end up with particles that are
20 asbestiform as a result of that, and then you can grind,
21 crush, process things that also have an asbestiform
22 texture.
23 BY MR. FROST:
24 Q. Are there any standards you're relying on
25 to make this determination of asbestiform versus

Page 81

1 cleavage fragment?
2 MS. SCOTT: Objection.
3 A. I'm using the terminology as described in
4 my mineralogy class that I took from Dr. John Grover in
5 1991, and he -- he grew some of the artificial,
6 synthetic fibers for the rat tests in the '70s.
7 BY MR. FROST:
8 Q. Okay. Other than this class you had with
9 Dr. John Grover, you can't name me another source,
10 another peer-reviewed literature, a scientific paper
11 that supports your theory?
12 MS. SCOTT: Objection to form.
13 MR. LAPINSKI: I was going to say, make
14 sure you let him ask the full question before
15 you start to answer.
16 THE WITNESS: Okay. I'm sorry.
17 BY MR. FROST:
18 Q. Do you want me to reask it?
19 A. The terms were used in my graduate school
20 classes as well. I think that -- yeah.
21 Q. And your opinion is whether or not this
22 fragment that breaks off, whether or not it's
23 asbestiform or cleavage doesn't have anything to do with
24 the way in which the particle originally formed?
25 MS. SCOTT: Objection.

21 (Pages 78 to 81)

Mark Krekeler, Ph.D.

Page 82

1    A.    So crystallographically, in a way, the
2   term's not necessarily extremely relevant.  It is the
3   physicality of a particle is such that, you know, it's
4   driven by, essentially, the science.  So you can crush,
5   you can grind something, and you can end up with an
6   asbestiform particle.
7         MR. FROST:  Let me look at some articles.
8   I'm going to mark this as -- I believe, we're at
9   Exhibit 3.
10         (Exhibit 3 was marked for
11         identification.)
12  BY MR. FROST:
13    Q.    Do you recognize this paper?
14    A.    No, I do not.  I have not seen this
15  report.
16    Q.    This is not the IRSST 2010 Montreal paper
17  you reference in your report?
18    A.    I don't remember.
19    Q.    Look at your -- let me see.  I want to
20  find a place that you reference this.  If you look at
21  Footnote 5 on page 4.
22    A.    I don't see a Footnote 5 on page 4.
23    Q.    Of your report.
24         MS. SCOTT:  Of your report.
25    A.    Oh, I'm sorry.  Okay.  Yeah.

Page 83

1   BY MR. FROST:
2     Q.    Do you agree that this is the same report
3   that you have referenced in Footnote 5 on your paper?
4     A.    Yeah.
5     Q.    Have you ever read this report before?
6     A.    I think so.
7     Q.    And this is something --
8     A.    I'm tired.
9     Q.    And this is something you rely on
10  otherwise in your paper, correct?
11    A.    I forget the specifics of where I've
12  cited it.
13    Q.    If you turn to page 10, please.
14         MS. SCOTT:  Of the report or of the --
15         MR. FROST:  Of the paper, the IRSST
16  paper.
17    A.    Page 10.
18  BY MR. FROST:
19    Q.    So it's Section 5.1.2, "Asbestiform."
20    A.    Okay.
21    Q.    It states, "The term 'asbestiform; refers
22  to a morphology originating from the natural
23  crystallization of a mineral into small crystals, into
24  hair-like fibers (unidimensional).  This morphology
25  gives the mineral-specific characteristics, including a

Page 84

1   high aspect ratio, (length/diameter ratio), increased
2   mechanical properties, flexibility and durability.
3         "In the asbestiform morphology, the
4   crystals grew by forming long and filiform fibers.
5   These fibers are found in bundles that can easily
6   separate into smaller fibers (fibrals), which, during
7   processes, retain their surface and activity properties.
8         "OSHA (1992) specifies that the
9   asbestiform criterion does not depend on the crystalline
10  structure but on how the crystal grows or its
11  crystalline formation.  When pressure is applied to" an
12  asbestiform "fiber, it will bend rather than break."
13  Did I read that correctly?
14         MS. SCOTT:  With one correction.
15         MR. FROST:  I did miss one?
16         MS. SCOTT:  Asbestos fiber, not
17  asbestiform fiber.
18         MR. FROST:  Oh, I apologize.
19  BY MR. FROST:
20    Q.    Did I read that -- other than that, did I
21  read this correctly?
22    A.    Okay.  Yeah.
23    Q.    Do you agree with me this definition is
24  very different than the definition you've given me?
25         MS. SCOTT:  Objection.

Page 85

1     A.    Not necessarily.  It is more specific,
2   but it's, you know, generally in line.
3   BY MR. FROST:
4     Q.    Generally in line.  Doesn't the IRSST
5   paper specifically state that an asbestiform crystal has
6   to grow into that structure to be asbestiform?
7     A.    It says that, but again --
8     Q.    You disagree with that?
9          MS. SCOTT:  Objection.
10    A.    It --
11  BY MR. FROST:
12    Q.    It's okay.  You can disagree with it.
13    A.    In my -- it's permissive, not exclusive.
14  So I - I --
15    Q.    I don't -- where does it say it's
16  permissive, not exclusive?  Is that in this paper?
17    A.    No.  My class terminology might not be
18  consistent with this.
19    Q.    Okay.  Let's look at another one.  What
20  exhibit are we on?  Four?  I would like to mark this as
21  Exhibit 4.  I'll give you a copy.
22         MR. FROST:  Are we not on four?
23         MS. SCOTT:  I think it's five.
24         MR. FROST:  Are we on five?  I thought we
25  were on five, too.

22  (Pages 82 to 85)

Mark Krekeler, Ph.D.

Page 86

1      MS. SCOTT: I think we're on five.
2      MR. FROST: Okay. Yeah. I was going to
3  say maybe we can keep track.
4      VIDEOGRAPHER: I'm keeping track, but the
5  last one you just gave him, you said three.
6      MR. FROST: Oh, okay. So I guess we are
7  on 4. We'll mark this whatever the next exhibit
8  is.
9      (Exhibit 4 was marked for
10         identification.)
11 BY MR. FROST:
12     Q.   Take a look at it. Have you ever seen
13 this paper before?
14     A.   I'm not sure. I immediately don't see it
15 in the reference list.
16     Q.   I can tell you, it's not on your
17 reference list.
18     A.   Okay. Yeah. I have not seen this
19 before.
20     Q.   Have you ever heard of Dr. William J.
21 Campbell?
22     A.   No, I have not.
23     Q.   You'd agree with me that this is a report
24 from the United States Department of the Interior,
25 Bureau of Mines?

Page 87

1      A.   Yes.
2      Q.   You'd agree with me that they are a
3  reliable source --
4      A.   So this is from 1977?
5      Q.   Yes. You'd agree with me that the Bureau
6  of Mines is a reliable source of information for
7  geological term -- geological --
8      A.   I am somewhat hesitant's to make a
9  generalization of any organization being extremely
10 reliable or not. It depends on the individual. But,
11 generally, many things that have been produced are
12 reliable. This document is from 1977, which is sort of
13 the end of the heyday of asbestos production. So right
14 around this time, essentially, it was coming to light
15 that asbestos really did have a lot of hazards
16 associated with it.
17     Q.   Can you please turn to page 30 of this
18 report? Specifically, there's a paragraph, it's
19 called "Cleavage Fragment." Do you see where I'm
20 talking about?
21     A.   Yes.
22     Q.   Okay. If you go down to the second -- I
23 can read the first few on, but -- I'll read all of it
24 for clarity. "Cleavage fragment: A fragment produced
25 by the breaking of crystals in" direct -- in "directions

Page 88

1  that are related to the crystal structure and are always
2  parallel to crystal faces." That's in line with what
3  you've described, right, for cleaving?
4      A.   That statement is not correct.
5      Q.   It's not correct?
6      A.   You can have cleavage that is, has a
7  variety of degree as a perfection to it.
8      Q.   And, again, do you have -- can you cite
9  me a study that you're relying on for that opinion?
10     A.   I can probably point to a book, but it's
11 something that is, I mean, it's taught in mineralogy,
12 introduction to mineralogy. You have different levels
13 of perfection of cleavage. So, for example, micas are
14 said to be perfect in cleavage, and a lot of the
15 amphiboles are said to be good but not necessarily
16 perfect.
17     And, actually, you can see in this SEM
18 image, there's all kinds of irregularities on the
19 surface. And on this particular SEM image, it's
20 extremely bright. The contrast is wrong. It's not --
21 you know, you can't tell what is on that right end of
22 the image that is the tremolite particle there.
23     Q.   I'll stop you here. I'm confused because
24 your problem with the definition appears to be the word
25 "perfect," which doesn't actually appear in the

Page 89

1  definition. But you generally agree that a cleavage
2  fragment is a cleave along a generally parallel plane of
3  a crystalline structure, right?
4      A.   Yes.
5      Q.   Okay. If you continue along, it says,
6  "Minerals" --
7      A.   It says "with perfect cleavage."
8      Q.   That's in the next, you know, paragraph.
9      A.   I'm sorry. I got confused.
10     Q.   So it talks a little bit, you know, about
11 it. It talks about amphiboles, et cetera. What I'm
12 concerned is the next paragraph down. It starts,
13 "However, because they did not grow as fibers, they
14 cannot have characteristics of fibers. Consequently,
15 cleavage fragments cannot be called fibers."
16     Do you see where the Bureau of Mines has
17 said that?
18     MS. SCOTT: Object to form.
19     A.   So it's my professional opinion that
20 that's inaccurate. I mean, the crystallographic -- you
21 know, from the materials aspect of things, whether
22 something has grown or not, you know, doesn't -- it
23 really doesn't matter too much as far as what it is. So
24 and -- and so, "However, because they did not grow as
25 fibers, they cannot have characteristics of fibers."

23 (Pages 86 to 89)

Mark Krekeler, Ph.D.

Page 90

1    Well, you know, if you can cleave or process something,
2    roll it such that, you know, you get particle size
3    reduction, and that particle size is then, matches,
4    although perhaps there is disagreement on what
5    asbestiform is, but it matches what a fiber is, then
6    that's --
7    BY MR. FROST:
8         Q.    But, again, you can't point me to a
9    single study or peer-reviewed piece of literature that
10   supports your opinion, correct?
11        MS. SCOTT:  Objection.
12        A.    I think it's -- I think it's a very much
13   a reasonable interpretation.  It's almost too basic, in
14   a way.  I mean, if we know -- we're taught, actually, at
15   the introductory level, that minerals cleavage is the
16   first things we teach, and essentially cleavage is an
17   interval property of a given mineral, and then you can
18   reduce it, and that's why minerals, when you crush a
19   mineral, you actually, you have sort of the same general
20   kind of particle shape.  So you take mica, for example,
21   and you crush it and you get a particle size reduction,
22   and a lot of that is happening along the cleavage
23   planes.  So I think --
24   BY MR. FROST:
25        Q.    So that's what I established.  So you

Page 91

1    think IRSST is wrong.  You think the Bureau of Mines is
2    wrong, right?
3         MS. SCOTT:  Objection.
4    BY MR. FROST:
5         Q.    Why don't we look at the World Health
6    Organization?
7         MR. FROST:  This is -- I'll mark this as
8    Exhibit 5.
9         MS. O'DELL:  Monograph 93.
10        MR. FROST:  Yes, it's Monograph 93.
11   Sorry.
12        (Exhibit 5 was marked for
13        identification.)
14   A.    So this would be IARC 2010.
15        MR. FROST:  Does anyone need a copy or
16   pull it up on your computer?
17        MS. SCOTT:  Yeah.
18        MR. FROST:  That's a better way to look
19   at it.
20        MR. FERGUSON:  I'll take one, Jack, if
21   you've got an extra one.
22        MR. FROST:  I do.
23        MR. FERGUSON:  Lighten your load.
24   BY MR. FROST:
25        Q.    Are you familiar with this publication?

Page 92

1         A.    Yes, I believe this is what's cited in
2    the report.  This is the 2010 IARC.
3         Q.    Can you please turn to page 277?  If you
4    look at the bottom paragraph, it says, "Asbestos is a
5    commercial term that describes six minerals that occur
6    in the asbestiform habit:  Actinolite, anthophyllite,
7    chrysotile, grunerite, riebeckite and tremolite (IARC,
8    1977).  Similarly to talc, these six minerals occur more
9    commonly in a non-asbestiform habit and may also be
10   elongated without being asbestiform."  And then if you
11   follow down, it says, "when asbestiform, they constitute
12   asbestos and, when not asbestiform, they are referred to
13   as mineral fragments or cleavage fragments."
14        So, again, here, IARC is talking about
15   how the crystal forms or how it grows to distinguish
16   asbestiform versus cleavage fragment, correct?
17        MS. SCOTT:  Objection.
18        A.    So you're saying as it forms?
19   BY MR. FROST:
20        Q.    Yes.
21        A.    So mechanical processes can be how a
22   mineral is formed or how a texture is developed.
23        Q.    So you're saying the cleave of a
24   prismatic crystal can considered the morphology of how
25   that crystal forms?

Page 93

1         A.    No.  You said how a mineral -- what did
2    you say?
3         Q.    Yes, that's what I said is how a mineral
4    forms.  This is what they're saying:  A mineral can
5    form --
6         A.    So --
7         Q.    -- an asbestiform habit or not.
8         A.    -- form is not growth.  Form is not
9    growth.
10        Q.    Okay.  Fine.  It's saying here that how a
11   crystal grows or develops determines whether or not it's
12   is a mineral fragment or asbestiform, correct?
13        MS. SCOTT:  Objection.
14        MS. O'DELL:  Object to the form.
15        A.    "When asbestiform, they constitute
16   asbestos, and when not asbestiform, they are referred to
17   as mineral fragments or cleavage fragments."  That's how
18   they are referred to.  But I don't see anything in here
19   about growth.  There's nothing about precipitating out
20   of a solution.  There's nothing precipitating out of a
21   melt.  There's nothing precipitating from some
22   mineralogical transformation.  So -- and, again, you
23   know --
24   BY MR. FROST:
25        Q.    But, again, I just want to go back.

24  (Pages 90 to 93)

Mark Krekeler, Ph.D.

Page 94

1     A.    -- cleavage --
2          MR. LAPINSKI:  Let him finish his answer.
3          MR. FROST:  Sure.
4     A.    Whether something is a cleavage or
5   fragment or not, it can be -- it can match the
6   dimensions of something that is defined by NIOSH or
7   other things.  It can be 1 micron by 3 microns or it can
8   be 1 micron by 5 microns.  So I don't -- the -- you
9   know.  But this, this doesn't seem to -- you keep
10  implying that there has to be growth for the mineral to
11  occur, but it's not -- apparently, in here, it doesn't,
12  it doesn't make that stipulation.
13         Grinding, grinding can be one method, and
14  then deformation.  We have other examples where,
15  essentially, textures are developed from deformation,
16  meteorite impacts.  We have metamorphic rocks.  We can
17  have, essentially, high temperature or high pressure
18  metamorphic rocks that have one form of quartz in them.
19  Then when they get exhumed, essentially, they shatter
20  the granite around them and create a different texture.
21         So I don't, I don't think that growth is
22  necessarily related to -- I think, in my professional
23  opinion, it's not related to the generation of cleavage
24  fragments, and it's my professional opinion that
25  cleavage fragments can have asbestiform materials.

Page 95

1          The other thing that confuses things is
2   you can have a cleavage fragment that's a meter, right?
3   You can -- you can have large crystals.  You can go out
4   to the South Dakota mines and pick up a spodumene, hit
5   it with a hammer.  That's a cleavage fragment.  Because
6   we have these same atomic laws, essentially, you get the
7   same type of effects into the small particle ranges.
8     Q.    So now I'll go back to the same question
9   I asked before you couldn't answer, and that was, other
10  than size, other than this whole idea of aspect ratio,
11  what other differences can you tell me there is between
12  an asbestiform fiber and a cleavage fragment?  Is it
13  truly just size, in your opinion, that makes something
14  asbestiform?
15         MS. SCOTT:  Object to the form of the
16  question.  You can answer.
17  BY MR. FROST:
18    Q.    It's an easy enough question.  I'll ask
19  it a different way if you want.
20    A.    I'm a slow reader.  Sorry.  What
21  differences can you tell me there is between asbestiform
22  fiber around achieve advantage fragment -- a cleavage
23  fragment.  So if you're talking about just differences
24  in general --
25    Q.    Well, no.  That's why.  Let me ask you a

Page 96

1   question.
2     A.    -- activity --
3     Q.    Let me ask you a question.  Let me ask
4   you the question without reading from the thing, because
5   you're reading the phonetics, which aren't actually the
6   question I'm asking.
7     A.    Okay.  I'm sorry.
8     Q.    What properties, other than size, will
9   tell you whether or not a particle is a cleavage
10  fragment versus an asbestiform fiber?
11    A.    What properties other than size?
12    Q.    I guess size truly -- is that what
13  determines whether or not a particle is asbestiform
14  versus a cleavage fragment, in your opinion?
15         MS. SCOTT:  Objection.
16    A.    It's a major, a major factor in it.  But,
17  you know, you can have things that are large that are
18  asbestiform as well.  So hand samples, images in --
19    Q.    Okay.  Can you answer my question?  Is it
20  a major component or is that the difference?  And if
21  there's more than just size, what are the other things
22  you look at to determine whether or not a particle is a
23  cleavage fragment versus an asbestiform fiber?
24         MS. SCOTT:  Objection.  He is answering
25         your question.  Go ahead, Doctor.

Page 97

1   BY MR. FROST:
2     Q.    I don't understand how telling me the
3   size of giant pattern, giant rocks that are grabbed from
4   somewhere else.  What I want to know are what properties
5   do you look at when you're trying to determine if it's
6   an asbestiform fiber versus a cleavage fragment?  Is it
7   just the size of the mineral with -- you know, the
8   aspect ratio of the mineral?  Is that purely what
9   determines, in your opinion, whether a particle is
10  asbestiform versus cleavage?
11    A.    That and the texture.
12    Q.    What do you mean by "texture"?  What
13  properties are you looking at in the texture?
14    A.    The texture is how -- is the size, shape
15  and distribution of materials.
16    Q.    So, again, we're talking about size,
17  shape and distribution.  These are the only -- these are
18  the aspects --
19    A.    I get that from -- I'm sorry.
20    Q.    I was going to say, size, shape and
21  distribution are the attributes you look at to determine
22  whether or not a particle is asbestiform versus
23  cleavage?
24    A.    A spatial distribution is not necessarily
25  size and shape.

25  (Pages 94 to 97)

Mark Krekeler, Ph.D.

Page 98

1    Q.    What do you mean by "spatial
2  distribution," then?
3    A.    The occurrence of it in a sample or
4  substrate.
5    Q.    What do you mean by "occurrence of it in
6  a sample or substrate"?
7    A.    The placement of it.  So, essentially, we
8  can have a lithology onto which, relative to that, an
9  asbestiform material occurs.
10    Q.    What do you mean by lithology upon which
11  an asbestiform material occurs?
12    A.    Lithology is a general term for a type of
13  rock.  It's a very general term for a type of rock.
14    Q.    Okay.  So, effectively, you're saying the
15  type of rock it is and the size and shape of the
16  particle determine whether or not it's asbestiform?
17  Those are the three considerations you look at?
18    A.    Well, so, not necessarily, but, you know,
19  I'm talking about hand sample size.
20    Q.    Okay.  And this is -- and what about --
21  and what about micron size, when you're looking at a
22  particle that's micron size?
23    A.    Aspect ratio is important.  I think that
24  and -- so to identify a fiber or a cleavage fragment, to
25  thoroughly identify things, one should generally do,

Page 99

1  should do TEM work.  And in order for that data to be
2  interpreted, to identify the aspect ratio and also what
3  the material is, you need to do imaging electron
4  diffraction and electron microscopy.
5    Q.    Okay.  I fear you're not understanding my
6  question.  I'm not -- I want to know what the difference
7  is between an asbestiform particle and a cleavage
8  fragment.  Is it purely the aspect ratio and the type of
9  rock it's generated from, in your opinion?
10    MS. SCOTT:  Objection.
11    A.    I'm sorry.  I'm having difficulty
12  describing it.  I thought I described it.  I thought I
13  answered.
14  BY MR. FROST:
15    Q.    What you keep saying is you keep telling
16  me that aspect ratio is a major component.  Is it the
17  only component?  Are there others?  We've heard the type
18  of rock.  Are there any other things you would look at
19  to tell me these are the properties of an asbestiform
20  fiber versus these are the properties of a cleavage
21  fragment?  I'm just asking for simple mineralogic
22  definition here of what's the difference between a
23  cleavage fragment and an asbestiform fiber.  If it's
24  rock type and aspect ratio, that's fine.
25    A.    So, okay.  So what's the difference

Page 100

1  between a cleavage fragment and an asbestiform fiber?
2    Q.    Yes.
3    A.    A cleavage fragment can be a subset of
4  asbestiform fibers.
5    Q.    So you're telling me there's no
6  difference between a cleavage fragment and asbestiform
7  fiber if it's --
8    A.    No.
9    Q.    -- if they're the same size?
10    A.    If it's --
11    MS. SCOTT:  Let him finish.
12  BY MR. FROST:
13    Q.    If they meet whatever aspect ratio
14  definition you want to put on it, as far as you're
15  concerned, any cleavage fragment that meets that
16  definition is an asbestiform fiber?
17    MS. SCOTT:  Objection.
18    A.    Speculative in that I don't -- you know,
19  I don't --
20  BY MR. FROST:
21    Q.    It's not speculative.  I'm asking for
22  your definition.
23    A.    I'm sorry.  I have an incomplete thought.
24  A cleavage fragment can be a subset of -- it can be a
25  subset of an asbestiform fiber.

Page 101

1    Q.    How?  Like how do you -- so what -- okay.
2    A.    Based on the size and the dimensions that
3  are provided in the paragraph in page 4.
4    Q.    Okay.  So it's purely size and dimension
5  is what determines whether or not a cleavage fragment is
6  a subset of asbestiform?
7    A.    Correct.
8    Q.    That's your opinion?
9    MS. SCOTT:  Objection.
10    A.    With respect to only my -- so I think
11  some of our confusion is is I'm talking about minerals
12  in general, so things, you know, you would see in a
13  museum.  And then there's, essentially, the microscopic
14  scale.
15  BY MR. FROST:
16    Q.    Okay.  So there's a -- how you define
17  asbestiform is different depending on whether or not
18  it's a hand sample versus something you look at in a
19  microscope?
20    A.    Potentially, and things can, you know,
21  appear to be asbestiform, but they are pseudomorphs.
22    Q.    Okay.  So other than size, which we've
23  now determined is aspect ratio, you can't tell me any
24  other properties that you would look at to determine
25  whether or not a particle, an elongated mineral

26  (Pages 98 to 101)

Mark Krekeler, Ph.D.

Page 102

1 particle, is a cleavage fragment versus an asbestiform
2 fragment. Is that -- is that a fair summary of your
3 opinion?
4     A.   I'm unsure. I'm sorry. I'm tired.
5 The -- if it -- so the -- so in your question, mineral
6 type doesn't matter, correct?
7     Q.   I don't know. I'm asking you how you
8 define. Does mineral type matter for asbestiform versus
9 non-asbestiform?
10     A.   Well, there are minerals that tend to be
11 asbestiform or can be asbestiform and not. So, but
12 that's not necessarily related to the -- asbestiform is
13 a descriptor of the minerals, not necessarily -- so I
14 would use what, what I have in the report, basically. I
15 would say that a cleavage fragment can be an asbestiform
16 particle and size. The aspect ratio is a major
17 contributor.
18     Also, the -- you know, if it is a -- so,
19 for example, if the chemistry and the electron
20 diffraction data and the images also indicate that it is
21 a mineral that is known to be asbestos, I think that
22 that would be -- that would support that.
23     I think that, you know, if you had --
24 it's like kyanite, for example, might -- kyanite might
25 have -- meet those dimension, fiber-dimension

Page 103

1 requirements, but because it is kyanite, it wouldn't
2 necessarily be described as asbestiform, but it would be
3 a fiber. So there's complexities.
4     Q.   Okay. So I think we have -- I'll change
5 my summary of your opinion. So in determining whether
6 or not an elongated mineral particle, and we can agree
7 an elongated mineral particle is a particle that, you
8 know, broke off of something that's long, right? Can we
9 agree on that?
10     A.   Yes.
11     Q.   Okay. So in order to determine if an
12 elongated mineral particle is a cleavage fragment or
13 asbestiform fiber, the two things you look at are,
14 first, whether or not it's a rock that can be
15 asbestiform, and then, second, which is the major
16 component, is its size, meaning aspect ratio. Is that a
17 fair summary of your opinion?
18     A.   Well, so that's a different question. So
19 elongated mineral particle --
20     Q.   Then if elongated mineral particle's
21 confusing you, I'll take that out.
22     So if we're trying to figure out if a
23 particle -- I don't care what size, I don't care if it's
24 elongated or not. If we're trying to figure out if a
25 particle is a cleavage fragment or an asbestiform fiber,

Page 104

1 first, it has to be of a rock that could be asbestiform,
2 and then the major component is the size, meaning aspect
3 ratio. Is that a fair summary of the definition you're
4 giving me?
5     A.   I'm not sure. I'm sorry. I'm spacing
6 out a little bit. A cleavage fragment can be
7 asbestiform.
8     Q.   Okay. But what I keep asking you is --
9     A.   The criteria?
10     Q.   The criteria you're using to define
11 something as asbestiform, is it purely rock type, that
12 is, a type of rock that can be asbestiform?
13     A.   I --
14     Q.   Hold on. That's one.
15     A.   Okay.
16     Q.   And then the other, which is the major
17 component, is the size, meaning the aspect ratio of the
18 particle. Are those the two things you look at when
19 you're determining whether or not a particle is an
20 asbestiform fiber?
21     A.   I would sort of correct myself in saying
22 the particle size and the mineralogy.
23     Q.   Okay. Particle size and mineralogy. And
24 mineralogy, meaning the type of mineral it is, correct?
25     A.   Yes.

Page 105

1     Q.   Okay. And, again, the basis of your
2 opinion that that's the definition of asbestiform comes
3 from your coursework and undergraduate and graduate,
4 correct?
5     A.   Yes.
6     Q.   And sitting here today, you can't cite me
7 a single study in the peer-reviewed literature or from
8 any government organization that supports that theory,
9 correct?
10     MS. SCOTT:  Objection.
11     MS. O'DELL:  Objection. Form.
12     A.   So --
13 BY MR. FROST:
14     Q.   I'm just asking for citations.
15     MR. LAPINSKI:  Let him finish.
16     A.   I cannot -- I cannot -- let me think how
17 to phrase this. Peer review, I have had discussions,
18 actually, with my -- former committee member, Bill
19 Mull. He was on my Ph.D. committee, and we had several
20 discussions about impurities and things like that and
21 industrial minerals. He was an industry guy.
22     And, basically, we talked about small
23 particles breaking off and how that could be of concern
24 in different ways. And then I've had discussions in
25 industry about, essentially, fine particles getting

27 (Pages 102 to 105)

Mark Krekeler, Ph.D.

Page 106

1   entrained in things with another company, one based here
2   in Cincinnati, not basically asbestiform, not basically
3   asbestos, but there's graphite and biotite.
4          So no peer-review literature, but I've
5   had discussions in a general sense, but not specific to
6   talc, but with contaminants, small particles breaking.
7       Q.   So the basis --
8       A.   So I think companies sometimes use
9   different -- it's actually common for companies to use
10  different words.  They have internal vocabularies, even,
11  you know, so that might be the issue.
12  BY MR. FROST:
13      Q.   So it's based off your coursework and
14  discussions with industry individuals but not any
15  peer-reviewed literature?
16          MS. SCOTT:  Objection.
17      A.   Yes.  Correct.
18  BY MR. FROST:
19      Q.   All right.  We're going to move to
20  another definition.  Okay?
21      A.   Okay.
22      Q.   I note in your report -- let me find
23  where it is.  At the top, under the section that says
24  "Asbestos" on page 4.  Second sentence, you say,
25  "Asbestos is a naturally occurring mineral that can be

Page 107

1   in close proximity to talc in mines around the world."
2   Is asbestos a mineral?
3       A.   I'm sorry.  It should be mineral group.
4       Q.   Okay.  That was going to be my next
5   question.  Asbestos is a defined group of minerals,
6   correct?
7       A.   Yeah.  It can be referred to that.
8       Q.   Okay.  Without looking at your report,
9   can you tell me what minerals fit the definition of
10  asbestos?
11          MS. SCOTT:  Objection.
12      A.   Tremolite, crocidolite, anthophyllite,
13  chrysotile, amosite.
14  BY MR. FROST:
15      Q.   And in your report, you know, you list
16  them.  I believe it's here on page 4.  You list the
17  amphibole class includes, you know, amosite,
18  crocidolite, actinolite, anthophyllite and tremolite,
19  correct?
20      A.   I'm sorry.  Where?
21          MS. SCOTT:  Here.
22  BY MR. FROST:
23      Q.   Page 4.
24      A.   Yeah.  So, yeah, end of the second line.
25      Q.   And you're relying on the ATSDR for this

Page 108

1   definition, according to the paragraph?
2       A.   I'm just saying that's what they define
3   those as.
4       Q.   Do you believe you've included the whole
5   definition that ATSDR has of asbestos in your paper?
6          MR. SCOTT:  Objection.
7       A.   I believe it's consistent with a document
8   I've done.  I was gonna say, there are other academic
9   classifications.  Sometimes I know, in my classwork, it
10  was discussed like antigorite sometimes comes up.
11  Antigorite is actually something that's detected in some
12  of the documents as well.  So antigorite can be, look
13  like it's asbestos, but it's not officially classified.
14          So there's some con -- if you look in the
15  older literature, there's some confusion.  People will
16  also refer to other minerals, perhaps incorrectly, as
17  being asbestos.  So it's -- historically, I think it can
18  be a term that is applied either too loosely or things
19  just haven't worked out, so...
20  BY MR. FROST:
21      Q.   And the definition of asbestos in the
22  ATSDR, is that something you found yourself or was that
23  given to you by plaintiffs' counsel?
24          MS. SCOTT:  Objection.
25      A.   I looked at -- ATSDR is something that

Page 109

1   I've used in the past for my publications in general, so
2   I'm familiar with them.  So we use that in a variety of
3   ways to help frame our discussions in peer-review
4   articles and things like that.
5   BY MR. FROST:
6       Q.   All right.  I'm going to mark this next
7   exhibit.  I think we're on six.
8          MS. SCOTT:  Yes.
9          MR. FROST:  Yep.
10          (Exhibit 6 was marked for
11          identification.)
12          MR. FROST:  Do you need a copy?
13          MR. FERGUSON:  I'll take it unless
14  anybody else wants one.
15          MS. O'DELL:  Have you directed us to a
16  page?
17          MR. FROST:  He was looking at his
18  references to make sure.  I think he's
19  identifying that it's the same article.
20      A.   I'm not -- I'm not sure if this is Item
21  Number 6.
22  BY MR. FROST:
23      Q.   Well, here.  I can speed this up.  You
24  agree with me that this is an ATSD article, correct?
25      A.   Yes.

28 (Pages 106 to 109)

Mark Krekeler, Ph.D.

Page 110

1       Q.   Okay. Turn to -- actually, it's page 1.
2   It's a misnomer. It's decently into it, probably about
3   10 or 15 pages into it. As I said, the one is a
4   misnomer. Okay.
5       MS. SCOTT: I have a --
6       MR. FROST: Yeah. I was going to say, I
7       apologize for it being highlighted, but I'm
8       going to read the highlighted parts anyway, so
9       it will help guide us there. That was a
10      printing issue.
11  BY MR. FROST:
12      Q.   Do you see where it defines, under
13  Section 1.1, "What is Asbestos"?
14      A.   Yes, I do.
15      Q.   Do you notice that its definition of
16  asbestos are "the fibrous varieties of tremolite,
17  actinolite and anthophyllite that occur naturally in the
18  environment"?
19      MS. SCOTT: Objection.
20      A.   I see that, yeah.
21  BY MR. FROST:
22      Q.   That's slightly different than what you
23  attribute the definition of asbestos from the ATSDR in
24  your report, right? You don't note that it's the
25  fibrous varieties of the amosite, crocidolite,

Page 111

1   actinolite, anthophyllite and tremolite, correct?
2       A.   Let me just double-check.
3       Q.   It's page 4.
4       A.   In two general classes. I omitted the
5   word "fibrous," but it seems that the minerals are
6   consistent.
7       Q.   Yeah, the minerals are consistent, but
8   isn't the omission of "fibrous" an important distinction
9   in the definition of what's asbestos and what isn't?
10      MS. SCOTT: Objection.
11      A.   In the context of this situation, I
12  don't -- I don't think it exclusively applies because
13  you can mechanically produce particles that are -- meet
14  the criteria on the bottom of the last paragraph on page
15  4. So tremolite -- and actually, you know, on one hand,
16  IARC 2012 lists tremolite as a carcinogen in general.
17  So IARC is not -- I was consistent, but you're correct.
18  I did not use the word "fibrous."
19  BY MR. FROST:
20      Q.   So you're not consistent, because you're
21  saying ATSDR defines asbestos, and then you need to put
22  them out. But you fail to leave out that these are
23  fibrous. I'll tell you why it's important. Do you see
24  the second highlighted portion?
25      MS. SCOTT: Let me just object to the

Page 112

1       statement.
2       MR. FROST: Sure.
3       MS. SCOTT: Go ahead.
4   BY MR. FROST:
5       Q.   Do you see the second highlighted portion
6   on that page? It starts at the bottom. "Asbestos
7   minerals consist of thin, separable fibers that have a
8   parallel arrangement. Nonfibrous forms of tremolite,
9   actinolite and anthophyllite are found naturally.
10  However, because they are not fibrous, they are not
11  classified as an asbestos mineral." That's different
12  than what you're telling us here, correct?
13      A.   Let me compare.
14      Q.   Well, that's what you just told us, that
15  you could have nonfibrous tremolite and it would still
16  be asbestos.
17      A.   I'm sorry. What was the question again?
18  This is not consistent with what I have written?
19      Q.   I'm saying it's not consistent with what
20  you just told me. You just told me the fibers doesn't
21  really matter because you can have --
22      A.   Fibers --
23      Q.   So my question is: You're relying on --
24  say you rely on the ATSDR as the definition for
25  asbestos, but your definition of asbestos, sitting here

Page 113

1   today, is actually different than that of the ATSDR. So
2   it doesn't really support what you're saying today,
3   correct?
4       MS. SCOTT: Objection. Misrepresents.
5       A.   No. I think that is a misrepresentation.
6   So I cited this, and the minerals are listed here are
7   the same minerals there.
8   BY MR. FROST:
9       Q.   Okay.
10      A.   And then, based on my academic
11  experience, knowledge, these minerals are also, you
12  know, what I would list as well.
13      Q.   But that's not -- you didn't say they say
14  that certain types of these minerals can be asbestos.
15  The definition that you attribute, and you're talking
16  today about asbestos, is different than the -- you say
17  the ATSDR supports your definition of asbestos, but
18  yours is actually slightly different than theirs, right?
19      MS. SCOTT: Objection. Misrepresents.
20      A.   I left out a word.
21  BY MR. FROST:
22      Q.   And according to them, it's an important
23  word, because the ATSDR says, "Because they are not
24  fibrous, they are not classified as asbestos minerals."
25  Do you agree?

29 (Pages 110 to 113)

Mark Krekeler, Ph.D.

Page 114

1    MS. SCOTT: Objection.
2    A.    That's what's stated in the document.
3  BY MR. FROST:
4    Q.    Okay. Let's move down to the third
5  paragraph under "Asbestos" in your report. Do you see
6  the -- I don't know. What sentence is it? Third
7  sentence starts, "However, non-asbestiform cleavage
8  particles can correspond to the definition of respirable
9  fiber as defined by WHO and, due to its morphology, can
10 have potentially dangerous health effects." Do you see
11 that?
12   A.    Yes.
13   Q.    Now, you don't have an opinion yourself
14 as to whether or not asbestiform can cause any disease.
15 You're not a doctor, right?
16   A.    Correct.
17   Q.    And you're relying on, you know, other
18 documents and things you've read for that statement?
19 That's correct?
20   A.    Correct.
21   Q.    Do you have any opinion on whether or not
22 the surface chemistries of cleavage fragments versus
23 asbestiform fibers are the same?
24   A.    I'm not a surface geochemist.
25   Q.    Okay. Do you agree with me that IARC has

Page 115

1  ultimately determined that non-asbestiform cleavage
2  fragments actually are not or do not -- sorry. Let me
3  reform that.
4         Could we also agree that IARC has
5  determined that non-asbestiform minerals are not
6  carcinogenic?
7    MS. SCOTT: Objection.
8    A.    I believe IARC 2012 lists tremolite as a
9  carcinogen.
10 BY MR. FROST:
11   Q.    And do you know what level of carcinogen?
12 Do you know what category?
13   MS. O'DELL: Objection to form.
14   A.    I don't specifically remember. I know
15 there are three categories that are relevant. There's
16 Group 1, and then Group 2-A and 2-B. Group 1 are known
17 carcinogens. 2-A is probable, and I think 2-B is
18 possible. But, again, I'm kind of --
19 BY MR. FROST:
20   Q.    That's not your -- that's not your field
21 of expertise?
22   A.    That's not my area.
23   Q.    And you also -- so you cite the NIOSH
24 2010. You also cite the IRSST 2012, correct, for your
25 proposition that these, the fragments of the same

Page 116

1  morphology can have potentially dangerous health
2  effects?
3    A.    Yes, I say those documents.
4    Q.    Okay. Let's look at the NIOSH road map.
5    MR. FROST: Did you mark that yet?
6    (Exhibit 7 was marked for
7    identification.)
8  BY MR. FROST:
9    Q.    Do you recognize this as the NIOSH
10 document that you were relying on for your statement?
11   MS. SCOTT: Jack, can you, just for my
12 ease, can you direct me to the citation within
13 the report?
14   MR. FROST: That I'm going to go to.
15   MS. SCOTT: Yeah.
16   MR. FROST: I'm going to page 5, or V,
17 which is the Executive Summary.
18   MS. O'DELL: Thank you. You're talking
19 about in the NIOSH document?
20   MR. FROST: Oh, in his?
21   MS. O'DELL: Yes.
22   MR. FROST: It's on page 4, third
23 paragraph down from Asbestos. It's NIOSH 2010,
24 IRSST 2012.
25   MS. SCOTT: Thank you.

Page 117

1    A.    I'm not seeing it in my list.
2  BY MR. FROST:
3    Q.    Well, yeah. But if you look at page 4 of
4  your report, you cite to NIOSH 2012 for the proposition
5  that --
6    A.    Wait. Okay.
7    Q.    -- non-asbestiform cleavage fragments can
8  have the same potentially dangerous health effects. If
9  you turn to page V, "Executive Summary."
10   A.    Page V. Okay. "Executive Summary."
11   Q.    The second paragraph, about halfway down,
12 there's a sentence that starts, "Asbestos fibers are
13 clearly a substantial health concern."
14   A.    Let me find it. Okay. I found it.
15   Q.    After that, it reads, "Further research
16 is needed to better understand health risks associated
17 with exposure to other thoracic-size EMPs, including
18 those with mineralogical compositions identical or
19 similar to the asbestos minerals in those that have
20 already been documented to cause asbestos-like disease
21 as well as the physiochemical characteristics that
22 determine their toxicity." Did I read that correctly or
23 close enough, anyway, I'm sure?
24   A.    Yes, yes. Yep.
25   Q.    Okay. So, again, NIOSH here isn't saying

30 (Pages 114 to 117)

Mark Krekeler, Ph.D.

Page 118

```
 1   that -- NIOSH is not supporting the position you have in
 2   your paper here, correct?  NIOSH's determination is that
 3   they can't make one.  More research is necessary, right?
 4          MS. SCOTT: Objection.
 5      A.   That is what's stated here.
 6   BY MR. FROST:
 7      Q.   Let's turn back to the IRSST document.  I
 8   forget what we marked that as.  I think it's 4.  There
 9   it is.  If you can turn to page 37.
10      A.   Okay.
11      Q.   And, again, at the top nine
12   recommendations, it states, Since a conclusion cannot be
13   reached about the biological effects from the
14   distinction between a cleavage fragment and asbestos
15   fibers -- actually, I did not read that correctly.  Let
16   me try again.
17          "Since a conclusion cannot be reached
18   about the biological effects from the distinction
19   between cleavage fragments and asbestos fibers," and
20   then it continues to say precautionary things.  So,
21   again, they also haven't determined, as you state in
22   your report, that it has the same dangerous health
23   effects, correct?
24          MS. SCOTT: Objection.  Scope.
25      A.   It says what it says.
```

Page 119

```
 1   BY MR. FROST:
 2      Q.   Yes.  They come to the same conclusion as
 3   NIOSH, and that's, we don't know one way or the other.
 4   More research needs to be done, right?
 5      A.   Correct.
 6      Q.   Other than these two, can you point me
 7   right now to any other studies that actually support the
 8   sentence you have here in your report that cleavage
 9   fragments are the same, have the same dangerous health
10   effects as asbestiform fibers?
11      A.   No.
12      Q.   All right.  If we move down, further down
13   to page 4 of your report, the section called "Formation
14   of Talc deposits and inherent asbestos impurities."
15      A.   Okay.
16      Q.   The first sentence, "Talc forms in the
17   earth in metamorphic terrane, and the difference is
18   metamorphosed" -- I apologize.  Can tell me how to
19   pronounce that word?
20      A.   Metamorphosed.
21      Q.   Metamorphosed.  Okay.  "And the
22   difference in metamorphosed mafic and ultramafic rock
23   deposits show the complexity of talc ores at different
24   levels."
25      A.   I'm sorry.  That's a typo.  As I
```

Page 120

```
 1   indicated, I thought there might be typos in the report.
 2      Q.   Okay.  What's the typo?
 3      A.   So, essentially, the difference should be
 4   diversity.  Talc forms in the earth in metamorphic
 5   terranes, and the diversity is metamorphosed mafic and
 6   ultramafic rock deposits show the complexity of talc
 7   ores at different levels.
 8      Q.   Okay.  And --
 9      A.   Sorry about that.
10      Q.   That's okay.  Typos happens.
11          Your support for that is Berg 1977?
12      A.   Yes.
13      Q.   I'll mark Berg.
14      A.   It's e.g., Berg, so that's an example.
15      Q.   Yes.  Well, look at the one example you
16   pointed to.
17          MR. FROST: Let me see if I can find a
18   copy.  Let me see if I can find a copy where the
19   staple hasn't come out.  We'll mark that one.
20   Do you all need one?
21          MS. SCOTT: Sure.
22          MR. FROST: Be careful of the staple.
23   It's pokey.
24          MS. SCOTT: I appreciate that.
25          (Exhibit 8 was marked for
```

Page 121

```
 1   identification.)
 2   BY MR. FROST:
 3      Q.   Do we agree this is the Berg '77 you
 4   reference in your report?
 5      A.   I'm not a hundred percent sure.
 6      Q.   It also appears, if you look at 18 --
 7          MS. O'DELL: Excuse me, Doctor.  Are you
 8   finished?  Did you finish with your answer?
 9      A.   I'm not sure.  So either I might have
10   misquoted something.  Let's see.  I don't think I -- I
11   don't think I have it.  Let me --
12   BY MR. FROST:
13      Q.   We can look at it during a break.  We can
14   come back.
15      A.   I'll check.  Berg had several.
16      Q.   I believe it's number 18.
17      A.   So I am not a hundred percent sure.  I
18   might have misquoted --
19      Q.   Okay.
20      A.   -- this.  Because, as I remember the
21   book, it was -- I honestly don't think I --
22      Q.   Looked different?
23      A.   Yeah.  It was -- yeah.  I think I've
24   looked at some of this before.  It looks familiar, but
25   the thing that I'm thinking, I think I misquoted.  I'm
```

31 (Pages 118 to 121)

Mark Krekeler, Ph.D.

Page 122

1    sorry.
2         Q.   If I were to tell you that talc isn't
3    even mentioned in this paper --
4         A.   Yeah.  I mean, there's like -- the book I
5    had, there's images of mines that talks about, I think,
6    the Yellowstone mines, specifically.  So I'm sorry about
7    that.  I totally, totally missed that.
8         Q.   Okay.  If we move down to the next
9    sentence, you state that "Italian mines, which Johnson &
10   Johnson and Imerys obtained talc for cosmetic
11   production, were ultramafic origin."
12        A.   Okay.
13        Q.   Is that true?
14        A.   I believe so.
15        Q.   Can we turn back to the IARC 2010?  It's
16   the one with the orange cover.  Go to page 283 to 84.
17        A.   Okay.
18        Q.   If you look at B, towards the bottom, it
19   says, "Talc derived from magnesium carbonites."
20        A.   Okay.
21        Q.   "Talc deposits formed from the alteration
22   of carbonite and sandy carbonite, such as dolomite and
23   limestone, are the most important in terms of world
24   production.  Two types are recognized."  And if you skip
25   down to two, it says, "Those derived from hydrothermal

Page 123

1    alteration (including retrograde metamorphism) of
2    regionally *metamorphosed siliceous dolomites and other
3    magnesium-rich rocks."  And then if you turn the page
4    over one, two, three, it says "Italy vouches own after
5    that."
6         A.   So this is information produced by
7    Luzenac?
8         Q.   Well, this is from IARC.
9         A.   It's in IARC, but they're citing Luzenac
10   as part of this, and each -- the occurrences of each
11   individual mine are -- location are not shown.  IARC is
12   more of a health thing.  I would not necessarily expect
13   a detailed analysis of a geology from an IARC monograph.
14   So...
15        Q.   Can you point to me to any geological
16   study that shows --
17             MR. LAPINSKI:  Counsel, let him finish
18        his answer first.
19        A.   So, I don't think that -- I don't know
20   what they are specifically relying on.
21   BY MR. FROST:
22        Q.   Can you cite me any geological study that
23   shows that the Italian mines of Val Chisone were of
24   ultramafic origin?
25        A.   I forget the citations specifically.  I

Page 124

1    think --
2         Q.   You certainly didn't include it in the
3    report, right?
4             MS. SCOTT:  Objection.
5         A.   I don't know.  I forget.
6             THE WITNESS:  Can we take a break?
7             MR. FROST:  Sure.
8             VIDEOGRAPHER:  We're now going off
9        record.  The time is 12:21.
10            (A recess was taken from 12:21 to 1:25.)
11            VIDEOGRAPHER:  We're now back on record.
12       The time is 1:25.
13   BY MR. FROST:
14        Q.   All right.  Welcome back from lunch.  We
15   were on page 4 of your report under "Formations of
16   Talc."  And we talked about Italy.  Let's move on to
17   Vermont.  You say, "Vermont mines relevant to this
18   litigation are mafic and ultramafic origins."  What's
19   your support for that statement?
20        A.   I'm sorry.  Oh, bottom of 4?
21        Q.   Yeah, bottom of 4, moving on to 5.
22        A.   It's the geology of the area.
23        Q.   Do you believe there are mafic formations
24   of talc relevant to the Vermont mines used by Johnson &
25   Johnson and Imerys in this case?

Page 125

1         A.   Yes.
2         Q.   And do you have a geological survey or
3    something else you're relying on for that?
4         A.   There are USGS reports and things like
5    that.
6         Q.   And they say mafic?  They don't just say
7    it's an ultramafic belt?
8         A.   I believe so.
9         Q.   On page 5, kick down to the next
10   paragraph, the one that starts, "Asbestos minerals,
11   including chrysotile, tremolite and actinolite" -- I'm
12   sorry, "tremolite, actinolite and anthophyllite are
13   common in talc ores."  What's your basis for the
14   statement, because it's uncited?
15        A.   It's common knowledge --
16        Q.   Can you point me to a --
17        A.   -- mineralogy.
18        Q.   Can you point me to a peer-reviewed
19   source that states that?
20        A.   Let see here.
21             MR. LAPINSKI:  Jack, while he's looking,
22        what was the statement from the report?
23             MR. FROST:  It's page 5, the first
24        sentence of the first full paragraph.  The
25        "Asbestos minerals, including chrysotile,

32 (Pages 122 to 125)

Mark Krekeler, Ph.D.

Page 126

1     tremolite," et cetera. The first full
2     paragraph.
3         A.    So reference 40, figure 3, is a
4    comparison I computed with silica activities. So,
5    essentially, it showed boundaries between talc and
6    chrysotile. And figure 2 shows temperature pressure
7    diagrams for chrysotile and talc. Figure 4 shows
8    comparison of computer phase equillibrium, experimental
9    data of Johannes, 1969. It shows chrysotile and talc
10   fields. So the significance of those fields is that
11   because of -- so those are fields where things, when, in
12   absolute equillibrium, those discrete phases are set or,
13   essentially, those are the phases that are stable.
14        The minerals are stable. But you can go
15   back, you know, because of geologic conditions are
16   variable, you can have metamorphism that heats up an
17   area or then cools down. You can then -- the geologic
18   conditions then can cross those phase boundaries, and
19   you essentially can have minerals that are stable for a
20   while and then revert. But, often, those reversions are
21   not necessarily complete. And to substantiate that --
22   BY MR. FROST:
23        Q.    Can I stop you right there?
24        A.    Yes.
25        Q.    Where does Chernoskey say that asbestos

Page 127

1    minerals are common in talc ores? You just told me
2    about how, chemically, things form --
3         A.    The thermodynamic diagram. I'm sorry.
4    Go ahead.
5         Q.    Yes. You just told me about how
6    chemically talc forms, but where does Chernoskey talk
7    about talc ores and relate that asbestos minerals are
8    common in talc ores?
9         A.    So this is a mineralogical volume, so
10   this is a review volume, and basically, talc is a
11   mineral that is in talc ores and, therefore, is
12   relevant.
13        Q.    So you're telling me how talc forms, and
14   where on the pressure and temperature scale, you know,
15   it can go back and forth to, you know, tremolite. But,
16   again, does that, just because something can form in
17   nature, where does it say that asbestos minerals are
18   common in talc ores? What you're telling me --
19        A.    Well, these are --
20        Q.    -- is scientifically how talc forms.
21        A.    They're commonly associated
22   thermodynamically.
23        Q.    And that says that in that book?
24        A.    The diagrams indicate that.
25        Q.    Okay. But this is you interpreting

Page 128

1    something. That's not actually stated in this book,
2    correct?
3              MS. SCOTT: Object to the form.
4         A.    The diagrams are -- that's how one can
5    interpret these diagrams.
6    BY MR. FROST:
7         Q.    Okay. So --
8         A.    The field --
9         Q.    Does it say it's common?
10             MR. LAPINSKI: Counsel, let him finish
11   his answer, please.
12             MR. FROST: Sure.
13        A.    So, you know, phase diagrams and the
14   interpretation of phase diagrams is something that
15   mineralogists and petrologists do all the time, and
16   basically, we often will refer to a given phase diagram.
17   People spend their entire lives perfecting phase
18   diagrams. That was typically in the '50s, '60, '70s and
19   '80s.
20        So people will actually refer to specific
21   phase diagrams by people. So one of my committee
22   members, when I was on my Ph.D., he had the best phase
23   diagram for quartz for some period of time. So we use
24   those phase diagrams. They're commonly used to
25   interpret mineral associations and assemblages.

Page 129

1         To further answer the question, the -- I
2    believe it's the Veblen '79. Veblen and Buseck is the
3    science paper that shows the TEM associations, you know,
4    essentially, these intergrowths of talc and chrysotile.
5    And, essentially, that literature proves the --
6    essentially, the interpretation of the assertion I said,
7    that you go between these regions that are of one
8    condition and another. You don't necessarily get the
9    full conversion because of the kinetics. Essentially,
10   either the reaction goes too fast or things basically
11   sort of get frozen in the rock, depending upon the
12   various conditions.
13   BY MR. FROST:
14        Q.    Okay. So let's be careful with the
15   language we're using here. What you're giving me is a
16   generalization about how talc, the mineral, forms, and
17   what other minerals that might be associated with that
18   formation. Is that -- is that fair?
19        A.    I would be hesitant about the word
20   "generalization." I mean, these are experiments. They
21   take years.
22        Q.    Okay. But --
23        A.    And the data, you know, these boundaries,
24   people in the '50s, '60s and '70s, I mean, they put a
25   great deal of effort into establishing the boundaries.

33 (Pages 126 to 129)

Mark Krekeler, Ph.D.

Page 130

1  These are relevant for understanding larger processes of
2  metamorphism and understanding, you know, what --
3  essentially what the history of the earth is. So the
4  diagrams aren't generalized. They're very, very
5  specific --
6         Q.    That's why I want you to listen very
7  carefully to what I'm asking you. We'll really step
8  back.
9         All right. You agree with me, talc ore
10  is different than talc, right? Ore means it's the
11  deposit that is being mined, right?
12         MS. O'DELL: Objection.
13         A.    The mineral talc is a primary --
14         Q.    But listen to the "ore."
15         A.    -- constituent --
16         MR. LAPINSKI: Let him answer the
17  question, Counsel.
18         A.    So the mineral talc is a primary
19  constituent of ore, and you can't --
20  BY MR. FROST:
21         Q.    And that's why I want you to listen to
22  me. I'm talking about ore. Ore means it's a talc
23  deposit that's being mined, right? You wouldn't find a
24  piece of talc you found in somebody's backyard and call
25  it ore, would you? Ore is a definition of a mineral

Page 131

1  that's being mined. Do you agree with me there?
2         MS. SCOTT: Objection.
3         A.    Yeah. Ore is not necessarily a mineral.
4  Ore can be multiple minerals.
5  BY MR. FROST:
6         Q.    Sure. But ore is something that's being
7  mined, right?
8         A.    Yes. It's something of economic
9  interest --
10         Q.    Sure. So in order --
11         A.    -- as opposed to a primary material of
12  interest.
13         Q.    Okay. So in order to be an ore, it has
14  to be talc that's being mined, right?
15         MS. SCOTT: Objection.
16         A.    No. You can have ores that are not being
17  mined. They're just recognized as ore deposits. I have
18  a book of ore deposits.
19  BY MR. FROST:
20         Q.    Okay. It's not this complicated, sir.
21  Just listen to what I'm saying. Talc ore means
22  something different than just a talc, you know, deposit,
23  a talc formation somewhere. A talc ore is something
24  that has been identified as a mineable source of talc.
25  Are we fair on that?

Page 132

1         MS. SCOTT: Objection.
2         A.    You can have an ore of talc. The two are
3  not -- so go ahead. Proceed.
4  BY MR. FROST:
5         Q.    So where in this book is it specifically
6  saying that talc ores, which are ores that have been,
7  you know, talc deposits that have been determined, as
8  you said, to be economically viable, will commonly be
9  associated with chrysotile, tremolite, actinolite,
10  anthophyllite?
11         MS. SCOTT: Objection.
12         A.    The mineral constituency --
13  BY MR. FROST:
14         Q.    So, again, you're --
15         A.    -- is -- minerals make up the talc ore.
16  So you can't separate -- you can't separate the ore from
17  the mineral when you're talking about how it's formed.
18  It's integral. I mean, it's absolutely integral to the
19  ore. You know, it would not be an ore if it didn't have
20  talc in it, right? It wouldn't -- you have to have the
21  required constituent in order for it to be an ore.
22         So, therefore, you know, every
23  petrologist in the world, every, you know, mineralogist,
24  you know, we refer to these thermodynamic diagrams that
25  have been worked out for, you know, now, some of them,

Page 133

1  you know, decades. One was '69 or whatever. So I don't
2  think it's -- it's my professional opinion that these
3  thermodynamic diagrams adequately relate and describe to
4  the mineral phases that occur in talc ore.
5  BY MR. FROST:
6         Q.    Okay. So you are making a
7  generalization, based upon the mineral phases, that all
8  talc ores --
9         A.    I would be hesitant to call it a
10  generalization. I mean, it's --
11         Q.    Can I finish my question, sir?
12         A.    Yeah. I'm sorry. Sorry. Go ahead.
13         Q.    So, again, can you give me a -- can you
14  give me a cite that shows that anthophyllite is common
15  in every talc ore mined across the world?
16         MS. SCOTT: Objection.
17         A.    Where does it say that in the report?
18         Q.    "Asbestos minerals, including chrysotile,
19  tremolite and actinolite and anthophyllite are common in
20  talc ores."
21         A.    Are common, yes. You said every talc
22  deposit in the world.
23         Q.    Well, no. Show me where -- show me in
24  there where it says that anthophyllite is common in
25  every talc ore across the world.

34 (Pages 130 to 133)

Mark Krekeler, Ph.D.

Page 134

1     A.   I think the interpretations of these
2  thermodynamic diagrams indicate that it's --
3     Q.   So it's purely theoretical?
4     A.   No.  It's experimental.
5     Q.   Okay.
6     A.   Is how the diagrams are designed.  And
7  then, essentially, these are peer-reviewed articles that
8  are long-standing.  So let me just check that to be
9  sure.  Yeah, so there's, you know, these different -- so
10  Berman '88 is kind of one of these benchmark
11  thermodynamic databases, and we use these all the time
12  to understand and predict mineral stabilities and
13  understand and interpret the environments.
14        So, essentially, through the use of these
15  diagrams over time, we can interpret, you know, the
16  condition.  So whether it's an ore or talc, you know, is
17  immaterial, the thermodynamics don't, don't really care.
18     Q.   Well, don't you agree with me that
19  depending on the temperature, time and pressure, the
20  constituent rock of any particular deposit is going to
21  be different?  I mean, that's what those phrase diagrams
22  say, right?
23        MS. SCOTT:  Objection.
24     A.   No.  The phase diagrams indicate that
25  things will be stable under different fields.

Page 135

1  BY MR. FROST:
2     Q.   That's what I'm talking about.  So you'll
3  have -- different minerals are stable under different
4  pressures and temperatures, right?
5        MS. SCOTT:  Objection.
6     A.   Not -- because of the kinetics,
7  essentially, this lag effect.  You know, things are --
8  that's not necessarily the case.  So diamonds, you know,
9  the classic example that we use in courses, diamonds are
10  thermodynamically stable deep in the earth.  They get
11  brought up and then they -- thermodynamically, they
12  should persist.  But because of the kinetics in that
13  particular situation, the bonds of the carbon are
14  really, really strong.  That diamond doesn't revert to
15  graphite.
16        So, essentially, the thermodynamics gives
17  us a guide.  It is a very, very good guide.  But when
18  things cross these boundaries, it takes time to
19  essentially equilibrate to the new conditions.  And if
20  not enough time evolves geologically, things occur such
21  that you get these relic phases.  And in the case of
22  talc ores or talc deposits or whatever you want to call
23  that, you can have essentially these relics or asbestos
24  minerals, chrysotile, for example, that co-occur.  So
25  the thermodynamics basically is -- and people know that.

Page 136

1  I mean, this is long recognized.
2  BY MR. FROST:
3     Q.   See, that's why -- I fear you're not
4  listening to my questions.  My question is:  Depending
5  upon the thermodynamics that were in play in creating
6  any particular deposit, it will be different.  And
7  depending on the differences, you will get different
8  mineral crystallization within the phases, correct?
9        MS. SCOTT:  Object to the form.
10     A.   Each situation may be slightly different.
11  But the -- to the blunt of the major phases, the
12  thermodynamics is relevant and, actually, you can
13  tweak -- you know, there's other programs that exist.
14        So, for example, on the igneous field,
15  there's a program called MELTS where you can fine tune
16  your models.  And I think things were being in
17  development for these.  You know, essentially, similar
18  types of things exist.  There's like geochemist
19  workbench and other modeling programs that exist.
20        So, yes, you can -- things will change,
21  but these diagrams are generalizable in the sense that
22  they can be applied to multiple regions throughout
23  the -- throughout the world.
24  BY MR. FROST:
25     Q.   And that's exactly what I asked you at

Page 137

1  the very beginning is these are generalizable tables
2  that you can use to predict what's in a particular
3  deposit?
4     A.   They're not tables.  They're phase
5  diagrams.
6     Q.   Or figures or phase diagrams.
7     A.   Yeah.
8     Q.   But so we're right back to where I
9  started, and that's these are generalization of how
10  phases work that you can use to predict what's in
11  something, but it's not necessarily saying this is this
12  constituent in this particular deposit, correct?
13        MS. SCOTT:  Objection.
14  BY MR. FROST:
15     Q.   How the phase operated will affect what's
16  in a particular deposit, right?
17     A.   So it's really the combination of the
18  phase diagram.  Plus, you know, I keep referring to
19  Veblen.
20     Q.   Yeah.
21     A.   So basically, yeah.  So the phase diagram
22  is relevant when things are -- assumed to be absolutely
23  perfect when everything is in thermodynamic equilibrium.
24     Q.   Yes.
25     A.   And it is relevant when it's not.  When

35 (Pages 134 to 137)

Mark Krekeler, Ph.D.

| Page 138 | Page 140 |
|---|---|

**Page 138**

1  things are not or when they're moving, things
2  essentially react and progress slowly. But you can have
3  incomplete or imperfect reactions as, you know,
4  illustrated by the one Buseck paper, the '79 paper.
5      Q.   So if you want to predict what's in a
6  particular deposit, you have to sort of know what the
7  time pressure, the metamorphic history of it, when it
8  formed, how stable it was, what it started from, what
9  the constituent beginning minerals were, you know. Then
10  you can apply that to a phase model?
11      A.   If you want to predict -- I'm sorry.
12      Q.   Yeah.  And then you can apply it to the
13  phase model, right?
14      A.   No.
15          MS. SCOTT:  Objection.
16      A.   Well, There's multiple ways of predicting
17  what a deposit would be, and it's scale dependent, phase
18  dependent.  It's dependent on the geology, and it's
19  dependent upon tectonics, as well.  So there's many
20  things.  So as a mineralogist, you know, one thing that
21  I would heavily rely on are the phase diagrams.
22  BY MR. FROST:
23      Q.   Sure.  But you have to know the specific
24  history of a formation if you want to do an accurate
25  prediction of what's in that particular thing.  The

**Page 139**

1  phase diagrams are one of the things you'd look at,
2  right?
3          MS. SCOTT:  Objection.
4      A.   You would use phase diagrams to predict
5  potential, potentially what would be in text, because
6  you have this kinetic issue, right.
7  BY MR. FROST:
8      Q.   Yeah, and that's based upon the geologic
9  formation, all the other factors that come into how that
10  formation was formed, temperature, pressure, time, you
11  know, all the things that we've talked about, right?
12      A.   You can use the phase diagrams.  Also if
13  you have bulk chemistry data -- if you have bulk
14  chemistry data, you can use that bulk chemistry data,
15  sort of figure out and do models to see where things
16  are.  So you don't necessarily have to rely -- so you
17  can, in a model things, and that model would give you
18  some prediction.
19      Q.   If you look at the next sentence, it
20  says, "Talc and chrysotile are associated with each in
21  talc deposits at the micrometer and nanometer scale
22  making the separation impossible during the mining and
23  manufacturing process."  Do you see that?
24      A.   Yes.
25

**Page 140**

1  BY MR. FROST:
2      Q.   Then you cite Evans 2004 as the basis for
3  that statement?
4      A.   Yes.
5          MR. FROST:  Let's mark this.
6          MR. LAPINSKI:  What number is this?
7          VIDEOGRAPHER:  Nine.
8          MR. FROST:  I told you I'd forget.
9          (Exhibit 9 was marked for
10          identification.)
11  BY MR. FROST:
12      Q.   Do you recognize this article?
13      A.   Yes, I do.
14      Q.   Can you point to me where this article
15  shows that talc and chrysotile are associated with each
16  other in deposits?
17      A.   The thing I was referring to is
18  concluding remarks.  "Despite an up temperature
19  transition from lizardite to chrysotile at these
20  temperatures, the latter remains metastable."
21          So basically in giving these diagrams,
22  the thermodynamic diagrams, because that metastability,
23  that's the kinetic thing, that's what, essentially, the
24  chrysotile would potentially persist.
25      Q.   Okay.  So he's not saying that.  You're

**Page 141**

1  just interpreting that from this article?  That's not
2  his conclusion?  That's yours?
3      A.   That is the interpretation of the
4  thermodynamic, you know, this article.  And I think that
5  data supports it as does other, you know, these
6  diagrams.
7      Q.   What I'm saying is that's not his.
8  That's not Evans' conclusion.  That's you interpreting
9  data within the Evans report, correct?
10          MS. SCOTT:  Objection.
11      A.   Yes, but I'm citing that.
12  BY MR. FROST:
13      Q.   Okay.  Let's move on.  The next
14  paragraph, the one that starts "Metamorphic systems." I
15  believe it's the last sentence.  It says, "Reactions can
16  also progress for some period and then revert to
17  asbestiform mineral chrysotile," it continues
18  because it changes.
19          So, hopefully, you'll agree with me on
20  this one.  For it to revert back to chrysotile, it would
21  have to have started as chrysotile, correct?
22      A.   So that is a possibility.  You can go
23  from -- that's what the stability fields are all about.
24  So you can start off as chrysotile.  You can cross that
25  phase boundary, and then it can revert back if the

36 (Pages 138 to 141)

Mark Krekeler, Ph.D.

Page 142

1  conditions change back.  And, actually, we know this in
2  metamorphic rocks, that, essentially, the phase
3  assemblage can basically go back and forth, back and --
4  it can revert.  So I'm specifically -- I'm talking about
5  reverting on that phase boundary.
6      Q.    Yes, but it can only revert back to
7  chrysotile if it started at chrysotile, right?
8      A.    So that might be a poor phrasing of the
9  word, but essentially it's not an inaccurate phrasing.
10  So when I wrote this, I was thinking of these phase
11  diagrams.
12      Q.    What I'm getting at is, let's say it
13  started as, you know, a serpentinite or an anthophyllite
14  converted to talc.  It's not going to then revert back
15  to a different crystal, right?  It's not going to --
16  it's not going to go from anthophyllite to talc to
17  chrysotile?
18      A.    Based on the geologic history, there's
19  multiple pathways.  So it won't revert to the same magic
20  crystal, if that's what you're implying.
21      Q.    So the way -- and I agree with you.  It's
22  very inartfully written here.  So you say, "Reactions
23  can progress for some period of time and then revert to
24  the mineral chrysotile."  So the reactions of talc can
25  only revert back to chrysotile if that's where they

Page 143

1  started from, correct?
2      MS. O'DELL:  Objection to form.
3      A.    So let me just read the sentence before
4  here, because I think -- "Reactions may also be
5  incomplete, meaning there may not be enough geologic
6  time or other chemical component to drive the reaction
7  to completion as discussed in Deer, Howie and Zussman.
8  Reactions can also progress for some period of time,
9  then revert to asbestiform mineral chrysotile because of
10  changes in geologic conditions."
11      So, in part, I think I'm referring to
12  Deer, Howie and Zussman.  I don't think I've said
13  anything inaccurate there.  It's not exclusive to --
14  BY MR. FROST:
15      Q.    I'm trying to clarify --
16      A.    You know, you can have reactions, you
17  know, that's not complete.
18      Q.    So what I'm getting at, it's a really
19  simple question.  The reversion won't always be from
20  talc to chrysotile, right?  It will only revert back to
21  chrysotile if that's where it started.  Do you agree
22  with me there?  So while it may be correct that if it
23  starts as chrysotile, partially transforms to talc and
24  reverts back to chrysotile, that makes sense.  But if it
25  starts as something else, it's not going to revert to a

Page 144

1  completely new chemical structure of chrysotile,
2  correct?
3      A.    Correct.  Not all the time, yeah.
4      Q.    Okay.  Thank you.  Bear with me a second
5  here.  Okay.  Next paragraph down after you cite the
6  various Imerys documents, you said, "A 1977 thesis by
7  Barry Seymour (JNJ 272469) describes the complex
8  mineralogical development of the specific ore."  So are
9  you talking about the specific ore in the Seymour paper
10  or are you talking about the specific ore at issue in
11  this case?
12      A.    I forget.  Can we bring that document up?
13      Q.    Yeah, I can get you Seymour.
14      MR. FROST:  Would you like a copy?
15      MS. SCOTT:  Yes, please.  Thank you.
16      (Exhibit 10 was marked for
17      identification.)
18      MS. SCOTT:  Are you marking this?
19      MR. FROST:  Yes, I forget what number it
20  is.
21      MS. SCOTT:  Ten.
22      MR. FROST:  Ten.
23      A.    I think "specific" is -- I think it might
24  be a typo.
25

Page 145

1  BY MR. FROST:
2      Q.    Okay.
3      A.    So as I look at this document, I
4  basically remember looking at the introductory material
5  in it.  So --
6      Q.    You'd agree with me it's a thesis about
7  the East Johnson mine?
8      A.    I would have to reread the document.
9      Q.    If I would represent to you it's about
10  the East Johnson mine and if you actually look at the
11  abstract --
12      A.    Foley and Johnson.
13      Q.    And you'd also agree with me the East
14  Johnson mine was never one that was used for cosmetic
15  talcum powder by Johnson & Johnson, correct?
16      MS. O'DELL:  Objection to form.
17      A.    It may not have been used, but it is in
18  the same general geology.  And, certainly, in geology,
19  it is part of the same general terrane, so therefore,
20  it's not exactly like the hammer, the Rainbow mine, but
21  it is relevant because it's geologically connected in
22  the sense of the terranes.
23  BY MR. FROST:
24      Q.    So you're telling me that it has the same
25  formation as the deposits in the Hammondsville and

37 (Pages 142 to 145)

Mark Krekeler, Ph.D.

Page 146

1  Rainbow mines or are you just saying --
2      A.   I don't remember specifically, but
3  essentially the geology, so...
4      Q.   The second half of my question, or is it
5  more that you're basing it on they're all part of the
6  ultramafic belt, the Appalachian ultramafic belt that
7  runs from Quebec through Georgia?
8      A.   It is more the general geologic
9  association.
10     Q.   Okay.  That's all I was going to ask
11 about that.
12     A.   Page 15 is geologic map of Vermont.  It
13 shows things being connected.
14     Q.   Well, it shows the Appalachian ultramafic
15 belt running through Vermont, correct?
16     A.   Yes.
17     Q.   Turn to page 6 of your report, the
18 "Common toxic metals of interest."  So before we start
19 looking at any specific documents, will you agree with
20 me that seeing metals at certain levels in deposit
21 samples is different than seeing metals in certain
22 levels in a finished talcum powder product?
23         MS. SCOTT:  Objection.
24     A.   It can be metals in processing.  It could
25 be reduced or they could also be increased depending

Page 147

1  upon the details of the processing.  I don't think I saw
2  any documents, although I requested documents, any
3  documents about the detail, you know, before -- before
4  and after, kind of full throughput, you know, as far as
5  watching a specific sample go through, but, yeah.
6  BY MR. FROST:
7      Q.   You'd also agree with me, too, that
8  sometimes mine samples aren't necessarily from the ore
9  that is used in the final product.  It might be from a
10 boundary.  It might be from a surrounding rock, a black
11 wall.  Just because you see something in a sample
12 doesn't necessarily mean that that's the ore that is
13 then converted over into the final powder as well,
14 correct?
15         MS. SCOTT:  Objection.
16         MS. O'DELL:  Object to form.
17     A.   I am confused by the question.  As I
18 think I understand you, can contaminants or other
19 material that is not the primary ore be included in the
20 ore processing?
21 BY MR. FROST:
22     Q.   Other way around.  When you sample a
23 mine, when you drill sample holes, they're not just
24 drilling the mineable ore body, correct?
25     A.   Generally correct.  They're looking to

Page 148

1  define the geology as a whole, you know.  So they want
2  to know where ore is and where ore is not, if there is
3  problematic areas.  So, for example, the mine I work
4  with in Nevada, they have a formation, Stebbins Hill
5  unit that they avoid, because it's got all kinds of
6  problematic stuff in it.
7      Q.   And that's probably a pretty good
8  example.  I take it they -- every now and again, they
9  take samples from the problematic portion of that mine,
10 correct?
11     A.   They sample everything as they go.  So
12 I've seen datasets of 20,000 from a single -- single
13 level.
14     Q.   So what I'm getting to is just because
15 you have a test of -- you know, a test coming back from
16 a mine doesn't necessarily mean that the rock associated
17 with that test makes it into the final product, right?
18         MS. SCOTT:  Objection.
19     A.   I don't -- there's no -- I didn't see any
20 specific chain of custody, so I can't, you know.
21 BY MR. FROST:
22     Q.   I'm talking from a general perspective.
23 They're sampling a lot more of the rock than that
24 ultimately ends up in a final product in a mine,
25 correct?

Page 149

1          MS. SCOTT:  Objection.
2      A.   So there's a difference between coring to
3  define your geology and then mining --
4  BY MR. FROST:
5      Q.   Uh-huh.  That's what I'm saying.
6      A.   -- to get your product.
7      Q.   So just because you find something here
8  doesn't necessarily mean that that ends up, that
9  particular test sample ends up in the final ore that
10 makes it to the grinding process for final talc,
11 correct?
12         MS. SCOTT:  Objection.  Speculation.
13     A.   Yeah.  You don't -- that would be
14 speculative or you -- it doesn't mean it doesn't.
15 BY MR. FROST:
16     Q.   But, again, that's why --
17     A.   So --
18     Q.   Okay.  I'll ask you this way.  Does every
19 single sample that's ever tested in a mine --
20         MS. O'DELL:  Excuse me.  You guys just --
21         MR. FROST:  Sure.
22         MS. O'DELL:  If you'd give him a chance
23 to finish.
24         MR. FROST:  I thought he did finish his
25 question.

38 (Pages 146 to 149)

Mark Krekeler, Ph.D.

Page 150

1    MS. O'DELL: I don't think he did. I'm
2  sure he needs to give you an opportunity to
3  finish as well --
4    MR. FROST: I'm sorry. I thought you had
5  finished your question.
6    MS. O'DELL: But you're talking over each
7  other. In fact, you just interrupted me.
8    A.   That's why I was distracted. Can you
9  restate your question again, please?
10 BY MR. FROST:
11   Q.   Sure. So my question is: Every sample
12 that comes out of a mine doesn't -- you know, everywhere
13 they're sampling, they're doing core outside of the talc
14 body. They're coring through. They're trying to find
15 areas of ore they don't use. Do you agree with all
16 these as just general mining concepts?
17   A.   Generally.
18   Q.   Okay.
19   A.   But it -- go ahead.
20   Q.   And you also agree with me that,
21 generally, mines aren't just sampling from the ore they
22 are using to put into a final product, correct?
23   MS. SCOTT: Objection.
24   A.   Correct. But that doesn't mean that --
25 that doesn't mean that you're not, when you sample and

Page 151

1  find things like asbestos, it doesn't negate that they
2  exist.
3  BY MR. FROST:
4    Q.   Okay. Here's my next question: Based on
5  that, just because a sample comes back with a particular
6  level of some, say, heavy metal, you know, just because
7  some sample in a mine somewhere came up with a level of
8  chromium, for example, based on that sample, you can't
9  say, without knowing more, that that particular area
10 where the sample came from ultimately ended up in talcum
11 powder that consumers used, right?
12   MS. SCOTT: Objection. Calls for
13 speculation.
14   A.   So, yeah, I think it is speculative,
15 because you're talking about one powder. There's many,
16 many analyses of things. So you're not -- you're not
17 gonna spend a huge amount of time on things that are not
18 directly related to your work, because, you know, you do
19 have to keep costs in mind. So, you know, if -- you
20 know, there were numerous, numerous, numerous analyses
21 of arsenic, for example, in some of the Vermont
22 material. So, you know, some of those were related to
23 ores. And let's look to --
24 BY MR. FROST:
25   Q.   We don't need to. I'm asking very just

Page 152

1  hypothetical questions here. I'm trying to get down to,
2  and again, as part of the mining process, you sample to
3  determine which parts of the ore you avoid and which
4  parts of the ore you mine, right?
5    A.   Yes. That is a common procedure.
6    Q.   So just because a sample comes up and has
7  a hit of a particular chemical in it doesn't necessarily
8  mean that they then use that as a final product, because
9  part of sampling is to tell you what parts of the mine
10 to avoid, right?
11   MS. SCOTT: Objection.
12   A.   Potentially. But there's reasonable
13 risk. If you find it in one spot, it might be near
14 another spot. When you have high concentrations, such
15 as those observed, it's a natural. Essentially, you
16 have gradients that occur over some degree of space. So
17 you, you know, so arsenic might have, you know, a
18 thousand parts per million in one spot and be zero in
19 another, but without, you don't know where to mine, where
20 where that's cut -- cut off.
21 BY MR. FROST:
22   Q.   But, again, but my question's very easy,
23 and it's just because you see something here doesn't
24 mean it's there, right? You'd have to know more?
25   MS. SCOTT: Objection.

Page 153

1  BY MR. FROST:
2    Q.   Right?
3    A.   Correct.
4    Q.   Okay. And just because something shows
5  up here doesn't necessarily mean it's going to end up in
6  what becomes the mill feed, right?
7    MS. SCOTT: Objection.
8    A.   Correct. But there's always the
9  potential for it to do so.
10 BY MR. FROST:
11   Q.   Okay. And you also agree with me that
12 beneficiation is one way that mines specifically for
13 talc can clean out some of the accessory minerals and
14 some of the heavy metals, right?
15   MS. O'DELL: Object to the form.
16   A.   Beneficiation works when applied
17 properly. I'm not a mineral engineer, so I don't fully
18 think I can comment on details of that.
19 BY MR. FROST:
20   Q.   Okay. But you agree with me that
21 beneficiation is one way in which you can reduce the
22 amount of, say, a heavy metal that ends up in a final
23 product, correct?
24   MS. SCOTT: Objection.
25   A.   I would rather not comment, so the --

39 (Pages 150 to 153)

Mark Krekeler, Ph.D.

| Page 154 |
|---|

BY MR. FROST:

1 Q.    You comment in your report specifically
2 about the beneficiation going on at the Vermont mines.
3 So is that not something you're going to opine on here?
4         MS. SCOTT:  Do you want to point him to
5     the place in his report?
6     A.    Yeah.  Sorry.  Is this the Colorado mines
7 study?
8 BY MR. FROST:
9     Q.    Yeah, it might be.  I don't have it right
10 in front of me.  It's something that I think we can get
11 back to later.  But you agree with me as a general
12 mining concept --
13     A.    I'd like to see the document.
14     Q.    Yeah.  Well, I'm asking you general
15 concepts, because you are giving opinions about the
16 mining that was going on at these mines, correct?
17     A.    Yes.
18     Q.    And beneficiation is one thing that mines
19 use, correct?
20     A.    Yes.
21     Q.    And beneficiation can be used to reduce
22 the amount of contaminants that are in an ore, correct?
23         MS. SCOTT:  Objection.
24         MS. O'DELL:  Objection to form.

| Page 155 |
|---|

1     A.    Reduce, but not purify.
2 BY MR. FROST:
3     Q.    It can be used to reduce, correct?
4         MS. SCOTT:  Objection.
5     A.    Potentially, if executed well.
6 BY MR. FROST:
7     Q.    Okay.  And selective mining is another
8 tactic that can be used in an ore to try to reduce
9 contaminates, correct?
10        MS. SCOTT:  Objection.
11    A.    No.  There's -- the selective mining was
12 an issue, significant issue that I found.  And the
13 reason --
14 BY MR. FROST:
15    Q.    I'm asking in general, sir.  Can
16 selective mining --
17    A.    In general, I don't -- you know, I think
18 it really depends on what you mean by "selective
19 mining."  So I think a good effective example of
20 selective mining would be gemstones.  So you find a
21 pegmatite.  You go -- actually, there was a group that
22 did this a couple years ago.  They went to a site in
23 Colorado.  They basically looked at the geology.  They
24 selectively looked at specific lithologies.  They were
25 able to narrow it down.  They did a lot of research

| Page 156 |
|---|

1 beforehand, and basically, they walked away with $50,000
2 worth of aquamarines.  So gem mining certainly is
3 something that you could selectively mine.
4         Gold is another example where there are
5 deposits in Nigeria where, essentially, groups of women
6 go out and they selectively, you know, go through,
7 basically pan and find gold nuggets.  I think it's --
8 you know, it really depends on how you say selective
9 mining, and so the thing that, you know -- did I answer
10 that?
11    Q.    I'm listening to your explanation, yeah.
12    A.    Okay.  So selective mining, I think in
13 the context of talc deposits, is -- I really don't think
14 you can effectively do it.  So with respect to Chinese
15 ore that is supposedly hand sorted -- let me find where
16 that section is.  So if you're -- yeah, as I understand
17 it, they basically look at the rock and say it's okay.
18 There's nothing wrong.
19         Well, there's several issues with that.
20 So, one, the human eye cannot detect either metals or
21 small asbestos fibers by simply looking at, at the rock,
22 at the surface of the rock, right?  So, essentially, you
23 can do it.  You can visually inspect the outside of the
24 material, and you would not be able to visibly see if
25 there's a thousand parts per million of nickel or

| Page 157 |
|---|

1 chromium or some other element.
2         And then, in addition, you can have
3 inclusions of stuff in the rock that you could not --
4 you just physically can't see.  So there's a
5 hypothetical risk that you can have inclusion of, let's
6 say, sulfides, a lot of sulfides, a nodule that has a
7 lot of sulfides in it, that, in this chunk, you would
8 not be able to visually discern what was there.  So and
9 then, you know, so you basically -- and so that's the
10 sorting, as I understand it, with China.
11    Q.    Do you agree with me that -- so, is it
12 your opinion that selective mining for talc can never
13 work or do you agree with me that selective mining is
14 one of the tools that a mine can use to help to purify
15 its ore?
16    A.    I would say in the context of -- in the
17 context of talc, selective mining is not very effective,
18 because the scale of the issue is with the ore.
19    Q.    Okay.  Other than your personal opinion,
20 can you cite to me any peer-reviewed or scientific
21 source that supports that?
22        MS. SCOTT:  Objection.
23    A.    I don't think there's any peer-reviewed
24 literature that I can think of.  I think it's just
25 common sense.  You know, everyone knows that you can

40 (Pages 154 to 157)

Mark Krekeler, Ph.D.

Page 158

1  hide -- you can have inclusions and impurities in an
2  ore. And if you're only using your eyes and you're only
3  hand sorting things -- plus there's human error.
4  There's just simply human error. If someone, you know,
5  is, you know -- they'll just make mistakes.
6      And then the other issue I think is
7  unclear, I didn't find any degree of training, you know,
8  or no description of the training methods that were used
9  for hand sorting. So an ore-controlled geologist is a
10  common, common position in mines.
11      One of my former students, he's an
12  ore-controlled geologist in Stillwater, and it takes
13  three months of training for them to delineate the ore.
14  So that is an example of selective mining, but there's a
15  high level of effort that goes into it, and the goal is
16  platinum. And, basically, the way that particular mine
17  is set up is to extract the platinum. They're not
18  really -- they don't have to worry about other
19  contaminants that might be present.
20  BY MR. FROST:
21      Q.   Okay. I'm going to stop you because we
22  keep getting off on a lot of these tangents. My
23  question was: Can you point me to any mining studies or
24  anything else that say that selective mining does not
25  work for talc?

Page 159

1      A.   I know of no peer-review publications.
2      Q.   Okay. Thank you. Turn to page 7 of your
3  report. It's 7 into 8, actually. You know, we start
4  talking about the various regions that talc is sourced
5  from, correct?
6      A.   Yes.
7      Q.   Okay. On page 7 to 8, you list various
8  time frames and various mines, you know, from which you
9  believe. I take it this came from your review of the
10  documents, the timeline that you put forth here?
11      A.   Just give me a moment to review.
12      Q.   The easier way to ask is: Is this
13  something that was provided to you or is this something
14  that you came up with yourself?
15      A.   I came up with it.
16      Q.   Okay. So at the very end of it, so we
17  talked about all the various mines, and afterwards, you
18  have a sentence that reads, "These mines are known to
19  have impurities associated with talc, including toxic
20  metals, chrysotile, and amphibole asbestos." Do you see
21  that?
22      MS. O'DELL: Objection to form.
23      A.   Yes.
24  BY MR. FROST:
25      Q.   Okay. So the first thing you note as the

Page 160

1  basis of this is Van Gosen 2004. I'm going to mark
2  that.
3      A.   Okay. It's the environmental earth
4  science paper?
5      Q.   What's that?
6      A.   It's the environmental earth science
7  paper? It's the journal?
8      Q.   Yes. Environmental Geology, 2004.
9      A.   Oh, yeah. That's currently -- the
10  journal name changed. I had a few papers in it. Is
11  there a copy of it?
12      Q.   The court reporter's marking it.
13      (Exhibit 11 was marked for
14      identification.)
15  BY MR. FROST:
16      Q.   Since we've already established we're
17  talking about the same paper, can you show me anywhere
18  in this paper that Van Gosen specifically speaks about
19  any of the mines that you've listed here in your report?
20      A.   Correct. No specific mine is listed. It
21  talks about Vermont talc, in general.
22      (Exhibit 12 was marked for
23      identification.)
24  BY MR. FROST:
25      Q.   I've now marked the Ross article. It's

Page 161

1  Ross 74. "Environmental Health Perspectives." She's
2  already marked it for you.
3      A.   Oh.
4      Q.   Same question. Can you show me where in
5  this article it details any mine actually used by
6  Johnson & Johnson?
7      MS. SCOTT: Objection.
8      A.   I don't see mention of a specific mine.
9  BY MR. FROST:
10      Q.   Next, I'm going to mark -- I'm sorry.
11      A.   Go ahead.
12      Q.   I didn't mean to cut you off if you
13  weren't done. Next I'm going to mark Document
14  JNJ 000521616, the first page of it, anyway.
15      (Exhibit 13 was marked for
16      identification.)
17  BY MR. FROST:
18      Q.   Do you remember looking at this document?
19      A.   Actually, I'm unsure.
20      Q.   Okay.
21      A.   I might have used the wrong number.
22      Q.   Okay. But you agree with me this doesn't
23  talk about any of the mines, certainly, right?
24      A.   Right. Yeah.
25      MS. SCOTT: Object to form.

41 (Pages 158 to 161)

Mark Krekeler, Ph.D.

Page 162

1      MS. O'DELL:  Object to form.
2      A.    Correct.  I -- I haven't -- I don't think
3   I've seen it.  I think I used -- there's a typo or
4   something in there.  Sorry.
5   BY MR. FROST:
6      Q.    No.  That's okay.  That's why we're --
7   that's why we're doing this.
8          All right.  If you turn to page 14 of
9   your report under, "Evidence that Asbestos Occurred in
10  Defendants' Mines."  The first sentence reads, "The
11  documents I reviewed provided strong evidence that the
12  talc used by Imerys and Johnson & Johnson to produce
13  Johnson's Baby Powder and Shower to Shower came from
14  mines that contained asbestos minerals or fibrous talcum
15  in an asbestiform habit."  Did I read that right?
16     A.    Yes.
17     Q.    And looking back, you cite the same exact
18  documents as we just -- as the last sentence, correct?
19         MS. SCOTT:  Objection.
20     A.    It's in the report.
21  BY MR. FROST:
22     Q.    Yeah.  Okay.  And you'd agree with me,
23  you know, that these materials don't actually relate
24  directly to the mines used by Johnson & Johnson as
25  identified on pages -- I believe it's 7 and 8 of your

Page 163

1   report, right?
2          MS. SCOTT:  Objection.
3          MS. O'DELL:  Objection to form.
4      A.    I would have to read -- double -- I would
5   want to double-check each individual document.
6   BY MR. FROST:
7      Q.    But, certainly, the ones we just looked
8   at --
9      A.    The one we just looked at.
10     Q.    -- certainly don't support that, right?
11     A.    Correct.
12     Q.    Okay.  All right.  Move on to the next
13  section of the report.  It's "Mines in Italy," pages 8
14  to 9, I believe, of your report.
15     A.    Oh, 8 to 9.
16     Q.    Then on page 9, it's the third paragraph.
17  You have, "Based on what I have reviewed, I have
18  sufficient basis to conclude that Italian ore was of
19  poor quality," correct?
20     A.    Yes.
21     Q.    What are you talking about there when you
22  say "poor quality"?
23     A.    That I'm referring to the findings of the
24  items listed below.
25     Q.    These items are talking about things such

Page 164

1   as amphibole and grit and stuff like that, correct?
2      A.    So, for example, the one ending in 87231,
3   "Battelle Memorial Institute document dated 1958,
4   indicated the presence of tremolite in the talc,
5   commonly at levels ranging from 1-3 percent.  That
6   document also studied the abrasiveness and grit of
7   Italian talc."  So that's something, that the grit is in
8   addition to the finding of tremolite.
9      Q.    Do you agree with me that none of these
10  documents actually find asbestos or define that they
11  have found asbestos in any of the ore from Italy?
12         MS. O'DELL:  Object to the form.
13     A.    I would want to double-check all of
14  these, but they do two things.  The last one, presence
15  of tremolite and actinolite and, also, tremolite and one
16  that I just mentioned.  And tremolite is a -- recognized
17  as a carcinogen by IARC 2012.
18     Q.    Can you show me anywhere in your report
19  that you note that tremolite is found by IARC to be a
20  potentially dangerous mineral, you know, a human
21  carcinogen?
22         (Exhibit 14 was marked for
23          identification.)
24     A.    I can't find a specific example.
25

Page 165

1   BY MR. FROST:
2      Q.    And you're not qualified to say whether
3   or not a particular mineral would be harmful, you know,
4   as a human carcinogen.  You have no basis by which to
5   say that's correct or not correct, right?
6          MS. SCOTT:  Objection.
7      A.    Correct.  I'm not a medical.
8   BY MR. FROST:
9      Q.    Okay.  All right.  What number was that?
10  Fourteen.  So I've just marked -- I've given you a
11  binder marked 14.  It has tabs 1 through 5.  I'm sorry.
12  I have yours.  I apologize.
13         So these are the various documents you
14  cite in your report.  So let's look through each of
15  them.  We'll start with 1.
16         MS. O'DELL:  Let's get this one back
17  together.
18         MR. FROST:  Oh, did it come apart?
19         MS. O'DELL:  Yes.  Is there a particular
20  part of his report that these came from or are
21  you jumping around?
22         MR. FROST:  No, we're talking about
23  the report now.  They're page 9 to 10.  These
24  are the documents that support the
25  ore-is-of-poor-quality statement.

42 (Pages 162 to 165)

Mark Krekeler, Ph.D.

| Page 166 |
| --- |

BY MR. FROST:

1   Q.   So this first one, can you tell me
2   anywhere in the Battelle report that starts JNJ 87868,
3   that they note the trace amounts of amphibole are
4   asbestiform in any way?
5        MS. O'DELL:  Object to the form.
6        A.   No, I don't.
7   BY MR. FROST:
8        Q.   Okay.  Turn to tab 2, which is -- the
9   document starts JNJ 87231.  Same question.  Can you tell
10  me anywhere in here where, I believe it's Battelle
11  again, identifies finding any asbestiform mineral?
12       MS. SCOTT:  Objection.
13       A.   So tremolite is noted as trace on page 4
14  here.
15  BY MR. FROST:
16       Q.   Does it note the trace tremolite has
17  asbestiform?
18       A.   No, it does not.
19       Q.   So you'd have no way to tell whether or
20  not it's asbestiform or non-asbestiform based on this
21  document?
22       MS. O'DELL:  Object to form.
23       MS. SCOTT:  Objection.
24       A.   The -- it has been so, "The amphibole
25

| Page 167 |
| --- |

1   component has been established to be the variety of
2   tremolite."  Yeah.  It does not say that it is asbestos
3   form, but it is tremolite.
4   BY MR. FROST:
5        Q.   Okay.  Turn to tab 17 -- or sorry, tab 3.
6   It's the document Bates numbered JNJAZ55_213.
7        And, again, I think it mentions tremolite
8   and actinolite as things that may be in the ore, but it
9   doesn't talk about whether or not anything's asbestiform
10  or any levels, correct?
11       A.   True.  It does say tremolite and
12  actinolite.
13       Q.   Turn to tab 4.  Somebody's conveniently
14  put an arrow, I think, to the paragraph that you're
15  relying on.  It states -- sorry, this is the document
16  that starts JNJAZ --
17       MS. O'DELL:  Just to make clear --
18       MR. FROST:  It's on the document.
19       MS. O'DELL:  It's the original.
20       MR. FROST:  Yeah.  I was going to say,
21  it's not something we've done.
22       MS. SCOTT:  Or anyone else?
23       MR. FROST:  Yes.  It's part of the
24  original document as produced.
25

| Page 168 |
| --- |

BY MR. FROST:

1   Q.   But it's JNJAZ55_6104.  I think it starts
2   at 6103, but 6104 is the letter.  The one, two, three --
3   fourth paragraph down says, "I have also checked into
4   the mineralization of that part of the territory, and
5   the minerals which show in the valley are:  Talc,
6   pyrite," magnesite -- sorry, "magnetite, calcite,
7   dolomite, apatite, clinochlore," sorry, "chrysotile,"
8   and then, you know, talks about others, including
9   tremolite, actinolite, correct?
10       A.   Yes.
11       Q.   And this is talking about the valley.
12  There is nothing in here that indicates that this is
13  talking specifically about the Fontaine mine, correct?
14       MS. SCOTT:  Objection.
15       MS. O'DELL:  Objection.
16       A.   It's unclear.
17  BY MR. FROST:
18       Q.   Dr. Ashton also isn't saying that any of
19  these minerals have been found in the ore coming from
20  the Fontaine mine, correct?
21       MS. O'DELL:  Objection to form.
22       MS. SCOTT:  Objection.
23       A.   Correct, but mineralization of that part
24  of the territory.  So...
25

| Page 169 |
| --- |

1   BY MR. FROST:
2        Q.   But there can be different mineral
3   profiles throughout the valley depending on when it
4   formed, what it formed from?
5        A.   Yes, and it could be present because of
6   the association observed.
7        Q.   Unfortunately, there's just no way to
8   tell from this document, correct?
9        MS. SCOTT:  Objection.
10       MS. O'DELL:  Object to form.
11       A.   Correct.
12  BY MR. FROST:
13       Q.   All right.  Turn to tab 5.  It's the
14  document that starts JNJAZ_87.  This is the Pooley
15  report from 1972.  It's very long, so I'll help you out.
16  If you turn to the very end of it --
17       MS. O'DELL:  Doctor, feel free to --
18  BY MR. FROST:
19       Q.   Yeah.  I was going to say, you can review
20  the whole thing if you want, but I'm going to
21  concentrate on the "Conclusions" section.
22       If you look at -- it's on page 121 of the
23  report.
24       A.   Oh, this one.
25       Q.   Do you recognize that you've seen this

43 (Pages 166 to 169)

Mark Krekeler, Ph.D.

Page 170

1  one?
2      A.    Yeah.
3      Q.    The quality's bad.
4      A.    Oh, there's -- you can see chrysotile.
5  "Examples of commercial amphibole and chrysotile
6  asbestos particles together with typical selected area
7  electron diffraction patterns." Yeah. So the images
8  are here, but, yeah. So, yeah. That's right. That
9  page you can't tell.
10          MS. O'DELL: What page are you on?
11          THE WITNESS: I'm on Page 56. I'm sorry.
12          MS. O'DELL: Yeah. No, no. I'm just
13      trying to follow along. You go where you need
14      to go.
15      A.    Amosite asbestos particles there.
16  BY MR. FROST:
17      Q.    Again, the chrysotile you pointed out on
18  56, he's showing you an example of what a commercial
19  chrysotile looks like, right, not a picture of what came
20  from the talc. Do you agree?
21          MS. O'DELL: Object to the form.
22      A.    What's your question?
23  BY MR. FROST:
24      Q.    When you just talked about 56, the
25  picture of chrysotile you're talking about is a

Page 171

1  reference to --
2      A.    I just recognized it.
3      Q.    Okay.
4          MS. O'DELL: Object to the form.
5  BY MR. FROST:
6      Q.    So if you look at the fourth paragraph
7  down on page 121, Pooley's page 121, it's page 210 of
8  the Bates number. The conclusion is "The only
9  asbestos-type mineral to be detected in the hand samples
10  was tremolite, which was found in three specimens." If
11  you go down to the next sentence, it says, "no tremolite
12  was detected in the talc-type specimens." Is that
13  right?
14          MS. O'DELL: Object to the form.
15      A.    That's what it says, yes.
16  BY MR. FROST:
17      Q.    Okay. So, again, Pooley did not find any
18  tremolite in the actual ore or the talc, correct?
19          MS. O'DELL: Object to the form.
20          MS. SCOTT: Objection.
21      A.    As it reads, yes.
22  BY MR. FROST:
23      Q.    And if you go to the next page, page 122,
24  it's the first full paragraph, the second paragraph on
25  the page. About halfway down, it reads, "Particles

Page 172

1  formed from the amphibole mineral found at the mine were
2  hardly fibrous in character, the majority of the
3  tremolite breaking to give compact particles," correct?
4      A.    It also said, "Those fibres formed were
5  short and had a very large diameter." So fibers were
6  formed. But, yeah, you're correct.
7      Q.    So, again, it's his opinion that there
8  was no asbestos in that test, correct?
9          MS. O'DELL: Object to the form.
10          MS. SCOTT: Objection.
11  BY MR. FROST:
12      Q.    But that the tremolite was not
13  asbestiform. I think they were just called the
14  amphibole, but the amphibole that he found was not
15  asbestos, correct?
16      A.    Correct.
17      Q.    Turning back to your report, page 10, the
18  "Mines in Vermont." So I think we talked about it a
19  little bit, but I think you and I will agree the
20  Appalachian ultramafic belt is where the talc is found
21  in Vermont, correct? I think it's your second sentence.
22      A.    Yes. Yeah.
23      Q.    Now, do you have the opinion that all the
24  ultramafic rocks within the Appalachian belt had the
25  same general metamorphic histories and formation

Page 173

1  histories and profiles?
2      A.    No. There would be some variability.
3      Q.    Okay. I agree with you. So have you
4  ever looked at the local geology for the formation
5  associated with the Hammondsville mine?
6      A.    I've never been on site. I've never been
7  to the mine.
8      Q.    Have you ever looked at any geological
9  survey specific to the Hammondsville mine deposit?
10      A.    The Hammondsville?
11      Q.    Yes.
12      A.    Yeah. Yeah. I see its geological
13  survey.
14      Q.    I see the one you've typed here. That's
15  really just geological survey showing you where it is,
16  correct? That doesn't tell you about the morphology and
17  the geological deposit formation?
18      A.    I think there's some geologic data that's
19  associated with it. I don't remember specifics.
20      Q.    Okay. So and this is true for -- it's
21  27, 28, 29 and 30, your footnotes, correct? These are
22  all, you know, USGS website hits for Hamm, et cetera?
23      A.    Yeah.
24      Q.    Have you ever looked at any of the USGS
25  actual reports or surveys that were done examining the

44  (Pages 170 to 173)

Mark Krekeler, Ph.D.

Page 174

1  talc in these particular mines?
2      A.   I believe I have.
3      Q.   Do you recall which ones they are?
4      A.   Not specifically at the moment.
5      MS. SCOTT:  Before you get into this
6  next --
7      MR. FROST:  Do you want to take a break?
8      MS. SCOTT:  Yeah, let's do that.  We've
9  been going about an hour and a half, I think, is
10  that right, or about an hour?
11      MS. O'DELL:  Hour and 13 minutes.
12      VIDEOGRAPHER:  We're now going off the
13  record.  The time is 2:39.
14      (A recess was taken from 2:39 to 2:58.)
15      VIDEOGRAPHER:  We're now back on record,
16  and the time is 2:58.
17      (Exhibit 15 was marked for
18      identification.)
19  BY MR. FROST:
20      Q.   All right.  I'm going to start -- can you
21  grab, I think, number 15?  It's the 1951 geological
22  survey from Chidester.  Have you ever seen this article
23  before?
24      A.   I don't remember.  Let me look at my
25  references, the author or the agency.  It doesn't appear

Page 175

1  to be on my reference list.
2      Q.   Okay.  Turn to page 28 of the report.
3      MS. SCOTT:  And, Doctor, feel free to
4      take a look at the entirety of the report if you
5      need to.
6      A.   Okay.  I'm not sure.
7      MS. SCOTT:  Do you have one?
8      MR. FROST:  Do you need a copy?
9      MS. SCOTT:  Yes.
10      MR. FROST:  I apologize.
11      MS. SCOTT:  That's okay.  Thanks.
12      MR. FROST:  You're welcome.  Sorry about
13      that.
14      MS. SCOTT:  No problem.
15  BY MR. FROST:
16      Q.   And my question about this paper is:  You
17  agree with me, turning to page 28, that this geological
18  survey specifically talks about the Hammondsville talc
19  mine, correct?
20      A.   Turn to page 28.  Let's see here.
21      Q.   About halfway down the first column,
22  "Hammondsville talc quarry, Locality 117."
23      A.   28, Locality 117.  Okay.  I see that.
24      Q.   So you agree with me this paper talks
25  about the Hammondsville talc mine, correct, this

Page 176

1  geological survey?
2      A.   As stated, yeah.
3      Q.   Any reason this would not have come up in
4  your search?
5      MS. SCOTT:  Objection.
6      A.   I didn't search for this particular
7  document.  When I was doing my search for the
8  peer-review literature, you know, I use, like, Web of
9  Science.  So Web of Science has, essentially, this
10  higher level of peer-review material.  So this isn't
11  necessarily -- these types of reports aren't included in
12  that, but I did use Google to search things, and that's
13  how I found some of the other things.  So -- but, no, I
14  don't believe that I've seen this report.
15  BY MR. FROST:
16      Q.   Okay.  Given your rendering opinions
17  about the geology specifically at the Vermont talc
18  deposits, any particular reason you didn't search the
19  geological surveys, the USGS surveys regarding the
20  areas?
21      MS. SCOTT:  Objection.
22      A.   I looked at the literature that I thought
23  was relevant, based on my professional opinion.
24  BY MR. FROST:
25      Q.   The next one marked.  Take a look at --

Page 177

1  yep, the next one.
2      MS. O'DELL:  What's the exhibit number on
3      this one?
4      MR. FROST:  Sixteen.
5      (Exhibit 16 was marked for
6      identification.)
7  BY MR. FROST:
8      Q.   And, again, this is Chidester 1964.
9      A.   It's the geological survey.  Let me check
10  and see if I have that.  It doesn't look like I have
11  that in the reference list.
12      Q.   Turn to pages --
13      A.   So let me look.  Can I look at the report
14  and --
15      Q.   Yes.
16      A.   -- just see what the nature is?
17      Q.   Sure.  And, specifically, I'm going to
18  turn your attention to 48 and 49.
19      A.   48 and 49, okay.  Let me look at the
20  report in general here.
21      Q.   The question, then, is going to be:  You
22  agree with me that in this USGS survey, they
23  specifically ran chemical analysis of ore coming out of
24  the Hammondsville mine?  I guess it's typed ore mill
25  product.

45  (Pages 174 to 177)

Mark Krekeler, Ph.D.

Page 178

1      A.    Yes. It says, "Chemical analyses of a
2    variety of talc in Vermont," and the year on this is --
3    well, I'm sorry.
4      Q.    I believe it's 19 --
5      A.    So 40a, 40b and 40c. The source is from
6    Spence, so let's see what Spence 1940 is. So at that
7    period of time, most things were done by wet chemistry,
8    and so the -- there were limitations as far as the
9    detection limits. So I'm sorry. 1940.
10     Q.    Well, again, my question --
11     A.    Yeah. Go ahead with your question.
12     Q.    Despite the fact that there is specific
13   testing of ore in this document as well as Spence,
14   neither of those two documents ever came up in your
15   searches, correct?
16         MS. SCOTT: Objection.
17   BY MR. FROST:
18     Q.    And this is testing specific to the ore
19   from the Hammondsville mine. Do you agree with me that
20   neither Spence nor this paper came up in your searches?
21     A.    Correct. I mean, you know, so one of the
22   things is that it depends --
23     Q.    Well, answer my question.
24     A.    Yep. I'm seeing if it -- it's not --
25   actually, Spence is not cited in this document.

Page 179

1      Q.    It appears to be. Spence?
2      A.    Pearre, Pearre, Pearre, Pearre, Perry,
3    Pratt, Quinn.
4      Q.    If you at page 61, Spence, HS 1940.
5      A.    It's not listed in the --
6      Q.    Page 61, selected bibliography?
7      A.    61. I'm sorry. I don't see it. Oh,
8    Spence. I was thinking Pence. Okay. Right. Very
9    good.
10     Q.    Okay.
11     A.    So, essentially, the -- I don't think the
12   company was mining Hammondsville at that time, was it?
13     Q.    My question becomes, did these come up --
14   despite the fact that there's testing specifically of
15   ore from Hammondsville in both Spence and this, this
16   report did not come up or the Spence report come up in
17   your searches; is that correct?
18         MS. SCOTT: Objection.
19     A.    Correct, because the analytical
20   techniques at the time, certainly for electron
21   microscopy, was in its infancy. Power diffraction
22   was --
23   BY MR. FROST:
24     Q.    So you're saying it didn't come up in
25   your computer search because of --

Page 180

1          MS. O'DELL: Let him finish.
2      A.    Power diffraction was beginning to be
3    common and then chemical analyses. So I didn't
4    necessarily exclude it based on -- or I didn't really --
5    I just -- I didn't find it, but I didn't -- you know,
6    these are older references and I would not --
7    BY MR. FROST:
8      Q.    That was question is you didn't find
9    this, right?
10         MS. SCOTT: Objection.
11     A.    I did not search for a lot of the older
12   literature because the analytical methods dated,
13   predated what appear to be the operational -- operation
14   timelines or --
15   BY MR. FROST:
16     Q.    But it doesn't sound like you searched
17   for any USGS surveys regarding these specific mines; is
18   that fair? That wouldn't have come up in your search?
19         MS. SCOTT: Objection.
20     A.    So specific mines may not -- they're not
21   necessarily in USGS reports. Mines tend to show up in
22   USGS reports if there's permission or --
23   BY MR. FROST:
24     Q.    Sir, I have a limited amount of time, and
25   I really need you to just answer my questions. So my

Page 181

1    question is --
2      A.    I'm trying to give a thorough answer.
3      Q.    No, no. The question is -- it's a very
4    simple question. Did you search USGS reports for the
5    specific mines that Johnson & Johnson used in Vermont?
6          MS. SCOTT: Objection.
7      A.    I don't remember.
8    BY MR. FROST:
9      Q.    Okay. And you certainly didn't cite
10   them.
11     A.    I did not cite these. I did not cite
12   these.
13     Q.    Do you know what NIOSH is?
14     A.    Yes.
15     Q.    Okay. Are you aware that NIOSH has
16   funded an epidemiological study based out of the workers
17   of the Vermont mines?
18         MS. SCOTT: Objection.
19     A.    I'm not a medical expert. I only know
20   NIOSH really exists. I use it for the basic definition.
21   BY MR. FROST:
22     Q.    So is that a no?
23     A.    I'm sorry. Repeat the question, please.
24     Q.    I said, are you aware that NIOSH has run
25   an epidemiological study of the workers at the Vermont

46 (Pages 178 to 181)

Mark Krekeler, Ph.D.

Page 182

1  mines?
2      A.   No I am not.  I don't remember.
3          MR. FROST:  We'll mark this as -- I
4  believe this is new 17.
5          (Exhibit 17 was marked for
6          identification.)
7  BY MR. FROST:
8      Q.   Have you ever seen this paper?  Do you
9  know who Dr. Boundy is?
10     A.   So what is the journal?  I don't have it
11  cited as Boundy.  The journal -- is this a National
12  Institutes of Health paper, just so I can be sure?
13     Q.   I believe it is a journal called Dust and
14  Disease.
15     A.   Oh, I don't think I cited anything from
16  Dust and Disease.
17     Q.   Okay.
18     A.   So in occupational exposures,
19  non-asbestiform talc in Vermont.  Okay?
20     Q.   Is this not something that came up in
21  your search?
22          MS. SCOTT:  Objection.
23     A.   No.  I'm not -- I'm sorry.  Dust and
24  Disease?
25

Page 183

1  BY MR. FROST:
2      Q.   That's correct.
3      A.   Yeah.  I'm not a medical --
4      Q.   So you wouldn't have --
5      A.   -- expert.
6      Q.   Sorry.
7      A.   So I'm not a medical expert, so I didn't.
8      Q.   So you wouldn't have looked at any
9  journals outside of your specific field, because I will
10  relate to you that they tested talc from the various
11  mines and found that there was no asbestos in it based
12  on the NIOSH study.  It's not something you relied on?
13     A.   So there's --
14          MS. O'DELL:  Object to the form.  Excuse
15  me, Doctor.  Object to the form.  You may
16  answer.
17     A.   In all these questions are still -- I did
18  not look at this paper, but this paper does not negate
19  the findings of the rest of the report.  I've tried to
20  take a broad net.
21  BY MR. FROST:
22     Q.   Sir, again --
23     A.   I have a broad net.
24     Q.   I'm asking very simply yes or no
25  questions about whether he searched for things,

Page 184

1  explanations about other parts of the report that don't
2  have to do with question are just taking up my time on
3  the record.  So I'm not trying to be rude, but I'm
4  running out of time, so I'm trying to move it along.
5          MS. SCOTT:  But to be fair, you're also
6  asking him about an epidemiological study.  He's
7  not an epidemiologist.
8  BY MR. FROST:
9      Q.   And my question was whether or not this
10  was something he would have searched for, and the answer
11  is no, right?
12     A.   No.  I would not go to a journal called
13  Dust and Disease.  Are you okay on time?
14     Q.   You don't need to worry about that.
15  That's a lawyer thing.
16          MS. O'DELL:  Yes.
17  BY MR. FROST:
18     Q.   Turning back to your report, looking at
19  the bottom of page 10, we then move on to the mines in
20  China.
21     A.   I requested documents on -- I requested
22  documents on China, mines in China.  There were --
23  apparently, there was not a whole lot of information.  I
24  know Dr. Longo tested materials from China, but I don't
25  think -- I mean, I made a request for cores.  I made

Page 185

1  requests for testing results, including TEM, XRD, bulk
2  chemistry.  But the data that I was able to have was, as
3  far as I did actually, I tried to search on Web of
4  Science and other things about talc deposits in China,
5  and I could not discernibly find anything.  I think
6  there's Chinese references, but I don't speak Chinese
7  and --
8      Q.   Sure.
9      A.   -- I couldn't really translate those.
10     Q.   And by saying you asked, you asked
11  plaintiffs' counsel, and they provided you what they
12  provided you, correct?
13          MS. SCOTT:  Objection.
14     A.   Yeah.  So I want to use company
15  documents, so give the company, essentially, as I
16  believe I was supposed to do, so the company documents
17  are -- I mean.
18  BY MR. FROST:
19     Q.   Okay.  And like we established before,
20  you have no way of knowing if there are any other
21  documents that just weren't given to you by plaintiffs'
22  counsel, right?
23          MS. SCOTT:  Objection.
24     A.   Well, I did.  I did search -- I did
25  search the Internet to try to find --

47 (Pages 182 to 185)

Mark Krekeler, Ph.D.

| Page 186 | Page 188 |
|---|---|

**Page 186**

1  BY MR. FROST:
2      Q.    I'm talking about documents.
3      A.    The documents?
4      Q.    Yes.  You have no way of knowing if what
5  plaintiffs gave you is the complete set of documents
6  that relate to the mine, right?
7      A.    I expected --
8          MS. SCOTT:  Objection.
9      A.    Yeah.  Of all the documents that exist, I
10  expect that it's not each and every single document.
11  BY MR. FROST:
12      Q.    So you've made your review and your
13  opinions on the China based on what is admittedly an
14  incomplete set of documents provided to you by
15  plaintiffs' counsel, right?
16          MS. SCOTT:  Object to the form.
17      A.    I don't know if it's fully -- I made
18  requests for the China for as much -- all the
19  information on China that there was and, to my
20  knowledge, what was provided, and then what I looked at,
21  I tried to search things on my own.  There just is
22  apparently not a lot I would consider.  I would
23  certainly consider reviewing documents on China.  I
24  would certainly consider translated documents, so
25  someone who's got an expertise but --

**Page 187**

1  BY MR. FROST:
2      Q.    Again, I'm trying to rein in your answers
3  here --
4      A.    Okay.
5      Q.    -- to what we're talking about.  But I
6  want to be clear.  The requests you made weren't to
7  either Imerys or Johnson & Johnson.  You made those
8  requests to plaintiffs' counsel?
9      A.    Yes.
10      Q.    And then plaintiffs' counsel provided
11  back to you a set of documents?
12      A.    Yes.
13      Q.    And you can't tell me whether or not that
14  set consists of all documents that you requested related
15  to the Chinese mines, right?
16          MS. SCOTT:  Objection.
17      A.    I cannot without certainty.
18  BY MR. FROST:
19      Q.    All right.  So let's look at what you
20  opine.  Page 11, the second paragraph, you state, as far
21  back as 1983, and again, we know in 1983, Johnson &
22  Johnson was not sourcing talc from China, right?
23      A.    Correct.
24      Q.    Defendants had information indicating
25  that Chinese talc contains higher than normal heavy

**Page 188**

1  metal contents like lead, cobalt, chromium, iron, nickel
2  and titanium, correct?
3      A.    Correct.
4      Q.    And then you cite to JNJ 59273, right?
5      A.    Right.
6      Q.    Okay.  Let's look at that document.
7      A.    It's got 750 parts per million of
8  titanium in it.  It's actually low.  It's like .2.
9          (Exhibit 18 was marked for
10          identification.)
11  BY MR. FROST:
12      Q.    I'll divert your attention to page 2086.
13  I take it the comment at the bottom of 2086 is where
14  you're getting this information from, right?
15          MS. SCOTT:  Objection.
16      A.    I looked at the data.  Actually, I'm
17  looking for the data table that I saw the other day.
18  Yeah, so 2078, titanium 750.  The lead there is 12.7 on
19  the previous table.  Let's look and see what the
20  concentrations are.
21  BY MR. FROST:
22      Q.    You're on 2078?
23      A.    I am on 2078.
24      Q.    Okay.
25      A.    And so --

**Page 189**

1      Q.    Do you see the top of 2078 that that
2  chart relates to something called "Kwangsi No. 1 talc"?
3      A.    Yes.
4      Q.    Do you believe that Kwangsi No. 1 talc
5  was the talc ever used by Johnson & Johnson?
6      A.    It's unclear.  I don't.
7      Q.    Well, in your report, I think you note
8  that they use Kwangsi No. 1 and Kwangsi No. 2, correct?
9      A.    Correct.
10          MS. O'DELL:  Objection.
11      A.    I think -- again, I'm not an expert in
12  Chinese language.
13  BY MR. FROST:
14      Q.    But you'd agree with me that Kwangsi No.
15  1 is not Kwangsi talc, correct?  It's a different ore?
16      A.    I don't really know.  Names of mines
17  change and things, but, potentially, they seem
18  different.  That's reasonable.  But in my sentence, I
19  say defense information indicating that Chinese talc
20  contains higher than normal levels and, you know, the
21  metals are there.  So I think that statement is
22  consistent with the chart on page 2078 and 2086, and
23  let's look at -- it's been a while since I looked at the
24  document.
25      Q.    Hold on.  Let me walk you through it.

48 (Pages 186 to 189)

Mark Krekeler, Ph.D.

Page 190

1      A.   I'd like to review --
2      Q.   Well, I want to talk about your
3  statement, then.  When you're saying Chinese talc is
4  higher than normal --
5      A.   Can I?
6      Q.   No.
7           MS. SCOTT:  Let him ask the question.
8  BY MR. FROST:
9      Q.   Can you answer my question, please?
10     A.   Okay.  Good.
11     Q.   When you say Chinese talc contains higher
12  than normal heavy metal contents, you're talking about
13  all talc from China, not necessarily the Chinese talc
14  that Johnson & Johnson was using?  Is that what you're
15  telling me?
16          MS. SCOTT:  Objection.
17     A.   I'm sorry.
18  BY MR. FROST:
19     Q.   I'll ask you the question again, so you
20  don't have to read it.
21     A.   Yeah.
22     Q.   So in your report, when you're talking
23  about Chinese talc, you're talking about talc from the
24  country of China, not the Chinese talc ore that Johnson
25  & Johnson was using?  Is that what you're telling us?

Page 191

1           MS. SCOTT:  Objection.
2      A.   I meant, essentially, both more Chinese,
3  Chinese talc, meaning talc within the boundaries of
4  China has more or has contaminants and would be of
5  potential concern.
6  BY MR. FROST:
7      Q.   That's a general statement as to all
8  talcs coming out of all talc regions of China?
9           MS. O'DELL:  Object to the form.
10  BY MR. FROST:
11     A.   Well, it's specific to this example, and
12  as an example, I think there's, there's a lot of concern
13  in the general environmental literature about materials
14  in China in general so --
15     Q.   And by concerns over materials in
16  general, you're talking about now everything coming out
17  of China as a generalization?
18          MS. SCOTT:  Objection.
19     A.   Not everything.
20  BY MR. FROST:
21     Q.   But you're talking about, like, the lead
22  concerns out of manufactured products like toys, and
23  we're including this now in your statement, right?
24          MS. SCOTT:  Objection.
25     A.   No.  I'm sorry.  Let me just be clear.  I

Page 192

1  refer to this as an indication that there are
2  problematic materials in Chinese ore.  Obviously, it was
3  investigated for a reason, so they were interested in it
4  at some level.
5  BY MR. FROST:
6      Q.   Okay.  But you agree with me you have no
7  way to tell us one way or the other that any of the
8  tests of any of the ore in this document actually relate
9  to the talcum powder that 20 years, 30 years later made
10  it into Johnson & Johnson talcum powder products?
11          MS. O'DELL:  Objection.
12     A.   The -- the documentation provided to me
13  is -- there's many gaps.
14  BY MR. FROST:
15     Q.   Sir, I'm talking about this document.
16  Focus on this document.  So my question is:  This
17  document, is there anywhere in this document that says
18  the talc that Johnson & Johnson uses 20 years later for
19  talcum powder has constituents?  I understand we're
20  talking --
21     A.   Has constituents?
22     Q.   Has the constituents we're talking about
23  here.  You know, that "Defendant had information
24  indicating that Chinese talc contains higher than normal
25  heavy metal contents like lead, cobalt, chromium, nickel

Page 193

1  and titanium."  Is there anything in here --
2      A.   They simply knew that this is how I --
3  they simply know that this report existed, right?
4      Q.   You have to listen to my question.  You
5  can't tell me one way or the other that this report in
6  any way relates to any talc ever used by Johnson &
7  Johnson for its talcum powder, right?
8           MS. SCOTT:  Objection.
9      A.   I do not have a chain of custody, so,
10  yes.
11     Q.   Okay.
12     A.   But the way the sentence is phrased, the
13  sentence is general.
14     Q.   Yes.  We've established that now.
15          MS. O'DELL:  Excuse me.
16  BY MR. FROST:
17     Q.   No, no.  I'm saying --
18          MS. O'DELL:  You interrupted him -- let
19  him finish.
20          MR. FROST:  Sure.
21  BY MR. FROST:
22     Q.   In general --
23          MS. O'DELL:  Stop talking.  Let him talk.
24  Thank you.
25     A.   So the sentence is general.  Defendants

49 (Pages 190 to 193)

Mark Krekeler, Ph.D.

Page 194

1  have information indicating that Chinese talc contains
2  higher than normal levels of lead, cobalt, chromium.  So
3  I feel that this document supports that statement.  It
4  doesn't say all talc, but they had knowledge that
5  some --
6  BY MR. FROST:
7      Q.   Some talc?
8      A.   -- talc had issues.
9      Q.   Okay.
10         THE WITNESS:  My thing is -- I think it
11  stopped.  What time?  It says 1520.
12         MS. SCOTT:  Did you hit "follow"?
13         THE WITNESS:  Yeah, I have hit "follow"
14  several times.
15  BY MR. FROST:
16      Q.   All right.  While they're sorting that
17  out, I'll continue to ask my questions.
18      A.   Okay.
19      Q.   All right.  Page 11 of your report,
20  second full paragraph starts, "In the Guangxi Province."
21      A.   Yes.
22      Q.   If you look down the citation, you say,
23  after it, it says, "In 'Talc Geology, Resources,
24  Production and Market Study, Guangxi Autonomous Region,'
25  asbestos was discovered in fractures of the talc ore

Page 195

1  body of the Maanshan talc deposit located in the
2  Shanglin region."
3         Did I read that right, or close enough,
4  anyway, on the pronunciations?
5      A.   Yes.
6      Q.   Did Johnson & Johnson ever use talc from
7  the Maanshan deposit?
8      A.   I'm not sure.  I'm confused by that, the
9  Chinese words, so I'm not sure.  But, again, there
10  was -- so I don't know for sure, but there was a paucity
11  of data relating to Chinese, I think.
12      Q.   You specifically state, if you look back
13  at page 8 --
14      A.   I forget.
15      Q.   -- of your report, you state, "2002 to
16  present:  Zhizhua Mine, Guigang Province, China.
17  Product Name:  Guangxi No. 2 and Guangxi No. 2A"
18      A.   Yeah.  Those are two.
19      Q.   Maanshan is not the Guangxi mine that's
20  mentioned there, correct?
21      A.   Correct.
22      Q.   And you have no evidence that Johnson &
23  Johnson ever sourced talc from the Maanshan deposit?
24         MS. SCOTT:  Objection.
25      A.   Correct.  But as I understand it, the

Page 196

1  deposits are geologically related, to the best of my
2  ability.  Again, there is some paucity of data, but it
3  seemed, from what I could gather, that these are
4  geologically related.
5  BY MR. FROST:
6      Q.   So sitting here today, you can tell me
7  that you've specifically looked at the Maanshan deposit
8  and the -- I apologize to the court reporter for these
9  names -- and Zhizhua Mine, and you're confident and you
10  can tell me that you have seen sources that shows those
11  two exact deposits are similar and come from the same
12  areas?  And if that's true, what's your source?
13      A.   Let me -- so...
14         MS. O'DELL:  Objection.
15      A.   So asbestos was discovered and fractures
16  of the talc ore body of the Maanshan deposit looking in
17  the Shanglin region.  And the question is am I certain
18  that talc --
19  BY MR. FROST:
20      Q.   You just told me that you've seen
21  something that says Maanshan is the same geological
22  formation?
23      A.   Can we look at 413792?
24      Q.   I don't have it.  Is that the one we just
25  looked at, though?

Page 197

1         MS. SCOTT:  No.
2         MR. FROST:  A different one.  I don't
3  have it, so, no.  I mean, you guys can do it
4  during your time.
5         MS. O'DELL:  If he wants to see the
6  document and it's available to him --
7         All right.  If he has it.
8      A.   Can we?  So it's Imerys 413792, Imerys.
9         VIDEOGRAPHER:  Watch your mic.  Doctor,
10  watch your mic.
11      A.   That's 413792.  413792.  It is a JNL.
12  BY MR. FROST:
13      Q.   No.  It is an Imerys.
14         VIDEOGRAPHER:  Do you want to go off the
15  record?
16         MR. FROST:  Let's go off the record,
17  please.
18         VIDEOGRAPHER:  We're now going off
19  record.  The time is 3:32.
20         (Recess taken from 3:32 to 3:39.)
21         VIDEOGRAPHER:  We're now back on record.
22  The time is 3:39.
23  BY MR. FROST:
24      Q.   Okay.  So do you believe this document
25  supports that the geology of Zhizhua and Maanshan are

50 (Pages 194 to 197)

Mark Krekeler, Ph.D.

| Page 198 | Page 200 |
|---|---|
| 1  the same? | 1  anything to refute that statement? |
| 2      A.   So Guangxi is an autonomous region. | 2          MS. SCOTT:  Objection. |
| 3      Q.   Okay. | 3      A.   I have nothing to refute or endorse.  I |
| 4      A.   And there are different mines within that | 4  do know the geology of China is very chopped up.  It's |
| 5  autonomous region. | 5  extremely complex.  So you can have areas that are |
| 6      Q.   So, again, do you have anything that | 6  geologically connected that are distant from each other. |
| 7  shows me that the formation at the Zhizhua Mine are the | 7  So Tianchen is a basin area in north central China.  I |
| 8  same as the Maanshan mine? | 8  have colleagues that work there, and, essentially, there |
| 9      A.   No.  I don't think so, or I'm unclear. | 9  are major displacements that occur. |
| 10  I'm confused by the names. | 10         So, again, I didn't have details of |
| 11     Q.   All right.  That's fine.  Moving on to | 11  China, but, essentially, China is very complex, and you |
| 12  page 11, the paragraph that starts about halfway down | 12  can have parts of the geology disperse.  Yes, I was not |
| 13  the page, "Beginning in July of 2004." | 13  aware that they were separated by geographic distance. |
| 14     A.   Uh-huh. | 14  That doesn't preclude that. |
| 15     Q.   And then the next two paragraphs sort of | 15  BY MR. FROST: |
| 16  preceding that, do you agree with me that these all | 16     Q.   Well, I was going to say without |
| 17  relate to a mine visit in the Liboshikuang Mine of the | 17  speculating, your can't tell me whether or not the talc |
| 18  Shandong Province? | 18  districts of Hubei and Shandong are the same as the talc |
| 19     A.   I'm confused by the names.  I would need | 19  district in Guangxi, for example, correct? |
| 20  to look at the document. | 20         MS. SCOTT:  Objection. |
| 21     Q.   Yeah.  And Hubei and Shandong.  Well, | 21  BY MR. FROST: |
| 22  here.  We'll start with the first paragraph.  "Beginning | 22     Q.   Sitting here today -- |
| 23  in ... 2004, Rio Tinto began investigating talc | 23     A.   Correct.  But the statement as "Rio Tinto |
| 24  operations and talc potential in the provinces of Hubei | 24  began investigating talc operations and talc potential |
| 25  and Shandong."  Did I read that correctly? | 25  in the provinces of Hubei and Shandong." |

| Page 199 | Page 201 |
|---|---|
| 1      A.   Yeah.  So, to my knowledge, that | 1      Q.   Yes.  Just answer my questions, okay? |
| 2  paragraph is correct. | 2  And, again, there's no evidence that talc ever came from |
| 3      Q.   But I didn't ask if it was correct. | 3  Hubei and Shandong that was used in Johnson & Johnson |
| 4      A.   Okay. | 4  talcum powder.  You, sitting here today, without |
| 5      Q.   My question is:  Do you agree with me | 5  speculating, can't tell me that Johnson & Johnson ever |
| 6  that Hubei and Shandong are different areas of China | 6  used talc that came from Hubei and Shandong, correct? |
| 7  than Guangxi? | 7      A.   Correct. |
| 8          MS. SCOTT:  Objection. | 8      Q.   And then it continues on, and it starts |
| 9      A.   I don't know. | 9  talking about the detailed visit to the Liboshikuang |
| 10  BY MR. FROST: | 10  Mine in the Shandong province, correct?  It's two |
| 11     Q.   Okay.  Did you ever look up Hubei and | 11  paragraphs down.  It talks about the field report and |
| 12  Shandong and compare them to where Guangxi sits? | 12  "the report detailed a visit? |
| 13     A.   I don't remember.  If I did, I -- you | 13     A.   The second paragraph on the bottom? |
| 14  know, I got -- the nomenclature, the names were | 14     Q.   Yes. |
| 15  confusing.  So I did -- I try to look at Google Earth | 15     A.   In Shandong?  Okay. |
| 16  and figure things out.  But, again, I don't think there | 16     Q.   Okay.  And, again, it talks about a mine |
| 17  was, like, a location map that was provided.  The data | 17  that you have no evidence whatsoever whether or not this |
| 18  from China was very limited.  There's no -- I don't | 18  has any geological similarity to the Shandong province |
| 19  think there's any GPS coordinates, which is another | 19  or the Guangxi province, correct? |
| 20  thing that's kind of odd.  Okay.  Go ahead. | 20         MS. SCOTT:  Objection. |
| 21     Q.   If I were to represent to you that | 21     A.   Specifically, no.  There is no data that |
| 22  they're about 2,000 kilometers away from each other, the | 22  was -- |
| 23  Hubei and Shandong are coastal by Shanghai and Guangxi | 23  BY MR. FROST: |
| 24  is southern and internal and they're about | 24     Q.   So what I'm getting at here is I'm a |
| 25  2,000 kilometers away from each other, would you have | 25  little confused why we're talking about talc districts |

51 (Pages 198 to 201)

Mark Krekeler, Ph.D.

| Page 202 |
|---|

1  upon which you have no data that are thousands of
2  kilometers away from the mine actually being used by
3  Johnson & Johnson.
4          MS. SCOTT:  Form.
5      A.   Because just like in, as you pointed out
6  for the Appalachians, we have this very large district
7  that extends hundreds of kilometers.  Based on the
8  limited data that was available to me, it's likely that,
9  essentially, talc deposits are genetically related in
10  some way.
11  BY MR. FROST:
12      Q.   Except that didn't you just tell me
13  without speculating --
14          MS. O'DELL:  Excuse me.
15          MR. FROST:  Old on.
16          MS. O'DELL:  He was not finished.
17      A.   So, basically, it's reasonable, you know,
18  so if you have -- you know, you have a deposit of
19  something, and you have similar deposits of that same
20  something, that it's reasonable that you would expect
21  there to be some connection or relationship.  That's
22  something that we do in geology all the time,
23  essentially develop hypotheses as far as spatial
24  relationships of things.
25          So, basically, the fact that there's

| Page 203 |
|---|

1  60 percent white talc and 40 percent black talc with the
2  latter having obvious tremolite association, so that's,
3  okay, one thing.  And then, notably, it was associated
4  with amphibolite-grade metamorphism.  Therefore,
5  Johnson & Johnson and Imerys had information regarding
6  tremolite's presence in the region.
7          And if you had indication of the presence
8  of something in the region, you know, you might exclude
9  that or you would want to do further exploration to sort
10  of constrain, as we mentioned earlier, with mining, we
11  want to define what's not there and what is there.
12  BY MR. FROST:
13      Q.   But here's where I'm going stop you.  All
14  of this concerns a region that's thousands of kilometers
15  away from the region that's actually being mined, right?
16          MS. SCOTT:  Objection.
17  BY MR. FROST:
18      Q.   So what does any of this actually have
19  anything to do, without speculating, about the talc
20  coming from the Zhizhua Mine in the Guangxi Province?
21          MS. SCOTT:  Objection.
22      A.   The geology can be potentially related.
23  BY MR. FROST:
24      Q.   See, we're talking about can be here, but
25  you're speculating, right?

| Page 204 |
|---|

1          MS. SCOTT:  Objection.
2  BY MR. FROST:
3      Q.   You don't know one way or the other; is
4  that correct?
5          MS. SCOTT:  Objection.
6          MS. O'DELL:  Objection.
7      A.   With a hundred percent degree of
8  certainty, sure.  But, geologically, it makes sense that
9  things would be related.
10  BY MR. FROST:
11      Q.   Okay.  And that's based on what studies
12  have you looked at in China that show you can make the
13  leap to say that these regions that you don't --
14      A.   That's --
15      Q.   Hold on -- that you don't know anything
16  about are related?
17          MS. SCOTT:  Objection.
18      A.   I base that on, essentially, just the
19  nature of tectonics on the planet.  Essentially, there's
20  no peer review literature.
21  BY MR. FROST:
22      Q.   Turn to page 12.  It's the first full
23  paragraph.  "I have reviewed multiple documents."  It is
24  the paragraph that starts there.  Do you see where I am?
25      A.   Yes.

| Page 205 |
|---|

1      Q.   Where is it?  The third sentence.  You
2  know that "The practices and procedures defendants' talc
3  fall short of satisfying international standards of
4  quality and purity."  What international standards of
5  quality and purity are you talking about here that you
6  didn't cite?
7      A.   So industrial mineral companies,
8  basically, we used the peer-review literature, and
9  essentially, things are developed internally to assure
10  that you have variability or control, and so it's
11  commonly done that you run multiple x-ray diffraction
12  analyses on materials, for example.  So a company I work
13  closely with in Virginia, or have historically, they
14  analyze 200 samples a day, essentially, and they do that
15  with powder diffraction and, also, XRF.
16          There's analytical technologies that
17  exist that you can do rapid XRF analyses with a handheld
18  device, and that's been around since the early 2000s.
19  So, basically, the peer-review literature is one general
20  way of doing things.
21      Q.   And then -- well, hold on.  We'll start
22  there.  What studies?  Can you point me a single study
23  that talks about the international standards of quality
24  and purity that weren't met here?
25          MS. SCOTT:  Objection.

Mark Krekeler, Ph.D.

Page 206

1    A.   So methods are communicated verbally in
2  industrial mineral companies. So, basically, by
3  interacting with companies, I know, basically, that you
4  analyze things repeatedly, repeatedly trying to
5  constrain the variability. Things aren't necessarily,
6  as far as what individual companies do, they look to the
7  peer-review literature to use or learn what analyses are
8  done and how they are executed.
9        As far as the numbers of things, that's
10  something that's decided by companies, and basically,
11  using general statistical approaches, they want to know
12  what the variation is. So companies that I work with,
13  they commonly will analyze hundreds of, a couple hundred
14  samples a day or a week.
15       Other companies I know, they have
16  dedicated labs that basically analyze hundreds of
17  thousands of samples a week, and it's expected that they
18  maintain that level because, eventually, they can get
19  sold or bought, so they want to be able to prove the
20  reserves and the historical thing. So that's -- that's
21  kind of the international standard is sort of multiple
22  things. It's by experience.
23    Q.   Here's what I want to get at. If I want
24  to know what the international standards of quality and
25  purity are, you're telling me there's not any document I

Page 207

1  can go to, any regulation or anything out there. I'm
2  trying to get the basis for your opinion here, and the
3  basis for your opinion here is Dr. Krekeler had told me
4  it's wrong and here's why, and you can't point to any
5  study --
6    A.   So --
7        MS. O'DELL: Let him finish.
8        THE WITNESS: Okay.
9  BY MR. FROST:
10    Q.   -- regulation, mine document, anything
11  out there to support your basis. It's just I, Mark
12  Krekeler, am telling you this. You should believe me.
13       MS. SCOTT: Objection.
14    A.   So Gy and the reference. Gy 79 is
15  something that's used sampling of particulate materials
16  there in practice.
17  BY MR. FROST:
18    Q.   Let's talk about Gy. Gy is about gold
19  mining, right?
20    A.   Gy is about sampling of particulate
21  materials.
22    Q.   Related to gold mining, right?
23    A.   I don't recall specifically. Was it
24  Afewu? I believe the Afewu.
25    Q.   If you look at Afewu, I can mark that for

Page 208

1  you if you want.
2    A.   Yeah. I need to look at it, but I think
3  that might be related to gold mining, but Gy is
4  something that's used in general.
5    Q.   Is Gy a universally adopted standard for
6  mining practices around the world?
7    A.   I think it's commonly used. Again, every
8  company has their own.
9    Q.   Why don't we look at Afewu, but, again,
10  you agree with me that Gy is one. There are probably
11  hundreds, if not thousands, of competing theories and
12  methodologies, right?
13       MS. SCOTT: Objection.
14       MS. O'DELL: Objection.
15    A.   I don't think that's an accurate
16  statement.
17  BY MR. FROST:
18    Q.   But it's certainly not the only one,
19  right?
20    A.   Others exist.
21    Q.   So you can't tell me that Gy is the
22  universal standard for talc mining, right, and that
23  that's the standard that companies have to follow?
24  That's the, quote, international standard of quality and
25  purity?

Page 209

1        MS. SCOTT: Objection.
2    A.   I think it's relevant.
3  BY MR. FROST:
4    Q.   We'll mark Afewu. We talked about Afewu.
5    A.   So if you're mining --
6    Q.   There's not a question pending, sir.
7    A.   Okay. Sorry.
8        MS. O'DELL: This is 20?
9        MR. FROST: 18.
10       COURT REPORTER: 19.
11       MR. FROST: 19?
12       COURT REPORTER: Yes.
13       (Exhibit 19 was marked for
14       identification.)
15  BY MR. FROST:
16    Q.   On the first page, it's page 299 on the
17  first column. It's the paragraph that starts, "An
18  essential condition of any sample."
19    A.   Okay. I found the paragraph.
20    Q.   Okay. About halfway through, it starts
21  talking about the Gy paper. "A number of approaches
22  have been proposed to address these problems. The most
23  notable one is the work of Gy." Do you see where I am?
24    A.   Yes.
25    Q.   After that, it says, "Most practitioners

53 (Pages 206 to 209)

Mark Krekeler, Ph.D.

Page 210

1    have used this model for gold ores, though, without much
2    fulfillment in the results."  Am I reading that
3    correctly?
4        A.    You're reading what they've said.
5        Q.    Okay.
6        A.    But, yeah.
7        Q.    And you agree with me that there are laws
8    and regulations that relate to mining standards, how
9    mining has to be done, things of that nature, correct?
10        A.    There are -- there's a code of mining
11    regulations.  To my knowledge, there's not a specific
12    code as far as what's required for sampling.  It's my
13    experience that, essentially, it's based on indications
14    from peer-reviewed literature, the concerns the company
15    has had as far as maintaining quality of their product,
16    so these are the standards that are set.  Some companies
17    will have, essentially, internal protocols and standards
18    that are applied, and they're international companies,
19    so this is applied by international.
20        Q.    So you don't believe there are any
21    regulations that relate to any miners that talk about
22    requirements of sampling?
23        MS. SCOTT:  Objection.
24        A.    At this point, I don't remember.  I
25    don't --

Page 211

1    BY MR. FROST:
2        Q.    "I don't know" is a fine answer, sir.
3        A.    Yeah.  I don't know with certainty.
4        Q.    Okay.  And I think we established this
5    morning, you're not a regulatory expert?  You're not a
6    mine regulations expert?
7        A.    Yeah.
8        Q.    Okay.  So at this point, you just don't
9    know.  Have you ever heard of the organization JORC,
10    J-O-R-C?
11        A.    What's that?
12        Q.    JORC, J-O-R-C.  I think it's the Joint
13    Regulatory Commission, something like that.
14        A.    No, I have not.
15        Q.    Do you recall seeing, in several of the
16    Imerys documents, that they were doing sampling to
17    various JORAC regulatory specifications?
18        A.    No, I do not remember seeing.
19        Q.    And you have no idea what any of the
20    sampling regulations that they're applying for would be?
21    That's correct?
22        MS. O'DELL:  Object to the form.
23        A.    Yeah.  I'm not familiar with that.
24    BY MR. FROST:
25        Q.    While we're talking about Gy, I read the

Page 212

1    Gy paper, and he talks about running Gy analysis of the
2    samples to determine whether or not they're
3    representative.  Is that a fair sort of, really high
4    level synopsis of what he's talking about?
5        A.    Yes.
6        Q.    And in forming your opinions, I take it
7    you rely -- I mean, we've talked about Gy.  You're
8    relying on the Gy theory, right?  Is it a theory?  Is I
9    don't know what the right word to call it is.  Is it
10    mine theory?
11        A.    It is an approach.
12        Q.    Mine approach?
13        A.    Yeah.  It's very dense mathematically.
14        Q.    I will agree with you there.  And you're
15    effectively relying on the Gy approach in forming your
16    opinions about the mining sampling practices, correct?
17        A.    It is one of them.  It is one approach,
18    yes.
19        Q.    And Afewu and Lewis is another one you
20    cite, too?
21        A.    It's another example.
22        Q.    And Afewu and Lewis also is another
23    mathematical geostatistical computation to determine
24    whether or not sampling is adequate and representative,
25    correct?

Page 213

1        A.    Yes.  That's another approach.
2        Q.    Have you actually run any of the
3    geostatistical calculations in this case to determine
4    whether or not the sampling that was being done by
5    Imerys and Johnson & Johnson is adequate?
6        MS. SCOTT:  Objection.
7        A.    No, I have not.  But I do note that I did
8    not see evidence of it either.
9        MR. FROST:  Move to strike.  No question
10    was pending.
11    BY MR. FROST:
12        Q.    While we're on mining, let's talk about
13    it a little bit.  Do you agree with me that mining
14    companies do not mill -- sorry.  Let me try again.  I
15    used the wrong word.  Do you agree with me that mining
16    companies do not drill the entire deposit all at once?
17        MS. O'DELL:  Object to the form.  Do you
18    mean --
19    BY MR. FROST:
20        Q.    When they're doing core sampling?
21        A.    They will -- it depends.  So if there's
22    field indications that things are looking good and they
23    want to establish things, then there would be a reason
24    to drill the entire deposit if it's small.  But, yeah,
25    if you have a large deposit, you would drill that in

54 (Pages 210 to 213)

Mark Krekeler, Ph.D.

Page 214

1  phases.
2      Q.    And you'd sort of do it as the mine
3  develops, right, as the -- as you're following the
4  deposit?  You -- a really untechnical way of saying it
5  is, effectively, you're drilling ahead of where you are
6  so you know where you can keep going, right?
7          MS. SCOTT:  Objection.
8      A.    It -- sometimes it's more complex than
9  that.  So, basically, people gain investment for
10  exploration and it's -- you know, the investors are set
11  on doing things one particular way because of what they
12  believe.  So there's variation in that.
13      Q.    Okay.  And you agree that additional --
14  you know, one of the reasons you do additional coring,
15  additional drilling, is to further refine the mine plan,
16  the mine schedule, things like that?
17      A.    Yes.  So, often, coring will be done
18  every day in certain situations.  So that's the case in
19  some palygorskite deposits in Georgia, and that's also
20  the case in Brown Mountain Mine and other, other
21  situations, yes.  They'll drill daily and produce lots
22  of core.
23      Q.    And, ultimately, mine operators are
24  drilling a mine site in order to determine what the ore
25  body itself actually looks like, right?

Page 215

1      A.    As well as other areas of concern.  So I
2  gave the example on the Stebbins Hill for Brown
3  Mountain.  And they, you know, they have extensive
4  amounts of core.  They filled an entire high school,
5  abandoned high school, with core.
6      Q.    Where you mine -- or sorry.  Where you
7  drill, when you drill, what angle you're drilling at, et
8  cetera, all these are very complicated.  You know, in a
9  complicated ore body, where you drill, when you drill,
10  the angles you drill at, these are all dictated by lots
11  of factors, including topography, access to certain
12  areas, things of that nature.  Do you agree with that
13  statement?
14          MS. O'DELL:  Objection.
15      A.    Not necessarily.  You may -- people want
16  to essentially have a good, even distribution so they
17  try to drill on a grid, you know, if possible.
18  BY MR. FROST:
19      Q.    Okay.  As you said, not necessarily.  It
20  all depends, sort of, what you're seeing and what you're
21  looking for, correct?  There's no one way to drill core
22  and ore body, right?
23      A.    There's multiple ways, but, you know,
24  using -- essentially having something that is
25  representative is reasonable.  And one determining

Page 216

1  factor is the scale of the geologic features that are
2  involved in the deposit.  So, generally, you want to
3  have a core density such that you can capture those
4  scales of features.
5      Q.    And that's ore deposit -- by "ore
6  deposit," depending, right, what you have to do to
7  capture those features?  Effectively, every mine is
8  different; is that a fair synopsis?
9          MS. SCOTT:  Objection.
10      A.    The -- it depends on the local geology,
11  but it still must be representative based on the
12  features you're trying to capture.
13  BY MR. FROST:
14      Q.    Okay.  I think we're saying the same
15  thing.  You're just adding a lot more words, right?
16      A.    Okay.
17      Q.    But it depends on the local geology what
18  the deposit looks like because every deposit is
19  different, right?
20          MS. SCOTT:  Objection.
21      A.    You can have similar deposits, but, yeah,
22  every deposit is in a different location.
23  BY MR. FROST:
24      Q.    Sure.  And there are different shapes and
25  sizes, right?

Page 217

1      A.    Yes.
2      Q.    So because of that, you have to drill
3  appropriate to the deposit that you're coring, correct?
4      A.    Yes.
5      Q.    And that's a determination that's usually
6  made by the on-site geologist or by the company that's
7  mining.  You know, hopefully, they're consulting with
8  somebody who understands the geology to determine where
9  to drill.  Is that also a fair statement?
10          MS. SCOTT:  Objection.
11      A.    Ultimately, the company is responsible
12  for how it drills, yes.
13  BY MR. FROST:
14      Q.    Okay.  Turn back to page 12 of your
15  report.  It's the third paragraph.  You note that, "The
16  practice of hand sorting is not acceptable in the United
17  States."  Do you have any law or regulation that you're
18  pointing to that says that's inappropriate?
19          MS. SCOTT:  Objection.
20      A.    No.  But, you know, the companies I work
21  with wouldn't do that with something of this complexity.
22  BY MR. FROST:
23      Q.    And you've never worked with talc before,
24  right?  You've never worked with a company that mines
25  talc?

55 (Pages 214 to 217)

Mark Krekeler, Ph.D.

Page 218

```
 1      A.   Correct.
 2      Q.   Okay.  The next paragraph down, the -- I
 3  believe this is an email.  Maybe I'll just mark the
 4  document.  It might be easier.
 5           MR. FROST:  We'll mark this one.  I think
 6      we're on 20.
 7           COURT REPORTER:  20.
 8           (Exhibit 20 was marked for
 9           identification.)
10  BY MR. FROST:
11      Q.   Do you see where you are in your report
12  on page 12?
13      A.   I'm checking to see.  I'll go back.
14      Q.   Sorry.
15      A.   Go back to 12.  So 517.  Okay.
16      Q.   And this is -- you're quoting here from
17  an email --
18      A    Okay.
19      Q    -- from Mr. Cutler?  Do you see where we
20  are?
21      A.   Yes.
22      Q.   Okay.  So you quote a portion of this
23  email from Mr. Cutler, right?  And then the next
24  paragraph down, you go, "Cutler goes on to say, 'In
25  principle, the inspection is enough to guarantee the
```

Page 219

```
 1  requested specs to insure no fibers.'"  And then, after
 2  that, you make the opinion, "That practice falls below
 3  the standards of quality control in mining operations in
 4  the United States, and it does not guarantee the absence
 5  of fibers, such as asbestos or fibrous talc."  Did I
 6  read that correctly?
 7      A.   Yes.
 8      Q.   Okay.  If you look up at the quote from
 9  Mr. Cutler's email and if you turn to the email itself,
10  it's the bottom of page 5147.  This is not a complete
11  quote from Mr. Cutler's email, correct?
12           MS. SCOTT:  Objection.
13      A.   Let me find -- so where is it on 5147?
14  BY MR. FROST:
15      Q.   It's at the bottom.
16           MS. SCOTT:  It's in B.
17  BY MR. FROST:
18      Q.   Yeah, it's in B.
19      A.   So "In principle, this inspection is
20  enough to guarantee the requested specs and insure no
21  fibers."
22      Q.   Okay.  But do you see above that your
23  block quote?  So what I find interesting is the part you
24  left out of Mr. Cutler's email is actually the part that
25  talks about the testing for fibers.  If you look at the
```

Page 220

```
 1  bottom of 5147 -- I'll go two lines up.  I'll start
 2  there.  There's some stuff above it, but it starts,
 3  "During unloading, a representative industrial sample
 4  (at least 25mt) is processed in the plant at various
 5  meshes and sent to our central Denver lab to be analyzed
 6  for main specs (whiteness, mineralogy, chemical
 7  composition, major elements and traces).  Fibers
 8  investigation is carried out systematically.  The lot is
 9  quarantined, waiting the lab results."  Don't you agree
10  with me that's the most important piece of what Cutler
11  is saying there --
12           MS. SCOTT:  Objection.
13  BY MR. FROST:
14      Q.   -- for purposes of your opinion that it
15  does not guarantee the absence of fibers or asbestos and
16  fibrous talc?
17           MS. SCOTT:  Objection.
18      A.   So when the cargo arrives at destination,
19  so that's after it's been hand picked, right?
20  BY MR. FROST:
21      Q.   Sure.  What I'm saying here is:  You use
22  the quote you have above as a basis for your --
23      A.   So they're not -- I'm stating --
24      Q.   Let me finish, sir.
25      A.   Okay.  I'm sorry.  Sorry.
```

Page 221

```
 1      Q.   So you use the quote above here as the
 2  basis for your statement that the practice falls below
 3  the standards of quality in mine operations in the
 4  United States and does not guarantee the absence of
 5  fibers such as asbestos and fibrous talc, but left out
 6  of the quote you're taking from the email is the
 7  specific part of the testing that talks about the
 8  testing for fibers in the talc.  Am I correct or
 9  incorrect?
10      A.   I did not include that portion in the
11  quote.
12      Q.   Okay.  Let's move on.
13      A.   I --
14      Q.   All right.  Moving on.
15      A    Okay.
16           MS. SCOTT:  If he's not done with his
17      answer, let him finish his answer.
18      A.   But, yeah, I'm not.  So it is -- you
19  know, if you're mining material and then you have a
20  point of shipment, you would want to test that at that
21  point of shipment in case you find something later.  You
22  would be able to identify where in the supply chain an
23  issue occurred.  So is this -- you know, is this shipped
24  by a ship, correct?  Right?  So multiple things can be
25  put into a ship cargo.  You can have a whole crate of
```

Mark Krekeler, Ph.D.

Page 222

1  asbestos, you know, from Indiana or Russia or some other
2  place or some other material that is mixed in. So, to
3  me, it really does make sense that at the stage of when
4  it leaves the port, you would want to have some quality
5  control so --
6  BY MR. FROST:
7      Q.   Here's my question. Isn't that exactly
8  the part that you left out of the quote? Isn't it
9  disingenuous that you left out the fibrous talc?
10     A.   As I read it, as I read it --
11         MS. O'DELL: Dr. Krekeler, he's not done.
12     A.   Oh, I'm sorry. Sorry.
13 BY MR. FROST:
14     Q.   Don't you agree with me that it's
15 disingenuous to leave out the specific portion of the
16 quote that talks about the testing that's done once the
17 talc arrives at port in Houston when you're making,
18 based on that quote, the opinion that it does not
19 guarantee the absence of fibers and falls short?
20         MS. SCOTT: Objection. Misrepresents.
21     A.   Yeah. I say it's in the report for the
22 reasons I provided.
23 BY MR. FROST:
24     Q.   Okay. All right. Let's move on.
25         MR. FROST: Actually, if you want, I

Page 223

1  don't know how long we've been going. This is
2  probably a good time for a break. I'm changing
3  subjects.
4          MS. SCOTT: Sure. Great.
5          VIDEOGRAPHER: We are now going off
6  record. The time is 4:12.
7          (A recess was taken from 4:12 to 4:38.)
8          VIDEOGRAPHER: We're now back on record,
9  and the time is 4:38.
10 BY MR. FROST:
11     Q.   I'm going to move back to page 12 --
12     A.   Okay.
13     Q.   -- of your report. The last full
14 paragraph on page 12, sir, it's a document entitled
15 "Quality Control."
16     A.   Okay.
17     Q.   Okay. And you note, "This document
18 includes procedures related to Guangxi Number 1 and
19 Number 2A, the talc ore purchased by Defendants for use
20 in Johnson's Baby Powder and Shower to Shower products.
21 Again, the procedure calls for samples to be ground
22 prior to testing a protocol that will disrupt the
23 physical properties of the talc ore, making detection of
24 harmful contaminants, including asbestos, much more
25 difficult." Did I read that right?

Page 224

1      A.   Yes.
2      Q.   Okay. What is the basis that grinding
3  the sample before testing will make it much more
4  difficult to --
5      A.   So talc is a phyllosilicate mineral.
6  It's a two-to-one layer clay. Essentially, the
7  structure is held together by long hydrogen bonds and it
8  is mechanically very soft. So, basically,
9  phyllosilicates have essentially delicate structures and
10 they need to be prepared in specific ways so grinding is
11 a rotary motion and what that does is -- the crystal
12 structure is shown here for talc.
13         So what that does is it takes these
14 two-to-one layers. When you grind, you displace, you
15 know, essentially, a rotation of the crystal structure,
16 and that rotation of the crystal structure basically
17 destroys the crystallographic coherency through the clay
18 particle. So if you are -- essentially, for x-ray
19 analysis, you're supposed to crush materials. So crush
20 is specifically an up-and-down motion. And, basically,
21 it's easy to do with talc. You crush it in this
22 up-and-down motion, typically in an agate mortar and
23 pestle.
24         And then so, basically, what happens is
25 you also have other potential contaminants such as

Page 225

1  chrysotile. Chrysotile is a one-to-one layer
2  serpentine. It is coiled because the octahedral sheet
3  and the tetrahedral sheet don't match up. So there's
4  other serpentines such as antigorite, lizardite,
5  crocidolites, other things like that.
6          So what needs to happen is, again, that
7  needs to be prepared in a crush method, not a rotary,
8  not ground. So grinding -- ground, grinding -- those
9  words have specific meanings in the context of
10 phyllosilicates. It's been well, recognized, and I
11 provide several references elsewhere in the report.
12         So essentially what happens is x-ray
13 diffraction has detection limits, and for many
14 materials, such as quartz, that are very crystalline,
15 your detection limit is approximately about a tenth of a
16 weight percent, and that's generally understood. That's
17 a long-standing detection limit.
18         Clay minerals, in general, the
19 phyllosilicates, in general, those materials typically
20 have a detection limit that is at least a few weight
21 percent, in part because they start off as essentially
22 poorly crystalline material. So if you take a talc or a
23 chlorite and you compare that to another, you know, a
24 mineral such as a pyroxene, the overall crystallinity of
25 the pyroxene is much, much more than the talc or the

Mark Krekeler, Ph.D.

Page 226

1   chlorite. So and then there's also many issues with --
2   the minerals are just very sensitive, and they naturally
3   have disorder.
4          For example, chlorite theoretically can
5   have 1,024 different arrangements of the layers of atoms
6   in the structure, two-layer structure. So, basically,
7   the crushing and grinding, you can grind -- if you have,
8   let's say you have 4 percent chrysotile and 96 percent
9   talc and you have that sample and you grind it, and
10  essentially, you are destroying the crystal structures
11  of both, and you only have, essentially, a 1 percent or
12  so that is still crystalline or maybe none of it is
13  crystalline.
14         You can grind, actually do experiments
15  and grind things to be amorphous. We did this when I
16  was a Ph.D. student. He had us hammer home the point.
17  But, basically, so the net effect is is when you grind
18  stuff, you deflate the detection limit of materials that
19  are there.
20         It's already a problem -- you know,
21  chrysotile is already problematic because, essentially,
22  the shape of it. So it's a difficult material to work
23  with. When you grind those materials, you will end up
24  with, essentially, stuff that won't diffract. So,
25  therefore, with powder x-ray diffraction, you cannot be

Page 227

1   assured that what you're measuring that you detect. So
2   that's the issue with grounding.
3          Q.    Okay. So let me start here. Amphiboles
4   aren't phyllosilicates, correct, amphibile minerals?
5          MS. O'DELL: Amphiboles.
6   BY MR. FROST:
7          Q.    Or amphiboles.
8          A.    They're part of the biopyriboles.
9          Q     Okay.
10         A     So but they are not a --
11         Q.    It's not phyllosilicate, correct?
12         A.    Correct.
13         Q.    And, again, the point of XRD, the
14  testing, is to determine whether or not there are
15  amphibole particles in the talc. Is that also correct?
16         MS. SCOTT: Objection.
17         A.    Yes.
18  BY MR. FROST:
19         Q.    Okay. So what you're talking about here
20  is we'd ruin the talc and it would be hard, but we don't
21  care because we know talc is in there. What we're
22  looking for are amphiboles, right? So crushing isn't
23  going to be a problem with identifying the amphiboles,
24  because they aren't subject to smear and amorphousness,
25  if that's the right word, but becoming amorphous through

Page 228

1   crush and smear, correct?
2          MS. O'DELL: Objection.
3          A     They would be far less -- I think the
4   proper thing to say is they would be far less
5   susceptible to reduction and crystallinity, but, yeah,
6   the chrysotile would be.
7   BY MR. FROST:
8          Q.    Okay. But, again, chrysotile is not --
9   because of the closeness to talc, XRD is not the primary
10  way of identifying chrysotile, correct?
11         A.    Oh, no.
12         Q.    I'm talking about specific to talc here.
13         A.    Were -- I'm sorry, was the question can
14  you -- the difference --
15         Q.    Not can you, no.
16         A.    -- between talc and chrysotile?
17         Q.    Okay. Let me ask it another way. In the
18  testing that is done of talc to determine whether or not
19  there is asbestos, the way -- the test for chrysotile,
20  you'll agree with me, is PLM, correct?
21         A.    I understand that powder x-ray
22  diffraction is the primary screen.
23         Q.    That's the first screen, correct?
24         A.    Yes.
25         Q.    Okay.

Page 229

1          A.    And then if -- then if there's something
2   that's detected, it then goes to PLM. And then if is
3   something is detected, it goes to TEM. So if you
4   don't -- if you're not -- if you're having, essentially,
5   a false negative because you've ground away the
6   chrysotile, you would not -- you know, as things were
7   described, you wouldn't go on to the other techniques,
8   but you would potentially have tremolite.
9          Q.    Yes. And you're actually going -- again,
10  you've looked at Longo's testing, right?
11         A.    Yes.
12         Q.    So would you invalidate Longo's testing
13  because he crushes and grinds the samples before putting
14  them through his various tests, including XRD?
15         MS. O'DELL: Objection.
16         A.    I -- there might be some differences, but
17  overall, my review of Longo's report, I think it's fine.
18  BY MR. FROST:
19         Q.    Okay. And, again, in looking through
20  Longo's report, despite that he crushed and smeared, did
21  he come up with any amorphous -- you know, did he
22  identify any amorphous figures within the talc?
23         MS. SCOTT: Objection.
24         MS. O'DELL: Object to form.
25         A.    I don't remember specific. I remember

58 (Pages 226 to 229)

Mark Krekeler, Ph.D.

Page 230

1   seeing lots and lots of TEM images by -- there's a lot
2   of TEM images.  I don't remember specifically.
3   BY MR. FROST:
4       Q.   You also agree with me that the amphibole
5   content that you're looking for in baby powder is
6   actually very small.  We're talking about the micron
7   level, correct?
8           MS. O'DELL:  Object to the form.
9       A.   I'm sorry.  What?
10  BY MR. FROST:
11      Q.   We're talking about particles that are
12  measured by microns, not --
13      A.   For?
14      Q.   -- inches or centimeters for the --
15      A.   For what context?
16      Q.   The amphiboles --
17      A.   The amphiboles?
18      Q.   -- that would be located in ground talcum
19  powder.
20      A.   I'm sorry.  I'm unclear on the question.
21  Can I --
22      Q.   I'll just ask it again.
23      A.   Well, I would prefer to read, if that's
24  okay.
25      Q.   Well, I'd prefer to reask you the, ask

Page 231

1   you a different question, sir.
2       A.   Okay.  All right.  Good.
3           MS. O'DELL:  He can ask a different
4       question.
5   BY MR. FROST:
6       Q.   So, again, my question is:  The
7   amphiboles that we care about here, the ones we're
8   finding in the testing of talcum powder, are in microns
9   of size.  They're tiny, correct?
10      A.   They can be, yes.
11      Q.   Okay.  And because they're so small and
12  small by volume, grinding and crushing really isn't a
13  problem because you're not going to affect the
14  crystalline structure of something that small when you
15  grind it.  Do you also agree with that?
16          MS. SCOTT:  Objection.
17      A.   Not necessarily.  It depends on the
18  specific methods of grinding.
19  BY MR. FROST:
20      Q.   And have you seen any evidence in any of
21  the testing that you've looked at in this case that
22  grinding and crushing has caused a problem with smear or
23  amorphous -- I guess it would become an amorphous
24  particle.  I don't know what the right second term would
25  be.  But in any of the testing you've seen done by Longo

Page 232

1   or done by anybody else, have you ever seen any problem
2   with either smear or amorphous?
3           MS. SCOTT:  Object to the form.
4       A.   Yeah.  By the nature of the test, as it's
5   been described, you know, you can't, you can't see -- I
6   want to say you can't see something that is not, that
7   you can't detect.  So amorphous material doesn't
8   diffract x-rays.  So x-rays arise when we have coherent
9   crystallinity that occurs.  And then I'm trying to --
10  BY MR. FROST:
11      Q.   I understand, but let me stop you there.
12  You would see amorphous on TEM or SEM, wouldn't you,
13  when you were looking at images of the talc after it's
14  been prepared for a sample?
15          MS. O'DELL:  Objection.
16      A.   The -- only if you're, only if you're
17  looking for it.  So you need to have electron
18  diffraction data that -- you said if you're only looking
19  for the asbestos materials so you're looking for
20  crystalline materials.  You would not necessarily be
21  looking for amorphous.  So I don't think Longo was
22  tasked with finding amorphous, amorphous
23  phyllosilicates.  I think he --
24  BY MR. FROST:
25      Q.   But I'm confused.  Doesn't Longo

Page 233

1   categorize every particle that was on the TEM grids?
2           MS. O'DELL:  Objection.  In what way?
3           MR. FROST:  He accounts for them on his
4       count sheets.
5   BY MR. FROST:
6       Q.   If you don't know, sir, that's fine, too.
7       A.   I don't remember.
8       Q.   Okay.  That's fine.  We'll move on.
9           Now, sir, are you aware that talcum
10  powder, cosmetic talcum powder specifically is regulated
11  by the FDA?
12          MS. SCOTT:  Objection.
13      A.   I know they have looked at it.  I don't
14  know if they've -- I'm not a regulatory expert.  So I
15  just know that they've looked at it.  I don't know that
16  there's a study on talc.
17  BY MR. FROST:
18      Q.   I'm not talking about regulations,
19  regulations and testings --
20      A.   Oh, okay.  I'm sorry.  Yeah.  No.
21      Q.   Okay.  All right.  Are you aware that
22  there is an FDA sanction testing model called J4-1?
23      A.   No, I'm not.
24      Q.   Okay.  And you don't know whether or not
25  the companies are using J4-1 to test their product

59 (Pages 230 to 233)

Mark Krekeler, Ph.D.

Page 234

```
 1  because that's what's required of them?
 2         MS. O'DELL:  Object to form.
 3         MS. SCOTT:  Object to the form.
 4     A.  No.
 5  BY MR. FROST:
 6     Q.  Okay.  Sir, do you agree with me that
 7  compliance with legal standards is an important
 8  consideration in determining if a mine is being operated
 9  correctly?
10         MS. SCOTT:  Objection.
11     A.  Yes, in general.
12  BY MR. FROST:
13     Q.  And as we said before, you just don't
14  know one way or the other whether or not -- well, I
15  guess, what regulations govern these talc mines and
16  whether or not the companies were abiding by those
17  regulations.  Is that fair?
18         MS. SCOTT:  Object to the form.
19  BY MR. FROST:
20     Q   That's not your area of expertise?
21     A.  Yeah.  I'm not a regulatory expert.
22     Q.  Turn to page 39, I believe, of your
23  report.  One, two, third paragraph down, it says,
24  "Examination of data from several mines."
25     A.  On page 39.  "Examination of data from
```

Page 235

```
 1  several mines," that paragraph?
 2     Q.  Yes, that paragraph.  Let me just orient
 3  myself.  I apologize.
 4         All right.  You note here, "Examination
 5  of data from several mines shows that ore bodies are
 6  very complex, with mixtures of several rock types,
 7  including those likely to have the presence of asbestos
 8  and heavy metals.  These rock types are intimately mixed
 9  with talc ore.  The variation of the bodies of rock
10  differs and significant features may be only one foot
11  thick or less."  Correct?
12     A.  Yes.  That is what it says.
13     Q.  Are you talking about the features there
14  of the talc ore itself or are you talking about the
15  other minerals that might be in the geological
16  formation?
17     A.  So I'm talking about the ore as a whole,
18  including, you know, lithologies that are rich in talc
19  and not as well as the minerals and all the constituents
20  of ore.
21     Q.  So you're talking about the ore body?  I
22  just want to clarify what we're talking about there.
23  All right.
24     A.  Yes.
25     Q.  And that's Footnote 36, is the support
```

Page 236

```
 1  for that statement, correct?
 2     A.  Yes.
 3     Q.  So we'll start at the first cite, which
 4  is Furtron or Furcron, F-u-r-c-r-o-n, and others, 1947,
 5  deposits of Murray -- talc deposits in Murray County,
 6  Georgia, Georgia State Division of Conservation
 7  Department of Mines, Mineralogy, Mining and Geology?
 8     A.  Uh-huh.
 9     Q.  Okay.  You agree with me that they're
10  looking at Georgia mine formations, correct?
11     A.  Yes.
12     Q.  And that would -- they'd have nothing --
13  no opinions or no specifics of what the actual ore body
14  in Vermont looks like or Italy or China, correct?
15         MS. SCOTT:  Objection.
16     A.  Correct.
17  BY MR. FROST:
18     Q.  Okay.  The second citation here is Berg
19  1977, and I think that was the one we identified earlier
20  that was a mis-cite?
21     A.  Yes.  I think it relates to Montana.
22     Q.  All right.  Tab -- the next one is
23  Mark -- where is it?  Sandrone and Zucchetti?
24     A.  So --
25         (Exhibit 21 was marked for
```

Page 237

```
 1         identification.)
 2  BY MR. FROST:
 3     Q.  So it seems like this is talking about
 4  the Italian deposit.
 5     A   Yes.  So, yeah.
 6     Q   You go one, two, three, four.
 7         MR. FROST:  Oh, I apologize I thought he
 8  had the paper in front of him.
 9         COURT REPORTER:  No.
10         MR. FROST:  Oh, I'm sorry.
11  BY MR. FROST:
12     Q   I'll reask the question.  She didn't get
13  it.
14         So the question was:  This paper appears
15  to be dealing with the Italian mines, correct, the
16  Italian deposit?
17     A.  Yes.  Can I state a clarification?
18     Q.  Sure.
19     A.  So this is actually meant as an
20  introduction paragraph.  So several mines, meaning
21  several mines of talc, in general.
22     Q.  Okay.
23     A.  So that sentence does not specifically
24  relate to -- as written doesn't necessarily relate to
25  mines in Vermont but just in general.
```

60 (Pages 234 to 237)

Mark Krekeler, Ph.D.

Page 238

1     Q.    Okay.
2     A.    So --
3     Q.    So it's not a statement --
4     A.    The thing that's gone, the Berg paper
5  shows really intimate associations of, you know,
6  small-scale features.  So it's meant to be general.
7  Sorry.
8     Q.    Okay.  So these aren't talking about any
9  of the mines that we're specifically talking about here:
10  The Vermont mines, the Italian mine and the Chinese
11  mines, the ones at issue on page 7 and 8 --
12     A.    That sentence does --
13     Q    -- of your report?
14     A    -- not refer to those, yes.
15     Q    Turn to page 41 of your report, please.
16  The very -- the sentence that goes from 41 to 42.
17  "Composite sampling is a flawed methodology to
18  adequately" monitor -- sorry.  It's a typo, but --
19  "adequately monitoring for asbestos and toxic metals and
20  should be reserved for products not intended for human
21  consumption or cosmetic use."  And then you cite to the
22  Afewu paper?
23     A.    That is an editorial error.  The Afewu
24  reference is there as its own parenthetical sentence.
25     Q.    So you agree with me --

Page 239

1     A.    I don't -- it's a typo.
2     Q.    Okay.  So you agree with me that Afewu
3  and Lewis don't talk about testing for heavy metals or
4  whether or not ores are meant for human consumption?
5     A.    Correct, yeah.  That's a streaming, a
6  streaming reference.  It's cited where -- it's just
7  stand alone.  There's a period before it and a period
8  after it.  Sorry about that.
9     Q.    That's okay.  All right.  I'm going to
10  turn to the various charts now that are in your report.
11  So as a preliminary question, did you review each of the
12  documents that are listed in the various documents?
13     A.    I looked at all these documents, yes.
14     Q.    Have you ever seen the expert report done
15  by Dr. Cook in this case?
16     A.    Yeah.  I have seen it recently, yes.
17     Q.    It was after you were done drafting your
18  initial and supplemental reports?  Do you know?
19     A.    I believe so.
20     Q.    Okay.  I'll note that Dr. Cook seems to
21  have the exact same lists that you do.  Did you provide
22  these to him?
23     A.    We looked at the same data.  I'm sorry.
24     Q.    Okay.  I was going to say, did you
25  provide the charts that you created to him?

Page 240

1     A.    No, I did not.
2     Q.    Do you know if your counsel provided the
3  charts that you created to Dr. Cook?
4          MS. SCOTT:  Objection.
5     A.    I don't know if they did or not.  I
6  presume not.  He looked at the same -- I think he looked
7  at the same sets of documents.  It doesn't surprise me
8  that --
9  BY MR. FROST:
10     Q.    That they look exactly the same?
11     A     -- they're similar.  I don't know if
12  they're exactly the same.  I didn't --
13     Q     Yeah.  You didn't look at it in detail?
14     A     -- look at Cook's.  I didn't look at
15  Cook's documents in detail.
16     Q.    Bear with me a second.  I have to go to
17  the third box.  It's far away.
18          (Exhibit 22 was marked for
19          identification.)
20          VIDEOGRAPHER:  I'm going to make a
21  general housekeeping announcement.  If you've
22  got a laptop in front of you and you've got a
23  mic on, push it back a little bit and make sure
24  your phones stay away from the mic wires.
25  Thanks.

Page 241

1          MR. FROST:  Can we go off the record for
2  a second?
3          VIDEOGRAPHER:  We're now going off
4  record.  The time is 5:02.
5          (Off the record.)
6          VIDEOGRAPHER:  We are now back on record,
7  and the time is 5:10.
8  BY MR. FROST:
9     Q.    All right, sir.  If you look at page 21
10  of your report, do you see the sample with the date
11  8/22/1985?
12          VIDEOGRAPHER:  I'm sorry, Counsel.  Can
13  you put that notebook lid down?
14          MR. FROST:  Oh.
15          VIDEOGRAPHER:  Thanks.
16          MS. O'DELL:  21.
17     A.    21, and what was the line on the table?
18  BY MR. FROST:
19     Q.    8/22/1985.
20     A.    Yes.
21     Q.    I'll move this binder, so it's out of the
22  way.
23          And that relates to sample WMI 85-28 and
24  WMI 85-30?
25     A.    Yeah, as indicated on the chart.

61 (Pages 238 to 241)

Mark Krekeler, Ph.D.

Page 242

1      Q.    Do you know where Samples 85-28 and 85-30
2   were mined?
3      A.    I'm looking at the document.
4      Q.    Yes.  If you look for the actual
5   document, if you turn to Tab 1 in the book you have
6   there.
7      A.    I have Tab 1.
8      Q.    All right.  Great.
9      A.    All right.  Let me just read.  Yes.  As
10   is common, there's not -- it doesn't say the exact
11   location.
12      Q.    Would it surprise you to learn that these
13   samples came from a mine in San Andreas, California?
14      MS. SCOTT:  Objection.
15      A.    I did not know that.
16   BY MR. FROST:
17      Q.    Turn to Tab 2.  It's a document Bates
18   stamped JNJ 65646.
19      A.    I'm sorry.  Tab 2?
20      Q.    Yeah.  Turn to the second page.
21      A.    Okay.  The second page.
22      Q.    Okay.  And if you look at sample WMI
23   85-28, it notes that it's grade TC-700.  Do you see
24   that?
25      A.    85-28.  Oh, okay.  Yes.

Page 243

1      MS. O'DELL:  What sample are you on in
2   the chart, Jack?  I'm sorry.
3      MR. FROST:  It's WMI 85-28.  It's on page
4   2.
5      MS. O'DELL:  I've got you.  All right.
6   BY MR. FROST:
7      Q.    And then looking down at 85-30, which is
8   the second sample, that is also grade TC-700, correct?
9      A.    Correct.
10      Q.    Okay.  And those are the two samples we
11   saw from the Tab 1 document that appear in the chart,
12   right?
13      A.    Yes.
14      Q.    Okay.  You now can turn to Tab 3, which
15   is a document that starts IMERYS 013723.  If you turn to
16   the third page of it.  The very bottom of the product
17   certification protocol on page 3.  Yeah, I know.  It's
18   tiny.  I apologize.  Do you see where it says, "San
19   Andreas, California, Red Hill Grade," and then it has
20   "TC-700, light" and "dark"?
21      A.    Yes.
22      Q.    Okay.  This clearly indicates that these
23   two samples did not come from one of the Vermont mines
24   or the Italian or the Chinese mines, correct?
25      MS. SCOTT:  Object to the form.

Page 244

1      A.    Presumably, yeah.
2   BY MR. FROST:
3      Q.    On page 12, if you go down to the next
4   sample listed, it's the 4/29/1986 sample.
5      A.    I'm sorry.  Page 12?
6      Q.    I'm sorry.  I meant page 21.  I got it
7   backwards.
8      A.    Page 21.  Okay.  And I'm sorry.  And what
9   was the line?
10      Q.    It's the next one down, 4/29/1986.
11      A.    4/29/1986.  So J&J 182.  So is that --
12      Q.    That's Tab 4.
13      A.    Tab 4.
14      Q.    And do you see in the middle of page
15   we're talking here, it's sample number WMI 85-53, WMI
16   85-55 and WMI 85-57?
17      A.    Yes.
18      Q.    Okay.  And those are the ones that
19   they're talking about in the letter about the chrysotile
20   detection?
21      A.    Yes.
22      Q.    Okay.  Do you know where these samples
23   were mined?
24      A.    We can just check.  No.
25      Q.    Turn to Tab 5, sir.  And that's the

Page 245

1   document with Bates number JNJ 578888.  You can turn to
2   the third page.
3      A.    Where is that on the --
4      Q.    It's on the --
5      A.    Chart?
6      Q.    No.  It's the -- I was just identifying
7   for the record the document.  It's Tab 5 of the binder.
8      A.    Tab 5, yes.
9      Q.    If you turn to the third page --
10      MS. SCOTT:  8890.
11   BY MR. FROST:
12      Q.    Yeah, 8890.
13      A.    Yes.
14      Q.    Okay.  Do you see here on here the WMI
15   85-53 is identified as the grade TC-700?
16      A.    Yes.
17      Q.    And that's the one we just saw that comes
18   from the San Andreas, California, mine, correct?
19      A.    Okay.  Yes.
20      Q.    If you look down at WMI 85-56 and 85-57,
21   which are the other two samples, do you see that one is
22   grade 76 and the other is also grade TC-700?
23      A.    Yes.
24      Q.    Okay.  So for the TC-700, we know that's
25   San Andreas.  If you turn back to Tab --

Mark Krekeler, Ph.D.

| Page 246 | Page 248 |
|---|---|
| 1    MS. O'DELL:  Object to the form. | 1    A.   No, not specifically. |
| 2  BY MR. FROST: | 2    Q.   Okay.  If you turn to Tab 7, that's the |
| 3    Q.   Turn back to Tab 3. | 3  document, it's identified as JNJMX68_2659. |
| 4    MS. O'DELL:  Is that a question? | 4    A.   JNJMX68_2659.  Okay.  Where is it in |
| 5    MR. FROST:  Sure. | 5  the -- |
| 6  BY MR. FROST: | 6    Q.   If you look at the third paragraph. |
| 7    Q.   Do you agree with me that we know from | 7    A.   Okay. |
| 8  looking at the document before that the TC-700 is | 8    Q.   So it's the third and the fifth |
| 9  identified as San Andreas, California? | 9  paragraph. |
| 10    MS. O'DELL:  Object to the form. | 10    A.   "The samples represented both the |
| 11    A.   I don't remember. | 11  industrial materials produced at the Gassetts and West |
| 12  BY MR. FROST: | 12  Windsor." |
| 13    Q.   We're going to turn back there.  It's Tab | 13    Q.   Okay.  If you look down at the fifth |
| 14  3, please, in the binder.  It's the last page of that | 14  paragraph, it says, "In one instance, asbestos was |
| 15  document. | 15  identified, this being associated with sample D-GI |
| 16    A.   Right.  Oh, okay.  Yeah. | 16  produced at the Gassetts Mill." |
| 17    Q.   And do you also see the grade 76? | 17    A.   Okay. |
| 18    A.   76 is listed there as well. | 18    Q.   And do you agree with me that the |
| 19    Q.   Okay. | 19  Gassetts Mill and industrial talc are different than the |
| 20    A.   Okay.  Yes. | 20  cosmetic talcum powder used in Johnson & Johnson Baby |
| 21    Q.   So the samples in this, from this testing | 21  Powder -- or Johnson's Baby Powder and Shower to Shower |
| 22  also did not come from any of the mines utilized by | 22  products? |
| 23  Johnson & Johnson for talcum powder, correct? | 23    A.   The geology is related. |
| 24    MS. O'DELL:  Object to the form. | 24    Q.   Okay.  But specifically the -- this is |
| 25    A.   Okay.  As far as -- yeah. | 25  not talcum powder that ever made it into a bottle of |

| Page 247 | Page 249 |
|---|---|
| 1  BY MR. FROST: | 1  Johnson's Baby Powder or Shower to Shower; is that |
| 2    Q.   Turn to page 19 of your report. | 2  correct? |
| 3    A.   Page 19 of the report? | 3    MS. SCOTT:  Objection. |
| 4    Q.   Yes.  The very bottom, the | 4    A.   Presumably, that is correct. |
| 5  10/10/1974 sample. | 5  BY MR. FROST: |
| 6    A.   Okay. | 6    Q.   Turn to page 15 of your report. |
| 7    Q.   And if you look at Tab 7, that's the | 7    A.   Page 15? |
| 8  corresponding document.  I'm sorry.  Tab 6.  I | 8    Q.   Yep. |
| 9  apologize.  Tab 6 is the corresponding document. | 9    A.   Of the report?  Okay. |
| 10    A.   J&J-74.  Okay. | 10    Q.   It's the sample 7/7/1971. |
| 11    Q.   Do you see here where it states that the | 11    A.   7/7/1971, J&J-15, Colorado School of |
| 12  sample that came back, the fibrous asbestiform material | 12  Mines, the Vermont talc. |
| 13  is D-GI?  It's in the semi-highlighted section, the gray | 13    Q.   And if you turn to Tab 8.  This is the |
| 14  box. | 14  corresponding document related to processed talc sample |
| 15    A.   "Only one sample was found to contain | 15  344-L? |
| 16  fibrous asbestiform material." | 16    MS. O'DELL:  I'm sorry, Jack.  Did you |
| 17    Q.   And that's D-GI? | 17  say Tab 8? |
| 18    A.   D -- okay.  If you say -- all right. | 18    MR. FROST:  Tab 8 of the binder, yes. |
| 19  Okay.  "7/15 to 7/29.  Chrysotile fibers were found to | 19  It's JNJAZ55_6089. |
| 20  be present at an estimated level (good at approximately | 20    MS. O'DELL:  Great.  Thanks. |
| 21  to an order of magnitude) of .006 percent." | 21    A.   It says, "only minor amounts (below |
| 22    Q.   And do you know where this sample was | 22  1 percent) of tremolite and actinolite were detected." |
| 23  mined? | 23  BY MR. FROST: |
| 24    A.   Not specifically, no.  I mean it's -- | 24    Q.   Okay.  And you agree that this sample |
| 25    Q.   That -- yeah, I think it's the short -- | 25  344-L that they're talking about? |

63 (Pages 246 to 249)

Mark Krekeler, Ph.D.

Page 250

1    A.   Yeah.  It says, "Following are results of
2  the x-ray analyses on the 344-L Vermont talc product and
3  the six monthly Vermont talc product samples."  Yes.
4         MS. O'DELL:  Jack, are you going to
5    mark -- I think what made it to the chart was
6    J&J-15.
7         MR. FROST:  I didn't have a copy with the
8    J&J-15 sticker on it.  It's the same document,
9    though.  This is just from our production.
10        MS. O'DELL:  I see.  Do you mind giving
11   me just a minute to pull that up --
12        MR. FROST:  Sure.
13        MS. O'DELL:  -- so we can correlate it?
14   It will take me two seconds.
15        Thanks very much.
16 BY MR. FROST:
17   Q.   If you turn, sir, to page -- or, sorry,
18 to Tab Number 9.  Well, before I get there, this report
19 was done by the Colorado School of Mines, correct?
20   A.   Colorado School of Mines Research
21 Institute it what it says, yes.
22   Q.   Are you aware that the Colorado School of
23 Mines issued a subsequent report regarding these
24 samples?
25   A.   I don't know.  I believe I've seen other

Page 251

1  things from the Colorado School of Mines.
2    Q.   Okay.  If you turn to Tab 9.  It's a
3  document identified as JNJAZ55_3828.
4    A.   Okay.
5    Q.   Do you see it where it says -- it's Point
6  Number 1.  "In the report of July 7, 1971."  Do you
7  agree with me that's the report you just looked at in
8  Tab 8?
9    A.   Okay.
10   Q.   Continues down, it says, "Subsequent
11 x-ray work on the six monthly product samples and the
12 344-L product sample shows no definite indications of
13 asbestos-type minerals within our limits of
14 detectability.  The trace amounts I saw were evidently
15 contamination from the standard asbestos samples."  Did
16 I read that correctly?
17   A.   You read it correctly.  But it's also, in
18 my mind, it's unclear, you know -- you know, again,
19 like, there's no detail as far as, like, the methods and
20 such.  So if they're doing this as powders and then
21 they're reanalyzing, so they're repacking the powder at
22 a sample volume can be several cubic centimeters.  So
23 it's not necessarily surprising that we would have a
24 positive result and then, if you repack it, you might
25 get a negative result.  And their interpretation is

Page 252

1  permissible, but, again, you know, it also indicates
2  that they're sloppy with their materials and they --
3    Q.   I'll stop you here.  Without speculating,
4  you can't tell me that the talc in 344-L contained
5  asbestos, correct?
6         MS. SCOTT:  Object to the form.
7    A.   I would say that based on these
8  documents, that, objectively, the analysis might be
9  suspect or based on what I saw previously.
10 BY MR. FROST:
11   Q.   Yeah.  But you can't tell me one way or
12 the other based on this, considering it's a retraction?
13   A.   Well, it was measured once.  We don't
14 know -- they didn't -- I don't see any data that backs
15 up --
16   Q.   Well, there's no data in this report.
17   A.   It says, I saw where evidently
18 contamination.  "Evidently" is a word up to
19 interpretation.  Prove it.  I don't see, you know,
20 essentially, some sort of chemical analysis or whatever
21 that would prove the exact same thing.
22   Q.   So with the guy who did the testing
23 saying my testing is wrong, you're still comfortable in
24 saying 100 percent that there was asbestos in that
25 talcum powder sample?

Page 253

1         MS. SCOTT:  Objection.
2    A.   Well, I would say it's probable --
3  BY MR. FROST:
4    Q    And what's that based on?
5    A    -- or possible.
6    Q.   What's your basis?
7    A.   The first finding.
8    Q.   And the fact that it was negated and
9  specifically retracted by the person who does the
10 testing has absolutely no sway in your mind as to
11 whether or not?  You're just now basing your opinion on
12 speculation?
13        MS. SCOTT:  Objection.
14 BY MR. FROST:
15   Q.   Don't you think the guy who did the test
16 is in a better position than you are today, 40, 50 years
17 later, to say what was in that particular sample that he
18 tested?
19        MS. O'DELL:  Objection.
20   A.   I've stated my opinion.
21 BY MR. FROST:
22   Q.   Okay.  Interesting one.  Let's turn to
23 1972.  It's page 16.
24   A.   There's many from '72 here.  Which one?
25   Q.   It's the very -- it's 8/3/1972.

Mark Krekeler, Ph.D.

| Page 254 |
| --- |

1     A.    "8/3/1972, J&J-28, NYU, Shower to Shower
2  ... 5 percent chrysotile."
3     Q.    Turn to Tab 8.  I'm sorry.  Tab 10.
4     A.    Tab 10.
5     Q.    Do you agree this is a corresponding
6  document to that entry?
7     A.    J&J-28.  Yes.
8     Q.    Okay.  Real quick, before I get there,
9  turning back to Tab 9, you were never provided with this
10 document, right?
11        MS. SCOTT:  Objection.
12    A.    Tab 9.  I think I was.
13 BY MR. FROST:
14    Q.    And then why didn't you consider this
15 document in creating your chart?
16        MS. SCOTT:  Objection.
17    A.    I potentially missed it in the
18 compilation.
19 BY MR. FROST:
20    Q.    And you also didn't include it under
21 materials considered?
22    A.    I missed it.
23    Q.    Okay.  So back to Tab 10.  So we agree
24 this is the source of the entry on page 16 of your
25 report, correct?  The Shower to Shower sample 84.

| Page 255 |
| --- |

1     A.    Yeah.  J&J-28?
2     Q.    Yes.
3     A.    Yes.
4     Q.    Okay.  And this was testing that was done
5  by Dr. Lewin?
6     A.    Yes.
7     Q.    Are you aware that Dr. Lewin retested
8  this sample and was unable to replicate his results?
9     A.    No.
10    Q.    Okay.  Turn to Tab 11.  If you look at
11 page 4, it's the testing of Number 29.  I think it's
12 four -- three down.
13    A.    It is one, two, three, four.  And I'm
14 sorry.  This is --
15    Q.    Yes.  That's the chart.
16    A.    Where?  I don't see a number on this.
17    Q.    Yeah.  It appears to have gotten cut off,
18 so I don't know what the number of this document is.  We
19 can sort that out at the back end.
20    A.    Where is it at on the chart?
21    Q.    It's D-7113.  As I said, it got cut off.
22        MS. O'DELL:  Yeah.  Was it marked in a
23 deposition?
24        MR. FROST:  I believe it is.  It's marked
25 somewhere, but I have it in my notes as D-7113.

| Page 256 |
| --- |

1         MS. O'DELL:  Give us just a minute.
2     A.    Here's one by Doctor -- I'm sorry.  I'm
3  getting Dr. Lewin-- okay.  D.  You said D-1?
4         MS. O'DELL:  Is it DX?
5         MR. FROST:  I have it as D.  It's
6  possible it's DX.
7     A.    So let's see what the date is.  We have a
8  date.  We're looking for January 7th, '76.  January 7th,
9  '76.  I think there's only -- I have one.  I have only
10 one.
11 BY MR. FROST:
12    Q.    Sir, we're trying to pull up the
13 documents, but this relates -- and I'll get back -- but
14 this relates to your testing of 8/3/72 by Dr. Lewin.
15 The Shower to Shower sample 84, you note on the 8/3/72.
16 If you look back at Tab 10, that's the corresponding
17 document for that.  It's on the one, two, three, four,
18 five, sixth page.
19        MS. SCOTT:  Is subsection B on the
20 tabulation of Dr. Lewin's original findings
21 smudged?
22        MR. FROST:  Yeah, it's smudged, too.
23        MS. SCOTT:  Okay.
24        MR. FROST:  Yeah.  Mine looks the same.
25        MS. SCOTT:  Got it.  And that's the

| Page 257 |
| --- |

1  original?
2         MR. FROST:  Yes.  My understanding is
3  that's the original.
4  BY MR. FROST:
5     Q.    Okay.  So you see we're talking about
6  Sample 84 on Tab 10?
7     A.    Right.  So I'm at Tab 10.  Tab 10.
8     Q.    One, two, three, four -- it's the fifth
9  page.
10    A.    One, two, three, four, five.
11    Q.    Do you see a Product 84?
12    A.    Product 84?  Yes.
13    Q.    And if you follow across, there's --
14    A.    5 percent chrysotile.
15    Q.    -- 5 percent chrysotile.  Okay.  So if
16 you turn to the document at Tab 11.
17        MS. O'DELL:  I'm not able to find that
18 DX.
19        MR. FROST:  Okay.  Well, I'll provide it
20 to you after the deposition.  We'll figure it
21 out.
22 BY MR. FROST:
23    Q.    So if you look at this, this document,
24 you go to the fourth page.  Sorry.  One, two, three,
25 fourth page.

Mark Krekeler, Ph.D.

<table>
<tr><td colspan="2">

**Page 258**

1    A    Okay.  One, two, three, four.
2    Q    Do you see here under Sample 84 with the
3  retest that there's a no detect and there's no finding
4  of chrysotile?
5        MS. SCOTT:  Objection.
6    A    In the -- oh, there's a question mark for
7  chrysotile, right?
8  BY MR. FROST:
9    Q    Yeah.  It certainly doesn't find that
10  there's chrysotile in the retest, correct?
11       MS. SCOTT:  Objection.
12    A    It doesn't say "no detect," also.
13  BY MR. FROST:
14    Q    Again, without speculating, can you tell
15  me whether or not that that means there's chrysotile in
16  that product?
17    A    No.  But it means there's some question.
18  Yeah, I don't know why they would use question marks.
19  If it was no detect, I would expect it to be an ND.
20    Q    But, again, you can't tell me one way or
21  the other without speculating that there's chrysotile in
22  that product, correct?
23       MS. O'DELL:  Object to the form.
24    A    So with all these, you know, re-analyses,
25  you know, essentially, one aspect of variability is that

</td></tr>
</table>

**Page 260**

1  Powder, 3 percent chrysotile.
2    Q    You're looking at page 4 of 7?
3    A    4 of 7.
4    Q    Samples 183 and 184?
5    A    Yes.
6    Q    If you look back at Tab 11.  If you look
7  at Samples 133 and 134 here.  Again, on the retest, this
8  time there's no nondetect for.  It says nondetect for
9  chrysotile, tremolite.  Do you agree?
10    A    133 and 134, ND.  Yes, ND is listed.
11    Q    And if you look back at your chart on
12  16 -- strike that.
13       So, again, looking at this, you can't
14  tell me whether or not there's actually asbestos that
15  made it into the sample that's listed as 9/26/72 in your
16  chart, correct, without speculating?
17    A    Correct.  It was detected once in a
18  sample, and it was not detected again in what is
19  supposedly the same sample.  So I'm unclear.  Is it the
20  exact -- is it the same exact sample or same lot?
21    Q    It's the same sample, sir.  It was
22  retesting of the same sample.
23    A    Resting.
24       MS. O'DELL:  Object to the form.
25    A    Is the exact --

**Page 259**

1  perhaps the samples were either ground more or not
2  prepared, you know, in the same way.
3  BY MR. FROST:
4    Q    Let's stop you here.  You're speculating
5  about all of this, correct?  Based on these documents,
6  can you tell me one way or the other that there was any
7  problems with the retest or that they've actually found
8  chrysotile in any of these samples?  I don't want you to
9  speculate.
10       MS. SCOTT:  Object to the form.
11    A    The -- this has a question mark listed
12  for chrysotile.
13  BY MR. FROST:
14    Q    And based on that, you can't tell me one
15  way or the other whether there was chrysotile in the
16  final sample that was tested, according to this
17  document, correct?
18    A    Correct.  According to that document.
19    Q    Okay.  Go to your chart.  Still on page
20  16, I believe.  It's 9/26/72.
21    A    9/26/72.
22    Q    If you turn to Tab 12.  Do you agree that
23  that's the corresponding document, J&J-31?
24    A    JNJ-31.  I believe so, yes.  Johnson's
25  Baby Powder, 2 percent chrysotile; Johnson's Baby

**Page 261**

1       MS. O'DELL:  Excuse me.  Object to the
2  form.
3  BY MR. FROST:
4    Q    You can read the document yourself, sir.
5       All right.  So I think we've gone
6  through, like, six of these, correct?  And we've come up
7  with six of them either are samples that have absolutely
8  nothing to do with Johnson's Baby Powder or Shower to
9  Shower or any other cosmetic talcum problem.  Do you
10  agree?  Talcum powder product.
11       MS. O'DELL:  Objection.
12  BY MR. FROST:
13    Q    Do you agree?
14    A    We've gone through six examples as
15  you've -- yeah.
16    Q    And others we've come up with, we
17  basically determined without speculating you can't say
18  one way or the other that there is asbestos in that
19  product that made it onto the market, correct?
20       MS. SCOTT:  Object to the form.
21    A    Based on those documents, yes.
22  BY MR. FROST:
23    Q    So I think it would take us days to go
24  through all of these, but can you definitively sit here
25  now and tell me that every single hit or every single

Mark Krekeler, Ph.D.

Page 262

1    reference you have on this list showing asbestos and
2    talcum powder is actually talcum powder that was, one,
3    either use or ended up in an bottle of Johnson's Baby
4    Powder or Shower to Shower or other talcum powder
5    products or, two, that you can say without speculating
6    contains asbestos?
7            MS. O'DELL:  Objection.
8        A.    To the best of my knowledge, I stand by
9    the report.
10   BY MR. FROST:
11       Q.    But sitting here today, you can't tell me
12   one way or the other that absolutely every -- well, we
13   know not every single entry is correct?
14           MS. O'DELL:  Objection.
15       A.    Yeah.  So there -- there are some
16   misidentifications or later corrections, later
17   corrections that I was unaware of, but it's also
18   concerning that you can -- it's not exactly -- you know,
19   so what is a sample?  It's not exactly clear if the
20   sample is like a kilogram sample, so you could have
21   portions in that sample that have asbestos that you
22   cannot detect, and then you can have regions of the
23   sample that have a lot.  So that, that's my opinion.
24       Q.    So what you're telling me is you can't
25   actually speculate as to any of the testing results in

Page 263

1    here because of the various sample sizes retesting, and
2    again, not everything we found is a retest, right?  Some
3    aren't even products of cosmetic talc, correct?
4            MS. O'DELL:  Object to the form.
5            MS. SCOTT:  Objection.
6        A.    I don't remember.
7    BY MR. FROST:
8        Q.    You don't remember that we found talcum
9    powder that came from a mine in San Andreas, California?
10       A.    I'm sorry.  Yeah, that's correct.
11       Q.    Okay.  So it's not just resting that
12   came back.  I've also identified some product that has
13   nothing to do with cosmetic talcum powder, correct?
14           MS. SCOTT:  Objection.
15       A.    Correct.
16   BY MR. FROST:
17       Q.    Okay.  Now, you also reference in your
18   report Dr. Longo's reports; is that correct?
19       A.    Yes.
20       Q.    And I take it you were provided those
21   reports by plaintiffs' counsel?
22       A.    Yes.
23       Q.    Did you ever ask plaintiffs' counsel if
24   anybody else has done testing of Johnson & Johnson
25   talcum powder other than Dr. Longo and the records that

Page 264

1    they provided to you?
2            MS. SCOTT:  Objection.
3        A.    No.  But I -- well, I remember there's a
4    deposition by Blount who indicated, I think, on page 10
5    that work from 1991 was Johnson & Johnson talcum powder,
6    if I remember correctly.  I've seen that somewhere.
7    BY MR. FROST:
8        Q.    Okay.  So Blount, Longo.  And, again,
9    Blount was provided to you by plaintiffs' counsel,
10   correct?
11       A.    Yes.
12       Q.    Now, you've done no additional testing
13   yourself of talcum powder?  I think you said that
14   before.
15       A.    Correct.  Yeah.  That was not requested
16   of me.
17       Q.    And have you done any testing or cusing
18   of the testing done by Dr. Longo?
19           MS. SCOTT:  Objection.  Asked and
20           answered.
21       A.    No.  I was not asked to retest on any of
22   his samples or anything like that.
23   BY MR. FROST:
24       Q.    So you're merely relying on the results
25   of his testing for purposes of your opinions here,

Page 265

1    correct?
2        A.    Yes.
3        Q.    You have no opinions about his sample
4    preparation, his underlying testing methods, anything of
5    that nature?
6        A.    I'm fine with what he's done.
7        Q.    Okay.  But you're not rendering any
8    opinions that it's correct or incorrect or the
9    methodology about it?  You're not going to sit here
10   today and walk me through the methodology that Longo
11   used to give me opinions that that's the proper way or
12   not the proper way?
13           MS. SCOTT:  Objection.
14       A.    I think what he did was fine for the
15   purpose of the report.
16   BY MR. FROST:
17       Q.    You have no problems with any of the
18   methodology he employed in his testing?
19           MS. O'DELL:  Objection.  Asked and
20           answered.
21       A.    No.  I'm fine with what he's done in the
22   report.
23   BY MR. FROST:
24       Q.    This is despite the fact that you've done
25   nothing to verify the results of his report?

67 (Pages 262 to 265)

Mark Krekeler, Ph.D.

Page 266

1    MS. SCOTT: Objection.
2        A.    You know, I looked at a lot of TEM data.
3    You know, just looking at the quality of the data,
4    electron diffraction is, requires a certain level of
5    skill, and he produced several, you know, really good
6    nets, so he was obviously able to get good orientations
7    of crystals. So, you know, he didn't have anything that
8    was extremely off axis or anything like that. So at
9    that level, I mean, I am fine with his data.
10   BY MR. FROST:
11       Q.    You didn't go through and actually run
12   any calculations to determine whether or not his
13   accessees were correct or whether or not any of his
14   underlying calculations or determinations are correct?
15       MS. SCOTT: Objection. Asked and
16       answered.
17       A.    I did not index things, but the
18   diffraction patterns looked suitable and consistent as
19   to the EDS, suitable and consistent with the materials
20   that he identified.
21   BY MR. FROST:
22       Q.    And is suitable and consistent the
23   scientific requirement for testing?
24       MS. SCOTT: Objection.
25       A.    So with TEM work, essentially, one should

Page 267

1    have an image, an EDS pattern and a diffraction pattern.
2    So I find what he has done is in agreement with what I
3    would do and what others have done.
4    BY MR. FROST:
5        Q.    This is despite the fact that you didn't
6    do any retesting of the work calculations. You didn't
7    do any cusing of it. You're just taking it a face value
8    based on your review?
9        MS. SCOTT: Objection.
10       A.    I was not tasked with retesting samples.
11   BY MR. FROST:
12       Q.    You agree with me that there are samples
13   where Dr. Longo detected no asbestos, correct?
14       A.    I'm not sure. There may have been some,
15   but I don't remember the exact details.
16       Q.    So you're relying on Dr. Longo's report
17   and testing as a basis for your opinions here, but you
18   can't even tell me whether or not what percentage or if
19   he finds no asbestos in some of the bottles he tested?
20       MS. SCOTT: Objection.
21       A.    There were, you know, hundreds and
22   hundreds of images diffraction patterns in EDS, so I
23   don't remember specifics.
24   BY MR. FROST:
25       Q.    So you can't tell me whether or not he

Page 268

1    found asbestos in every sample he tested?
2        A.    I would not be comfortable saying that.
3    I don't know.
4        Q.    Okay.
5        A.    I know he found asbestos in many samples.
6        Q.    Okay. Turning to -- where I did put your
7    report?
8        THE WITNESS: Can we take a little break?
9        MR. FROST: Sure.
10       VIDEOGRAPHER: We're now going off
11   record. The time is 5:47.
12       (A recess was taken from 5:47 to 6:00.)
13       VIDEOGRAPHER: We are back on record, and
14   the time is 6:00.
15   BY MR. FROST:
16       Q.    We're going to change gears a little bit
17   and talk about fibrous talc. Of course, I'm not finding
18   it. That's all right. It doesn't matter.
19       So, in general, you're relying on the
20   IARC statement from 2012, correct, that fibrous talc is
21   carcinogenic?
22       A.    I'm just trying to find it.
23   BY MR. FROST:
24       Q.    If you find it, tell me the page. Okay.
25   Page 23 is where it starts.

Page 269

1        A.    Twenty-three.
2        Q.    In general, I think a couple different
3    places in your report, you note that, according to IARC,
4    it's actually -- I see it on page 3. Yeah, that rely on
5    IARC 2012 to state that fibrous talc can be a human
6    carcinogen?
7        A.    I'm sorry. You said page 3?
8        Q.    Yes.
9        A.    Page 3.
10       MS. SCOTT: I'll just object.
11       A.    "Talc can occur in a fibrous habit"?
12       Q.    Yep.
13       A.    "These fibers can be inhaled into the
14   lower lungs based on their length and diameter,
15   producing effects linked to significant health risks in
16   humans. IARC 2012."
17   BY MR. FROST:
18       Q.    Okay. Would you agree with me that
19   you're not an expert in reading the literature of what
20   causes cancer?
21       MS. SCOTT: Objection.
22       A.    I am not an oncologist. I am not a
23   medical expert.
24   BY MR. FROST:
25       Q.    Do you agree with me that an IARC

68 (Pages 266 to 269)

Mark Krekeler, Ph.D.

Page 270

1  monograph does not represent independent lab work but,
2  instead, it's a summary of work that's already been done
3  by others?
4           MS. SCOTT:  Objection.
5       A.   And that's normal.  There are many
6  monographs.  I mean, we have, you know, the CRC
7  chemistry book.
8  BY MR. FROST:
9       Q.   That's what I'm saying.
10      A.   It is a cumulative document, as I
11 understand it, based on peer-review literature, and it's
12 also an international document, so it's global
13 peer-review literature, as I understand it.
14      Q.   Do you agree with me that if there are --
15 IARC does not draw conclusions on its own, so if there's
16 not peer-reviewed literature that says one way or the
17 other, IARC isn't going to jump out and say this is or
18 this isn't, correct?  IARC relies on the work of others
19 in order to reach its conclusions?
20          MS. O'DELL:  Object to form.
21      A.   I think it's speculation because I'm not
22 an expert in health and medical things.
23 BY MR. FROST:
24      Q.   Okay.  Are you aware whether or not there
25 are any peer-reviewed studies that actually link

Page 271

1  exposure to talc to ovarian cancer?
2           MS. SCOTT:  Objection.
3           MS. O'DELL:  Object to form.
4       A.   I'm sorry.  Any studies or any
5  information?
6  BY MR. FROST:
7       Q.   I said any peer-reviewed studies linking
8  exposure to talc to ovarian cancer.
9       A.   I'm not a medical expert.
10      Q.   Again, can you tell me whether or not
11 IARC specifically links exposure to talc to ovarian
12 cancer?
13          MS. SCOTT:  Objection.  Asked and
14 answered.
15          MS. O'DELL:  Objection.
16      A.   I'm not a medical expert.
17 BY MR. FROST:
18      Q.   Have you ever done any work identifying
19 talc as either platy or fibrous?
20      A.   No.  I have no peer-reviewed articles.
21      Q.   Are you aware if you ever heard of the
22 common misreporting of platy talc as fibrous?
23          MS. SCOTT:  Objection.
24          MS. O'DELL:  Objection.
25

Page 272

1  BY MR. FROST:
2       Q.   If you want me to explain it --
3       A.   I don't -- I don't remember.
4       Q.   And that, specifically, the theory is
5  that -- you know, the explanation is that if you look at
6  talc edge on, it can appear in a 2-D image as fibrous.
7  Would you agree with that?
8           MS. SCOTT:  Objection.
9       A.   Can I make a statement?
10 BY MR. FROST:
11      Q.   Sure.
12      A.   So the miopyroboles are this mineral
13 group that actually were discovered in the ultramafic,
14 these talc-rich zones in Vermont.  So Dave Devlin, I
15 worked with Thompson at Harvard, and basically, what
16 they showed is that you can have these structural
17 intermediates where, essentially, you can have a region
18 of a crystal.
19      Q.   Okay.  I am going to stop you because we
20 are talking about something completely different.  My
21 question was --
22      A.   I was explaining how one might get
23 fibrous talc.
24      Q.   No, no.  I'm talking about -- that's why
25 I stopped you, because that's not what we're talking

Page 273

1  about.
2           So do you agree that if you're looking at
3  a plate of talc on edge, it can appear as a fiber in a
4  2-D SEM or TEM image?  And have you read any literature
5  about the problems with misidentifying talc?
6           MS. O'DELL:  Objection.
7           MS. SCOTT:  Objection.
8       A.   It can look -- so a fibrous -- a fiber
9  can look like a two-dimensional plate or a
10 two-dimensional plate can look like a fiber.
11 BY MR. FROST:
12      Q.   So the problem is when you're looking --
13 because, usually, a platy talc, you know, if it's
14 sitting oriented this way, you can see the large
15 platiness of it, but if it's oriented that you're
16 looking at the flat plane, have you ever read anything
17 that talks about the fact that you can misidentify platy
18 talc as fiber based on the orientation of the image?
19          MS. SCOTT:  Objection.
20      A.   I don't remember.
21          MR. FROST:  Can we get IARC 2010?  I
22 forget what that was marked as.  It's the big
23 orange one, I believe.  Yeah, there it is.
24          MS. O'DELL:  Five.
25          MR. FROST:  It looks like that.  It's

69 (Pages 270 to 273)

Mark Krekeler, Ph.D.

Page 274

 1    five.
 2    BY MR. FROST:
 3        Q.    I'll skip this. You said you haven't
 4    read anything. You don't know about that, so it's not
 5    something that comes up in your work?
 6        A.    I don't remember.
 7        Q.    That's fine. I'll move on for sake of
 8    time. All right.
 9            Now, you've also noted in your report
10    various opinions about findings of nickel, chromium and
11    cobalt, correct?
12        A.    Yes.
13        Q.    And you're not qualified to opine as to
14    whether or not a particular level of nickel is
15    sufficient to cause human disease, correct?
16            MS. SCOTT: Objection.
17        A.    I am not a toxicologist.
18    BY MR. FROST:
19        Q.    You're also not qualified to opine what,
20    if any, disease may be associated with nickel
21    contaminated or with nickel exposure, correct?
22            MS. SCOTT: Objection.
23        A.    I'm not a toxicologist or oncologist.
24    BY MR. FROST:
25        Q.    I'm looking at your report, starting on

Page 275

 1    page 34.
 2        A.    I'm right there.
 3        Q.    Some of these tests, you'll agree with
 4    me, you know, not that they're from ore. Several of
 5    them actually note that they're from ore grade 66.
 6    Windsor 66, you agree, is an ore, correct?
 7            MS. O'DELL: Object to the form.
 8        A.    I'm sorry?
 9    BY MR. FROST:
10        Q.    You'd agree with me, looking at these,
11    that the marks that say "ore in concentrate, grade 66,
12    Windsor 66," et cetera, these are all ore samples,
13    correct?
14            MS. SCOTT: Objection.
15        A.    I think so. I'd like to look at the
16    document to be sure.
17    BY MR. FROST:
18        Q.    I mean, you can go on them, such as the
19    example of Imerys 045182. It says three ore samples?
20        A.    Yeah. So that's what it's listed as,
21    yes.
22        Q.    So you'd agree with me without
23    speculating, you can't say one way or the other that
24    levels, as detected in the ore samples, are actually the
25    levels that may have ever made it into a bottle of

Page 276

 1    finished talcum powder, correct?
 2            MS. SCOTT: Objection.
 3            MS. O'DELL: Objection.
 4        A.    I'm sorry. Repeat the question.
 5    BY MR. FROST:
 6        Q.    Sure. You can't tell me without
 7    speculating that levels of -- we're looking at nickel,
 8    for example, here, found in ore samples are the same
 9    levels that would be located in finished talcum powder,
10    correct?
11            MS. SCOTT: Objection.
12        A.    Correct. The levels of metals may be the
13    same, may be less or may be more depending upon the
14    process.
15    BY MR. FROST:
16        Q.    And things like beneficiation, blending,
17    things of this nature would ultimately affect what ends
18    up in the final product, right?
19        A.    If it's executed correctly, but I think
20    it's also reasonable to say that some -- it is
21    scientifically likely -- it's my opinion that some of
22    this would, from the ore samples, would make it into
23    product if it is used for that purpose.
24        Q.    But you can't tell me, of these ore
25    samples, what sample may or may not have made --

Page 277

 1        A.    I can't tell you where, what bottle that
 2    might have ended up in, yes.
 3        Q.    Or if it even could have ended up in the
 4    bottle, correct?
 5            MS. SCOTT: Objection.
 6    BY MR. FROST:
 7        Q.    At that --
 8        A.    Specifically, no.
 9        Q.    Okay.
10        A.    If you process it, you may modify it one
11    way or the other.
12        Q.    The same thing would also be true with
13    respect to the chromium, cobalt, and I think this is the
14    only other ones, right, chromium, cobalt that are listed
15    in the charts? Yes.
16            MS. SCOTT: Objection.
17    BY MR. FROST:
18        Q.    The same would be true with chromium and
19    cobalt, right?
20        A.    Chromium, cobalt, nickel. Chromium
21    cobalt, nickel -- I'm just checking and double checking.
22    Chromium, cobalt, and then it's not in chart form, but I
23    do talk about arsenic on page 33.
24        Q.    And it would be the same for the
25    chromium, cobalt, nickel and arsenic based on ore sample

70 (Pages 274 to 277)

Mark Krekeler, Ph.D.

Page 278

1  testing?  You couldn't say one way or the other what
2  level ultimately made it into, if at all, talcum powder,
3  finished talcum powder, correct?
4          MS. SCOTT:  Objection.
5      A.  Yes.
6  BY MR. FROST:
7      Q.   With respect to chromium, which is page
8  36 of your report, sir?
9      A.  Uh-huh.
10     Q.   You know that chromium can occur in two
11 different forms, Chromium III and Chromium VI?
12     A.   It's a slight typo.  What I mean to say
13 there is chromium can occur in two common forms and
14 minerals, Chromium III and Chromium IV.  So chromium can
15 actually have several different valent states to it --
16     Q.   And it's Chromium VI --
17     A.   -- including the zero valent metal, which
18 we don't really see in nature.
19     Q.   And it's chromium 6, correct, that is the
20 known carcinogen?
21     A.   Yeah.  That is one of high concern, as I
22 understand it.
23     Q.   Are you generally aware that Chromium III
24 is actually an essential element in the human body?
25     A.   I'm a diabetic.  Yes.

Page 279

1      Q.   Okay.  And are you also aware that
2  chromium 3 is commonly found in rocks and minerals?
3      A.   Yes.
4      Q.   And, again, in looking at the chart, you
5  don't list here whether or not it is Chromium III,
6  Chromium VI or some other variant of the mineral -- or
7  the metal, correct?
8      A.   Correct.  But I think it's reasonable
9  that -- yes.  There's no specific determination of
10 valent state, which would have been a nice step if you
11 could definitively show that there is no chromium or
12 active valent chromium that would have been a good
13 thing.  But, yes, there's no specific EELS, electron
14 energy loss spectroscopy, or what comes through
15 techniques to determine that.
16     Q.   And with respect to the arsenic, the
17 cobalt and the chromium, just like the nickel, you can't
18 tell me what level of exposure is required to cause
19 disease of those heavy metals, correct?
20     A.   I am not a medical or oncologist, sir,
21 yes.
22     Q.   And it's the same thing.  You couldn't
23 tell me what diseases they're known to cause if you have
24 exposure, correct?
25     A.   Correct.

Page 280

1      Q.   It you turn to, I believe, Exhibit 2,
2  your supplemental report.
3      A.   Okay.
4      Q.   Okay.  The second page.
5      A.   Okay.
6      Q.   Under sampling and techniques, do you see
7  it's one, two, three, four down?
8      A.   Under "Sampling and Testing"?
9      Q.   Under "Sampling and Testing Results,"
10 yes.  You know that it failed to provide data
11 supporting -- no.  I'm in the wrong place.
12     A.   I'm sorry.  Where were you?
13     Q.   Sorry.  I was in the wrong place.  Bear
14 with me a second here.  Okay.  It's the one, two, third
15 paragraph down.  It starts with "Another issue."
16     A.   Yeah.
17     Q.   So "Another issue was the vague
18 description of the preparation technique.  The method
19 fails to identify whether the material was ground,
20 crushed or made into a powder by another method."  Do
21 you see that there?
22     A.   Yes.
23     Q.   If you look up to the testing, it says,
24 "XRD methodology states."  Do you see where I am there?
25     A.   Yes.

Page 281

1      Q.   It's the part that's indented.
2  Underneath, it says, "Monthly talc composite, February
3  1990."
4      A.   Yeah.
5      Q.   Do you agree with me that the monthly
6  talc composite is a composite of the ground finished
7  talc that's being tested?
8          MS. SCOTT:  Objection.
9      A.   I'm unsure.  I'm unsure.  The -- you --
10 one would essentially prepare the -- I'm sorry.  Go
11 ahead.
12 BY MR. FROST:
13     Q.   Yes.
14     A.   I'm unsure.
15     Q.   You can't tell me whether or not this was
16 the composite sample of the already ground and prepared
17 talc?
18     A.   I don't -- I don't remember specifically.
19     Q.   And if the talc was already ground as a
20 finished product, there wouldn't be further grinding of
21 it.  Do you agree with that?
22          MS. SCOTT:  Objection.
23     A.   So as I understand, the final talc
24 particle size is approximately 15, 25 microns or so, so
25 that's essentially fine salt size.  So, typically, in

71 (Pages 278 to 281)

Mark Krekeler, Ph.D.

Page 282

1  power diffraction, you would want to reduce that
2  particle size further.
3  BY MR. FROST:
4      Q.    Did you see anywhere in reviewing this
5  testing that they state that they reduce the particle
6  size further?
7          MS. O'DELL:  If you need to review the
8  document, Doctor, we can pull it.
9      A.    Yeah.  Why don't we pull it up?
10  BY MR. FROST:
11     Q.    Sure.  I don't have it.  That's fine.  We
12  can move on.  I don't want to waste my time.
13         MS. O'DELL:  To ask him questions,
14  specific questions about the document not having
15  this.
16         MR. FROST:  I'm just asking -- I'm just
17  asking if he knows and what he remembers in
18  drafting his report.
19         All right, sir.  I think that's all the
20  questions I have for now.  I reserve the right
21  to look at my notes and come back, but I'm going
22  to yield my time to some of the other
23  defendants.  We can go off the record.
24         VIDEOGRAPHER:  We're now going off
25  record.  The time is 6:19.

Page 283

1          (A recess was taken from 6:19 to 6:33.)
2          VIDEOGRAPHER:  We are now back on record,
3  and the time is 6:33.
4              CROSS-EXAMINATION
5  BY MR. FERGUSON:
6      Q.    Good evening, Dr. Krekeler.  How are you?
7      A.    Good.
8      Q.    Okay.  We met briefly before.  My name is
9  Ken Ferguson, and I represent Imerys.  Do you understand
10  that?
11     A.    Yes.
12     Q.    Okay.  And I've got, along with Mr. Cary,
13  who's down, three people down from me.
14     A.    Okay.
15     Q.    I've got some questions for you.  I'm not
16  going to spend a lot of time, because there's not a lot
17  of time left, so I may skip around a little, just
18  depending on which questions I feel like I need to get
19  asked before I run out of time.  So I'm not trying to
20  confuse you by that, but if I do, then you let me know,
21  and I'll restate the question, okay?
22     A.    Okay.
23     Q.    Okay.  Fair enough.
24         So in your career as an academic, you've
25  written scientific papers before, correct?

Page 284

1      A.    Yes.
2      Q.    And you've published a hundred and
3  something; is that right?
4      A.    Over 40 peer-review papers.  I have over
5  a hundred presentations at meetings and a couple
6  patents, yes.
7      Q.    In your peer-review papers, when you're
8  citing authorities in your peer-review papers, you tend
9  to or customarily cite peer-reviewed papers, don't you?
10     A.    Generally, yes.
11     Q.    Because you know that they have the
12  likelihood to be more accurate and have been, obviously,
13  reviewed by peers, correct?
14         MS. O'DELL:  Object to form.
15     A.    Correct, yes.
16  BY MR. FERGUSON:
17     Q.    Now, in your report that you did in this
18  case, and I know it's been marked as an exhibit.  I
19  forget which number.  In your report in this case, you
20  have, among other authorities, cited Dr. Longo and
21  Dr. Rigler's report, correct?
22     A.    I've cited expert witness reports, yes.
23     Q.    And you understand that Dr. Longo and
24  Rigler's report, that's not peer reviewed, correct?  You
25  understand that?

Page 285

1      A.    Yes, I do.
2      Q.    So while your custom is to cite
3  peer-reviewed articles in your scientific papers that
4  you're writing, you've varied from that in doing your
5  report here in this matter, correct?
6          MS. O'DELL:  Object to the form.
7      A.    Yes.  So I have not in my previous work
8  cited an expert witness report.
9  BY MR. FERGUSON:
10     Q.    And you understand that Dr. Longo and his
11  colleague, Dr. Rigler, and I think they wrote these
12  reports together, that they are being paid as experts by
13  counsel for plaintiffs just as you are, correct?
14         MS. SCOTT:  Objection.
15     A.    I believe that is the case, yes.
16  BY MR. FERGUSON:
17     Q.    I want to talk to you a little bit about
18  a book that I see you've got your copy out.  I've got my
19  copy out, and we have some copies we've made that I'm
20  going to mark as Exhibit 23, I believe.
21         (Exhibit 23 was marked for
22          identification.)
23  BY MR. FERGUSON:
24     Q.    Now what I've marked, Dr. Krekeler, are
25  some pages from a book called "An Introduction to the

Mark Krekeler, Ph.D.

| Page 286 | Page 288 |
|---|---|
| 1  Rock-Forming Minerals" by Deer, Howie and Zussman, | 1  (Exhibit 24 was marked for |
| 2  correct? | 2  identification.) |
| 3      A.    Is this the same edition? | 3  BY MR. FERGUSON: |
| 4      Q.    I believe -- I believe it's the third | 4      Q.    And this is a paper by a Harold R. |
| 5  edition. | 5  Newman, correct? |
| 6      A.    Oh, I'm sorry. | 6      A.    That's what it says. |
| 7      Q.    And yours is? | 7      Q.    And it says, "The Mineral Industry of |
| 8      A.    Third.  Yeah, we're good. | 8  Italy," correct? |
| 9      Q.    This is a book that is often relied upon | 9      A.    Yes.  What journal did this come from? |
| 10  by mineralogists, correct, material scientists? | 10  Is this peer review? |
| 11      A.    This is a book that is used as a textbook | 11      Q.    I don't know.  I believe it is, but I |
| 12  for mineralogy courses, yes. | 12  don't know the answer, so I'm not going to answer it. |
| 13      Q.    So let's go back to your report, and if | 13      A.    You believe or it is? |
| 14  you would, just keep the Deer, Howie and Zussman by your | 14      Q.    I get to ask the questions. |
| 15  side.  Go to your report at page 5.  Are you with me? | 15      A.    All right. |
| 16      A.    Page 5. | 16      Q.    We have Harold Newman's paper here, okay? |
| 17      Q.    And in the first paragraph on page 5 of | 17      A.    Okay. |
| 18  your report, there's a sentence in the middle that says, | 18      Q.    From The Mineral Institute of Italy, |
| 19  "As a result, natural talc formation is commonly | 19  right? |
| 20  accompanied by veins of other minerals, including | 20      A.    Mineral Industry of Italy, one. |
| 21  asbestiform minerals like tremolite and serpentine," | 21      Q.    So look at page -- |
| 22  correct? | 22      A.    I'm sorry? |
| 23      A.    Yes. | 23      Q.    Look at page 428, please. |
| 24      Q.    And you cite for that Deer, Howie & | 24      A.    428? |
| 25  Zussman 2013, correct? | 25      Q.    Yes.  And you see on the right-hand |

| Page 287 | Page 289 |
|---|---|
| 1      A.    Yep. | 1  column, this is a paragraph that has "Talc" in bold at |
| 2      Q.    And the citation down below cites, for | 2  the beginning of the paragraph, correct? |
| 3  that assertion, pages 145, 149, 151 and 164 to 165, | 3      A.    Correct. |
| 4  correct? | 4      Q.    And it says -- and I won't try to |
| 5      A.    Yes.  That's what it reads. | 5  pronounce the Italian names.  We had enough trouble with |
| 6      Q.    And it's your contention in your expert | 6  Chinese names earlier on, but "Talco" -- I'll try -- "e |
| 7  report that those pages stand for the proposition that | 7  Grafite Val Chisone S.p.A. operated two underground |
| 8  we just read the "natural talc formation is commonly | 8  mines at Pinerolo near Turin," correct? |
| 9  accompanied by veins of other minerals, including | 9      A.    That is what it says.  I didn't know. |
| 10  asbestiform minerals like tremolite and serpentine," | 10      Q.    And next sentence says, "The white talc, |
| 11  correct? | 11  mined from metamorphic rocks, has been of very high |
| 12      A.    Yes. | 12  quality," correct? |
| 13      Q.    Let's move on because I'm not sure I have | 13      A.    That is what it says.  It doesn't say |
| 14  it time to sit and read them all now.  Let's move on to | 14  what high quality for.  Is it -- the table in the back, |
| 15  another topic.  Let's look at page 9 of your report, | 15  does it say what the talc is used for?  Talc and related |
| 16  please. | 16  materials.  It just lists tonnages. |
| 17      A.    Page 9? | 17      MR. FERGUSON:  And I'd like the next |
| 18      Q.    Page 9, sir, yes.  And do you see on page | 18  list, Exhibit 24 -- 25.  My bad. |
| 19  9 that you have said in the -- I think it's the second | 19      (Exhibit 25 was marked for |
| 20  full paragraph.  "Based on what I have reviewed, I have | 20  identification.) |
| 21  sufficient basis to conclude that Italian ore was of | 21  BY MR. FERGUSON: |
| 22  poor quality," correct? | 22      Q.    The first author is Edward B. Ilgren, |
| 23      A.    Yes. | 23  I-l-g-r-e-n, correct? |
| 24      Q.    And let me show you, first of all, an | 24      A.    Ilgren, yes. |
| 25  exhibit that we'll mark as Exhibit 24. | 25      Q.    And the title is "Analysis of an |

73 (Pages 286 to 289)

Mark Krekeler, Ph.D.

Page 290

1    Authentic Historical Italian Cosmetic Talc Sample
2    Further Evidence for the Lack of Cancer Risk," correct?
3        A.    And analysis of an, implying one,
4    authentic historical Italian.  Yes, that's what the
5    title is.
6        Q.    Exactly.  It does say "an," a-n?
7        A.    A single or it's implied that's a single
8    sample.  I have not seen this paper before.
9        Q.    Can you look with me at the first line of
10   the abstract, where it says, "Italian talc from the
11   Pinerolo Mines in northwest Italy is known for its
12   extreme purity," correct?
13       A.    That is what it says.  It doesn't say
14   with respect to what, so and then -- so it's an
15   abstract.  It should be a summary from introductory
16   materials, so let's see if they discuss that in the
17   introduction.  "It is known for its extreme purity.
18   More than 60 years of epidemiological studies have
19   failed to demonstrate any attendant cancer risk."  So --
20       Q.    I don't need you to read it out loud.  I
21   apologize for interrupting.  Obviously, time is limited.
22   You've answered my question, so what we know is that
23   Mr. Newman and Dr. Ilgren disagree with your comment
24   that the Italian talc is not good quality, correct?
25           MS. O'DELL:  Object to the form.

Page 291

1        A.    They can disagree, correct.
2    BY MS. ROSE:
3        Q.    At one point in your report on page 13,
4    you say that, "Usually, companies have a dedicated
5    in-house laboratory for these analyses."
6        A.    Yes.  Oil Dry as an example.  There's
7    other companies that have, you know, extensive labs, and
8    also, people rely on third-party labs to check their
9    internal labs.
10       Q.    And you're aware that Imerys has had and
11   has a dedicated in-house laboratory as well, correct?
12       A.    I believe so, yes.
13       Q.    And, in addition, Imerys has had occasion
14   to send samples to third-party laboratories as well,
15   correct?
16       A.    Correct.
17       Q.    Let me mark for you Exhibit 26 to your
18   deposition, please.
19           (Exhibit 26 was marked for
20           identification.)
21           MS. O'DELL:  Let me get that out here.
22           MR. FERGUSON:  Sure.  No problem.  Let me
23   know when you're ready.
24           MS. O'DELL:  Yeah.  Okay.
25           MR. FERGUSON:  Can I ask him a question

Page 292

1    about his report while you're pulling that up,
2    if you wouldn't mind?
3           MS. O'DELL:  Yeah, sure.  I've got it
4    right here.
5    BY MR. FERGUSON:
6        Q.    Could look at page 31 of your report,
7    Dr. Krekeler?
8        A.    I'm at page 31.
9        Q.    Are you with me, sir?  Okay.  Just above
10   the heading of "Toxic Metal Contamination," is a
11   paragraph that starts "In summary."  And do you see a
12   sentence there that says, "Defendants admit that the
13   beneficiation process does not remove asbestos"?  Do you
14   see that sentence?
15       A.    I do see that sentence.
16       Q.    And for that proposition, you cite the
17   deposition of Patrick Downey at page 407, pages -- line.
18   Excuse me.  Lines 13 through 16, correct?  That's what
19   you cited?
20       A.    Correct.
21       Q.    All right.  Let's look, if we may, look
22   at Exhibit 26, and the second -- the first page of that
23   is just the cover page to Mr. Downey's deposition.
24   Could you turn to the second page, and let's look at
25   page 407, lines 13 to 16, which you cited.

Page 293

1        A.    So 407?
2        Q.    Yes, sir.
3        A.    13 to 16.  Can I have a moment to read
4    the context above it and stuff?
5        Q.    Certainly, sir.
6        A.    To refresh my memory?
7        Q.    Certainly, sir.  Ready to go?  Got the
8    context?
9        A.    Yes.
10       Q.    All right.  So if we look at lines 13
11   through 16, that is an answer by Mr. Downey where he
12   says, "I don't know if -- I'm not familiar, and I don't
13   know if flotation was intended to remove asbestos, but
14   to my knowledge, our products don't contain asbestos
15   so."  Did I read that correctly?
16       A.    Yes, you did read that correctly.
17       Q.    So, in fact, Mr. Downey is not, as you
18   say, admitting that the beneficiation process does not
19   remove asbestos.  Instead, what he says is I don't know
20   if flotation was intended to remove asbestos, correct?
21       A.    That's what it says.  I took it as -- he
22   said "I don't know" twice, "I'm not familiar."  And it
23   says, "I don't know if flotation was intended to remove
24   asbestos."  So the text is correct, yes.
25       Q.    But you would agree he did not admit that

74 (Pages 290 to 293)

Mark Krekeler, Ph.D.

Page 294

1   the beneficiation process does not remove asbestos,
2   correct?
3           MS. SCOTT: Objection.
4       A.   He doesn't know if it was intended or not
5   is how -- that's how I interpret it. Others can
6   interpret it in other ways.
7   BY MR. FERGUSON:
8       Q.   Would you look at the bottom of page 31,
9   please, of your report?
10      A.   Okay. On page 31. I see it, yes.
11      Q.   And you see it says, at the bottom, it
12  starts a sentence, "In fact, these chemical elements are
13  inherent properties of talc ore, a fact acknowledged by
14  Julie Pier in her deposition." And then you cite Julie
15  Pier Deposition, page 211, lines six through 13 from the
16  September 12, 2018, session of her deposition. Do you
17  see that?
18      A.   Yes, I do.
19      Q.   And could you go to your left and pick up
20  Miss Pier's deposition? And both sessions are there.
21  If you could, look at the -- they're in reverse order, I
22  noticed before, so would you look at the deposition that
23  is the second one in that notebook? It's the second
24  one. It's not the first one because they're in reverse
25  order. That's the September 13 session, I notice, and

Page 295

1   you can go all the way past those. There you go.
2       A.   I'll try not to break the stuff.
3       Q.   Can we look at page --
4       A.   You said -- is it 211?
5       Q.   Yes, sir. Page 211, please, sir.
6       A.   I turned right to it. 211.
7       Q.   Okay.
8       A.   And you're interested in lines 6 through
9   13? Is that your question?
10      Q.   Right. And what you've asserted is
11  that -- you cite that for the proposition, "In fact,
12  these chemical elements are inherit properties of talc
13  ore, a fact acknowledged by Julie Pier."
14          Can you read for me page 211, Lines 6
15  through 13 of the September 12 deposition?
16      A.   Well, this has to do -- can I first read
17  the context a little bit to refresh myself?
18      Q.   Right now, I'd like you to read what --
19      A.   Okay. I can just read the text.
20      Q.   Yeah, what you cited.
21      A.   "Well, this has to do with sampling
22  that's done at the operation. I'm thinking that Pat is
23  in -- If you don't know, you can tell me that."
24  Question. "I'm" -- dash dash dash or -- ". . ."
25      Q.   Are you past line --

Page 296

1       A.   I have -- "I have just a general broad
2   understanding that as it's crushed, an automatic sampler
3   takes a sample at specific time intervals." That's
4   through line 13.
5       Q.   All right. So would you agree with me
6   that in that portion of the deposition, Ms. Pier does
7   not acknowledge the fact that chemical elements are
8   inherent properties of talc ore, correct?
9       A.   Correct.
10      Q.   It doesn't say that at all, does it?
11      A.   Yeah. I must have made a mistake with
12  the numbering.
13      Q.   You also state in your report that Imerys
14  admitted in depositions that -- well, let me skip back
15  because I don't have my citation. So let's -- let's
16  move on to another topic. I may come back to that if I
17  have time, okay?
18      A.   Right. Do you want me to put the Pier
19  deposition away?
20      Q.   Yeah, for now.
21      A.   I'll set it aside.
22      Q.   Yeah. Keep it handy in case we have time
23  to get back to that.
24      A.   Okay.
25      Q.   Now, you have taken, as you -- as we

Page 297

1   discussed earlier, you have taken the report of
2   Drs. Longo and Rigler and relied upon it for your
3   report, correct?
4       A.   Correct.
5       Q.   And that has to do with whether there are
6   contaminants in talc that is sold by Imerys and by
7   Johnson & Johnson, correct? That's what they addressed?
8       A.   Correct.
9       Q.   Now, are you an aware, Dr. Krekeler, that
10  the United States Food & Drug Administration actually
11  performed a survey of talc and body powders and cosmetic
12  raw material talc?
13      A.   I believe so. I looked at an FDA
14  document on the Internet, and if I remember correctly --
15  I would want to check -- there was four suppliers that
16  provided talc products, and they did not find any
17  indications or it was nondetects for those many samples.
18  But I also remember that the FDA also said that -- I'd
19  have to look at it for the exact language, but,
20  essentially, the FDA couldn't fully assure that talc is
21  free of asbestos, I think. Do you have that?
22          MR. FERGUSON: Yeah. Let's go ahead and
23  mark as Exhibit 27 the FDA survey.
24          (Exhibit 27 was marked for
25          identification.)

75 (Pages 294 to 297)

Mark Krekeler, Ph.D.

Page 298

1   A.   I don't know if it's exactly the same one
2  that I looked at.
3           MR. BILLINGS-KANG:  Ken, was the Pier
4     deposition marked at all?
5           MR. FERGUSON:  No.  I didn't mark it.  I
6     can mark it.
7           MS. SCOTT:  27?
8           MR. FERGUSON:  Yes.
9   A.   It's a printed, so it looks like a
10 different format than maybe the one I looked at.  The
11 tables look familiar.
12 BY MR. FERGUSON:
13   Q.   So since our time is growing short, if
14 you would, it looks familiar?
15   A.   Okay.  Yeah.  I -- I do think it's the
16 one I looked at, I think.
17   Q.   Go to the second page of the exhibit, and
18 you see that it has a heading and a little chart saying
19 "Cosmetic-grade raw material talc," correct?
20   A.   The second page, the heading is "How FDA
21 followed up on the latest"?
22   Q.   Yeah.  If you go to the bottom, there's a
23 little chart with a heading that says, "Cosmetic-grade
24 raw material talc," correct?
25   A.   Yes.

Page 299

1   Q.   And you see under "Supplier," it says,
2  "Rio Tinto Minerals/Luzenac America," correct?
3   A.   Correct.
4   Q.   And if you look at that and the next
5  page, there are seven lots that were tested from Rio
6  Tinto Minerals/Luzenac America, correct?
7   A.   One, two, three, four.  Yes.  Seven?
8   Q.   Yes, sir.
9   A.   From Rio Tinto.
10   Q.   Okay.  And there's a column for
11 "Percentage Asbestos by PLM."  That's polarized light
12 microscopy, correct?
13   A.   Yes.  There's a column for that.
14   Q.   And there's a percentage asbestos by TEM
15 or transmission electron microscope, correct?
16   A.   Yes.  There's a column for that.
17   Q.   Okay.  And in all 14 columns, it notes no
18 asbestos detected, correct?
19           MS. O'DELL:  Objection.
20   A.   Fourteen columns?
21 BY MS. ROSE:
22   Q.   Well, there's seven for PLM, seven for
23 TEM?
24   A.   Oh, you mean rows or 14 columns?  One,
25 two, three, four, five columns.

Page 300

1   Q.   Let's call it rows.
2   A.   Oh, rows.  Okay.  All right.
3   Q.   Okay.
4   A.   So for these seven rows, yes.
5   Q.   Okay.
6   A.   There's no asbestos detected for those
7  seven samples.
8   Q.   Okay.  And if we go to the
9  second-to-the-last page of that exhibit -- in fact, it's
10 the last page that has typing on it.
11   A.   The second-to-the-last page.
12   Q.   Are you there?
13   A.   Okay.
14   Q.   Do you see there's a column that is or a
15 chart that is entitled "Body Powder," correct?
16   A.   Correct.
17   Q.   And there's a line, a row for Johnson's
18 Baby Powder, correct?
19   A.   Correct.
20   Q.   That says no asbestos detected by PLM or
21 by TEM, correct?
22   A.   Correct.
23   Q.   And a row for Shower or Shower, Morning
24 Fresh Absorbent Body Powder that likewise says no
25 asbestos detected by PLM and TEM, correct?

Page 301

1   A.   At the very bottom, yes.
2   Q.   So in this Food & Drug Administration
3  survey that was done, the results were different than
4  the ones that Drs. Longo and Rigler came up with,
5  correct?
6           MS. O'DELL:  Object to the form.
7   A.   Well, it's not the same sample size.
8  And. yeah, this is the same report.  As it says, "For
9  these reasons, while FDA finds these results
10 informative, they do not prove that most or all talc or
11 talc-containing cosmetic products currently marketed in
12 the United States are likely to be free of asbestos
13 contamination.  As always, when potential" -- yeah.
14 This is, yeah.  This is the, yeah.
15 BY MS. ROSE:
16   Q.   But we know that they tested Luzenac, raw
17 material talc and Johnson & Johnson body powder,
18 correct?
19   A.   Correct.  Yes.
20           MR. FERGUSON:  What are we doing on time,
21     if you wouldn't mind letting me know?
22           VIDEOGRAPHER:  You've been on record six
23     hours and 51 minutes.
24           MR. FERGUSON:  I've got a few minutes.
25           MR. BILLINGS-KANG:  Plenty of time.

76 (Pages 298 to 301)

Mark Krekeler, Ph.D.

Page 302

1        MR. FERGUSON:  Plenty of time.
2        THE WITNESS:  Are we done with this one?
3        MR. FERGUSON:  Yes, sir.  We're done with
4    that one.
5    BY MS. ROSE:
6        Q.    Let me ask you one more area, one more
7    area, and then I'll quit.
8        MR. BILLINGS-KANG:  I'm going to give him
9    my time.
10        MR. FERGUSON:  Okay.
11        MR. CARY:  Time for the gentleman from
12    Texas.
13        MS. O'DELL:  It's like we're in the
14    Senate or House.
15        MR. FERGUSON:  The House.  I hope not.
16        MR. FROST:  Won't do too well for that.
17        MS. SCOTT:  I was just going to say the
18    same thing.
19    BY MR. FERGUSON:
20        Q.    Could you get the IARC 93 monograph,
21    which I believe is Exhibit 5?
22        A.    IARC 93.  IARC 93.  Yep.  Exhibit 5, yes.
23        Q.    All right.
24        MR. FERGUSON:  And I'm sorry, Leigh and
25    Carmen, do you guys have?  Okay.

Page 303

1        MS. O'DELL:  What page?
2        MR. FERGUSON:  I am going to be looking
3    at page 286.
4    BY MR. FERGUSON:
5        Q.    Can you find page 286?
6        A.    286.  285, 286.  I found it.
7        Q.    At the top of page 286, the section --
8    and, again, this is from the IARC monograph, correct?
9        A.    Correct.
10        Q.    That you discussed earlier and you've
11    cited in your report, correct?
12        MS. O'DELL:  Objection.  Cites the
13    monograph, but you're saying he cites this.
14    It's a little confusing.
15        MR. FERGUSON:  I apologize.
16    BY MR. FERGUSON:
17        Q.    You've cited this monograph, not
18    necessarily this portion of it?
19        A.    Correct.  Yeah.  I've cited the
20    monograph.
21        Q.    So let's look at the first paragraph
22    there on page 286.  You see it says, "Talc ores may be
23    processed by a variety of techniques that include
24    selective mining, hand sorting and milling by roller
25    mills, hammer mills, ball mills, fluid energy mills and

Page 304

1    jet mills and are classified and separated from other
2    minerals by froth flotation or magnetic separation,"
3    correct?
4        A.    Yes.  And there's no citation for that.
5        Q.    And the IARC working group does note that
6    the techniques by which top ores may be processed
7    include hand sorting, correct?
8        A.    Correct, yes.  That's in the second line
9    on the paragraph.  That's what they say.  Again, it's
10    not cited, so I'm not sure where they get the
11    information from, but they say that.
12        MR. FERGUSON:  Can we go off for one
13    second?  I know we're almost done, please.
14        VIDEOGRAPHER:  We're now going off
15    record.  The time is 7:05.
16        (Off the record.)
17        VIDEOGRAPHER:  We are now back on record.
18    The time is 7:07.
19    BY MR. FERGUSON:
20        Q.    Dr. Krekeler, could you turn to page 42
21    of your report?
22        A.    42 of my report?
23        Q.    Yes, sir.
24        A.    42.
25        Q.    Not of the IARC.

Page 305

1        A.    Oh, I thought we were still talking about
2    that.  I'm sorry.
3        Q.    No.  I apologize.  Of your report?
4        A.    Okay.
5        Q.    Okay?
6        A.    Yep.
7        Q.    Are you there?
8        A.    Yes.
9        Q.    Okay.  So if you look at the last
10    paragraph on page 42 about --
11        A.    Grinding?
12        Q.    That paragraph.
13        A.    Yep.
14        Q.    But if you look at the fifth line of
15    that, you see where it starts, "Imerys admitted," and it
16    goes on to say, "Imerys admitted, in deposition, that a
17    phyllosilicate sample could be ground to a near
18    amorphous state, damaging the sample, even with minimal
19    grinding."  Correct?  Did I read that correctly?
20        A.    Yes.  That is correct.
21        Q.    And then you cite the Julie Pier
22    deposition, page 25, 23 to 25, and page 26, 1 through
23    23, September 23rd, 2018?  Correct?
24        A.    Correct.
25        Q.    And so would you pick up again the Julie

Mark Krekeler, Ph.D.

Page 306

1    Pier notebook to your left?  And this time, we're
2    looking at the first deposition in the notebook because
3    they're reversed, and that's the September 13th, 2018,
4    date.  So would you turn to page 25 in that
5    deposition --
6        A.    This starts at page 340.
7        Q.    Yes, it does.
8        A.    So page --
9        Q.    Would you with agree with me there is no
10   page 25 and no page 26 in the Julie Pier deposition
11   transcript from September 13th, 2018?
12       A.    I don't know.
13       Q.    Well --
14       A.    Let's look and see.
15       Q.    You have the deposition transcript in
16   front of you, sir.
17       A.    Is that -- I don't remember if it's a one
18   or two volume.  Some of these, I think, were two volume.
19       Q.    Well, sir --
20       A.    So I think if -- yeah, I don't remember
21   specifically, but if this is --
22       Q.    Why don't you look at the very first
23   page.
24       A.    The first page says 340.  This is the
25   page number.

Page 307

1        Q.    Look at the very first page there that
2    you're looking at there, and does that say Julie Pier's
3    deposition from September 13th of 2018?
4        A.    Actually, on this page, there is not --
5    oh, September 13th, 2018.
6        Q.    And just as you told us, there is no page
7    25 or page 26 for the September 13, 2018, deposition of
8    Julie Pier, is there?
9        A.    In this printed copy, there appears not
10   to be.  I don't --
11       Q.    So --
12       A.    Can I check to see if it's confused by --
13   just double-check?  I might have.
14       Q.    Do you want to check the September 12th
15   version and see?
16       A.    Yeah.  I don't know if I've confused
17   things or not.  So we're looking at --
18       Q.    Page 25 and page 26.
19       A.    25 and 26.
20       Q.    She is not talking about phyllosilicates
21   on pages 25 or 26 of the September 12th, is she?
22       A.    Correct.  I currently don't have an
23   explanation for the apparent discrepancy.
24       Q.    Do you think since --
25       A.    I don't know if pages are missing or...

Page 308

1        Q.    Well, those pages weren't missing.  The
2    words that you quoted were not just not on them,
3    correct?
4             MS. SCOTT:  Objection.
5        A.    It's unclear.
6    BY MR. FERGUSON:
7        Q.    Do you think maybe this is another
8    mistake or typo?
9        A.    I don't know.
10            MR. FERGUSON:  That's all I have,
11   Dr. Krekeler.  Thank you for your time, sir.
12            VIDEOGRAPHER:  Do you want to go off?
13            MS. O'DELL:  James, are you okay?
14            MR. BILLINGS-KANG:  I'm fine.  Thank you.
15            MS. O'DELL:  How much time on the record?
16            VIDEOGRAPHER:  Seven hours even.
17            MS. O'DELL:  Let's go take a break.
18            MR. FROST:  Look at that.
19            VIDEOGRAPHER:  We are going off record.
20   The time is 7:13.
21            (A recess was taken from 7:13 to 7:47.)
22            VIDEOGRAPHER:  We are now back on record.
23   The time is 7:47.
24            EXAMINATION
25

Page 309

1    BY MS. O'DELL:
2        Q.    Dr. Krekeler, good evening.  I've got a
3    few questions for you to follow up.
4        A.    Okay.
5        Q.    First, you were asked a number of
6    questions about Italian talc and the talc ore deposits
7    in Italy.  Do you recall those questions?
8        A.    Generally, yes.
9        Q.    And, in fact, you were handed a binder of
10   a documents that I think are in front of you now that --
11   they were marked as Exhibit 14.
12       A.    Exhibit -- yes.
13       Q.    And they related to certain documents
14   regarding talc formations in Italy.  Do you recall those
15   documents?
16       A.    Correct.
17       Q.    And specifically in terms of the Italian
18   ore bodies, were there positive tests of asbestos in
19   Italian talc that you reviewed in reaching your opinions
20   in this case?
21            MR. FROST:  Objection to form.
22       A.    Yes.
23   BY MS. O'DELL:
24       Q.    And, in fact, if you'll turn to page -- I
25   think it was 14 of your report.  Do you see that?

Mark Krekeler, Ph.D.

Page 310

1    A.   Yes.
2    Q.   And are the test results depicted on page
3    14 -- well, let me just ask you this way.  Where did the
4    test results depicted in the table on page 14 of your
5    expert report, where did they originate from?
6    A.   There are five examples from 1957 to '58
7    from Italy.
8    Q.   And you were also handed by Mr. Ferguson
9    what's been marked as Exhibit 25.  I don't recall if you
10   recall a document entitled, "Analysis of an Authentic
11   Historical --
12   A.   Yes.
13   Q.   -- "Italian Cosmetic Talc Sample."  Do
14   you recall that?
15   A.   Yep.
16   Q.   Do you have it in front of you?
17   A.   Yes.
18   Q.   And Mr. Ferguson asked you to read the
19   first sentence of the abstract which addressed "the
20   extreme purity" of Italian talc.  Do you recall that?
21   A.   Correct.  Yes, I do.
22   Q.   Did this report that's been marked as
23   Exhibit 5 actually report the presence of tremolite
24   fibers in Italian talc?
25   A.   Yes.  There's -- it reports the numerical

Page 311

1    concentration of tremolite fibers in the talc sample was
2    3.67 -- 3.687 times 10 to the negative 6 fibers per
3    gram, so that is over 3 million fibers per gram
4    corresponding to a mass concentration of .722 parts per
5    million.
6    Q.   And if you'll turn to page 3 of this
7    exhibit --
8    MR. FROST:  Leigh, what exhibit is this?
9    MS. O'DELL:  25.
10   MR. FROST:  25.  Okay.
11   MS. O'DELL:  It's what Ken marked.
12   MR. FROST:  Oh, I thought you said five.
13   I apologize.
14   MS. O'DELL:  Did I?  Sorry.  Thank you.
15   MR. BILLINGS-KANG:  You said five.
16   MS. O'DELL:  I don't think you heard the
17   two, but 25 is what I'm referring to.
18   MR. FROST:  Thank you.
19   BY MS. O'DELL:
20   Q.   On page 3 of the exhibit, Dr. Krekeler,
21   did the authors of this report also report the presence
22   of fibrous talc in this particular sample?
23   MR. BILLINGS-KANG:  Object to form.
24   A.   Yes.  I believe I saw it in here.
25

Page 312

1    BY MS. O'DELL:
2    Q.   In fact, at the top, in the first full
3    paragraph, it says, "The TEM micrograph in Figure B1
4    shows a number of platy talc particles.  Figure B-2
5    shows platy talc particles and an elongated fragment of
6    talc."
7    A.   Of talc.  Two -- yeah.  "Two other
8    tremolite fibers were detected," and then it restates
9    that numerical concentration of tremolite fibers in talc
10   was the number that I mentioned previously.
11   BY MS. O'DELL:
12   Q.   And so does, in fact, Exhibit 25 support
13   your opinion that Italian talc is contaminated with
14   asbestos?
15   MR. BILLINGS-KANG:  Objection to form.
16   MR. FROST:  Objection to form.
17   BY MS. O'DELL:
18   Q.   Now, let me ask you to turn to your
19   report specifically.  Oh, one question.  You were asked
20   a few questions today about the beneficiation process,
21   and if there is asbestos fibers present in talc ore, is
22   there anything in the beneficiation process that you
23   would expect to remove the asbestos fibers from the
24   talc?
25   A.   Not efficiently.

Page 313

1    Q.   Let me ask you to turn to page 35 of your
2    report.  Actually, 36.
3    A.   Okay.  I'm on page 36.
4    Q.   And, actually, you can look at, actually,
5    either 35 or 36, but are the test results and the
6    samples that are of the samples reported in the table on
7    page 35, and do many of them include the results of
8    annual composite samples?
9    A.   Yes.
10   Q.   And are -- what are annual composite
11   samples?
12   A.   They are, essentially, talcum powder
13   that's ready to go as a consumer product, essentially a
14   consumer product.
15   Q.   And annual samples would be composed of
16   processed talc?
17   A.   Yes.
18   Q.   And let me ask you to look at page 36,
19   where you report some of the findings regarding
20   chromium.  Did Johnson & Johnson conduct testing of its
21   talc powder that was specific enough to identify whether
22   the type of chromium contained was either hexavalent
23   chromium or trivalent chromium?
24   MR. BILLINGS-KANG:  Objection to form.
25   MR. FROST:  Objection to form.

79 (Pages 310 to 313)

Mark Krekeler, Ph.D.

Page 314

```
1        A.    No.  I saw no evidence of any testing to
2   determine whether chromium was in the three-plus state
3   or the six-plus state.
4             MR. FROST:  Move to strike the response
5        as speculative.
6   BY MS. O'DELL:
7        Q.    Is that also true -- is that also true of
8   the testing that was conducted by Imerys?
9             MR. FROST:  Objection to form.
10       A.    I'm sorry.  Can you repeat the question?
11  BY MS. O'DELL:
12       Q.    Is that -- is that also true of the
13  testing that was conducted by Imerys regarding chromium?
14            MR. FROST:  Same objection.
15       A.    Yes.
16  BY MS. O'DELL:
17       Q.    You were asked a number of questions
18  regarding the ore deposits in Vermont.  Do you recall
19  those questions?
20       A.    Yes.
21       Q.    And you -- one of the exhibits that was
22  marked in regard to Vermont was the Ross commentary that
23  you cited, and I believe it's in front of you.  What's
24  the exhibit number, please?
25       A.    Twelve, I think.
```

Page 315

```
1        Q.    Okay.
2        A.    That's correct.
3        Q.    And Exhibit 12 was a reference that you
4   cited in your report?
5        A.    Correct.
6        Q.    And is the Ross commentary supportive of
7   your opinions?
8        A.    Yes.
9        Q.    Why?
10       A.    So, essentially, end of second column,
11  "Ultramafic talc deposits of Vermont offer a third
12  example of the complexities of rock formations
13  containing asbestos minerals.  The core of the
14  ultramafic bodies is off a serpentine rock derived from
15  a hydrothermal alteration of a pre-existing pyroxene and
16  olivine-rich ultramafic rock.  The serpentine core often
17  grades outward into talc-serpentine-carbonate rock, then
18  steatite (massive talc ore containing often small
19  amounts of serpentine), then 'blackwall' rock (contains
20  amphiboles, chlorite, quartz, albite, et cetera), and
21  finally the country rock.  Equivalent ultramafic bodies
22  in Quebec, Canada, form some of the world's largest
23  chrysotile deposits."
24            So, essentially, this is all the talc
25  mines are all part of this one essentially extensive
```

Page 316

```
1   geologic terrain.
2        Q.    And in the comments that are included in
3   the Ross paper would cover the geologic formations that
4   were used to source Johnson & Johnson's talcum powder in
5   Vermont?
6        A.    Yes.
7             MR. FROST:  Objection to form.  Calls for
8        speculation.
9   BY MS. O'DELL:
10       Q.    Let me ask you to turn to Exhibit 11,
11  which should be right --
12       A.    Eleven.
13       Q.    -- in front of you there.
14       A.    Yes.
15       Q.    And if you'll turn to page 2 of --
16       A.    Page 921 in the article?
17       Q.    Yes.  Let me ask you, with the
18  constituents of the geology, geologic formation that is
19  described in Ross, and we'll get to it, but, also, in
20  Van Gosen, would those constituents, as described in
21  those publications, be the same or similar to the mines
22  in Vermont that were used to source Johnson & Johnson's
23  talcum powder?
24            MR. FROST:  Objection to form.
25       A.    Yes.
```

Page 317

```
1   BY MS. O'DELL:
2        Q.    Let me ask you to turn specifically to
3   Van Gosen, which we've marked as Exhibit 11 and
4   specifically ask you to turn to page 933.
5        A.    Okay.  Yes.
6        Q.    Does page 933 begin a description of
7   Vermont talc?
8        A.    Yes, it does.
9        Q.    Does this description by Van Gosen apply
10  to the, or is it relevant to the geology of the talc
11  mines that were used to source J&J talc?
12       A.    Yes, it is.
13            MR. FROST:  Objection.  Calls for
14       speculation.
15  BY MS. O'DELL:
16       Q.    And if you'll turn to page 934, what is
17  the description of the Vermont talc geology that Van
18  Gosen includes in his article?
19       A.    So, sorry.  On the previous page, the
20  alteration of zones are typically compromised by
21  sequence, provides details --
22       Q.    Doctor, read more clearly for the court
23  reporter, please.
24       A.    "Ultramafic rocks, grading to a
25  talc-carbonate-dominant zone, grading to a nearly
```

Mark Krekeler, Ph.D.

1    mono-mineralogical ... zone," all these other rich
2    zones, Items 1 through 7. And then "Black-wall talc
3    deposits are associated spatially with serpentinite
4    masses that, in some areas, host well-developed
5    chrysotile asbestos." And there's citations from 1942
6    and '63.
7    BY MS. O'DELL:
8        Q.    Okay. And did it also say that some of
9    the alteration zones contain actinolite, tremolite and
10   anthophyllite?
11       A.    Yes.
12       Q.    And does the Van Gosen article support
13   your opinions in this case?
14            MR. FROST: Objection. Calls for
15   speculation.
16       A.    Yes.
17   BY MS. O'DELL:
18       Q.    Let me ask you now to turn to Exhibit 15,
19   which also should be in front of you.
20       A.    Fifteen.
21       Q.    It's the Chidester --
22       A.    Fourteen.
23       Q.    Fifteen.
24       A.    Okay.
25       Q.    So the Chidester article that was

1        A.    I had it somewhere. Yeah, 18. Yes.
2        Q.    And if you'll turn in Exhibit 18 to page
3    11, is this a document that you relied on in reaching
4    your opinions?
5        A.    Yes. I'll get to page --
6        Q.    Page 11.
7        A.    Page 11, "Elemental Scan" at the top.
8        Q.    And does this page address the presence
9    of certain heavy metals in Chinese talc deposits?
10       A.    Yes.
11       Q.    And what metals specifically were
12   elevated?
13       A.    Titanium.
14       Q.    And based on this document, does the
15   writer include a comment below regarding the need to --
16   well, let me just say for the writer's comments below
17   regarding the presence?
18       A.    "This very sophisticated analysis shows a
19   relatively wide array of elements in subtrace levels.
20   Other high grade talcs can show a similar array. The
21   analysis represents research information, which should
22   be conducted on a periodic basis to anticipate any
23   mineral contamination in future assessments of other
24   exposures of talc in the district."
25       Q.    Let me ask you to put that aside, please,

1    referenced earlier, and I'll ask you to turn to page 28.
2    If you'll turn --
3        A.    I am on page 28.
4        Q.    Right. And does page 28 relate to the
5    Hammondsville talc mine?
6        A.    Yes, it does.
7        Q.    And was the Hammondsville talc mine one
8    of the mines that was used to source Johnson & Johnson's
9    talc?
10       A.    Yes.
11       Q.    And if you'll look on the right-hand
12   side, on the second paragraph, do you see that?
13       A.    Yeah. "The deposit consists entirely of
14   coarse, flakey grit and of steatite. No serpentinite
15   has been found. In the southwestern face of the quarry,
16   there is a large mass of actinolite rock."
17       Q.    Does that support your opinions in this
18   case?
19       A.    Yes.
20            MR. FROST: Objection. Form.
21   BY MS. O'DELL:
22       Q.    Let me ask you to set that aside and turn
23   to Exhibit 18. It's the document, the "Preliminary
24   Investigation of Cosmetic Talc Potential" in China,
25   Kwangsi, China. I think you had it in front of you.

1    sir. Thank you.
2            If you'll turn now to the IARC monograph,
3    which I think is on the '93 monograph, which is right
4    there. Yes.
5        A.    This? Five?
6        Q.    That's right, Exhibit 5.
7        A.    Okay.
8        Q.    You were asked a number of questions
9    about a statement that you made in your report about, I
10   think along the lines of it was common to find minerals
11   such as tremolite, anthophyllite, asbestos in talc
12   deposits. Do you recall those lines of questions?
13       A.    Yes.
14       Q.    And if you'll turn to page 284 of the
15   IARC monograph, 284, and this is the '93 monograph that
16   relates to talc not containing asbestiform fibers. If
17   you look at the bottom of 284, what does it say in the
18   IARC monograph regarding the presence of these minerals
19   in talc deposits?
20       A.    It discusses minerals associated with
21   talc. "The most common minerals found in talc products
22   include chlorite, magnesite, dolomite, tremolite
23   anthophyllite, serpentine and quartz."
24       Q.    And if you'll turn over to page 285, that
25   statement is further supported in Table 1.4?

Mark Krekeler, Ph.D.

Page 322

1        A.    Yes.
2            MR. FROST:  Object to form.
3        A.    Tremolite is listed, anthophyllite is
4    listed, actinolite is listed.
5    BY MS. O'DELL:
6        Q.    And is that supportive of your opinion
7    that those asbestos minerals are common in talc
8    deposits?
9        A.    Yes.
10           MR. FROST:  Objection to form.
11   BY MS. O'DELL:
12       Q.    Let me ask you just a general question
13   first.  How would you define fibrous talc?
14       A.    Fibrous talc is a talc particle that has
15   a morphology consistent with the definition of a fiber.
16       Q.    And would it be fair to say that fibrous
17   talc could be defined as talc formed in an asbestiform
18   habit?
19           MR. BILLINGS-KANG:  Objection to form.
20           MR. FROST:  Objection to form.
21       A.    Yes.
22   BY MS. O'DELL:
23       Q.    Let me ask you to look at Exhibit 22,
24   Dr. Krekeler, which I think I had in front of you.  It
25   may be.

Page 323

1        A.    Twenty-two?
2        Q.    Yes.
3        A.    Okay.
4        Q.    And I would like for you -- you recall
5    there was a number of documents that Mr. Frost showed
6    you regarding six asbestos test results that were
7    contained in the asbestos chart in your report beginning
8    at page 14.  Do you recall those questions?
9        A.    Yes.
10       Q.    And if I marked them correctly, Mr. Frost
11   pointed out one, two, three, four, five, six test
12   results that he took issue with.  Do you recall that?
13       A.    Yes.
14       Q.    How many positive tests results, just
15   estimate if you don't know --
16       A.    Approximately 125.
17       Q.    So let me -- and so let me ask you this
18   question.  Is there anything that you heard today that,
19   in your mind, would call into question the veracity of
20   the test results that, the other 125 test results that
21   you reported in the chart, which begins in your report
22   on page 14?
23           MR. FROST:  Objection to form.
24       A.    No.
25

Page 324

1    BY MS. O'DELL:
2        Q.    Dr. Krekeler, describe for us the
3    methodology that you've used in reaching your opinions
4    in this case.
5        A.    I evaluated data, I evaluated x-ray
6    diffraction data, I evaluated core data, I evaluated
7    electron microscopy data, I evaluated bulk chemistry
8    data, I evaluated descriptions, I used peer-review
9    literature, and these are essentially methods that would
10   be expected if I was working as a consultant in a
11   company.
12       Q.    Did you rely on published books regarding
13   the geology of Vermont, Italy and China?
14       A.    Yes.
15       Q.    To the degree they were available?
16       A.    To the degree, yes.  I would agree with
17   that.
18       Q.    Is another common source that geologists
19   rely on publications such as the U.S. Geological Survey?
20       A.    Yes.
21       Q.    And are there also publications from the
22   U.S. Bureau of Mines?
23       A.    Yes.
24       Q.    And did you rely on those types of
25   materials in reaching your opinions in this case?

Page 325

1        A.    Yes.
2        Q.    Is the methodology that you used
3    methodology that would be generally acceptable in the
4    field of geology?
5        A.    Yes.
6            MR. FROST:  Objection to form.
7    BY MS. O'DELL:
8        Q.    Did you rely on peer-reviewed literature
9    to support your opinions?
10       A.    Yes.
11       Q.    Is peer-reviewed literature always
12   available for specific mineral formations or deposits in
13   geology?
14       A.    Not necessarily.
15       Q.    You were asked about the documents that
16   you had received, internal documents that you had
17   received in formulating your opinions in this case.
18   Obviously, corporate documents were not available to you
19   other than lawyers giving them to you, fair?
20       A.    Yes.  Correct.
21       Q.    You didn't have an independent way to get
22   the documents from Johnson & Johnson or Imerys in order
23   to reach your opinions, right?
24       A.    Correct.
25       Q.    And did you feel that you had adequate

82 (Pages 322 to 325)

Mark Krekeler, Ph.D.

| Page 326 | Page 328 |
|---|---|

**Page 326**

1  materials to support the opinions contained in your
2  report?
3         MR. FROST: Objection to form.
4         MR. BILLINGS-KANG: Objection to form.
5     A.   Yes.
6  BY MS. O'DELL:
7     Q.    In terms of the testing documents that
8  are mentioned and reported in your expert report, are
9  testing documents something that you rely on in the
10  normal course of your role as a geologist?
11    A.   Yes.
12    Q.    Would that also be true of core logs?
13    A.   Yes.
14    Q.    And those are some of the documents that
15  you cited in your report?
16    A.   Yes.
17    Q.    Let me ask you just to talk just briefly
18  about your qualifications as a geologist. As a
19  geologist, are you -- do you teach the process of
20  evaluating mineral deposits?
21    A.   Yes. I teach a course on ore deposits,
22  and I've taught courses on industrial minerology and
23  I've taught --
24    Q.    Excuse me.
25    A.    When I was at George Mason, I would

**Page 328**

1  particular order, but if we can first turn to the IARC
2  monograph. It's the one right in front of you there.
3  Which exhibit number is that?
4     A.   I'm sorry. What?
5     Q.    Which exhibit number is that?
6     A.   Five.
7     Q.    Okay. If you can turn to page 284.
8     A.   Okay.
9     Q.    So if you look at the bottom of the page,
10  Miss O'Dell had you read from the line starting, "The
11  most common minerals found in talc products," but before
12  that, it reads, "Because talc deposits are formed from
13  different protoliths under many different geological
14  conditions, each talc deposit has a combination of
15  mineralogy and mineral habit that is distinctive and, in
16  many cases, unique." Did I read that correctly?
17    A.    There's no citation for that and, yes,
18  you did.
19    Q.    Sir, my question is: Did I read that
20  correctly?
21    A.   Yes.
22    Q.    And that's what the IARC monograph says,
23  correct?
24    A.   Correct.
25    Q.    If you can turn to the Van Gosen article,

| Page 327 | Page 329 |
|---|---|

**Page 327**

1  regularly teach minerology.
2     Q.    And would those courses have included
3  teaching students how to conduct expiration such as
4  drilling, core drilling and other ways to define an ore
5  deposit?
6     A.   Yes.
7         MR. FROST: Object to form.
8  BY MS. O'DELL:
9     Q.    Have you given presentations on those
10  types of activities?
11    A.   Yes.
12         MS. O'DELL: Okay. I don't have anything
13  further. Thank you.
14         THE WITNESS: Okay.
15         MR. FROST: Could we go off the record?
16         VIDEOGRAPHER: Sure. We are now going
17  off record, and the time is 8:13.
18         (A recess was taken from 8:13 to 8:20.)
19         VIDEOGRAPHER: We are now back on record,
20  and the time is 8:20.
21         FURTHER CROSS-EXAMINATION
22  BY MR. FROST:
23    Q.    All right, Doctor. A couple quick
24  follow-ups, and unfortunately, I'm going to run them in
25  the order they're in my binder, which probably is no

**Page 329**

1  which is Exhibit 11.
2     A.   Okay.
3     Q.    Page 934.
4     A.   All right. I'm on that page.
5     Q.    Before, when you were reading this, you
6  skipped over most of Number 3. Number 3 reads, "a
7  nearly mono-mineralogical talc zone (often of high
8  purity) several centimeters to meters thick." Did I
9  read that correctly?
10    A.   Yes.
11    Q.    Do you agree with me that that would be
12  the talc ore zone, correct?
13         MS. O'DELL: Object to the form.
14    A.    Presumably. A nearly -- a nearly
15  monomineralic -- mineralogical talc zone.
16  BY MR. FROST:
17    Q.    Now, if we can turn to Exhibit 15, which
18  is the Chidst article -- Chidester.
19    A.   215.
20    Q.    And specifically page 28. Okay. Counsel
21  had pointed you to the second paragraph, the second
22  column down, and you read the, "In the southwest face of
23  the quarry, there is large mass of actinolite rock,"
24  correct?
25    A.   Correct.

83 (Pages 326 to 329)

Mark Krekeler, Ph.D.

Page 330

1      Q.    It doesn't say here that it's asbestos
2  actinolite, correct?
3      A.    It does not specifically say that it's
4  asbestos.
5      Q.    And you couldn't, without speculating,
6  based on this document, say whether or not it's
7  asbestos, correct?
8          MS. O'DELL:  Object to the form.
9      A.    I would agree.
10  BY MR. FROST:
11      Q.    And then the sentence before that, the
12  end of it reads, No serpentine has been found; is that
13  correct?
14      A.    No.  It says, "No serpentinite."
15      Q.    "No serpentinite," sorry, "has been
16  found"?
17      A.    "Has been found."
18      Q.    Okay.  Sorry.  I did read it incorrectly.
19  You are right.  So "No serpentinite has been found"?
20  That's correct?
21      A.    Correct.
22          MR. FROST:  That's all questions I have,
23  sir.
24          VIDEOGRAPHER:  Is that it?
25          MR. FERGUSON:  I don't have any

Page 331

1  questions.
2          MS. O'DELL:  I have nothing further.
3          MR. FROST:  All right.
4          VIDEOGRAPHER:  This adjourns the
5  deposition of Dr. Mark Krekeler.  We are now
6  going off record, and the time is 8:24.
7          COURT REPORTER:  What about signature?
8          MS. O'DELL:  Yes.
9          (Exhibit 28 through 30 were marked for
10          identification.)
11          ---
12          DEPOSITION CONCLUDED AT 8:34 P.M.
13          ---
14
15
16
17
18
19
20
21
22
23
24
25

Page 332

1          C E R T I F I C A T E
2  State of Ohio    :
3                  :  SS
   County of Hamilton  :
4          I, Susan M. Gee, RMR, CRR, the undersigned, a
5  duly commissioned notary public within and for the State
6  of Ohio, do hereby certify that before the giving of his
7  aforesaid deposition, MARK KREKELER, Ph.D., was by me
8  first duly sworn to depose the truth, the whole truth
9  and nothing but the truth; that the foregoing is the
10  deposition given at said time and place by MARK
11  KREKELER, Ph.D.; that said deposition was taken in all
12  respects pursuant to stipulations of counsel; that I am
13  neither a relative of nor employee of any of their
14  parties or their counsel, and have no interest whatever
15  in the result of the action; that I am not, nor is the
16  court reporting firm with which I am affiliated, under a
17  contract as defined in Civil Rule 28(D).
18          IN WITNESS WHEREOF, I have hereunto set my
19  hand and official seal of office at Cincinnati, Ohio, on
20  this 29th day of January, 2019.
21
22          _____
23  My commission expires: S/ Susan M. Gee, RMR, CRR
   September 20, 2020.   Notary Public - State of Ohio
24
25

Page 333

1
2
3          DECLARATION UNDER PENALTY OF PERJURY
4
5  Case Name:  Talcum Powder Litigation
   Name of Witness:  Mark Krekeler, Ph.D.
6  Date of Deposition:  January 25, 2019
7
8
9          I, MARK KREKELER, Ph.D., hereby certify under
10  penalty of perjury under the laws of the State of
11  _____ that the foregoing is true and correct.
12          Executed this _____ day of
13  _____, 2019, at _____.
14
15
16          _____
               MARK KREKELER, Ph.D.
17
18
19
20
21
22
23
24
25

84 (Pages 330 to 333)

Mark Krekeler, Ph.D.

Page 334

```
 1    DEPOSITION ERRATA SHEET
 2    Case Name:  Talcum Powder Litigation
      Name of Witness:  Mark Krekeler, Ph.D.
 3    Date of Deposition:  January 25, 2019
      Reason Codes:  1. To clarify the record.
 4          2. To conform to the facts.
            3. To correct transcription errors.
 5
 6    Page _____ Line _____ Reason _____
 7    From _____ to _____
 8    Page _____ Line _____ Reason _____
 9    From _____ to _____
10    Page _____ Line _____ Reason _____
11    From _____ to _____
12    Page _____ Line _____ Reason _____
13    From _____ to _____
14    Page _____ Line _____ Reason _____
15    From _____ to _____
16    Page _____ Line _____ Reason _____
17    From _____ to _____
18    Page _____ Line _____ Reason _____
19    From _____ to _____
20    _____ Subject to the above changes, I certify that
             the transcript is true and correct.
21    _____ No changes have been made.  I certify that the
             transcript is true and correct.
22
23    _____
             MARK KREKELER, Ph.D.
24
25
```

85 (Page 334)

Mark Krekeler, Ph.D.

**A**

**abandoned**
215:5
**abiding**
234:16
**ability**
196:2
**able**
46:20 70:25 72:21
155:25 156:24
157:8 185:2
206:19 221:22
257:17 266:6
**abrade**
74:22
**abrasiveness**
164:6
**absence**
219:4 220:15 221:4
222:19
**absolute**
126:12
**absolutely**
54:18 78:6 132:18
137:22 253:10
261:7 262:12
**Absorbent**
300:24
**abstract**
49:21 145:11
290:10,15 310:19
**academic**
108:8 113:10
283:24
**acary@grsm.com**
3:16
**acceptable**
217:16 325:3
**accepted**
60:13 78:22
**access**
29:13 32:11 33:11
215:11
**accessees**
266:13
**accessory**

65:14 66:2 70:19
153:13
**accompanied**
42:6 286:20 287:9
**accounts**
233:3
**accurate**
22:23,24 23:4,6,11
23:15,17 138:24
208:15 284:12
**accurately**
11:19
**achieve**
95:22
**acknowledge**
296:7
**acknowledged**
294:13 295:13
**acquired**
38:17
**actinolite**
75:14 92:6 107:18
110:17 111:1
112:9 125:11,12
132:9 133:19
164:15 167:8,12
168:10 249:22
318:9 319:16
322:4 329:23
330:2
**action**
6:20 332:15
**active**
279:12
**activities**
126:4 327:10
**activity**
84:7 96:2
**actual**
41:5 42:6 171:18
173:25 236:13
242:4
**addendum**
4:17 25:24,24 26:2
27:7 53:25 54:10
54:15 55:3

**adding**
216:15
**addition**
56:20 157:2 164:8
291:13
**additional**
22:10 26:18 27:3,6
27:14 29:20 30:5
34:9,14 44:22
54:1,10 214:13,14
214:15 264:12
**address**
209:22 320:8
**addressed**
297:7 310:19
**adequate**
32:21 212:24 213:5
325:25
**adequately**
133:3 238:18,19
**adjacent**
63:21
**adjourns**
331:4
**Administration**
297:10 301:2
**admit**
292:12 293:25
**admitted**
296:14 305:15,16
**admittedly**
186:13
**admitting**
293:18
**adopted**
208:5
**advantage**
95:22
**advisor**
15:6,13 46:7,9,10
50:24
**Afewu**
6:6 207:24,24,25
208:9 209:4,4
212:19,22 238:22
238:23 239:2

**affect**
60:18 62:14,20
137:15 231:13
276:17
**affiliated**
332:16
**aforesaid**
332:7
**afraid**
58:1
**agate**
224:22
**age**
8:12 62:1,3,3
**agency**
174:25
**aggregate**
76:5,22
**ago**
12:13 22:6 155:22
**agree**
12:1 31:14 42:19
52:25 54:9 57:6
59:8 60:6,22 61:1
61:13,21 64:10
65:12 66:6 68:17
69:3,7,15 70:4,8
70:18 74:11 76:7
83:2 84:23 86:23
87:2,5 89:1 103:6
103:9 109:24
113:25 114:25
115:4 121:3 130:9
131:1 134:18
141:19 142:21
143:21 145:6,13
146:19 147:7
150:15,20 153:11
153:20 154:12
157:11,13 161:22
162:22 164:9
170:20 172:19
173:3 175:17,24
177:22 178:19
189:14 192:6
198:16 199:5

208:10 210:7
212:14 213:13,15
214:13 215:12
220:9 222:14
228:20 230:4
231:15 234:6
236:9 238:25
239:2 246:7
248:18 249:24
251:7 254:5,23
259:22 260:9
261:10,13 267:12
269:18,25 270:14
272:7 273:2 275:3
275:6,10,22 281:5
281:21 293:25
296:5 306:9
324:16 329:11
330:9
**agreement**
267:2
**ahead**
27:25 96:25 112:3
127:4 132:3
133:12 150:19
161:11 178:11
199:20 214:5
281:11 297:22
**al**
5:14
**Alabama**
2:5 70:4
**albite**
315:20
**Allen**
2:3 7:15,18
**Allow**
10:16
**alluded**
24:13
**Alps**
6:11
**alteration**
59:14,16 122:21
123:1 315:15
317:20 318:9

Mark Krekeler, Ph.D.

**altered**
42:7
**alum**
48:13
**amazing**
49:22
**amend**
23:20
**America**
3:7 69:25 299:2,6
**American**
15:7
**Amoco**
15:11
**amorphous**
226:15 227:25
229:21,22 231:23
231:23 232:2,7,12
232:21,22,22
305:18
**amorphousness**
227:24
**amosite**
107:13,17 110:25
170:15
**amount**
30:20 32:20 33:14
60:23 151:17
153:22 154:23
180:24
**amounts**
166:4 215:4 249:21
251:14 315:19
**amphibile**
227:4
**Amphibiles**
227:3
**amphibole**
5:14 49:15 107:17
159:20 164:1
166:4,25 170:5
172:1,14,14
227:15 230:4
**amphiboles**
49:2,4,8,22 78:3
88:15 89:11 227:5

227:7,22,23
230:16,17 231:7
315:20
**amphibolite-grade**
203:4
**analyses**
151:16,20 178:1
180:3 205:12,17
206:7 250:2 291:5
**analysis**
6:16 28:2 55:2
123:13 177:23
212:1 224:19
252:8,20 289:25
290:3 310:10
320:18,21
**analytical**
23:6 57:20 179:19
180:12 205:16
**analyze**
67:1 205:14 206:4
206:13,16
**analyzed**
46:10 220:5
**Andreas**
242:13 243:19
245:18,25 246:9
263:9
**Andrew**
3:13 8:2
**angle**
215:7
**angles**
215:10
**announcement**
240:21
**annual**
313:8,10,15
**answer**
10:10,18,20,25
11:9 12:5 17:10
17:12,13 28:11
29:23 31:7,23
33:6 65:25 66:17
66:25 71:3 80:2
81:15 94:2 95:9

95:16 96:19 121:8
123:18 128:11
129:1 130:16
156:9 178:23
180:25 181:2
183:16 184:10
190:9 201:1 211:2
221:17,17 288:12
288:12 293:11
**answered**
28:9 31:7,23 35:5
41:12 45:2 68:8,9
99:13 264:20
265:20 266:16
271:14 290:22
**answering**
96:24
**answers**
11:6 187:2
**anthophyllite**
92:6 107:12,18
110:17 111:1
112:9 125:12
132:10 133:14,19
133:24 142:13,16
318:10 321:11,23
322:3
**anticipate**
320:22
**antigorite**
108:10,11,12 225:4
**anybody**
21:8 35:21 39:9
54:24 109:14
232:1 263:24
**anything's**
167:9
**anyway**
110:8 117:23
161:14 195:4
**apart**
75:15 165:18
**apatite**
168:8
**apologize**
39:17 48:8 76:12

84:18 110:7
119:18 165:12
175:10 196:8
235:3 237:7
243:18 247:9
290:21 303:15
305:3 311:13
**Appalachian**
69:20 146:6,14
172:20,24
**Appalachians**
202:6
**apparent**
307:23
**apparently**
94:11 184:23
186:22
**appear**
39:15 88:25 101:21
174:25 180:13
243:11 272:6
273:3
**APPEARANCES**
2:1 3:1
**appeared**
42:12
**appears**
88:24 121:6 179:1
237:14 255:17
307:9
**applied**
75:15 80:10 84:11
108:18 136:22
153:16 210:18,19
**applies**
111:12
**apply**
78:4,7 138:10,12
317:9
**applying**
211:20
**appointment**
9:1
**appreciate**
120:24
**approach**

6:6 212:11,12,15
212:17 213:1
**approaches**
206:11 209:21
**appropriate**
57:3 63:4 217:3
**approximately**
61:24 69:11 225:15
247:20 281:24
323:16
**aquamarines**
156:2
**arbitrary**
67:12
**archives**
67:17
**area**
14:16 16:16 47:1
47:23 115:22
124:22 126:17
151:9 170:6 200:7
234:20 302:6,7
**areas**
24:11 47:10 148:3
150:15 176:20
196:12 199:6
200:5 215:1,12
318:4
**Arps**
2:20 7:23
**arrangement**
77:25 112:8
**arrangements**
226:5
**array**
320:19,20
**arrive**
32:21
**arrived**
33:23
**arrives**
220:18 222:17
**arrow**
167:14
**arsenic**
151:21 152:17

277:23,25 279:16
**article**
58:13 109:19,24
  140:12,14 141:1,4
  160:25 161:5
  174:22 316:16
  317:18 318:12,25
  328:25 329:18
**articles**
38:23 55:9 56:25
  82:7 109:4 134:7
  271:20 285:3
**artificial**
81:5
**asbestiform**
72:10,12,14,15,18
  72:20,21,23 73:1
  73:11,15,21 74:12
  74:13 75:3,3,4,10
  75:20 76:4 77:3,6
  77:13 78:18 79:4
  79:5,13 80:1,11
  80:20,21,25 81:23
  82:6 83:19,21
  84:3,9,12,17 85:5
  85:6 90:5 92:6,10
  92:11,12,16 93:7
  93:12,15,16 94:25
  95:12,14,21 96:10
  96:13,18,23 97:6
  97:10,22 98:9,11
  98:16 99:7,19,23
  100:1,4,6,16,25
  101:6,17,21 102:1
  102:8,11,11,12,15
  103:2,13,15,25
  104:1,7,11,12,20
  105:2 106:2
  114:14,23 119:10
  141:17 143:9
  162:15 166:5,12
  166:18,21 167:9
  172:13 247:12,16
  286:21 287:10
  321:16 322:17
**asbestos**

4:23 5:4,14,15 6:12
  31:9,10 35:14
  45:9 47:2,23 52:9
  55:23 64:21 67:19
  68:12,12 76:3
  84:16 87:13,15
  92:4,12 93:16
  102:21 106:3,24
  106:25 107:2,5,10
  108:5,13,17,21
  110:13,16,23
  111:9,21 112:6,11
  112:16,25,25
  113:14,16,17,24
  114:5 116:23
  117:12,19 118:14
  118:19 119:14
  125:10,25 126:25
  127:7,17 133:18
  135:23 151:1
  156:21 159:20
  162:9,14 164:10
  164:11 167:2
  170:6,15 172:8,15
  183:11 194:25
  196:15 219:5
  220:15 221:5
  222:1 223:24
  228:19 232:19
  235:7 238:19
  248:14 251:15
  252:5,24 260:14
  261:18 262:1,6,21
  267:13,19 268:1,5
  292:13 293:13,14
  293:19,20,24
  294:1 297:21
  299:11,14,18
  300:6,20,25
  301:12 309:18
  312:14,21,23
  315:13 318:5
  321:11 322:7
  323:6,7 330:1,4,7
**asbestos-like**
117:20

**asbestos-type**
171:9 251:13
**Ashton**
168:19
**aside**
49:4 296:21 319:22
  320:25
**asked**
12:6 16:23 17:7
  18:10 25:5 26:1
  26:11 28:8 29:17
  29:17 30:16 31:6
  31:22 35:4 38:4,8
  39:10,12 41:11
  45:1 68:7 79:24
  95:9 136:25
  185:10,10 264:19
  264:21 265:19
  266:15 271:13
  283:19 309:5
  310:18 312:19
  314:17 321:8
  325:15
**asking**
8:18 10:23 23:9
  80:4 96:6 99:21
  100:21 102:7
  104:8 105:14
  130:7 151:25
  154:15 155:15
  183:24 184:6
  282:16,17
**aspect**
73:13 76:7 84:1
  89:21 95:10 97:8
  98:23 99:2,8,16
  99:24 100:13
  101:23 102:16
  103:16 104:2,17
  258:25
**aspects**
97:18
**assemblage**
64:24 142:3
**assemblages**
64:25 65:24 128:25

**asserted**
295:10
**assertion**
129:6 287:3
**assessments**
320:23
**assist**
39:15
**associate**
8:25
**associated**
15:3 24:23 63:15
  63:16 64:12,17,19
  64:22 65:4,14
  66:2 67:20 87:16
  117:16 127:21
  129:17 132:9
  139:20 140:15
  148:16 159:19
  173:5,19 203:3
  248:15 274:20
  318:3 321:20
**association**
146:9 169:6 203:2
**associations**
128:25 129:3 238:5
**assume**
42:3,14
**assumed**
10:21 41:22 137:22
**assumption**
37:24
**assumptions**
41:18,25
**assure**
205:9 297:20
**assured**
227:1
**atomic**
66:15 95:6
**atoms**
226:5
**ATSD**
109:24
**ATSDR**
107:25 108:5,22,25

110:23 111:21
  112:24 113:1,17
  113:23
**attendant**
290:19
**attended**
51:12,15,17
**attention**
177:18 188:12
**attorneys**
21:7 50:5
**attribute**
110:23 113:15
**attributes**
97:21
**audit**
29:10
**audits**
29:8,8
**Austin**
3:11
**authentic**
6:16 290:1,4
  310:10
**author**
174:25 289:22
**authorities**
284:8,20
**authors**
311:21
**automatic**
296:2
**autonomous**
194:24 198:2,5
**available**
15:18 25:25 62:5
  197:6 202:8
  324:15 325:12,18
**Avenue**
1:17 2:21 3:4,10
**avoid**
148:5 152:3,10
**aware**
18:13 24:20 181:15
  181:24 200:13
  233:9,21 250:22

Mark Krekeler, Ph.D.

255:7 270:24
271:21 278:23
279:1 291:10
297:9
**axis**
266:8
**a-n**
290:6
**a.m**
1:15

**B**

**B**
4:13 5:1,7 6:1
122:18 219:16,18
256:19 289:22
**baby**
69:18 162:13
223:20 230:5
248:20,21 249:1
259:25,25 261:8
262:3 300:18
**bachelor's**
14:20
**back**
12:13,24 18:24
22:17 34:22 37:10
55:25 57:17 65:22
67:17 71:11 93:25
95:8 118:7 121:14
122:15 124:11,14
126:15 127:15
130:8 137:8
141:20,25 142:1,3
142:3,6,14,25
143:20,24 148:15
151:5 154:12
162:17 165:16
172:17 174:15
184:18 187:11,21
195:12 197:21
217:14 218:13,15
223:8,11 240:23
241:6 245:25
246:3,13 247:12
254:9,23 255:19

256:13,16 260:6
260:11 263:12
268:13 282:21
283:2 286:13
289:14 296:14,16
296:23 304:17
308:22 327:19
**backs**
252:14
**backwards**
244:7
**backyard**
130:24
**bad**
31:24 40:6 44:14
170:3 289:18
**ball**
303:25
**Barry**
144:7
**base**
24:19,20 204:18
**based**
22:21 23:6 32:23
33:24 55:7 61:8
62:4,7 77:14
78:25 101:2 106:1
106:13 113:10
133:7 139:8
142:18 151:4,8
163:17 166:21
176:23 180:4
181:16 183:11
186:13 202:7
204:11 210:13
216:11 222:18
252:7,9,12 253:4
259:5,14 261:21
267:8 269:14
270:11 273:18
277:25 287:20
320:14 330:6
**basic**
90:13 181:20
**basically**
16:1,9 21:17 52:15

55:16 57:16 72:23
77:1,23 78:3
80:19 102:14
105:22 106:2,2
127:10 128:16
129:10 135:25
137:21 140:21
142:3 145:4
155:23 156:1,7,17
157:9 158:16
202:17,25 205:8
205:19 206:2,3,10
206:16 214:9
224:8,16,20,24
226:6,17 261:17
272:15
**basin**
200:7
**basing**
33:16 146:5 253:11
**basis**
60:16 105:1 106:7
125:13 140:2
160:1 163:18
165:4 207:2,3,11
220:22 221:2
224:2 253:6
267:17 287:21
320:22
**Bates**
5:12,17,19 6:4,8,12
167:6 171:8
242:17 245:1
**Battelle**
164:3 166:3,11
**Battery**
3:14
**Bear**
144:4 240:16
280:13
**Beasley**
2:3 7:15,17
**becoming**
227:25
**bedrock**
49:17

**began**
198:23 200:24
**beginning**
137:1 138:9 180:2
198:13,22 289:2
323:7
**begins**
323:21
**behalf**
2:2,16 3:2,7,17
7:22,24
**believe**
17:25 20:9 22:22
22:24 23:10,17
33:3 37:25 38:12
42:24 43:2 44:22
48:13 53:13,16
54:5 55:8 58:9,20
58:21 82:8 92:1
107:16 108:4,7
115:8 121:16
122:14 124:23
125:8 129:2
141:15 159:9
162:25 163:14
166:11 174:2
176:14 178:4
182:4,13 185:16
189:4 197:24
207:12,24 210:20
214:12 218:3
234:22 239:19
250:25 255:24
259:20,24 273:23
280:1 285:15,20
286:4,4 288:11,13
291:12 297:13
302:21 311:24
314:23
**belt**
125:7 146:6,6,15
172:20,24
**benchmark**
134:10
**bend**
84:12

**beneficiation**
153:12,16,21 154:3
154:19,22 276:16
292:13 293:18
294:1 312:20,22
**bentonite**
14:24
**bentonites**
49:4 51:20
**Berg**
5:7 120:11,13,14
121:3,15 236:18
238:4
**Berman**
134:10
**best**
22:20 42:4 51:3
128:22 196:1
262:8
**better**
16:25 91:18 117:16
253:16
**bibliography**
179:6
**Biddle**
2:17 7:21
**big**
29:11,12 61:5
70:12 273:22
**Bill**
105:18
**billing**
22:11
**Billings-Kang**
3:19 8:6,6 298:3
301:25 302:8
308:14 311:15,23
312:15 313:24
322:19 326:4
**binder**
165:11 241:21
245:7 246:14
249:18 309:9
327:25
**binders**
19:10,18,22 28:19

Mark Krekeler, Ph.D.

28:20
**biological**
118:13,18
**biopyriboles**
227:8
**biotite**
106:3
**bit**
41:1 71:25 89:10
104:6 172:19
213:13 240:23
268:16 285:17
295:17
**black**
62:20 72:5 147:10
203:1
**blackwall**
315:19
**Black-wall**
318:2
**blending**
276:16
**block**
219:23
**Blount**
264:4,8,9
**blunt**
136:11
**Bob**
61:7
**bodies**
235:5,9 309:18
315:14,21
**body**
147:24 150:14
195:1 196:16
214:25 215:9,22
235:21 236:13
278:24 297:11
300:15,24 301:17
**bold**
289:1
**bonding**
72:8
**bonds**
78:1 135:13 224:7

**book**
88:10 121:21 122:4
127:23 128:1
131:18 132:5
242:5 270:7
285:18,25 286:9
286:11
**books**
19:23,25 20:6
38:15 39:2,6
55:18,20 324:12
**bottle**
248:25 262:3
275:25 277:1,4
**bottles**
69:18 267:19
**bottom**
92:4 111:14 112:6
122:18 124:20,21
184:19 188:13
201:13 219:10,15
220:1 243:16
247:4 294:8,11
298:22 301:1
321:17 328:9
**bought**
206:19
**Boulevard**
2:9
**boundaries**
62:21 126:5,18
129:23,25 135:18
191:3
**boundary**
141:25 142:5
147:10
**Boundy**
182:9,11
**box**
240:17 247:14
**boxes**
55:9
**Bradley**
5:14
**break**
11:7,11,12 25:3

37:5,13 71:6 78:7
78:8 84:12 121:13
124:6 174:7 223:2
268:8 295:2
308:17
**breaking**
87:25 105:23 106:6
172:3
**breaks**
75:15 81:22
**Brian**
47:8
**Bridgeside**
2:9
**briefly**
283:8 326:17
**bright**
88:20
**bring**
19:5 22:3 144:12
**Brinley**
55:24
**broad**
56:7 76:25 183:20
183:23 296:1
**broke**
103:8
**broken**
74:23 78:16,18
**brother-in-law**
52:18
**brought**
19:2 20:8 34:18
135:11
**Brown**
214:20 215:2
**bulk**
29:5 139:13,13,14
185:1 324:7
**Bulletin**
5:3,23
**bundles**
84:5
**Bureau**
4:19 5:6 86:25 87:5
89:16 91:1 324:22

**Buseck**
129:2 138:4
**B-2**
312:4
**B1**
312:3

**C**

**C**
332:1,1
**Cagliari**
6:9
**calcite**
168:7
**calculations**
213:3 266:12,14
267:6
**Caledonia**
24:16,16 55:23
65:22,24
**California**
3:15 46:25 47:1
70:4,7 242:13
243:19 245:18
246:9 263:9
**call**
56:19 130:24 133:9
135:22 212:9
300:1 323:19
**called**
12:6 18:2 52:9
64:15 87:19 89:15
119:13 136:15
172:13 182:13
184:12 189:2
233:22 285:25
**calling**
33:8
**calls**
65:15 151:12
223:21 316:7
317:13 318:14
**Campbell**
86:21
**campus**
2:18 9:2,3

**Canada**
315:22
**cancer**
6:17 25:18 43:25
269:20 271:1,8,12
290:2,19
**capture**
216:3,7,12
**carbon**
135:13
**carbonite**
122:22,22
**carbonites**
122:19
**carcinogen**
111:16 115:9,11
164:17,21 165:4
269:6 278:20
**carcinogenic**
4:21 115:6 268:21
**carcinogenicity**
25:20
**carcinogens**
115:17
**care**
3:17 8:7 103:23,23
134:17 227:21
231:7
**career**
51:16 283:24
**careful**
10:12 48:4 120:22
129:14
**carefully**
130:7
**cargo**
220:18 221:25
**Carmen**
2:8 7:13 302:25
**Carolina**
2:9
**carried**
220:8
**Cary**
3:13 8:2,2 283:12
302:11

Mark Krekeler, Ph.D.

**case**
14:9,12 16:20,20
  17:4,17,20,20,21
  17:22,23,24,25
  18:2,9,11,14,18
  19:3 20:13,20
  21:12,13,15,21,23
  22:1 23:10,11
  28:22 32:25 35:3
  35:18 36:14 38:5
  43:9,25 44:19,20
  44:25 50:19 52:3
  52:4 53:10,21
  54:12 55:11 57:1
  58:11 59:19,20
  124:25 135:8,21
  144:11 213:3
  214:18,20 221:21
  231:21 239:15
  284:18,19 285:15
  296:22 309:20
  318:13 319:18
  324:4,25 325:17
  333:5 334:2
**cases**
1:8 17:16 36:6,10
  36:12,25 37:15,17
  38:1 57:9 328:16
**categories**
30:16 115:15
**categorize**
233:1
**category**
115:12
**caught**
22:16 26:5
**cause**
25:13 114:14
  117:20 274:15
  279:18,23
**caused**
231:22
**causes**
25:7,17 269:20
**cell**
72:8 77:24

**Cener**
2:12
**centered**
15:23
**centimeters**
230:14 251:22
  329:8
**central**
200:7 220:5
**certain**
78:2,3 113:14
  146:20,21 196:17
  214:18 215:11
  266:4 309:13
  320:9
**certainly**
48:23 52:1 74:16
  124:2 145:18
  156:2 161:23
  163:7,10 179:20
  181:9 186:23,24
  208:18 258:9
  293:5,7
**certainty**
187:17 204:8 211:3
**certification**
243:17
**certified**
8:13
**certify**
332:6 333:9 334:20
  334:21
**cetera**
20:7 24:10 39:6
  52:3 70:20 89:11
  126:1 173:22
  215:8 275:12
  315:20
**chain**
148:20 193:9
  221:22
**chance**
149:22
**change**
12:10 23:19 34:2,6
  34:25 35:8 45:5

  77:11 103:4
  136:20 142:1
  189:17 268:16
**changed**
62:13 160:10
**changes**
28:6 63:1 141:18
  143:10 334:20,21
**changing**
223:2
**character**
172:2
**characteristics**
60:9 61:10 83:25
  89:14,25 117:21
**chart**
34:22 40:3 189:2
  189:22 241:25
  243:2,11 245:5
  250:5 254:15
  255:15,20 259:19
  260:11,16 277:22
  279:4 298:18,23
  300:15 323:7,21
**charts**
39:10,14 40:7
  239:10,25 240:3
  277:15
**check**
121:15 134:8 177:9
  244:24 291:8
  297:15 307:12,14
**checked**
168:4
**checking**
218:13 277:21,21
**chemical**
29:5 143:6 144:1
  152:7 177:23
  178:1 180:3 220:6
  252:20 294:12
  295:12 296:7
**chemically**
61:19 127:2,6
**chemistries**
114:22

**chemistry**
55:16 64:25 77:15
  79:1 102:19
  139:13,14,14
  178:7 185:2 270:7
  324:7
**Chernoskey**
126:25 127:6
**Chidester**
174:22 177:8
  318:21,25 329:18
**Chidst**
329:18
**China**
6:4 157:10 184:20
  184:22,22,24
  185:4 186:13,18
  186:19,23 187:22
  190:13,24 191:4,8
  191:14,17 195:16
  199:6,18 200:4,7
  200:11,11 204:12
  236:14 319:24,25
  324:13
**Chinese**
57:5 156:14 185:6
  185:6 187:15,25
  189:12,19 190:3
  190:11,13,23,24
  191:2,3 192:2,24
  194:1 195:9,11
  238:10 243:24
  289:6 320:9
**Chisone**
123:23 289:7
**chlorite**
225:23 226:1,4
  315:20 321:22
**chopped**
200:4
**chosen**
31:15
**chromium**
151:8 157:1 188:1
  192:25 194:2
  274:10 277:13,14

  277:18,20,20,22
  277:25 278:7,10
  278:11,11,13,14
  278:14,14,16,19
  278:23 279:2,5,6
  279:11,12,17
  313:20,22,23,23
  314:2,13
**chronometric**
62:6
**chrysocolla**
74:7
**chrysotile**
5:9 64:21 66:16
  68:1 72:14 92:7
  107:13 125:11,25
  126:6,7,9 129:4
  132:9 133:18
  135:24 139:20
  140:15,19,24
  141:17,20,21,24
  142:7,7,17,24,25
  143:9,20,21,23,24
  144:1 159:20
  168:8 170:4,5,17
  170:19,25 225:1,1
  226:8,21 228:6,8
  228:10,16,19
  229:6 244:19
  247:19 254:2
  257:14,15 258:4,7
  258:10,15,21
  259:8,12,15,25
  260:1,9 315:23
  318:5
**chunk**
72:14 157:7
**Cincinnati**
106:2 332:19
**Circular**
5:20
**Circular/1977**
4:20
**citation**
116:12 194:22
  236:18 287:2

296:15 304:4
328:17
**citations**
105:14 123:25
318:5
**cite**
20:1 88:8 105:6
115:23,24 117:4
123:22 133:14
140:2 144:5
157:20 162:17
165:14 181:9,11
181:11 188:4
205:6 212:20
236:3 238:21
284:9 285:2
286:24 292:16
294:14 295:11
305:21
**cited**
83:12 92:1 113:6
178:25 182:11,15
239:6 284:20,22
285:8 292:19,25
295:20 303:11,17
303:19 304:10
314:23 315:4
326:15
**cites**
287:2 303:12,13
**citing**
55:20 123:9 141:11
284:8
**Civil**
332:17
**clarification**
10:23 237:17
**clarify**
47:25 143:15
235:22 334:3
**clarity**
87:24
**class**
46:7 50:22 55:15
81:4,8 85:17
107:17

**classes**
16:12 46:9 55:19
55:20 56:16 61:11
81:20 111:4
**classic**
135:9
**classifications**
108:9
**classified**
108:13 112:11
113:24 304:1
**classwork**
60:4,17 108:9
**clay**
14:19,19,24 46:9
51:15 52:13 57:24
224:6,17 225:18
**clays**
15:12
**clean**
153:13
**clear**
9:5 167:17 187:6
191:25 262:19
**clearly**
117:13 243:22
317:22
**cleavage**
77:23 78:13,17
79:13,15,18 80:1
80:2,10 81:1,23
87:19,24 88:6,13
88:14 89:1,7,15
90:15,16,22 92:13
92:16 93:17 94:1
94:4,23,25 95:2,5
95:12,22 96:9,14
96:23 97:6,10,23
98:24 99:7,20,23
100:1,3,6,15,24
101:5 102:1,15
103:12,25 104:6
114:7,22 115:1
117:7 118:14,19
119:8
**cleave**

89:2 90:1 92:23
**cleaves**
80:9,11
**cleaving**
79:5 88:3
**Cleveland**
3:5
**clinochlore**
168:8
**close**
107:1 117:23 195:3
**closed**
30:1 47:3,4
**closely**
205:13
**closeness**
228:9
**CLVS**
1:20 7:2
**coarse**
319:14
**coastal**
199:23
**cobalt**
188:1 192:25 194:2
274:11 277:13,14
277:19,20,21,22
277:25 279:17
**code**
210:10,12
**Codes**
334:3
**coherency**
224:17
**coherent**
232:8
**coiled**
225:2
**coke**
49:15,16
**collaborated**
16:12
**colleague**
285:11
**colleagues**
200:8

**collection**
55:17
**College**
1:17
**Color**
6:22,23
**Colorado**
154:7 155:23
249:11 250:19,20
250:22 251:1
**column**
175:21 209:17
289:1 299:10,13
299:16 300:14
315:10 329:22
**columns**
299:17,20,24,25
**combination**
137:17 328:14
**come**
12:9,24 18:24
41:17 61:6 119:2
120:19 121:14
139:9 165:18
176:3 179:13,16
179:16,24 180:18
196:11 229:21
243:23 246:22
261:6,16 282:21
288:9 296:16
**comes**
16:23 105:2 108:10
150:12 151:5
152:6 245:17
274:5 279:14
**comfortable**
13:20 252:23 268:2
**coming**
43:7,17 87:14
148:15 168:20
177:23 191:8,16
203:20
**Commencing**
1:15
**comment**
153:18,25 154:2

188:13 290:23
320:15
**commentary**
314:22 315:6
**comments**
316:2 320:16
**Commerce**
2:5
**commercial**
92:5 170:5,18
**commission**
211:13 332:23
**commissioned**
332:5
**committee**
105:18,19 128:21
**common**
58:3 64:16 65:9
67:18 70:15,24
72:10 106:9
125:13,15 127:1,8
127:18 128:9
133:14,19,21,24
146:18 152:5
157:25 158:10,10
180:3 242:10
271:22 278:13
321:10,21 322:7
324:18 328:11
**commonly**
63:23 64:18,22
72:5 92:9 127:21
128:24 132:8
164:5 205:11
206:13 208:7
279:2 286:19
287:8
**communicated**
37:22 206:1
**community**
78:23
**compact**
172:3
**companies**
16:13 19:13 44:25
57:15,18,19,22

Mark Krekeler, Ph.D.

106:8,9 205:7
206:2,3,6,10,12
206:15 208:23
210:16,18 213:14
213:16 217:20
233:25 234:16
291:4,7
**company**
16:14 23:1 30:2,4
41:22 44:7 106:1
179:12 185:14,15
185:16 205:12
208:8 210:14
217:6,11,24
324:11
**compare**
112:13 199:12
225:23
**comparison**
126:4,8
**competing**
208:11
**compilation**
254:18
**compiled**
32:24
**complete**
22:19,21 30:15
31:5 32:11 33:1
126:21 143:17
186:5 219:10
**completely**
144:1 272:20
**completion**
143:7
**complex**
57:11 144:7 200:5
200:11 214:8
235:6
**complexities**
103:3 315:12
**complexity**
70:15,19 119:23
120:6 217:21
**compliance**
234:7

**complicated**
131:20 215:8,9
**component**
49:6 96:20 99:16
99:17 103:16
104:2,17 143:6
167:1
**composed**
72:15 313:15
**composite**
238:17 281:2,6,6
281:16 313:8,10
**composition**
52:10 220:7
**compositions**
117:18
**comprise**
69:11
**comprised**
66:10,21 67:5 68:6
**compromised**
317:20
**computation**
212:23
**computed**
126:4
**computer**
12:8 91:16 126:8
179:25
**con**
108:14
**concentrate**
51:23 169:21
275:11
**concentration**
69:2 311:1,4 312:9
**concentrations**
152:14 188:20
**concept**
154:13
**concepts**
150:16 154:16
**concern**
105:23 117:13
191:5,12 215:1
278:21

**concerned**
22:19 75:19 89:12
100:15
**concerning**
262:18
**concerns**
191:15,22 203:14
210:14
**conclude**
163:18 287:21
**CONCLUDED**
331:12
**concluding**
140:18
**conclusion**
118:12,17 119:2
141:2,8 171:8
**conclusions**
32:21 169:21
270:15,19
**condition**
129:8 134:16
209:18
**conditions**
126:15,18 129:12
135:19 142:1
143:10 328:14
**conduct**
313:20 327:3
**conducted**
314:8,13 320:22
**conferences**
51:12,22
**confident**
196:9
**conform**
334:4
**confuse**
283:20
**confused**
28:1 88:23 89:9
147:17 195:8
198:10,19 201:25
232:25 307:12,16
**confuses**
95:1

**confusing**
103:21 199:15
303:14
**confusion**
101:11 108:15
**Congress**
3:10
**connected**
43:25 145:21
146:13 200:6
**connection**
202:21
**Consequently**
89:14
**Conservation**
236:6
**consider**
45:3,24 186:22,23
186:24 254:14
**consideration**
234:8
**considerations**
98:17
**considered**
26:25 92:24 254:21
**considering**
252:12
**consist**
112:7
**consistent**
85:18 108:7 111:6
111:7,17,20
112:18,19 189:22
266:18,19,22
322:15
**consists**
187:14 319:13
**constituency**
132:12
**constituent**
63:18 130:15,19
132:21 134:20
137:12 138:9
**constituents**
192:19,21,22
235:19 316:18,20

**constitute**
92:11 93:15
**constrain**
203:10 206:5
**consultant**
324:10
**consulting**
15:11,14 217:7
**consumer**
313:13,14
**consumers**
69:18 151:11
**consumption**
238:21 239:4
**contacted**
50:4,10
**contain**
247:15 293:14
318:9
**contained**
162:14 252:4
313:22 323:7
326:1
**containing**
315:13,18 321:16
**containment**
52:9
**contains**
187:25 189:20
190:11 192:24
194:1 262:6
315:19
**contaminants**
106:6 147:18
154:23 158:19
191:4 223:24
224:25 297:6
**contaminate**
25:13 31:10
**contaminated**
274:21 312:13
**contaminates**
155:9
**contamination**
251:15 252:18
292:10 301:13

320:23
**content**
5:14 40:18 230:5
**contention**
287:6
**contents**
188:1 190:12
    192:25
**context**
63:13 64:17 71:24
    76:25 111:11
    156:13 157:16,17
    225:9 230:15
    293:4,8 295:17
**continue**
89:5 194:17
**continued**
74:18
**continues**
118:20 141:17
    201:8 251:10
**continuing**
48:11
**contract**
332:17
**contrast**
88:20
**contributor**
102:17
**control**
205:10 219:3 222:5
    223:15
**controlling**
60:19
**conveniently**
167:13
**conversation**
10:8
**conversion**
129:9
**converted**
12:7 142:14 147:13
**Cook**
239:15,20 240:3
**Cook's**
240:14,15

**cools**
126:17
**coordinates**
199:19
**copies**
285:19
**copy**
13:18 20:12 85:21
    91:15 109:12
    120:18,18 144:14
    160:11 175:8
    250:7 285:18,19
    307:9
**core**
55:15 63:4 150:13
    213:20 214:22
    215:4,5,21 216:3
    315:13,16 324:6
    326:12 327:4
**cores**
184:25
**coring**
29:4 149:2 150:14
    214:14,17 217:3
**corporate**
325:18
**correct**
12:23 14:6 25:9,21
    26:21 27:2,7
    28:14 30:16,25
    31:5,21 33:1 36:3
    45:23 47:19,20
    48:19,24,25 51:4
    51:10,25 52:5
    53:24 54:3,8 59:7
    61:14 62:11 63:19
    64:20 65:8 66:4
    66:11 76:14 83:10
    88:4,5 90:10
    92:16 93:12 101:7
    102:6 104:21,24
    105:4,9 106:17
    107:6,19 109:24
    111:1,17 112:12
    113:3 114:16,19
    114:20 115:24

118:2,23 119:5
128:2 136:8
137:12 141:9,21
143:1,22 144:2,3
145:15 146:15
147:14,24,25
148:10,25 149:11
150:22,24 153:3,8
153:23 154:17,20
154:23 155:3,9
159:5 160:20
162:2,18 163:11
163:19 164:1
165:5,5,7 167:10
168:10,14,21,24
169:8,11 171:18
172:3,6,8,15,16
172:21 173:16,21
175:19,25 178:15
178:21 179:17,19
183:2 185:12
187:23 188:2,3
189:8,9,15 195:20
195:21,25 199:2,3
200:19,23 201:6,7
201:10,19 204:4
210:9 211:21
212:16,25 215:21
217:3 218:1
219:11 221:8,24
227:4,11,12,15
228:1,10,20,23
230:7 231:9
235:11 236:1,10
236:14,16 237:15
239:5 243:8,9,24
245:18 246:23
249:2,4 250:19
252:5 254:25
258:10,22 259:5
259:17,18 260:16
260:17 261:6,19
262:13 263:3,10
263:13,15,18
264:10,15 265:1,8
266:13,14 267:13

268:20 270:18
274:11,15,21
275:6,13 276:1,10
276:12 277:4
278:3,19 279:7,8
279:19,24,25
283:25 284:13,15
284:21,24 285:5
285:13 286:2,10
286:22,25 287:4
287:11,22 288:5,8
289:2,3,8,12,23
290:2,12,24 291:1
291:11,15,16
292:18,20 293:20
293:24 294:2
296:8,9 297:3,4,7
297:8 298:19,24
299:2,3,6,12,15
299:18 300:15,16
300:18,19,21,22
300:25 301:5,18
301:19 303:8,9,11
303:19 304:3,7,8
305:19,20,23,24
307:22 308:3
309:16 310:21
315:2,5 325:20,24
328:23,24 329:12
329:24,25 330:2,7
330:13,20,21
333:11 334:4,20
334:21
**correction**
84:14
**corrections**
262:16,17
**correctly**
17:14 47:4 66:25
    84:13,21 117:22
    118:15 198:25
    210:3 219:6 234:9
    251:16,17 264:6
    276:19 293:15,16
    297:14 305:19
    323:10 328:16,20

329:9
**correlate**
250:13
**correspond**
114:8
**corresponding**
247:8,9 249:14
    254:5 256:16
    259:23 311:4
**cosmetic**
6:3,10,17 48:18
    50:2 122:10
    145:14 233:10
    238:21 248:20
    261:9 263:3,13
    290:1 297:11
    301:11 310:13
    319:24
**Cosmetic-grade**
298:19,23
**costs**
151:19
**Council**
3:17 8:7
**counsel**
7:11 9:19 10:15,16
    10:18 17:8 20:14
    20:16 21:3 22:5
    28:21 30:8 31:16
    32:25 34:8,10
    37:16,22 38:5,9
    38:21 39:7,10,15
    40:9,11 44:5
    108:23 123:17
    128:10 130:17
    185:11,22 186:15
    187:8,10 240:2
    241:12 263:21,23
    264:9 285:13
    329:20 332:12,14
**count**
233:4
**country**
190:24 315:21
**County**
5:7 236:5 332:3

Mark Krekeler, Ph.D.

couple
12:12 13:13 55:8
    155:22 206:13
    269:2 284:5
    327:23
course
26:19 45:4 46:8
    50:20 268:17
    326:10,21
courses
135:9 286:12
    326:22 327:2
coursework
105:3 106:13
court
1:1 7:9 8:8 9:21
    10:6 160:12 196:8
    209:10,12 218:7
    237:9 317:22
    331:7 332:16
cover
122:16 292:23
    316:3
covered
49:25
co-occur
135:24
Craig
50:21,22
crate
221:25
crazy
49:23
CRC
270:6
create
23:25 24:6 27:7
    39:10 76:23 94:20
created
239:25 240:3
creating
136:5 254:15
criteria
104:9,10 111:14
criterion
84:9

critical
24:22
crocidolite
107:12,18 110:25
crocidolites
225:5
cross
126:18 135:18
    141:24
CROSS-EXAMI...
4:5,7,11 8:15 283:4
    327:21
CRR
1:18 8:9 332:4,23
crush
80:21 82:4 90:18
    90:21 224:19,19
    224:21 225:7
    228:1
crushed
229:20 280:20
    296:2
crushes
229:13
crushing
76:25 226:7 227:22
    231:12,22
crystal
55:15 73:25 74:20
    74:21 75:14 77:15
    79:1 80:16 84:10
    85:5 88:1,2 92:15
    92:24,25 93:11
    142:15,20 224:11
    224:15,16 226:10
    272:18
crystalline
84:9,11 89:3
    225:14,22 226:12
    226:13 231:14
    232:20
crystallinity
225:24 228:5 232:9
crystallization
83:23 136:8
crystallographic

78:11,21 89:20
    224:17
crystallographic...
82:1
crystallography
15:7
crystals
74:17,22 75:24
    76:5,6,10 78:19
    83:23 84:4 87:25
    95:3 266:7
cscott@motleyri...
2:10
cubic
251:22
cumulative
270:10
current
5:3 17:21
currently
8:24 16:22 17:19
    48:23 160:9
    301:11 307:22
Currie
47:9
cusing
264:17 267:7
custody
148:20 193:9
custom
285:2
customarily
284:9
cut
56:5 152:20,20
    161:12 255:17,21
Cutler
218:19,23,24
    220:10
Cutler's
219:9,11,24
CV
52:8

———————
          D
———————
D

4:1 247:18 256:3,5
daily
214:21
Dakota
95:4
damaging
305:18
dangerous
114:10 116:1 117:8
    118:22 119:9
    164:20
Daniel
2:12 7:19
dark
243:20
Darwin
47:1,1,17 48:10
dash
295:24,24,24
data
22:25 24:23 26:25
    30:20 32:1 35:14
    42:21,24 43:23
    44:19,23 45:3,4,6
    54:14 60:12 62:5
    99:1 102:20 126:9
    129:23 139:13,14
    139:14 141:5,9
    173:18 185:2
    188:16,17 195:11
    196:2 199:17
    201:21 202:1,8
    232:18 234:24,25
    235:5 239:23
    252:14,16 266:2,3
    266:9 280:10
    324:5,6,6,7,8
databases
134:11
datasets
148:12
date
1:14 22:2 241:10
    256:7,8 306:4
    333:6 334:3
dated

4:1 247:18 256:3,5
daily
214:21
Dakota
95:4
damaging
305:18
dangerous
114:10 116:1 117:8
    118:22 119:9
    164:20
Daniel
2:12 7:19
dark
243:20
Darwin
47:1,1,17 48:10
dash
295:24,24,24
data
22:25 24:23 26:25
    30:20 32:1 35:14
    42:21,24 43:23
    44:19,23 45:3,4,6
    54:14 60:12 62:5
    99:1 102:20 126:9
    129:23 139:13,14
    139:14 141:5,9
    173:18 185:2
    188:16,17 195:11
    196:2 199:17
    201:21 202:1,8
    232:18 234:24,25
    235:5 239:23
    252:14,16 266:2,3
    266:9 280:10
    324:5,6,6,7,8
databases
134:11
datasets
148:12
date
1:14 22:2 241:10
    256:7,8 306:4
    333:6 334:3
dated

5:17 6:7 14:3,5
    164:3 180:12
Dave
272:14
day
188:17 205:14
    206:14 214:18
    332:20 333:12
days
6:9 261:23
deal
129:25
dealing
237:15
dealings
48:14
Death
47:9
decades
57:3 133:1
December
5:16 21:18 50:5
decently
110:2
decided
206:10
DECLARATION
333:3
declare
67:10
dedicated
206:16 291:4,11
deep
135:10
Deer
6:14 143:7,12
    286:1,14,24
defect
72:9
Defendant
2:16 3:2,7 192:23
defendants
1:13 8:5 162:10
    187:24 193:25
    205:2 223:19
    282:23 292:12

Mark Krekeler, Ph.D.

defense
189:19
defer
25:14
define
14:16 16:15 71:21
72:20,21,25 73:9
101:16 102:8
104:10 108:2
148:1 149:3
164:10 203:11
322:13 327:4
defined
73:21 94:6 107:5
114:9 322:17
332:17
defines
110:12 111:21
definite
251:12
definition
69:13 75:17 77:24
79:24 84:23,24
88:24 89:1 99:22
100:14,16,22
104:3 105:2
106:20 107:9
108:1,5,21 110:15
110:23 111:9
112:24,25 113:15
113:17 114:8
130:25 181:20
322:15
definitively
261:24 279:11
deflate
226:18
deformation
94:14,15
deformed
80:17
degraded
42:12
degree
14:17,19,20,25
15:9 16:10 88:7

152:16 158:7
204:7 324:15,16
degrees
15:10
delicate
224:9
delineate
158:13
demonstrate
290:19
demonstrates
35:14
demotion
11:20
dense
212:13
densities
72:9
density
63:4,5 216:3
Denver
220:5
department
4:22 5:20 9:2 15:21
86:24 236:7
depend
84:9
dependent
62:24 138:17,18,18
138:19
depending
60:9 62:12,18 64:6
101:17 129:11
134:19 136:4,7
146:25 169:3
216:6 276:13
283:18
depends
61:15 64:14 87:10
155:18 156:8
178:22 213:21
215:20 216:10,17
231:17
depicted
310:2,4
deponent

7:10
depose
332:8
deposed
8:13 9:14,15 11:17
deposit
24:15,15 51:1 61:5
61:9,14,18 62:3
62:15 63:1,1,3,7
63:10,17,21,21
64:5,11 65:6,13
65:23 66:1,20
67:1,14 130:11,23
131:22 133:22
134:20 136:6
137:3,12,16 138:6
138:17 146:20
173:9,17 195:1,7
195:23 196:7,16
202:18 213:16,24
213:25 214:4
216:2,5,6,18,18
216:22 217:3
237:4,16 319:13
327:5 328:14
deposition
1:11 5:18 6:12,18
7:5 10:14 17:14
32:18 34:20 36:16
36:18 255:23
257:20 264:4
291:18 292:17,23
294:14,15,16,20
294:22 295:15
296:6,19 298:4
305:16,22 306:2,5
306:10,15 307:3,7
331:5,12 332:7,10
332:11 333:6
334:1,3
depositions
36:20,24 37:14,25
296:14
deposits
5:13 23:24 24:3,9
50:11 51:5,6,9

57:1 59:5,11,23
60:7,8,14 61:2,23
64:6,23 66:8,9,10
67:4 68:5,18,20
68:23,24 69:4,8
69:24 70:1,3,9,11
70:12,21 119:14
119:23 120:6
122:21 131:17,18
132:7 135:22
139:21 140:16
145:25 156:5,13
176:18 185:4
196:1,11 202:9,19
214:19 216:21
236:5,5 309:6
314:18 315:11,23
318:3 320:9
321:12,19 322:8
325:12 326:20,21
328:12
deposit's
70:21
derived
59:5 122:19,25
315:14
describe
19:7 71:14 133:3
324:2
described
75:13 81:3 88:3
99:12 103:2 229:7
232:5 316:19,20
describes
92:5 144:7
describing
99:12
description
4:14 5:2 6:2 158:8
280:18 317:6,9,17
descriptions
324:8
descriptor
102:13
designated
14:12

designed
134:6
despite
140:18 178:12
179:14 229:20
265:24 267:5
destination
220:18
destroying
226:10
destroys
224:17
detail
147:3 240:13,15
251:19
detailed
123:13 201:9,12
details
25:14 46:23 58:1
147:1 153:18
161:5 200:10
267:15 317:21
detect
156:20 227:1 232:7
258:3,12,19
262:22
detectability
251:14
detected
108:11 171:9,12
229:2,3 249:22
260:17,18 267:13
275:24 299:18
300:6,20,25 312:8
detection
178:9 223:23
225:13,15,17,20
226:18 244:20
determination
33:9 80:25 118:2
217:5 279:9
determinations
266:14
determine
79:12,25 96:22
97:5,21 98:16

Mark Krekeler, Ph.D.

101:24 103:11
117:22 152:3
212:2,23 213:3
214:24 217:8
227:14 228:18
266:12 279:15
314:2
**determined**
101:23 115:1,5
118:21 132:7
261:17
**determines**
93:11 96:13 97:9
101:5
**determining**
103:5 104:19
215:25 234:8
**develop**
202:23
**developed**
59:10,13 79:16
80:4 92:22 94:15
205:9
**development**
136:17 144:8
**develops**
93:11 214:3
**device**
205:18
**Devlin**
272:14
**diabetic**
278:25
**diagram**
127:3 128:16,23
137:18,21
**diagrams**
126:7 127:24 128:4
128:5,13,14,18,21
128:24 130:4
132:24 133:3
134:2,6,15,21,24
136:21 137:5,6
138:21 139:1,4,12
140:21,22 141:6
142:11

**diameter**
172:5 269:14
**diamond**
135:14
**diamonds**
135:8,9
**dictated**
215:10
**Dietsch**
50:21
**difference**
96:20 99:6,22,25
100:6 119:17,22
120:3 149:2
228:14
**differences**
95:11,21,23 136:7
229:16
**different**
11:1 12:16 25:2
36:22 43:15 52:24
57:1,8 58:5,12
61:20,20 64:5
72:11 73:24 75:2
76:8 84:24 88:12
94:20 95:19
101:17 103:18
105:24 106:9,10
110:22 112:11
113:1,16,18
119:23 120:7
121:22 130:10
131:22 134:9,21
134:25 135:3,3
136:6,7,10 142:15
146:21 169:2
189:15,18 197:2
198:4 199:6 216:8
216:19,22,24
226:5 231:1,3
248:19 269:2
272:20 278:11,15
298:10 301:3
328:13,13
**differs**
235:10

**difficult**
223:25 224:4
226:22
**difficulty**
99:11
**diffract**
226:24 232:8
**diffraction**
14:23 15:12,15
29:5 45:11 99:4
102:20 170:7
179:21 180:2
205:11,15 225:13
226:25 228:22
232:18 266:4,18
267:1,22 282:1
324:6
**dilemma**
75:12
**dimension**
101:4 102:25
**dimensions**
71:22 94:6 101:2
**direct**
41:3 87:25 116:12
**directed**
40:10 41:1 109:15
**directions**
80:18 87:25
**directly**
151:18 162:24
**disagree**
37:24 85:8,12
290:23 291:1
**disagreement**
90:4
**discern**
157:8
**discernibly**
185:5
**disclosed**
18:18
**discoverable**
38:1
**discovered**
194:25 196:15

272:13
**discrepancy**
307:23
**discrete**
126:12
**discuss**
37:21 290:16
**discussed**
37:16,21 56:15
108:10 143:7
297:1 303:10
**discusses**
321:20
**discussion**
37:25
**discussions**
43:23 105:17,20,24
106:5,14 109:3
**disease**
25:7,13 114:14
117:20 182:14,16
182:24 184:13
274:15,20 279:19
**diseases**
279:23
**disingenuous**
222:9,15
**disorder**
226:3
**disperse**
200:12
**displace**
224:14
**displacements**
200:9
**disrupt**
223:22
**dissertation**
15:4 56:1
**distance**
200:13
**distant**
200:6
**distinction**
111:8 118:14,18
**distinctive**

328:15
**distinguish**
92:15
**distracted**
26:14 150:8
**distribution**
71:1 73:23 97:15
97:17,21,24 98:2
215:16
**district**
1:1,2 6:10 7:9,9
200:19 202:6
320:24
**districts**
200:18 201:25
**diversity**
120:4,5
**divert**
188:12
**Division**
236:6
**dlapinski@wilen...**
2:14
**doctor**
45:20,21 96:25
114:15 121:7
169:17 175:3
183:15 197:9
256:2 282:8
317:22 327:23
**document**
1:8 30:15 32:2,16
34:14 36:1 42:10
87:12 108:7 114:2
116:10,19 118:7
144:12 145:3,8
154:14 161:13,18
163:5 164:3,6
166:10,22 167:6
167:15,18,24
169:8,14 176:7
178:13,25 186:10
188:6 189:24
192:8,15,16,17,17
194:3 197:6,24
198:20 206:25

207:10 218:4
223:14,17 242:3,5
242:17 243:11,15
245:1,7 246:8,15
247:8,9 248:3
249:14 250:8
251:3 254:6,10,15
255:18 256:17
257:16,23 259:17
259:18,23 261:4
270:10,12 275:16
282:8,14 297:14
310:10 319:23
320:3,14 330:6

**documentation**
192:12

**documented**
45:8 60:3 67:16
117:20

**documents**
5:18 6:12 17:15
19:11,12,14 20:6
21:20 22:10 26:18
26:20 27:3,6,11
27:15 28:20,21,24
29:3,14,16,20
30:2,7,11 32:4,12
32:17,18,20,24
33:4,5,11,14,17
33:21,22,23,24
34:7,10,12,21
35:2,9 40:14 41:5
41:7,9,13,22 42:3
42:6,12 43:8,18
44:2,3 55:13
108:12 114:18
116:3 144:6
146:19 147:2,2,3
159:10 162:11,18
164:10 165:13,24
178:14 184:21,22
185:15,16,21
186:2,3,5,9,14,23
186:24 187:11,14
204:23 211:16
239:12,12,13

240:7,15 252:8
256:13 259:5
261:21 309:10,13
309:15 323:5
325:15,16,18,22
326:7,9,14

**doing**
10:7 14:23 15:12
39:11 56:18
150:13 162:7
176:7 205:20
211:16 213:20
214:11 251:20
285:4 301:20

**dolomite**
122:22 168:8
321:22

**dolomites**
123:2

**double**
163:4 277:21

**double-check**
111:2 163:5 164:13
307:13

**Downey**
6:19 37:3 292:17
293:11,17

**Downey's**
292:23

**Dr**
8:17 35:22 37:3,3
81:4,9 86:20
168:19 182:9
184:24 207:3
222:11 239:15,20
240:3 255:5,7
256:3,14,20
263:18,25 264:18
267:13,16 283:6
284:20,21,23
285:10,11,24
290:23 292:7
297:9 304:20
308:11 309:2
311:20 322:24
324:2 331:5

**draft**
25:24 26:1,12 36:5

**drafted**
19:3

**drafting**
239:17 282:18

**draw**
270:15

**drill**
147:23 213:16,24
213:25 214:21
215:7,7,9,9,10,17
215:21 217:2,9

**drilling**
147:24 214:5,15,24
215:7 327:4,4

**drills**
217:12

**Drinker**
2:17 7:21

**drive**
2:12,18 6:21 143:6

**driven**
72:7 77:22 78:10
82:4

**Drs**
297:2 301:4

**Drug**
297:10 301:2

**Dry**
291:6

**due**
114:9

**duly**
8:12 332:5,8

**durability**
84:2

**Dust**
182:13,16,23
184:13

**DX**
256:4,6 257:18

**dynamic**
74:19

**D-GI**
247:13,17 248:15

**D-1**
256:3

**D-7113**
255:21,25

**D.C**
2:22 3:20

**E**

e
4:1,13 5:1 6:1
289:6 332:1,1

**earlier**
24:14 203:10
236:19 289:6
297:1 303:10
319:1

**early**
11:17 43:22 205:18

**earth**
16:11 69:12 119:17
120:4 130:3
135:10 160:3,6
199:15

**ease**
116:12

**easier**
19:21 159:12 218:4

**easily**
84:5

**East**
5:11 145:7,10,13

**easy**
95:18 152:22
224:21

**economic**
131:8

**economically**
132:8

**edge**
272:6 273:3

**editing**
39:25 40:7

**edition**
5:5 286:3,5

**editor**
58:25

**editorial**
238:23

**EDS**
266:19 267:1,22

**educational**
24:19

**Edward**
289:22

**EELS**
279:13

**effect**
62:9 135:7 226:17

**effective**
155:19 157:17

**effectively**
23:22 24:1 63:24
64:2 98:14 156:14
212:15 214:5
216:7

**effects**
95:7 114:10 116:2
117:8 118:13,18
118:23 119:10
269:15

**efficiently**
312:25

**effort**
55:18 129:25
158:15

**either**
17:5 28:6,14 36:17
51:20 56:15 61:14
65:9 108:18 121:9
129:10 156:20
187:7 213:8 232:2
259:1 261:7 262:3
271:19 313:5,22

**electron**
15:16 29:5 99:3,4
102:19 170:7
179:20 232:17
266:4 279:13
299:15 324:7

**element**
157:1 278:24

**Elemental**

Mark Krekeler, Ph.D.

320:7
**elements**
77:24 220:7 294:12
295:12 296:7
320:19
**elevated**
320:12
**Eleven**
316:12
**Ellis**
3:3 8:4
**elongate**
5:4 74:23,23
**elongated**
71:16 73:12 77:4,5
92:10 101:25
103:6,7,12,19,20
103:24 312:5
**email**
6:7 22:6 218:3,17
218:23 219:9,9,11
219:24 221:6
**Emmel**
2:4 7:17,17
**employed**
265:18
**employee**
332:13
**EMPs**
117:17
**ended**
27:12 151:10 262:3
277:2,3
**endorse**
200:3
**ends**
148:24 149:8,9
153:22 276:17
**energy**
279:14 303:25
**engaged**
44:6 50:19 52:3
**engineer**
153:17
**engineering**
16:11,12

**England**
47:13
**enhances**
54:6
**enormous**
30:20
**entailed**
14:21
**entire**
128:17 213:16,24
215:4
**entirely**
319:13
**entirety**
175:4
**entitled**
223:14 300:15
310:10
**entrained**
106:1
**entry**
254:6,24 262:13
**environment**
110:18
**environmental**
15:21 16:11 25:10
25:15 160:3,6,8
161:1 191:13
**environments**
134:13
**epidemiological**
181:16,25 184:6
290:18
**epidemiologist**
184:7
**equilibrate**
135:19
**equilibrium**
137:23
**equillibrium**
126:8,12
**Equivalent**
315:21
**era**
47:7
**ERRATA**

334:1
**error**
158:3,4 238:23
**errors**
62:1 334:4
**escaped**
39:16
**ESQ**
2:4,4,8,12,17,21
3:4,9,13,19
**essential**
209:18 278:24
**essentially**
15:6 24:18,19 29:6
30:1 31:10 52:16
53:17 55:24 57:20
59:25 64:16,20
72:4,7,8 73:11
74:22 77:22 78:1
78:6,9,10,15
80:17 82:4 87:14
90:16 94:15,17,19
95:6 98:7 101:13
105:25 120:3
126:5,13,19 129:4
129:5,6,9 130:3
134:7,14 135:7,16
135:19,23 136:17
138:2 140:23
142:2,9 146:3
152:15 156:5,22
176:9 179:11
185:15 191:2
200:8,11 202:9,23
204:18,19 205:9
205:14 210:13,17
215:16,24 224:6,9
224:15,18 225:12
225:21 226:10,11
226:21,24 229:4
252:20 258:25
266:25 272:17
281:10,25 297:20
313:12,13 315:10
315:24,25 324:9
**establish**

213:23
**established**
90:25 160:16 167:1
185:19 193:14
211:4
**establishing**
129:25
**estimate**
11:4 323:15
**estimated**
247:20
**et**
5:14 20:7 24:10
39:6 52:3 70:19
89:11 126:1
173:22 215:7
275:12 315:20
**evaluate**
24:22 43:23 44:20
44:23 63:20
**evaluated**
63:4 324:5,5,6,6,7
324:8
**evaluating**
326:20
**Evaluation**
4:21
**Evans**
140:2 141:8,9
**evening**
283:6 309:2
**eventually**
10:9 206:18
**everyone's**
58:1
**evidence**
6:17 44:14 162:9
162:11 195:22
201:2,17 213:8
231:20 290:2
314:1
**evidently**
251:14 252:17,18
**evolution**
61:7
**evolved**

16:7
**evolves**
135:20
**exact**
48:3 60:23 64:11
65:13 66:2 67:13
162:17 196:11
239:21 242:10
252:21 260:20,20
260:25 267:15
297:19
**exactly**
26:4 50:14 61:19
66:14 136:25
145:20 222:7
240:10,12 262:18
262:19 290:6
298:1
**examination**
4:9 46:21 234:24
234:25 235:4
308:24
**examined**
8:13
**examining**
173:25
**example**
29:8,8 32:18 34:13
36:11 42:10 49:13
51:2 55:25 56:24
57:5 62:15,21
64:18 65:23 66:15
67:17 68:20 69:16
72:3 80:16 88:13
90:20 102:19,24
120:14,15 135:9
135:24 136:14
148:3,8 151:8,21
155:19 156:4
158:14 164:2,24
170:18 191:11,12
200:19 205:12
212:21 215:2
226:4 275:19
276:8 291:6
315:12

**examples**
31:9 67:24,25
  94:14 170:5
  261:14 310:6
**Excerpt**
6:18
**exclude**
180:4 203:8
**exclusive**
85:13,16 143:13
**exclusively**
59:5 111:12
**Excuse**
121:7 149:20
  183:14 193:15
  202:14 261:1
  292:18 326:24
**executed**
155:5 206:8 276:19
  333:12
**Executive**
116:17 117:9,10
**exhibit**
13:14,15,17,24
  14:4 25:23 53:7
  54:5 82:9,10
  85:20,21 86:7,9
  91:8,12 109:7,10
  116:6 120:25
  140:9 144:16
  160:13,22 161:15
  164:22 174:17
  177:2,5 182:5
  188:9 209:13
  218:8 236:25
  240:18 280:1
  284:18 285:20,21
  287:25,25 288:1
  289:18,19 291:17
  291:19 292:22
  297:23,24 298:17
  300:9 302:21,22
  309:11,12 310:9
  310:23 311:7,8,20
  312:12 314:24
  315:3 316:10

317:3 318:18
  319:23 320:2
  321:6 322:23
  328:3,5 329:1,17
  331:9
**exhibits**
13:13 14:3 22:18
  314:21
**exhumed**
94:19
**exist**
31:21 68:5 74:17
  136:13,18,19
  151:2 186:9
  205:17 208:20
**existed**
193:3
**exists**
181:20
**expect**
67:8,23 123:12
  186:10 202:20
  258:19 312:23
**expected**
30:21 55:17 186:7
  206:17 324:10
**experience**
48:21 78:25 113:11
  206:22 210:13
**experiences**
74:18
**experimental**
126:8 134:4
**experiments**
129:20 226:14
**expert**
4:15,17 14:3 15:7
  25:9,10,19 32:9
  32:20 33:13 35:23
  35:25 36:2,9,12
  45:25 46:2,4
  58:11 67:3 68:3
  75:23 77:2 181:19
  183:5,7 189:11
  211:5,6 233:14
  234:21 239:14

269:19,23 270:22
  271:9,16 284:22
  285:8 287:6 310:5
  326:8
**expertise**
14:16 16:16 115:21
  186:25 234:20
**experts**
25:15,15 35:18
  36:6,25 37:15,17
  285:12
**expiration**
327:3
**expires**
332:23
**explain**
14:15 272:2
**explaining**
272:22
**explanation**
156:11 272:5
  307:23
**explanations**
184:1
**exploration**
203:9 214:10
**exposed**
69:12
**exposure**
25:12 117:17 271:1
  271:8,11 274:21
  279:18,24
**exposures**
5:24 182:18 320:24
**express**
42:4
**expressed**
45:5
**extends**
202:7
**extensive**
39:12 215:3 291:7
  315:25
**extent**
12:4 18:13,17
**extra**

91:21
**extract**
158:17
**extreme**
290:12,17 310:20
**extremely**
42:11 82:2 87:9
  88:20 200:5 266:8
**eye**
26:5 156:20
**eyes**
158:2
**e.g**
120:14

---

**F**

**F**
3:19 332:1
**face**
267:7 319:15
  329:22
**faces**
88:2
**fact**
27:5 45:6 68:4
  150:7 178:12
  179:14 202:25
  253:8 265:24
  267:5 273:17
  293:17 294:12,13
  295:11,13 296:7
  300:9 309:9,24
  312:2,12
**factor**
96:16 216:1
**factors**
60:18,19 139:9
  215:11
**facts**
334:4
**fail**
111:22
**failed**
280:10 290:19
**fails**
280:19

**fair**
13:3 19:7 23:22
  24:1 42:21 79:6
  102:2 103:17
  104:3 129:18
  131:25 180:18
  184:5 212:3 216:8
  217:9 234:17
  283:23 322:16
  325:19
**fairly**
53:20
**fall**
205:3
**falls**
219:2 221:2 222:19
**false**
75:12 229:5
**familiar**
16:21 17:2 46:12
  55:19 56:7 58:17
  91:25 109:2
  121:24 211:23
  293:12,22 298:11
  298:14
**far**
22:19 46:23 75:19
  89:23 100:14
  147:4 178:8 185:3
  187:20 202:23
  206:6,9 210:12,15
  228:3,4 240:17
  246:25 251:19
**fast**
129:10
**FDA**
6:20 233:11,22
  297:13,18,20,23
  298:20 301:9
**fear**
99:5 136:3
**features**
216:1,4,7,12
  235:10,13 238:6
**February**
21:20 281:2

**federal**
38:1
**feed**
6:5 153:6
**feel**
43:24 169:17 175:3
194:3 283:18
325:25
**Ferguson**
3:9 4:8 7:25,25
91:20,23 109:13
283:5,9 284:16
285:9,16,23 288:3
289:17,21 291:22
291:25 292:5
294:7 297:22
298:5,8,12 301:20
301:24 302:1,3,10
302:15,19,24
303:2,4,15,16
304:12,19 308:6
308:10 310:8,18
330:25
**fiber**
71:25 72:6,13
75:17 84:12,16,17
90:5 95:12,22
96:10,23 97:6
98:24 99:20,23
100:1,7,16,25
103:3,13,25
104:20 114:9
273:3,8,10,18
322:15
**fibers**
5:4 71:18 72:5,9,16
72:17 75:19,24
77:4 81:6 83:24
84:4,5,6 89:13,14
89:15,25,25 100:4
112:7,20,22
114:23 117:12
118:15,19 119:10
156:21 172:5
219:1,5,21,25
220:7,15 221:5,8

222:19 247:19
269:13 310:24
311:1,2,3 312:8,9
312:21,23 321:16
**fiber-dimension**
102:25
**fibrals**
84:6
**fibres**
172:4
**fibrous**
71:14,18,22 72:1,6
72:11 74:24 76:5
76:22 110:16,25
111:5,8,18,23
112:10 113:24
162:14 172:2
219:5 220:16
221:5 222:9
247:12,16 268:17
268:20 269:5,11
271:19,22 272:6
272:23 273:8
311:22 322:13,14
322:16
**field**
14:21 47:9,12,22
115:20 128:8
136:14 183:9
201:11 213:22
325:4
**fields**
126:10,10,11
134:25 141:23
**Fifteen**
318:20,23
**fifth**
248:8,13 257:8
305:14
**figure**
73:20 79:23 103:22
103:24 126:3,6,7
139:15 199:16
257:20 312:3,4
**figures**
137:6 229:22

**filiform**
84:4
**fill**
74:7
**filled**
215:4
**final**
12:9 40:2,7 147:9
147:13 148:17,24
149:9,10 150:22
152:8 153:22
259:16 276:18
281:23
**finally**
315:21
**find**
49:23 53:3 56:25
66:20,20 82:20
106:22 117:14
120:17,18 130:23
149:7 150:14
151:1 152:13
155:20 156:7,15
158:7 164:10,24
171:17 180:5,8
185:5,25 219:13
219:23 221:21
257:17 258:9
267:2 268:22,24
297:16 303:5
321:10
**finding**
71:2 164:8 166:12
231:8 232:22
253:7 258:3
268:17
**findings**
22:25 23:5,9,10
34:13,15 35:10
163:23 183:19
256:20 274:10
313:19
**finds**
267:19 301:9
**fine**
11:6 59:3 93:10

99:24 105:25
136:15 198:11
211:2 229:17
233:6,8 265:6,14
265:21 266:9
274:7 281:25
282:11 308:14
**finish**
94:2 100:11 105:15
121:8 123:17
128:10 133:11
149:23,24 150:3
180:1 193:19
207:7 220:24
221:17
**finished**
14:25 15:9 36:6
121:8 146:22
150:5 202:16
276:1,9 278:3
281:6,20
**Finkelstein**
56:14
**firm**
2:3 7:20 18:3,8
332:16
**firms**
21:8
**first**
8:12 11:9 15:10
39:11 54:15 77:10
87:23 90:16
103:14 104:1
119:16 123:18
125:23,24 126:1
159:25 161:14
162:10 166:2
171:24 175:21
198:22 204:22
209:16,17 228:23
236:3 253:7
286:17 287:24
289:22 290:9
292:22 294:24
295:16 303:21
306:2,22,24 307:1

309:5 310:19
312:2 322:13
328:1 332:8
**fit**
107:9
**five**
53:12,13 54:11
71:19,23 85:23,24
85:25 86:1 256:18
257:10 273:24
274:1 299:25
310:6 311:12,15
321:5 323:11
328:6
**five-foot**
78:5
**flakey**
319:14
**flat**
273:16
**flawed**
45:12 238:17
**flexibility**
84:2
**flexible**
76:5
**FLOM**
2:20
**Florham**
2:18
**flotation**
293:13,20,23 304:2
**fluid**
303:25
**fluids**
60:21,24
**FLW**
1:5
**Focus**
192:16
**focused**
51:19
**focusing**
27:12
**foggy**
47:22

Mark Krekeler, Ph.D.

**Foley**
145:12
**follow**
92:11 170:13
   194:12,13 208:23
   257:13 309:3
**followed**
298:21
**following**
214:3 250:1
**follows**
8:14
**follow-ups**
327:24
**Fontaine**
168:14,21
**Food**
297:10 301:2
**foot**
235:10
**Footnote**
82:21,22 83:3
   235:25
**footnotes**
173:21
**force**
80:5,9,18
**foregoing**
332:9 333:11
**forget**
83:11 118:8 123:25
   124:5 140:8
   144:12,19 195:14
   273:22 284:19
**form**
29:22 41:10 59:12
   60:2,7,14 61:20
   61:24 73:16 79:4
   79:7 81:12 89:18
   93:5,8,8,14 94:18
   95:15 105:11
   115:13 127:2,16
   128:3 136:9 143:2
   145:16 147:16
   153:15 154:25
   159:22 161:25

162:1 163:3
164:12 166:6,23
167:3 168:22
169:10 170:21
171:4,14,19 172:9
183:14,15 186:16
191:9 202:4
211:22 213:17
229:24 230:8
232:3 234:2,3,18
243:25 246:1,10
246:24 252:6
258:23 259:10
260:24 261:2,20
263:4 270:20
271:3 275:7
277:22 284:14
285:6 290:25
301:6 309:21
311:23 312:15,16
313:24,25 314:9
315:22 316:7,24
319:20 322:2,10
322:19,20 323:23
325:6 326:3,4
327:7 329:13
330:8
**format**
298:10
**formation**
49:15,16 60:7,10
   60:19 64:4 84:11
   119:13 129:18
   131:23 138:24
   139:9,10 145:25
   148:4 172:25
   173:4,17 196:22
   198:7 235:16
   286:19 287:8
   316:18
**formations**
68:25 69:19 124:15
   124:23 236:10
   309:14 315:12
   316:3 325:12
**formed**

59:23 60:23 62:7,8
63:8,8,17 81:24
92:22 122:21
132:17 138:8
139:10 169:4,4
172:1,4,6 322:17
328:12
**former**
105:18 158:11
**forming**
41:16 42:20 84:4
   212:6,15
**forms**
59:9 92:15,18,25
   93:4 112:8 119:16
   120:4 127:6,13,20
   129:16 278:11,13
**formulating**
325:17
**forth**
127:15 142:3
   159:10
**found**
31:9 38:20,22 39:1
   48:20 69:15,20
   84:5 108:22 112:9
   117:14 130:24
   155:12 164:11,19
   168:20 171:10
   172:1,14,20
   176:13 183:11
   209:19 247:15,19
   259:7 263:2,8
   268:1,5 276:8
   279:2 303:6
   319:15 321:21
   328:11 330:12,16
   330:17,19
**founded**
9:13
**four**
35:24 85:20,22
   237:6 255:12,13
   256:17 257:8,10
   258:1 280:7
   297:15 299:7,25

323:11
**Fourteen**
165:10 299:20
   318:22
**fourth**
168:4 171:6 257:24
   257:25
**fractures**
194:25 196:15
**fragment**
78:14,15 79:13,13
   79:15,18 80:2,9
   80:10 81:1,22
   87:19,24,24 89:2
   92:16 93:12 94:5
   95:2,5,12,22,23
   96:10,14,23 97:6
   98:24 99:8,21,23
   100:1,3,6,15,24
   101:5 102:1,2,15
   103:12,25 104:6
   118:14 312:5
**fragments**
78:18 80:2 89:15
   92:13,13 93:17,17
   94:24,25 114:22
   115:2,25 117:7
   118:19 119:9
**frame**
109:3
**frames**
159:8
**Francisco**
3:15
**free**
169:17 175:3
   297:21 301:12
**French**
57:4
**Fresh**
300:24
**freshman**
14:18,22
**front**
14:2 16:18 22:18
   53:7 154:11 237:8

240:22 306:16
309:10 310:16
314:23 316:13
318:19 319:25
322:24 328:2
**Frost**
2:17 4:6,12 7:21,21
   8:16,18 12:3 13:8
   13:12,17,22 14:1
   17:11 18:15,20,23
   19:1 20:17,21
   21:1 22:7,8 25:1
   27:13,22 28:10
   29:1 30:6,13,23
   31:13,19 32:7,22
   33:7,15 34:1,17
   35:7,16 37:6,12
   37:23 38:3 39:24
   40:5,16,22 41:15
   41:24 43:1,6,12
   44:4,21 45:14
   48:9 52:7 53:19
   60:15 61:12 65:10
   65:18 66:5,18
   67:2 68:2,15 70:2
   70:17 71:7,13,20
   73:4,6,14,18 75:1
   75:8,18 76:1,12
   76:15,20 78:12
   79:10,17,22 80:23
   81:7,17 82:7,12
   83:1,15,18 84:15
   84:18,19 85:3,11
   85:22,24 86:2,6
   86:11 90:7,24
   91:4,7,10,15,18
   91:22,24 92:19
   93:24 94:3 95:17
   97:1 99:14 100:12
   100:20 101:15
   105:13 106:12,18
   107:14,22 108:20
   109:5,9,12,17,22
   110:6,11,21
   111:19 112:2,4
   113:8,21 114:3

115:10,19 116:5,8
116:14,16,20,22
117:2 118:6 119:1
120:17,22 121:2
121:12 123:21
124:7,13 125:23
126:22 128:6,12
129:13 130:20
131:5,19 132:4,13
133:5 135:1 136:2
136:24 137:14
138:22 139:7
140:1,5,8,11
141:12 143:14
144:14,19,22
145:1,23 147:6,21
148:21 149:4,15
149:21,24 150:4
150:10 151:3,24
152:21 153:1,10
153:19 154:1,9
155:2,6,14 158:20
159:24 160:15,24
161:9,17 162:5,21
163:6 165:1,8,18
165:22 166:1,8,16
167:4,18,20,23
168:1,18 169:1,12
169:18 170:16,23
171:5,16,22
172:11 174:7,19
175:8,10,12,15
176:15,24 177:4,7
178:17 179:23
180:7,15,23 181:8
181:21 182:3,7
183:1,21 184:8,17
185:18 186:1,11
187:1,18 188:11
188:21 189:13
190:8,18 191:6,10
191:20 192:5,14
193:16,20,21
194:6,15 196:5,19
197:2,12,16,23
199:10 200:15,21

201:23 202:11,15
203:12,17,23
204:2,10,21 207:9
207:17 208:17
209:3,9,11,15
211:1,24 213:9,11
213:19 215:18
216:13,23 217:13
217:22 218:5,10
219:14,17 220:13
220:20 222:6,13
222:23,25 223:10
227:6,18 228:7
229:18 230:3,10
231:5,19 232:10
232:24 233:3,5,17
234:5,12,19
236:17 237:2,7,10
237:11 240:9
241:1,8,14,18
242:16 243:3,6
244:2 245:11
246:2,5,6,12
247:1 249:5,18,23
250:7,12,16
252:10 253:3,14
253:21 254:13,19
255:24 256:5,11
256:22,24 257:2,4
257:19,22 258:8
258:13 259:3,13
261:3,12,22
262:10 263:7,16
264:7,23 265:16
265:23 266:10,21
267:4,11,24 268:9
268:15,23 269:17
269:24 270:8,23
271:6,17 272:1,10
273:11,21,25
274:2,18,24 275:9
275:17 276:5,15
277:6,17 278:6
281:12 282:3,10
282:16 302:16
308:18 309:21

311:8,10,12,18
312:16 313:25
314:4,9,14 316:7
316:24 317:13
318:14 319:20
322:2,10,20 323:5
323:10,23 325:6
326:3 327:7,15,22
329:16 330:10,22
331:3

**froth**
304:2
**frozen**
129:11
**fulfillment**
210:2
**full**
8:22 33:11 81:14
125:24 126:1
129:9 147:4
171:24 194:20
204:22 223:13
287:20 312:2
**fully**
44:23 63:6 153:17
186:17 297:20
**fundamentally**
45:10,11 68:17
**funded**
181:16
**Furcron**
236:4
**further**
4:11 6:17 54:6
59:17 117:15
119:12 129:1
203:9 214:15
281:20 282:2,6
290:2 321:25
327:13,21 331:2
**Furtron**
236:4
**future**
320:23
**F-u-r-c-r-o-n**
236:4

| **G** |
| :---: |
**gain**
214:9
**galena**
64:18
**gaps**
192:13
**garbled**
12:21 24:4
**Gassetts**
248:11,16,19
**gather**
196:3
**gears**
268:16
**Gee**
1:18 8:9 332:4,23
**gem**
156:2
**gemstones**
155:20
**general**
61:10 67:15 69:17
70:20,24 71:16,24
73:13,22 90:19
95:24 98:12,13
101:12 106:5
109:1 111:4,16
145:18,19 146:8
148:22 150:16
154:12,15 155:15
155:17 160:21
172:25 177:20
191:7,13,14,16
193:13,22,25
205:19 206:11
208:4 225:18,19
234:11 237:21,25
238:6 240:21
268:19 269:2
296:1 322:12
**generalizable**
136:21 137:1
**generalization**
87:9 129:16,20
133:7,10 137:9

191:17
**generalized**
130:4
**generally**
19:9,11 59:20,25
60:13 68:25 72:19
73:25 78:22 85:2
85:4 87:11 89:1,2
98:25 147:25
150:17,21 216:2
225:16 278:23
284:10 309:8
325:3
**generated**
21:22 57:3 99:9
**generation**
94:23
**genetically**
202:9
**gentleman**
302:11
**genuine**
41:23 42:4,5,15,17
**geochemist**
114:24 136:18
**geochemistry**
24:21
**geochronology**
62:1
**geographic**
200:13
**geologic**
5:13 23:24 24:3,18
60:3 61:5,24
70:16 80:15
126:15,17 139:8
142:18 143:5,10
146:8,12 173:18
216:1 316:1,3,18
**geological**
5:20,23 24:9 50:11
57:1 68:25 87:7,7
123:15,22 125:2
173:8,12,15,17
174:21 175:17
176:1,19 177:9

Mark Krekeler, Ph.D.

196:21 201:18
235:15 324:19
328:13
**geologically**
61:2,19,22 69:5
135:20 145:21
196:1,4 200:6
204:8
**geologist**
158:9,12 217:6
326:10,18,19
**geologists**
324:18
**geology**
5:6,6,8,11,15 6:10
9:2 14:18,21
24:21 29:4 50:16
50:18 51:14 67:3
68:3 123:13
124:22 138:18
145:18,18 146:3
148:1 149:3
155:23 160:8
173:4 176:17
194:23 197:25
200:4,12 202:22
203:22 216:10,17
217:8 236:7
248:23 316:18
317:10,17 324:13
325:4,13
**George**
15:20 326:25
**Georgia**
69:16,21 146:7
214:19 236:6,6,10
**geostatistical**
212:23 213:3
**geotechnical**
16:10
**getting**
52:3 65:3 105:25
142:12 143:18
148:14 158:22
188:14 201:24
256:3

**giant**
97:3,3
**give**
10:16 16:19,20
29:11 50:5 85:21
133:13,14 139:17
149:22 150:2
159:11 172:3
181:2 185:15
256:1 265:11
302:8
**given**
21:2 30:15 31:5,15
32:25 35:1 36:10
38:6,10 54:1,2
58:11 67:14 84:24
90:17 108:23
128:16 165:10
176:16 185:21
327:9 332:10
**gives**
83:25 135:16
**giving**
32:9 104:4 129:15
140:21 154:16
250:10 325:19
332:6
**glad**
34:18
**glass**
74:8,8
**global**
24:22 270:12
**go**
9:18 11:23 12:19
27:25 46:11 55:10
56:3,9,17 65:22
66:20 87:22 93:25
95:3,8 96:25
112:3 116:14
122:16 126:14
127:4,15 129:7
132:3 133:12
141:22 142:3,16
147:5 148:11
150:19 155:21

156:6,6 161:11
170:13,14 171:11
171:23 178:11
184:12 197:14,16
199:20 207:1
218:13,15,24
220:1 229:7 237:6
240:16 241:1
244:3 257:24
259:19 261:23
266:11 275:18
281:10 282:23
286:13,15 293:7
294:19 295:1,1
297:22 298:17,22
300:8 304:12
308:12,17 313:13
327:15
**goal**
158:15
**goes**
129:10 158:15
218:24 229:2,3
238:16 305:16
**going**
10:21 18:12,17,21
20:11 23:19 24:10
25:6,11,16 34:23
37:7,13 53:22
55:11 58:2,14
61:19,20 62:25
64:11 65:5 66:7
67:17 71:8 81:13
82:8 86:2 97:20
106:19 107:4
109:6 110:6,8
116:14,16 124:8
134:20 142:14,15
142:16 143:25
146:10 153:5
154:3,4,17 158:21
160:1 161:10,13
167:20 169:19,20
174:9,12,20
177:17,21 197:18
200:16 203:13

214:6 223:1,5,11
227:23 229:9
231:13 239:9,24
240:20 241:3
246:13 250:4
265:9 268:10,16
270:17 272:19
282:21,24 283:16
285:20 288:12
302:8,17 303:2
304:14 308:19
327:16,24 331:6
**gold**
71:2 156:4,7
207:18,22 208:3
210:1
**GOLDMAN**
2:11
**Golkow**
7:3
**gonna**
60:12 108:8 151:17
**good**
8:17 10:1 29:8
31:25 45:18 48:21
52:18 88:15
135:17 148:7
155:19 179:9
190:10 213:22
215:16 223:2
231:2 247:20
266:5,6 279:12
283:6,7 286:8
290:24 309:2
**Google**
176:12 199:15
**Gordon**
3:9,13 7:25 8:2
**Gosen**
5:14 160:1,18
316:20 317:3,9,18
318:12 328:25
**gotten**
255:17
**govern**
234:15

**government**
105:8
**GPS**
199:19
**grab**
174:21
**grabbed**
97:3
**grade**
242:23 243:8,19
245:15,22,22
246:17 275:5,11
320:20
**grades**
315:17
**gradients**
152:16
**grading**
317:24,25
**graduate**
46:15 81:19 105:3
**graduated**
15:19
**graduation**
15:19
**Grafite**
289:7
**gram**
311:3,3
**granite**
94:20
**granites**
70:13,13,14
**graphite**
106:3 135:15
**gray**
247:13
**great**
57:16,17 129:25
223:4 242:8
249:20
**grew**
77:12 81:5 84:4
**grid**
215:17
**grids**

Mark Krekeler, Ph.D.

**233:**1
**grind**
74:23 80:20 82:5
224:14 226:7,9,14
226:15,17,23
231:15
**grinding**
94:13,13 149:10
224:2,10 225:8,8
226:7 231:12,18
231:22 281:20
305:11,19
**grinds**
229:13
**grit**
164:1,6,7 319:14
**ground**
9:19 55:9 58:3
223:21 225:8,8
229:5 230:18
259:1 280:19
281:6,16,19
305:17
**grounding**
227:2
**group**
5:17 107:3,5
115:16,16,16
155:21 272:13
304:5
**groups**
61:10 156:5
**Grover**
81:4,9
**grow**
74:12 75:4 76:22
85:6 89:13,24
**growing**
75:2 298:13
**grown**
74:7 76:4 89:22
**grows**
84:10 92:15 93:11
**growth**
75:6,9 93:8,9,19
94:10,21

**grunerite**
92:7
**Guangxi**
194:20,24 195:17
195:17,19 198:2
199:7,12,23
200:19 201:19
203:20 223:18
**guarantee**
10:4 218:25 219:4
219:20 220:15
221:4 222:19
**guess**
11:3,5 16:25 36:22
42:4 47:19 51:3
58:5 86:6 96:12
177:24 231:23
234:15
**guessing**
11:3
**Guggenheim**
15:6 46:8 77:20
**guide**
12:11 110:9 135:17
135:17
**guidebook**
48:20
**Guigang**
195:16
**guy**
105:21 252:22
253:15
**guys**
20:18 149:20 197:3
302:25
**Gy**
56:14 207:14,14,18
207:18,20 208:3,5
208:10,21 209:21
209:23 211:25
212:1,1,7,8,15

---
**H**

**H**
4:13 5:1 6:1
**habit**

71:15,19,22 72:11
72:12,21,22 74:13
75:3,4 79:5 92:6,9
93:7 162:15
269:11 322:18
328:15
**habits**
72:1
**hair-like**
83:24
**half**
11:11 146:4 174:9
**halfway**
117:11 171:25
175:21 198:12
209:20
**Hamilton**
9:3 332:3
**Hamm**
173:22
**hammer**
95:5 145:20 226:16
303:25
**hammered**
50:25
**Hammondsville**
145:25 173:5,9,10
175:18,22,25
177:24 178:19
179:12,15 319:5,7
**Hampton**
1:16
**hand**
29:12 39:25 96:18
98:19 101:18
111:15 156:15
158:3,9 171:9
217:16 220:19
303:24 304:7
332:19
**handed**
309:9 310:8
**handheld**
205:17
**hands**
13:6

**handy**
296:22
**happen**
225:6
**happening**
90:22
**happens**
78:4 120:10 224:24
225:12
**happy**
75:14
**hard**
10:5 227:20
**harmful**
165:3 223:24
**Harold**
6:15 288:4,16
**Harvard**
272:15
**hat**
78:9,10
**hazards**
87:15
**Hazen's**
61:7
**head**
9:24
**heading**
292:10 298:18,20
298:23
**health**
4:22 5:15 25:10,15
91:5 114:10 116:1
117:8,13,16
118:22 119:9
123:12 161:1
182:12 269:15
270:22
**heard**
11:19 86:20 99:17
211:9 271:21
311:16 323:18
**heat**
60:21,23
**heats**
126:16

**heavily**
138:21
**heavy**
151:6 153:14,22
187:25 190:12
192:25 235:8
239:3 279:19
320:9
**held**
6:9 7:5 9:2 224:7
**help**
38:5 39:9 54:24
109:3 110:9
157:14 169:15
**hereinafter**
8:13
**hereunto**
332:18
**hesitant**
129:19 133:9
**hesitant's**
87:8
**Hess**
67:17
**hexavalent**
313:22
**heyday**
87:13
**hide**
158:1
**high**
6:10 63:4 73:12
84:1 94:17,17
152:14 158:15
212:3 215:4,5
278:21 289:11,14
320:20 329:7
**higher**
68:10 176:10
187:25 189:20
190:4,11 192:24
194:2
**highlighted**
110:7,8 111:24
112:5
**Hill**

Mark Krekeler, Ph.D.

148:4 215:2
243:19
**hired**
15:21 44:9
**historical**
6:16 28:3 206:20
290:1,4 310:11
**historically**
108:17 205:13
**histories**
172:25 173:1
**history**
61:5 130:3 138:7
138:24 142:18
**hit**
74:21 95:4 152:7
194:12,13 261:25
**hits**
30:16 173:22
**hold**
9:1 104:14 189:25
204:15 205:21
**holes**
147:23
**home**
226:16
**homes**
69:18
**honestly**
121:21
**hope**
302:15
**hopefully**
141:19 217:7
**Hopkins**
32:17 36:21 37:3
**host**
318:4
**hour**
11:11,11 174:9,10
174:11
**hours**
301:23 308:16
**House**
302:14,15
**housekeeping**

240:21
**Houston**
222:17
**Howie**
6:14 143:7,12
286:1,14,24
**HS**
179:4
**Hubei**
198:21,24 199:6,11
199:23 200:18,25
201:3,6
**Huff**
15:13 46:8
**huge**
151:17
**huh-uh**
9:23
**human**
4:22 10:8 156:20
158:3,4 164:20
165:4 238:20
239:4 269:5
274:15 278:24
**humans**
4:21 269:16
**hundred**
121:5,17 204:7
206:13 284:2,5
**hundreds**
32:3 34:9 202:7
206:13,16 208:11
267:21,22
**hydrogen**
224:7
**hydrothermal**
59:14,15 122:25
315:15
**hypotheses**
202:23
**hypothetical**
152:1 157:5

**I**

**IARC**
4:21 91:14 92:2,7

92:14 111:16,17
114:25 115:4,8
122:15 123:8,9,11
123:13 164:17,19
268:20 269:3,5,16
269:25 270:15,17
270:18 271:11
273:21 302:20,22
302:22 303:8
304:5,25 321:2,15
321:18 328:1,22
**IC**
4:19
**idea**
52:18 95:10 211:19
**identical**
117:18
**identification**
13:16,25 82:11
86:10 91:13
109:11 116:7
121:1 140:10
144:17 160:14,23
161:16 164:23
174:18 177:6
182:6 188:10
209:14 218:9
237:1 240:19
285:22 288:2
289:20 291:20
297:25 331:10
**identified**
131:24 162:25
236:19 245:15
246:9 248:3,15
251:3 263:12
266:20
**identifies**
166:12
**identify**
7:11 46:20 49:14
98:24,25 99:2
221:22 229:22
280:19 313:21
**identifying**
109:19 227:23

228:10 245:6
271:18
**igneous**
136:14
**II**
47:7,18
**III**
278:11,14,23 279:5
**Ilgren**
289:22,24 290:23
**illustrated**
138:4
**image**
88:18,19,22 267:1
272:6 273:4,18
**images**
42:11 96:18 102:20
122:5 170:7 230:1
230:2 232:13
267:22
**imagine**
13:22 74:16
**imaging**
99:3
**Imerys**
3:7 8:1,3 17:25
18:1 23:25 24:5
26:19 27:2 28:22
122:10 124:25
144:6 162:12
187:7 197:8,8,13
203:5 211:16
213:5 243:15
275:19 283:9
291:10,13 296:13
297:6 305:15,16
314:8,13 325:22
**immaterial**
134:17
**immediately**
86:14
**impacts**
94:16
**impartial**
42:22 43:3
**impartially**

43:5
**imperfect**
138:3
**implied**
290:7
**implies**
79:15 80:3
**implying**
94:10 142:20 290:3
**important**
9:20 32:8,14 34:21
42:20,24 43:2
98:23 111:8,23
113:22 122:23
220:10 234:7
**impossible**
139:22
**impurities**
15:3 63:24 67:14
67:23 68:11
105:20 119:14
158:1 159:19
**inaccurate**
89:20 142:9 143:13
**inadequate**
44:15
**inappropriate**
217:18
**inartfully**
142:22
**inches**
230:14
**include**
41:10 124:2 221:10
254:20 303:23
304:7 313:7
320:15 321:22
**included**
17:8 19:24 20:7
40:2,7,14 108:4
147:19 176:11
316:2 327:2
**includes**
107:17 223:18
317:18
**including**

125:11,25 133:18
159:19 168:9
185:1 191:23
215:11 223:24
229:14 235:7,18
278:17 286:20
287:9
**inclusion**
157:5
**inclusions**
157:3 158:1
**incomplete**
100:23 138:3 143:5
186:14
**incorrect**
12:8 221:9 265:8
**incorrectly**
108:16 330:18
**increased**
84:1 146:25
**indented**
281:1
**independent**
56:19 270:1 325:21
**independently**
38:20
**index**
266:17
**Indiana**
222:1
**indicate**
71:17 102:20
127:24 134:2,24
**indicated**
33:6 40:14 120:1
164:4 241:25
264:4
**indicates**
168:13 243:22
252:1
**indicating**
187:24 189:19
192:24 194:1
**indication**
192:1 203:7
**indications**

210:13 213:22
251:12 297:17
**indicator**
5:13
**individual**
61:9 67:1 75:24
87:10 123:11
163:5 206:6
**individuals**
106:14
**industrial**
16:2 48:17 57:15
57:18,25 105:21
205:7 206:2 220:3
248:11,19 326:22
**industry**
6:15 105:21,25
106:14 288:7,20
**infancy**
179:21
**information**
4:19 20:20 87:6
123:6 184:23
186:19 187:24
188:14 189:19
192:23 194:1
203:5 271:5
304:11 320:21
**informative**
301:10
**informed**
55:14
**inhaled**
269:13
**inherent**
119:14 294:13
296:8
**inherit**
295:12
**initial**
58:15 239:18
**Inn**
1:16
**inspect**
156:23
**inspection**

218:25 219:19
**instance**
248:14
**instances**
59:24
**Institute**
164:3 250:21
288:18
**Institutes**
182:12
**instruct**
37:19,20
**instructed**
10:18
**insure**
219:1,20
**integral**
132:18,18
**Intelligence**
5:3
**intend**
16:20 17:4 53:21
54:19,21
**intended**
238:20 293:13,20
293:23 294:4
**interacting**
206:3
**interest**
131:9,12 146:18
332:14
**interested**
192:3 295:8
**interesting**
219:23 253:22
**intergrowths**
66:16 129:4
**Interior**
5:20 86:24
**interject**
13:5
**intermediates**
272:17
**internal**
106:10 199:24
210:17 291:9

325:16
**internally**
205:9
**international**
5:8 205:3,4,23
206:21,24 208:24
210:18,19 270:12
**Internet**
185:25 297:14
**interpret**
128:5,25 134:13,15
294:5,6
**interpretation**
67:22 79:2,3 90:13
128:14 129:6
141:3 251:25
252:19
**interpretations**
134:1
**interpreted**
23:1 99:2
**interpreting**
127:25 141:1,8
**interrelated**
16:9
**interrupted**
150:7 193:18
**interrupting**
290:21
**interval**
90:17
**intervals**
14:19 296:3
**intimate**
238:5
**intimately**
235:8
**introduction**
6:13 88:12 237:20
285:25 290:17
**introductory**
90:15 145:4 290:15
**invalidate**
229:12
**investigated**
192:3

**investigating**
198:23 200:24
**investigation**
6:3 220:8 319:24
**Investigations**
5:21
**investment**
214:9
**investors**
214:10
**invoices**
21:22 22:2,3,10
**involved**
17:18,19 20:24
216:2
**involving**
43:25
**in-house**
291:5,11
**iron**
188:1
**irregularities**
88:18
**IRSST**
4:18 82:16 83:15
85:4 91:1 115:24
116:24 118:7
**issue**
57:1 106:11 110:10
139:6 144:10
155:12,12 157:18
158:6 221:23
227:2 238:11
280:15,17 323:12
**issued**
250:23
**issues**
39:13 61:25,25
156:19 194:8
226:1
**Italian**
5:18 6:10,17 47:6
122:9 123:23
163:18 164:7
237:4,15,16
238:10 243:24

287:21 289:5
290:1,4,10,24
309:6,17,19
310:13,20,24
312:13
**Italy**
6:15 123:4 124:16
163:13 164:11
236:14 288:8,18
288:20 290:11
309:7,14 310:7
324:13
**Item**
109:20
**items**
163:24,25 318:2
**it'd**
48:20
**IV**
278:14
**I-l-g-r-e-n**
289:23

**J**

**J**
3:9 86:20
**Jack**
2:17 7:21 8:18
91:20 116:11
125:21 243:2
249:16 250:4
**jack.frost@dbr.c...**
2:19
**James**
3:19 8:6 308:13
**January**
1:14 7:4 14:5 21:19
26:14 256:8,8
332:20 333:6
334:3
**jbillingskang@se...**
3:21
**Jennifer**
2:4 7:17
**jennifer.emmel...**
2:7

**Jersey**
1:2 2:13,18 7:9
**jet**
304:1
**JNJ**
5:17 144:7 161:14
166:3,10 188:4
197:11 242:18
245:1
**JNJAZ**
167:16
**JNJAZ_87**
169:14
**JNJAZ55_213**
167:6
**JNJAZ55_3828**
251:3
**JNJAZ55_6089**
249:19
**JNJAZ55_6104**
168:2
**JNJMX68_2659**
248:3,4
**JNJNL61_00000...**
6:4
**JNJ-31**
259:24
**JNJ000272469**
5:12
**JNJ14T5_00000...**
6:8
**job**
15:11 43:23
**Johannes**
126:9
**John**
81:4,9
**Johnson**
1:5,5 2:16,16 5:11
7:6,6,22,22,24,24
14:12,13 17:24,24
22:1,1 23:24,24
24:3,3 25:17,17
26:18,18 27:6,6
27:11,11,14,15
28:2,22,22 32:10

32:10 36:12,13
122:9,10 124:24
124:25 145:7,10
145:12,14,15,15
161:6,6 162:12,12
162:24,24 181:5,5
187:7,7,21,22
189:5,5 190:14,14
190:24,25 192:10
192:10,18,18
193:6,7 195:6,6
195:22,23 201:3,3
201:5,5 202:3,3
203:5,5 213:5,5
246:23,23 248:20
248:20 263:24,24
264:5,5 297:7,7
301:17,17 313:20
313:20 316:4,22
319:8 325:22,22
**Johnson's**
28:2 162:13 223:20
248:21 249:1
259:24,25 261:8
262:3 300:17
316:4,22 319:8
**Joint**
211:12
**JORAC**
211:17
**JORC**
211:9,12
**Joshua**
47:2
**journal**
160:7,10 182:10,11
182:13 184:12
288:9
**journals**
183:9
**JR**
2:17
**Julie**
294:14,14 295:13
305:21,25 306:10
307:2,8

**July**
198:13 251:6
**jump**
6:21 270:17
**jumping**
165:21
**J&J**
244:11 317:11
**J&J-15**
249:11 250:6,8
**J&J-28**
254:1,7 255:1
**J&J-31**
259:23
**J&J-74**
247:10
**J-O-R-C**
211:10,12
**J4-1**
233:22,25

**K**

**K**
2:4
**kaolinite**
52:15
**keep**
33:8 42:20 86:3
94:9 99:15,15
104:8 137:18
151:19 158:22
214:6 286:14
296:22
**keeping**
86:4
**Ken**
7:25 283:9 298:3
311:11
**KENNETH**
3:9
**kferguson@gord...**
3:12
**kick**
125:9
**kilogram**
262:20

**kilometers**
199:22,25 202:2,7
203:14
**kind**
24:4 41:21 49:16
49:23 57:21 90:20
115:18 134:10
147:4 199:20
206:21
**kinds**
32:18 71:3 88:18
148:5
**kinetic**
139:6 140:23
**kinetics**
129:9 135:6,12
**knew**
34:6 35:9 43:24
44:11,13 56:14,15
193:2
**know**
10:3,12,16,23,24
11:1,4,4,5,8,12,12
11:24 13:2 18:1,7
18:17 19:4 20:12
25:21 27:14,21
28:5,13,17 29:10
30:3,19,21 31:3
31:11 32:15,16,17
33:1,14 35:1,20
36:11,25 37:24
38:15 39:2,3 42:5
42:9,13,14 43:11
44:2,5,6,9 45:9,12
46:11,12,14,15,19
47:5,7,17,22 48:1
48:3,14,19 49:12
49:20 50:17,23
51:13,18,21 52:3
52:8 55:4,14,24
55:25 57:4,17
58:1,10,22 59:20
59:24 60:4,7,13
61:9,16 62:1,4,5
62:14 63:7,15
65:20,22 66:7,14

Mark Krekeler, Ph.D.

67:8,16,18,18
68:11 70:7,14
72:7 73:8 75:13
75:13 78:13 79:1
79:24 82:3 85:2
88:21 89:8,10,21
89:22 90:1,2,14
93:23 94:9 96:17
97:4,7 98:18 99:6
100:18 101:12,20
102:7,18,23 103:8
106:11 107:15,17
108:9 111:15
113:12 114:6,17
115:11,12,14
119:3 123:19
124:5 126:15
127:14,15 128:13
129:3,23 130:2
131:22 132:7,19
132:22,23,24,25
133:1 134:9,15,16
135:7,8,25 136:13
136:17 137:18
138:3,6,9,20,23
139:11,16 141:4,5
142:1,13 143:16
143:17 147:3,4
148:1,2,15,20
150:12 151:6,18
151:19,20,22
152:17,17,19,24
155:17 156:6,8,9
157:9,25 158:4,5
158:7 159:1,3,8
162:23 164:20
165:3 168:9
173:22 176:8
178:21 180:5
181:13,19 182:9
184:24 186:17
187:21 189:16,20
192:23 193:3
195:10 199:9,14
200:4 202:17,18
203:8 204:3,15

205:2 206:3,11,15
206:24 211:2,3,9
212:9 214:6,10,14
215:3,8,17,23
217:7,20 221:19
221:23 222:1
223:1 224:15
225:23 226:20
227:21 229:6,21
231:24 232:5
233:6,13,14,15,15
233:24 234:14
235:18 238:5
239:18 240:2,5,11
242:1,15 243:17
244:22 245:24
246:7 247:22
250:25 251:18,18
252:1,14,19
255:18 258:18,24
258:25 259:2
262:13,18 266:2,3
266:5,7 267:21
268:3,5 270:6
272:5 273:13
274:4 275:4
278:10 280:10
283:20 284:11,18
288:11,12 289:9
290:22 291:7,23
293:12,13,19,22
293:23 294:4
295:23 298:1
301:16,21 304:13
306:12 307:16,25
308:9 323:15
**knowing**
30:14 31:20 151:9
185:20 186:4
**knowledge**
9:8 22:20 24:18
57:2 66:24 77:15
113:11 125:15
186:20 194:4
199:1 210:11
262:8 293:14

**known**
66:15 102:21
115:16 159:18
278:20 279:23
290:11,17
**knows**
18:16 157:25
282:17
**Kraus**
18:4 20:24 21:3
52:4
**Krekeler**
1:12 4:3,16,17 5:18
6:12 7:10 8:11,17
8:23 207:3,12
222:11 283:6
285:24 292:7
297:9 304:20
308:11 309:2
311:20 322:24
324:2 331:5 332:7
332:11 333:5,9,16
334:2,23
**Kwangsi**
6:4 189:2,4,8,8,14
189:15 319:25
**kyanite**
102:24,24 103:1

───────────────
**L**
───────────────
**lab**
220:5,9 270:1
**laboratories**
291:14
**laboratory**
291:5,11
**labs**
206:16 291:7,8,9
**Lack**
6:17 290:2
**lag**
135:7
**land**
48:13
**language**
129:15 189:12

297:19
**Lapinski**
2:12 7:19,19 81:13
94:2 105:15
123:17 125:21
128:10 130:16
140:6
**laptop**
240:22
**large**
70:14 74:17 95:3
96:17 172:5 202:6
213:25 273:14
319:16 329:23
**largely**
15:15
**larger**
69:4 70:9 130:1
**largest**
315:22
**late**
21:19
**latest**
298:21
**law**
2:3 7:20 18:3,8
21:8 217:17
**lawful**
8:12
**laws**
95:6 210:7 333:10
**lawyer**
184:15
**lawyers**
28:24 29:2 325:19
**layer**
224:6 225:1
**layers**
224:14 226:5
**lead**
188:1,18 191:21
192:25 194:2
**leap**
204:13
**learn**
55:17 206:7 242:12

**learning**
46:23
**leave**
111:22 222:15
**leaves**
222:4
**Lee**
5:17
**left**
9:22 113:20 219:24
221:5 222:8,9
283:17 294:19
306:1
**legal**
58:16,18 234:7
**legally**
16:21
**Leigh**
2:4 7:15 302:24
311:8
**leigh.odell@beas...**
2:6
**length**
71:18 76:11 269:14
**length-to-width**
76:7
**length/diameter**
84:1
**letter**
5:17 168:3 244:19
**letting**
301:21
**let's**
37:23 85:19 114:4
116:4 118:7
121:10 124:16
129:14 140:5
141:13 142:12
151:23 157:5
165:14,16 174:8
175:20 178:6
187:19 188:6,19
189:23 197:16
207:18 213:12
221:12 222:24
226:8 253:22

256:7 259:4
286:13 287:13,14
287:15 290:16
292:21,24 296:15
296:15 297:22
300:1 303:21
306:14 308:17
**level**
25:12 63:12 66:15
70:23 90:15
115:11 148:13
151:6,7 158:15
176:10 192:4
206:18 212:4
230:7 247:20
266:4,9 274:14
278:2 279:18
**levels**
88:12 119:24 120:7
146:20,22 164:5
167:10 189:20
194:2 275:24,25
276:7,9,12 320:19
**Lewin**
255:5,7 256:3,14
**Lewin's**
256:20
**Lewis**
6:6 212:19,22
239:3
**LGH**
1:5
**liability**
1:6 7:7 43:8,14
**Liboshikuang**
198:17 201:9
**library**
56:13,25
**lid**
241:13
**light**
87:14 243:20
299:11
**Lighten**
91:23
**likelihood**

284:12
**likewise**
300:24
**limestone**
122:23
**limit**
225:15,17,20
226:18
**limitations**
178:8
**limited**
23:23 24:2 180:24
199:18 202:8
290:21
**limits**
178:9 225:13
251:13
**line**
85:2,4 88:2 107:24
241:17 244:9
290:9 292:17
295:25 296:4
300:17 304:8
305:14 328:10
334:6,8,10,12,14
334:16,18
**lines**
220:1 292:18,25
293:10 294:15
295:8,14 321:10
321:12
**link**
270:25
**linked**
269:15
**linking**
271:7
**links**
271:11
**list**
19:15,19,23 26:24
27:2 38:16,20
41:9 86:15,17
107:15,16 113:12
117:1 159:7 175:1
177:11 262:1

279:5 289:18
**listed**
19:15 35:24,25
113:6 160:19,20
163:24 179:5
239:12 244:4
246:18 259:11
260:10,15 275:20
277:14 322:3,4,4
**listen**
12:5 130:6,14,21
131:21 193:4
**listening**
136:4 156:11
**lists**
111:16 115:8
239:21 289:16
**literature**
20:3,7 49:20 51:11
52:23 55:11 56:8
56:10 57:5,5,7,19
57:21 58:3 60:4
67:16 81:10 90:9
105:7 106:4,15
108:15 129:5
157:24 176:8,22
180:12 191:13
204:20 205:8,19
206:7 210:14
269:19 270:11,13
270:16 273:4
324:9 325:8,11
**lithologies**
155:24 235:18
**lithology**
98:8,10,12
**litigation**
1:7 7:3,8 26:19
57:9 124:18 333:5
334:2
**little**
12:16 37:5 40:24
41:1 71:25 89:10
104:6 172:19
201:25 213:13
240:23 268:8,16

283:17 285:17
295:17 298:18,23
303:14
**lives**
128:17
**lizardite**
140:19 225:4
**LLC**
2:8
**LLP**
2:17 3:3,9,13,18
**load**
91:23
**local**
49:16 173:4 216:10
216:17
**Locality**
175:22,23
**located**
195:1 230:18 276:9
**location**
123:11 199:17
216:22 242:11
**logs**
326:12
**long**
16:15 26:9 60:2
72:5 76:5,22 84:4
103:8 136:1
169:15 223:1
224:7
**longer**
60:8
**Longo**
26:3 28:1 35:20,22
36:2,3 184:24
231:25 232:21,25
263:25 264:8,18
265:10 267:13
284:20,23 285:10
297:2 301:4
**Longo's**
229:10,12,17,20
263:18 267:16
**long-standing**
134:8 225:17

**look**
12:13 13:19 16:6,8
26:15 32:16,17
35:23 40:21 42:21
42:24 43:2,5
46:11 49:24 50:17
54:4 57:4 63:2,17
73:3,3,7,8 76:2
77:9 82:7,19,20
85:19 86:12 91:5
91:18 92:4 96:22
97:5,21 98:17
99:18 101:18,24
103:13 104:18
108:12,14 116:4
117:3 120:15
121:6,13 122:18
139:1,19 145:3,10
151:23 156:17
165:14 169:22
171:6 174:24
175:4 176:25
177:10,13,13,19
183:18 187:19
188:6,19 189:23
194:22 195:12
196:23 198:20
199:11,15 206:6
207:25 208:2,9
219:8,25 240:10
240:13,14,14
241:9 242:4,22
245:20 247:7
248:6,13 255:10
256:16 257:23
260:6,6,11 272:5
273:8,9,10 275:15
280:23 282:21
287:15 288:21,23
290:9 292:6,21,21
292:24 293:10
294:8,21,22 295:3
297:19 298:11
299:4 303:21
305:9,14 306:14
306:22 307:1

308:18 313:4,18
319:11 321:17
322:23 328:9
**looked**
27:11 31:11 32:11
33:10,22 108:25
121:22,24 155:23
155:24 163:7,9
173:4,8,24 176:22
183:8 186:20
188:16 189:23
196:7,25 204:12
229:10 231:21
233:13,15 239:13
239:23 240:6,6
251:7 266:2,18
297:13 298:2,10
298:16
**looking**
15:2,12 25:23
43:19 44:14,19
45:3,4 46:19,22
47:18 50:11 53:12
72:25 73:5 97:13
98:21 107:8
109:17 125:21
145:4 146:19
147:25 156:21
161:18 162:17
184:18 188:17
196:16 213:22
215:21 227:22
229:19 230:5
232:13,17,18,19
232:21 236:10
242:3 243:7 246:8
256:8 260:2,13
266:3 273:2,12,16
274:25 275:10
276:7 279:4 303:2
306:2 307:2,17
**looks**
121:24 170:19
214:25 216:18
236:14 256:24
273:25 298:9,14

**loops**
60:3
**loose**
71:25
**loosely**
108:18
**loss**
279:14
**lot**
24:16,17 29:16,16
32:1,19,19 33:22
33:22 60:8,8
87:15 88:14 90:22
148:23 155:25
157:6,7 158:22
180:11 184:23
186:22 191:12
216:15 220:8
230:1 260:20
262:23 266:2
283:16,16
**lots**
214:21 215:10
230:1,1 299:5
**loud**
290:20
**low**
188:8
**lower**
269:14
**lunch**
124:14
**lungs**
269:14
**Lungsheng**
6:3
**Luzenac**
123:7,9 301:16

—————— M ——————
**M**
1:18 3:4 332:4,23
**Maanshan**
195:1,7,19,23
196:7,16,21
197:25 198:8

**mafic**
119:22 120:5
124:18,23 125:6
**magic**
142:19
**magnesite**
168:7 321:22
**magnesium**
122:19
**magnesium-rich**
123:3
**magnetic**
304:2
**magnetite**
168:7
**magnitude**
247:21
**main**
3:4 220:6
**maintain**
206:18
**maintaining**
210:15
**major**
49:6 96:16,16,20
99:16 102:16
103:15 104:2,16
136:11 200:9
220:7
**majority**
8:18 172:2
**making**
11:4,18 133:6
139:22 222:17
223:23
**Malcolm**
5:16
**manner**
32:6
**MANSUKHANI**
3:9,13
**manufactured**
191:22
**manufacturing**
29:7 139:23
**map**

116:4 146:12
199:17
**mapped**
51:1
**margins**
57:15 62:14
**mark**
1:12 4:3,16,17 7:10
8:11,23 13:12,13
13:17 37:23 82:8
85:20 86:7 91:7
109:6 116:5
120:13,19 140:5
160:1 161:10,13
182:3 207:11,25
209:4 218:3,5
236:23 250:5
258:6 259:11
260:8 285:20
287:25 291:17
297:23 298:5,6
331:5 332:7,10
333:5,9,16 334:2
334:23
**marked**
13:15,24 14:2
82:10 86:9 91:12
109:10 116:6
118:8 120:25
140:9 144:16
160:13,22,25
161:2,15 164:22
165:10,11 174:17
176:25 177:5
182:5 188:9
209:13 218:8
236:25 240:18
255:22,24 273:22
284:18 285:21,24
288:1 289:19
291:19 297:24
298:4 309:11
310:9,22 311:11
314:22 317:3
323:10 331:9
**market**

194:24 261:19
**marketed**
301:11
**Marketing**
1:6 7:7
**marking**
144:18 160:12
**marks**
258:18 275:11
**Mason**
15:20 326:25
**mass**
311:4 319:16
329:23
**masses**
318:4
**massive**
315:18
**master's**
14:23 46:8 49:3
50:21 55:22
**match**
94:5 225:3
**matches**
90:3,5
**material**
38:19 75:16 98:9
98:11 99:3 131:11
145:4 147:19
151:22 156:24
176:10 221:19
222:2 225:22
226:22 232:7
247:12,16 280:19
286:10 297:12
298:19,24 301:17
**materials**
6:14 14:19 15:3
16:2,2 24:7 25:25
26:24 27:3 29:11
34:15 35:15,15
38:13,14 45:7
56:12,13 67:9,19
72:10 77:4 89:21
94:25 97:15
162:23 184:24

Mark Krekeler, Ph.D.

191:13,15 192:2
205:12 207:15,21
224:19 225:14,19
226:18,23 232:19
232:20 248:11
252:2 254:21
266:19 289:16
290:16 324:25
326:1
**materials-relied-...**
19:15
**mathematical**
212:23
**mathematically**
212:13
**matter**
7:6 13:18 78:4
89:23 102:6,8
112:21 268:18
285:5
**MDL**
1:5 14:13 22:1
**MEAGHER**
2:20
**mean**
29:24 30:19 33:21
42:5 43:22 45:7
48:14 50:24 56:5
61:15,25 64:14
65:5,8 66:7,14
67:10 71:22 74:2
79:21 88:11 89:20
90:14 97:12 98:1
98:5,10 122:4
129:20,24 132:18
133:10 134:21
136:1 147:12
148:16 149:8,14
150:24,25 152:8
152:24 153:5
155:18 161:12
178:21 184:25
185:17 197:3
212:7 213:18
247:24 266:9
270:6 275:18

278:12 299:24
**meaning**
103:16 104:2,17,24
143:5 191:3
237:20
**meanings**
225:9
**means**
42:17 43:11 71:15
71:22 72:21,22
73:1,22 130:10,22
131:21 258:15,17
**meant**
191:2 237:19 238:6
239:4 244:6
**measured**
230:12 252:13
**measuring**
227:1
**mechanical**
79:16,19 80:7,9
84:2 92:21
**mechanically**
74:15 111:13 224:8
**mechanics**
80:8
**mechanism**
80:3,5
**mechanisms**
25:20
**medical**
25:9,15,21 45:19
45:21 165:7
181:19 183:3,7
269:23 270:22
271:9,16 279:20
**meet**
58:22 78:21 100:13
102:25 111:13
**meetings**
51:16 284:5
**meets**
75:16 100:15
**Melinda**
1:20 7:2
**melt**

93:21
**MELTS**
136:15
**member**
105:18
**members**
128:22
**membrane**
26:7
**memorable**
49:6
**Memorial**
164:3
**memory**
293:6
**mention**
161:8
**mentioned**
35:21 49:21 80:13
122:3 164:16
195:20 203:10
312:10 326:8
**mentions**
167:7
**merely**
264:24
**meshes**
220:5
**met**
205:24 283:8
**metal**
25:13 151:6 153:22
188:1 190:12
192:25 278:17
279:7 292:10
**metals**
35:15 146:18,20,21
146:24 153:14
156:20 159:20
189:21 235:8
238:19 239:3
276:12 279:19
320:9,11
**metamorphic**
47:12 50:20,22
59:5,9,15 60:1,1

62:3 69:2,11
80:17 94:16,18
119:17 120:4
138:7 141:14
142:2 172:25
289:11
**metamorphism**
59:18 60:20 66:22
74:19 75:15 123:1
126:16 130:2
203:4
**metamorphosed**
62:19 119:18,20,21
119:22 120:5
123:2
**metastability**
140:22
**metastable**
5:9 140:20
**meteorite**
94:16
**meter**
95:2
**meters**
329:8
**method**
45:11 94:13 225:7
280:18,20
**methodologies**
208:12
**methodology**
238:17 265:9,10,18
280:24 324:3
325:2,3
**methods**
23:7 58:1 158:8
180:12 206:1
231:18 251:19
265:4 324:9
**Miami**
8:25 9:5,8,13 16:3
**mic**
197:9,10 240:23,24
**mica**
90:20
**micas**

88:13
**micrograph**
312:3
**micrometer**
139:21
**micron**
78:6 94:7,8 98:21
98:22 230:6
**microns**
94:7,8 230:12
231:8 281:24
**microscope**
101:19 299:15
**microscopic**
72:2 101:13
**microscopy**
15:16 29:5 99:4
179:21 299:12
324:7
**middle**
244:14 286:18
**mid-ocean**
59:14,24
**mill**
6:5 153:6 177:24
213:14 248:16,19
**millerite**
72:3
**milligrams**
26:6
**milling**
76:25 303:24
**million**
62:2,4 152:18
156:25 188:7
311:3,5
**millions**
59:19 60:14
**mills**
303:25,25,25,25
304:1
**mind**
39:16 42:21 151:19
250:10 251:18
253:10 292:2
301:21 323:19

Mark Krekeler, Ph.D.

**mine**
5:11 13:8 16:2 46:3
46:24,25 47:3,4,5
47:11,15,17 48:2
48:10,11,23 50:11
51:14 68:12 69:8
123:11 145:7,10
145:14,20 147:8
147:23 148:3,9,16
148:24 149:19
150:12 151:7
152:4,9,19 156:3
157:14 158:16
160:20 161:5,8
168:14,21 172:1
173:5,7,9 175:19
175:25 177:24
178:19 186:6
195:16,19 196:9
198:7,8,17,17
201:10,16 202:2
203:20 207:10
211:6 212:10,12
214:2,15,16,20,23
214:24 215:6
216:7 221:3 234:8
236:10 238:10
242:13 245:18
256:24 263:9
319:5,7
**mineable**
131:24 147:24
**mined**
61:14,18 130:11,23
131:1,7,14,17
133:15 203:15
242:2 244:23
247:23 289:11
**mineral**
5:4 6:15 16:2,13,14
46:11,23 57:15,18
57:18,22,24 59:4
64:23,25 65:5
73:23 74:8,9,12
74:24 75:6,9,10
75:22 76:4,21

77:4,5,23,25 78:2
83:23 90:17,19
92:13,22 93:1,3,4
93:12,17 94:10
97:7,8 101:25
102:5,8,21 103:6
103:7,12,19,20
104:24 106:25
107:2,3 112:11
127:11 128:25
129:16 130:13,18
130:25 131:3
132:12,17 133:4,7
134:12 136:8
141:17 142:24
143:9 153:17
164:20 165:3
166:12 169:2
171:9 172:1 205:7
206:2 224:5
225:24 272:12
279:6 288:7,18,20
320:23 325:12
326:20 328:15
**mineralization**
168:5,24
**mineralogic**
99:21
**mineralogical**
61:6 93:22 117:18
127:9 144:8
329:15
**mineralogist**
132:23 138:20
**mineralogists**
128:15 286:10
**mineralogy**
15:1,2,18,23,24
16:7,16 24:13,21
29:4 38:15 46:9
61:6 64:15 71:24
81:4 88:11,12
104:22,23,24
125:17 220:6
236:7 286:12
328:15

**minerals**
5:10 15:5,5 16:4,4
16:6,8 46:20
49:14 51:15 52:13
62:10 63:15,18
64:3,12,16 65:4
65:14 66:2 68:19
70:19 72:1 75:22
77:22 78:3 79:1
89:6 90:15,18
92:5,8 101:11
102:10,13 105:21
107:5,9 108:16
111:5,7 112:7
113:6,7,11,14,24
115:5 117:19
125:10,25 126:14
126:19 127:1,7,17
129:17 131:4
132:15 133:18
135:3,24 138:9
153:13 162:14
168:6,20 225:18
226:2 227:4
235:15,19 251:13
278:14 279:2
286:1,20,21 287:9
287:10 304:2
315:13 321:10,18
321:20,21 322:7
328:11
**Minerals/Luzenac**
299:2,6
**mineral-specific**
83:25
**minerology**
326:22 327:1
**miners**
210:21
**mines**
4:19 5:6 47:6,15,23
50:11,18 86:25
87:6 89:16 91:1
95:4 107:1 122:5
122:6,9 123:23
124:17,24 146:1

150:21 153:12
154:3,7,17,19
158:10 159:8,17
159:18 160:19
161:23 162:10,14
162:24 163:13
172:18 174:1
180:17,20,21
181:5,17 182:1
183:11 184:19,22
187:15 189:16
198:4 217:24
234:15,24 235:1,5
236:7 237:15,20
237:21,25 238:9
238:10,11 243:23
243:24 246:22
249:12 250:19,20
250:23 251:1
289:8 290:11
315:25 316:21
317:11 319:8
324:22
**minimal**
305:18
**mining**
24:10 32:9 44:14
44:24 50:10,13
51:13 52:2 139:22
149:3 150:16
152:2 154:13,17
155:7,11,16,19,20
156:2,9,12 157:12
157:13,17 158:14
158:23,24 179:12
203:10 207:19,22
208:3,6,22 209:5
210:8,9,10 212:16
213:12,13,15
217:7 219:3
221:19 236:7
303:24
**Minnesota**
70:4
**minor**
249:21

**minus**
62:2,4
**minute**
250:11 256:1
**minutes**
12:13 174:11
301:23,24
**miopyroboles**
272:12
**misidentifications**
262:16
**misidentify**
273:17
**misidentifying**
273:5
**misinterpreting**
67:11
**misnomer**
110:2,4
**misquoted**
121:10,18,25
**misread**
76:9
**misreporting**
271:22
**misrepresentation**
113:5
**Misrepresents**
113:4,19 222:20
**missed**
44:8 122:7 254:17
254:22
**missing**
307:25 308:1
**misspoke**
77:7
**mistake**
296:11 308:8
**mistakes**
158:5
**misunderstood**
20:15
**mis-cite**
236:20
**mix**
60:24

**mixed**
222:2 235:8
**mixture**
52:13,15
**mixtures**
235:6
**model**
138:10,13 139:17
139:17 210:1
233:22
**modeling**
136:19
**models**
136:16 139:15
**modify**
79:8 277:10
**molecular**
25:20
**moment**
36:15 159:11 174:4
293:3
**monitor**
238:18
**monitoring**
238:19
**monograph**
91:9,10 123:13
270:1 302:20
303:8,13,17,20
321:2,3,15,15,18
328:2,22
**monographs**
4:21 270:6
**monomineralic**
329:15
**mono-mineralogi...**
318:1 329:7
**Montana**
5:6,7 236:21
**Montgomery**
2:5
**monthly**
250:3 251:11 281:2
281:5
**months**
158:13

**montmorillonite**
52:16
**Montreal**
82:16
**morning**
8:17 211:5 300:23
**morphologies**
72:7
**morphology**
73:24,25 83:22,24
84:3 92:24 114:9
116:1 173:16
322:15
**mortar**
224:22
**motion**
224:11,20,22
**Motley**
2:8 7:14
**Mountain**
214:20 215:3
**Mountains**
69:20
**move**
38:2 74:19 106:19
114:4 119:12
122:8 124:16
141:13 163:12
184:4,19 213:9
221:12 222:24
223:11 233:8
241:21 274:7
282:12 287:13,14
296:16 314:4
**moving**
124:21 138:1
198:11 221:14
**Mt**
2:9
**Mull**
105:19
**multiple**
45:2 61:23 80:18
131:4 136:22
138:16 142:19
204:23 205:11

206:21 215:23
221:24
**Multisystem**
5:9
**Murray**
236:5,5
**museum**
101:13
**M.D**
7:10

---

### N

**N**
2:17 4:1
**Naeem**
3:4 8:4,4
**name**
7:2,13 8:17,22 81:9
160:10 195:17
283:8 333:5,5
334:2,2
**names**
51:18 189:16 196:9
198:10,19 199:14
289:5,6
**nanometer**
139:21
**narrow**
155:25
**narrowing**
51:9
**National**
182:11
**nationwide**
15:18
**natural**
16:4 63:24 80:15
83:22 152:15
286:19 287:8
**naturally**
10:11 79:5 80:11
106:25 110:17
112:9 226:2
**nature**
24:13 25:8 44:16
49:9 50:7 63:19

78:1 127:17
177:16 204:19
210:9 215:12
232:4 265:5
276:17 278:18
**ND**
258:19 260:10,10
**near**
152:13 289:8
305:17
**nearly**
317:25 329:7,14,14
**necessarily**
30:3 57:22 75:6,7
77:7 82:2 85:1
88:15 94:22 97:24
98:18 102:12,13
103:2 123:12
126:21 129:8
131:3 135:8
137:11 139:16
147:8,12 148:16
149:8 152:7 153:5
176:11 180:4,21
190:13 206:5
215:15,19 231:17
232:20 237:24
251:23 303:18
325:14
**necessary**
118:3
**need**
10:2,23,24 11:7,11
11:21 12:25 20:23
44:23 63:7 67:1
73:7 91:15 99:3
109:12 111:21
120:20 151:25
170:13 175:5,8
180:25 184:14
198:19 208:2
224:10 232:17
282:7 283:18
290:20 320:15
**needed**
117:16

**needs**
73:2 119:4 150:2
225:6,7
**negate**
34:12,15 45:6,9
151:1 183:18
**negated**
253:8
**negative**
229:5 251:25 311:2
**neither**
178:14,20 332:13
**nervous**
41:1
**net**
183:20,23 226:17
**nets**
266:6
**Nevada**
148:4
**never**
11:16,17 12:2
46:16,16 48:23
49:8 50:1 51:8
52:1 145:14
157:12 173:6,6
217:23,24 254:9
**new**
1:2 2:13,18,21 7:9
16:23 24:16 25:25
41:1 47:13 54:9
54:13,14,14 55:23
56:10,19 65:22,24
135:19 144:1
182:4
**Newman**
6:15 288:5 290:23
**Newman's**
288:16
**nice**
75:14 279:10
**nickel**
24:17 72:4 156:25
188:1 192:25
274:10,14,20,21
276:7 277:20,21

277:25 279:17
**Nigeria**
156:5
**Nina**
2:21 7:23
**nina.rose@skad...**
2:23
**nine**
118:11 140:7
**NIOSH**
5:3 71:19 77:17
  94:6 115:23 116:4
  116:9,19,23 117:4
  117:25 118:1
  119:3 181:13,15
  181:20,24 183:12
**NIOSH's**
118:2
**nods**
9:24
**nodule**
157:6
**nomenclature**
199:14
**nondetect**
260:8
**nondetects**
297:17
**nonfibrous**
112:8,15
**non-asbestiform**
5:24 92:9 102:9
  114:7 115:1,5
  117:7 166:21
  182:19
**normal**
10:8 187:25 189:20
  190:4,12 192:24
  194:2 270:5
  326:10
**north**
15:7 69:24 200:7
**northwest**
290:11
**notable**
209:23

**notably**
203:3
**notary**
1:19 332:5,23
**note**
53:25 106:22
  110:24 159:25
  164:19 166:4,17
  189:7 213:7
  217:15 223:17
  235:4 239:20
  256:15 269:3
  275:5 304:5
**notebook**
241:13 294:23
  306:1,2
**noted**
166:14 274:9
**notes**
242:23 255:25
  282:21 299:17
**notice**
1:13 17:14 52:8
  110:15 294:25
**noticed**
11:17 294:22
**November**
14:4 26:17
**nuggets**
156:7
**number**
4:14 5:2 6:2 9:20
  109:21 121:16
  140:6 144:19
  161:21 165:9
  171:8 174:21
  177:2 209:21
  223:18,19 244:15
  245:1 250:18
  251:6 255:11,16
  255:18 284:19
  306:25 309:5
  312:4,10 314:17
  314:24 321:8
  323:5 328:3,5
  329:6,6

**numbered**
167:6
**numbering**
296:12
**numbers**
5:19 6:12 206:9
**numerical**
310:25 312:9
**numerous**
44:2,2,2 151:20,20
  151:20
**NYU**
254:1
**N.W**
2:21 3:19

---

## O

**object**
10:15,16 18:12,21
  29:22 58:14 73:16
  79:7 89:18 93:14
  95:15 111:25
  128:3 136:9
  147:16 153:15
  161:25 162:1
  164:12 166:6,23
  169:10 170:21
  171:4,14,19 172:9
  183:14,15 186:16
  191:9 211:22
  213:17 229:24
  230:8 232:3 234:2
  234:3,18 243:25
  246:1,10,24 252:6
  258:23 259:10
  260:24 261:1,20
  263:4 269:10
  270:20 271:3
  275:7 284:14
  285:6 290:25
  301:16 311:23
  322:2 327:7
  329:13 330:8
**objection**
17:10 24:12 27:8
  27:20 28:8,23

30:10,17 31:6,17
31:22 32:13 33:2
33:12,19 34:11
35:4,12 37:18
39:22 40:4,13,20
41:11,20 42:23
43:4,10,21 44:17
45:1 52:6 53:15
57:10 58:24 60:11
61:3 64:7,13 65:7
65:15 66:3,12,23
67:7 68:7 69:23
70:10,22 73:2,10
74:14 75:5,11,21
76:9,18 77:19
79:14,20 80:12
81:2,12,25 84:25
85:9 90:11 91:3
92:17 93:13 96:15
96:24 99:10
100:17 101:9
105:10,11 106:16
107:11 108:6,24
110:19 111:10
113:4,19 114:1
115:7,13 118:4,24
124:4 130:12
131:2,15 132:1,11
133:16 134:23
135:5 137:13
138:15 139:3
141:10 143:2
145:16 146:23
147:15 148:18
149:1,12 150:23
151:12 152:11,25
153:7,24 154:24
154:25 155:4,10
157:22 159:22
161:7 162:19
163:2,3 165:6
166:13,24 168:15
168:16,22,23
169:9 171:20
172:10 176:5,21
178:16 179:18

180:10,19 181:6
181:18 182:22
185:13,23 186:8
187:16 188:15
189:10 190:16
191:1,18,24
192:11 193:8
195:24 196:14
199:8 200:2,20
201:20 203:16,21
204:1,5,6,17
205:25 207:13
208:13,14 209:1
210:23 213:6
214:7 215:14
216:9,20 217:10
217:19 219:12
220:12,17 222:20
227:16 228:2
229:15,23 231:16
232:15 233:2,12
234:10 236:15
240:4 242:14
249:3 253:1,13,19
254:11,16 258:5
258:11 261:11
262:7,14 263:5,14
264:2,19 265:13
265:19 266:1,15
266:24 267:9,20
269:21 270:4
271:2,13,15,23,24
272:8 273:6,7,19
274:16,22 275:14
276:2,3,11 277:5
277:16 278:4
281:8,22 285:14
294:3 299:19
303:12 308:4
309:21 312:15,16
313:24,25 314:9
314:14 316:7,24
317:13 318:14
319:20 322:10,19
322:20 323:23
325:6 326:3,4

Mark Krekeler, Ph.D.

objections
10:17
objective
29:9 44:1
objectively
43:24 44:3 252:8
observed
152:15 169:6
obtained
122:10
obvious
203:2
obviously
192:2 266:6 284:12
290:21 325:18
occasion
291:13
occasional
15:14
occasionally
49:21
occupational
5:24 182:18
occur
68:11 69:1 70:1,3,7
70:25 92:5,8
94:11 110:17
133:4 135:20
152:16 200:9
269:11 278:10,13
occurred
162:9 221:23
occurrence
98:3,5
occurrences
45:7,8 123:10
occurring
59:21 106:25
occurs
59:18 72:6 80:10
98:9,11 232:9
octahedral
225:2
October
6:9
odd

199:20
offer
17:4 53:21 315:11
offhand
18:3
office
332:19
official
12:13,14 332:19
officially
108:13
oh
13:8 17:13 20:21
53:5 76:12 82:25
84:18 86:6 116:20
124:20 160:9
161:3 163:15
165:18 169:24
170:4 179:7
182:15 222:12
228:11 233:20
237:7,10 241:14
242:25 246:16
258:6 286:6
299:24 300:2
305:1 307:5
311:12 312:19
Ohio
1:17,19 3:5 7:6 9:6
332:2,6,19,23
Oil
291:6
okay
8:20 9:12,16 12:18
13:2,3,10 14:15
16:18,25 17:3,19
18:20 19:5,25
20:6,11,21 21:11
22:15 24:8 25:6
26:10 27:5,17
34:5,24 36:2
38:18 40:23 41:3
41:8,25 42:8,16
43:16 45:18 47:25
48:7 49:18 50:16
51:21 53:8,11,20

55:7 58:7 65:25
71:21 77:9 79:3
81:8,16 82:25
83:20 84:22 85:12
85:19 86:2,6,18
87:22 89:5 93:10
96:7,19 98:14,20
99:5,25 101:1,4
101:16,22 103:4
103:11 104:8,15
104:23 105:1
106:20,21 107:4,8
110:1,4 113:9
114:4,25 116:4
117:6,10,14,25
118:10 119:15,21
120:2,8,10 121:19
122:8,12,17,20
127:25 128:7
129:14,22 131:13
131:20 133:6
134:5 140:25
141:13 144:4,5
145:2 146:10
149:18 150:18
151:4 153:4,11,20
155:7 156:12,17
157:19 158:21
159:2,7,16,25
160:3 161:20,22
162:6,22 163:12
165:9 166:9 167:5
171:3,17 173:3,20
175:2,6,11,23
176:16 177:19
179:8,10 181:9,15
182:17,19 184:13
185:19 187:4
188:6,24 190:10
192:6 193:11
194:9,18 197:24
198:3 199:4,11,20
201:1,15,16 203:3
204:11 207:8
209:7,19,20 210:5
211:4,8 214:13

215:19 216:14,16
217:14 218:2,15
218:18,22 219:8
219:22 220:25
221:12,15 222:24
223:12,16,17
224:2 227:3,9,19
228:8,17,25
229:19 230:24
231:2,11 233:8,20
233:21,24 234:6
236:9,18 237:22
238:1,8 239:2,9
239:20,24 242:21
242:22,25 243:10
243:14,22 244:8
244:18,22 245:14
245:19,24 246:16
246:19,20,25
247:6,10,18,19
248:2,4,7,13,17
248:24 249:9,24
251:2,4,9 253:22
254:8,23 255:4,10
256:3,23 257:5,15
257:19 258:1
259:19 263:11,17
264:8 265:7 268:4
268:6,24 269:18
270:24 272:19
277:9 279:1 280:3
280:4,5,14 283:8
283:12,14,21,22
283:23 288:16,17
291:24 292:9
294:10 295:7,19
296:17,24 298:15
299:10,17 300:2,3
300:5,8,13 302:10
302:25 305:4,5,9
308:13 309:4
311:10 313:3
315:1 317:5 318:8
318:24 321:7
323:3 327:12,14
328:7,8 329:2,20

330:18
Old
202:15
older
17:20 108:15 180:6
180:11
olivine-rich
315:16
omission
111:8
omitted
111:4
once
10:17 213:16
222:16 252:13
260:17
oncologist
269:22 274:23
279:20
ones
36:23 163:7 174:3
231:7 238:11
244:18 277:14
301:4
one's
9:10
one-to-one
225:1
on-site
217:6
open
42:21 53:6
operated
137:15 234:8 289:7
operation
48:24 180:13
295:22
operational
180:13
operations
6:3 48:11 198:24
200:24 219:3
221:3
operators
214:23
opine

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 118 of 1022 PageID: 61241
Mark Krekeler, Ph.D.

Page 366

24:8 53:23 154:4
187:20 274:13,19
**opined**
23:11
**opinion**
23:13,17 25:16
32:20 33:13,24
34:2,6,25 35:6,9
35:13 40:2 43:19
43:19 44:18 54:1
55:5 57:2 58:10
60:16 66:19 77:2
77:11,18 78:22
81:21 88:9 89:19
90:10 94:23,24
95:13 96:14 97:9
99:9 101:8 102:3
103:5,17 105:2
114:13,21 133:2
157:12,19 172:7
172:23 176:23
207:2,3 219:2
220:14 222:18
253:11,20 262:23
276:21 312:13
322:6
**opinions**
16:19,23 17:4
22:24 23:10,19,23
24:2 25:7,12 32:9
39:20 41:16,19
42:1,20 44:15
45:5 52:2 53:10
53:13,17,18,21
54:2,6,10,11,13
54:14,17 55:2
57:7,8 58:9,21
154:16 176:16
186:13 212:6,16
236:13 264:25
265:3,8,11 267:17
274:10 309:19
315:7 318:13
319:17 320:4
324:3,25 325:9,17
325:23 326:1

**opportunity**
150:2
**opposed**
131:11
**orange**
122:16 273:23
**order**
44:23 63:6 74:11
75:3 99:1 103:11
131:10,13 132:21
214:24 247:21
270:19 294:21,25
325:22 327:25
328:1
**ore**
71:1 77:1 130:9,10
130:14,19,22,22
130:25,25 131:3,4
131:6,13,17,18,21
131:23 132:2,15
132:16,19,19,21
133:4,15,25
134:16 144:8,9,10
147:8,12,19,20,24
148:2,2 149:9
150:15,21 152:3,4
154:23 155:8
156:15 157:15,18
158:2,13 163:18
164:11 167:8
168:20 171:18
177:23,24 178:13
178:18 179:15
189:15 190:24
192:2,8 194:25
196:16 214:24
215:9,22 216:5,5
223:19,23 235:5,9
235:14,17,20,21
236:13 275:4,5,6
275:11,12,19,24
276:8,22,24
277:25 287:21
294:13 295:13
296:8 309:6,18
312:21 314:18

315:18 326:21
327:4 329:12
**ores**
68:23 119:23 120:7
125:13 127:1,7,8
127:11,18 131:16
132:6,6 133:8,20
135:22 151:23
210:1 239:4
303:22 304:6
**ore-controlled**
158:9,12
**ore-is-of-poor-qu...**
165:25
**organization**
87:9 91:6 105:8
211:9
**organizational**
39:12
**orient**
235:2
**orientation**
273:18
**orientations**
266:6
**oriented**
273:14,15
**origin**
122:11 123:24
**original**
28:7 54:7 55:3
167:19,24 256:20
257:1,3
**originally**
81:24
**originate**
310:5
**originating**
83:22
**origins**
124:18
**OSHA**
84:8
**outlined**
54:7
**outside**

24:9 55:12,13
79:19 80:5 150:13
156:23 183:9
**outstanding**
22:11
**outward**
315:17
**ovarian**
25:18 43:25 271:1
271:8,11
**overall**
32:9 225:24 229:17
**over-the-counter**
50:2
**Oxford**
1:17 7:5 9:2
**O'Dell**
2:4 4:10 7:15,15
20:15,19,22 37:19
73:16 79:7 91:9
93:14 105:11
109:15 115:13
116:18,21 121:7
130:12 143:2
145:16 147:16
149:20,22 150:1,6
153:15 154:25
159:22 162:1
163:3 164:12
165:16,19 166:6
166:23 167:17,19
168:16,22 169:10
169:17 170:10,12
170:21 171:4,14
171:19 172:9
174:11 177:2
180:1 183:14
184:16 189:10
191:9 192:11
193:15,18,23
196:14 197:5
202:14,16 204:6
207:7 208:14
209:8 211:22
213:17 215:14
222:11 227:5

228:2 229:15,24
230:8 231:3
232:15 233:2
234:2 241:16
243:1,5 246:1,4
246:10,24 249:16
249:20 250:4,10
250:13 253:19
255:22 256:1,4
257:17 258:23
260:24 261:1,11
262:7,14 263:4
265:19 270:20
271:3,15,24 273:6
273:24 275:7
276:3 282:7,13
284:14 285:6
290:25 291:21,24
292:3 299:19
301:6 302:13
303:1,12 308:13
308:15,17 309:1
309:23 311:9,11
311:14,16,19
312:1,11,17 314:6
314:11,16 316:9
317:1,15 318:7,17
319:21 322:5,11
322:22 324:1
325:7 326:6 327:8
327:12 328:10
329:13 330:8
331:2,8

---

**P**
**P**
2:4
**page**
4:4,14 5:2 6:2
26:23 34:16 35:24
36:1 42:16 53:7,9
59:4 63:22 71:17
76:2 82:21,22
83:13,17 87:17
92:3 101:3 106:24
107:16,23 109:16

Mark Krekeler, Ph.D.

110:1 111:3,14
112:6 116:16,22
117:3,9,10 118:9
119:13 122:16
123:3 124:15
125:9,23 146:12
146:17 159:2,7
161:14 162:8
163:16 165:23
166:14 169:22
170:9,10,11 171:7
171:7,7,23,23,25
172:17 175:2,17
175:20 179:4,6
184:19 187:20
188:12 189:22
194:19 195:13
198:12,13 204:22
209:16,16 217:14
218:12 219:10
223:11,14 234:22
234:25 238:11,15
241:9 242:20,21
243:3,16,17 244:3
244:5,6,8,14
245:2,9 246:14
247:2,3 249:6,7
250:17 253:23
254:24 255:11
256:18 257:9,24
257:25 259:19
260:2 264:4
268:24,25 269:4,7
269:9 275:1
277:23 278:7
280:4 286:15,16
286:17 287:15,17
287:18,18 288:21
288:23 291:3
292:6,8,17,22,23
292:24,25 294:8
294:10,15 295:3,5
295:14 298:17,20
299:5 300:9,10,11
303:1,3,5,7,22
304:20 305:10,22

305:22 306:4,6,8
306:10,10,23,24
306:25 307:1,4,6
307:7,18,18
309:24 310:2,4
311:6,20 313:1,3
313:7,18 316:15
316:16 317:4,6,16
317:19 319:1,3,4
320:2,5,6,7,8
321:14,24 323:8
323:22 328:7,9
329:3,4,20 334:6
334:8,10,12,14,16
334:18
**pages**
26:23 32:4 110:3
162:25 163:13
177:12 285:25
287:3,7 292:17
307:21,25 308:1
**paid**
285:12
**palygorskite**
214:19
**palygorskite-sepi...**
15:5
**palygorskite/sepi...**
51:20 75:23
**pan**
156:7
**paper**
39:21 40:2 61:7
81:10 82:13,16
83:3,10,15,16
85:5,16 86:13
108:5 118:2 122:3
129:3 138:4,4
144:9 160:4,7,17
160:18 175:16,24
178:20 182:8,12
183:18,18 209:21
212:1 237:8,14
238:4,22 288:4,16
290:8 316:3
**papers**

50:24 51:5 55:25
61:8 160:10
283:25 284:4,7,8
284:9 285:3
**paragraph**
26:15 63:23 76:3
87:18 89:8,12
92:4 101:3 108:1
111:14 114:5
116:23 117:11
125:10,24 126:2
141:14 144:5
163:16 167:14
168:4 171:6,24,24
187:20 194:20
198:12,22 199:2
201:13 204:23,24
209:17,19 217:15
218:2,24 223:14
234:23 235:1,2
237:20 248:6,9,14
280:15 286:17
287:20 289:1,2
292:11 303:21
304:9 305:10,12
312:3 319:12
329:21
**paragraphs**
198:15 201:11
**parallel**
88:2 89:2 112:8
**parameters**
78:11
**parenthetical**
238:24
**Park**
2:18
**part**
16:14 42:6 55:18
57:21 62:16 75:7
123:10 143:11
145:19 146:5
152:2,9 165:20
167:23 168:5,24
219:23,24 221:7
222:8 225:21

227:8 281:1
315:25
**partially**
143:23
**particle**
71:16 77:21,22
79:4,6,12 80:1
81:24 82:3,6
88:22 90:2,3,20
90:21 95:7 96:9
96:13,22 97:9,22
98:16,22 99:7
101:25 102:1,16
103:6,7,7,12,19
103:23,25 104:18
104:19,22,23
224:18 231:24
233:1 281:24
282:2,5 322:14
**particles**
5:4 73:12,23 74:24
77:4,5 80:19
105:23,25 106:6
111:13 114:8
170:6,15 171:25
172:3 227:15
230:11 312:4,5
**particle's**
103:20
**particular**
25:12 63:7 79:6,11
80:1 88:19 134:20
135:13 136:6
137:2,12,16 138:6
138:25 149:9
151:5,9 152:7
158:16 165:3,19
174:1 176:6,18
214:11 253:17
274:14 311:22
328:1
**particulate**
207:15,20
**parties**
7:12 332:14
**parts**

61:23 110:8 152:3
152:4,9,18 156:25
184:1 188:7
200:12 311:4
**party**
12:18
**Pat**
295:22
**patent**
52:9,14
**patented**
52:20
**patents**
15:25 52:22 53:4
284:6
**pathways**
142:19
**Patrick**
6:18 292:17
**pattern**
97:3 267:1,1
**patterns**
170:7 266:18
267:22
**paucity**
195:10 196:2
**Paul**
8:23
**Pearre**
179:2,2,2,2
**peer**
105:17 204:20
284:24 288:10
**peers**
284:13
**peer-review**
49:20 51:10 52:23
57:19,21 58:3,23
106:4 109:3 159:1
176:8,10 205:8,19
206:7 270:11,13
284:4,7,8 324:8
**peer-reviewed**
57:7 58:13 67:16
77:17 81:10 90:9
105:7 106:15

125:18 134:7
157:20,23 210:14
270:16,25 271:7
271:20 284:9
285:3 325:8,11
**pegmatite**
155:21
**penalty**
333:3,10
**Pence**
179:8
**pending**
11:9 209:6 213:10
**people**
10:15 108:15
128:17,20,21
129:24 135:25
214:9 215:15
283:13 291:8
**percent**
68:12,12,13,18,20
69:11 121:5,17
164:5 203:1,1
204:7 225:16,21
226:8,8,11 247:21
249:22 252:24
254:2 257:14,15
259:25 260:1
**percentage**
68:10 267:18
299:11,14
**percentages**
67:9
**perfect**
28:17 88:14,16,25
89:7 137:23
**perfecting**
128:17
**perfection**
88:7,13
**perfectly**
11:6
**perform**
29:14
**performed**
297:11

**perigenesis**
64:15
**period**
15:14 128:23
141:16 142:23
143:8 178:7 239:7
239:7
**periodic**
320:22
**periodically**
51:16
**perjury**
333:3,10
**permissible**
252:1
**permission**
180:22
**permissive**
85:13,16
**Perry**
179:2
**persist**
135:12 140:24
**person**
25:21 32:3,5 253:9
**personal**
3:17 8:7 157:19
**perspective**
148:22
**Perspectives**
161:1
**pestle**
224:23
**petrologist**
50:23 132:23
**petrologists**
128:15
**Pharmatech**
3:2 8:5
**phase**
74:1,3,4,4,4,9
126:8,18 128:13
128:14,16,17,21
128:22,24 134:24
137:4,6,15,18,21
138:10,13,17,21

139:1,4,12 141:25
142:2,5,10
**phases**
126:12,13 133:4,7
135:21 136:8,11
137:10 214:1
**phones**
240:24
**phonetic**
12:7
**phonetics**
96:5
**photocopied**
42:13
**Photograph**
6:22,23
**phrase**
105:17 134:21
**phrased**
193:12
**phrasing**
142:8,9
**phyllosilicate**
15:2 16:6 224:5
227:11 305:17
**phyllosilicates**
15:4,8 16:1 55:16
224:9 225:10,19
227:4 232:23
307:20
**physical**
223:23
**physicality**
82:3
**physically**
47:14 157:4
**physiochemical**
117:21
**Ph.D**
1:12 4:3,16,17 8:11
15:1,6 16:5,13
46:10,15 50:24
55:15 105:19
128:22 226:16
332:7,11 333:5,9
333:16 334:2,23

**pick**
10:9,10 95:4
294:19 305:25
**picked**
220:19
**picture**
29:12 170:19,25
**piece**
20:3 78:5,6 90:9
130:24 220:10
**pieces**
78:8
**Pier**
294:14,15 295:13
296:6,18 298:3
305:21 306:1,10
307:8
**Pier's**
294:20 307:2
**pile**
33:17
**Pinerolo**
6:10 289:8 290:11
**place**
1:16 47:3 69:8,10
69:14 82:20 154:6
222:2 280:11,13
332:10
**placement**
98:7
**places**
11:1 70:3 269:3
**plaintiff**
43:14
**plaintiffs**
2:2 7:14,16,18,20
14:12 28:20 30:8
32:25 34:7 35:2
37:15,22 38:4,9
39:7 40:11 43:8
43:18 44:7,12
50:4 108:23
185:11,21 186:5
186:15 187:8,10
263:21,23 264:9
285:13

**plan**
16:19 54:11 214:15
**plane**
89:2 273:16
**planes**
78:2 90:23
**planet**
204:19
**plant**
220:4
**plate**
273:3,9,10
**platiness**
273:15
**platinum**
71:2 158:16,17
**platy**
271:19,22 273:13
273:17 312:4,5
**play**
136:5
**Pleasant**
2:9
**please**
7:11 8:22 83:13
87:17 92:3 128:11
144:15 150:9
181:23 190:9
197:17 238:15
246:14 287:16
288:23 291:18
294:9 295:5
304:13 314:24
317:23 320:25
**Plenty**
301:25 302:1
**PLM**
228:20 229:2
299:11,22 300:20
300:25
**plus**
62:2,4 137:18
158:3
**point**
10:5 57:3 77:16
88:10 90:8 119:6

Mark Krekeler, Ph.D.

123:15 125:16,18
140:14 154:5
158:23 205:22
207:4 210:24
211:8 221:20,21
226:16 227:13
251:5 291:3
**pointed**
120:16 170:17
202:5 323:11
329:21
**pointing**
9:24 217:18
**points**
10:14
**pokey**
120:23
**polarized**
299:11
**policy**
15:22
**Pooley**
169:14 171:17
**Pooley's**
171:7
**poor**
142:8 163:19,22
287:22
**poorly**
225:22
**population**
33:21
**port**
222:4,17
**portion**
34:8 111:24 112:5
148:9 218:22
221:10 222:15
296:6 303:18
**portions**
262:21
**position**
118:1 158:10
253:16
**positions**
15:18,20

**positive**
251:24 309:18
323:14
**possession**
56:11
**possibility**
141:22
**possible**
68:14 115:18
215:17 253:5
256:6
**possibly**
34:9
**postdoc**
15:17
**potential**
6:3 59:14 139:5
153:9 191:5
198:24 200:24
224:25 301:13
319:24
**potentially**
44:20 101:20
114:10 116:1
117:8 139:5
140:24 152:12
155:5 164:20
189:17 203:22
229:8 254:17
**powder**
1:5 7:7 14:23 15:15
23:25 24:6 25:17
36:10,25 45:10
50:1,7 69:18
145:15 146:22
147:13 151:11,15
162:13 192:9,10
192:19 193:7
201:4 205:15
223:20 226:25
228:21 230:5,19
231:8 233:10,10
246:23 248:20,21
248:21,25 249:1
251:21 252:25
259:25 260:1

261:8,10 262:2,2
262:4,4 263:9,13
263:25 264:5,13
276:1,9 278:2,3
280:20 300:15,18
300:24 301:17
313:12,21 316:4
316:23 333:5
334:2
**powders**
251:20 297:11
**power**
179:21 180:2 282:1
**practical**
6:6
**practice**
207:16 217:16
219:2 221:2
**practices**
1:6 24:10 32:10
44:14,24,24 50:10
50:14 52:2 57:20
205:2 208:6
212:16
**practitioners**
209:25
**Pratt**
179:3
**precautionary**
118:20
**preceding**
198:16
**precipitating**
93:19,20,21
**precisely**
70:25
**preclude**
200:14
**predated**
180:13
**predict**
67:13 71:1 134:12
137:2,10 138:5,11
139:4
**predicting**
138:16

**prediction**
138:25 139:18
**predominantly**
68:19
**prefer**
230:23,25
**preliminary**
5:21 6:3 26:17 54:3
239:11 319:23
**preparation**
36:17 38:9 265:4
280:18
**prepare**
36:18 38:5 39:9
56:21 281:10
**prepared**
17:15 224:10 225:7
232:14 259:2
281:16
**presence**
164:4,14 203:6,7
235:7 310:23
311:21 320:8,17
321:18
**present**
35:14 158:19 169:5
195:16 247:20
312:21
**presentations**
284:5 327:9
**presented**
22:25 78:24
**pressure**
60:2,21,23 84:11
94:17 126:6
127:14 134:19
138:7 139:10
**pressures**
62:8 135:4
**Presumably**
244:1 249:4 329:14
**presume**
240:6
**pretty**
148:7
**previous**

188:19 285:7
317:19
**previously**
22:6 33:6 56:16
252:9 312:10
**pre-existing**
315:15
**primary**
130:13,18 131:11
147:19 228:9,22
**principle**
39:19 218:25
219:19
**printed**
298:9 307:9
**printing**
110:10
**prior**
50:9,18 223:22
**priority**
66:24
**prismatic**
77:12 78:19 92:24
**probable**
115:17 253:2
**probably**
8:18 20:11 88:10
110:2 148:7
208:10 223:2
327:25
**problem**
71:2 76:13 88:24
175:14 226:20
227:23 231:13,22
232:1 261:9
273:12 291:22
**problematic**
148:3,6,9 192:2
226:21
**problems**
29:6 209:22 259:7
265:17 273:5
**procedure**
152:5 223:21
**procedures**
205:2 223:18

Mark Krekeler, Ph.D.

**proceed**
8:10 132:3
**process**
16:22 59:9,18
76:24 77:2,3
79:16,19 80:3,5
80:15,21 90:1
139:23 149:10
152:2 276:14
277:10 292:13
293:18 294:1
312:20,22 326:19
**processed**
220:4 249:14
303:23 304:6
313:16
**processes**
46:3 80:17 84:7
92:21 130:1
**processing**
79:8 80:6,15
146:24 147:1,20
**produce**
38:17 40:18 111:13
162:12 214:21
**produced**
15:25 26:20 48:17
52:17 87:11,24
123:6 167:24
248:11,16 266:5
**produces**
30:2
**producing**
74:25 77:3 269:15
**product**
25:4 28:3 146:22
147:9 148:17,24
149:6 150:22
152:8 153:23
177:25 195:17
210:15 233:25
243:16 250:2,3
251:11,12 257:11
257:12 258:16,22
261:10,19 263:12
276:18,23 281:20

313:13,14
**production**
52:20 87:13 122:11
122:24 194:24
250:9
**products**
1:5,6 3:17 7:7 8:7
50:2 191:22
192:10 223:20
238:20 248:22
262:5 263:3
293:14 297:16
301:11 321:21
328:11
**professional**
33:23 89:19 94:22
94:24 133:2
176:23
**professor**
8:25
**Profile**
4:23
**profiles**
169:3 173:1
**profits**
57:16
**program**
136:15
**programs**
136:13,19
**progress**
138:2 141:16
142:23 143:8
**project**
15:11
**projects**
15:15 49:12,13
**pronounce**
119:19 289:5
**pronunciations**
195:4
**proper**
228:4 265:11,12
**properly**
153:17
**properties**

79:12,25 84:2,7
96:8,11 97:4,13
99:19,20 101:24
223:23 294:13
295:12 296:8
**property**
90:17
**proposed**
209:22
**proposition**
115:25 117:4 287:7
292:16 295:11
**protocol**
223:22 243:17
**protocols**
210:17
**protoliths**
328:13
**prove**
206:19 252:19,21
301:10
**proves**
129:5
**provide**
28:21 38:5,9 40:18
225:11 239:21,25
257:19 280:10
**provided**
19:12 22:5,21
26:18 29:21 30:8
30:24 31:1 33:4
34:7,10,21 36:11
38:21 39:6 40:1,8
41:22 101:3
159:13 162:11
185:11,12 186:14
186:20 187:10
192:12 199:17
222:22 240:2
254:9 263:20
264:1,9 297:16
**provides**
317:21
**province**
194:20 195:16
198:18 201:10,18

201:19 203:20
**provinces**
198:24 200:25
**proximity**
107:1
**pseudomorphs**
101:21
**public**
1:19 332:5,23
**publication**
58:23 91:25
**publications**
109:1 159:1 316:21
324:19,21
**publish**
54:19,21 58:13
**published**
46:16 49:1,11
54:16,17 78:24
284:2 324:12
**pull**
91:16 250:11
256:12 282:8,9
**pulling**
292:1
**purchased**
223:19
**pure**
66:7,9,14,22 67:5
**purely**
71:22 73:15 79:18
79:21 97:8 99:8
101:4 104:11
134:3
**purify**
155:1 157:14
**purity**
205:4,5,24 206:25
208:25 290:12,17
310:20 329:8
**purpose**
265:15 276:23
**purposes**
220:14 264:25
**pursuant**
1:13 332:12

**pursue**
52:17
**push**
240:23
**put**
10:16 40:8,10,11
40:15 41:2,8,10
41:14 51:3 100:14
111:21 129:24
150:22 159:10
167:14 221:25
241:13 268:6
296:18 320:25
**putting**
229:13
**pyrite**
168:7
**pyroxene**
225:24,25 315:15
**P.A**
2:11
**P.M**
331:12

---

**Q**

**qualifications**
326:18
**qualified**
165:2 274:13,19
**quality**
6:10 163:19,22
205:4,5,23 206:24
208:24 210:15
219:3 221:3 222:4
223:15 266:3
287:22 289:12,14
290:24
**quality's**
170:3
**quarantined**
220:9
**quarry**
175:22 319:15
329:23
**quartz**
94:18 128:23

Mark Krekeler, Ph.D.

225:14 315:20
321:23
**Quebec**
69:16,20 146:7
315:22
**question**
10:9,19,21 11:8,9
11:14,23,24 12:5
12:5 13:3 17:1
26:11 34:3 38:18
40:6 41:21 56:22
57:11 58:5,15
62:17 65:25 66:17
66:25 67:12 68:17
71:4 81:14 95:8
95:16,18 96:1,3,4
96:6,19,25 99:6
102:5 103:18
107:5 112:17,23
129:1 130:17
133:11 136:4
143:19 146:4
147:17 149:25
150:5,9,11 151:4
158:23 161:4
166:10 170:22
175:16 177:21
178:10,11,23
179:13 180:8
181:1,3,4,23
184:2,9 190:7,9
190:19 192:16
193:4 196:17
199:5 209:6 213:9
222:7 228:13
230:20 231:1,4,6
237:12,14 239:11
246:4 258:6,17,18
259:11 260:8
272:21 276:4
283:21 290:22
291:25 295:9,24
312:19 314:10
322:12 323:18,19
328:19
**questions**

8:19 18:22 20:23
136:4 152:1
180:25 183:17,25
194:17 201:1
282:13,14,20
283:15,18 288:14
309:3,6,7 312:20
314:17,19 321:8
321:12 323:8
330:22 331:1
**question's**
152:22
**quick**
9:18 254:8 327:23
**Quinn**
179:3
**quit**
302:7
**quite**
66:17
**quote**
54:5 208:24 218:22
219:8,11,23
220:22 221:1,6,11
222:8,16,18
**quoted**
308:2
**quoting**
218:16

---

**R**

**R**
2:12,21 3:19 6:15
288:4 332:1
**Rainbow**
145:20 146:1
**ran**
49:11 56:16 177:23
**range**
56:7 62:1
**ranges**
95:7
**ranging**
164:5
**rapid**
205:17

**rat**
81:6
**ratio**
73:13 76:7 84:1,1
95:10 97:8 98:23
99:2,8,16,24
100:13 101:23
102:16 103:16
104:3,17
**ratios**
71:18
**Ravalli**
5:7
**raw**
297:12 298:19,24
301:16
**reach**
42:1 270:19 325:23
**reached**
118:13,17
**reaching**
309:19 320:3 324:3
324:25
**react**
138:2
**reaction**
62:23 129:10 143:6
**reactions**
138:3 141:15
142:22,24 143:4,8
143:16
**read**
11:24 37:14 50:23
50:25 51:5 55:17
56:1 83:5 84:13
84:20,21 87:23,23
110:8 114:18
117:22 118:15
143:3 162:15
163:4 190:20
195:3 198:25
211:25 219:6
222:10,10 223:25
230:23 242:9
251:16,17 261:4
273:4,16 274:4

287:8,14 290:20
293:3,15,16
295:14,16,18,19
305:19 310:18
317:22 328:10,16
328:19 329:9,22
330:18
**reader**
95:20
**readily**
76:6
**reading**
96:4,5 210:2,4
269:19 329:5
**reads**
117:15 159:18
162:10 171:21,25
287:5 328:12
329:6 330:12
**ready**
291:23 293:7
313:13
**Real**
9:18 254:8
**really**
10:12 26:4 43:22
52:17 55:14 63:7
63:16 66:17 87:15
89:23 112:21
113:2 130:7
134:17 135:14,14
137:17 143:18
155:18 156:8,13
158:18 173:15
180:4,25 181:20
185:9 189:16
212:3 214:4 222:3
231:12 238:5
266:5 278:18
**reanalyzing**
251:21
**reask**
19:21 81:18 230:25
237:12
**reason**
155:13 176:3,18

192:3 213:23
334:3,6,8,10,12
334:14,16,18
**reasonable**
32:2,5 33:14 62:5
67:10,18,21,22,22
77:14 78:7 79:2
80:14 90:13
152:12 189:18
202:17,20 215:25
276:20 279:8
**reasons**
45:12 214:14
222:22 301:9
**Reath**
2:17 7:22
**recall**
21:5,9,11,16 49:7
52:16 174:3
207:23 211:15
309:7,14 310:9,10
310:14,20 314:18
321:12 323:4,8,12
**receive**
38:11
**received**
325:16,17
**recess**
37:9 71:10 124:10
174:14 197:20
223:7 268:12
283:1 308:21
327:18
**recognize**
82:13 116:9 140:12
169:25
**recognized**
122:24 131:17
136:1 164:16
171:2 225:10
**recommendations**
118:12
**Reconnaissance**
5:6
**record**
7:1 8:22 9:5 12:14

Mark Krekeler, Ph.D.

12:14 31:5 37:8
37:10,23 48:1,20
71:9,11 124:9,11
174:13,15 184:3
197:15,16,19,21
223:6,8 241:1,4,5
241:6 245:7
268:11,13 282:23
282:25 283:2
301:22 304:15,16
304:17 308:15,19
308:22 327:15,17
327:19 331:6
334:3
**recorded**
11:19
**records**
263:25
**Red**
243:19
**reduce**
77:21,21 90:18
153:21 154:22
155:1,3,8 282:1,5
**reduced**
146:25
**reduction**
90:3,21 228:5
**Rees**
3:9,13 8:1,2
**refer**
108:16 128:16,20
132:24 192:1
238:14
**reference**
57:3 82:17,20
86:15,17 121:4
126:3 171:1 175:1
177:11 207:14
238:24 239:6
262:1 263:17
315:3
**referenced**
83:3 319:1
**references**
109:18 174:25

180:6 185:6
225:11
**referencing**
72:22
**referred**
75:24 92:12 93:16
93:18 107:7
**referring**
21:24 137:18
140:17 143:11
163:23 311:17
**refers**
73:25 76:4 79:18
83:21
**refine**
214:15
**reflect**
16:19 53:20
**reflected**
17:5 19:19,23
22:22 36:23 41:6
**reform**
115:3
**refresh**
40:21 293:6 295:17
**refute**
35:10 200:1,3
**regard**
52:22 314:22
**regarded**
60:1
**regarding**
34:21 44:15 49:2
50:6 52:2 176:19
180:17 203:5
250:23 309:14
313:19 314:13,18
320:15,17 321:18
323:6 324:12
**region**
47:21 194:24 195:2
196:17 198:2,5
203:6,8,14,15
272:17
**regionally**
123:2

**regions**
129:7 136:22 159:4
191:8 204:13
262:22
**regularly**
55:19 327:1
**regulated**
233:10
**regulation**
207:1,10 217:17
**regulations**
46:3 210:8,11,21
211:6,20 233:18
233:19 234:15,17
**regulatory**
45:24 46:2 211:5
211:13,17 233:14
234:21
**rein**
187:2
**relate**
127:7 133:3 162:23
183:10 186:6
192:8 198:17
210:8,21 237:24
237:24 319:4
**related**
6:20 29:7 61:22
88:1 94:22,23
102:12 151:18,22
187:14 196:1,4
202:9 203:22
204:9,16 207:22
208:3 223:18
248:23 249:14
289:15 309:13
**relates**
1:8 189:2 193:6
236:21 241:23
256:13,14 321:16
**relating**
15:25 17:15 24:23
29:3,6,17 195:11
**relation**
54:22
**relationship**

202:21
**relationships**
202:24
**relative**
98:8 332:13
**relatively**
320:19
**relevant**
82:2 115:15 124:17
124:24 127:12
130:1 136:12
137:22,25 145:21
176:23 209:2
317:10
**reliable**
87:3,6,10,12
**reliance**
38:16,19
**relic**
135:21
**relics**
135:23
**relied**
28:21 30:7 35:11
39:6 41:18 183:12
286:9 297:2 320:3
**relies**
270:18
**rely**
33:4 38:14 57:19
77:11 83:9 112:24
138:21 212:7
269:4 291:8
324:12,19,24
325:8 326:9
**relying**
24:19 27:19 80:24
88:9 107:25
112:23 114:17
116:10 123:20
125:3 167:15
212:8,15 264:24
267:16 268:19
**remains**
35:6,13 140:20
**remarks**

140:18
**remember**
11:6 12:12 17:13
18:3 21:10 26:4
27:9,16 29:15,15
29:16 36:15 37:2
37:4 47:3,13
49:21 50:21 51:17
51:18 70:6 82:18
115:14 121:20
145:4 146:2
161:18 173:19
174:24 181:7
182:2 199:13
210:24 211:18
229:25,25 230:2
233:7 246:11
263:6,8 264:3,6
267:15,23 272:3
273:20 274:6
281:18 297:14,18
306:17,20
**remembers**
282:17
**remove**
292:13 293:13,19
293:20,23 294:1
312:23
**render**
17:7 25:6,11,16
54:11
**rendering**
23:23 24:2 53:10
57:7,8 176:16
265:7
**repack**
251:24
**repacking**
251:21
**repeat**
181:23 276:4
314:10
**repeatedly**
206:4,4
**replicate**
255:8

Mark Krekeler, Ph.D.

**report**
4:15,17,18 5:21
14:3,5 17:17 19:2
19:16,24 20:1,8
20:10,12 21:3,6
23:5 25:24 26:12
26:16,17,20,24
27:18 28:7,17
34:13,23 35:21,25
36:17,24 38:10
39:9,11,12,15
40:8,12 41:10,16
42:10 45:5 46:5
53:7,14,24,25
54:2,3,7,10,17,22
54:25 55:3,3
56:21 58:11,21,22
59:3 72:22,25
73:3,3,5,7,8 76:2
76:16 82:15,17,23
82:24 83:2,5,14
86:23 87:18 92:2
102:14 106:22
107:8,15 110:24
114:5 116:13
117:4 118:22
119:8,13 120:1
121:4 124:3,15
125:22 133:17
141:9 146:17
154:2,6 159:3
160:19 162:9,20
163:1,13,14
164:18 165:14,20
165:23 166:3
169:15,23 172:17
175:2,4 176:14
177:13,20 179:16
179:16 183:19
184:1,18 189:7
190:22 193:3,5
194:19 195:15
201:11,12 217:15
218:11 222:21
223:13 225:11
229:17,20 234:23
238:13,15 239:10
239:14 241:10
247:2,3 249:6,9
250:18,23 251:6,7
252:16 254:25
262:9 263:18
265:15,22,25
267:16 268:7
269:3 274:9,25
278:8 280:2
282:18 284:17,19
284:21,24 285:5,8
286:13,15,18
287:7,15 291:3
292:1,6 294:9
296:13 297:1,3
301:8 303:11
304:21,22 305:3
309:25 310:5,22
310:23 311:21,21
312:19 313:2,19
315:4 321:9 323:7
323:21 326:2,8,15

**reported**
313:6 323:21 326:8

**reporter**
8:8 9:22 10:6 196:8
209:10,12 218:7
237:9 317:23
331:7

**reporter's**
160:12

**reporting**
332:16

**reports**
14:8 16:18 17:5,6,7
17:9,15 19:19
22:17,19,23 23:12
28:15 31:24,25
35:11,17,24 36:3
36:3,5,10,12 38:6
39:5 40:1 125:4
173:25 176:11
180:21,22 181:4
239:18 263:18,21
284:22 285:12

310:25

**represent**
7:12 145:9 199:21
270:1 283:9

**representative**
26:6 30:18 31:9,15
31:18 32:15,15
33:3,8,10,20
38:13 212:3,24
215:25 216:11
220:3

**representativeness**
33:16

**represented**
248:10

**representing**
44:7

**represents**
34:8 320:21

**request**
20:12 29:2 184:25

**requested**
17:14,16 19:12
28:24 29:3 30:22
30:25 31:1 33:5,5
38:13 40:25 147:2
184:21,21 187:14
219:1,20 264:15

**requests**
185:1 186:18 187:6
187:8

**required**
132:21 210:12
234:1 279:18

**requirement**
266:23

**requirements**
78:21 103:1 210:22

**requires**
266:4

**reread**
145:8

**research**
5:5 15:22,23 24:20
39:20 50:6,9,12
51:8 54:22,25

55:21 56:19,25
77:10 117:15
118:3 119:4
155:25 250:20
320:21

**researched**
55:4

**reserve**
18:23 282:20

**reserved**
238:20

**reserves**
206:20

**Resources**
5:22 194:23

**respect**
53:24 73:17 101:10
156:14 277:13
278:7 279:16
290:14

**respects**
332:12

**respirable**
114:8

**response**
314:4

**responsible**
217:11

**rest**
183:19

**restate**
150:9 283:21

**restates**
312:8

**Resting**
260:23

**restricted**
69:25

**result**
76:24 77:3 80:20
251:24,25 286:19
332:15

**results**
185:1 210:2 220:9
250:1 255:8
262:25 264:24

265:25 280:9
301:3,9 310:2,4
313:5,7 323:6,12
323:14,20,20

**retain**
84:7

**retained**
18:5 21:12

**retest**
258:3,10 259:7
260:7 263:2
264:21

**retested**
255:7

**retesting**
260:22 263:1,11
267:6,10

**retracted**
253:9

**retraction**
252:12

**retrograde**
123:1

**reverse**
294:21,24

**reversed**
306:3

**reversion**
143:19

**reversions**
126:20

**revert**
126:20 135:14
141:16,20,25
142:4,6,14,19,23
142:25 143:9,20
143:25

**reverting**
142:5

**reverts**
143:24

**review**
5:8 22:21 23:23
24:2 27:6 28:25
32:2,5 33:24 43:7
43:17 55:11 58:10

Mark Krekeler, Ph.D.

58:12,18 105:17
127:10 159:9,11
169:19 186:12
190:1 204:20
229:17 239:11
267:8 282:7
288:10
**reviewed**
24:7 26:17 27:3
29:15 30:22,24
32:21 35:17,20
36:9,16,20,24
41:7 42:3 44:1
162:11 163:17
204:23 284:13,24
287:20 309:19
**reviewing**
21:20 186:23 282:4
**reviews**
38:15
**Revised**
5:5
**Revisited**
5:9
**re-analyses**
258:24
**re-get**
56:17
**Rice**
2:8 7:14
**rich**
14:24 235:18 318:1
**Richard**
5:7
**ridge**
59:25
**ridges**
59:14
**riebeckite**
92:7
**right**
9:7,12,18 11:25
13:12,23 14:2
18:23,24 21:6
22:7,11,17 24:14
25:4,18,23 26:13

30:4 34:3,5 37:13
38:2 42:19 45:18
45:20,22 48:18
50:2 52:4,22 53:6
55:9 59:6,9 62:1
62:10,22 63:9
64:6,12 65:6,14
66:1 69:4 70:5,21
71:3 76:8 78:13
87:13 88:3,21
89:3 91:2 95:2
103:8 106:19
109:6 110:24
113:18 114:15
118:3 119:4,7,12
124:3,14 126:23
130:9,10,11,23
131:7,14 132:20
134:22 135:4
137:8,16 138:13
139:2,6,11 142:7
142:15 143:20
148:17 151:11
152:4,10,24 153:2
153:6,14 154:10
156:22 161:23,24
162:8,15 163:1,10
163:12 165:5,9
169:13 170:8,19
171:13 174:10,20
179:8 180:9
184:11 185:22
186:6,15 187:15
187:19,22 188:4,5
188:14 191:23
193:3,7 194:16,19
195:3 197:7
198:11 203:15,25
207:19,22 208:12
208:19,22 212:8,9
214:3,6,25 215:22
216:6,15,19,25
217:24 218:23
220:19 221:14,24
222:24 223:25
227:22,25 229:10

231:2,24 233:21
235:4,23 236:22
239:9 241:9 242:8
242:9 243:5,12
246:16 247:18
254:10 257:7
258:7 261:5 263:2
268:18 274:8
275:2 276:18
277:14,19 282:19
282:20 284:3
288:15,19 292:4
292:21 293:10
295:6,10,18 296:5
296:18 300:2
302:23 316:11
319:4 321:3,6
325:23 327:23
328:2 329:4
330:19 331:3
**right-hand**
288:25 319:11
**Rigler**
285:11 297:2 301:4
**Rigler's**
284:21,24
**Rio**
198:23 200:23
299:2,5,9
**ripped**
58:2
**risk**
6:17 152:13 157:5
290:2,19
**risks**
4:21 117:16 269:15
**RJ**
5:17
**RMR**
1:18 8:9 332:4,23
**road**
116:4
**Roadmap**
5:5
**rock**
14:24 60:1 61:4

62:12,13,19,19
70:24 98:13,13,15
99:9,18,24 103:14
104:1,11,12
119:22 120:6
129:11 134:20
147:10 148:16,23
156:17,21,22
157:3 235:6,8,9
315:12,14,16,17
315:19,21 319:16
329:23
**rocks**
24:24 59:21 69:2
69:11,12 94:16,18
97:3 123:3 142:2
172:24 279:2
289:11 317:24
**Rock-Forming**
6:13 286:1
**role**
18:13 44:1,5,9
326:10
**roll**
90:2
**roller**
303:24
**room**
10:15
**Rose**
2:21 7:23,23 291:2
299:21 301:15
302:5
**Ross**
5:16 160:25 161:1
314:22 315:6
316:3,19
**rotary**
224:11 225:7
**rotation**
224:15,16
**row**
300:17,23
**rows**
299:24 300:1,2,4
**rude**

10:8 184:3
**ruin**
227:20
**Rule**
4:15,17 332:17
**rules**
9:19 38:1
**run**
29:19 181:24
205:11 213:2
266:11 283:19
327:24
**running**
49:22 146:15 184:4
212:1
**runs**
146:7
**Run-of-mine**
6:5
**Russia**
222:1
**Russian**
57:5
**R-755**
4:18

---

**S**

**S**
4:13 5:1,14 6:1
332:23
**sake**
274:7
**Sales**
1:6 7:7
**salt**
281:25
**sample**
6:17 26:6 98:3,6,19
101:18 147:5,11
147:22,23 148:11
149:9,19 150:11
150:25 151:5,7,8
151:10 152:2,6
209:18 220:3
224:3 226:9
232:14 241:10,23

Mark Krekeler, Ph.D.

242:22 243:1,8
244:4,4,15 247:5
247:12,15,22
248:15 249:10,14
249:24 251:12,22
252:25 253:17
254:25 255:8
256:15 257:6
258:2 259:16
260:15,18,19,20
260:21,22 262:19
262:20,20,21,23
263:1 265:3 268:1
276:25 277:25
281:16 290:1,8
296:3 301:7
305:17,18 310:13
311:1,22
**sampler**
296:2
**samples**
96:18 146:21 147:8
148:9 171:9
205:14 206:14,17
212:2 223:21
229:13 242:1,13
243:10,23 244:22
245:21 246:21
248:10 250:3,24
251:11,15 259:1,8
260:4,7 261:7
264:22 267:10,12
268:5 275:12,19
275:24 276:8,22
276:25 291:14
297:17 300:7
313:6,6,8,11,15
**sampling**
6:5 32:10 44:15,24
63:5 148:23
150:13,21 152:9
207:15,20 210:12
210:22 211:16,20
212:16,24 213:4
213:20 238:17
280:6,8,9 295:21

**San**
3:15 242:13 243:18
245:18,25 246:9
263:9
**sanction**
233:22
**Sandrone**
6:11 236:23
**sandy**
122:22
**satisfying**
205:3
**saw**
47:13 147:1 188:17
243:11 245:17
251:14 252:9,17
311:24 314:1
**saying**
9:21 10:7 64:21
92:18,23 93:4,10
98:14 99:15
104:21 108:2
111:21 112:19
113:2 117:25
131:21 132:6
137:11 140:25
141:7 146:1 149:5
168:19 179:24
185:10 190:3
193:17 214:4
216:14 220:11,21
252:23,24 268:2
270:9 298:18
303:13
**says**
28:2 76:10 85:7
89:5,7 92:4,11
106:23 113:23
118:25,25 122:19
122:25 123:4
127:23 133:24
139:20 141:15
168:4 171:11,15
178:1 192:17
194:11,23 196:21
209:25 217:18

234:23 235:12
243:18 248:14
249:21 250:1,21
251:5,10 252:17
260:8 270:16
275:19 280:23
281:2 286:18
288:6,7 289:4,9
289:10,13 290:10
290:13 292:12
293:12,19,21,23
294:11 298:23
299:1 300:20,24
301:8 303:22
306:24 312:3
328:22 330:14
**scale**
70:15,19 101:14
127:14 138:17
139:21 157:18
216:1
**scales**
216:4
**Scan**
320:7
**scenarios**
74:16
**schedule**
11:10 214:16
**schist**
74:18,18
**school**
81:19 215:4,5
249:11 250:19,20
250:22 251:1
**science**
5:4 14:20 15:21
16:11 65:21 82:4
129:3 160:4,6
176:9,9 185:4
**scientific**
78:23 81:10 157:20
266:23 283:25
285:3
**scientifically**
23:6 67:22 127:20

276:21
**scientists**
286:10
**Scope**
118:24
**Scott**
2:8 7:13,13 11:21
13:19 17:10 18:12
18:16,21,25 22:5
24:12 27:8,20
28:8,23 29:22
30:10,17 31:6,17
31:22 32:13 33:2
33:12,19 34:11
35:4,12 37:18
39:22 40:4,13,20
41:11,20 42:23
43:4,10,21 44:17
45:1 48:4,7 52:6
53:15 57:10,13
58:14,19,24 59:2
60:11 61:3 64:7,9
64:13 65:2,7,15
66:3,12,23 67:7
68:7 69:23 70:10
70:22 73:2,10
74:14 75:5,11,21
76:9,13,18 77:19
79:14,20 80:12
81:2,12,25 82:24
83:14 84:14,16,25
85:9,23 86:1
89:18 90:11 91:3
91:17 92:17 93:13
95:15 96:15,24
99:10 100:11,17
101:9 105:10
106:16 107:11,21
108:6,24 109:8
110:5,19 111:10
111:25 112:3
113:4,19 114:1
115:7 116:11,15
116:25 118:4,24
120:21,24 124:4
128:3 131:2,15

132:1,11 133:16
134:23 135:5
136:9 137:13
138:15 139:3
141:10 144:15,18
144:21 146:23
147:15 148:18
149:1,12 150:23
151:12 152:11,25
153:7,24 154:5,24
155:4,10 157:22
161:7,25 162:19
163:2 165:6
166:13,24 167:22
168:15,23 169:9
171:20 172:10
174:5,8 175:3,7,9
175:11,14 176:5
176:21 178:16
179:18 180:10,19
181:6,18 182:22
184:5 185:13,23
186:8,16 187:16
188:15 190:7,16
191:1,18,24 193:8
194:12 195:24
197:1 199:8 200:2
200:20 201:20
202:4 203:16,21
204:1,5,17 205:25
207:13 208:13
209:1 210:23
213:6 214:7 216:9
216:20 217:10,19
219:12,16 220:12
220:17 221:16
222:20 223:4
227:16 229:23
231:16 232:3
233:12 234:3,10
234:18 236:15
240:4 242:14
243:25 245:10
249:3 252:6 253:1
253:13 254:11,16
256:19,23,25

258:5,11 259:10
261:20 263:5,14
264:2,19 265:13
266:1,15,24 267:9
267:20 269:10,21
270:4 271:2,13,23
272:8 273:7,19
274:16,22 275:14
276:2,11 277:5,16
278:4 281:8,22
285:14 294:3
298:7 302:17
308:4
**screen**
12:6,17 228:22,23
**screening**
45:11
**SCULLY**
3:9,13
**seal**
332:19
**search**
29:24 30:3 176:4,6
176:7,12,18
179:25 180:11,18
181:4 182:21
185:3,24,25
186:21
**searched**
180:16 183:25
184:10
**searches**
29:14,19 30:5
56:10 178:15,20
179:17
**second**
10:4 26:15 76:3
87:22 103:15
106:24 107:24
111:24 112:5
117:11 144:4
146:4 171:24
172:21 187:20
194:20 201:13
231:24 236:18
240:16 241:2

242:20,21 243:8
280:4,14 287:19
292:22,24 294:23
294:23 298:17,20
304:8,13 315:10
319:12 329:21,21
**seconds**
250:14
**second-to-the-last**
300:9,11
**secrets**
57:25
**section**
83:19 106:23
110:13 119:13
156:16 163:13
169:21 247:13
303:7
**see**
29:20 36:5 44:23
62:20,21 73:4
82:19,22 86:14
87:19 88:17 89:16
93:18 101:12
110:12,20 111:23
112:5 114:5,10
120:17,18 121:10
125:20 136:3
139:15,23 147:11
148:19 152:23
154:14 156:24
157:4 159:20
161:8 170:4
173:12,14 175:20
175:23 177:10,16
178:6 179:7
188:19 189:1
197:5 203:21
204:24 209:23
213:8 218:11,13
218:19 219:22
232:5,6,12 241:10
242:23 243:18
244:14 245:14,21
246:17 247:11
250:10 251:5

252:14,19 255:16
256:7 257:5,11
258:2 269:4
273:14 278:18
280:6,21,24 282:4
285:18 287:18
288:25 290:16
292:11,14,15
294:10,11,17
298:18 299:1
300:14 303:22
305:15 306:14
307:12,15 309:25
319:12
**seeing**
51:18 117:1 146:20
146:21 178:24
211:15,18 215:20
230:1
**seen**
82:14 86:12,18
148:12 162:3
169:25 174:22
176:14 182:8
196:10,20 231:20
231:25 232:1
239:14,16 250:25
264:6 290:8
**selected**
41:13 170:6 179:6
**selecting**
55:10
**selection**
35:1
**selective**
155:7,11,16,18,20
156:8,12 157:12
157:13,17 158:14
158:24 303:24
**selectively**
155:24 156:3,6
**SEM**
42:10 88:17,19
232:12 273:4
**semi-highlighted**
247:13

**Senate**
302:14
**send**
20:11 291:14
**sense**
56:23 106:5 136:21
143:24 145:22
157:25 204:8
222:3
**sensitive**
226:2
**sent**
220:5
**sentence**
106:24 114:6,7
117:12 119:8,16
122:9 125:24
139:19 141:15
143:3 159:18
162:10,18 171:11
172:21 189:10
193:12,13,25
205:1 237:23
238:12,16,24
286:18 289:10
292:12,14,15
294:12 310:19
330:11
**separable**
74:6 112:7
**separate**
74:9 76:6 84:6
132:16,16
**separated**
200:13 304:1
**separation**
139:22 304:2
**September**
294:16,25 295:15
305:23 306:3,11
307:3,5,7,14,21
332:23
**sequence**
317:21
**serpentenite**
319:14

**serpentine**
5:9 225:2 286:21
287:10 315:14,16
315:19 321:23
330:12
**serpentines**
225:4
**serpentinite**
142:13 318:3
330:14,15,19
**Services**
4:23 7:3
**session**
294:16,25
**sessions**
2:8 294:20
**set**
30:15,19 31:15
32:12,15,24 33:3
33:9,9,11 34:7
57:2 126:12
158:17 186:5,14
187:11,14 210:16
214:10 296:21
319:22 332:18
**sets**
240:7
**setting**
5:13
**settings**
24:22
**setup**
67:12
**seven**
299:5,7,22,22
300:4,7 308:16
**SEYFARTH**
3:18
**Seymour**
144:7,9,13
**Shandong**
198:18,21,25 199:6
199:12,23 200:18
200:25 201:3,6,10
201:15,18
**Shanghai**

Mark Krekeler, Ph.D.

199:23
**Shanglin**
195:2 196:17
**shape**
73:23 78:9,10
90:20 97:14,17,20
97:25 98:15
226:22
**shapes**
216:24
**shatter**
94:19
**SHAW**
3:18
**sheer**
33:17
**sheet**
225:2,3 334:1
**sheets**
233:4
**shelf**
39:3
**ship**
221:24,25
**shipment**
221:20,21
**shipped**
221:23
**short**
16:15 172:5 205:3
222:19 247:25
298:13
**shorter**
36:1 60:9
**shot**
13:7
**show**
9:24 119:23 120:6
133:23,23 160:17
161:4 164:18
168:6 180:21
204:12 279:11
287:24 320:20
**showed**
126:5 272:16 323:5
**Shower**

162:13,13 223:20
223:20 248:21,21
249:1,1 254:1,1
254:25,25 256:15
256:15 261:8,9
262:4,4 300:23,23
**showing**
170:18 173:15
262:1
**shown**
123:11 224:12
**shows**
12:6 123:16,23
126:6,7,9 129:3
133:14 140:15
146:13,14 153:4
196:10 198:7
235:5 238:5
251:12 312:4,5
320:18
**side**
44:11 47:2 286:15
319:12
**signature**
331:7
**significance**
126:10
**significant**
155:12 235:10
269:15
**significantly**
16:7
**silica**
126:4
**siliceous**
123:2
**silver**
26:7 54:13
**similar**
61:17 64:24 76:11
117:19 136:17
196:11 202:19
216:21 240:11
316:21 320:20
**similarity**
201:18

**Similarly**
92:8
**simple**
99:21 143:19 181:4
**simply**
156:21 158:4
183:24 193:2,3
**Sindiong**
1:20 7:2
**single**
32:5 65:5,12 66:1
74:1,2,4 77:16
90:9 105:7 148:12
148:12 149:19
186:10 205:22
261:25,25 262:13
290:7,7
**sir**
131:20 133:11
155:15 180:24
183:22 192:15
209:6 211:2
220:24 223:14
231:1 233:6,9
234:6 241:9
244:25 250:17
256:12 260:21
261:4 278:8
279:20 282:19
287:18 292:9
293:2,5,7 295:5,5
299:8 302:3
304:23 306:16,19
308:11 321:1
328:19 330:23
**sit**
17:3 261:24 265:9
287:14
**site**
155:22 173:6
214:24
**sits**
199:12
**sitting**
31:4 68:4 105:6
112:25 196:6

200:22 201:4
262:11 273:14
**situation**
29:12 62:24 111:11
135:13 136:10
**situations**
80:14 214:18,21
**six**
92:5,8 109:7 250:3
251:11 261:6,7,14
294:15 301:22
323:6,11
**Sixteen**
177:4
**sixth**
256:18
**six-plus**
314:3
**size**
33:17 70:15,19
73:23 77:21,22
79:6 90:2,3,21
95:10,13 96:8,11
96:12,21 97:3,7
97:14,16,20,25
98:15,19,21,22
100:9 101:2,4,22
102:16 103:16,23
104:2,17,22,23
231:9 281:24,25
282:2,6 301:7
**sizes**
216:25 263:1
**Skadden**
2:20 7:23
**skill**
266:5
**skip**
122:24 274:3
283:17 296:14
**skipped**
329:6
**SLATE**
2:20
**slight**
278:12

**slightly**
110:22 113:18
136:10
**sloppy**
252:2
**slow**
95:20
**slowly**
138:2
**small**
70:11,13 83:23
95:7 105:22 106:6
156:21 213:24
230:6 231:11,12
231:14 315:18
**smaller**
72:17 74:23 76:6,6
76:10 78:8 84:6
**small-scale**
238:6
**smear**
227:24 228:1
231:22 232:2
**smeared**
229:20
**smectite**
15:5
**smudged**
256:21,22
**societies**
57:23
**society**
51:16 57:24,25
**soft**
74:15 224:8
**soils**
59:10
**sold**
206:19 297:6
**solely**
32:23 55:5
**solution**
93:20
**somebody**
217:8
**somebody's**

130:24 167:13
**somewhat**
87:8
**sophisticated**
320:18
**sorry**
13:5,10 17:2 19:20
21:24 25:19 26:13
26:13,23 37:20
38:7,25 40:25
44:8 45:21 48:6
50:12 56:4,5
62:16 63:10 64:8
74:20 77:7 81:16
82:25 89:9 91:11
95:20 96:7 97:19
99:11 100:23
102:4 104:5 107:3
107:20 112:17
115:2 119:25
120:9 122:1,6
124:20 125:12
127:3 133:12,12
138:11 150:4
154:7 161:10
162:4 165:11
167:5,15 168:7,8
170:11 175:12
178:3,9 179:7
181:23 182:23
183:6 190:17
191:25 209:7
213:14 215:6
218:14 220:25,25
222:12,12 228:13
230:9,20 233:20
237:10 238:7,18
239:8,23 241:12
242:19 243:2
244:5,6,8 247:8
249:16 250:17
254:3 255:14
256:2 257:24
263:10 269:7
271:4 275:8 276:4
280:12,13 281:10

286:6 288:22
302:24 305:2
311:14 314:10
317:19 328:4
330:15,18
**sort**
12:11 16:8 23:9
25:2 28:18 29:11
29:25 39:19 56:19
57:11,25 58:3,8
61:10 69:7,9
87:12 90:19
104:21 129:11
138:6 139:15
198:15 203:9
206:21 212:3
214:2 215:20
252:20 255:19
**sorted**
156:15
**sorting**
157:10 158:3,9
194:16 217:16
303:24 304:7
**sound**
180:16
**sounds**
50:5 51:4
**source**
28:3 47:19 48:3
81:9 87:3,6
125:19 131:24
157:21 178:5
196:12 254:24
316:4,22 317:11
319:8 324:18
**sourced**
47:6 159:4 195:23
**sources**
196:10
**sourcing**
187:22
**south**
1:17 2:9 47:2 95:4
**southern**
70:7 199:24

**Southernmost**
5:7
**southwest**
329:22
**southwestern**
319:15
**space**
152:16
**spacing**
104:5
**spatial**
97:24 98:1 202:23
**spatially**
318:3
**speak**
185:6
**speaks**
160:18
**specific**
46:13 50:17,18
51:8,13,19 63:17
77:25 85:1 106:5
128:20 130:5
138:23 144:8,9,10
144:23 146:19
147:5 148:20
155:24 160:20
161:8 164:24
173:9 178:12,18
180:17,20 181:5
183:9 191:11
210:11 221:7
222:15 224:10
225:9 228:12
229:25 231:18
279:9,13 282:14
296:3 313:21
325:12
**specifically**
15:2,22 27:9 29:17
35:10 46:10 50:15
51:9 63:2,14 85:5
87:18 115:14
122:6 123:20,25
132:5 142:4 146:2
153:12 154:2

160:18 168:14
174:4 175:18
176:17 177:17,23
179:14 195:12
196:7 201:21
207:23 224:20
230:2 233:10
237:23 238:9
247:24 248:1,24
253:9 271:11
272:4 277:8
281:18 306:21
309:17 312:19
317:2,4 320:11
329:20 330:3
**specifications**
211:17
**specifics**
21:5,10 70:6 83:11
173:19 236:13
267:23
**specifies**
84:8
**specimens**
171:10,12
**specs**
219:1,20 220:6
**spectroscopy**
279:14
**speculate**
58:15 59:1 60:12
65:17 259:9
262:25
**speculating**
200:17 201:5
202:13 203:19,25
252:3 258:14,21
259:4 260:16
261:17 262:5
275:23 276:7
330:5
**speculation**
65:16,19 149:12
151:13 253:12
270:21 316:8
317:14 318:15

**speculative**
66:13 100:18,21
149:14 151:14
314:5
**speed**
109:23
**Spence**
178:6,6,13,20,25
179:1,4,8,15,16
**spend**
56:18,24 128:17
151:17 283:16
**sphalerite**
64:18
**Spigg**
8:23
**SPITZER**
2:11
**spodumene**
95:4
**sponsored**
16:14
**spot**
152:13,14,18
**SS**
332:2
**stabilities**
134:12
**stability**
141:23
**stable**
126:13,14,19
134:25 135:3,10
138:8
**stage**
222:3
**stamped**
242:18
**stand**
239:7 262:8 287:7
**standard**
57:6,8 58:9,9,12
206:21 208:5,22
208:23,24 251:15
**standards**
57:20 58:16 80:24

Mark Krekeler, Ph.D.

205:3,4,23 206:24
210:8,16,17 219:3
221:3 234:7
**staple**
120:19,22
**start**
10:11 19:6 28:19
34:22 59:4 81:15
141:24 146:18
159:3 165:15
174:20 198:22
205:21 220:1
225:21 227:3
236:3
**started**
8:21 21:20 23:18
137:9 138:8
141:21 142:7,13
143:1,21
**starting**
34:15 274:25
328:10
**starts**
89:12 112:6 114:7
117:12 125:10
141:14 143:23,25
166:3,10 167:16
168:2 169:14
194:20 198:12
201:8 204:24
209:17,20 220:2
243:15 268:25
280:15 292:11
294:12 305:15
306:6
**state**
1:19 5:4,6 8:22
18:7 59:4,17
63:22 85:5 118:21
122:9 187:20
195:12,15 236:6
237:17 269:5
279:10 282:5
296:13 305:18
314:2,3 332:2,5
332:23 333:10

**stated**
114:2 118:5 128:1
176:2 253:20
**statement**
47:16 65:12 76:14
88:4 112:1 114:18
116:10 124:19
125:14,22 140:3
165:25 189:21
190:3 191:7,23
194:3 200:1,23
208:16 215:13
217:9 221:2 236:1
238:3 268:20
272:9 321:9,25
**statements**
11:18,19 70:20,24
**states**
1:1 5:22 7:8 26:16
47:13 54:2 70:7
83:21 86:24
118:12 125:19
167:15 217:17
219:4 221:4
247:11 278:15
280:24 297:10
301:12
**stating**
220:23
**statistical**
206:11
**stay**
62:25 240:24
**steatite**
315:18 319:14
**Stebbins**
148:4 215:2
**step**
130:7 279:10
**Steve**
15:6 46:7 77:20
**sticker**
250:8
**Stillwater**
158:12
**stipulation**

94:12
**stipulations**
332:12
**stop**
11:13 26:8 45:16
88:23 126:23
158:21 193:23
203:13 232:11
252:3 259:4
272:19
**stopped**
194:11 272:25
**story**
16:15 34:8
**streaming**
239:5,6
**Street**
2:5 3:14,19
**strengths**
72:8
**stress**
75:14 78:4,7
**strike**
41:4 213:9 260:12
314:4
**strong**
135:14 162:11
**structural**
272:15
**structure**
84:10 85:6 88:1
89:3 144:1 224:7
224:12,15,16
226:6,6 231:14
**structured**
40:12
**structures**
224:9 226:10
**student**
16:5 55:22 226:16
**students**
48:21 49:13 158:11
327:3
**studied**
46:16 164:6
**studies**

77:10 119:7 158:23
204:11 205:22
270:25 271:4,7
290:18
**study**
77:17 88:9 90:9
105:7 123:16,22
154:8 181:16,25
183:12 184:6
194:24 205:22
207:5 233:16
**stuff**
19:6,9 38:19 49:23
51:18 55:9,12,13
148:6 157:3 164:1
220:2 226:18,24
293:4 295:2
**subject**
58:13 227:24
334:20
**subjects**
223:3
**submitted**
26:16
**submitting**
26:20
**subsection**
256:19
**subsequent**
250:23 251:10
**subset**
24:23 72:13,17
100:3,24,25 101:6
**substantial**
117:13
**substantiate**
126:21
**substrate**
98:4,6
**subtrace**
320:19
**successive**
61:8
**sufficient**
58:22 163:18
274:15 287:21

**suitable**
266:18,19,22
**Suite**
2:13 3:4,10,14
**sulfide**
72:4
**sulfides**
157:6,6,7
**summary**
53:9,18 79:6 102:2
103:5,17 104:3
116:17 117:9,10
270:2 290:15
292:11
**supplant**
42:13
**supplemental**
14:5 26:3,24 28:7
239:18 280:2
**Supplier**
299:1
**suppliers**
297:15
**supply**
221:22
**support**
44:19 54:11 77:11
102:22 113:2
119:7 120:11
124:19 163:10
165:24 207:11
235:25 312:12
318:12 319:17
325:9 326:1
**supported**
35:2 53:14 77:18
321:25
**supporting**
118:1 280:11
**supportive**
315:6 322:6
**supports**
54:2,6,15 81:11
90:10 105:8
113:17 141:5
157:21 194:3

197:25
**supposed**
185:16 224:19
**supposedly**
156:15 260:19
**sure**
9:19,23 10:2,12
11:15,25 12:4,20
18:15,16,25 23:3
37:6 38:8,14
42:17 43:13 57:14
61:18 62:7,18
64:10 65:11 66:17
71:5,7 81:14
86:14 94:3 104:5
109:18,20 112:2
117:23 120:21
121:5,9,17 124:7
128:12 131:6,10
134:9 138:23
149:21 150:2,11
175:6 177:17
182:12 185:8
193:20 195:8,9,10
204:8 216:24
220:21 223:4
237:18 240:23
246:5 250:12
267:14 268:9
272:11 275:16
276:6 282:11
287:13 291:22
292:3 304:10
327:16
**surface**
69:12 84:7 88:19
114:22,24 156:22
**surprise**
53:5 240:7 242:12
**surprising**
251:23
**surrounding**
47:10 62:12,18
147:10
**survey**
5:20,23 125:2

173:9,13,15
174:22 175:18
176:1 177:9,22
297:11,23 301:3
324:19
**surveys**
173:25 176:19,19
180:17
**Susan**
1:18 8:9 332:4,23
**susceptible**
228:5
**suspect**
252:9
**sway**
253:10
**swear**
8:9
**sworn**
8:12 332:8
**Symposium**
6:9
**synopsis**
212:4 216:8
**synthetic**
16:4 81:6
**system**
16:8 30:1 74:6
**systematic**
24:14
**systematically**
220:8
**systems**
141:14
**S.p.A**
289:7

_____

**T**

**T**
4:13 5:1 6:1 332:1
332:1
**tab**
166:9 167:5,5,13
169:13 236:22
242:5,7,17,19
243:11,14 244:12

244:13,25 245:7,8
245:25 246:3,13
247:7,8,9 248:2
249:13,17,18
250:18 251:2,8
254:3,3,4,9,12,23
255:10 256:16
257:6,7,7,16
259:22 260:6
**table**
19:6 33:18 40:15
40:15,24,25 41:10
45:9 188:17,19
241:17 289:14
310:4 313:6
321:25
**tables**
40:17,19 41:2,6
137:1,4 298:11
**tabs**
165:11
**tabulation**
256:20
**tactic**
155:8
**take**
13:19 27:17 37:5
40:23 48:11 50:6
54:16 60:2,8,8,14
71:6 86:12 90:20
91:20 103:21
109:13 124:6
129:21 148:8,9
159:9 174:7 175:4
176:25 183:20
188:13 212:6
225:22 250:14
261:23 263:20
268:8 308:17
**taken**
1:13 6:19 37:9
71:10 124:10
174:14 197:20
223:7 268:12
283:1 296:25
297:1 308:21

327:18 332:11
**takes**
135:18 158:12
224:13 296:3
**talc**
3:7 5:11,13,20,22
5:24 6:3,10,17,20
14:13 17:16,20,22
24:17,21,21,22,23
34:14 46:6,10,13
46:16,17,21,24
47:11,14,15,19,23
48:16,17,18,23
50:7,10,12,18,22
51:1,5,9,11,13,13
51:19,22 52:2,2
55:23 59:4,8,21
59:12,21,22 60:6
60:7,13,19,22
61:1,14 62:3,10
62:13,14,19,21
63:7,10,15,16,23
64:4,11,12,22,23
65:4,6,12,23,23
66:1,8,8,9,9,10,16
66:20,21,22 67:4
67:6,20 68:5,6,10
68:18,18,19,21,23
68:23,24,25 69:1
69:4,7,10,13,13
69:15,19,24 70:1
70:3,8,11,12,20
70:21 74:15,17,18
74:19,20,21,21
77:1 92:8 106:6
107:1 119:14,16
119:23 120:4,6
122:2,10,19,21
124:16,24 125:13
126:5,7,9 127:1,6
127:7,8,10,11,13
127:18,20 129:4
129:16 130:9,10
130:13,18,22,24
131:21,22,23,23
131:24 132:2,6,7

132:15,20 133:4,8
133:15,20,21,25
134:16 135:22,22
139:20,21 140:15
142:14,16,24
143:20,23 149:10
150:13 153:13
156:13 157:12,17
158:25 159:4,19
160:21 162:12
164:4,7 168:6
170:20 171:18
172:20 174:1
175:18,22,25
176:17 178:2
182:19 183:10
185:4 187:22,25
189:2,4,5,15,19
190:3,11,13,13,23
190:23,24 191:3,3
191:8 192:18,24
193:6 194:1,4,7,8
194:23,25 195:1,6
195:23 196:16,18
198:23,24 200:17
200:18,24,24
201:2,6,25 202:9
203:1,1,19 205:2
208:22 217:23,25
219:5 220:16
221:5,8 222:9,17
223:19,23 224:5
224:12,21 225:22
225:25 226:9
227:15,20,21
228:9,12,16,18
229:22 232:13
233:16 234:15
235:9,14,18 236:5
237:21 248:19
249:12,14 250:2,3
252:4 263:3
268:17,20 269:5
269:11 271:1,8,11
271:19,22 272:6
272:23 273:3,5,13

Mark Krekeler, Ph.D.

273:18 281:2,6,7
281:17,19,23
286:19 287:8
289:1,10,15,15
290:1,10,24
294:13 295:12
296:8 297:6,11,12
297:16,20 298:19
298:24 301:10,17
303:22 309:6,6,14
309:19 310:13,20
310:24 311:1,22
312:4,5,6,7,9,13
312:21,24 313:16
313:21 315:11,18
315:24 317:7,10
317:11,17 318:2
319:5,7,9,24
320:9,24 321:11
321:16,19,21,21
322:7,13,14,14,17
322:17 328:11,12
328:14 329:7,12
329:15
**Talco**
289:6
**talcs**
191:8 320:20
**talcum**
1:5 7:6 23:25 24:6
25:17 36:10,25
50:1,7 145:15
146:22 151:10
162:14 192:9,10
192:19 193:7
201:4 230:18
231:8 233:9,10
246:23 248:20,25
252:25 261:9,10
262:2,2,4 263:8
263:13,25 264:5
264:13 276:1,9
278:2,3 313:12
316:4,23 333:5
334:2
**talc-carbonate-d...**

317:25
**talc-containing**
301:11
**Talc-mining**
50:14
**talc-related**
17:23
**talc-rich**
272:14
**talc-serpentine-c...**
315:17
**talc-type**
171:12
**talk**
20:23 48:4 51:13
51:24 57:12,22
127:6 161:23
167:9 190:2
193:23 207:18
210:21 213:12
239:3 268:17
277:23 285:17
326:17
**talked**
21:19 28:18 37:14
50:21 105:22
124:16 139:11
159:17 170:24
172:18 209:4
212:7
**talking**
10:7,11 11:1 12:12
13:6 21:3 23:8
63:25 64:2 65:11
68:22,24 80:6,8
87:20 92:14 95:23
97:16 98:19
101:11 113:15
116:18 130:22
132:17 135:2
142:4 144:9,10
148:22 150:6
151:15 159:4
160:17 163:21,25
165:22 168:12,14
170:25 186:2

187:5 190:12,22
190:23 191:16,21
192:15,20,22
193:23 201:9,25
203:24 205:5
209:21 211:25
212:4 227:19
228:12 230:6,11
233:18 235:13,14
235:17,21,22
237:3 238:8,9
244:15,19 249:25
257:5 272:20,24
272:25 305:1
307:20
**talks**
61:7 89:10,11
122:5 160:21
168:9 175:18,24
201:11,16 205:23
212:1 219:25
221:7 222:16
273:17
**tangents**
158:22
**Tariq**
3:4 8:4
**tariq.naeem@tu...**
3:6
**tasked**
232:22 267:10
**taught**
77:20 88:11 90:14
326:22,23
**TC-700**
242:23 243:8,20
245:15,22,24
246:8
**teach**
55:19 90:16 326:19
326:21 327:1
**teaching**
9:3 15:23 327:3
**technique**
280:18
**techniques**

179:20 229:7
279:15 280:6
303:23 304:6
**technologies**
205:16
**tectonics**
138:19 204:19
**tell**
46:11 48:16 60:18
67:3 68:4 79:11
86:16 88:21 95:11
95:21 96:9 99:19
101:23 107:9
111:23 119:18
122:1 152:9 166:2
166:10,20 169:8
170:9 173:16
187:13 192:7
193:5 196:6,10
200:17 201:5
202:12 208:21
252:4,11 258:14
258:20 259:6,14
260:14 261:25
262:11 267:18,25
268:24 271:10
276:6,24 277:1
279:18,23 281:15
295:23
**telling**
31:4 78:17 97:2
99:15 100:5
112:12 127:13,18
145:24 190:15,25
206:25 207:12
262:24
**TEM**
46:12 49:15,23
99:1 129:3 185:1
229:3 230:1,2
232:12 233:1
266:2,25 273:4
299:14,23 300:21
300:25 312:3
**temperature**
60:2 94:17 126:6

127:14 134:19
139:10 140:18
**temperatures**
62:8 135:4 140:20
**Ten**
144:21,22
**tend**
102:10 180:21
284:8
**tens**
59:18
**tenth**
225:15
**tenure**
9:1
**term**
64:15 71:25 73:22
74:5,10 83:21
87:7 92:5 98:12
98:13 108:18
231:24
**terminology**
81:3 85:17
**terms**
81:19 122:23
309:17 326:7
**term's**
82:2
**terrain**
24:16 61:24 316:1
**terrains**
47:12 60:1 70:16
**terrane**
145:19
**terranes**
119:17 120:5
145:22
**territory**
168:5,25
**test**
148:15,15,17 149:9
172:8 221:20
228:19 232:4
233:25 253:15
310:2,4 313:5
323:6,11,20,20

Mark Krekeler, Ph.D.

tested
149:19 183:10
184:24 253:18
259:16 267:19
268:1 281:7 299:5
301:16
testified
9:16,17
testimony
37:16
testing
25:3,5 26:5 32:10
36:3 46:21 49:8
50:1 178:13,18
179:14 185:1
219:25 221:7,8
222:16 223:22
224:3 227:14
228:18 229:10,12
231:8,21,25
233:22 239:3
246:21 252:22,23
253:10 255:4,11
256:14 262:25
263:24 264:12,17
264:18,25 265:4
265:18 266:23
267:17 278:1
280:8,9,23 282:5
313:20 314:1,8,13
326:7,9
testings
233:19
tests
29:5 81:6 192:8
229:14 275:3
309:18 323:14
tetrahedral
225:3
Texas
3:11 18:8,9 70:4
302:12
text
39:18 139:5 293:24
295:19
textbook

286:11
textbooks
55:10
texture
73:11,15,17,21,21
73:22 74:25 80:22
92:22 94:20 97:11
97:12,13,14
textures
72:6 94:15
Thank
13:11 116:18,25
144:4,15 159:2
193:24 308:11,14
311:14,18 321:1
327:13
Thanks
175:11 240:25
241:15 249:20
250:15
theirs
113:18
theoretical
134:3
theoretically
226:4
theories
35:2 43:9 208:11
theory
43:14 74:5 81:11
105:8 212:8,8,10
272:4
thermodynamic
74:5,10 127:3
132:24 133:3
134:2,11 137:23
140:22 141:4
thermodynamica...
127:22 135:10,11
thermodynamics
134:17 135:16,25
136:5,12
thesis
49:3,8 55:23 144:6
145:6
they'd

236:12
thick
235:11 329:8
thin
76:5 112:7
thing
9:20 10:4,20 11:2
29:9 46:13 47:18
95:1 96:4 121:25
123:12 138:20,25
140:17,23 154:19
156:9 159:25
169:20 184:15
194:10 199:20
203:3 206:20
216:15 228:4
238:4 252:21
277:12 279:13,22
302:18
things
9:24 16:8 19:10
20:3 24:20 29:4,7
29:17 31:12 38:16
38:20,22 39:1,13
42:11,13,15 43:5
44:15 46:13 47:6
48:14,14 55:4,17
55:21,24 56:14,14
56:15,20 61:6,16
63:9,18 64:21
71:3 72:9 74:19
79:9 80:21 87:11
89:21 90:16 94:7
95:1 96:17,21
98:25 99:18
101:12,20 103:13
104:18 105:20
106:1 108:18
109:4 114:18
118:20 125:4
126:11 127:2
129:10 134:25
135:7,18,20
136:16,18,20
137:22 138:1,1,20
139:1,11,15,17

146:13 151:1,16
151:17 158:3
163:25 164:14
167:8 176:12,13
178:7,22 183:25
185:4 186:21
189:17 199:16
202:24 204:9
205:9,20 206:4,5
206:9,22 210:9
213:22,23 214:11
214:16 215:12
221:24 225:5
226:15 229:6
251:1 266:17
270:22 276:16,17
307:17
think
14:22 15:10 16:7
16:22 17:16 18:8
21:19 23:4 26:3
27:10,10,24 28:16
29:10 30:18 31:8
31:8,18 32:2,4,8
32:14 33:20 34:20
36:14 39:8 42:2
42:16 44:18 49:3
49:5,14,25 53:22
54:1 57:24 59:22
61:4 64:20 67:9
68:9,16 69:17,19
70:23 75:12 76:14
76:21 77:14 78:20
78:25 81:20 83:6
85:23 86:1 90:12
90:12,23 91:1,1
94:21,22 98:23
101:10 102:21,23
103:4 105:16
106:8 108:17
109:7,18 111:12
113:5 115:17
118:8 121:10,11
121:21,23,25
122:5 123:19
124:1 133:2 134:1

136:16 141:4
143:4,11,12
144:23,23 147:1
147:18 150:1
151:14 153:18
154:11 155:17,19
156:7,12,13
157:23,24,24
158:6 162:2,3
167:7,14 168:2
172:13,18,19,21
173:18 174:9,21
179:11 182:15
184:25 185:5
189:7,11,21
191:12 194:10
195:11 198:9
199:16,19 208:2,7
208:15 209:2
211:4,12 216:14
218:5 228:3
229:17 232:21,23
236:19,21 240:6
247:25 250:5
253:15 254:12
255:11 256:9
261:5,23 264:4,13
265:14 269:2
270:21 275:15
276:19 277:13
279:8 282:19
285:11 287:19
297:21 298:15,16
306:18,20 307:24
308:7 309:10,25
311:16 314:25
319:25 321:3,10
322:24
thinking
42:2 47:21 121:25
142:10 179:8
295:22
third
12:18 114:4,6
116:22 163:16
205:1 217:15

Mark Krekeler, Ph.D.

234:23 240:17
243:16 245:2,9
248:6,8 280:14
286:4,8 315:11
**third-party**
29:9 291:8,14
**Thompson**
272:15
**thoracic-size**
117:17
**thorough**
181:2
**thoroughly**
98:25
**thought**
30:4 48:20 52:18
56:6 71:1 85:24
99:12,12 100:23
120:1 149:24
150:4 176:22
237:7 305:1
311:12
**thousand**
152:18 156:25
**thousands**
32:4 34:9 202:1
203:14 206:17
208:11
**three**
39:3 71:19,23 86:5
98:17 115:15
123:4 158:13
168:3 171:10
237:6 255:12,13
256:17 257:8,10
257:24 258:1
275:19 280:7
283:13 299:7,25
323:11
**three-plus**
314:2
**throughput**
147:4
**Tianchen**
200:7
**time**

1:15 7:4 10:7,16
11:8 15:14 16:3
21:15 26:9 37:8
37:11 39:11 40:23
47:10 48:12 56:1
56:18,24 60:2
61:25 71:9,12
87:14 124:9,12
128:15,23 134:11
134:15,19 135:18
135:20 138:7
139:10 142:23
143:6,8 144:3
151:17 159:8
174:13,16 178:7
179:12,20 180:24
184:2,4,13 194:11
197:4,19,22
202:22 223:2,6,9
241:4,7 260:8
268:11,14 274:8
282:12,22,25
283:3,16,17,19
287:14 290:21
296:3,17,22
298:13 301:20,25
302:1,9,11 304:15
304:18 306:1
308:11,15,20,23
327:17,20 331:6
332:10
**timeline**
159:10
**timelines**
180:14
**times**
45:2 61:21 194:14
311:2
**Tinto**
198:23 200:23
299:2,6,9
**tiny**
231:9 243:18
**tired**
40:24 83:8 102:4
**titanium**

188:2,8,18 193:1
320:13
**title**
28:2 289:25 290:5
**today**
7:4 8:19 9:21 11:3
17:4 19:3 20:8
21:7,25 68:4
105:6 113:1,2,16
196:6 200:22
201:4 253:16
262:11 265:10
312:20 323:18
**today's**
36:18
**told**
9:19 41:14 43:8,18
76:8 112:14,20,20
127:1,5 140:8
196:20 207:3
307:6
**tonnages**
289:16
**tools**
157:14
**top**
106:23 118:11
189:1 303:7 304:6
312:2 320:7
**topic**
50:25 51:22 287:15
296:16
**topography**
215:11
**totally**
80:14 122:7,7
**toxic**
146:18 159:19
238:19 292:10
**toxicity**
117:22
**Toxicological**
4:23
**toxicologist**
45:22 274:17,23
**toys**

191:22
**trace**
166:4,14,17 251:14
**traces**
220:7
**track**
86:3,4
**training**
16:5 51:7 158:7,8
158:13
**trait**
70:15
**transcribe**
12:19
**transcript**
12:9,15 306:11,15
334:20,21
**transcription**
334:4
**transcripts**
36:17
**transfer**
12:9
**transformation**
93:22
**transforms**
143:23
**transition**
140:19
**translate**
185:9
**translated**
186:24
**transmission**
299:15
**treatises**
39:5
**Tree**
47:2
**tremolite**
67:25 74:17,17,21
74:22 75:14 77:1
78:5,6 80:16
88:22 92:7 107:12
107:18 110:16
111:1,15,16 112:8

112:15 115:8
125:11,12 126:1
127:15 132:9
133:19 164:4,8,15
164:15,16,19
166:14,17 167:2,3
167:7,11 168:10
171:10,11,18
172:3,12 203:2
229:8 249:22
260:9 286:21
287:10 310:23
311:1 312:8,9
318:9 321:11,22
322:3
**tremolite's**
203:6
**trial**
36:17
**tricky**
41:21
**tried**
183:19 185:3
186:21
**Trinidad**
15:13
**trip**
47:9,22
**trips**
47:12
**trivalent**
313:23
**trouble**
10:5 289:5
**true**
40:17 59:22 122:13
167:11 173:20
196:12 277:12,18
314:7,7,12 326:12
333:11 334:20,21
**truly**
95:13 96:12
**truth**
332:8,8,9
**try**
11:10 118:16 155:8

Mark Krekeler, Ph.D.

185:25 199:15
213:14 215:17
289:4,6 295:2
**trying**
36:14 49:3,10
56:25 58:12 67:13
73:20 79:23 97:5
103:22,24 143:15
150:14 152:1
170:13 181:2
184:3,4 187:2
206:4 207:2
216:12 232:9
256:12 268:22
283:19
**tubs**
28:19
**Tucker**
3:3 8:4
**tune**
136:15
**Turin**
289:8
**turn**
26:23 34:22 45:17
83:13 87:17 92:3
110:1 117:9 118:7
118:9 122:15
123:3 146:17
159:2 162:8 166:9
167:5,13 169:13
169:16 175:2,20
177:12,18 204:22
217:14 219:9
234:22 238:15
239:10 242:5,17
242:20 243:14,15
244:25 245:1,9,25
246:3,13 247:2
248:2 249:6,13
250:17 251:2
253:22 254:3
255:10 257:16
259:22 280:1
292:24 304:20
306:4 309:24

311:6 312:18
313:1 316:10,15
317:2,4,16 318:18
319:1,2,22 320:2
321:2,14,24 328:1
328:7,25 329:17
**turned**
20:13,16,17 21:6
295:6
**turning**
22:17 59:3 172:17
175:17 184:18
254:9 268:6
**tweak**
136:13
**Twelve**
314:25
**Twenty-three**
269:1
**Twenty-two**
323:1
**twice**
293:22
**two**
9:6 14:8 15:18
16:18 17:5 28:15
44:24 61:23
103:13 104:18
111:4 119:6
122:24,25 123:4
132:2 164:14
168:3 178:14
195:18 196:11
198:15 201:10
220:1 234:23
237:6 243:10,23
245:21 250:14
255:13 256:17
257:8,10,24 258:1
262:5 278:10,13
280:7,14 289:7
299:7,25 306:18
306:18 311:17
312:7,7 323:11
**two-dimensional**
273:9,10

**two-layer**
226:6
**two-to-one**
224:6,14
**type**
43:19 48:16 95:7
98:12,13,15 99:8
99:17,24 102:6,8
104:11,12,24
313:22
**typed**
173:14 177:24
**types**
51:6 67:23 70:24
113:14 122:24
136:18 176:11
235:6,8 324:24
327:10
**typical**
170:6
**typically**
128:18 224:22
225:19 281:25
317:20
**typing**
300:10
**typo**
27:10 119:25 120:2
144:24 162:3
238:18 239:1
278:12 308:8
**typos**
27:23 28:14,16
120:1,10

**U**

**Uh-huh**
9:23 149:5 198:14
236:8 278:9
**ultimate**
23:9 41:18
**ultimately**
12:8,15 40:11 41:9
41:13 43:18 44:13
115:1 148:24
151:10 214:23

217:11 276:17
278:2
**ultramafic**
119:22 120:6
122:11 123:24
124:18 125:7
146:6,6,14 172:20
172:24 272:13
315:11,14,16,21
317:24
**unable**
255:8
**unaware**
262:17
**unchanged**
35:6,13
**uncited**
125:14
**unclear**
12:1 17:2 68:22
158:7 168:17
189:6 198:9
230:20 251:18
260:19 308:5
**undergoing**
48:24
**undergrad**
15:12
**undergraduate**
14:17,20 46:15
105:3
**underground**
289:7
**underlying**
54:25 265:4 266:14
**Underneath**
281:2
**undersigned**
332:4
**understand**
10:21,22 14:11
30:19 32:1 47:21
56:22 63:6,10,14
97:2 117:16
134:12,13 147:18
156:16 157:10

192:19 195:25
228:21 232:11
270:11,13 278:22
281:23 283:9
284:23,25 285:10
**understanding**
29:25 63:12 68:16
99:5 130:1,2
257:2 296:2
**understands**
217:8
**understood**
10:22 225:16
**undetected**
31:11 34:14
**unexperienced**
23:2
**unfortunately**
32:3 169:7 327:24
**unidimensional**
83:24
**unique**
69:9 77:25 328:16
**unit**
72:8 77:23 148:5
**United**
1:1 5:22 7:8 86:24
217:16 219:4
221:4 297:10
301:12
**universal**
208:22
**universally**
208:5
**University**
9:1,6,9,10 15:20
16:3
**unloading**
220:3
**unsure**
102:4 161:19 281:9
281:9,14
**untechnical**
214:4
**unusual**
49:16

Mark Krekeler, Ph.D.

Page 385

**up-and-down**
224:20,22
**USB**
6:21
**use**
11:24 25:17 26:7
46:14 52:21 55:20
66:7 102:14 106:8
106:9 109:2
111:18 128:23
134:11,14 135:9
137:2,10 139:4,12
139:14 150:15
152:8 154:20
157:14 176:8,12
181:20 185:14
189:8 195:6 206:7
220:21 221:1
223:19 238:21
258:18 262:3
**uses**
58:4 192:18
**USGS**
125:4 173:22,24
176:19 177:22
180:17,21,22
181:4
**usually**
217:5 273:13 291:4
**utilized**
23:24 24:3 246:22
**U.S**
4:22 324:19,22

———————
**V**
**V**
116:16 117:9,10
**vague**
280:17
**Val**
123:23 289:7
**valent**
278:15,17 279:10
279:12
**valley**
47:9 168:6,12

169:3
**value**
62:6 267:7
**Van**
5:14 160:1,18
316:20 317:3,9,17
318:12 328:25
**variability**
60:25 62:9 173:2
205:10 206:5
258:25
**variable**
63:1 67:9 69:1
126:16
**variant**
279:6
**variation**
70:14 206:12
214:12 235:9
**variations**
70:18
**varied**
285:4
**varies**
65:1
**varieties**
110:16,25
**variety**
31:11 88:7 109:2
167:1 178:2
303:23
**various**
5:19 6:12 19:25
51:22 129:12
144:6 159:4,7,8
159:17 165:13
183:10 211:17
220:4 229:14
239:10,12 263:1
274:10
**Veblen**
129:2,2 137:19
**veins**
286:20 287:9
**venued**
18:2

**veracity**
323:19
**verbalize**
9:23
**verbalizing**
10:3
**verbally**
206:1
**verify**
265:25
**Vermont**
5:11,21,24 47:15
69:25 124:17,17
124:24 146:12,15
151:21 154:3
160:21 172:18,21
176:17 178:2
181:5,17,25
182:19 236:14
237:25 238:10
243:23 249:12
250:2,3 272:14
314:18,22 315:11
316:5,22 317:7,17
324:13
**version**
307:15
**versions**
39:4
**versus**
44:7 79:13 80:25
92:16 96:10,14,23
97:6,10,22 99:20
101:18 102:1,8
114:22
**VI**
278:11,16 279:6
**viable**
132:8
**video**
7:5 12:15,19
**videographer**
7:1,3 8:8 11:18
13:5,9,11 37:7,10
71:8,11 86:4
124:8,11 140:7

174:12,15 197:9
197:14,18,21
223:5,8 240:20
241:3,6,12,15
268:10,13 282:24
283:2 301:22
304:14,17 308:12
308:16,19,22
327:16,19 330:24
331:4
**Videotaped**
1:11
**Virginia**
205:13
**visibly**
156:24
**visit**
48:22 198:17 201:9
201:12
**visiting**
48:12
**visually**
156:23 157:8
**vocabularies**
106:10
**Vol**
4:21
**volume**
127:9,10 231:12
251:22 306:18,18
**vouches**
123:4

———————
**W**
**W**
3:13
**Wait**
117:6
**waiting**
220:9
**walk**
189:25 265:10
**walked**
156:1
**wall**
62:20 147:11

**want**
11:2 21:17 23:19
28:14 45:12,13
47:25 53:6 58:25
59:1 65:17 66:25
73:4 81:18 82:19
93:25 95:19 97:4
99:6 100:14 130:6
130:21 135:22
138:5,11,24 148:1
154:5 163:5
164:13 169:20
174:7 185:14
187:6 190:2
197:14 203:9,11
206:11,19,23,23
208:1 213:23
215:15 216:2
221:20 222:4,25
232:6 235:22
259:8 272:2 282:1
282:12 285:17
296:18 297:15
307:14 308:12
**wanted**
42:17
**wants**
109:14 197:5
**War**
47:7,17
**Warren**
15:13 46:8
**Washington**
2:22 3:20
**wasn't**
51:23
**waste**
282:12
**watch**
197:9,10
**watching**
147:5
**Waters**
18:4 20:23 21:3
52:4
**way**

Mark Krekeler, Ph.D.

10:8 16:25 19:7
25:2 26:7 30:14
31:4,20 36:22
40:12 42:4,7,22
43:3,15 44:19
48:1 51:3 58:6
64:21 72:24 74:25
81:24 82:1 90:14
91:18 95:19 119:3
142:21 147:22
149:18 153:12,21
158:16 159:12
166:5,20 169:7
185:20 186:4
192:7,7 193:5,6
193:12 202:10
204:3 205:20
214:4,11 215:21
228:10,17,19
233:2 234:14
241:22 252:11
258:20 259:2,6,15
261:18 262:12
265:11,12 270:16
273:14 275:23
277:11 278:1
295:1 310:3
325:21
**ways**
61:20 105:24 109:3
138:16 215:23
224:10 294:6
327:4
**weaker**
78:2
**Web**
176:8,9 185:3
**website**
173:22
**week**
22:6 206:14,17
**weight**
225:16,20
**welcome**
124:14 175:12
**well-developed**

318:4
**went**
47:8 155:22
**weren't**
34:10 42:7 161:13
185:21 187:6
205:24 308:1
**West**
248:11
**Western**
6:11
**wet**
178:7
**we'll**
10:4,10 11:10,13
18:23 26:8 28:19
34:19,22 45:15,17
86:7 120:19 130:7
165:15 182:3
198:22 205:21
209:4 218:5 233:8
236:3 257:20
287:25 316:19
**we're**
9:6,21 10:3,7 11:10
12:12 20:11 21:25
22:16 37:7 42:16
63:25 64:2 65:11
82:8 86:1 90:14
97:16 103:22,24
106:19 109:7
124:8,11 129:15
137:8 160:16
162:6,7 165:22
174:12,15 187:5
191:23 192:19,22
197:18,21 201:25
203:24 211:25
213:12 216:14
218:6 223:8
227:21 230:6,11
231:7 235:22
238:9 241:3
244:15 246:13
256:8,12 257:5
268:10,16 272:25

276:7 282:24
286:8 302:3,13
304:13,14 306:1
307:17
**we've**
10:11 99:17 101:22
139:11 160:16
167:21 174:8
193:14 212:7
223:1 261:5,6,11
261:16 285:19
317:3
**whatsoever**
201:17
**WHEREOF**
332:18
**whichever**
13:20
**white**
203:1 289:10
**whiteness**
220:6
**wide**
31:11 320:19
**width**
71:18
**wild**
11:5
**Wilentz**
2:11 7:19
**William**
86:20
**Windsor**
5:10 248:12 275:6
275:12
**wires**
240:24
**witness**
4:3 8:10,12 13:10
13:18 37:5,20,20
48:6,8 71:6 81:16
124:6 170:11
194:10,13 207:8
268:8 284:22
285:8 302:2
327:14 332:18

333:5 334:2
**WMI**
241:23,24 242:22
243:3 244:15,15
244:16 245:14,20
**women**
156:5
**wondering**
53:4
**Woodbridge**
2:12,13
**word**
9:25 11:20,25
39:16 43:11 44:8
66:7 73:20 88:24
111:5,18 113:20
113:23 119:19
129:19 142:9
212:9 213:15
227:25 252:18
**words**
12:7 106:10 195:9
216:15 225:9
308:2
**word's**
11:24
**work**
8:24 9:3 10:24,25
14:21 21:23 41:6
46:7,15 55:7
67:17 99:1 137:10
148:3 151:18
157:13 158:25
200:8 205:12
206:12 209:23
217:20 226:22
251:11 264:5
266:25 267:6
270:1,2,18 271:18
274:5 285:7
**workbench**
136:19
**worked**
16:1,3,13 46:6
108:19 132:25
217:23,24 272:15

**workers**
181:16,25
**working**
14:18 46:5 304:5
324:10
**works**
21:8 153:16
**world**
47:7,17 65:6,13
67:4 68:5 91:5
107:1 122:23
132:23 133:15,22
133:25 136:23
208:6
**world's**
315:22
**worry**
11:21 12:25 158:18
184:14
**worth**
156:2
**wouldn't**
34:15,25 35:8
103:1 130:23
132:20 180:18
183:4,8 217:21
229:7 232:12
281:20 292:2
301:21
**write**
10:6,13 76:3
**writer**
320:15
**writer's**
320:16
**writing**
58:21 285:4
**written**
9:21,25 14:9 20:12
52:1 112:18
142:22 237:24
283:25
**wrong**
51:4 88:20 91:1,2
156:18 161:21
207:4 213:15

Mark Krekeler, Ph.D.

252:23 280:11,13
**wrote**
142:10 285:11

---

## X

**X**
4:1,13 5:1 6:1
**XRD**
185:1 227:13 228:9
229:14 280:24
**XRF**
205:15,17
**x-ray**
14:23 15:12,15
29:4 45:10 46:12
205:11 224:18
225:12 226:25
228:21 250:2
251:11 324:5
**x-rays**
232:8,8

---

## Y

**yeah**
12:5,20 13:2 17:3
20:22 22:13,16
24:5 28:13 31:24
32:4 34:5 38:22
38:22 42:18 43:15
47:8,23 49:24
52:19,25 53:2,16
54:8,14 58:17
65:17 66:16,24
68:9 69:1 78:15
81:20 82:25 83:4
84:22 86:2,18
91:17 107:7,24,24
110:6,20 111:7
116:15 117:3
121:23,23 122:4
124:21 131:3
133:12 134:9
137:7,20,21
138:12 139:8
144:3,13 147:5
149:13 151:14

154:7,10,15
156:11,16 160:9
161:24 162:22
167:2,20 169:19
170:2,7,8,8,12
172:6,22 173:12
173:12,23 174:8
176:2 178:11
183:3 185:14
186:9 188:18
190:21 194:13
195:18 198:21
199:1 208:2 210:6
211:3,7,23 212:13
213:24 216:21
219:18 221:18
222:21 228:5
232:4 233:20
234:21 237:5
239:5,16 240:13
241:25 242:20
243:17 244:1
245:12 246:16,25
247:25 250:1
252:11 255:1,17
255:22 256:22,24
258:9,18 261:15
262:15 263:10
264:15 269:4
273:23 275:20
278:21 280:16
281:4 282:9 286:8
291:24 292:3
295:20 296:11,20
296:22 297:22
298:15,22 301:8
301:13,14,14
303:19 306:20
307:16 312:7
319:13 320:1
**year**
14:18,22 15:19
178:2
**years**
51:17 59:19 60:14
62:2,4 129:21

155:22 192:9,9,18
253:16 290:18
**Yellowstone**
122:6
**yep**
42:8 55:6 109:9
117:24 177:1
178:24 249:8
269:12 287:1
302:22 305:6,13
310:15
**yield**
282:22
**York**
2:21

---

## Z

**zeolite**
57:24
**zero**
152:18 278:17
**Zhizhua**
195:16 196:9
197:25 198:7
203:20
**zone**
317:25 318:1 329:7
329:12,15
**zones**
272:14 317:20
318:2,9
**Zucchetti**
6:11 236:23
**Zuffar**
6:9
**Zussman**
6:14 143:7,12
286:1,14,25

---

## $

**$50,000**
156:1

---

## 0

**000521616**
5:17 161:14
**006**

247:21
**013723**
243:15
**045182**
275:19
**07095**
2:13
**07932**
2:18

---

## 1

**1**
4:15 13:14,15 14:3
22:18 26:6 53:7
94:7,8 110:1
115:16,16 165:11
165:15 189:2,4,8
189:15 223:18
226:11 242:5,7
243:11 249:22
251:6 305:22
318:2 334:3
**1,024**
226:5
**1-3**
164:5
**1.1**
110:13
**1.4**
321:25
**1/17/19**
4:17
**1:25**
124:10,12
**10**
5:10 6:9 62:2 68:12
69:11 83:13,17
110:3 144:16
165:23 172:17
184:19 254:3,4,23
256:16 257:6,7,7
264:4 311:2
**10/10/1974**
247:5
**10/31/13**
6:7

**10:04**
37:9,11
**10:48**
71:9,10
**100**
252:24
**109**
4:22
**11**
5:13 160:13 187:20
194:19 198:12
255:10 257:16
260:6 316:10
317:3 320:3,6,7
329:1
**11/16/18**
4:15
**11/8/17**
6:19
**11:03**
71:10,12
**1100**
3:4
**116**
5:3
**1167**
5:23
**117**
175:22,23
**12**
5:15 160:22 204:22
217:14 218:12,15
223:11,14 244:3,5
259:22 294:16
295:15 315:3
**12th**
307:14,21
**12.7**
188:18
**12:21**
124:9,10
**120**
5:6
**121**
169:22 171:7,7
**122**

Mark Krekeler, Ph.D.

171:23
**125**
323:16,20
**13**
4:15,17 5:17
  161:15 174:11
  291:3 292:18,25
  293:3,10 294:15
  294:25 295:9,15
  296:4 307:7
**13th**
306:3,11 307:3,5
**133**
260:7,10
**134**
260:7,10
**14**
5:18 34:16 162:8
  164:22 165:11
  299:17,24 309:11
  309:25 310:3,4
  323:8,22
**140**
5:8
**144**
5:10
**1440**
2:21
**145**
287:3
**149**
287:3
**15**
5:20 6:9 110:3
  146:12 174:17,21
  249:6,7 281:24
  318:18 329:17
**151**
287:3
**1510**
3:10
**1520**
194:11
**16**
5:22 26:17 177:5
  253:23 254:24

259:20 260:12
  292:18,25 293:3
  293:11
**16th**
14:4
**16-2738**
1:5
**160**
5:13,15
**161**
5:17
**164**
5:18 287:3
**165**
287:3
**17**
5:24 167:5 182:4,5
**17th**
14:5
**174**
5:20
**177**
5:22
**18**
6:3 121:6,16 188:9
  209:9 319:23
  320:1,2
**1809**
9:13
**182**
5:24 244:11
**183**
260:4
**184**
260:4
**188**
6:3
**19**
6:5 178:4 209:10
  209:11,13 247:2,3
**1933**
67:17
**1940**
178:6,9 179:4
**1942**
318:5

**1947**
236:4
**1951**
174:21
**1957**
310:6
**1958**
164:3
**1964**
177:8
**1969**
126:9
**1971**
251:6
**1972**
169:15 253:23
**1974**
5:16
**1977**
87:4,12 92:8
  120:11 144:6
  236:19
**1983**
187:21,21
**1988**
6:9
**1990**
281:3
**1991**
81:5 264:5
**1992**
84:8

---

**2**

**2**
4:17 13:17,24 14:3
  14:4 22:18 25:23
  54:5 59:4 63:22
  68:12 126:6 166:9
  188:8 189:8
  195:17 242:17,19
  243:4 259:25
  280:1 316:15
  334:4
**2A**
195:17 223:19

**2,000**
199:22,25
**2-A**
115:16,17
**2-B**
115:16,17
**2-D**
272:6 273:4
**2:39**
174:13,14
**2:58**
174:14,16
**20**
6:7 62:4 68:18
  192:9,18 209:8
  218:6,7,8 332:23
**20,000**
148:12
**200**
205:14
**2000**
3:14
**2000s**
205:18
**20004**
3:20
**20005**
2:22
**2002**
195:15
**2003**
15:10,19
**2004**
140:2 160:1,8
  198:13,23
**2010**
82:16 91:14 92:2
  115:24 116:23
  122:15 273:21
**2012**
111:16 115:8,24
  116:24 117:4
  164:17 268:20
  269:5,16
**2013**
286:25

**2017**
21:18 50:6
**2018**
14:4 26:17 294:16
  305:23 306:3,11
  307:3,5,7
**2019**
1:14 7:4 14:5
  332:20 333:6,13
  334:3
**202**
2:22 3:20
**2020**
332:23
**2078**
188:18,22,23 189:1
  189:22
**2086**
188:12,13 189:22
**209**
6:5
**21**
6:9 236:25 241:9
  241:16,17 244:6,8
**210**
171:7
**211**
294:15 295:4,5,6
  295:14
**215**
329:19
**216**
3:5
**216-9160**
2:10
**218**
2:5 6:7
**22**
6:12 240:18 322:23
**23**
6:13 268:25 285:20
  285:21 305:22,23
**23rd**
305:23
**236**
6:9

Mark Krekeler, Ph.D.

**24**
6:15 287:25 288:1
  289:18
**240**
6:12
**25**
1:14 6:16 281:24
  289:18,19 305:22
  305:22 306:4,10
  307:7,18,19,21
  310:9 311:9,10,17
  312:12 333:6
  334:3
**25mt**
220:4
**25th**
7:4
**2592**
1:5
**26**
4:15,17 6:18
  291:17,19 292:22
  305:22 306:10
  307:7,18,19,21
**269-2343**
2:6
**27**
6:20 173:21 297:23
  297:24 298:7
**272469**
144:7
**275**
3:14
**277**
92:3
**28**
2:9 6:21 173:21
  175:2,17,20,23
  319:1,3,4 329:20
  331:9
**28(D)**
332:17
**283**
4:8 122:16
**284**
321:14,15,17 328:7

**285**
6:13 303:6 321:24
**286**
303:3,5,6,6,7,22
**288**
6:15
**289**
6:16
**29**
6:22 173:21 255:11
**29th**
332:20
**291**
6:18
**29464**
2:9
**297**
6:20
**299**
209:16

---
**3**
---
**3**
4:18 82:9,10 94:7
  126:3 167:5
  243:14,17 246:3
  246:14 260:1
  269:4,7,9 279:2
  311:3,6,20 329:6
  329:6 334:4
**3.67**
311:2
**3.687**
311:2
**3:32**
197:19,20
**3:39**
197:20,22
**30**
6:23 68:13 87:17
  173:21 192:9
  331:9
**309**
4:10
**31**
292:6,8 294:8,10

**327**
4:12
**33**
277:23
**331**
6:21,22,23
**334**
2:6
**34**
275:1
**340**
306:6,24
**344-L**
249:15,25 250:2
  251:12 252:4
**35**
313:1,5,7
**36**
235:25 278:8 313:2
  313:3,5,18
**36103**
2:5
**37**
118:9
**371-7105**
2:22
**375**
1:17
**39**
234:22,25
**391-0197**
3:11

---
**4**
---
**4**
4:19 26:23 71:17
  76:2 82:21,22
  85:21 86:7,9
  101:3 106:24
  107:16,23 111:3
  111:15 116:22
  117:3 118:8
  119:13 124:15,20
  124:21 126:7
  166:14 167:13
  226:8 244:12,13

  255:11 260:2,3
**4/29/1986**
244:4,10,11
**4:12**
223:6,7
**4:38**
223:7,9
**40**
126:3 203:1 253:16
  284:4
**40a**
178:5
**40b**
178:5
**40c**
178:5
**407**
292:17,25 293:1
**41**
238:15,16
**413792**
196:23 197:8,11,11
**415**
3:15
**42**
238:16 304:20,22
  304:24 305:10
**428**
288:23,24
**44113**
3:5
**45**
53:9
**45056**
1:17
**463-2400**
3:20
**48**
6:8 177:18,19
**49**
177:18,19

---
**5**
---
**5**
4:21 26:24 36:1
  82:21,22 83:3

**91:8,12 94:8**
116:16 124:21
125:9,23 165:11
169:13 244:25
245:7,8 254:2
257:14,15 286:15
286:16,17 302:21
302:22 310:23
321:6
**5.1.2**
83:19
**5/16/16**
5:17
**5:02**
241:4
**5:10**
241:7
**5:47**
268:11,12
**50**
68:20 253:16
**50s**
47:4 128:18 129:24
**51**
301:23
**512**
3:11
**5147**
219:10,13 220:1
**517**
218:15
**549-7338**
2:19
**56**
170:11,18,24
**578888**
245:1
**58**
310:6
**59273**
188:4

---
**6**
---
**6**
4:22 109:10,21
  146:17 247:8,9

Mark Krekeler, Ph.D.

278:19 295:8,14
311:2
**6:00**
268:12,14
**6:19**
282:25 283:1
**6:33**
283:1,3
**60**
68:20 128:18 203:1
290:18
**60s**
129:24
**600**
2:18
**61**
179:4,6,7
**6103**
168:3
**6104**
168:3
**62**
5:3
**63**
318:6
**638**
5:17
**65646**
242:18
**66**
275:5,6,11,12
**668**
5:12
**69**
133:1
**696-3675**
3:5

---
**7**

**7**
5:3 116:6 159:2,3,7
162:25 238:11
247:7 248:2 251:6
260:2,3 318:2
**7th**
256:8,8

**7/15**
247:19
**7/29**
247:19
**7/7/1971**
249:10,11
**7:05**
304:15
**7:07**
304:18
**7:13**
308:20,21
**7:47**
308:21,23
**70s**
81:6 128:18 129:24
**72**
253:24
**722**
311:4
**732**
2:14
**74**
161:1
**750**
188:7,18
**76**
245:22 246:17,18
256:8,9
**77**
121:3
**78701**
3:11
**79**
129:2 138:4 207:14

---
**8**

**8**
4:6 5:6 120:25
159:3,7 162:25
163:13,15 195:13
238:11 249:13,17
249:18 251:8
254:3
**8/22/1985**
241:11,19

**8/3/1972**
253:25 254:1
**8/3/72**
256:14,15
**8:13**
327:17,18
**8:20**
327:18,20
**8:24**
331:6
**8:34**
331:12
**80s**
128:19
**816**
3:10
**82**
4:18
**84**
122:16 254:25
256:15 257:6,11
257:12 258:2
**843**
2:10
**85-28**
241:23 242:1,23,25
243:3
**85-30**
241:24 242:1 243:7
**85-53**
244:15 245:15
**85-55**
244:16
**85-56**
245:20
**85-57**
244:16 245:20
**86**
4:19
**865-6066**
2:14
**87231**
164:2 166:10
**873**
2:19
**875-3163**

3:15
**8757**
4:19
**87868**
166:3
**88**
134:10
**8890**
245:10,12
**89**
6:4

---
**9**

**9**
5:8 140:9 163:14
163:15,16 165:23
250:18 251:2
254:9,12 287:15
287:17,18,19
**9/2001**
4:23
**9/26/72**
259:20,21 260:15
**9:16**
1:15 7:4
**9:53**
37:8,9
**90**
2:12 45:7,8
**900**
2:13
**91**
4:21
**921**
316:16
**93**
4:21 91:9,10
302:20,22,22
321:3,15
**933**
317:4,6
**934**
317:16 329:3
**94111**
3:15
**95**

**5:20**
**950**
3:4
**96**
226:8
**97**
35:24
**975**
3:19
**98**
14:25

Exhibit 15

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION**

*THIS DOCUMENT RELATES TO ALL CASES*

**MDL NO. 16-2738 (FLW) (LHG)**

## RULE 26 EXPERT REPORT OF
## SHAWN LEVY, PHD

Date:   November 16, 2018

Shawn Levy, PhD

## I.      Qualifications and Background

I am a founding director of and a faculty investigator with the Genomic Services Laboratory at the HudsonAlpha Institute for Biotechnology.  My focus is on use of high performance genotyping and sequencing technologies as support for plant and animal phylogenetic studies and translational and clinical-based projects.  A portion of my research entails using whole-genome sequencing to identify genetic markers associated with specific health conditions.

I serve as executive director of the HudsonAlpha Clinical Services Laboratory, LLC, which I launched in 2014.  I am adjunct faculty in the department of genetics and department of epidemiology at the University of Alabama at Birmingham, adjunct faculty in the department of biological Sciences at the University of Alabama at Huntsville, and serve as an ad hoc reviewer for scientific journals including Nature, Nature Genetics, Science, Cell, Genome Research and several others.  I have been a co-chair of the Genomics Working Group of the American Medical Informatics Association, a community of scientists and health care professionals that work to facilitate collaboration and share knowledge across a continuum, from basic and applied research to the consumer and public health arenas.

Prior to joining HudsonAlpha in 2009, I was a faculty member at Vanderbilt University Medical Center with appointments in the Department of Molecular Physiology and Biophysics and the Department of Biomedical Informatics.  I was the founding director of the Vanderbilt Microarray Shared Resource where I served as Director for 9 years.  I received my PhD in biochemistry and completed a postdoctoral fellowship in genetics at Emory University in Atlanta, where I set up a microarray facility at the Emory Center for Molecular Medicine.  My education, training, and experience are further set forth in my Curriculum Vitae (CV), which is attached to this report as **Exhibit A**.

As detailed in my CV, my research activities have examined a number of basic questions in human cancer such as the role of viral infection in head and neck cancer, the role of genetic mutation in risk for secondary cancer events following initial treatment, the genetics of B-cell

lymphoma, hepatosplenic T-cell lymphoma and malignant melanoma, and the role of STAT3 in triple-negative breast cancer.  As the founding and Executive Director of the HudsonAlpha Clinical Services Laboratory, I also have interests and responsibilities in the clinical use of genetic testing for cancer risk and treatment stratification. HudsonAlpha launched the Information is Power campaign and has provided genetic testing for breast and ovarian cancer risk to women across the state of Alabama free of charge.  My lab has also supported the Alabama Genomics Health Initiative that tests for genetic risks and carrier status for a number of diseases, including breast and ovarian cancer. This body of work in basic and clinical research in combination with earlier epidemiological work in the Shanghai Women's Health study provides the experience, education and expertise to develop this report.

I have been retained to describe the role of genetics in the pathogenesis of cancer in general and specifically ovarian cancer.  Further, I have been asked to assess whether perineal use of talcum powder products induces a biologically plausible mechanism or mechanisms that result in ovarian cancer.

My report consists of a review and my conclusions regarding this cause-and-effect relationship.  My opinions are based on my assessing and weighing the totality of the evidence, including relevant literature and available documentation, and my experience as a geneticist and scientific researcher.   Report references are listed at the end of this report, and a more comprehensive list of the documents and materials reviewed prior to formulating the opinion in this report is attached as **Exhibit B**.  The methodology that I have used to reach my opinions in this case is generally accepted in the scientific community and is the same methodology that I use in my research and other professional activities.   All of my opinions stated below are held to a reasonable degree of scientific certainty. My opinions reflect my sole and independent judgment at the time of this report.

My billing rate is $500 per hour.  I have not testified by deposition or at trial during the last four years.

## II.      Cancer Overview

Cancer has become a descriptor that is ubiquitously used but describes an extremely complex and diverse collection of medical conditions.  Cancer is also a word that represents an amazingly complicated and often misunderstood collection of diseases.  At the most basic level, cancer can be described as a disease of unregulated cell growth but its simplicities end with that simple description.  From the moment of conception until death, humans experience an unending cycle of cell growth, differentiation and death.  As infants grow to children and then to adults, there are an array of growth processes that occur that represent the milestones of development and maturation.  These processes are an orchestra of highly coordinated and regulated events with important checks and balances.  When those highly regulated processes are defective or the checks and balances malfunction, the growth of the cells can become unregulated.  Which tissue or cells become unregulated and exactly what process is defective defines the type of cancer and its progression.  Cancer can be aggressive and highly metastatic when unregulated cells invade other parts of the body and destroy organs and tissues.  Other types of cancer remain restricted to specific organs or cell types and may be less aggressive.

It is the DNA within our cells which provides the genetic code or instructions to create the cells, tissues, and organs that make a human.  Subtle changes in that code lead to the diversity of people around the world, while more substantial changes in that code create the diversity of life forms around us, from the smallest bacteria to the largest plants and animals.  All cells have one set of instructions that provides the information for cells to divide, tissues to grow and how cells should die.

## III.      The Role of Gene Mutations in the Development of Cancer

At its fundamental level, cancer is caused by changes (mutations) to the DNA within cells. The DNA that makes up our genetic code is organized into a large number of individual genes, each of which contains a specific subset of instructions telling the cell what functions to perform, as well as how to grow and divide. Errors in the instructions can cause the cell to stop its normal function and may allow a cell to become cancerous.  Mutations that cause cancer most commonly

3

disrupt the regulation of the cell cycle (i.e., stages of cell growth and division).  The following classifications of mutations are those most commonly found in cancer, but many other gene mutations can contribute to causing cancer as well.

Increasing cell growth and division.  A gene mutation can initiate more rapid cell growth and division, resulting in many new cells that all have that same mutation.  Proto-oncogenes are a group of genes that regulate cell growth, differentiation, division and death.  When a proto-oncogene is mutated, it can become an oncogene that then instructs the cell to grow rapidly in an unregulated manner.

Loss of growth inhibition.  A gene mutation can result in the renewed growth of a cell that had previously stopped growing.  Normal cells regulate their division so that the human body contains the appropriate number of each type of cell.  When the tumor suppressor genes that provide this inhibitory control become mutated, cells become cancer cells and continue to grow and amass.  An example of one such gene is *p53*, which is discussed in more detail below.

Loss of DNA repair.  Gene mutations can also affect the genes that proofread DNA and fix mutations before they can have a detrimental effect. DNA repair genes look for errors in a cell's DNA and make corrections. A mutation in a DNA repair gene may mean that other errors aren't corrected, leading cells to become cancerous through unchecked replication of damaged cells.  Examples of DNA repair genes include *BRCA1* and *BRCA2* which are discussed in more detail below.

Another way of classifying gene mutations is by when they occur.

1) Inherited gene mutations:  Inherited gene mutations are those mutations an individual is born with and that are present in all cells of the body.  These types of mutations define traits and characteristics that have a family history.  This type of mutation directly accounts for a small percentage of cancers. The indirect effects of this type of mutation is an area of active research. There are a growing number of genes and mutations that are known to increase the risk of cancer. *BRCA1* and *BRCA2* mutations and the increased risk for breast and ovarian cancer are two examples. While additional genes are being identified, the

4

percentage of individuals affected by mutations in those genes will be significantly less than those affected by *BRCA1* and *BRCA2*.

2) <u>Acquired (somatic) gene mutations</u>:  Somatic mutations are acquired after birth. Most gene mutations that directly cause cancer occur after birth and aren't inherited. Gene mutations can be caused by a number of events or exposures.  These include environmental exposures such as smoking, radiation, and cancer-causing chemicals (carcinogens).  Biological and lifestyle exposures such as viruses, obesity, hormones, and chronic inflammation are also known to result in cancer-causing mutations.  Each exposure type has its own mechanism in increasing risk for cancer.  These mechanisms may be direct, such as radiation directly damaging DNA, as well as indirect, such as an external agent causing a cellular reaction or inflammatory response that then leads to DNA damage or mutation.

Both inherited and acquired gene mutations work together to cause cancer.  While genetic testing has become commonplace for both assessing risk for cancer as well as directing treatment, the catalog of oncogenes, tumor suppressor genes, and DNA repair genes make genetic testing valuable and impactful for informing patients of their genetic risk for cancer.  Genetic testing generally detects inherited mutations.  Currently, genetic screening does not detect acquired gene mutations because they occur only in certain cells.  Even if one has inherited a genetic mutation that predisposes one to cancer, that doesn't mean he or she is certain to get cancer.  Rather, one or more additional gene mutations may be needed to cause cancer. The inherited gene mutation could instead make one more likely to develop cancer when exposed to a certain cancer-causing substance.  Conversely, an individual may still develop cancer if they do not have mutations known to predispose one to cancer.  Additionally, chemical and other environmental agents such as talcum powder products can interact with inherited mutations to cause ovarian cancer.

## IV.    The Role of Genetics in Ovarian Cancer

Ovarian cancer is the major cause of death from gynecologic disease and the second most common gynecologic malignancy worldwide (Nunes and Serpa, 2018; Siegel, 2015; Torre, 2015). The term "ovarian cancer" is often used to include fallopian tubal, ovarian epithelial and peritoneal

cancers since the pathogenesis, treatment and clinical courses are similar.  Researchers now believe that most of these cancers originate in the distal portion of the fallopian tube (Levanon, 2008).  The significant mortality is primarily associated with late diagnosis and resistance to therapy (Bowtell, 2010). Epithelial ovarian cancer (EOC) includes most malignant ovarian neoplasms (Chan, 2006) that can be classified based on morphologic and molecular genetic features into the following types: serous (OSC; low and high grade), endometrioid (EC), clear cell (OCCC) and mucinous (MC) carcinomas.

Certain specific genetic and transcriptional signatures are associated with each histological subtype. Low-grade OSC cases generally have genetic alterations in BRAF, KRAS, NRAS, and Erb-B2 Receptor Tyrosine Kinase 2 (ERBB2); high-grade OSC has mutations in Tumor Protein P53 (TP53), BRCA1/2, Neurofibromin 1 (NF1), RB Transcriptional Corepressor 1 (RB1), and Cyclin Dependent Kinase 12 (CDK12) (Chan, 2006).  Homologous recombination repair of DNA damage is defective in approximately 50% of high-grade serous cancers along with alterations in signaling pathways such as PI3/Ras/Notch/ FoxM1 (Nunes and Serpa, 2018).

Endometroid carcinoma (EC) subtypes involve mutations in AT-Rich Interaction Domain 1A (ARID1A), Phosphatidylinositol-4,5-Bisphosphate 3-Kinase Catalytic Subunit Alpha (PI3KCA), Phosphatase And Tensin Homolog (PTEN), Protein Phosphatase 2 Scaffold Subunit Alpha (PPP2R1α), and mismatch repair deficiency.  Ovarian clear cell carcinoma (OCCC) subtypes have been found with de novo expression of HNF1β (Mabuchi, 2009; Shen, 2013) as well as ARID1A, PI3KCA, PTEN, Catenin Beta 1 (CTNNB1) and PPP2R1α mutations. MC comprises tumors with mutations in KRAS and a high frequency of ERBB2 amplification with overexpression of mucin-coding genes (Banerjee and Kaye, 2013; Jayson, 2014).

In addition to inherited mutations, exposure to the environment can result in DNA changes, or acquired gene mutations, that lead to cancer.  These sources can be from exposure to minerals such as asbestos or arsenic, chemical exposures such as benzene or formaldehyde and from natural radiation sources like radon or ultraviolet light. These exposures constantly damage human DNA. Fortunately, cells have robust DNA repair mechanisms to ensure DNA damage is repaired before the DNA is replicated.  These "proofreading" mechanisms react to DNA damage and stop DNA

6

replication. The mechanisms involve checkpoint control proteins such as the p53 protein, which acts to stop the cell cycle if DNA is damaged, and thus to suppress production of tumors. Cells that do not express functional p53 protein exhibit high rates of mutation in response to DNA damage, accelerating the formation of tumors.

BRCA1 and BRCA2 proteins also function in the DNA repair pathway.  *BRCA1* and *BRCA2* are normally expressed in the cells of breast and other tissue, where they help repair damaged DNA, or destroy cells if DNA cannot be repaired. They are involved in the repair of chromosomal damage resulting from double-strand breaks.  *BRCA1* combines with other tumor suppressors, DNA damage sensors and signal transducers to form a large multi-subunit protein complex known as the BRCA1-associated genome surveillance complex (BASC).  BRCA2 interacts with the RAD51 protein, also forming a complex that is vital for DNA repair.

Individuals can inherit mutations in *BRCA1*, *BRCA2* or *p53*,[1] and are termed "positive" for the gene mutation.  Such mutations will detrimentally affect the ability to repair DNA or sense the presence of damaged DNA.  These defects allow additional mutations to accumulate in cells and lead to a higher probability of cells becoming cancerous. *BRCA1*, *BRCA2* and *p53* mutations can also be acquired in certain cells.  If those cells form a tumor, the cancerous tissue can be tested for these gene mutations.

*BRCA* mutations are inherited in an autosomal dominant fashion, meaning inheriting only one copy results in increased cancer risk.  Some individuals with a mutation in the *BRCA1* or *BRCA2* gene will develop cancer during their lifetime, but others will not.  Penetrance refers to the proportion of individuals with a genetic mutation who exhibit symptoms of the disorder.  Where some carriers do not develop a disorder, as in the case of *BRCA* carriers, the condition is said to have incomplete penetrance.  In such instances, additional genetic, environmental and lifestyle factors must be present for the disorder to manifest.  The lifetime risk for ovarian cancer is approximately 40 percent for *BRCA1* carriers and 15 to 20 percent for *BRCA2* carriers (Berek et

---

[1] Genes consist of genetic information that code for functional proteins. Both the gene and the protein they code share the same alphanumeric name.  To avoid confusion, genes are italicized in text and proteins are not. For example: *BRCA1* (gene) and BRCA1 (protein).

al., 2012; Paluch-Shimon et al., 2016).  Therefore, the presence of mutations in the *BRCA* genes do not guarantee that carriers will get cancer.  The presence of these mutations increases a person's risk of developing cancer when exposed to a carcinogen (Park, 2018; Vitonis, 2011; Wu, 2015).

Mutations in *BRCA* genes are found in the minority of epithelial ovarian cancer cases, suggesting additional mechanisms involving other genes that predispose women to ovarian cancer. The location of the mutation within the *BRCA1* and *BRCA2* genes has been associated with different ovarian cancer risk (Rebbeck, 2015).  Additionally, several common alleles, or alternate forms of a gene, have been found to modify ovarian cancer risk for *BRCA1* and *BRCA2* mutation carriers.  These modifier genes alter the process by which information from a gene is used to synthesize a final gene product (gene expression) in another gene, which in turn causes a disease. They are hypothesized to act as low to moderate penetrance alleles that contribute to ovarian cancer risk.  (Barnes and Antoniou, 2012; Ramus, 2008; Saed, 2017; Sellers, 2008).  These modifiers consist of changes in the DNA called single-nucleotide variants (SNVs), and result in a point mutation in the gene.  The mutation can result in a structurally altered protein that is functionally defective.  Some of the affected proteins are oxidants, antioxidants, or otherwise involved in regulatory pathways involving cancer risk, as discussed below.

Lynch syndrome is another hereditary condition that increases the risk of ovarian cancer. It is caused by mutations that impair DNA mismatch repair, and the disease is inherited in an autosomal dominant manner similar to *BRCA* mutations.  As in the case of *BRCA* mutations, due to incomplete penetrance inheriting a Lynch-associated mutation does not guarantee an individual will get cancer, but rather, that the risk of cancer will increase when exposed to a carcinogen.

Myriad Genetics was an early pioneer in the development of commercial genetic testing for *BRCA1* and *BRCA2* mutations and predicting risk for breast and ovarian cancer. As with all inherited traits, a positive family history is the strongest indicator of the presence of genetic risk alleles in an individual. Since the exact identity of those risk alleles and the magnitude of cancer risk remain unknown until testing is performed, early guidelines for testing were based on a positive family history.  The availability of testing has increased and costs of testing have fallen. However, genetic testing remains a relatively rare practice in the general population. Since the

early 1990s, advanced molecular biological technologies have allowed for the connection to be made between specific genetic mutations and the resulting hereditary cancers.  Because of the large number of individuals tested and the ability to trace their genetic inheritance, the genes involved in cancer development are well established.  In the overall spectrum, there are additional variants and genes with minor involvement, but development is dependent upon specific and complex interactions that occur in rare situations, and it is extremely unlikely any would have impact of known mutations such as *BRCA1* or *BRCA2*.

## V.      Response to Cellular Injury

As previously mentioned, from the moment of conception, the human body relies on continuous cell growth and development for normal health and function.  Some tissues and cell types continually turn over.  Our skin, blood cells, immune cells and the cells that line our digestive tract are examples where cells are continually growing and replacing older cells.  In the case of an injury, a complex cascade of events begins which involves inflammation and culminates in the healing of the wound.  During tissue injury, cell proliferation is enhanced while the tissue regenerates.  After the healing is complete, proliferation and inflammation subside.

In contrast, proliferating cells that sustain DNA damage and/or mutagenic insult (for example, initiated cells) continue to proliferate in microenvironments rich in inflammatory cells and growth/survival factors that support their growth.   In a sense, tumors act as wounds that fail to heal (Dvorak, 1986).  Recent studies have shown a link between inflammation associated with wound healing and ovarian cancer cell seeding (Jia, 2018).  In addition to inflammation, the innate immune response plays a role in promoting cancer development and progression. These observations are generally accepted in the scientific literature  (Coussens and Werb, 2002; Pardoll, 2002).

## VI.    Inflammation

### A.    The Role of Inflammation in Cancer - General

The functional relationship of cancer and inflammation was first described in the mid-1800s.  Rudolf Virchow noted leucocytes in neoplastic tissues in 1863 and made a connection between inflammation and cancer (as cited in Balkwill and Mantovani, 2001).  He suggested that the "lymphoreticular infiltrate" reflected the origin of cancer at sites of chronic inflammation. Research published over the last 20 years has provided further understanding of the inflammatory microenvironment of malignant tissues and validates Virchow's hypothesis.  Furthermore, the links between cancer and inflammation now have quite strong implications for prevention and treatment. (Balkwill and Mantovani, 2001).

Macrophages are versatile immune-system cells that play a variety of roles in health and well-being.  They act in tissues and free-floating cells in the blood that engulf and digest cellular debris, foreign substances, infectious microbes, cancer cells and anything that does not have the correct cell surface proteins to indicate a healthy cell to the body.  They take various forms with various names throughout the body and have specialized tasks, including recruiting other immune cells like lymphocytes to sites of infection or acting as antigen presenting cells to T cells.  Upon activation by contact with substances foreign to the body, macrophages release small proteins called cytokines.  Generally speaking, macrophages can increase inflammation or decrease inflammation depending on the cytokines released.

Tumor-associated macrophages (TAM) are a major component of the infiltrate of most, if not all, tumors (Franklin and Li, 2016).  TAM derive from circulating monocytic precursors, and are directed into the tumor by chemoattractant cytokines called chemokines. Many tumor cells also produce cytokines called colony-stimulating factors that prolong survival of TAM. When appropriately activated, TAM can kill tumor cells or elicit tissue destructive reactions on the vascular endothelium to disrupt blood supply to the tumor. However, TAM also produce growth and angiogenic factors as well as protease enzymes which degrade the extracellular matrix. Therefore, TAM can stimulate tumor-cell proliferation, promote angiogenesis, and favor invasion and metastasis (Mantovani, 1992b; Mantovani, 1997). Direct evidence for the importance of

protease production by TAM, neutrophils, and mast cells during experimental carcinogenesis was reported more than 15 years ago (Coussens, 2000).  Since that time, the report by Coussens at el has been cited nearly 300 times by other studies.   This dual potential of TAM has been described in the literature as the "macrophage balance." (Liu and Cao, 2015; Mantovani, 1992a).

### B.      The Role of Inflammation in Ovarian Cancer

Inflammation has also been shown to play a key role directly in epithelial ovarian cancer. This principle is generally accepted in the scientific community and very well reviewed in the scientific literature over the last decade, as the role of inflammation is common in many types of cancer. (Charbonneau, 2013; Kisielewski, 2013; Maccio and Madeddu, 2012; Mor , 2011; Pardoll, 2002; Pejovic and Nezhat, 2011; Shan and Liu, 2009).  The literature reviews, as well as many direct studies, feature the immune system as being an important mediator of ovarian carcinogenesis via two models for its role in ovarian cancer: 1) chronic inflammation and 2) incessant ovulation.

1) <u>Chronic Inflammation:</u>  The chronic inflammation model of carcinogenesis proposes that chronic exposures to external or endogenous triggers of immunity (such as known carcinogens) and the persistence of immune cells cause ovarian cancer.   These inflammatory triggers cause injury to surrounding epithelium, damage DNA through the release of reactive oxygen species (ROS), or produce cytokines that promote proliferation (Saed, 2017). One environmental exposure shown to induce inflammation in animal models and human lungs is talcum powder (Wehner, 1994).   Composed primarily of magnesium silicate, talc has been linked to ovarian cancer risk in a number of studies (Ness, 2000; Mills, 2004; Merritt, 2008; Wu, 2009; Rosenblatt, 2011; Wu, 2015; Penninkilampi, 2018).

2) <u>Incessant Ovulation:</u>  As stated in (Charbonneau, 2013), incessant ovulation results in damage due to rupturing of the ovulating follicle, which traumatizes the ovarian surface causing an immediate inflammatory response and wound repair.  Repeating this process of damage and epithelial proliferation to repair the wound increases the risk of malignant transformation.  Epidemiologic studies beginning nearly 50 years ago have implicated increased number of ovulations as a risk factor for ovarian cancer (Mahdavi, 2006).  In

11

contrast, decreased risk of (i.e., protection from) ovarian cancer has been associated with increased parity (Adami, 1994; Modan, 2001), oral contraceptive use (Narod , 1998), breast feeding (Jordan, 2012) and older age at first menses (Titus-Ernstoff, 2001). All of these protective factors impact the number of lifetime ovulations. One of these early studies from the late 1970's, which has been further substantiated by more recent investigations, found protective effects of "anovulatory time" by combining information on both increased oral contraceptive use and parity as well as age at first and last menses (Casagrande, 1979), supporting the theory of incessant ovulation as an underlying mechanism of carcinogenesis.

As a part of the inflammatory response, macrophages induce oxidative stress through production of reactive oxygen species (ROS) and reactive nitrogen species (RNS). Normally, oxidants and antioxidants maintain a balance wherein the amount of ROS does not overwhelm the ability of the body, and antioxidants, to regulate them. Free radicals such as ROS and RNS are highly reactive and adversely alter DNA, proteins, and lipids (which comprise cell membranes) to promote tumor development and progression, and many cancers arise from sites that are subject to chronic irritation, infection, or inflammation. Cancer cells persist in a pro-oxidant state where there is excess production and generation of ROS that allows for tumor initiation, promotion and progression.

The association between exposure to pathogens and chronic inflammation in tumor promotion and progression is further support of the generally understood principle that chronic inflammation plays a key role in the development of ovarian cancer. Examples of inflammatory conditions that are associated with ovarian cancer include endometriosis and pelvic inflammatory disease. Evidence strongly suggests that endometriosis is a pelvic inflammatory condition (Agic, 2006), and that inflammation explains the association between endometriosis and epithelial ovarian cancer (Ness, 2000). Studies have found a relationship between pelvic inflammatory disease and ovarian cancer risk (Lin, 2011; Merritt, 2008). Moreover, the effect of non-steroidal anti-inflammatory drugs (NSAIDs) to reduce the risk of ovarian cancer provides additional support. The earlier studies with a focus on NSAIDs were preliminary and results were somewhat

inconsistent (Bonovas, 2005; Merritt, 2008), but a recent pooled analysis examining 12 case-control studies found aspirin could reduce ovarian cancer risk by 20%-34% (Trabert, 2014).

Additional studies illustrate the potential protective effects of anti-inflammatory agents, including from unexpected drugs such as metformin. As reviewed in Reid, 2017, evidence supports a role for the anti-diabetic agent, metformin, in the prevention and treatment of multiple cancers (Li, 2011). Studies reviewed include a case-control study including 1,611 incident ovarian cancer cases performed using the UK-based General Practice Research Database (Bodmer, 2011). Long-term use ($\geq$ 30 prescriptions) of metformin (and not sulfonylureas or insulin) was associated with a trend towards reduced risk with an odds ratio of 0.61. Though these results alone were not statistically significant, the reported observation that the anti-inflammatory agent, metformin, appears to decrease the risk of cancer, is additional evidence that inflammation is a primary mediator of ovarian cancer. (Irie, 2016).

Considering the well-established role that inflammation plays in cancer and the beneficial effects of anti-inflammatory compounds on cancer risk and progression, it is logical to examine the environmental factors that may directly lead to cancer or that may increase chronic inflammation and indirectly lead to cancer. The International Agency for Research on Cancer (IARC) has recognized for nearly thirty years that there is sufficient evidence to conclude human exposure to asbestos is a cause of ovarian cancer (IARC, 1987; IARC, 2012). Not surprisingly, human studies have reported asbestos fibers in ovaries (Heller, 1996; Langseth, 2007). Meta-analysis continues to support the conclusion that exposure to asbestos increases risk for ovarian cancer (Camargo et al., 2011).

### C.    Talcum Powder Products

A number of studies have been performed to examine the role of talcum powder use in the development of ovarian cancers. A comprehensive and recent meta-analysis by Penninkilampi found an association between perineal talc use and ovarian cancer, with a greater association after a higher number of lifetime applications (Penninkilampi and Eslick, 2017). The Penninkilampi study identified 24 case–control (13,421 cases) and three cohort studies (890 cases). Observational studies involving at least 50 cases of ovarian cancer were eligible for inclusion. Penninkilampi

analyzed the association between ovarian cancer and any perineal talc use. Included studies reported specific types of ovarian cancer, long-term (>10 year) talc use total lifetime applications, frequency and use of talc while also using diaphragms or sanitary napkins.

The Penninkilampi study found a consistent association between perineal talc use and ovarian cancer. Variation in the magnitude of the effect was found when considering study design and ovarian cancer subtype. Any perineal talc use was associated with increased risk of ovarian cancer (OR=1.31, 95%CI 1.24-1.39). Greater than 3,600 lifetime applications (OR=1.42, 95%CI 1.25-1.61) was slightly more associated with ovarian cancer than less than 3,600 applications (OR=1.32, 95%CI 1.15- 1.50).

In addition to epidemiological evidence, an *in vitro* experiment by Buz'Zard and Lau reported an increase in ROS generation, increased cell proliferation and neoplastic transformation (conversion into cancerous cells) in human ovarian cells treated with talcum powder (Buz'Zard and Lau, 2007). They also found talcum powder treatment increased the number of reactive oxygen species produced by polymorphonuclear neutrophils, inflammatory cells whose role is to release large quantities of reactive oxygen species in response to a variety of harmful foreign stimuli. Additional studies have also shown the effects of talc on the immune response (Hamilton, 1984; Keskin, 2009; NTP, 1993).

Some studies have suggested that the link between ovarian cancer and talcum powder product use may be influenced by a number of genes (Belotte, 2015; Fletcher, 2018[a]; Gates, 2008; Shukla, 2009). Gates and colleagues found that women with certain genetic variants in glutathionine S-transferase M1 (GSTM1) and/or glutathionine S-transferase T1 (GSTT1) may have a higher risk of ovarian cancer associated with talc use (Gates, 2008). In a recently peer-reviewed and accepted abstract, Harper and Saed report a mechanism by which talc enhances the pro-oxidant state in normal (ovarian and tubal) and ovarian cancer cells, through induction of gene point mutations (corresponding to known  specific single nucleotide polymorphisms - SNPs)  in key oxidant enzymes, altering their activities (Harper and Saed, 2018).

In a more recent study, talcum powder increased mRNA levels of pro-oxidant enzymes in normal ovarian epithelial cells and ovarian cancer cell lines, while decreasing the mRNA levels of

antioxidant enzymes (Saed et al., 2017; Saed et al., 2018).  A follow-up study reported in an abstract showed epithelial ovarian cancer cells treated with talc to demonstrate increased levels of CA-125 (Fletcher, 2018[b]).  CA-125 is a biomarker that has been found to be elevated in patients with ovarian cancer and is currently FDA approved for disease monitoring in patients with epithelial ovarian cancer, as well as those with BRCA mutations or who are in another in high-risk group.

### D.    Asbestos, Fibrous Talc, Heavy Metals and Fragrance Chemicals

In addition to the mineral talc, I have seen evidence that talcum powder products, including Johnson's Baby Powder and Shower to Shower, contain asbestos [2], and heavy metals [3] such as chromium, cobalt, and nickel.  A 2017 study by Longo and Rigler on historic samples of Johnson & Johnson baby powder ranging in production date over a span of many years showed over one-half (17 of 30) of Johnson's talcum powder product samples contained asbestos (Longo and Rigler, 2017).  Talc containing asbestiform fibers (fibrous talc) was found in 15 of the 30 samples.  A 2018 study by Longo and Rigler reported the presence of fibrous anthophyllite in products tested from 1978 as well as fibrous talc in both (Longo and Rigler, 2018).  Additionally, I have reviewed the expert report of Drs. Longo and Rigler reporting that 37 of 56 historical talcum powder samples contained asbestos and 41 of the 42 samples tested contained fibrous talc [4].

Asbestos has long been recognized as a well-known carcinogen and exposure can cause lung disease, mesothelioma, and cancers of the lung, larynx, and ovary (IARC 1987, 2012).  It is established that asbestos exposure can result in macrophage activation, inflammation, generation of reactive oxygen and reactive nitrogen species, tissue injury, genotoxicity, and resistance to programmed cell death (Aust, 2011; Hein, 2007; IARC, 2012; Jaurand, 1997; Wang, 1987).  One of the direct mechanisms is through interactions between internalized fibers and components of mitosis, resulting in chromosomal alterations and abnormalities (Hesterberg et al., 1986; Wang et al., 1987; Yegles et al., 1993).  IARC has classified asbestos as a known human carcinogen (Group

---

[2] Ex. 28, Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 17, 2018; and Nov. 5, 2018); Blount, 1991; Paoletti, 1984.
[3] Ex. 47, Julie Pier Dep. (Sept. 12 & 13, 2018).
[4] Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Nov. 14, 2018).

1).   Human tumors resulting from asbestos exposure can be characterized by genetic and chromosomal alterations that lead to the inactivation of tumor-suppressor genes (IARC, 2012).

Talc not containing asbestiform fibers has been found by IARC to be a Group 2b or "possible" carcinogen (IARC, 2010).  IARC has determined that fibrous talc or talc containing asbestiform fibers (talc occurring in a fibrous habit) is a carcinogen to humans (IARC, 2012).

Chromium and nickel are classified by IARC as Group 1, "carcinogenic to humans" (IARC, 2012). Cobalt is classified as Group 2B, "possibly carcinogenic to humans" (IARC, 2006). IARC defines possibly carcinogenic as "a positive association has been observed between exposure to the agent and cancer for which a causal interpretation has been considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence." Established carcinogenic mechanisms of chromium include DNA damage, mutation, genomic instability, and cell transformation (IARC, 2009).  Similar mechanisms result from nickel exposure (IARC, 2012). Cobalt exposure has been to shown to cause increased production of reactive oxygen species and other inflammatory and proliferative changes (IARC, 2006).

I also reviewed Dr. Michael Crowley's report discussing the numerous fragrance chemicals added to talcum powder products.  I am in agreement with Dr. Crowley's opinion that these chemicals contribute to the inflammatory properties, toxicity, and potential carcinogenicity of the products.  The presence of these constituents as part of talcum powder products provides additional evidence of biological plausibility for talc and ovarian cancer. [5]

Carcinogenesis is a complex and dynamic process that occurs due to a combination of mutations, both genetic and acquired, in an individual along with other processes.  Mutations arising from environmental sources have an additive, and possibly multiplicative effect toward ultimately causing carcinogenesis (Park, 2018; Vitonis, 2011; Wu, 2015). The presence of asbestos, nickel, and chromium, known carcinogens, in talcum powder products provides further support for the conclusion that talcum powder causes chronic inflammation.

---

[5] Expert Report of Michael Crowley, PhD (Nov. 12, 2018).

16

Based on these observations and lines of evidence, it is my opinion that talcum powder causes inflammation which initiates a biological response that includes oxidative stress, cell proliferation, inhibition of apoptosis, and genetic mutations which result in cancer development and progression.  This process explains the biologically plausible mechanism for talcum powder products causing ovarian cancer.


**VII.    Conclusion**

Based on my background, training, education, and experience as a geneticist assessing and weighing the totality of scientific evidence, my opinions may be summarized as follows:

1.  Genetic mutations can be inherited or acquired. Both types are associated with cancer, including ovarian cancer.

2.  Talcum powder products cause chronic inflammation.

3.  Talcum powder product-induced inflammation causes damage to the DNA, genetic mutation, genomic instability, and cell transformation.

4.  The properties of talcum powder products as inflammatory agents and the role of inflammation in triggering oxidative stress, activating cytokines, cell proliferation, DNA damage, and genetic mutations (such as SNVs) provide a biologically plausible mechanism for the carcinogenicity of talcum powder products.

5.  Internalization of asbestiform fibers (including fibrous talc), cause DNA damage which provides a biologically plausible mechanism for the carcinogenicity of talcum powder products.

6.  The presence of an inherited gene mutation, such as *BRCA1* or *BRCA2*, indicates a woman has an increased risk of ovarian cancer, but does not necessarily mean she will develop ovarian cancer.

7.  Women with inherited gene mutations, such as *BRCA*, are at least as susceptible to other carcinogens as women without inherited gene mutations.

I reserve the right to supplement, revise, or amend this report should additional materials, including testimony, become available.

## Literature Cited

Adami, H.O., Hsieh, C.C., Lambe, M., Trichopoulos, D., Leon, D., Persson, I., Ekbom, A., and Janson, P.O. (1994). Parity, age at first childbirth, and risk of ovarian cancer. Lancet *344*, 1250-1254.

Agic, A., Xu, H., Finas, D., Banz, C., Diedrich, K., and Hornung, D. (2006). Is endometriosis associated with systemic subclinical inflammation? Gynecol Obstet Invest *62*, 139-147.

Aust, A.E., Cook, P.M., and Dodson, R.F. Morphological and chemical mechanisms of elongated mineral particle toxicities.  J Toxicol and Environ Health, Part B.  (2011) 14:40-75.

Balkwill, F., and Mantovani, A. (2001). Inflammation and cancer: back to Virchow? Lancet *357*, 539-545.

Banerjee, S., and Kaye, S.B. (2013). New strategies in the treatment of ovarian cancer: current clinical perspectives and future potential. Clin Cancer Res *19*, 961-968.

Barnes, D.R., and Antoniou, A.C. (2012). Unravelling modifiers of breast and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: update on genetic modifiers. J Intern Med *271*, 331-343.

Belotte, J., Fletcher, N.M., Saed, M.G., Abusamaan, M.S., Dyson, G, Diamond, M.P., Saed, G.M. (2015) A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.  PLoS ONE 10(8): e0135739.  Doi: 10.1371/journal.pone.0135739.

Berek, J.S., Crum, C., and Friedlander, M. (2012). Cancer of the ovary, fallopian tube, and peritoneum. Int J Gynaecol Obstet *119 Suppl 2*, S118-129.

Blount, A.M. (1991). Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect *94*, 225-230.

Bodmer, M., Becker, C., Meier, C., Jick, S.S., and Meier, C.R. (2011). Use of metformin and the risk of ovarian cancer: a case-control analysis. Gynecol Oncol *123*, 200-204.

Bonovas, S., Filioussi, K., and Sitaras, N.M. (2005). Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. Br J Clin Pharmacol *60*, 194-203.

Bowtell, D.D. (2010). The genesis and evolution of high-grade serous ovarian cancer. Nat Rev Cancer *10*, 803-808.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, No. 6 (June 2007): 579–86.

Camargo, M.C., Stayner, L.T., Straif, K., Reina, M., Al-Alem, U., Demers, P.A., and Landrigan, P.J. (2011). Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect *119*, 1211-1217.

Casagrande, J.T., Louie, E.W., Pike, M.C., Roy, S., Ross, R.K., and Henderson, B.E. (1979). "Incessant ovulation" and ovarian cancer. Lancet *2*, 170-173.

Catalani, S. (2009). [Lancet-Oncology--a summary of the review on IARC carcinogens: metallic elements, dusts and fibers]. G Ital Med Lav Ergon *31*, 182-183.

Chan, J.K., Cheung, M.K., Husain, A., Teng, N.N., West, D., Whittemore, A.S., Berek, J.S., and Osann, K. (2006). Patterns and progress in ovarian cancer over 14 years. Obstet Gynecol *108*, 521-528.

Charbonneau, B., Goode, E.L., Kalli, K.R., Knutson, K.L., and Derycke, M.S. (2013). The immune system in the pathogenesis of ovarian cancer. Crit Rev Immunol *33*, 137-164.

Coussens, L.M., Tinkle, C.L., Hanahan, D., and Werb, Z. (2000). MMP-9 supplied by bone marrow-derived cells contributes to skin carcinogenesis. Cell *103*, 481-490.

Coussens, L.M., and Werb, Z. (2002). Inflammation and cancer. Nature *420*, 860-867.

Dvorak, H.F. (1986). Tumors: wounds that do not heal. Similarities between tumor stroma generation and wound healing. N Engl J Med *315*, 1650-1659.

Fletcher, N.M., Belotte, J., Saed, M.G., Memaj, I., Diamond, M.P., Morris, R.T., Saed, G.M. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer.  Free Radical Biology and Medicine (2017) 102:122-132.

Fletcher[a], N.M., Memaj, I., and Saed, G.M. (2018). Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells. Paper presented at: REPRODUCTIVE SCIENCES (SAGE PUBLICATIONS INC 2455 TELLER RD, THOUSAND OAKS, CA 91320 USA).

Fletcher[b], N.M., Saed, G.M.  (2018). Talcum Powder enhances cancer antigen 125 levels in ovarian cancer cells and in normal ovarian epithelial cells.  LB-044.  Poster presented at: Society for Reproductive Investigation.  65th annual meeting.  San Diego, CA.

Franklin, R.A., and Li, M.O. (2016). Ontogeny of Tumor-associated Macrophages and Its Implication in Cancer Regulation. Trends Cancer *2*, 20-34.

Gates, M.A., Tworoger, S.S., Terry, K.L., Titus-Ernstoff, L., Rosner, B., De Vivo, I., Cramer, D.W., and Hankinson, S.E. (2008). Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev *17*, 2436-2444.

19

Hamilton, T.C., Fox, H., Buckley, C.H., Henderson, W.J., and Griffiths, K.  Effects of talc on the rat ovary.  Br. J. Exp. Path.  (1984) *65*: 101-106.

Harper, A.K., Saed, G.M.  Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes.  Accepted for presentation at SGO meeting 2019.  [In Press].

Hein, M.J., Stayner, L.T., Lehman, E., Dement, J.M.  Follow-up study of chrysotile textile workers: cohort mortality and exposure-response.  Occup Environ Med (2007) 64:616-625.

Heller, D.S., Gordon, R.E., Westhoff, C., and Gerber, S. (1996). Asbestos exposure and ovarian fiber burden. Am J Ind Med *29*, 435-439.

Hesterberg, T.W., Butterick, C.J., Oshimura, M., Brody, A.R., and Barrett, J.C. (1986). Role of phagocytosis in Syrian hamster cell transformation and cytogenetic effects induced by asbestos and short and long glass fibers. Cancer Res *46*, 5795-5802.

International Agency for Research on Cancer (IARC), "Silica and Some Silicates", IARC Monograph No. 42 (1987).

International Agency for Research on Cancer (IARC), "Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide," IARC Monograph No. 86 (2006).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts," IARC Monograph No. 100C (2009).

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc", IARC Monograph No. 93 (2010).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts", IARC Monograph No. 100C (2012).

Irie, H., Banno, K., Yanokura, M., Iida, M., Adachi, M., Nakamura, K., Umene, K., Nogami, Y., Masuda, K., Kobayashi, Y.*, et al.* (2016). Metformin: A candidate for the treatment of gynecological tumors based on drug repositioning. Oncol Lett *11*, 1287-1293.

Jayson, G.C., Kohn, E.C., Kitchener, H.C., and Ledermann, J.A. (2014). Ovarian cancer. Lancet *384*, 1376-1388.

Jaurand, M.C.  Mechanisms of fiber-induced genotoxicity. Environ Health Perspect (1997) 105(Suppl 5):1073-1084.

Jia, D., Nagaoka, Y., Katsumata, M., and Orsulic, S. (2018). Inflammation is a key contributor to ovarian cancer cell seeding. Sci Rep *8*, 12394.

Jordan, S.J., Cushing-Haugen, K.L., Wicklund, K.G., Doherty, J.A., and Rossing, M.A. (2012). Breast-feeding and risk of epithelial ovarian cancer. Cancer Causes Control *23*, 919-927.

Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., Saygili, H.  Does long-term talc exposure have a carcinogenic effect on the female genital system of rats?  An experimental pilot study.  Arch Gynecol Obstet. (2009).  280:925-931.

Kisielewski, R., Tolwinska, A., Mazurek, A., and Laudanski, P. (2013). Inflammation and ovarian cancer--current views. Ginekol Pol *84*, 293-297.

Langseth, H., Johansen, B.V., Nesland, J.M., and Kjaerheim, K. (2007). Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. Int J Gynecol Cancer *17*, 44-49.

Levanon, K., Crum, C., Drapkin, R.  New insights into the pathogenesis of serous ovarian cancer and its clinical impact.  J Clin Oncol. (2008).  Nov 10;*26*(32):5284-93.

Li, D. (2011). Metformin as an antitumor agent in cancer prevention and treatment. J Diabetes *3*, 320-327.

Lin, H.W., Tu, Y.Y., Lin, S.Y., Su, W.J., Lin, W.L., Lin, W.Z., Wu, S.C., and Lai, Y.L. (2011). Risk of ovarian cancer in women with pelvic inflammatory disease: a population-based study. Lancet Oncol *12*, 900-904.

Liu, Y., and Cao, X. (2015). The origin and function of tumor-associated macrophages. Cell Mol Immunol *12*, 1-4.

Longo, W., and Rigler, M. (2017). Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos (Materials Analytical Services, LLC).

Longo, W., and Rigler, M. (2018). TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos (Materials Analytical Services, LLC).

Mabuchi, S., Kawase, C., Altomare, D.A., Morishige, K., Sawada, K., Hayashi, M., Tsujimoto, M., Yamoto, M., Klein-Szanto, A.J., Schilder, R.J.*, et al.* (2009). mTOR is a promising therapeutic target both in cisplatin-sensitive and cisplatin-resistant clear cell carcinoma of the ovary. Clin Cancer Res *15*, 5404-5413.

Maccio, A., and Madeddu, C. (2012). Inflammation and ovarian cancer. Cytokine *58*, 133-147.

Mahdavi, A., Pejovic, T., and Nezhat, F. (2006). Induction of ovulation and ovarian cancer: a critical review of the literature. Fertil Steril *85*, 819-826.

Mantovani, A., Bottazzi, B., Colotta, F., Sozzani, S., and Ruco, L. (1992a). The origin and function of tumor-associated macrophages. Immunol Today *13*, 265-270.

Mantovani, A., Bussolino, F., and Dejana, E. (1992b). Cytokine regulation of endothelial cell function. FASEB J *6*, 2591-2599.

Mantovani, A., Bussolino, F., and Introna, M. (1997). Cytokine regulation of endothelial cell function: from molecular level to the bedside. Immunol Today *18*, 231-240.

21

Merritt, M.A., Green, A.C., Nagle, C.M., Webb, P.M., Australian Cancer, S., and Australian Ovarian Cancer Study, G. (2008). Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer *122*, 170-176.

Mills, P.K., Riordan, D.G., Cress, R.D., and Young, H.A. (2004). Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer *112*, 458-464.

Modan, B., Hartge, P., Hirsh-Yechezkel, G., Chetrit, A., Lubin, F., Beller, U., Ben-Baruch, G., Fishman, A., Menczer, J., Struewing, J.P.*, et al.* (2001). Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation. N Engl J Med *345*, 235-240.

Mor, G., Yin, G., Chefetz, I., Yang, Y., and Alvero, A. (2011). Ovarian cancer stem cells and inflammation. Cancer Biol Ther *11*, 708-713.

Narod, S.A., Risch, H., Moslehi, R., Dorum, A., Neuhausen, S., Olsson, H., Provencher, D., Radice, P., Evans, G., Bishop, S.*, et al.* (1998). Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group. N Engl J Med *339*, 424-428.

National Toxicology Program.  Toxicology and carcinogenesis studies of talc (CAS No. 14807-96-6) in F344/N rats and B6C3F$_1$ mice (Inhalation studies); 1993.  Report No. NTP TR 421; NIH Publication No. 93-3152.

Ness, Roberta B., Jeane Ann Grisso, Carrie Cottreau, Jennifer Klapper, Ron Vergona, James E. Wheeler, Mark Morgan, and James J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology 11*, No. 2 (2000): 111–17.

Nunes, S.C., and Serpa, J. (2018). Glutathione in Ovarian Cancer: A Double-Edged Sword. Int J Mol Sci *19*.

Paluch-Shimon, S., Cardoso, F., Sessa, C., Balmana, J., Cardoso, M.J., Gilbert, F., Senkus, E., and Committee, E.G. (2016). Prevention and screening in BRCA mutation carriers and other breast/ovarian hereditary cancer syndromes: ESMO Clinical Practice Guidelines for cancer prevention and screening. Ann Oncol *27*, v103-v110.

Paoletti, L., Caiazza, S., Donelli, G., and Pocchiari, F. (1984). Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regul Toxicol Pharmacol *4*, 222-235.

Pardoll, D.M. (2002). Spinning molecular immunology into successful immunotherapy. Nat Rev Immunol *2*, 227-238.

Park, H.K., Schildkraut, J.M., Alberg, A.J., Bandera, E.V., Barnholtz-Sloan, J.S., Bondy, M., Crankshaw, S., Funkhouser, E., Moorman, P.G., Peters, E.S.*, et al.* (2018). Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. Cancer Causes Control *29*, 1081-1091.

Pejovic, T., and Nezhat, F. (2011). Missing link: inflammation and ovarian cancer. Lancet Oncol *12*, 833-834.

Penninkilampi, Ross and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology* 29, No. 1 (January 2018): 41-49.

Ramus, S.J., Vierkant, R.A., Johnatty, S.E., Pike, M.C., Van Den Berg, D.J., Wu, A.H., Pearce, C.L., Menon, U., Gentry-Maharaj, A., Gayther, S.A.*, et al.* (2008). Consortium analysis of 7 candidate SNPs for ovarian cancer. Int J Cancer *123*, 380-388.

Rebbeck, T.R., Mitra, N, Wan, F., Sinilnikova, O.M., Healey, S., McGuffog, L., Mazoyer, S., Chenevix-Trench, G., Easton, D.F., Antoniou, A.C., Nathanson, K.L., the CIMBA Consortium. Association fo type and location of BRCA1 and BRCA2 mutations with risk of breast and ovarian cancer.  JAMA. (2015).  April 7; 313(13):1347-1361.

Reid, B.M., Permuth, J.B., Sellers, T.A.  Epidemiology of ovarian cancer: a review.  Cancer Med Biol. (February 2017) Vol *14*, No 1.

Rosenblatt, K.A., Weiss, N.S., Cushing-Haugen, K.L., Wicklund, K.G., and Rossing, M.A. (2011). Genital powder exposure and the risk of epithelial ovarian cancer. Cancer Causes Control *22*, 737-742.

Saed, G.M., Diamond, M.P., and Fletcher, N.M. (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol *145*, 595-602.

Saed, G.M., Morris, R.T., and Fletcher, N.M. (2018). New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. In Ovarian Cancer-From Pathogenesis to Treatment (IntechOpen).

Sellers, T.A., Huang, Y., Cunningham, J., Goode, E.L., Sutphen, R., Vierkant, R.A., Kelemen, L.E., Fredericksen, Z.S., Liebow, M., Pankratz, V.S.*, et al.* (2008). Association of single nucleotide polymorphisms in glycosylation genes with risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev *17*, 397-404.

Shan, W., and Liu, J. (2009). Inflammation: a hidden path to breaking the spell of ovarian cancer. Cell Cycle *8*, 3107-3111.

Shen, H., Fridley, B.L., Song, H., Lawrenson, K., Cunningham, J.M., Ramus, S.J., Cicek, M.S., Tyrer, J., Stram, D., Larson, M.C.*, et al.* (2013). Epigenetic analysis leads to identification of HNF1B as a subtype-specific susceptibility gene for ovarian cancer. Nat Commun *4*, 1628.

Shukla, A., MacPherson, M.B., Hillegass, J., Ramos-Nino, M.E., Alexeeva, V., Vacek, P.M., Bond, J.P., Pass, H.I., Steele, C., Mossman, B.T.  Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity.  Am J Respir Cell Mol Biol.  (2009). 41:114-123.

Siegel, R.L., Miller, K.D., and Jemal, A. (2015). Cancer statistics, 2015. CA Cancer J Clin *65*, 5-29.

Titus-Ernstoff, L., Perez, K., Cramer, D.W., Harlow, B.L., Baron, J.A., and Greenberg, E.R. (2001). Menstrual and reproductive factors in relation to ovarian cancer risk. Br J Cancer *84*, 714-721.

Torre, L.A., Bray, F., Siegel, R.L., Ferlay, J., Lortet-Tieulent, J., and Jemal, A. (2015). Global cancer statistics, 2012. CA Cancer J Clin *65*, 87-108.

Trabert, B., Ness, R.B., Lo-Ciganic, W.H., Murphy, M.A., Goode, E.L., Poole, E.M., Brinton, L.A., Webb, P.M., Nagle, C.M., Jordan, S.J., *et al.* (2014). Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium. J Natl Cancer Inst *106*, djt431.

Vitonis, A.F., Titus-Ernstoff, L., and Cramer, D.W. (2011). Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. Obstet Gynecol *117*, 1042-1050.

Wang, N.S., Jaurand, M.C., Magne, L., Kheuang, L., Pinchon, M.C., and Bignon, J. (1987). The interactions between asbestos fibers and metaphase chromosomes of rat pleural mesothelial cells in culture. A scanning and transmission electron microscopic study. Am J Pathol *126*, 343-349.

Wehner, A.P. (1994). Biological effects of cosmetic talc. Food Chem Toxicol *32*, 1173-1184.

Wu, A.H., Pearce, C.L., Tseng, C.C., and Pike, M.C. (2015). African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer Epidemiol Biomarkers Prev *24*, 1094-1100.

Wu, A.H., Pearce, C.L., Tseng, C.C., Templeman, C., and Pike, M.C. (2009). Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer *124*, 1409-1415.

Yegles, M., Saint-Etienne, L., Renier, A., Janson, X., and Jaurand, M.C. (1993). Induction of metaphase and anaphase/telophase abnormalities by asbestos fibers in rat pleural mesothelial cells in vitro. Am J Respir Cell Mol Biol *9*, 186-191.

# Exhibit A

**Shawn Edward Levy**                                    *Curriculum Vitae*

Faculty Investigator                                     phone: 256.327.5267
HudsonAlpha Institute for Biotechnology                  fax:  256.327.9898
601 Genome Way                                           slevy@hudsonalpha.org
Huntsville, AL 35806
DUNS number: 363616223

## Personal Statement

My group has been utilizing high performance genotyping and sequencing technologies for the past 15 years supporting a vast diversity of projects from plant and animal phylogenetic studies to translational and clinical based projects.   We have several publications detailing our successes using variety of genomic technologies as well as in the field of bioinformatics research.  As a post-doctoral fellow at Emory University I developed the first microarray designed to interrogate mitochondrial gene function.  Upon joining the faculty at Vanderbilt University, I was responsible for the founding and development of the Vanderbilt Microarray Shared Resource (VMSR). From 2000 to 2009, the VMSR became an internationally recognized facility supporting a wide variety of genomic technologies from SNP profiling to gene expression analysis to next-generation sequencing.  I joined the faculty of the HudsonAlpha Institute for Biotechnology in 2009 to develop the Genomic Services Laboratory (GSL)  Since 2009 the GSL has supported more than 1,000 principle investigators from around the world, allowing me to collaborate and participate in a broad range of genomics projects with a particular focus on applying a diversity of genomic methods to understand complex conditions.  We have had a particular focus on childhood and adult cancer as well as rare disease and degenerative diseases. Together, these efforts have resulted in more than 140 peer-reviewed publications of which I am an author or co-author.  More than 150 additional publications that have included data from our laboratory as a service provider have also been published since 2009.  Many of these publications involve translational research or describe the genetic underpinnings of rare or complex human disease.  The diversity of projects and investigators we have worked with over the last 15 years have provided a dynamic and amazing experience to evolve our own research and technology development efforts.

## Contributions to Science

*The following five sections provide highlights to areas where my work has contributed to areas of science. Example publications are provided with each section and a full bibliography is provided at the end of the CV.*

1. My scientific career has been a somewhat atypical in that I have spent the last 15 years focusing on the development and application of genomic and bioinformatic technologies and methods to support scientific investigation in a number of areas.  While there have been substantial areas of focus, my laboratory does not operate under a single or specific biological area or hypothesis.  Instead, we examine ways to improve the resolution and quality of results to answer complex questions, regardless of biological relationship.  The publications below are examples of contributions to technical projects or large consortium projects with goals in the evaluation or improvement of techniques or technologies.

   a. Statnikov A, Aliferis, C, Tsamardinos, I, Hardin, D, and Levy, S. A comprehensive evaluation of multicategory classification methods for microarray gene expression cancer diagnosis. **Bioinformatics**, 2005. 21(5), p. 631-643. PMID:15374862.

b. The MicroArray Quality Control Consortium. The MicroArray Quality Control (MAQC) project shows inter- and intraplatform reproducibility of gene expression measurements. **Nature Biotechnology**, 2006. 24(9), p. 1151-1161. PMID:16964229.

c. The ENCODE Project Consortium. An integrated encyclopedia of DNA elements in the human genome. **Nature**. 2012. 489, 57-74. PMID: 22955616 PMCID: PMC3439153

d. The Sequence Quality Control (SEQC) Consortium. A comprehensive assessment of RNA-seq accuracy, reproducibility and information content by the Sequence Quality Control consortium. **Nature Biotechnology**. 2014. 32 (9), 915-925. PMID:25150835; PMCID:4167418.

2. One area of early focus of my career was the development and analysis of mouse models for mitochondrial disease, including the knock out of the Adenine Nucleotide Translocase 2 (Ant2) gene leading to a more complete understanding of the permeability transition.  This work also discovered methods to alter the mitochondrial DNA in stem cells and supported the first mitochondrial DNA transfers by stem cells.

a. Levy SE, Waymire, KG, Kim, YL, MacGregor, GR, and Wallace, DC, Transfer of chloramphenicol-resistant mitochondrial DNA into the chimeric mouse. **Transgenic Research**. 1999. 8(2), p. 137-145. PMID:10481313.

b. Sligh JE, Levy SE, Waymire KG, Allard P, Dillehay DL, Nusinowitz S, Heckenlively JR, MacGregor GR, and Wallace DC. Maternal germ-line transmission of mutant mtDNAs from embryonic stem cell-derived chimeric mice. **Proc. of the Nat. Acad. of Sciences USA**. 2000. 97(26), p. 14461-14466. PMID:11106380; PMCID:18941.

c. Kokoszka JE, Waymire, KG, Levy, SE, Sligh, JE, Cal, JY, Jones, DP, MacGregor, GR, and Wallace, DC, The ADP/ATP translocator is not essential for the mitochondrial permeability transition pore. **Nature**, 2004. 427(6973),p. 461-465. PMID:14749836.

d. Picard M, Zhang J, Hanecock S, Derbeneva O, Golhar R, Golik P, O'Hearn S, Levy SE, Potluri P, Lvova M, Davila A, Lin CS, Perin JC, Rappaport EF, Hakonarson H, Trounce I, Procaccio V, and Wallace DC. Progressive increase in mtDNA 3243A>G heteroplasmy results in abrupt transcriptional remodeling. **Proc. of the Nat. Acad. of Sciences USA**. 2014. 111(38), E4033-E4042. PMID:25192935; PMCID:4183335.

3. A long-standing area of research interest is the genomic analysis of cancer, both childhood and adult.  These efforts have included population-based studies and more directed research in specific cancer biology.  These efforts have examined many cancer types including breast, lung, colon, and myeloid cancer.

a. Smith JJ, Deane, NG, Wu, F, Merchant, NB, Zhang, B, Jiang, A, Lu, P, Johnson, JC, Schmidt, C, Edwards, CM, Eschrich, S, Kis, C, Levy, S, Washington, MK, Heslin, MJ, Coffey, RJ, Yeatman, TJ, Shyr, Y, and Beauchamp, RD, Experimentally Derived Metastasis Gene Expression Profile Predicts Recurrence and Death in Patients With Colon Cancer. **Gastroenterology**, 2009. PMID: 19914252 PMCID: PMC3388775.

b. Powell AE, Wang Y, Li Y, Poulin EJ, Means AL, Washington MK, Higginbotham JN, Juchheim A, Prasad N, Levy SE, Guo Y, Shyr Y, Aronow BJ, Haigis KM, Franklin JL, and Coffey RJ. Lrig1, a pan-ErbB negative regulator, marks intestinal stem cells and acts as a tumor suppressor. **Cell**. 2012. 149(1), 146-158. PMID: 22464327 PMCID: PMC3563328.

c. McDaniel JM, Varley KE, Gertz J, Savic DS, Roberts BS, Bailey SK, Shevde LA, Ramaker RC, Lasseigne BN, Kirby MK, Newberry KM, Partridge EC, Jones AL, Boone B, Levy SE, Oliver PG, Sexton KC, Grizzle WE, Forero A, Buchsbaum DJ, Cooper SJ, Myers RM. Genomic regulation of invasion by STAT3 in triple negative breast cancer. **Oncotarget**. 2017;8(5):8226-38. doi: 10.18632/oncotarget.14153. PubMed PMID: 28030809; PMCID: PMC5352396.

d. McKinney M, Moffitt AB, Gaulard P, Travert M, De Leval L, Nicolae A, Raffeld M, Jaffe ES, Pittaluga S, Xi L, Heavican T, Iqbal J, Belhadj K, Delfau-Larue MH, Fataccioli V, Czader MB, Lossos IS, Chapman-Fredricks JR, Richards KL, Fedoriw Y, Ondrejka SL, Hsi ED, Low L, Weisenburger D, Chan WC, Mehta-Shah N, Horwitz S, Bernal-Mizrachi L, Flowers CR, Beaven AW, Parihar M, Baseggio L, Parrens M, Moreau A, Sujobert P, Pilichowska M, Evens AM, Chadburn A, Au-Yeung RK, Srivastava G, Choi WW, Goodlad JR, Aurer I, Basic-Kinda S, Gascoyne RD, Davis NS, Li G, Zhang J, Rajagopalan D, Reddy A, Love C, Levy S, Zhuang Y, Datta J, Dunson DB, Dave SS. The Genetic Basis of Hepatosplenic T-cell Lymphoma. **Cancer Discov**. 2017;7(4):369-79. doi: 10.1158/2159-8290.CD-16-0330. PubMed PMID: 28122867; PMCID: PMC5402251.

4. My laboratory has had the opportunity to collaborate with a number of outstanding investigators in the genetics analysis of complex neurological conditions, including autism, schizophrenia and bipolar disorders as well as ALS. We contributed significantly to the discovery of the association of de-novo rather than Mendelian mutations in these conditions, particularly in schizophrenia.

a. Xu B, Roos JL, Dexheimer P, Boone B, Plummer B, Levy S, Gogos JA, Karayiorgou M. Exome sequencing supports a de novo mutational paradigm for schizophrenia. **Nature Genetics**. 2011. 43(9), 864-868. PMID: 21822266. PMCID: PMC3196550.

b. Neale BM, Kou Y, Liu L, Ma'ayan A, Samocha KE, Sabo A, Lin CF, Stevens C, Wang LS, Makarov V, Polak P, Yoon S, Maguire J, Crawford EL, Campbell NG, Geller ET, Valladares O, Schafer C, Liu H, Zhao T, Cai G, Lihm J, Dannenfelser R, Jabado O, Peralta Z, Nagaswamy U, Reid JG, Newsham I, Wu Y, Lewis L, Han Y, Muzny D, Voight BF, Lim E, Rossin E, Kirby A, Flannick J, Fromer M, Shakir K, Fennell T, Garimella K, Boyko C, Gabriel S, dePristo M, Wimbish JR, Boone BE, Levy SE, Betancur C, Sunyaev S, Boerwinkle E, Buxbaum JD, Cook EH, Devlin B, Gibbs R, Roeder K, Schellenberg GD, Sutcliffe JS, and Daly MJ. Patterns and rates of exonic de novo mutations in autism spectrum disorders. **Nature**. 2012. 485(7397), 242-245. PMID: 22495311 PMCID:PMC3613847.

c. Xu B, Ionita-Laza I, Roos JL, Boone B, Woodrick S, Sun Y, Levy S, Gogos JA, and Karayiorgou M. De novo gene mutations highlight patterns of genetic and neural complexity in schizophrenia. **Nature Genetics**. 2012. 44(12), 1365-1369. PMID: 23042115 PMCID: PMC3556813.

d. Cirulli, ET, Lasseigne, BN, Petrovski, S, Sapp, PC, Dion, PA, Leblond, CS, Couthouis, J, Lu, Y-F, Wang, Q, Krueger, BJ, Ren, Z, Keebler, J, Han, Y, Levy, SE, Boone, BE, Wimbish, JR, Waite, LL, Jones, AL, Carulli, JP, Day-Williams, AG, Staropoli, JF, Xin, WW, Chesi, A, Raphael, AR, McKenna-Yasek, D, Cady, J, Vianney de Jong, JMB, Kenna, KP, Smith, BN, Topp, S, Miller, J, Gkazi, A, Consortium, FS, Al-Chalabi, A, van den Berg, LH, Veldink, J, Silani, V, Ticozzi, N, Shaw, CE, Baloh, RH, Appel, S, Simpson, E, Lagier-Tourenne, C, Pulst, SM, Gibson, S, Trojanowski, JQ, Elman, L, McCluskey, L, Grossman, M, Shneider, NA, Chung, WK, Ravits, JM, Glass, JD, Sims, KB, Van Deerlin, VM, Maniatis, T, Hayes, SD, Ordureau, A, Swarup, S, Landers, J, Baas, F, Allen, AS, Bedlack, RS, Harper, JW, Gitler, AD, Rouleau, GA, Brown, R, Harms, MB, Cooper, GM, Harris, T, Myers, RM, Goldstein, DB. Exome sequencing in amyotrophic lateral sclerosis identifies risk genes and pathways. **Science**. 2015. Feb 19. pii: aaa3650. [Epub ahead of print] PubMed PMID: 25700176.

5. My laboratory has played a significant role in the discovery of the causative mutations of a number of rare but significant human diseases, particularly in the field of pediatric nephrology in collaboration with Friedhelm Hildebrandt at Harvard University.  These studies applied genomic technologies to better characterize and in some cases diagnose or discover the causative mutation for severe phenotypes or disease.

a. Otto EA, Hurd TW, Airik R, Chaki M, Zhou W, Stoetzel C, Patil SB, Levy S, Ghosh AK, Murga-Zamalloa CA, van Reeuwijk J, Letteboer SJF, Sang L, Giles RH, Liu Q, Coene KLM, Estrada-

Cuzcano A, Collin RWJ, McLaughlin HM, Held S, Kasanuki JM, Ramaswami G, Conte J, Lopez I, Washburn J, MacDonald J, Hu, J, Yamashita Y, Maher ER, Guay-Woodford L, Neumann HPH, Obermuller H, Koenekoop RK, Bergmann C, Bei X, Lewis RA, Katsanis N, Lopes V, Williams DS, Lyons RH, Dang CV, Brito DA, Dias MB, Zhang X, Nurnberg G, Nurnberg P, Pierce E, Jackson P, Antignac C, Saunier S, Roepman R, Dollfus H, Khanna H, and Hildebrandt F. Candidate exome capture identifies mutation of SDCCAG8 as the cause of a retinal-renal ciliopathy. **Nature Genetics**, 2010. 42(10), 840-850 PMID: 20835237 PMCID: PMC2947620.

b. Rademakers R, Baker M, Nicholson AM, Rutherford NJ, Finch N, Soto-Ortolaza A, Lash J, Wider C, Wojtas A, DeJesus-Hernandez M, Adamson J, Kouri N, Sundal C, Shuster EA, Aasly J, MacKenzie J, Roeber S, Kretzschmar HA, Boeve BF, Knopman DS, Petersen RC, Cairns NJ, Ghetti B, Spina S, Garbern J, Tselis AC, Uitti R, Das P, Van Gerpen JA, Meschia JF, Levy S, Broderick DF, Graff-Radford N, Ross OA, Miller BB, Swerdlow RH, Dickson DW, Wszolek ZK.Mutations in the colony stimulating factor 1 receptor (CSF1R) cause hereditary diffuse leukoencephalopathy with spheroids. **Nature Genetics**. 2011. 44(2), 200-205. PMID: 22197934 PMCID: PMC3267847.

c. Fiskerstrand T, Arshad N, Haukanes BI, Tronstad RR, Pham KDC, Johansson S, Håvik B, Tønder SL, Levy SE, Brackman D, Boman H, Biswas KH, Apold J, Hovdenak N, Visweswariah SS, and Knappskog PM. Familial Diarrhea Syndrome Caused by an Activating GUCY2C Mutation. **New England Journal of Medicine**. 2012. 366(17), 1586-1595. PMID: 22436048.

d. Carlson J, Scott LJ, Locke AE, Flickinger M, Levy S, Myers RM, Boehnke M, Kang HM, Li JZ, Zöllner S. Extremely rare variants reveal patterns of germline mutation rate heterogeneity in humans. **bioRxiv**. 2017:108290.

e. Chao HT, Davids M, Burke E, Pappas JG, Rosenfeld JA, McCarty AJ, Davis T, Wolfe L, Toro C, Tifft C, Xia F, Stong N, Johnson TK, Warr CG, Undiagnosed Diseases N, Yamamoto S, Adams DR, Markello TC, Gahl WA, Bellen HJ, Wangler MF, Malicdan MC. A Syndromic Neurodevelopmental Disorder Caused by De Novo Variants in EBF3. **Am J Hum Genet**. 2017;100(1):128-37. doi: 10.1016/j.ajhg.2016.11.018. PubMed PMID: 28017372; PMCID: PMC5223093.

## Education

*College*
University of New Hampshire: BS, 1994      (Biochemistry, Microbiology)
GPA 3.37
Honors Graduate, Dean's list.

*Graduate School*
Emory University: PhD, 2000, (Biochemistry)
GPA 3.75
Thesis title:  "Genetic Alteration of the Mouse Mitochondrial Genome and Effects on Gene Expression."
Thesis advisor: Professor Douglas C. Wallace

*Post-Graduate Training*
Emory University, Douglas C. Wallace, March 2000-July 2000

## Academic Appointments

**Research Assistant Professor, Department of Molecular Physiology and Biophysics,**
Vanderbilt University Medical Center, Nashville, TN, July 2000-June 2003

**Adjunct Faculty, Graduate training program, Department of Biomedical Informatics,** Vanderbilt University Medical Center, Nashville, TN, January 2001-June 2003

**Director, Vanderbilt Microarray Shared Resource,** Vanderbilt University Medical Center, Nashville, TN, July 2000-August 2009

**Assistant Professor, Department of Biomedical Informatics,** Vanderbilt University Medical Center, Nashville, TN, July 2003-August 2009. *(Primary Appointment)*

**Assistant Professor, Department of Molecular Physiology and Biophysics,** Vanderbilt University Medical Center, Nashville, TN, July 2003-August 2009 *(Secondary Appointment)*

**Adjunct Associate Professor, Department of Biomedical Informatics,** Vanderbilt University Medical Center, Nashville, TN, August 2009-Present

**Adjunct Associate Professor, Department of Epidemiology**, University of Alabama-Birmingham, Birmingham, AL October 2010-Present.

**Adjunct Assistant Professor, Department of Genetics**, University of Alabama-Birmingham, Birmingham, AL October 2010-Present.
**Adjunct Associate Professor, Department of Biological Sciences**, University of Alabama-Huntsville, Huntsville, AL January 2014-Present.

**Faculty Investigator**, HudsonAlpha Institute for Biotechnology, Huntsville, AL, August 2009-Present

**Executive Director**, HudsonAlpha Clinical Services Laboratory, LLC, Huntsville, AL, December 2014-Present

## Professional Organizations

American Medical Informatics Association, Co-chair, Genomics Working Group (2006-2007)
Association of Biomedical Resource Facilities
American Association for the Advancement of Science
American Association for Cancer Research
American Society for Human Genetics

## Professional Activities

*Intramural-University*
Vision 2020 Personalized Medicine Committee-Task Force 3 (2009)

*Intramural-Departmental*
Department of Biomedical Informatics Academic Progress Committee (2005-2007)
Department of Biomedical Informatics Curriculum Committee (2007-2009)

*Intramural-Center Affiliations*
Vanderbilt-Ingram Cancer Center, Associate Member (2000-2009)
Vanderbilt Diabetes Research and Training Center, Member (2000-2009)

Vanderbilt Digestive Disease Research Center, Member (2003-2009)
Vanderbilt Institute of Chemical Biology, Member (2004-2009)

*Extramural-Journal Review*
▪Reviewer- Arteriosclerosis, Thrombosis and Vascular Biology (2001-present)
▪Reviewer-Bioinformatics (2001-present)
▪Reviewer-Journal of Biological Chemistry (2002-present)
▪Reviewer-Neuropsychopharmacology (2003-present)
▪Reviewer-Kidney International (2003-present)
▪Reviewer-Circulation Research (2003-present)
▪Reviewer-Proceedings of the National Academy of Sciences (2004-present)
▪Reviewer-Mitochondrion (2004-present)
▪Reviewer-Molecular Nutrition and Food Research (2005-present)
▪Reviewer-Pattern Recognition Letters (2006-present)
▪Reviewer-PLOS-Genetics (2006-present)
▪Reviewer-Physiological Genomics (2008-present)
▪Reviewer-Genome Biology (2008-present)

*Extramural-Editorial*
▪ Member, Editorial Board- Journal of the American Informatics Association (2005-2007)

*Extramural-Grant Study Section*
▪Reviewer- Alzheimer's Association (2002-present).
▪NIDDK study section ZDK1 GRB-6 "Digestive Disease Research Development Centers" December 2002.
▪NIDDK study section ZDK1 GRB-6 "Digestive Disease Research Development Centers" April 2004.
▪NCI study section ZCA1 SRRB-C "Innovative Technologies for the Detection of Cancer" July 2004.
▪NLM special study section-P41 Biomedical Informatics Resource Grants, April 2005.
▪NLM special emphasis panel ZLM1 HS RO1, July 2005
▪NIH CSR shared equipment study section ZRG1 GGG-T (30, 31), November 2005.
▪DOD Ovarian Cancer Review Panel OC-2, August 2006
▪NIH Special Emphasis Panel ZRG1 GGG-T Genomics and Genetics Shared Instrumentation, October 2006.
▪NCI study section ZCA1 SRRB-U Development of Advanced Genomic Characterization Technologies, November 2006.
▪NIDDK DK-06-017 "Silvio O. Conte Digestive Diseases Research Core Centers P30", June 2007.
▪NIH Special Emphasis Panel ZRG1 GGG-A (30) - S10s genomics and proteomics shared instrumentation, July 2007.
▪NIH Special Emphasis Panel ZRG1 GGG-B (30) - S10s genomics and proteomics shared instrumentation, September 2008.
▪NIAAA Special Review Panel ZAA1-GG-01, November 2008
▪NIH Special Emphasis Panel ZRG1 GGG-A (30) – Genes Genomes and Genetics instrumentation, October 2010.
▪NIH Study Section 2011/05 GHD-Genetics of Health and Disease Study Section, February 2011.
▪NIGRI Study Section 2012/05 ZHG1 HGR-P (M1) 1-H3 AFRICA Initiative, March 2012.

*Extramural-Other Review*

- Reviewer, American Association for the Advancement of Science Research Competitive Service-*Microarray Facilities for the Vermont Genetics Network*.  April 2002.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Michigan Core Technology Alliance*.  April 2003.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Michigan Core Technology Alliance*.  April 2004.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR*.  January 2007.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR*.  March 2008.
- Reviewer, American Association for the Advancement of Science Research Competitive Service- *Review of Washington State Life Sciences Discovery Fund* June 2008.
- Reviewer, American Association for the Advancement of Science Research Competitive Service- *Review of Missouri Life Sciences Research Board* October 2008
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR*.  June 2009.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR*.  May 2010.
- Reviewer, American Association for the Advancement of Science Research Competitive Service-*External Review of the Rhode Island EPScOR*.  September 2011.

*Extramural-Advisory*
- Member, Scientific Advisory Board, NuGen Technologies, Inc, San Carlos, CA, October 2003-December 2010.
- Member, Scientific Advisory Board, Genome Quebec Innovation Centre, Montreal, Quebec, 2008-2011.
- Member, Scientific Advisory Board, Genomic Explorations Inc, Memphis, TN, 2006-present.
- Member, Scientific Advisory Board, Rubicon Genomics, Ann Arbor, MI 2013-present.
- Chairman, Scientific Advisory Board, RainDance Technologies (BioRad), Billerica, MA 2015-present.

*Honors and Awards*
- Scholar Athlete, University of New Hampshire, 1993-1994.
- Dean's list, University of New Hampshire, 1992-1994.
- Career Development Award, SPORE in Gastrointestinal Cancer 2004-2005
- Co-Chair, Genomics Working Group of the American Medical Informatics Association 2006-2007.

## Teaching Activities

**Graduate School Courses as Course Director**
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 28 lectures, Spring 2004
**BMIF 311**-Introduction to Systems Biology, 28 lectures, Spring 2009.  *This course was a newly developed course for 2009.*

**Graduate School Courses as Lecturer**
**MPB 322**-Regulation of Gene Expression, 3 lectures, Spring 2002
**MPB 322**-Regulation of Gene Expression, 2 lectures, Spring 2003
**MPB 322**-Regulation of Gene Expression, 3 lectures, Spring 2004

**IGP 301**-Methodology, 1 lecture, Fall 2004
**IGP 301**-Methodology, 1 lecture, Fall 2005
**IGP 301**-Methodology, 1 lecture, Fall 2006
**MIM 351**-Functional Genomics and Proteomics, 2 lectures, Spring 2006
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 7 lectures, Fall 2007
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 7 lectures, Fall 2008
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 4 lectures, Fall 2009
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 4 lectures, Fall 2010
**BMIF 310**-Foundations of Bioinformatics and Computational Biology, 1 lecture, Fall 2011

## Research Supervision

*Ph.D. Thesis Committee Member*
Stephen VonStetina-Vanderbilt University (2001-2005)
Laura Wilding-Vanderbilt University (2003-2007)
Alex Statnikov-Vanderbilt University (2005-2008)
Alisha Russell-Vanderbilt University (2006-2010)
Mawuli Nyaku-University of Alabama-Birmingham (2010-2014)

*M.S. Thesis Committee Member*
Alex Statnikov (2003-2005)
Joel Parker (2000-2002)

*Student Mentorship*
*Shristi Shrestha, PhD student (2014-present)*
Nripesh Prasad, PhD student (2010-2014)
Sidd Pratrap MS student (2005-2007)
*Current position: Director of Bioinformatics, Meharry Medical College, Nashville, TN*

*Fellow Mentorship*
Lewis Frey, PhD (2004-2006)
*Current position: Assistant Professor, Department of Biomedical Informatics, University of Utah, Salt Lake City, UT.*

## Patents Awarded

Multiplex spatial profiling of gene expression
US 7,569,392 B2

## Research Support

## ACTIVE

NIH RFA-HG-16-011 (Cooper/Barsh/Korf)    06/01/2017 – 05/31/2021    0.60 calendar months
                                         $2,840,944
**Clinical sequencing across communities in the Deep South**

This proposal outlines an important study to apply WGS to diagnose neonates with rare disorders, increase participation of individuals from underrepresented racial/ethnic groups in genomics clinical trials, provide educational materials appropriate to diverse audiences, equip non-genetics healthcare providers to return WGS results, assess the impact of WGS testing and

results, and engage a broad community to implement safer, more effective, and more equitably distributed genomic medicine.

1U24HD090744-01 (Levy/Zhang)          09/23/2016 – 06/30/2019      2.40 calendar months
NIH/NICHD                             $6,212,400
**Characterizing pediatric genomes through an optimized sequencing approach**

Understanding the fundamental genetic changes associated with structural birth defects and childhood cancers is an important step in developing tools to allow more advanced prediction, treatment and prevention of these devastating conditions. We propose to combine the resources of two world-class centers to support researchers in their investigations of the genetics of birth defects and childhood cancers. This centralized resource will provide researchers with the tools and support necessary to advance our understanding and drive us closer to curing or preventing these diseases.

5UL1TR001417-02 (Kimberly)          08/18/2015 - 03/31/2019      0.60 calendar months
NIH/NCATS                           $83,644
**UAB Center for Clinical and Translational Science (CCTS)**

The UAB CCTS will enhance human health by driving scientific discovery and dialogue across the bench, bedside and community continuum. The CCTS support this overall mission in a highly integrative network of relationships. Success in creating such an environment is dependent upon success in achieving five strategic priorities: 1) enhancing research infrastructure; 2) promoting investigator education, training and development; 3) accelerating discovery across the T1 interface; 4) expanding value-added partnerships; and 5) building sustainability.

HHSN2722012000231 (Creech)          09/01/2015 – 09/30/2018      0.24 calendar months
NIH/NIAID                           $555,660
**Influenza A/H7N9 Vaccine Administered with/without AS03 Adjuvant: Standard and Systems Biology**

HudsonAlpha will receive human RNA samples from Vanderbilt University Medical Center. RNA-sequencing will be performed per specifications provided in the clinical protocol and clarified in the manual of procedures. We will perform all necessary experiments, including quality control assays. Once sequencing data are obtained, these FastQ/BAM files will be transferred to Vanderbilt University Medical Center and to the DMID Statistics and Data Coordinating Center (SDCC) for data analysis.

HHSN2722012000231 (Creech)          09/01/2015 – 09/30/2018      0.24 calendar months
NIH/NIAID                           $56,630
**Sub-study for DMID 10-0074**

HudsonAlpha will receive human RNA samples from Vanderbilt University Medical Center. RNA-sequencing will be performed per specifications provided in the clinical protocol and clarified in the manual of procedures. We will perform all necessary experiments, including quality control assays. Once sequencing data are obtained, these FastQ/BAM files will be transferred to Vanderbilt University Medical Center and to the DMID Statistics and Data Coordinating Center (SDCC) for data analysis.

6U19CA179514-05 (Coffey)          09/01/2013 - 08/31/2018      0.24 calendar months
NIH/NCI                           $39,254
**Secreted RNA during CRC progression biogenesis function and clinical markers**

Dr. Levy's laboratory will fully support RNA sequencing on 48-74 samples per year prepared from either total RNA or microRNA at the HudsonAlpha Institute for Biotechnology.  Dr. Levy's laboratory will provide all required reagents, personnel and basic analysis support for the

proposed sequencing studies during years 1-5 of the project period.

| 5U01MH105653-03 (Boehnke) | 09/19/2014 - 05/31/2018 | 0.60 calendar months |
| NIH/NIMH | $23,557 | |

**Whole Genome Sequencing for Schizophrenia and Bipolar Disorder in the GPC**

Dr. Levy will participate in weekly conference calls and several yearly face-to-face meetings to help make this project successful. Any new improvements in sequencing technology, data analysis and data interpretation that are developed and/or applied at HudsonAlpha will be made immediately available to this project.

| 3P30CA013145-44S4 (Partridge) | 04/01/2017 – 03/31/2018 | 0.60 calendar months |
| NIH/NCI | $113,863 | |

**Comprehensive Cancer Center Core Support Grant**

Dr. Myers, President and Science Director of HudsonAlpha Institute for Biotechnology, will be part of the director's council. The director's council meets on a monthly basis to advise the director on all major decisions regarding the UAB-CCC, its organization, planning and evaluation and to approve new developmental research programs and review program leaderships. In addition, Dr. Myers will co-lead UAB-CCC's Experimental Therapeutics program. Drs. Absher and Levy will be co-leaders of the Cancer Cell Biology Program and Cancer Control & Population Sciences Program. Dr. Cooper is an Associate Scientist in Experimental Therapeutics program. They will consult investigators in study design and analysis related to genomic data.

| 4UM1HG007301-04 (Cooper/Myers) | 06/14/2013-05/31/2018(NCE) | 0.60 calendar months |
| NIH/NHGRI | $1,536,927 | |

**Genomic Diagnosis in Children with Developmental Delay**

The goal of this project is to address technological, analytical, and ethical challenges that prevent optimal use of DNA sequencing to improve treatment of diseases and life planning for patients and their families. We are applying next-generation DNA sequencing to meet the diagnostic needs of children with developmental delay, intellectual disability and related health problems.

**Genomic Services Lab Director**                                   4.80 calendar months

In addition to the projects listed above, Dr. Levy, as the Director of the Genomic Services Laboratory (GSL), is involved in the development and application of genomic and bioinformatic technologies and methods to support scientific research. These activities, along with fee-for-service projects, change often making it difficult to assign a precise percent effort to individual projects. Dr. Levy has reviewed his GSL obligations and confirms that the aggregate effort on all GSL projects at any given time does not exceed 40% (4.80 calendar months) of institutional effort.


<u>**PENDING**</u>



<u>**COMPLETED**</u>

**US MED Research ACQ Activity  (PI: Richard M. Myers)**
9/16/10 - 8/31/15
Direct Costs for current year: $2,150,777
Shawn E. Levy effort: 33% effort [4.0 cal. mos.]
Title: Global genomic analysis of prostate, breast and pancreatic cancer

The goals of this study are to provide an unprecedented comprehensive view of the molecular pathogenesis of prostate, breast, and pancreatic cancer, as well as the differential response to treatments in breast cancer.  We will use next-generation DNA sequencing to measure mRNA, microRNA, DNA methylation, DNase hypersensitivity sites, histone modifications, and sites of transcription factor occupancy in tumors and matched non-tumor tissues for these three cancers. No budgetary or scientific overlap.
**Role: Co-investigator**


**NIH (PIs of Collaborative R01: Richard M.  Myers and Michael Boehnke)**
8/30/11 - 6/30/14
Direct costs for current year for HudsonAlpha portion: $1,855,348
Shawn E. Levy effort:  20% [2.4 cal. mos.]
Title: Whole Genome and Exome Sequencing for Bipolar Disorder
In this collaborative R01 grant, performed jointly with Dr. Michael Boehnke and colleagues at the University of Michigan, we are performing a detailed genetic analysis of bipolar disorder.  We are using ultrahigh-throughput sequencing to determine the deep whole genome sequences from 1,000 individuals with bipolar disorder and 1,000 control individuals without the disorder.


**NIH/NIAMS 1 R01 AR057202 (PI:  Louis Bridges)**
4/1/09 - 3/31/14
Direct Costs for current year for Myers/Absher portion: $298,704
Shawn E. Levy effort: 5% effort [0.60 cal mos.]
Title:  Genome Wide Association Study in African-Americans with Rheumatoid Arthritis
In this study, the Myers lab and Devin Absher and his lab at HudsonAlpha are collaborating with Dr. Lou Bridges and his colleagues at the School of Medicine at the University of Alabama in Birmingham to perform a genome-wide genetic association study of rheumatoid arthritis in African Americans.  No budgetary or scientific overlap.
**Role: Co-investigator**


**NHGRI P50 HG02568  (PI:  David Kingsley)**
4/19/02 - 5/31/12
Direct costs for current year: $701,981
Shawn E. Levy effort: 10% effort [1.2 cal. mos.]
Title: Center for Vertebrate Diversity
The continuation of this Center of Excellence in Genome Science (CEGS) has broad goals to understand the genetic basis for the striking biological diversity seen in vertebrate animals.  We use genetics, genomics, molecular biology and computational tools to study this problem, focusing on the three-spined stickleback fish.   HudsonAlpha performs many of the genomic experiments for this project, including genomic DNA sequencing, cDNA sequencing, BAC map construction, and genotyping.
**Role: Co-investigator**


| **5 U54 HG004576-03 (Myers)** | 10/01/2007 – 09/30/2011 | 1.20 calendar |
|---|---|---|
| NIH/NHGRI | | $3,985,643 |

"Global Annotation of Regulatory Elements in the Human Genome"

This project, which is a collaboration between the Myers group at HudsonAlpha and Barbara Wold's group at Caltech, along with contributions from Wing Wong, Arend Sidow, Serafim Batzoglou and Gavin Sherlock at Stanford, is part of the ENCODE Project, whose goals are to identify and understand the roles of all the functional elements throughout the entire human

genome.  Our contributions are to identify transcription factor binding sites, assess the methylation status and measure RNAs with next-gen sequencing.
**Role: Co-investigator**

**1 RC1 DK086594-01 (Southard-Smith)**
09/30/2009 – 09/29/2011                            0.60 calendar months
NIH                                                $240,970
"Gene Networks in Neutral Crest-derived Innervation   of the Lower Urinary Tract"
The studies proposed aim to identify essential genes that control development of nerves in the lower urinary tract that regulate bladder control and sexual function. These studies are important for understanding how these nerves normally develop and for deriving technologies that will restore neural function in urogenital birth defects or after pelvic surgery. This proposal is in response to the broad Challenge grant area of Regenerative medicine and meets multiple needs for basic research in development lower urinary tract innervation.
**Role: Co-investigator**

**5 P30 CA68485-13 (Pietenpol)**

09/28/2004 - 08/31/2009                            1.80 calendar months
NIH/NCI                                            $3,553,801
"Cancer Center Support Grant"

As part of the Vanderbilt Ingram Cancer Center's support grant, the goal of the Microarray Core is to provide genome-scale expression profiling technologies as well as analysis and informatics support to researchers who are members of the center.

**5 P30DK058404-07 (Polk)**
08/30/2007 - 05/31/2012                            1.20 calendar months
NIH/NIDDK                                          $727,500
"Molecular and Cellular Basis of Digestive Diseases"

As part of a center grant, the goal of the Microarray Core in the Vanderbilt Digestive Diseases Center is to provide support for the use of genome-scale expression profiling technologies to researchers involved in digestive disease-related research.
**Role: Core Leader**

**5 P60 DK20593-31 (Powers)**
06/01/2007 - 03/31/2012                            0.24 calendar months
NIH/NIDDK                                          $1,487,659
"Diabetes Research and Training Center"

As part of a center grant, the goal of the Microarray and Bioinformatics Core in the Diabetes Research and Training Center is to provide support for the use of genome-scale expression profiling technologies to researchers involved in DRTC-related research.
**Role: Core Leader**

**2 R01 CA064277-10A1 (Zheng)**
08/05/2008 - 05/31/2013                            0.24 calendar months
NIH/NCI                                            $324,917
"Shanghai Breast Cancer Study"

This proposal is aimed at the development of novel algorithms for the analysis of high-dimensionality data towards to the discovery of causal markers and mechanisms.
**Role: Co-investigator**

**5 U24 DK58749-03   (George)**
09/30/00 - 08/31/03                                    1.2 calendar months
NIH/NIDDK
Vanderbilt NIDDK Biotechnology Center
Purpose: The goal of this proposal was the establishment of a Biotechnology Center for the support of genomic studies of interest to investigators funded by the NIDDK.  Microarray technologies and related informatics were central to the efforts.
**Role: Co-investigator**

**VUMC Discovery Grant 540   (Levy)**
01/01/02 - 12/31/03                                    1.2 calendar months
VUMC Internal Grant                                    $50,000
Gene Expression Analysis of Colon Cancer
The goal of this proposal was the development of an integrated RNA and protein expression profile for colon cancer utilizing microarray and high-resolution protein profiling technologies. These profiles were useful in designing and developing both technological and informatic platforms for the combined analysis of protein and genetic profiles of cancer.
**Role: Principle Investigator**

**ACS IRG-58-009-46   (Levy)                 07/01/03 - 06/30/04**
ACS/VICC
Simultaneous profiling of protein and RNA expression by mass spectrometry in intact tissue sections.
The goal of this proposal is to develop a novel technology platform that facilitates the simultaneous profiling of protein and RNA species in intact tissue samples while reporting spatial position.  This will provide an unprecedented resolution to examine the biology of tumor samples and host-tumor interactions.
**Role: Principle Investigator**

**1 R21 NS043581-01A1   (McDonald)**
12/01/02 - 11/30/04
NIH/NINDS
Gene Discovery in a Putative Mouse Model of ADHD
In this proposal, microarray technology will be used to examine differential gene expression in the mouse model of ADHD, providing a rare opportunity to discover genes downstream of TRß activity that are able to produce all of the core symptoms and many adjunct features of ADHD.
**Role: Co-investigator**

**1 U01 DK063587-01   (Hayward)**
09/30/02 - 06/30/05
NIH/NIDDK
Genetic Markers of Transition Zone Hyperplasia
The goals of this proposal are the identification of biomarkers for prostate hyperplasia through the use of high-density microarray studies on novel models of prostate disease.
**Role: Co-investigator**

**W81XWH-04-1-0626 (Levy S)**
07/15/04-07/14/06
Department of Defense
Simultaneous profiling of protein and RNA expression by mass spectrometry in intact breast tissue sections.
The goal of this proposal is to continue the development of a novel technology platform that facilitates the simultaneous profiling of protein and RNA species in intact tissue samples while reporting spatial position.  This proposal will specifically fund the optimization of this technology for the analysis of breast tissue samples.
**Role: Principle Investigator**

**5 P01 HL6744-04 (Hawiger J)**
12/01/01-11/30/06
NIH/NHLBI
Functional Genomics of Inflammation
As part of a Program Project Grant, the goal of the Microarray Core in the Functional Genomics of Inflammation program project is to provide genome-scale expression profiling technologies to researchers involved in the program.
**Role: Core Leader**

**1 R01 DK068261-01 (Nagy T)**
07/01/04-06/30/07
NIH/NIDDK (subcontract with UT)
Antipsychotic Drug-induced Weight Gain
The goal of this study is to understand the actions of antipsychotic drugs as they alter body weight.  In this short subcontract with the University of Alabama, an animal model system used to study the molecular effects of selected drugs will be analyzed using genomic profiling techniques.
**Role:  Principal Investigator-subcontract**

**5 P60 DK20593-27 (Powers A)**
07/20/02-03/31/07
NIH/NIDDK
Diabetes Research and Training Center-Microarray and Bioinformatics Core
As part of a center grant, the goal of the Microarray Core in the Diabetes Research and Training Center is to provide support for the use of genome-scale expression profiling technologies to researchers involved in DRTC-related research.
**Role: Core Leader**

**5 P50 CA95103-04 (Coffey RJ)**
09/24/02-04/30/07
NIH/NCI
SPORE in GI Cancer
This study will investigate the molecular features of tumors in GI cancer and provide full support for genomic profiling projects as part of the overall SPORE program.
**Role: Core Leader**

**U24 CA126563 (Myers)**
09/28/06 – 08/31/10
NIH/NCI
"The HudsonAlpha Cancer Genome Characterization Center

We are characterizing tumors and matched non-tumor samples for copy number variations throughout the human genome as part of The Cancer Genome Atlas project, a trans-NIH initiative aimed at learning all the genetic and genomic changes associated with cancer.  We use a whole-genome genotyping method to assay more than 1 million SNPs throughout the genome.
**Role: Co-investigator**

**1 RC1 HL100016-01 (Schey)**
09/30/09 – 09/29/11
NIH-ARRA Funding
"Proteome and Transcriptome Markers of Hypertension in Urine and Plasma Exosomes"
The goal of the proposed research is to develop a novel method for discovery of molecular markers of disease that circumvents existing obstacles. Through analysis of proteins and RNA found in lipid particles isolated from blood and urine, new markers of disease will be discovered that improve diagnosis, prognosis, and prediction of response to therapy; that is, improve personalized medicine. The new methodology will be applied to reveal biomarkers of salt-sensitivity and therapeutic response in hypertensive subjects.
**Role: Co-investigator**

**Publications**

**162 peer-reviewed publications with a total of 23,891 citations** (*as of October 2018*).

> *A full publication and patent listing can be accessed via a public Google Scholar profile at:*
> *http://scholar.google.com/citations?user=xeKJAZ0AAAAJ*
> *As well as at NCBI:*
> *http://www.ncbi.nlm.nih.gov/sites/myncbi/1BODvQqGn4iAa/bibliography/43127950/public/*

---

*Articles in refereed journals*

1.  Levy SE, Waymire KG, Kim YL, MacGregor GR, Wallace DC. Transfer of chloramphenicol-resistant mitochondrial DNA into the chimeric mouse. **Transgenic Res**. 1999;8(2):137-145. PubMed PMID: 10481313; PMCID: PMC3049807.

2.  Levy SE, Chen YS, Graham BH, Wallace DC. Expression and sequence analysis of the mouse adenine nucleotide translocase 1 and 2 genes. **Gene**. 2000;254(1-2):57-66. PubMed PMID: 10974536.

3.  Sligh JE, Levy SE, Waymire KG, Allard P, Dillehay DL, Nusinowitz S, Heckenlively JR, MacGregor GR, Wallace DC. Maternal germ-line transmission of mutant mtDNAs from embryonic stem cell-derived chimeric mice. **Proc Natl Acad Sci U S A**. 2000;97(26):14461-14466. doi: 10.1073/pnas.250491597. PubMed PMID: 11106380; PMCID: PMC18941.

4.  Levy SE, Muldowney JA, 3rd. Microarray analysis of neointima: flowing toward a clear future. **Arterioscler Thromb Vasc Biol**. 2002;22(12):1946-1947. PubMed PMID: 12482816.

5.  Park Y-K, Franklin JL, Settle SH, Levy SE, Whitehead RH, Coffey RJ. Microarray gene expression profiling and correlation with morphological changes during mouse colonic development. **Gastroenterology**. 2003;124(4):A602.

6.  Gu G, Deutch AY, Franklin J, Levy S, Wallace DC, Zhang J. Profiling genes related to mitochondrial function in mice treated with N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine. **Biochem Biophys Res Commun**. 2003;308(1):197-205. PubMed PMID: 12890501.

7.  Yamagata N, Shyr Y, Yanagisawa K, Edgerton M, Dang TP, Gonzalez A, Nadaf S, Larsen P, Roberts JR, Nesbitt JC, Jensen R, Levy S, Moore JH, Minna JD, Carbone DP. A training-testing approach to the molecular classification of resected non-small cell lung cancer. **Clin Cancer Res**. 2003;9(13):4695-4704. PubMed PMID: 14581339.

8.  Levy SE. Microarray analysis in drug discovery: an uplifting view of depression. **Sci STKE**. 2003;2003(206):pe46. doi: 10.1126/stke.2003.206.pe46. PubMed PMID: 14583588.

9.  McQuain MK, Seale K, Peek J, Levy S, Haselton FR. Effects of relative humidity and buffer additives on the contact printing of microarrays by quill pins. **Anal Biochem**. 2003;320(2):281-291. PubMed PMID: 12927835.

10. McQuain MK, Seale K, Peek J, Fisher TS, Levy S, Stremler MA, Haselton FR. Chaotic mixer improves microarray hybridization. **Anal Biochem**. 2004;325(2):215-226. PubMed PMID: 14751256.

11. Law AK, Gupta D, Levy S, Wallace DC, McKeon RJ, Buck CR. TGF-beta1 induction of the adenine nucleotide translocator 1 in astrocytes occurs through Smads and Sp1 transcription factors. **BMC Neurosci**. 2004;5:1. doi: 10.1186/1471-2202-5-1. PubMed PMID: 14720305; PMCID: PMC324399.

12. Kokoszka JE, Waymire KG, Levy SE, Sligh JE, Cai J, Jones DP, MacGregor GR, Wallace DC. The ADP/ATP translocator is not essential for the mitochondrial permeability transition pore. **Nature**. 2004;427(6973):461-465. doi: 10.1038/nature02229. PubMed PMID: 14749836; PMCID: PMC3049806.

13. Sforza DM, Annese J, Liu D, Levy S, Toga AW, Smith DJ. Anatomical methods for voxelation of the mammalian brain. **Neurochem Res**. 2004;29(6):1299-1306. PubMed PMID: 15176486.

14. Friedman DB, Hill S, Keller JW, Merchant NB, Levy SE, Coffey RJ, Caprioli RM. Proteome analysis of human colon cancer by two-dimensional difference gel electrophoresis and mass spectrometry. **Proteomics**. 2004;4(3):793-811. doi: 10.1002/pmic.200300635. PubMed PMID: 14997500.

15. Chung C, Carter J, Ely K, Murphy B, Burkey B, Netterville J, Levy S, Cmelak A, Slebos R, Yarbrough W. Gene expression analysis of head and neck squamous cell carcinoma using formalin-fixed paraffin embedded tissue. **Journal of Clinical Oncology**. 2005;23(16_suppl):5537-5537.

16. Levy SE, Statnikov A, Aliferis C. Biomarker selection from high-dimensionality data. **Pharmaceutical Discovery**. 2005;5(7):S37-S37.

17. Park YK, Franklin JL, Settle SH, Levy SE, Chung E, Jeyakumar LH, Shyr Y, Washington MK, Whitehead RH, Aronow BJ, Coffey RJ. Gene expression profile analysis of mouse colon embryonic development. **Genesis**. 2005;41(1):1-12. doi: 10.1002/gene.20088. PubMed PMID: 15645444.

18. Statnikov A, Aliferis CF, Tsamardinos I, Hardin D, Levy S. A comprehensive evaluation of multicategory classification methods for microarray gene expression cancer diagnosis. **Bioinformatics**. 2005;21(5):631-643. doi: 10.1093/bioinformatics/bti033. PubMed PMID: 15374862.

19.  Xie L, Xu BJ, Gorska AE, Shyr Y, Schwartz SA, Cheng N, Levy S, Bierie B, Caprioli RM, Moses HL. Genomic and proteomic analysis of mammary tumors arising in transgenic mice. **J Proteome Res**. 2005;4(6):2088-2098. doi: 10.1021/pr050214l. PubMed PMID: 16335954.

20.  Chung CH, Levy S, Yarbrough WG. Clinical applications of genomics in head and neck cancer. **Head Neck**. 2006;28(4):360-368. doi: 10.1002/hed.20323. PubMed PMID: 16284976.

21.  Acuff HB, Sinnamon M, Fingleton B, Boone B, Levy SE, Chen X, Pozzi A, Carbone DP, Schwartz DR, Moin K, Sloane BF, Matrisian LM. Analysis of host- and tumor-derived proteinases using a custom dual species microarray reveals a protective role for stromal matrix metalloproteinase-12 in non-small cell lung cancer. **Cancer Res**. 2006;66(16):7968-7975. doi: 10.1158/0008-5472.CAN-05-4279. PubMed PMID: 16912171.

22.  Chung CH, Parker JS, Ely K, Carter J, Yi Y, Murphy BA, Ang KK, El-Naggar AK, Zanation AM, Cmelak AJ, Levy S, Slebos RJ, Yarbrough WG. Gene expression profiles identify epithelial-to-mesenchymal transition and activation of nuclear factor-kappaB signaling as characteristics of a high-risk head and neck squamous cell carcinoma. **Cancer Res**. 2006;66(16):8210-8218. doi: 10.1158/0008-5472.CAN-06-1213. PubMed PMID: 16912200.

23.  Slebos RJ, Yi Y, Ely K, Carter J, Evjen A, Zhang X, Shyr Y, Murphy BM, Cmelak AJ, Burkey BB, Netterville JL, Levy S, Yarbrough WG, Chung CH. Gene expression differences associated with human papillomavirus status in head and neck squamous cell carcinoma. **Clin Cancer Res**. 2006;12(3 Pt 1):701-709. doi: 10.1158/1078-0432.CCR-05-2017. PubMed PMID: 16467079.

24.  Consortium M, Shi L, Reid LH, Jones WD, Shippy R, Warrington JA, Baker SC, Collins PJ, de Longueville F, Kawasaki ES, Lee KY, Luo Y, Sun YA, Willey JC, Setterquist RA, Fischer GM, Tong W, Dragan YP, Dix DJ, Frueh FW, Goodsaid FM, Herman D, Jensen RV, Johnson CD, Lobenhofer EK, Puri RK, Schrf U, Thierry-Mieg J, Wang C, Wilson M, Wolber PK, Zhang L, Amur S, Bao W, Barbacioru CC, Lucas AB, Bertholet V, Boysen C, Bromley B, Brown D, Brunner A, Canales R, Cao XM, Cebula TA, Chen JJ, Cheng J, Chu TM, Chudin E, Corson J, Corton JC, Croner LJ, Davies C, Davison TS, Delenstarr G, Deng X, Dorris D, Eklund AC, Fan XH, Fang H, Fulmer-Smentek S, Fuscoe JC, Gallagher K, Ge W, Guo L, Guo X, Hager J, Haje PK, Han J, Han T, Harbottle HC, Harris SC, Hatchwell E, Hauser CA, Hester S, Hong H, Hurban P, Jackson SA, Ji H, Knight CR, Kuo WP, LeClerc JE, Levy S, Li QZ, Liu C, Liu Y, Lombardi MJ, Ma Y, Magnuson SR, Maqsodi B, McDaniel T, Mei N, Myklebost O, Ning B, Novoradovskaya N, Orr MS, Osborn TW, Papallo A, Patterson TA, Perkins RG, Peters EH, Peterson R, Philips KL, Pine PS, Pusztai L, Qian F, Ren H, Rosen M, Rosenzweig BA, Samaha RR, Schena M, Schroth GP, Shchegrova S, Smith DD, Staedtler F, Su Z, Sun H, Szallasi Z, Tezak Z, Thierry-Mieg D, Thompson KL, Tikhonova I, Turpaz Y, Vallanat B, Van C, Walker SJ, Wang SJ, Wang Y, Wolfinger R, Wong A, Wu J, Xiao C, Xie Q, Xu J, Yang W, Zhang L, Zhong S, Zong Y, Slikker W, Jr. The MicroArray Quality Control (MAQC) project shows inter- and intraplatform reproducibility of gene expression measurements. **Nat Biotechnol**. 2006;24(9):1151-1161. doi: 10.1038/nbt1239. PubMed PMID: 16964229; PMCID: PMC3272078.

25.  Chung CH, Ely K, McGavran L, Varella-Garcia M, Parker J, Parker N, Jarrett C, Carter J, Murphy BA, Netterville J, Burkey BB, Sinard R, Cmelak A, Levy S, Yarbrough WG, Slebos RJ, Hirsch FR. Increased epidermal growth factor receptor gene copy number is associated with poor prognosis in head and neck squamous cell carcinomas. **J Clin Oncol**. 2006;24(25):4170-4176. doi: 10.1200/JCO.2006.07.2587. PubMed PMID: 16943533.

26. Chung CH, Parker J, Levy S, Slebos RJ, Dicker AP, Rodeck U. Gene expression profiles as markers of aggressive disease-EGFR as a factor. **Int J Radiat Oncol Biol Phys**. 2007;69(2 Suppl):S102-105. doi: 10.1016/j.ijrobp.2007.05.039. PubMed PMID: 17848272; PMCID: PMC2361130.

27. Frey L, Edgerton M, Fisher D, Levy S. Ensemble stump classifiers and gene expression signatures in lung cancer. **Stud Health Technol Inform**. 2007;129(Pt 2):1255-1259. PubMed PMID: 17911916.

28. Kaiser S, Park YK, Franklin JL, Halberg RB, Yu M, Jessen WJ, Freudenberg J, Chen X, Haigis K, Jegga AG, Kong S, Sakthivel B, Xu H, Reichling T, Azhar M, Boivin GP, Roberts RB, Bissahoyo AC, Gonzales F, Bloom GC, Eschrich S, Carter SL, Aronow JE, Kleimeyer J, Kleimeyer M, Ramaswamy V, Settle SH, Boone B, Levy S, Graff JM, Doetschman T, Groden J, Dove WF, Threadgill DW, Yeatman TJ, Coffey RJ, Jr., Aronow BJ. Transcriptional recapitulation and subversion of embryonic colon development by mouse colon tumor models and human colon cancer. **Genome Biol**. 2007;8(7):R131. doi: 10.1186/gb-2007-8-7-r131. PubMed PMID: 17615082; PMCID: PMC2323222.

29. Zhou S, Wei S, Boone B, Levy S. Microarray analysis of genes affected by salt stress in tomato. **African Journal of Environmental Science and Technology**. 2007;1(2):14-26.

30. Chin MH, Geng AB, Khan AH, Qian WJ, Petyuk VA, Boline J, Levy S, Toga AW, Smith RD, Leahy RM, Smith DJ. A genome-scale map of expression for a mouse brain section obtained using voxelation. **Physiol Genomics**. 2007;30(3):313-321. doi: 10.1152/physiolgenomics.00287.2006. PubMed PMID: 17504947; PMCID: PMC3299369.

31. Muldowney JA, 3rd, Stringham JR, Levy SE, Gleaves LA, Eren M, Piana RN, Vaughan DE. Antiproliferative agents alter vascular plasminogen activator inhibitor-1 expression: a potential prothrombotic mechanism of drug-eluting stents. **Arterioscler Thromb Vasc Biol**. 2007;27(2):400-406. doi: 10.1161/01.ATV.0000254677.12861.b8. PubMed PMID: 17158352.

32. Chung CH, Levy S, Chaurand P, Carbone DP. Genomics and proteomics: emerging technologies in clinical cancer research. **Crit Rev Oncol Hematol**. 2007;61(1):1-25. doi: 10.1016/j.critrevonc.2006.06.005. PubMed PMID: 17015021.

33. Joshi S, Davies H, Sims LP, Levy SE, Dean J. Ovarian gene expression in the absence of FIGLA, an oocyte-specific transcription factor. **BMC Dev Biol**. 2007;7:67. doi: 10.1186/1471-213X-7-67. PubMed PMID: 17567914; PMCID: PMC1906760.

34. Zhou S, Sauvé R, Boone B, Levy S. Identification of genes associated with aluminium toxicity in tomato roots using cDNA microarrays. **Plant Stress**. 2008;2(2):113-120.

35. Pratap S, Williams SM, Levy SE. Evaluation of pooled allelotyping versus individual genotyping for genome-wide association analysis of complex disease. **BMC Bioinformatics**. 2008;9(7):P11.

36. Beeghly-Fadiel A, Long JR, Gao YT, Li C, Qu S, Cai Q, Zheng Y, Ruan ZX, Levy SE, Deming SL, Snoddy JR, Shu XO, Lu W, Zheng W. Common MMP-7 polymorphisms and breast cancer susceptibility: a multistage study of association and functionality. **Cancer Res**. 2008;68(15):6453-6459. doi: 10.1158/0008-5472.CAN-08-0636. PubMed PMID: 18648013; PMCID: PMC2718434.

37. Watson JD, Wang S, Von Stetina SE, Spencer WC, Levy S, Dexheimer PJ, Kurn N, Heath JD, Miller DM, 3rd. Complementary RNA amplification methods enhance microarray identification of transcripts expressed in the C. elegans nervous system. **BMC Genomics**.

2008;9:84. doi: 10.1186/1471-2164-9-84. PubMed PMID: 18284693; PMCID: PMC2263045.

38. Wilding Crawford L, Tweedie Ables E, Oh YA, Boone B, Levy S, Gannon M. Gene expression profiling of a mouse model of pancreatic islet dysmorphogenesis. **PLoS One**. 2008;3(2):e1611. doi: 10.1371/journal.pone.0001611. PubMed PMID: 18297134; PMCID: PMC2249940.

39. Kanies CL, Smith JJ, Kis C, Schmidt C, Levy S, Khabar KS, Morrow J, Deane N, Dixon DA, Beauchamp RD. Oncogenic Ras and transforming growth factor-beta synergistically regulate AU-rich element-containing mRNAs during epithelial to mesenchymal transition. **Mol Cancer Res**. 2008;6(7):1124-1136. doi: 10.1158/1541-7786.MCR-07-2095. PubMed PMID: 18644977; PMCID: PMC2572152.

40. Xu B, Roos JL, Levy S, van Rensburg EJ, Gogos JA, Karayiorgou M. Strong association of de novo copy number mutations with sporadic schizophrenia. **Nat Genet**. 2008;40(7):880-885. doi: 10.1038/ng.162. PubMed PMID: 18511947.

41. Subramaniam V, Golik P, Murdock DG, Levy S, Kerstann KW, Coskun PE, Melkonian GA, Wallace DC. MITOCHIP assessment of differential gene expression in the skeletal muscle of Ant1 knockout mice: coordinate regulation of OXPHOS, antioxidant, and apoptotic genes. **Biochim Biophys Acta**. 2008;1777(7-8):666-675. doi: 10.1016/j.bbabio.2008.03.015. PubMed PMID: 18439414; PMCID: PMC4391341.

42. Liu YJ, Liu XG, Wang L, Dina C, Yan H, Liu JF, Levy S, Papasian CJ, Drees BM, Hamilton JJ, Meyre D, Delplanque J, Pei YF, Zhang L, Recker RR, Froguel P, Deng HW. Genome-wide association scans identified CTNNBL1 as a novel gene for obesity. **Hum Mol Genet**. 2008;17(12):1803-1813. doi: 10.1093/hmg/ddn072. PubMed PMID: 18325910; PMCID: PMC2900891.

43. Liu YZ, Wilson SG, Wang L, Liu XG, Guo YF, Li J, Yan H, Deloukas P, Soranzo N, Chinappen-Horsley U, Cervino A, Williams FM, Xiong DH, Zhang YP, Jin TB, Levy S, Papasian CJ, Drees BM, Hamilton JJ, Recker RR, Spector TD, Deng HW. Identification of PLCL1 gene for hip bone size variation in females in a genome-wide association study. **PLoS One**. 2008;3(9):e3160. doi: 10.1371/journal.pone.0003160. PubMed PMID: 18776929; PMCID: PMC2522269.

44. Hatakeyama H, Parker J, Wheeler D, Harari P, Levy S, Chung C. Effect of insulin-like growth factor 1 receptor inhibitor on sensitization of head and neck cancer cells to cetuximab and methotrexate. **Journal of Clinical Oncology**. 2009;27(15S):6079-6079.

45. Liu Y-Z, Pei Y-F, Liu J-F, Yang F, Guo Y, Zhang L, Liu X-G, Yan H, Wang L, Zhang Y-P. Powerful bivariate genome-wide association analyses suggest the SOX6 gene influencing both obesity and osteoporosis phenotypes in males. **PloS One**. 2009;4(8):e6827.

46. Liu YZ, Pei YF, Liu JF, Yang F, Guo Y, Zhang L, Liu XG, Yan H, Wang L, Zhang YP, Levy S, Recker RR, Deng HW. Powerful bivariate genome-wide association analyses suggest the SOX6 gene influencing both obesity and osteoporosis phenotypes in males. **PLoS One**. 2009;4(8):e6827. doi: 10.1371/journal.pone.0006827. PubMed PMID: 19714249; PMCID: PMC2730014.

47. Liu YZ, Pei YF, Guo YF, Wang L, Liu XG, Yan H, Xiong DH, Zhang YP, Levy S, Li J, Haddock CK, Papasian CJ, Xu Q, Ma JZ, Payne TJ, Recker RR, Li MD, Deng HW. Genome-wide association analyses suggested a novel mechanism for smoking behavior regulated by IL15. **Mol Psychiatry**. 2009;14(7):668-680. doi: 10.1038/mp.2009.3. PubMed PMID: 19188921; PMCID: PMC2700850.

48.  Zheng W, Long J, Gao YT, Li C, Zheng Y, Xiang YB, Wen W, Levy S, Deming SL, Haines JL, Gu K, Fair AM, Cai Q, Lu W, Shu XO. Genome-wide association study identifies a new breast cancer susceptibility locus at 6q25.1. **Nat Genet**. 2009;41(3):324-328. doi: 10.1038/ng.318. PubMed PMID: 19219042; PMCID: PMC2754845.

49.  Xiong DH, Liu XG, Guo YF, Tan LJ, Wang L, Sha BY, Tang ZH, Pan F, Yang TL, Chen XD, Lei SF, Yerges LM, Zhu XZ, Wheeler VW, Patrick AL, Bunker CH, Guo Y, Yan H, Pei YF, Zhang YP, Levy S, Papasian CJ, Xiao P, Lundberg YW, Recker RR, Liu YZ, Liu YJ, Zmuda JM, Deng HW. Genome-wide association and follow-up replication studies identified ADAMTS18 and TGFBR3 as bone mass candidate genes in different ethnic groups. **Am J Hum Genet**. 2009;84(3):388-398. doi: 10.1016/j.ajhg.2009.01.025. PubMed PMID: 19249006; PMCID: PMC2667986.

50.  Liu YZ, Guo YF, Wang L, Tan LJ, Liu XG, Pei YF, Yan H, Xiong DH, Deng FY, Yu N, Zhang YP, Zhang L, Lei SF, Chen XD, Liu HB, Zhu XZ, Levy S, Papasian CJ, Drees BM, Hamilton JJ, Recker RR, Deng HW. Genome-wide association analyses identify SPOCK as a key novel gene underlying age at menarche. **PLoS Genet**. 2009;5(3):e1000420. doi: 10.1371/journal.pgen.1000420. PubMed PMID: 19282985; PMCID: PMC2652107.

51.  Liu XG, Tan LJ, Lei SF, Liu YJ, Shen H, Wang L, Yan H, Guo YF, Xiong DH, Chen XD, Pan F, Yang TL, Zhang YP, Guo Y, Tang NL, Zhu XZ, Deng HY, Levy S, Recker RR, Papasian CJ, Deng HW. Genome-wide association and replication studies identified TRHR as an important gene for lean body mass. **Am J Hum Genet**. 2009;84(3):418-423. doi: 10.1016/j.ajhg.2009.02.004. PubMed PMID: 19268274; PMCID: PMC2668008.

52.  Lei SF, Tan LJ, Liu XG, Wang L, Yan H, Guo YF, Liu YZ, Xiong DH, Li J, Yang TL, Chen XD, Guo Y, Deng FY, Zhang YP, Zhu XZ, Levy S, Papasian CJ, Hamilton JJ, Recker RR, Deng HW. Genome-wide association study identifies two novel loci containing FLNB and SBF2 genes underlying stature variation. **Hum Mol Genet**. 2009;18(9):1661-1669. doi: 10.1093/hmg/ddn405. PubMed PMID: 19039035; PMCID: PMC2667283.

53.  Li J, Yang T, Wang L, Yan H, Zhang Y, Guo Y, Pan F, Zhang Z, Peng Y, Zhou Q, He L, Zhu X, Deng H, Levy S, Papasian CJ, Drees BM, Hamilton JJ, Recker RR, Cheng J, Deng HW. Whole genome distribution and ethnic differentiation of copy number variation in Caucasian and Asian populations. **PLoS One**. 2009;4(11):e7958. doi: 10.1371/journal.pone.0007958. PubMed PMID: 19956714; PMCID: PMC2776354.

54.  De Moor MH, Liu YJ, Boomsma DI, Li J, Hamilton JJ, Hottenga JJ, Levy S, Liu XG, Pei YF, Posthuma D, Recker RR, Sullivan PF, Wang L, Willemsen G, Yan H, De Geus EJ, Deng HW. Genome-wide association study of exercise behavior in Dutch and American adults. **Med Sci Sports Exerc**. 2009;41(10):1887-1895. doi: 10.1249/MSS.0b013e3181a2f646. PubMed PMID: 19727025; PMCID: PMC2895958.

55.  Canter JA, Robbins GK, Selph D, Clifford DB, Kallianpur AR, Shafer R, Levy S, Murdock DG, Ritchie MD, Haas DW, Hulgan T, Team ACTGS, New Work Concept Sheet T. African mitochondrial DNA subhaplogroups and peripheral neuropathy during antiretroviral therapy. **J Infect Dis**. 2010;201(11):1703-1707. doi: 10.1086/652419. PubMed PMID: 20402593; PMCID: PMC2862090.

56.  Greco JA, 3rd, Pollins AC, Boone BE, Levy SE, Nanney LB. A microarray analysis of temporal gene expression profiles in thermally injured human skin. **Burns**. 2010;36(2):192-204. doi: 10.1016/j.burns.2009.06.211. PubMed PMID: 19781859; PMCID: PMC3755600.

57.  Smith JJ, Deane NG, Wu F, Merchant NB, Zhang B, Jiang A, Lu P, Johnson JC, Schmidt C, Bailey CE, Eschrich S, Kis C, Levy S, Washington MK, Heslin MJ, Coffey RJ, Yeatman

TJ, Shyr Y, Beauchamp RD. Experimentally derived metastasis gene expression profile predicts recurrence and death in patients with colon cancer. **Gastroenterology**. 2010;138(3):958-968. doi: 10.1053/j.gastro.2009.11.005. PubMed PMID: 19914252; PMCID: PMC3388775.

58. Motsinger-Reif AA, Antas PR, Oki NO, Levy S, Holland SM, Sterling TR. Polymorphisms in IL-1beta, vitamin D receptor Fok1, and Toll-like receptor 2 are associated with extrapulmonary tuberculosis. **BMC Med Genet**. 2010;11:37. doi: 10.1186/1471-2350-11-37. PubMed PMID: 20196868; PMCID: PMC2837863.

59. Lange LA, Croteau-Chonka DC, Marvelle AF, Qin L, Gaulton KJ, Kuzawa CW, McDade TW, Wang Y, Li Y, Levy S, Borja JB, Lange EM, Adair LS, Mohlke KL. Genome-wide association study of homocysteine levels in Filipinos provides evidence for CPS1 in women and a stronger MTHFR effect in young adults. **Hum Mol Genet**. 2010;19(10):2050-2058. doi: 10.1093/hmg/ddq062. PubMed PMID: 20154341; PMCID: PMC2860887.

60. Otto EA, Hurd TW, Airik R, Chaki M, Zhou W, Stoetzel C, Patil SB, Levy S, Ghosh AK, Murga-Zamalloa CA, van Reeuwijk J, Letteboer SJ, Sang L, Giles RH, Liu Q, Coene KL, Estrada-Cuzcano A, Collin RW, McLaughlin HM, Held S, Kasanuki JM, Ramaswami G, Conte J, Lopez I, Washburn J, Macdonald J, Hu J, Yamashita Y, Maher ER, Guay-Woodford LM, Neumann HP, Obermuller N, Koenekoop RK, Bergmann C, Bei X, Lewis RA, Katsanis N, Lopes V, Williams DS, Lyons RH, Dang CV, Brito DA, Dias MB, Zhang X, Cavalcoli JD, Nurnberg G, Nurnberg P, Pierce EA, Jackson PK, Antignac C, Saunier S, Roepman R, Dollfus H, Khanna H, Hildebrandt F. Candidate exome capture identifies mutation of SDCCAG8 as the cause of a retinal-renal ciliopathy. **Nat Genet**. 2010;42(10):840-850. doi: 10.1038/ng.662. PubMed PMID: 20835237; PMCID: PMC2947620.

61. Tan L, Liu R, Lei S, Pan R, Yang T, Yan H, Pei Y, Yang F, Zhang F, Pan F, Zhang Y, Hu H, Levy S, Deng H. A genome-wide association analysis implicates SOX6 as a candidate gene for wrist bone mass. **Sci China Life Sci**. 2010;53(9):1065-1072. doi: 10.1007/s11427-010-4056-7. PubMed PMID: 21104366.

62. Xu B, Roos JL, Dexheimer P, Boone B, Plummer B, Levy S, Gogos JA, Karayiorgou M. Exome sequencing supports a de novo mutational paradigm for schizophrenia. **Nat Genet**. 2011;43(9):864-868. doi: 10.1038/ng.902. PubMed PMID: 21822266; PMCID: PMC3196550.

63. Cai Q, Long J, Lu W, Qu S, Wen W, Kang D, Lee JY, Chen K, Shen H, Shen CY, Sung H, Matsuo K, Haiman CA, Khoo US, Ren Z, Iwasaki M, Gu K, Xiang YB, Choi JY, Park SK, Zhang L, Hu Z, Wu PE, Noh DY, Tajima K, Henderson BE, Chan KY, Su F, Kasuga Y, Wang W, Cheng JR, Yoo KY, Lee JY, Zheng H, Liu Y, Shieh YL, Kim SW, Lee JW, Iwata H, Le Marchand L, Chan SY, Xie X, Tsugane S, Lee MH, Wang S, Li G, Levy S, Huang B, Shi J, Delahanty R, Zheng Y, Li C, Gao YT, Shu XO, Zheng W. Genome-wide association study identifies breast cancer risk variant at 10q21.2: results from the Asia Breast Cancer Consortium. **Hum Mol Genet**. 2011;20(24):4991-4999. doi: 10.1093/hmg/ddr405. PubMed PMID: 21908515; PMCID: PMC3221542.

64. Rademakers R, Baker M, Nicholson AM, Rutherford NJ, Finch N, Soto-Ortolaza A, Lash J, Wider C, Wojtas A, DeJesus-Hernandez M, Adamson J, Kouri N, Sundal C, Shuster EA, Aasly J, MacKenzie J, Roeber S, Kretzschmar HA, Boeve BF, Knopman DS, Petersen RC, Cairns NJ, Ghetti B, Spina S, Garbern J, Tselis AC, Uitti R, Das P, Van Gerpen JA, Meschia JF, Levy S, Broderick DF, Graff-Radford N, Ross OA, Miller BB, Swerdlow RH, Dickson DW, Wszolek ZK. Mutations in the colony stimulating factor 1 receptor (CSF1R)

gene cause hereditary diffuse leukoencephalopathy with spheroids. **Nat Genet**. 2011;44(2):200-205. doi: 10.1038/ng.1027. PubMed PMID: 22197934; PMCID: PMC3267847.

65. Oki NO, Motsinger-Reif AA, Antas PR, Levy S, Holland SM, Sterling TR. Novel human genetic variants associated with extrapulmonary tuberculosis: a pilot genome wide association study. **BMC Res Notes**. 2011;4:28. doi: 10.1186/1756-0500-4-28. PubMed PMID: 21281516; PMCID: PMC3041678.

66. Beane J, Vick J, Schembri F, Anderlind C, Gower A, Campbell J, Luo L, Zhang XH, Xiao J, Alekseyev YO, Wang S, Levy S, Massion PP, Lenburg M, Spira A. Characterizing the impact of smoking and lung cancer on the airway transcriptome using RNA-Seq. **Cancer Prev Res (Phila)**. 2011;4(6):803-817. doi: 10.1158/1940-6207.CAPR-11-0212. PubMed PMID: 21636547; PMCID: PMC3694393.

67. Johansson S, Irgens H, Chudasama KK, Molnes J, Aerts J, Roque FS, Jonassen I, Levy S, Lima K, Knappskog PM, Bell GI, Molven A, Njolstad PR. Exome sequencing and genetic testing for MODY. **PLoS One**. 2012;7(5):e38050. doi: 10.1371/journal.pone.0038050. PubMed PMID: 22662265; PMCID: PMC3360646.

68. Vilgelm A, Prasad N, Hawkins O, Levy S, Richmond A. Acquired resistance to Aurora A kinase inhibitor, Alisertib, in melanoma is associated with inhibition of tumor immune surveillance. **Pigment Cell & Melanoma Research**. 2012;25(6):894-895.

69. Arrington CB, Bleyl SB, Matsunami N, Bonnell GD, Otterud BE, Nielsen DC, Stevens J, Levy S, Leppert MF, Bowles NE. Exome analysis of a family with pleiotropic congenital heart disease. **Circ Cardiovasc Genet**. 2012;5(2):175-182. doi: 10.1161/CIRCGENETICS.111.961797. PubMed PMID: 22337856; PMCID: PMC3329568.

70. Neale BM, Kou Y, Liu L, Ma'ayan A, Samocha KE, Sabo A, Lin CF, Stevens C, Wang LS, Makarov V, Polak P, Yoon S, Maguire J, Crawford EL, Campbell NG, Geller ET, Valladares O, Schafer C, Liu H, Zhao T, Cai G, Lihm J, Dannenfelser R, Jabado O, Peralta Z, Nagaswamy U, Muzny D, Reid JG, Newsham I, Wu Y, Lewis L, Han Y, Voight BF, Lim E, Rossin E, Kirby A, Flannick J, Fromer M, Shakir K, Fennell T, Garimella K, Banks E, Poplin R, Gabriel S, DePristo M, Wimbish JR, Boone BE, Levy SE, Betancur C, Sunyaev S, Boerwinkle E, Buxbaum JD, Cook EH, Jr., Devlin B, Gibbs RA, Roeder K, Schellenberg GD, Sutcliffe JS, Daly MJ. Patterns and rates of exonic de novo mutations in autism spectrum disorders. **Nature**. 2012;485(7397):242-245. doi: 10.1038/nature11011. PubMed PMID: 22495311; PMCID: PMC3613847.

71. Su Y, Vilgelm AE, Kelley MC, Hawkins OE, Liu Y, Boyd KL, Kantrow S, Splittgerber RC, Short SP, Sobolik T, Zaja-Milatovic S, Dahlman KB, Amiri KI, Jiang A, Lu P, Shyr Y, Stuart DD, Levy S, Sosman JA, Richmond A. RAF265 inhibits the growth of advanced human melanoma tumors. **Clin Cancer Res**. 2012;18(8):2184-2198. doi: 10.1158/1078-0432.CCR-11-1122. PubMed PMID: 22351689; PMCID: PMC3724517.

72. Fiskerstrand T, Arshad N, Haukanes BI, Tronstad RR, Pham KD, Johansson S, Havik B, Tonder SL, Levy SE, Brackman D, Boman H, Biswas KH, Apold J, Hovdenak N, Visweswariah SS, Knappskog PM. Familial diarrhea syndrome caused by an activating GUCY2C mutation. **N Engl J Med**. 2012;366(17):1586-1595. doi: 10.1056/NEJMoa1110132. PubMed PMID: 22436048.

73. Chaki M, Airik R, Ghosh AK, Giles RH, Chen R, Slaats GG, Wang H, Hurd TW, Zhou W, Cluckey A, Gee HY, Ramaswami G, Hong CJ, Hamilton BA, Cervenka I, Ganji RS, Bryja V, Arts HH, van Reeuwijk J, Oud MM, Letteboer SJ, Roepman R, Husson H, Ibraghimov-

Beskrovnaya O, Yasunaga T, Walz G, Eley L, Sayer JA, Schermer B, Liebau MC, Benzing T, Le Corre S, Drummond I, Janssen S, Allen SJ, Natarajan S, O'Toole JF, Attanasio M, Saunier S, Antignac C, Koenekoop RK, Ren H, Lopez I, Nayir A, Stoetzel C, Dollfus H, Massoudi R, Gleeson JG, Andreoli SP, Doherty DG, Lindstrad A, Golzio C, Katsanis N, Pape L, Abboud EB, Al-Rajhi AA, Lewis RA, Omran H, Lee EY, Wang S, Sekiguchi JM, Saunders R, Johnson CA, Garner E, Vanselow K, Andersen JS, Shlomai J, Nurnberg G, Nurnberg P, Levy S, Smogorzewska A, Otto EA, Hildebrandt F. Exome capture reveals ZNF423 and CEP164 mutations, linking renal ciliopathies to DNA damage response signaling. **Cell**. 2012;150(3):533-548. doi: 10.1016/j.cell.2012.06.028. PubMed PMID: 22863007; PMCID: PMC3433835.

74. Ding D, Scott NM, Thompson EE, Chaiworapongsa T, Torres R, Billstrand C, Murray K, Dexheimer PJ, Ismail M, Kay H, Levy S, Romero R, Lindheimer MD, Nicolae DL, Ober C. Increased protein-coding mutations in the mitochondrial genome of African American women with preeclampsia. **Reprod Sci**. 2012;19(12):1343-1351. doi: 10.1177/1933719112450337. PubMed PMID: 22902742; PMCID: PMC4046444.

75. Xu B, Ionita-Laza I, Roos JL, Boone B, Woodrick S, Sun Y, Levy S, Gogos JA, Karayiorgou M. De novo gene mutations highlight patterns of genetic and neural complexity in schizophrenia. **Nat Genet**. 2012;44(12):1365-1369. doi: 10.1038/ng.2446. PubMed PMID: 23042115; PMCID: PMC3556813.

76. Love C, Sun Z, Jima D, Li G, Zhang J, Miles R, Richards KL, Dunphy CH, Choi WW, Srivastava G, Lugar PL, Rizzieri DA, Lagoo AS, Bernal-Mizrachi L, Mann KP, Flowers CR, Naresh KN, Evens AM, Chadburn A, Gordon LI, Czader MB, Gill JI, Hsi ED, Greenough A, Moffitt AB, McKinney M, Banerjee A, Grubor V, Levy S, Dunson DB, Dave SS. The genetic landscape of mutations in Burkitt lymphoma. **Nat Genet**. 2012;44(12):1321-1325. doi: 10.1038/ng.2468. PubMed PMID: 23143597; PMCID: PMC3674561.

77. Zhou W, Otto EA, Cluckey A, Airik R, Hurd TW, Chaki M, Diaz K, Lach FP, Bennett GR, Gee HY, Ghosh AK, Natarajan S, Thongthip S, Veturi U, Allen SJ, Janssen S, Ramaswami G, Dixon J, Burkhalter F, Spoendlin M, Moch H, Mihatsch MJ, Verine J, Reade R, Soliman H, Godin M, Kiss D, Monga G, Mazzucco G, Amann K, Artunc F, Newland RC, Wiech T, Zschiedrich S, Huber TB, Friedl A, Slaats GG, Joles JA, Goldschmeding R, Washburn J, Giles RH, Levy S, Smogorzewska A, Hildebrandt F. FAN1 mutations cause karyomegalic interstitial nephritis, linking chronic kidney failure to defective DNA damage repair. **Nat Genet**. 2012;44(8):910-915. doi: 10.1038/ng.2347. PubMed PMID: 22772369; PMCID: PMC3412140.

78. Nam KT, O'Neal R, Lee YS, Lee YC, Coffey RJ, Goldenring JR. Gastric tumor development in Smad3-deficient mice initiates from forestomach/glandular transition zone along the lesser curvature. **Lab Invest**. 2012;92(6):883-895. doi: 10.1038/labinvest.2012.47. PubMed PMID: 22411066; PMCID: PMC3584162.

79. Chen XD, Xiong DH, Yang TL, Pei YF, Guo YF, Li J, Yang F, Pan F, Tan LJ, Yan H, Liu XG, Lei SF, Li X, Ning LL, Zhu XZ, Levy S, Kranzler HR, Farrer LA, Gelernter J, Recker RR, Deng HW. ANKRD7 and CYTL1 are novel risk genes for alcohol drinking behavior. **Chin Med J (Engl)**. 2012;125(6):1127-1134. PubMed PMID: 22613542; PMCID: PMC4174677.

80. Powell AE, Wang Y, Li Y, Poulin EJ, Means AL, Washington MK, Higginbotham JN, Juchheim A, Prasad N, Levy SE, Guo Y, Shyr Y, Aronow BJ, Haigis KM, Franklin JL, Coffey RJ. The pan-ErbB negative regulator Lrig1 is an intestinal stem cell marker that

functions as a tumor suppressor. **Cell**. 2012;149(1):146-158. doi: 10.1016/j.cell.2012.02.042. PubMed PMID: 22464327; PMCID: PMC3563328.

81.  Guo Y, Cai Q, Samuels DC, Ye F, Long J, Li CI, Winther JF, Tawn EJ, Stovall M, Lahteenmaki P, Malila N, Levy S, Shaffer C, Shyr Y, Shu XO, Boice JD, Jr. The use of next generation sequencing technology to study the effect of radiation therapy on mitochondrial DNA mutation. **Mutat Res**. 2012;744(2):154-160. doi: 10.1016/j.mrgentox.2012.02.006. PubMed PMID: 22387842; PMCID: PMC3354959.

82.  Consortium EP. An integrated encyclopedia of DNA elements in the human genome. **Nature**. 2012;489(7414):57-74. doi: 10.1038/nature11247. PubMed PMID: 22955616; PMCID: PMC3439153.

83.  Buehler D, Skelton S, Corpening J, Prasad N, Levy S, Clark T, Southard-Smith E. Differential expression of Phox2b marks distinct progenitor cell populations and facilitates analysis of regulatory pathways in enteric ontogeny. **Autonomic Neuroscience: Basic and Clinical**. 2013;177(2):297.

84.  Walter RB, Laszlo GS, Alonzo TA, Gerbing RB, Levy S, Fitzgibbon MP, Gudgeon CJ, Ries RE, Harrington KH, Raimondi SC, Hirsch BA, Gamis AS, M WM, Meshinchi S. Significance of expression of ITGA5 and its splice variants in acute myeloid leukemia: a report from the Children's Oncology Group. **Am J Hematol**. 2013;88(8):694-702. doi: 10.1002/ajh.23486. PubMed PMID: 23686445; PMCID: PMC3757130.

85.  Ramirez AH, Shaffer CM, Delaney JT, Sexton DP, Levy SE, Rieder MJ, Nickerson DA, George AL, Jr., Roden DM. Novel rare variants in congenital cardiac arrhythmia genes are frequent in drug-induced torsades de pointes. **Pharmacogenomics J**. 2013;13(4):325-329. doi: 10.1038/tpj.2012.14. PubMed PMID: 22584458; PMCID: PMC3422407.

86.  Gee HY, Saisawat P, Ashraf S, Hurd TW, Vega-Warner V, Fang H, Beck BB, Gribouval O, Zhou W, Diaz KA, Natarajan S, Wiggins RC, Lovric S, Chernin G, Schoeb DS, Ovunc B, Frishberg Y, Soliman NA, Fathy HM, Goebel H, Hoefele J, Weber LT, Innis JW, Faul C, Han Z, Washburn J, Antignac C, Levy S, Otto EA, Hildebrandt F. ARHGDIA mutations cause nephrotic syndrome via defective RHO GTPase signaling. **J Clin Invest**. 2013;123(8):3243-3253. doi: 10.1172/JCI69134. PubMed PMID: 23867502; PMCID: PMC3726174.

87.  Zariwala MA, Gee HY, Kurkowiak M, Al-Mutairi DA, Leigh MW, Hurd TW, Hjeij R, Dell SD, Chaki M, Dougherty GW, Adan M, Spear PC, Esteve-Rudd J, Loges NT, Rosenfeld M, Diaz KA, Olbrich H, Wolf WE, Sheridan E, Batten TF, Halbritter J, Porath JD, Kohl S, Lovric S, Hwang DY, Pittman JE, Burns KA, Ferkol TW, Sagel SD, Olivier KN, Morgan LC, Werner C, Raidt J, Pennekamp P, Sun Z, Zhou W, Airik R, Natarajan S, Allen SJ, Amirav I, Wieczorek D, Landwehr K, Nielsen K, Schwerk N, Sertic J, Kohler G, Washburn J, Levy S, Fan S, Koerner-Rettberg C, Amselem S, Williams DS, Mitchell BJ, Drummond IA, Otto EA, Omran H, Knowles MR, Hildebrandt F. ZMYND10 is mutated in primary ciliary dyskinesia and interacts with LRRC6. **Am J Hum Genet**. 2013;93(2):336-345. doi: 10.1016/j.ajhg.2013.06.007. PubMed PMID: 23891469; PMCID: PMC3738827.

88.  Ashraf S, Gee HY, Woerner S, Xie LX, Vega-Warner V, Lovric S, Fang H, Song X, Cattran DC, Avila-Casado C, Paterson AD, Nitschke P, Bole-Feysot C, Cochat P, Esteve-Rudd J, Haberberger B, Allen SJ, Zhou W, Airik R, Otto EA, Barua M, Al-Hamed MH, Kari JA, Evans J, Bierzynska A, Saleem MA, Bockenhauer D, Kleta R, El Desoky S, Hacihamdioglu DO, Gok F, Washburn J, Wiggins RC, Choi M, Lifton RP, Levy S, Han Z, Salviati L, Prokisch H, Williams DS, Pollak M, Clarke CF, Pei Y, Antignac C, Hildebrandt F. ADCK4 mutations promote steroid-resistant nephrotic syndrome through CoQ10 biosynthesis

disruption. **J Clin Invest**. 2013;123(12):5179-5189. doi: 10.1172/JCI69000. PubMed PMID: 24270420; PMCID: PMC3859425.

89. Zhang J, Grubor V, Love CL, Banerjee A, Richards KL, Mieczkowski PA, Dunphy C, Choi W, Au WY, Srivastava G, Lugar PL, Rizzieri DA, Lagoo AS, Bernal-Mizrachi L, Mann KP, Flowers C, Naresh K, Evens A, Gordon LI, Czader M, Gill JI, Hsi ED, Liu Q, Fan A, Walsh K, Jima D, Smith LL, Johnson AJ, Byrd JC, Luftig MA, Ni T, Zhu J, Chadburn A, Levy S, Dunson D, Dave SS. Genetic heterogeneity of diffuse large B-cell lymphoma. **Proc Natl Acad Sci U S A**. 2013;110(4):1398-1403. doi: 10.1073/pnas.1205299110. PubMed PMID: 23292937; PMCID: PMC3557051.

90. Chiu IM, Morimoto ET, Goodarzi H, Liao JT, O'Keeffe S, Phatnani HP, Muratet M, Carroll MC, Levy S, Tavazoie S, Myers RM, Maniatis T. A neurodegeneration-specific gene-expression signature of acutely isolated microglia from an amyotrophic lateral sclerosis mouse model. **Cell Rep**. 2013;4(2):385-401. doi: 10.1016/j.celrep.2013.06.018. PubMed PMID: 23850290; PMCID: PMC4272581.

91. Pekow J, Dougherty U, Huang Y, Gometz E, Nathanson J, Cohen G, Levy S, Kocherginsky M, Venu N, Westerhoff M, Hart J, Noffsinger AE, Hanauer SB, Hurst RD, Fichera A, Joseph LJ, Liu Q, Bissonnette M. Gene signature distinguishes patients with chronic ulcerative colitis harboring remote neoplastic lesions. **Inflamm Bowel Dis**. 2013;19(3):461-470. doi: 10.1097/MIB.0b013e3182802bac. PubMed PMID: 23388545; PMCID: PMC3836269.

92. Franklin JL, Rankin CR, Levy S, Snoddy JR, Zhang B, Washington MK, Thomson JM, Whitehead RH, Coffey RJ. Malignant transformation of colonic epithelial cells by a colon-derived long noncoding RNA. **Biochem Biophys Res Commun**. 2013;440(1):99-104. doi: 10.1016/j.bbrc.2013.09.040. PubMed PMID: 24045012; PMCID: PMC3875348.

93. Ning MS, Kim AS, Prasad N, Levy SE, Zhang H, Andl T. Characterization of the Merkel Cell Carcinoma miRNome. **J Skin Cancer**. 2014;2014:289548. doi: 10.1155/2014/289548. PubMed PMID: 24627810; PMCID: PMC3929981.

94. Royse KE, Zhi D, Conner MG, Clodfelder-Miller B, Srinivasasainagendra V, Vaughan LK, Skibola CF, Crossman DK, Levy S, Shrestha S. Differential Gene Expression Landscape of Co-Existing Cervical Pre-Cancer Lesions Using RNA-seq. **Front Oncol**. 2014;4:339. doi: 10.3389/fonc.2014.00339. PubMed PMID: 25505737; PMCID: PMC4244708.

95. Gee HY, Otto EA, Hurd TW, Ashraf S, Chaki M, Cluckey A, Vega-Warner V, Saisawat P, Diaz KA, Fang H, Kohl S, Allen SJ, Airik R, Zhou W, Ramaswami G, Janssen S, Fu C, Innis JL, Weber S, Vester U, Davis EE, Katsanis N, Fathy HM, Jeck N, Klaus G, Nayir A, Rahim KA, Al Attrach I, Al Hassoun I, Ozturk S, Drozdz D, Helmchen U, O'Toole JF, Attanasio M, Lewis RA, Nurnberg G, Nurnberg P, Washburn J, MacDonald J, Innis JW, Levy S, Hildebrandt F. Whole-exome resequencing distinguishes cystic kidney diseases from phenocopies in renal ciliopathies. **Kidney Int**. 2014;85(4):880-887. doi: 10.1038/ki.2013.450. PubMed PMID: 24257694; PMCID: PMC3972265.

96. Reinert RB, Cai Q, Hong JY, Plank JL, Aamodt K, Prasad N, Aramandla R, Dai C, Levy SE, Pozzi A, Labosky PA, Wright CV, Brissova M, Powers AC. Vascular endothelial growth factor coordinates islet innervation via vascular scaffolding. **Development**. 2014;141(7):1480-1491. doi: 10.1242/dev.098657. PubMed PMID: 24574008; PMCID: PMC3957372.

97. Vrieze SI, Malone SM, Vaidyanathan U, Kwong A, Kang HM, Zhan X, Flickinger M, Irons D, Jun G, Locke AE, Pistis G, Porcu E, Levy S, Myers RM, Oetting W, McGue M, Abecasis G, Iacono WG. In search of rare variants: preliminary results from whole genome sequencing

of 1,325 individuals with psychophysiological endophenotypes. **Psychophysiology**. 2014;51(12):1309-1320. doi: 10.1111/psyp.12350. PubMed PMID: 25387710; PMCID: PMC4231480.

98. Gee HY, Ashraf S, Wan X, Vega-Warner V, Esteve-Rudd J, Lovric S, Fang H, Hurd TW, Sadowski CE, Allen SJ, Otto EA, Korkmaz E, Washburn J, Levy S, Williams DS, Bakkaloglu SA, Zolotnitskaya A, Ozaltin F, Zhou W, Hildebrandt F. Mutations in EMP2 cause childhood-onset nephrotic syndrome. **Am J Hum Genet**. 2014;94(6):884-890. doi: 10.1016/j.ajhg.2014.04.010. PubMed PMID: 24814193; PMCID: PMC4121470.

99. Brissova M, Aamodt K, Brahmachary P, Prasad N, Hong JY, Dai C, Mellati M, Shostak A, Poffenberger G, Aramandla R, Levy SE, Powers AC. Islet microenvironment, modulated by vascular endothelial growth factor-A signaling, promotes beta cell regeneration. **Cell Metab**. 2014;19(3):498-511. doi: 10.1016/j.cmet.2014.02.001. PubMed PMID: 24561261; PMCID: PMC4012856.

100. Zhang J, Jima D, Moffitt AB, Liu Q, Czader M, Hsi ED, Fedoriw Y, Dunphy CH, Richards KL, Gill JI, Sun Z, Love C, Scotland P, Lock E, Levy S, Hsu DS, Dunson D, Dave SS. The genomic landscape of mantle cell lymphoma is related to the epigenetically determined chromatin state of normal B cells. **Blood**. 2014;123(19):2988-2996. doi: 10.1182/blood-2013-07-517177. PubMed PMID: 24682267; PMCID: PMC4014841.

101. Campbell AG, Schwientek P, Vishnivetskaya T, Woyke T, Levy S, Beall CJ, Griffen A, Leys E, Podar M. Diversity and genomic insights into the uncultured Chloroflexi from the human microbiota. **Environ Microbiol**. 2014;16(9):2635-2643. doi: 10.1111/1462-2920.12461. PubMed PMID: 24738594; PMCID: PMC4149597.

102. Li S, Tighe SW, Nicolet CM, Grove D, Levy S, Farmerie W, Viale A, Wright C, Schweitzer PA, Gao Y, Kim D, Boland J, Hicks B, Kim R, Chhangawala S, Jafari N, Raghavachari N, Gandara J, Garcia-Reyero N, Hendrickson C, Roberson D, Rosenfeld J, Smith T, Underwood JG, Wang M, Zumbo P, Baldwin DA, Grills GS, Mason CE. Multi-platform assessment of transcriptome profiling using RNA-seq in the ABRF next-generation sequencing study. **Nat Biotechnol**. 2014;32(9):915-925. doi: 10.1038/nbt.2972. PubMed PMID: 25150835; PMCID: PMC4167418.

103. Picard M, Zhang J, Hancock S, Derbeneva O, Golhar R, Golik P, O'Hearn S, Levy S, Potluri P, Lvova M, Davila A, Lin CS, Perin JC, Rappaport EF, Hakonarson H, Trounce IA, Procaccio V, Wallace DC. Progressive increase in mtDNA 3243A>G heteroplasmy causes abrupt transcriptional reprogramming. **Proc Natl Acad Sci U S A**. 2014;111(38):E4033-4042. doi: 10.1073/pnas.1414028111. PubMed PMID: 25192935; PMCID: PMC4183335.

104. Vilgelm A, Johnson A, Prasad N, Yang J, Chen S-c, Ayers G, Pawlikowski J, Raman D, Sosman J, Kelley M. Therapy-induced senescence promotes a tumor suppressive immune microenvironment via Nfkb-mediated induction of Ccl5. **Pigment Cell & Melanoma Research**. 2015;28(6):820.

105. Hsu CH, Nguyen C, Yan C, Ries RE, Chen QR, Hu Y, Ostronoff F, Stirewalt DL, Komatsoulis G, Levy S, Meerzaman D, Meshinchi S. Transcriptome Profiling of Pediatric Core Binding Factor AML. **PLoS One**. 2015;10(9):e0138782. doi: 10.1371/journal.pone.0138782. PubMed PMID: 26397705; PMCID: PMC4580636.

106. Hoek KL, Samir P, Howard LM, Niu X, Prasad N, Galassie A, Liu Q, Allos TM, Floyd KA, Guo Y, Shyr Y, Levy SE, Joyce S, Edwards KM, Link AJ. A cell-based systems biology assessment of human blood to monitor immune responses after influenza vaccination.

**PLoS One**. 2015;10(2):e0118528. doi: 10.1371/journal.pone.0118528. PubMed PMID: 25706537; PMCID: PMC4338067.

107. Afshinnekoo E, Meydan C, Chowdhury S, Jaroudi D, Boyer C, Bernstein N, Maritz JM, Reeves D, Gandara J, Chhangawala S. Modern methods for delineating metagenomic complexity. **Cell systems**. 2015;1(1):6-7.

108. Strong KA, May T, Levy SA. In sickness and in health: context matters when considering potential benefits and risks of genome-wide sequencing. **Genet Med**. 2015;17(8):681-682. doi: 10.1038/gim.2015.85. PubMed PMID: 26240975.

109. Zhi D, Shendre A, Scherzer R, Irvin MR, Perry RT, Levy S, Arnett DK, Grunfeld C, Shrestha S. Deep sequencing of RYR3 gene identifies rare and common variants associated with increased carotid intima-media thickness (cIMT) in HIV-infected individuals. **J Hum Genet**. 2015;60(2):63-67. doi: 10.1038/jhg.2014.104. PubMed PMID: 25500725.

110. Ebarasi L, Ashraf S, Bierzynska A, Gee HY, McCarthy HJ, Lovric S, Sadowski CE, Pabst W, Vega-Warner V, Fang H, Koziell A, Simpson MA, Dursun I, Serdaroglu E, Levy S, Saleem MA, Hildebrandt F, Majumdar A. Defects of CRB2 cause steroid-resistant nephrotic syndrome. **Am J Hum Genet**. 2015;96(1):153-161. doi: 10.1016/j.ajhg.2014.11.014. PubMed PMID: 25557779; PMCID: PMC4289689.

111. Cha DJ, Franklin JL, Dou Y, Liu Q, Higginbotham JN, Demory Beckler M, Weaver AM, Vickers K, Prasad N, Levy S, Zhang B, Coffey RJ, Patton JG. KRAS-dependent sorting of miRNA to exosomes. **Elife**. 2015;4:e07197. doi: 10.7554/eLife.07197. PubMed PMID: 26132860; PMCID: PMC4510696.

112. Afshinnekoo E, Meydan C, Chowdhury S, Jaroudi D, Boyer C, Bernstein N, Maritz JM, Reeves D, Gandara J, Chhangawala S, Ahsanuddin S, Simmons A, Nessel T, Sundaresh B, Pereira E, Jorgensen E, Kolokotronis SO, Kirchberger N, Garcia I, Gandara D, Dhanraj S, Nawrin T, Saletore Y, Alexander N, Vijay P, Henaff EM, Zumbo P, Walsh M, O'Mullan GD, Tighe S, Dudley JT, Dunaif A, Ennis S, O'Halloran E, Magalhaes TR, Boone B, Jones AL, Muth TR, Paolantonio KS, Alter E, Schadt EE, Garbarino J, Prill RJ, Carlton JM, Levy S, Mason CE. Geospatial Resolution of Human and Bacterial Diversity with City-Scale Metagenomics. **Cell Syst**. 2015;1(1):72-87. doi: 10.1016/j.cels.2015.01.001. PubMed PMID: 26594662; PMCID: PMC4651444.

113. Gee HY, Zhang F, Ashraf S, Kohl S, Sadowski CE, Vega-Warner V, Zhou W, Lovric S, Fang H, Nettleton M, Zhu JY, Hoefele J, Weber LT, Podracka L, Boor A, Fehrenbach H, Innis JW, Washburn J, Levy S, Lifton RP, Otto EA, Han Z, Hildebrandt F. KANK deficiency leads to podocyte dysfunction and nephrotic syndrome. **J Clin Invest**. 2015;125(6):2375-2384. doi: 10.1172/JCI79504. PubMed PMID: 25961457; PMCID: PMC4497755.

114. Cirulli ET, Lasseigne BN, Petrovski S, Sapp PC, Dion PA, Leblond CS, Couthouis J, Lu YF, Wang Q, Krueger BJ, Ren Z, Keebler J, Han Y, Levy SE, Boone BE, Wimbish JR, Waite LL, Jones AL, Carulli JP, Day-Williams AG, Staropoli JF, Xin WW, Chesi A, Raphael AR, McKenna-Yasek D, Cady J, Vianney de Jong JM, Kenna KP, Smith BN, Topp S, Miller J, Gkazi A, Consortium FS, Al-Chalabi A, van den Berg LH, Veldink J, Silani V, Ticozzi N, Shaw CE, Baloh RH, Appel S, Simpson E, Lagier-Tourenne C, Pulst SM, Gibson S, Trojanowski JQ, Elman L, McCluskey L, Grossman M, Shneider NA, Chung WK, Ravits JM, Glass JD, Sims KB, Van Deerlin VM, Maniatis T, Hayes SD, Ordureau A, Swarup S, Landers J, Baas F, Allen AS, Bedlack RS, Harper JW, Gitler AD, Rouleau GA, Brown R, Harms MB, Cooper GM, Harris T, Myers RM, Goldstein DB. Exome sequencing in amyotrophic lateral sclerosis identifies risk genes and pathways. **Science**.

2015;347(6229):1436-1441. doi: 10.1126/science.aaa3650. PubMed PMID: 25700176; PMCID: PMC4437632.

115. Zea L, Prasad N, Levy SE, Stodieck L, Jones A, Shrestha S, Klaus D. A Molecular Genetic Basis Explaining Altered Bacterial Behavior in Space. **PLoS One**. 2016;11(11):e0164359. doi: 10.1371/journal.pone.0164359. PubMed PMID: 27806055; PMCID: PMC5091764.

116. McGrath K, McGrath L, Gray A, Osuolale O, Segata N, Fillo S, Iraola G, Zhou Y, Chang Y, Li Y. The Metagenomics and Metadesign of the Subways and Urban Biomes (MetaSUB) International Consortium Inaugural Meeting Report (vol 4, 24, 2016). **MICROBIOME**. 2016;4.

117. Levy SE, Myers RM. Advancements in next-generation sequencing. **Annual review of genomics and human genetics**. 2016;17:95-115.

118. Graham HT, Rotroff DM, Marvel SW, Buse JB, Havener TM, Wilson AG, Wagner MJ, Motsinger-Reif AA, Investigators AA. Incorporating Concomitant Medications into Genome-Wide Analyses for the Study of Complex Disease and Drug Response. **Frontiers in genetics**. 2016;7.

119. Alam SG, Zhang Q, Prasad N, Li Y, Chamala S, Kuchibhotla R, Kc B, Aggarwal V, Shrestha S, Jones AL, Levy SE, Roux KJ, Nickerson JA, Lele TP. The mammalian LINC complex regulates genome transcriptional responses to substrate rigidity. **Sci Rep**. 2016;6:38063. doi: 10.1038/srep38063. PubMed PMID: 27905489; PMCID: PMC5131312.

120. Grimes JA, Prasad N, Levy S, Cattley R, Lindley S, Boothe HW, Henderson RA, Smith BF. A comparison of microRNA expression profiles from splenic hemangiosarcoma, splenic nodular hyperplasia, and normal spleens of dogs. **BMC Vet Res**. 2016;12(1):272. doi: 10.1186/s12917-016-0903-5. PubMed PMID: 27912752; PMCID: PMC5135805.

121. Rahman KM, Camp ME, Prasad N, McNeel AK, Levy SE, Bartol FF, Bagnell CA. Age and Nursing Affect the Neonatal Porcine Uterine Transcriptome. **Biol Reprod**. 2016;94(2):46. doi: 10.1095/biolreprod.115.136150. PubMed PMID: 26632611.

122. Vilgelm AE, Johnson CA, Prasad N, Yang J, Chen SC, Ayers GD, Pawlikowski JS, Raman D, Sosman JA, Kelley M, Ecsedy JA, Shyr Y, Levy SE, Richmond A. Connecting the Dots: Therapy-Induced Senescence and a Tumor-Suppressive Immune Microenvironment. **J Natl Cancer Inst**. 2016;108(6):djv406. doi: 10.1093/jnci/djv406. PubMed PMID: 26719346; PMCID: PMC4849355.

123. Goes FS, Pirooznia M, Parla JS, Kramer M, Ghiban E, Mavruk S, Chen YC, Monson ET, Willour VL, Karchin R, Flickinger M, Locke AE, Levy SE, Scott LJ, Boehnke M, Stahl E, Moran JL, Hultman CM, Landen M, Purcell SM, Sklar P, Zandi PP, McCombie WR, Potash JB. Exome Sequencing of Familial Bipolar Disorder. **JAMA Psychiatry**. 2016;73(6):590-597. doi: 10.1001/jamapsychiatry.2016.0251. PubMed PMID: 27120077.

124. Dou Y, Cha DJ, Franklin JL, Higginbotham JN, Jeppesen DK, Weaver AM, Prasad N, Levy S, Coffey RJ, Patton JG, Zhang B. Circular RNAs are down-regulated in KRAS mutant colon cancer cells and can be transferred to exosomes. **Sci Rep**. 2016;6:37982. doi: 10.1038/srep37982. PubMed PMID: 27892494; PMCID: PMC5125100.

125. McCarthy S, Das S, Kretzschmar W, Delaneau O, Wood AR, Teumer A, Kang HM, Fuchsberger C, Danecek P, Sharp K, Luo Y, Sidore C, Kwong A, Timpson N, Koskinen S, Vrieze S, Scott LJ, Zhang H, Mahajan A, Veldink J, Peters U, Pato C, van Duijn CM, Gillies CE, Gandin I, Mezzavilla M, Gilly A, Cocca M, Traglia M, Angius A, Barrett JC, Boomsma D, Branham K, Breen G, Brummett CM, Busonero F, Campbell H, Chan A, Chen S, Chew E, Collins FS, Corbin LJ, Smith GD, Dedoussis G, Dorr M, Farmaki AE, Ferrucci L, Forer L,

Fraser RM, Gabriel S, Levy S, Groop L, Harrison T, Hattersley A, Holmen OL, Hveem K, Kretzler M, Lee JC, McGue M, Meitinger T, Melzer D, Min JL, Mohlke KL, Vincent JB, Nauck M, Nickerson D, Palotie A, Pato M, Pirastu N, McInnis M, Richards JB, Sala C, Salomaa V, Schlessinger D, Schoenherr S, Slagboom PE, Small K, Spector T, Stambolian D, Tuke M, Tuomilehto J, Van den Berg LH, Van Rheenen W, Volker U, Wijmenga C, Toniolo D, Zeggini E, Gasparini P, Sampson MG, Wilson JF, Frayling T, de Bakker PI, Swertz MA, McCarroll S, Kooperberg C, Dekker A, Altshuler D, Willer C, Iacono W, Ripatti S, Soranzo N, Walter K, Swaroop A, Cucca F, Anderson CA, Myers RM, Boehnke M, McCarthy MI, Durbin R, Haplotype Reference C. A reference panel of 64,976 haplotypes for genotype imputation. **Nat Genet**. 2016;48(10):1279-1283. doi: 10.1038/ng.3643. PubMed PMID: 27548312; PMCID: PMC5388176.

126. Das S, Forer L, Schonherr S, Sidore C, Locke AE, Kwong A, Vrieze SI, Chew EY, Levy S, McGue M, Schlessinger D, Stambolian D, Loh PR, Iacono WG, Swaroop A, Scott LJ, Cucca F, Kronenberg F, Boehnke M, Abecasis GR, Fuchsberger C. Next-generation genotype imputation service and methods. **Nat Genet**. 2016;48(10):1284-1287. doi: 10.1038/ng.3656. PubMed PMID: 27571263; PMCID: PMC5157836.

127. Mason C, McIntyre A, Ounit R, Afshinnekoo E, Prill R, Henaff E, Alexander N, Minot S, Danko D, Foox J. Comprehensive Benchmarking and Ensemble Approaches for Metagenomic Classifiers. **bioRxiv**. 2017:156919.

128. Howard LM, Hoek KL, Goll JB, Samir P, Galassie A, Allos TM, Niu X, Gordy LE, Creech CB, Prasad N, Jensen TL, Hill H, Levy SE, Joyce S, Link AJ, Edwards KM. Cell-Based Systems Biology Analysis of Human AS03-Adjuvanted H5N1 Avian Influenza Vaccine Responses: A Phase I Randomized Controlled Trial. **PLoS One**. 2017;12(1):e0167488. doi: 10.1371/journal.pone.0167488. PubMed PMID: 28099485; PMCID: PMC5242433.

129. Carlson J, Scott LJ, Locke AE, Flickinger M, Levy S, Myers RM, Boehnke M, Kang HM, Li JZ, Zöllner S. Extremely rare variants reveal patterns of germline mutation rate heterogeneity in humans. **bioRxiv**. 2017:108290.

130. Johansson BB, Irgens HU, Molnes J, Sztromwasser P, Aukrust I, Juliusson PB, Sovik O, Levy S, Skrivarhaug T, Joner G, Molven A, Johansson S, Njolstad PR. Targeted next-generation sequencing reveals MODY in up to 6.5% of antibody-negative diabetes cases listed in the Norwegian Childhood Diabetes Registry. **Diabetologia**. 2017;60(4):625-635. doi: 10.1007/s00125-016-4167-1. PubMed PMID: 27913849.

131. Mason CE, Afshinnekoo E, Tighe S, Wu S, Levy S. International Standards for Genomes, Transcriptomes, and Metagenomes. **J Biomol Tech**. 2017;28(1):8-18. doi: 10.7171/jbt.17-2801-006. PubMed PMID: 28337071; PMCID: PMC5359768.

132. McKinney M, Moffitt AB, Gaulard P, Travert M, De Leval L, Nicolae A, Raffeld M, Jaffe ES, Pittaluga S, Xi L, Heavican T, Iqbal J, Belhadj K, Delfau-Larue MH, Fataccioli V, Czader MB, Lossos IS, Chapman-Fredricks JR, Richards KL, Fedoriw Y, Ondrejka SL, Hsi ED, Low L, Weisenburger D, Chan WC, Mehta-Shah N, Horwitz S, Bernal-Mizrachi L, Flowers CR, Beaven AW, Parihar M, Baseggio L, Parrens M, Moreau A, Sujobert P, Pilichowska M, Evens AM, Chadburn A, Au-Yeung RK, Srivastava G, Choi WW, Goodlad JR, Aurer I, Basic-Kinda S, Gascoyne RD, Davis NS, Li G, Zhang J, Rajagopalan D, Reddy A, Love C, Levy S, Zhuang Y, Datta J, Dunson DB, Dave SS. The Genetic Basis of Hepatosplenic T-cell Lymphoma. **Cancer Discov**. 2017;7(4):369-379. doi: 10.1158/2159-8290.CD-16-0330. PubMed PMID: 28122867; PMCID: PMC5402251.

133. Tighe S, Afshinnekoo E, Rock TM, McGrath K, Alexander N, McIntyre A, Ahsanuddin S, Bezdan D, Green SJ, Joye S, Stewart Johnson S, Baldwin DA, Bivens N, Ajami N,

Carmical JR, Herriott IC, Colwell R, Donia M, Foox J, Greenfield N, Hunter T, Hoffman J, Hyman J, Jorgensen E, Krawczyk D, Lee J, Levy S, Garcia-Reyero N, Settles M, Thomas K, Gomez F, Schriml L, Kyrpides N, Zaikova E, Penterman J, Mason CE. Genomic Methods and Microbiological Technologies for Profiling Novel and Extreme Environments for the Extreme Microbiome Project (XMP). **J Biomol Tech**. 2017;28(1):31-39. doi: 10.7171/jbt.17-2801-004. PubMed PMID: 28337070; PMCID: PMC5345951.

134. Gosline SJ, Weinberg H, Knight P, Yu T, Guo X, Prasad N, Jones A, Shrestha S, Boone B, Levy SE, La Rosa S, Guinney J, Bakker A. A high-throughput molecular data resource for cutaneous neurofibromas. **Sci Data**. 2017;4:170045. doi: 10.1038/sdata.2017.45. PubMed PMID: 28398289; PMCID: PMC5387919.

135. Chao HT, Davids M, Burke E, Pappas JG, Rosenfeld JA, McCarty AJ, Davis T, Wolfe L, Toro C, Tifft C, Xia F, Stong N, Johnson TK, Warr CG, Undiagnosed Diseases N, Yamamoto S, Adams DR, Markello TC, Gahl WA, Bellen HJ, Wangler MF, Malicdan MC. A Syndromic Neurodevelopmental Disorder Caused by De Novo Variants in EBF3. **Am J Hum Genet**. 2017;100(1):128-137. doi: 10.1016/j.ajhg.2016.11.018. PubMed PMID: 28017372; PMCID: PMC5223093.

136. McDaniel JM, Varley KE, Gertz J, Savic DS, Roberts BS, Bailey SK, Shevde LA, Ramaker RC, Lasseigne BN, Kirby MK, Newberry KM, Partridge EC, Jones AL, Boone B, Levy SE, Oliver PG, Sexton KC, Grizzle WE, Forero A, Buchsbaum DJ, Cooper SJ, Myers RM. Genomic regulation of invasion by STAT3 in triple negative breast cancer. **Oncotarget**. 2017;8(5):8226-8238. doi: 10.18632/oncotarget.14153. PubMed PMID: 28030809; PMCID: PMC5352396.

137. Dean ED, Li M, Prasad N, Wisniewski SN, Von Deylen A, Spaeth J, Maddison L, Botros A, Sedgeman LR, Bozadjieva N, Ilkayeva O, Coldren A, Poffenberger G, Shostak A, Semich MC, Aamodt KI, Phillips N, Yan H, Bernal-Mizrachi E, Corbin JD, Vickers KC, Levy SE, Dai C, Newgard C, Gu W, Stein R, Chen W, Powers AC. Interrupted Glucagon Signaling Reveals Hepatic alpha Cell Axis and Role for L-Glutamine in alpha Cell Proliferation. **Cell Metab**. 2017;25(6):1362-1373 e1365. doi: 10.1016/j.cmet.2017.05.011. PubMed PMID: 28591638.

138. Steffen MM, Davis TW, McKay RML, Bullerjahn GS, Krausfeldt LE, Stough JMA, Neitzey ML, Gilbert NE, Boyer GL, Johengen TH, Gossiaux DC, Burtner AM, Palladino D, Rowe MD, Dick GJ, Meyer KA, Levy S, Boone BE, Stumpf RP, Wynne TT, Zimba PV, Gutierrez D, Wilhelm SW. Ecophysiological Examination of the Lake Erie Microcystis Bloom in 2014: Linkages between Biology and the Water Supply Shutdown of Toledo, OH. **Environ Sci Technol**. 2017;51(12):6745-6755. doi: 10.1021/acs.est.7b00856. PubMed PMID: 28535339.

139. Luo W, Galvan DL, Woodard LE, Dorset D, Levy S, Wilson MH. Comparative analysis of chimeric ZFP-, TALE- and Cas9-piggyBac transposases for integration into a single locus in human cells. **Nucleic Acids Res**. 2017. doi: 10.1093/nar/gkx572. PubMed PMID: 28666380.

140. Moffitt AB, Ondrejka SL, McKinney M, Rempel RE, Goodlad JR, Teh CH, Leppa S, Mannisto S, Kovanen PE, Tse E, Au-Yeung RKH, Kwong YL, Srivastava G, Iqbal J, Yu J, Naresh K, Villa D, Gascoyne RD, Said J, Czader MB, Chadburn A, Richards KL, Rajagopalan D, Davis NS, Smith EC, Palus BC, Tzeng TJ, Healy JA, Lugar PL, Datta J, Love C, Levy S, Dunson DB, Zhuang Y, Hsi ED, Dave SS. Enteropathy-associated T cell lymphoma subtypes are characterized by loss of function of SETD2. **J Exp Med**.

2017;214(5):1371-1386. doi: 10.1084/jem.20160894. PubMed PMID: 28424246; PMCID: PMC5413324.

141. Dai C, Hang Y, Shostak A, Poffenberger G, Hart N, Prasad N, Phillips N, Levy SE, Greiner DL, Shultz LD, Bottino R, Kim SK, Powers AC. Age-dependent human beta cell proliferation induced by glucagon-like peptide 1 and calcineurin signaling. **J Clin Invest**. 2017;127(10):3835-3844. doi: 10.1172/JCI91761. PubMed PMID: 28920919; PMCID: PMC5617654.

142. Reddy A, Zhang J, Davis NS, Moffitt AB, Love CL, Waldrop A, Leppa S, Pasanen A, Meriranta L, Karjalainen-Lindsberg ML, Norgaard P, Pedersen M, Gang AO, Hogdall E, Heavican TB, Lone W, Iqbal J, Qin Q, Li G, Kim SY, Healy J, Richards KL, Fedoriw Y, Bernal-Mizrachi L, Koff JL, Staton AD, Flowers CR, Paltiel O, Goldschmidt N, Calaminici M, Clear A, Gribben J, Nguyen E, Czader MB, Ondrejka SL, Collie A, Hsi ED, Tse E, Au-Yeung RKH, Kwong YL, Srivastava G, Choi WWL, Evens AM, Pilichowska M, Sengar M, Reddy N, Li S, Chadburn A, Gordon LI, Jaffe ES, Levy S, Rempel R, Tzeng T, Happ LE, Dave T, Rajagopalan D, Datta J, Dunson DB, Dave SS. Genetic and Functional Drivers of Diffuse Large B Cell Lymphoma. **Cell**. 2017;171(2):481-494 e415. doi: 10.1016/j.cell.2017.09.027. PubMed PMID: 28985567; PMCID: PMC5659841.

143. McIntyre ABR, Ounit R, Afshinnekoo E, Prill RJ, Henaff E, Alexander N, Minot SS, Danko D, Foox J, Ahsanuddin S, Tighe S, Hasan NA, Subramanian P, Moffat K, Levy S, Lonardi S, Greenfield N, Colwell RR, Rosen GL, Mason CE. Comprehensive benchmarking and ensemble approaches for metagenomic classifiers. **Genome Biol**. 2017;18(1):182. doi: 10.1186/s13059-017-1299-7. PubMed PMID: 28934964; PMCID: PMC5609029.

144. O'Hara NB, Reed HJ, Afshinnekoo E, Harvin D, Caplan N, Rosen G, Frye B, Woloszynek S, Ounit R, Levy S, Butler E, Mason CE. Metagenomic characterization of ambulances across the USA. **Microbiome**. 2017;5(1):125. doi: 10.1186/s40168-017-0339-6. PubMed PMID: 28938903; PMCID: PMC5610413.

145. Aunins TR, Erickson KE, Prasad N, Levy SE, Jones A, Shrestha S, Mastracchio R, Stodieck L, Klaus D, Zea L, Chatterjee A. Spaceflight Modifies Escherichia coli Gene Expression in Response to Antibiotic Exposure and Reveals Role of Oxidative Stress Response. **Front Microbiol**. 2018;9:310. doi: 10.3389/fmicb.2018.00310. PubMed PMID: 29615983; PMCID: PMC5865062.

146. Thompson ML, Finnila CR, Bowling KM, Brothers KB, Neu MB, Amaral MD, Hiatt SM, East KM, Gray DE, Lawlor JMJ, Kelley WV, Lose EJ, Rich CA, Simmons S, Levy SE, Myers RM, Barsh GS, Bebin EM, Cooper GM. Genomic sequencing identifies secondary findings in a cohort of parent study participants. **Genet Med**. 2018. doi: 10.1038/gim.2018.53. PubMed PMID: 29790872.

147. Marcogliese PC, Shashi V, Spillmann RC, Stong N, Rosenfeld JA, Koenig MK, Martinez-Agosto JA, Herzog M, Chen AH, Dickson PI, Lin HJ, Vera MU, Salamon N, Graham JM, Jr., Ortiz D, Infante E, Steyaert W, Dermaut B, Poppe B, Chung HL, Zuo Z, Lee PT, Kanca O, Xia F, Yang Y, Smith EC, Jasien J, Kansagra S, Spiridigliozzi G, El-Dairi M, Lark R, Riley K, Koeberl DD, Golden-Grant K, Program for Undiagnosed D, Undiagnosed Diseases N, Yamamoto S, Wangler MF, Mirzaa G, Hemelsoet D, Lee B, Nelson SF, Goldstein DB, Bellen HJ, Pena LDM. IRF2BPL Is Associated with Neurological Phenotypes. **Am J Hum Genet**. 2018;103(2):245-260. doi: 10.1016/j.ajhg.2018.07.006. PubMed PMID: 30057031; PMCID: PMC6081494.

148. Schlegel C, Lapierre LA, Weis VG, Williams JA, Kaji I, Pinzon-Guzman C, Prasad N, Boone B, Jones A, Correa H, Levy SE, Han X, Wang M, Thomsen K, Acra S, Goldenring JR.

Reversible deficits in apical transporter trafficking associated with deficiency in diacylglycerol acyltransferase. **Traffic**. 2018. doi: 10.1111/tra.12608. PubMed PMID: 30095213.

149. Schlegel C, Lapierre LA, Weis VG, Williams JA, Kaji I, Pinzon-Guzman C, Prasad N, Boone B, Jones A, Correa H, Levy SE, Han X, Wang M, Thomsen K, Acra S, Goldenring JR. Reversible deficits in apical transporter trafficking associated with DGAT1 deficiency. **Traffic**. 2018. doi: 10.1111/tra.12608. PubMed PMID: 30095213.

150. Keele GR, Prokop JW, He H, Holl K, Littrell J, Deal A, Francic S, Cui L, Gatti DM, Broman KW, Tschannen M, Tsaih SW, Zagloul M, Kim Y, Baur B, Fox J, Robinson M, Levy S, Flister MJ, Mott R, Valdar W, Solberg Woods LC. Genetic Fine-Mapping and Identification of Candidate Genes and Variants for Adiposity Traits in Outbred Rats. **Obesity (Silver Spring)**. 2018;26(1):213-222. doi: 10.1002/oby.22075. PubMed PMID: 29193816; PMCID: PMC5740008.

151. Hiatt SM, Amaral MD, Bowling KM, Finnila CR, Thompson ML, Gray DE, Lawlor JMJ, Cochran JN, Bebin EM, Brothers KB, East KM, Kelley WV, Lamb NE, Levy SE, Lose EJ, Neu MB, Rich CA, Simmons S, Myers RM, Barsh GS, Cooper GM. Systematic reanalysis of genomic data improves quality of variant interpretation. **Clin Genet**. 2018;94(1):174-178. doi: 10.1111/cge.13259. PubMed PMID: 29652076; PMCID: PMC5995667.

152. Weiss H, Hertzberg VS, Dupont C, Espinoza JL, Levy S, Nelson K, Norris S, FlyHealthy Research T. The Airplane Cabin Microbiome. **Microb Ecol**. 2018. doi: 10.1007/s00248-018-1191-3. PubMed PMID: 29876609.

153. Bipolar D, Schizophrenia Working Group of the Psychiatric Genomics Consortium. Electronic address drve, Bipolar D, Schizophrenia Working Group of the Psychiatric Genomics C. Genomic Dissection of Bipolar Disorder and Schizophrenia, Including 28 Subphenotypes. **Cell**. 2018;173(7):1705-1715 e1716. doi: 10.1016/j.cell.2018.05.046. PubMed PMID: 29906448.

154. Shashi V, Schoch K, Spillmann R, Cope H, Tan QK, Walley N, Pena L, McConkie-Rosell A, Jiang YH, Stong N, Need AC, Goldstein DB, Undiagnosed Diseases N. A comprehensive iterative approach is highly effective in diagnosing individuals who are exome negative. **Genet Med**. 2018. doi: 10.1038/s41436-018-0044-2. PubMed PMID: 29907797.

155. Olahova M, Yoon WH, Thompson K, Jangam S, Fernandez L, Davidson JM, Kyle JE, Grove ME, Fisk DG, Kohler JN, Holmes M, Dries AM, Huang Y, Zhao C, Contrepois K, Zappala Z, Fresard L, Waggott D, Zink EM, Kim YM, Heyman HM, Stratton KG, Webb-Robertson BM, Undiagnosed Diseases N, Snyder M, Merker JD, Montgomery SB, Fisher PG, Feichtinger RG, Mayr JA, Hall J, Barbosa IA, Simpson MA, Deshpande C, Waters KM, Koeller DM, Metz TO, Morris AA, Schelley S, Cowan T, Friederich MW, McFarland R, Van Hove JLK, Enns GM, Yamamoto S, Ashley EA, Wangler MF, Taylor RW, Bellen HJ, Bernstein JA, Wheeler MT. Biallelic Mutations in ATP5F1D, which Encodes a Subunit of ATP Synthase, Cause a Metabolic Disorder. **Am J Hum Genet**. 2018;102(3):494-504. doi: 10.1016/j.ajhg.2018.01.020. PubMed PMID: 29478781.

156. Brissova M, Haliyur R, Saunders D, Shrestha S, Dai C, Blodgett DM, Bottino R, Campbell-Thompson M, Aramandla R, Poffenberger G, Lindner J, Pan FC, von Herrath MG, Greiner DL, Shultz LD, Sanyoura M, Philipson LH, Atkinson M, Harlan DM, Levy SE, Prasad N, Stein R, Powers AC. alpha Cell Function and Gene Expression Are Compromised in Type 1 Diabetes. **Cell Rep**. 2018;22(10):2667-2676. doi: 10.1016/j.celrep.2018.02.032. PubMed PMID: 29514095.

157. Nicolas A, Kenna KP, Renton AE, Ticozzi N, Faghri F, Chia R, Dominov JA, Kenna BJ, Nalls MA, Keagle P, Rivera AM, van Rheenen W, Murphy NA, van Vugt J, Geiger JT, Van der Spek RA, Pliner HA, Shankaracharya, Smith BN, Marangi G, Topp SD, Abramzon Y, Gkazi AS, Eicher JD, Kenna A, Consortium I, Mora G, Calvo A, Mazzini L, Riva N, Mandrioli J, Caponnetto C, Battistini S, Volanti P, La Bella V, Conforti FL, Borghero G, Messina S, Simone IL, Trojsi F, Salvi F, Logullo FO, D'Alfonso S, Corrado L, Capasso M, Ferrucci L, Genomic Translation for ALSCC, Moreno CAM, Kamalakaran S, Goldstein DB, Consortium ALSS, Gitler AD, Harris T, Myers RM, Consortium NA, Phatnani H, Musunuri RL, Evani US, Abhyankar A, Zody MC, Answer ALSF, Kaye J, Finkbeiner S, Wyman SK, LeNail A, Lima L, Fraenkel E, Svendsen CN, Thompson LM, Van Eyk JE, Berry JD, Miller TM, Kolb SJ, Cudkowicz M, Baxi E, Clinical Research in ALS, Related Disorders for Therapeutic Development C, Benatar M, Taylor JP, Rampersaud E, Wu G, Wuu J, Consortium S, Lauria G, Verde F, Fogh I, Tiloca C, Comi GP, Soraru G, Cereda C, French ALSC, Corcia P, Laaksovirta H, Myllykangas L, Jansson L, Valori M, Ealing J, Hamdalla H, Rollinson S, Pickering-Brown S, Orrell RW, Sidle KC, Malaspina A, Hardy J, Singleton AB, Johnson JO, Arepalli S, Sapp PC, McKenna-Yasek D, Polak M, Asress S, Al-Sarraj S, King A, Troakes C, Vance C, de Belleroche J, Baas F, Ten Asbroek A, Munoz-Blanco JL, Hernandez DG, Ding J, Gibbs JR, Scholz SW, Floeter MK, Campbell RH, Landi F, Bowser R, Pulst SM, Ravits JM, MacGowan DJL, Kirby J, Pioro EP, Pamphlett R, Broach J, Gerhard G, Dunckley TL, Brady CB, Kowall NW, Troncoso JC, Le Ber I, Mouzat K, Lumbroso S, Heiman-Patterson TD, Kamel F, Van Den Bosch L, Baloh RH, Strom TM, Meitinger T, Shatunov A, Van Eijk KR, de Carvalho M, Kooyman M, Middelkoop B, Moisse M, McLaughlin RL, Van Es MA, Weber M, Boylan KB, Van Blitterswijk M, Rademakers R, Morrison KE, Basak AN, Mora JS, Drory VE, Shaw PJ, Turner MR, Talbot K, Hardiman O, Williams KL, Fifita JA, Nicholson GA, Blair IP, Rouleau GA, Esteban-Perez J, Garcia-Redondo A, Al-Chalabi A, Project Min EALSSC, Rogaeva E, Zinman L, Ostrow LW, Maragakis NJ, Rothstein JD, Simmons Z, Cooper-Knock J, Brice A, Goutman SA, Feldman EL, Gibson SB, Taroni F, Ratti A, Gellera C, Van Damme P, Robberecht W, Fratta P, Sabatelli M, Lunetta C, Ludolph AC, Andersen PM, Weishaupt JH, Camu W, Trojanowski JQ, Van Deerlin VM, Brown RH, Jr., van den Berg LH, Veldink JH, Harms MB, Glass JD, Stone DJ, Tienari P, Silani V, Chio A, Shaw CE, Traynor BJ, Landers JE. Genome-wide Analyses Identify KIF5A as a Novel ALS Gene. **Neuron**. 2018;97(6):1268-1283 e1266. doi: 10.1016/j.neuron.2018.02.027. PubMed PMID: 29566793; PMCID: PMC5867896.

158. Petersen CP, Meyer AR, De Salvo C, Choi E, Schlegel C, Petersen A, Engevik AC, Prasad N, Levy SE, Peebles RS, Pizarro TT, Goldenring JR. A signalling cascade of IL-33 to IL-13 regulates metaplasia in the mouse stomach. **Gut**. 2018;67(5):805-817. doi: 10.1136/gutjnl-2016-312779. PubMed PMID: 28196875; PMCID: PMC5681443.

159. Liu N, Schoch K, Luo X, Pena LDM, Bhavana VH, Kukolich MK, Stringer S, Powis Z, Radtke K, Mroske C, Deak KL, McDonald MT, McConkie-Rosell A, Markert ML, Kranz PG, Stong N, Need AC, Bick D, Amaral MD, Worthey EA, Levy S, Undiagnosed Diseases N, Wangler MF, Bellen HJ, Shashi V, Yamamoto S. Functional variants in TBX2 are associated with a syndromic cardiovascular and skeletal developmental disorder. **Hum Mol Genet**. 2018. doi: 10.1093/hmg/ddy146. PubMed PMID: 29726930.

160. Selvan N, George S, Serajee FJ, Shaw M, Hobson L, Kalscheuer VM, Prasad N, Levy SE, Taylor J, Afitmos S, Schwartz CE, Huq AM, Gecz J, Wells L. O-GlcNAc transferase missense mutations linked to X-linked intellectual disability deregulate genes involved in cell fate determination and signaling. **J Biol Chem**. 2018. doi: 10.1074/jbc.RA118.002583. PubMed PMID: 29769320.

161. Wang Z, Wilson CL, Easton J, Thrasher A, Mulder H, Liu Q, Hedges DJ, Wang S, Rusch MC, Edmonson MN, Levy S, Lanctot JQ, Caron E, Shelton K, Currie K, Lear M, Patel A, Rosencrance C, Shao Y, Vadodaria B, Yergeau D, Sapkota Y, Brooke RJ, Moon W, Rampersaud E, Ma X, Chang TC, Rice SV, Pepper C, Zhou X, Chen X, Chen W, Jones A, Boone B, Ehrhardt MJ, Krasin MJ, Howell RM, Phillips NS, Lewis C, Srivastava D, Pui CH, Kesserwan CA, Wu G, Nichols KE, Downing JR, Hudson MM, Yasui Y, Robison LL, Zhang J. Genetic Risk for Subsequent Neoplasms Among Long-Term Survivors of Childhood Cancer. **J Clin Oncol**. 2018:JCO2018778589. doi: 10.1200/JCO.2018.77.8589. PubMed PMID: 29847298.

162. Carlson J, Locke AE, Flickinger M, Zawistowski M, Levy S, Myers RM, Boehnke M, Kang HM, Scott LJ, Li JZ, Zollner S, Bipolar Sequencing Consortium. Extremely rare variants reveal patterns of germline mutation rate heterogeneity in humans. **Nat Commun**. 2018;9(1):3753. doi: 10.1038/s41467-018-05936-5. PubMed PMID: 30218074; PMCID: PMC6138700.

# Exhibit B

## MATERIALS AND DATA CONSIDERED

### Literature

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.

Adami, H.O., Hsieh, C.C., Lambe, M., Trichopoulos, D., Leon, D., Persson, I., Ekbom, A., and Janson, P.O. (1994). Parity, age at first childbirth, and risk of ovarian cancer. Lancet *344*, 1250-1254.

Agic, A., Xu, H., Finas, D., Banz, C., Diedrich, K., and Hornung, D. (2006). Is endometriosis associated with systemic subclinical inflammation? Gynecol Obstet Invest *62*, 139-147.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406.  https://doi.org/10.1002/tox.21766 .

Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47. https://doi.org/10.1016/j.tiv.2010.03.002.

Albu, Cristina-Crenguta. "The Genetics of Ovarian Cancer." *SMGroup*, (November 3, 2017).

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Aust, A.E., Cook, P.M., and Dodson, R.F. Morphological and chemical mechanisms of elongated mineral particle toxicities.   J Toxicol and Environ Health, Part B.   (2011) 14:40-75.

Balkwill, F., and Mantovani, A. (2001). Inflammation and cancer: back to Virchow? Lancet *357*, 539-545.

Banerjee, S., and Kaye, S.B. (2013). New strategies in the treatment of ovarian cancer: current clinical perspectives and future potential. Clin Cancer Res *19*, 961-968.

Barnes, D.R., and Antoniou, A.C. (2012). Unravelling modifiers of breast and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: update on genetic modifiers. J Intern Med *271*, 331-343.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, No. 5 (May 2018): 620–620.

Belotte, J., Fletcher, N.M., Saed, M.G., Abusamaan, M.S., Dyson, G, Diamond, M.P., Saed, G.M. (2015) A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.   PLoS ONE 10(8): e0135739.   Doi: 10.1371/journal.pone.0135739.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8.

Berek, J.S., Crum, C., and Friedlander, M. (2012). Cancer of the ovary, fallopian tube, and peritoneum. Int J Gynaecol Obstet *119 Suppl 2*, S118-129.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, July 2017.

Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blount, A.M. (1991). Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect *94*, 225-230.

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Bodmer, M., Becker, C., Meier, C., Jick, S.S., and Meier, C.R. (2011). Use of metformin and the risk of ovarian cancer: a case-control analysis. Gynecol Oncol *123*, 200-204.

Bonovas, S., Filioussi, K., and Sitaras, N.M. (2005). Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis. Br J Clin Pharmacol *60*, 194-203.

Booth, M, V Beral, and P Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, No. 4 (October 1989): 592–98.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43.

Bowtell, D.D. (2010). The genesis and evolution of high-grade serous ovarian cancer. Nat Rev Cancer *10*, 803-808.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research* 21, No. 6 (June 2007): 579–86.

Camargo, M.C., Stayner, L.T., Straif, K., Reina, M., Al-Alem, U., Demers, P.A., and Landrigan, P.J. (2011). Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect *119*, 1211-1217.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Casagrande, J.T., Louie, E.W., Pike, M.C., Roy, S., Ross, R.K., and Henderson, B.E. (1979). "Incessant ovulation" and ovarian cancer. Lancet *2*, 170-173.

Chan, J.K., Cheung, M.K., Husain, A., Teng, N.N., West, D., Whittemore, A.S., Berek, J.S., and Osann, K. (2006). Patterns and progress in ovarian cancer over 14 years. Obstet Gynecol *108*, 521-528.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, No. 12 (June 15, 1997): 2396–2401.

Charbonneau, B., Goode, E.L., Kalli, K.R., Knutson, K.L., and Derycke, M.S. (2013). The immune system in the pathogenesis of ovarian cancer. Crit Rev Immunol *33*, 137-164.

Chen Yong. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology,* 21, No. 1 (1992): 23-29.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and-periton eum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20the%20ovary,% 20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and%20risk%20factors&so

urce=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.

Cook, L. S., M. L. Kamb, and N. S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, No. 5 (March 1, 1997): 459–65.

Coussens, L.M., Tinkle, C.L., Hanahan, D., and Werb, Z. (2000). MMP-9 supplied by bone marrow-derived cells contributes to skin carcinogenesis. Cell *103*, 481-490.

Coussens, L.M., and Werb, Z. (2002). Inflammation and cancer. Nature *420*, 860-867.

Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* 29, no. 4 (August 1968): 350–54.

Cramer, Daniel. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology*, (1999).

Cramer, Daniel, et al. "Genital Talc Exposure and Risk of Ovarian Cancer." *Int. J. Cancer:* 81 (1999): 351-356.

Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case–Control Study in Two US States." *Epidemiology* 27, No. 3 (May 2016): 334–46.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, No. 2 (July 15, 1982): 372–76.

Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." *Nature Reviews Clinical Oncology* 12 (October 2015): 584–96.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017):

1223–28.

Dvorak, H.F. (1986). Tumors: wounds that do not heal. Similarities between tumor stroma generation and wound healing. N Engl J Med *315*, 1650-1659.

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194.

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, No. 2 (April 2009): 171–81.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5.

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.

Fletcher, N.M., Belotte, J., Saed, M.G., Memaj, I., Diamond, M.P., Morris, R.T., Saed, G.M. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer.   Free Radical Biology and Medicine (2017) 102:122-132.

Fletcher, Nicole., Ira Memaj, Ghassan M. Saed. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, 25 Supp. 1 (March 2018): 214A-15A.

Fletcher, N.M., Saed, G.M.   (2018). Talcum Powder enhances cancer antigen 125 levels in ovarian cancer cells and in normal ovarian epithelial cells.   LB-044.   Poster presented at: Society for Reproductive Investigation.   65th annual meeting.   San Diego, CA.

Folkins, Ann K. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy," *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, (2018):

844-864.

Franklin, R.A., and Li, M.O. (2016). Ontogeny of Tumor-associated Macrophages and Its Implication in Cancer Regulation. Trends Cancer *2*, 20-34.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004).

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091.

Galea, Sandro and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence." *AJPH*, 108, No. 5 (May 2018): 602-603.

Gates, M. A., B. A. Rosner, J. L. Hecht, and S. S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, No. 1 (2010): 45–53.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer, and S. E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiol Biomarkers Prev.* 17, No. 9 (September 2008): 2436–44.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

Gertig, Dorota M., David J. Hunter, Daniel W. Cramer, Graham A. Colditz, Frank E. Speizer, Walter C. Willett, and Susan E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *J Natl Cancer Inst* 92, No. 3 (February 2, 2000): 249–52.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86.

Godard, Beatrice, William D. Foulkes, Diane Provencher, Jean-Sebastien Brunet, Patricia N. Tonin, Anne-Marie Mes-Masson, Steven A. Narod, and Parviz Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *Am J Obstet Gynecol* 179, No. 2 (August 1998): 403–10.

Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer:" *Epidemiology* 27, No. 6 (November 2016): 797–802.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic

Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

Green, Adèle, David Purdie, Christopher Bain, Victor Siskind, Peter Russell, Michael Quinn, and Bruce Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer." *Int. J Cancer* 71, No. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99.

Gross, Alan J. and Paul H. Berg.  "A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology*, 5, No. 2 (1995): 181-195.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hamilton, T.C., Fox, H., Buckley, C.H., Henderson, W.J., and Griffiths, K.  Effects of talc on the rat ovary.  Br. J. Exp. Path.  (1984) 65: 101-106.

Harlow, Bernard L., and Noel S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, No. 2 (August 1989): 390–94.

Harlow, Bernard L., Daniel W. Cramer, Debra A. Bell and William R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstet Gynecol* 80, No. 1 (1992): 19-26.

Harper, A.K., Saed, G.M.  Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes.  Accepted for presentation at SGO meeting 2019.  [In Press].

Hartge, Patricia, Robert Hoover, Linda Lesher and Larry McGowan.  "Talc and Ovarian Cancer." *JAMA*, 250, No. 14 (1983): 1844.

Hein, M.J., Stayner, L.T., Lehman, E., Dement, J.M.  Follow-up study of chrysotile textile workers: cohort mortality and exposure-response.  Occup Environ Med (2007) 64:616-625.

Heller, D.S., Gordon, R.E., Westhoff, C., and Gerber, S. (1996). Asbestos exposure and ovarian fiber burden. Am J Ind Med *29*, 435-439.

Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth*

78, no. 3 (March 1971): 266–72.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, No. 5 (May 2018): 616–19.

Hesterberg, T.W., Butterick, C.J., Oshimura, M., Brody, A.R., and Barrett, J.C. (1986). Role of phagocytosis in Syrian hamster cell transformation and cytogenetic effects induced by asbestos and short and long glass fibers. Cancer Res *46*, 5795-5802.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene, and S. R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, No. 9 (September 10, 2014).

Huncharek, Michael, J.F. Geschwind and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research,* 25 (2003): 1955-1960.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies:" *European Journal of Cancer Prevention* 16, No. 5 (October 2007): 422–29.

Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, No. 1 (March 2012): 3–23.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

International Agency for Research on Cancer (IARC). "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC : Asbestos," 1977.

International Agency for Research on Cancer (IARC), "Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide," IARC Monograph No. 86 (2006).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts," IARC Monograph No. 100C (2009).

International Agency for Research on Cancer (IARC), "Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42", IARC Supplement No. 7 (1987).

International Agency for Research on Cancer (IARC), "Silica and Some Silicates", IARC Monograph No. 42 (1987).

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc", IARC Monograph No. 93 (2010).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts", IARC Monograph No. 100C (2012).

International Agency for Research on Cancer (IARC), "Mechanisms of Fibre Carcinogenesis", IARC Scientific Publications, No. 140 (1996).

Irie, H., Banno, K., Yanokura, M., Iida, M., Adachi, M., Nakamura, K., Umene, K., Nogami, Y., Masuda, K., Kobayashi, Y., *et al.* (2016). Metformin: A candidate for the treatment of gynecological tumors based on drug repositioning. Oncol Lett *11*, 1287-1293.

Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* 11, no. 4 (October 1981): 301–14.

Jaurand, M.C.  Mechanisms of fiber-induced genotoxicity. Environ Health Perspect (1997) 105(Suppl 5):1073-1084.

Jayson, G.C., Kohn, E.C., Kitchener, H.C., and Ledermann, J.A. (2014). Ovarian cancer. Lancet *384*, 1376-1388.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

Jia, D., Nagaoka, Y., Katsumata, M., and Orsulic, S. (2018). Inflammation is a key contributor to ovarian cancer cell seeding. Sci Rep *8*, 12394.

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006.

Jordan, S.J., Cushing-Haugen, K.L., Wicklund, K.G., Doherty, J.A., and Rossing, M.A. (2012). Breast-feeding and risk of epithelial ovarian cancer. Cancer Causes Control *23*, 919-927.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Karageorgi, S., M. A. Gates, S. E. Hankinson, and I. De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology Biomarkers & Prevention* 19, No. 5 (May 1, 2010): 1269–75.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84.

Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., Saygili, H.  Does long-term talc exposure have a carcinogenic effect on the female genital system of rats?  An experimental pilot study. Arch Gynecol Obstet. (2009).  280:925-931.

Kisielewski, R., Tolwinska, A., Mazurek, A., and Laudanski, P. (2013). Inflammation and ovarian cancer--current views. Ginekol Pol *84*, 293-297.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Khan, Mohd Imran, AmoghA. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, no. 1 (January 1, 2011): 112–13.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward.  "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness, and B. Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a U.S.-Based Case-Control Study." *Cancer Epidemiol Biomarkers   Prev.* 21, No. 8 (August 1, 2012): 1282–92.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

Langseth, H., Johansen, B.V., Nesland, J.M., and Kjaerheim, K. (2007). Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. Int J Gynecol Cancer *17*, 44-49.

Langseth, H, S E Hankinson, J Siemiatycki, and E Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *J Epidemiol Community Health* 62, No. 4 (April 1, 2008): 358–60.

Langseth, Hilde, and Kristina Kjærheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scand J Work, Environ Health* 30, No. 5 (October 2004): 356–61.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63.

Levanon, K., Crum, C., Drapkin, R.  New insights into the pathogenesis of serous ovarian cancer and its clinical impact.  J Clin Oncol. (2008).  Nov 10;26(32):5284-93.

Li, D. (2011). Metformin as an antitumor agent in cancer prevention and treatment. J Diabetes *3*, 320-327.

Lin, H.W., Tu, Y.Y., Lin, S.Y., Su, W.J., Lin, W.L., Lin, W.Z., Wu, S.C., and Lai, Y.L. (2011). Risk of ovarian cancer in women with pelvic inflammatory disease: a population-based study. Lancet Oncol *12*, 900-904.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96.

Liu, Y., and Cao, X. (2015). The origin and function of tumor-associated macrophages. Cell Mol Immunol *12*, 1-4.

Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

"Longo - Feb 2018 MAS Report," 2018.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Maccio, A., and Madeddu, C. (2012). Inflammation and ovarian cancer. Cytokine *58*, 133-147.

Mabuchi, S., Kawase, C., Altomare, D.A., Morishige, K., Sawada, K., Hayashi, M., Tsujimoto, M., Yamoto, M., Klein-Szanto, A.J., Schilder, R.J., *et al.* (2009). mTOR is a promising therapeutic target both in cisplatin-sensitive and cisplatin-resistant clear cell carcinoma of the ovary. Clin Cancer Res *15*, 5404-5413.

Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70.

Mahdavi, A., Pejovic, T., and Nezhat, F. (2006). Induction of ovulation and ovarian cancer: a critical review of the literature. Fertil Steril *85*, 819-826.

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected   by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35.

Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematol    Oncol    Clin    N    Am*,    September    2018. https://doi.org/10.1016/j.hoc.2018.07.002.

Mantovani, A., Bottazzi, B., Colotta, F., Sozzani, S., and Ruco, L. (1992a). The origin and function of tumor-associated macrophages. Immunol Today *13*, 265-270.

Mantovani, A., Bussolino, F., and Dejana, E. (1992b). Cytokine regulation of endothelial cell function. FASEB J *6*, 2591-2599.

Mantovani, A., Bussolino, F., and Introna, M. (1997). Cytokine regulation of endothelial cell function: from molecular level to the bedside. Immunol Today *18*, 231-240.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, and Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *Int. J. Cancer* 122, No. 1 (2008): 170–76.

Merritt, M.A., Green, A.C., Nagle, C.M., Webb, P.M., Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group.  Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer.  Int. J. Cancer. (2008)

122:170-176.

Mills, P.K., Riordan, D.G., Cress, R.D., and Young, H.A. (2004). Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer *112*, 458-464.

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Modan, B., Hartge, P., Hirsh-Yechezkel, G., Chetrit, A., Lubin, F., Beller, U., Ben-Baruch, G., Fishman, A., Menczer, J., Struewing, J.P.*, et al.* (2001). Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation. N Engl J Med *345*, 235-240.

Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck, and J. M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *Am J Epidemiol* 170, No. 5 (September 1, 2009): 598–606.

Mor, G., Yin, G., Chefetz, I., Yang, Y., and Alvero, A. (2011). Ovarian cancer stem cells and inflammation. Cancer Biol Ther *11*, 708-713.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Narod, S.A., Risch, H., Moslehi, R., Dorum, A., Neuhausen, S., Olsson, H., Provencher, D., Radice, P., Evans, G., Bishop, S.*, et al.* (1998). Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group. N Engl J Med *339*, 424-428.

National Toxicology Program.   Toxicology and carcinogenesis studies of talc (CAS No. 14807-96-6) in F344/N rats and B6C3F$_1$ mice (Inhalation studies); 1993.   Report No. NTP TR 421; NIH Publication No. 93-3152.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *JNCI Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67. https://doi.org/10.1093/jnci/91.17.1459.

Ness, Roberta B., Jeane Ann Grisso, Carrie Cottreau, Jennifer Klapper, Ron Vergona, James E. Wheeler, Mark Morgan, and James J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology* 11, No. 2 (2000): 111–17.

Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

NIOSH - CDC – Occupational Cancer – Carcinogen List, May 2012

"NIOSH 2011 Current Intelligence Bulletin No. 62," 2011.

NIOSH. "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research (Revised Draft)," January 2009.

NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972..

"NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

Nunes, S.C., and Serpa, J. (2018). Glutathione in Ovarian Cancer: A Double-Edged Sword. Int J Mol Sci *19*.

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39.

Paoletti, L., Caiazza, S., Donelli, G., and Pocchiari, F. (1984). Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regul Toxicol Pharmacol *4*, 222-235.

Paluch-Shimon, S., Cardoso, F., Sessa, C., Balmana, J., Cardoso, M.J., Gilbert, F., Senkus, E., and Committee, E.G. (2016). Prevention and screening in BRCA mutation carriers and other breast/ovarian hereditary cancer syndromes: ESMO Clinical Practice Guidelines for cancer prevention and screening. Ann Oncol *27*, v103-v110.

Paoletti, L., Caiazza, S., Donelli, G., and Pocchiari, F. (1984). Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. Regul Toxicol Pharmacol *4*, 222-235.

Pardoll, D.M. (2002). Spinning molecular immunology into successful immunotherapy. Nat Rev Immunol *2*, 227-238.

Park, Hyo K., Joellen M. Schildkraut, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa Bondy, Sydnee Crankshaw, et al. "Benign Gynecologic Conditions Are Associated with Ovarian Cancer Risk in African-American Women: A Case–Control Study." *Cancer Causes & Control*, September 29, 2018.

Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.
———. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.
———. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Pejovic, T., and Nezhat, F. (2011). Missing link: inflammation and ovarian cancer. Lancet Oncol *12*, 833-834.

Penninkilampi, Ross and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology* 29, No. 1 (January 2018): 41-49.

Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

Pinto, Mauricio, Carlos Balmaceda, Maria L. Bravo, Sumie Kato, Alejandra Villarroel, et al. "Patient Inflammatory Status and CD4+/CD8+ Intraepithelial Tumor Lymphocyte Infiltration are Predictors of Outcomes in High-Grade Serous Ovarian Cancer." *Gynecologic Oncology* (2018).

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La

Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790.

Purdie, David, Adèle Green, Christopher Bain, Victor Siskind, Bruce Ward, Neville Hacker, Michael Quinn, Gordon Wright, Peter Russell, and Beatrice Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study." *International Journal of Cancer* 62, No. 6 (September 15, 1995): 678–84.

Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

Ramus, S.J., Vierkant, R.A., Johnatty, S.E., Pike, M.C., Van Den Berg, D.J., Wu, A.H., Pearce, C.L., Menon, U., Gentry-Maharaj, A., Gayther, S.A.*, et al.* (2008). Consortium analysis of 7 candidate SNPs for ovarian cancer. Int J Cancer *123*, 380-388.

Rebbeck, T.R., Mitra, N, Wan, F., Sinilnikova, O.M., Healey, S., McGuffog, L., Mazoyer, S., Chenevix-Trench, G., Easton, D.F., Antoniou, A.C., Nathanson, K.L., the CIMBA Consortium. Association fo type and location of BRCA1 and BRCA2 mutations with risk of breast and ovarian cancer.  JAMA. (2015).   April 7; 313(13):1347-1361.

Reid, B.M., Permuth, J.B., Sellers, T.A.  Epidemiology of ovarian cancer: a review.  Cancer Med Biol. (February 2017) Vol 14, No 1.

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47.

Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21.

Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

Rosenblatt, Karin A., Moyses Szklo, and Neil B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, No. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes Control* 22, No. 5 (May 2011): 737–42.

Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, G.M., Diamond, M.P., and Fletcher, N.M. (2017). Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol *145*, 595-602.

Saed, G.M., Morris, R.T., and Fletcher, N.M. (2018). New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. In Ovarian Cancer-From Pathogenesis to Treatment (IntechOpen).

Savant, Sudha S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer." *Cancers* 10, No. 251 (2018).

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiol Biomarkers Prev.* 25, No. 10 (October 1, 2016): 1411–17.

Sellers, T.A., Huang, Y., Cunningham, J., Goode, E.L., Sutphen, R., Vierkant, R.A., Kelemen, L.E., Fredericksen, Z.S., Liebow, M., Pankratz, V.S.*, et al.* (2008). Association of single nucleotide polymorphisms in glycosylation genes with risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev *17*, 397-404.

Shan, W., and Liu, J. (2009). Inflammation: a hidden path to breaking the spell of ovarian cancer. Cell Cycle *8*, 3107-3111.

Shen, H., Fridley, B.L., Song, H., Lawrenson, K., Cunningham, J.M., Ramus, S.J., Cicek, M.S., Tyrer, J., Stram, D., Larson, M.C.*, et al.* (2013). Epigenetic analysis leads to identification of HNF1B as a subtype-specific susceptibility gene for ovarian cancer. Nat Commun *4*, 1628.

Sellers, T.A., Huang, Y., Cunningham, J., Goode, E.L., Sutphen, R., Vierkant, R.A., Kelemen, L.E., Fredericksen, Z.S., Liebow, M., Pankratz, V.S.*, et al.* (2008). Association of single nucleotide polymorphisms in glycosylation genes with risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev *17*, 397-404.

Shukla, A., MacPherson, M.B., Hillegass, J., Ramos-Nino, M.E., Alexeeva, V., Vacek, P.M., Bond, J.P., Pass, H.I., Steele, C., Mossman, B.T.  Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity.  Am J Respir Cell Mol Biol.  (2009). 41:114-123.

Shushan, Asher, Orn Pnlticl, and JoRe Iscovich. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Gynecol-Endocrin* 65, No. 1 (January 1996).

Siegel, R.L., Miller, K.D., and Jemal, A. (2015). Cancer statistics, 2015. CA Cancer J Clin *65*, 5-29.

Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018.

Starita, Lea M., Muhtadi M. Islam, Tapahsama Banerjee, Aleksandra I. Adamovich, Justin Gullingsrud, et al. "A Multiplex Homology-Directed DNA Repair Assay Reveals the Impact of More Than 1,000 BRCA1 Missense Substitution Variants on Protein Function." *American Journal of Human Genetics* 103, (October 4, 2018): 1-11.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology*

*Letters* 227, no. 1 (May 16, 2014): 41–49.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

Straif, Kurt, Lamia Benbrahim-Tallaa, Robert Baan, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, Véronique Bouvard, et al. "A Review of Human Carcinogens—Part C: Metals, Arsenic, Dusts, and Fibres." *The Lancet Oncology* 10, No. 5 (May 2009): 453–54.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prev Res* 6, No. 8 (August 2013): 811–21.

Titus-Ernstoff, L., Perez, K., Cramer, D.W., Harlow, B.L., Baron, J.A., and Greenberg, E.R. (2001). Menstrual and reproductive factors in relation to ovarian cancer risk. Br J Cancer *84*, 714-721.

Torre, L.A., Bray, F., Siegel, R.L., Ferlay, J., Lortet-Tieulent, J., and Jemal, A. (2015). Global cancer statistics, 2012. CA Cancer J Clin *65*, 87-108.

Trabert, B., R. B. Ness, W.-H. Lo-Ciganic, M. A. Murphy, E. L. Goode, E. M. Poole, L. A. Brinton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *J Natl Cancer Inst* 106, No. 2 (February 6, 2014).

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *J Natl Cancer Inst*, 111, No. 2 (May 31, 2018).

Tzonou, Anastasia, Argy Polychronopoulou, Chung-cheng Hsieh, Apostolos Rebelakos, Anna Karakatsani and Dimitrios Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer," *Int. J. Cancer*, 55, (1993): 408-410.

U.S. Environmental Protection Agency (USEPA), "Arsenic, inorganic", in the Integrated Risk Information System database listing (1995). Available at the USEPA Website: https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0278_summary

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." -600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

Vallyathan N.V. and J.E. Craighead, "Pulmonary pathology in workers exposed to nonasbestiform talc", Human Pathology 12(1):28-35 (1981).

Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc

Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20.

Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185.

Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985.

Vitonis, A.F., Titus-Ernstoff, L., and Cramer, D.W. (2011). Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. Obstet Gynecol *117*, 1042-1050.

Wang, N.S., Jaurand, M.C., Magne, L., Kheuang, L., Pinchon, M.C., and Bignon, J. (1987). The interactions between asbestos fibers and metaphase chromosomes of rat pleural mesothelial cells in culture. A scanning and transmission electron microscopic study. Am J Pathol *126*, 343-349.

Wang, Q. (2016) "Cancer predisposition genes: molecular mechanisms and clinical impact on personalized cancer care: examples of Lynch and HBOC syndromes."Acta Pharmacologica Sinica 37:143-149.

Wehner, A.P. (1994). Biological effects of cosmetic talc. Food Chem Toxicol *32*, 1173-1184.

Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 24, no. 4 (April 1986): 329–38.

Wendel, Jillian R. Hufgard, Xiyin Wang and Shannon M. Hawkins. "The Endometriotic Tumor Microenvironment in Ovarian Cancer." *Cancers* 10, No. 261 (2018).

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Whittemore, Alice S, Marion L Wu, Ralphs Paffenbarger, L Sarles, James B Kampert, and S'Tella Grosser. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer," *Am J Epidemiol*, 128, No. 6 (1988) 1228-1240.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

Wong, C. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93, No. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

Wu, A.H., Pearce, C.L., Tseng, C.C., Templeman, C., and Pike, M.C. (2009). Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer *124*, 1409-1415.

Wu, A. H., C. L. Pearce, C.-C. Tseng, and M. C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiol Biomarkers Prev* 24, No. 7 (July 2015): 1094–1100.

Yegles, M., Saint-Etienne, L., Renier, A., Janson, X., and Jaurand, M.C. (1993). Induction of metaphase and anaphase/telophase abnormalities by asbestos fibers in rat pleural mesothelial cells in vitro. Am J Respir Cell Mol Biol *9*, 186-191.

Yilmaz, Ercan, Mehmet Gul, Rauf Melekoglu, Isil Koleli. "Immunhistochemical Analysis of Nuclear Factor Kappa Beta Expression in Etiopathogenesis of Ovarian Tumors." *Acta Cir Bras.* 33, No. 7 (2018): 641-650.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.

**Depositions**

Deposition of Alice M. Blount in Gail Lucille Ingham, et al. v. Johnson & Johnson, et al.

Depositions of John Hopkins (Aug 16 and 17, 2018; Oct 26, 2018; Nov 5, 2018)

Deposition of Julie Pier (Sept. 12 and 13, 2018)


**Expert Reports**

Expert Report of Michael Crowley, PhD (Nov. 15, 2018)

Expert Report of William E. Longo, PhD and Mark W. Rigler PhD (Nov. 14, 2018)

Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.  Analysis of J&J Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos Expert Report.   August 2, 2017.

Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.   TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos .  February 16, 2018.


**Documents Produced**

JNJ 000018679-90
JNJTALC000864509-732

Exhibit 16

Shawn Levy, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
                              Case No. 16-2738
THIS DOCUMENT RELATES TO      (FLW)  (LHG)
ALL CASES

MDL Docket No. 2738
_____

Friday, January 11, 2019

- - - - -

            The video deposition of SHAWN LEVY, Ph.D.,

            taken pursuant to notice, was held at the

            Embassy Suites Huntsville, 850 Monroe Street

            S.W., Huntsville, Alabama, commencing at

            approximately 9:04 a.m., on the above date,

            before Lois Anne Robinson, Registered Diplomate

            Reporter, Certified Realtime Reporter, and

            Notary Public for the State of Alabama.

Shawn Levy, Ph.D.

Page 2

```
 1         A P P E A R A N C E S
 2   COUNSEL FOR PLAINTIFFS' STEERING COMMITTEE:
 3       BEASLEY ALLEN, P.C.
         218 Commerce Street
 4       Montgomery, Alabama  36104
         BY:  P. LEIGH O'DELL, Esquire
 5         Leigh.odell@beasleyallen.com
         JENNIFER K. EMMEL, ESQUIRE
 6         Jennifer.emmel@beasleyallen.com
 7       BURNS CHAREST, LLP
         900 Jackson Street, Suite 500
 8       Dallas, Texas  75202
         BY:  MARTIN D. BARRIE, J.D., Ph.D.
 9         Mbarrie@burnscharest.com
10       NAPOLI SHKOLNIK PLLC
         400 Broadhollow Road, Suite 305
11       Melville, New York  11747
         BY:  ALASTAIR J. M. FINDEIS, ESQUIRE
12         Afindeis@napolilaw.com
13   FOR THE DEFENDANT, JOHNSON & JOHNSON:
14       WEIL, GOTSHAL & MANGES, LLP
         17 Hulfish Street, Suite 201
15       Princeton, NJ  08542-3792
         BY:  ALLISON M. BROWN, ESQUIRE
16         Allison.brown@weil.com
17       WEIL, GOTSHAL & MANGES, LLP
         767 Fifth Avenue
18       New York, New York  10153-0119
         BY:  ALEXIS KELLERT, ESQUIRE
19         Alexis.kellert@weil.com
20       SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
         4 Times Square
21       New York, New York  10036
         BY:  Benjamin Halperin, Esquire
22         Benjamin.halperin@skadden.com
23
24
```

Page 3

```
 1       A P P E A R A N C E S - (continued)
 2
 3   FOR THE DEFENDANT, IMERYS TALC AMERICA:
 4       GORDON & REES SCULLY MANSUKHANI, LLP
         816 Congress Avenue, Suite 1510
 5       Austin, Texas  78701
         BY:  KENNETH J. FERGUSON, ESQUIRE
           Kferguson@gordonrees.com
 6
 7   COUNSEL FOR PTI:
 8       TUCKER ELLIS, LLP
         233 S. Wacker Drive, Suite 6950
 9       Chicago, Illinois  60606-9997
         BY:  JAMES W. MIZGALA, ESQUIRE
10         James.mizgala@tuckerellis.com
11
12   COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:
13       SEYFARTH SHAW LLP
         975 F Street N.W.
14       Washington, D.C. 20004-1454
         BY:  RENÉE B. APPEL, ESQUIRE
15         Rappel@seyfarth.com
16
17
18   VIDEOGRAPHER:
         JULIE ROBINSON
19
20
21
22       LOIS ANNE ROBINSON, RPR, RDR, CRR
         COURT REPORTER
23
24
```

Page 4

```
 1                  I N D E X
 2   EXAMINATION                     PAGE
 3
 4   By Ms. Brown                      7
 5   By Mr. Ferguson                 307
 6   By Ms. O'Dell                   357
 7   By Ms. Brown                    372
 8   By Ms. O'Dell                   389
 9
10              * * * * * *
11
12   EXHIBITS
13   Deposition Exhibit Number 1       14
14     Notice of Deposition
15   Deposition Exhibit Number 2       33
16     Levy expert report
17   Deposition Exhibit Number 3       16
18     Levy invoices of 5/2/18 and 1/8/19
19   Deposition Exhibit Number 4       19
20     Government of Canada document regarding draft screening
21     assessment of talc
22   Deposition Exhibit Number 5       21
23     Government of Canada document regarding potential risk of
24     lung effects and ovarian cancer from talc
```

Page 5

```
 1           I N D E X - (Continued)
 2   Deposition Exhibit Number 6       23
 3     Draft manuscript regarding systematic review and
 4     meta-analysis of the association between perineal use of talc
 5     and risk of ovarian cancer
 6   Deposition Exhibit Number 7       30
 7     Hamilton article
 8   Deposition Exhibit Number 8       49
 9     Judith Zelikoff expert report
10   Deposition Exhibit Number 9       59
11     Mayo Clinic website article entitled "Cancer"
12   Deposition Exhibit Number 10      72
13     Wikipedia page
14   Deposition Exhibit Number 11      75
15     Coussens and Werb article
16   Deposition Exhibit Number 12      82
17     Preprint manuscript of "Molecular Basis Supporting the
18     Association of Talcum Powder Use With Increased Risk of
19     Ovarian Cancer"
20   Deposition Exhibit Number 13      82
21     December 26 Email to Dr. Saed
22   Deposition Exhibit Number 14     142
23     "Evaluating Biological Plausibility in Supporting Evidence
24     For Action Through Systematic Reviews in Public Health"
```

2 (Pages 2 to 5)

Shawn Levy, Ph.D.

Page 6

1    I N D E X - (continued)
2    Deposition Exhibit Number 15        190
3        NTP study
4    Deposition Exhibit Number 16        192
5        2014 Citizens Petition to FDA
6    Deposition Exhibit Number 17        208
7        BuzZard study
8    Deposition Exhibit Number 18        218
9        "Perineal Talc Use and Ovarian Cancer," by Ross Penninkilampi
10   Deposition Exhibit Number 19        249
11       Heller article
12   Deposition Exhibit Number 20        270
13       Merritt paper - "Talcum Powder Chronic Pelvic Inflammation
14       and NSAIDs in Relation to the Risk of Epithelial Ovarian
15       Cancer"
16   Deposition Exhibit Number 21        326
17       Nunes article
18   Deposition Exhibit Number 22        367
19       Park article
20
21
22
23
24

Page 7

1    VIDEOGRAPHER:
2        We are now on the record.  My name is
3    Julie Robinson.  I'm a videographer representing
4    Golkow Litigation Services.
5        Today's date is January 11th, 2019, and
6    the time is 9:04 a.m.
7        This video deposition is being held in
8    Huntsville, Alabama, in the matter of
9    Johnson & Johnson Talcum Power Product Marketing,
10   Sales Practices, and Products Liability
11   Litigation, MDL Docket Number 2738.
12       The deponent is Dr. Shawn Levy.
13       Counsel will be noted on the
14   stenographic record.
15       The court reporter is Lois Robinson,
16   who will now swear in the witness.
17       SHAWN LEVY, Ph.D.,
18       the witness, after having first been
19   duly sworn to tell the truth, the whole truth,
20   and nothing but the truth, was examined and
21   testified as follows:
22       EXAMINATION
23   BY MS. BROWN:
24   Q    Good morning, Dr. Levy.

Page 8

1    A    Good morning.
2    Q    My name is Alli Brown.  I represent
3    Johnson & Johnson, and I'll start with some
4    questions for you here today.
5        Dr. Levy, have you ever been deposed
6    before?
7    A    Yes.
8    Q    And tell me, how many times?
9    A    In a setting like this, once.
10   Q    Okay.  What was the nature of that
11   deposition?
12   A    It was a patent litigation case.
13   Q    Were you serving as an expert witness
14   in that case?
15   A    I was.
16   Q    Were you hired by the plaintiffs or the
17   defendants?
18   A    The plaintiffs.
19   Q    And, just generally, what were the
20   issues in that case?
21   A    It was entirely focused on evaluation
22   of prior art in the genomic space.
23   Q    And any time --
24       And do you remember the name of that

Page 9

1    case, by the way?
2    A    I don't.  It was, gosh, twelve years
3    ago or so.
4    Q    I see.
5        Did that case go to trial?
6    A    Not that I'm aware of.
7    Q    Have you ever testified at trial?
8    A    I have not.
9    Q    Okay.  And other than that one patent
10   case you just described for us, were there other
11   depositions that you've given?
12   A    No.
13   Q    And I think, when you started to answer
14   the question in the beginning, you said "in a
15   setting like this."  Is there another time, in
16   your mind, where you've given testimony under
17   oath?
18   A    No, not under oath.  That's why I
19   was --
20       So I've had a number of meetings, all
21   limited to the patent space of mainly prior art
22   discussions, where there's been representatives
23   from both sides where we were having a
24   discussion.  But it wasn't a formal deposition

3 (Pages 6 to 9)

Shawn Levy, Ph.D.

Page 10

1    with a court reporter, under oath, et cetera.
2    Q    Understood.
3         So this would then be the second time
4    you've been deposed in a setting like this.
5    A    Correct.
6    Q    Is that fair?
7         Okay.  So a few ground rules that you
8    may already be familiar with from your prior
9    experience.  First, we'll try not to speak over
10   each other.  Is that fair?
11   A    That's fair.
12   Q    That way, our court reporter can get
13   down all my questions and all your answers.
14   Okay?
15   A    (Nods affirmatively.)
16   Q    If you don't understand a question of
17   mine, will you let me know?
18   A    I will.
19   Q    Okay.  Try to verbalize your answers,
20   too, so our court reporter can take them down.
21   Okay?
22   A    Understood.
23   Q    Okay.  If you need a break, let me
24   know, and we'll be happy to accommodate you.

Page 11

1         Do you understand you're under oath
2    here today, same as if you were in a court of
3    law?
4    A    I do.
5    Q    Okay.  I am --
6         And, before we get started, Doctor, I
7    see you have a couple of items in front of you,
8    and I want to identify what we have for the
9    record.
10        To your right is an iPad that is
11   showing the realtime of my questions and your
12   answers.  Will you be using that to assist you in
13   your testimony here today?
14   A    Yes.
15   Q    Okay.  In front of you you have a
16   laptop computer.
17   A    (Nods affirmatively.)
18   Q    Will you be using that to assist you in
19   your testimony?
20   A    Yes.
21   Q    And tell me, is this your laptop?
22   A    It is not.
23   Q    Okay.  Whose laptop is it?
24   A    The -- the attorneys I've been working

Page 12

1    with.
2    Q    Okay.  In front of you is the
3    plaintiffs' lawyer's laptop.  Is that right?
4    A    That's right.
5    Q    Okay.  And what is contained on the
6    plaintiffs' lawyer's laptop?
7    MS. O'DELL:
8         I think I'd probably be better to speak
9    to it.
10   MS. BROWN:
11        No, no.  Let's get it from the witness,
12   and then if you want to make a statement for the
13   record, of course.
14   Q    Let's -- let's get your understanding
15   of what's on this laptop in front of you.
16   A    Other than what's on the USB drive that
17   I've been using, I -- I don't have any knowledge
18   of what's on it.
19   Q    Okay.  Do you know what's on the USB
20   drive?
21   A    I do.
22   Q    What's that?
23   A    It's a collection of literature cited
24   in reliance literature list that -- from

Page 13

1    my -- from my report.
2    Q    Did you put together the items that are
3    contained on the USB drive that you have in front
4    of you?
5    MS. O'DELL:
6         Object to the form.
7    A    Yes.
8    MS. BROWN:
9    Q    Is that your USB drive?
10   A    No.  I put together the list.
11        As far as who moved the files and
12   organized the files on the USB, that, I don't
13   know.
14   Q    Okay.  Are all of the files on that USB
15   drive documents that you considered in connection
16   with your opinion in this case?
17   A    They are.
18   Q    Any other materials in front of you
19   that you'll be using to assist you in your
20   testimony here today?
21   A    There's a -- I have a hard copy of my
22   report.
23   Q    Did you prepare that hard copy binder?
24   A    No.

4 (Pages 10 to 13)

Shawn Levy, Ph.D.

Page 14

```
 1    Q      Who -- who did?
 2    A      My -- the -- the attorneys I've been
 3   working with.  So I -- they -- they provided the
 4   printout and the nice binder that it's in.
 5    Q      Okay.  Did you, Doctor, make any notes
 6   on the report that you have in front of you?
 7    A      No.
 8    Q      Okay.  I'm gonna hand you what we have
 9   marked as Exhibit 1 to your deposition, which is
10   a notice of your deposition.
11          (DEPOSITION EXHIBIT NUMBER 1
12            WAS MARKED FOR IDENTIFICATION.)
13   MS. BROWN:
14    Q      And I'll ask, is this something that
15   you have ever seen before?
16    A      Yes.
17    Q      When did you see it?
18    A      I'd have to review my email, but it was
19   some -- sometime ago, some weeks ago.
20    Q      Okay.  Have you brought any --
21          And you understand that this Notice of
22   Deposition that we've marked as Exhibit 1
23   requests that you bring certain documents with
24   you here today?
```

Page 15

```
 1    A      Yes.
 2    Q      Okay.
 3   MS. O'DELL:
 4          Let me just insert for the record,
 5   we've objected to certain requests contained in
 6   the notice, and objections have been served, and
 7   materials have been brought to this deposition
 8   consistent with those objections.
 9   MS. BROWN:
10          And we are in receipt of your
11   objections.
12    Q      And your counsel for the plaintiffs
13   represented that some materials have been brought
14   to the deposition.  Do you have any materials
15   with you responsive to this notice?
16    A      Well --
17   MS. O'DELL:
18          I'll provide to you invoices that are
19   responsive to the Notice, and there are materials
20   that Dr. Levy has seen since his report was
21   served, and -- and those are copies.
22   MS. BROWN:
23          Thank you, counsel.
24    Q      So, Doctor, let's start --
```

Page 16

```
 1          Thank you.
 2          -- by marking these, and I'll ask you
 3   some questions about what we have.
 4          (DEPOSITION EXHIBIT NUMBER 3
 5            WAS MARKED FOR IDENTIFICATION.)
 6   MS. BROWN:
 7    Q      I'll mark as Exhibit 3 to your
 8   deposition two invoices counsel for plaintiffs
 9   just handed me, one dated May 2nd, 2018, and the
10   other dated January 8th, 2019.  And we only have
11   one copy, so let me hand it to you and ask you,
12   are these invoices that you created, Doctor?
13    A      They are.
14    Q      Okay.  And I want to take that back for
15   one second.
16          Looks like the first entry on your
17   invoice is dated May 16th, 2017.  Does that sound
18   right to you?
19    A      That sounds right.
20    Q      When were you first approached about an
21   involvement in this case?
22    A      Earlier in 2017.
23    Q      Okay.  And who approached you?
24    A      Leigh and Jennifer.  I'd have to verify
```

Page 17

```
 1   in my email whom I may have heard from first.
 2    Q      Okay.  And Leigh and Jennifer are
 3   counsel for plaintiffs in this litigation; is
 4   that right?
 5    A      That's right.
 6    Q      And did they -- had you known them
 7   prior to receiving contact early in 2017 --
 8    A      No.
 9    Q      -- from plaintiffs' lawyers?
10    A      I -- I did not know them.
11    Q      Did they call you at your place of
12   business?
13    A      I believe the first contact was email.
14   But, ultimately, yes.
15    Q      Okay.  And was there any connection,
16   meaning did someone refer the plaintiffs' lawyers
17   to you, or do you know?
18    A      I don't know.
19    Q      Do you have any idea how the
20   plaintiffs' lawyers found you?
21    A      I do not.
22    Q      Okay.  It looks like, Doctor, that
23   these two invoices have a total of 33 hours.
24   Does that sound right to you?
```

5 (Pages 14 to 17)

Shawn Levy, Ph.D.

Page 18

1    A    It does.
2    Q    Looks like something's blacked out on
3  the second page of the invoices.  Do you know
4  what that is?
5    MS. O'DELL:
6        I'll just say that redactions were made
7  by counsel.  They referenced the subject matter
8  of conversations between Dr. Levy and counsel,
9  and those have been redacted because of work
10  product privilege.
11    MS. BROWN:
12        Okay.
13    Q    Is it fair, Doctor, that you've spent a
14  total of 33 hours forming your opinions in this
15  case?
16    A    That's fair.
17    Q    Okay.  Do you have any additional
18  invoices that you plan to submit to the lawyers
19  for the plaintiffs?
20    A    Yes.
21    Q    Okay.  And can you ballpark for me how
22  much additional time you've spent since the last
23  entry here, which appears to be December 12th,
24  2018?

Page 19

1    A    There's probably another -- not
2  including this morning -- roughly 15 hours.
3        Okay.  I'll hand you, Doctor, what we
4  have marked as Exhibit 4 to your deposition.
5  This is another document counsel for the
6  plaintiffs just handed me.
7        (DEPOSITION EXHIBIT NUMBER 4
8        WAS MARKED FOR IDENTIFICATION.)
9    MS. BROWN:
10    Q    Would you identify that for the record,
11  please.
12    A    This is a printed copy from a website
13  from the government of Canada discussing their
14  draft screening assessment of talc.
15    Q    Okay.  Is that something you've seen
16  before today?
17    A    Yes.
18    Q    When did you see it first?
19    A    Sometime in December.
20    Q    Did the lawyers for plaintiffs give it
21  to you?
22    A    They did.
23    Q    Okay.  Your report in this case --
24        Can I have that back?

Page 20

1        Your report in this case was served in
2  November of 2018; correct?
3    A    Correct.
4    Q    Fair to say, then, that Exhibit 4,
5  which you saw for the first time in December of
6  2018, did not inform the opinions contained in
7  your report?
8    A    That's correct.
9    Q    Okay.  Did the -- does Exhibit 4
10  contain any information regarding chronic
11  inflammation as the proposed mechanism of ovarian
12  cancer induced by talc?
13    A    I don't believe it does.  I'd have to
14  review -- take a look at it to be sure.
15    MS. O'DELL:
16        And if you need to look at it, I'm sure
17  counsel will hand it to you.
18    MS. BROWN:
19    Q    I'm handing you, Doctor --
20    MS. O'DELL:
21        Excuse me.  If you need to look at it
22  to answer that question, you may.
23    A    To be sure I'm accurate in my answer,
24  I'd like to take a look at that.

Page 21

1    MS. BROWN:
2    Q    Sure.  Sitting here --
3        Hold on.
4        Sitting here today, you're not aware if
5  Exhibit 4 contains any information regarding the
6  proposed mechanism of chronic inflammation as a
7  cause for ovarian cancer?
8    MS. O'DELL:
9        Object to the question.
10        If you need to see the document,
11  Doctor, you may ask for it.
12    A    Yeah.  I'm not -- I'm not able to
13  answer it accurately without seeing the document.
14        (DEPOSITION EXHIBIT NUMBER 5
15        WAS MARKED FOR IDENTIFICATION.)
16    MS. BROWN:
17    Q    Okay.  Handing you what we've marked as
18  Exhibit 5, would you tell me what that is,
19  Doctor?
20    A    This is another document from the
21  government -- government of Canada discussing the
22  potential risk of lung effects and ovarian cancer
23  from talc.
24    Q    Is Exhibit 5 a final document, do you

6 (Pages 18 to 21)

Shawn Levy, Ph.D.

Page 22

1    know?
2    MS. O'DELL:
3         Object to the form.
4    A      Yeah.  That -- I don't -- I don't have
5    the information available to answer that
6    accurately.
7    MS. BROWN:
8    Q      Have you seen Exhibit 5 prior to this
9    morning?
10   A    I have.
11   Q      When did you first see Exhibit 5?
12   A      Similar in time to the earlier report
13   or this -- yes.  Similar in time to the
14   earlier -- to the same document from Exhibit 4.
15   Q      To the best of your recollection,
16   Doctor, you first saw Exhibit 5 after completing
17   your report in this matter; is that right?
18   A      That is right.
19   Q      Fair to say, then, that Exhibit 5 did
20   not inform the opinions contained in your MDL
21   report?
22   A      That's correct.
23   Q      Handing you, Doctor, what we've marked
24   as Exhibit 6 to your deposition, another document

Page 23

1    counsel provided, counsel for plaintiffs provided
2    in response to your deposition notice.
3         (DEPOSITION EXHIBIT NUMBER 6
4         WAS MARKED FOR IDENTIFICATION.)
5    MS. BROWN:
6    Q      Would you identify for the record
7    Exhibit 6?
8    A      So this is a draft manuscript or
9    preprint manuscript that's been submitted for
10   peer review discussing the systematic review and
11   meta-analysis of the association between perineal
12   use of talc and risk of ovarian cancer.
13   Q      Had you seen Exhibit 6 prior to this
14   morning?
15   A      Yes.
16   Q      When did you first see Exhibit 6?
17   A      It was in December as well.
18   Q      Exhibit 6 did not inform your opinions
19   in this matter.  Fair?
20   A      They did not inform the content of the
21   report.
22   Q      Have you reviewed and analyzed Exhibit
23   6 since December?
24   A      I have.

Page 24

1    Q      Does Exhibit 6 contain any information
2    regarding the proposed mechanism of chronic
3    inflammation?
4    A      It does in reference, I believe.  I'm
5    reminding myself if -- if it shared the same
6    materials that I had referenced in my report.
7         So, yes, it does.
8    Q      Are you looking at a particular page,
9    Doctor?
10   A      I am.
11   Q      And would you identify that for the
12   record.
13   A      I'm looking at page 23, beginning at
14   line 220.
15   Q      And what information does Exhibit 6 at
16   page 23 contain regarding chronic inflammation?
17   A      It discusses inflammation of the
18   epithelial ovarian surfaces in animal models and
19   provides two different references.
20   Q      And were those references information
21   you considered in forming your opinions in this
22   case?
23   A      Let me make sure of that.
24        Yes.

Page 25

1    Q      And would you state what they are for
2    the record, please?
3    A      One reference is T.C. Hamilton, et al.,
4    The British Journal of Experimental Pathology,
5    from 1984.
6         And the other reference is "The
7    Pathology of Ovarian" -- "The Pathology of
8    Ovarian Cancer Precursors," which is a review of
9    R.E. Scully in the Journal of Cellular
10   Biochemistry, and that is a supplement from 1995.
11   The latter is not referenced in my report.
12   Q      Have you reviewed the Scully paper in
13   connection with your opinions in this matter?
14   A      Not specifically, no.
15   Q      You have, however, reviewed the
16   Hamilton paper?
17   A      Yes.
18   Q      You would agree that the Hamilton paper
19   does not show inflammation leading to neoplastic
20   changes in animals?
21   MS. O'DELL:
22        Object to the form.
23   A      I'd have to see the manu- -- or the
24   manuscript to answer your specific question

7  (Pages 22 to 25)

Shawn Levy, Ph.D.

Page 26

1  regarding neoplasm.
2  MS. BROWN:
3      Q     Does the Hamilton paper support your
4  view that chronic inflammation is a plausible
5  mechanism for talc-induced ovarian cancer?
6      A     It supports my opinion that
7  inflammation is a component in the progression to
8  ovarian cancer.
9      Q     Is it your testimony that the Hamilton
10  paper supports your opinion that chronic
11  inflammation leads to neoplastic changes?
12     A     No, not necessarily.
13     Q     Okay.  Tell me how it is that the
14  Hamilton paper supports your opinion that chronic
15  inflammation can cause ovarian cancer.
16     A     Well, the -- so my opinion regarding --
17  that the role of inflammation in ovarian cancer
18  is not based on a single study, particularly one
19  that is now approaching or is now over 30 years
20  old.
21     Q     Okay.  Does --
22     A     So it's a -- I reviewed the -- that
23  paper as well as a large number or the totality
24  of the available evidence stretching across many

Page 27

1  years to develop the opinion that's represented
2  in my report.
3      Q     Sure.
4      A     And to that opinion is -- no one study
5  or one singular piece of information is the basis
6  of that opinion.
7      Q     Okay.  But, you know, having reviewed
8  Hamilton, that what Hamilton shows is that the
9  inflammation they saw in the animals was not
10  associated with neoplastic changes.  Right?
11  MS. O'DELL:
12          Excuse me.
13          Doctor, if you'd like to -- to pull up
14  Hamilton, you may do that.
15  MS. BROWN:
16     Q     And we'll certainly give you time to do
17  that, Doctor.
18          Sitting here today, do you recall that
19  to be the conclusion of Hamilton?
20  MS. O'DELL:
21          Object to the form.
22          You don't -- if you need to see the --
23  MS. BROWN:
24          Counsel --

Page 28

1  MS. O'DELL:
2          -- paper in order to answer the
3  question --
4  MS. BROWN:
5          Counsel --
6  MS. O'DELL:
7          -- you may do that.
8  MS. BROWN:
9          Counsel, he is absolutely entitled to
10  get the paper.  We're going to do that.
11     Q     Sitting here today, do you recall --
12  MS. O'DELL:
13          But he is not --
14  MS. BROWN:
15          It's a fair question.
16  MS. O'DELL:
17          Is it not a fair question.
18  MS. BROWN:
19          I'm not gonna --
20  MS. O'DELL:
21          He's asking --
22  MS. BROWN:
23          -- do this with you.
24  MS. O'DELL:

Page 29

1          Yes, you are.  If he's asked to see the
2  paper, he gets to look at the paper.  Because
3  this is not a situation where you can say, "Oh,
4  I'll show it to you later," ask all these
5  questions, try to get him to answer when he said
6  I want to see the paper and review it.  That's
7  the way this works.
8  MS. BROWN:
9      Q     Dr. Levy, can you answer the question
10  without looking at the paper?
11  MS. O'DELL:
12          Would you repeat the question just to
13  make sure we've got it?
14  MS. BROWN:
15          Yes.  Would you please keep your
16  objections to form in accordance with the federal
17  rules?
18  MS. O'DELL:
19          My objections have been in accordance
20  with the federal rules.
21  MS. BROWN:
22     Q     Dr. Levy, my question to you was
23  whether the Hamilton paper, the findings of the
24  Hamilton paper show that chronic inflammation led

8 (Pages 26 to 29)

Shawn Levy, Ph.D.

|  | Page 30 |
|---|---|
| 1 | to neoplastic changes. Do you recall that |
| 2 | question? |
| 3 | A    I do recall the question. |
| 4 | Q    Can you answer that question without |
| 5 | looking at the paper? |
| 6 | A    I would need to look at the paper to |
| 7 | accurately answer your question. |
| 8 | Q    Absolutely. Do you have a copy on your |
| 9 | computer? |
| 10 | A    I do. |
| 11 | Q    Okay. We'll mark it, so we're all on |
| 12 | the same page, as Exhibit 7. |
| 13 |     (DEPOSITION EXHIBIT NUMBER 7 |
| 14 |     WAS MARKED FOR IDENTIFICATION.) |
| 15 | MS. BROWN: |
| 16 | Q    Here's a hard copy, Doctor, if that |
| 17 | assists you. |
| 18 |     Doctor, looking at the Hamilton article |
| 19 | that you have in front of you, does that refresh |
| 20 | you that the authors found no association between |
| 21 | the talc-induced changes and neoplasm? |
| 22 | A    No. Their -- their conclusions were |
| 23 | that the talc-induced changes -- specifically |
| 24 | fibrosis and the papillary changes -- did not |

|  | Page 31 |
|---|---|
| 1 | appear to be a reaction to talc, but they -- I |
| 2 | don't see the specific inclusion that you asked |
| 3 | in the question regarding neoplasm. |
| 4 | Q    I'm looking at page 103, Doctor, the |
| 5 | first full paragraph that begins "no evidence." |
| 6 |     You with me? |
| 7 | A    One moment. "No evidence of cellular," |
| 8 | that paragraph? |
| 9 | Q    Yes. |
| 10 |     And, for the record, that paragraph |
| 11 | reads, "No evidence of cellular atypia or mitotic |
| 12 | activity was seen in the nonpapillary areas of |
| 13 | the surface epithelium of the injected ovaries |
| 14 | and in no ovary was there any evidence of frank |
| 15 | neoplasia." |
| 16 |     Correct? |
| 17 | A    It does read that way, yes. |
| 18 | Q    And that was a conclusion of the |
| 19 | Hamilton article. Correct? |
| 20 | MS. O'DELL: |
| 21 |     Object to the form. |
| 22 | A    That was an observation of the Hamilton |
| 23 | article. |
| 24 | MS. BROWN: |

|  | Page 32 |
|---|---|
| 1 | Q    The Hamilton article does not support |
| 2 | the theory that chronic inflammation leads to |
| 3 | neoplastic changes in the ovary. Fair? |
| 4 | MS. O'DELL: |
| 5 |     Object to the form. |
| 6 | A    The Hamilton article looked at an |
| 7 | interval of one month, eighteen months, in a rat |
| 8 | model. And, so, in the constraints of that |
| 9 | particular experimental design and given the |
| 10 | state of the art of the technology at the time, |
| 11 | the authors did not conclude of a significant |
| 12 | progression of ovarian cancer. But there's |
| 13 | clearly limitations in both their experimental |
| 14 | design and time course of the study to draw wide |
| 15 | conclusions. |
| 16 | MS. BROWN: |
| 17 | Q    The conclusions of the Hamilton |
| 18 | article, Dr. Levy, do not support the hypothesis |
| 19 | that chronic inflammation from talcum powder |
| 20 | causes ovarian cancer. Would you agree? |
| 21 | A    I would not. |
| 22 | Q    The authors did not find that the |
| 23 | inflammation seen in Hamilton led to neoplastic |
| 24 | changes. True? |

|  | Page 33 |
|---|---|
| 1 | A    The authors did not report observing |
| 2 | neoplastic change over the time course of the |
| 3 | given study. |
| 4 | Q    Doctor, I'm handing you the report that |
| 5 | you've served in this case, which we'll mark as |
| 6 | Exhibit 2. |
| 7 |     (DEPOSITION EXHIBIT NUMBER 2 |
| 8 |     WAS MARKED FOR IDENTIFICATION.) |
| 9 | MS. BROWN: |
| 10 | Q    And I'd like you to -- I'd like to |
| 11 | direct you to page 14. I'd like to direct your |
| 12 | attention to the last paragraph of -- the last |
| 13 | sentence -- excuse me -- of the second full |
| 14 | paragraph that begins "additional studies." |
| 15 |     Do you see that sentence, Doctor? |
| 16 | A    What's the beginning of that paragraph |
| 17 | so I make sure I'm looking at the right one? |
| 18 | Q    Sure. I'd like to direct you on page |
| 19 | 14 of your report to the second full paragraph |
| 20 | that begins "In addition to epidemiologic |
| 21 | evidence." |
| 22 |     Do you see that? |
| 23 | A    I do. |
| 24 | Q    The last paragraph, or the last |

9 (Pages 30 to 33)

Shawn Levy, Ph.D.

| Page 34 | Page 36 |
|---|---|
| 1 sentence of that paragraph in your report reads, | 1 hypothesis that chronic inflammation leads to |
| 2 "Additional studies have also shown the effects | 2 cancer in animals. Right? |
| 3 of talc on the immune response." | 3 A     The -- |
| 4        Do you see that sentence? | 4 MS. O'DELL: |
| 5 A     I do. | 5        Object to the form. |
| 6 Q     And you cite the Hamilton article for | 6 A     The -- those two references were not |
| 7 that proposition that we were just reviewing? | 7 included in the report to provide the opinion or |
| 8 A     Uh-huh. | 8 conclusions that you just described. |
| 9 Q     True? | 9 MS. BROWN: |
| 10 A     True. | 10 Q     Because you know, Doctor, that there's |
| 11 Q     And the talc effects on the immune | 11 not a single animal study that shows that talc |
| 12 response that were shown in Hamilton were not | 12 causes changes in animals that leads to cancer; |
| 13 effects that the authors observed led to | 13 right? |
| 14 neoplastic changes. Correct? | 14 MS. O'DELL: |
| 15 MS. O'DELL: | 15        Object to the form. |
| 16        Object to the form. | 16 A     Could you -- could you phrase that |
| 17 A     I'm sorry. I'm not sure I understand | 17 question again? Sorry. |
| 18 your question. | 18 MS. BROWN: |
| 19 MS. BROWN: | 19 Q     There is not a single animal study, |
| 20 Q     Sure. | 20 Doctor, that supports the opinion that chronic |
| 21 A     Are you asking, if I could clarify, are | 21 inflammation caused by talc causes ovarian |
| 22 you -- are you asking if Hamilton is an | 22 cancer. Is that correct? |
| 23 appropriate reference for the effects of talc on | 23 MS. O'DELL: |
| 24 the immune response or are you asking if | 24        Object to the form. |

| Page 35 | Page 37 |
|---|---|
| 1 Hamilton's an appropriate reference for something | 1 A     In my review of the literature, there |
| 2 else? | 2 are a number of animal studies that support the |
| 3 Q     In your report, you state that studies, | 3 opinions in the report regarding the biological |
| 4 such as Hamilton, have shown effects of talc on | 4 plausibility of talc leading to or contributing |
| 5 the immune response. Correct? | 5 to neoplastic change. |
| 6 A     That is correct. | 6 MS. BROWN: |
| 7 Q     And you said Hamilton as one of the | 7 Q     Are you aware of any animal studies, |
| 8 articles that supports that proposition. True? | 8 Doctor, that show talc causing chronic |
| 9 A     Of the immune response, that's true. | 9 inflammation in animals that leads to neoplastic |
| 10 Q     Okay. The immune response that was | 10 or cancerous changes in the animals? |
| 11 observed in Hamilton was not an immune response | 11 MS. O'DELL: |
| 12 that led to cancer. Right? | 12        Object to the form. Compound. |
| 13 A     As -- as I stated earlier, on the time | 13 A     There is one 1971 study that I'm aware |
| 14 course of the Hamilton study, the authors did not | 14 of. I would have to review to remember the |
| 15 report specifically to neoplastic change in the | 15 author. That was an earlier seminal -- or a |
| 16 rat or conclude or make that conclusion, nor did | 16 earlier study that described the role of talcum |
| 17 they conclude that that was not a possibility | 17 powder and the inflammatory change within the |
| 18 either. | 18 ovary. |
| 19 Q     And on page 14 of your report you have | 19 MS. BROWN: |
| 20 two additional cites for that proposition; | 20 Q     Who's the author of that study, Doctor? |
| 21 correct? | 21 A     I'm trying to think of where I have |
| 22 A     Correct. | 22 that reference. |
| 23 Q     And you know, Doctor, that neither of | 23 Q     Why don't we put that to the side and |
| 24 those cites, Keskin or NTP, support the | 24 at a break we'll see if we can find that article |

10  (Pages 34 to 37)

Shawn Levy, Ph.D.

Page 38

1   and then we can take a look at it.  Okay?
2   A      Uh-huh.
3   Q      Okay.  Getting back, then, Doctor, to
4   what we had marked as Exhibit 6, which is the
5   Taher paper, fair to say you reviewed that paper
6   after your report was submitted in this case?
7   A      Yes.
8   Q      Okay.  And did you notice throughout
9   Taher's paper he makes reference to a number of
10  supplemental materials?
11  A      Not specifically.
12  Q      Are you in receipt from plaintiffs'
13  counsel of those supplemental materials?
14  A      I'd have to -- you'd have to give me a
15  specific example, and I would be able to answer
16  you.
17  Q      So, throughout the paper, the authors
18  make reference to a set of supplemental materials
19  that support their opinions.  Do you recall that?
20  A      I certainly recall the reference
21  materials to support their opinion.  Whether they
22  were supplemental or otherwise, that doesn't
23  stand out to me.
24  Q      Okay.  And I'm not trying to be tricky.

Page 39

1   I just want to know if you have those materials,
2   and, if so, I'm gonna request production of them.
3   A      No.  I -- I -- I don't believe that I
4   have the full list of reference -- of literature
5   cited from that -- from this paper --
6   Q      Okay.
7   A      -- now --
8   Q      Now, Taher --
9   A      -- but I'd have to check.
10  Q      Sorry.
11          The Taher paper did not inform your --
12  the opinions contained in your report dated
13  November of 2018; correct?
14  A      Correct, as written.
15  Q      Okay.  Are there any additional
16  documents that either you or your counsel have
17  brought with you here today in response to
18  Exhibit 1, the Notice of Deposition?
19  A      So I'm not sure how to answer that
20  accurately, but I would say there's a -- I've
21  been provided with -- since the completion of my
22  report, I've been provided with reports from
23  other experts in the -- in the case.
24  Q      Okay.

Page 40

1   A      And I have those on the -- available
2   electronically.
3   Q      Okay.  Were you provided with completed
4   versions of all the plaintiff experts in the MDL
5   proceeding?
6   A      I can't speak to whether it was all,
7   but I have been provided with several.
8   Q      Will you list for me the expert reports
9   you've been provided with?
10  A      Sure.
11  Q      Thank you.
12  A      There are four on -- on this drive,
13  three -- I'm sorry.  Two.  Crowley and Longo.
14  Q      Two reports from Dr. Crowley and two
15  reports from Dr. Longo?
16  MS. O'DELL:
17          I don't think that's what he said.
18  A      No.  I think there are two, two expert
19  reports, one from Dr. Crowley and one from
20  Dr. Longo.
21  MS. BROWN:
22  Q      Okay.  And the date of the Crowley
23  report, please?
24  A      The -- according to the file, the

Page 41

1   date -- the modified date is November 28, 2018.
2   Q      And --
3   A      Whether that was the written date, I --
4   I don't know.
5   Q      And the Longo report, do you know the
6   date of that?
7   A      It is listed as August 2nd, 2017, in
8   the title.  And then there's a -- sorry.  There's
9   a second Longo report, 2018, which has a
10  November 28, 2018, date.  So my -- my apologies.
11  To correct, there are two expert reports from
12  Dr. Longo.
13  Q      Got it.
14  MS. O'DELL:
15          So when you were talking about --
16  MS. BROWN:
17          Counsel, no.  Huh-uh.  No.  We -- I'm
18  gonna ask questions, and he's gonna answer.  We
19  are not going to have you testify.  You are not
20  to testify about the expert reports.
21  MS. O'DELL:
22          I'm not gonna --
23          You asked him what the date of the
24  report was.

11 (Pages 38 to 41)

Shawn Levy, Ph.D.

Page 42

1    MS. BROWN:
2         He -- then he will answer, counsel.
3    You can't testify.
4    MS. O'DELL:
5         He gave you the date of the file -- the
6    file date --
7    MS. BROWN:
8         That's fine.
9    MS. O'DELL:
10        -- not the date --
11   MS. BROWN:
12        On redirect, you are welcome to clean
13   up whatever you need to. But we're not gonna
14   have your testimony on the record about dates of
15   expert reports.
16   A    So, looking at the report itself, the
17   date of the Longo report is November 14th, 2018.
18   MS. BROWN:
19   Q    And were you provided --
20   A    The -- would you like the date of the
21   earlier report?
22   Q    That would be terrific.
23   A    It's August 2nd, 2017.
24   Q    Great.

Page 43

1         Were you provided the two Longo reports
2    and the Dr. Crowley report by plaintiffs'
3    counsel?
4    A    Yes.
5    Q    Do you recall when?
6    A    Not specifically. It was, obviously,
7    by their date, sometime after their completion.
8    So the Crowley report and the later 2018 Longo
9    report were sometime in November or December
10   2018.
11        There's -- I've also had an opportunity
12   to review a number of -- several other expert
13   reports which are not with me today.
14   Q    Do you have a listing of the additional
15   expert reports you were provided with?
16   A    I'd have to -- I could certainly -- I'd
17   have to provide it. I don't, off the top of my
18   head, recall all of them. There was probably
19   approximately a dozen.
20   Q    Were all of the plaintiff expert
21   reports sent to you at once?
22   MS. O'DELL:
23        Object to the form.
24   A    I'm not -- I'm not certain.

Page 44

1    MS. BROWN:
2    Q    How did you receive them? Was it email
3    or hard copy?
4    A    Neither. They were made available
5    through a shared storage.
6    Q    And would you have received an email
7    alerting you to their existence on a shared file?
8    MS. O'DELL:
9         Dr. Levy, communications between
10   counsel are -- are subject to the work product
11   privilege.
12        So to the degree you're asking him to
13   convey what was in a communication, then I'll
14   object to that and instruct you not to discuss
15   communications between counsel.
16   MS. BROWN:
17   Q    Which the question does not ask for,
18   Doctor.
19   MS. O'DELL:
20        I believe it does.
21   MS. BROWN:
22   Q    Here's what I want to know. Did you
23   rely on any other expert reports in forming your
24   opinions in this case?

Page 45

1    A    To -- to my -- the content of my
2    report, no.
3    Q    Did you receive the Crowley and two
4    Longo reports after you had already completed
5    your report in this case?
6    MS. O'DELL:
7         Object to the form.
8    A    No. There was -- if I recall -- and
9    the -- at least the earlier Longo report -- and
10   I'd have to review the specifics -- at least the
11   earlier Longo report was reviewed and was
12   included in the content in the report.
13        And I would have to -- since the later
14   Longo report and then the final version of this
15   report were quite close together, I don't recall
16   if they overlapped or not. I'd have to review
17   the -- which references I used in here, which
18   will just take a moment.
19        So, yes, the -- I did include both
20   Longo reports.
21   Q    The second Longo report was finalized
22   two days prior to your report. Is that right?
23   A    Finalized, yes.
24   Q    Did you see a draft of Longo's 2018

12 (Pages 42 to 45)

Shawn Levy, Ph.D.

| Page 46 |
| --- |

1  report?
2  A      Yes.  And the --
3  Q      And did you --
4  A      And as to when I saw the draft, I
5  believe it was -- and it was sometime in the fall
6  and/or when reports were being revised and
7  expanded as more literature became available.
8  Q      Prior to Longo finalizing and signing
9  his expert report in the MDL, you had access to a
10 draft of that report; is that right?
11 MS. O'DELL:
12        Object to the form.
13 A      I can't speak to -- that accurately.
14 MS. BROWN:
15 Q      I thought you just testified you saw a
16 version of the Longo 2018 report that was not
17 final.  Is that correct?
18 MS. O'DELL:
19        Object to the form.
20 A      I'd have to -- I'd have to review
21 my -- the -- the literature that I used for the
22 report to accurately answer your question.
23 MS. BROWN:
24 Q      Well, your report doesn't say a draft,

| Page 47 |
| --- |

1  and I'm wondering if you ever saw a non-finalized
2  copy of the Longo report.
3  A      I didn't have an opportunity to compare
4  the finalized Longo report to a -- what may be a
5  draft or not to accurately answer your question
6  if I saw a draft that was substantially different
7  than what's referenced as the final.
8  Q      There were two days between Longo
9  serving his report and you serving your report.
10 Does that help orient you as to whether you saw a
11 draft or you saw the final version?
12 A      Certainly possible I saw the final
13 version.
14 Q      How many hours did you spend on your
15 report in this case, Doctor?
16 A      The initial draft of the report?  The
17 initial writing of the report?
18 Q      In total, how many hours did you spend
19 writing your report?
20 A      It was 20 hours initially, and then it
21 would be -- it would be difficult to provide an
22 accurate answer for the rest of that.  I would
23 say an additional few hours that I counted as
24 revision.

| Page 48 |
| --- |

1  Q      Did you type the expert report that
2  we've marked as Exhibit 2 yourself?
3  A      I did.
4  Q      Did you write all contents of Exhibit 2
5  yourself?
6  A      I did.
7  Q      Were there parts of your report that
8  you lifted from other published articles?
9  MS. O'DELL:
10        Object to the form.
11 A      Could you describe "lifted"?
12 MS. BROWN:
13 Q      Did you take the words of other authors
14 and put them in your expert report as Exhibit 2?
15 MS. O'DELL:
16        Object to the form.
17 A      No.  My -- my -- so my report is a
18 review of the available literature at the time
19 that the report was being developed.  So, as
20 such, it describes that -- that literature.
21        As far as did I specifically copy words
22 from other reports, no.
23 MS. BROWN:
24 Q      Did you work with another plaintiff

| Page 49 |
| --- |

1  expert on the report that we've marked as
2  Exhibit 2?
3  A      I did not.
4  Q      Do you know who Dr. Zelikoff is?
5  A      The name's not familiar to me.
6  Q      Did you review a draft of
7  Dr. Zelikoff's report before submitting your own?
8  A      I did not.
9  Q      Do you think that --
10 A      Not that I'm aware of.
11 Q      Do you have any explanation as to why a
12 paragraph in your report is the same as a
13 paragraph in Dr. Zelikoff's report?
14 MS. O'DELL:
15        Object to the form.
16 A      I -- without knowing -- without seeing
17 the paragraph in both reports would be -- I can't
18 comment.
19 MS. BROWN:
20 Q      Let's mark as Exhibit 8 the expert
21 report of Dr. Judith Zelikoff, Ph.D.
22        (DEPOSITION EXHIBIT NUMBER 8
23        WAS MARKED FOR IDENTIFICATION.)
24 MS. BROWN:

13 (Pages 46 to 49)

Shawn Levy, Ph.D.

| Page 50 |
| --- |

1    Q     Is this something you've seen --
2          Oh, sorry.  Can I --
3          It's okay, actually.  It will flag it
4    for you?
5          Is this a report that you've seen
6    before, Doctor?
7    A     I'll have to see it before I answer.
8    Q     I'm handing you what we've marked as
9    Exhibit 8, which is the expert report of
10   Dr. Judith Zelikoff.  Is this one of the reports
11   that you reviewed prior -- you reviewed at all?
12   A     I would have -- I would actually have
13   to review my -- the literature that I reviewed
14   in -- the totality of the literature that I
15   reviewed, which I could answer that after a
16   break, if necessary.  But I don't recall,
17   specifically recall, this report under
18   Dr. Zelikoff's name.  But it is certainly
19   possible that I may have seen...
20   Q     Let's look at page 5 of your report,
21   Doctor.
22   A     Okay.
23   Q     And why don't you put that side by side
24   with page 20 of Dr. Zelikoff's report.  And the

| Page 51 |
| --- |

1    paragraph in Dr. Zelikoff's report that I want to
2    direct you to is the first full paragraph on
3    page 20 that begins "Genetic mutations."
4          Do you see that?
5    A     I do.
6    Q     And the paragraph of your report I want
7    to direct you to is the paragraph on page 5 that
8    begins "Both inherited."
9          Do you see that?
10   A     I do.
11   Q     Okay.  The first sentence of that
12   paragraph in your report reads, "Both inherited
13   and acquired gene -- and acquired gene mutations
14   work together to cause cancer."
15          Do you see that?
16   A     I do.
17   Q     The third sentence of the paragraph I
18   directed you to in Dr. Zelikoff's report is
19   identical and reads, "Both inherited and acquired
20   gene mutations work together to cause cancer."
21          Do you see that?
22   A     I do.
23   Q     Those two sentences are exactly the
24   same, are they not?

| Page 52 |
| --- |

1    A     They are --
2    Q     The next sentence --
3    A     Just one moment, please.  I'm just
4    making sure.  Your question was are they exactly
5    the same, and I'm just confirming if they're
6    exactly the same.
7          So, yes, I agree they're exactly the
8    same.
9    Q     You have reviewed them and satisfied
10   yourself that that -- those two sentences are
11   exactly the same; correct?
12   MS. O'DELL:
13          Object to the form.
14   A     There's a single sentence in each
15   report that is exactly the same.  But important
16   to comment that this single sentence is a -- is a
17   basic biological premise of cancer, and, so,
18   there's no surprise that two expert witnesses
19   offering opinions on the role of -- or the
20   biological plausibility or mechanisms of
21   development of cancer would introduce a
22   fundamental premise in the same manner.
23   MS. BROWN:
24   Q     No surprise that you experts would have

| Page 53 |
| --- |

1    one sentence that's the same?  Is that what
2    you're saying?
3    MS. O'DELL:
4          Objection.  That's not what he said.
5    Misrepresents his testimony.
6    A     I'm saying that both would -- both
7    reports detail a fundamental aspect as they
8    would -- based on the current understanding of
9    the -- that both inherited and acquired gene
10   mutations work in concert to cause cancer.
11   MS. BROWN:
12   Q     Look at the next sentence on page 20 of
13   Dr. Zelikoff's report.  It reads as follows:
14   "Even if one has inherited a genetic mutation
15   that predisposes one to cancer," comma, "that
16   doesn't mean he or she is certain to get cancer."
17          Did I read that correctly?
18   A     You did.
19   Q     And let's go back to page 5 of your
20   report.  Skip ahead, if you would -- one, two,
21   three -- four sentences to where you were and
22   find the sentence that begins "Even."
23          Are you with me?
24   A     I am.

14 (Pages 50 to 53)

Shawn Levy, Ph.D.

Page 54

1    Q      And your report at page 5 reads, "Even
2    if one has inherited a genetic mutation that
3    predisposes one to cancer," comma, "that doesn't
4    mean he or she is certain to get cancer."
5          Did I read that correctly?
6    A      You did.
7    Q      That's the exact same sentence we just
8    read in Dr. Zelikoff's report; correct?
9    A      It is.
10   Q      So now we have two sentences that are
11   exactly the same in your report and
12   Dr. Zelikoff's report.  Correct?
13   MS. O'DELL:
14         Object to the form.
15   A      You have two sentences that are written
16   the same but certainly not in precisely the same
17   context or organization in the total report.
18   MS. BROWN:
19   Q      We have two sentences that are
20   word-for-word identical in two of the plaintiffs'
21   expert reports in this litigation.  Is that fair?
22   MS. O'DELL:
23         Objection.  Asked and answered.
24   A      So reading your earlier question, you

Page 55

1    asked, "Is that the same exact sentence we just
2    read in Dr. Zelikoff's report; correct?"  And my
3    answer was "It is."  And it remains the same.
4    Q      Let's keep going.
5          Next sentence, at page 20 in
6    Dr. Zelikoff's report, states as follows:
7    "Rather," comma, "one or more additional gene
8    mutations may be needed to cause cancer."
9          Did I read that correctly?
10   A      You did.
11   Q      Let's go back to page 4 -- excuse me --
12   page 5 of your report where we just were.  And
13   you write:  "Rather," comma, "one or more
14   additional gene mutations may be needed to cause
15   cancer."  Correct?
16   A      Correct.
17   Q      That is the identical sentence from
18   Dr. Zelikoff's report.  Correct?
19   A      Starting with "Rather, one or more
20   additional gene mutations may be needed to cause
21   cancer."
22         Yes, correct.
23   Q      So we now have identified three
24   sentences in Dr. Zelikoff's report that are

Page 56

1    identical to your report; correct?
2    A      We have.
3    Q      Do you have any explanation for why
4    that would be?
5    A      I do.
6    Q      What's that?
7    A      That these -- each of these sentences
8    are describing basic introductory information
9    around the relationship between cancer and
10   genetic mutation.
11   Q      And each of you described it with the
12   exact same words?
13   A      Apparently so.
14   Q      Let's keep going.
15         Page 20 of Dr. Zelikoff's report,
16   picking up where we left off, Dr. Zelikoff
17   writes:  "The inherited gene mutation could
18   instead make one more likely to develop cancer
19   when exposed to certain cancer-causing
20   substances."
21         Do you see that?
22   A      I do.
23   Q      And let's go back to where we were in
24   your report, on page 5.  "The inherited gene

Page 57

1    mutation could instead make one more likely to
2    develop cancer when exposed to a certain
3    cancer-causing substance."
4          Do you see that?
5    A      I do.
6    Q      And other than the tense in that last
7    sentence, they, too, are identical.  Correct?
8    A      So they're -- they're certainly similar
9    sentences, but that -- I believe the tense is an
10   important difference between them.
11         Again, as I stated, that these are
12   introductory and fundamental perspectives on
13   cancer and that, in this case, two expert
14   witnesses have summarized those things in a
15   similar fashion.
16   Q      It doesn't strike you as odd that four
17   sentences are identical from two expert reports?
18   MS. O'DELL:
19         Object to the form.
20   A      Four sentences are not identical.
21   MS. BROWN:
22   Q      There's one small change in a tense.
23   That's it.  Right, Doctor?
24   MS. O'DELL:

15  (Pages 54 to 57)

Shawn Levy, Ph.D.

Page 58

1          Object to the form.
2      A    There -- there are -- there are three
3  sentences which are, when considered
4  individually, they are the same words.  When you
5  consider the -- now the group of those four
6  sentences together between the two reports, they
7  are clearly different organization with
8  significantly more information between those
9  identical sentences in one or the other.
10         So the suggestion that they were -- one
11 report was copied into the other, I would say it
12 is equally interesting that they are more
13 different than they are alike, other than the
14 wording of three sentences.
15 MS. BROWN:
16     Q    Did someone other than you write the
17 sentences we've just been looking at in your
18 report?
19     A    No.
20     Q    Did you consult the Mayo Clinic's
21 website in connection with writing your report?
22     A    I don't believe so.
23     Q    Do you consider the Mayo Clinic's
24 website to be authoritative -- an authoritative

Page 59

1  source, in your view?
2  MS. O'DELL:
3          Object to the form.
4      A    I have no basis for that opinion.  I --
5  I haven't reviewed the Mayo Clinic website to
6  determine that.
7          (DEPOSITION EXHIBIT NUMBER 9
8           WAS MARKED FOR IDENTIFICATION.)
9  MS. BROWN:
10     Q    Handing you, Doctor, what we've marked
11 as Exhibit 9 to your deposition, which is a
12 printout from the Mayo Clinic website entitled
13 "Cancer."
14     A    Uh-huh.
15     Q    I'll hand it to you.  And let me know
16 if this is something that you've ever seen
17 before.
18     A    Not that I recall.
19     Q    Did you take any language from the Mayo
20 Clinic website to use in your report?
21     A    No.
22     Q    Let's take a -- I want you to put the
23 Mayo Clinic, which we've marked as Exhibit 9 --
24     A    Uh-huh.

Page 60

1      Q    -- next to your report, which remains
2  Exhibit 2.  And I will direct you to the second
3  page of the Mayo Clinic printout, the section
4  titled "Causes."
5          Are you with me?
6      A    Second page.
7      Q    Double-sided.  Flip it over.
8      A    Yes.
9      Q    Okay.  And I'll direct you to page 3 of
10 your report entitled "The Role of Gene Mutations
11 in the Development of Cancer."
12     A    Uh-huh.
13     Q    Starting with Exhibit 9, the Mayo
14 Clinic website, under a section entitled
15 "Causes," the Mayo Clinic writes, "Cancer is
16 caused by changes" -- parentheses --
17 "(mutations) to the DNA within cells."
18         Do you see that?
19     A    I do.
20     Q    And, looking at page 3 of your report,
21 Doctor, that same sentence or sentence fragment
22 appears in the first sentence:  "Cancer is caused
23 by changes" -- parentheses -- "(mutations) to the
24 DNA within cells."

Page 61

1          Correct?
2  MS. O'DELL:
3          Object to the form.
4      A    Say your question again.  Are you
5  asking --
6  MS. BROWN:
7      Q    It's the same; right, Doctor?
8  MS. O'DELL:
9          Object to the form.
10     A    There are eight words or ten words that
11 are the same in this first sentence, again, both
12 describing some of the fundamental premise of
13 cancer and its -- in its description.
14 MS. BROWN:
15     Q    Let's go to the second sentence in the
16 Mayo Clinic website, which reads, "The DNA inside
17 a cell is packaged into a large number of
18 individual genes, each of which contains a set of
19 instructions telling the cell what functions to
20 perform," comma, "as well as how to grow and
21 divide."
22         Do you see that?
23     A    I do.
24     Q    And a nearly identical version of that

16  (Pages 58 to 61)

Shawn Levy, Ph.D.

Page 62

1   sentence appears in your report at page 3 where
2   you state, "The DNA that makes up our genetic
3   code is organized into a large number of
4   individual genes, each of which contains a
5   specific subset of instructions telling the cell
6   what functions to perform," comma, "as well as
7   how to grow and divide."
8         Do you see that?
9   A     I do.
10  Q     Do you notice that nearly all the words
11  are the same as the Mayo Clinic's?
12  MS. O'DELL:
13        Objection to form.
14  A     I, again -- we -- we have another
15  example of similar language describing
16  introductory and fundamental aspects surrounding
17  the basics of cancer biology.
18  MS. BROWN:
19  Q     Back to the Mayo Clinic next sentence.
20  Quote: "Errors in the instructions can cause the
21  cell to stop its normal function and may allow a
22  cell to become cancerous."
23        Do you see that?
24  A     I do.

Page 63

1   Q     Back to your report at page 3.  An
2   identical sentence:  "Errors in the instruction
3   can cause the cell to stop its normal function
4   and may allow a cell to become cancerous."
5         Do you see that?
6   A     I do.
7   Q     Does that strike you as strange?
8   MS. O'DELL:
9         Object to the form.
10  A     Strange in what way?
11  MS. BROWN:
12  Q     That your expert report in this
13  litigation contains identical sentences to the
14  Mayo Clinic's website.
15  MS. O'DELL:
16        Objection.  Misstates the report.
17  A     I -- I don't find it surprising in the
18  least.
19  MS. BROWN:
20  Q     Let's turn to page 4 of your report,
21  please.  And I'll direct you to the final bullet
22  on the same page of the Mayo Clinic website you
23  were just looking at.  The section of your report
24  on page 4 I'd like to direct you to is the

Page 64

1   subparagraph titled "Loss of DNA Repair."
2         Are you with me?
3   A     Yes.
4   Q     I'm gonna read you two sentences from
5   the Mayo Clinic.  Tell me if I read them
6   correctly.
7         "DNA repair genes look for errors in a
8   cell's DNA and make corrections.  A mutation in a
9   DNA repair gene may mean that other errors aren't
10  corrected, leading cells to become cancerous."
11        Do you see those two sentences, Doctor?
12  A     I do.
13  Q     Those are two sentences written by the
14  folks who produce the Mayo Clinic's website;
15  correct?
16  A     I -- I have no knowledge of who wrote
17  that.
18  Q     The same two sentences appear in your
19  report on page 4.  Quote:  "DNA repair genes look
20  for errors in a cell's DNA and make corrections.
21  A mutation in a DNA repair gene may mean that
22  other errors aren't corrected, leading cells to
23  become cancerous."
24        Do you see that?

Page 65

1   A     I do.
2   Q     Those two sentences are identical in
3   the Mayo Clinic's website and your report.  True?
4   MS. O'DELL:
5         Object to the form.
6   A     Again, we have fund- -- basic
7   information that provides an introductory
8   description of the basics of cancer which is used
9   as -- as an inform- -- informatory foundation for
10  latter opinions in the report but is not germane
11  to the -- to the opinion in my report.
12        And, again, as stated before, that
13  succinct fundamental information regarding cancer
14  biology in two sources that state things
15  succinctly and clearly in layman's language
16  are -- are similar or even identical, again, does
17  not surprise me.
18  MS. BROWN:
19  Q     We read at least four sentences that
20  are identical to the Mayo Clinic.  Would you
21  agree?
22  MS. O'DELL:
23        Objection to form.  The sentences are
24  not identical.

17 (Pages 62 to 65)

Shawn Levy, Ph.D.

Page 66

1    MS. BROWN:
2        Counsel, form.
3    A     There are some similar -- there are
4    some similarly stated sentences that
5    you're -- that you've taken out of context in
6    both cases to find them identical.  So I -- I
7    agree that they're identical, but, again,
8    don't -- don't necessarily am surprised since I
9    have no knowledge of where the information from
10   the Mayo website was taken from.
11   MS. BROWN:
12   Q      You agree a number of sentences in your
13   report are identical to a number of sentences on
14   the Mayo Clinic's website.  True?
15   MS. O'DELL:
16       Object to the form.
17   A     No.  I agree that they're -- I don't
18   agree.  There are specific wordings that are the
19   same.
20   MS. BROWN:
21   Q      Doctor, do you not agree that a number
22   of the sentences we just read are identical to a
23   number of sentences that appear on the Mayo
24   Clinic's website?

Page 67

1    MS. O'DELL:
2        Object to the form.
3    A     I think we've -- we've specifically
4    gone over those individually and answered those
5    questions.
6    MS. BROWN:
7    Q      And you'll agree the sentences are
8    identical?
9    MS. O'DELL:
10       Object to the form.
11   A     Again, I -- I've answered -- I've
12   answered those when we went through them
13   individually.
14   MS. BROWN:
15   Q      Well, I want you to answer my question
16   now.
17       You'll agree we've looked at a number
18   of sentences that are identical in your report to
19   the information on the Mayo Clinic's website;
20   correct?
21   MS. O'DELL:
22       Object to the form.  Misstates his
23   testimony.
24   A     I'd have to go back to the transcript

Page 68

1    from our conversation to comment on those.
2    MS. BROWN:
3    Q      You have it right in front of you.  We
4    just looked at them.
5    A     We did.
6    Q      Right?
7    A     Yes.
8    Q      You recall reading a number of
9    sentences in the Mayo Clinic website that match
10   word for word a number of sentences in your
11   report.  True?
12   MS. O'DELL:
13       Object to the form.
14   A     We've -- we've read information that
15   is -- that is similar between the two documents.
16   And, as answered, given the, again, basic
17   fundamental introduction in lay language for
18   these concepts, it is no surprise that it's the
19   same.
20   MS. BROWN:
21   Q      You're not surprised to find identical
22   sentences in your report and Dr. Zelikoff's
23   report?
24   A     I'm not surprised.

Page 69

1    MS. O'DELL:
2        Object to the form.
3    MS. BROWN:
4    Q      You are not surprised to find identical
5    sentences in your report and the Mayo Clinic?
6    MS. O'DELL:
7        Objection to form.  Asked and answered.
8    A     No.  I -- I've answered that.
9    MS. BROWN:
10   Q      You need to answer it again.
11       Are you --
12   A     I'm not surprised.
13   Q      -- surprised?
14       Did you consult Wikipedia in writing
15   your expert report?
16   A     I don't recall.
17   Q      Do you think it's possible you might
18   have looked at Wikipedia when writing your expert
19   report in this litigation?
20   A     I've -- I've looked -- I've looked at a
21   large number of sources in published literature
22   and others.
23   Q      Did one of those sources include
24   Wikipedia?

18 (Pages 66 to 69)

Shawn Levy, Ph.D.

Page 70

1    A    I don't recall.
2    Q    Do you consider Wikipedia to be a
3    scientifically reliable source?
4    A    What do you mean by scientifically
5    reliable.
6    Q    Do you understand the concept of
7    scientific reliability when answering a
8    scientific question?
9    MS. O'DELL:
10        Object to the form.
11    A    Again, you'd have to -- that's -- you'd
12    have to explain your -- what scientific
13    reliability means in the context of your
14    question.
15    MS. BROWN:
16    Q    What does it mean to you?
17    A    Scientific reliability?  In general
18    terms, it would mean information that comes from
19    a peer-reviewed source.
20    Q    And Wikipedia is not peer-reviewed;
21    correct?
22    A    Wikipedia generally reso- -- uses
23    a -- is a summary of commonly -- at least in
24    scientific terms, a number of peer-reviewed

Page 71

1    sources, but it is --
2        So from a true peer-review perspective,
3    Wikipedia actually is peer-reviewed in the sense
4    that anyone can contribute and edit the
5    information in Wikipedia.
6    Q    Including our kids; right?
7    MS. O'DELL:
8        Object to the form.
9    A    Possible.
10    MS. BROWN:
11    Q    Anyone in the world could edit a
12    Wikipedia page.  True?
13    A    I believe so.
14    Q    Is it your testimony, Doctor, that
15    information from Wikipedia is a reliable resource
16    when answering a scientific question?
17    A    No, that is not my testimony.  That is
18    not my testimony, no.
19    Q    Do you -- do you think you used
20    Wikipedia here in writing your report?
21    A    Again, I -- I -- I don't recall using
22    Wikipedia specifically.
23    Q    Okay.  Let's take a look at your report
24    at page 7, Doctor.

Page 72

1        And we'll mark a Wikipedia page as
2    Exhibit 10.
3        (DEPOSITION EXHIBIT NUMBER 10
4        WAS MARKED FOR IDENTIFICATION.)
5    MS. BROWN:
6    Q    I would like to direct you, Dr. Levy,
7    to the first full paragraph in your expert report
8    at page 7.
9    A    Uh-huh.
10    Q    Do you see that?
11    A    I do.
12    Q    And I want to direct your attention to
13    the sentence in the middle of that paragraph that
14    begins "BRCA1 combined."
15        Do you see that?
16    A    Yes.
17    MS. BROWN:
18    Q    And I want to, side by side with
19    Wikipedia, direct your attention to the third
20    full paragraph that begins, as well, "BRCA1
21    combined."
22        You with me?
23    A    I am.
24    Q    Wikipedia writes, "BRCA1 combines with

Page 73

1    other tumor suppressors, DNA damage sensors, and
2    single transducers to form a large multi-subunit
3    protein complex known as BRCA1-associated genome
4    surveillance complex" -- parens --
5    "BAC-" -- excuse me -- "(BASC)," end parens.
6        Do you see that?
7    A    I do.
8    Q    Turning to your report, page 7, you
9    write, "BRCA1 combines with other tumor
10    suppressors," comma, "DNA damage sensors, and
11    signal transducers to form a large multi-subunit
12    protein complex known as the BRCA1-associated
13    genome surveillance complex" -- parens --
14    (BASC)."
15        Correct?
16    A    That is correct.
17    Q    Those two sentences, Doctor, are
18    identical.
19    A    It appears so, yes.
20    Q    Okay.
21    A    Except for a -- the reference included
22    on the Wikipedia page is not included in my
23    report.
24    Q    Wikipedia has cited a reference, and

19 (Pages 70 to 73)

Shawn Levy, Ph.D.

| Page 74 |
| --- |

1 your sentence stands without a reference. Is
2 that right?
3 A       That's right.
4 Q       Other than the footnote, the two
5 sentences we just read are identical. True?
6 A       Both sentences state the same fact in
7 the same way. So, similar to our earlier
8 discussions, we've now seen a large collection of
9 fundamental factual information with -- with
10 accurate information from now a number of sources
11 that are stated in similar ways through
12 Wikipedia, other expert reports, and websites all
13 about the fundamentals of cancer.
14 Q       The two sentences we just read, Doctor,
15 are identical. Correct?
16 MS. O'DELL:
17            Object to the form.
18 A       We read one sentence in Wikipedia.
19 MS. BROWN:
20 Q       And it is identical. True?
21 A       Yes. The wording is the same. With,
22 of course, Wikipedia, as you already stated,
23 being editable by anybody and can pull that
24 content from anywhere, and it's the -- I'd have

| Page 75 |
| --- |

1 to review -- I'd have to look to see what
2 reference 16 in Wikipedia is. But it's certainly
3 possible that I and Wikipedia summarized the same
4 information from the same source.
5 Q       Let's go to page 9 of your report. One
6 of the articles that you relied on is an article
7 by Lisa Coussens and Zena Werb. Do you recall
8 that?
9 A       That does sound familiar, but I'll have
10 to verify.
11 Q       Handing you what we've marked as
12 Exhibit 12 [sic] to your report, the Coussens and
13 Werb article.
14            (DEPOSITION EXHIBIT NUMBER 11
15            WAS MARKED FOR IDENTIFICATION.)
16 A       Yes, this is a -- this is a review.
17 This is an insight review article, which, similar
18 to my report, is likely consolidating information
19 from the research knowledge.
20 MS. BROWN:
21 Q       I'd like to direct you to the last two
22 sentences of Exhibit 10, the Coussens' article,
23 the last two sentences in the first paragraph.
24 A       Exhibit 10 or 12?

| Page 76 |
| --- |

1 Q       I'm sorry. What did we mark the
2 Coussens as? 12?
3 A       Twelve.
4 Q       That should have been 11.
5            We have marked the Coussens' article
6 now correctly as Exhibit 11, and I'll direct you
7 to the last two sentences of the first full
8 paragraph. Put that, if you would, Doctor, side
9 by side with your report at page 9, sentence that
10 begins "in contrast," both sentences that begin
11 "in contrast."
12            Are you with me?
13 A       I am.
14 Q       All right. So, in this published
15 article, Ms. or Dr. Coussens writes, "In
16 contrast, proliferating cells that sustain
17 DNA" --
18 MS. O'DELL:
19            Excuse me, Alli. Sorry. Tell me, are
20 you in the second paragraph?
21 MS. BROWN:
22            I'm on the end of the first full
23 paragraph.
24 MS. O'DELL:

| Page 77 |
| --- |

1            Sorry. I thought you were in the first
2 full paragraph.
3 MS. BROWN:
4            Begins "In contrast."
5 MS. O'DELL:
6            Okay.
7 MS. BROWN:
8            And we have that side by side with
9 Dr. Levy's report, page 9, the paragraph that
10 also begins "In contrast."
11 MS. O'DELL:
12            Thank you.
13 MS. BROWN:
14 Q       Dr. Coussens writes, "In contrast,
15 proliferating cells that sustain DNA damage
16 and/or mutagenic assault" -- parens -- "(for
17 example, initiated cells), continue to
18 proliferate in microenvironments rich in
19 inflammatory cells and growth/survival factors
20 that support their growth."
21            Do you see that sentence?
22 A       I do.
23 Q       The next sentence reads, "In a sense,"
24 comma, "tumors act as wounds that fail to heal."

20  (Pages 74 to 77)

Shawn Levy, Ph.D.

Page 78

1      See that?
2    A    I do.
3    Q    Directing your attention to page 9 of
4  your report, Doctor, you write, "In contrast,"
5  comma, "proliferating cells that sustain DNA
6  damage and/or mutagenic insult -- parens -- "(for
7  example," comma, "initiated cells)," end paren,
8  "continue to proliferate in microenvironments
9  rich in inflammatory cells and growth/survival
10  factors that support their growth," period.  "In
11  a sense, tumors act as wounds that fail to heal."
12      Do you see that?
13    A    I do.
14    Q    Except for one word, Doctor, those two
15  sentences, including the slashes and the
16  parentheses, are identical.  Correct?
17  MS. O'DELL:
18      Object to the form.
19    A    Those two sentences are similar.
20  MS. BROWN:
21    Q    Except for one word, those two
22  sentences are identical.  True?
23  MS. O'DELL:
24      Object to the form.  Asked and

Page 79

1  answered.
2    A    Yeah.  I'd certainly appreciate the
3  similarity between the -- between the two.  But
4  that's -- again, as we've been discussing now for
5  an extensive amount of time, in the introductory
6  review content of the report --
7      In fact, I reference the Coussens and
8  Werb paper, so certainly it's not a surprise that
9  wording is similar between them and used similar
10  language to describe, again, these factual
11  aspects of fundamental cancer biology, including
12  similar references.
13  MS. O'DELL:
14      Excuse me.  My microphone is broken.
15  VIDEOGRAPHER:
16      It's still working.  You're good.  You
17  can just lay it on the table and we'll fix it at
18  a break.
19  MS. O'DELL:
20      And we've been going about an hour and
21  13 minutes.
22  MS. BROWN:
23      I'm about to finish up this section.
24  We'll take a break.

Page 80

1    Q    My question, Doctor, was:  Except for
2  one word, the two sentences we just read from
3  Coussens are identical to the two sentences in
4  your report.  Is that correct?
5  MS. O'DELL:
6      Object to the form.
7    A    So, I -- as -- as stated, the two
8  sentences are similar.
9  MS. BROWN:
10    Q    Except for one word, they are
11  identical.  Is that correct?
12  MS. O'DELL:
13      Object to the form.  He's asked --
14  you've asked the question.  He's answered your
15  question.
16    A    Again, the two sentences are similar.
17  MS. BROWN:
18    Q    Do you understand "identical," what
19  "identical" means?
20    A    Yes.  Exactly the same.
21    Q    Okay.  Except for one word, those two
22  sentences are exactly the same in the Coussens
23  article and your report.  True?
24  MS. O'DELL:

Page 81

1      Object to the form.  Asked and
2  answered.
3    A    And we're -- we're saying the same
4  thing in different ways, which is that the two
5  sentences are similar, stating factual
6  information about fundamental cancer biology and
7  in two similar review articles.
8  MS. BROWN:
9    Q    And the only difference is one word.
10  Correct?
11    A    Two sentences are similar.
12    Q    My question was:  The only difference
13  is one word.  True?
14    A    Let me review again to be sure that we
15  would -- before answering.
16      Taken out of context, those two
17  sentences are similar.
18    Q    My question was, Doctor, the only
19  difference is one word.  Is that correct?
20  MS. O'DELL:
21      Objection to the form.  Asked and
22  answered.
23    A    You know, I think we've -- we've
24  answered this a number of times, that the two

21 (Pages 78 to 81)

Shawn Levy, Ph.D.

Page 82

1  sentences are different in their context and in
2  terms of paragraph, but they are similar in
3  structure and similar in wording.
4        But, as you stated, with the exception
5  of the -- so they're not.  So in a language
6  perspective, they're not identical.  They're
7  similar.
8  MS. BROWN:
9        Let's take a break.
10  VIDEOGRAPHER:
11        Going off -- going off the record.  The
12  time is 10:15 a.m.
13        (OFF THE RECORD.)
14  VIDEOGRAPHER:
15        We're back on the record.  The time is
16  10:25 a.m.
17  MS. BROWN:
18  Q     Doctor, I am handing you what I have
19  marked as Deposition Exhibit 12 and 13.  These
20  are additional documents your counsel identified
21  for us this morning as something you have seen
22  since your report.
23        (DEPOSITION EXHIBITS 12 AND 13
24         WERE MARKED FOR IDENTIFICATION.)

Page 83

1  MS. BROWN:
2  Q     Would you tell us what those two
3  exhibits are, please.
4  A     Exhibit -- Exhibit 13 is a printed copy
5  of an email dated December 26th informing
6  Dr. Saed that a manuscript --
7        Is it helpful to identify the
8  manuscript?
9        -- titled "Molecular Basis Supporting
10  the Association of Talcum Powder Use With
11  Increased Risk of Ovarian Cancer," submitted to
12  Reproductive Sciences, has been reviewed.  The
13  comments were included in the letter.
14  Q     Have you seen --
15  A     And I'm just reading the --
16  Q     Sure.
17  A     It -- it appears that the -- so,
18  summarizing the letter, the manuscript has been
19  reviewed, the comments from the reviewers were
20  provided back, and the journal has informed
21  Dr. Saed that they'll accept a revised document
22  for potential publication.
23  Q     Have you seen Exhibit 13 prior to this
24  morning?

Page 84

1  A     I have.
2  Q     Have you seen the reviewer comments
3  referenced in Exhibit 13?
4  A     I have not seen the reviewer comments.
5  Q     Okay.  Exhibit 13 does not inform the
6  opinions of your report dated November of 2018.
7  True?
8  A     Exhibit 13, being the letter, that is
9  correct.  It does not.
10  Q     Okay.  And what's Exhibit 12?
11  A     Exhibit 12 appears to be a preprint
12  version of the previously mentioned paper,
13  "Molecular Basis Supporting the Association of
14  Talcum Powder Use With Increased Risk of Ovarian
15  Cancer," with the first author, Nicole Fletcher,
16  and Dr. Saed is listed as the senior or
17  corresponding author.
18  Q     Did the lawyers provide you with this
19  manuscript, Doctor?
20  A     Yes, in a -- but that's -- yes, they
21  did.
22  Q     Do you recall when you were provided
23  with a copy of the manuscript by the plaintiffs'
24  lawyers?

Page 85

1  A     It was sometime in December toward --
2  late in the year.  The exact date, I'd have to
3  review when it came in.  And I believe it was --
4  and the version you have here is a more formal
5  preprint version from the -- from Manuscript
6  Central, whereas the version I received
7  was a -- it appeared to be more of a submission
8  version.
9        So commenting whether it's
10  exact -- precisely the same content, I -- I
11  wouldn't be able to say.
12  Q     Fair to say, though, Doctor, since you
13  received the manuscript in December of 2018, the
14  contents of the manuscript did not inform the
15  expert report that you wrote in November of 2018;
16  correct?
17  A     Actually, I would say the -- the -- I
18  would not agree, from the perspective of Dr. Saed
19  has a number of similar studies, as well as a
20  number of abstracts that I had the opportunity to
21  review that did inform some of the opinions in
22  the report.  Those same information and data were
23  included in this manuscript and expanded upon
24  actually significantly.

22 (Pages 82 to 85)

Shawn Levy, Ph.D.

Page 86

1    So the basis of my opinion includes
2    some of the information from this manuscript, but
3    I -- but the report does not contain the totality
4    of this.
5    Q       Right.  Because the manuscript wasn't
6    available to you until after you wrote your
7    report.  Right?
8    A       No, that's not the case.  The -- the --
9    the research, some of the research information
10   from this study was available in abstract form,
11   and -- and some -- I believe a preprint from
12   Dr. Saed.
13       So it was -- so it was available.
14   Portions of it were available for the report.
15   Q       Other than the abstract, did you have
16   access to an earlier version of what we've marked
17   as Exhibit 12?
18   A       I can't accurately answer that without
19   comparing them.
20   Q       Where do you have stored the earlier
21   version that you're referring to?
22   A       Let's see if I -- what I have here.
23       So, from Dr. Saed, I have a -- used a
24   book chapter which describes some of his

Page 87

1    oxidative stress experiments that are also
2    consistent with the information that's in the --
3    in Exhibit 12, as well as some of his earlier
4    review articles, and that's --
5        Let me make sure I'm not missing
6    anything from Fletcher, who's been...
7        But, otherwise, the -- the experiments
8    that were expanded upon in the formal manuscript
9    were described in -- in abstract or, I should
10   say, summarized form, meaning an abstract that
11   included methods, results, and conclusions from
12   Fletcher and colleagues in Dr. Saed's group.
13   Q       At the time you wrote your report, you
14   had an abstract of the 2018 paper that we've
15   marked as Exhibit 12; correct?
16   MS. O'DELL:
17       Object to the form.  He said plural.
18   A       Yes.  I had two abstracts and then
19   possibly --
20       I'd have to review when I received this
21   preprint versus the final version of my report to
22   see if they overlapped, if they're -- if I had an
23   opportunity to review this or not.
24   MS. BROWN:

Page 88

1    Q       Okay.  And I'll ask if you'd be kind
2    enough to do that at a break.  Just let us know
3    if you had access to something other than the
4    abstract of Dr. Saed's 2018 report at the time
5    you wrote your report.  Fair enough?
6    A       I'll make a note.
7    MS. O'DELL:
8        Excuse me.  Object to the form.
9    Abstracts, not one.
10   MS. BROWN:
11   Q       Dr. Levy, you are a Ph.D.; is that
12   correct?
13   A       Correct.
14   Q       Okay.  You are not an M.D.; correct?
15   A       That's correct.
16   Q       What's your Ph.D. in, sir?
17   A       Biochemistry and genetics.
18   Q       You're not an epidemiologist.  Fair?
19   A       I am not.
20   Q       Okay.  And the focus of your work at
21   HudsonAlpha is on genome sequencing.  Is that
22   right?
23   A       No.  The -- the -- genome sequencing is
24   a tool that we apply in -- in the work of my

Page 89

1    laboratory and in my responsibilities at
2    HudsonAlpha.
3    Q       HudsonAlpha has a team known as the
4    Breakthrough Breast and Ovarian Cancer Team.  Is
5    that right?
6    A       I'm not familiar with that name.
7    Q       Okay.
8    A       There is a -- a group of faculty who
9    have some funding related to breast and ovarian
10   cancer.  It's -- it's certainly possible that
11   name was used in -- in press for some title.
12   Q       Since you're not familiar with that
13   team, fair to say you're not a member of the
14   Breakthrough Breast and Ovarian Cancer Team?
15   MS. O'DELL:
16       Object to the form.
17   A       Again, I don't -- my involvement with
18   breast and ovarian cancer at HudsonAlpha is
19   specific to some projects.  And whether or not I
20   was named on that team, I -- I don't know.
21   MS. BROWN:
22   Q       There are folks at HudsonAlpha,
23   scientists and doctors at HudsonAlpha whose
24   practice is devoted to studying ovarian cancer.

23 (Pages 86 to 89)

Shawn Levy, Ph.D.

Page 90

1  Correct?
2  A      No, that's not correct.
3  Q      Your practice is not devoted to ovarian
4  cancer; correct?
5  MS. O'DELL:
6        Object to the form.
7  A      No. My -- my practice is not devoted
8  to ovarian cancer. And -- but that was
9  irrelevant to what I was asked to do in
10  this -- in this particular case for
11  the -- regarding the content of my report.
12  MS. BROWN:
13  Q      I think I saw you've published one
14  article regarding ovarian cancer over the course
15  of your career. Is that right?
16  A      That sounds correct.
17  Q      You have not given any presentations
18  regarding ovarian cancer. Is that true?
19  A      I would say that's accurate.
20  Q      You have not received any government
21  funding to study ovarian cancer. True?
22  A      I received government funding to study
23  breast and ovarian cancer -- this was in 2002,
24  from the Department of Defense -- and then,

Page 91

1  subsequent to that, participated in at least one
2  review for the Department of Defense in reviewing
3  ovarian cancer research grants. So that is --
4        And then my membership in the
5  Vanderbilt Cancer Center as well as the
6  University of Alabama Birmingham Comprehensive
7  Cancer Center certainly have been involved in a
8  number of projects across a diversity of cancer
9  types, including ovarian and breast cancer.
10  Q      Prior to being hired by the plaintiffs'
11  lawyers in this litigation, you had not
12  investigated the potential mechanisms by which
13  talcum powder could cause ovarian cancer. Is
14  that fair?
15  MS. O'DELL:
16        Object to the form.
17  A      Specific -- as in terms of a specific
18  fundamental research project?
19  MS. BROWN:
20  Q      At all.
21  MS. O'DELL:
22        Object to the form.
23  A      So my research has included the role of
24  inflammation and a number of biological processes

Page 92

1  dating back to my early Ph.D. work, and those
2  include cancer. So certainly the subject of
3  inflammatory response in -- both chronic and
4  acute, in controlling cancer has been a subject
5  of my research for some time and certainly
6  bridged into ovarian cancer as well as other
7  cancer types.
8  MS. BROWN:
9  Q      You've never published on chronic
10  inflammation as a potential mechanism by which
11  talcum powder causes ovarian cancer. Correct?
12  A      Not specific to talcum powder, no.
13  Q      You have never given a presentation on
14  chronic inflammation as a mechanism for causing
15  ovarian cancer at all; right?
16  MS. O'DELL:
17        Object to the form.
18  A      I'm thinking through my --
19        I don't recall a specific presentation
20  with regards to talcum powder and its role in
21  ovarian cancer. As far as my discussions or
22  presentations around the role of inflammation in
23  cancer, including ovarian, it -- it is -- it is
24  possible, but I can't think of a specific

Page 93

1  presentation.
2  MS. BROWN:
3  Q      Okay. Since you've been hired by
4  plaintiffs' lawyers, you have done some research
5  into the potential role of inflammation and
6  ovarian cancer. Is that right?
7  MS. O'DELL:
8        Object to the form.
9  A      Since -- since my -- what was requested
10  of me from the plaintiffs' attorneys was to
11  provide a review of the biological plausibility
12  and a connection between talcum powder and
13  inflammation and then discuss the relationship
14  between inflammation and cancer.
15  MS. BROWN:
16  Q      Okay. As I understand you, Dr. Levy,
17  you were asked by the plaintiffs' lawyers to
18  provide a review of the literature as it relates
19  to the biological plausibility of talcum powder
20  and ovarian cancer. Is that right?
21  MS. O'DELL:
22        Object to the form.
23  A      No, that's not correct. What I was --
24  I was asked to provide an opin- -- expert opinion

Shawn Levy, Ph.D.

Page 94

1   on the biological plausibility of the mechanism
2   that -- of the ability of exposure of talc and
3   its constituent components to cause inflammation
4   and/or cancer.
5   MS. BROWN:
6   Q    Do you see those as two different
7   things?
8   A    Yes.
9   Q    Okay.  So you were asked to provide a
10  mechanism by which talcum powder could cause
11  cancer?
12  A    No, that's not correct.
13  MS. O'DELL:
14       Objection to form.
15  MS. BROWN:
16  Q    Okay.  Explain it to me.
17  A    I -- I was asked to provide a -- an
18  opinion on the biological plausibility --
19  Q    Of talcum powder causing cancer?
20  A    -- of talcum powder leading to the
21  biological changes necessary to cause cancer.
22  Q    Okay.  As I understand what you just
23  said, you were asked to re- -- to provide an
24  opinion on the biological plausibility of talcum

Page 95

1   powder leading to biologic changes that are
2   needed to cause cancer.  Is that fair?
3   MS. O'DELL:
4        Object to the form.
5   A    So I was asked from -- by the attorneys
6   to review the available literature across the
7   spectrum of cancer and talcum powder and
8   constituent literature to develop an opinion
9   around the biological plausibility that exposure
10  of -- exposure to talcum powder is
11  biologically -- that there is a biologically
12  plausible mechanism that that can cause cancer.
13  MS. BROWN:
14  Q    Okay.  And that is not something that
15  you had done prior to being hired by the
16  plaintiffs' lawyers.  Fair?
17  A    Developing such an opinion?
18  Q    Correct.
19  A    Or -- or -- so writing such a report,
20  no, that is not something I -- I had done prior
21  to -- to this.  My research has been primarily in
22  data integration and the examination of
23  mechanistic effects in cancer, rare disease,
24  and -- and in diabetes specifically, as well as

Page 96

1   some neurological diseases.
2        So this was a similar review as -- of
3   those topics when asked to examine the biological
4   plausibility of a cause and effect; in this case,
5   cause being exposure to talcum powder and effect
6   being progression to cancer.
7   Q    Prior to being hired by the plaintiffs'
8   lawyers, you had not considered the biological
9   plausibility of talcum powder causing ovarian
10  cancer.  Correct?
11  A    No.  I would say that's not true in
12  isolation.  And the reason I say that's not true
13  is I had been aware of some of the literature and
14  certainly some of the press that surrounded the
15  suspected associations between talcum powder
16  exposure and cancer.  So I was familiar with the
17  concept, but I had not at the time, until hired
18  by the plaintiffs' attorney, spent a significant
19  amount of time reviewing the literature and
20  developing a written opinion as to that
21  biological plausibility.
22  Q    You have not published your opinion
23  contained in -- your opinions contained in the
24  report that we marked as Exhibit 2.  Is that

Page 97

1   correct?
2   A    That is correct.
3   Q    You have not presented the opinions
4   contained in Exhibit 2 at any medical or
5   scientific conference; correct?
6   A    That's correct.
7   Q    You have not disclosed the opinions
8   contained in Exhibit 2 to any of your colleagues;
9   correct?
10  MS. O'DELL:
11       Object to the form.
12  A    Not at this time, no.  Considering I
13  had -- I had just finalized the report a short
14  time ago, I haven't had the opportunity to
15  consider publication, presentation, or -- or
16  discussion with colleagues.
17  MS. BROWN:
18  Q    Do you plan to seek publication of the
19  information contained in your report in Exhibit
20  2?
21  A    I -- I haven't made a determination at
22  this time.  It's been a fascinating area to
23  research.  Certainly there's -- that would
24  certainly be a future possibility.

25  (Pages 94 to 97)

Shawn Levy, Ph.D.

Page 98

1    Q      Does HudsonAlpha --
2          First of all, what's your position at
3    HudsonAlpha, Doctor?
4    A      So I'm a faculty investigator, which
5    would be analogous to a faculty member at a
6    research institution, similar to -- or I should
7    take a step back and just --
8          To be accurate, HudsonAlpha is a
9    private nonprofit research institution, similar
10   to Broad Institute, Stowers, et cetera.  So we
11   are academic in nature, meaning that most of our
12   funding or the vast majority of our funding comes
13   from grants and contracts.  So that's why I say
14   it's analogous to faculty at a research
15   institution.
16         My other responsibilities are the
17   management and oversight of the production and
18   research laboratories, so that provides us an
19   opportunity to work with approximately 1200
20   different laboratories from around the world in
21   support of roughly 5,000 projects over the last
22   nine and a half years.  And that's -- it's
23   provided a broad spectrum of activities and
24   abilities to work in these types of projects.

Page 99

1          And then I also oversee the clinical
2    laboratories as well.  And adult oncology is a
3    major focus of that research.  I currently lead
4    the largest profiling effort in adult cancer in
5    the nation, which involves 15 national cancer
6    institutes.  And ovarian cancer is a component of
7    that research, although not the only cancer that
8    we research in that -- in that's -- in that
9    program.
10   Q      None of the 5,000 projects you just
11   mentioned have dealt with talc.  Is that fair?
12   A      That is fair.
13   Q      And none of the work at the clinical
14   labs that you just mentioned have dealt with
15   talc; correct?
16   MS. O'DELL:
17         Object.
18   A      I am -- I would say there's a
19   statistical probability that some of the ovarian
20   cancer samples that have been observed in the
21   clinical laboratory may very well have
22   been -- have come from patients exposed to talcum
23   powder.  But I have no direct knowledge of that,
24   nor have we performed any testing to confirm

Page 100

1    or -- or -- or dispute whether or not those
2    ovarian cancer or other cancer types may have had
3    a relationship with talcum powder.  So the short
4    answer being I -- I don't have the information to
5    answer that.
6    MS. BROWN:
7    Q      HudsonAlpha has a Code of Ethics.  Are
8    you familiar with it?
9    A      Yes.
10   Q      Are you familiar with the financial
11   disclosure requirements of HudsonAlpha?
12   A      I am.
13   Q      Have you complied with those in
14   connection with your work as an expert witness
15   for plaintiffs in this case?
16   A      I have.
17   Q      And tell us what you've done to comply
18   with HudsonAlpha's Code of Ethics and financial
19   disclosure requirements.
20   A      Their Code of Ethics and financial
21   requirement is requirement to disclose any
22   relationships that have a financial component
23   over -- I don't recall the minimum amount, but it
24   is -- it is fairly modest, hundreds of dollars.

Page 101

1    And that reporting requirement is the -- is -- is
2    for the previous year, and it is due in July, I
3    believe is the time frame, although I'd have to
4    make sure.  It's -- I know it's not the end of
5    the calendar year.  So on my next disclosure,
6    this, of course, activity would be disclosed.
7          In addition to that, via
8    conversation -- regular review with the president
9    of the institution, I provide a general report on
10   consulting activities; for example, these
11   activities.
12         HudsonAlpha's policy is faculty members
13   are allowed up to 20 percent of your time towards
14   consulting activities that have a relationship to
15   your research area, such as the evaluation of the
16   biologically plausible mechanism of talc in
17   ovarian cancer.  So based on both the timing of
18   the Code of Ethics with regards to the financial
19   disclosure as well as the ad hoc reporting of
20   consulting engagements with the president of the
21   institution, I'm in compliance with the current
22   policies of HudsonAlpha.
23   Q      The president of HudsonAlpha is aware
24   of your opinions in this case?

26 (Pages 98 to 101)

Shawn Levy, Ph.D.

Page 102

```
1    A    I have not discussed my opinions
2  specifically to this case with him; just the
3  general knowledge that I was asked to participate
4  as an expert witness.  He didn't ask, and I
5  didn't provide the content.
6    Q    No one at HudsonAlpha is aware of your
7  opinion that talcum powder causes chronic
8  inflammation which can cause ovarian cancer?  Is
9  that right?
10   A    I have -- I have not specifically
11 shared the contents of the report or -- or my
12 opinions widely at HudsonAlpha.
13   Q    Did you disclose last July that you had
14 already been hired and submitted invoices to the
15 plaintiffs' lawyers?
16   A    I'm sure I did.
17   Q    Do you have that documentation?
18   A    No.  It's -- it's an electronic
19 disclosure.  It's not actually done on paper.
20   Q    One of the things that HudsonAlpha does
21 is it partners with the University of Alabama in
22 a comprehensive cancer center; correct?
23   A    No, that wouldn't be correct.
24 HudsonAlpha is very specific --
```

Page 103

```
1        And you may be more familiar with this
2  than I.
3        They're very specific with their use of
4  the word "partnership" and they're, in fact, very
5  specific that they do not engage in a -- anything
6  titled "a partnership."  So they -- I would not
7  characterize them as a partner of the University
8  of Alabama Cancer Center.
9        We certainly have -- there are faculty
10 members at University of Alabama Birmingham who
11 are -- have adjunct appointments at HudsonAlpha,
12 just as I have appointments at University of
13 Alabama Birmingham and I am a member of their
14 cancer center.
15   Q    Are you aware of the work that
16 HudsonAlpha does with the University of Alabama's
17 Comprehensive Cancer Center?
18 MS. O'DELL:
19        Object to the form.  Asked and
20 answered.
21   A    I'm aware of some of the work, but I --
22 certainly I -- I don't -- I don't necessarily
23 have knowledge of the full spectrum of those
24 projects, given that they involve many faculty
```

Page 104

```
1  members on both institutions.
2  MS. BROWN:
3    Q    Fair to say, then, Doctor, you have not
4  participated in any work with the University of
5  Alabama's Comprehensive Cancer Center?
6  MS. O'DELL:
7        Object to the form.
8    A    No, that's not true.
9  MS. BROWN:
10   Q    Have you worked with the University of
11 Alabama's Comprehensive Cancer Center on projects
12 involving ovarian cancer?
13 MS. O'DELL:
14        Objection.  Asked and answered.
15   A    I would -- I would have to review the
16 specific projects that we've -- we've done to
17 answer that.
18        As the codirector of a core facility
19 for the University of Alabama Comprehensive
20 Cancer Center, it is likely that we've worked on
21 some projects related to ovarian cancer, but I
22 can't specifically name them.  They are -- I
23 would -- I would characterize them as infrequent.
24 MS. BROWN:
```

Page 105

```
1    Q    Have any of those projects attempted to
2  research the potential causes of ovarian cancer?
3    A    Again, I'd have -- I'd have to review
4  the projects.  They're certainly --
5  fundamentally, most of the questions regarding
6  the analysis of cancer samples are routinely to
7  investigate their cause or their treatment.  So I
8  would -- I would answer that question as highly
9  likely.
10   Q    Would you agree the cause of ovarian
11 cancer remains unknown today?
12 MS. O'DELL:
13        Object to the form.
14   A    No, I would -- I would -- I would not
15 agree that it -- I would not agree to that
16 general statement.
17 MS. BROWN:
18   Q    What are the causes of ovarian cancer
19 in your mind, Doctor?
20   A    Well, the -- the causes of -- of
21 a -- of any number of cancers, including ovarian
22 cancer, are probably more well understood now
23 than ever, and their complexities I think now are
24 just beginning to be appreciated in the sense
```

27 (Pages 102 to 105)

Shawn Levy, Ph.D.

Page 106

1    that cancer is a disease of unregulated cell
2    growth.
3          Back to our earlier con- -- earlier
4    conversation, some of the fundamental facts that
5    we had discussed and, in fact, I think well
6    replicated in a number of sources, as you pointed
7    out to me, you know, illustrate that there's a
8    milieu of genetic change leading to cellular
9    transformation, and that cellular damage, if we
10   consolidate that as cellular damage, then has to
11   work in concert with a number of other events
12   providing the right environment for a tumor to
13   grow, such as inflammation, chronic or acute.
14   And, so, the -- you know, the -- the -- you know,
15   giving a singular cause would be inappropriate.
16         But I would say the mechanistic causes
17   of cancer are reasonably well understood, but how
18   those apply to the wide diversity of cancer types
19   remains an area of active investigation.
20         I think what's interesting on cancer in
21   general is that there's no -- really no longer a
22   bucket diagnosis.  It is -- it -- lung cancer is
23   more complex than lung cancer and ovarian cancer,
24   certainly with the --

Page 107

1          As I'm sure you're well aware, with the
2    molecular subtypes and other things, it's a
3    complicated disease as well.
4          So to summarize that is -- to summarize
5    all of that complexity by saying that the cause
6    is known or unknown I think would vastly
7    underestimate the -- our current state of the art
8    or knowledge of how complex cancer is as a
9    condition.
10   Q     Sure.
11         Scientists, researchers, public health
12   authorities continue to investigate the mechanism
13   by which ovarian cancer is caused.  Correct?
14   A     That's correct.
15   Q     We do not, sitting here today in 2019,
16   have a complete understanding of the etiology of
17   ovarian cancer.  Correct?
18   MS. O'DELL:
19         Object to the form.
20   A     I would say we have substantial
21   knowledge of factors and exposures that either
22   predispose or directly cause cancer in a large
23   number of -- large number of cancer areas,
24   including ovarian cancer.

Page 108

1          Now, the -- whether that represents the
2    complete milieu of possibilities is -- is what is
3    currently under research.
4    MS. BROWN:
5    Q     Were you aware that the University of
6    Alabama Comprehensive Cancer Center is an NCI
7    center, National Cancer Institute?
8    A     Yes.  It's -- it's not only an
9    NCI-designated center; it's an NCI-designated
10   comprehensive cancer center, which is a slightly
11   different classification.  It's a -- there's more
12   criteria for a cancer center to meet to become
13   comprehensive.
14   Q     What does it mean to be an NCI center,
15   to you, if you know?
16   A     Stated very simply, it means you have
17   a -- your cancer center is funded by a support
18   grant directly from the National Cancer Institute
19   to provide -- that supports not only patient care
20   but also supports basic research, epidemiology
21   and -- and health outcomes research in cancer.
22         So, in a nutshell, it is a fairly
23   comprehensive grant that supports a wide variety
24   of work within a cancer center that extends

Page 109

1    beyond basic -- basic care.
2    Q     The National Cancer Institute has
3    funded a number of projects that the scientists
4    at HudsonAlpha are working on.  Is that fair?
5    A     I'd have to certainly review the grant
6    portfolio.  But I'm certain that, since I myself
7    have funding from that cancer center, yes, the
8    NCI does fund some -- some number of
9    investigators at HudsonAlpha.
10   Q     And you consider the NCI to be a
11   reputable public health authority; correct?
12   A     No, not necessarily.  The NCI is really
13   not a public health authority.  The N -- the NCI
14   is a -- is a scientific administration center
15   within the National Institutes of Health.
16         Now, I'm speaking of their extramural
17   programs.  The NCI also have intramural programs,
18   where they have their own researchers and their
19   own projects.  I'm less familiar with those
20   activities.
21         But together, I would state that the
22   NCI is a -- I don't have -- I guess I have not
23   had any experience with the NCI that would lead
24   me to say that they are an authoritative public

28 (Pages 106 to 109)

Shawn Levy, Ph.D.

Page 110

1 health authority.
2 Q      Before forming your opinions in this
3 case, Dr. Levy, did you look to see what the NCI
4 states about whether talcum powder causes ovarian
5 cancer?
6 A      I believe I did see, from a number of
7 statements, certainly potentially from the NCI,
8 regarding the complete opinion and -- and
9 knowledge base for the role of talcum powder in
10 ovarian cancer.
11 Q      Do you recall that the NCI has
12 concluded that there's inadequate evidence that
13 talcum powder increases the risk of ovarian
14 cancer?
15 MS. O'DELL:
16         Object to the form.
17 A      Which -- what specifically are you
18 referring to? I -- I wouldn't be able to answer
19 that accurately without knowing which specific
20 report or statement that you're referring to.
21 MS. BROWN:
22 Q      I'm wondering if, sitting here today,
23 you recall looking at information about the
24 classification of risk factors for ovarian cancer

Page 111

1 as done by the NCI.
2 A      I don't recall that specifically. I
3 don't also recall seeing any statements from the
4 NCI regarding safety of any product.
5 Q      In forming your opinions in this case,
6 Dr. Levy, did you consider the conclusions of
7 public health authorities like the FDA, the NCI,
8 NIH as it relates to talcum powder in ovarian
9 cancer?
10 A      So I certainly considered information
11 from each of those entities. But I would make a
12 statement I don't -- I don't recall from any of
13 those entities seeing a single conclusion.
14 Q      Is it your opinion, Dr. Levy, that
15 talcum powder causes ovarian cancer?
16 A      I wasn't asked to provide an opinion if
17 talcum powder causes cancer. I was -- I was
18 asked to develop an opinion as to the biological
19 plausibility of -- of talcum powder leading
20 to -- leading to change.
21        Now, that's what I was asked from the
22 attorneys. If you're asking -- are you asking me
23 what my opinion is --
24 Q      Well, I want to know if, in this case,

Page 112

1 you are prepared to offer the opinion that talcum
2 powder causes ovarian cancer.
3 A      I don't -- I don't think we have the
4 complete information for a sing- -- you know, to
5 have the opinion of a singular cause. But, at
6 the same time, my opinions are that, as stated in
7 the report, there's a clear and well-evidenced
8 biologically plausible role for talcum powder
9 leading to ovarian cancer.
10 Q      On page 2 of your report, the second
11 full paragraph that begins "My report
12 consists" --
13        You with me?
14 A      Yes.
15 Q      -- you state -- you reference your
16 conclusions regarding this cause-and-effect
17 relationship.
18        Do you see that?
19 A      I do.
20 Q      Do you mean by that that you have an
21 opinion that talcum powder causes the effect of
22 ovarian cancer?
23 A      No. That -- that wasn't the meaning of
24 that statement of cause and effect. It was -- it

Page 113

1 was a -- more of a general statement of a cause
2 being exposure to talc and effect being that
3 biologically plausible mechanism.
4 Q      You mentioned a moment ago that you
5 don't think we have the complete info on a
6 singular cause of ovarian cancer. Is that right?
7 MS. O'DELL:
8         Objection to form.
9 A      Sorry. Let me read your question
10 again.
11        I have -- I have not seen any evidence
12 that suggests that there is a singular cause of
13 ovarian cancer.
14 MS. BROWN:
15 Q      You have not seen sufficient evidence
16 to suggest that talcum powder could be one of the
17 causes of ovarian cancer; correct?
18 MS. O'DELL:
19         Object to the form.
20 A      I would disagree. As -- as stated,
21 the -- I have not seen evidence that there's a
22 singular cause of ovarian cancer. I think there
23 is ample evidence that there are a multitude of
24 mechanisms that you can get cellular damage and

29 (Pages 110 to 113)

Shawn Levy, Ph.D.

Page 114

1    cellular change within the ovary which then leads
2    to malignant transformation, and that, as stated
3    in the report, there's a biologically plausible
4    mechanism that exposure to talcum powder and its
5    constituents can create those necessary changes.
6    MS. BROWN:
7        Q     Do you believe, Doctor, there's
8    sufficient evidence that talcum powder, through
9    chronic inflammation, causes ovarian cancer in
10   some individuals?
11       A     No.  That -- that was not my -- not my
12   opinion or statement.  And I would say
13   specifically chronic inflammation is, again,
14   narrowing the focus in an inappropriate way, and
15   the evidence doesn't illustrate that chronic
16   inflammation is a singular sufficient detail or,
17   I should say, effect to result in ovarian cancer.
18   It's certainly a factor, as -- as well described
19   in the -- in the literature.
20           And -- and, again, I would defer to
21   other expert reports that have similar opinions
22   regarding inflammation, chronic inflammation
23   being one of them.
24           And it may be important to provide an

Page 115

1    important distinction that cellular damage or
2    what we can refer to as acute inflammation can
3    cause -- certainly has been shown and is
4    well-evidenced that it causes -- can lead to
5    molecular changes that can lead to cancer.
6           Chronic inflammation is a slightly --
7    is in a slightly different biological perspective
8    in that it provides the correct environment for
9    those cancerous changes to take hold and allow
10   malignant transformation, as I mentioned.
11          So I -- I do view them as working in
12   concert but not necessarily independent.  So when
13   you ask a question that specifically narrows it
14   to chronic inflammation or even acute
15   inflammation in a singular fashion, you know, my
16   answers will largely be the same, that that's, in
17   and of itself, is too limited to describe as a
18   specific cause, singular or otherwise, of ovarian
19   cancer or of cancer in general.
20       Q     You'd agree that the research regarding
21   whether chronic inflammation can cause ovarian
22   cancer is ongoing?
23       A     Yes, I would agree it is -- it is
24   ongoing research.  But there are a large number

Page 116

1    of observations and studies that
2    have -- certainly exist.  And, again, their
3    review and -- and content is what went to the
4    opinions in my report.
5        Q     And most of the studies that you cite,
6    Dr. Levy, talking about chronic inflammation
7    refer to chronic inflammation as a hypothesis of
8    one of the ways cancer might form in the ovary.
9    Correct?
10   MS. O'DELL:
11          Object to the form.
12       A     Let me -- sorry.  Let me read your
13   question.
14          No.  I would disagree.  At least,
15   certainly not most of the studies that I cite.
16   MS. BROWN:
17       Q     Do you believe chronic inflammation is
18   an established mechanism of ovarian cancer?
19       A     Yes, in the sense that chronic
20   inflammation is a well-established mechanism of
21   cancer in general, including ovarian cancer.
22   This is first observed in the 1800s and has since
23   been -- become well-established in the -- in the
24   cancer field that inflammation plays a

Page 117

1    significant role in both the initiation as well
2    as progression of cancer.
3        Q     What methodology did you employ for
4    coming to the opinion that chronic inflammation
5    is a well-established cause of ovarian cancer?
6        A     Just general mechanism in terms of
7    evaluating biological plausibility.
8        Q     I understand, Dr. Levy, you have a
9    general opinion that chronic inflammation can
10   lead to some cancer.  Is that right?
11   MS. O'DELL:
12          Objection to form.  Misstates his
13   testimony.
14       A     I -- I have an opinion regarding the
15   role and importance of inflammation in the
16   initiation and progression of cancer.
17   MS. BROWN:
18       Q     And, as it relates to ovarian cancer,
19   what methodology did you employ to arrive at your
20   conclusion that chronic inflammation is an
21   established cause of ovarian cancer?
22       A     I -- I did not arrive at that specific
23   conclusion, nor was I asked to.
24       Q     You do not believe that chronic

30 (Pages 114 to 117)

Shawn Levy, Ph.D.

Page 118

1 inflammation has been established as a cause of
2 ovarian cancer; correct?
3 MS. O'DELL:
4      Object to the form.
5 A     No, that -- that's not what I said.
6 MS. BROWN:
7 Q     Explain it to me.
8 A     I've stated that chronic inflammation
9 or inflammation in general, including chronic and
10 acute infor -- inflammation, is a component and a
11 necessary component for the initiation and
12 progression of -- of cancer as we understand it
13 today. And, in that, cancer, certainly ovarian
14 cancer as well as a variety of other cancer
15 types, is included.
16 Q     What methodology did you employ to
17 arrive at the conclusion that ovarian cancer is
18 one of the cancers that can be caused by chronic
19 inflammation?
20 MS. O'DELL:
21      Object to the form. Misstates his
22 testimony.
23 A     Yeah. Again, we're not -- I'm not
24 making a specific causal opinion with respect to

Page 119

1 any -- whether -- whether inflammation, talcum
2 powder use or other exposures. I -- my -- my
3 opinion in the report is -- is -- was not asked
4 to be a causal opinion.
5 MS. BROWN:
6 Q     You reference on page 2 of your report
7 that your opinions are based on assessing and
8 weighing the totality of the evidence, including
9 relevant literature and available documentation
10 and your experience as a geneticist and
11 scientific researcher. Do you see that?
12 A     Yes.
13 Q     What do you mean by "the totality of
14 the evidence"?
15 A     All of the evidence available at the
16 time that I was researching this report.
17 Q     All of the evidence concerning what?
18 A     Concerning a variety of subjects
19 surrounding ovarian cancer, talcum powder use,
20 and then inflammation and related subjects as my
21 literature review and review of available
22 information progressed.
23      So there was a, I guess, a large number
24 of tangential directions that -- that I examined,

Page 120

1 from animal models to in vitro studies, in vivo
2 studies, cohort studies, case-control studies.
3 There was quite a broad spectrum of information
4 across a large number of years.
5 Q     Do you believe you reviewed the
6 totality of the epidemiology on talcum powder use
7 and ovarian cancer?
8 MS. O'DELL:
9      Object to the form.
10 A     I -- I reviewed the available studies
11 that appeared to be relevant for the -- for the
12 opinions that are expressed in my report.
13 MS. BROWN:
14 Q     And when you say "available," what do
15 you mean?
16 A     Meaning that I could -- I could
17 discover in the scientific literature.
18 Q     Did you conduct your own literature
19 searches in connection with your work in this
20 case?
21 A     I did.
22 Q     How did you go about finding the
23 totality of the evidence relating to whether
24 talcum powder causes ovarian cancer?

Page 121

1 A     So the -- my methodology for the
2 literature review in establishing my opinion
3 regarding the biological plausibility of talcum
4 powder exposure inflammation and its potential
5 role in ovarian cancer was based on, you know, my
6 activities and many other literature searches, so
7 using a variety of computational tools and -- and
8 web-based resources, from journals to, I would
9 say, primarily PubMed being a resource, but also
10 ISI, Web of Science, Google Scholar and a variety
11 of -- bioRxiv and I'm sure a number of other
12 sources. But those were probably the more
13 primary resources for establishing what
14 literature was available.
15 Q     Did you ask the plaintiffs' lawyers for
16 any scientific literature that you used in
17 forming your opinions in this case?
18 A     What do you mean by "ask"? There
19 is -- as far as did I ask for their similar
20 process, no.
21      There were some papers that I had
22 identified but was not able to access the full
23 content via the libraries that I have access to.
24 So in some of those cases, specific references

Shawn Levy, Ph.D.

Page 122

1    that I provided, those full -- that full content
2    was provided by the plaintiffs' lawyer to allow
3    me to review it.
4        Q      Did the plaintiffs' lawyers give you a
5    set of epidemiology on which you're relying on to
6    form your opinion?
7        A      No, they did not.
8        Q      If I look at your report, I see a
9    reference list and then a separate Exhibit B.  Is
10   that right?
11       A      Yes.
12       Q      So, for example, on page 18 of your
13   report, you have a list of literature cited.
14   Correct?
15       A      Yes.
16              Let me make sure I have the page
17   correct.
18              Yes, beginning on page 18.
19       Q      Is everything that appears in the
20   literature-cited list something that you found on
21   your own, Dr. Levy?
22       A      I would have to review the -- the list.
23   But there are certainly --
24              Let me --

Page 123

1              I believe the Saed abstracts, as an
2    example --
3              Let me see if there are --
4              No.  I -- I believe, in the literature
5    cited, there are certainly some number of
6    examples of information that was provided during
7    the course of the development of my report from
8    the plaintiffs' attorneys in terms of literature
9    for my consideration, but that in no case -- in
10   every case it was provided as a -- as
11   information.
12             The vast majority or nearly the
13   totality of this was information that I had --
14   that I indeed discovered myself and shared with
15   the -- the attorneys, but certainly not complete.
16       Q      On page 18 you cite an article by
17   Blount.
18             Do you see that?
19       A      Yes.
20       Q      Was that given to you by the
21   plaintiffs' lawyers?
22       A      I'd have to look at my records.  I
23   don't recall.
24       Q      Off of the top of your head, are you

Page 124

1    relying on information in that article to form
2    your opinions in this case?
3        A      No.  I'm not relying on any singular
4    article or source to form my opinion on the case.
5        Q      Are you relying in part on the
6    information contained in the Blount article?
7        A      Since I include it in the cited
8    literature, certainly in some -- in some part.
9        Q      What information are you relying on in
10   the Blount article?
11       A      I would have to review the article to
12   remind myself where the --
13       Q      Take a look at it.  We'll pull it right
14   now.
15              What about Paoletti on page 22?  Was
16   that something you found on your own or did the
17   lawyers give you that?
18       A      So Paoletti --
19       Q      Uh-huh.
20       A      Page 22?
21       Q      Uh-huh.
22       A      Actually, the Paoletti one is familiar.
23   That's an interesting one because it's in
24   Italian.

Page 125

1        Q      Are you relying on the information in
2    the Paoletti article to form your opinions in the
3    case?
4        A      Again, the -- I wasn't relying on any
5    singular article but instead tried to present and
6    provide reference to as comprehensive a
7    collection of relevant literature in this -- in
8    this space as possible, of which Paoletti,
9    although being in Italian, there were some --
10   enough translated aspects of that that it was
11   worthy to include in the -- in that cited
12   literature as being relevant to the -- to
13   those -- to those opinions.
14       Q      Just to make sure we get on the same
15   page here, Dr. Levy, when I ask are you relying
16   on something, I don't mean by that question to
17   suggest it's the only thing you're relying on.
18   And I'll try to say "in part" to make it easy for
19   us.  Okay?
20       A      Right.  Just want to be -- make sure
21   we're clear.
22       Q      Absolutely.  So do I.
23              And I want to know are you relying in
24   part on anything in the Paoletti article to form

Shawn Levy, Ph.D.

Page 126

1    your opinions in this case?
2    A      I would say in -- in part.  As far as
3    my opinions regarding the biologically plausible
4    mechanism that was presented, no, it does not
5    rely on that specific conclusions of that paper
6    but, rather, that paper was included because of
7    its results regarding asbestos contamination in
8    industrial talc, which only support -- add
9    support to the mechanism that I presented in the
10   report.
11   Q      Is your opinion in this case, Doctor,
12   based on an assumption that baby powder contains
13   asbestos?
14   A      No, it is not.
15   MS. O'DELL:
16        Object to the form.
17   MS. BROWN:
18   Q      Is your opinion in this case based on
19   an assumption that baby powder contains
20   fragrances?
21   MS. O'DELL:
22        Objection to form.
23   A      My -- my opinion considers the totality
24   of the constituent components of baby powder,

Page 127

1    Shower to Shower, you know, under -- either, as
2    we've been referring to it simply as talc or
3    talcum powder or by trade names such as
4    Johnson & Johnson or Shower to Shower, so the --
5    my opinions, as stated in the report, being
6    reasonably -- or trying to be reasonably
7    comprehensive.  Therefore, it's not, you know,
8    limited to any -- any singular component, whether
9    it be majority or minority, in the -- in the
10   talcum powder products, as I just stated.
11   MS. BROWN:
12   Q      Is your opinion in this case based on
13   an assumption that Johnson & Johnson baby powder
14   products contain heavy metals?
15   MS. O'DELL:
16        Objection to form.
17   A      Again, similar to the earlier
18   statement, the opinion is not subject to
19   any -- any singular component.  I think the
20   information regarding the -- in deferring to some
21   of the other experts regarding the knowledge of
22   constituent components, whether they be heavy
23   metals or asbestos, only helps to support the
24   biological plausibility of the mechanism I

Page 128

1    presented.
2    MS. BROWN:
3    Q      Do you believe that baby talc alone can
4    cause inflammation that may lead to ovarian
5    cancer?
6    A      Based on my review of the literature,
7    there are a number of studies, both of those
8    involving human studies in terms of case
9    controls, as well as a number of animal studies
10   and then, more specifically, in vitro studies
11   that look at talcum powder and its ability to
12   produce clear markers of inflammation.
13        I am -- the -- I am not aware of any
14   specific testing that looked at platy talc
15   individually as a singular component without
16   the -- or out of the context of the products we
17   were just describing in a similar analysis.  So I
18   don't -- I don't know that answer.
19   Q      Is it your opinion that
20   Johnson & Johnson baby powder products are
21   contaminated with asbestos?
22   MS. O'DELL:
23        Object to the form.  Asked and
24   answered.

Page 129

1    A      I -- I -- I have -- I have been
2    provided expert report, and some of those are
3    referenced in the -- in the report, as we were
4    describing, that describe testing of a number
5    of -- number of samples,
6    included -- Johnson & Johnson included in that,
7    that showed how they -- that the results of those
8    reports showed contamination by asbestos or --
9    or -- or asbestos-like fiber.  So, therefore,
10   I've been presented with that evidence.
11   MS. BROWN:
12   Q      Have you relied on that evidence in
13   forming your opinions in this case?
14   A      Again, no, not -- not as a singular
15   evidence.  So, as we just discussed a moment ago,
16   that is a component piece of evidence that
17   leads -- and is supportive of the biologically
18   plausible mechanism described in the report.
19        You know, certainly, it is inarguable
20   that asbestos and asbestos-like fibers cause
21   inflammation.  There's also ample evidence of the
22   inflammatory effects of talc.  And -- and talc
23   pleurodesis, for example, is -- is designed to
24   produce inflammatory response as a treatment.

33 (Pages 126 to 129)

Shawn Levy, Ph.D.

Page 130

```
1            So I think, again, similar to the
2   relationship of asbestos and inflammation, it's a
3   well-established scientific fact that talc has an
4   inflammatory role now.  Or I should say as of
5   today.
6       Q     Have you attempted to quantify, based
7   on the reports of Dr. Longo that you reviewed,
8   how much asbestos contamination is in
9   Johnson & Johnson baby powder products?
10  MS. O'DELL:
11           Objection.  Vague as to form.
12      A     I --
13  MS. O'DELL:
14           As to the volume and time contained,
15  et cetera.
16      A     My -- my answer is simply that I wasn't
17  asked to quantify that as part of my report.
18  MS. BROWN:
19      Q     Whether there is asbestos in Johnson &
20  Johnson baby powder products or not does not
21  impact your opinions in this case; is that right?
22  MS. O'DELL:
23           Object to the form.
24      A     The opinions regarding the biological
```

Page 131

```
1   plausibility described in my report and its
2   relationship to asbestos are somewhat separate,
3   meaning that I have -- I was not able to discover
4   what the contamination rate or content of
5   asbestos was in any of the referenced studies
6   through the course of my report, so, therefore, I
7   can't comment on the likelihood or -- of -- of
8   how many or any -- or any or all of those samples
9   contain asbestos.
10  MS. BROWN:
11      Q     And sounds like you did some work
12  attempting to see if you could calculate a
13  contamination rate.  Is that what you were
14  describing?
15  MS. O'DELL:
16           Object -- object to the form.
17  Misstates his testimony.
18      A     No.  No, not at all.  I stated that I
19  didn't have information available to assess
20  either -- either way.
21  MS. BROWN:
22      Q     Tell me what you meant when you
23  testified that you were not able to discover what
24  the contamination rate or content of asbestos was
```

Page 132

```
1   in any of the above-referenced studies.
2   MS. O'DELL:
3           Objection.  Misstates his testimony.
4       A     So reading -- reading back my
5   testimony --
6   MS. BROWN:
7       Q     So, Doctor, I see that you're looking
8   at the realtime?
9       A     Yes.
10      Q     To get clarification on the question?
11      A     No.  To -- to remem- -- to -- you asked
12  me a question about my statement.
13      Q     Correct.
14      A     And I was reviewing specifically what I
15  had stated so I could answer your question
16  accurately.
17      Q     Terrific.  So I want to know what you
18  were talking about when you said you were unable
19  to discover the contamination rate.
20      A     To clarify, I was not asked to estimate
21  or determine the contamination rate, and my
22  statement regarding that was in reference to the
23  material I reviewed and the literature that is
24  referenced in my report.  I don't recall any
```

Page 133

```
1   of those studies observing a specific statement
2   of amount of asbestos in the talcum powder
3   products that were under study.  So, therefore, I
4   am not able to form an opinion surrounding that
5   contamination rate.
6       Q     Would the same be true, Doctor, for
7   heavy metals?
8       A     Yes, that's correct.
9       Q     And when I say the same would be true,
10  that means you were not able to calculate a rate
11  of heavy metal contamination of any of the talcum
12  powder products in the studies you reviewed?
13  MS. O'DELL:
14           Objection.  Vague.
15      A     I was not asked to.
16  MS. BROWN:
17      Q     Did you attempt to quantify the amount
18  of heavy metals?
19  MS. O'DELL:
20           Objection.
21      A     I certainly reviewed the literature to
22  understand what information was available
23  regarding the products that may have been used
24  and what testing may have been done on
```

34 (Pages 130 to 133)

Shawn Levy, Ph.D.

Page 134

1  those -- on those products.
2  MS. BROWN:
3  Q     And, as it relates to fragrances, have
4  you calculated the amount of fragrances that are
5  present in Johnson & Johnson's baby powder
6  products?
7  MS. O'DELL:
8         Objection to form.
9  A     I -- I wasn't asked to -- to make those
10  calculations.  And I would defer to other expert
11  reports that I had an opportunity to review
12  recently that did perform those calculations.
13  MS. BROWN:
14  Q     Your opinions in this case are not
15  dependent on whether or not --
16  A     I think that was --
17  Q     -- there are fragrances in
18  Johnson & Johnson's baby powder; correct?
19  MS. O'DELL:
20         Objection.
21  A     Sorry.  Let me read that.
22         Sorry.  Could you rephrase your
23  question?  The question that appears on the
24  monitor is that there are fragrances in

Page 135

1  Johnson & Johnson baby powder, question mark.
2  MS. BROWN:
3  Q     That's why it's tricky when you read
4  the realtime.  Just listen to my question.  It'll
5  be more helpful.
6         Your opinion in this case is not
7  dependent on whether or not there are fragrances
8  in Johnson & Johnson baby powder.  Correct?
9  MS. O'DELL:
10         Excuse me.  Objection to form.
11         You may refer to realtime any time you
12  want to, Doctor.
13         But I object to the form of the
14  question.
15  A     So my -- my -- I was -- what was
16  requested of me, again, stating for clarity, was
17  to describe a biologically plausible mechanism
18  for talc and all of its constituent components
19  having a role in inflammation and progression to
20  ovarian cancer based on -- on the information at
21  hand.
22         Certainly the fact, as we've been
23  provided later, the ex- -- the recent review of
24  some other expert reports regarding the

Page 136

1  fragrances as well as asbestos, I would say my
2  opinion now is that that information continues to
3  support the biologically plausible mechanism
4  presented in my report.
5  MS. BROWN:
6  Q     Your opinion that chronic inflammation
7  is a biologically plausible mechanism by which
8  talcum powder could cause ovarian cancer is not
9  dependent on heavy metals being present in talcum
10  powder; correct?
11  MS. O'DELL:
12         Object to the form.  Asked and
13  answered.
14  A     My -- my opinions are not based on --
15  on any singular component or constituent because
16  the -- the available information did not
17  scientifically test any singular components
18  or -- or allow --
19         I'm not aware of any studies that
20  examine the inflammatory or other effects of
21  talcum powder that contained heavy metals versus
22  did not.
23  MS. BROWN:
24  Q     So, for purposes of your opinions in

Page 137

1  this case, for your piece of the puzzle, so to
2  speak, it is not important to you whether or not
3  there are heavy metals in baby powder; correct?
4  MS. O'DELL:
5         Objection to form.  Asked and answered.
6  A     No, that's not correct.  I would say
7  the presence of all of the constituent components
8  is very important for -- from the -- from the
9  perspective of that biologically plausible
10  mechanism, and that includes the type of talc,
11  the structure of the talc, you know, its -- any
12  potential contaminants that are there, as well as
13  the complete spectrum of other constituent
14  components, fragrances, heavy metals.
15         And, of course, fragrances have their
16  own milieu of constituent components that, again,
17  I was not asked to comment on or describe in
18  detail but certainly are part of the overall
19  studies.
20  MS. BROWN:
21  Q     You have a conclusion in your report on
22  page 17, Doctor, conclusion number 2, that talcum
23  powder products cause chronic inflammation.
24         Do you see that?

35 (Pages 134 to 137)

Shawn Levy, Ph.D.

Page 138

```
 1   A    Yes.
 2        And I would -- and then my conclu- --
 3   Q    Hold on.  No question yet.
 4   A    Okay.
 5   Q    And what I want to know, Doctor, is how
 6   do you define the talcum powder products that
 7   you've listed here on page 17 of your report?
 8   A    Primarily the products that are -- when
 9   I consider the totality of everything that I've
10   been examining, the talcum powder products,
11   including Johnson & Johnson and Shower to Shower
12   as, you know, I refer to those consumer products
13   under the term "talcum powder."
14   Q    What about other consumer talcum powder
15   products?  Are they included in your conclusions
16   here on page 17?
17   MS. O'DELL:
18        Object to the form.
19   A    So my -- my conclusions are based on
20   the -- on the literature review.  And, similar to
21   our discussions regarding contaminants and the
22   ability to quantitate those, many of the studies
23   did not specifically delineate which product or
24   the timing of that product.
```

Page 139

```
 1        In contrast, some of the more recent
 2   information available specific to the
 3   constituents did meet that definition, so I would
 4   say these conclusions apply to both the specific
 5   products that I mentioned, Johnson & Johnson and
 6   Shower to Shower, as well as potentially other
 7   products.  But quant- -- quantifying which study,
 8   I would have to go through study by study to
 9   answer any questions about which specific may be
10   included.
11   MS. BROWN:
12   Q    Do you include talc-containing
13   deodorizing sprays in your definition of a talcum
14   powder product?
15   A    None of the literature that -- that I
16   reviewed or can recall was limited to those
17   deodorant sprays in terms of a -- as a study
18   variable that I can -- that I can think of.
19   Q    I'm not sure what you mean by that.
20   A    So the -- the basis of this report was
21   on the talcum powder products, and I don't recall
22   any of the studies that delineated talcum powder
23   as a powder versus a talc-containing deodorant
24   spray as a -- as a variable in the study.  So I
```

Page 140

```
 1   don't know if any of the studies used -- used
 2   that.  I'd have to, again, would have to review
 3   some of that information to determine if there
 4   was a -- if that was a variable in any of the
 5   given studies that are the basis of the report.
 6   Q    What methodology did you employ here in
 7   coming to your conclusion that chronic
 8   inflammation is caused by talcum powder products?
 9   MS. O'DELL:
10        Objection.  Asked and answered.
11   A    Yeah.  Again, to restate, similar to
12   the earlier questions, the -- my methodology was
13   based on standard methodology for establishing
14   biological plausibility, which is a, in a
15   summary, a review of the totality of the evidence
16   and then a summary of that to establish if, based
17   on established or -- or known or factual
18   principles, is there a -- can -- can a mechanism
19   described go from cause to effect in a -- again,
20   in an evidence-supported biologically plausible
21   manner.
22        There's a few references I can provide
23   you that describe that method in a published
24   manner, if that's helpful.
```

Page 141

```
 1   MS. BROWN:
 2   Q    That would be helpful.
 3   A    They are -- these are our --
 4   MS. O'DELL:
 5        These are mine.
 6   THE WITNESS:
 7        Yeah.
 8        There's a -- I can get them --
 9   MS. BROWN:
10   Q    Are the published methods referenced in
11   your report, Doctor?
12   A    No, actually, those are not.
13   Q    Okay.  How would you go about finding
14   the published methods that contain a description
15   of the methodology you employed in this case?
16   A    No.  It's that I was just saying that
17   there's a published -- peer-reviewed published
18   article that is the same as the method I used, if
19   you -- if you wanted to review that.  I didn't
20   reference this specific paper in the report.
21   Q    Okay.  And you have a -- do you have a
22   copy of that in front of you right now, Doctor?
23   A    I do.
24   Q    Okay.  So let's mark that as Exhibit
```

36 (Pages 138 to 141)

Shawn Levy, Ph.D.

Page 142

1  14.
2           (DEPOSITION EXHIBIT NUMBER 14
3           WAS MARKED FOR IDENTIFICATION.)
4  MS. BROWN:
5       Q       The title of the document is
6  "Evaluating Biological Plausibility in Supporting
7  Evidence For Action Through Systematic Reviews in
8  Public Health."
9           When is the first time you reviewed
10 this document, Doctor?
11      A       In the last -- the last day or so.
12      Q       Was the document provided to you by the
13 lawyers for plaintiffs?
14      A       Yes.
15      Q       The document is not referenced in your
16 report.  True?
17      A       It is not referenced.  That's correct.
18      Q       You did not review the document prior
19 to writing your report; correct?
20      A       That's right.
21      Q       The document was something the lawyers
22 for plaintiffs gave you after you had already
23 written and authored your report; correct?
24      A       That's correct.  I provided that as an

Page 143

1  example of the -- of a published example of the
2  methodology that I employed.
3       Q       You didn't endeavor to research the
4  scientific literature to find a published --
5  published example of your methodology, did you?
6  MS. O'DELL:
7           Objection to form.
8       A       I -- it wasn't -- that wasn't what I
9  was -- I wasn't asked to reference the
10 methodology in my report.  I was, again, asked to
11 provide an opinion on a biologically plausible
12 mechanism and then, since our discussion has
13 transferred to methodology, to be complete, I
14 wanted to provide an example of a published
15 version of the methodology that -- that is
16 similar to or at least describes in a summary or
17 really in that particular paper an exemplary
18 fashion of the criteria for biological
19 plausibility and the methods used therein.
20 MS. BROWN:
21      Q       Exhibit 14 is the product of research
22 the lawyers for plaintiffs conducted on a
23 published article regarding your methodology.
24 True?

Page 144

1  MS. O'DELL:
2           Object to the form.
3       A       No, that's not true.
4  MS. BROWN:
5       Q       The lawyers for plaintiffs found
6  Exhibit 14 in the scientific literature; correct?
7       A       That's correct.
8       Q       In reviewing the scientific literature,
9  did you pay attention to the articles that
10 classify different types of talcum powder
11 products?
12 MS. O'DELL:
13          Object to the form.
14      A       Could you give a specific example, and
15 then I --
16          I wouldn't be able to answer without
17 knowing.
18 MS. O'DELL:
19      Q       Sure.
20          Do you understand that some of the talc
21 epidemiology separates use by type of talcum
22 powder product?
23 MS. O'DELL:
24          Objection to form.

Page 145

1       A       Again, do you have a specific example
2  of one of the studies so I could -- so I'd be
3  able to accurately answer your question?
4  MS. BROWN:
5       Q       Here's what I want to know.  Did you
6  look at the studies that separated deodorizing
7  sprays from powder products from cornstarch, for
8  example?
9       A       Certainly in my review I made as
10 comprehensive a review of available literature
11 as -- as possible.  And, again, if you can name a
12 specific study or one of the references, I can
13 confirm if that was -- if that was part of
14 the -- my review of the epidemiology.
15      Q       Do you hold the opinion that talcum
16 powder-containing deodorant sprays causes
17 inflammation?
18 MS. O'DELL:
19          Objection to form.  Vague.
20      A       So if the --
21          Again, I was asked to provide an
22 opinion on the biologically plausible mechanism
23 regarding talc and talcum powder.  So,
24 presumably, any product that contains talcum

37 (Pages 142 to 145)

Shawn Levy, Ph.D.

Page 146

```
1    powder could possibly follow that same
2    biologically plausible mechanism.
3    MS. BROWN:
4    Q      Is there a certain amount of talcum
5    powder that a product must contain to cause
6    inflammation?
7    MS. O'DELL:
8           Objection to form.
9    A      That wasn't something I was asked
10   to -- to quantify, similar to the discussions we
11   had about metals, fragrances, and asbestos.
12   MS. BROWN:
13   Q      In forming your opinion that talcum
14   powder products cause inflammation, you have not
15   attempted to quantify how much talcum powder is
16   in those products; is that right?
17   MS. O'DELL:
18          Objection to form.  Asked and answered.
19   A      So my -- my review included a number of
20   studies that looked at exposure rates, and my
21   review also included the review of some studies
22   that did not include use frequency as well as
23   duration.  And, so, both of those considerations
24   in terms of my review of the epidemiology were
```

Page 147

```
1    undertaken, but I did not attempt to quantify
2    those relationships specifically.
3    MS. BROWN:
4    Q      Okay.  So there's two different issues
5    there that I want to ask you about.  One, I want
6    to talk to you about whether the talcum powder
7    products you've described on page 17 of your
8    report have a specific composition, in your mind.
9    Okay?
10          Two, I want to talk to you about what
11   you were just answering, which is is there a
12   specific amount of the product that you believe
13   causes inflammation.
14          Do you understand the difference?
15   A      I do.
16   MS. O'DELL:
17          Objection to form.
18   MS. BROWN:
19   Q      Okay.  So let's start, one, with the
20   product.  In forming the opinion that talcum
21   powder products cause inflammation, is there a
22   particular chemical composition that you are
23   relying on?
24   MS. O'DELL:
```

Page 148

```
1           Objection to form.  Vague.
2    A      My -- my opinions are based on the
3    available scientific literature regarding the
4    testing performed on talcum powder and talcum
5    powder products.
6           I -- in my review of those results, I
7    did not see a specific enumeration of any one
8    particular chemical composition that was -- had a
9    greater or lesser cause or effect relationship.
10   MS. BROWN:
11   Q      Do you know how much talcum powder is
12   in the Shower to Shower product?
13   A      No.  I wasn't -- I wasn't asked to
14   quantify that, and I would defer to some of the
15   other expert reports regarding the composition of
16   those products.
17   Q      Do you include cornstarch as a talcum
18   powder product?
19   MS. O'DELL:
20          Object to the form.
21   A      Cornstarch was included in some of the
22   epidemiology studies, as you -- as you mentioned
23   a moment ago.
24   MS. BROWN:
```

Page 149

```
1    Q      Do you consider cornstarch to be a
2    talcum powder product that also causes
3    inflammation?
4    MS. O'DELL:
5           Object to the form.
6    A      My -- my review of the literature
7    doesn't -- I'm thinking through the available
8    studies, and I don't recall which studies that
9    may -- may have been a dependent variable in
10   terms of the determination.  So I -- I can't
11   answer that.  I -- I don't have the information
12   to answer that accurately.
13   MS. BROWN:
14   Q      So, sitting here today, you're not sure
15   if cornstarch would be a talcum powder product
16   that causes inflammation as you described on page
17   17?
18   MS. O'DELL:
19          Objection.
20   A      No.  So --
21   MS. O'DELL:
22          Misstates the testimony.
23          But you may answer if you understand
24   the question.
```

38 (Pages 146 to 149)

Shawn Levy, Ph.D.

Page 150

1  A    So corn -- cornstarch and -- and talcum
2  powder are -- are -- when I'm referring to talcum
3  powder and talcum powder products, cornstarch, as
4  a singular component -- or singular product, is
5  not included in that definition.
6      Now, whether products that contain talc
7  also contain cornstarch, I -- I'm not able to
8  say.
9  MS. BROWN:
10  Q    Right.  And so that's my question.
11  What about a product like Shower to Shower that
12  contains talc and cornstarch?  How have
13  you -- what methodology have you employed to
14  arrive at the conclusion that the Shower to
15  Shower product causes inflammation?
16  MS. O'DELL:
17      Object to the form.
18  A    So my -- what I was requested was to
19  write an opinion as to the, again, the
20  biologically plausible mechanism that exposure to
21  talc and its constituents can lead to
22  inflammation.
23      I wasn't asked to provide as to what
24  the minimum or maximum thresholds are of any

Page 151

1  product or of any component of that product or
2  constituent.
3      The information I was provided was the
4  analysis of products like Shower to Shower and
5  Johnson & Johnson's product, to evaluate the
6  spectrum of talc and asbestos contamination in
7  some of the constituent components, and then --
8  and, therefore, develop an opinion as to
9  the -- whether or not that those products are
10  supported by the same mechanism that I developed
11  the opinion on, meaning they have the constituent
12  components to cause inflammation.
13  MS. BROWN:
14  Q    You have not made a determination of a
15  particular amount of talcum powder that is
16  required to be in a product for it to cause
17  chronic inflammation; correct?
18  MS. O'DELL:
19      Object to the form.
20  A    I wasn't asked to provide such an
21  opinion.
22  MS. BROWN:
23  Q    Your opinion that talcum powder
24  products cause chronic inflammation is not based

Page 152

1  on knowledge of how much talcum powder is
2  actually in the product; correct?
3  MS. O'DELL:
4      Objection.  Misstates his testimony.
5  A    Again, not a -- it wasn't part of -- it
6  wasn't an opinion I was asked to provide.
7      The -- the only -- or, I should say,
8  a -- a study that looked at the -- summarizing
9  the epidemiology literature that I reviewed, some
10  of those studies had a duration and component as
11  far as general talcum powder and talcum powder
12  product use.
13  MS. BROWN:
14  Q    And I want to --
15  A    I don't --
16  MS. O'DELL:
17      Excuse me.  Let him finish.
18  A    I was -- I was going to say I don't
19  recall those quantitating the percentage of
20  talcum powder in a -- in a given product in the
21  study.
22  MS. BROWN:
23  Q    Right.  And, so, you're getting a
24  little into the second question, which I do want

Page 153

1  to talk about, which is how much people are
2  exposed to.
3      But sticking with just what's in the
4  product, have you made a determination that there
5  is a threshold amount of talcum powder that is
6  required to be in a product before you can
7  conclude that that product will cause chronic
8  inflammation?
9  MS. O'DELL:
10      Objection to form.  Asked and answered.
11  A    I -- again, I wasn't asked to provide
12  that -- that threshold opinion.
13  MS. BROWN:
14  Q    And understanding whether or not there
15  is a threshold of how much talcum powder has to
16  be in a product to cause inflammation is not
17  necessary for you to opine that talcum powder
18  products cause chronic inflammation?
19  MS. O'DELL:
20      Objection.  Misstates his testimony.
21  A    So my -- my use of the terminology
22  "talcum powder products" includes the product and
23  all of its constituent components, which would
24  be, as we earlier discussed, talcum powder,

39 (Pages 150 to 153)

Shawn Levy, Ph.D.

Page 154

1  fragrances, and any contaminating substances,
2  such as asbestos or -- or heavy metals.
3         And, so, therefore, to -- to more -- to
4  answer -- to be able to answer your question
5  accurately, we would -- I think we would have to
6  have some discussions as to the type of talcum
7  powder and the level of exposure to be able to
8  answer that regarding my opinion in terms of
9  level.
10        You know, the -- to clarify, the --
11 during this research and the -- and having the
12 opportunity to review much of the literature in
13 talcum powder, it's a -- it's a fascinating field
14 because it is similar to asbestos.  It appears
15 that the diversity of products and the diversity
16 of talc sources are like having a thorn bush with
17 different size thorns, and, depending on the
18 constituent components, you know, those thorns
19 are bigger or smaller or otherwise.  And -- but
20 my opinion is based on the fact that the presence
21 of any of those thorns is sufficient to cause
22 some inflammatory response.
23 MS. BROWN:
24     Q     Does a talcum powder product with 10

Page 155

1  percent talc cause chronic inflammation, in your
2  view?
3  MS. O'DELL:
4         Object to the form.  Incomplete
5  hypothetical.
6      A    I -- I don't have the information to
7  answer that.
8  MS. BROWN:
9      Q    Does a talcum powder product with
10 50 percent talc cause chronic inflammation, in
11 your view?
12     A    Again, I don't have the information to
13 answer that.
14 MS. O'DELL:
15        Object to the form.
16 MS. BROWN:
17     Q    Is it necessary for you to determine
18 the level of talc in a product before determining
19 that it can cause chronic inflammation?
20 MS. O'DELL:
21        Objection.  Asked and answered.
22     A    No.  My -- my -- so my opinion was
23 asked to answer the question of can -- is there a
24 biologically plausible mechanism from talc

Page 156

1  exposure to inflammation to the initiation of
2  core progression of cancer.  And that's -- that's
3  been the focus of my opinion.
4  MS. BROWN:
5      Q    Have you attempted to quantify talc
6  exposure as it relates to individuals?
7      A    No, I have not.
8         Again, my -- my opinions are primarily
9  limited to the -- to the biological mechanism.
10     Q    Well, isn't that dependent, though, on
11 how much talc a person is exposed to?
12 MS. O'DELL:
13        Objection.
14     A    No.  Again, separating the -- so the
15 question of the mechanism is --
16        Can an exposure result in a mechanism
17 is separate from how much of an exposure is
18 required to cause that mechanism.
19 MS. BROWN:
20     Q    So you've identified two questions for
21 us.  One, can exposure result in a mechanism.
22 Correct?
23     A    (Nods affirmatively.)
24     Q    And, two, how much of an exposure do

Page 157

1  you need to produce a mechanism.  Correct?
2  MS. O'DELL:
3         Objection to form.
4      A    Correct.
5  MS. BROWN:
6      Q    And, in this case, you have answered
7  question number one, can exposure to talc cause
8  chronic inflammation.  Correct?
9      A    So my -- yeah.  My -- my report details
10 the -- that opinion regarding a biologically
11 plausible mechanism.
12     Q    You have not, in this case, answered
13 question number two, which is how much exposure
14 to talc is needed to cause chronic inflammation.
15 Is that right?
16 MS. O'DELL:
17        Objection to form.
18     A    I wasn't asked to provide such a
19 mechanism or such a -- such an opinion.
20        Part of my review included some of the
21 epidemiology studies that examine that question,
22 but I certainly would defer to the -- the number
23 of -- of epidemiologists who are -- who are
24 providing testimony in this case, rather than try

40 (Pages 154 to 157)

Shawn Levy, Ph.D.

Page 158

1    and paraphrase or opine on their work.
2    MS. BROWN:
3    Q    Do you believe --
4    MS. O'DELL:
5         Excuse me.  We've been going about an
6    hour and 15 minutes.  I'd love to take a break in
7    the next two or three minutes and --
8    MS. BROWN:
9         It will probably take me a little
10   longer than that, but I'm mindful of the time,
11   and I'll just finish this subject and take a
12   break --
13   MS. O'DELL:
14        Well, Dr. Levy, would you like a break
15   now?
16   THE WITNESS:
17        I think we can finish this subject.
18   MS. BROWN:
19        Thank you.
20   THE WITNESS:
21        I -- I'd rather conclude it than break
22   it up.
23   MS. BROWN:
24   Q    So, Doctor, as it relates to how much

Page 159

1    talc is needed to cause inflammation that can
2    cause cancer, that wasn't what you were asked to
3    figure out in this case.  Is that right?
4    MS. O'DELL:
5         Objection to form.
6    A    No.  Well, I -- I was -- I was asked to
7    provide a review of the literature in terms of
8    talc exposure and inflammation and, in that
9    review, identified a number of studies that
10   examined some relationships to dose.
11        But I -- as you -- as you see in my
12   conclusions, none of them speak to dose or
13   duration in terms of that -- of that mechanism.
14   MS. BROWN:
15   Q    You are not offering an opinion in this
16   case, Doctor, that perineal use of talcum powder
17   exposes an individual to enough talc to cause
18   chronic inflammation than can cause cancer;
19   correct?
20   MS. O'DELL:
21        Objection to form.
22   A    My review of studies that attempted to
23   answer that specific question found a -- or a
24   number of studies, both -- or a number of

Page 160

1    epidemiology studies found that conclusion and,
2    as -- as reviewed in the report, you know, found
3    an increased risk with increasing -- increasing
4    exposure appears, with the current knowledge in
5    the literature, to increase risk.  But my opinion
6    was not to further quantify or further describe
7    that.
8    MS. BROWN:
9    Q    Many of the studies you looked at did
10   not show a dose response; correct?
11   MS. O'DELL:
12        Objection to form.
13   A    The limitation of several of the
14   studies I reviewed was that they did not examine
15   a dose response, so that, therefore, the study
16   was unable -- unable to make that conclusion
17   because they didn't look.
18   MS. BROWN:
19   Q    And some of the studies that did
20   attempt to look at duration and/or frequency did
21   not show a linear dose response.  Correct?
22   A    I would have to look at the specific
23   studies.  But in -- in summary, studies that did
24   look at dose response, particularly more recent

Page 161

1    studies with larger numbers of participants, the
2    meta-analysis studies, found a significant
3    relationship between duration of use as well as
4    frequency of use in terms of their -- their risk
5    ratios.
6    Q    And you are not going to offer the
7    opinion in this case that a woman using Johnson's
8    Baby Powder products perineally is exposed to
9    enough talcum powder to cause chronic
10   inflammation that can cause cancer.  True?
11   MS. O'DELL:
12        Object to the form.
13   A    I -- I wasn't asked to -- to provide
14   that opinion.
15   MS. BROWN:
16   Q    And so, as such, you haven't attempted
17   to quantify how much talcum powder, as used
18   perineally, might get to the ovary.  Is that
19   fair?
20   A    Again, wasn't -- wasn't asked.  I was
21   able to review some of the literature that
22   is -- appears to be long -- longstanding, well
23   established over the last greater than 40 years
24   that show a clear -- and I believe the FDA

41 (Pages 158 to 161)

Shawn Levy, Ph.D.

Page 162

1  statement is -- is describing it as inarguable --
2  that talc can migrate either from perineal
3  exposure or even from inhalation exposure and be
4  found in the ovary.
5       A quantitation of how much exposure is
6  required for that migration to occur and -- or
7  how many times of exposure that migration needs
8  to occur, I think it's been a fairly wide
9  diversity of -- of studies on that subject.
10      And, so, based on that, I'm not able to
11  offer an opinion as to a minimal or maximum dose
12  required to get there, other than -- but,
13  instead, state that there is enough evidence to
14  say factually that migration through the -- or
15  through at least two mechanisms of exposure, talc
16  can be found in the ovary. And I would suggest
17  that -- or I'm not aware of any study that
18  quantitates that further.
19  Q    Is it essential to your opinion that
20  talc causes chronic inflammation that can lead to
21  ovarian cancer that some amount of talc be
22  present in the actual ovary?
23  MS. O'DELL:
24      Object to the form.

Page 163

1  A    So my -- my -- my opinion regarding the
2  biologically plausible mechanism, again, does not
3  rely on duration of exposure or amount of
4  exposure.
5       So, therefore, I would -- I would
6  answer your question directly that it would be
7  no, it does not -- it would not necessarily
8  require talc to be present at the ovary at any
9  given time point for there to be the potential
10  that she had some inflammatory injury due to talc
11  exposure at a previous time.
12      That would, of course, be two different
13  questions, one being effect of exposure and
14  second question being is there clearance of that
15  exposure over time if use is discontinued.
16      So that's, again, two different -- two
17  very different scientific studies would be --
18  would be necessary.
19  MS. BROWN:
20  Q    And you have not undertaken either of
21  those studies. Is that fair?
22  A    That's fair.
23  Q    And -- but essential to your theory,
24  though, Doctor, at some point, some amount of

Page 164

1  talc has to reach the ovary for the chronic
2  inflammation to occur. Is that right?
3  MS. O'DELL:
4       Objection.
5  A    Not -- specific to your question,
6  chronic inflammation, no, not necessarily.
7  MS. BROWN:
8  Q    Is it your opinion in this case,
9  Doctor, that a woman can develop ovarian cancer
10  from chronic inflammation from talc without any
11  particle of talc ever reaching the ovary?
12  MS. O'DELL:
13      Objection to form.
14  A    No, I didn't -- I -- I certainly did
15  not make that statement. And the --
16      Again, restating the -- this summary of
17  my -- my opinion, that the biologically plausible
18  mechanism for talc exposure to inflammation to
19  cellular damage and then potentially creating the
20  correct environment is based on evidence showing
21  talc exposure in the ovary.
22  MS. BROWN:
23  Q    Okay. So critical to your opinion,
24  then, some talc has to get to the ovary at some

Page 165

1  time; right?
2  A    Well, the -- again, the -- my opinion
3  is not based on how talc migrates or -- or when
4  it can migrate. It's simply based on, the, again,
5  that biological premise, that exposure to talc.
6       So I wasn't asked to opine whether or
7  not talc exposure in a neighboring tissue could
8  cause enough of an inflammatory response to
9  affect the ovary.
10      So there is the, certainly, the
11  uninvestigated secondary effects that perhaps
12  talc did not -- is not necessary or -- and
13  required to get to the ovary to cause that
14  effect. I'm -- I'm just not aware of any studies
15  that have made that delineation of talc exposure
16  to neighboring or surrounding organs.
17      There is limited or some suggestion
18  regarding the inflammatory response related to
19  talc exposure in the lung that suggests that any
20  talc exposure causes an inflammatory response.
21  Again, but I can't point you to evidence that
22  would take that inflammatory response and tie it
23  specifically to ovarian cancer.
24      So, again, my answer is there is not

42 (Pages 162 to 165)

Shawn Levy, Ph.D.

Page 166

1   enough evidence to -- to support nor refute that
2   any talc exposure can lead to an increased risk
3   of ovarian cancer.  What I do know from my review
4   of the literature is the studies that looked at
5   that specific exposure --
6           And, to be clear, none of the
7   epidemiology studies in humans quantitated the
8   amount of talc reaching the ovary.  It was simply
9   the exposure and the -- and the perineal use of
10  talc.  So I think any discussion about how much
11  did it reach the ovary and how long was it in the
12  ovary is all hypothetical.
13  Q      Why don't we go off the record and take
14  a break.
15          Thank you, Doctor.
16  VIDEOGRAPHER:
17          Going off the record.  The time is
18  11:51 a.m.
19              (LUNCH RECESS.)
20  VIDEOGRAPHER:
21          We're back on the record.  The time is
22  12:52 p.m.
23  MS. BROWN:
24  Q      Welcome back, Doctor.

Page 167

1           You were asked in this case to assess
2   whether perineal use of talcum powder products
3   induces a biologically plausible mechanism or
4   mechanisms that result in ovarian cancer.
5   Correct?
6   A      Correct.
7   Q      And define for us, if you will,
8   "biologically plausible mechanism" as you used it
9   in that sentence.
10  A      Excuse me.  A mechanism that is
11  biologically plausible, I mean that it is
12  supported by either well-established biological
13  facts or supported by at least a single line of
14  evidence in published literature -- you know,
15  generally speaking, peer-reviewed literature but
16  certainly not limited to that -- where when you
17  take -- when you consider the totality of the
18  mechanism, that, essentially, each of the steps
19  makes sense and is -- is supported by -- through
20  either direct or indirect observations.
21  Q      Okay.  And, in this case, as it relates
22  to talcum powder, do you believe that the
23  biologically plausible mechanism of chronic
24  inflammation causing ovarian cancer is supported

Page 168

1   by well-established biological facts?
2   A      I would say the -- that chronic
3   inflammation as a component of causing ovarian
4   cancer is well established by biologically
5   plausible facts.
6   Q      And what are those facts?
7   A      I think a number of studies that
8   include the, first, the -- that talc or talcum
9   powder causes inflammation.  These exist in a
10  number of forms, including very recent -- recent
11  research by Dr. Saed, as we were -- touched on a
12  little bit earlier in the -- in his paper, as
13  well as classical studies with talc pleurodesis
14  where there's -- you know, the fundamentals of
15  that treatment is the inflammatory response
16  caused by talc.
17  Q      Uh-huh.
18  A      And, so, that would be the -- some of
19  the -- two examples of where factual information
20  or at least observations that are supportive
21  of -- of that information, you know, being
22  considered as a bio- -- part of a biologically
23  plausible mechanism.
24  Q      You would agree, Doctor, that not all

Page 169

1   inflammation causes cancer; correct?
2   A      I would say inflammation is not
3   singularly responsible for cancer.  However, I
4   would clarify that the progression from cellular
5   transformation to malignant cancer, at least with
6   our current understanding of cancer biology,
7   appears to have an inflammatory requirement,
8   meaning that all cases of chronic inflammation
9   don't necessarily cause cancer.  However, our
10  understanding of malignant transformation appears
11  to have, universally, an inflammatory component.
12  Q      Okay.  You would agree, though, that
13  not all types of inflammation that the body
14  experiences is inflammation that will lead to
15  cancer.  Correct?
16  MS. O'DELL:
17          Object to the form.
18  A      So I would -- taking a step back
19  and -- and -- or to orient us to some of the
20  basis of my opinions and some statements on
21  general cancer biology --
22  MS. BROWN:
23  Q      Well, let's start with just the
24  question, though, Doctor.

43 (Pages 166 to 169)

Shawn Levy, Ph.D.

Page 170

1    A    Okay.
2    Q    Okay.  Let's just keep it to an answer
3  to the question.  And then if you need an
4  opportunity to make another statement on the
5  record, that's fine.
6  MS. O'DELL:
7        Excuse me.  Just object to the
8  direction of the witness.
9        Dr. Levy, you can answer a question
10  however you'd like.
11  MS. BROWN:
12    Q    And, just to orient you, Doctor, what
13  I'm after, the question was:  Not all
14  inflammation that takes place in the body is
15  inflammation that leads to cancer; correct?
16  MS. O'DELL:
17        Object to the form.
18    A    So that, yeah, it's really too general
19  a question.  So you're -- you're -- what you're
20  asking is does all inflammation have the
21  potential to have -- have a relationship to
22  cancer, and the answer to that is -- is yes, it
23  does.
24        Now, does every inflammatory response

Page 171

1  directly cause cancer?  And that's a question
2  that I would say would be reasonable to -- in
3  layperson's terms, in terms of general
4  inflammation, is unlikely.
5        But there -- their distinction
6  between -- is -- you know, stated simply, is
7  inflammation is a -- by our current knowledge of
8  cancer, is a necessary component of cancer
9  progression.  That does not equate to all
10  inflammation causing cancer.
11  MS. BROWN:
12    Q    Does acute inflammation cause cancer,
13  in your mind, Doctor?
14    A    It is a component of the cancer
15  progression process.  And, so, in my -- to
16  provide a simplistic distinction between them is
17  a --
18        Acute inflammation which results in
19  either an inflammatory response or direct
20  cellular insult or injury can be viewed as having
21  a -- causing cellular damage that results
22  in -- in cellular transformation.
23        Now, that is not sufficient for that --
24  for those transformed cells to then go on to

Page 172

1  cause cancer.  The -- you need a contribution of
2  other factors.  And what those factors are is --
3  some are understood.  Some are areas of active
4  research.
5        In the -- in the specific case of
6  ovarian cancer, it does appear, given the
7  late- -- given the observations about latency
8  period, that some level of chronic inflammation
9  appears to be critical, but there is no
10  definition of it being required to then having
11  acute inflammation, again, in summary, causing
12  cellular damage and then chronic inflammation
13  providing a -- a supportive environment for that
14  transformation.
15        And, again, I'm -- I'm generalizing,
16  which, as we discussed earlier in the day, cancer
17  is very complex, and so we have to be cautious
18  with generalizations.
19    Q    Talc pleurodesis is a medical procedure
20  by which talc is injected into the pleura;
21  correct?
22    A    Correct.
23    Q    And it is done that purposefully to
24  elicit an inflammatory response.  Correct?

Page 173

1    A    That's correct.
2    Q    And have you looked in consid- --
3  forming your opinions in this case at the body of
4  epidemiology that has followed folks who received
5  talc pleurodesis to see if they developed cancer?
6  MS. O'DELL:
7        Object.
8    A    Somewhat, yes.
9  MS. BROWN:
10    Q    And are you familiar with the findings
11  of those studies that talc, when injected
12  directly into the pleura for the purpose of
13  causing inflammation, had not caused cancer?
14  MS. O'DELL:
15        Object to the form.
16    A    I would disagree with your conclusions.
17  And, in fact, the literature I reviewed has, I
18  think, two fundamental concerns.  One is the time
19  period that these patients were followed post
20  pleurodesis, and the other that there -- there
21  have been at least one report, perhaps two -- I
22  would have to review to make sure I'm speaking
23  accurately -- where there was indeed a
24  asbestos-like response in the formation of a

44 (Pages 170 to 173)

Shawn Levy, Ph.D.

Page 174

1  mesothelioma-like event in the -- in the -- in
2  the pleural space following talc pleurodesis.
3      However, you know, taking a step back,
4  given the relative rarity of that as a procedure,
5  particularly today, I think drawing conclusions
6  from that as its -- as its relationship to cancer
7  would be difficult, but I -- I do think
8  fundamentally the -- my use of that as an example
9  was not necessarily to tie talc specifically to
10  cancer.  It was more to state that it's well
11  established that platy talc individually as it --
12  used in those procedures causes an inflammatory
13  response.  And so, you know -- and that is the
14  primary reason I used or reviewed that literature
15  for that purpose.
16  MS. BROWN:
17      Q      Is it your opinion, Doctor, that talc
18  pleurodesis leads to cancer?
19  MS. O'DELL:
20          Object to the form.
21      A      It is my opinion that talc pleurodesis
22  creates an environment supportive of cancer.  And
23  whether or not some number of individuals may
24  progress, could progress or have progressed to

Page 175

1  cancer is -- you know, is -- is of limited
2  knowledge right now.
3  MS. BROWN:
4      Q      What scientific support do you have for
5  your opinion that talc pleurodesis creates an
6  environment supportive of cancer?
7      A      Oh, just that it causes an inflammatory
8  response.  And, as we've been discussing, there
9  is ample evidence surrounding the role of
10  inflammation in cancer.  There's a -- you know,
11  in a number of both reference studies and I think
12  generally, I would -- I would state that it's a
13  generally accepted fact in cancer biology.
14      Q      What scientific support do you have for
15  your opinion that talc pleurodesis patients later
16  can and do develop cancer?
17  MS. O'DELL:
18          Object to the form.  Misstate his
19  testimony.
20      A      I'd have to review my -- review some of
21  the literature.  And I can take a look if we want
22  to pause for a moment.
23          But there was -- I recall one study
24  involving talc pleurodesis that was maybe

Page 176

1  mid-'80s to early '90s.  I'd have to, again, have
2  to review that --
3          I gave that specific example of a
4  patient or cohort of patients that were found to
5  have, again, asbestos-like effects in the lung
6  leading to, at least in a case or more than
7  perhaps more than one case, a mesothelioma-like
8  effect like we -- like I just mentioned.
9          But, again, to point you to the exact
10  reference, I'd have to review.
11  MS. BROWN:
12      Q      Are you relying on that reference in
13  forming your opinions in this case?
14      A      No.  Specifically -- again, to restate
15  the -- my description of the pleurodesis process
16  was to support the early part of the biological
17  mechanism that talc causes inflammation.  So
18  that -- and, so, in the lung as a tissue, that
19  progression to cancer is -- is -- I think is a --
20  is a -- is a supportive observation to the -- to
21  my overall principle.  But, again, it's a
22  separate -- separate exposure type, certainly a
23  very different dosing, potentially, and, again, a
24  very different patient, or the patient is a very

Page 177

1  different individual in the sense that they
2  obviously have reasons for going through the talc
3  pleurodesis which are -- which are -- which are
4  potentially compounding to the overall phenotype.
5      Q      Have you endeavored to quantify the
6  difference between exposure to talc from
7  pleurodesis versus perineal use of cosmetic
8  talcum powder products?
9  MS. O'DELL:
10          Object to the form.
11      A      I have -- I have not attempted to
12  delineate those two simply from the perspective
13  that, again, to the biological mechanism, the
14  initial premise is talc causes inflammation.  And
15  when I examined literature to look for evidence
16  of that historically, talc pleurodesis is one
17  example of inflammation.  There's now others, and
18  there's, subsequent to that, there's been
19  a -- now a number of -- or, you know, probably
20  a --
21          Dr. Saed is one example of a reasonably
22  comprehensive molecular study examining specific
23  inflammatory markers tied specifically to
24  cellular exposure to, in the case of that paper,

Shawn Levy, Ph.D.

Page 178

1   specific products, you know, such as the Shower
2   to Shower and the -- and baby powder.
3   MS. BROWN:
4   Q      Do you believe the inflammation caused
5   by talc pleurodesis is chronic inflammation that
6   leads to cancer?
7   MS. O'DELL:
8          Objection to form.  Asked and answered.
9   A      Again, I believe the inflammatory
10  response to talc exposure, which would include
11  talc pleurodesis, induces an inflammatory
12  response that would be supportive of cancer
13  development and/or progression.
14  MS. BROWN:
15  Q      And what scientific literature other
16  than the one study you just referenced for us do
17  you rely on for your opinion that talc
18  pleurodesis induces an inflammatory response that
19  would be supportive of cancer development and/or
20  progression?
21  MS. O'DELL:
22         Object to the form.
23  A      All my -- my opinion is based on
24  connecting two basic concepts.  Talc exposure

Page 179

1   causes inflammation.  Inflammation has a
2   significant role in cancer development.
3          And, so, as far as -- each of those is
4   supported by individual -- individual studies,
5   and -- and now -- as I mentioned, there are now
6   studies that directly tie those together in
7   observation.
8   MS. BROWN:
9   Q      What is the scientific basis for your
10  support that talc exposure causes the type of
11  inflammation that has been linked to cancer?
12  A      The most recent is the Saed publication
13  that we discussed and -- or at least has been
14  mentioned.  In that study, looking at -- there
15  was a assessment and, in some cases, a
16  quantitation of the specific molecular markers
17  for inflammation that were induced, and many
18  of -- some of those markers are shared with known
19  markers for -- for cancer progression, such as
20  CA 125, as well as others.
21  Q      Are you referring to Saed's 2018 paper,
22  Dr. Levy?
23  A      Yes.
24  Q      And you formed the opinions that talcum

Page 180

1   powder products cause chronic inflammation in
2   your November 2018 report before having seen the
3   Saed paper from 2018; correct?
4   MS. O'DELL:
5          Object -- object to the form.
6   Misstates his testimony.
7   A      The -- so, as we discussed -- we
8   discussed earlier, I had seen abstract
9   information as well as earlier publication from
10  Dr. Saed's group and that the current 2018 paper,
11  while not necessary for the opinions described in
12  the report, certainly support those opinions,
13  given that it was a direct assessment of specific
14  products, specific -- in specific doses applied
15  to cellular material and then measurements for
16  inflammation made directly on that material.
17         So while that particular study was
18  not --
19         And, again, the -- the earlier studies
20  that were used to inform the 2018 paper were
21  certainly used in this report and referenced
22  the --
23         And I'm just recalling when.  Or if
24  we've refer- -- had the opportunity to reference

Page 181

1   the --
2          Yeah.  So we reference primarily the
3   abstracts and then, again, as well as some of the
4   other Saed work, which is the foundation of the
5   directed studies that are described in the
6   Reproductive Sciences paper that is Exhibit 12.
7   MS. BROWN:
8   Q      Do you know that Dr. Saed is a paid
9   expert for the plaintiffs' lawyers in this
10  litigation?
11  A      I am aware.  Yes.
12  Q      Have you considered that fact in
13  evaluating Dr. Saed's work?
14  A      I did.
15  Q      Other than Dr. Saed's work from 2017
16  and 2018, what evidence are you relying on to
17  support your opinion that talcum powder produces
18  the type of inflammation that can lead to cancer?
19  A      There has been -- looking through
20  the -- there's the Buz'Zard and Lau, 2007.  We
21  were discussing the Hamilton -- Hamilton paper in
22  terms of immune response but then, more
23  specifically, the NTP reference in 1993.  And in
24  those cases, that was either looking at increases

Shawn Levy, Ph.D.

Page 182

1  in reactive oxygen species generation --
2  THE COURT REPORTER:
3      Wait a minute.  You have to slow down
4  when you read, please.
5  MS. O'DELL:
6      You may continue.
7  A    Just to -- before I left off, I think,
8  in those mentioned references, the reactive
9  oxygen species generation, increased cell
10 proliferation, and the use of -- in the specific
11 case of Buz'Zard and Lau, was looking at the
12 transformation in human ovarian cancer cells that
13 were treated with talcum powder -- sorry -- human
14 ovarian cells treated with talcum powder.
15 MS. BROWN:
16 Q    Other than Buz'Zard, Hamilton, and NTP,
17 is there anything else that you are relying on to
18 support your opinion that the inflammation caused
19 by talcum powder is the type of inflammation that
20 causes cancer?
21 A    So there's additional references
22 mentioned in the report; Gates, Belot, Harper and
23 Saed.  And then, in addition to that, there was
24 a --

Page 183

1      Make sure I'm referring to the right
2  one.
3      So those were the -- those were the
4  primary references.  And then, of course, there
5  were supporting materials and other earlier-cited
6  work.
7      But for the opinion regarding the type
8  of inflammation that is caused by exposure to
9  talc and as far as its specific relationship to
10 cancer, there's -- there's -- I would point to
11 the, at least in the Saed work, the specific
12 quantitation of a very well-known tumor marker,
13 CA 125, also known as mucin-16 elevation in that
14 work, and then, in the case of Gates, some of the
15 fundamental glutathione S-transferase has been
16 associated or has been observed as a higher risk.
17     And, so, that would -- those would be
18 some examples.
19 Q    Are you aware of any animal study,
20 Dr. Levy, that shows the inflammation caused by
21 talcum powder causing precancerous changes?
22 MS. O'DELL:
23     Object to the form.
24 A    I would have to review the -- a few of

Page 184

1  the details, and I -- there -- I am aware
2  of -- mentioned earlier the Woodruff or Woodford,
3  the earlier 1971 paper where I couldn't remember
4  the author, is one of the earliest studies that I
5  came across that had -- it has an animal model
6  study.
7  MS. BROWN:
8  Q    Doctor, is it your testimony that --
9      First of all, do you think it's -- that
10 in opining that there is a biologically plausible
11 mechanism by which talcum powder causes chronic
12 inflammation that can cause ovarian cancer, is it
13 necessary, in your mind, to be able to show in
14 animals that talcum powder does just that?
15 A    That talcum powder causes inflammation?
16 Q    That causes ovarian cancer.
17 A    No, I don't -- I don't think that
18 that's -- that's certainly not a requirement.
19 And the reason I -- the reason I give that answer
20 is -- is quite simple; that there is a wide
21 diversity of animal model studies that have not
22 been able to mimic specifically or correctly
23 human cancer for both -- both from a detection
24 and most often from a treatment perspective,

Page 185

1  meaning that, fundamentally, humans and most --
2  or at least the animal systems used as -- in
3  scientific modeling are different.  Some of their
4  differences are due to different pathways, and
5  others of the differences are due to actually,
6  you know, fundamental immune system differences.
7  Q    The Hamilton article that you
8  identified for me, we marked earlier in the
9  deposition as Exhibit 7.  Do you recall that?
10 MS. O'DELL:
11     Counsel, would you mind just placing
12 the exhibits by the witness so he can refer to
13 them as he'd like, please.
14 A    Yes, I recall this.
15 MS. BROWN:
16 Q    And you would agree with me, Doctor,
17 that the Hamilton study that we discussed this
18 morning concluded that there were no neoplastic
19 changes in the animals that were injected with
20 talcum powder; correct?
21 MS. O'DELL:
22     Object to the form.  Asked and
23 answered.
24 A    No.  No, I -- I wouldn't agree.

47 (Pages 182 to 185)

Shawn Levy, Ph.D.

Page 186

1  MS. BROWN:
2  Q      What evidence in Hamilton, Doctor, are
3  you relying on to support your position that
4  Hamilton showed neoplastic changes in animals
5  injected with talc?
6  A      Well, I'm not -- I'm not stating that
7  Hamilton specifically showed that.
8         What I'm stating is that -- that there
9  is a Hamilton study as an animal model system to
10 make the conclusion that, in this animal model
11 system, that talc or talcum powder does not -- or
12 that causes or does not cause ovarian cancer is
13 not -- it's -- it is -- it has limitations.
14        And, as we discussed a bit earlier, the
15 two limitations are the very limited time points
16 of the animals.  And if we look at the relative
17 and observed time points that we know now, as far
18 as latency period, these are well short of
19 those -- of those periods, even by rat standards,
20 and then the number of treated animals is
21 relatively small at ten.  So the...
22 Q      Doctor, do you rely on the Hamilton
23 article to support your opinion that talcum
24 powder produces chronic inflammation that causes

Page 187

1  ovarian cancer?
2  A      No, I don't rely -- again, I don't rely
3  on any -- there's not a reliance on any singular
4  article.
5  Q      Did not mean to suggest that, Doctor.
6         I asked you for the scientific support
7  that you have for the opinions you're giving in
8  this litigation, and one of the articles you
9  identified was the Hamilton article.  Correct?
10 A      Uh-huh.  Yes.
11 Q      And I -- and this Hamilton article, as
12 we discussed, at page 103, found no evidence of
13 neoplasm in the rats injected with talc.  Right?
14 A      They -- I -- I don't -- they did
15 not -- I don't recall seeing a description of
16 neoplasm in the Hamilton article.
17 Q      Page 103, second column, begins with
18 "No evidence."
19 A      "No evidence of cellular atypia."
20 Q      Uh-huh.  "And concludes that in no
21 ovary was there any evidence of frank neoplasia";
22 right?
23 A      Yes.  That's what's written in the
24 paper.

Page 188

1  Q      So this article looked at talc that was
2  injected into animals and found no evidence of
3  changes that lead to cancer.  Correct?
4  MS. O'DELL:
5         Objection to form.
6  A      Over the time period that they -- that
7  the study was performed, they did -- they did
8  not -- they did not report, and, in fact, as you
9  said, their statements are "no evidence of
10 cellular atypia or mitotic activity."
11 MS. BROWN:
12 Q      So in opining, as you do in this case,
13 that talcum powder can biologically induce
14 chronic inflammation that causes ovarian cancer,
15 what methodology did you employ to consider the
16 findings of the Hamilton article?
17 A      Well, I considered the findings of the
18 Hamilton article, as -- as referenced in the
19 report, primarily showing that talc has an
20 inflammatory or an immune response.  And that was
21 the primary inclusion of the -- of the Hamilton
22 paper.
23 Q      Not all inflammatory or immune
24 responses lead to cancer; right?

Page 189

1  MS. O'DELL:
2         Objection.  Asked and answered.
3  A      As -- as we discussed, not -- not all
4  inflammatory responses have been shown to
5  conclusively lead to cancer.  And, so...
6  MS. BROWN:
7  Q      And Hamilton does not support the
8  opinion that the type of inflammatory response
9  that talc causes is the type that causes cancer.
10 Fair enough?
11 MS. O'DELL:
12        Object to the form.
13 A      No.  I would say that's unfair.
14 Because, again, the limitation of the Hamilton
15 study at the time it was performed was -- is a
16 very short timeline.  So there is -- it is an
17 incomplete study in the sense that there is
18 certainly the possibility that the first aspect
19 or the first event that we're -- that we've been
20 discussing in cancer biology, the cellular damage
21 to lead to transformation, could have occurred in
22 some of the rat tissues but had not progressed
23 enough or had -- or had taken hold enough to
24 cause or to have that be detected in this

48 (Pages 186 to 189)

Shawn Levy, Ph.D.

Page 190

1  particular study performed in the early '80s.
2      And, furthermore, rat -- the rat model
3  for human cancer, since this study has been in
4  other cases, has some limitations as it relates
5  to how applicable it is to the human condition.
6  MS. BROWN:
7  Q    The NTP study that you identified as
8  supporting your opinion, Doctor, that also does
9  not show evidence of neoplastic changes; is that
10  right?
11  MS. O'DELL:
12      Object to the form.
13      Doctor, please feel free to refer to
14  the study if you need to.
15  A    Yeah. I'll do that now.
16      (DEPOSITION EXHIBIT NUMBER 15
17      WAS MARKED FOR IDENTIFICATION.)
18  MS. BROWN:
19  Q    Doctor, we'll mark as Exhibit 15 to
20  your deposition the NTP study to which you were
21  referring.
22  A    Uh-huh.
23  Q    And this study, as well, does not show
24  evidence of neoplastic changes.

Page 191

1  MS. O'DELL:
2      Object to the form.
3      Do you have a copy for me?
4      It's what number?
5  MS. BROWN:
6      Fifteen.
7  A    I think the -- the important
8  distinction in this particular study is this was
9  an aerosol-based -- based study. It certainly
10  was longer than the Hamilton but was -- was not a
11  study that mimics the perineal use of talc.
12  MS. BROWN:
13  Q    And, so, as it relates to your opinion
14  in this case, Doctor, that talc induces a chronic
15  inflammation that can lead to ovarian cancer, the
16  NTP study does not support that, does it?
17  MS. O'DELL:
18      Object to the form.
19  A    I would say the study does support my
20  opinion regarding talc and its role in
21  inflammation. And if we refer to page 6 within
22  the first -- the first paragraph, beginning with
23  "Accumulations of macrophages."
24  MS. BROWN:

Page 192

1  Q    Did you review, Doctor, the --
2      And -- and what about the findings of
3  NTP support your opinion?
4  A    Well, first, the inflammatory response,
5  given the evidence by the accumulation of
6  macrophages, and then, secondly, that in the
7  female rats, the incidences of alveolar and
8  bronchial or adenoma, carcinoma, and adenoma in
9  the 18-milligram-per-meter group were
10  significantly greater than those of controls.
11  Q    So did you consider the FDA's findings
12  as it relates to the evaluation of the NTP study?
13  MS. O'DELL:
14      Object to the form. Vague.
15  A    Which -- which FDA?
16  MS. BROWN:
17  Q    Have you considered, in connection with
18  this case, the FDA's response to the 2014
19  citizens petition?
20  A    Yes. That's familiar. And if I recall
21  correctly --
22      Or do you have -- is that handy?
23  Q    We'll mark that as Exhibit 16, Doctor.
24      (DEPOSITION EXHIBIT NUMBER 16

Page 193

1      WAS MARKED FOR IDENTIFICATION.)
2  MS. BROWN:
3  Q    The reason I want to talk to you about
4  this is it contains a review of the NTP study we
5  were just discussing.
6      First of all, did you consider this
7  document in connection with your opinions in this
8  case?
9  A    Yes, this document's familiar.
10  Q    Okay. And do you recall that a cancer
11  prevention coalition wrote the FDA requesting
12  that a warning label be placed on talcum powder
13  products?
14  A    Yes.
15  Q    And do you recall, as evidenced on
16  page 1, the FDA reviewed the data as it related
17  to that question?
18  A    I -- I recall that the FDA reviewed the
19  data and determined that it was insufficient, and
20  they did not identify any new compelling
21  literature at the time. But this was in 2014.
22  Q    And the NTP --
23  MS. O'DELL:
24      Excuse me, counsel.

49 (Pages 190 to 193)

Shawn Levy, Ph.D.

Page 194

1      Were you finished?  If you're finished,
2  that's fine.  I just didn't know if you completed
3  your --
4      A     I'm just reading.  There was one
5  other -- I recall --
6  MS. BROWN:
7      Q     Doctor, the NTP study that you pointed
8  us to was from 1993.  Is that right?
9      A     I believe that's correct.
10     Q     All right.  And one of the things that
11 the FDA did in this letter of 2014 is reviewed
12 that study; correct?
13     A     Yes.
14     Q     And I'll direct you to page 3 of 7.
15 And what the FDA concluded was that the study
16 lacked convincing scientific support because of
17 serious flaws in its design and conduct.
18         Do you see that?
19 MS. O'DELL:
20         Where are you reading?  Sorry.
21 MS. BROWN:
22         Page 3.  Page 3.
23 MS. O'DELL:
24         Oh.  Page 3.  Sorry.  I thought you

Page 195

1  said page 2.  I'm sorry.
2  MS. BROWN:
3      Q     Do you see that, Doctor?
4      A     Starting with --
5      Q     Bottom of page 3 --
6      A     -- under toxicology findings?
7      Q     So, to orient us here, Doctor, you
8  pointed, as evidence of support of your opinions
9  in this case, to the NTP study.  Right?
10     A     Correct.
11     Q     And the folks who wrote to the FDA
12 requesting a warning on talc, they, too, pointed
13 to that study; right?
14     A     Yes.
15     Q     All right.  And, so, the FDA reviewed
16 that study and, in the letter denying the
17 citizens petition, included its critique of that
18 study; correct?
19     A     Correct.
20     Q     And one of the things the FDA concluded
21 was that the study had serious flaws.  True?
22 MS. O'DELL:
23         Objection to form.
24     A     I don't -- do you -- I don't see where

Page 196

1  the FDA claimed serious flaws.
2  MS. BROWN:
3      Q     At the bottom of page 3 --
4      A     I see.
5      Q     -- the sentence that begins, "However,
6  this study lacks convincing scientific support
7  because of serious flaws in its design and
8  conduct -- and conduct."
9         Do you see that?
10     A     I do.
11     Q     And one of the things the FDA points to
12 is that the investigators used micronized talc
13 instead of consumer grade talc, resulting in the
14 experimental protocol not being reflective of
15 human exposure conditions in terms of particle
16 size.
17         Do you see that?
18     A     I do.
19     Q     Have you made a determination in this
20 case, sir, about the size of the particles in
21 talcum powder products?
22     A     I -- I've not made that distinction.
23 And --
24     Q     There's --

Page 197

1      A     And, furthermore, I think the --
2  importantly, the -- the flaws that the FDA points
3  out are, you know, not in disagreement with
4  our -- with our discussions surrounding both the
5  inflammatory response and then some of the
6  results there.  I don't -- I don't see as a
7  concern --
8         In fact, the -- it appears the FDA does
9  not disagree with the observation of the evidence
10 of carcinogenic activity in the non-asbestiform
11 talc.  I think they --
12         I share --
13     Q     Let's focus back on the question,
14 Doctor.
15 MS. O'DELL:
16         Excuse me.  Let him finish his answer.
17 He's not finished.
18     A     So, the, you know, the serious flaws
19 were the, I think, in this case, the specific
20 inclusion of nonasbestos talc and use of
21 micronized talc instead of consumer grade.  So I
22 think in that -- in that sense, it's not
23 surprising that it had a different -- perhaps a
24 different response than may be observed with

50 (Pages 194 to 197)

Shawn Levy, Ph.D.

Page 198

1 consumer products or talc that have -- may have
2 contaminants, whether it be asbestos or other.
3 MS. BROWN:
4 Q      Do you remember the question I asked,
5 Doctor?
6 A      Perhaps it would be helpful to restate.
7 Q      I think, probably.
8          I asked if you had made a determination
9 in this case about the size of the particles in
10 talcum powder products.
11 A      I -- so as far -- a determination, no.
12 I would -- I would say I have had an opportunity
13 to, you know, review or become more educated in
14 the diversity of talc products and the
15 interesting geographic relationship to different
16 size particles and -- in the presence or absence
17 of asbestiform particles in talc, which was a,
18 you know, fascinating area to become educated in.
19          As far as examining that in each of the
20 individual studies, I certainly was able to pay
21 attention to earlier or later studies as it
22 applied to when there was a specific description
23 of the talc, such as in the NTP study where
24 there -- that was one of the few that had a

Page 199

1 specific determination.
2          But I was basing my opinions on the
3 general behavior, summarized behavior of talc
4 based on the available evidence.
5 Q      In forming your opinions in this case,
6 Doctor, have you concluded that a particular
7 route of exposure is more likely when women are
8 using talcum powder products perineally?
9 MS. O'DELL:
10          Object to the form.
11 A      Certainly it would seem logical that
12 the route of talc exposure would be related to
13 the area that the talc is used.
14 MS. BROWN:
15 Q      As such, do you believe and have you
16 assumed for purposes in your -- of your opinions
17 in this case that talc more likely migrates from
18 the perineum to the ovaries, as opposed to talc
19 being inhaled and then traveling down to the
20 ovaries?
21 A      The evidence I've seen would suggest
22 that that migration that you described from the
23 perineum through the vagina into the fallopian
24 tubes into the ovary is certainly far more likely

Page 200

1 when -- when used in the perineum compared to
2 inhalation.
3          But I have not seen a study that tried
4 to distinguish that in terms of having an exposed
5 group who inhaled talc only and then looked for
6 evidence of the presence in the ovary.
7 Q      Back to the FDA document we were
8 discussing, Doctor, the FDA's critique of the NTP
9 study continues on page 4, where the FDA
10 identifies that the investigators conceded they
11 have problems with the aerosol generation system
12 and that the study did not include positive and
13 negative dust controls.
14          Did you consider those critiques in
15 evaluating the NTP study in this case?
16 MS. O'DELL:
17          Object to the form.
18 A      Well, I -- I certainly considered --
19 you know, considered them in -- as -- as I would
20 consider any -- any other evidence or opinion
21 on -- on these relevant subjects.
22 MS. BROWN:
23 Q      The FDA went on to conclude, Doctor,
24 that, in light of the shortcoming, a panel of

Page 201

1 experts at the 1994 ISRTP/FDA workshop declared
2 that the 1993 NTP study has no relevance to human
3 risk.
4          Do you share that conclusion?
5 MS. O'DELL:
6          Object to the form.
7 A      I do not.  And I think, importantly,
8 you know, even there at the bottom of page 4,
9 their point number 4 saying a cogent biological
10 mechanism by which talc might lead to ovarian
11 cancer is lacking.
12 MS. BROWN:
13 Q      Uh-huh.
14 A      I believe, as we're discussing today,
15 subsequent research and subsequent studies
16 have -- and including my report, have helped
17 define that plausible biological mechanism
18 which -- by which talc may lead to ovarian
19 cancer.
20 Q      In answering my question, Doctor, you
21 pointed to a different portion of the same page
22 we were discussing; correct?
23 A      Correct.
24 Q      And what you pointed to was the FDA's

51 (Pages 198 to 201)

Shawn Levy, Ph.D.

Page 202

1  conclusion here in 2014 that a cogent biological
2  mechanism by which talc might lead to ovarian
3  cancer is lacking.  Correct?
4  MS. O'DELL:
5       Object to the form.
6  A    I -- I would disagree in the general
7  nature of your statement and clarify it by saying
8  the FDA found a lack of that mechanism based on
9  the submitted literature of the citizen petition.
10  MS. BROWN:
11  Q    So do you understand, Doctor, in
12  evaluating the FDA's response, that they, in
13  fact, did their own investigation in addition to
14  the literature that was provided to them at the
15  time?
16  MS. O'DELL:
17       Objection.  Misstates the record.
18  A    Well, my reading of it, it says
19  they -- that their -- that the scientific
20  literature considered was submitted in support of
21  both citizen petitions.  And...
22  MS. BROWN:
23  Q    Are you finished, Doctor?
24  A    Yes.  I was just looking to see if

Page 203

1  there was a notation about further --
2  Q    I'll direct you, Doctor, to page 4, the
3  second full paragraph that begins "In addition,
4  the FDA stated."
5       "In addition, we reviewed relevant
6  toxicity literature (consisting of 15 articles
7  from 1980 to 2008) not cited in your petition to
8  determine if there was additional support at this
9  point in time for your suggested warning label."
10  Do you see that?
11  A    I do.
12  Q    And, based on the FDA's review of all
13  the literature that they investigated at the
14  time, they concluded that a cogent biological
15  mechanism by which talc might lead to ovarian
16  cancer was lacking.  Right?
17  MS. O'DELL:
18       Objection to form.
19  MS. BROWN:
20  Q    That was their conclusion; correct?
21  A    Yes, as written, that was their -- that
22  was the FDA's conclusion.
23  Q    And you, Dr. Levy, disagree with that
24  conclusion; correct?

Page 204

1  A    I -- I disagree with the -- or I -- I
2  have found, based on a review of the literature,
3  that there are now additional supporting studies
4  that would -- that would refute some of these
5  conclusions of -- by the FDA review.
6  Q    And explain to us, then, Doctor, what
7  methodology you employed or what research you
8  conducted to reach a conclusion different from
9  the FDA's conclusion in 2014.
10  A    I think, similar to what the FDA
11  described, my review is of the literature now,
12  you know, through 2018, examining the available
13  information regarding inflammatory response to
14  talc and then talc exposure as it relates
15  to -- to the initiation of progression of cancer.
16  Q    Dr. Leavy -- Dr. Levy, do you think
17  that the FDA, in concluding, as they did in 2014,
18  that a cogent biological mechanism by which talc
19  might lead to ovarian cancer is lacking, do you
20  think they were wrong at that time?
21  A    I would -- I -- I would say that they
22  were incomplete at that time.  And, in fact, you
23  know, one of the --
24       If we -- if we look at page 5 in the

Page 205

1  one, two -- third full paragraph beginning with
2  "while there exists," where the FDA does agree
3  about the -- that it's plausible that perineal
4  talc and other particulates reach the endometrial
5  cavity and -- and associated organs and may
6  elicit a foreign-body-type reaction and
7  inflammatory response that in some exposed women
8  may progress to epithelial cancers.  What they do
9  state, "However, there has been no conclusive
10  evidence to support causality."
11       So I would suggest that this paragraph
12  is in support of the biologically plausible
13  mechanism that I included in the report and
14  that -- and, as we've been discussing, I
15  haven't -- we -- we've not been discussing a
16  causal or a formal causal evaluation.
17  Q    What information did you rely on,
18  Doctor, in reaching the conclusion that there is
19  a biological mechanism that the FDA did not?
20  MS. O'DELL:
21       Object to the form.  Misstates his
22  testimony.
23  A    I'm stating that the -- as we
24  discussed, as we've been discussing today, the --

52 (Pages 202 to 205)

Shawn Levy, Ph.D.

Page 206

1    the response to talc -- the response to talc
2    exposure as an inflammatory response is supported
3    by a number of studies, including the NTP study,
4    which, although the FDA had some concerns with,
5    the FDA also made statements regarding the
6    exposure to talc and other particulates having an
7    inflammatory response and that some exposed
8    women's may have progressed to epithelial
9    cancers.
10         So, again, they're -- I think
11   they -- they're in agreement there.  So even the
12   concerns with the study withstanding, there's --
13   there's -- there's -- I still -- I still think
14   the FDA report is in support of the mechanism
15   that we've been discussing.
16   MS. BROWN:
17        Q     The FDA concludes that a cogent
18   biological mechanism by which talc might lead to
19   ovarian cancer is lacking, do they not?
20   MS. O'DELL:
21        Objection to form.  Asked and answered.
22        A     But I would al- -- I would say the FDA
23   contr- -- perhaps contradicts itself later in the
24   same document, stating that there is both an

Page 207

1    inflammatory response and that in some exposed
2    women they may progress to epithelial cancer.
3    MS. BROWN:
4         Q     Other than the Woodruff article,
5    Doctor, are you aware of any other study in
6    animals that shows inflammation leading to
7    cancer?
8    MS. O'DELL:
9         Objection to form.  Other than those
10   he's mentioned?
11        A     Yeah.  I -- I would have to -- that
12   would -- that would require review of the
13   literature to -- to speak generally to animal
14   studies and inflammation leading to cancer.
15   MS. BROWN:
16        Q     Let me rephrase.
17        In terms of your opinion here that talc
18   causes chronic inflammation that causes ovarian
19   cancer, you identified the Hamilton study, the
20   NTP study, and the Woodruff study as animal
21   studies that support that view.  True?
22        A     I identified those studies as
23   supportive of my -- my opinion, yes.
24        Q     Are you aware of any additional animal

Page 208

1    studies on which you're relying?
2         A     Not -- not for the contents of the
3    report.  Not that I'm aware of.  I think we've --
4    we've already discussed some of the other
5    references contained in the report
6    below and -- or at least by mention and Gates.
7         (DEPOSITION EXHIBIT NUMBER 17
8         WAS MARKED FOR IDENTIFICATION.)
9    MS. BROWN:
10        Q     I'm gonna mark as Exhibit 17 to your
11   deposition the Buz'Zard study that you mentioned
12   a moment ago.  Do you recall that?
13        A     Yes.
14        Q     Do you rely on the Buz'Zard study in
15   supporting your view that chronic inflammation
16   from talcum powder use can cause ovarian cancer?
17   MS. O'DELL:
18        17?
19   MS. BROWN:
20        Yes.
21        A     Sorry.  Can you restate your question?
22   It wasn't...
23   MS. BROWN:
24        Q     Do you rely on what we've marked as

Page 209

1    Exhibit 17, the Buz'Zard study, to support your
2    view that talcum powder causes chronic
3    inflammation that leads to ovarian cancer?
4    MS. O'DELL:
5         Object to the form.
6         A     As we've discussed, not singularly, but
7    the -- as part -- as part of a complete picture
8    of talc causing reactive oxygen species
9    generation and other inflammatory responses,
10   certainly this is a study that supports that
11   opinion.
12   MS. BROWN:
13        Q     Did you consider the type of cells that
14   were evaluated in the Buz'Zard study?
15   MS. O'DELL:
16        Objection to form.  Vague.
17        A     Certainly in terms of the overall
18   experimental design.
19   MS. BROWN:
20        Q     Did those -- were those normal human
21   ovarian cells?
22        A     The -- the author has labeled them as
23   normal human ovarian cells.  But the -- you know,
24   one of the key characteristics and similar to our

Shawn Levy, Ph.D.

Page 210

1    comments on -- on animal systems is all -- all
2    in vitro or in vivo studies that are using cell
3    lines or animals have limitations.  And in this
4    case, you know, cell lines are particularly
5    notorious in research in general for
6    their -- for -- having to use care in extending
7    findings to, you know, broad mechanisms in a --
8    in a complex organism or in the human body.
9    Q      Sure.
10          What you're -- what you're saying is
11   you've got to be careful taking the findings from
12   one cell study and extrapolating that to humans.
13   Fair?
14   MS. O'DELL:
15          Object to the form.
16   A      The -- I think you have to be careful
17   in evaluating each study in using the relevant
18   components of that study and observations in that
19   study as part of an overall mechanism and whether
20   it's supportive or refutes such a mechanism.
21   So --
22   MS. BROWN:
23   Q      Did -- did you exercise that care here
24   as it relates to the Buz'Zard study?

Page 211

1    A      So the Buz'Zard study, you know,
2    primarily, as -- as referenced, was to illustrate
3    a study that showed an increase in reactive
4    oxygen species generation, and that's the --
5    primary purpose, or I should say primary
6    observation on the -- from this.
7          Now, certainly, the study contained
8    more observations than that and certainly had
9    some -- you know, a number of other components.
10   Q      How does the Buz'Zard study support
11   your view that talcum powder causes chronic
12   inflammation that causes ovarian cancer?
13   A      So the Buz'Zard study supports the view
14   that exposure to talcum powder causes an
15   inflammatory response.
16   Q      And that inflammatory response you saw
17   in the Buz'Zard study does not increase with
18   increasing doses of talcum powder.  Correct?
19   A      I have to review.  I believe that -- I
20   believe their figures suggest --
21          You know, are you referring
22   specifically to their reaction -- reactive oxygen
23   specie generation?
24   Q      Correct.

Page 212

1    MS. O'DELL:
2          Figure 3.
3    A      Figure 3?
4          The one interesting observation in
5    these two figures, both Figure 3A and Figure 3B,
6    being the percentage of reactive oxygen specie
7    generation in two different cell types, one in --
8    one in Panel A and one in Panel B, is -- what I
9    did not see included, if I --
10          And I'm reading to see if I recall
11   correctly.
12          -- was a -- the -- the cell viability
13   assay that they use for normalization has
14   a -- somewhat of a limitation in that it -- it
15   doesn't measure cell senescence.  It only
16   measures cell death.  And, so, they -- not to
17   dis- -- not that I disagree with your observation
18   that it did not show the sig- -- significant
19   increase, but there is the possibility that the
20   reason that you see an actual decrease in the RS
21   generation at the higher doses of talc is that
22   cells have gone senescent and are essentially no
23   longer responding to that increased dose.
24          So I think there's at least two

Page 213

1    different ways to interpret some of these
2    results.  But I don't disagree with your
3    observations regarding Figure 3.
4    MS. BROWN:
5    Q      This study was conducted in a
6    nutritional lab, not a cancer lab.  True?
7    A      I'm -- I'm not aware of the type of
8    laboratory or even the...
9    Q      And the study was -- the purpose of the
10   study was to assess whether there was a certain
11   effect of pine bark supplement?  Is that right?
12   MS. O'DELL:
13          Objection to form.
14   A      They were looking at the -- effect
15   of a proprietary -- as stated by the authors, a
16   proprietary mixture of water soluble
17   bioflavonoids extracted from French maritime pine
18   bark.
19   MS. BROWN:
20   Q      Uh-huh.
21          And did you investigate whether the
22   ovarian cells that they used here were
23   genetically altered?
24   A      No, I did not investigate that.

54 (Pages 210 to 213)

Shawn Levy, Ph.D.

Page 214

1  Q      Did you --
2      I'm sorry.  Were you done?
3  A      No.  I would say it's fair -- it's fair
4  to say that, you know, that the -- whether
5  they're genetically altered or not, the -- the --
6  you know, the same potential limitations as far
7  as extrapolation to the human system would apply
8  for any signs.
9      But, again, the purpose of the Buz'Zard
10  study, as -- as referenced in the report, was to
11  indicate that there are studies that have shown
12  an increase in reactive oxygen specie generation
13  under exposure to -- to talc.  And I think the
14  study is reasonably clear on that increase
15  relative to control.
16  Q      Except what this study showed, Doctor,
17  is the more talc you give, the decrease from
18  baseline in the reactive oxygen species.
19  Correct?
20  MS. O'DELL:
21      Object to the form.  Asked and
22  answered.  Misstates the testimony.
23  MS. BROWN:
24  Q      Take a look at Figure 3; right, Doctor?

Page 215

1  A      No.  I agree.  But, as stated, and an
2  important clarification is whether that decrease
3  is significant relative to the biology is -- is
4  unknown.
5  Q      Right.
6      This study certainly does not
7  conclusively show that the more talc you give,
8  the more ROS is generated.  Correct?
9  MS. O'DELL:
10      Object to the form.
11  A      In these particular cell lines under
12  these conditions, the -- the study certainly did
13  not draw that conclusion.
14  MS. BROWN:
15  Q      In fact, what this study shows is the
16  more talc you give, the less of -- of ROS
17  generation you have.  Doesn't it?
18  MS. O'DELL:
19      Object to the form.
20  A      I think importantly in this study, the
21  time dependency for each of the doses is more
22  important at the doses rather than comparing dose
23  to dose.
24  MS. BROWN:

Page 216

1  Q      My question was, Doctor, what this
2  study shows is the more talc you give, the less
3  ROS generation there is.  True?
4  MS. O'DELL:
5      Objection to form.
6  A      Again, under -- under the conditions of
7  this particular study.
8  MS. BROWN:
9  Q      Do you think the Buz'Zard study is
10  scientifically reliable?
11  A      I have no basis to -- to suggest that
12  it's -- that it's not reliable.
13  Q      Do you think that --
14  A      But I think there -- it does -- if
15  there is a -- as we discussed earlier, an
16  importance to not overgeneralize conclusions or
17  lack of conclusions as, you know, outside of the
18  system under study.
19  Q      If -- I want you to assume that the
20  Buz'Zard study used genetically altered ovarian
21  cells that did not have the p53 protein.  Would
22  that affect your analysis of Buz'Zard?
23  MS. O'DELL:
24      Object to the form.

Page 217

1  A      Well, that's -- that's an impossible
2  question.  Like you can't have --
3      Well, you can't call a cell type a
4  normal ovarian cell and -- absent p53 protein.
5  You're -- it'd be -- you're fundamentally
6  changing the biology of the cell as it relates to
7  ovarian cancer or cancer in general.
8  MS. BROWN:
9  Q      Because p53 is something that you have
10  in your genes that prevents against ovarian
11  cancer.  True?
12  MS. O'DELL:
13      Objection.
14  A      So p5-- p53 is a well-known, often
15  mutated gene in a number of human cancers.
16  MS. BROWN:
17  Q      And, so, if the ovarian cells that were
18  studied in Buz'Zard did not have p53, it will
19  call into question the study.  Fair?
20  MS. O'DELL:
21      Object to the form.
22  A      It would be difficult to answer.  From
23  the perspective of the presence or absence
24  of -- of p53 having an effect on the ability of a

55 (Pages 214 to 217)

Shawn Levy, Ph.D.

Page 218

1    cell to generate reactive oxygen species under --
2    under exposure to a substance like talcum powder
3    would need to be tested directly.
4    MS. BROWN:
5    Q      Fair to say, in your mind, a cell
6    missing p53 is not a normal human ovarian cell.
7    True?
8    A      That is true.
9           (DEPOSITION EXHIBIT NUMBER 18
10          WAS MARKED FOR IDENTIFICATION.)
11   MS. BROWN:
12   Q      Handing you what we've marked as
13   Exhibit 18 to your deposition, it's a review
14   article titled "Perineal Talc Use and Ovarian
15   Cancer," by Ross Penninkilampi.
16          Do you see that?
17   A      I do.
18   Q      This is an article that you cited in
19   your report; correct?
20   A      Correct.
21   Q      Does this article support your view
22   that there is a biolo -- in part --
23          Strike that.
24          Does this article, in part, support

Page 219

1    your opinion in this case that there is a
2    biologically plausible mechanism by which talcum
3    powder can cause ovarian cancer which can
4    cause --
5           Strike that. Gonna do it again.
6           Does this article support your view, in
7    part, that talcum powder can cause chronic
8    inflammation that can cause ovarian cancer?
9    A      This is an article I considered in
10   the -- in the overall review and, in the
11   conclusions of this article, found a -- an
12   association between perineal talc use and ovarian
13   cancer, according to the authors.
14          So it was supportive of the proposed
15   mechanism but was, again, in part.
16   Q      And, on page 13 and 14 of your report,
17   you, in fact, reference the Penninkilampi study
18   and some of its conclusions; correct?
19   A      Correct. On the -- on the bottom of
20   page 13, yes.
21   Q      And what was the purpose of including
22   this description of Penninkilampi in your expert
23   report, Doctor?
24   A      Just to be sure to be -- to include

Page 220

1    available literature and, in this case, review a
2    meta-analysis of some reasonably large-scale
3    studies to try to bring the proposed biologically
4    plausible mechanism and include the -- the
5    available epidemiological information for those,
6    such as the Penninkilampi and Eslick paper we're
7    discussing.
8    Q      What methodology did you employ in
9    terms of reviewing the Penninkilampi findings as
10   it relates to the question you addressed in your
11   report?
12   MS. O'DELL:
13          Object to the form.
14   A      I -- I used the same methodology for
15   the other studies as a review of the paper and
16   its -- and its methods and conclusions.
17   MS. BROWN:
18   Q      Do you believe this review, systematic
19   review and meta-analysis, provides evidence that
20   there's a biologically plausible mechanism by
21   which talc can cause ovarian cancer?
22   A      Yes. It provided -- it shows an
23   association between talc use and ovarian cancer.
24   I don't -- I don't believe this particular study

Page 221

1    goes on to specifically elucidate causation, but
2    it certainly shows the association.
3    Q      Well, the study specifically says that
4    causation cannot be found, based on the results.
5    Right?
6    MS. O'DELL:
7           Objection to form.
8    MS. BROWN:
9    Q      If you look at page 42, Doctor, the
10   very end of that first paragraph, "A certain
11   causal link between talc use and ovarian cancer
12   has not been established."
13          Do you see that?
14   MS. O'DELL:
15          Where are you?  Page 42.  Where are you
16   reading, please?
17   MS. BROWN:
18          Page 42, the end of the first
19   paragraph.
20   A      Yes, I see that.
21   MS. BROWN:
22   Q      Do you agree with that statement,
23   Doctor, that a causal link between talc use and
24   ovarian cancer has not yet been established?

56 (Pages 218 to 221)

Shawn Levy, Ph.D.

Page 222

1  MS. O'DELL:
2      Objection.
3  A      No, I wouldn't.  But, again, my review
4  of this was to tie the biologically plausible
5  mechanism to, you know, human observation, not
6  provide a evaluation of the -- of the causal
7  link.
8          And I think the -- I would suspect that
9  the --
10         I'm also not aware of a study that has
11  been able to -- or a -- or a -- what would be
12  necessary --
13         I'm not aware of a study that has been
14  able to provide all of the recognized and
15  established methodology for causation and have
16  that applied in -- in talc.
17  MS. BROWN:
18  Q      You're not aware of any study in the
19  talc epidemiology that has concluded that talcum
20  powder causes ovarian cancer; correct?
21  MS. O'DELL:
22      Objection to form.
23  A      I'm aware of a number of studies that
24  have shown a strong correlation between the two.

Page 223

1  But I would have to defer to the epidemiology
2  expert witnesses as to their opinion on
3  causation.
4  MS. BROWN:
5  Q      One of the things you told us that you
6  reviewed in connection with your opinion was the
7  talc epidemiology.  Is that right?
8  A      That's right.
9  Q      Did you conduct a review of all of the
10  available epidemiology on talcum powder use and
11  ovarian cancer?
12  A      I certainly tried to review it as
13  comprehensively as -- as possible.
14  Q      And, in connection with that review,
15  you'll agree there is not a single study that
16  concludes there is a causal association between
17  talcum powder use and ovarian cancer; correct?
18  MS. O'DELL:
19      Objection to form.
20  A      So I would -- I would -- interestingly,
21  there -- it's -- it becomes a -- as more -- as
22  more and more information has become available
23  over the last few years, that becomes a more and
24  more difficult bar to meet, simply because, to

Page 224

1  examine that comprehensively, when you consider
2  the etiology of a disease and the latency periods
3  that have been observed in ovarian cancer in
4  general and the meta review by both this earlier
5  paper by Penninkilampi and then their subsequent
6  later work, you have a challenge of a -- in a
7  cohort study, a disease that is somewhat rare,
8  coupled with a exposure and latency period that's
9  been, in the -- in the limited number of studies
10  that have looked at this, appears to be quite
11  long, and then when you couple in the -- the
12  ethical concerns of actually performing a trial,
13  where it becomes a very difficult causation bar
14  to reach.
15         And, so, instead, we rely on the
16  case -- the available case-control data and then
17  systematic and meta-analysis reviews such as some
18  of the epidemiologists have performed to make
19  assessments into the likelihood that -- and the
20  strength of the association between talc use and
21  ovarian cancer.
22  Q      Are you intending to provide an opinion
23  on the strength of the association between talc
24  use and ovarian cancer as evidenced in the

Page 225

1  epidemiology?
2  MS. O'DELL:
3      Object to the form.
4  A      No.  My -- my opinions are limited to
5  the biologically plausible mechanism and then
6  examining whether that biologically plausible
7  mechanism presented is supported by observations
8  in -- available human studies.
9  MS. BROWN:
10  Q      And when you say your opinion is
11  limited to a biological plausible mechanism, are
12  you talking of the theoretical concept or are you
13  talking about in the context of women using
14  talcum powder perineally?
15  A      In the context --
16  MS. O'DELL:
17      Object to the form.
18  THE WITNESS:
19      Sorry.
20  MS. O'DELL:
21      Excuse me.
22  A      In the -- in the context of women using
23  talcum powder perineally specifically, and
24  then -- and then certainly also the -- some of

Shawn Levy, Ph.D.

Page 226

1 the fundamental aspects of that mechanism may
2 apply to other exposures as well.
3 MS. BROWN:
4 Q      Like what?
5 A      Well, the -- the other exposure we've
6 been discussing, in -- in that some of the
7 studies looked at inhalation exposure, et cetera.
8        But the primary review and the primary
9 opinion is based on the perineal use of talcum
10 powder and that exposure that, as -- as we
11 discussed earlier, has a -- certainly a strong
12 association with perineal use and an exposure --
13 exposure in the ovaries.
14 Q      Your opinion is that if a woman uses
15 talcum powder perineally, there is a biologically
16 plausible mechanism by which enough talcum powder
17 can migrate from outside of her vagina to her
18 ovary to cause chronic inflammation that can lead
19 to ovarian cancer?
20 MS. O'DELL:
21        Object to the form.
22 A      So I'd say that the first part of your
23 question is well established and included in the
24 statements from FDA and others that that

Page 227

1 migration does occur.
2        And then the next step in the -- in the
3 mechanism is that that causes inflammation which,
4 again, as we've discussed, in a number of
5 studies, that the inflammation occurs and then,
6 in these human studies, in their systematic
7 review, that there is a clear association or a --
8 a observed association between perineal use of
9 talc and the detection of ovarian cancer at some
10 point in the -- in the women's lives and, in the
11 case of the Penninkilampi, with a relationship to
12 the number of lifetime applications.
13        So considering those things together,
14 yes, there is a biologically plausible mechanism
15 for perineal talc use through to ovarian cancer.
16 MS. BROWN:
17 Q      Have you -- is -- is your opinion that
18 there's a biologically plausible mechanism
19 dependent on a particular number of years of
20 perineal use?
21 MS. O'DELL:
22        Objection to form.
23 A      The -- so the -- as we just discussed,
24 there's no -- I can't point to a formal clinical

Page 228

1 trial that would examine that in a well-powered
2 fashion to answer that question directly.  And,
3 certainly, as of today, there would be some
4 significant ethical concerns with that design.
5        So, instead, we rely on the cohort and
6 case-control studies that are available.  And
7 those, again, studies are supporting an
8 association between talc use and ovarian cancer.
9 MS. BROWN:
10 Q      Right.  But I'm talking about for your
11 opinion that it's biologically plausible for
12 perineal use of talc to cause ovarian cancer,
13 have you made a determination, in your mind, of
14 how long that perineal use has to take place for?
15 MS. O'DELL:
16        Object to the form.
17 A      I wasn't asked to provide -- to provide
18 that opinion on -- and it -- on that length or
19 exposure or duration.
20        Again, it was -- the focus was on the
21 biologically plausible mechanism that if you have
22 a single exposure and that -- that that single
23 exposure through to any other may be sufficient
24 to trigger that mechanism.

Page 229

1 MS. BROWN:
2 Q      That's helpful, Doctor.
3        So, as I understand your opinion, your
4 piece of the puzzle here was to look at whether
5 one single application of talcum powder to the
6 perineum could lead to chronic inflammation that
7 could cause ovarian cancer.
8 MS. O'DELL:
9        Objection.
10 MS. BROWN:
11 Q      Correct?
12 A      No, no.
13 MS. O'DELL:
14        Object to the form of the question.
15 A      No.  That's not my -- my statement.
16        My statement was that, based on the
17 evidence available, that there's a biologically
18 plausible mechanism for the -- for the cellular
19 changes that -- that is independent of the
20 exposure.
21 MS. BROWN:
22 Q      You've made a determin---
23 A      But certainly a single exposure would
24 be the physically minimum number.  And I

58 (Pages 226 to 229)

Page 230

1  believe -- I think we --
2  Q     That's what I want to understand.  And
3  how you -- how you make this biological
4  plausibility determination is to evaluate a
5  single exposure?  Is that right?
6  MS. O'DELL:
7        Object to the form.
8  A     No.
9  MS. O'DELL:
10       Misstates his testimony.
11 A     That's -- that's not what I'm stating.
12       My -- my statement is that the -- the
13 biologically plausible mechanism is a mechanism
14 that is independent of the exposure and that, as
15 part of the description of that mechanism and the
16 evaluation of the studies supporting that
17 mechanism through an inflammatory response, the
18 question of exposure, number, and duration,
19 length of time, et cetera, would be a separate
20 evaluation.
21 MS. BROWN:
22 Q     Is your opinion that talcum powder
23 products cause chronic inflammation that cause
24 ovarian cancer limited to perineal use, or have

Page 231

1  you also evaluated body use of talcum powder
2  products?
3  MS. O'DELL:
4        Object to the form.
5  A     My -- my focus was on the perineal use,
6  and that's where the majority of the studies
7  have -- have examined.  So the focus was on
8  perineal use of talcum powder.
9  MS. BROWN:
10 Q     And in conducting that evaluation, the
11 results of which are contained in your report,
12 you did not endeavor to quantify how much talcum
13 powder used perineally could possibly migrate to
14 the ovaries; is that right?
15 MS. O'DELL:
16       Object to the form.  Asked and answered
17 maybe ten times already today.
18       But you may answer the question.
19 A     Yeah.  I -- I wasn't asked to -- to
20 provide that opinion or attempt that
21 quantitation.
22 MS. BROWN:
23 Q     So when you conduct your analysis of
24 whether something can biologically cause an

Page 232

1  effect, it doesn't matter at all how much of the
2  product is used?
3  MS. O'DELL:
4        Objection.
5  MS. BROWN:
6  Q     Do you see what I'm struggling with?
7  Can you help me understand?  If I'm trying to
8  figure out does X cause Y, it sounds like what
9  you're saying is it doesn't matter how much X you
10 have.
11 MS. O'DELL:
12       Objection to form.
13 A     So we're -- we're talking about
14 mech-- so mechanistic action --
15 MS. BROWN:
16 Q     Okay.
17 A     -- which means the -- you set aside the
18 "how much."  And the question is, from -- on a
19 molecular level, can the presence of a particular
20 compound in a particular location cause a
21 biological effect.  And, so, that is the primary
22 focus of the opinion in the -- in the paper or --
23 sorry -- in my report.
24       And then extending that to how much,

Page 233

1  how long, and the dur- -- and then the intensity
2  or duration of the biological effect, again, is a
3  separate -- would be a separate discussion or
4  separate study.
5        So, again, to clarify, the focus had
6  been on that -- some of the fundamental
7  mechanisms, talc -- a talcum powder exposure to
8  an inflammatory response to the inflammatory
9  response causing cancer.
10       Again, the -- I would refer to and
11 defer to the other experts in epidemiology
12 regarding their opinions on the validity of
13 the asso- -- validity and strength of the
14 associations, again, from a formal epidemiology
15 perspective.
16       My review of those studies has ind- --
17 has relied on their conclusions, and, then, in my
18 own review of their -- of their methodology
19 showing a increasing association, that is the
20 bookends of my -- of the mechanism I proposed.
21       So what this study is looking at is
22 perineal use of talc, getting cancer.
23       The -- what I've proposed is in the
24 middle.  But this, again, the epidemiology

Shawn Levy, Ph.D.

Page 234

1    studies are asking how many times, what, and
2    where, but there's been no evaluation that I'm
3    aware of that looks at exactly how the talc was
4    applied, when and where.  Instead, it was asked
5    number of lifetime applications, duration of use,
6    and examining latency period.
7            And when I examine that information
8    from the perspective of that biological
9    mechanism, I, you know, notice some parallels in
10   between latency period averaging roughly twenty
11   years, which -- which mimics somewhat what's
12   observed in the asbestos field as far as, you
13   know, lung effect latency.
14           And then that continues into the
15   constituent -- or the other constituent
16   components of some of the products, including
17   testing into asbestos and some of the -- and
18   heavy metal exposure, et cetera, that those are,
19   again, supportive and offer a potential
20   amplifying effect in that -- in that mechanism,
21   given the nature of those other components.
22   Q      What's the scientific support for the
23   amplification effect you just described?
24   A      Just that the presence of

Page 235

1    more -- the --
2            So if we extend beyond the opinion that
3    talc, as a com- -- as a singular compound, causes
4    inflammation and then also, based on the reviewed
5    expert reports, find that testing of talc has
6    been shown to contain asbestos or asbestos
7    fibers, that the presence of now two potential
8    insulting --
9            I'm making a hypothesis or making a
10   statement that the -- you can have -- the more
11   biologically active compounds you have in an
12   exposure such as talc plus asbestos plus chromium
13   and then plus a milieu of chemicals that are in
14   fragrances may have an amplification effect on
15   that exposure and as part of that overall
16   biological mechanism.
17   Q      Are you relying on a particular article
18   or any published scientific support for the
19   amplification argument?
20   MS. O'DELL:
21           Object to the form.  He's answered the
22   question.
23   A      No.  I -- I don't know of a study that
24   is delineated.  The -- it would be synthesizing

Page 236

1    that opinion from the observations of a couple of
2    different studies, including the recent Saed
3    paper that did look at the specific consumer
4    product every -- you know, showing a -- if we do
5    it by way of comparison, between the Buz'Zard
6    paper and the recent Saed, seemingly a larger
7    magnitude of reactive oxygen species generation.
8    But, again, that is a -- extrapolating against
9    two different studies.
10   Q      Do you --
11   MS. O'DELL:
12           Excuse me.  We've been going about an
13   hour and 20 minutes, maybe a little more.
14   MS. BROWN:
15           I think a little less.  But I'm gonna
16   finish up.  Then we'll take a quick break.
17   Q      Does that work for you, Doctor?
18           I just want to finish Penninkilampi if
19   we can.
20   MS. O'DELL:
21           How much more do you have to go?
22   MS. BROWN:
23           About five or ten minutes.
24   MS. O'DELL:

Page 237

1            If you need a break, we can break now.
2    Or we can keep -- if you would like to wait five
3    or ten minutes, that's fine.  Whatever's best for
4    you, Doctor.
5    THE WITNESS:
6            Yeah, if we could break now, that would
7    be great.
8    VIDEOGRAPHER:
9            Going off the record.  The time is
10   2:10 p.m.
11           (OFF THE RECORD.)
12   VIDEOGRAPHER:
13           We're back on the record.  The time is
14   2:26 p.m.
15   MS. BROWN:
16   Q      Welcome back, Doctor.
17           Before we took a break, we were
18   discussing the Penninkilampi article.  Do you
19   remember that?
20   A      I do.
21   Q      And one of the things the authors of
22   this very recent meta-analysis discussed is the
23   potential mechanism of ovarian cancer.  Correct?
24           And I'll direct your attention to the

60 (Pages 234 to 237)

Shawn Levy, Ph.D.

Page 238

1    discussion that begins on page 45. In the second
2    sentence, the authors conclude here that the
3    mechanism by which perineal talc use may increase
4    the risk of ovarian cancer is uncertain.
5            Do you see that?
6    A    I see that sentence, yes.
7    Q    And they go on to discuss the theory
8    that talc could produce a chronic inflammatory
9    response which could predispose to the
10   development of ovarian cancer.
11           Do you see that?
12   A    Yes.
13   Q    Okay. And they go on to explain a
14   little bit more about the theory. Do you see
15   that?
16   MS. O'DELL:
17           Object to the form.
18   A    Specifically the sentence beginning
19   with "it is argued"?
20   MS. BROWN:
21   Q    Uh-huh. "It is argued that cellular
22   injury, oxidative stress, and local increase in
23   inflammatory mediators such as cytokines,
24   prostaglandins may be mutagenic and, hence,

Page 239

1    promote carcinogenesis."
2            Do you see that?
3    A    I see that.
4    Q    This sentence refers to chronic
5    inflammation promoting cancer. Correct?
6    MS. O'DELL:
7            Object to the form.
8    A    No. This -- this refers to that the
9    presence of -- proposed that talc as a
10   foreign -- that the presence of a foreign body
11   would instigate a chronic inflammatory response.
12   That's the statement in the paper.
13   MS. BROWN:
14   Q    Is it your opinion that talcum powder
15   can cause chronic inflammation that initiates
16   cancer?
17   A    It's -- so it is -- it is my opinion
18   is, part of the mechanism, that talcum powder can
19   have two effects related to inflammation. The
20   first effect is an acute effect resulting in
21   cellular damage, and that is supported by the
22   study showing increase in reactive oxygen species
23   related to talc.
24           The -- beyond that, the continued

Page 240

1    presence of the talc or a continued chronic
2    immune response or chronic inflammatory response,
3    again, either directly or indirectly related to
4    the exposure, would help support a environment
5    that would allow the cancer progression to occur.
6            So that is simply delineating those --
7    those two things as it relates to inflammation
8    and talc exposure.
9    Q    So you described two potential
10   responses to talc right now. Correct?
11   MS. O'DELL:
12           Objection to form.
13   A    At least two, yes.
14   MS. BROWN:
15   Q    Okay. And one is an acute inflammatory
16   response; correct?
17   A    Yes.
18   Q    And for that you point to the Saed data
19   on reactive oxygen species; is that right?
20   MS. O'DELL:
21           Objection to form.
22   A    That is one example, yes.
23   MS. BROWN:
24   Q    Okay. Are there -- is there other

Page 241

1    scientific support for your opinion that talc can
2    cause acute inflammation?
3    A    So it's any of the similar studies to
4    Saed. And I would have to double-check the
5    references, but they would have -- you know, any
6    of the --
7    MS. O'DELL:
8            Feel free to --
9    MS. BROWN:
10   Q    Buz'Zard?
11   A    So Buz'Zard would be one. Harper and
12   Saed is -- is another.
13   Q    In your --
14   A    And so -- yeah. Yes, Buz'Zard and Lau
15   and then -- yeah. So that would --
16   Q    Okay. So for your opinion that talc
17   causes an acute inflamm- -- inflammatory
18   response, you rely on the cell studies done by
19   Saed and Buz'Zard; correct?
20   MS. O'DELL:
21           Object to the form.
22   A    Yes, among others.
23   MS. BROWN:
24   Q    In your opinion, Doctor, does that

61 (Pages 238 to 241)

Shawn Levy, Ph.D.

|  | Page 242 |  | Page 244 |
|---|---|---|---|

**Page 242**

1  acute inflammatory response resolve?
2  A    I don't -- I don't have any evidence to
3  suggest it resolves or not.  The --
4       Again, getting back to the mechanism
5  that has been -- that I've described and is
6  supported by the literature we've been discussing
7  is that there is a acute response as well as
8  evidence for talc causing a more chronic
9  inflammatory response.  And so I've proposed a
10 mechanism by which both of those can contribute
11 to or enhance the development of cancer.
12 Q    Can both of those inflammatory
13 responses that you just described initiate
14 cancer?
15 MS. O'DELL:
16      Object to the form.  Asked and
17 answered.
18 A    They are certainly a component of that.
19      And so, again, to restate the
20 mechanism, the acute inflammatory response or
21 the -- the formation of reactive oxygen species
22 has been known for decades to cause cellular
23 damage, and then cellular damage can result in
24 mutation of -- of DNA.

**Page 243**

1       And then when you also consider the
2  full constituents of the products, the potential
3  presence --
4       And this gets back to our earlier
5  discussions about amplification.
6       Components such as chromium, which have
7  a direct DNA-damaging effect, can also
8  ampli- -- again, add to the level of cellular
9  damage present.
10      And then the continued inflammatory
11 response, whether it is a -- related to the
12 initial acute response and a continuation of that
13 or is a separate chronic inflammatory response
14 would then support the environment necessary for
15 the malignant transformation or the malignancy of
16 the cancer to become what we -- what we would
17 generally refer to as ovarian cancer.
18 Q    In your opinion, the chronic
19 inflammation promotes the cancer but does not
20 initiate it?
21 MS. O'DELL:
22      Object to the form.  Asked and
23 answered.
24 A    No.  So I wouldn't -- I would say

**Page 244**

1  they're not -- I don't have evidence to -- to
2  delineate those specifically, other than -- other
3  than the supported mechanism that an acute
4  response can cause cellular damage, and then a
5  chronic response can cause cellular damage and be
6  supportive of that continued -- that continued
7  transformation.
8       So they are -- they -- those -- those
9  two delineated immune responses can either work
10 in -- in concert with each other, but there is no
11 evidence to suggest that one is insufficient
12 relative to the other in terms of progression of
13 the disease.
14      And I think specific to the -- to the
15 supported mechanism is that there -- I'm not
16 making that distinction in the -- in the report.
17 MS. BROWN:
18 Q    Right.  In your report, you don't talk
19 about acute versus chronic inflammation.
20 Correct?
21 A    That's correct.  I don't delineate the
22 two.  Right.
23 Q    But, here today, as we discuss in more
24 detail your opinions, you're explaining that

**Page 245**

1  you're -- in your mind, you see two potential
2  inflammatory responses from talc.  Right?
3  MS. O'DELL:
4       Object to the form.
5  A    I would disagree.  I would say that
6  I -- I -- based on the information and studies,
7  the -- the review of other expert reports, that
8  it presents a supported opinion that talc has an
9  ability to cause an acute response as well as a
10 chronic response.
11      And, so, then, today we are discussing
12 using that data in support of the -- of the
13 mechanism as to how those -- those two responses
14 can work together or separately in the
15 progression of ovarian cancer.
16 MS. BROWN:
17 Q    At the time you wrote your report in
18 November of 2018, were you of the view that talc
19 can cause both acute and chronic inflammatory
20 response?
21 A    Yes.  I mean, it was -- I was of the
22 view that it causes an inflammatory response.  And
23 then, as I continued to review information
24 available, it became clear that the talc

**62 (Pages 242 to 245)**

Shawn Levy, Ph.D.

Page 246

1  response, being an inflammatory response in
2  totality, may have the ability to have
3  those -- to -- to have two independent responses
4  in tissues.
5       Q      And, in your opinion, can both the
6  acute inflammatory response and the chronic
7  inflammatory response separately cause ovarian
8  cancer?
9       A      Under the -- the mechanism I've
10 proposed, yes, that would be a -- a possibility
11 that they could separately cause, given that
12 they -- they're both inflammatory responses, they
13 both cause cellular damage.
14            And in the case -- in this case,
15 delineating the acute from chronic was more to
16 clarify the cellular damage aspect, the
17 transformative aspect of cancer from the -- the
18 necessary tumor progression aspects of cancer to
19 actually progress to disease.
20      Q      In your opinion, Doctor, does talc
21 always first cause an acute reaction and then a
22 chronic reaction?
23 MS. O'DELL:
24            Object to the form.

Page 247

1       A      I -- I -- I don't have evidence
2  to -- to state that and would defer to some of
3  the other expert witnesses, like Dr. Saed, for
4  opinions on acute response versus chronic.
5  MS. BROWN:
6       Q      In your opinion, though, you have at
7  least delineated in your mind two different types
8  of inflammatory responses.  Correct?
9  MS. O'DELL:
10            Objection to form.
11      A      I've -- I have described two mechanisms
12 for inflammation that -- that both can -- are
13 both supportive of the overall mechanism that
14 we're discussing.
15 MS. BROWN:
16      Q      And is it -- is there a length of time
17 that differentiates an acute inflammatory
18 response from a chronic inflammatory response?
19      A      Certainly I would say there -- in my
20 opinion, there would -- it would be a potential
21 time dependency or a magnitude dependency to
22 delineate an acute versus chronic response.  But,
23 again, for the purpose of the biological
24 mechanism, separating them on those lines is not

Page 248

1  important.
2       Q      So there is a length of time or an
3  amount of exposure that would cause a chronic
4  inflammation that is different from the length of
5  time and the magnitude of exposure that will
6  cause an acute inflammation?
7  MS. O'DELL:
8            Object to the form.  Misstates his
9  testimony.
10      A      Yeah, no.  Not -- that's not what
11 I -- that's not what I've stated.
12            I've simply stated that if we -- if we
13 look at the -- what is known about inflammation
14 and the biological response to foreign bodies,
15 you can have an initial acute response mediated
16 by the immune system and mediated by some of the
17 cellular damage that takes place, and then that
18 same response may continue in a chronic form for
19 some period of time and at some level of
20 magnitude.
21            Now, certainly there is likely a
22 dependency or, I should say, likely a
23 relationship to the amount of exposure and the
24 magnitude of that response.

Page 249

1            But, again, the -- the opinions here
2  are specific to the mechanism and the initial
3  elucidation of that response and, you know,
4  not -- not on a quantitation of a -- a
5  dose-response relation -- or a dose-response
6  curve or relationship.
7  MS. BROWN:
8       Q      Do you believe that every time a talc
9  particle enters the human body, it produces a
10 inflammatory response?
11      A      All of the evidence would suggest yes.
12      Q      Have you considered Heller's 1996 study
13 on that score?
14      A      I would have to --
15            On the score of inflammatory response?
16      Q      Do you recall that Heller looked at
17 benign ovarian tissue and identified the
18 potential presence of talc?
19      A      Sounds familiar.
20      Q      I'll hand it to you.
21            (DEPOSITION EXHIBIT NUMBER 19
22            WAS MARKED FOR IDENTIFICATION.)
23 MS. BROWN:
24      Q      Handing you, Doctor, what we've marked

63 (Pages 246 to 249)

Shawn Levy, Ph.D.

---

Page 250

1    Heller's '96 article as Exhibit 19.
2         And what I want to ask you about is
3    Heller's finding as it relates to no reaction to
4    the talc particle.  Did you consider that --
5    MS. O'DELL:
6         Object to the form.
7    MS. BROWN:
8    Q    -- in forming your opinion here?
9    MS. O'DELL:
10        Excuse me.  Object to the form.
11   MS. BROWN:
12   Q    I'll direct you, Doctor.
13        On page 1508 of the Heller article,
14   right above the comments section, "The
15   investigators on this study concluded no evidence
16   or response to talc, such as foreign body giant
17   cell reactions or fibrosis in the tissue."
18        My question is whether, in your
19   opinion, every time talc is -- enters the body,
20   it necessarily produces an inflammatory response.
21   MS. O'DELL:
22        Object to the form.
23   A    No.  My opinion is that every time talc
24   enters the body, that has the potential to cause

---

Page 251

1    an immune response.
2    MS. BROWN:
3    Q    Have you made a determination about
4    whether or not that always happens?
5    A    I'll have --
6    MS. O'DELL:
7         Object to the form.  It's vague.
8    A    I'm not aware of any --
9         There -- there -- these -- none of the
10   studies that have been reviewed have been
11   designed to answer the question of "if ever."
12   MS. BROWN:
13   Q    So, in your view, then, it's an open
14   question about whether talc can be inside the
15   body and not produce an inflammatory response.
16   MS. O'DELL:
17        Object.
18   MS. BROWN:
19   Q    Is that fair?
20   MS. O'DELL:
21        Excuse me.  Objection to form.
22   Misstates his testimony.
23   A    So my -- my -- my testimony regarding
24   the mechanism is that there is a well-supported

---

Page 252

1    mechanism that talc causes inflammation and then
2    inflammation has a role in ovarian cancer.
3         Extending that to circumstances where
4    an exposure would not cause inflammation is -- is
5    not germane to that -- to that mechanism and, in
6    fact, again, not supported by literature to show
7    that, you know, that a single exposure or some
8    number of exposures are necessary or sufficient
9    for a particular phenotype.
10   MS. BROWN:
11   Q    So this Heller study purports to have
12   found talc in ovarian tissue without an
13   inflammatory response; right?
14   MS. O'DELL:
15        Object to the form.
16   A    In looking at their --
17        Just one moment.
18        So this was a --
19        So is your -- is your question that
20   the -- if the -- if the author showed talc being
21   present in normal ovarian tissue?
22   Q    Well, first my question is did you
23   consider this article in connection with your
24   opinions in the case?

---

Page 253

1    A    I don't recall this article
2    specifically, and I don't believe I cited it.
3         I guess there's -- no.
4    Q    And then my second question, Doctor, is
5    is it your opinion that every time the human body
6    is exposed to particles of talc, it necessarily
7    produces an inflammatory response that can either
8    promote or initiate cancer of the ovaries?
9    MS. O'DELL:
10        Object to the form.
11   A    No.  My --
12   MS. O'DELL:
13        Vague.
14   A    My comment was that the -- that any
15   exposure to talc, particularly the perineal
16   exposure to talc, has the potential to cause an
17   inflammatory reaction.
18        I don't have any evidence that all of
19   the studies that we've been reviewing are in
20   support -- are in support of that mechanism, but
21   I don't know of a study that perhaps has been
22   able to draw a conclusion, from a similar size
23   study, to show that you can get significant talc
24   accumulation without an inflammatory response.

---

64 (Pages 250 to 253)

Shawn Levy, Ph.D.

Page 254

1    MS. BROWN:
2    Q      Do you think you need significant talc
3    accumulation in the human body to cause or
4    promote ovarian cancer?
5    MS. O'DELL:
6        Objection to form.
7    A      I wasn't asked to -- to provide --
8    provide that opinion.
9        And, again, referring to the studies
10   that have -- that were reviewed and included in
11   the report, there is a relationship between
12   lifetime exposure and an increased risk in the
13   epidemiology reports.
14       But more detail on that in this
15   discussion, I would defer to the epidemiology
16   experts.  But the -- there -- there does appear
17   to be a -- more of a response based on more talc
18   in the -- in the studies referenced.
19   MS. BROWN:
20   Q      So on --
21       Do you have any reason to dispute the
22   findings of Heller here of talc in the ovaries
23   without a foreign body reaction?
24   MS. O'DELL:

Page 255

1        Objection.
2    A      I guess my -- I have some -- I guess I
3    have some concerns with some of the methodology
4    as it relates to the detection of the...
5    MS. BROWN:
6    Q      Do you think it's possible, Doctor, for
7    talc to enter the body and -- and be completely
8    inert and not cause any reaction?
9    MS. O'DELL:
10       Object to the form.
11   A      So my -- the -- the mechanism I've
12   proposed is -- is based -- you know, based on the
13   literature, is that talc causes an inflammatory
14   response and that inflammatory response is
15   supportive of progression to ovarian cancer.
16   MS. BROWN:
17   Q      Does that happen 100 percent of the
18   time?
19   MS. O'DELL:
20       Object to the form.  In terms of
21   inflammatory response or in terms of cancer?
22   MS. BROWN:
23   Q      If you don't understand the question,
24   you'll let me know.

Page 256

1    A      In -- in terms of cancer, the
2    epidemiology would suggest -- or I would say
3    the -- the evidence in the literature is -- does
4    not allow that question to be answered, and the
5    reason being is when you look at the latency of
6    the disease and the progression of the disease
7    and the challenges in detecting it, there just
8    has not been enough time with the, perhaps, rigor
9    of analysis that is undergoing now to make that
10   assessment of is it 100 percent of the time or is
11   it something less than 100 percent of the time.
12       I think, statistically speaking,
13   there -- the only data that -- that is available
14   for review is -- is what is contained in some of
15   the meta-analysis and epidemiology studies
16   showing a significant increased risk to ovarian
17   cancer based on exposure to talc.  And it
18   would -- it would only be -- I think it would be
19   inappropriate at this time to try to infer what
20   percentage of time that would be indicative of
21   for exposure.
22   Q      Have the plaintiffs' lawyers shared
23   with you expert reports from their expert
24   pathologists who have looked at ovarian tissue of

Page 257

1    plaintiffs in this litigation, purported to find
2    talc with no foreign body reaction?
3    MS. O'DELL:
4        Objection.  There have been no
5    case-specific pathology reports disclosed in the
6    litigation we're here about today.  And if
7    there's something else you're talking about, you
8    should be specific.
9    A      The -- I don't recall a pathology
10   report.  I've seen expert reports from
11   epidemiologists, OB-GYN and -- and some -- and
12   other scientists.  But I don't recall a specific
13   pathology report.
14   MS. BROWN:
15   Q      If the biologically plausible mechanism
16   that you posit in your report is true, would you
17   expect that the pathology slides of women with
18   ovarian cancer who have used talc would evidence
19   talcum powder with a foreign body reaction?
20   MS. O'DELL:
21       Object to the form.  Incomplete
22   hypothetical.
23   A      That, I would have to ask how you're
24   defining a foreign body reaction.

65 (Pages 254 to 257)

Shawn Levy, Ph.D.

Page 258

1 MS. BROWN:
2 Q Well, would you expect to see some
3 evidence of inflammation in the ovarian tissue of
4 women who used talcum powder products?
5 MS. O'DELL:
6 Object to the form. Incomplete
7 hypothetical.
8 A Overall, speaking to, as we were
9 discussing earlier, the potential for that
10 inflammatory response remains. But given the
11 heterogeneity in individuals, their overall
12 health, their natural variation in the levels of
13 activities of antioxidants, et cetera, I -- I
14 would state that I would expect a variety of
15 magnitude of response to a foreign body like talc
16 among the individuals exposed to it.
17 MS. BROWN:
18 Q You'd expect to see something; right?
19 MS. O'DELL:
20 Object to the form.
21 A No, not necessarily, because it -- it
22 very much depends on the timing that's -- that is
23 observed, how -- what methodology is used to
24 detect the presence of talc or detect the

Page 259

1 presence of the inflammatory response, if it's,
2 you know, done histopathologically, if it is
3 based on a reactive oxygen species assay.
4 So given the -- speaking in general
5 terms, I think it's just inappropriate to make a
6 conclusion as to that, yes, you would always
7 expect to see something.
8 I would -- again, to restate what was
9 stated earlier, any -- any exposure has the
10 potential to cause that inflammatory response,
11 and then the time, scale, and magnitude of that
12 response is going to vary by person. Therefore,
13 I would expect there would be a variability in
14 individuals exposed to talc.
15 MS. BROWN:
16 Q Uh-huh. Is your opinion related to all
17 the different histologic types of epithelial
18 ovarian cancer?
19 A My -- my opinion is not exclusive to
20 any -- any one type. Certainly, the epithelial
21 serous being the more common and most virulent
22 type of cancers I think represents the most
23 common.
24 From a mechanistic perspective, I

Page 260

1 mentioned some of the other subtypes and the
2 common gene mutations that go along with them and
3 as, again, supportive of the same mechanism. And
4 I think, if anything, the -- the current data
5 would suggest a -- a higher prevalence of a
6 particular subtype of cancer but certainly not
7 the -- the mechanism doesn't -- is not exclusive
8 to any one type.
9 Q In your view, all types of epithelial
10 ovarian cancer can be caused by inflammation?
11 A No. That's -- that's not my statement.
12 I would say all types of ovarian cancer are
13 supported by an inflammatory response but that,
14 as from a causative perspective, that's not what
15 the mechanism is provided as an opinion as to
16 cause. It's more that the -- an inflammatory
17 response plays a role in disease initiation
18 and/or progression.
19 Q In your view, Dr. Levy, it is
20 biologically plausible for inflammation to cause
21 all types of epithelial ovarian cancer; true?
22 A Again, I'm not -- I've not been
23 speaking to inflammation as a causative -- as a
24 cause of ovarian cancer. It is a factor in --

Page 261

1 in -- in disease progression.
2 Q So when you conclude, as you do in your
3 report, that talcum powder products cause chronic
4 inflammation, you do not conclude that that
5 chronic inflammation causes ovarian cancer?
6 MS. O'DELL:
7 Object to the form.
8 A I wasn't asked to provide a causation.
9 MS. BROWN:
10 Q Your opinion here is limited to the
11 potential for talcum powder products to produce
12 inflammation; correct?
13 MS. O'DELL:
14 Object to the form.
15 A No. My -- so my opinion is a -- is a
16 supported plausible biological mechanism by which
17 the exposure to talc can lead to ovarian cancer.
18 And, in my opinion, as supported in the -- in the
19 report, that is through an inflammatory response.
20 MS. BROWN:
21 Q I must be missing you, Doctor. So are
22 you of the opinion that inflammation can cause
23 ovarian cancer?
24 A I'm of the opinion that inflammation is

66 (Pages 258 to 261)

Shawn Levy, Ph.D.

Page 262

1    a component of ovarian cancer.
2        Q      Well, I'm not sure what you mean by
3    that. Can inflammation cause ovarian cancer?
4    MS. O'DELL:
5            Object to the form. Asked and
6    answered.
7        A      I'm asked -- I suppose -- again, the
8    opinion here is of a mechanistic opinion, not a
9    causation. I would defer to some of the
10   epidemiology experts to have opinions on
11   causation.
12   MS. BROWN:
13       Q      You don't have an opinion on whether or
14   not inflammation can cause ovarian cancer?
15   MS. O'DELL:
16           Different question.
17       A      Correct. That's a --
18           As we've been discussing, my opinions
19   are that inflammation is a component of ovarian
20   cancer and can be attributed to aspects, not
21   exclusively, but contributing to aspects of its
22   initiation and aspects of its progression. But I
23   did not say that ovarian cancer is caused by
24   inflammation.

Page 263

1    MS. BROWN:
2        Q      And what scientific support do you have
3    for your opinion that inflammation is a component
4    of ovarian cancer and can be attributed to
5    aspects of ovarian cancer, including its
6    initiation?
7        A      So, again, the synthesis of the -- of
8    the papers we've been discussing, including Saed
9    and others, showing the reactive oxygen species
10   produced from talc. And, then, as far as
11   inflammation and its role in cancer, there
12   are -- and it's a fundamentally accepted aspect
13   of cancer biology that's been around for -- for
14   quite some time. And we mentioned earlier that
15   there's a variety of review articles, including
16   the ones we were comparing sentences to earlier
17   today, that describe that in great detail.
18       Q      It's not generally accepted, though,
19   that ovarian cancer is caused by inflammation.
20   Fair?
21   MS. O'DELL:
22           Object to the form.
23       A      I think there's a number of studies
24   that --

Page 264

1            Well, first, we're -- I want to be
2    cautious with our use of the word "cause"
3    and -- because that's, as we've been discussing,
4    this is a -- it is -- it is not controversial
5    that ovarian cancer -- inflammation plays a role
6    in ovarian cancer and -- and, again, my opinion
7    is not towards causation.
8    MS. BROWN:
9        Q      Well, I mean, tumors themselves elicit
10   inflammatory responses; right?
11       A      What -- so what -- specifically, what
12   are you referring to?
13       Q      Well, you talk about tumor-activated
14   macrophages in your report; right?
15       A      Yes.
16       Q      There is an inflammatory response
17   that's produced by the tumor itself; correct?
18       A      Yes. There are -- there -- there --
19   there are absolutely cancer progression markers
20   that are associated with continued inflammation.
21       Q      And that has nothing to do necessarily
22   with the events that cause the cancer. Right?
23   MS. O'DELL:
24           Object to the form.

Page 265

1        A      Well, so the -- we -- we would be going
2    down a slightly different road. And if
3    we're -- so cancer as a complex disorder, you
4    know, begins with an initiating event. But there
5    is -- there is absolutely tumor evolution from
6    that initial event through the progression of the
7    disease.
8            So to state that the -- in the initial
9    inflammatory response to the tumor is -- is not
10   causative to the continuation of the disease I
11   think would be incorrect.
12   MS. BROWN:
13       Q      The Penninkilampi authors -- to
14   conclude our discussion here -- concluded that
15   the paragraph you were looking at with the
16   sentence "The potential mechanism by which
17   genital talc is associated with an increased risk
18   of ovarian cancer, hence, remains unclear," do
19   you see that?
20       A      Yes.
21       Q      And this meta-analysis was published in
22   January of 2018; correct?
23       A      Correct.
24       Q      And it is, in fact, cited in the

67 (Pages 262 to 265)

Shawn Levy, Ph.D.

Page 266

1    majority of the plaintiff expert reports in this
2    litigation.  Did you see that?
3    MS. O'DELL:
4              Object to the form.  If you know that.
5    Don't speculate.
6    MS. BROWN:
7    Q      That's why I asked "Did you see that?"
8    A      So I didn't specifically look at if
9    this was referenced.  I -- I certainly referenced
10   it.  But I would also point out another important
11   part of the -- of this same reference, a -- about
12   halfway down the following paragraph, beginning
13   with "If chronic inflammation due to ascending
14   foreign bodies is indeed the mechanism by which
15   talc use is associated with ovarian cancer risks,
16   then these results fit the picture."
17             So I think the authors were both
18   describing some things that remain unclear but
19   also offering some comments that are supportive
20   of our earlier discussions today on this
21   mechanism.
22   Q      And your opinion here today, Doctor, is
23   limited to the potential mechanism; right?
24   MS. O'DELL:

Page 267

1              Object to the form.
2    A      So my -- my opinion is -- is -- is
3    regarding a biologically plausible mechanism.
4    But, then -- and, in doing so, have reviewed some
5    of these studies that we're discussing now.
6    MS. BROWN:
7    Q      Good.
8              And, as it relates to that potential
9    mechanism, these Penninkilampi authors conclude
10   that the potential mechanism remains unclear.
11   Right?
12   MS. O'DELL:
13             Objection to form.
14   A      They -- the article makes a statement,
15   "The potential mechanism by which genital talc is
16   associated with an increased risk of ovarian
17   cancer, hence, remains unclear."
18             However, as we've been discussing, they
19   go on to state, "If chronic inflammation due to
20   ascending foreign body is indeed the mechanism,"
21   then there -- the results in this paper
22   are -- fit that model.
23             So I think they're making reason- --
24   making reasonable statements based on the

Page 268

1    available data that there is a biologically
2    plausible mechanism surrounding and, indeed, in
3    the previous paragraph at the end of it where
4    they discuss use of -- or expression of
5    cyclooxygenase 1 and 2 as well as the action of
6    NSAIDs, again, supportive of -- somewhat
7    supportive of the inflammatory model.  But...
8    MS. BROWN:
9    Q      Well, as it relates to the NSAIDs,
10   Doctor, they point to the fact that the NSAID
11   data is inconsistent, at best, as evidence
12   supportive of their conclusions that the
13   mechanism is unclear; right?
14   A      No.  They point to it as -- they
15   actually try to clarify that the -- the seemingly
16   contradictory data regarding the NSAID use can be
17   explained by the relatively low expression of
18   cyclooxygenase 1 and cyclooxygenase 2, which are
19   the targets of most common NSAIDs.
20   Q      What they say is that the use of
21   nonsteroidal anti-inflammatory drugs, NSAIDs, is
22   not inversely associated with the incidence of
23   ovarian cancer as may be expected if the etiology
24   was related to chronic inflammation.  Right?

Page 269

1    MS. O'DELL:
2              Objection to form.
3    A      Yes, that statement is made.  But,
4    importantly, it is incomplete without the next
5    sentence, again, explaining that -- that
6    apparent -- that apparent question.
7              So if the -- if NSAIDs are not
8    effective in ovarian cancer and the -- and, in
9    turn -- and if the observation is also made that
10   ovarian cancer cells don't express cyclooxygenase
11   1 and 2, then they would not -- they would be
12   nonresponsive to NSAIDs.
13   Q      You state on page 12 of your report,
14   Doctor, in the last paragraph, the second-to-last
15   sentence that begins "moreover," that the effect
16   of nonsteroidal anti-inflammatory drugs, NSAIDs,
17   to reduce the risk of ovarian cancer provides
18   additional support for what you're discussing
19   here, which is that chronic inflammation plays a
20   key role in the development of ovarian cancer.
21             Right?
22   A      Correct.
23   Q      And that is, in fact, the opposite of
24   what the authors in Penninkilampi report as

Shawn Levy, Ph.D.

Page 270

1    relates to NSAIDs; right?
2    MS. O'DELL:
3         Object to the form.
4    A     Not -- not necessarily.  So there's --
5    getting back to the -- the specific cells under
6    question and the inflammatory response being
7    examined.  And, so, if we are lowering overall
8    chronic inflammation through the use of an NSAID
9    is -- is one question.  A separate question is
10   a -- is a ovarian cancer cell responsive to
11   NSAIDs.  So they're two separate biological
12   phenomenon.
13        And, in one case, if those cells are
14   not expressing the cyclooxygenase 1 and 2,
15   they'll be nonresponsive.
16        I would speculate that NSAID use in the
17   rest of the body would still result in the --
18   expected effect due to, you know, the -- due to
19   the inhibition of cyclooxygenase 1 and 2.
20        So I don't think they're necessarily in
21   conflict with each other.
22        (DEPOSITION EXHIBIT NUMBER 20
23             WAS MARKED FOR IDENTIFICATION.)
24   MS. BROWN:

Page 271

1    Q     Handing you what we've marked as
2    Defense Exhibit 20 to your deposition, this is a
3    paper by Merritt entitled "Talcum Powder Chronic
4    Pelvic Inflammation and NSAIDs in Relation to the
5    Risk of Epithelial Ovarian Cancer."
6         Do you see that?
7    A     I do.
8    Q     And, in fact, on page 12 of your
9    report, you cite this Merritt article.  Correct?
10   A     Yes.  Uh-huh.
11   Q     And you cite it for the proposition
12   that studies have found a relationship between
13   pelvic inflammatory disease and ovarian cancer
14   risk.  Correct?
15   A     Correct.
16   MS. O'DELL:
17        Object to the form.
18   MS. BROWN:
19   Q     And you point to Merritt when you
20   determine here as a finding of a relationship
21   between pelvic inflammatory disease and ovarian
22   cancer in support of your opinion that
23   inflammation can cause ovarian cancer.  True?
24   A     I'd have to double-check that

Page 272

1    statement.
2         And then there was, I think,
3    importantly, the Lin 2011 paper is also relevant.
4    Q     Well, as it relates to the Merritt
5    paper, this cite is wrong; right?
6    A     I need a moment to --
7    Q     Let's look at what Merritt actually
8    found about pelvic inflammatory disease.
9         If you look --
10   MS. O'DELL:
11        If you need a moment --
12        Excuse me.  I'm sorry.  I didn't mean
13   to interrupt you.
14        If you need a moment to refresh
15   yourself, Dr. Levy, please do.
16   MS. BROWN:
17   Q     Sure.  And if you -- when you're ready,
18   Doctor, I'll direct you to the second column on
19   page 174, and I want to talk about the last
20   paragraph there that begins "if inflammation."
21   A     Page?
22   Q     And I'll read it into the record while
23   you orient yourself.  It's page 174, right-hand
24   column.  Final paragraph states, "If inflammation

Page 273

1    plays a role in the etiology of ovarian cancer,
2    then it would be expected that PID would be
3    associated with increased risks of ovarian
4    cancer.  PID is not associated with elevated risk
5    of ovarian tumors in our data, confirming several
6    previous reports of no association with PID in
7    studies of all subtypes of ovarian cancer."
8         Did I read that correctly?
9    A     You did.
10   Q     All right.  So you cited this study for
11   the proposition that studies have found a
12   relationship between PID and ovarian cancer risk.
13   Right?
14   A     No.  I said -- I cited -- I said
15   studies have found a relationship, yes, between
16   PID and ovarian cancer risk.
17   Q     And, in fact, this study did not find a
18   relationship between PID and ovarian cancer risk.
19   Right?
20   A     I think this study found a -- I'm just
21   looking at the...
22        So -- I'm sorry.  Would you ask your
23   question again?  This -- this study did not
24   find your --

69 (Pages 270 to 273)

Shawn Levy, Ph.D.

Page 274

1      Yes, I --
2    Q     Sure. I just -- you cited this study
3  for the proposition that it showed there was a
4  relationship between pelvic inflammatory disease
5  and ovarian cancer risk, but, in fact, the study
6  showed the opposite. Correct?
7    A     Well, to be clear on the wording,
8  stated that the studies have found a
9  relationship. I didn't indicate whether it was
10  positive or negative.
11      But I think, importantly, the study
12  also has an important paragraph that is probably
13  more related to its inclusion, which is on the
14  same page we were just on, 174, second full
15  paragraph in the discussion.
16    Q     One of the things on this page,
17  Doctor --
18  MS. O'DELL:
19      Are you finished, Doctor?
20    A     I think important to at least finish
21  that thought.
22      That paragraph reads, "Focusing on talc
23  use, we found that any use of perineal talc was
24  associated with a small but significantly

Page 275

1  increased risk of ovarian cancer overall and
2  specifically amongst the invasive and LNP serous
3  tumors, although no clear dose response with
4  increase in duration of use was identified. This
5  finding is consistent with results of previous
6  studies."
7      So in the case of the report and the
8  biologically plausible mechanism that's been
9  supported by these studies, these studies
10  differentiating the process of pelvic
11  inflammatory disease doesn't ex--- doesn't
12  exclude or refute the inflammatory role or the
13  role inflammation may play in ovarian cancer.
14    Q     What this study concludes is that, on
15  balance, chronic inflammation does not play a
16  major role in the development of ovarian cancer.
17  Do you recall reviewing this in connection with
18  your opinions in this case?
19  MS. O'DELL:
20      Object to the form. Misstates the
21  exhibit.
22  MS. BROWN:
23      Counsel, I'll direct you to the last
24  paragraph of the abstract on page 1 which reads,

Page 276

1  quote, "We conclude that, on balance, chronic
2  inflammation does not play a major role in the
3  development of ovarian cancer."
4    Q     Do you see that, Doctor?
5    A     I see that.
6    Q     And what this study did was it
7  endeavored to look into factors potentially
8  associated with ovarian inflammation to see if it
9  could support the theory that chronic
10  inflammation plays a role in ovarian cancer;
11  right?
12  MS. O'DELL:
13      Object to the form.
14    A     I would need to -- this one limitation
15  of this particular paper is that it is connecting
16  inflammation as evidenced by pelvic inflammatory
17  disease and assuming that that source and type of
18  inflammation would be -- the fact that there's
19  not a direct association between -- or an
20  increased risk of ovarian cancer in the presence
21  of pelvic inflammatory disease; therefore,
22  inflammation must not play a role in ovarian
23  cancer. So that is their conclusions.
24  MS. BROWN:

Page 277

1    Q     Well, they looked at a bunch of
2  different inflammatory conditions, didn't they?
3  That was the focus of the study. The authors
4  endeavored to look at a number of different
5  pro-inflammatory factors and see if they
6  influenced ovarian cancer. Do you recall
7  reviewing that?
8    A     I do. I think -- but, more
9  importantly, when we look at the -- their
10  specific statements that are surrounding the
11  mechanism we're discussing today, which has to do
12  with talc exposure and perineal talc use, I think
13  their -- their statements in that sense, which
14  have already been read, quite stand on their own.
15      So what this may indicate is a variety
16  of types of inflammation do -- as present in
17  other diseases, those individually do not or may
18  not have a specific role in the progression of
19  ovarian cancer.
20      But it does not -- again, it does not
21  mean that ovarian inflammation at the site of
22  talc exposure in the ovary can't have a role in
23  the progression of disease where -- again, as we
24  were discussing earlier, with inflammation, we're

70 (Pages 274 to 277)

Shawn Levy, Ph.D.

Page 278

1  now connecting independent biological processes.
2      And I think you're -- I want to be sure
3  we're clear and not drawing the use of the word
4  "chronic inflammation" as meaning any
5  inflammation and, therefore, if it's not
6  associated with ovarian cancer, that inflammation
7  can't have a role.
8      What we're speaking about in terms of
9  this mechanism is inflammation caused by the
10  perineal use of talcum powder in the ovary and
11  the -- and the -- to explain that increased risk
12  of ovarian cancer, what is a plausible mechanism.
13  Q      The authors write, on page 74 -- 174,
14  Doctor, second column, paragraph that begins with
15  "It has been hypothesized," "It has been
16  hypothesized that talc is linked to ovarian
17  cancer development through inflammation," comma,
18  "however evidence linking an inflammatory
19  response with talc contamination of the ovaries
20  is lacking."
21      Do you see that?
22  A      I do.
23  Q      And you disagree with that statement?
24  A      I would -- I would suggest that a

Page 279

1  number of studies in the literature since the
2  publication of this paper would -- would suggest
3  that these conclusions may have been premature.
4  Q      Do you think that, at the time this
5  paper was published in 2008, that Merritt was
6  accurately representing the data as it related to
7  whether chronic inflammation could play a role in
8  the development of ovarian cancer?
9  MS. O'DELL:
10      Object to the form.
11  A      I would say that Merritt has an
12  unresolved -- has a number of unresolved
13  conclusions or partial conclusions in their
14  paper, again, including the paragraph we've
15  discussed where they comment on the talc use with
16  an increased risk of ovarian cancer.
17  MS. BROWN:
18  Q      Did you see the confidence interval on
19  that finding, Doctor?
20  A      I'd have to -- in --
21      Is this in this paper or in the number
22  of the --
23  Q      You reference the finding of an
24  association between talc use and ovarian cancer a

Page 280

1  couple times, and that's a 1.17 relative risk
2  that you're referring to.  Is that right?
3  A      Where is that?
4  Q      I'm looking at -- in the abstract.
5  A      Yes.
6  Q      Right.  And the confidence interval is
7  1.01 to 1.36.  Right?
8  A      Correct.
9  MS. O'DELL:
10      As to what finding?
11  MS. BROWN:
12      The one we're discussing.
13  Q      And, Doctor, you know that one -- a
14  confidence interval that begins with one is not
15  statistically significant?
16  MS. O'DELL:
17      Object to the form.
18  MS. BROWN:
19  Q      Did you know that?
20  MS. O'DELL:
21      Object to the form.
22  A      Well, I would say the authors have
23  stated in that abstract that it is statistically
24  significant.

Page 281

1  MS. BROWN:
2  Q      Sure, because it's 1.01.  My question
3  to you was do you know that a confidence interval
4  that begins with one is not statistically
5  significant?
6      This finding, Doctor, is barely
7  statistically significant, isn't it?
8  MS. O'DELL:
9      Object to the form.
10  A      Again -- again, it's a -- whether it's
11  barely or whether it's tremendously statistically
12  significant, it -- it's still a finding that I
13  would say is in support of -- has been supported
14  by other studies with similar relative risk
15  numbers in the -- in the 1.2 range and above, as
16  indicated.
17  MS. BROWN:
18  Q      Finally, Doctor, at the very -- the
19  very last sentence of this Merritt study we're
20  discussing, on page 175, concludes, "However,
21  experimental evidence that perineal talc use
22  elicits an inflammatory response in the ovaries
23  is lacking, and overall we conclude that chronic
24  inflammation does not play a major role in the

71 (Pages 278 to 281)

Shawn Levy, Ph.D.

Page 282

1  development of ovarian cancer."
2         And my question for you is what
3  methodology did you employ to consider the
4  findings of the Merritt paper in coming to your
5  opinions contained in your report?
6  MS. O'DELL:
7         Object to the form.
8  A      Again, as we've discussed earlier here
9  today, the -- there's been no singular paper that
10  had a specific role in -- in developing the
11  biologically plausible mechanism contained in the
12  report.  And, so, this -- this paper, among many
13  others, was -- was used.
14  MS. BROWN:
15  Q      Right.  But the findings of this paper
16  is that talcum powder doesn't produce an
17  inflammatory response that leads to cancer.
18  Right?
19  A      The -- the findings of this paper was
20  that there's not an association of pelvic
21  inflammatory disease and risk of ovar- -- of
22  epithelial ovarian cancer.
23  Q      They conclude that chronic inflammation
24  doesn't play a role in the development of ovarian

Page 283

1  cancer; right?
2  A      I think they've -- they've extended
3  that observation regarding pelvic inflammatory
4  disease to that conclusion.
5         But I think the studies that have come
6  after this and other -- certainly other areas of
7  review would suggest that those specific -- the
8  wording of those specific statements may not be
9  the most appropriate representation of the -- of
10  the observations made in the -- in the Merritt
11  paper.
12  Q      So did you weight the Merritt paper
13  less than some other papers that came after it?
14  Or how did you --
15         What I'm trying to understand is your
16  methodology for considering this paper, which
17  seems to squarely conclude talc doesn't cause
18  inflammation.
19  MS. O'DELL:
20         Object to the form.
21  A      I'm not -- so I would -- I would
22  disagree that -- this paper does not make those
23  conclusions that talc does not cause
24  inflammation.  What they --

Page 284

1         Again, the observations in this paper
2  are regarding chronic inflammation and its -- and
3  its major role in the development of ovarian
4  cancer; and, again, in this -- in the specific
5  individuals that they've looked at, it's in
6  regards to pelvic inflammatory disease.
7         And, so, as far as weighting that
8  paper, it would be similar to other papers and
9  other observations in the sense that it was --
10  that the mechanism that is supported by a wide
11  variety of work considers a history of -- history
12  of work in the talc, inflammation, and ovarian
13  cancer fields both in basic research and
14  epidemiology to come up -- to come to the
15  conclusions and mechanisms that are proposed.
16         I don't -- I can't give you a specific
17  weighting algorithm that was used on any -- any
18  given paper.
19  MS. BROWN:
20  Q      Did you consider Merritt's finding that
21  evidence linking an inflammatory response with
22  talc of the ovaries is lacking?
23  A      I certainly considered their -- I
24  considered their statements in the -- in the

Page 285

1  paper.  And I would question the dichotomy of
2  the -- of some of their statements regarding talc
3  risk to cancer.
4         And the first question that would come
5  to mind for this particular study is how they
6  assessed talc-related inflammation in --
7  specifically in the ovary.  I don't recall seeing
8  how they made that assessment.
9         It, instead, seemed to me that their
10  assessments were based on chronic inflammation as
11  it related to other biological conditions and
12  then extrapolating that to rate of ovarian
13  cancer.
14  Q      How do you think one should measure
15  talc-related inflammation in the ovary?
16  MS. O'DELL:
17         Object to the form.
18  A      Again, I wasn't asked to -- to provide
19  that opinion.  But I would reference the more
20  recent Saed paper which -- and other molecular --
21  and other molecular studies and certainly defer
22  to Dr. Saed as an expert witness to discuss
23  appropriate measurements for talc-related
24  inflammation in the -- in the ovary or ovarian

Shawn Levy, Ph.D.

Page 286

1  cells.
2  MS. BROWN:
3      Q     Have you spoken with Dr. Saed?
4      A     I have not.
5      Q     Have you requested any information from
6  Dr. Saed?
7      A     No, I have not.
8      Q     Have you -- would you hold to the same
9  opinion if you did not consider the work of
10  Dr. Saed?
11  MS. O'DELL:
12         Objection to form. Vague.
13     A     I -- the work of Dr. Saed is -- is a
14  consideration among the wide variety of other
15  literature contained in here. And Dr. Saed's
16  work for in vitro analysis and the quantitation
17  of specific reactive oxygen species is -- is a
18  factor in and it is in support of the mechanism
19  that I've proposed, which is that that mechanism
20  does not rely on that study or any singular study
21  for it to be valid.
22  MS. BROWN:
23     Q     The mechanism you proposed, Doctor, is
24  not yet generally accepted in the scientific

Page 287

1  community. Would you agree?
2  MS. O'DELL:
3         Object to the form.
4      A     I wouldn't have a basis for that
5  opinion. As -- as we talked about earlier, I
6  haven't shared this mechanism to ask for that
7  opinion.
8  MS. BROWN:
9      Q     You haven't published the proposed
10  mechanism that is the subject of your report. Is
11  that right?
12     A     That's right.
13     Q     You haven't discussed the proposed
14  mechanism that is the subject of your report with
15  any of your colleagues at HudsonAlpha; correct?
16     A     That's correct.
17     Q     So whether or not the proposed
18  mechanism that is the subject of your report
19  would be accepted by your peers in the scientific
20  community, that's not something you have yet
21  evaluated; correct?
22  MS. O'DELL:
23         Object to the form.
24     A     My -- I wasn't requested to provide a

Page 288

1  biologically plausible mechanism that was also
2  peer-reviewed, and I would rely on or point you
3  to a number of other expert reports, particularly
4  in the epidemiology space from this case, where
5  you'll find a great many parallels to -- to this
6  case.
7         So I, instead, would state
8  independently myself and other respected
9  scientists have essentially developed the same
10  opinions regarding mechanism in this -- in this
11  particular space.
12  MS. BROWN:
13     Q     Is there another plaintiffs' expert
14  that you're aware of who holds the same opinion
15  as you do on biological plausibility?
16     A     Yes.
17     Q     Who's that?
18     A     Patricia Moorman, who is an
19  epidemiologist whose report I had the opportunity
20  to read yesterday.
21     Q     Is there -- and -- and even though
22  she's an epidemiologist, Dr. Moorman has a view
23  on biological plausibility? Is that right?
24  MS. O'DELL:

Page 289

1         Object to the form.
2      A     She has a view on --
3         In her report was a -- a view on
4  mechanism -- on mechanism, which included the
5  discussion of inflammatory response and its role
6  in ovarian cancer, which parallels this report.
7  MS. BROWN:
8      Q     Do you consider your proposed mechanism
9  that is the subject of your report to be a novel
10  concept in the scientific world?
11  MS. O'DELL:
12         Object to the form.
13     A     Which part?
14  MS. BROWN:
15     Q     Any part.
16  MS. O'DELL:
17         Object to the form.
18     A     Again, I -- my -- the -- what was
19  requested of me was not to develop a novel
20  concept or even to describe an untested
21  hypothesis. What was requested of me was to
22  review the available literature and provide a
23  biologically plausible mechanism for talc
24  exposure to ovarian cancer. And, so, that's

73 (Pages 286 to 289)

Shawn Levy, Ph.D.

Page 290

 1    what -- that's what my report provides.
 2    MS. BROWN:
 3    Q      Do you think there could be other
 4    biologically plausible mechanisms by which talcum
 5    powder would be associated with ovarian cancer?
 6    A      I haven't been asked to -- to make a
 7    review related to other biological mechanisms. I
 8    was asked to develop a biologically plausible
 9    mechanism. And upon review of the totality of
10    the literature, this mechanism that -- that I've
11    presented and provided in the report is, in my
12    opinion, the correct mechanism.
13    Q      Did you have complete autonomy in your
14    task to develop a biologically plausible
15    mechanism?
16    A      Yes.
17    Q      Were there any limitations on how you
18    should go about developing this biologically
19    plausible limita- -- mechanism?
20    MS. O'DELL:
21         Object to the form of the question to
22    the degree that the question seeks --
23    MS. BROWN:
24         Form.

Page 291

 1    MS. O'DELL:
 2         No, no. If it goes to conversations
 3    with counsel, it is not form. It is
 4    attorney-client privilege and it's protected.
 5    Work product privilege is protected.
 6         And, so, Dr. Levy --
 7    MS. BROWN:
 8         No. Counsel --
 9    MS. O'DELL:
10         Excuse me. Excuse me. I'm directing
11    my witness based on privilege, and I can do that.
12         To the degree that counsel is trying to
13    seek the substance of discussions you had with
14    counsel, those are protected, and I direct you
15    not to answer.
16         To the degree there's something in your
17    mind to respond that's not that, you may -- you
18    may respond.
19    MS. BROWN:
20    Q      And as -- as counsel well knows,
21    because we've had this discussion earlier this
22    week, the federal rules allow discovery of any
23    material you relied on in forming your opinions.
24         And, so, my answer here -- my question

Page 292

 1    for you here, Doctor, is, were -- was there any
 2    limitation placed on you that you relied on in
 3    trying to develop your biologically plausible
 4    mechanism?
 5    MS. O'DELL:
 6         What's allowed -- you're well aware of
 7    this, counsel, I know -- that that's discoverable
 8    is are there materials considered -- you can ask
 9    him that -- was there assumptions that he was
10    asked to make -- that's discoverable -- and the
11    compensation. Those are the three things. Not
12    conversations between counsel and Dr. Levy.
13    So --
14    MS. BROWN:
15         Counsel, you can instruct or we'll get
16    the judge. We do not have time for your
17    speeches. We're trying to finish up and let
18    other people -- other people ask questions.
19    MS. O'DELL:
20         That's straight from the rules. You're
21    well aware of that.
22    MS. BROWN:
23         So here's the question. If you want to
24    instruct, we'll take a break and get the judge.

Page 293

 1    Q      Did you rely on any instruction from
 2    counsel regarding any limitations on how you were
 3    to attempt to develop your biologically plausible
 4    mechanism?
 5    A      No. I was -- I was not provided --
 6    there were no --
 7         I'm trying to make sure I answer to be
 8    correct. But my very simple and direct answer is
 9    the requests for the report were very succinct
10    and were given without limitation.
11    Q      Did you try to develop any mechanism
12    that you rejected in connection with your report?
13    MS. O'DELL:
14         Object to the form. Vague.
15    A      So I would best answer that by saying I
16    did not develop an initial mechanism and,
17    instead, began a literature review looking at the
18    available literature in talcum powder
19    inflammation in cancer, ovarian cancer, and then
20    in related subjects, and then, through the course
21    of that review, was able to synthesize the
22    opinion that you have, that we've been
23    discussing, in the report.
24    MS. BROWN:

74 (Pages 290 to 293)

Shawn Levy, Ph.D.

Page 294

1  Q     Do you consider the biologically
2  plausible mechanism that is the subject of your
3  report to be a hypothesis?
4  MS. O'DELL:
5          Object to the form. Asked and
6  answered.
7  A     No, no. In fact, it is not. And
8  it's -- I think it's very fundamentally different
9  than a hypothesis.
10         Because, again, to state, the
11 activities that were undertaken was a review of
12 the literature and then, based on that review, a
13 mechanism that was biologically plausible. It is
14 not hypothetical.
15 MS. BROWN:
16 Q     Have you tested your biologically
17 plausible mechanism?
18 MS. O'DELL:
19         Object to the form.
20 A     Tested in the sense of --
21         So I would -- I would answer that as --
22 in -- in my opinion, I would suggest that this
23 has been tested based on following the completion
24 of the report and reading other similarly derived

Page 295

1  or similarly requested both literature, some of
2  the publications that we've been discussing, as
3  well as other expert reports that have, as we've
4  just discussed, some parallel aspects.
5          So, from a formal scientific process,
6  that is -- would not, I think, be considered a
7  formal test. But from the perspective of this
8  biologically plausible mechanism, other
9  scientists undertaking similar methodology came
10 up with similar results.
11         And, so, therefore, I would say that
12 this report is -- continues to be supported by
13 independent reviews and content.
14 MS. BROWN:
15 Q     The other scientists that you just
16 referenced are also paid experts for the
17 plaintiffs; is that right?
18 MS. O'DELL:
19         Object to the form.
20 A     I don't have knowledge of that
21 specifically.
22 MS. BROWN:
23 Q     Well, when you said other experts
24 looking at the same thing came up with a similar

Page 296

1  mechanism, you mean other experts in this
2  litigation?
3  MS. O'DELL:
4          Object to the form. Misstates his
5  testimony.
6  A     Other -- other material -- the
7  materials that I was -- that I was provided.
8  MS. BROWN:
9  Q     And those materials are in the form of
10 other expert reports like yours; right?
11 MS. O'DELL:
12         Object to the form.
13 A     They are.
14 MS. BROWN:
15 Q     Are you aware of any nonlitigation
16 expert that has arrived at the same biologically
17 plausible proposed mechanism as you?
18 MS. O'DELL:
19         Object to the form.
20 A     Well, I think -- yeah, in the sense --
21 in the sense of the number of publications we've
22 been discussing and some of the more recent both
23 reviews and -- and Saed's paper, I suppose, as
24 we've been discussing, Dr. Saed has been funded

Page 297

1  for some of this work, but I would counter that
2  with sponsorship of -- of studies that are
3  subsequently peer-reviewed, I think are generally
4  held to a scientific standard and rigor, and
5  would suggest that his most recent work would
6  fall under that and -- and, therefore, I would
7  not consider that in the same realm as an expert
8  report.
9  MS. BROWN:
10 Q     Are you aware that the plaintiffs'
11 lawyers funded Dr. Saed's studies?
12 A     I am.
13 Q     How do you know that?
14 MS. O'DELL:
15         Don't speculate. If you know it,
16 testify to it.
17 A     No. I'm thinking of --
18         That was disclosed during the
19 discussion of the -- of the paper, and the
20 question I asked and actually looked on the paper
21 was to --
22         And this -- this was getting to my own
23 opinion as to the appropriateness and the
24 potential scientific rigor of the paper, and that

Shawn Levy, Ph.D.

Page 298

1 was whether or not Dr. Saed disclosed that
2 relationship, which is, of course, ethically a
3 requirement for sponsored research. And, indeed,
4 that sponsorship is made in the paper.
5 MS. BROWN:
6 Q      Was it important to you --
7          Did you ask Dr. Saed about the funding
8 for his paper?
9 A      I did not. As we -- as we discussed, I
10 haven't spoken with him.
11 Q      Were you troubled by the fact that
12 Dr. Saed's disclosure does not reference which
13 side of the litigation he's working for?
14 MS. O'DELL:
15          Object to the form.
16 A      Are you asking for my opinion on if it
17 troubled me?
18 MS. BROWN:
19 Q      Yeah.
20 A      No.
21 Q      It sounds like you did a little
22 investigation and you were satisfied with the
23 disclosure. Was that your testimony?
24 MS. O'DELL:

Page 299

1          Object to the form. He didn't use the
2 word "investigation."
3 A      I was satisfied seeing a disclosure
4 made regarding funding, which, again, in the
5 scientific climate I would -- or I would state
6 simply I viewed the support of that study which
7 subsequently goes out to peer review functionally
8 equivalent to pharmaceutical support of a study
9 involving a drug or a condition or a treatment.
10          The reality of the scientific space
11 is -- is -- is funding sponsorship comes from a
12 variety of cases. And in each institution,
13 HudsonAlpha certainly, I'm positive Wayne State
14 has a conflict of interest review board which
15 Dr. Saed has to report to as far as the -- how he
16 manages that potential conflict of interest. And
17 given that he's at a reputable institution that
18 I've actually done a fair amount of review work
19 with over the years, being Wayne State, I'm
20 reasonably -- or I would say I'm quite confident
21 that his conflict of interest has been managed
22 appropriately for the -- for the study that was
23 reviewed.
24 MS. BROWN:

Page 300

1 Q      Why is it important, in your mind, to
2 disclose funding for a study?
3 A      Well, it's, you know, ethical premise
4 of -- of most scientific research or really all
5 extramurally funded research that the funding
6 sources are -- are always disclosed. And that's
7 true for publication as well as presentation.
8          And, so, I think most -- most
9 scientists, during presentation, will present a
10 slide that shows their -- their funning support
11 and all of its sources regard-- -- whether it's
12 public or private.
13          And then you'll notice in vast majority
14 of publications, if they are grant supported,
15 again, whether that grant is from a public or a
16 private institution, those things are referenced.
17 And, in fact, the U. S. Government has a
18 requirement that grants be referenced in their --
19 in any publications that were supported by that
20 money.
21 Q      Do you have any critiques of either of
22 Saed's papers?
23 A      No. Not at this time.
24 Q      Do you have any questions or anything

Page 301

1 that doesn't make sense to you, having reviewed
2 the most recent one or the 2017 one?
3 A      No. My focus, particularly on the most
4 recent one, I actually found his molecular
5 studies to be quite comprehensive and --
6          So there was -- there was no specific
7 concerns that -- that I was able to identify.
8 And, again, the -- in the -- in the version of
9 the paper that -- that I -- that I was given.
10 Q      And did you have any opportunity to
11 check to see if you had an earlier version of
12 that paper?
13 A      Oh, I -- I'll be sure and do that at
14 the next break.
15 Q      Okay. Why don't we go ahead and take a
16 break now. You'll take a look, if you wouldn't
17 mind, to see if you have something other than
18 what we've marked at the deposition.
19          I'm going to renew -- review my notes.
20 I'm close to finishing, and then I'll hand it
21 over to my colleague, Mr. Ferguson, who I think
22 will have some questions for you as well. Okay,
23 Doctor?
24 A      Uh-huh.

76 (Pages 298 to 301)

Shawn Levy, Ph.D.

Page 302

1    Q     Thank you, Doctor.
2    VIDEOGRAPHER:
3         Going off the record.  The time is 3:33
4    p.m.
5         (OFF THE RECORD.)
6    VIDEOGRAPHER:
7         We're back on the record.  The time is
8    3:48 p.m.
9    MS. BROWN:
10   Q     Welcome back, Doctor.
11        Did you have an opportunity to take a
12   look if you had an earlier version of Dr. Saed's
13   manuscript?
14   A     I did.
15        I did not.
16   Q     Okay.  And, so, during this deposition,
17   you've referred from time to time to Dr. Saed's
18   2018 paper.  Is that right?
19   A     (Nods affirmatively.)
20   MS. O'DELL:
21        Object to the form.  Excuse me.
22   MS. BROWN:
23   Q     And you received that paper after you
24   authored your report in this case; right?

Page 303

1    MS. O'DELL:
2         Object to the form.
3    A     So I was referring --
4         Yes.  I -- I -- the manuscript we were
5    discussing was received after the completion of
6    this.  But, as we discussed earlier, the
7    materials in the paper were presented in abstract
8    form or long abstract form, and those are
9    referenced in the report.
10   MS. BROWN:
11   Q     And just to close the loop on one thing
12   before I hand it over to my colleague,
13   Mr. Ferguson, you had referenced an animal study
14   by Woodruff earlier in the day.  Do you remember
15   that?
16   A     Yes.
17   Q     That paper doesn't have anything to do
18   with talc; right?
19   MS. O'DELL:
20        Object to the form.
21   A     Let me --
22        Yes, I -- you're -- the Woodruff 1979
23   paper is not the one I was -- I was wrong on the
24   author.  Give me a moment to...

Page 304

1    MS. BROWN:
2    Q     And if that's not the one you were
3    thinking of, Doctor, we can move on.
4    A     I was thinking Henderson 1971.
5    Q     And that's not an animal study; right?
6    A     Maybe this -- this isn't the same one,
7    then.  I can certainly find it at the end if --
8         The -- it was a 1971 study involving a
9    rat model that the major point and conclusion of
10   the study was perhaps something that we've
11   discussed that's been now well accepted that the
12   talc can migrate, after exposure, into the
13   ovarian tissue.
14   Q     Are you aware of any study, Doctor,
15   that talc on the exterior of a woman's vagina can
16   migrate up the fallopian tubes to the ovary?
17   MS. O'DELL:
18        Object to the form.
19   A     I am not aware of a study that tested
20   that specifically.
21   MS. BROWN:
22   Q     And did you consider, in connection
23   with your opinions here, IARC's finding that the
24   science regarding migration is, quote, "weak"?

Page 305

1    MS. O'DELL:
2         Object to the form.
3    A     My -- my primary consideration of IARC
4    was their classification of the talc and the --
5    and the fibrous talc, and I don't recall their
6    conclusions of the migration science being weak.
7         And, in fact, it appears, as stated by
8    the FDA, that the -- the migration question is --
9    is well resolved.
10   MS. BROWN:
11   Q     Finally, Doctor, in connection with
12   your opinions in this case, did you consider
13   articles regarding whether stick lesions evidence
14   inflammation?
15   A     I'd have to review some of the
16   literature for stick lesions specifically.  But
17   that --
18        Can you -- what are you referring to by
19   stick lesions?
20   Q     So do you understand that it's now
21   believed, in terms of the -- where ovarian cancer
22   begins, that it begins in the fallopian tubes,
23   epithelial ovarian cancer?
24   A     I certainly would agree that a -- the

77 (Pages 302 to 305)

Shawn Levy, Ph.D.

Page 306

1  site of initiation, whether -- that it can begin
2  in the fallopian tubes, yes, that there's been
3  studies that have shown that evidence.
4    Q      And some of the early lesions that have
5  been found in the fallopian tubes are sometimes
6  referred to as stick lesions.  Are you familiar
7  with that?
8  MS. O'DELL:
9          Object to the form.
10   A     I'm not.
11  MS. BROWN:
12         So you haven't looked at any studies
13  that have looked at stick lesions that have been
14  removed from women to see if there was any
15  evidence of inflammation?
16  MS. O'DELL:
17         Object to the form.
18   A     That -- that -- I don't recall that as
19  part of the review.
20  MS. BROWN:
21   Q     Fair enough.
22         No further questions.  I'll hand it
23  over to Mr. Ferguson.
24  MR. FERGUSON:

Page 307

1          Thank you.
2                EXAMINATION
3  BY MR. FERGUSON:
4    Q      Good afternoon, Dr. Levy.  My -- my
5  name is Ken Ferguson, and I represent Imerys in
6  this matter.  Do you know who Imerys is?
7    A      Only that they're a mining company.
8    Q      Okay.  And I have some questions for
9  you.  I apologize for my voice.  I've kind of had
10  my allergies and then going into a cold, so it's
11  kind of -- kind of stuffy.  So I apologize.
12         If you have trouble hearing me or
13  understanding me, let me know.  Okay?
14   A      Okay.
15   Q      And -- and just -- I know you've been
16  at this with Miss Brown for a little while, but
17  if there's any question that you don't understand
18  that I'm asking you, just let me know, and I'll
19  restate it so I can make sure that we're
20  communicating.  Okay?
21   A      Okay.
22   Q      I want to talk to you, first of all,
23  about a little bit more about what you do at
24  HudsonAlpha Institute.  So in the what's called

Page 308

1  the Genomic Services Laboratory --
2          Right?  There's one of those at
3  HudsonAlpha; right?
4    A      There is.
5    Q      Do you perform services there such as
6  running clinical samples to report results to
7  healthcare providers?  Is that the kind of things
8  you do?
9    A      To be -- to be clear and to,
10  importantly, differentiate the regulated lab
11  versus the research laboratory, the Genomic
12  Services Laboratory is a -- is a entity of
13  HudsonAlpha that is responsible for research
14  activities.
15         There is a separate wholly owned
16  subsidiary of HudsonAlpha creatively named the
17  Clinical Services Laboratory.  So that laboratory
18  is the laboratory that performs the testing.  And
19  to hopefully not provide a level of confusion,
20  but the two laboratories coexist in the same
21  space.  And what this means is I have staff and
22  equipment.  Some is dedicated to clinical, some
23  is dedicated to research, and some are shared
24  between the two.

Page 309

1          So, in summary, the best way to
2  consider the laboratory is that it's a clinical
3  regulated laboratory that also performs research.
4          Any projects under that research
5  umbrella are referred to as being in the Genomic
6  Services Laboratory.  Anything clinical is
7  referred to the Clinical Services Laboratory.
8  That lab has been CLIA-licensed now for going on
9  five -- just past four years and has been
10  CAP-accredited for three and a half.
11   Q      So is it the Clinical Services
12  Laboratory, then, that would perform services
13  like running clinical samples to get results to
14  healthcare providers?
15   A      That's correct.
16   Q      And -- and among those things that the
17  Clinical Services Laboratory does, is that
18  restricted to whole genome sequencing?
19   A      Our currently -- the only publicly
20  disclosed and validated test for the Clinical
21  Services Laboratory is whole genome sequencing.
22         We have two other laboratory-developed
23  tests, or commonly referred to as LDTs, that are
24  run in a -- as a private assay for some clinical

Shawn Levy, Ph.D.

Page 310

1  trials, so they're not publicly available and to
2  date have not been publicly disclosed. They're
3  protected under confidentiality agreement.
4        And the Clinical Services Laboratory
5  this year will launch a number of other tests
6  that we have publicly disclosed. Those include
7  whole exome sequencing, an oncology panel known
8  as the TruSight Tumor 170, which profiles 170
9  genes with -- that have been -- that have known
10  involvement in cancer risk and progression, and
11  as well as a 500 panel of similar form.
12  Q     So let me talk to you a little bit
13  about your prior position. You were at
14  Vanderbilt University Medical Center; correct?
15  A     Correct.
16  Q     And you were an assistant professor?
17  Is that correct?
18  A     The titles I held there was research
19  assistant professor and then assistant professor,
20  and then I was a associate professor as an
21  adjunct faculty for a number of years after
22  joining HudsonAlpha. So I had to progress
23  through a few of the academic ranks at
24  Vanderbilt, but all of them in the professor

Page 311

1  realm.
2  Q     As an assistant professor, were you
3  appointed on a tenure track?
4  A     Yes.
5  Q     And do you know generally how many
6  years after appointment as an assistant professor
7  is a tenure decision at Vanderbilt typically made
8  in that department?
9  A     It varies from probably five to nine.
10  Q     Did you ever achieve tenure at
11  Vanderbilt?
12  A     Actually, I was up for tenure the year
13  that I moved to HudsonAlpha.
14  Q     So --
15  A     So, technically, I, which will sound
16  odd, I was promoted to associate professor upon
17  leaving.
18  Q     Okay.
19  A     In an adjunct role.
20  Q     So were you turned down for tenure
21  or --
22  A     I was not. I never -- I -- the
23  opportunity at HudsonAlpha predated the time that
24  I would have gone up for tenure. I had a number

Page 312

1  of pre-reviews for tenure. There were no
2  concerns with that progress. But, based on both
3  funding as well as publication records, I wasn't
4  overly concerned with that.
5        But the opportunity to be able to do --
6  and the scale of operations at HudsonAlpha was --
7  was too good to turn down, as far as remaining at
8  Vanderbilt.
9  Q     So you were neither granted tenure nor
10  denied tenure. Is that fair to say?
11  A     That's fair to say.
12        I think the best evidence for the
13  relationship at Vanderbilt after my leaving was I
14  continued as an adjunct faculty in the same
15  department, again with change in title, for a
16  number of years after joining HudsonAlpha. So it
17  was a -- certainly, I wouldn't characterize it as
18  a negative departure from the institution. And I
19  still remain a collaborator with a number of
20  colleagues there.
21  Q     Do you have a copy of your report in
22  front of you?
23  A     I do.
24  Q     Okay. What I'm gonna do is I'm gonna

Page 313

1  try to go through, probably in -- in order,
2  portions of your report that I want to ask about
3  and try to make sure I don't cover things that
4  Miss Brown's already covered.
5        Can you look at page 5 of your report?
6  A     Yes.
7  Q     So there -- and I'm looking at number 2
8  on page 5, Acquired Somatic Gene Mutation.
9        Do you see that?
10  A     I do.
11  Q     And you say there that --
12        I'm skipping the sentences. If you
13  need to go back, feel free.
14        -- "Biological and lifestyle exposures,
15  such as viruses, obesity, hormones and chronic
16  inflammation, are also known to result in
17  cancer-causing mutations."
18        Right?
19  A     I see that sentence.
20  Q     Okay. Wouldn't you agree that the
21  association between obesity and cancer risk is
22  just that, an association and not a known
23  cause-and-effect relationship?
24  MS. O'DELL:

79 (Pages 310 to 313)

Shawn Levy, Ph.D.

Page 314

1          Object to the form.
2     A      I would state that it is known that
3  cancer rates increase in a number of unhealthy
4  conditions, including obesity.  But I am not
5  aware of a -- of any studies that have
6  illustrated a causal effect directly between
7  obesity and cancer.
8  MR. FERGUSON:
9     Q      And, specifically, isn't it true that
10  there is no direct in vivo experimental evidence
11  that obesity causes cancer-causing mutations?
12     A      I would have to review the literature
13  to -- before answering that question.  But the
14  relationship between obesity and cancer risk
15  is -- is quite well established.  And I think for
16  us to discuss that in more detail, we'd have to
17  start delving into some of the specifics around
18  the physiological changes related to obesity and
19  whether those specific physiological changes play
20  a role in cancer.
21     Q      And, just below that, the last sentence
22  in that paragraph, you say, "These mechanisms may
23  be direct, such as radiation directly damaging
24  DNA, as well as indirect, such as an external

Page 315

1  agent causing a cellular -- cellular reaction or
2  inflammatory response that then leads to DNA
3  damage or mutation."
4          What cellular reactions are you
5  referring to that result in DNA damage or
6  mutation?
7     A      So the presence of reactive -- so a few
8  different things.  Primarily, along the
9  discussions for today, the presence of reactive
10  oxygen species which can directly -- which are a
11  cellular reaction that can then cause -- directly
12  cause DNA damage.
13          There's protein oxidation effects that
14  are similar to that, in the sense that you have a
15  chemical change and a cellular component that
16  results in a -- in a protein activity change,
17  again leading to potential DNA damage.
18          And then you can have --
19          So those are two -- two examples of
20  cellular reactions to that.
21     Q      And -- and maybe you just explained it,
22  but I wanted to make sure I'm clear.  What is the
23  mechanism by which an inflammatory response
24  results in DNA damage?

Page 316

1     A      It varies.  So the -- the --
2  "inflammatory response" is a bit general.  So
3  depending on specific type of cellular
4  recruitment and cellular damage through the
5  release of cytokines, the release of oxidative
6  damaging materials from cells like granulocytes,
7  you know, or the -- even the cell's own
8  production of reaction to -- reactive oxygen
9  species, such as from the mitochondria, which is
10  the most common sync -- most common source of
11  reactive oxygen species in the cell.
12          And, so, those are some examples of --
13  of that relationship between an inflammatory
14  response and that cellular reaction.
15     Q      Reactive oxygen species are not the
16  same thing as inflammation; correct?
17     A      I would say reactive oxygen species are
18  a hallmark of inflammation.
19     Q      But they're not the same thing.
20  MS. O'DELL:
21          Object to the form.
22     A      The -- well, they are --
23          Again, reactive oxygen species are a
24  component of inflammation.  So they're -- the

Page 317

1  words are two -- two different definitions, but
2  they are a component.
3  MR. FERGUSON:
4     Q      Would you agree that reactive oxygen
5  species are a normal part of cell physiology?
6     A      Yes, absolutely.
7     Q      And the major source of reactive oxygen
8  species comes from inside the cell and is
9  produced in mitochondria?
10     A      A source, and depending on the site of
11  the physiology.  So a normal, healthy cell not
12  under stress or injury would be -- then, yes,
13  that's a true statement.
14          Under different physiological
15  conditions, that statement may not be true.
16     Q      Can you distinguish reactive oxygen
17  species produced inside a cell from reactive
18  oxygen species produced outside the cell?
19     A      What do you mean?  So by -- by
20  "distinguish," you mean --
21     Q      Can you tell the difference?
22     A      I'm just thinking if there's a way to
23  measure.
24          So you can measure the effects of

80 (Pages 314 to 317)

Shawn Levy, Ph.D.

Page 318

1  exogenously introduced reactive oxygen species
2  and then compare that to the measurement of
3  endogenously produced reactive oxygen species.
4       But as far as determining the
5  difference if the cellular integrity is not
6  intact, I'm not aware of a method to do that.
7  Q       Would you agree that generation of
8  reactive oxygen species is an inevitable
9  consequence of aging in aerobic organisms?
10 MS. O'DELL:
11      Object to the form.
12 A       So reactive oxygen species are a --
13 are present at all stages of life. And aging, as
14 a biological phenomenon, is probably one of the
15 most variable phenomenon that exists.
16      And specific to reactive oxygen
17 species, the diet, lifestyle, and genetics of
18 that individual will drastically change that.
19      And a new area of research that my
20 laboratory has been undertaking for a short
21 time --
22      And, so, I don't have specific
23 publications, and it's really not -- I promise
24 it's not taking us too far afield.

Page 320

1  would be very difficult.
2  MR. FERGUSON:
3  Q       In your report, on this same page, you
4  discuss the fact that, even if someone has a
5  genetic mutation that predisposes them to cancer
6  doesn't mean that he or she is certain to get
7  cancer. Correct?
8  A       That is correct.
9  Q       So there is a -- a random component to
10 the effects of known cancer-causing agents.
11 Right?
12 MS. O'DELL:
13      Objection to form.
14 A       There is a complicated relationship
15 between genetics, environment, and expose -- or
16 environment, including exposure and lifestyle,
17 and the progression of cancer.
18      Perhaps the -- a summary analogy is the
19 more predisposing mutations that an individual
20 has, it's -- it's equivalent to their body is
21 rolling the dice more often to collect a mutation
22 sufficient to cause cancer than somebody who does
23 not have the same genetic background.
24      And there's -- there's many, many lines

Page 319

1       -- but is the concept of your annual
2  age versus biological age. And my lab has some
3  assays that are based on epigenetics as well as
4  some metabolomic markers. And what we found --
5  now, in very, again, preliminary data -- that
6  individuals will vary by plus or minus 15 years
7  from physiological age to annual age based on,
8  again, a number of lifestyle factors not
9  important for this study.
10      But the point I'm making is the
11 discussion about level of reactive oxygen species
12 and its association with age is actually quite
13 variable based on the long -- or based on the
14 current physiological activity of that person.
15      Stated very simply, which is probably
16 something we all know, the better shape you're
17 in, the younger your physiology will appear. And
18 you can actually modulate that quite quickly,
19 meaning that a person who's 60 and has made poor
20 lifestyle choices can actually gain back quite a
21 bit of that physiological age quite quickly.
22      And so, again, to directly answer your
23 question, a annual age-related conclusion
24 regarding production of reactive oxygen species

Page 321

1  of evidence. Probably the most prominent is
2  BRCA1 and 2 mutation and the role it plays in
3  increased risk of breast and ovarian cancer.
4  MR. FERGUSON:
5  Q       Wouldn't you agree that even the
6  inherited susceptibility cannot entirely explain
7  this random component of some people getting
8  cancer when exposed and some people not?
9  MS. O'DELL:
10      Objection to form.
11 A       DNA -- so that, it's very
12 gene-dependent. So BRCA1 and 2 is the example
13 given. That is correct, that if you have a BRCA1
14 and -- 1 or 2 mutation, you are not guaranteed to
15 get cancer.
16      Corollary to that is if you do not have
17 a BRCA1 and 2 mutation, your relative risk for
18 canner does not change, meaning that you're at no
19 less of a risk than somebody -- somebody else who
20 doesn't have that mutation.
21      I should state that there are other
22 genes. P53 is a good example that was mentioned
23 earlier. If you carry a mutation in that gene,
24 the probability that you'll get cancer, assuming

81 (Pages 318 to 321)

Shawn Levy, Ph.D.

Page 322

1    you don't die from something else, is almost
2    certain, meaning that it's in the mid to high 90
3    percents if you -- if you live until a late age.
4    MR. FERGUSON:
5        Q      Further down this paragraph, you
6    indicate that "An inherited gene mutation could
7    instead make one more likely to develop cancer
8    when exposed to certain cancer-causing
9    substances."
10              Correct?  That's your statement?
11       A      Yes.
12       Q      Can you provide any examples in which a
13   woman with an inherited mutation in a particular
14   gene has been demonstrated to have more
15   sensitivity to developing ovarian cancer as a
16   result of exposure to an environmental agent?
17       A      Not for ovarian cancer specifically.  I
18   would need to review --
19              There is a -- I've seen report of a
20   single gene related to ovarian cancer, which,
21   again, I would have to do a bit of searching to
22   be sure I'm naming the correct gene, but I --
23   where that has a much high-- -- increased risk
24   specific to ovarian cancer, but I do not recall

Page 323

1    if there was a measurement of any exogenous
2    exposure risk that amplified that effect or not.
3           But I think the -- as a general
4    premise, it is a -- well established in cancer
5    biology that any mu-- -- any mutation that results
6    in a burden related to DNA repair, related to
7    cell cycle control, you are more susceptible to
8    cancer.
9           In one of our lines of research where
10   we do have some publications, in pediatric
11   cancer, I would simply point to in approximately
12   50 percent of adults who are survivors of
13   childhood cancer will develop a second cancer
14   event primarily because their -- the fact that
15   they developed a childhood cancer generally means
16   you are predisposed to that condition.
17           And -- and, as evidenced in the
18   observations we've done in the analysis of
19   thousands of patients in collaboration with
20   St. Jude and the children's oncology group, we've
21   identified now a ability to do genetic counseling
22   in those individuals and predict with very high
23   accuracy what their secondary cancer is likely to
24   be.

Page 324

1           And the point of my mentioning this is
2    to illustrate that an early predisposition to --
3    or a significant predisposition to cancer that
4    results in a early cancer event, those
5    individuals show a lifetime increase in risk of
6    approximately -- they're -- they're approximately
7    six times, depending on the disease, to 13 times
8    more likely to get that -- to get a secondary
9    disease.
10              So there clearly is a relationship to
11   predisposition in -- in oncology -- or in rate of
12   cancer event.
13       Q      Okay.  And I appreciate your response.
14   But remember that my question was related to
15   ovarian cancer, and -- and we went a little
16   afield from ovarian cancer.
17              And I want to ask you another question
18   in that regard.  Can you provide any example in
19   which a woman with an inherited mutation in a
20   particular gene has been demonstrated to have
21   more sensitivity to developing ovarian cancer as
22   a result of exposure to talcum powder?
23   MS. O'DELL:
24              Object to the form.

Page 325

1           Answer the question.
2        A      So the mechanism we proposed would be
3    independent of -- of that predisposition.  But I
4    would have the opinion that an individual with
5    any predisposition mutation, regardless of the
6    gene but -- and -- in ovarian cancer, that they
7    would be a more fragile individual as -- when it
8    comes to this exposure under the mechanism that
9    we've been discussing today.
10   MR. FERGUSON:
11       Q      Okay.  And what I'm looking for is some
12   example or some literature in that regard.
13       A      I would -- I would have to -- I would
14   have to look --
15       Q      Okay.
16       A      -- to see.
17       Q      So what you've told me is that's your
18   opinion, but you don't have any references for it
19   as you sit here?
20   MS. O'DELL:
21              Objection to form.
22       A      So my -- what was -- I was requested to
23   provide this biologically plausible mechanism,
24   and part of that request was not necessarily

Shawn Levy, Ph.D.

Page 326

1   include the influence on that mechanism that
2   specific gene mutations or inherited risks may
3   have within relation to ovarian cancer.
4           So I'd certainly be delighted to pause
5   for a moment and take -- you know, and -- and
6   work on that -- give you that -- see if I can
7   give you that specific example.
8   MR. FERGUSON:
9       Q      But you can't as you sit here?
10      A      I cannot.
11      Q      Okay.  So let's look at -- further down
12  on page 5, you have a section entitled "The Role
13  of Genetics in Ovarian Cancer."  Correct?
14      A      Correct.
15      Q      And I want to look at a reference that
16  you -- you have cited.  And let me mark this as
17  an exhibit, please.  I guess I can mark it.
18          (DEPOSITION EXHIBIT NUMBER 21
19              WAS MARKED FOR IDENTIFICATION.)
20  MR. FERGUSON:
21      Q      Exhibit 21 is the Nunes article.  Have
22  you seen that?
23      A      I have, yes.
24      Q      Okay.  So if we look at page 5, at top

Page 327

1   of the page, you indicate that ovarian cancer is
2   the major cause of death from gynecologic disease
3   and the second most common gynecologic malignancy
4   worldwide; correct?
5       A      Correct.
6       Q      And then in your report you cite Nunes
7   and Serpa, the article we've just marked as
8   Exhibit 21, as well as Siegel and Torre; correct?
9       A      Yes.
10      Q      If we look at page 2 of the Nunes
11  article, the exact same sentence appears on -- at
12  the bottom of page 2 under the heading of
13  "Ovarian Cancer, an Overview"; correct?
14      A      Correct.
15      Q      Right.
16      A      That's correct.
17      Q      Okay.  And it's --
18      A      It's not quite the same sentence, given
19  that it's the same initial statement, not an
20  identical sentence.
21      Q      Very close to identical?
22      A      Well, they -- they both -- they both
23  introduce the same facts.
24      Q      Okay.  Then if we go down a little bit

Page 328

1   further and you have a sentence that starts
2   "epithelial ovarian cancer."  Correct?
3   MS. O'DELL:
4           On page 6 there?
5   MR. FERGUSON:
6           Yeah.  I apologize.  Yeah, it is.
7       A      Yep.
8   MR. FERGUSON:
9       Q      It's on page 6.  It's the, I believe,
10  the last sentence of the partial paragraph at the
11  top of 6.  See it?
12      A      I do.
13      Q      Okay.  And you say, "Epithelial ovarian
14  cancer (EOC) includes most malignant ovarian
15  neoplasms" -- you cite Chan, 2006 -- "that can be
16  classified based on morphologic and molecular
17  genetic features into the following types:
18  Serous" -- and, in parentheses, "(OSC) low and
19  high grade); endometrioid (EC), clear cell,
20  (OCCC), and mucinous (MC) carcinomas."
21          Correct?
22      A      Correct.
23      Q      Okay.  And then if we look back at page
24  2 of Nunes, in the second sentence of the first

Page 329

1   paragraph under "Ovarian Cancer, an Overview,"
2   the nearly identical sentence appears there.
3   Correct?
4   MS. O'DELL:
5           Object to the form.
6       A      The two sentences stating the same
7   fundamental facts regarding ovarian cancer and
8   the histological types are -- yes, I agree.
9   MR. FERGUSON:
10      Q      With almost the same wording.
11  MS. O'DELL:
12          Object to the form.
13      A      They have similar wording.
14  MR. FERGUSON:
15      Q      Remarkably similar; correct?
16  MS. O'DELL:
17          Object to the form.
18      A      I wouldn't call it -- so they --
19          Again, we're stating fundamental basic
20  facts around histological type and following a
21  number of, again, factual observations for what
22  the state of the art for genetic knowledge
23  in -- in different genes and different proteins
24  is as it relates to our understanding of -- of

83 (Pages 326 to 329)

Page 330

1   cancer with, again, appropriate reference for
2   those -- for those studies.
3   MR. FERGUSON:
4       Q     And then if we look at the following
5   paragraphs, the first full paragraph there on
6   page 6, in your report you have a sentence that
7   starts "low grade OSC cases generally have
8   genetic alterations" in a number of items you've
9   listed; correct?
10  A       Correct.
11      Q     Okay.  And that sentence ends with the
12  words or "p13/Ras/Notch/FOXM1."  Correct?
13  A       Correct.
14      Q     Okay.  And then if we go back to Nunes,
15  if you look at that same paragraph we've been
16  talking about -- and those -- there's an
17  introductory phrase that you don't have, and then
18  it starts with "low grade OSC generally
19  comprising."  Slightly different wording, but you
20  list the same types of receptors and the same
21  types of items.  Correct?
22  A       Yes.  That's providing a review of,
23  again, the known associations between specific
24  ovarian subtypes and their most commonly referred

Page 331

1   genetic information or genetic predis- --
2   sorry -- mutated genes.  So I'm -- that's right.
3       Q     Okay.
4   A       They are -- they are similar in that
5   both are, again, introducing factual information
6   about the current knowledge in ovarian cancer in
7   this literature, again pointing out that
8   referencing the papers that they both came from,
9   being the Nunes as well as the appropriate
10  references.
11      Q     Okay.  And, then, the paragraph below
12  that starts endo- -- "endometrioid carcinoma,"
13  paren, "(EC)."  Correct?
14  A       Correct.
15      Q     If we look --
16          And then that goes all the way to the
17  word "mucin-coding genes" with two citations;
18  correct?
19  A       Correct.
20      Q     If we look at 2 and the top of page 3
21  in Nunes, there's a sentence that starts "EC."
22  It does not spell out endometrioid carcinoma.  Do
23  you see that four lines from the top?  I'm sorry.
24  Four lines from the bottom --

Page 332

1   MS. O'DELL:
2       I'm sorry.
3   MR. FERGUSON:
4       Q     -- on page 2.
5   A       Yes.
6   MR. FERGUSON:
7       Sorry.  Leigh, it's on page -- the
8   bottom of page 2.
9   MS. O'DELL:
10      Oh, I'm there.  When you said the top,
11  I got --
12  MR. FERGUSON:
13      No worries.  That's -- my mistake.
14      Q     Okay.  It says "EC subtypes," and then
15  it goes to mucin-coding genes on the top of page
16  3.  Correct?
17  A       Correct.
18      Q     Again, that paragraph is nearly
19  identical to the one in your report.  Correct?
20  MS. O'DELL:
21      Object to the form.
22  MR. FERGUSON:
23      Q     Same word, same order, same citations;
24  correct?

Page 333

1   MS. O'DELL:
2       Object to the form.
3   A       So my -- my report is similar to the
4   review article.  It -- it's listing the subtypes
5   of ovarian cancer and -- based on the Nunes
6   paper, which is a 2018 publication, so a more
7   current review.  I'm, again, providing that
8   referenced information about the -- the -- this
9   observation.
10      Q     You're citing the same references as
11  Nunes; correct?
12  A       Yes.
13      Q     You cite the -- the various gene --
14  expression of gene in the same order they do,
15  so --
16          Correct?
17  A       Yes.
18      Q     And is that just coincidental?  That's
19  just happened?  You happened to have put this
20  paragraph in the same order with the same
21  notations as -- as Nunes?
22  MS. O'DELL:
23      Object to the form.
24  A       Well, I'm listing the same information

Shawn Levy, Ph.D.

Page 334

1    that's contained in the Nunes paper. And seeing
2    as that -- this was a review of the literature
3    with -- you know, based on the state of the art,
4    the Nunes review is exactly that. And, again,
5    I'm -- I'm repeating the information regarding
6    the specific gene information as it relates to
7    this -- this ovarian cancer risk and -- and --
8    and, again, appropriately citing the basic
9    studies as Nunes did.
10   MR. FERGUSON:
11   Q     With virtually the same wording?
12   A     With similar wording, yes.
13   Q     Let's look at page -- page 7.
14   MS. O'DELL:
15         His report?
16   MR. FERGUSON:
17   Q     Yeah. I apologize. Your report.
18         We can set Nunes aside now.
19         You have a paragraph starts -- that
20   starts "individuals can inherit mutations in
21   BRCA1, BRCA2 or p53."
22         See it?
23   A     Uh-huh.
24   Q     And you say, "These defects allow

Page 335

1    additional mutations to accumulate in cells and
2    lead to a higher probability of cells being
3    cancerous."
4         Correct?
5    A     Correct.
6    Q     And you've indicated earlier in your
7    report that cancer is caused by mutations.
8    Correct?
9    A     Correct.
10   Q     And you say here that mutations in
11   BRCA1, BRCA2 or p53 can result in the
12   accumulation of additional mutations in cells.
13   Correct?
14   MS. O'DELL:
15         Object to the form.
16   A     Yeah. I made the statement that BRCA1,
17   BRCA2 and p53, they can be inherited and then, in
18   turn, positive for those gene mutations.
19   MR. FERGUSON:
20   Q     Okay. Would you --
21   A     So I guess if you could ask the
22   question again to make sure I understand it.
23   Q     Well, let me -- doesn't this paragraph
24   mean, in your comments here, that BRCA1, BRCA2,

Page 336

1    or p53 mutations can be considered causes of
2    cancer?
3    MS. O'DELL:
4         Object to the form.
5    A     No. Not -- not specifically causal. I
6    think the -- each of these -- as we've discussed,
7    each of these genes, BRCA1 and BRCA2, or starting
8    with BRCA1 and BRCA2, increase the probability of
9    a -- of a person -- generally women -- getting
10   breast or ovarian cancer but do not exclusively
11   mean somebody with that mutation will get cancer.
12        So, with that knowledge, I would not
13   consider BRCA1 and BRCA2 mutation alone
14   sufficient to cause cancer. It increased the
15   risk.
16        And, as we talked about, p53 is a bit
17   more of a higher-risk gene, and the question as
18   to whether or not it is possible for someone to
19   have a -- what the rate of someone having a p53
20   mutation and not getting cancer, I believe, is
21   currently unknown. But there, again, is a much
22   higher probability of developing -- developing
23   cancer.
24   MR. FERGUSON:

Page 337

1    Q     And then the last line there of page 7,
2    you say, "The lifetime risk for ovarian cancer is
3    approximately 40 percent for BRCA1 carriers and
4    15 to 20 percent for BRCA2 carriers."
5         Correct?
6    A     Correct. Based on -- based on the
7    study that I referenced, yes.
8    Q     Right.
9         And -- and the -- the -- if we look at
10   the increased risk of 40 percent as compared to
11   the risk of cancer in the -- of ovarian cancer in
12   the general population, that's a 25-fold increase
13   for BRCA1 and about a 7- or 8-fold increase for
14   BRCA2; correct?
15   MS. O'DELL:
16        Object to the form.
17   A     I -- I would have to -- to determine
18   that. But I would say so. I'm certainly
19   comfortable stating that the lifetime risk for
20   ovarian cancer is approximately 40 percent. I'd
21   have to verify your -- your math about that
22   indicating a 25-fold increase.
23   MR. FERGUSON:
24   Q     Do you know what the rate in the

85 (Pages 334 to 337)

Shawn Levy, Ph.D.

Page 338

1    general population of ovarian cancer is?
2    A    It's fairly low.  If I -- thinking of
3    the cohort studies that were reviewed as part of
4    this, it was roughly a hundred to 200 cases per
5    30- to 40,000 women in those -- in those studies,
6    so relatively low.
7    Q    And if we go to the top of the next
8    page, you say -- it's page 8 -- "Therefore, the
9    presence of mutations in the BRCA genes do not
10   guarantee that carriers will get cancer.  The
11   presence of these mutations increases a person's
12   risk of developing cancer when exposed to a
13   carcinogen."
14        Correct?
15   A    Correct.
16   Q    And you cite Park, Vitonis, and Wu for
17   that.  Is that correct?
18   A    That's correct.
19   Q    Looking at Park, isn't it true that
20   Park does not supply any evidence to support your
21   claim that mutations in BRCA1, BRCA2 and/or p53
22   increase a person's risk of developing cancer
23   when exposed to a carcinogen?
24   A    I'd have to remind myself of what's in

Page 339

1    Park.
2    Q    Are you going through the entirety of
3    the article?
4    A    I'm just reminding myself the content
5    to see if I could find something that was
6    specifically related to your question about the
7    presence of a BRCA1 or 2 mutation.
8    Q    Okay.  Is the BRCA1, BRCA2, p53, any of
9    those even mentioned in the article?
10        And -- and I'm not sure we'll have time
11   for you to go through each one of them in this
12   much --
13        You've got -- you cited them for these
14   propositions.  I'm trying to ask you why you
15   cited them for this proposition.
16   A    I -- I'd have to look in more detail.
17   I don't have a specific answer regarding the --
18   regarding BRCA1 --
19   Q    Okay.
20   A    -- I'm sorry -- BRCA genes.
21        I would suspect the Park reference was
22   more in the discussion of overall relative risk
23   of developing cancer and not necessarily
24   exclusive to the presence of a mutation.

Page 340

1        So the -- the Park paper does discuss
2    the relationship of ovarian cancer risk relative
3    to benign gynecological conditions.
4    Q    And -- and your comment that you've
5    cited these studies for is the presence of these
6    mutations increases a person's risk of developing
7    cancer when exposed to a carcinogen.  And these
8    mutations would be what you've been talking about
9    in this paragraph, the B -- the BRCA1, BRCA2, and
10   p53; correct?
11   MS. O'DELL:
12        Object to the form.
13   A    The sentence is worded, "The presence
14   of these mutations increases a person's risk of
15   developing cancer when exposed to a carcinogen."
16   MR. FERGUSON:
17   Q    Right.  Right.
18        And, for example, in Vitonis, isn't it
19   true that BRCA1, BRCA2 and p53 were not even
20   determined in that study and, instead, Jewish
21   ethnicity was used as a surrogate for a woman's
22   risk of having a mutation in one of these genes?
23        Do you recall that --
24   A    Again, I would have --

Page 341

1    Q    -- one way or the other?
2    MS. O'DELL:
3        Objection.
4    A    I would have to review the -- review
5    the paper.  Because part of the review is to
6    be -- include appropriate references with regards
7    to ovarian cancer risk, and those may -- I think
8    those publications provide some information in
9    that space.
10   MR. FERGUSON:
11   Q    All right.  But when you cite studies
12   for a statement in your report, shouldn't the
13   studies relate to that statement?
14   MS. O'DELL:
15        Object to the form.
16   A    Well, the studies relate to a person's
17   risk of developing cancer.  But I -- I think
18   it -- it doesn't change the accuracy of the
19   presence of the mutation relative to that risk.
20   But the -- I don't have a -- a good answer as far
21   as relationship of BRCA1 and 2 to the Park paper.
22   MR. FERGUSON:
23   Q    And -- and, then --
24        Well, we talked about Vitonis, too.

86 (Pages 338 to 341)

Shawn Levy, Ph.D.

---

Page 342

1  And then let's get to Wu.
2  MS. O'DELL:
3        Object to the form.  You didn't comment
4  specifically about Vitonis, if you've got an
5  issue with Vitonis.  You know, it's not fair to
6  assume that because I don't think you asked a
7  direct question.
8  MR. FERGUSON:
9        Okay.  I thought I did, but I could be
10  mistaken.
11  MS. O'DELL:
12        You mentioned it, but I don't think
13  you -- I think it was more you rather than asking
14  a question.
15  MR. FERGUSON:
16  Q      With regard to Wu, do you recall that,
17  in Wu, BRCA1, BRCA2, and p53 inherited carrier
18  mutation status were not even determined in that
19  study?  Do you recall that --
20  A      The --
21  Q      -- one way or the other?
22  MS. O'DELL:
23        Object to the form.
24  A      The Wu paper specifically discussed

---

Page 343

1  nongenetic risk factors.
2  MR. FERGUSON:
3  Q      Let's go to the next paragraph, and
4  there you talk about single nucleotide variance,
5  SNVs; correct?
6  A      Towards the bottom of the paragraph.
7  As -- in terms of modifiers, yes.
8  Q      Yeah.  Are -- are single nucleotide
9  variants mutations?
10  A      Yes.
11  Q      Do most SNVs result in functionally
12  defective proteins?
13  A      Statistically speaking on a genome-wide
14  basis, no.
15        So a -- a single nucleotide variant is
16  a variant at any point.  And if we consider
17  statistically that about 1 percent of the genome
18  encodes proteins, again, it's statistically less
19  likely that any SNV would affect a protein.
20  Q      Okay.  Let's look at the next
21  paragraph.  There you talk about Lynch syndrome;
22  correct?
23  A      Correct.
24  Q      And you make a statement that Lynch

---

Page 344

1  syndrome patients have an increased risk of
2  cancer when exposed to a carcinogen.  Correct?
3  A      Correct.
4  Q      What carcinogens are you referring to?
5  A      I'm not -- not referring to a specific
6  carcinogen.  I'm using the term "carcinogen" to
7  refer to an insult that would result in DNA
8  damage specifically because, similar to the BRCA
9  mutations, Lynch syndrome impairs DNA mismatch
10  repair.
11        So that defect alone is not sufficient
12  to result in a cellular transformation, so
13  something else has to occur.  And when we
14  consider that carcinogens are -- the term
15  "carcinogen" generally refers to something that
16  has the potential to damage cellular components
17  or DNA, it's putting the --
18        Inability to repair along with the
19  presence of a carcinogen is where the sentence
20  comes from.
21  Q      So -- and I want to make sure I
22  understand what you're saying.  Are you saying
23  that Lynch syndrome patients have an increased
24  risk of developing cancer after exposure to a

---

Page 345

1  carcinogen, just like everyone else?
2  A      No.  I'm stating that Lynch syndrome --
3  MS. O'DELL:
4        Object to the form.  Excuse me.
5  A      Lynch syndrome is a hereditary
6  condition that increases the overall risk of
7  cancer to an individual, similar to BRCA1 and 2
8  mutation.
9  MR. FERGUSON:
10  Q      So you -- are you claiming that Lynch
11  syndrome patients have a greater increase in
12  relative risk when exposed to a particular
13  carcinogen than do people without Lynch syndrome?
14  MS. O'DELL:
15        Object to the form.
16  A      No, I'm not making that statement, to a
17  specific carcinogen.
18  MR. FERGUSON:
19  Q      In your next paragraph you talk of --
20  you start with "Myriad Genetics," and you say,
21  "As with all inherited traits, a positive family
22  history is the strongest indicator of the
23  presence of genetic risk alleles in an
24  individual."

---

87 (Pages 342 to 345)

Shawn Levy, Ph.D.

Page 346

1    Correct?
2    A    Correct.
3    Q    Isn't it true that many women who have
4    inherited mutations like BRCA1 or BRCA2 and genes
5    that predispose to ovarian cancer development do
6    not have a family history of breast or ovarian
7    cancer?
8    A    So the -- your -- your question is a
9    little bit different than the statement. So
10   the -- if I could clarify the statement in the
11   report, it is more that a positive family history
12   would be a likely indicator that someone has a
13   genetic risk variant such as BRCA1 and 2.
14   Q    Isn't it true that family history is
15   not a sensitive or specific indicator of
16   whether -- of whether a particular woman has
17   inherited a mutation in a gene associated with
18   increased risk of ovarian cancer?
19   MS. O'DELL:
20        Object to the form.
21   A    I would say that family -- I would ask
22   to define "sensitive" or "specific," because in
23   genetics overall, family history remains a
24   valuable and important characteristic in terms of

Page 347

1    determining the genetic component of -- of any
2    disease, cancer included. And, so, if there's
3    something exact regarding its sensitivity or
4    specificity that I can comment on, I will if I
5    know the answer. But...
6    MR. FERGUSON:
7    Q    In -- in the top of the page -- of
8    page 9, the next page, you indicate, "Because of
9    the large number of individuals tested and the
10   ability to trace their genetic inheritance, the
11   genes involved in cancer development are well
12   established."
13        Is that correct?
14   A    Correct. That's what I state. I did
15   make that statement.
16   Q    And given that they're well
17   established, can you name all of the inherited
18   genes that have been identified as being
19   associated with an increased risk of ovarian
20   cancer?
21   A    No, not -- I can't name them all off
22   the top of my head, no. There's something in the
23   neighborhood of 500 to -- 500 genes of strong
24   association of cancer risk and progression, some

Page 348

1    number higher than that if you're looking at
2    indirect or genetic complex formation.
3        You know, depends how far down the
4    cellular control and signal transduction and
5    growth and proliferation road that we go as far
6    as how many genes. But I'm sure, as everyone
7    well appreciates, everything in biology is
8    interrelated in some form.
9        And, so, it -- but I would say this
10   statement here is that our ability to look at
11   large-scale genetic analysis in individuals of a
12   variety of cancer types, given the number of
13   individuals affected by cancer and the analysis
14   of their genetics, we've been able to identify
15   many of -- many of the fundamental or most --
16   perhaps most of the fundamental genes involved in
17   that initial disease initiation or progression.
18       It's important that it is not a
19   comprehensive list. Hence, it is not "all," but
20   there are a large number of genes that are well
21   established.
22   Q    Okay. Let's look at the next page, 10.
23   And you have a paragraph that starts
24   "Macrophages."

Page 349

1    A    Uh-huh.
2    Q    And the last sentence says, "Generally
3    speaking, macrophages can increase inflammation
4    or decrease inflammation, depending on the
5    cytokines released."
6        Correct?
7    A    Correct.
8    Q    So, with that statement, do you agree
9    that inflammation can have both protumorigenic
10   and antitumorigenic effects, depending on
11   context, just as you state here for macrophages?
12   MS. O'DELL:
13        Object to the form.
14   A    No, I -- I would not agree with that.
15   I -- I don't know of any evidence of that, that
16   inflammation, as a physiological phenomenon, acts
17   as an antitumor effect.
18   MR. FERGUSON:
19   Q    Going to the next page, the page 11 --
20       I'm trying to get through this
21   hopefully within the next 15 minutes.
22       -- under the role of inflammation in
23   ovarian cancer --
24       Are you with me there?

88 (Pages 346 to 349)

Page 350

1  A    I am.
2  Q    And you're obviously talking about the
3  role of inflammation there.  Isn't it true that
4  no published animal model has ever shown that
5  inducing inflammation induces the development of
6  ovarian cancer?
7  MS. O'DELL:
8       Object to the form.
9  A    We've been -- earlier today we were
10 discussing some animal models as it relates to --
11 MR. FERGUSON:
12 Q    Yeah.  You and Miss Brown talked about
13 a number of animal models.
14 A    Yeah.
15 Q    And -- and what I'm trying to ask you,
16 is there any of those animal models or any others
17 that have ever shown that inducing inflammation
18 induces the development of ovarian cancer?
19 A    I didn't -- I didn't look specifically
20 for an animal study of that type in the process
21 of developing the report.
22 Q    Later down that page, you talk about
23 two models.  "The literature reviews as well as
24 many direct studies feature the immune system as

Page 351

1  being an important mediator of ovarian
2  carcinogenesis via two models, chronic
3  inflammation and incessant ovulation."
4       Correct?
5  A    Correct.
6  Q    Is it your opinion that incessant
7  ovulation is a form of chronic inflammation?
8  A    It is not.
9  Q    Isn't it true that there's no
10 pathological evidence in humans that perineal
11 talc users have ovarian inflammation?
12 MS. O'DELL:
13      Object to the form.
14 A    I'm thinking.
15      I would have to review the --
16      I'm sorry.  That's -- it's --
17 MR. FERGUSON:
18 Q    Okay.
19 A    I would -- again, I would have to look
20 more carefully for that.  I can't -- I can't name
21 a study of that type right now.
22 Q    So I think you've said previously --
23      Are you done looking?
24      I understood you couldn't give me

Page 352

1  anything on that, so that's --  that's fine.
2  Let's move on.
3  A    Okay.
4  Q    I think you've stated earlier that your
5  opinion in this case is based on the totality of
6  what is included in the product, the talcum
7  powder products.  Is that correct?
8  A    Correct.
9  Q    So you're -- you cannot distinguish
10 the -- the carcinogenicity of the constituent
11 parts of the talcum powder products, correct,
12 including the fragrance?
13 MS. O'DELL:
14      Object to the form.
15 A    I -- I was -- I was not asked to -- to
16 provide that delineation.  And, so, instead,
17 subsequent to seeing some of the other expert
18 reports, we began with talcum powder as a product
19 and then have since learned more about the
20 constituent components, including asbestos,
21 fragrance, potential for heavy metals, which I
22 understand or I've observed that there's a
23 variety of testing documents that -- that show a
24 variety of results.

Page 353

1       So, to answer your question, I did not
2  specifically evaluate the individual specific
3  components in any -- in any individual product as
4  it relates.  Instead, remained focused on the
5  mechanism for the complete -- complete product.
6  MR. FERGUSON:
7  Q    And you've made reference to heavy
8  metals throughout your testimony on occasion.  Do
9  you recall that?
10 A    I do.
11 Q    Do you have any opinions that any of
12 these heavy metals contribute to the inflammation
13 process that you've been talking about?
14 A    The -- to the inflammation --
15      I'm not aware of any direct evidence
16 for heavy metal contribution to the inflammation
17 process that we've been discussing.  Instead, the
18 heavy metals, particularly chromium, caught my
19 attention because of its well-established ability
20 to directly damage DNA and, therefore, you know,
21 potentially play a role in carcinogenesis.
22 Q    Do you have any knowledge or opinion
23 about how much chromium you claim is in the -- in
24 the body powder products?

Shawn Levy, Ph.D.

Page 354

1    MS. O'DELL:
2        Object to the form.
3    A    I wasn't asked to evaluate the amount
4    of chromium or whether it was sufficient for
5    damage.  It was more reviewing.  I would have to
6    defer to other experts who have done the testing
7    on the products.
8    MR. FERGUSON:
9    Q    So you have no opinion on that?
10   MS. O'DELL:
11       Object to the form.
12   A    I'm sorry.  An opinion on the amount of
13   chromium?
14   MR. FERGUSON:
15   Q    Correct.
16   A    Again, I wasn't asked to generate such
17   an opinion.
18   Q    I think -- I think I'm almost done.
19       Isn't it true that published data have
20   demonstrated that talc is not genotoxic and does
21   not cause mutations?
22   MS. O'DELL:
23       Object to the form.
24   A    I'm not aware of a study that

Page 355

1    specifically looked at the genotoxicity of -- of
2    talc.  And I think it would certainly warrant
3    defining which type of talc and components
4    therein.  But I'm -- I'm not aware of a study
5    that has concluded that there are no genotoxic
6    effects of any type of talc.
7    MR. FERGUSON:
8    Q    Would you agree there's no evidence
9    that talc causes sister chromatid exchange or
10   unscheduled DNA synthesis?
11   MS. O'DELL:
12       Object to the form.
13   A    I didn't -- I didn't review the
14   literature for those two specific phenomenon.  I
15   would have to, again, specifically look or review
16   for that.
17   MR. FERGUSON:
18   Q    So, as you sit here, you have no
19   opinion as to whether talc is or is not
20   mutagenic?
21   MS. O'DELL:
22       Object to the form.
23   A    No.  We've -- so talc in general,
24   particularly in its -- in its form of fibrous

Page 356

1    talc with asbestiform bodies, I think would be
2    very reasonable to state that it has mutagenic
3    properties.
4    MR. FERGUSON:
5    Q    And can you cite me any literature for
6    that?
7    A    I would simply refer to the -- much of
8    the body of asbestos literature for the -- for
9    that.
10   MR. FERGUSON:
11       I think that's all I have.  I'll turn
12   it over to someone else to ask some questions.
13   MS. BROWN:
14       Anybody with some more?
15   MS. O'DELL:
16       I'm going to take a break for a few
17   minutes.
18   VIDEOGRAPHER:
19       Going off the record.  The time is
20   4:54 p.m.
21       (OFF THE RECORD.)
22   VIDEOGRAPHER:
23       We're back on the record.  The time is
24   5:20 p.m.

Page 357

1        EXAMINATION
2    BY MS. O'DELL:
3    Q    Dr. Levy, I have just a few follow-up
4    questions for you.
5        I'm gonna ask you to turn to page 14 of
6    your report.
7        And earlier today --
8        I'm going to ask, Doctor, if you could
9    put the exhibits in front of you, and we'll pull
10   those out.
11       But earlier today you were asked about
12   a letter from the FDA that was marked as Exhibit
13   Number 16, and if you could pull that out of your
14   stack there.  And, specifically, if you'll turn
15   to page 4 of the letter.
16       And you'll recall that this letter was
17   written in 2014.  Do you remember that?
18   A    Yes.
19   Q    And if you look, however, at page 4 of
20   the letter, it appears that the FDA's review of
21   the relevant toxicity literature stopped at the
22   year 2008.  Fair?
23   MS. BROWN:
24       Objection to the form.

90 (Pages 354 to 357)

Shawn Levy, Ph.D.

Page 358

1   MS. O'DELL:
2   Q      Did the FDA's review of the toxicity
3   literature stop in 2008?
4   A      Yes.
5   Q      And if you look at page 14 of -- of
6   your report, your review of the literature
7   included multiple references that were published
8   after 2008?
9   MS. BROWN:
10         Form.
11  A      That's correct.
12  MS. O'DELL:
13  Q      And, in fact, you cited Shukla that was
14  published in --
15         Was Shukla published in 2009?
16  A      Yes.  The reference is in the report to
17  2009.
18  Q      Yes.
19         And, in addition to that, did you cite
20  other references in support of your opinion that
21  talc powder causes inflammation that were dated
22  and published after 2008?
23  A      I did.
24  Q      And, so, the suggestion by counsel for

Page 359

1   Johnson & Johnson that somehow the FDA had
2   reviewed the literature for toxicity up until the
3   date of this letter would have been incorrect?
4   MS. BROWN:
5          Objection to the form of the question.
6   A      As -- as we discussed, the -- the
7   letter from the FDA dated April 1st, 2014, states
8   to include literature from 1980 to 2008.
9   MS. O'DELL:
10  Q      Let me ask you --
11         You can put that aside, Dr. Levy.
12  Thank you.
13         And I want to ask you to pull out of
14  the stack the Exhibit 17, which is the Buz'Zard
15  paper.
16  A      I have it.
17  Q      And if you'll turn to page 581.
18  A      Okay.
19  Q      And just to orient our discussion,
20  counsel for Johnson & Johnson suggested that --
21  that this paper showed a decrease in reaction or
22  reactive oxygen species at the longest time
23  interval.  Do you recall that discussion?
24  MS. BROWN:

Page 360

1          Objection to the form of the question.
2   A      Yes, we -- we had a discussion
3   regarding the results shown in Figure 3, the
4   level of exposure of talc as well as its
5   duration.  Sorry.  The talc dose as well as
6   duration.
7   MS. O'DELL:
8   Q      And in the -- if you'll look at
9   Figure 1, Doctor, explain to us, please, what
10  Figure 1 describes in terms of the viability of
11  the cells at the 72-hour mark.
12  A      So the -- so Figure 1 is a graph
13  describing percent cell viability versus the
14  different normal or variant cells at a 24-hour
15  and 72-hour time point, two different ovarian
16  cancer cell lines, as well as doses of talc from
17  zero micrograms per milliliter up to 500
18  micrograms per milliliter, and each of those is
19  applied.
20         And at the 72-hour time point in both
21  cell lines, OSE2a and GCA1 -- GC1a shows a
22  decrease in cellular viability that is
23  dose-dependent in each of the four cell lines.
24  Q      Okay.  And --

Page 361

1   A      Sorry.  Each of the two cell lines.
2   Q      And is it fair to say that the reason
3   you don't see dose response, you know, at the --
4   at the greatest magnitude is because the cells
5   essentially die?
6   MS. BROWN:
7          Objection to the form.
8   A      Well, I would say if we consider the
9   results displayed in Figure 1 in relation to the
10  results displayed in Figure 3, an ex- -- an
11  explanation for the concentrating on the 500 --
12  the highest dose, the 500 micrograms per
13  milliliter, in the talc exposure, the decrease in
14  cellular viability is an -- is an explanation --
15  could be an explanation for the decrease in
16  reactive oxygen species.
17  MS. O'DELL:
18  Q      Okay.  Thank you, Doctor.
19         And if you'll put that aside and turn
20  to Exhibit 7, which was the Hamilton paper we
21  spent quite a lot of time on earlier.
22         Do you recall the -- that discussion
23  regarding the Hamilton paper?
24  A      I do.

Shawn Levy, Ph.D.

Page 362

1  Q      And what was the purpose for which you
2  cited the Hamilton paper?
3  A      That it was one of the available animal
4  studies looking at the effects of talc on a rat
5  ovary.
6  Q      And did the paper show that there was a
7  increase in inflammation as result of talc?
8  A      Yes, in the form of foreign body
9  granulomas observed in five of the injected
10 ovaries.
11 Q      And you're looking at, I guess, that
12 last sentence on page 103 and carrying over to
13 the -- to the narrative on page 105?
14 A      Cellular foreign body?
15 Q      Yes.
16 A      Foreign body granulomas without any
17 surrounding inflammation were seen in five of the
18 injected ovaries.  And similar lesions were not
19 uncommonly noted in the supracapsular fat in the
20 connective tissue matrix of the capsule.
21 Q      And if you'll look down in the
22 discussion section, Dr. Levy, the first paragraph
23 there in your -- where -- beginning
24 "Unfortunately," does it appear that talc also

Page 363

1  induced fibrosis --
2  MS. BROWN:
3      Objection to form.
4  MS. O'DELL:
5  Q      -- in the rats?
6  A      The manuscript makes the statement
7  that, "Unfortunately, bursal distention occurred
8  as an unforeseen complication" and further states
9  that this probably resulted from talc-induced
10 fibrosis and obliteration of the small channel
11 which normally allows communication between the
12 cavity where the ovary lies and the perineum.
13 Q      And though the authors concluded that
14 neoplastic changes were not seen, the authors did
15 find evidence of inflammation in their study?
16 A      That's correct.
17 Q      Prior to becoming involved in the
18 litigation, Dr. Levy, did you hold the opinion
19 that inflammation is a cause of cancer?
20 A      As -- as we've discussed earlier, I
21 certainly held the opinion that, you know,
22 inflammation is a significant and necessary
23 component of cancer progression.
24 Q      And has that been -- that general

Page 364

1  principle been published in the peer-reviewed
2  literature?
3  A      It has.
4  Q      And, in regard to ovarian cancer, prior
5  to becoming involved in the litigation, did you
6  hold the opinion that inflammation was a part of
7  the development of ovarian cancer?
8  A      Yes.
9  Q      And has that been researched and that
10 research published in the peer-reviewed
11 literature?
12 A      It has.
13 Q      In the same way, has the fact that
14 talc, talcum powder, induces inflammation been
15 published in the peer-reviewed literature?
16 MS. BROWN:
17     Objection to the form.
18 A      Yes.
19 MS. O'DELL:
20 Q      And you were asked whether there was
21 evidence that talc caused inflammation in humans.
22 Do you recall that question?
23 A      I do.
24 Q      And based on your exhaustive review of

Page 365

1  the literature, what evidence would you point to
2  undergirding your opinion that talc causes
3  inflammation in humans?
4  A      I think considering the molecular
5  mechanism we were discussing of the recent paper
6  by Saed, et al., again, that we discussed earlier
7  today is a fairly in-depth set of experiments to
8  examine the specific inflammatory response
9  of -- of human cells to -- to talcum powder.
10 Q      In addition to the Saed publications,
11 would you -- would you include the Shukla 2009
12 paper in your consideration of talc causing
13 inflammation in humans?
14 A      Yes.
15 MS. BROWN:
16     Form.
17 MS. O'DELL:
18 Q      You were asked about your methodology
19 numerous times today, and can -- would you
20 describe in -- in general the methodology you
21 have used in reaching your opinions in this case?
22 A      Yes.  To clarify or perhaps expand on
23 the earlier discussions, my methodology involved
24 a literature review to examine the totality of

Shawn Levy, Ph.D.

Page 366

1   the information available to the role that talcum
2   powder plays in inflammation in ovarian cancer.
3           And, so, that methodology involved,
4   first, a review of the literature and then a
5   development of a report and then a synthesis of a
6   biologically plausible mechanism where the basis
7   of that plausibility was to ask if each of the
8   different component steps that are described in
9   that mechanism was supported by peer-reviewed
10  research.  First, does talc cause inflammation?
11  Second, does inflammation cause cancer?  And
12  then, third -- or does inflammation cause ovarian
13  cancer?  And then, third, is there -- is that
14  supportive of a overall mechanism of cancer
15  progression and metastasis?
16  Q       Can that methodology be replicated?
17  A       Certainly.  I think, you know, anyone
18  with a similar -- similar background and
19  experience who -- who undertook the same
20  activities would likely -- certainly likely come
21  up with the same -- same conclusions.
22  Q       Did you rely on the IARC monograph in
23  relation to nickel, chromium, and cobalt in
24  reaching your opinions in this case?

Page 367

1   MS. BROWN:
2           Objection to the form.
3   A       I -- so the -- the number of IARC
4   publications were certainly in the material that
5   was reviewed for -- for my -- for my report.
6   MS. O'DELL:
7   Q       Based on your review of the literature,
8   is it your opinion that nickel causes
9   inflammation?
10  A       Yes.  The IARC -- the -- the
11  characterization of those compounds, nickel as
12  well as chromium, among others, are -- would have
13  an inflammatory response.
14  Q       You were asked questions earlier
15  today -- actually, not so much earlier -- a few
16  minutes ago regarding the Park paper.  And you
17  cited the Park paper on page -- I think it was 8
18  of your report.
19  A       Yes.
20  Q       And let me show you what I'm marking as
21  Exhibit 22 to your deposition.
22          (DEPOSITION EXHIBIT NUMBER 22
23           WAS MARKED FOR IDENTIFICATION.)
24  MS. O'DELL:

Page 368

1   Q       Is this the Park paper that you
2   referenced --
3   MS. BROWN:
4           Counsel, do you have a copy for us?
5   MS. O'DELL:
6           I don't.  I'm assuming -- I don't think
7   Ken marked it, but I'm assuming he has a copy.
8   Q       Is that the Park paper that you
9   referenced in your report, Dr. Levy?
10  A       It is.
11  Q       And if you'll turn to page 8 of the
12  paper, about midway down the first column, maybe
13  a little bit less, see the paragraph starting "We
14  did find an association"?  Page 8.
15  A       I'm looking for the page number.
16  Q       Sorry.  Let me give you a page number.
17  I'm not sure it has a page number.
18  A       No, it doesn't.
19  Q       Do you see the paragraph beginning "We
20  did find associations between overall cancer and
21  history of fibroid or ovarian cysts"?  Do you see
22  that paragraph?
23  A       Well, actually -- yes, I see that
24  paragraph.

Page 369

1   Q       If you'll look further, the sentence
2   beginning "This observation may suggest," do you
3   see that?
4   A       Yes.  Uh-huh.
5   Q       And the paper says, "This observation
6   may suggest a possible additive or synergistic
7   effect on tumor- -- tumorigenesis influenced by
8   the proinflammatory milieu from an increased
9   burden in the number of benign conditions.
10  Increased risk of serous cancer, ovarian cancer,
11  women with other proinflammatory risk factors has
12  been reported -- reported, most notably in talc
13  users."
14          Do you see that?
15  A       I do.
16  Q       Is that the section you were thinking
17  of when you cited it in your report?
18  MS. BROWN:
19          Objection to the form.
20  A       Yes, it is.
21  MS. O'DELL:
22  Q       Let me ask you to -- a couple of other
23  final questions, Dr. Levy.
24          Excuse me.  Give me one moment.

93 (Pages 366 to 369)

Shawn Levy, Ph.D.

Page 370

1          In regard to opinions in relation to
2   the pathology of ovarian tissue, would you defer
3   to a gynecologist or gynecologic oncologist or a
4   pathologist regarding that matter?
5          A     Yes, of course.
6          Q     You testified earlier today that you
7   relied on the Longo testing in -- in reaching
8   your opinions in this case.
9   MS. BROWN:
10          Objection to the form.
11  MS. O'DELL:
12          Q     Did you rely on Dr. Longo's testing
13  in -- in reaching your opinions in this case?
14          A     Yes.  They were -- they were one of
15  the -- among many of the manuscripts we've been
16  discussing.
17          Q     Yeah.
18          In fact, you cite Dr. Longo's report on
19  page 15 of your report.  Is that right?
20  MS. BROWN:
21          Objection to the form.
22          A     Yes.
23  MS. O'DELL:
24          Q     And -- and in terms of Dr. Longo's

Page 371

1   report, his findings of 37 of 56 historical talc
2   samples being positive for asbestos and 41 of the
3   42 samples tested containing fibrous talc,
4   was -- was that information you had prior to
5   reaching your opinions and finalizing your
6   report?
7   MS. BROWN:
8          Objection to the form.
9          A     Yes.
10  MS. O'DELL:
11          Q     And in relation to Dr. Crowley's report
12  regarding the fragrance chemicals, do you defer
13  to Dr. Crowley regarding his analysis of the
14  fragrance chemicals?
15          A     Yes.
16          Q     And did you rely on the opinions he
17  reached in relation to the fragrance chemicals in
18  reaching your opinions in this case?
19          A     Yes.  My -- my review of that just, in
20  addition to deferring it, was -- just made the
21  general -- or made the statement that I was in
22  general agreement with his opinions in those
23  matters, seeing as that's not a -- not an area of
24  expertise of mine.

Page 372

1          Q     And did you have the opportunity to
2   consider his report prior to finalizing your
3   report?
4          A     I did.
5          Q     I have nothing further.  Thank you.
6                EXAMINATION
7   BY MS. BROWN:
8          Q     Dr. Levy, would you take Exhibit 16
9   out, please, the FDA's response to the citizens
10  petition?
11          A     I have it.
12          Q     Counsel asked you some questions that
13  involved questions that I asked you.  Remember
14  she asked you the lawyer for J & J didn't point
15  out the articles that were reviewed from 1980 to
16  2008 on page 4?  Do you recall those questions
17  from plaintiffs' counsel?
18          A     Yes.
19          Q     Would you look at the last page of the
20  letter, page 6 of 7?  I'd like to direct your
21  attention to the second sentence on this page
22  that begins "In consideration of your request."
23  Do you see that?
24          A     I do.

Page 373

1          Q     And it states, "In consideration of
2   your request, we conducted an expanded literature
3   search dating from the filing of the petition in
4   2008 through January 2014.  The results of this
5   search failed to identify any new compelling
6   literature data or new scientific data."
7          Do you see that?
8          A     I see that.
9          Q     And putting together, then, the
10  information from page 4 and page 6, you see that
11  the FDA considered literature from 1980 to 2014.
12  Is that correct?
13  MS. O'DELL:
14          Object to the form.
15          A     Yes, that is correct.
16  MS. BROWN:
17          Q     And what the FDA concluded, contrary to
18  your opinion here, Doctor, is that a cogent
19  biological mechanism by which talc might lead to
20  ovarian cancer is lacking; correct?
21  MS. O'DELL:
22          Object to the form.
23          A     That's in this --
24  MS. BROWN:

94 (Pages 370 to 373)

Shawn Levy, Ph.D.

Page 374

1    Q    Directing your attention to page 4,
2    number 4, the conclusion regarding a cogent
3    biological mechanism lacking.  Do you see that?
4    MS. O'DELL:
5         Object to the form.
6    A    Yes.  I see where they -- they made the
7    statement that cogent biological mechanism by
8    which talc might lead to ovarian cancer is
9    lacking and that exposure to talc does not
10   account for all cases of ovarian cancer.
11   MS. BROWN:
12   Q    Next, Doctor, do you rely on the
13   findings of the Hamilton article in forming your
14   opinions in this case?
15   A    Similar to as we've discussed, in a
16   portion, yes.
17   Q    You, Dr. Levy, cannot point us to a
18   single paper showing an inflammatory response
19   leading to ovarian cancer in humans from talc
20   use.  True?
21   A    There is -- I do not know of a single
22   paper that -- in a controlled fashion in humans
23   provided talc exposure that then was --
24   subsequently led to cancer in humans.  That's

Page 375

1    correct.
2    Q    Controlled aside, you're not aware of
3    any observational case report, any kind of study
4    that shows talcum powder use causing an
5    inflammatory response leading to cancer in
6    humans; correct?
7    MS. O'DELL:
8         Object to the form.
9    A    I would -- my review and development of
10   the biological plausibly -- plausible mechanism
11   examined literature that led to the conclusions
12   described in the report.  I'm not aware of a --
13        The human-based studies were all case
14   cohort and -- or case-controlled and cohort
15   studies that showed an association with talc
16   exposure and cancer, but I'm not aware of a
17   direct study.
18   MS. BROWN:
19   Q    There have been some reports of alleged
20   findings of talc in tissues or in other parts of
21   the body.  Are you familiar with those?
22   A    Yes.
23   Q    And you're not aware of any one of them
24   demonstrating an inflammatory response that the

Page 376

1    talc was causing in the body.  True?
2    MS. O'DELL:
3         Object to the form.
4    A    I'm aware of a number of studies that
5    looked at inflammatory response in model systems
6    and cell lines, and additional studies that
7    looked at inflammation in humans I believe were
8    referenced.
9         Certainly the Penninkilampi manuscripts
10   described inflammatory observations and -- as
11   well as the Buz'Zard and Lau were on human cells.
12   Q    Dr. Levy, is it your testimony that the
13   Penninkilampi meta-analysis of prior
14   case-controlled studies demonstrated a
15   inflammatory response of -- from perineal use of
16   talc that led to ovarian cancer?
17   MS. O'DELL:
18        Object to the form.
19   A    No.  That's not my statement.  It was
20   that those -- those papers reported an
21   inflammatory observation as part of those
22   studies.
23   MS. BROWN:
24   Q    Not in the tissue from talc; right,

Page 377

1    Doctor?
2    MS. O'DELL:
3         Object to the form.
4    A    It would be those studies in the meta
5    review were not examining the tissue content for
6    talc.  So they're unable to make that
7    determination.
8    MS. BROWN:
9    Q    So we must be missing.  I'm -- what I'm
10   asking you is for any study at all in the whole
11   world that shows that talcum powder in somebody's
12   body causing an inflammatory response that led to
13   ovarian cancer.  Can you name one?
14   MS. O'DELL:
15        Object to the form.
16   A    I mean, we've -- we've discussed a
17   number of studies that described the risk and
18   association of talc in ovarian cancer.  But the
19   limitation of the -- of your question or the
20   limitation of the studies relative to your
21   question is those particular studies may not have
22   also assessed the inflammatory response or an
23   inflammatory response, given the nature of the
24   studies.

Shawn Levy, Ph.D.

Page 378

```
 1    MS. BROWN:
 2    Q      Well, we got one.  We got the Heller
 3    study that purported to find talc in ovarian
 4    tissue; right?
 5    MS. O'DELL:
 6          Object to the form.  Different --
 7    MS. BROWN:
 8          Counsel, it's form, please.
 9    MS. O'DELL:
10          Object to the form.
11    A      Yeah.  What was the -- the Heller
12    study, here it is.
13          Yes, I recall our discussion of this
14    paper.
15    MS. BROWN:
16    Q      Right.
17          And this study reported that there was
18    no inflammatory response around the talc that
19    they claimed to have found in the ovarian tissue.
20    True?
21    A      They make those statements in the
22    paper, but the -- the -- I would have some
23    concern with the histological methods, but I
24    would certainly defer to a pathologist in the
```

Page 379

```
 1    sense of being able to determine the both
 2    presence of talc and the inflammatory response in
 3    that.
 4    Q      So you have some critiques of the
 5    Heller study.  Is that fair?
 6    MS. O'DELL:
 7          Object to the form.
 8    A      I would say I would need a -- I would
 9    need a -- a -- I would need a further evaluation
10    of the methodology for detecting both talc as
11    well as inflammation in the same materials using
12    the methods of the Heller paper.
13    MS. BROWN:
14    Q      Are you aware of any other paper that
15    you think is methodologically superior that shows
16    the presence of talc in ovarian tissue exhibiting
17    an inflammatory response?
18    MS. O'DELL:
19          Object to the form.
20    A      Well, we've discussed the rat studies.
21    MS. BROWN:
22    Q      Human tissue.  That's my question.
23    A      Human --
24    Q      Human tissue.
```

Page 380

```
 1    MS. O'DELL:
 2          Actually, that wasn't your question.
 3    But you've clarified it, so --
 4    A      The -- so you're excluding -- are you
 5    excluding cell lines?
 6    MS. BROWN:
 7    Q      Yeah.  Human beings.  Do you know of
 8    any study like Heller in human beings that
 9    purports to find talc in human women ovarian
10    tissue that shows an inflammatory response?
11    MS. O'DELL:
12          Objection to form.
13    A      I'm not aware of a study showing that
14    specifically.
15    MS. BROWN:
16    Q      Counsel asked you some questions about
17    nickel causing inflammation that leads to ovarian
18    cancer.  Do you recall those?
19    MS. O'DELL:
20          Object to the form.
21    A      No.  I was asked if -- if heavy
22    metal -- or components like nickel have been
23    shown to have a potential inflammatory response.
24    MS. BROWN:
```

Page 381

```
 1    Q      Uh-huh.  Because you're not aware of
 2    any published scientific literature that shows
 3    heavy metals cause inflamma-- -- inflammation that
 4    leads to ovarian cancer; right?
 5    A      I wasn't asked to -- to review for
 6    that.  I would state that there's a number of
 7    studies that show the role of metals --
 8    particularly chromium -- and its -- and its
 9    damaging effect on DNA, which I think by -- would
10    certainly have both an inflammatory as well as
11    carcinogenic effect.
12    Q      And we're here on an issue of ovarian
13    cancer.  And, as it relates to ovarian cancer,
14    you're not aware of any scientific support for
15    the proposition that heavy metals can lead to
16    inflammation that causes ovarian cancer.  Fair
17    enough?
18    A      Well, I was -- certainly, I was asked
19    to review the literature to develop a -- and
20    develop conclusions of that literature as it
21    related to a -- a potential or possible
22    biological mechanism.
23          In doing that, in part of that review,
24    we certainly made the observation that talc and
```

96 (Pages 378 to 381)

Shawn Levy, Ph.D.

Page 382

1   its components, as we discussed earlier, may
2   have -- there's the possibility of having
3   additional component effects, such as heavy
4   metals and their effects, asbestiform and their
5   effects and the like; therefore, really
6   considering the complete components of the
7   product overall.
8       Q.     And, as it relates to the testimony you
9   just gave, you're talking about just a
10  theoretical possibility; right?
11  MS. O'DELL:
12          Objection to form.
13      A.     Sure.  And, then, from that review
14  developing a -- a conclusion of a biologically
15  plausible mechanism.
16  MS. BROWN:
17      Q.     Has that conclusion been published in
18  the peer-reviewed literature, Doctor?
19      A.     No, it has not.
20      Q.     And, in fact, as you -- all of the
21  opinions that you gave here today, those opinions
22  have not been published in the peer review
23  literature.  True?
24  MS. O'DELL:

Page 383

1           Object to the form.
2       A.     Not at this time.
3       Q.     Counsel asked you some questions about
4   Dr. Longo.  Do you recall that?
5       A.     Yes.
6       Q.     You've done nothing to validate the
7   findings that Dr. Longo writes about in his
8   reports.  Is that fair?
9       A.     No, I have not done any experiments to
10  validate those findings.
11      Q.     Okay.  Are you aware that some of the
12  samples that Dr. Longo tests and purports to find
13  asbestos were purchased off of eBay?
14  MS. O'DELL:
15          Misstates -- well --
16      A.     My review of the report, I was -- did
17  not include the -- I guess the specific history
18  of each of the samples.
19  MS. BROWN:
20      Q.     Do you understand that asbestos -- that
21  minerals like tremolite or anthophyllite, they
22  exist in both the asbestiform and nonasbestiform
23  way?
24      A.     I would defer to other experts on the

Page 384

1   mineralogy of talc.
2       Q.     And whether what Dr. Longo is finding
3   in the samples that he tested is the asbestiform
4   or nonasbestiform variety of the minerals, you
5   would defer to others?  Is that fair?
6       A.     I'd certainly defer to Dr. Longo.
7       Q.     And have you looked at any other
8   testing of the samples that Dr. Longo has tested?
9   MS. O'DELL:
10          Object to the form.  Vague.
11      A.     Within the literature, there's -- there
12  was a number of tables describing testing,
13  described tests from previous testimony.
14  MS. BROWN:
15      Q.     Have you looked at the testing that
16  public health authorities like the FDA have done
17  on Johnson & Johnson's baby powder?
18      A.     I believe some of that was provided,
19  yes.
20      Q.     Are you relying on any finding of
21  asbestos from Dr. Longo in forming your opinions
22  here today?
23      A.     The --
24  MS. O'DELL:

Page 385

1           Object to the form.
2       A.     The inclusion of the asbestos, again,
3   as -- as -- as we've discussed a few times today,
4   the conclusion I developed from the report were
5   not dependent or independent of any one or
6   another component of -- of the talcum powder.
7           As we discussed a bit ago, the presence
8   of asbestos as a known inflammatory mediator, as
9   well as potential carcinogen, I think just helps
10  lend additional support to the biological
11  plausibility of the mechanism.  But I think that
12  biological mechanism is not dependent on the
13  presence of asbestos.
14  MS. BROWN:
15      Q.     Other than plaintiffs' expert,
16  Dr. Longo, are you relying on anything else to
17  support the potential for asbestos in baby
18  powder?
19  MS. O'DELL:
20          Object to the form.
21      A.     There's -- so I saw reference to
22  asbestos content in some of the other literature
23  that was reviewed during the time, and, so, there
24  were other publications that made mention of the

97 (Pages 382 to 385)

Shawn Levy, Ph.D.

Page 386

1  asbestos content in talc during the overall
2  review.
3  MS. BROWN:
4      Q      Sitting here today, are you aware
5  whether or not that was Johnson & Johnson's
6  cosmetic talc?
7  MS. O'DELL:
8          Object to the form.
9      A      I would have to look closely.  I'm not
10  aware of that specifically.
11  MS. BROWN:
12      Q      Counsel asked you some questions about
13  Dr. Crowley and whether or not you were relying
14  on the opinions he reached.  Do you remember
15  those questions?
16      A      I do.
17      Q      What opinions did Dr. Crowley reach on
18  which you rely?
19      A      Dr. Crowley performed an analysis of
20  the fragrance components and made assessments of
21  the individual chemical components and their
22  relationship to -- or I should say their -- their
23  inclusion on various lists for their -- their
24  chemical properties or safety.  And in most -- in

Page 387

1  the majority of cases, the chemicals were not
2  listed.  In a number of cases, there were large
3  numbers of chemicals listed as either irritants
4  and, therefore, able to cause inflammation, or,
5  in a few cases, as potential carcinogens.
6          And, so, it was that review of that
7  information, similar to our discussions around
8  asbestos, that I included or agreed with his
9  opinions regarding that on the last paragraph or
10  close to the last paragraph of the report that
11  stated I was just in agreement that these -- that
12  those chemicals contribute to the inflammatory
13  properties observed.
14      Q      Do you know in what quantity the
15  chemicals Dr. Crowley identifies are present, if
16  at all, in Johnson & Johnson's products?
17      A      No.  I wasn't asked to provide that
18  review.  I would defer to Dr. Crowley's report
19  regarding any quantitative analysis of those
20  chemicals.
21      Q      And, as it relates to your opinion,
22  Dr. Levy, it makes no difference whether
23  Dr. Crowley's list has ten chemicals in
24  Quantity X or five chemicals in Quantity Y.  Your

Page 388

1  opinion is independent of Dr. Crowley's findings.
2  Is that fair?
3  MS. O'DELL:
4          Objection to form.  Vague.
5      A      Well, my -- my -- my opinion, again,
6  similar to -- as we've been discussing that, it
7  considers the totality of the information
8  available, including Dr. Crowley's report, but
9  does not rely on any one specific report or
10  otherwise.
11          And, so, the -- again, restating
12  similar to the asbestos, the presence of
13  potential irritants as another component in
14  the -- in the product just provides additional
15  support for that inflammatory mechanism playing a
16  significant role.
17  MS. BROWN:
18      Q      If none of the chemicals Dr. Crowley
19  identified were present in baby powder, would you
20  hold the same opinion of biological plausibility?
21      A      I would.
22      Q      If no asbestos was present in baby
23  powder, would you hold the same opinion on
24  biological plausibility?

Page 389

1      A      Yes.
2  MS. BROWN:
3          No further questions.  Thank you.
4  MS. O'DELL:
5          I have just one follow-up.
6          Or do you have anything --
7  MR. FERGUSON:
8          Nothing further.
9  MS. O'DELL:
10          Excuse me.  I'm sorry.
11              EXAMINATION
12  BY MS. O'DELL:
13      Q      Dr. Crowley, are your opinions in this
14  case contained in your report as well as in the
15  testimony that you've given here today?
16      A      You said Dr. Crowley.
17      Q      Oh.  Excuse me.  Sorry.  I had
18  Dr. Crowley on my mind.
19          Dr. Levy --
20          It's getting late in the day.
21          Dr. Levy, are your opinions in this
22  case expressed in your report and your testimony
23  today?
24      A      Yes.

Shawn Levy, Ph.D.

Page 390

```
 1   Q      And do you hold those opinions to a
 2   reasonable degree of scientific certainty?
 3   A      Yes.
 4   MS. O'DELL:
 5          I have nothing further.
 6   MS. BROWN:
 7          Thanks for your time, Doctor.
 8          I think we're off the record.
 9   VIDEOGRAPHER:
10          We're off the record.  The time is
11   6 p.m.
12          (Deposition concluded at 6:00 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 391

```
 1          C E R T I F I C A T E
 2
 3          I do hereby certify that the above and
 4   foregoing transcript of proceedings in the matter
 5   aforementioned was taken down by me in machine
 6   shorthand, and the questions and answers thereto
 7   were reduced to writing under my personal
 8   supervision, and that the foregoing represents a
 9   true and correct transcript of the proceedings
10   given by said witness upon said hearing.
11          I further certify that I am neither of
12   counsel nor of kin to the parties to the action,
13   nor am I in anywise interested in the result of
14   said cause.
15
16
17
18          LOIS ANNE ROBINSON, RPR, RMR
19          REGISTERED DIPLOMATE REPORTER
             CERTIFIED REALTIME REPORTER
20
21
22
23
24
```

Page 392

```
 1          E R R A T A  P A G E
 2
 3          I, SHAWN LEVY, Ph.D., the witness herein,
     have read the transcript of my testimony, and the
 4   same is true and correct, to the best of my
     knowledge, with the exceptions of the following
 5   changes noted below, if any:
 6   Page/Line  Word(s) to be changed/reason Correct Word
 7   _____  _____  _____
 8   _____  _____  _____
 9   _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21
           _____
22         SHAWN LEVY, Ph.D.
23
24
```

Page 393

```
 1      DECLARATION OF WITNESS
 2
 3          I, the undersigned, declare under penalty
 4   of perjury that I have read the foregoing
 5   transcript, and I have made any corrections,
 6   additions, or deletions that I was desirous of
 7   making; that the foregoing is a true and correct
 8   transcript of my testimony contained herein.
 9          EXECUTED this _____ day of _____,
10   2019, at _____, _____.
            (City)          (State)
11
12
13
14
15
                  _____
16                SHAWN LEVY, Ph.D.
17
18
19
20
21
22
23
24
```

**A**

**a.m** 1:18 7:6
  82:12,16
  166:18
**abilities** 98:24
**ability** 94:2
  128:11 138:22
  217:24 245:9
  246:2 323:21
  347:10 348:10
  353:19
**able** 21:12 38:15
  85:11 110:18
  121:22 131:3
  131:23 133:4
  133:10 144:16
  145:3 150:7
  154:4,7 161:21
  162:10 184:13
  184:22 198:20
  222:11,14
  253:22 293:21
  301:7 312:5
  348:14 379:1
  387:4
**above-referen...**
  132:1
**absence** 198:16
  217:23
**absent** 217:4
**absolutely** 28:9
  30:8 125:22
  264:19 265:5
  317:6
**abstract** 86:10
  86:15 87:9,10
  87:14 88:4
  180:8 275:24
  280:4,23 303:7
  303:8
**abstracts** 85:20
  87:18 88:9
  123:1 181:3
**academic** 98:11
  310:23
**accept** 83:21

**accepted** 175:13
  263:12,18
  286:24 287:19
  304:11
**access** 46:9
  86:16 88:3
  121:22,23
**accommodate**
  10:24
**account** 374:10
**accumulate**
  335:1
**accumulation**
  192:5 253:24
  254:3 335:12
**Accumulations**
  191:23
**accuracy** 323:23
  341:18
**accurate** 20:23
  47:22 74:10
  90:19 98:8
**accurately**
  21:13 22:6
  30:7 39:20
  46:13,22 47:5
  86:18 110:19
  132:16 145:3
  149:12 154:5
  173:23 279:6
**achieve** 311:10
**acquired** 51:13
  51:13,19 53:9
  313:8
**act** 77:24 78:11
**action** 5:24
  142:7 232:14
  268:5 391:12
**active** 106:19
  172:3 235:11
**activities** 98:23
  101:10,11,14
  109:20 121:6
  258:13 294:11
  308:14 366:20
**activity** 31:12
  101:6 188:10

  197:10 315:16
  319:14
**acts** 349:16
**actual** 162:22
  212:20
**acute** 92:4
  106:13 115:2
  115:14 118:10
  171:12,18
  172:11 239:20
  240:15 241:2
  241:17 242:1,7
  242:20 243:12
  244:3,19 245:9
  245:19 246:6
  246:15,21
  247:4,17,22
  248:6,15
**ad** 101:19
**add** 126:8 243:8
**addition** 33:20
  101:7 182:23
  202:13 203:3,5
  358:19 365:10
  371:20
**additional** 18:17
  18:22 33:14
  34:2 35:20
  39:15 43:14
  47:23 55:7,14
  55:20 82:20
  182:21 203:8
  204:3 207:24
  269:18 335:1
  335:12 376:6
  382:3 385:10
  388:14
**additions** 393:6
**additive** 369:6
**addressed**
  220:10
**adenoma** 192:8
  192:8
**adjunct** 103:11
  310:21 311:19
  312:14
**administration**

  109:14
**adult** 99:2,4
**adults** 323:12
**aerobic** 318:9
**aerosol** 200:11
**aerosol-based**
  191:9
**affect** 165:9
  216:22 343:19
**affirmatively**
  10:15 11:17
  156:23 302:19
**afield** 318:24
  324:16
**Afindeis@nap...**
  2:12
**aforementioned**
  391:5
**afternoon** 307:4
**age** 319:2,2,7,7
  319:12,21
  322:3
**age-related**
  319:23
**agent** 315:1
  322:16
**agents** 320:10
**aging** 318:9,13
**ago** 9:3 14:19,19
  97:14 113:4
  129:15 148:23
  208:12 367:16
  385:7
**agree** 25:18
  32:20 52:7
  65:21 66:7,12
  66:17,18,21
  67:7,17 85:18
  105:10,15,15
  115:20,23
  168:24 169:12
  185:16,24
  205:2 215:1
  221:22 223:15
  287:1 305:24
  313:20 317:4
  318:7 321:5

  329:8 349:8,14
  355:8
**agreed** 387:8
**agreement**
  206:11 310:3
  371:22 387:11
**ahead** 53:20
  301:15
**al** 25:3 365:6
**al-** 206:22
**Alabama** 1:17
  1:21 2:4 7:8
  91:6 102:21
  103:8,10,13
  104:19 108:6
**Alabama's**
  103:16 104:5
  104:11
**ALASTAIR**
  2:11
**alerting** 44:7
**ALEXIS** 2:18
**Alexis.kellert...**
  2:19
**algorithm**
  284:17
**alike** 58:13
**alleged** 375:19
**alleles** 345:23
**ALLEN** 2:3
**allergies** 307:10
**Alli** 8:2 76:19
**ALLISON** 2:15
**Allison.brown...**
  2:16
**allow** 62:21 63:4
  115:9 122:2
  136:18 240:5
  256:4 291:22
  334:24
**allowed** 101:13
  292:6
**allows** 363:11
**alterations**
  330:8
**altered** 213:23
  214:5 216:20

Shawn Levy, Ph.D.

alveolar 192:7
AMERICA 3:2
amount 79:5
    96:19 100:23
    133:2,17 134:4
    146:4 147:12
    151:15 153:5
    162:21 163:3
    163:24 166:8
    248:3,23
    299:18 354:3
    354:12
ample 113:23
    129:21 175:9
ampli- 243:8
amplification
    234:23 235:14
    235:19 243:5
amplified 323:2
amplifying
    234:20
analogous 98:5
    98:14
analogy 320:18
analysis 105:6
    128:17 151:4
    216:22 231:23
    256:9 286:16
    323:18 348:11
    348:13 371:13
    386:19 387:19
analyzed 23:22
and/or 46:6
    77:16 78:6
    94:4 160:20
    178:13,19
    260:18 338:21
animal 24:18
    36:11,19 37:2
    37:7 120:1
    128:9 183:19
    184:5,21 185:2
    186:9,10
    207:13,20,24
    210:1 303:13
    304:5 350:4,10
    350:13,16,20

362:3
animals 25:20
    27:9 36:2,12
    37:9,10 184:14
    185:19 186:4
    186:16,20
    188:2 207:6
    210:3
Anne 1:19 3:21
    391:18
annual 319:1,7
    319:23
answer 9:13
    20:22,23 21:13
    22:5 25:24
    28:2 29:5,9
    30:4,7 38:15
    39:19 41:18
    42:2 46:22
    47:5,22 50:7
    50:15 55:3
    67:15 69:10
    86:18 100:4,5
    104:17 105:8
    110:18 128:18
    130:16 132:15
    139:9 144:16
    145:3 149:11
    149:12,23
    154:4,4,8
    155:7,13,23
    159:23 163:6
    165:24 170:2,9
    170:22 184:19
    197:16 217:22
    228:2 231:18
    251:11 291:15
    291:24 293:7,8
    293:15 294:21
    319:22 325:1
    339:17 341:20
    347:5 353:1
answered 54:23
    67:4,11,12
    68:16 69:7,8
    79:1 80:14
    81:2,22,24

103:20 104:14
    128:24 136:13
    137:5 140:10
    146:18 153:10
    155:21 157:6
    157:12 178:8
    185:23 189:2
    206:21 214:22
    231:16 235:21
    242:17 243:23
    256:4 262:6
    294:6
answering 70:7
    71:16 81:15
    147:11 201:20
    314:13
answers 10:13
    10:19 11:12
    115:16 391:6
anthophyllite
    383:21
anti-inflamma...
    268:21 269:16
antioxidants
    258:13
antitumor
    349:17
antitumorigenic
    349:10
anybody 74:23
    356:14
anywise 391:13
apologies 41:10
apologize 307:9
    307:11 328:6
    334:17
apparent 269:6
    269:6
Apparently
    56:13
appear 31:1
    64:18 66:23
    172:6 254:16
    319:17 362:24
appeared 85:7
    120:11
appears 18:23

60:22 62:1
    73:19 83:17
    84:11 122:19
    134:23 154:14
    160:4 161:22
    169:7,10 172:9
    197:8 224:10
    305:7 327:11
    329:2 357:20
APPEL 3:14
applicable 190:5
application
    229:5
applications
    227:12 234:5
applied 180:14
    198:22 222:16
    234:4 360:19
apply 88:24
    106:18 139:4
    214:7 226:2
appointed 311:3
appointment
    311:6
appointments
    103:11,12
appreciate 79:2
    324:13
appreciated
    105:24
appreciates
    348:7
approached
    16:20,23
approaching
    26:19
appropriate
    34:23 35:1
    283:9 285:23
    330:1 331:9
    341:6
appropriately
    299:22 334:8
appropriateness
    297:23
approximately
    1:18 43:19

98:19 323:11
    324:6,6 337:3
    337:20
April 359:7
area 97:22
    101:15 106:19
    198:18 199:13
    318:19 371:23
areas 31:12
    107:23 172:3
    283:6
argued 238:19
    238:21
argument
    235:19
ARPS 2:20
arrive 117:19,22
    118:17 150:14
arrived 296:16
art 8:22 9:21
    32:10 107:7
    329:22 334:3
article 5:7,11,15
    6:11,17,19
    30:18 31:19,23
    32:1,6,18 34:6
    37:24 75:6,13
    75:17,22 76:5
    76:15 80:23
    90:14 123:16
    124:1,4,6,10
    124:11 125:2,5
    125:24 141:18
    143:23 185:7
    186:23 187:4,9
    187:11,16
    188:1,16,18
    207:4 218:14
    218:18,21,24
    219:6,9,11
    235:17 237:18
    250:1,13
    252:23 253:1
    267:14 271:9
    326:21 327:7
    327:11 333:4
    339:3,9 374:13

Shawn Levy, Ph.D.

**articles** 35:8
48:8 75:6 81:7
87:4 144:9
187:8 203:6
263:15 305:13
372:15
**asbestiform**
198:17 356:1
383:22 384:3
**asbestiforms**
382:4
**asbestos** 126:7
126:13 127:23
128:21 129:8
129:20 130:2,8
130:19 131:2,5
131:9,24 133:2
136:1 146:11
151:6 154:2,14
198:2 234:12
234:17 235:6,6
235:12 352:20
356:8 371:2
383:13,20
384:21 385:2,8
385:13,17,22
386:1 387:8
388:12,22
**asbestos-like**
129:9,20
173:24 176:5
**ascending**
266:13 267:20
**aside** 232:17
334:18 359:11
361:19 375:2
**asked** 29:1 31:2
41:23 54:23
55:1 69:7
78:24 80:13,14
81:1,21 90:9
93:17,24 94:9
94:17,23 95:5
96:3 102:3
103:19 104:14
111:16,18,21
117:23 119:3

128:23 130:17
132:11,20
133:15 134:9
136:12 137:5
137:17 140:10
143:9,10
145:21 146:9
146:18 148:13
150:23 151:20
152:6 153:10
153:11 155:21
155:23 157:18
159:2,6 161:13
161:20 165:6
167:1 178:8
185:22 187:6
189:2 198:4,8
206:21 214:21
228:17 231:16
231:19 234:4
242:16 243:22
254:7 261:8
262:5,7 266:7
285:18 290:6,8
292:10 294:5
297:20 342:6
352:15 354:3
354:16 357:11
364:20 365:18
367:14 372:12
372:13,14
380:16,21
381:5,18 383:3
386:12 387:17
**asking** 28:21
34:21,22,24
44:12 61:5
111:22,22
170:20 234:1
298:16 307:18
342:13 377:10
**aspect** 53:7
189:18 246:16
246:17 263:12
**aspects** 62:16
79:11 125:10
226:1 246:18

262:20,21,22
263:5 295:4
**assault** 77:16
**assay** 212:13
259:3 309:24
**assays** 319:3
**assess** 131:19
167:1 213:10
**assessed** 285:6
377:22
**assessing** 119:7
**assessment** 4:21
19:14 179:15
180:13 256:10
285:8
**assessments**
224:19 285:10
386:20
**assist** 11:12,18
13:19
**assistant** 310:16
310:19,19
311:2,6
**assists** 30:17
**asso-** 233:13
**associate** 310:20
311:16
**associated** 27:10
183:16 205:5
264:20 265:17
266:15 267:16
268:22 273:3,4
274:24 276:8
278:6 290:5
346:17 347:19
**association** 5:4
5:18 23:11
30:20 83:10
84:13 219:12
220:23 221:2
223:16 224:20
224:23 226:12
227:7,8 228:8
233:19 273:6
276:19 279:24
282:20 313:21
313:22 319:12

347:24 368:14
375:15 377:18
**associations**
96:15 233:14
330:23 368:20
**assume** 216:19
342:6
**assumed** 199:16
**assuming**
276:17 321:24
368:6,7
**assumption**
126:12,19
127:13
**assumptions**
292:9
**attempt** 133:17
147:1 160:20
231:20 293:3
**attempted** 105:1
130:6 146:15
156:5 159:22
161:16 177:11
**attempting**
131:12
**attention** 33:12
72:12,19 78:3
144:9 198:21
237:24 353:19
372:21 374:1
**attorney** 96:18
**attorney-client**
291:4
**attorneys** 11:24
14:2 93:10
95:5 111:22
123:8,15
**attributed**
262:20 263:4
**atypia** 31:11
187:19 188:10
**August** 41:7
42:23
**Austin** 3:4
**author** 37:15,20
84:15,17 184:4
209:22 252:20

303:24
**authored** 142:23
302:24
**authoritative**
58:24,24
109:24
**authorities**
107:12 111:7
384:16
**authority**
109:11,13
110:1
**authors** 30:20
32:11,22 33:1
34:13 35:14
38:17 48:13
213:15 219:13
237:21 238:2
265:13 266:17
267:9 269:24
277:3 278:13
280:22 363:13
363:14
**autonomy**
290:13
**available** 22:5
26:24 40:1
44:4 46:7
48:18 86:6,10
86:13,14 95:6
119:9,15,21
120:10,14
121:14 131:19
133:22 136:16
139:2 145:10
148:3 149:7
199:4 204:12
220:1,5 223:10
223:22 224:16
225:8 228:6
229:17 245:24
256:13 268:1
289:22 293:18
310:1 362:3
366:1 388:8
**Avenue** 2:17 3:4
**averaging**

Shawn Levy, Ph.D.

234:10
aware 9:6 21:4
37:7,13 49:10
96:13 101:23
102:6 103:15
103:21 107:1
108:5 128:13
136:19 162:17
165:14 181:11
183:19 184:1
207:5,24 208:3
213:7 222:10
222:13,18,23
234:3 251:8
288:14 292:6
292:21 296:15
297:10 304:14
304:19 314:5
318:6 353:15
354:24 355:4
375:2,12,16,23
376:4 379:14
380:13 381:1
381:14 383:11
386:4,10

_____

**B**
**B** 3:14 122:9
212:8 340:9
**baby** 126:12,19
126:24 127:13
128:3,20 130:9
130:20 134:5
134:18 135:1,8
137:3 161:8
178:2 384:17
385:17 388:19
388:22
**BAC-** 73:5
**back** 16:14
19:24 38:3
53:19 55:11
56:23 62:19
63:1 67:24
82:15 83:20
92:1 98:7
106:3 132:4

166:21,24
169:18 174:3
197:13 200:7
237:13,16
242:4 243:4
270:5 302:7,10
313:13 319:20
328:23 330:14
356:23
**background**
320:23 366:18
**balance** 275:15
276:1
**ballpark** 18:21
**bar** 223:24
224:13
**barely** 281:6,11
**bark** 213:11,18
**BARRIE** 2:8
**BASC** 73:5,14
**base** 110:9
**based** 26:18
53:8 101:17
119:7 121:5
126:12,18
127:12 128:6
130:6 135:20
136:14 138:19
140:13,16
148:2 151:24
154:20 162:10
164:20 165:3,4
178:23 191:9
199:4 202:8
203:12 204:2
221:4 226:9
229:16 235:4
245:6 254:17
255:12,12
256:17 259:3
267:24 285:10
291:11 294:12
294:23 312:2
319:3,7,13,13
328:16 333:5
334:3 337:6,6
352:5 364:24

367:7
**baseline** 214:18
**basic** 52:17 56:8
65:6 68:16
108:20 109:1,1
178:24 284:13
329:19 334:8
**basics** 62:17
65:8
**basing** 199:2
**basis** 5:17 27:5
59:4 83:9
84:13 86:1
139:20 140:5
169:20 179:9
216:11 287:4
343:14 366:6
**BEASLEY** 2:3
**becoming**
363:17 364:5
**began** 293:17
352:18
**beginning** 9:14
24:13 33:16
105:24 122:18
191:22 205:1
238:18 266:12
362:23 368:19
369:2
**begins** 31:5
33:14,20 51:3
51:8 53:22
72:14,20 76:10
77:4,10 112:11
187:17 196:5
203:3 238:1
265:4 269:15
272:20 278:14
280:14 281:4
305:22,22
372:22
**behavior** 199:3
199:3
**beings** 380:7,8
**believe** 17:13
20:13 24:4
39:3 44:20

46:5 57:9
58:22 71:13
85:3 86:11
101:3 110:6
114:7 116:17
117:24 120:5
123:1,4 128:3
147:12 158:3
161:24 167:22
178:4,9 194:9
199:15 201:14
211:19,20
220:18,24
230:1 249:8
253:2 328:9
336:20 376:7
384:18
**believed** 305:21
**Belot** 182:22
**benign** 249:17
340:3 369:9
**Benjamin** 2:21
**Benjamin.hal...**
2:22
**best** 22:15 237:3
268:11 293:15
309:1 312:12
392:4
**better** 12:8
319:16
**beyond** 109:1
235:2 239:24
**bigger** 154:19
**binder** 13:23
14:4
**bio-** 168:22
**Biochemistry**
25:10 88:17
**bioflavonoids**
213:17
**biolo** 218:22
**biologic** 95:1
**biological** 5:23
37:3 52:17,20
91:24 93:11,19
94:1,18,21,24
95:9 96:3,8,21

111:18 115:7
117:7 121:3
127:24 130:24
140:14 142:6
143:18 156:9
165:5 167:12
168:1 176:16
177:13 201:9
201:17 202:1
203:14 204:18
205:19 206:18
225:11 230:3
232:21 233:2
234:8 235:16
247:23 248:14
261:16 270:11
278:1 285:11
288:15,23
290:7 313:14
318:14 319:2
373:19 374:3,7
375:10 381:22
385:10,12
388:20,24
**biologically**
95:11,11
101:16 112:8
113:3 114:3
126:3 129:17
135:17 136:3,7
137:9 140:20
143:11 145:22
146:2 150:20
155:24 157:10
163:2 164:17
167:3,8,11,23
168:4,22
184:10 188:13
205:12 219:2
220:3,20 222:4
225:5,6 226:15
227:14,18
228:11,21
229:17 230:13
231:24 235:11
257:15 260:20
267:3 268:1

Shawn Levy, Ph.D.

275:8 282:11
288:1 289:23
290:4,8,14,18
292:3 293:3
294:1,13,16
295:8 296:16
325:23 366:6
382:14
**biology** 62:17
65:14 79:11
81:6 169:6,21
175:13 189:20
215:3 217:6
263:13 323:5
348:7
**bioRxiv** 121:11
**Birmingham**
91:6 103:10,13
**bit** 168:12
186:14 238:14
307:23 310:12
316:2 319:21
322:21 327:24
336:16 346:9
368:13 385:7
**blacked** 18:2
**Blount** 123:17
124:6,10
**board** 299:14
**bodies** 248:14
266:14 356:1
**body** 169:13
170:14 173:3
210:8 231:1
239:10 249:9
250:16,19,24
251:15 253:5
254:3,23 255:7
257:2,19,24
258:15 267:20
270:17 320:20
353:24 356:8
362:8,14,16
375:21 376:1
377:12
**book** 86:24
**bookends**

233:20
**bottom** 195:5
196:3 201:8
219:19 327:12
331:24 332:8
343:6
**BRCA** 338:9
339:20 344:8
**BRCA1** 72:14
72:20,24 73:9
321:2,12,13,17
334:21 335:11
335:16,24
336:7,8,13
337:3,13
338:21 339:7,8
339:18 340:9
340:19 341:21
342:17 345:7
346:4,13
**BRCA1-assoc...**
73:3,12
**BRCA2** 334:21
335:11,17,24
336:7,8,13
337:4,14
338:21 339:8
340:9,19
342:17 346:4
**break** 10:23
37:24 50:16
79:18,24 82:9
88:2 158:6,12
158:14,21
166:14 236:16
237:1,1,6,17
292:24 301:14
301:16 356:16
**Breakthrough**
89:4,14
**breast** 89:4,9,14
89:18 90:23
91:9 321:3
336:10 346:6
**bridged** 92:6
**bring** 14:23
220:3

**British** 25:4
**broad** 98:10,23
120:3 210:7
**Broadhollow**
2:10
**broken** 79:14
**bronchial** 192:8
**brought** 14:20
15:7,13 39:17
**Brown** 2:15 4:4
4:7 7:23 8:2
12:10 13:8
14:13 15:9,22
16:6 18:11
19:9 20:18
21:1,16 22:7
23:5 26:2
27:15,23 28:4
28:8,14,18,22
29:8,14,21
30:15 31:24
32:16 33:9
34:19 36:9,18
37:6,19 40:21
41:16 42:1,7
42:11,18 44:1
44:16,21 46:14
46:23 48:12,23
49:19,24 52:23
53:11 54:18
57:21 58:15
59:9 61:6,14
62:18 63:11,19
65:18 66:1,11
66:20 67:6,14
68:2,20 69:3,9
70:15 71:10
72:5,17 74:19
75:20 76:21
77:3,7,13
78:20 79:22
80:9,17 81:8
82:8,17 83:1
87:24 88:10
89:21 90:12
91:19 92:8
93:2,15 94:5

94:15 95:13
97:17 100:6
104:2,9,24
105:17 108:4
110:21 113:14
114:6 116:16
117:17 118:6
119:5 120:13
126:17 127:11
128:2 129:11
130:18 131:10
131:21 132:6
133:16 134:2
134:13 135:2
136:5,23
137:20 139:11
141:1,9 142:4
143:20 144:4
145:4 146:3,12
147:3,18
148:10,24
149:13 150:9
151:13,22
152:13,22
153:13 154:23
155:8,16 156:4
156:19 157:5
158:2,8,18,23
159:14 160:8
160:18 161:15
163:19 164:7
164:22 166:23
169:22 170:11
171:11 173:9
174:16 175:3
176:11 178:3
178:14 179:8
181:7 182:15
184:7 185:15
186:1 188:11
189:6 190:6,18
191:5,12,24
192:16 193:2
194:6,21 195:2
196:2 198:3
199:14 200:22
201:12 202:10

202:22 203:19
206:16 207:3
207:15 208:9
208:19,23
209:12,19
210:22 213:4
213:19 214:23
215:14,24
216:8 217:8,16
218:4,11
220:17 221:8
221:17,21
222:17 223:4
225:9 226:3
227:16 228:9
229:1,10,21
230:21 231:9
231:22 232:5
232:15 236:14
236:22 237:15
238:20 239:13
240:14,23
241:9,23
244:17 245:16
247:5,15 249:7
249:23 250:7
250:11 251:2
251:12,18
252:10 254:1
254:19 255:5
255:16,22
257:14 258:1
258:17 259:15
261:9,20
262:12 263:1
264:8 265:12
266:6 267:6
268:8 270:24
271:18 272:16
275:22 276:24
279:17 280:11
280:18 281:1
281:17 282:14
284:19 286:2
286:22 287:8
288:12 289:7
289:14 290:2

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 332 of 1022 PageID: 61455
Shawn Levy, Ph.D.

Page 399

290:23 291:7
291:19 292:14
292:22 293:24
294:15 295:14
295:22 296:8
296:14 297:9
298:5,18
299:24 302:9
302:22 303:10
304:1,21
305:10 306:11
306:20 307:16
350:12 356:13
357:23 358:9
359:4,24 361:6
363:2 364:16
365:15 367:1
368:3 369:18
370:9,20 371:7
372:7 373:16
373:24 374:11
375:18 376:23
377:8 378:1,7
378:15 379:13
379:21 380:6
380:15,24
382:16 383:19
384:14 385:14
386:3,11
388:17 389:2
390:6
**Brown's** 313:4
**bucket** 106:22
**bullet** 63:21
**bunch** 277:1
**burden** 323:6
369:9
**BURNS** 2:7
**bursal** 363:7
**bush** 154:16
**business** 17:12
**Buz'Zard** 6:7
181:20 182:11
182:16 208:11
208:14 209:1
209:14 210:24
211:1,10,13,17

214:9 216:9,20
216:22 217:18
236:5 241:10
241:11,14,19
359:14 376:11

---

**C**

**C** 2:1 3:1 391:1
391:1
**CA** 179:20
183:13
**calculate** 131:12
133:10
**calculated** 134:4
**calculations**
134:10,12
**calendar** 101:5
**call** 17:11 217:3
217:19 329:18
**called** 307:24
**Canada** 4:20,23
19:13 21:21
**cancer** 4:24 5:5
5:11,19 6:9,15
20:12 21:7,22
23:12 25:8
26:5,8,15,17
32:12,20 35:12
36:2,12,22
51:14,20 52:17
52:21 53:10,15
53:16 54:3,4
55:8,15,21
56:9,18 57:2
57:13 59:13
60:11,15,22
61:13 62:17
65:8,13 74:13
79:11 81:6
83:11 84:15
89:4,10,14,18
89:24 90:4,8
90:14,18,21,23
91:3,5,7,8,9,13
92:2,4,6,7,11
92:15,21,23
93:6,14,20

94:4,11,19,21
95:2,7,12,23
96:6,10,16
99:4,5,6,7,20
100:2,2 101:17
102:8,22 103:8
103:14,17
104:5,11,12,20
104:21 105:2,6
105:11,18,22
106:1,17,18,20
106:22,23,23
107:8,13,17,22
107:23,24
108:6,7,10,12
108:17,18,21
108:24 109:2,7
110:5,10,14,24
111:9,15,17
112:2,9,22
113:6,13,17,22
114:9,17 115:5
115:19,19,22
116:8,18,21,21
116:24 117:2,5
117:10,16,18
117:21 118:2
118:12,13,14
118:14,17
119:19 120:7
120:24 121:5
128:5 135:20
136:8 156:2
159:2,18
161:10 162:21
164:9 165:23
166:3 167:4,24
168:4 169:1,3
169:5,6,9,15
169:21 170:15
170:22 171:1,8
171:8,10,12,14
172:1,6,16
173:5,13 174:6
174:10,18,22
175:1,6,10,13
175:16 176:19

178:6,12,19
179:2,11,19
181:18 182:12
182:20 183:10
184:12,16,23
186:12 187:1
188:3,14,24
189:5,9,20
190:3 191:15
193:10 201:11
201:19 202:3
203:16 204:15
204:19 206:19
207:2,7,14,19
208:16 209:3
211:12 213:6
217:7,7,11
218:15 219:3,8
219:13 220:21
220:23 221:11
221:24 222:20
223:11,17
224:3,21,24
226:19 227:9
227:15 228:8
228:12 229:7
230:24 233:9
233:22 237:23
238:4,10 239:5
239:16 240:5
242:11,14
243:16,17,19
245:15 246:8
246:17,18
252:2 253:8
254:4 255:15
255:21 256:1
256:17 257:18
259:18 260:6
260:10,12,21
260:24 261:5
261:17,23
262:1,3,14,20
262:23 263:4,5
263:11,13,19
264:5,6,19,22
265:3,18

266:15 267:17
268:23 269:8
269:10,17,20
270:10 271:5
271:13,22,23
273:1,4,7,12
273:16,18
274:5 275:1,13
275:16 276:3
276:10,20,23
277:6,19 278:6
278:12,17
279:8,16,24
282:1,17,22
283:1 284:4,13
285:3,13 289:6
289:24 290:5
293:19,19
305:21,23
310:10 313:21
314:3,7,14,20
320:5,7,17,22
321:3,8,15,24
322:7,15,17,20
322:24 323:4,8
323:11,13,13
323:15,23
324:3,4,12,15
324:16,21
325:6 326:3,13
327:1,13 328:2
328:14 329:1,7
330:1 331:6
333:5 334:7
335:7 336:2,10
336:11,14,20
336:23 337:2
337:11,11,20
338:1,10,12,22
339:23 340:2,7
340:15 341:7
341:17 342:2
344:24 345:7
346:5,7,18
347:2,11,20,24
348:12,13
349:23 350:6

Shawn Levy, Ph.D.

350:18 360:16
363:19,23
364:4,7 366:2
366:11,13,14
368:20 369:10
369:10 373:20
374:8,10,19,24
375:5,16
376:16 377:13
377:18 380:18
381:4,13,13,16
**cancer-causing**
56:19 57:3
313:17 314:11
320:10 322:8
**cancerous** 37:10
62:22 63:4
64:10,23 115:9
335:3
**cancers** 105:21
118:18 205:8
206:9 217:15
259:22
**canner** 321:18
**CAP-accredited**
309:10
**capsule** 362:20
**carcinogen**
338:13,23
340:7,15 344:2
344:6,6,15,19
345:1,13,17
385:9
**carcinogenesis**
239:1 351:2
353:21
**carcinogenic**
197:10 381:11
**carcinogenicity**
352:10
**carcinogens**
344:4,14 387:5
**carcinoma**
192:8 331:12
331:22
**carcinomas**
328:20

**care** 3:11 108:19
109:1 210:6,23
**career** 90:15
**careful** 210:11
210:16
**carefully** 351:20
**carrier** 342:17
**carriers** 337:3,4
338:10
**carry** 321:23
**carrying** 362:12
**case** 1:7 8:12,14
8:20 9:1,5,10
13:16 16:21
18:15 19:23
20:1 24:22
33:5 38:6
39:23 44:24
45:5 47:15
57:13 86:8
90:10 96:4
100:15 101:24
102:2 110:3
111:5,24
120:20 121:17
123:9,10 124:2
124:4 125:3
126:1,11,18
127:12 128:8
129:13 130:21
134:14 135:6
137:1 141:15
157:6,12,24
159:3,16 161:7
164:8 167:1,21
172:5 173:3
176:6,7,13
177:24 182:11
183:14 188:12
191:14 192:18
193:8 195:9
196:20 197:19
198:9 199:5,17
200:15 210:4
219:1 220:1
224:16 227:11
246:14,14

252:24 270:13
275:7,18 288:4
288:6 302:24
305:12 352:5
365:21 366:24
370:8,13
371:18 374:14
375:3,13
389:14,22
**case-control**
120:2 224:16
228:6
**case-controlled**
375:14 376:14
**case-specific**
257:5
**cases** 1:8 66:6
121:24 169:8
179:15 181:24
190:4 299:12
330:7 338:4
374:10 387:1,2
387:5
**caught** 353:18
**causal** 118:24
119:4 205:16
205:16 221:11
221:23 222:6
223:16 314:6
336:5
**causality** 205:10
**causation** 221:1
221:4 222:15
223:3 224:13
261:8 262:9,11
264:7
**causative**
260:14,23
265:10
**cause** 21:7 26:15
51:14,20 53:10
55:8,14,20
62:20 63:3
91:13 94:3,10
94:21 95:2,12
96:4,5 102:8
105:7,10

106:15 107:5
107:22 112:5
112:24 113:1,6
113:12,22
115:3,18,21
117:5,21 118:1
128:4 129:20
136:8 137:23
140:19 146:5
146:14 147:21
148:9 151:12
151:16,24
153:7,16,18
154:21 155:1
155:10,19
156:18 157:7
157:14 159:1,2
159:17,18
161:9,10 165:8
165:13 169:9
171:1,12 172:1
180:1 184:12
186:12 189:24
208:16 219:3,4
219:7,8 220:21
226:18 228:12
229:7 230:23
230:23 231:24
232:8,20
239:15 241:2
242:22 244:4,5
245:9,19 246:7
246:11,13,21
248:3,6 250:24
252:4 253:16
254:3 255:8
259:10 260:16
260:20,24
261:3,22 262:3
262:14 264:2
264:22 271:23
283:17,23
315:11,12
320:22 327:2
336:14 354:21
363:19 366:10
366:11,12

381:3 387:4
391:14
**cause-and-eff...**
112:16 313:23
**caused** 36:21
60:16,22
107:13 118:18
140:8 168:16
173:13 178:4
182:18 183:8
183:20 260:10
262:23 263:19
278:9 335:7
364:21
**causes** 32:20
36:12,21 60:4
60:15 92:11
102:7 105:2,18
105:20 106:16
110:4 111:15
111:17 112:2
112:21 113:17
114:9 115:4
120:24 145:16
147:13 149:2
149:16 150:15
162:20 165:20
168:9 169:1
174:12 175:7
176:17 177:14
179:1,10
182:20 184:11
184:15,16
186:12,24
188:14 189:9,9
207:18,18
209:2 211:11
211:12,14
222:20 227:3
235:3 241:17
245:22 252:1
255:13 261:5
314:11 336:1
355:9 358:21
365:2 367:8
381:16
**causing** 37:8

92:14 94:19
96:9 167:24
168:3 171:10
171:21 172:11
173:13 183:21
209:8 233:9
242:8 315:1
365:12 375:4
376:1 377:12
380:17
**cautious** 172:17
264:2
**cavity** 205:5
363:12
**cell** 61:17,19
62:5,21,22
63:3,4 106:1
182:9 210:2,4
210:12 212:7
212:12,15,16
215:11 217:3,4
217:6 218:1,5
218:6 241:18
250:17 270:10
316:11 317:5,8
317:11,17,18
323:7 328:19
360:13,16,21
360:23 361:1
376:6 380:5
**cell's** 64:8,20
316:7
**cells** 60:17,24
64:10,22 76:16
77:15,17,19
78:5,7,9
171:24 182:12
182:14 209:13
209:21,23
212:22 213:22
216:21 217:17
269:10 270:5
270:13 286:1
316:6 335:1,2
335:12 360:11
360:14 361:4
365:9 376:11

**cellular** 25:9
31:7,11 106:8
106:9,10
113:24 114:1
115:1 164:19
169:4 171:20
171:21,22
172:12 177:24
180:15 187:19
188:10 189:20
229:18 238:21
239:21 242:22
242:23 243:8
244:4,5 246:13
246:16 248:17
315:1,1,4,11
315:15,20
316:3,4,14
318:5 344:12
344:16 348:4
360:22 361:14
362:14
**center** 91:5,7
102:22 103:8
103:14,17
104:5,11,20
108:6,7,9,10
108:12,14,17
108:24 109:7
109:14 310:14
**Central** 85:6
**certain** 14:23
15:5 43:24
53:16 54:4
56:19 57:2
109:6 146:4
213:10 221:10
320:6 322:2,8
**certainly** 27:16
38:20 43:16
47:12 50:18
54:16 57:8
75:2 79:2,8
89:10 91:7
92:2,5 96:14
97:23,24 103:9
103:22 105:4

106:24 109:5
110:7 111:10
114:18 115:3
116:2,15
118:13 122:23
123:5,15 124:8
129:19 133:21
135:22 137:18
145:9 157:22
164:14 165:10
167:16 176:22
180:12,21
184:18 189:18
191:9 198:20
199:11,24
200:18 209:10
209:17 211:7,8
215:6,12 221:2
223:12 225:24
226:11 228:3
229:23 242:18
247:19 248:21
259:20 260:6
266:9 283:6
284:23 285:21
299:13 304:7
305:24 312:17
326:4 337:18
355:2 363:21
366:17,20
367:4 376:9
378:24 381:10
381:18,24
384:6
**certainty** 390:2
**Certified** 1:20
391:19
**certify** 391:3,11
**cetera** 10:1
98:10 130:15
226:7 230:19
234:18 258:13
**challenge** 224:6
**challenges** 256:7
**Chan** 328:15
**change** 33:2
35:15 37:5,17

57:22 106:8
111:20 114:1
312:15 315:15
315:16 318:18
321:18 341:18
**changed/reason**
392:6
**changes** 25:20
26:11 27:10
30:1,21,23,24
32:3,24 34:14
36:12 37:10
60:16,23 94:21
95:1 114:5
115:5,9 183:21
185:19 186:4
188:3 190:9,24
229:19 314:18
314:19 363:14
392:5
**changing** 217:6
**channel** 363:10
**chapter** 86:24
**characteristic**
346:24
**characteristics**
209:24
**characterizati...**
367:11
**characterize**
103:7 104:23
312:17
**CHAREST** 2:7
**check** 39:9
301:11
**chemical** 147:22
148:8 315:15
386:21,24
**chemicals**
235:13 371:12
371:14,17
387:1,3,12,15
387:20,23,24
388:18
**Chicago** 3:9
**childhood**
323:13,15

**children's**
323:20
**choices** 319:20
**chromatid**
355:9
**chromium**
235:12 243:6
353:18,23
354:4,13
366:23 367:12
381:8
**chronic** 6:13
20:10 21:6
24:2,16 26:4
26:10,14 29:24
32:2,19 36:1
36:20 37:8
92:3,9,14
102:7 106:13
114:9,13,15,22
115:6,14,21
116:6,7,17,19
117:4,9,20,24
118:8,9,18
136:6 137:23
140:7 151:17
151:24 153:7
153:18 155:1
155:10,19
157:8,14
159:18 161:9
162:20 164:1,6
164:10 167:23
168:2 169:8
172:8,12 178:5
180:1 184:11
186:24 188:14
191:14 207:18
208:15 209:2
211:11 219:7
226:18 229:6
230:23 238:8
239:4,11,15
240:1,2 242:8
243:13,18
244:5,19
245:10,19

246:6,15,22
247:4,18,22
248:3,18 261:3
261:5 266:13
267:19 268:24
269:19 270:8
271:3 275:15
276:1,9 278:4
279:7 281:23
282:23 284:2
285:10 313:15
351:2,7
**circumstances**
252:3
**citations** 331:17
332:23
**cite** 34:6 116:5
116:15 123:16
271:9,11 272:5
327:6 328:15
333:13 338:16
341:11 356:5
358:19 370:18
**cited** 12:23 39:5
73:24 122:13
123:5 124:7
125:11 203:7
218:18 253:2
265:24 273:10
273:14 274:2
326:16 339:13
339:15 340:5
358:13 362:2
367:17 369:17
**cites** 35:20,24
**citing** 333:10
334:8
**citizen** 202:9,21
**citizens** 6:5
192:19 195:17
372:9
**City** 393:10
**claim** 338:21
353:23
**claimed** 196:1
378:19
**claiming** 345:10

**clarification**
132:10 215:2
**clarified** 380:3
**clarify** 34:21
132:20 154:10
169:4 202:7
233:5 246:16
268:15 346:10
365:22
**clarity** 135:16
**classical** 168:13
**classification**
108:11 110:24
305:4
**classified** 328:16
**classify** 144:10
**clean** 42:12
**clear** 112:7
125:21 128:12
161:24 166:6
214:14 227:7
245:24 274:7
275:3 278:3
308:9 315:22
328:19
**clearance**
163:14
**clearly** 32:13
58:7 65:15
324:10
**CLIA-licensed**
309:8
**climate** 299:5
**Clinic** 5:11 59:5
59:12,20,23
60:3,14,15
61:16 62:19
63:22 64:5
65:20 68:9
69:5
**Clinic's** 58:20
58:23 62:11
63:14 64:14
65:3 66:14,24
67:19
**clinical** 99:1,13
99:21 227:24

308:6,17,22
309:2,6,7,11
309:13,17,20
309:24 310:4
**close** 45:15
301:20 303:11
327:21 387:10
**closely** 386:9
**coalition** 193:11
**cobalt** 366:23
**code** 62:3 100:7
100:18,20
101:18
**codirector**
104:18
**coexist** 308:20
**cogent** 201:9
202:1 203:14
204:18 206:17
373:18 374:2,7
**cohort** 120:2
176:4 224:7
228:5 338:3
375:14,14
**coincidental**
333:18
**cold** 307:10
**collaboration**
323:19
**collaborator**
312:19
**colleague**
301:21 303:12
**colleagues** 87:12
97:8,16 287:15
312:20
**collect** 320:21
**collection** 12:23
74:8 125:7
**column** 187:17
272:18,24
278:14 368:12
**com-** 235:3
**combined** 72:14
72:21
**combines** 72:24
73:9

**come** 99:22
283:5 284:14
284:14 285:4
366:20
**comes** 70:18
98:12 299:11
317:8 325:8
344:20
**comfortable**
337:19
**coming** 117:4
140:7 282:4
**comma** 53:15
54:3 55:7,13
61:20 62:6
73:10 77:24
78:5,7 278:17
**commencing**
1:17
**comment** 49:18
52:16 68:1
131:7 137:17
253:14 279:15
340:4 342:3
347:4
**commenting**
85:9
**comments** 83:13
83:19 84:2,4
210:1 250:14
266:19 335:24
**Commerce** 2:3
**COMMITTEE**
2:2
**common** 259:21
259:23 260:2
268:19 316:10
316:10 327:3
**commonly**
70:23 309:23
330:24
**communicating**
307:20
**communication**
44:13 363:11
**communicatio...**
44:9,15

**community**
287:1,20
**company** 307:7
**compare** 47:3
318:2
**compared** 200:1
337:10
**comparing**
86:19 215:22
263:16
**comparison**
236:5
**compelling**
193:20 373:5
**compensation**
292:11
**complete** 107:16
108:2 110:8
112:4 113:5
123:15 137:13
143:13 209:7
290:13 353:5,5
382:6
**completed** 40:3
45:4 194:2
**completely**
255:7
**completing**
22:16
**completion**
39:21 43:7
294:23 303:5
**complex** 73:3,4
73:12,13
106:23 107:8
172:17 210:8
265:3 348:2
**complexities**
105:23
**complexity**
107:5
**compliance**
101:21
**complicated**
107:3 320:14
**complication**
363:8

Shawn Levy, Ph.D.

complied 100:13
comply 100:17
component 26:7
99:6 100:22
118:10,11
127:8,19
128:15 129:16
136:15 150:4
151:1 152:10
168:3 169:11
171:8,14
242:18 262:1
262:19 263:3
315:15 316:24
317:2 320:9
321:7 347:1
363:23 366:8
382:3 385:6
388:13
components
94:3 126:24
127:22 135:18
136:17 137:7
137:14,16
151:7,12
153:23 154:18
210:18 211:9
234:16,21
243:6 344:16
352:20 353:3
355:3 380:22
382:1,6 386:20
386:21
composition
147:8,22 148:8
148:15
compound
37:12 232:20
235:3
compounding
177:4
compounds
235:11 367:11
comprehensive
91:6 102:22
103:17 104:5
104:11,19

108:6,10,13,23
125:6 127:7
145:10 177:22
301:5 348:19
comprehensiv...
223:13 224:1
comprising
330:19
computational
121:7
computer 11:16
30:9
con- 106:3
conceded
200:10
concentrating
361:11
concept 70:6
96:17 225:12
289:10,20
319:1
concepts 68:18
178:24
concern 197:7
378:23
concerned 312:4
concerning
119:17,18
concerns 173:18
206:4,12
224:12 228:4
255:3 301:7
312:2
concert 53:10
106:11 115:12
244:10
conclu- 138:2
conclude 32:11
35:16,17 153:7
158:21 200:23
238:2 261:2,4
265:14 267:9
276:1 281:23
282:23 283:17
concluded
110:12 185:18
194:15 195:20

199:6 203:14
222:19 250:15
265:14 355:5
363:13 373:17
390:12
concludes
187:20 206:17
223:16 275:14
281:20
concluding
204:17
conclusion
27:19 31:18
35:16 111:13
117:20,23
118:17 137:21
137:22 140:7
150:14 160:1
160:16 186:10
201:4 202:1
203:20,22,24
204:8,9 205:18
215:13 253:22
259:6 283:4
304:9 319:23
374:2 382:14
382:17 385:4
conclusions
30:22 32:15,17
36:8 87:11
111:6 112:16
126:5 138:15
138:19 139:4
159:12 173:16
174:5 204:5
216:16,17
219:11,18
220:16 233:17
268:12 276:23
279:3,13,13
283:23 284:15
305:6 366:21
375:11 381:20
conclusive 205:9
conclusively
189:5 215:7
condition 107:9

190:5 299:9
323:16 345:6
conditions
196:15 215:12
216:6 277:2
285:11 314:4
317:15 340:3
369:9
conduct 120:18
194:17 196:8,8
223:9 231:23
conducted
143:22 204:8
213:5 373:2
conducting
231:10
conference 97:5
confidence
279:18 280:6
280:14 281:3
confident
299:20
confidentiality
310:3
confirm 99:24
145:13
confirming 52:5
273:5
conflict 270:21
299:14,16,21
confusion
308:19
Congress 3:4
connecting
178:24 276:15
278:1
connection
13:15 17:15
25:13 58:21
93:12 100:14
120:19 192:17
193:7 223:6,14
252:23 275:17
293:12 304:22
305:11
connective
362:20

consequence
318:9
consid- 173:2
consider 58:5,23
70:2 97:15
109:10 111:6
138:9 149:1
167:17 188:15
192:11 193:6
200:14,20
209:13 224:1
243:1 250:4
252:23 282:3
284:20 286:9
289:8 294:1
297:7 304:22
305:12 309:2
336:13 343:16
344:14 361:8
372:2
consideration
123:9 286:14
305:3 365:12
372:22 373:1
considerations
146:23
considered
13:15 24:21
58:3 96:8
111:10 168:22
181:12 188:17
192:17 200:18
200:19 202:20
219:9 249:12
284:23,24
292:8 295:6
336:1 373:11
considering
97:12 227:13
283:16 365:4
382:6
considers
126:23 284:11
388:7
consistent 15:8
87:2 275:5
consisting 203:6

Shawn Levy, Ph.D.

Page 404

consists 112:12
consolidate
  106:10
consolidating
  75:18
constituent 94:3
  95:8 126:24
  127:22 135:18
  136:15 137:7
  137:13,16
  151:2,7,11
  153:23 154:18
  234:15,15
  352:10,20
constituents
  114:5 139:3
  150:21 243:2
constraints 32:8
consult 58:20
  69:14
consulting
  101:10,14,20
consumer
  138:12,14
  196:13 197:21
  198:1 236:3
contact 17:7,13
contain 20:10
  24:1,16 86:3
  127:14 131:9
  141:14 146:5
  150:6,7 235:6
contained 12:5
  13:3 15:5 20:6
  22:20 39:12
  96:23,23 97:4
  97:8,19 124:6
  130:14 136:21
  208:5 211:7
  231:11 256:14
  282:5,11
  286:15 334:1
  389:14 393:8
containing
  371:3
contains 21:5
  61:18 62:4

63:13 126:12
  126:19 145:24
  150:12 193:4
contaminants
  137:12 138:21
  198:2
contaminated
  128:21
contaminating
  154:1
contamination
  126:7 129:8
  130:8 131:4,13
  131:24 132:19
  132:21 133:5
  133:11 151:6
  278:19
content 23:20
  45:1,12 74:24
  79:6 85:10
  90:11 102:5
  116:3 121:23
  122:1 131:4,24
  295:13 339:4
  377:5 385:22
  386:1
contents 48:4
  85:14 102:11
  208:2
context 54:17
  66:5 70:13
  81:16 82:1
  128:16 225:13
  225:15,22
  349:11
continuation
  243:12 265:10
continue 77:17
  78:8 107:12
  182:6 248:18
continued 3:1
  5:1 6:1 239:24
  240:1 243:10
  244:6,6 245:23
  264:20 312:14
continues 136:2
  200:9 234:14

295:12
contr- 206:23
contracts 98:13
contradictory
  268:16
contradicts
  206:23
contrary 373:17
contrast 76:10
  76:11,16 77:4
  77:10,14 78:4
  139:1
contribute 71:4
  242:10 353:12
  387:12
contributing
  37:4 262:11
contribution
  172:1 353:16
control 214:15
  323:7 348:4
controlled
  374:22 375:2
controlling 92:4
controls 128:9
  192:10 200:13
controversial
  264:4
conversation
  68:1 101:8
  106:4
conversations
  18:8 291:2
  292:12
convey 44:13
convincing
  194:16 196:6
copied 58:11
copies 15:21
copy 13:21,23
  16:11 19:12
  30:8,16 44:3
  47:2 48:21
  83:4 84:23
  141:22 191:3
  312:21 368:4,7
core 104:18

156:2
corn 150:1
cornstarch
  145:7 148:17
  148:21 149:1
  149:15 150:1,3
  150:7,12
Corollary
  321:16
correct 10:5
  20:2,3,8 22:22
  31:16,19 34:14
  35:5,6,21,22
  36:22 39:13,14
  41:11 46:17
  52:11 54:8,12
  55:2,15,16,18
  55:22 56:1
  57:7 61:1
  64:15 67:20
  70:21 73:15,16
  74:15 78:16
  80:4,11 81:10
  81:19 84:9
  85:16 87:15
  88:12,13,14,15
  90:1,2,4,16
  92:11 93:23
  94:12 95:18
  96:10 97:1,2,5
  97:6,9 99:15
  102:22,23
  107:13,14,17
  109:11 113:17
  115:8 116:9
  118:2 122:14
  122:17 132:13
  133:8 134:18
  135:8 136:10
  137:3,6 142:17
  142:19,23,24
  144:6,7 151:17
  152:2 156:22
  157:1,4,8
  159:19 160:10
  160:21 164:20
  167:5,6 169:1

169:15 170:15
  172:21,22,24
  173:1 180:3
  185:20 187:9
  188:3 194:9,12
  195:10,18,19
  201:22,23
  202:3 203:20
  203:24 211:18
  211:24 214:19
  215:8 218:19
  218:20 219:18
  219:19 222:20
  223:17 229:11
  237:23 239:5
  240:10,16
  241:19 244:20
  244:21 247:8
  261:12 262:17
  264:17 265:22
  265:23 269:22
  271:9,14,15
  274:6 280:8
  287:15,16,21
  290:12 293:8
  309:15 310:14
  310:15,17
  316:16 320:7,8
  321:13 322:10
  322:22 326:13
  326:14 327:4,5
  327:8,13,14,16
  328:2,21,22
  329:3,15 330:9
  330:10,12,13
  330:21 331:13
  331:14,18,19
  332:16,17,19
  332:24 333:11
  333:16 335:4,5
  335:8,9,13
  337:5,6,14
  338:14,15,17
  338:18 340:10
  343:5,22,23
  344:2,3 346:1
  346:2 347:13

Shawn Levy, Ph.D.

347:14 349:6,7
351:4,5 352:7
352:8,11
354:15 358:11
363:16 373:12
373:15,20
375:1,6 391:9
392:4,6 393:7
**corrected** 64:10
64:22
**corrections** 64:8
64:20 393:5
**correctly** 53:17
54:5 55:9 64:6
76:6 184:22
192:21 212:11
273:8
**correlation**
222:24
**corresponding**
84:17
**cosmetic** 177:7
386:6
**COUNCIL** 3:11
**counsel** 2:2 3:7
3:11 7:13
15:12,23 16:8
17:3 18:7,8
19:5 20:17
23:1,1 27:24
28:5,9 38:13
39:16 41:17
42:2 43:3
44:10,15 66:2
82:20 185:11
193:24 275:23
291:3,8,12,14
291:20 292:7
292:12,15
293:2 358:24
359:20 368:4
372:12,17
378:8 380:16
383:3 386:12
391:12
**counseling**
323:21

**counted** 47:23
**counter** 297:1
**couple** 11:7
224:11 236:1
280:1 369:22
**coupled** 224:8
**course** 12:13
32:14 33:2
35:14 74:22
90:14 101:6
123:7 131:6
137:15 163:12
183:4 293:20
298:2 370:5
**court** 1:1 3:22
7:15 10:1,12
10:20 11:2
182:2
**Coussens** 5:15
75:7,12 76:2
76:15 77:14
79:7 80:3,22
**Coussens'** 75:22
76:5
**cover** 313:3
**covered** 313:4
**create** 114:5
**created** 16:12
**creates** 174:22
175:5
**creating** 164:19
**creatively**
308:16
**criteria** 108:12
143:18
**critical** 164:23
172:9
**critique** 195:17
200:8
**critiques** 200:14
300:21 379:4
**Crowley** 40:13
40:14,19,22
43:2,8 45:3
371:13 386:13
386:17,19
387:15 388:18

389:13,16,18
**Crowley's**
371:11 387:18
387:23 388:1,8
**CRR** 3:21
**current** 53:8
101:21 107:7
160:4 169:6
171:7 180:10
260:4 319:14
331:6 333:7
**currently** 99:3
108:3 309:19
336:21
**curve** 249:6
**cycle** 323:7
**cyclooxygenase**
268:5,18,18
269:10 270:14
270:19
**cysts** 368:21
**cytokines**
238:23 316:5
349:5

_____

## D

**D** 2:8 4:1 5:1 6:1
**D.C** 3:13
**Dallas** 2:8
**damage** 73:1,10
77:15 78:6
106:9,10
113:24 115:1
164:19 171:21
172:12 189:20
239:21 242:23
242:23 243:9
244:4,5 246:13
246:16 248:17
315:3,5,12,17
315:24 316:4
344:8,16
353:20 354:5
**damaging**
314:23 316:6
381:9
**data** 85:22 95:22

193:16,19
224:16 240:18
245:12 256:13
260:4 268:1,11
268:16 273:5
279:6 319:5
354:19 373:6,6
**date** 1:18 7:5
40:22 41:1,1,3
41:6,10,23
42:5,6,10,17
42:20 43:7
85:2 310:2
359:3
**dated** 16:9,10,17
39:12 83:5
84:6 358:21
359:7
**dates** 42:14
**dating** 92:1
373:3
**day** 142:11
172:16 303:14
389:20 393:9
**days** 45:22 47:8
**dealt** 99:11,14
**death** 212:16
327:2
**decades** 242:22
**December** 5:21
18:23 19:19
20:5 23:17,23
43:9 83:5 85:1
85:13
**decision** 311:7
**DECLARATI...**
393:1
**declare** 393:3
**declared** 201:1
**decrease** 212:20
214:17 215:2
349:4 359:21
360:22 361:13
361:15
**dedicated**
308:22,23
**defect** 344:11

**defective** 343:12
**defects** 334:24
**DEFENDANT**
2:13 3:2
**defendants** 8:17
**Defense** 90:24
91:2 271:2
**defer** 114:20
134:10 148:14
157:22 223:1
233:11 247:2
254:15 262:9
285:21 354:6
370:2 371:12
378:24 383:24
384:5,6 387:18
**deferring**
127:20 371:20
**define** 138:6
167:7 201:17
346:22
**defining** 257:24
355:3
**definition** 139:3
139:13 150:5
172:10
**definitions**
317:1
**degree** 44:12
290:22 291:12
291:16 390:2
**deletions** 393:6
**delighted** 326:4
**delineate** 138:23
177:12 244:2
244:21 247:22
**delineated**
139:22 235:24
244:9 247:7
**delineating**
240:6 246:15
**delineation**
165:15 352:16
**delving** 314:17
**demonstrated**
322:14 324:20
354:20 376:14

Shawn Levy, Ph.D.

demonstrating 375:24
denied 312:10
denying 195:16
deodorant 139:17,23 145:16
deodorizing 139:13 145:6
department 90:24 91:2 311:8 312:15
departure 312:18
dependency 215:21 247:21 247:21 248:22
dependent 134:15 135:7 136:9 149:9 156:10 227:19 385:5,12
depending 154:17 316:3 317:10 324:7 349:4,10
depends 258:22 348:3
deponent 7:12
deposed 8:5 10:4
deposition 1:14 4:13,14,15,17 4:19,22 5:2,6,8 5:10,12,14,16 5:20,22 6:2,4,6 6:8,10,12,16 6:18 7:7 8:11 9:24 14:9,10 14:11,22 15:7 15:14 16:4,8 19:4,7 21:14 22:24 23:2,3 30:13 33:7 39:18 49:22 59:7,11 72:3 75:14 82:19,23

142:2 185:9 190:16,20 192:24 208:7 208:11 218:9 218:13 249:21 270:22 271:2 301:18 302:16 326:18 367:21 367:22 390:12
depositions 9:11
derived 294:24
describe 48:11 79:10 115:17 129:4 135:17 137:17 140:23 160:6 263:17 289:20 365:20
described 9:10 36:8 37:16 56:11 87:9 114:18 129:18 131:1 140:19 147:7 149:16 180:11 181:5 199:22 204:11 234:23 240:9 242:5,13 247:11 366:8 375:12 376:10 377:17 384:13
describes 48:20 86:24 143:16 360:10
describing 56:8 61:12 62:15 128:17 129:4 131:14 162:1 266:18 360:13 384:12
description 61:13 65:8 141:14 176:15 187:15 198:22 219:22 230:15
design 32:9,14 194:17 196:7 209:18 228:4

designed 129:23 251:11
desirous 393:6
detail 53:7 114:16 137:18 244:24 254:14 263:17 314:16 339:16
details 157:9 184:1
detect 258:24,24
detected 189:24
detecting 256:7 379:10
detection 184:23 227:9 255:4
determin- 229:22
determination 97:21 149:10 151:14 153:4 196:19 198:8 198:11 199:1 228:13 230:4 251:3 377:7
determine 59:6 132:21 140:3 155:17 203:8 271:20 337:17 379:1
determined 193:19 340:20 342:18
determining 155:18 318:4 347:1
develop 27:1 56:18 57:2 95:8 111:18 151:8 164:9 175:16 289:19 290:8,14 292:3 293:3,11,16 322:7 323:13 381:19,20
developed 48:19 151:10 173:5

288:9 323:15 385:4
developing 95:17 96:20 282:10 290:18 322:15 324:21 336:22,22 338:12,22 339:23 340:6 340:15 341:17 344:24 350:21 382:14
development 52:21 60:11 123:7 178:13 178:19 179:2 238:10 242:11 269:20 275:16 276:3 278:17 279:8 282:1,24 284:3 346:5 347:11 350:5 350:18 364:7 366:5 375:9
devoted 89:24 90:3,7
diabetes 95:24
diagnosis 106:22
dice 320:21
dichotomy 285:1
die 322:1 361:5
diet 318:17
difference 57:10 81:9,12,19 147:14 177:6 317:21 318:5 387:22
differences 185:4,5,6
different 24:19 47:6 58:7,13 81:4 82:1 94:6 98:20 108:11 115:7 144:10 147:4 154:17

163:12,16,17 176:23,24 177:1 185:3,4 197:23,24 198:15 201:21 204:8 212:7 213:1 236:2,9 247:7 248:4 259:17 262:16 265:2 277:2,4 294:8 315:8 317:1,14 329:23,23 330:19 346:9 360:14,15 366:8 378:6
differentiate 308:10
differentiates 247:17
differentiating 275:10
difficult 47:21 174:7 217:22 223:24 224:13 320:1
Diplomate 1:19 391:19
direct 33:11,11 33:18 51:2,7 60:2,9 63:21 63:24 72:6,12 72:19 75:21 76:6 99:23 167:20 171:19 180:13 194:14 203:2 237:24 243:7 250:12 272:18 275:23 276:19 291:14 293:8 314:10 314:23 342:7 350:24 353:15 372:20 375:17
directed 51:18 181:5
directing 78:3

Shawn Levy, Ph.D.

291:10 374:1
**direction** 170:8
**directions**
  119:24
**directly** 107:22
  108:18 163:6
  171:1 173:12
  179:6 180:16
  218:3 228:2
  240:3 314:6,23
  315:10,11
  319:22 353:20
**dis-** 212:17
**disagree** 113:20
  116:14 173:16
  197:9 202:6
  203:23 204:1
  212:17 213:2
  245:5 278:23
  283:22
**disagreement**
  197:3
**disclose** 100:21
  102:13 300:2
**disclosed** 97:7
  101:6 257:5
  297:18 298:1
  300:6 309:20
  310:2,6
**disclosure**
  100:11,19
  101:5,19
  102:19 298:12
  298:23 299:3
**discontinued**
  163:15
**discover** 120:17
  131:3,23
  132:19
**discoverable**
  292:7,10
**discovered**
  123:14
**discovery**
  291:22
**discuss** 44:14
  93:13 238:7

244:23 268:4
285:22 314:16
320:4 340:1
**discussed** 102:1
106:5 129:15
153:24 172:16
179:13 180:7,8
185:17 186:14
187:12 189:3
205:24 208:4
209:6 216:15
226:11 227:4
227:23 237:22
279:15 282:8
287:13 295:4
298:9 303:6
304:11 336:6
342:24 359:6
363:20 365:6
374:15 377:16
379:20 382:1
385:3,7
**discusses** 24:17
**discussing** 19:13
21:21 23:10
79:4 175:8
181:21 189:20
193:5 200:8
201:14,22
205:14,15,24
206:15 220:7
226:6 237:18
242:6 245:11
247:14 258:9
262:18 263:8
264:3 267:5,18
269:18 277:11
277:24 280:12
281:20 293:23
295:2 296:22
296:24 303:5
325:9 350:10
353:17 365:5
370:16 388:6
**discussion** 9:24
97:16 143:12
166:10 233:3

238:1 254:15
265:14 274:15
289:5 291:21
297:19 319:11
339:22 359:19
359:23 360:2
361:22 362:22
378:13
**discussions** 9:22
74:8 92:21
138:21 146:10
154:6 197:4
243:5 266:20
291:13 315:9
365:23 387:7
**disease** 95:23
106:1 107:3
224:2,7 244:13
246:19 256:6,6
260:17 261:1
265:7,10
271:13,21
272:8 274:4
275:11 276:17
276:21 277:23
282:21 283:4
284:6 324:7,9
327:2 347:2
348:17
**diseases** 96:1
277:17
**disorder** 265:3
**displayed** 361:9
361:10
**dispute** 100:1
254:21
**distention** 363:7
**distinction**
115:1 171:5,16
191:8 196:22
244:16
**distinguish**
200:4 317:16
317:20 352:9
**DISTRICT** 1:1
1:2
**diversity** 91:8

106:18 154:15
154:15 162:9
184:21 198:14
**divide** 61:21
62:7
**DNA** 60:17,24
61:16 62:2
64:1,7,8,9,19
64:20,21 73:1
73:10 76:17
77:15 78:5
242:24 314:24
315:2,5,12,17
315:24 321:11
323:6 344:7,9
344:17 353:20
355:10 381:9
**DNA-damaging**
243:7
**Docket** 1:9 7:11
**Doctor** 11:6
14:5 15:24
16:12 17:22
18:13 19:3
20:19 21:11,19
22:16,23 24:9
27:13,17 30:16
30:18 31:4
33:4,15 35:23
36:10,20 37:8
37:20 38:3
44:18 47:15
50:6,21 57:23
59:10 60:21
61:7 64:11
66:21 71:14,24
73:17 74:14
76:8 78:4,14
80:1 81:18
82:18 84:19
85:12 98:3
104:3 105:19
114:7 126:11
132:7 133:6
135:12 137:22
138:5 141:11
141:22 142:10

158:24 159:16
163:24 164:9
166:15,24
168:24 169:24
170:12 171:13
174:17 184:8
185:16 186:2
186:22 187:5
190:8,13,19
191:14 192:1
192:23 194:7
195:3,7 197:14
198:5 199:6
200:8,23
201:20 202:11
202:23 203:2
204:6 205:18
207:5 214:16
214:24 216:1
219:23 221:9
221:23 229:2
236:17 237:4
237:16 241:24
246:20 249:24
250:12 253:4
255:6 261:21
266:22 268:10
269:14 272:18
274:17,19
276:4 278:14
279:19 280:13
281:6,18
286:23 292:1
301:23 302:1
302:10 304:3
304:14 305:11
357:8 360:9
361:18 373:18
374:12 377:1
382:18 390:7
**doctors** 89:23
**document** 1:7
4:20,23 19:5
21:10,13,20,24
22:14,24 83:21
142:5,10,12,15
142:18,21

Shawn Levy, Ph.D.

193:7 200:7
206:24
**document's**
193:9
**documentation**
102:17 119:9
**documents**
13:15 14:23
39:16 68:15
82:20 352:23
**doing** 267:4
381:23
**dollars** 100:24
**dose** 159:10,12
160:10,15,21
160:24 162:11
212:23 215:22
215:23 275:3
360:5 361:3,12
**dose-dependent**
360:23
**dose-response**
249:5,5
**doses** 180:14
211:18 212:21
215:21,22
360:16
**dosing** 176:23
**double-check**
241:4 271:24
**Double-sided**
60:7
**dozen** 43:19
**Dr** 5:21 7:12,24
8:5 15:20 18:8
29:9,22 32:18
40:14,15,19,20
41:12 43:2
44:9 49:4,7,13
49:21 50:10,18
50:24 51:1,18
53:13 54:8,12
55:2,6,18,24
56:15,16 68:22
72:6 76:15
77:9,14 83:6
83:21 84:16

85:18 86:12,23
87:12 88:4,11
93:16 110:3
111:6,14 116:6
117:8 122:21
125:15 130:7
158:14 168:11
170:9 177:21
179:22 180:10
181:8,13,15
183:20 203:23
204:16,16
247:3 260:19
272:15 285:22
286:3,6,10,13
286:15 288:22
291:6 292:12
296:24 297:11
298:1,7,12
299:15 302:12
302:17 307:4
357:3 359:11
362:22 363:18
368:9 369:23
370:12,18,24
371:11,13
372:8 374:17
376:12 383:4,7
383:12 384:2,6
384:8,21
385:16 386:13
386:17,19
387:15,18,22
387:23 388:1,8
388:18 389:13
389:16,18,19
389:21
**draft** 4:20 5:3
19:14 23:8
45:24 46:4,10
46:24 47:5,6
47:11,16 49:6
**drastically**
318:18
**draw** 32:14
215:13 253:22
**drawing** 174:5

278:3
**drive** 3:8 12:16
12:20 13:3,9
13:15 40:12
**drug** 299:9
**drugs** 268:21
269:16
**due** 101:2
163:10 185:4,5
266:13 267:19
270:18,18
**duly** 7:19
**dur-** 233:1
**duration** 146:23
152:10 159:13
160:20 161:3
163:3 228:19
230:18 233:2
234:5 275:4
360:5,6
**dust** 200:13

─────────
**E**

**E** 2:1,1 3:1,1 4:1
5:1 6:1 391:1,1
392:1,1
**earlier** 16:22
22:12,14 35:13
37:15,16 42:21
45:9,11 54:24
74:7 86:16,20
87:3 106:3,3
127:17 140:12
153:24 168:12
172:16 180:8,9
180:19 184:2,3
185:8 186:14
198:21 216:15
224:4 226:11
243:4 258:9
259:9 263:14
263:16 266:20
277:24 282:8
287:5 291:21
301:11 302:12
303:6,14
321:23 335:6

350:9 352:4
357:7,11
361:21 363:20
365:6,23
367:14,15
370:6 382:1
**earlier-cited**
183:5
**earliest** 184:4
**early** 17:7 92:1
176:1,16 190:1
306:4 324:2,4
**EASTERN** 1:2
**easy** 125:18
**eBay** 383:13
**EC** 328:19
331:13,21
332:14
**edit** 71:4,11
**editable** 74:23
**educated** 198:13
198:18
**effect** 96:4,5
112:21,24
113:2 114:17
140:19 148:9
163:13 165:14
176:8 213:11
213:14 217:24
232:1,21 233:2
234:13,20,23
235:14 239:20
239:20 243:7
269:15 270:18
314:6 323:2
349:17 369:7
381:9,11
**effective** 269:8
**effects** 4:24
21:22 34:2,11
34:13,23 35:4
95:23 129:22
136:20 165:11
176:5 239:19
315:13 317:24
320:10 349:10
355:6 362:4

382:3,4,5
**effort** 99:4
**eight** 61:10
**eighteen** 32:7
**either** 35:18
39:16 107:21
127:1 131:20
131:20 162:2
163:20 167:12
167:20 171:19
181:24 240:3
244:9 253:7
300:21 387:3
**electronic**
102:18
**electronically**
40:2
**elevated** 273:4
**elevation** 183:13
**elicit** 172:24
205:6 264:9
**elicits** 281:22
**ELLIS** 3:8
**elucidate** 221:1
**elucidation**
249:3
**email** 5:21 14:18
17:1,13 44:2,6
83:5
**Embassy** 1:16
**EMMEL** 2:5
**employ** 117:3,19
118:16 140:6
188:15 220:8
282:3
**employed**
141:15 143:2
150:13 204:7
**encodes** 343:18
**endeavor** 143:3
231:12
**endeavored**
177:5 276:7
277:4
**endo-** 331:12
**endogenously**
318:3

Shawn Levy, Ph.D.

endometrial
  205:4
endometrioid
  328:19 331:12
  331:22
ends 330:11
engage 103:5
engagements
  101:20
enhance 242:11
enter 255:7
enters 249:9
  250:19,24
entirely 8:21
  321:6
entirety 339:2
entities 111:11
  111:13
entitled 5:11
  28:9 59:12
  60:10,14 271:3
  326:12
entity 308:12
entry 16:16
  18:23
enumeration
  148:7
environment
  106:12 115:8
  164:20 172:13
  174:22 175:6
  240:4 243:14
  320:15,16
environmental
  322:16
EOC 328:14
epidemiologic
  33:20
epidemiological
  220:5
epidemiologist
  88:18 288:19
  288:22
epidemiologists
  157:23 224:18
  257:11
epidemiology

108:20 120:6
122:5 144:21
145:14 146:24
148:22 152:9
157:21 160:1
166:7 173:4
222:19 223:1,7
223:10 225:1
233:11,14,24
254:13,15
256:2,15
262:10 284:14
288:4
epigenetics
  319:3
epithelial 6:14
  24:18 205:8
  206:8 207:2
  259:17,20
  260:9,21 271:5
  282:22 305:23
  328:2,13
epithelium
  31:13
equally 58:12
equate 171:9
equipment
  308:22
equivalent
  299:8 320:20
errors 62:20
  63:2 64:7,9,20
  64:22
Eslick 220:6
Esquire 2:4,5,11
  2:15,18,21 3:5
  3:9,14
essential 162:19
  163:23
essentially
  167:18 212:22
  288:9 361:5
establish 140:16
established
  116:18 117:21
  118:1 140:17
  161:23 168:4

174:11 221:12
221:24 222:15
226:23 314:15
323:4 347:12
347:17 348:21
establishing
  121:2,13
  140:13
estimate 132:20
et 10:1 25:3
  98:10 130:15
  226:7 230:19
  234:18 258:13
  365:6
ethical 224:12
  228:4 300:3
ethically 298:2
Ethics 100:7,18
  100:20 101:18
ethnicity 340:21
etiology 107:16
  224:2 268:23
  273:1
evaluate 151:5
  230:4 353:2
  354:3
evaluated
  209:14 231:1
  287:21
evaluating 5:23
  117:7 142:6
  181:13 200:15
  202:12 210:17
evaluation 8:21
  101:15 192:12
  205:16 222:6
  230:16,20
  231:10 234:2
  379:9
event 174:1
  189:19 265:4,6
  323:14 324:4
  324:12
events 106:11
  264:22
evidence 5:23
  26:24 31:5,7

31:11,14 33:21
110:12 113:11
113:15,21,23
114:8,15 119:8
119:14,15,17
120:23 129:10
129:12,15,16
129:21 140:15
142:7 162:13
164:20 165:21
166:1 167:14
175:9 177:15
181:16 186:2
187:12,18,19
187:21 188:2,9
190:9,24 192:5
195:8 197:9
199:4,21 200:6
200:20 205:10
220:19 229:17
242:2,8 244:1
244:11 247:1
249:11 250:15
253:18 256:3
257:18 258:3
268:11 278:18
281:21 284:21
305:13 306:3
306:15 312:12
314:10 321:1
338:20 349:15
351:10 353:15
355:8 363:15
364:21 365:1
evidence-supp...
  140:20
evidenced
  193:15 224:24
  276:16 323:17
evolution 265:5
ex- 135:23
  275:11 361:10
exact 54:7 55:1
  56:12 85:2,10
  176:9 327:11
  347:3
exactly 51:23

52:4,6,7,11,15
54:11 80:20,22
234:3 334:4
examination 4:2
  7:22 95:22
  307:2 357:1
  372:6 389:11
examine 96:3
  136:20 157:21
  160:14 224:1
  228:1 234:7
  365:8,24
examined 7:20
  119:24 159:10
  177:15 231:7
  270:7 375:11
examining
  138:10 177:22
  198:19 204:12
  225:6 234:6
  377:5
example 38:15
  62:15 77:17
  78:7 101:10
  122:12 123:2
  129:23 143:1,1
  143:5,14
  144:14 145:1,8
  174:8 176:3
  177:17,21
  240:22 321:12
  321:22 324:18
  325:12 326:7
  340:18
examples 123:6
  168:19 183:18
  315:19 316:12
  322:12
exception 82:4
exceptions
  392:4
exchange 355:9
exclude 275:12
excluding 380:4
  380:5
exclusive 259:19
  260:7 339:24

Shawn Levy, Ph.D.

exclusively
262:21 336:10
excuse 20:21
27:12 33:13
55:11 73:5
76:19 79:14
88:8 135:10
152:17 158:5
167:10 170:7
193:24 197:16
225:21 236:12
250:10 251:21
272:12 291:10
291:10 302:21
345:4 369:24
389:10,17
EXECUTED
393:9
exemplary
143:17
exercise 210:23
exhaustive
364:24
exhibit 4:13,15
4:17,19,22 5:2
5:6,8,10,12,14
5:16,20,22 6:2
6:4,6,8,10,12
6:16,18 14:9
14:11,22 16:4
16:7 19:4,7
20:4,9 21:5,14
21:18,24 22:8
22:11,14,16,19
22:24 23:3,7
23:13,16,18,22
24:1,15 30:12
30:13 33:6,7
38:4 39:18
48:2,4,14 49:2
49:20,22 50:9
59:7,11,23
60:2,13 72:2,3
75:12,14,22,24
76:6 82:19
83:4,4,23 84:3
84:5,8,10,11

86:17 87:3,15
96:24 97:4,8
97:19 122:9
141:24 142:2
143:21 144:6
181:6 185:9
190:16,19
192:23,24
208:7,10 209:1
218:9,13
249:21 250:1
270:22 271:2
275:21 326:17
326:18,21
327:8 357:12
359:14 361:20
367:21,22
372:8
exhibiting
379:16
exhibits 4:12
82:23 83:3
185:12 357:9
exist 116:2
168:9 383:22
existence 44:7
exists 205:2
318:15
exogenous 323:1
exogenously
318:1
exome 310:7
expand 365:22
expanded 46:7
85:23 87:8
373:2
expect 257:17
258:2,14,18
259:7,13
expected 268:23
270:18 273:2
experience 10:9
109:23 119:10
366:19
experiences
169:14
experimental

25:4 32:9,13
196:14 209:18
281:21 314:10
experiments
87:1,7 365:7
383:9
expert 4:16 5:9
8:13 40:8,18
41:11,20 42:15
43:12,15,20
44:23 46:9
48:1,14 49:1
49:20 50:9
52:18 54:21
57:13,17 63:12
69:15,18 72:7
74:12 85:15
93:24 100:14
102:4 114:21
129:2 134:10
135:24 148:15
181:9 219:22
223:2 235:5
245:7 247:3
256:23,23
257:10 266:1
285:22 288:3
288:13 295:3
296:10,16
297:7 352:17
385:15
expertise 371:24
experts 39:23
40:4 52:24
127:21 201:1
233:11 254:16
262:10 295:16
295:23 296:1
354:6 383:24
explain 70:12
94:16 118:7
204:6 238:13
278:11 321:6
360:9
explained
268:17 315:21
explaining

244:24 269:5
explanation
49:11 56:3
361:11,14,15
expose 320:15
exposed 56:19
57:2 99:22
153:2 156:11
161:8 200:4
205:7 206:7
207:1 253:6
258:16 259:14
321:8 322:8
338:12,23
340:7,15 344:2
345:12
exposes 159:17
exposure 94:2
95:9,10 96:5
96:16 113:2
114:4 121:4
146:20 150:20
154:7 156:1,6
156:16,17,21
156:24 157:7
157:13 159:8
160:4 162:3,3
162:5,7,15
163:3,4,11,13
163:15 164:18
164:21 165:5,7
165:15,19,20
166:2,5,9
176:22 177:6
177:24 178:10
178:24 179:10
183:8 196:15
199:7,12
204:14 206:2,6
211:14 214:13
218:2 224:8
226:5,7,10,12
226:13 228:19
228:22,23
229:20,23
230:5,14,18
233:7 234:18

235:12,15
240:4,8 248:3
248:5,23 252:4
252:7 253:15
253:16 254:12
256:17,21
259:9 261:17
277:12,22
289:24 304:12
320:16 322:16
323:2 324:22
325:8 344:24
360:4 361:13
374:9,23
375:16
exposures
107:21 119:2
226:2 252:8
313:14
express 269:10
expressed
120:12 389:22
expressing
270:14
expression
268:4,17
333:14
extend 235:2
extended 283:2
extending 210:6
232:24 252:3
extends 108:24
extensive 79:5
exterior 304:15
external 314:24
extracted
213:17
extramural
109:16
extramurally
300:5
extrapolating
210:12 236:8
285:12
extrapolation
214:7

Shawn Levy, Ph.D.

| F | | | |
|---|---|---|---|
| **F** 3:13 391:1 | 22:19 23:19 | 341:20 348:3,5 | 332:12,22 | 371:5 372:2 |
| **facility** 104:18 | 28:15,17 32:3 | **fascinating** | 334:10,16 | **Finally** 281:18 |
| **fact** 74:6 79:7 | 38:5 54:21 | 97:22 154:13 | 335:19 336:24 | 305:11 |
| 103:4 106:5 | 85:12 88:5,18 | 198:18 | 337:23 340:16 | **financial** 100:10 |
| 130:3 135:22 | 89:13 91:14 | **fashion** 57:15 | 341:10,22 | 100:18,20,22 |
| 154:20 173:17 | 95:2,16 99:11 | 115:15 143:18 | 342:8,15 343:2 | 101:18 |
| 175:13 181:12 | 99:12 104:3 | 228:2 374:22 | 345:9,18 347:6 | **find** 32:22 37:24 |
| 188:8 197:8 | 109:4 161:19 | **fat** 362:19 | 349:18 350:11 | 53:22 63:17 |
| 202:13 204:22 | 163:21,22 | **FDA** 6:5 111:7 | 351:17 353:6 | 66:6 68:21 |
| 215:15 219:17 | 189:10 210:13 | 161:24 192:15 | 354:8,14 355:7 | 69:4 143:4 |
| 252:6 265:24 | 214:3,3 217:19 | 193:11,16,18 | 355:17 356:4 | 235:5 257:1 |
| 268:10 269:23 | 218:5 251:19 | 194:11,15 | 356:10 389:7 | 273:17,24 |
| 271:8 273:17 | 263:20 299:18 | 195:11,15,20 | **fiber** 129:9 | 288:5 304:7 |
| 274:5 276:18 | 306:21 312:10 | 196:1,11 197:2 | **fibers** 129:20 | 339:5 363:15 |
| 294:7 298:11 | 312:11 342:5 | 197:8 200:7,9 | 235:7 | 368:14,20 |
| 300:17 305:7 | 357:22 361:2 | 200:23 202:8 | **fibroid** 368:21 | 378:3 380:9 |
| 320:4 323:14 | 379:5 381:16 | 203:4 204:5,10 | **fibrosis** 30:24 | 383:12 |
| 358:13 364:13 | 383:8 384:5 | 204:17 205:2 | 250:17 363:1 | **FINDEIS** 2:11 |
| 370:18 382:20 | 388:2 | 205:19 206:4,5 | 363:10 | **finding** 120:22 |
| **factor** 114:18 | **fairly** 100:24 | 206:14,17,22 | **fibrous** 305:5 | 141:13 150:3 |
| 260:24 286:18 | 108:22 162:8 | 226:24 305:8 | 355:24 371:3 | 271:20 275:5 |
| **factors** 77:19 | 338:2 365:7 | 357:12 359:1,7 | **field** 116:24 | 279:19,23 |
| 78:10 107:21 | **fall** 46:5 297:6 | 373:11,17 | 154:13 234:12 | 280:10 281:6 |
| 110:24 172:2,2 | **fallopian** 199:23 | 384:16 | **fields** 284:13 | 281:12 284:20 |
| 276:7 277:5 | 304:16 305:22 | **FDA's** 192:11 | **Fifteen** 191:6 | 304:23 384:2 |
| 319:8 343:1 | 306:2,5 | 192:18 200:8 | **Fifth** 2:17 | 384:20 |
| 369:11 | **familiar** 10:8 | 201:24 202:12 | **figure** 159:3 | **findings** 29:23 |
| **facts** 106:4 | 49:5 75:9 89:6 | 203:12,22 | 212:2,3,5,5 | 173:10 188:16 |
| 167:13 168:1,5 | 89:12 96:16 | 204:9 357:20 | 213:3 214:24 | 188:17 192:2 |
| 168:6 327:23 | 100:8,10 103:1 | 358:2 372:9 | 232:8 360:3,9 | 192:11 195:6 |
| 329:7,20 | 109:19 124:22 | **feature** 350:24 | 360:10,12 | 210:7,11 220:9 |
| **factual** 74:9 | 173:10 192:20 | **features** 328:17 | 361:9,10 | 254:22 282:4 |
| 79:10 81:5 | 193:9 249:19 | **federal** 29:16,20 | **figures** 211:20 | 282:15,19 |
| 140:17 168:19 | 306:6 375:21 | 291:22 | 212:5 | 371:1 374:13 |
| 329:21 331:5 | **family** 345:21 | **feel** 190:13 | **file** 40:24 42:5,6 | 375:20 383:7 |
| **factually** 162:14 | 346:6,11,14,21 | 241:8 313:13 | 44:7 | 383:10 388:1 |
| **faculty** 89:8 | 346:23 | **female** 192:7 | **files** 13:11,12,14 | **fine** 42:8 170:5 |
| 98:4,5,14 | **far** 13:11 48:21 | **Ferguson** 3:5 | **filing** 373:3 | 194:2 237:3 |
| 101:12 103:9 | 92:21 121:19 | 4:5 301:21 | **final** 21:24 | 352:1 |
| 103:24 310:21 | 126:2 152:11 | 303:13 306:23 | 45:14 46:17 | **finish** 79:23 |
| 312:14 | 179:3 183:9 | 306:24 307:3,5 | 47:7,11,12 | 152:17 158:11 |
| **fail** 77:24 78:11 | 186:17 198:11 | 314:8 317:3 | 63:21 87:21 | 158:17 197:16 |
| **failed** 373:5 | 198:19 199:24 | 320:2 321:4 | 272:24 369:23 | 236:16,18 |
| **fair** 10:6,10,11 | 214:6 234:12 | 322:4 325:10 | **finalized** 45:21 | 274:20 292:17 |
| 18:13,16 20:4 | 263:10 284:7 | 326:8,20 328:5 | 45:23 47:4 | **finished** 194:1,1 |
| | 299:15 312:7 | 328:8 329:9,14 | 97:13 | 197:17 202:23 |
| | 318:4,24 | 330:3 332:3,6 | **finalizing** 46:8 | 274:19 |

Shawn Levy, Ph.D.

**finishing** 301:20
**first** 7:18 10:9
  16:16,20 17:1
  17:13 19:18
  20:5 22:11,16
  23:16 31:5
  51:2,11 60:22
  61:11 72:7
  75:23 76:7,22
  77:1 84:15
  98:2 116:22
  142:9 168:8
  184:9 189:18
  189:19 191:22
  191:22 192:4
  193:6 221:10
  221:18 226:22
  239:20 246:21
  252:22 264:1
  285:4 307:22
  328:24 330:5
  362:22 366:4
  366:10 368:12
**fit** 266:16
  267:22
**five** 236:23
  237:2 309:9
  311:9 362:9,17
  387:24
**fix** 79:17
**flag** 50:3
**flaws** 194:17
  195:21 196:1,7
  197:2,18
**Fletcher** 84:15
  87:6,12
**Flip** 60:7
**FLOM** 2:20
**FLW** 1:7
**focus** 88:20 99:3
  114:14 156:3
  197:13 228:20
  231:5,7 232:22
  233:5 277:3
  301:3
**focused** 8:21
  353:4

**Focusing** 274:22
**folks** 64:14
  89:22 173:4
  195:11
**follow** 146:1
**follow-up** 357:3
  389:5
**followed** 173:4
  173:19
**following** 174:2
  266:12 294:23
  328:17 329:20
  330:4 392:4
**follows** 7:21
  53:13 55:6
**footnote** 74:4
**foregoing** 391:4
  391:8 393:4,7
**foreign** 239:10
  239:10 248:14
  250:16 254:23
  257:2,19,24
  258:15 266:14
  267:20 362:8
  362:14,16
**foreign-body-...**
  205:6
**form** 13:6 22:3
  25:22 27:21
  29:16 31:21
  32:5 34:16
  36:5,15,24
  37:12 43:23
  45:7 46:12,19
  48:10,16 49:15
  52:13 54:14
  57:19 58:1
  59:3 61:3,9
  62:13 63:9
  65:5,23 66:2
  66:16 67:2,10
  67:22 68:13
  69:2,7 70:10
  71:8 73:2,11
  74:17 78:18,24
  80:6,13 81:1
  81:21 86:10

87:10,17 88:8
89:16 90:6
91:16,22 92:17
93:8,22 94:14
95:4 97:11
103:19 104:7
105:13 107:19
110:16 113:8
113:19 116:8
116:11 117:12
118:4,21 120:9
122:6 124:1,4
125:2,24
126:16,22
127:16 128:23
130:11,23
131:16 133:4
134:8 135:10
135:13 136:12
137:5 138:18
143:7 144:2,13
144:24 145:19
146:8,18
147:17 148:1
148:20 149:5
150:17 151:19
153:10 155:4
155:15 157:3
157:17 159:5
159:21 160:12
161:12 162:24
164:13 169:17
170:17 173:15
174:20 175:18
177:10 178:8
178:22 180:5
183:23 185:22
188:5 189:12
190:12 191:2
191:18 192:14
195:23 199:10
200:17 201:6
202:5 203:18
205:21 206:21
207:9 209:5,16
210:15 213:13
214:21 215:10

215:19 216:5
216:24 217:21
220:13 221:7
222:22 223:19
225:3,17
226:21 227:22
228:16 229:14
230:7 231:4,16
232:12 235:21
238:17 239:7
240:12,21
241:21 242:16
243:22 245:4
246:24 247:10
248:8,18 250:6
250:10,22
251:7,21
252:15 253:10
254:6 255:10
255:20 257:21
258:6,20 261:7
261:14 262:5
263:22 264:24
266:4 267:1,13
269:2 270:3
271:17 275:20
276:13 279:10
280:17,21
281:9 282:7
283:20 285:17
286:12 287:3
287:23 289:1
289:12,17
290:21,24
291:3 293:14
294:5,19
295:19 296:4,9
296:12,19
298:15 299:1
302:21 303:2,8
303:8,20
304:18 305:2
306:9,17
310:11 314:1
316:21 318:11
320:13 321:10
324:24 325:21

329:5,12,17
332:21 333:2
333:23 335:15
336:4 337:16
340:12 341:15
342:3,23 345:4
345:15 346:20
348:8 349:13
350:8 351:7,13
352:14 354:2
354:11,23
355:12,22,24
357:24 358:10
359:5 360:1
361:7 362:8
363:3 364:17
365:16 367:2
369:19 370:10
370:21 371:8
373:14,22
374:5 375:8
376:3,18 377:3
377:15 378:6,8
378:10 379:7
379:19 380:12
380:20 382:12
383:1 384:10
385:1,20 386:8
388:4
**formal** 9:24 85:4
  87:8 205:16
  227:24 233:14
  295:5,7
**formation**
  173:24 242:21
  348:2
**formed** 179:24
**forming** 18:14
  24:21 44:23
  110:2 111:5
  121:17 129:13
  146:13 147:20
  173:3 176:13
  199:5 250:8
  291:23 374:13
  384:21
**forms** 168:10

Shawn Levy, Ph.D.

**found** 17:20
30:20 122:20
124:16 144:5
159:23 160:1,2
161:2 162:4,16
176:4 187:12
188:2 202:8
204:2 219:11
221:4 252:12
271:12 272:8
273:11,15,20
274:8,23 301:4
306:5 319:4
378:19
**foundation** 65:9
181:4
**four** 40:12 53:21
57:16,20 58:5
65:19 309:9
331:23,24
360:23
**fragile** 325:7
**fragment** 60:21
**fragrance**
352:12,21
371:12,14,17
386:20
**fragrances**
126:20 134:3,4
134:17,24
135:7 136:1
137:14,15
146:11 154:1
235:14
**frame** 101:3
**frank** 31:14
187:21
**free** 190:13
241:8 313:13
**French** 213:17
**frequency**
146:22 160:20
161:4
**Friday** 1:11
**front** 11:7,15
12:2,15 13:3
13:18 14:6

30:19 68:3
141:22 312:22
357:9
**full** 31:5 33:13
33:19 39:4
51:2 72:7,20
76:7,22 77:2
103:23 112:11
121:22 122:1,1
203:3 205:1
243:2 274:14
330:5
**function** 62:21
63:3
**functionally**
299:7 343:11
**functions** 61:19
62:6
**fund** 109:8
**fund-** 65:6
**fundamental**
52:22 53:7
57:12 61:12
62:16 65:13
68:17 74:9
79:11 81:6
91:18 106:4
173:18 183:15
185:6 226:1
233:6 329:7,19
348:15,16
**fundamentally**
105:5 174:8
185:1 217:5
263:12 294:8
**fundamentals**
74:13 168:14
**funded** 108:17
109:3 296:24
297:11 300:5
**funding** 89:9
90:21,22 98:12
98:12 109:7
298:7 299:4,11
300:2,5 312:3
**funning** 300:10
**further** 160:6,6

162:18 203:1
306:22 322:5
326:11 328:1
363:8 369:1
372:5 379:9
389:3,8 390:5
391:11
**furthermore**
190:2 197:1
**future** 97:24

**G**

**G** 392:1
**gain** 319:20
**Gates** 182:22
183:14 208:6
**GC1a** 360:21
**GCA1** 360:21
**gene** 51:13,13
51:20 53:9
55:7,14,20
56:17,24 60:10
64:9,21 217:15
260:2 313:8
321:23 322:6
322:14,20,22
324:20 325:6
326:2 333:13
333:14 334:6
335:18 336:17
346:17
**gene-dependent**
321:12
**general** 70:17
101:9 102:3
105:16 106:21
113:1 115:19
116:21 117:6,9
118:9 152:11
169:21 170:18
171:3 199:3
202:6 210:5
217:7 224:4
259:4 316:2
323:3 337:12
338:1 355:23
363:24 365:20

371:21,22
**generalizations**
172:18
**generalizing**
172:15
**generally** 8:19
70:22 167:15
175:12,13
207:13 243:17
263:18 286:24
297:3 311:5
323:15 330:7
330:18 336:9
344:15 349:2
**generate** 218:1
354:16
**generated** 215:8
**generation**
182:1,9 200:11
209:9 211:4,23
212:7,21
214:12 215:17
216:3 236:7
318:7
**genes** 61:18 62:4
64:7,19 217:10
310:9 321:22
329:23 331:2
331:17 332:15
336:7 338:9
339:20 340:22
346:4 347:11
347:18,23
348:6,16,20
**genetic** 51:3
53:14 54:2
56:10 62:2
106:8 320:5,23
323:21 328:17
329:22 330:8
331:1,1 345:23
346:13 347:1
347:10 348:2
348:11
**genetically**
213:23 214:5
216:20

**geneticist**
119:10
**genetics** 88:17
318:17 320:15
326:13 345:20
346:23 348:14
**genital** 265:17
267:15
**genome** 73:3,13
88:21,23
309:18,21
343:17
**genome-wide**
343:13
**genomic** 8:22
308:1,11 309:5
**genotoxic**
354:20 355:5
**genotoxicity**
355:1
**geographic**
198:15
**germane** 65:10
252:5
**getting** 38:3
152:23 233:22
242:4 270:5
297:22 321:7
336:9,20
389:20
**giant** 250:16
**give** 19:20 27:16
38:14 122:4
124:17 144:14
184:19 214:17
215:7,16 216:2
284:16 303:24
326:6,7 351:24
368:16 369:24
**given** 9:11,16
32:9 33:3
68:16 90:17
92:13 103:24
123:20 140:5
152:20 163:9
172:6,7 174:4
180:13 192:5

Shawn Levy, Ph.D.

234:21 246:11 258:10 259:4 284:18 293:10 299:17 301:9 321:13 327:18 347:16 348:12 377:23 389:15 391:10
**giving** 106:15 187:7
**glutathione** 183:15
**go** 9:5 53:19 55:11 56:23 61:15 67:24 75:5 120:22 139:8 140:19 141:13 166:13 171:24 236:21 238:7,13 260:2 267:19 290:18 301:15 313:1 313:13 327:24 330:14 338:7 339:11 343:3 348:5
**goes** 221:1 291:2 299:7 331:16 332:15
**going** 28:10 41:19 55:4 56:14 79:20 82:11,11 152:18 158:5 161:6 166:17 177:2 236:12 237:9 259:12 265:1 301:19 302:3 307:10 309:8 339:2 349:19 356:16 356:19 357:8
**Golkow** 7:4
**gonna** 14:8 28:19 39:2 41:18,18,22 42:13 64:4

208:10 219:5 236:15 312:24 312:24 357:5
**good** 7:24 8:1 79:16 267:7 307:4 312:7 321:22 341:20
**Google** 121:10
**GORDON** 3:3
**gosh** 9:2
**GOTSHAL** 2:14,17
**government** 4:20,23 19:13 21:21,21 90:20 90:22 300:17
**grade** 196:13 197:21 328:19 330:7,18
**grant** 108:18,23 109:5 300:14 300:15
**granted** 312:9
**grants** 91:3 98:13 300:18
**granulocytes** 316:6
**granulomas** 362:9,16
**graph** 360:12
**great** 42:24 237:7 263:17 288:5
**greater** 148:9 161:23 192:10 345:11
**greatest** 361:4
**ground** 10:7
**group** 58:5 87:12 89:8 180:10 192:9 200:5 323:20
**grow** 61:20 62:7 106:13
**growth** 77:20 78:10 106:2 348:5

**growth/survival** 77:19 78:9
**guarantee** 338:10
**guaranteed** 321:14
**guess** 109:22 119:23 253:3 255:2,2 326:17 335:21 362:11 383:17
**gynecologic** 327:2,3 370:3
**gynecological** 340:3
**gynecologist** 370:3

――――――――――
**H**
――――――――――
**half** 98:12 309:10
**halfway** 266:12
**hallmark** 316:18
**Halperin** 2:21
**Hamilton** 5:7 25:3,16,18 26:3,9,14 27:8 27:8,14,19 29:23,24 30:18 31:19,22 32:1 32:6,17,23 34:6,12,22 35:4,7,11,14 181:21,21 182:16 185:7 185:17 186:2,4 186:7,9,22 187:9,11,16 188:16,18,21 189:7,14 191:10 207:19 361:20,23 362:2 374:13
**Hamilton's** 35:1
**hand** 14:8 16:11 19:3 20:17

59:15 135:21 249:20 301:20 303:12 306:22
**handed** 16:9 19:6
**handing** 20:19 21:17 22:23 33:4 50:8 59:10 75:11 82:18 218:12 249:24 271:1
**handy** 192:22
**happen** 255:17
**happened** 333:19,19
**happens** 251:4
**happy** 10:24
**hard** 13:21,23 30:16 44:3
**Harper** 182:22 241:11
**head** 43:18 123:24 347:22
**heading** 327:12
**heal** 77:24 78:11
**health** 5:24 107:11 108:21 109:11,13,15 110:1 111:7 142:8 258:12 384:16
**healthcare** 308:7 309:14
**healthy** 317:11
**heard** 17:1
**hearing** 307:12 391:10
**heavy** 127:14,22 133:7,11,18 136:9,21 137:3 137:14 154:2 234:18 352:21 353:7,12,16,18 380:21 381:3 381:15 382:3
**held** 1:15 7:7 297:4 310:18

363:21
**Heller** 6:11 249:16 250:13 252:11 254:22 378:2,11 379:5 379:12 380:8
**Heller's** 249:12 250:1,3
**help** 47:10 232:7 240:4
**helped** 201:16
**helpful** 83:7 135:5 140:24 141:2 198:6 229:2
**helps** 127:23 385:9
**Henderson** 304:4
**hereditary** 345:5
**heterogeneity** 258:11
**high** 322:2 323:22 328:19
**high-** 322:23
**higher** 183:16 212:21 260:5 335:2 336:22 348:1
**higher-risk** 336:17
**highest** 361:12
**highly** 105:8
**hired** 8:16 91:10 93:3 95:15 96:7,17 102:14
**histologic** 259:17
**histological** 329:8,20 378:23
**histopathologi...** 259:2
**historical** 371:1
**historically** 177:16

history 284:11
284:11 345:22
346:6,11,14,23
368:21 383:17
hoc 101:19
hold 21:3 115:9
138:3 145:15
189:23 286:8
363:18 364:6
388:20,23
390:1
holds 288:14
hopefully
308:19 349:21
hormones
313:15
hour 79:20
158:6 236:13
hours 17:23
18:14 19:2
47:14,18,20,23
HudsonAlpha
88:21 89:2,3
89:18,22,23
98:1,3,8 100:7
100:11 101:22
101:23 102:6
102:12,20,24
103:11,16
109:4,9 287:15
299:13 307:24
308:3,13,16
310:22 311:13
311:23 312:6
312:16
HudsonAlpha's
100:18 101:12
Huh-uh 41:17
Hulfish 2:14
human 128:8
182:12,13
184:23 190:3,5
196:15 201:2
209:20,23
210:8 214:7
217:15 218:6
222:5 225:8

227:6 249:9
253:5 254:3
365:9 376:11
379:22,23,24
380:7,8,9
human-based
375:13
humans 166:7
185:1 210:12
351:10 364:21
365:3,13
374:19,22,24
375:6 376:7
hundred 338:4
hundreds
100:24
Huntsville 1:16
1:17 7:8
hypothesis
32:18 36:1
116:7 235:9
289:21 294:3,9
hypothesized
278:15,16
hypothetical
155:5 166:12
257:22 258:7
294:14

I

IARC 305:3
366:22 367:3
367:10
IARC's 304:23
idea 17:19
identical 51:19
54:20 55:17
56:1 57:7,17
57:20 58:9
61:24 63:2,13
65:2,16,20,24
66:6,7,13,22
67:8,18 68:21
69:4 73:18
74:5,15,20
78:16,22 80:3
80:11,18,19

82:6 327:20,21
329:2 332:19
IDENTIFICA...
14:12 16:5
19:8 21:15
23:4 30:14
33:8 49:23
59:8 72:4
75:15 82:24
142:3 190:17
193:1 208:8
218:10 249:22
270:23 326:19
367:23
identified 55:23
82:20 121:22
156:20 159:9
185:8 187:9
190:7 207:19
207:22 249:17
275:4 323:21
347:18 388:19
identifies 200:10
387:15
identify 11:8
19:10 23:6
24:11 83:7
193:20 301:7
348:14 373:5
Illinois 3:9
illustrate 106:7
114:15 211:2
324:2
illustrated 314:6
Imerys 3:2
307:5,6
immune 34:3,11
34:24 35:5,9
35:10,11
181:22 185:6
188:20,23
240:2 244:9
248:16 251:1
350:24
impact 130:21
impairs 344:9
importance

117:15 216:16
important 52:15
57:10 114:24
115:1 137:2,8
191:7 215:2,22
248:1 266:10
274:12,20
298:6 300:1
319:9 346:24
348:18 351:1
importantly
197:2 201:7
215:20 269:4
272:3 274:11
277:9 308:10
impossible
217:1
in-depth 365:7
Inability 344:18
inadequate
110:12
inappropriate
106:15 114:14
256:19 259:5
inarguable
129:19 162:1
incessant 351:3
351:6
incidence
268:22
incidences 192:7
include 45:19
69:23 92:2
124:7 125:11
139:12 146:22
148:17 168:8
178:10 200:12
219:24 220:4
310:6 326:1
341:6 359:8
365:11 383:17
included 36:7
45:12 73:21,22
83:13 85:23
87:11 91:23
118:15 126:6
129:6,6 138:15

139:10 146:19
146:21 148:21
150:5 157:20
195:17 205:13
212:9 226:23
254:10 289:4
347:2 352:6
358:7 387:8
includes 86:1
137:10 153:22
328:14
including 19:2
71:6 78:15
79:11 91:9
92:23 105:21
107:24 116:21
118:9 119:8
138:11 168:10
201:16 206:3
219:21 234:16
236:2 263:5,8
263:15 279:14
314:4 320:16
352:12,20
388:8
inclusion 31:2
188:21 197:20
274:13 385:2
386:23
incomplete
155:4 189:17
204:22 257:21
258:6 269:4
inconsistent
268:11
incorrect 265:11
359:3
increase 160:5
211:3,17
212:19 214:12
214:14 238:3
238:22 239:22
275:4 314:3
324:5 336:8
337:12,13,22
338:22 345:11
349:3 362:7

Shawn Levy, Ph.D.

**increased** 5:18
83:11 84:14
160:3 166:2
182:9 212:23
254:12 256:16
265:17 267:16
273:3 275:1
276:20 278:11
279:16 321:3
322:23 336:14
337:10 344:1
344:23 346:18
347:19 369:8
369:10
**increases** 110:13
181:24 338:11
340:6,14 345:6
**increasing** 160:3
160:3 211:18
233:19
**ind-** 233:16
**independent**
115:12 229:19
230:14 246:3
278:1 295:13
325:3 385:5
388:1
**independently**
288:8
**indicate** 214:11
274:9 277:15
322:6 327:1
347:8
**indicated**
281:16 335:6
**indicating**
337:22
**indicative**
256:20
**indicator** 345:22
346:12,15
**indirect** 167:20
314:24 348:2
**indirectly** 240:3
**individual** 61:18
62:4 159:17
177:1 179:4,4

198:20 318:18
320:19 325:4,7
345:7,24 353:2
353:3 386:21
**individually**
58:4 67:4,13
128:15 174:11
277:17
**individuals**
114:10 156:6
174:23 258:11
258:16 259:14
284:5 319:6
323:22 324:5
334:20 347:9
348:11,13
**induce** 188:13
**induced** 20:12
179:17 363:1
**induces** 167:3
178:11,18
191:14 350:5
350:18 364:14
**inducing** 350:5
350:17
**industrial** 126:8
**inert** 255:8
**inevitable** 318:8
**infer** 256:19
**inflamm-**
241:17
**inflamma-**
381:3
**inflammation**
6:13 20:11
21:6 24:3,16
24:17 25:19
26:4,7,11,15
26:17 27:9
29:24 32:2,19
32:23 36:1,21
37:9 91:24
92:10,14,22
93:5,13,14
94:3 102:8
106:13 114:9
114:13,16,22

114:22 115:2,6
115:14,15,21
116:6,7,17,20
116:24 117:4,9
117:15,20
118:1,8,9,10
118:19 119:1
119:20 121:4
128:4,12
129:21 130:2
135:19 136:6
137:23 140:8
145:17 146:6
146:14 147:13
147:21 149:3
149:16 150:15
150:22 151:12
151:17,24
153:8,16,18
155:1,10,19
156:1 157:8,14
159:1,8,18
161:10 162:20
164:2,6,10,18
167:24 168:3,9
169:1,2,8,13
169:14 170:14
170:15,20
171:4,7,10,12
171:18 172:8
172:11,12
173:13 175:10
176:17 177:14
177:17 178:4,5
179:1,1,11,17
180:1,16
181:18 182:18
182:19 183:8
183:20 184:12
184:15 186:24
188:14 191:15
191:21 207:6
207:14,18
208:15 209:3
211:12 219:8
226:18 227:3,5
229:6 230:23

235:4 239:5,15
239:19 240:7
241:2 243:19
244:19 247:12
248:4,6,13
252:1,2,4
258:3 260:10
260:20,23
261:4,5,12,22
261:24 262:3
262:14,19,24
263:3,11,19
264:5,20
266:13 267:19
268:24 269:19
270:8 271:4,23
272:20,24
275:13,15
276:2,8,10,16
276:18,22
277:16,21,24
278:4,5,6,9,17
279:7 281:24
282:23 283:18
283:24 284:2
284:12 285:6
285:10,15,24
293:19 305:14
306:15 313:16
316:16,18,24
349:3,4,9,16
349:22 350:3,5
350:17 351:3,7
351:11 353:12
353:14,16
358:21 362:7
362:17 363:15
363:19,22
364:6,14,21
365:3,13 366:2
366:10,11,12
367:9 376:7
379:11 380:17
381:3,16 387:4
**inflammatory**
37:17 77:19
78:9 92:3

129:22,24
130:4 136:20
154:22 163:10
165:8,18,20,22
168:15 169:7
169:11 170:24
171:19 172:24
174:12 175:7
177:23 178:9
178:11,18
188:20,23
189:4,8 192:4
197:5 204:13
205:7 206:2,7
207:1 209:9
211:15,16
230:17 233:8,8
238:8,23
239:11 240:2
240:15 241:17
242:1,9,12,20
243:10,13
245:2,19,22
246:1,6,7,12
247:8,17,18
249:10,15
250:20 251:15
252:13 253:7
253:17,24
255:13,14,21
258:10 259:1
259:10 260:13
260:16 261:19
264:10,16
265:9 268:7
270:6 271:13
271:21 272:8
274:4 275:11
275:12 276:16
276:21 277:2
278:18 281:22
282:17,21
283:3 284:6,21
289:5 315:2,23
316:2,13 365:8
367:13 374:18
375:5,24 376:5

376:10,15,21
377:12,22,23
378:18 379:2
379:17 380:10
380:23 381:10
385:8 387:12
388:15
**influence** 326:1
**influenced**
277:6 369:7
**info** 113:5
**infor** 118:10
**inform** 20:6
22:20 23:18,20
39:11 84:5
85:14,21
180:20
**inform-** 65:9
**information**
20:10 21:5
22:5 24:1,15
24:20 27:5
56:8 58:8 65:7
65:13 66:9
67:19 68:14
70:18 71:5,15
74:9,10 75:4
75:18 81:6
85:22 86:2,9
87:2 97:19
100:4 110:23
111:10 112:4
119:22 120:3
123:6,11,13
124:1,6,9
125:1 127:20
131:19 133:22
135:20 136:2
136:16 139:2
140:3 149:11
151:3 155:6,12
168:19,21
180:9 204:13
205:17 220:5
223:22 234:7
245:6,23 286:5
331:1,5 333:8

333:24 334:5,6
341:8 366:1
371:4 373:10
387:7 388:7
**informatory**
65:9
**informed** 83:20
**informing** 83:5
**infrequent**
104:23
**inhalation** 162:3
200:2 226:7
**inhaled** 199:19
200:5
**inherit** 334:20
**inheritance**
347:10
**inherited** 51:8
51:12,19 53:9
53:14 54:2
56:17,24 321:6
322:6,13
324:19 326:2
335:17 342:17
345:21 346:4
346:17 347:17
**inhibition**
270:19
**initial** 47:16,17
177:14 243:12
248:15 249:2
265:6,8 293:16
327:19 348:17
**initially** 47:20
**initiate** 242:13
243:20 253:8
**initiated** 77:17
78:7
**initiates** 239:15
**initiating** 265:4
**initiation** 117:1
117:16 118:11
156:1 204:15
260:17 262:22
263:6 306:1
348:17
**injected** 31:13

172:20 173:11
185:19 186:5
187:13 188:2
362:9,18
**injury** 163:10
171:20 238:22
317:12
**insert** 15:4
**inside** 61:16
251:14 317:8
317:17
**insight** 75:17
**instigate** 239:11
**Institute** 98:10
108:7,18 109:2
307:24
**institutes** 99:6
109:15
**institution** 98:6
98:9,15 101:9
101:21 299:12
299:17 300:16
312:18
**institutions**
104:1
**instruct** 44:14
292:15,24
**instruction** 63:2
293:1
**instructions**
61:19 62:5,20
**insufficient**
193:19 244:11
**insult** 78:6
171:20 344:7
**insulting** 235:8
**intact** 318:6
**integration**
95:22
**integrity** 318:5
**intending**
224:22
**intensity** 233:1
**interest** 299:14
299:16,21
**interested**
391:13

**interesting**
58:12 106:20
124:23 198:15
212:4
**interestingly**
223:20
**interpret** 213:1
**interrelated**
348:8
**interrupt**
272:13
**interval** 32:7
279:18 280:6
280:14 281:3
359:23
**intramural**
109:17
**introduce** 52:21
327:23
**introduced**
318:1
**introducing**
331:5
**introduction**
68:17
**introductory**
56:8 57:12
62:16 65:7
79:5 330:17
**invasive** 275:2
**inversely** 268:22
**investigate**
105:7 107:12
213:21,24
**investigated**
91:12 203:13
**investigation**
106:19 202:13
298:22 299:2
**investigator**
98:4
**investigators**
109:9 196:12
200:10 250:15
**invoice** 16:17
**invoices** 4:18
15:18 16:8,12

17:23 18:3,18
102:14
**involve** 103:24
**involved** 91:7
347:11 348:16
363:17 364:5
365:23 366:3
372:13
**involvement**
16:21 89:17
310:10
**involves** 99:5
**involving**
104:12 128:8
175:24 299:9
304:8
**iPad** 11:10
**irrelevant** 90:9
**irritants** 387:3
388:13
**ISI** 121:10
**isolation** 96:12
**ISRTP/FDA**
201:1
**issue** 342:5
381:12
**issues** 8:20
147:4
**it'd** 217:5
**It'll** 135:4
**Italian** 124:24
125:9
**items** 11:7 13:2
330:8,21

_____
**J**
_____

**J** 2:11 3:5
372:14,14
**J.D** 2:8
**Jackson** 2:7
**JAMES** 3:9
**James.mizgal...**
3:10
**January** 1:11
7:5 16:10
265:22 373:4
**Jennifer** 2:5

16:24 17:2
Jennifer.emm...
  2:6
JERSEY 1:2
Jewish 340:20
Johnson 1:4,4
  2:13,13 7:9,9
  8:3,3 127:4,4
  127:13,13
  128:20,20
  129:6,6 130:9
  130:9,19,20
  134:5,18 135:1
  135:1,8,8
  138:11,11
  139:5,5 151:5
  359:1,1,20,20
  384:17 386:5
  387:16
Johnson's 134:5
  134:18 151:5
  161:7 384:17
  386:5 387:16
joining 310:22
  312:16
journal 25:4,9
  83:20
journals 121:8
Jude 323:20
judge 292:16,24
Judith 5:9 49:21
  50:10
Julie 3:18 7:3
July 101:2
  102:13

——————
K
——————
K 2:5
keep 29:15 55:4
  56:14 170:2
  237:2
KELLERT 2:18
Ken 307:5 368:7
KENNETH 3:5
Keskin 35:24
key 209:24
  269:20

Kferguson@g...
  3:5
kids 71:6
kin 391:12
kind 88:1 307:9
  307:11,11
  308:7 375:3
know 10:17,24
  12:19 13:13
  17:10,17,18
  18:3 22:1 27:7
  35:23 36:10
  39:1 41:4,5
  44:22 49:4
  59:15 81:23
  88:2 89:20
  101:4 106:7,14
  106:14 108:15
  111:24 112:4
  115:15 121:5
  125:23 127:1,7
  128:18 129:19
  132:17 137:11
  138:5,12 140:1
  145:5 148:11
  154:10,18
  160:2 166:3
  167:14 168:14
  168:21 171:6
  174:3,13 175:1
  175:10 177:19
  178:1 181:8
  185:6 186:17
  194:2 197:3,18
  198:13,18
  200:19 201:8
  204:12,23
  209:23 210:4,7
  211:1,9,21
  214:4,6 216:17
  222:5 234:9,13
  235:23 236:4
  241:5 249:3
  252:7 253:21
  255:12,24
  259:2 265:4
  266:4 270:18

280:13,19
281:3 292:7
297:13,15
300:3 307:6,13
307:15,18
311:5 316:7
319:16 326:5
334:3 337:24
342:5 347:5
348:3 349:15
353:20 361:3
363:21 366:17
374:21 380:7
387:14
knowing 49:16
  110:19 144:17
knowledge
  12:17 64:16
  66:9 75:19
  99:23 102:3
  103:23 107:8
  107:21 110:9
  127:21 152:1
  160:4 171:7
  175:2 295:20
  329:22 331:6
  336:12 353:22
  392:4
known 17:6 73:3
  73:12 89:3
  107:6 140:17
  179:18 183:13
  242:22 248:13
  310:7,9 313:16
  313:22 314:2
  320:10 330:23
  385:8
knows 291:20

——————
L
——————
lab 213:6,6
  308:10 309:8
  319:2
label 193:12
  203:9
labeled 209:22
laboratories

98:18,20 99:2
308:20
laboratory 89:1
  99:21 213:8
  308:1,11,12,17
  308:17,18
  309:2,3,6,7,12
  309:17,21
  310:4 318:20
laboratory-de...
  309:22
labs 99:14
lack 202:8
  216:17
lacked 194:16
lacking 201:11
  202:3 203:16
  204:19 206:19
  278:20 281:23
  284:22 373:20
  374:3,9
lacks 196:6
language 59:19
  62:15 65:15
  68:17 79:10
  82:5
laptop 11:16,21
  11:23 12:3,6
  12:15
large 26:23
  61:17 62:3
  69:21 73:2,11
  74:8 107:22,23
  115:24 119:23
  120:4 347:9
  348:20 387:2
large-scale
  220:2 348:11
largely 115:16
larger 161:1
  236:6
largest 99:4
late 85:2 322:3
  389:20
late- 172:7
latency 172:7
  186:18 224:2,8

234:6,10,13
256:5
Lau 181:20
  182:11 241:14
  376:11
launch 310:5
law 11:3
lawyer 122:2
  372:14
lawyer's 12:3,6
lawyers 17:9,16
  17:20 18:18
  19:20 84:18,24
  91:11 93:4,17
  95:16 96:8
  102:15 121:15
  122:4 123:21
  124:17 142:13
  142:21 143:22
  144:5 181:9
  256:22 297:11
lay 68:17 79:17
layman's 65:15
layperson's
  171:3
LDTs 309:23
lead 99:3 109:23
  115:4,5 117:10
  128:4 150:21
  162:20 166:2
  169:14 181:18
  188:3,24 189:5
  189:21 191:15
  201:10,18
  202:2 203:15
  204:19 206:18
  226:18 229:6
  261:17 335:2
  373:19 374:8
  381:15
leading 25:19
  37:4 64:10,22
  94:20 95:1
  106:8 111:19
  111:20 112:9
  176:6 207:6,14
  315:17 374:19

Shawn Levy, Ph.D.

Page 419

375:5
**leads** 26:11 32:2
36:1,12 37:9
114:1 129:17
170:15 174:18
178:6 209:3
282:17 315:2
380:17 381:4
**learned** 352:19
**leaving** 311:17
312:13
**Leavy** 204:16
**led** 29:24 32:23
34:13 35:12
374:24 375:11
376:16 377:12
**left** 56:16 182:7
**Leigh** 2:4 16:24
17:2 332:7
**Leigh.odell@...**
2:5
**lend** 385:10
**length** 228:18
230:19 247:16
248:2,4
**lesions** 305:13
305:16,19
306:4,6,13
362:18
**lesser** 148:9
**let's** 12:11,14,14
15:24 49:20
50:20 53:19
55:4,11 56:14
56:23 59:22
61:15 63:20
71:23 75:5
82:9 86:22
141:24 147:19
169:23 170:2
197:13 272:7
326:11 334:13
342:1 343:3,20
348:22 352:2
**letter** 83:13,18
84:8 194:11
195:16 357:12

357:15,16,20
359:3,7 372:20
**level** 154:7,9
155:18 172:8
232:19 243:8
248:19 308:19
319:11 360:4
**levels** 258:12
**Levy** 1:14 4:16
4:18 7:12,17
7:24 8:5 15:20
18:8 29:9,22
32:18 44:9
72:6 88:11
93:16 110:3
111:6,14 116:6
117:8 122:21
125:15 158:14
170:9 179:22
183:20 203:23
204:16 260:19
272:15 291:6
292:12 307:4
357:3 359:11
362:22 363:18
368:9 369:23
372:8 374:17
376:12 387:22
389:19,21
392:3,22
393:16
**Levy's** 77:9
**LHG** 1:7
**Liability** 1:6
7:10
**libraries** 121:23
**lies** 363:12
**life** 318:13
**lifestyle** 313:14
318:17 319:8
319:20 320:16
**lifetime** 227:12
234:5 254:12
324:5 337:2,19
**lifted** 48:8,11
**light** 200:24
**likelihood** 131:7

224:19
**limita-** 290:19
**limitation**
160:13 189:14
212:14 276:14
292:2 293:10
377:19,20
**limitations**
32:13 186:13
186:15 190:4
210:3 214:6
290:17 293:2
**limited** 9:21
115:17 127:8
139:16 156:9
165:17 167:16
175:1 186:15
224:9 225:4,11
230:24 261:10
266:23
**Lin** 272:3
**line** 24:14
167:13 337:1
**linear** 160:21
**lines** 210:3,4
215:11 247:24
320:24 323:9
331:23,24
360:16,21,23
361:1 376:6
380:5
**link** 221:11,23
222:7
**linked** 179:11
278:16
**linking** 278:18
284:21
**Lisa** 75:7
**list** 12:24 13:10
39:4 40:8
122:9,13,20,22
330:20 348:19
387:23
**listed** 41:7 84:16
138:7 330:9
387:2,3
**listen** 135:4

**listing** 43:14
333:4,24
**lists** 386:23
**literature** 12:23
12:24 37:1
39:4 46:7,21
48:18,20 50:13
50:14 69:21
93:18 95:6,8
96:13,19
114:19 119:9
119:21 120:17
120:18 121:2,6
121:14,16
122:13 123:4,8
124:8 125:7,12
128:6 132:23
133:21 138:20
139:15 143:4
144:6,8 145:10
148:3 149:6
152:9 154:12
159:7 160:5
161:21 166:4
167:14,15
173:17 174:14
175:21 177:15
178:15 193:21
202:9,14,20
203:6,13 204:2
204:11 207:13
220:1 242:6
252:6 255:13
256:3 279:1
286:15 289:22
290:10 293:17
293:18 294:12
295:1 305:16
314:12 325:12
331:7 334:2
350:23 355:14
356:5,8 357:21
358:3,6 359:2
359:8 364:2,11
364:15 365:1
365:24 366:4
367:7 373:2,6

373:11 375:11
381:2,19,20
382:18,23
384:11 385:22
**literature-cited**
122:20
**litigation** 1:6 7:4
7:11 8:12 17:3
54:21 63:13
69:19 91:11
181:10 187:8
257:1,6 266:2
296:2 298:13
363:18 364:5
**little** 152:24
158:9 168:12
236:13,15
238:14 298:21
307:16,23
310:12 324:15
327:24 346:9
368:13
**live** 322:3
**lives** 227:10
**LLP** 2:7,14,17
2:20 3:3,8,12
**LNP** 275:2
**local** 238:22
**location** 232:20
**logical** 199:11
**Lois** 1:19 3:21
7:15 391:18
**long** 161:22
166:11 224:11
228:14 233:1
303:8 319:13
**longer** 106:21
158:10 191:10
212:23
**longest** 359:22
**Longo** 40:13,15
40:20 41:5,9
41:12 42:17
43:1,8 45:4,9
45:11,14,20,21
46:8,16 47:2,4
47:8 130:7

370:7 383:4,7
383:12 384:2,6
384:8,21
385:16
**Longo's** 45:24
370:12,18,24
**longstanding**
161:22
**look** 20:14,16,21
20:24 29:2
30:6 38:1
50:20 53:12
64:7,19 71:23
75:1 110:3
122:8 123:22
124:13 128:11
145:6 160:17
160:20,22,24
175:21 177:15
186:16 204:24
214:24 221:9
229:4 236:3
248:13 256:5
266:8 272:7,9
276:7 277:4,9
301:16 302:12
313:5 325:14
326:11,15,24
327:10 328:23
330:4,15
331:15,20
334:13 337:9
339:16 343:20
348:10,22
350:19 351:19
355:15 357:19
358:5 360:8
362:21 369:1
372:19 386:9
**looked** 32:6
67:17 68:4
69:18,20,20
128:14 146:20
152:8 160:9
166:4 173:2
188:1 200:5
224:10 226:7

249:16 256:24
277:1 284:5
297:20 306:12
306:13 355:1
376:5,7 384:7
384:15
**looking** 24:8,13
29:10 30:5,18
31:4 33:17
42:16 58:17
60:20 63:23
110:23 132:7
179:14 181:19
181:24 182:11
202:24 213:14
233:21 252:16
265:15 273:21
280:4 293:17
295:24 313:7
325:11 338:19
348:1 351:23
362:4,11
368:15
**looks** 16:16
17:22 18:2
234:3
**loop** 303:11
**Loss** 64:1
**lot** 361:21
**love** 158:6
**low** 268:17
328:18 330:7
330:18 338:2,6
**lowering** 270:7
**LUNCH** 166:19
**lung** 4:24 21:22
106:22,23
165:19 176:5
176:18 234:13
**Lynch** 343:21
343:24 344:9
344:23 345:2,5
345:10,13

— **M** —

**M** 2:11,15
**M.D** 88:14

**machine** 391:5
**macrophages**
191:23 192:6
264:14 348:24
349:3,11
**magnitude**
236:7 247:21
248:5,20,24
258:15 259:11
361:4
**major** 99:3
275:16 276:2
281:24 284:3
304:9 317:7
327:2
**majority** 98:12
123:12 127:9
231:6 266:1
300:13 387:1
**making** 52:4
118:24 235:9,9
244:16 267:23
267:24 319:10
345:16 393:7
**malignancy**
243:15 327:3
**malignant** 114:2
115:10 169:5
169:10 243:15
328:14
**managed** 299:21
**management**
98:17
**manages** 299:16
**MANGES** 2:14
2:17
**manner** 52:22
140:21,24
**MANSUKHA...**
3:3
**manu-** 25:23
**manuscript** 5:3
5:17 23:8,9
25:24 83:6,8
83:18 84:19,23
85:5,13,14,23
86:2,5 87:8

302:13 303:4
363:6
**manuscripts**
370:15 376:9
**maritime**
213:17
**mark** 16:7 30:11
33:5 49:20
72:1 76:1
135:1 141:24
190:19 192:23
208:10 326:16
326:17 360:11
**marked** 14:9,12
14:22 16:5
19:4,8 21:15
21:17 22:23
23:4 30:14
33:8 38:4 48:2
49:1,23 50:8
59:8,10,23
72:4 75:11,15
76:5 82:19,24
86:16 87:15
96:24 142:3
185:8 190:17
193:1 208:8,24
218:10,12
249:22,24
270:23 271:1
301:18 326:19
327:7 357:12
367:23 368:7
**marker** 183:12
**markers** 128:12
177:23 179:16
179:18,19
264:19 319:4
**Marketing** 1:5
7:9
**marking** 16:2
367:20
**MARTIN** 2:8
**match** 68:9
**material** 132:23
180:15,16
291:23 296:6

367:4
**materials** 13:18
15:7,13,14,19
24:6 38:10,13
38:18,21 39:1
183:5 292:8
296:7,9 303:7
316:6 379:11
**math** 337:21
**matrix** 362:20
**matter** 7:8 18:7
22:17 23:19
25:13 232:1,9
307:6 370:4
391:4
**matters** 371:23
**maximum**
150:24 162:11
**Mayo** 5:11
58:20,23 59:5
59:12,19,23
60:3,13,15
61:16 62:11,19
63:14,22 64:5
64:14 65:3,20
66:10,14,23
67:19 68:9
69:5
**Mbarrie@bur...**
2:9
**MC** 328:20
**MDL** 1:9 7:11
22:20 40:4
46:9
**MEAGHER**
2:20
**mean** 53:16 54:4
64:9,21 70:4
70:16,18
108:14 112:20
119:13 120:15
121:18 125:16
139:19 167:11
187:5 245:21
262:2 264:9
272:12 277:21
296:1 317:19

Shawn Levy, Ph.D.

317:20 320:6
335:24 336:11
377:16
**meaning** 17:16
87:10 98:11
112:23 120:16
131:3 151:11
169:8 185:1
278:4 319:19
321:18 322:2
**means** 70:13
80:19 108:16
133:10 232:17
308:21 323:15
**meant** 131:22
**measure** 212:15
285:14 317:23
317:24
**measurement**
318:2 323:1
**measurements**
180:15 285:23
**measures**
212:16
**mech-** 232:14
**mechanism**
20:11 21:6
24:2 26:5
92:10,14 94:1
94:10 95:12
101:16 107:12
113:3 114:4
116:18,20
117:6 126:4,9
127:24 129:18
135:17 136:3,7
137:10 140:18
143:12 145:22
146:2 150:20
151:10 155:24
156:9,15,16,18
156:21 157:1
157:11,19
159:13 163:2
164:18 167:3,8
167:10,18,23
168:23 176:17

177:13 184:11
201:10,17
202:2,8 203:15
204:18 205:13
205:19 206:14
206:18 210:19
210:20 219:2
219:15 220:4
220:20 222:5
225:5,7,11
226:1,16 227:3
227:14,18
228:21,24
229:18 230:13
230:13,15,17
233:20 234:9
234:20 235:16
237:23 238:3
239:18 242:4
242:10,20
244:3,15
245:13 246:9
247:13,24
249:2 251:24
252:1,5 253:20
255:11 257:15
260:3,7,15
261:16 265:16
266:14,21,23
267:3,9,10,15
267:20 268:2
268:13 275:8
277:11 278:9
278:12 282:11
284:10 286:18
286:19,23
287:6,10,14,18
288:1,10 289:4
289:4,8,23
290:9,10,12,15
290:19 292:4
293:4,11,16
294:2,13,17
295:8 296:1,17
315:23 325:2,8
325:23 326:1
353:5 365:5

366:6,9,14
373:19 374:3,7
375:10 381:22
382:15 385:11
385:12 388:15
**mechanisms**
52:20 91:12
113:24 162:15
167:4 210:7
233:7 247:11
284:15 290:4,7
314:22
**mechanistic**
95:23 106:16
232:14 259:24
262:8
**mediated**
248:15,16
**mediator** 351:1
385:8
**mediators**
238:23
**medical** 97:4
172:19 310:14
**meet** 108:12
139:3 223:24
**meetings** 9:20
**Melville** 2:11
**member** 89:13
98:5 103:13
**members**
101:12 103:10
104:1
**membership**
91:4
**mention** 208:6
385:24
**mentioned**
84:12 99:11,14
113:4 115:10
139:5 148:22
176:8 179:5,14
182:8,22 184:2
207:10 208:11
260:1 263:14
321:22 339:9
342:12

**mentioning**
324:1
**Merritt** 6:13
271:3,9,19
272:4,7 279:5
279:11 281:19
282:4 283:10
283:12
**Merritt's** 284:20
**mesothelioma...**
174:1 176:7
**meta** 224:4
377:4
**meta-analysis**
5:4 23:11
161:2 220:2,19
224:17 237:22
256:15 265:21
376:13
**metabolomic**
319:4
**metal** 133:11
234:18 353:16
380:22
**metals** 127:14
127:23 133:7
133:18 136:9
136:21 137:3
137:14 146:11
154:2 352:21
353:8,12,18
381:3,7,15
382:4
**metastasis**
366:15
**method** 140:23
141:18 318:6
**methodologic...**
379:15
**methodology**
117:3,19
118:16 121:1
140:6,12,13
141:15 143:2,5
143:10,13,15
143:23 150:13
188:15 204:7

220:8,14
222:15 233:18
255:3 258:23
282:3 283:16
295:9 365:18
365:20,23
366:3,16
379:10
**methods** 87:11
141:10,14
143:19 220:16
378:23 379:12
**microenviron...**
77:18 78:8
**micrograms**
360:17,18
361:12
**micronized**
196:12 197:21
**microphone**
79:14
**mid** 322:2
**mid-'80s** 176:1
**middle** 72:13
233:24
**midway** 368:12
**migrate** 162:2
165:4 226:17
231:13 304:12
304:16
**migrates** 165:3
199:17
**migration** 162:6
162:7,14
199:22 227:1
304:24 305:6,8
**milieu** 106:8
108:2 137:16
235:13 369:8
**milliliter** 360:17
360:18 361:13
**mimic** 184:22
**mimics** 191:11
234:11
**mind** 9:16
105:19 147:8
171:13 184:13

Shawn Levy, Ph.D.

185:11 218:5
228:13 245:1
247:7 285:5
291:17 300:1
301:17 389:18
**mindful** 158:10
**mine** 10:17
141:5 371:24
**mineralogy**
384:1
**minerals** 383:21
384:4
**minimal** 162:11
**minimum**
100:23 150:24
229:24
**mining** 307:7
**minority** 127:9
**minus** 319:6
**minute** 182:3
**minutes** 79:21
158:6,7 236:13
236:23 237:3
349:21 356:17
367:16
**mismatch** 344:9
**Misrepresents**
53:5
**missing** 87:5
218:6 261:21
377:9
**Misstate** 175:18
**Misstates** 63:16
67:22 117:12
118:21 131:17
132:3 149:22
152:4 153:20
180:6 202:17
205:21 214:22
230:10 248:8
251:22 275:20
296:4 383:15
**mistake** 332:13
**mistaken** 342:10
**mitochondria**
316:9 317:9
**mitotic** 31:11

188:10
**mixture** 213:16
**MIZGALA** 3:9
**model** 32:8
184:5,21 186:9
186:10 190:2
267:22 268:7
304:9 350:4
376:5
**modeling** 185:3
**models** 24:18
120:1 350:10
350:13,16,23
351:2
**modest** 100:24
**modified** 41:1
**modifiers** 343:7
**modulate**
319:18
**molecular** 5:17
83:9 84:13
107:2 115:5
177:22 179:16
232:19 285:20
285:21 301:4
328:16 365:4
**moment** 31:7
45:18 52:3
113:4 129:15
148:23 175:22
208:12 252:17
272:6,11,14
303:24 326:5
369:24
**money** 300:20
**monitor** 134:24
**monograph**
366:22
**Monroe** 1:16
**Montgomery**
2:4
**month** 32:7
**months** 32:7
**Moorman**
288:18,22
**morning** 7:24
8:1 19:2 22:9

23:14 82:21
83:24 185:18
**morphologic**
328:16
**move** 304:3
352:2
**moved** 13:11
311:13
**mu-** 323:5
**mucin-16**
183:13
**mucin-coding**
331:17 332:15
**mucinous**
328:20
**multi-subunit**
73:2,11
**multiple** 358:7
**multitude**
113:23
**mutagenic**
77:16 78:6
238:24 355:20
356:2
**mutated** 217:15
331:2
**mutation** 53:14
54:2 56:10,17
57:1 64:8,21
242:24 313:8
315:3,6 320:5
320:21 321:2
321:14,17,20
321:23 322:6
322:13 323:5
324:19 325:5
336:11,13,20
339:7,24
340:22 341:19
342:18 345:8
346:17
**mutations** 51:3
51:13,20 53:10
55:8,14,20
60:10,17,23
260:2 313:17
314:11 320:19

326:2 334:20
335:1,7,10,12
335:18 336:1
338:9,11,21
340:6,8,14
343:9 344:9
346:4 354:21
**Myriad** 345:20

_____
### N
**N** 2:1 3:1 4:1 5:1
6:1 109:13
**N.W** 3:13
**name** 7:2 8:2,24
50:18 89:6,11
104:22 145:11
307:5 347:17
347:21 351:20
377:13
**name's** 49:5
**named** 89:20
308:16
**names** 127:3
**naming** 322:22
**NAPOLI** 2:10
**narrative**
362:13
**narrowing**
114:14
**narrows** 115:13
**nation** 99:5
**national** 99:5
108:7,18 109:2
109:15
**natural** 258:12
**nature** 8:10
98:11 202:7
234:21 377:23
**NCI** 108:6,14
109:8,10,12,13
109:17,22,23
110:3,7,11
111:1,4,7
**NCI-designated**
108:9,9
**nearly** 61:24
62:10 123:12

329:2 332:18
**necessarily**
26:12 66:8
103:22 109:12
115:12 163:7
164:6 169:9
174:9 250:20
253:6 258:21
264:21 270:4
270:20 325:24
339:23
**necessary** 50:16
94:21 114:5
118:11 153:17
155:17 163:18
165:12 171:8
180:11 184:13
222:12 243:14
246:18 252:8
363:22
**need** 10:23
20:16,21 21:10
27:22 30:6
42:13 69:10
157:1 170:3
172:1 190:14
218:3 237:1
254:2 272:6,11
272:14 276:14
313:13 322:18
379:8,9,9
**needed** 55:8,14
55:20 95:2
157:14 159:1
**needs** 162:7
**negative** 200:13
274:10 312:18
**neighborhood**
347:23
**neighboring**
165:7,16
**neither** 35:23
44:4 312:9
391:11
**neoplasia** 31:15
187:21
**neoplasm** 26:1

30:21 31:3
187:13,16
**neoplasms**
328:15
**neoplastic** 25:19
26:11 27:10
30:1 32:3,23
33:2 34:14
35:15 37:5,9
185:18 186:4
190:9,24
363:14
**neurological**
96:1
**never** 92:9,13
311:22
**new** 1:2 2:11,18
2:18,21,21
193:20 318:19
373:5,6
**nice** 14:4
**nickel** 366:23
367:8,11
380:17,22
**Nicole** 84:15
**NIH** 111:8
**nine** 98:22 311:9
**NJ** 2:15
**Nods** 10:15
11:17 156:23
302:19
**non-asbestifor...**
197:10
**non-finalized**
47:1
**nonasbestiform**
383:22 384:4
**nonasbestos**
197:20
**nongenetic**
343:1
**nonlitigation**
296:15
**nonpapillary**
31:12
**nonprofit** 98:9
**nonresponsive**

269:12 270:15
**nonsteroidal**
268:21 269:16
**normal** 62:21
63:3 209:20,23
217:4 218:6
252:21 317:5
317:11 360:14
**normalization**
212:13
**normally** 363:11
**notably** 369:12
**Notary** 1:21
**notation** 203:1
**notations**
333:21
**note** 88:6
**noted** 7:13
362:19 392:5
**notes** 14:5
301:19
**notice** 1:15 4:14
14:10,21 15:6
15:15,19 23:2
38:8 39:18
62:10 234:9
300:13
**notorious** 210:5
**novel** 289:9,19
**November** 20:2
39:13 41:1,10
42:17 43:9
84:6 85:15
180:2 245:18
**NSAID** 268:10
268:16 270:8
270:16
**NSAIDs** 6:14
268:6,9,19,21
269:7,12,16
270:1,11 271:4
**NTP** 6:3 35:24
181:23 182:16
190:7,20
191:16 192:3
192:12 193:4
193:22 194:7

195:9 198:23
200:8,15 201:2
206:3 207:20
**nucleotide** 343:4
343:8,15
**number** 4:13,15
4:17,19,22 5:2
5:6,8,10,12,14
5:16,20,22 6:2
6:4,6,8,10,12
6:16,18 7:11
9:20 14:11
16:4 19:7
21:14 23:3
26:23 30:13
33:7 37:2 38:9
43:12 49:22
59:7 61:17
62:3 66:12,13
66:21,23 67:17
68:8,10 69:21
70:24 72:3
74:10 75:14
81:24 85:19,20
91:8,24 105:21
106:6,11
107:23,23
109:3,8 110:6
115:24 119:23
120:4 121:11
123:5 128:7,9
129:4,5 137:22
142:2 146:19
157:7,13,22
159:9,24,24
168:7,10
174:23 175:11
177:19 186:20
190:16 191:4
192:24 201:9
206:3 208:7
211:9 217:15
218:9 222:23
224:9 227:4,12
227:19 229:24
230:18 234:5
249:21 252:8

263:23 270:22
277:4 279:1,12
279:21 288:3
296:21 310:5
310:21 311:24
312:16,19
313:7 314:3
319:8 326:18
329:21 330:8
347:9 348:1,12
348:20 350:13
357:13 367:3
367:22 368:15
368:16,17
369:9 374:2
376:4 377:17
381:6 384:12
387:2
**numbers** 161:1
281:15 387:3
**numerous**
365:19
**Nunes** 6:17
326:21 327:6
327:10 328:24
330:14 331:9
331:21 333:5
333:11,21
334:1,4,9,18
**nutritional**
213:6
**nutshell** 108:22

————————
**O**
————————
**O'Dell** 2:4 4:6,8
12:7 13:5 15:3
15:17 18:5
20:15,20 21:8
22:2 25:21
27:11,20 28:1
28:6,12,16,20
28:24 29:11,18
31:20 32:4
34:15 36:4,14
36:23 37:11
40:16 41:14,21
42:4,9 43:22

44:8,19 45:6
46:11,18 48:9
48:15 49:14
52:12 53:3
54:13,22 57:18
57:24 59:2
61:2,8 62:12
63:8,15 65:4
65:22 66:15
67:1,9,21
68:12 69:1,6
70:9 71:7
74:16 76:18,24
77:5,11 78:17
78:23 79:13,19
80:5,12,24
81:20 87:16
88:7 89:15
90:5 91:15,21
92:16 93:7,21
94:13 95:3
97:10 99:16
103:18 104:6
104:13 105:12
107:18 110:15
113:7,18
116:10 117:11
118:3,20 120:8
126:15,21
127:15 128:22
130:10,13,22
131:15 132:2
133:13,19
134:7,19 135:9
136:11 137:4
138:17 140:9
141:4 143:6
144:1,12,18,23
145:18 146:7
146:17 147:16
147:24 148:19
149:4,18,21
150:16 151:18
152:3,16 153:9
153:19 155:3
155:14,20
156:12 157:2

Shawn Levy, Ph.D.

| | | | | |
|---|---|---|---|---|
| 157:16 158:4 | 253:12 254:5 | 356:15 357:2 | 89:16 90:6 | 261:14 262:5 |
| 158:13 159:4 | 254:24 255:9 | 358:1,12 359:9 | 91:16,22 92:17 | 263:22 264:24 |
| 159:20 160:11 | 255:19 257:3 | 360:7 361:17 | 93:8,22 95:4 | 266:4 267:1 |
| 161:11 162:23 | 257:20 258:5 | 363:4 364:19 | 97:11 99:17 | 270:3 271:17 |
| 164:3,12 | 258:19 261:6 | 365:17 367:6 | 103:19 104:7 | 275:20 276:13 |
| 169:16 170:6 | 261:13 262:4 | 367:24 368:5 | 105:13 107:19 | 279:10 280:17 |
| 170:16 173:6 | 262:15 263:21 | 369:21 370:11 | 110:16 113:19 | 280:21 281:9 |
| 173:14 174:19 | 264:23 266:3 | 370:23 371:10 | 116:11 118:4 | 282:7 283:20 |
| 175:17 177:9 | 266:24 267:12 | 373:13,21 | 118:21 120:9 | 285:17 287:3 |
| 178:7,21 180:4 | 269:1 270:2 | 374:4 375:7 | 126:16 128:23 | 287:23 289:1 |
| 182:5 183:22 | 271:16 272:10 | 376:2,17 377:2 | 130:23 131:16 | 289:12,17 |
| 185:10,21 | 274:18 275:19 | 377:14 378:5,9 | 131:16 135:13 | 290:21 293:14 |
| 188:4 189:1,11 | 276:12 279:9 | 379:6,18 380:1 | 136:12 138:18 | 294:5,19 |
| 190:11 191:1 | 280:9,16,20 | 380:11,19 | 144:2,13 | 295:19 296:4 |
| 191:17 192:13 | 281:8 282:6 | 382:11,24 | 148:20 149:5 | 296:12,19 |
| 193:23 194:19 | 283:19 285:16 | 383:14 384:9 | 150:17 151:19 | 298:15 299:1 |
| 194:23 195:22 | 286:11 287:2 | 384:24 385:19 | 155:4,15 | 302:21 303:2 |
| 197:15 199:9 | 287:22 288:24 | 386:7 388:3 | 161:12 162:24 | 303:20 304:18 |
| 200:16 201:5 | 289:11,16 | 389:4,9,12 | 169:17 170:7 | 305:2 306:9,17 |
| 202:4,16 | 290:20 291:1,9 | 390:4 | 170:17 173:7 | 314:1 316:21 |
| 203:17 205:20 | 292:5,19 | **oath** 9:17,18 | 173:15 174:20 | 318:11 324:24 |
| 206:20 207:8 | 293:13 294:4 | 10:1 11:1 | 175:18 177:10 | 329:5,12,17 |
| 208:17 209:4 | 294:18 295:18 | **OB-GYN** | 178:22 180:5,5 | 332:21 333:2 |
| 209:15 210:14 | 296:3,11,18 | 257:11 | 183:23 185:22 | 333:23 335:15 |
| 212:1 213:12 | 297:14 298:14 | **obesity** 313:15 | 189:12 190:12 | 336:4 337:16 |
| 214:20 215:9 | 298:24 302:20 | 313:21 314:4,7 | 191:2,18 | 340:12 341:15 |
| 215:18 216:4 | 303:1,19 | 314:11,14,18 | 192:14 199:10 | 342:3,23 345:4 |
| 216:23 217:12 | 304:17 305:1 | **object** 13:6 21:9 | 200:17 201:6 | 345:15 346:20 |
| 217:20 220:12 | 306:8,16 | 22:3 25:22 | 202:5 205:21 | 349:13 350:8 |
| 221:6,14 222:1 | 313:24 316:20 | 27:21 31:21 | 209:5 210:15 | 351:13 352:14 |
| 222:21 223:18 | 318:10 320:12 | 32:5 34:16 | 214:21 215:10 | 354:2,11,23 |
| 225:2,16,20 | 321:9 324:23 | 36:5,15,24 | 215:19 216:24 | 355:12,22 |
| 226:20 227:21 | 325:20 328:3 | 37:12 43:23 | 217:21 220:13 | 373:14,22 |
| 228:15 229:8 | 329:4,11,16 | 44:14 45:7 | 225:3,17 | 374:5 375:8 |
| 229:13 230:6,9 | 332:1,9,20 | 46:12,19 48:10 | 226:21 228:16 | 376:3,18 377:3 |
| 231:3,15 232:3 | 333:1,22 | 48:16 49:15 | 229:14 230:7 | 377:15 378:6 |
| 232:11 235:20 | 334:14 335:14 | 52:13 54:14 | 231:4,16 | 378:10 379:7 |
| 236:11,20,24 | 336:3 337:15 | 57:19 58:1 | 235:21 238:17 | 379:19 380:20 |
| 238:16 239:6 | 340:11 341:2 | 59:3 61:3,9 | 239:7 241:21 | 383:1 384:10 |
| 240:11,20 | 341:14 342:2 | 63:9 65:5 | 242:16 243:22 | 385:1,20 386:8 |
| 241:7,20 | 342:11,22 | 66:16 67:2,10 | 245:4 246:24 | **objected** 15:5 |
| 242:15 243:21 | 345:3,14 | 67:22 68:13 | 248:8 250:6,10 | **Objection** 53:4 |
| 245:3 246:23 | 346:19 349:12 | 69:2 70:10 | 250:22 251:7 | 54:23 62:13 |
| 247:9 248:7 | 350:7 351:12 | 71:8 74:17 | 251:17 252:15 | 63:16 65:23 |
| 250:5,9,21 | 352:13 354:1 | 78:18,24 80:6 | 253:10 255:10 | 69:7 81:21 |
| 251:6,16,20 | 354:10,22 | 80:13 81:1 | 255:20 257:21 | 94:14 104:14 |
| 252:14 253:9 | 355:11,21 | 87:17 88:8 | 258:6,20 261:7 | 113:8 117:12 |

Shawn Levy, Ph.D.

126:22 127:16
130:11 132:3
133:14,20
134:8,20
135:10 137:5
140:10 143:7
144:24 145:19
146:8,18
147:17 148:1
149:19 152:4
153:10,20
155:21 156:13
157:3,17 159:5
159:21 160:12
164:4,13 178:8
188:5 189:2
195:23 202:17
203:18 206:21
207:9 209:16
213:13 216:5
217:13 221:7
222:2,22
223:19 227:22
229:9 232:4,12
240:12,21
247:10 251:21
254:6 255:1
257:4 267:13
269:2 286:12
320:13 321:10
325:21 341:3
357:24 359:5
360:1 361:7
363:3 364:17
367:2 369:19
370:10,21
371:8 380:12
382:12 388:4
**objections** 15:6
15:8,11 29:16
29:19
**obliteration**
363:10
**observation**
31:22 176:20
179:7 197:9
211:6 212:4,17

222:5 269:9
283:3 333:9
369:2,5 376:21
381:24
**observational**
375:3
**observations**
116:1 167:20
168:20 172:7
210:18 211:8
213:3 225:7
236:1 283:10
284:1,9 323:18
329:21 376:10
**observed** 34:13
35:11 99:20
116:22 183:16
186:17 197:24
224:3 227:8
234:12 258:23
352:22 362:9
387:13
**observing** 33:1
133:1
**obviously** 43:6
177:2 350:2
**occasion** 353:8
**OCCC** 328:20
**occur** 162:6,8
164:2 227:1
240:5 344:13
**occurred** 189:21
363:7
**occurs** 227:5
**odd** 57:16
311:16
**offer** 112:1
161:6 162:11
234:19
**offering** 52:19
159:15 266:19
**Oh** 29:3 50:2
175:7 194:24
301:13 332:10
389:17
**okay** 8:10 9:9
10:7,14,19,21

10:23 11:5,15
11:23 12:2,5
12:19 13:14
14:5,8,20 15:2
16:14,23 17:2
17:15,22 18:12
18:17,21 19:3
19:15,23 20:9
21:17 26:13,21
27:7 30:11
35:10 38:1,3,8
38:24 39:6,15
39:24 40:3,22
50:3,22 51:11
60:9 71:23
73:20 77:6
80:21 84:5,10
88:1,14,20
89:7 93:3,16
94:9,16,22
95:14 125:19
138:4 141:13
141:21,24
147:4,9,19
164:23 167:21
169:12 170:1,2
193:10 232:16
238:13 240:15
240:24 241:16
301:15,22
302:16 307:8
307:13,14,20
307:21 311:18
312:24 313:20
324:13 325:11
325:15 326:11
326:24 327:17
327:24 328:13
328:23 330:11
330:14 331:3
331:11 332:14
335:20 339:8
339:19 342:9
343:20 348:22
351:18 352:3
359:18 360:24
361:18 383:11

**old** 26:20
**once** 8:9 43:21
**oncologist** 370:3
**oncology** 99:2
310:7 323:20
324:11
**ones** 263:16
**ongoing** 115:22
115:24
**open** 251:13
**operations**
312:6
**opin-** 93:24
**opine** 153:17
158:1 165:6
**opining** 184:10
188:12
**opinion** 13:16
26:6,10,14,16
27:1,4,6 36:7
36:20 38:21
59:4 65:11
86:1 93:24
94:18,24 95:8
95:17 96:20,22
102:7 110:8
111:14,16,18
111:23 112:1,5
112:21 114:12
117:4,9,14
118:24 119:3,4
121:2 122:6
124:4 126:11
126:18,23
127:12,18
128:19 133:4
135:6 136:2,6
143:11 145:15
145:22 146:13
147:20 150:19
151:8,11,21,23
152:6 153:12
154:8,20
155:22 156:3
157:10,19
159:15 160:5
161:7,14

162:11,19
163:1 164:8,17
164:23 165:2
174:17,21
175:5,15
178:17,23
181:17 182:18
183:7 186:23
189:8 190:8
191:13,20
192:3 200:20
207:17,23
209:11 219:1
223:2,6 224:22
225:10 226:9
226:14 227:17
228:11,18
229:3 230:22
231:20 232:22
235:2 236:1
239:14,17
241:1,16,24
243:18 245:8
246:5,20 247:6
247:20 250:8
250:19,23
253:5 254:8
259:16,19
260:15 261:10
261:15,18,22
261:24 262:8,8
262:13 263:3
264:6 266:22
267:2 271:22
285:19 286:9
287:5,7 288:14
290:12 293:22
294:22 297:23
298:16 325:4
325:18 351:6
352:5 353:22
354:9,12,17
355:19 358:20
363:18,21
364:6 365:2
367:8 373:18
387:21 388:1,5

Shawn Levy, Ph.D.

388:20,23
**opinions** 18:14
20:6 22:20
23:18 24:21
25:13 37:3
38:19 39:12
44:24 52:19
65:10 84:6
85:21 96:23
97:3,7 101:24
102:1,12 110:2
111:5 112:6
114:21 116:4
119:7 120:12
121:17 124:2
125:2,13 126:1
126:3 127:5
129:13 130:21
130:24 134:14
136:14,24
148:2 156:8
169:20 173:3
176:13 179:24
180:11,12
187:7 193:7
195:8 199:2,5
199:16 225:4
233:12 244:24
247:4 249:1
252:24 262:10
262:18 275:18
282:5 288:10
291:23 304:23
305:12 353:11
365:21 366:24
370:1,8,13
371:5,16,18,22
374:14 382:21
382:21 384:21
386:14,17
387:9 389:13
389:21 390:1
**opportunity**
43:11 47:3
85:20 87:23
97:14 98:19
134:11 154:12

170:4 180:24
198:12 288:19
301:10 302:11
311:23 312:5
372:1
**opposed** 199:18
**opposite** 269:23
274:6
**order** 28:2 313:1
332:23 333:14
333:20
**organism** 210:8
**organisms** 318:9
**organization**
54:17 58:7
**organized** 13:12
62:3
**organs** 165:16
205:5
**orient** 47:10
169:19 170:12
195:7 272:23
359:19
**OSC** 328:18
330:7,18
**OSE2a** 360:21
**outcomes**
108:21
**outside** 216:17
226:17 317:18
**ovar-** 282:21
**ovarian** 4:24 5:5
5:19 6:9,14
20:11 21:7,22
23:12 24:18
25:7,8 26:5,8
26:15,17 32:12
32:20 36:21
83:11 84:14
89:4,9,14,18
89:24 90:3,8
90:14,18,21,23
91:3,9,13 92:6
92:11,15,21,23
93:6,20 96:9
99:6,19 100:2
101:17 102:8

104:12,21
105:2,10,18,21
106:23 107:13
107:17,24
110:4,10,13,24
111:8,15 112:2
112:9,22 113:6
113:13,17,22
114:9,17
115:18,21
116:18,21
117:5,18,21
118:2,13,17
119:19 120:7
120:24 121:5
128:4 135:20
136:8 162:21
164:9 165:23
166:3 167:4,24
168:3 172:6
182:12,14
184:12,16
186:12 187:1
188:14 191:15
201:10,18
202:2 203:15
204:19 206:19
207:18 208:16
209:3,21,23
211:12 213:22
216:20 217:4,7
217:10,17
218:6,14 219:3
219:8,12
220:21,23
221:11,24
222:20 223:11
223:17 224:3
224:21,24
226:19 227:9
227:15 228:8
228:12 229:7
230:24 237:23
238:4,10
243:17 245:15
246:7 249:17
252:2,12,21

254:4 255:15
256:16,24
257:18 258:3
259:18 260:10
260:12,21,24
261:5,17,23
262:1,3,14,19
262:23 263:4,5
263:19 264:5,6
265:18 266:15
267:16 268:23
269:8,10,17,20
270:10 271:5
271:13,21,23
273:1,3,5,7,12
273:16,18
274:5 275:1,13
275:16 276:3,8
276:10,20,22
277:6,19,21
278:6,12,16
279:8,16,24
282:1,22,24
284:3,12
285:12,24
289:6,24 290:5
293:19 304:13
305:21,23
321:3 322:15
322:17,20,24
324:15,16,21
325:6 326:3,13
327:1,13 328:2
328:13,14
329:1,7 330:24
331:6 333:5
334:7 336:10
337:2,11,20
338:1 340:2
341:7 346:5,6
346:18 347:19
349:23 350:6
350:18 351:1
351:11 360:15
364:4,7 366:2
366:12 368:21
369:10 370:2

373:20 374:8
374:10,19
376:16 377:13
377:18 378:3
378:19 379:16
380:9,17 381:4
381:12,13,16
**ovaries** 31:13
199:18,20
226:13 231:14
253:8 254:22
278:19 281:22
284:22 362:10
362:18
**ovary** 31:14
32:3 37:18
114:1 116:8
161:18 162:4
162:16,22
163:8 164:1,11
164:21,24
165:9,13 166:8
166:11,12
187:21 199:24
200:6 226:18
277:22 278:10
285:7,15,24
304:16 362:5
363:12
**overall** 137:18
176:21 177:4
209:17 210:19
219:10 235:15
247:13 258:8
258:11 270:7
275:1 281:23
339:22 345:6
346:23 366:14
368:20 382:7
386:1
**overgeneralize**
216:16
**overlapped**
45:16 87:22
**overly** 312:4
**oversee** 99:1
**oversight** 98:17

**Overview**
327:13 329:1
**ovulation** 351:3
351:7
**owned** 308:15
**oxidation**
315:13
**oxidative** 87:1
238:22 316:5
**oxygen** 182:1,9
209:8 211:4,22
212:6 214:12
214:18 218:1
236:7 239:22
240:19 242:21
259:3 263:9
286:17 315:10
316:8,11,15,17
316:23 317:4,7
317:16,18
318:1,3,8,12
318:16 319:11
319:24 359:22
361:16

**P**

**P** 2:1,1,4 3:1,1
392:1
**P.C** 2:3
**p.m** 166:22
237:10,14
302:4,8 356:20
356:24 390:11
390:12
**p13/Ras/Notc...**
330:12
**p5-** 217:14
**p53** 216:21
217:4,9,14,18
217:24 218:6
321:22 334:21
335:11,17
336:1,16,19
338:21 339:8
340:10,19
342:17
**packaged** 61:17

**page** 4:2 5:13
18:3 24:8,13
24:16 30:12
31:4 33:11,18
35:19 50:20,24
51:3,7 53:12
53:19 54:1
55:5,11,12
56:15,24 60:3
60:6,9,20 62:1
63:1,20,22,24
64:19 71:12,24
72:1,8 73:8,22
75:5 76:9 77:9
78:3 112:10
119:6 122:12
122:16,18
123:16 124:15
124:20 125:15
137:22 138:7
138:16 147:7
149:16 187:12
187:17 191:21
193:16 194:14
194:22,22,24
195:1,5 196:3
200:9 201:8,21
203:2 204:24
219:16,20
221:9,15,18
238:1 250:13
269:13 271:8
272:19,21,23
274:14,16
275:24 278:13
281:20 313:5,8
320:3 326:12
326:24 327:1
327:10,12
328:4,9,23
330:6 331:20
332:4,7,8,15
334:13,13
337:1 338:8,8
347:7,8,8
348:22 349:19
349:19 350:22

357:5,15,19
358:5 359:17
362:12,13
367:17 368:11
368:14,15,16
368:17 370:19
372:16,19,20
372:21 373:10
373:10 374:1
**Page/Line** 392:6
**paid** 181:8
295:16
**panel** 200:24
212:8,8 310:7
310:11
**Paoletti** 124:15
124:18,22
125:2,8,24
**paper** 6:13
25:12,16,18
26:3,10,14,23
28:2,10 29:2,2
29:6,10,23,24
30:5,6 38:5,5,9
38:17 39:5,11
79:8 84:12
87:14 102:19
126:5,6 141:20
143:17 168:12
177:24 179:21
180:3,10,20
181:6,21 184:3
187:24 188:22
220:6,15 224:5
232:22 236:3,6
239:12 267:21
271:3 272:3,5
276:15 279:2,5
279:14,21
282:4,9,12,15
282:19 283:11
283:12,16,22
284:1,8,18
285:1,20
296:23 297:19
297:20,24
298:4,8 301:9

301:12 302:18
302:23 303:7
303:17,23
333:6 334:1
340:1 341:5,21
342:24 359:15
359:21 361:20
361:23 362:2,6
365:5,12
367:16,17
368:1,8,12
369:5 374:18
374:22 378:14
378:22 379:12
379:14
**papers** 121:21
263:8 283:13
284:8 300:22
331:8 376:20
**papillary** 30:24
**paragraph** 31:5
31:8,10 33:12
33:14,16,19,24
34:1 49:12,13
49:17 51:1,2,6
51:7,12,17
72:7,13,20
75:23 76:8,20
76:23 77:2,9
82:2 112:11
191:22 203:3
205:1,11
221:10,19
265:15 266:12
268:3 269:14
272:20,24
274:12,15,22
275:24 278:14
279:14 314:22
322:5 328:10
329:1 330:5,15
331:11 332:18
333:20 334:19
335:23 340:9
343:3,6,21
345:19 348:23
362:22 368:13

368:19,22,24
387:9,10
**paragraphs**
330:5
**parallel** 295:4
**parallels** 234:9
288:5 289:6
**paraphrase**
158:1
**paren** 78:7
331:13
**parens** 73:4,5,13
77:16 78:6
**parentheses**
60:16,23 78:16
328:18
**Park** 6:19
338:16,19,20
339:1,21 340:1
341:21 367:16
367:17 368:1,8
**part** 124:5,8
125:18,24
126:2 130:17
137:18 145:13
152:5 157:20
168:22 176:16
209:7,7 210:19
218:22,24
219:7,15
226:22 230:15
235:15 239:18
266:11 289:13
289:15 306:19
317:5 325:24
338:3 341:5
364:6 376:21
381:23
**partial** 279:13
328:10
**participants**
161:1
**participate**
102:3
**participated**
91:1 104:4
**particle** 164:11

Shawn Levy, Ph.D.

Page 428

196:15 249:9
250:4
**particles** 196:20
198:9,16,17
253:6
**particular** 24:8
32:9 90:10
143:17 147:22
148:8 151:15
180:17 190:1
191:8 199:6
215:11 216:7
220:24 227:19
232:19,20
235:17 252:9
260:6 276:15
285:5 288:11
322:13 324:20
345:12 346:16
377:21
**particularly**
26:18 160:24
174:5 210:4
253:15 288:3
301:3 353:18
355:24 381:8
**particulates**
205:4 206:6
**parties** 391:12
**partner** 103:7
**partners** 102:21
**partnership**
103:4,6
**parts** 48:7
352:11 375:20
**patent** 8:12 9:9
9:21
**pathological**
351:10
**pathologist**
370:4 378:24
**pathologists**
256:24
**pathology** 25:4
25:7,7 257:5,9
257:13,17
370:2

**pathways** 185:4
**patient** 108:19
176:4,24,24
**patients** 99:22
173:19 175:15
176:4 323:19
344:1,23
345:11
**Patricia** 288:18
**pause** 175:22
326:4
**pay** 144:9
198:20
**pediatric** 323:10
**peer** 23:10 299:7
382:22
**peer-review**
71:2
**peer-reviewed**
70:19,20,24
71:3 141:17
167:15 288:2
297:3 364:1,10
364:15 366:9
382:18
**peers** 287:19
**pelvic** 6:13
271:4,13,21
272:8 274:4
275:10 276:16
276:21 282:20
283:3 284:6
**penalty** 393:3
**Penninkilampi**
6:9 218:15
219:17,22
220:6,9 224:5
227:11 236:18
237:18 265:13
267:9 269:24
376:9,13
**people** 153:1
292:18,18
321:7,8 345:13
**percent** 101:13
155:1,10
255:17 256:10

256:11 323:12
337:3,4,10,20
343:17 360:13
**percentage**
152:19 212:6
256:20
**percents** 322:3
**perform** 61:20
62:6 134:12
308:5 309:12
**performed**
99:24 148:4
188:7 189:15
190:1 224:18
386:19
**performing**
224:12
**performs**
308:18 309:3
**perineal** 5:4 6:9
23:11 159:16
162:2 166:9
167:2 177:7
191:11 205:3
218:14 219:12
226:9,12 227:8
227:15,20
228:12,14
230:24 231:5,8
233:22 238:3
253:15 274:23
277:12 278:10
281:21 351:10
376:15
**perineally** 161:8
161:18 199:8
225:14,23
226:15 231:13
**perineum**
199:18,23
200:1 229:6
363:12
**period** 78:10
172:8 173:19
186:18 188:6
224:8 234:6,10
248:19

**periods** 186:19
224:2
**perjury** 393:4
**person** 156:11
259:12 319:14
319:19 336:9
**person's** 338:11
338:22 340:6
340:14 341:16
**personal** 3:11
391:7
**perspective** 71:2
82:6 85:18
115:7 137:9
177:12 184:24
217:23 233:15
234:8 259:24
260:14 295:7
**perspectives**
57:12
**petition** 6:5
192:19 195:17
202:9 203:7
372:10 373:3
**petitions** 202:21
**Ph.D** 1:14 2:8
7:17 49:21
88:11,16 92:1
392:3,22
393:16
**pharmaceutical**
299:8
**phenomenon**
270:12 318:14
318:15 349:16
355:14
**phenotype**
177:4 252:9
**phrase** 36:16
330:17
**physically**
229:24
**physiological**
314:18,19
317:14 319:7
319:14,21
349:16

**physiology**
317:5,11
319:17
**picking** 56:16
**picture** 209:7
266:16
**PID** 273:2,4,6
273:12,16,18
**piece** 27:5
129:16 137:1
229:4
**pine** 213:11,17
**place** 17:11
170:14 228:14
248:17
**placed** 193:12
292:2
**placing** 185:11
**plaintiff** 40:4
43:20 48:24
266:1
**plaintiffs** 8:16
8:18 15:12
16:8 17:3
18:19 19:6,20
23:1 100:15
142:13,22
143:22 144:5
257:1 295:17
**plaintiffs'** 2:2
12:3,6 17:9,16
17:20 38:12
43:2 54:20
84:23 91:10
93:4,10,17
95:16 96:7,18
102:15 121:15
122:2,4 123:8
123:21 181:9
256:22 288:13
297:10 372:17
385:15
**plan** 18:18 97:18
**platy** 128:14
174:11
**plausibility** 5:23
37:4 52:20

93:11,19 94:1
94:18,24 95:9
96:4,9,21
111:19 117:7
121:3 127:24
131:1 140:14
142:6 143:19
230:4 288:15
288:23 366:7
385:11 388:20
388:24
**plausible** 26:4
95:12 101:16
112:8 113:3
114:3 126:3
129:18 135:17
136:3,7 137:9
140:20 143:11
145:22 146:2
150:20 155:24
157:11 163:2
164:17 167:3,8
167:11,23
168:5,23
184:10 201:17
205:3,12 219:2
220:4,20 222:4
225:5,6,11
226:16 227:14
227:18 228:11
228:21 229:18
230:13 257:15
260:20 261:16
267:3 268:2
275:8 278:12
282:11 288:1
289:23 290:4,8
290:14,19
292:3 293:3
294:2,13,17
295:8 296:17
325:23 366:6
375:10 382:15
**plausibly** 375:10
**play** 275:13,15
276:2,22 279:7
281:24 282:24

314:19 353:21
**playing** 388:15
**plays** 116:24
260:17 264:5
269:19 273:1
276:10 321:2
366:2
**please** 19:11
25:2 29:15
40:23 52:3
63:21 83:3
182:4 185:13
190:13 221:16
272:15 326:17
360:9 372:9
378:8
**pleura** 172:20
173:12
**pleural** 174:2
**pleurodesis**
129:23 168:13
172:19 173:5
173:20 174:2
174:18,21
175:5,15,24
176:15 177:3,7
177:16 178:5
178:11,18
**PLLC** 2:10
**plural** 87:17
**plus** 235:12,12
235:13 319:6
**point** 163:9,24
165:21 176:9
183:10 201:9
203:9 227:10
227:24 240:18
266:10 268:10
268:14 271:19
288:2 304:9
319:10 323:11
324:1 343:16
360:15,20
365:1 372:14
374:17
**pointed** 106:6
194:7 195:8,12

201:21,24
**pointing** 331:7
**points** 186:15,17
196:11 197:2
**policies** 101:22
**policy** 101:12
**poor** 319:19
**population**
337:12 338:1
**portfolio** 109:6
**portion** 201:21
374:16
**portions** 86:14
313:2
**posit** 257:16
**position** 98:2
186:3 310:13
**positive** 200:12
274:10 299:13
335:18 345:21
346:11 371:2
**possibilities**
108:2
**possibility** 35:17
97:24 189:18
212:19 246:10
382:2,10
**possible** 47:12
50:19 69:17
71:9 75:3
89:10 92:24
125:8 145:11
223:13 255:6
336:18 369:6
381:21
**possibly** 87:19
146:1 231:13
**post** 173:19
**potential** 4:23
21:22 83:22
91:12 92:10
93:5 105:2
121:4 137:12
163:9 170:21
214:6 234:19
235:7 237:23
240:9 243:2

245:1 247:20
249:18 250:24
253:16 258:9
259:10 261:11
265:16 266:23
267:8,10,15
297:24 299:16
315:17 344:16
352:21 380:23
381:21 385:9
385:17 387:5
388:13
**potentially**
110:7 139:6
164:19 176:23
177:4 276:7
353:21
**powder** 1:5 5:18
6:13 32:19
37:17 83:10
84:14 91:13
92:11,12,20
93:12,19 94:10
94:19,20 95:1
95:7,10 96:5,9
96:15 99:23
100:3 102:7
110:4,9,13
111:8,15,17,19
112:2,8,21
113:16 114:4,8
119:2,19 120:6
120:24 121:4
126:12,19,24
127:3,10,13
128:11,20
130:9,20 133:2
133:12 134:5
134:18 135:1,8
136:8,10,21
137:3,23 138:6
138:10,13,14
139:14,21,22
139:23 140:8
144:10,22
145:7,23 146:1
146:5,14,15

147:6,21 148:4
148:5,11,18
149:2,15 150:2
150:3,3 151:15
151:23 152:1
152:11,11,20
153:5,15,17,22
153:24 154:7
154:13,24
155:9 159:16
161:8,9,17
167:2,22 168:9
177:8 178:2
180:1 181:17
182:13,14,19
183:21 184:11
184:14,15
185:20 186:11
186:24 188:13
193:12 196:21
198:10 199:8
208:16 209:2
211:11,14,18
218:2 219:3,7
222:20 223:10
223:17 225:14
225:23 226:10
226:15,16
229:5 230:22
231:1,8,13
233:7 239:14
239:18 257:19
258:4 261:3,11
271:3 278:10
282:16 290:5
293:18 324:22
352:7,11,18
353:24 358:21
364:14 365:9
366:2 375:4
377:11 384:17
385:6,18
388:19,23
**powder-conta…**
145:16
**Power** 7:9
**practice** 89:24

Shawn Levy, Ph.D.

90:3,7

**Practices** 1:5
7:10
**pre-reviews**
312:1
**precancerous**
183:21
**precisely** 54:16
85:10
**Precursors** 25:8
**predated** 311:23
**predict** 323:22
**predis-** 331:1
**predispose**
107:22 238:9
346:23
**predisposed**
323:16
**predisposes**
53:15 54:3
320:5
**predisposing**
320:19
**predisposition**
324:2,3,11
325:3,5
**preliminary**
319:5
**premature**
279:3
**premise** 52:17
52:22 61:12
165:5 177:14
300:3 323:4
**prepare** 13:23
**prepared** 112:1
**preprint** 5:17
23:9 84:11
85:5 86:11
87:21
**presence** 137:7
154:20 198:16
200:6 217:23
232:19 234:24
235:7 239:9,10
240:1 243:3
249:18 258:24

259:1 276:20
315:7,9 338:9
338:11 339:7
339:24 340:5
340:13 341:19
344:19 345:23
379:2,16 385:7
385:13 388:12
**present** 125:5
134:5 136:9
162:22 163:8
243:9 252:21
277:16 300:9
318:13 387:15
388:19,22
**presentation**
92:13,19 93:1
97:15 300:7,9
**presentations**
90:17 92:22
**presented** 97:3
126:4,9 128:1
129:10 136:4
225:7 290:11
303:7
**presents** 245:8
**president** 101:8
101:20,23
**press** 89:11
96:14
**presumably**
145:24
**prevalence**
260:5
**prevention**
193:11
**prevents** 217:10
**previous** 101:2
163:11 268:3
273:6 275:5
384:13
**previously**
84:12 351:22
**primarily** 95:21
121:9 138:8
156:8 181:2
188:19 211:2

315:8 323:14
**primary** 121:13
174:14 183:4
188:21 211:5,5
226:8,8 232:21
305:3
**Princeton** 2:15
**principle** 176:21
364:1
**principles**
140:18
**printed** 19:12
83:4
**printout** 14:4
59:12 60:3
**prior** 8:22 9:21
10:8 17:7 22:8
23:13 45:22
46:8 50:11
83:23 91:10
95:15,20 96:7
142:18 310:13
363:17 364:4
371:4 372:2
376:13
**private** 98:9
300:12,16
309:24
**privilege** 18:10
44:11 291:4,5
291:11
**pro-inflamma...**
277:5
**probability**
99:19 321:24
335:2 336:8,22
**probably** 12:8
19:1 43:18
105:22 121:12
158:9 177:19
198:7 274:12
311:9 313:1
318:14 319:15
321:1 363:9
**problems**
200:11
**procedure**

172:19 174:4
**procedures**
174:12
**proceeding** 40:5
**proceedings**
391:4,9
**process** 121:20
171:15 176:15
275:10 295:5
350:20 353:13
353:17
**processes** 91:24
278:1
**produce** 64:14
128:12 129:24
157:1 238:8
251:15 261:11
282:16
**produced**
263:10 264:17
317:9,17,18
318:3
**produces** 181:17
186:24 249:9
250:20 253:7
**product** 7:9
18:10 44:10
111:4 138:23
138:24 139:14
143:21 144:22
145:24 146:5
147:12,20
148:12,18
149:2,15 150:4
150:11,15
151:1,1,5,16
152:2,12,20
153:4,6,7,16
153:22 154:24
155:9,18 232:2
236:4 291:5
352:6,18 353:3
353:5 382:7
388:14
**production** 39:2
98:17 316:8
319:24

**products** 1:5,6
3:11 7:10
127:10,14
128:16,20
130:9,20 133:3
133:12,23
134:1,6 137:23
138:6,8,10,12
138:15 139:5,7
139:21 140:8
144:11 145:7
146:14,16
147:7,21 148:5
148:16 150:3,6
151:4,9,24
153:18,22
154:15 161:8
167:2 177:8
178:1 180:1,14
193:13 196:21
198:1,10,14
199:8 230:23
231:2 234:16
243:2 258:4
261:3,11 352:7
352:11 353:24
354:7 387:16
**professor**
310:16,19,19
310:20,24
311:2,6,16
**profiles** 310:8
**profiling** 99:4
**program** 99:9
**programs**
109:17,17
**progress** 174:24
174:24 205:8
207:2 246:19
310:22 312:2
**progressed**
119:22 174:24
189:22 206:8
**progression**
26:7 32:12
96:6 117:2,16
118:12 135:19

156:2 169:4
171:9,15
176:19 178:13
178:20 179:19
204:15 240:5
244:12 245:15
246:18 255:15
256:6 260:18
261:1 262:22
264:19 265:6
277:18,23
310:10 320:17
347:24 348:17
363:23 366:15
**proinflammat...**
369:8,11
**project** 91:18
**projects** 89:19
91:8 98:21,24
99:10 103:24
104:11,16,21
105:1,4 109:3
109:19 309:4
**proliferate**
77:18 78:8
**proliferating**
76:16 77:15
78:5
**proliferation**
182:10 348:5
**prominent**
321:1
**promise** 318:23
**promote** 239:1
253:8 254:4
**promoted**
311:16
**promotes**
243:19
**promoting**
239:5
**properties** 356:3
386:24 387:13
**proposed** 20:11
21:6 24:2
219:14 220:3
233:20,23

239:9 242:9
246:10 255:12
284:15 286:19
286:23 287:9
287:13,17
289:8 296:17
325:2
**proposition** 34:7
35:8,20 271:11
273:11 274:3
339:15 381:15
**propositions**
339:14
**proprietary**
213:15,16
**prostaglandins**
238:24
**protected** 291:4
291:5,14 310:3
**protein** 73:3,12
216:21 217:4
315:13,16
343:19
**proteins** 329:23
343:12,18
**protocol** 196:14
**protumorigenic**
349:9
**provide** 15:18
36:7 43:17
47:21 84:18
93:11,18,24
94:9,17,23
101:9 102:5
108:19 111:16
114:24 125:6
140:22 143:11
143:14 145:21
150:23 151:20
152:6 153:11
157:18 159:7
161:13 171:16
222:6,14
224:22 228:17
228:17 231:20
254:7,8 261:8
285:18 287:24

289:22 308:19
322:12 324:18
325:23 341:8
352:16 387:17
**provided** 14:3
23:1,1 39:21
39:22 40:3,7,9
42:19 43:1,15
83:20 84:22
98:23 122:1,2
123:6,10 129:2
135:23 142:12
142:24 151:3
202:14 220:22
260:15 290:11
293:5 296:7
374:23 384:18
**providers** 308:7
309:14
**provides** 24:19
65:7 98:18
115:8 220:19
269:17 290:1
388:14
**providing**
106:12 157:24
172:13 330:22
333:7
**PTI** 3:7
**public** 1:21 5:24
107:11 109:11
109:13,24
111:7 142:8
300:12,15
384:16
**publication**
83:22 97:15,18
179:12 180:9
279:2 300:7
312:3 333:6
**publications**
295:2 296:21
300:14,19
318:23 323:10
341:8 365:10
367:4 385:24
**publicly** 309:19

310:1,2,6
**published** 48:8
69:21 76:14
90:13 92:9
96:22 140:23
141:10,14,17
141:17 143:1,4
143:5,14,23
167:14 235:18
265:21 279:5
287:9 350:4
354:19 358:7
358:14,15,22
364:1,10,15
381:2 382:17
382:22
**PubMed** 121:9
**pull** 27:13 74:23
124:13 357:9
357:13 359:13
**purchased**
383:13
**purported** 257:1
378:3
**purports** 252:11
380:9 383:12
**purpose** 173:12
174:15 211:5
213:9 214:9
219:21 247:23
362:1
**purposefully**
172:23
**purposes** 136:24
199:16
**pursuant** 1:15
**put** 13:2,10
37:23 48:14
50:23 59:22
76:8 333:19
357:9 359:11
361:19
**putting** 344:17
373:9
**puzzle** 137:1
229:4

**Q**

**quant-** 139:7
**quantify** 130:6
130:17 133:17
146:10,15
147:1 148:14
156:5 160:6
161:17 177:5
231:12
**quantifying**
139:7
**quantitate**
138:22
**quantitated**
166:7
**quantitates**
162:18
**quantitating**
152:19
**quantitation**
162:5 179:16
183:12 231:21
249:4 286:16
**quantitative**
387:19
**quantity** 387:14
387:24,24
**question** 9:14
10:16 20:22
21:9 25:24
28:3,15,17
29:9,12,22
30:2,3,4,7 31:3
34:18 36:17
44:17 46:22
47:5 52:4
54:24 61:4
67:15 70:8,14
71:16 80:1,14
80:15 81:12,18
105:8 113:9
115:13 116:13
125:16 132:10
132:12,15
134:23,23
135:1,4,14

Shawn Levy, Ph.D.

138:3 145:3
149:24 150:10
152:24 154:4
155:23 156:15
157:7,13,21
159:23 163:6
163:14 164:5
169:24 170:3,9
170:13,19
171:1 193:17
197:13 198:4
201:20 208:21
216:1 217:2,19
220:10 226:23
228:2 229:14
230:18 231:18
232:18 235:22
250:18 251:11
251:14 252:19
252:22 253:4
255:23 256:4
262:16 269:6
270:6,9,9
273:23 281:2
282:2 285:1,4
290:21,22
291:24 292:23
297:20 305:8
307:17 314:13
319:23 324:14
324:17 325:1
335:22 336:17
339:6 342:7,14
346:8 353:1
359:5 360:1
364:22 377:19
377:21 379:22
380:2
**questions** 8:4
10:13 11:11
16:3 29:5
41:18 67:5
105:5 139:9
140:12 156:20
163:13 292:18
300:24 301:22
306:22 307:8

356:12 357:4
367:14 369:23
372:12,13,16
380:16 383:3
386:12,15
389:3 391:6
**quick** 236:16
**quickly** 319:18
319:21
**quite** 45:15
120:3 184:20
224:10 263:14
277:14 299:20
301:5 314:15
319:12,18,20
319:21 327:18
361:21
**quote** 62:20
64:19 276:1
304:24

──────── **R** ────────
**R** 2:1 3:1 391:1
392:1,1
**R.E** 25:9
**radiation**
314:23
**random** 320:9
321:7
**range** 281:15
**ranks** 310:23
**Rappel@seyf...**
3:14
**rare** 95:23 224:7
**rarity** 174:4
**rat** 32:7 35:16
186:19 189:22
190:2,2 304:9
362:4 379:20
**rate** 131:4,13,24
132:19,21
133:5,10
285:12 324:11
336:19 337:24
**rates** 146:20
314:3
**ratios** 161:5

**rats** 187:13
192:7 363:5
**RDR** 3:21
**re-** 94:23
**reach** 164:1
166:11 204:8
205:4 224:14
386:17
**reached** 371:17
386:14
**reaching** 164:11
166:8 205:18
365:21 366:24
370:7,13 371:5
371:18
**reaction** 31:1
205:6 211:22
246:21,22
250:3 253:17
254:23 255:8
257:2,19,24
315:1,11 316:8
316:14 359:21
**reactions** 250:17
315:4,20
**reactive** 182:1,8
209:8 211:3,22
212:6 214:12
214:18 218:1
236:7 239:22
240:19 242:21
259:3 263:9
286:17 315:7,9
316:8,11,15,17
316:23 317:4,7
317:16,17
318:1,3,8,12
318:16 319:11
319:24 359:22
361:16
**read** 31:17
53:17 54:5,8
55:2,9 64:4,5
65:19 66:22
68:14 74:5,14
74:18 80:2
113:9 116:12

134:21 135:3
182:4 272:22
273:8 277:14
288:20 392:3
393:4
**reading** 54:24
68:8 83:15
132:4,4 194:4
194:20 202:18
212:10 221:16
294:24
**reads** 31:11 34:1
51:12,19 53:13
54:1 61:16
77:23 274:22
275:24
**ready** 272:17
**reality** 299:10
**really** 106:21
109:12 143:17
170:18 300:4
318:23 382:5
**realm** 297:7
311:1
**realtime** 1:20
11:11 132:8
135:4,11
391:19
**reason** 96:12
174:14 184:19
184:19 193:3
212:20 254:21
256:5 361:2
**reason-** 267:23
**reasonable**
171:2 267:24
356:2 390:2
**reasonably**
106:17 127:6,6
177:21 214:14
220:2 299:20
**reasons** 177:2
**recall** 27:18
28:11 30:1,3
38:19,20 43:5
43:18 45:8,15
50:16,17 59:18

68:8 69:16
70:1 71:21
75:7 84:22
92:19 100:23
110:11,23
111:2,3,12
123:23 132:24
139:16,21
149:8 152:19
175:23 185:9
185:14 187:15
192:20 193:10
193:15,18
194:5 208:12
212:10 249:16
253:1 257:9,12
275:17 277:6
285:7 305:5
306:18 322:24
340:23 342:16
342:19 353:9
357:16 359:23
361:22 364:22
372:16 378:13
380:18 383:4
**recalling** 180:23
**receipt** 15:10
38:12
**receive** 44:2
45:3
**received** 44:6
85:6,13 87:20
90:20,22 173:4
302:23 303:5
**receiving** 17:7
**receptors**
330:20
**RECESS** 166:19
**recognized**
222:14
**recollection**
22:15
**record** 7:2,14
11:9 12:13
15:4 19:10
23:6 24:12
25:2 31:10

42:14 82:11,13
82:15 166:13
166:17,21
170:5 202:17
237:9,11,13
272:22 302:3,5
302:7 356:19
356:21,23
390:8,10
**records** 123:22
312:3
**recruitment**
316:4
**redacted** 18:9
**redactions** 18:6
**redirect** 42:12
**reduce** 269:17
**reduced** 391:7
**REES** 3:3
**refer** 17:16
115:2 116:7
135:11 138:12
185:12 190:13
191:21 233:10
243:17 344:7
356:7
**refer-** 180:24
**reference** 24:4
25:3,6 34:23
35:1 37:22
38:9,18,20
39:4 73:21,24
74:1 75:2 79:7
112:15 119:6
122:9 125:6
132:22 141:20
143:9 175:11
176:10,12
180:24 181:2
181:23 219:17
266:11 279:23
285:19 298:12
326:15 330:1
339:21 353:7
358:16 385:21
**referenced** 18:7
24:6 25:11

47:7 84:3
129:3 131:5
132:24 141:10
142:15,17
178:16 180:21
188:18 211:2
214:10 254:18
266:9,9 295:16
300:16,18
303:9,13 333:8
337:7 368:2,9
376:8
**references** 24:19
24:20 36:6
45:17 79:12
121:24 140:22
145:12 182:8
182:21 183:4
208:5 241:5
325:18 331:10
333:10 341:6
358:7,20
**referencing**
331:8
**referred** 302:17
306:6 309:5,7
309:23 330:24
**referring** 86:21
110:18,20
127:2 150:2
179:21 183:1
190:21 211:21
254:9 264:12
280:2 303:3
305:18 315:5
344:4,5
**refers** 239:4,8
344:15
**reflective**
196:14
**refresh** 30:19
272:14
**refute** 166:1
204:4 275:12
**refutes** 210:20
**regard** 324:18
325:12 342:16

364:4 370:1
**regard-** 300:11
**regarding** 4:20
4:23 5:3 20:10
21:5 24:2,16
26:1,16 31:3
37:3 65:13
90:11,14,18
105:5 110:8
111:4 112:16
114:22 115:20
117:14 121:3
126:3,7 127:20
127:21 130:24
132:22 133:23
135:24 138:21
143:23 145:23
148:3,15 154:8
157:10 163:1
165:18 183:7
191:20 204:13
206:5 213:3
233:12 251:23
267:3 268:16
283:3 284:2
285:2 288:10
293:2 299:4
304:24 305:13
319:24 329:7
334:5 339:17
339:18 347:3
360:3 361:23
367:16 370:4
371:12,13
374:2 387:9,19
**regardless** 325:5
**regards** 92:20
101:18 284:6
341:6
**Registered** 1:19
391:19
**regular** 101:8
**regulated**
308:10 309:3
**rejected** 293:12
**relate** 341:13,16
**related** 89:9

104:21 119:20
165:18 193:16
199:12 239:19
239:23 240:3
243:11 259:16
268:24 274:13
279:6 285:11
290:7 293:20
314:18 322:20
323:6,6 324:14
339:6 381:21
**relates** 1:7 93:18
111:8 117:18
134:3 156:6
158:24 167:21
190:4 191:13
192:12 204:14
210:24 217:6
220:10 240:7
250:3 255:4
267:8 268:9
270:1 272:4
329:24 334:6
350:10 353:4
381:13 382:8
387:21
**relating** 120:23
**relation** 6:14
249:5 271:4
326:3 361:9
366:23 370:1
371:11,17
**relationship**
56:9 93:13
100:3 101:14
112:17 130:2
131:2 148:9
161:3 170:21
174:6 183:9
198:15 227:11
248:23 249:6
254:11 271:12
271:20 273:12
273:15,18
274:4,9 298:2
312:13 313:23
314:14 316:13

320:14 324:10
340:2 341:21
386:22
**relationships**
100:22 147:2
159:10
**relative** 174:4
186:16 214:15
215:3 244:12
280:1 281:14
321:17 339:22
340:2 341:19
345:12 377:20
**relatively**
186:21 268:17
338:6
**release** 316:5,5
**released** 349:5
**relevance** 201:2
**relevant** 119:9
120:11 125:7
125:12 200:21
203:5 210:17
272:3 357:21
**reliability** 70:7
70:13,17
**reliable** 70:3,5
71:15 216:10
216:12
**reliance** 12:24
187:3
**relied** 75:6
129:12 233:17
291:23 292:2
370:7
**rely** 44:23 126:5
163:3 178:17
186:22 187:2,2
205:17 208:14
208:24 224:15
228:5 241:18
286:20 288:2
293:1 366:22
370:12 371:16
374:12 386:18
388:9
**relying** 122:5

Shawn Levy, Ph.D.

| | | | | |
|---|---|---|---|---|
| 124:1,3,5,9 | 24:6 25:11 | 114:3 116:4 | 368:9 369:17 | **represents** |
| 125:1,4,15,17 | 27:2 33:1,4,19 | 119:3,6,16 | 370:18,19 | 108:1 259:22 |
| 125:23 147:23 | 34:1 35:3,15 | 120:12 122:8 | 371:1,6,11 | 391:8 |
| 176:12 181:16 | 35:19 36:7 | 122:13 123:7 | 372:2,3 375:3 | **Reproductive** |
| 182:17 186:3 | 37:3 38:6 | 126:10 127:5 | 375:12 383:16 | 83:12 181:6 |
| 208:1 235:17 | 39:12,22 40:23 | 129:2,3,18 | 385:4 387:10 | **reputable** |
| 384:20 385:16 | 41:5,9,24 | 130:17 131:1,6 | 387:18 388:8,9 | 109:11 299:17 |
| 386:13 | 42:16,17,21 | 132:24 136:4 | 389:14,22 | **request** 39:2 |
| **remain** 266:18 | 43:2,8,9 45:2,5 | 137:21 138:7 | **reported** 369:12 | 325:24 372:22 |
| 312:19 | 45:9,11,12,14 | 139:20 140:5 | 369:12 376:20 | 373:2 |
| **remained** 353:4 | 45:15,21,22 | 141:11,20 | 378:17 | **requested** 93:9 |
| **remaining** 312:7 | 46:1,9,10,16 | 142:16,19,23 | **reporter** 1:20,20 | 135:16 150:18 |
| **remains** 55:3 | 46:22,24 47:2 | 143:10 147:8 | 3:22 7:15 10:1 | 286:5 287:24 |
| 60:1 105:11 | 47:4,9,9,15,16 | 157:9 160:2 | 10:12,20 182:2 | 289:19,21 |
| 106:19 258:10 | 47:17,19 48:1 | 173:21 180:2 | 391:19,19 | 295:1 325:22 |
| 265:18 267:10 | 48:7,14,17,19 | 180:12,21 | **reporting** 101:1 | **requesting** |
| 267:17 346:23 | 49:1,7,12,13 | 182:22 188:8 | 101:19 | 193:11 195:12 |
| **Remarkably** | 49:21 50:5,9 | 188:19 201:16 | **reports** 39:22 | **requests** 14:23 |
| 329:15 | 50:17,20,24 | 205:13 206:14 | 40:8,14,15,19 | 15:5 293:9 |
| **remem-** 132:11 | 51:1,6,12,18 | 208:3,5 214:10 | 41:11,20 42:15 | **require** 163:8 |
| **remember** 8:24 | 52:15 53:13,20 | 218:19 219:16 | 43:1,13,15,21 | 207:12 |
| 37:14 184:3 | 54:1,8,11,12 | 219:23 220:11 | 44:23 45:4,20 | **required** 151:16 |
| 198:4 237:19 | 54:17 55:2,6 | 231:11 232:23 | 46:6 48:22 | 153:6 156:18 |
| 303:14 324:14 | 55:12,18,24 | 244:16,18 | 49:17 50:10 | 162:6,12 |
| 357:17 372:13 | 56:1,15,24 | 245:17 254:11 | 53:7 54:21 | 165:13 172:10 |
| 386:14 | 58:11,18,21 | 257:10,13,16 | 57:17 58:6 | **requirement** |
| **remind** 124:12 | 59:20 60:1,10 | 261:3,19 | 74:12 114:21 | 100:21,21 |
| 338:24 | 60:20 62:1 | 264:14 269:13 | 129:8 130:7 | 101:1 169:7 |
| **reminding** 24:5 | 63:1,12,16,20 | 269:24 271:9 | 134:11 135:24 | 184:18 298:3 |
| 339:4 | 63:23 64:19 | 275:7 282:5,12 | 148:15 235:5 | 300:18 |
| **removed** 306:14 | 65:3,10,11 | 287:10,14,18 | 245:7 254:13 | **requirements** |
| **RENÉE** 3:14 | 66:13 67:18 | 288:19 289:3,6 | 256:23 257:5 | 100:11,19 |
| **renew** 301:19 | 68:11,22,23 | 289:9 290:1,11 | 257:10 266:1 | **research** 75:19 |
| **repair** 64:1,7,9 | 69:5,15,19 | 293:9,12,23 | 273:6 288:3 | 86:9,9 91:3,18 |
| 64:19,21 323:6 | 71:20,23 72:7 | 294:3,24 | 295:3 296:10 | 91:23 92:5 |
| 344:10,18 | 73:8,23 75:5 | 295:12 297:8 | 352:18 375:19 | 93:4 95:21 |
| **repeat** 29:12 | 75:12,18 76:9 | 299:15 302:24 | 383:8 | 97:23 98:6,9 |
| **repeating** 334:5 | 77:9 78:4 79:6 | 303:9 308:6 | **represent** 8:2 | 98:14,18 99:3 |
| **rephrase** 134:22 | 80:4,23 82:22 | 312:21 313:2,5 | 307:5 | 99:7,8 101:15 |
| 207:16 | 84:6 85:15,22 | 320:3 322:19 | **representation** | 105:2 108:3,20 |
| **replicated** 106:6 | 86:3,7,14 | 327:6 330:6 | 283:9 | 108:21 115:20 |
| 366:16 | 87:13,21 88:4 | 332:19 333:3 | **representatives** | 115:24 143:3 |
| **report** 4:16 5:9 | 88:5 90:11 | 334:15,17 | 9:22 | 143:21 154:11 |
| 13:1,22 14:6 | 95:19 96:24 | 335:7 341:12 | **represented** | 168:11 172:4 |
| 15:20 19:23 | 97:13,19 101:9 | 346:11 350:21 | 15:13 27:1 | 201:15 204:7 |
| 20:1,7 22:12 | 102:11 110:20 | 357:6 358:6,16 | **representing** 7:3 | 210:5 284:13 |
| 22:17,21 23:21 | 112:7,10,11 | 366:5 367:5,18 | 279:6 | 298:3 300:4,5 |

Shawn Levy, Ph.D.

308:11,13,23
309:3,4 310:18
318:19 323:9
364:10 366:10
**researched**
364:9
**researcher**
119:11
**researchers**
107:11 109:18
**researching**
119:16
**reso-** 70:22
**resolve** 242:1
**resolved** 305:9
**resolves** 242:3
**resource** 71:15
121:9
**resources** 121:8
121:13
**respect** 118:24
**respected** 288:8
**respond** 291:17
291:18
**responding**
212:23
**response** 23:2
34:3,12,24
35:5,9,10,11
39:17 92:3
129:24 154:22
160:10,15,21
160:24 165:8
165:18,20,22
168:15 170:24
171:19 172:24
173:24 174:13
175:8 178:10
178:12,18
181:22 188:20
189:8 192:4,18
197:5,24
202:12 204:13
205:7 206:1,1
206:2,7 207:1
211:15,16
230:17 233:8,9

238:9 239:11
240:2,2,16
241:18 242:1,7
242:9,20
243:11,12,13
244:4,5 245:9
245:10,20,22
246:1,1,6,7
247:4,18,18,22
248:14,15,18
248:24 249:3
249:10,15
250:16,20
251:1,15
252:13 253:7
253:24 254:17
255:14,14,21
258:10,15
259:1,10,12
260:13,17
261:19 264:16
265:9 270:6
275:3 278:19
281:22 282:17
284:21 289:5
315:2,23 316:2
316:14 324:13
361:3 365:8
367:13 372:9
374:18 375:5
375:24 376:5
376:15 377:12
377:22,23
378:18 379:2
379:17 380:10
380:23
**responses**
188:24 189:4
209:9 240:10
242:13 244:9
245:2,13 246:3
246:12 247:8
264:10
**responsibilities**
89:1 98:16
**responsible**
169:3 308:13

**responsive**
15:15,19
270:10
**rest** 47:22
270:17
**restate** 140:11
176:14 198:6
208:21 242:19
259:8 307:19
**restating** 164:16
388:11
**restricted**
309:18
**result** 114:17
156:16,21
167:4 242:23
270:17 313:16
315:5 322:16
324:22 335:11
343:11 344:7
344:12 362:7
391:13
**resulted** 363:9
**resulting** 196:13
239:20
**results** 87:11
126:7 129:7
148:6 171:18
171:21 197:6
213:2 221:4
231:11 266:16
267:21 275:5
295:10 308:6
309:13 315:16
315:24 323:5
324:4 352:24
360:3 361:9,10
373:4
**review** 5:3 14:18
20:14 23:10,10
25:8 29:6 37:1
37:14 43:12
45:10,16 46:20
48:18 49:6
50:13 75:1,16
75:17 79:6
81:7,14 85:3

85:21 87:4,20
87:23 91:2
93:11,18 95:6
96:2 101:8
104:15 105:3
109:5 116:3
119:21,21
121:2 122:3,22
124:11 128:6
134:11 135:23
138:20 140:2
140:15 141:19
142:18 145:9
145:10,14
146:19,21,21
146:24 148:6
149:6 154:12
157:20 159:7,9
159:22 161:21
166:3 173:22
175:20,20
176:2,10
183:24 192:1
193:4 198:13
203:12 204:2,5
204:11 207:12
211:19 218:13
219:10 220:1
220:15,18,19
222:3 223:9,12
223:14 224:4
226:8 227:7
233:16,18
245:7,23
256:14 263:15
283:7 289:22
290:7,9 293:17
293:21 294:11
294:12 299:7
299:14,18
301:19 305:15
306:19 314:12
322:18 330:22
333:4,7 334:2
334:4 341:4,4
341:5 351:15
355:13,15

357:20 358:2,6
364:24 365:24
366:4 367:7
371:19 375:9
377:5 381:5,19
381:23 382:13
382:22 383:16
386:2 387:6,18
**reviewed** 23:22
25:12,15 26:22
27:7 38:5
45:11 50:11,11
50:13,15 52:9
59:5 83:12,19
120:5,10 130:7
132:23 133:12
133:21 139:16
142:9 152:9
160:2,14
173:17 174:14
193:16,18
194:11 195:15
203:5 223:6
235:4 251:10
254:10 267:4
299:23 301:1
338:3 359:2
367:5 372:15
385:23
**reviewer** 84:2,4
**reviewers** 83:19
**reviewing** 34:7
91:2 96:19
132:14 144:8
220:9 253:19
275:17 277:7
354:5
**reviews** 5:24
142:7 224:17
295:13 296:23
350:23
**revised** 46:6
83:21
**revision** 47:24
**rich** 77:18 78:9
**right** 11:10 12:3
12:4 16:18,19

Shawn Levy, Ph.D.

Page 436

17:4,5,24
22:17,18 27:10
33:17 35:12
36:2,13 45:22
46:10 57:23
61:7 68:3,6
71:6 74:2,3
76:14 86:5,7
88:22 89:5
90:15 92:15
93:6,20 102:9
106:12 113:6
117:10 122:10
124:13 125:20
130:21 141:22
142:20 146:16
150:10 152:23
157:15 159:3
164:2 165:1
175:2 183:1
187:13,22
188:24 190:10
194:8,10 195:9
195:13,15
203:16 213:11
214:24 215:5
221:5 223:7,8
228:10 230:5
231:14 240:10
240:19 244:18
244:22 245:2
250:14 252:13
258:18 264:10
264:14,22
266:23 267:11
268:13,24
269:21 270:1
272:5 273:10
273:13,19
276:11 280:2,6
280:7 282:15
282:18 283:1
287:11,12
288:23 295:17
296:10 302:18
302:24 303:18
304:5 308:2,3

313:18 320:11
327:15 331:2
337:8 340:17
340:17 341:11
351:21 370:19
376:24 378:4
378:16 381:4
382:10
**right-hand**
272:23
**rigor** 256:8
297:4,24
**risk** 4:23 5:5,18
6:14 21:22
23:12 83:11
84:14 110:13
110:24 160:3,5
161:4 166:2
183:16 201:3
238:4 254:12
256:16 265:17
267:16 269:17
271:5,14 273:4
273:12,16,18
274:5 275:1
276:20 278:11
279:16 280:1
281:14 282:21
285:3 310:10
313:21 314:14
321:3,17,19
322:23 323:2
324:5 334:7
336:15 337:2
337:10,11,19
338:12,22
339:22 340:2,6
340:14,22
341:7,17,19
343:1 344:1,24
345:6,12,23
346:13,18
347:19,24
369:10,11
377:17
**risks** 266:15
273:3 326:2

**RMR** 391:18
**road** 2:10 265:2
348:5
**Robinson** 1:19
3:18,21 7:3,15
391:18
**role** 26:17 37:16
52:19 60:10
91:23 92:20,22
93:5 110:9
112:8 117:1,15
121:5 130:4
135:19 175:9
179:2 191:20
252:2 260:17
263:11 264:5
269:20 273:1
275:12,13,16
276:2,10,22
277:18,22
278:7 279:7
281:24 282:10
282:24 284:3
289:5 311:19
314:20 321:2
326:12 349:22
350:3 353:21
366:1 381:7
388:16
**rolling** 320:21
**ROS** 215:8,16
216:3
**Ross** 6:9 218:15
**roughly** 19:2
98:21 234:10
338:4
**route** 199:7,12
**routinely** 105:6
**RPR** 3:21
391:18
**RS** 212:20
**rules** 10:7 29:17
29:20 291:22
292:20
**run** 309:24
**running** 308:6
309:13

| | S |
| --- | --- |

**S** 2:1 3:1,8
300:17
**S-transferase**
183:15
**S.W** 1:17
**Saed** 5:21 83:6
83:21 84:16
85:18 86:12,23
123:1 168:11
177:21 179:12
180:3 181:4,8
182:23 183:11
236:2,6 240:18
241:4,12,19
247:3 263:8
285:20,22
286:3,6,10,13
296:24 298:1,7
299:15 365:6
365:10
**Saed's** 87:12
88:4 179:21
180:10 181:13
181:15 286:15
296:23 297:11
298:12 300:22
302:12,17
**safety** 111:4
386:24
**Sales** 1:5 7:10
**samples** 99:20
105:6 129:5
131:8 308:6
309:13 371:2,3
383:12,18
384:3,8
**satisfied** 52:9
298:22 299:3
**saw** 20:5 22:16
27:9 46:4,15
47:1,6,10,11
47:12 90:13
211:16 385:21
**saying** 53:2,6
81:3 107:5

141:16 201:9
202:7 210:10
232:9 293:15
344:22,22
**says** 202:18
221:3 332:14
349:2 369:5
**scale** 259:11
312:6
**Scholar** 121:10
**science** 121:10
304:24 305:6
**Sciences** 83:12
181:6
**scientific** 70:7,8
70:12,17,24
71:16 97:5
109:14 119:11
120:17 121:16
130:3 143:4
144:6,8 148:3
163:17 175:4
175:14 178:15
179:9 185:3
187:6 194:16
196:6 202:19
234:22 235:18
241:1 263:2
286:24 287:19
289:10 295:5
297:4,24 299:5
299:10 300:4
373:6 381:2,14
390:2
**scientifically**
70:3,4 136:17
216:10
**scientists** 89:23
107:11 109:3
257:12 288:9
295:9,15 300:9
**score** 249:13,15
**screening** 4:20
19:14
**Scully** 3:3 25:9
25:12
**search** 373:3,5

Shawn Levy, Ph.D.

Page 437

searches 120:19
121:6
searching
322:21
second 10:3
16:15 18:3
33:13,19 41:9
45:21 60:2,6
61:15 76:20
112:10 152:24
163:14 187:17
203:3 238:1
253:4 272:18
274:14 278:14
323:13 327:3
328:24 366:11
372:21
second-to-last
269:14
secondary
165:11 323:23
324:8
secondly 192:6
section 60:3,14
63:23 79:23
250:14 326:12
362:22 369:16
see 9:4 11:7
14:17 19:18
21:10 22:11
23:16 25:23
27:22 29:1,6
31:2 33:15,22
34:4 37:24
45:24 50:7
51:4,9,15,21
56:21 57:4
60:18 61:22
62:8,23 63:5
64:11,24 72:10
72:15 73:6
75:1 77:21
78:1,12 86:22
87:22 94:6
110:3,6 112:18
119:11 122:8
123:3,18

131:12 132:7
137:24 148:7
159:11 173:5
194:18 195:3
195:24 196:4,9
196:17 197:6
202:24 203:10
212:9,10,20
218:16 221:13
221:20 232:6
238:5,6,11,14
239:2,3 245:1
258:2,18 259:7
265:19 266:2,7
271:6 276:4,5
276:8 277:5
278:21 279:18
301:11,17
306:14 313:9
313:19 325:16
326:6 328:11
331:23 334:22
339:5 361:3
368:13,19,21
368:23 369:3
369:14 372:23
373:7,8,10
374:3,6
seeing 21:13
49:16 111:3,13
187:15 285:7
299:3 334:1
352:17 371:23
seek 97:18
291:13
seeks 290:22
seemingly 236:6
268:15
seen 14:15 15:20
19:15 22:8
23:13 31:12
32:23 50:1,5
50:19 59:16
74:8 82:21
83:14,23 84:2
84:4 113:11,15
113:21 180:2,8

199:21 200:3
257:10 322:19
326:22 362:17
363:14
seminal 37:15
senescence
212:15
senescent
212:22
senior 84:16
sense 71:3 77:23
78:11 105:24
116:19 167:19
177:1 189:17
197:22 277:13
284:9 294:20
296:20,21
301:1 315:14
379:1
sensitive 346:15
346:22
sensitivity
322:15 324:21
347:3
sensors 73:1,10
sent 43:21
sentence 33:13
33:15 34:1,4
51:11,17 52:2
52:14,16 53:1
53:12,22 54:7
55:1,5,17 57:7
60:21,21,22
61:11,15 62:1
62:19 63:2
72:13 74:1,18
76:9 77:21,23
167:9 196:5
238:2,6,18
239:4 265:16
269:5,15
281:19 313:19
314:21 327:11
327:18,20
328:1,10,24
329:2 330:6,11
331:21 340:13

344:19 349:2
362:12 369:1
372:21
sentences 51:23
52:10 53:21
54:10,15,19
55:24 56:7
57:9,17,20
58:3,6,9,14,17
63:13 64:4,11
64:13,18 65:2
65:19,23 66:4
66:12,13,22,23
67:7,18 68:9
68:10,22 69:5
73:17 74:5,6
74:14 75:22,23
76:7,10 78:15
78:19,22 80:2
80:3,8,16,22
81:5,11,17
82:1 263:16
313:12 329:6
separate 122:9
131:2 156:17
176:22,22
230:19 233:3,3
233:4 243:13
270:9,11
308:15
separated 145:6
separately
245:14 246:7
246:11
separates
144:21
separating
156:14 247:24
sequencing
88:21,23
309:18,21
310:7
serious 194:17
195:21 196:1,7
197:18
serous 259:21
275:2 328:18

369:10
Serpa 327:7
served 15:6,21
20:1 33:5
services 7:4
308:1,5,12,17
309:6,7,11,12
309:17,21
310:4
serving 8:13
47:9,9
set 38:18 61:18
122:5 232:17
334:18 365:7
setting 8:9 9:15
10:4
SEYFARTH
3:12
shape 319:16
share 197:12
201:4
shared 24:5 44:5
44:7 102:11
123:14 179:18
256:22 287:6
308:23
SHAW 3:12
Shawn 1:14 7:12
7:17 392:3,22
393:16
SHKOLNIK
2:10
short 97:13
100:3 186:18
189:16 318:20
shortcoming
200:24
shorthand 391:6
show 25:19 29:4
29:24 37:8
160:10,21
161:24 184:13
190:9,23
212:18 215:7
252:6 253:23
324:5 352:23
362:6 367:20

Shawn Levy, Ph.D.

381:7
showed 129:7,8
  186:4,7 211:3
  214:16 252:20
  274:3,6 359:21
  375:15
Shower 127:1,1
  127:4,4 138:11
  138:11 139:6,6
  148:12,12
  150:11,11,14
  150:15 151:4,4
  178:1,2
showing 11:11
  164:20 188:19
  233:19 236:4
  239:22 256:16
  263:9 374:18
  380:13
shown 34:2,12
  35:4 115:3
  189:4 214:11
  222:24 235:6
  306:3 350:4,17
  360:3 380:23
shows 27:8
  36:11 183:20
  207:6 215:15
  216:2 220:22
  221:2 300:10
  360:21 375:4
  377:11 379:15
  380:10 381:2
Shukla 358:13
  358:15 365:11
sic 75:12
side 37:23 50:23
  50:23 72:18,18
  76:8,9 77:8,8
  298:13
sides 9:23
Siegel 327:8
sig- 212:18
signal 73:11
  348:4
significant
  32:11 96:18

117:1 161:2
179:2 212:18
215:3 228:4
253:23 254:2
256:16 280:15
280:24 281:5,7
281:12 324:3
363:22 388:16
significantly
  58:8 85:24
  192:10 274:24
signing 46:8
signs 214:8
similar 22:12,13
  57:8,15 62:15
  65:16 66:3
  68:15 74:7,11
  75:17 78:19
  79:9,9,12 80:8
  80:16 81:5,7
  81:11,17 82:2
  82:3,7 85:19
  96:2 98:6,9
  114:21 121:19
  127:17 128:17
  130:1 138:20
  140:11 143:16
  146:10 154:14
  204:10 209:24
  241:3 253:22
  281:14 284:8
  295:9,10,24
  310:11 315:14
  329:13,15
  331:4 333:3
  334:12 344:8
  345:7 362:18
  366:18,18
  374:15 387:7
  388:6,12
similarity 79:3
similarly 66:4
  294:24 295:1
simple 184:20
  293:8
simplistic
  171:16

simply 108:16
  127:2 130:16
  165:4 166:8
  171:6 177:12
  223:24 240:6
  248:12 299:6
  319:15 323:11
  356:7
sing- 112:4
single 26:18
  36:11,19 52:14
  52:16 73:2
  111:13 167:13
  223:15 228:22
  228:22 229:5
  229:23 230:5
  252:7 322:20
  343:4,8,15
  374:18,21
singular 27:5
  106:15 112:5
  113:6,12,22
  114:16 115:15
  115:18 124:3
  125:5 127:8,19
  128:15 129:14
  136:15,17
  150:4,4 187:3
  235:3 282:9
  286:20
singularly 169:3
  209:6
sir 88:16 196:20
sister 355:9
sit 325:19 326:9
  355:18
site 277:21
  306:1 317:10
sitting 21:2,4
  27:18 28:11
  107:15 110:22
  149:14 386:4
situation 29:3
six 324:7
size 154:17
  196:16,20
  198:9,16

253:22
SKADDEN 2:20
Skip 53:20
skipping 313:12
slashes 78:15
SLATE 2:20
slide 300:10
slides 257:17
slightly 108:10
  115:6,7 265:2
  330:19
slow 182:3
small 57:22
  186:21 274:24
  363:10
smaller 154:19
SNV 343:19
SNVs 343:5,11
soluble 213:16
Somatic 313:8
somebody
  320:22 321:19
  321:19 336:11
somebody's
  377:11
something's
  18:2
somewhat 131:2
  173:8 212:14
  224:7 234:11
  268:6
sorry 34:17
  36:17 39:10
  40:13 41:8
  50:2 76:1,19
  77:1 113:9
  116:12 134:21
  134:22 182:13
  194:20,24
  195:1 208:21
  214:2 225:19
  232:23 272:12
  273:22 331:2
  331:23 332:2,7
  339:20 351:16
  354:12 360:5
  361:1 368:16

389:10,17
sound 16:17
  17:24 75:9
  311:15
sounds 16:19
  90:16 131:11
  232:8 249:19
  298:21
source 59:1 70:3
  70:19 75:4
  124:4 276:17
  316:10 317:7
  317:10
sources 65:14
  69:21,23 71:1
  74:10 106:6
  121:12 154:16
  300:6,11
space 8:22 9:21
  125:8 174:2
  288:4,11
  299:10 308:21
  341:9
speak 10:9 12:8
  40:6 46:13
  137:2 159:12
  207:13
speaking 109:16
  167:15 173:22
  256:12 258:8
  259:4 260:23
  278:8 343:13
  349:3
specie 211:23
  212:6 214:12
species 182:1,9
  209:8 211:4
  214:18 218:1
  236:7 239:22
  240:19 242:21
  259:3 263:9
  286:17 315:10
  316:9,11,15,17
  316:23 317:5,8
  317:17,18
  318:1,3,8,12
  318:17 319:11

Shawn Levy, Ph.D.

Page 439

319:24 359:22
361:16
**specific** 25:24
31:2 38:15
62:5 66:18
89:19 91:17,17
92:12,19,24
102:24 103:3,5
104:16 110:19
115:18 117:22
118:24 121:24
126:5 128:14
133:1 139:2,4
139:9 141:20
144:14 145:1
145:12 147:8
147:12 148:7
159:23 160:22
164:5 166:5
172:5 176:3
177:22 178:1
179:16 180:13
180:14,14
182:10 183:9
183:11 197:19
198:22 199:1
236:3 244:14
249:2 257:8,12
270:5 277:10
277:18 282:10
283:7,8 284:4
284:16 286:17
301:6 314:19
316:3 318:16
318:22 322:24
326:2,7 330:23
334:6 339:17
344:5 345:17
346:15,22
353:2 355:14
365:8 383:17
388:9
**specifically**
25:14 30:23
35:15 38:11
43:6 48:21
50:17 67:3

71:22 95:24
102:2,10
104:22 110:17
111:2 114:13
115:13 128:10
132:14 138:23
147:2 165:23
174:9 176:14
177:23 181:23
184:22 186:7
211:22 221:1,3
225:23 238:18
244:2 253:2
264:11 266:8
275:2 285:7
295:21 304:20
305:16 314:9
322:17 336:5
339:6 342:4,24
344:8 350:19
353:2 355:1,15
357:14 380:14
386:10
**specificity** 347:4
**specifics** 45:10
314:17
**spectrum** 95:7
98:23 103:23
120:3 137:13
151:6
**speculate** 266:5
270:16 297:15
**speeches** 292:17
**spell** 331:22
**spend** 47:14,18
**spent** 18:13,22
96:18 361:21
**spoken** 286:3
298:10
**sponsored** 298:3
**sponsorship**
297:2 298:4
299:11
**spray** 139:24
**sprays** 139:13
139:17 145:7
145:16

**Square** 2:20
**squarely** 283:17
**St** 323:20
**stack** 357:14
359:14
**staff** 308:21
**stages** 318:13
**stand** 38:23
277:14
**standard** 140:13
297:4
**standards**
186:19
**stands** 74:1
**start** 8:3 15:24
147:19 169:23
314:17 345:20
**started** 9:13
11:6
**starting** 55:19
60:13 195:4
336:7 368:13
**starts** 328:1
330:7,18
331:12,21
334:19,20
348:23
**state** 1:21 25:1
32:10 35:3
62:2 65:14
74:6 107:7
109:21 112:15
162:13 174:10
175:12 205:9
247:2 258:14
265:8 267:19
269:13 288:7
294:10 299:5
299:13,19
314:2 321:21
329:22 334:3
347:14 349:11
356:2 381:6
393:10
**stated** 35:13
57:11 65:12
66:4 74:11,22

80:7 82:4
108:16 112:6
113:20 114:2
118:8 127:5,10
131:18 132:15
171:6 203:4
213:15 215:1
248:11,12
259:9 274:8
280:23 305:7
319:15 352:4
387:11
**statement** 12:12
105:16 110:20
111:12 112:24
113:1 114:12
127:18 132:12
132:22 133:1
162:1 164:15
170:4 202:7
221:22 229:15
229:16 230:12
235:10 239:12
260:11 267:14
269:3 272:1
278:23 317:13
317:15 322:10
327:19 335:16
341:12,13
343:24 345:16
346:9,10
347:15 348:10
349:8 363:6
371:21 374:7
376:19
**statements**
110:7 111:3
169:20 188:9
206:5 226:24
267:24 277:10
277:13 283:8
284:24 285:2
378:21
**states** 1:1 55:6
110:4 272:24
359:7 363:8
373:1

**stating** 81:5
135:16 186:6,8
205:23 206:24
230:11 329:6
329:19 337:19
345:2
**statistical** 99:19
**statistically**
256:12 280:15
280:23 281:4,7
281:11 343:13
343:17,18
**status** 342:18
**STEERING** 2:2
**stenographic**
7:14
**step** 98:7 169:18
174:3 227:2
**steps** 167:18
366:8
**stick** 305:13,16
305:19 306:6
306:13
**sticking** 153:3
**stop** 62:21 63:3
358:3
**stopped** 357:21
**storage** 44:5
**stored** 86:20
**Stowers** 98:10
**straight** 292:20
**strange** 63:7,10
**Street** 1:16 2:3,7
2:14 3:13
**strength** 224:20
224:23 233:13
**stress** 87:1
238:22 317:12
**stretching** 26:24
**strike** 57:16
63:7 218:23
219:5
**strong** 222:24
226:11 347:23
**strongest** 345:22
**structure** 82:3
137:11

**struggling** 232:6
**studied** 217:18
**studies** 33:14
   34:2 35:3 37:2
   37:7 85:19
   116:1,5,15
   120:1,2,2,2,10
   128:7,8,9,10
   131:5 132:1
   133:1,12
   136:19 137:19
   138:22 139:22
   140:1,5 145:2
   145:6 146:20
   146:21 148:22
   149:8,8 152:10
   157:21 159:9
   159:22,24
   160:1,9,14,19
   160:23,23
   161:1,2 162:9
   163:17,21
   165:14 166:4,7
   168:7,13
   173:11 175:11
   179:4,6 180:19
   181:5 184:4,21
   198:20,21
   201:15 204:3
   206:3 207:14
   207:21,22
   208:1 210:2
   214:11 220:3
   220:15 222:23
   224:9 225:8
   226:7 227:5,6
   228:6,7 230:16
   231:6 233:16
   234:1 236:2,9
   241:3,18 245:6
   251:10 253:19
   254:9,18
   256:15 263:23
   267:5 271:12
   273:7,11,15
   274:8 275:6,9
   275:9 279:1

281:14 283:5
285:21 297:2
297:11 301:5
306:3,12 314:5
330:2 334:9
338:3,5 340:5
341:11,13,16
350:24 362:4
375:13,15
376:4,6,14,22
377:4,17,20,21
377:24 379:20
381:7
**study** 6:3,7
   26:18 27:4
   32:14 33:3
   35:14 36:11,19
   37:13,16,20
   86:10 90:21,22
   133:3 139:7,8
   139:8,17,24
   145:12 152:8
   152:21 160:15
   162:17 175:23
   177:22 178:16
   179:14 180:17
   183:19 184:6
   185:17 186:9
   188:7 189:15
   189:17 190:1,3
   190:7,14,20,23
   191:8,9,11,16
   191:19 192:12
   193:4 194:7,12
   194:15 195:9
   195:13,16,18
   195:21 196:6
   198:23 200:3,9
   200:12,15
   201:2 206:3,12
   207:5,19,20,20
   208:11,14
   209:1,10,14
   210:12,17,18
   210:19,24
   211:1,3,7,10
   211:13,17

213:5,9,10
214:10,14,16
215:6,12,15,20
216:2,7,9,18
216:20 217:19
219:17 220:24
221:3 222:10
222:13,18
223:15 224:7
233:4,21
235:23 239:22
249:12 250:15
252:11 253:21
253:23 273:10
273:17,20,23
274:2,5,11
275:14 276:6
277:3 281:19
285:5 286:20
286:20 299:6,8
299:22 300:2
303:13 304:5,8
304:10,14,19
319:9 337:7
340:20 342:19
350:20 351:21
354:24 355:4
363:15 375:3
375:17 377:10
378:3,12,17
379:5 380:8,13
**studying** 89:24
**stuffy** 307:11
**subject** 18:7
   44:10 92:2,4
   127:18 158:11
   158:17 162:9
   287:10,14,18
   289:9 294:2
**subjects** 119:18
   119:20 200:21
   293:20
**submission** 85:7
**submit** 18:18
**submitted** 23:9
   38:6 83:11
   102:14 202:9

202:20
**submitting** 49:7
**subparagraph**
   64:1
**subsequent** 91:1
   177:18 201:15
   201:15 224:5
   352:17
**subsequently**
   297:3 299:7
   374:24
**subset** 62:5
**subsidiary**
   308:16
**substance** 57:3
   218:2 291:13
**substances**
   56:20 154:1
   322:9
**substantial**
   107:20
**substantially**
   47:6
**subtype** 260:6
**subtypes** 107:2
   260:1 273:7
   330:24 332:14
   333:4
**succinct** 65:13
   293:9
**succinctly** 65:15
**sufficient**
   113:15 114:8
   114:16 154:21
   171:23 228:23
   252:8 320:22
   336:14 344:11
   354:4
**suggest** 113:16
   125:17 162:16
   187:5 199:21
   205:11 211:20
   216:11 242:3
   244:11 249:11
   256:2 260:5
   278:24 279:2
   283:7 294:22

297:5 369:2,6
**suggested** 203:9
   359:20
**suggestion**
   58:10 165:17
   358:24
**suggests** 113:12
   165:19
**Suite** 2:7,10,14
   3:4,8
**Suites** 1:16
**summarize**
   107:4,4
**summarized**
   57:14 75:3
   87:10 199:3
**summarizing**
   83:18 152:8
**summary** 70:23
   140:15,16
   143:16 160:23
   164:16 172:11
   309:1 320:18
**superior** 379:15
**supervision**
   391:8
**supplement**
   25:10 213:11
**supplemental**
   38:10,13,18,22
**supply** 338:20
**support** 26:3
   32:1,18 35:24
   37:2 38:19,21
   77:20 78:10
   98:21 108:17
   126:8,9 127:23
   136:3 166:1
   175:4,14
   176:16 179:10
   180:12 181:17
   182:18 186:3
   186:23 187:6
   189:7 191:16
   191:19 192:3
   194:16 195:8
   196:6 202:20

Shawn Levy, Ph.D.

203:8 205:10
205:12 206:14
207:21 209:1
211:10 218:21
218:24 219:6
234:22 235:18
240:4 241:1
243:14 245:12
253:20,20
263:2 269:18
271:22 276:9
281:13 286:18
299:6,8 300:10
338:20 358:20
381:14 385:10
385:17 388:15
**supported**
151:10 167:12
167:13,19,24
179:4 206:2
225:7 239:21
242:6 244:3,15
245:8 252:6
260:13 261:16
261:18 275:9
281:13 284:10
295:12 300:14
300:19 366:9
**supporting** 5:17
5:23 83:9
84:13 142:6
183:5 190:8
204:3 208:15
228:7 230:16
**supportive**
129:17 168:20
172:13 174:22
175:6 176:20
178:12,19
207:23 210:20
219:14 234:19
244:6 247:13
255:15 260:3
266:19 268:6,7
268:12 366:14
**supports** 26:6
26:10,14 35:8

36:20 108:19
108:20,23
209:10 211:13
**suppose** 262:7
296:23
**suppressors**
73:1,10
**supracapsular**
362:19
**sure** 20:14,16,23
21:2 24:23
27:3 29:13
33:17,18 34:17
34:20 39:19
40:10 52:4
81:14 83:16
87:5 101:4
102:16 107:1
107:10 121:11
122:16 125:14
125:20 139:19
144:19 149:14
173:22 183:1
210:9 219:24
262:2 272:17
274:2 278:2
281:2 293:7
301:13 307:19
313:3 315:22
322:22 335:22
339:10 344:21
348:6 368:17
382:13
**surface** 31:13
**surfaces** 24:18
**surprise** 52:18
52:24 65:17
68:18 79:8
**surprised** 66:8
68:21,24 69:4
69:12,13
**surprising** 63:17
197:23
**surrogate**
340:21
**surrounded**
96:14

**surrounding**
62:16 119:19
133:4 165:16
175:9 197:4
268:2 277:10
362:17
**surveillance**
73:4,13
**survivors**
323:12
**susceptibility**
321:6
**susceptible**
323:7
**suspect** 222:8
339:21
**suspected** 96:15
**sustain** 76:16
77:15 78:5
**swear** 7:16
**sworn** 7:19
**sync** 316:10
**syndrome**
343:21 344:1,9
344:23 345:2,5
345:11,13
**synergistic**
369:6
**synthesis** 263:7
355:10 366:5
**synthesize**
293:21
**synthesizing**
235:24
**system** 185:6
186:9,11
200:11 214:7
216:18 248:16
350:24
**systematic** 5:3
5:24 23:10
142:7 220:18
224:17 227:6
**systems** 185:2
210:1 376:5

———————
**T**
———————

**T** 391:1,1 392:1
**T.C** 25:3
**table** 79:17
**tables** 384:12
**Taher** 38:5 39:8
39:11
**Taher's** 38:9
**take** 10:20 16:14
20:14,24 38:1
45:18 48:13
59:19,22 71:23
79:24 82:9
98:7 115:9
124:13 158:6,9
158:11 165:22
166:13 167:17
175:21 214:24
228:14 236:16
292:24 301:15
301:16 302:11
326:5 356:16
372:8
**taken** 1:15 66:5
66:10 81:16
189:23 391:5
**takes** 170:14
248:17
**talc** 3:2 4:21,24
5:4 6:9 19:14
20:12 21:23
23:12 31:1
34:3,11,23
35:4 36:11,21
37:4,8 94:2
99:11,15
101:16 113:2
126:8 127:2
128:3,14
129:22,22
130:3 135:18
137:10,11
144:20 145:23
150:6,12,21
151:6 154:16
155:1,10,18,24
156:5,11 157:7
157:14 159:1,8

159:17 162:2
162:15,20,21
163:8,10 164:1
164:10,11,18
164:21,24
165:3,5,7,12
165:15,19,20
166:2,8,10
168:8,13,16
172:19,20
173:5,11 174:2
174:9,11,17,21
175:5,15,24
176:17 177:2,6
177:14,16
178:5,10,11,17
178:24 179:10
183:9 186:5,11
187:13 188:1
188:19 189:9
191:11,14,20
195:12 196:12
196:13 197:11
197:20,21
198:1,14,17,23
199:3,12,13,17
199:18 200:5
201:10,18
202:2 203:15
204:14,14,18
205:4 206:1,1
206:6,18
207:17 209:8
212:21 214:13
214:17 215:7
215:16 216:2
218:14 219:12
220:21,23
221:11,23
222:16,19
223:7 224:20
224:23 227:9
227:15 228:8
228:12 233:7
233:22 234:3
235:3,5,12
238:3,8 239:9

Shawn Levy, Ph.D.

Page 442

239:23 240:1,8
240:10 241:1
241:16 242:8
245:2,8,18,24
246:20 249:8
249:18 250:4
250:16,19,23
251:14 252:1
252:12,20
253:6,15,16,23
254:2,17,22
255:7,13
256:17 257:2
257:18 258:15
258:24 259:14
261:17 263:10
265:17 266:15
267:15 274:22
274:23 277:12
277:12,22
278:16,19
279:15,24
281:21 283:17
283:23 284:12
284:22 285:2
289:23 303:18
304:12,15
305:4,5 351:11
354:20 355:2,3
355:6,9,19,23
356:1 358:21
360:4,5,16
361:13 362:4,7
362:24 364:14
364:21 365:2
365:12 366:10
369:12 371:1,3
373:19 374:8,9
374:19,23
375:15,20
376:1,16,24
377:6,18 378:3
378:18 379:2
379:10,16
380:9 381:24
384:1 386:1,6
**talc-containing**

139:12,23
**talc-induced**
26:5 30:21,23
363:9
**talc-related**
285:6,15,23
**talcum** 1:5 5:18
6:13 7:9 32:19
37:16 83:10
84:14 91:13
92:11,12,20
93:12,19 94:10
94:19,20,24
95:7,10 96:5,9
96:15 99:22
100:3 102:7
110:4,9,13
111:8,15,17,19
112:1,8,21
113:16 114:4,8
119:1,19 120:6
120:24 121:3
127:3,10
128:11 133:2
133:11 136:8,9
136:21 137:22
138:6,10,13,14
139:13,21,22
140:8 144:10
144:21 145:15
145:23,24
146:4,13,15
147:6,20 148:4
148:4,11,17
149:2,15 150:1
150:2,3 151:15
151:23 152:1
152:11,11,20
153:5,15,17,22
153:24 154:6
154:13,24
155:9 159:16
161:9,17 167:2
167:22 168:8
177:8 179:24
181:17 182:13
182:14,19

183:21 184:11
184:14,15
185:20 186:11
186:23 188:13
193:12 196:21
198:10 199:8
208:16 209:2
211:11,14,18
218:2 219:2,7
222:19 223:10
223:17 225:14
225:23 226:9
226:15,16
229:5 230:22
231:1,8,12
233:7 239:14
239:18 257:19
258:4 261:3,11
271:3 278:10
282:16 290:4
293:18 324:22
352:6,11,18
364:14 365:9
366:1 375:4
377:11 385:6
**talk** 147:6,10
153:1 193:3
244:18 264:13
272:19 307:22
310:12 343:4
343:21 345:19
350:22
**talked** 287:5
336:16 341:24
350:12
**talking** 41:15
116:6 132:18
225:12,13
228:10 232:13
257:7 330:16
340:8 350:2
353:13 382:9
**tangential**
119:24
**targets** 268:19
**task** 290:14
**team** 89:3,4,13

89:14,20
**technically**
311:15
**technology**
32:10
**tell** 7:19 8:8
11:21 21:18
26:13 64:5
76:19 83:2
100:17 131:22
317:21
**telling** 61:19
62:5
**ten** 61:10 186:21
231:17 236:23
237:3 387:23
**tense** 57:6,9,22
**tenure** 311:3,7
311:10,12,20
311:24 312:1,9
312:10
**term** 138:13
344:6,14
**terminology**
153:21
**terms** 70:18,24
82:2 91:17
117:6 123:8
128:8 139:17
146:24 149:10
154:8 159:7,13
161:4 171:3,3
181:22 196:15
200:4 207:17
209:17 220:9
244:12 255:20
255:21 256:1
259:5 278:8
305:21 343:7
346:24 360:10
370:24
**terrific** 42:22
132:17
**test** 136:17
295:7 309:20
**tested** 218:3
294:16,20,23

304:19 347:9
371:3 384:3,8
**testified** 7:21 9:7
46:15 131:23
370:6
**testify** 41:19,20
42:3 297:16
**testimony** 9:16
11:13,19 13:20
26:9 42:14
53:5 67:23
71:14,17,18
117:13 118:22
131:17 132:3,5
149:22 152:4
153:20 157:24
175:19 180:6
184:8 205:22
214:22 230:10
248:9 251:22
251:23 296:5
298:23 353:8
376:12 382:8
384:13 389:15
389:22 392:3
393:8
**testing** 99:24
128:14 129:4
133:24 148:4
234:17 235:5
308:18 352:23
354:6 370:7,12
384:8,12,15
**tests** 309:23
310:5 383:12
384:13
**Texas** 2:8 3:4
**Thank** 15:23
16:1 40:11
77:12 158:19
166:15 302:1
307:1 359:12
361:18 372:5
389:3
**Thanks** 390:7
**theoretical**
225:12 382:10

**theory** 32:2
    163:23 238:7
    238:14 276:9
**thereto** 391:6
**thing** 81:4
    125:17 295:24
    303:11 316:16
    316:19
**things** 57:14
    65:14 94:7
    102:20 107:2
    194:10 195:20
    196:11 223:5
    227:13 237:21
    240:7 266:18
    274:16 292:11
    300:16 308:7
    309:16 313:3
    315:8
**think** 9:13 12:8
    37:21 40:17,18
    49:9 67:3
    69:17 71:19
    81:23 90:13
    92:24 105:23
    106:5,20 107:6
    112:3 113:5,22
    127:19 130:1
    134:16 139:18
    154:5 158:17
    162:8 166:10
    168:7 173:18
    174:5,7 175:11
    176:19 182:7
    184:9,17 191:7
    197:1,11,19,22
    198:7 201:7
    204:10,16,20
    206:10,13
    208:3 210:16
    212:24 214:13
    215:20 216:9
    216:13,14
    222:8 230:1
    236:15 244:14
    254:2 255:6
    256:12,18

259:5,22 260:4
263:23 265:11
266:17 267:23
270:20 272:2
273:20 274:11
274:20 277:8
277:12 278:2
279:4 283:2,5
285:14 290:3
294:8 295:6
296:20 297:3
300:8 301:21
312:12 314:15
323:3 336:6
341:7,17 342:6
342:12,13
351:22 352:4
354:18,18
355:2 356:1,11
365:4 366:17
367:17 368:6
379:15 381:9
385:9,11 390:8
**thinking** 92:18
    149:7 297:17
    304:3,4 317:22
    338:2 351:14
    369:16
**third** 51:17
    72:19 205:1
    366:12,13
**thorn** 154:16
**thorns** 154:17
    154:18,21
**thought** 46:15
    77:1 194:24
    274:21 342:9
**thousands**
    323:19
**three** 40:13
    53:21 55:23
    58:2,14 158:7
    292:11 309:10
**threshold** 153:5
    153:12,15
**thresholds**
    150:24

**tie** 165:22 174:9
    179:6 222:4
**tied** 177:23
**time** 7:6 8:23
    9:15 10:3
    18:22 20:5
    22:12,13 27:16
    32:10,14 33:2
    35:13 48:18
    79:5 82:12,15
    87:13 88:4
    92:5 96:17,19
    97:12,14,22
    101:3,13 112:6
    119:16 130:14
    135:11 142:9
    158:10 163:9
    163:11,15
    165:1 166:17
    166:21 173:18
    186:15,17
    188:6 189:15
    193:21 202:15
    203:9,14
    204:20,22
    215:21 230:19
    237:9,13
    245:17 247:16
    247:21 248:2,5
    248:19 249:8
    250:19,23
    253:5 255:18
    256:8,10,11,19
    256:20 259:11
    263:14 279:4
    292:16 300:23
    302:3,7,17,17
    311:23 318:21
    339:10 356:19
    356:23 359:22
    360:15,20
    361:21 383:2
    385:23 390:7
    390:10
**timeline** 189:16
**times** 2:20 8:8
    81:24 162:7

231:17 234:1
280:1 324:7,7
365:19 385:3
**timing** 101:17
    138:24 258:22
**tissue** 165:7
    176:18 249:17
    250:17 252:12
    252:21 256:24
    258:3 304:13
    362:20 370:2
    376:24 377:5
    378:4,19
    379:16,22,24
    380:10
**tissues** 189:22
    246:4 375:20
**title** 41:8 89:11
    142:5 312:15
**titled** 60:4 64:1
    83:9 103:6
    218:14
**titles** 310:18
**today** 8:4 11:2
    11:13 13:20
    14:24 19:16
    21:4 27:18
    28:11 39:17
    43:13 105:11
    107:15 110:22
    118:13 130:5
    149:14 174:5
    201:14 205:24
    228:3 231:17
    244:23 245:11
    257:6 263:17
    266:20,22
    277:11 282:9
    315:9 325:9
    350:9 357:7,11
    365:7,19
    367:15 370:6
    382:21 384:22
    385:3 386:4
    389:15,23
**Today's** 7:5
**told** 223:5

325:17
**tool** 88:24
**tools** 121:7
**top** 43:17 123:24
    326:24 328:11
    331:20,23
    332:10,15
    338:7 347:7,22
**topics** 96:3
**Torre** 327:8
**total** 17:23
    18:14 47:18
    54:17
**totality** 26:23
    50:14 86:3
    119:8,13 120:6
    120:23 123:13
    126:23 138:9
    140:15 167:17
    246:2 290:9
    352:5 365:24
    388:7
**touched** 168:11
**toxicity** 203:6
    357:21 358:2
    359:2
**toxicology** 195:6
**trace** 347:10
**track** 311:3
**trade** 127:3
**traits** 345:21
**transcript** 67:24
    391:4,9 392:3
    393:5,8
**transducers**
    73:2,11
**transduction**
    348:4
**transferred**
    143:13
**transformation**
    106:9 114:2
    115:10 169:5
    169:10 171:22
    172:14 182:12
    189:21 243:15
    244:7 344:12

Shawn Levy, Ph.D.

transformative 246:17
transformed 171:24
translated 125:10
traveling 199:19
treated 182:13 182:14 186:20
treatment 105:7 129:24 168:15 184:24 299:9
tremendously 281:11
tremolite 383:21
trial 9:5,7 224:12 228:1
trials 310:1
tricky 38:24 135:3
tried 125:5 200:3 223:12
trigger 228:24
trouble 307:12
troubled 298:11 298:17
true 32:24 34:9 34:10 35:8,9 65:3 66:14 68:11 71:2,12 74:5,20 78:22 80:23 81:13 84:7 90:18,21 96:11,12 104:8 133:6,9 142:16 143:24 144:3 161:10 195:21 207:21 213:6 216:3 217:11 218:7,8 257:16 260:21 271:23 300:7 314:9 317:13,15 338:19 340:19 346:3,14 350:3 351:9 354:19 374:20 376:1

378:20 382:23 391:9 392:4 393:7
TruSight 310:8
truth 7:19,19,20
try 10:9,19 29:5 125:18 157:24 220:3 256:19 268:15 293:11 313:1,3
trying 37:21 38:24 127:6 232:7 283:15 291:12 292:3 292:17 293:7 339:14 349:20 350:15
tubes 199:24 304:16 305:22 306:2,5
TUCKER 3:8
tumor 73:1,9 106:12 183:12 246:18 264:17 265:5,9 310:8
tumor- 369:7
tumor-activated 264:13
tumorigenesis 369:7
tumors 77:24 78:11 264:9 273:5 275:3
turn 63:20 269:9 312:7 335:18 356:11 357:5 357:14 359:17 361:19 368:11
turned 311:20
Turning 73:8
twelve 9:2 76:3
twenty 234:10
two 16:8 17:23 24:19 35:20 36:6 40:13,14 40:14,18,18 41:11 43:1

45:3,22 47:8 51:23 52:10,18 53:20 54:10,15 54:19,20 57:13 57:17 58:6 64:4,11,13,18 65:2,14 68:15 73:17 74:4,14 75:21,23 76:7 78:14,19,21 79:3 80:2,3,7 80:16,21 81:4 81:7,11,16,24 83:2 87:18 94:6 147:4,10 156:20,24 157:13 158:7 162:15 163:12 163:16,16 168:19 173:18 173:21 177:12 178:24 186:15 205:1 212:5,7 212:24 222:24 235:7 236:9 239:19 240:7,9 240:13 244:9 244:22 245:1 245:13 246:3 247:7,11 270:11 308:20 308:24 309:22 315:19,19 317:1,1 329:6 331:17 350:23 351:2 355:14 360:15 361:1
type 48:1 137:10 144:21 154:6 176:22 179:10 181:18 182:19 183:7 189:8,9 209:13 213:7 217:3 259:20 259:22 260:8 276:17 316:3 329:20 350:20

351:21 355:3,6
types 91:9 92:7 98:24 100:2 106:18 118:15 144:10 169:13 212:7 247:7 259:17 260:9 260:12,21 277:16 328:17 329:8 330:20 330:21 348:12
typically 311:7

## U

U 300:17
Uh-huh 34:8 38:2 59:14,24 60:12 72:9 124:19,21 168:17 187:10 187:20 190:22 201:13 213:20 238:21 259:16 271:10 301:24 334:23 349:1 369:4 381:1
ultimately 17:14
umbrella 309:5
unable 132:18 160:16,16 377:6
uncertain 238:4
unclear 265:18 266:18 267:10 267:17 268:13
uncommonly 362:19
underestimate 107:7
undergirding 365:2
undergoing 256:9
undersigned 393:3
understand 10:16 11:1

14:21 34:17 70:6 80:18 93:16 94:22 117:8 118:12 133:22 144:20 147:14 149:23 202:11 229:3 230:2 232:7 255:23 283:15 305:20 307:17 335:22 344:22 352:22 383:20
understanding 12:14 53:8 107:16 153:14 169:6,10 307:13 329:24
understood 10:2 10:22 105:22 106:17 172:3 351:24
undertaken 147:1 163:20 294:11
undertaking 295:9 318:20
undertook 366:19
unfair 189:13
unforeseen 363:8
Unfortunately 362:24 363:7
unhealthy 314:3
uninvestigated 165:11
UNITED 1:1
universally 169:11
University 91:6 102:21 103:7 103:10,12,16 104:4,10,19 108:5 310:14
unknown 105:11 107:6 215:4 336:21

Shawn Levy, Ph.D.

unregulated 106:1
unresolved 279:12,12
unscheduled 355:10
untested 289:20
USB 12:16,19 13:3,9,12,14
use 5:4,18 6:9 23:12 59:20 83:10 84:14 103:3 119:2,19 120:6 144:21 146:22,22 152:12 153:21 159:16 161:3,4 163:15 166:9 167:2 174:8 177:7 182:10 191:11 197:20 208:16 210:6 212:13 218:14 219:12 220:23 221:11,23 223:10,17 224:20,24 226:9,12 227:8 227:15,20 228:8,12,14 230:24 231:1,5 231:8 233:22 234:5 238:3 264:2 266:15 268:4,16,20 270:8,16 274:23,23 275:4 277:12 278:3,10 279:15,24 281:21 299:1 374:20 375:4 376:15
users 351:11 369:13
uses 70:22 226:14

## V

vagina 199:23 226:17 304:15
vague 130:11 133:14 145:19 148:1 192:14 209:16 251:7 253:13 286:12 293:14 384:10 388:4
valid 286:21
validate 383:6 383:10
validated 309:20
validity 233:12 233:13
valuable 346:24
Vanderbilt 91:5 310:14,24 311:7,11 312:8 312:13
variability 259:13
variable 139:18 139:24 140:4 149:9 318:15 319:13
variance 343:4
variant 343:15 343:16 346:13 360:14
variants 343:9
variation 258:12
varies 311:9 316:1
variety 108:23 118:14 119:18 121:7,10 258:14 263:15 277:15 284:11 286:14 299:12 348:12 352:23 352:24 384:4
various 333:13 386:23

vary 259:12 319:6
vast 98:12 123:12 300:13
vastly 107:6
verbalize 10:19
verify 16:24 75:10 337:21
version 45:14 46:16 47:11,13 61:24 84:12 85:4,5,6,8 86:16,21 87:21 143:15 301:8 301:11 302:12
versions 40:4
versus 87:21 136:21 139:23 177:7 244:19 247:4,22 308:11 319:2 360:13
viability 212:12 360:10,13,22 361:14
video 1:14 7:7
videographer 3:18 7:1,3 79:15 82:10,14 166:16,20 237:8,12 302:2 302:6 356:18 356:22 390:9
view 26:4 59:1 115:11 155:2 155:11 207:21 208:15 209:2 211:11,13 218:21 219:6 245:18,22 251:13 260:9 260:19 288:22 289:2,3
viewed 171:20 299:6
virtually 334:11
virulent 259:21

viruses 313:15
Vitonis 338:16 340:18 341:24 342:4,5
vitro 120:1 128:10 210:2 286:16
vivo 120:1 210:2 314:10
voice 307:9
volume 130:14

## W

W 3:9
Wacker 3:8
wait 182:3 237:2
want 11:8 12:12 16:14 29:6 39:1 44:22 51:1,6 59:22 67:15 72:12,18 111:24 125:20 125:23 132:17 135:12 138:5 145:5 147:5,5 147:10 152:14 152:24 175:21 193:3 216:19 230:2 236:18 250:2 264:1 272:19 278:2 292:23 307:22 313:2 324:17 326:15 344:21 359:13
wanted 141:19 143:14 315:22
warning 193:12 195:12 203:9
warrant 355:2
Washington 3:13
wasn't 9:24 86:5 111:16 112:23 125:4 130:16 134:9 143:8,8 143:9 146:9

148:13,13 150:23 151:20 152:5,6 153:11 157:18 159:2 161:13,20,20 165:6 208:22 228:17 231:19 254:7 261:8 285:18 287:24 312:3 354:3,16 380:2 381:5 387:17
water 213:16
way 9:1 10:12 29:7 31:17 63:10 74:7 114:14 131:20 236:5 309:1 317:22 331:16 341:1 342:21 364:13 383:23
Wayne 299:13 299:19
ways 74:11 81:4 116:8 213:1
we'll 10:9,24 27:16 30:11 33:5 37:24 72:1 79:17,24 124:13 190:19 192:23 236:16 292:15,24 339:10 357:9
we're 28:10 30:11 42:13 81:3,3 82:15 118:23 125:21 166:21 189:19 201:14 220:6 232:13,13 237:13 247:14 257:6 264:1 265:3 267:5 277:11,24 278:3,8 280:12 281:19 292:17 302:7 307:19

Shawn Levy, Ph.D.

329:19 356:23
381:12 390:8
390:10
**we've** 14:22 15:5
21:17 22:23
29:13 48:2
49:1 50:8
58:17 59:10,23
67:3,3,17
68:14,14 74:8
75:11 79:4,20
81:23,23 86:16
87:14 104:16
104:16,20
127:2 135:22
158:5 175:8
180:24 189:19
205:14,15,24
206:15 208:3,4
208:24 209:6
218:12 226:5
227:4 236:12
242:6 249:24
253:19 262:18
263:8 264:3
267:18 271:1
279:14 282:8
291:21 293:22
295:2,3 296:21
296:24 301:18
304:10 323:18
323:20 325:9
327:7 330:15
336:6 348:14
350:9 353:17
355:23 363:20
370:15 374:15
377:16,16
379:20 385:3
388:6
**weak** 304:24
305:6
**Web** 121:10
**web-based**
121:8
**website** 5:11
19:12 58:21,24

59:5,12,20
60:14 61:16
63:14,22 64:14
65:3 66:10,14
66:24 67:19
68:9
**websites** 74:12
**week** 291:22
**weeks** 14:19
**weighing** 119:8
**weight** 283:12
**weighting** 284:7
284:17
**WEIL** 2:14,17
**welcome** 42:12
166:24 237:16
302:10
**well-established**
116:20,23
117:5 130:3
167:12 168:1
353:19
**well-evidenced**
112:7 115:4
**well-known**
183:12 217:14
**well-powered**
228:1
**well-supported**
251:24
**went** 67:12
116:3 200:23
324:15
**Werb** 5:15 75:7
75:13 79:8
**Whatever's**
237:3
**wholly** 308:15
**wide** 32:14
106:18 108:23
162:8 184:20
284:10 286:14
**widely** 102:12
**Wikipedia** 5:13
69:14,18,24
70:2,20,22
71:3,5,12,15

71:20,22 72:1
72:19,24 73:22
73:24 74:12,18
74:22 75:2,3
**withstanding**
206:12
**witness** 7:16,18
8:13 12:11
100:14 102:4
141:6 158:16
158:20 170:8
185:12 225:18
237:5 285:22
291:11 391:10
392:3 393:1
**witnesses** 52:18
57:14 223:2
247:3
**woman** 161:7
164:9 226:14
322:13 324:19
346:16
**woman's** 304:15
340:21
**women** 199:7
205:7 207:2
225:13,22
257:17 258:4
306:14 336:9
338:5 346:3
369:11 380:9
**women's** 206:8
227:10
**wondering** 47:1
110:22
**Woodford** 184:2
**Woodruff** 184:2
207:4,20
303:14,22
**word** 68:10,10
78:14,21 80:2
80:10,21 81:9
81:13,19 103:4
264:2 278:3
299:2 331:17
332:23 392:6
**word-for-word**

54:20
**Word(s)** 392:6
**worded** 340:13
**wording** 58:14
74:21 79:9
82:3 274:7
283:8 329:10
329:13 330:19
334:11,12
**wordings** 66:18
**words** 48:13,21
56:12 58:4
61:10,10 62:10
317:1 330:12
**work** 18:9 44:10
48:24 51:14,20
53:10 88:20,24
92:1 98:19,24
99:13 100:14
103:15,21
104:4 106:11
108:24 120:19
131:11 158:1
181:4,13,15
183:6,11,14
224:6 236:17
244:9 245:14
284:11,12
286:9,13,16
291:5 297:1,5
299:18 326:6
**worked** 104:10
104:20
**working** 11:24
14:3 79:16
109:4 115:11
298:13
**works** 29:7
**workshop** 201:1
**world** 71:11
98:20 289:10
377:11
**worldwide**
327:4
**worries** 332:13
**worthy** 125:11
**wouldn't** 85:11

102:23 110:18
144:16 185:24
222:3 243:24
287:4 301:16
312:17 313:20
321:5 329:18
**wounds** 77:24
78:11
**write** 48:4 55:13
58:16 73:9
78:4 150:19
278:13
**writes** 56:17
60:15 72:24
76:15 77:14
383:7
**writing** 47:17,19
58:21 69:14,18
71:20 95:19
142:19 391:7
**written** 39:14
41:3 54:15
64:13 96:20
142:23 187:23
203:21 357:17
**wrong** 204:20
272:5 303:23
**wrote** 64:16
85:15 86:6
87:13 88:5
193:11 195:11
245:17
**Wu** 338:16
342:1,16,17,24

**X**

**X** 4:1 5:1 6:1
232:8,9 387:24

**Y**

**Y** 232:8 387:24
**yeah** 21:12 22:4
79:2 118:23
140:11 141:7
157:9 170:18
181:2 190:15
207:11 231:19

Shawn Levy, Ph.D.

237:6 241:14
241:15 248:10
296:20 298:19
328:6,6 334:17
335:16 343:8
350:12,14
370:17 378:11
380:7
**year** 85:2 101:2
101:5 310:5
311:12 357:22
**years** 9:2 26:19
27:1 98:22
120:4 161:23
223:23 227:19
234:11 299:19
309:9 310:21
311:6 312:16
319:6
**Yep** 328:7
**yesterday**
288:20
**York** 2:11,18,18
2:21,21
**younger** 319:17

———————
Z
———————
**Zelikoff** 5:9 49:4
49:21 50:10
56:16
**Zelikoff's** 49:7
49:13 50:18,24
51:1,18 53:13
54:8,12 55:2,6
55:18,24 56:15
68:22
**Zena** 75:7
**zero** 360:17

———————
0
———————
**08542-3792** 2:15

———————
1
———————
**1** 4:13 14:9,11
14:22 39:18
193:16 268:5
268:18 269:11

270:14,19
275:24 321:14
343:17 360:9
360:10,12
361:9
**1.01** 280:7 281:2
**1.17** 280:1
**1.2** 281:15
**1.36** 280:7
**1/8/19** 4:18
**10** 5:12 72:2,3
75:22,24
154:24 348:22
**10:15** 82:12
**10:25** 82:16
**100** 255:17
256:10,11
**10036** 2:21
**10153-0119** 2:18
**103** 31:4 187:12
187:17 362:12
**105** 362:13
**11** 1:11 5:14
75:14 76:4,6
349:19
**11:51** 166:18
**11747** 2:11
**11th** 7:5
**12** 5:16 75:12,24
76:2 82:19,23
84:10,11 86:17
87:3,15 181:6
269:13 271:8
**12:52** 166:22
**1200** 98:19
**125** 179:20
183:13
**12th** 18:23
**13** 5:20 79:21
82:19,23 83:4
83:23 84:3,5,8
219:16,20
324:7
**14** 4:13 5:22
33:11,19 35:19
142:1,2 143:21
144:6 219:16

357:5 358:5
**142** 5:22
**14th** 42:17
**15** 6:2 19:2 99:5
158:6 190:16
190:19 203:6
319:6 337:4
349:21 370:19
**1508** 250:13
**1510** 3:4
**16** 4:17 6:4 75:2
192:23,24
357:13 372:8
**16-2738** 1:7
**16th** 16:17
**17** 2:14 6:6
137:22 138:7
138:16 147:7
149:17 208:7
208:10,18
209:1 359:14
**170** 310:8,8
**174** 272:19,23
274:14 278:13
**175** 281:20
**18** 6:8 122:12,18
123:16 218:9
218:13
**18-milligram-...**
192:9
**1800s** 116:22
**19** 4:19 6:10
249:21 250:1
**190** 6:2
**192** 6:4
**1971** 37:13
184:3 304:4,8
**1979** 303:22
**1980** 203:7
359:8 372:15
373:11
**1984** 25:5
**1993** 181:23
194:8 201:2
**1994** 201:1
**1995** 25:10
**1996** 249:12

**1st** 359:7

———————
2
———————
**2** 4:15 33:6,7
48:2,4,14 49:2
60:2 96:24
97:4,8,20
112:10 119:6
137:22 195:1
268:5,18
269:11 270:14
270:19 313:7
321:2,12,14,17
327:10,12
328:24 331:20
332:4,8 339:7
341:21 345:7
346:13
**2:10** 237:10
**2:26** 237:14
**20** 6:12 47:20
50:24 51:3
53:12 55:5
56:15 101:13
236:13 270:22
271:2 337:4
**200** 338:4
**20004-1454** 3:13
**2002** 90:23
**2006** 328:15
**2007** 181:20
**2008** 203:7
279:5 357:22
358:3,8,22
359:8 372:16
373:4
**2009** 358:15,17
365:11
**201** 2:14
**2011** 272:3
**2014** 6:5 192:18
193:21 194:11
202:1 204:9,17
357:17 359:7
373:4,11
**2017** 16:17,22
17:7 41:7

42:23 181:15
301:2
**2018** 16:9 18:24
20:2,6 39:13
41:1,9,10
42:17 43:8,10
45:24 46:16
84:6 85:13,15
87:14 88:4
179:21 180:2,3
180:10,20
181:16 204:12
245:18 265:22
302:18 333:6
**2019** 1:11 7:5
16:10 107:15
393:10
**208** 6:6
**21** 4:22 6:16
326:18,21
327:8
**218** 2:3 6:8
**22** 6:18 124:15
124:20 367:21
367:22
**220** 24:14
**23** 5:2 24:13,16
**233** 3:8
**24-hour** 360:14
**249** 6:10
**25-fold** 337:12
337:22
**26** 5:21
**26th** 83:5
**270** 6:12
**2738** 1:9 7:11
**28** 41:1,10
**2nd** 16:9 41:7
42:23

———————
3
———————
**3** 4:17 16:4,7
60:9,20 62:1
63:1 194:14,22
194:22,24
195:5 196:3
212:2,3 213:3

Shawn Levy, Ph.D.

214:24 331:20 332:16 360:3 361:10
**3:33** 302:3
**3:48** 302:8
**30** 5:6 26:19
**30-** 338:5
**305** 2:10
**307** 4:5
**326** 6:16
**33** 4:15 17:23 18:14
**357** 4:6
**36104** 2:4
**367** 6:18
**37** 371:1
**372** 4:7
**389** 4:8
**3A** 212:5
**3B** 212:5

**4**

**4** 2:20 4:19 19:4 19:7 20:4,9 21:5 22:14 55:11 63:20,24 64:19 200:9 201:8,9 203:2 357:15,19 372:16 373:10 374:1,2
**4:54** 356:20
**40** 161:23 337:3 337:10,20
**40,000** 338:5
**400** 2:10
**41** 371:2
**42** 221:9,15,18 371:3
**45** 238:1
**49** 5:8

**5**

**5** 4:22 21:14,18 21:24 22:8,11 22:16,19 50:20 51:7 53:19

54:1 55:12 56:24 204:24 313:5,8 326:12 326:24
**5,000** 98:21 99:10
**5/2/18** 4:18
**5:20** 356:24
**50** 155:10 323:12
**500** 2:7 310:11 347:23,23 360:17 361:11 361:12
**56** 371:1
**581** 359:17
**59** 5:10

**6**

**6** 5:2 22:24 23:3 23:7,13,16,18 23:23 24:1,15 38:4 191:21 328:4,9,11 330:6 372:20 373:10 390:11
**6:00** 390:12
**60** 319:19
**60606-9997** 3:9
**6950** 3:8

**7**

**7** 4:4 5:6 30:12 30:13 71:24 72:8 73:8 185:9 194:14 334:13 337:1 361:20 372:20
**7-** 337:13
**72** 5:12
**72-hour** 360:11 360:15,20
**74** 278:13
**75** 5:14
**75202** 2:8
**767** 2:17
**78701** 3:4

**8**

**8** 5:8 49:20,22 50:9 338:8 367:17 368:11 368:14
**8-fold** 337:13
**80s** 190:1
**816** 3:4
**82** 5:16,20
**850** 1:16
**8th** 16:10

**9**

**9** 5:10 59:7,11 59:23 60:13 75:5 76:9 77:9 78:3 347:8
**9:04** 1:18 7:6
**90** 322:2
**900** 2:7
**90s** 176:1
**96** 250:1
**975** 3:13

# Exhibit 17

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

## RULE 26 EXPERT REPORT OF
## ANNE MCTIERNAN, MD, PHD

Date:   November 16, 2018

*Anne McTiernan*

Anne McTiernan, MD, PhD

## Table of Contents

Mandate ........................................................................................................................... 3

Credentials, Expertise, and Experience .......................................................................... 3

Overall Approach ............................................................................................................ 7

Executive Summary ......................................................................................................... 8

The Science of Epidemiology ........................................................................................ 10

    Terminology in Epidemiological Studies .................................................................. 11

Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products ............. 18

    Critical Components to Both Case-control and Cohort Studies ................................. 18

    Case-control Studies ................................................................................................ 19

    Cohort Studies ......................................................................................................... 20

    Meta-analyses .......................................................................................................... 21

Possible Sources of Bias in Epidemiologic Studies Reviewed ...................................... 22

Causal Inference in Epidemiology ................................................................................. 25

Methods Used for this Review ....................................................................................... 30

Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer Risk ............................................................................................ 31

    Case-control Studies ................................................................................................ 31

    Prospective Cohort Studies ..................................................................................... 42

    Meta-Analyses and Pooled Analyses ...................................................................... 48

Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products ....................... 56

Biological Mechanisms .................................................................................................. 58

    Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and Fallopian Tubes ............................................................................................ 58

    Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer Development .................................................................................................... 59

    Additional Evidence of Biological Mechanisms ...................................................... 60

Summary of Findings: Weight of the Evidence/Bradford Hill Analysis ......................... 63

CONCLUSION ................................................................................................................ 68

Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer .................. 69

    Table 1: Case-Control Studies ................................................................................. 69

    Table 2: Prospective Cohort Studies ....................................................................... 73

1

Table 3: Meta-analyses ................................................................................................... 75

Table 4: Pooled Analysis ................................................................................................ 77

References ....................................................................................................................... 78

Additional Materials and Data Considered .................................................................... 84

## Mandate

I have been retained to review the current state of the scientific literature regarding talcum powder products and opine on whether those products cause ovarian cancer. When I refer to talc or talcum powder products in this report, I am referring to commercially available talcum powder products and all constituent elements contained within. All my opinions in this report are based upon a reasonable degree of scientific and medical certainty. My time is billed at $450 per hour for the literature review and preparation of this report. I have not previously provided expert testimony in legal cases.

## Credentials, Expertise, and Experience

I am a Full Member at the Fred Hutchinson Cancer Research Center in Seattle, Washington, Division of Public Health Sciences, Program in Epidemiology. I am also a Full Research Professor at the University of Washington School of Public Health, Department of Epidemiology, and the University of Washington School of Medicine, Department of Medicine, Division of Geriatrics. I am an elected member of the American College of Epidemiology, the Obesity Society, and the American College of Sports Medicine. From 2002-2012, I directed the Fred Hutchinson Cancer Research Center's Prevention Center.

I have received several prestigious awards for my research work including: the American College of Sports Medicine Wolffe Lecture, 2018,  the American College of Sports Medicine Citation Award, 2012; the McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011; Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012; the University of Washington Roger E. Moe Award for Translational Research 2009; and the Joan P. Liman MD Award, Recipient, New York Medical College, 1989.

I received my PhD in Epidemiology in 1982 from the University of Washington, and my MD degree in 1989 from New York Medical College. I completed Internal Medicine residency training from the University of Washington in 1992. For the past 25 years, I have focused on epidemiologic research, primarily in cancer and women's health. My research studies used the methodology employed in the talcum powder products and ovarian cancer studies, namely, case-control studies, cohort studies, and meta-analyses. In addition, I have had leadership positions for several randomized controlled trials

3

testing interventions to prevent cancer. I have published over 400 scientific manuscripts in peer-reviewed medical and scientific journals, have contributed to several academic texts, and have edited two academic texts.

I have held several leadership positions in scientific U.S. Government work. Most recently, I was a member of the 2018 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee and was a member of the 2008 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee. I served as chair of the Cancer subcommittees for both Committees. I have served on, or chaired, grant review panels for the U.S. Department of Defense Congressionally Directed Medical Research Programs and the National Institutes of Health, and serve as a program reviewer for NCI intramural epidemiologic research branches and for NCI comprehensive cancer centers.

I have served on editorial boards for the American Association for Cancer Research Cancer Prevention Journal, the Journal of Women's Health, and Medscape Women's Health. I have reviewed manuscripts for over a dozen prestigious journals including: JAMA, Journal of the National Cancer Society, Archives of Internal Medicine, American Journal of Epidemiology, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, and Nutrition.

My research funding has been provided by the U.S. National Cancer Institute, the National Institutes of Health, the National Heart Lung & Blood Institute, Komen for the Cure, the Breast Cancer Research Foundation, National Cancer Institute Canada, and various pharmaceutical companies and other foundations. I have been Principal Investigator of several randomized clinical trials testing effects of various agents in relation to prevention of breast and other cancers, including exemestane, raloxifene, tamoxifen, aspirin, and vitamin D.  In addition, I have been Principal Investigator of four randomized clinical trials testing effects of weight loss and exercise on biomarkers of breast and other cancers. I am co-investigator of a pending National Cancer Institute funded trial testing the effect of exercise on quality of life in women with ovarian cancer.  I was Principal Investigator of the Seattle site of a prospective cohort study of 1100 breast cancer survivors that investigated associations of hormones, inflammation, diet, exercise, obesity, and breast cancer survival. I was Principal Investigator of a case-control study of thyroid cancer and hormones in women, and co-investigator of a case-control study of

4

breast cancer in men. I have published on data from other case-control studies including studies on breast cancer, pituitary tumors, melanoma, and colorectal adenomas. I have collaborated in several prospective cohort studies, resulting in lead, senior, and co-authorship of several epidemiologic manuscripts. These included the Women's Health Initiative Observational Study, the Tromso study, the Carotene and Retinol Efficacy Trial cohort, the VITAL cohort, and the Pancreatic Cancer Cohort Consortium.

While my major focus is in epidemiology of breast cancer, I have also published on ovarian cancer, on gynecologic cancers in general, and on women's cancers, as described below, as well as on colorectal, pancreas, melanoma, and prostate cancers. In my randomized clinical trials and prospective cohort studies, I have investigated the effects of weight loss and exercise on biomarkers of inflammation, which is highly relevant to the topic of this report, because inflammation may be one mechanism linking talcum powder products exposure and risk of ovarian cancer.

My international work in epidemiology has included work with the International Association for Research in Cancer (IARC), the World Cancer Research Fund, and the Norwegian Tromso and EBBA studies. For IARC, I chaired a working group on mechanisms for a monograph on obesity, physical activity, and cancer risk (IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1). For the World Cancer Research Fund, I am a member of the advisory panel of experts that guides interpretation of meta-analyses and systematic reviews of nutrition, physical activity, obesity, and risk for many cancers including ovarian cancer (http://wcrf.org/sites/default/files/Ovarian-Cancer-2014-Report.pdf).

From 1992 to 1997, I was the Project Director for clinical work at the Women's Health Initiative Clinical Coordinating Center. I held this role from the inception of the Women's Health Initiative, and therefore directed all aspects of development and implementation of the three clinical trials and observational study. This included development of questionnaires and protocols. Of interest to ovarian cancer and talcum powder products, one of the Women's Health Initiative questionnaires includes questions about use of talcum powder products. Furthermore, ovarian cancer was one of the primary cancers included as an outcome in this study. As Project Director, I oversaw development of the protocol and procedures for ascertainment and adjudication of cancer outcomes, including ovarian cancer. When I stepped down as Project Director (to lead my own National Cancer Institute funded studies), I retained leadership of

the outcomes work for the Women's Health Initiative through 2005. This outcomes work entailed identifying cases of specific diseases such as cancer (including ovarian), collecting medical records, and classifying cases according to standardized criteria.

Although I have not personally conducted research on talcum powder products use and risk for ovarian cancer, I have published several manuscripts on gynecologic cancers, including prevention of ovarian cancer in women at high genetic risk, as well as effects of weight and exercise on risk for ovarian cancer and on survivorship in ovarian cancer patients.  In addition, I am co-investigator of a National Cancer Institute grant to test an exercise intervention on quality of life in women with ovarian cancer.

While my expertise is in the area of epidemiology, primarily in women's health and cancer research, I regularly consider the reports and studies from different scientific and medical fields including pathology, oncology, gynecology, physiology, molecular biology, and toxicology, and therefore, I have experience and expertise to consider evidence presented by experts in these fields, as I do when I prepare scientific manuscripts and grant proposals, when I review grants and manuscripts for government and private funding agencies, and when I do peer-reviewing for scientific and medical journals. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

6

## Overall Approach

The foundation for this report is based upon my education, expertise, and years of experience in designing, conducting, and interpreting epidemiologic studies, as well as my medical training. I drew upon my years of experience with synthesizing and interpreting large numbers of epidemiologic studies for comprehensive reports including work for the U.S. government, the World Health Organization International Agency for Research on Cancer (IARC), and the World Cancer Research Fund. My opinions are based on the published epidemiologic evidence including original case-control and cohort studies, systematic reviews, meta-analyses, and pooled analyses on the topic of talcum powder products exposure and risk of ovarian cancer. In reviewing the epidemiologic literature, I used my experience as a researcher in evaluating study quality, and in determining evidence of association between talcum powder products and ovarian cancer in terms of estimated size of the effect and statistical significance. I drew upon my 36 years as a PhD-trained epidemiologist and 26 years as an MD-trained clinical scientist.

In developing my opinions in this report, I applied the same rigor and standards as I utilize in my academic and research work. In addition to my review of epidemiologic studies, I also considered and reviewed clinical, pathological, and biologic and mechanistic evidence regarding talcum powder product exposure and ovarian cancer development.

# Executive Summary

This review assessed relevant published epidemiologic evidence on the association between use of talcum powder products in the genital/perineal area and risk of developing epithelial ovarian cancer. My review, as discussed more fully in this report, included 38 publications in Medline referenced scientific journals. Of these papers, 28 presented data from case-control studies(1-28), 5 presented results from 3 cohort studies(29-33), 7 were meta-analyses of all epidemiologic studies up to a set date(11, 22, 34-38), and 1 was a pooled analysis of 8 case-control studies(39). All of these form the basis for the conclusions below. The meta-analyses, which included data summarized from all published case-control and cohort studies, consistently showed that ever use of talcum powder products in the genital/perineal area is associated with a statistically significant 22 - 31% increased risk of developing epithelial ovarian cancer overall compared with never-users. Further, the meta-analyses found a statistically significant 24 – 32% increased risk of developing serous ovarian cancer—the most common subtype of epithelial ovarian cancer—in women who had ever used talcum powder products compared with never-users. The pooled analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall epithelial ovarian cancer and serous ovarian cancer (24%). The two most recent meta-analyses, and the pooled analysis, found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use, and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships).

Published laboratory and clinical studies on talc exposure and ovarian carcinogenesis have shown that in humans, talc can migrate from the perineum to the ovaries and that it can cause an inflammatory response. Elevated levels of biomarkers of inflammation (such as cytokines), as well as oxidative stress, provide biologically plausible pathways by which talcum powder product exposure can induce neoplastic transformation and result in ovarian cancer.

Given the frequency with which asbestos, a known carcinogen has been found in cosmetic and personal-use talc products, I reviewed the literature on the epidemiology of asbestos and risk of ovarian cancer. Due to the presence of not only asbestos but fibrous talc, heavy metals, and fragrance, I also reviewed literature on the carcinogenic properties of these constituents. IARC noted in its 2012 report that a causal association between exposure to asbestos and cancer of the ovary was clearly established.(40,

8

41) IARC has classified asbestos and talc containing asbestiform fibers grown in an asbestiform habit as Class 1 carcinogens(40, 42). Talc fibers grown in an asbestiform habit are often referred to as "fibrous talc." The elongated features of fibrous talc have many of the carcinogenic properties of asbestos that are known to cause an inflammatory process.(40) The additional chemicals present in talcum powder products discussed above were also classified by IARC to be carcinogenic(40), contributing to the biologically plausible mechanisms to explain the carcinogenic effects of talcum powder products.

The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects of causation(43), namely: strength, consistency across populations, temporality, biologic gradient (dose-response), plausibility, coherence, and analogy. The weight of the evidence related to genital use of talcum powder products and ovarian cancer development demonstrates a consistent increased risk. There are many instances in which relative risks less than 1.5 are widely accepted within the scientific community as being causative and have strong public health and clinical ramifications, as I point out in the report. Given the high prevalence of use of talcum powder products (as much as half of women in some studies), a relative risk/odds ratio in the range observed in these studies can have profound effects on clinical events and public health.

In my opinion, as an epidemiologist and physician, stated to a reasonable degree of medical and scientific certainty, use of talcum powder products, including Johnson & Johnson Baby Powder and Shower to Shower, in the genital/perineal area can cause ovarian cancer. I base this opinion on the statistically significant elevated risk estimates (relative risk, odds ratios) seen when the epidemiologic data are combined, the pathological evidence, the consistency of results across geographic areas and in different race/ethnic groups, the evidence of a positive dose-response effect, and the plausible biological mechanisms.

## The Science of Epidemiology

Epidemiology is the science of diseases in human populations. Epidemiologists study patterns of disease occurrence to determine causes of the disease of interest, with an aim of finding ways to prevent the disease from occurring.  Epidemiological research describes and seeks to explain the distribution of health and disease within human populations. Its methods are based mainly on comparative observations made at the level of individuals within populations. This type of investigation is known as observational. By relating differences in circumstances and behavior to differences in the incidence of disease, associations are identified that may or may not be causal.

In epidemiological studies, an 'exposure' is a factor or condition that may or may not influence the risk of disease. For assessing effects of some exposures, epidemiologists may employ randomized controlled clinical trials, but for exposures that have possible adverse effects with little known benefit, such studies would be unethical. For example, the effects of vitamin supplements have been tested in large-scale clinical trials to determine effects on risk for several cancers. This was considered ethical because the expectation was that the vitamin supplements could have benefit, and were unlikely to have risk, for study participants.  For toxicological exposures, however, with little expectation of benefit to offset possible adverse effects, observational studies will usually be the only available epidemiological evidence.

Much public health knowledge derives from epidemiological studies. For example, observational epidemiological studies show us that individuals who drink excessive amounts of alcohol have a high risk for developing liver failure and other diseases. Such studies have shown that persons with obesity have a high risk for developing diabetes and that smokers have high risk for developing lung cancer. Similarly, the effects of toxic agents on risk for several diseases have been identified through observational epidemiological studies. Examples include the effect of lead paint on cognitive development in children; the effect of radium exposure on bone health, blood abnormalities, and cancers; and the effect of second hand smoke on risk for lung cancer in nonsmokers.

10

The associations between talcum powder product use and risk for ovarian cancer have been studied only in two types of epidemiologic studies—case-control and cohort—and therefore this description of epidemiologic methodology below is limited to those types of studies.

## Terminology in Epidemiological Studies

**Disease incidence**:  The incidence of a disease is the number of new cases that occur. An incidence rate is the number of new cases that occur per number of persons over an interval of time. Typically, for cancer, incidence rates per 100,000 individuals per year are determined. The incidence rate for ovarian cancer in the U.S. is approximately 11.7/100,000 women/year (https://seer.cancer.gov/statfacts/html/ovary.html).

**Risk**: The risk of a disease refers to likelihood of its occurrence. In epidemiological studies, risk is usually used in relative terms, that is, the risk of developing cancer in one group versus the risk in another group. In cancer epidemiology, the risk almost exclusively refers to risk of incident cancer, that is, risk of a new cancer occurrence.

**Risk factor**: The World Health Organization defines a risk factor as any attribute, characteristic or exposure of an individual that increases the likelihood of developing a disease or injury (http://www.who.int/topics/risk_factors/en/). Risk factors can be inherent, such as sex, age, and genetics; lifestyle-related such as diet, physical activity, or smoking; health related such as menstrual factors, reproductive history, or history of infectious diseases; toxic exposures such as minerals, metals, chemicals, or radiation; or medical, such as use of particular medications.

**Exposures**: In epidemiological studies, an 'exposure' is a factor or condition that may increase or decrease the risk of disease. In this report, use of talcum powder products is the 'exposure' investigated. Self-reporting of exposure could result in incomplete information. Some women may over-report use of personal products, while others may not recall whether they used the products, how often or at what quantity they used them, or for how long they continued using them. Studies in which participants are queried by trained interviewers may be able to obtain information in greater detail than when participants complete questions on a form.(44) However, women may be reluctant to relay sensitive personal information to an interviewer as opposed to a self-administered form.(44) This type of

11

systematic bias, however, would underestimate the relative risk, suggesting that effects of talcum powder product use in the perineal area may be stronger than reported in epidemiologic studies.

**Association**: Epidemiologists use the term association to describe how a disease occurrence varies as a result of the effect of an exposure. A positive association indicates that the exposure increases risk of the outcome; a negative association indicates that the exposure decreases risk of the outcome.

**Etiology**: The etiology is the cause or origin of a disease or condition.

**Multi-factorial etiology**: Very few cancers occur as a result of only one cause. Most, on the other hand, have several likely causes, each with different levels of effect. The most common risk factor for cancer is age, as older persons have increased risk for developing most of the common cancers. So, even though certain human papilloma viruses increase risk for head and neck cancers, their effect is most often seen with increasing age despite individuals acquiring the virus at a young age. For some cancers, exposures add to the effects of other exposures, or even multiply their effects. For example, both smoking and alcohol use increase risk for squamous cell carcinoma of the esophagus, but individuals who both smoke and drink have a risk of this cancer that is greater than what would be expected by adding the effects of the two exposures.

**Latency period**: The length of time between when a person is exposed to a causal agent and when their cancer is first diagnosed is called the latent period. This period is typically years to decades. For exposures that continue over time, it may not be possible to determine the latency period of that cancer.

**Relative risk, odds ratio, and hazard ratio**: The strength of a relationship between an exposure and the occurrence of disease is commonly expressed in terms of relative risk. In cohort studies, relative risk is the ratio of risk (or incidence) of a disease among people with an exposure to that among people without that exposure. In cohort studies, the hazard ratio can be used, and is the chance of an event occurring in one group (exposed) divided by the chance of the event occurring in another group (non-exposed). In case-control studies, the odds ratio is used, which is the ratio of the odds of exposure among cases to the odds of exposure among controls. Relative risks, odds ratios, and hazard ratios

12

above 1.0 indicate an increased risk, while those below 1.0 imply a protective effect. Therefore, a relative risk of 1.3 represents a 30% increased risk.

**Statistical analyses**: Epidemiologists use several types of statistical analyses to determine the size and significance of relationships among variables in sets of data. The most common in observational studies are the relative risk, odds ratio, and hazard ratio. These estimates are based on individual studies, or on meta-analyses, which are based on data from multiple studies. To determine the likelihood of these being true estimates of risk, rather than just occurring by chance, epidemiologists determine the statistical significance. For the relative risk, odds ratio, and hazard ratio, we calculate a confidence interval (CI), which shows the range of values that the true risk estimate likely represents. Most commonly, we use 95% CI, which means we are 95% sure that a true relative risk or odds ratio lies within that interval of numbers. If a confidence interval includes the number 1.0, then we say the association between the exposure and the disease could be null. Some epidemiologists consider a CI that has 1.0 at one end of the range to be of "marginal statistical significance." A similar statistic is the p-value, which estimates how likely the observed association is likely due to chance. Epidemiologists often consider a p-value less than or equal to 0.05 as "statistically significant," and often describe p-values between 0.05 and 0.09 as "marginally statistically significant." However, the term just refers to the likelihood of a chance finding.

Both confidence intervals and p-values depend largely on the size of the population studied.  If a relative risk/odds ratio indicates an effect that is consistent across studies, or that is large, we are less likely to reject the likelihood of true association, even if the confidence interval includes 1.0 or if the p-value is greater than 0.05.

**Sample size:** Because development of cancer can be a random event, epidemiologists strive to determine whether an association between an exposure and disease could have occurred by chance. If the study is designed appropriately, the chance of random-ness explaining observed associations is lessened. The number of cases of cancer within the study is a critical element to determining likelihood of causality.

**Standardized incidence ratio and standardized mortality ratio**: In some epidemiologic studies, only highly exposed persons are available for study. This is a common occurrence in studies of occupations with high levels of exposures to carcinogens, such as asbestos. Researchers typically then compare the incidence (or mortality) in the exposed cohort with the general population from which the exposed cohort is drawn. The standardized incidence ratio compares the actual versus expected number of cases of a disease, using the population data to determine expected numbers. Similarly, the standardized mortality ratio compares actual versus expected numbers of cause-specific or overall deaths. The standardized incidence ratio and standardized mortality ratio are similar to relative risks, and 95% confidence intervals are often presented.

**Dose-response**: "Dose response" began as a medical concept where it denotes a change in the effect of a medication or treatment according to the dose used. This concept can be applied to any exposure, including potentially toxic agents such as talcum powder products.  The demonstration of a biological gradient adds weight to evidence that an exposure may be causal.

Dose response effects may be linear, where an increase in the exposure increases risk of disease at each level of increase in the exposure. A common example is the relationship between average packs/day and years of cigarette smoking and risk for lung cancer. Alternatively, there may be a 'threshold' below which there is no effect seen, but above which there is an effect.  An example is the association between exposure to menopausal hormone therapy; use for short periods has little effect on risk of breast cancer, but risk consistently increases for five years' or longer use.

Alternatively, the effect may be to influence risk one way at both low and high levels of exposure, but the other way at intermediate levels of exposure, shown as 'J'- or 'U'-shaped curves. In such cases, the exposure is evidently beneficial or harmful only within certain ranges. For example, intake of alcohol at small amounts has been related in some studies to lower risk of cardiovascular disease, whereas heavy intake increases risk.

Some exposures that are continuous variables are often reported in discrete categories. Although this is done for statistical reasons and can make effects easier to detect, the number and location of category boundaries may obscure the true relationship between exposure and the outcome, and non-linear effects of exposure may be missed if inappropriate categories are used.

14

**Bias**: A systematic error in the design, recruitment, data collection or analysis that results in a mistaken estimation of the true effect of the exposure and the outcome.

**Confounding**: This type of bias occurs when a third variable interferes with a true relationship between an exposure and an outcome. A confounding variable is one that is related to the risk of disease and to the exposure. It is not by itself a cause of the disease and does not lie in the pathway between the exposure and disease. A classic example is that individuals who report carrying matches in their pockets are more likely to develop lung cancer than individuals who do not carry matches. However, the true relationship is between smoking and lung cancer. Smokers are more likely to carry matches, and it is the smoking that is the true cause. The epidemiologic studies reviewed for this report all adjusted for potential confounding factors.

**Effect modification**: In some persons, an exposure increases risk of disease while in others it has no effect or has a smaller effect. This is called effect modification. An example is that obesity has a larger effect on risk for colon cancer in men than in women.

**Generalizability**: The goal for epidemiologic research is to identify causes of disease that can be applicable to all populations. Most modern-day case-control studies attempt to do this by conducting population-based studies. That is, they identify all cases of a cancer occurring in a population and attempt to interview as many of those cases as possible. They also identify a similar sample of persons from the same population who do not have cancer and attempt to interview as many of those as possible. Many of the case-control studies of talcum powder products identified cases through population-based cancer registries, which register almost 100% of cases of cancer occurring in the population served by the registry. These population-based studies are better able to produce results that are generalizable to the whole population.  Hospital-based case-control studies of ovarian cancer include all cases of the cancer that present to a hospital and compare them to a comparable group of hospitalized patients without cancer. While the comparisons between cases and controls can be valid, the generalizability of the results to the population can be low if patients from the recruiting hospital differ from the population as a whole.

15

Generalizability can be more of an issue for cohort studies, depending on how the study participants were recruited. Three cohort studies have reported on talcum powder product use and ovarian cancer risk. The Women's Health Initiative recruited from the general population of postmenopausal women from 40 clinical centers around the U.S. The rate of response was only around 1-2%, however, and therefore the cohort is unlikely to represent the population of American postmenopausal women. The Nurses' Health Study recruited nurses from around the U.S. Their rate of response was higher than for the Women's Health Initiative, but they are all nurses, and therefore have different health knowledge, income, and socioeconomic status compared with the general U.S. population. The Sisters' Study recruited from the general population, targeting women who had at least one sister with breast cancer. The responding participants therefore represent only women with a family history of breast cancer, and given their self-selection, likely differ from the general population in vulnerability to cancer and other characteristics.

**Exposure measurement**: Defining whether a person is exposed to a potentially causal agent is critical to the science of epidemiology. For many exposures, we must rely on what the individual can tell us about their health habits, lifestyle, work history, and use of products and medications. Recall of these variables can be challenging. Epidemiologists, therefore, often have interviewers use tools to jog participants' memories, such as anchoring around particular ages and life events. The most thorough case-control studies queried about both frequency and duration of use of talcum powder products, as well as brand and type of product, and areas of exposure (e.g., perineal, sanitary napkin, other body areas, diaphragm, etc.) The ascertainment of use of talcum powder products is difficult, especially in determining dose of exposure, because women may have been using powders without being aware of what the product contained. Furthermore, information on the variable contents of talcum powder products (talc, fibrous talc, asbestos, other metals, fragrance) was not available to the scientists conducting the epidemiologic studies. While many epidemiologic case-control studies of talcum powder products and ovarian cancer risk asked women for brand names and dates of use, and analyzed data separately by likely powder contents, these analyses will not have been able to identify the various constituents of talcum powder products.

The Women's Health Initiative asked about duration of use of talcum powder products but did not ask about frequency of use.(29) The Nurses' Health Study asked about frequency of use but did not query regarding duration of use.(31) The Sisters' Study asked participants about use of talcum powder

16

products in the 12 months before study enrollment, and the frequency of use.(30) None of the cohorts, therefore was able to estimate total lifetime dose of talcum powder product exposure. As described below, under-reporting of exposures will underestimate a true relative risk.(45) Therefore, the estimated relative risks in studies that looked at effects of talcum powder product use and risk of ovarian cancer may be under-estimates.

**Diagnosis and classification of disease outcome:** "Outcome" refer to the disease or health condition of interest; in this report, any type of epithelial ovarian cancer is the outcome. In some reports, cancers of the fallopian tubes and peritoneum are combined with epithelial ovarian cancer, as they are believed to be the same biological process and are treated the same as ovarian cancer with surgery and chemotherapy (https://www.cancer.gov/types/ovarian/hp/ovarian-epithelial-treatment-pdq).

Determination of outcomes (sometimes called "events") is a critical part of epidemiologic research. If cases of a disease are over- or under-counted, results of exposure-disease associations will be skewed. If the source of cases differs from the source of controls, comparisons between cases and controls may be biased. In case-control studies, researchers try to include all cases that were newly diagnosed with the disease in a defined population within a set period. Population-based cancer studies often identify cases through population-based cancer registries. Hospital-based studies, conversely, identify cases that were newly diagnosed in one or more hospitals. Whichever method is used, researchers try to include and interview as high a proportion as possible of identified cases, to reduce chances of biased results.

For epidemiologic studies of cancer, it is important to identify, at the minimum, the type of cancer, stage of cancer at diagnosis, and subtype of cancer. Using pathologists' reports from medical records, trained coders classify patients into the correct categories depending on the pathology and other medical records. There are several different subtypes of cancer of the ovary. Over 90% originate in epithelial tissues and are called "epithelial ovarian cancers." The remaining 10% originate in other ovarian tissues (germ cell or sex-cord stromal). Of the epithelial ovarian cancers, approximately 70% are serous, 10% are endometrioid, 12% are clear cell, 3% are mucinous, 1% are Malignant Brenner, and the remaining are mixed histologies.(46) Epithelial ovarian cancer may be invasive or borderline. Only epithelial ovarian cancer has been studied in relation to use of talcum powder products. Therefore, in this report, "ovarian cancer" refers to "epithelial ovarian cancer."

# Types of Epidemiologic Studies on Ovarian Cancer and Exposure to Talcum Powder Products

Epidemiologists have assessed the relationships between use of talcum powder products and risk of ovarian cancer development, using several types of epidemiologic studies. The studies with the greatest number of cases of ovarian cancer used case-control designs. Most of these were designed specifically to address use of talcum powder products as a potential cause of ovarian cancer. Three cohort studies have also reported on associations between talcum powder product use and risk of ovarian cancer. These cohort studies were designed to test hypotheses relating hundreds of exposures to scores of disease outcomes including common cancers, cardiovascular disease, cerebrovascular disease, musculoskeletal diseases, and others.  Finally, after several epidemiologic studies were published, researchers combined data from these studies using either meta-analyses or a pooled analysis. The pooled analysis also included data from previously unpublished studies, and therefore provide additional information beyond just summarizing results of published studies. All of these studies contribute to the science of the epidemiologic evidence relating use of talcum powder products to risk of ovarian cancer development. The totality of evidence on the causal effect of talcum powder product use on ovarian cancer development relies on data from epidemiologic studies, pathological evidence of migration to the ovaries of talc and other contents of talcum powder products (such as asbestos), and laboratory evidence.

## Critical Components to Both Case-control and Cohort Studies

1) The accurate and complete ascertainment of cases. In case-control studies, this means that all cases of ovarian cancer should be identified in a given population and as high percent of them should be included in the study as possible. The controls should be free of ovarian cancer and should be as similar as possible to the cases except for the exposure under study. In cohort studies, this means that all individuals should be followed over time to determine how many did or did not develop ovarian cancer. For both types of studies, cases should be confirmed by medical record and pathological report review.

2) Precise determination of exposure. In both case-control and cohort studies, both cases and non-cases should have completed questionnaires about their current and past history of use of talcum powder products, including how often they used the products, when they began use, and number of years used.

18

In case-control studies, this is often done with the help of a trained interviewer. In cohort studies, which typically involve larger numbers of participants because only a small fraction will go on to develop specific diseases, questionnaires are usually self-administered without the assistance of an interviewer. In cohort studies, exposures should be updated after the baseline assessments, to ensure that changes in exposure can be captured. For an exposure like talcum powder product use, lifetime use would be relevant for determining total exposure. For both case-control and cohort studies, determining early life exposures depend on participants' ability to recall typical use patterns. Interviewer-administered surveys would typically include prompts to help participants recall past habits. Self-administered questionnaires may include some printed prompts, but these are usually minimal.

For a rare endpoint like ovarian cancer, a cohort must be followed for decades in order for a sufficient number of cases to accrue to determine effects of particular exposures. Therefore, there is the possibility of bias towards the null via changes in behavior over the course of the decades of follow-up. A woman who was originally classified as an "ever" talc user will remain an "ever" user even if she subsequently discontinued talc use.  A "never" user who subsequently begins talc use will always be misclassified as a never user unless a follow-up survey records her change in status.

In ideal situations, the precise nature of the exposure would be verified. Despite habitual use, however, quantification of exposure is difficult.

(3) For both case-control and cohort studies, the populations should be well-characterized, so that any potential confounding variables can be accounted for in comparing exposure rates of cases and non-cases.

## Case-control Studies

In case-control studies, individuals diagnosed with a specific type of cancer (cases) are compared with otherwise similar individuals who have not been diagnosed with cancer (controls). The control group is a sample of the population from which the cases arose and provides an estimate of how the exposures being studied are distributed in that population. In the ideal case, the controls will be similar to the cases on all variables other than the exposure under question. Therefore, epidemiologists often match

controls to cases on such variables as age, race, and ethnicity, or they include a large enough sample of participants that they can adjust for these variables.

Case-control studies can enroll a large number of cases, are usually less expensive than cohort studies, and can be completed over shorter periods of time. Relevant to this report, case-control studies also can be designed to answer specific questions related to one outcome, and participants can be queried in detail about certain exposures. Selection bias is an increasing problem if participation rates among case and control groups is substantially less than 100 percent, and where participation may be related (in different ways) to various exposures.

Case-control studies are subject to their own limitations, including recall bias, which can occur when participants' reports of various exposures are differentially affected by whether they are cases or controls in the study. This is a theoretical bias however; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(47)

One of the case-control studies of talcum powder product use and ovarian cancer risk (1) addressed this issue by counting as "users" only women who had used talcum powder products for at least six months, on at least a monthly basis. This procedure minimizes the potential over-reporting of minimal exposure by cases versus controls.

For this report, I reviewed 28 case-control studies, for most of which the association between use of talcum powder products and risk of ovarian cancer was a primary research questions.

## Cohort Studies

In prospective cohort studies (usually called cohort studies), the exposures of a large group (cohort) of people who are assumed to be healthy are assessed, and the group is followed over a period of time. During the follow-up period, some members of the cohort will be diagnosed with cancer, while others will not, and comparisons are then made between these two groups. Cohort studies may need to be very large (up to hundreds of thousands of participants) to have sufficient statistical power to identify factors that may increase cancer risk by on the order of 20 or 30 percent.  In addition, meaningful

20

comparisons between cases and non-cases can be made only for factors that vary sufficiently within the cohort. Importantly, cohort studies must identify exposures of interest when participants are enrolled into the study, in order to determine effect of the exposures on eventual development of the outcome of interest. Alternatively, if an exposure is ascertained some time after enrollment (as in the Nurses' Health Study ascertainment of talcum powder product use), the researchers will consider the date of collection of that exposure data to be the start date for follow-up of study participants. Because cohort studies typically are designed to look at multiple outcomes such as cancers, cardiovascular diseases, mortality, and other diseases, information collected on exposures tends to be minimal, to pertain to current levels of exposure, and may not be updated during follow-up.

Cohort studies provide the opportunity to obtain repeated assessments of participants' exposures at regular intervals, which may improve the assessment of the exposures. However, for this to happen, the investigators need to have planned for repeated measures of the exposure. In published cohort studies of talcum powder products and ovarian cancer risk, no repeated measures of talcum powder products were reported.

In cohort studies, the ascertainment and adjudication of cancer outcomes can be accomplished by directly asking participants about illnesses and hospitalizations, and requesting medical records for reviewing these events. In some cases, ascertainment of disease events may be accomplished by linking to a cancer registry.

For this report, I reviewed results of 3 cohort studies, published in 5 papers.  None were designed specifically to look at the association between talcum powder product use and risk of ovarian cancer. Further, none of these studies fully ascertained exposure to talc, as will be discussed below.

## Meta-analyses

Because there can be random variations within individual epidemiologic studies, and because very large sample sizes may be needed to see effects on rare diseases, epidemiologists rarely make causal inferences based on results of one study. Rather, we look at the totality of epidemiologic studies to determine patterns of exposure-disease relationships. Meta-analysis is a method used to combine the statistical results of several studies to produce an average estimate of effect of an exposure on an

outcome of interest. These summary estimates can provide evidence regarding the presence or absence of an association and can allow examination of dose-response relationships. In the area of talcum powder products use and ovarian cancer, 7 meta-analyses have been published (11, 22, 34-38), two of which are very recent and covered all studies contained in the previous meta-analyses.(34, 35) Of the 7 meta-analyses, 2 were included within reports of individual case-control studies (11, 22); the two recent meta-analyses contained all studies included in these 2 meta-analyses as well.

Pooled analysis is a type of meta-analysis where original individual-level data from various published and/or unpublished epidemiological studies are combined and re-analyzed. The combination of data from multiple studies creates a larger data set and increased statistical power. One such pooled analysis was published on the relationship between talcum powder product use and risk of ovarian cancer, and is heavily cited in this report because of its significance in including very high numbers of women with ovarian cancer and controls, thereby providing a high degree of statistical power.(39)

The 7 meta-analyses that I reviewed for this report included data from available cohort and case-control studies. I also reviewed the pooled analysis of 8 case-control studies.(39) In addition to effect measures (relative risks, odds ratios, hazard ratios) and their confidence intervals (or other test of statistical significance such as p-value), I reviewed the number of people with and without disease for each exposure category, method of exposure ascertainment, estimated exposure categories, assessment of dose-response effects, and effect sizes for all epithelial ovarian cancer and for subtypes of epithelial ovarian cancer (invasive, borderline, serous, endometrioid, mucinous, clear cell).


## Possible Sources of Bias in Epidemiologic Studies Reviewed

All studies of all types must be criticality evaluated for both strengths and potential limitations in order to determine the totality of evidence. Limitations in epidemiologic studies are often characterized as biases. These include the biases listed below.  It is important to note that the presence of bias does not render an epidemiologic study invalid. Rather, biases are issues that should be carefully considered when assessing how much weight should be given to individual studies, and what conclusions can be drawn from them.

22

**Missing data:** Both case-control and cohort studies can suffer from missing data. If the missing data items are related to the use of talcum powder products, then the estimated relative risks/odds ratios will likely be artificially low. If, in cohort studies, the cases of ovarian cancer are not identified, i.e., the cancer data are missing, the statistical power to detect statistically significant effects will be lessened. Both of these conditions would likely mean the true association between use of talcum powder products and risk of ovarian cancer is actually higher than what is observed in the epidemiologic studies.

**Poor precision of exposure measurement:** Determining whether, how much, and for how long women were exposed to talcum powder products is difficult. Women may not remember the brand of powder products they used, and contents of personal powder products may not be clear or may change over time. Women may not remember the amount of products used, frequency of use, and years of use.

**Publication bias:** The publication of epidemiologic studies depends on several factors. The investigators must have developed hypotheses about certain questions and designed the study accordingly, including asking the correct questions about the exposure and potential confounding variables, and collecting information from a sufficient number of participants. The investigators then need to perform statistical analyses, develop scientific manuscripts, and submit for journal publication. It may be difficult to find a journal that will accept null results (i.e. where an exposure is shown to not be related to an outcome).(48, 49) The pooled analysis of case-control studies provides some reassurance that publication bias is less likely for this association.(39) Of the 8 studies included in that analysis, 3 had not been previously published. Ever use of talcum powder products in the genital area produced odds ratios of 1.37 (95% CI 1.07–1.67), 1.36 (95% CI (1.06–1.74), and 0.99 (95% CI 0.70–1.41) for the 3 individual studies. That the confidence intervals overlapped, and that 2 of the 3 studies showed statistically significant associations, suggest low publication bias for the association between use of talcum powder products in the genital area and risk of developing ovarian cancer.

**Cancer process affecting likelihood of exposure:** If women used talcum powder products in the perineal area due to symptoms from an early cancer process, results of studies could be biased. Cohort studies often guard against this by eliminating cases that develop within a short time of study enrollment. Case-control studies guard against this by asking participants to recall exposures one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview).

23

**Confounding:** Variables related to both use of talcum powder products and risk of ovarian cancer could mask the true relationship between these variables. Epidemiologists handle this by adjusting in the analysis for these potential confounding variables. All of the studies reviewed performed adjustment for several potential confounding variables. Those studies that presented both adjusted and unadjusted odds ratios/relative risks found little effect of confounding variables on these relationships.

**Recall bias:** For the case-control studies, media reports of associations between talc and ovarian cancer could have influenced cases such that they recalled use of talcum powder products to a greater degree than controls. However, the studies for which data collection pre-dated news reports of this association showed similar effects to those for which data were collected afterward. Thus, "recall bias" is unlikely to be an issue. As mentioned above, recall bias is a theoretical bias; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(47)

**Non-response bias:** Case-control studies with low levels of response in cases or controls can be biased, in that the non-responding cases and controls could differ with respect to use of talcum powder products.

**Differential results of cohort versus case-control studies:** Ideally, results of case-control and cohort studies would be similar for the relationship between an exposure and risk of disease. However, there could be several reasons for discrepancy in results between case-control and cohort studies. The exposure measurement may differ in the two types of studies. For example, cohort studies may measure exposure at study entry without updating and without ascertaining lifetime exposure. The study would then have only one time point of an exposure that could significantly attenuate the observed associations between exposure and disease.

**Population-based case-control versus hospital-based case-control studies:** For some exposure-disease relationships, population-based case control studies are the most valid method of comparing risk for exposed versus non-exposed persons because the risks to public health can better be estimated. For others, however, hospital-based case control studies may provide important information because controls with illnesses may be more likely to recall exposures compared with healthy controls from the community, and therefore recall bias can be reduced.

# Causal Inference in Epidemiology

The overarching goal of epidemiologic research is to determine likely causes of disease, in order to determine who is at risk for that disease and how to prevent the disease in individuals and populations. Much of epidemiologic observational research in cancer focuses on determining the *associations* between an exposure and an outcome. In other words, in a sample of individuals, are the number of persons exposed to an agent more likely to develop a cancer than those who are not exposed? There are several related questions. For example, will the persons who are exposed to a higher dose have an even greater risk than persons with little exposure? Will those exposed for a longer period of time have greater risk than those exposed for only a short time? Epidemiologists follow guidelines and logic in determining likelihood of an exposure causing cancer.(50) In addition to epidemiologic data, epidemiologists also consider plausible biological mechanisms to explain observed associations. The weight of evidence depends on the validity of the data as well as the clinical and biological evidence, if available, to explain these associations.

In epidemiology, and therefore in this report, a positive association means that the exposure in question increases risk for a disease or outcome. A negative association refers to an exposure decreasing risk for the outcome.

In 1965, English epidemiologist Sir Austin Bradford Hill attempted to describe several aspects of the causal relationship in a speech to the Royal Society of Medicine's newly-established Section of Occupational Medicine.(43)  As  Bradford Hill explained, this is not a checklist of factors to be counted: "What I do not believe—and this has been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."

**These aspects of a causal relationship are:**

***Strength of the association.*** If the risk of developing cancer is several times higher in persons exposed to a toxic agent, that increases the likelihood of causality. It is not a necessary condition for establishing causality and providing recommendations for avoiding a potential cancer-causing agent, however.

25

Indeed, several carcinogens raise risk of cancer less than doubling of risk, but because of a high prevalence of exposure, can have major public health effects. Other exposures may be highly prevalent to certain groups such as factory workers; such exposures need to be minimized to meet government regulations for worker safety. Several examples follow:

Alcohol and risk for postmenopausal breast cancer: Risk for postmenopausal breast cancer increases by approximately 10% (a relative risk of 1.1) for each 10 gram/day intake of alcohol (the amount in a four-ounce glass of wine).(51) Women are advised to avoid alcohol or minimize alcohol intake to no more than one alcoholic drink per day to reduce risk for this cancer.(51) As Bradford Hill pointed out in his address: "We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."(43)

Air pollution and risk for cardiovascular disease: A 2013 meta- analysis found that for each 10 μg/m3 rise in $PM_{2.5}$, the air pollution caused by motor vehicles, yields an 15% increase in risk of cardiovascular disease (similar to a relative risk of 1.15). Given the widespread prevalence of exposure to ambient pollution, even modest contributions to cardiovascular disease risk can have a substantial effect on population health. (52)

Outdoor particulate matter air pollution and lung cancer: A 2014 meta-analysis including 18 studies showed a relative risk of 1.09 (95% CI 1.04-1.14) per $10\text{-}\mu g/m^3$ of exposure to particulate matter $(PM_{2.5})$.(53) This is highly significant, because $10\text{-}\mu g/m^3$ of exposure to $PM_{2.5}$ is the lowest recommended limit set by IARC for minimizing health effects of air pollution.

Benzene at work and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23-1.57).(54)

Estrogen-progestin menopausal hormone therapy and breast cancer risk: The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk

26

for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(55) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40-1.81).(56) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations(57), and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions.(58)

Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17-1.50).(59)

Regular physical activity is associated with reduced risk for cardiovascular disease, diabetes, and various cancers in persons who meet national physical activity guidelines of 150 minutes/week of moderate-intensity aerobic activity.(60)  In one large pooled analysis of 6 cohorts with 661,137 men and women, investigators found a 20% lower mortality risk among those performing less than the recommended minimum of 7.5 metabolic-equivalent hours per week (hazard ratio, 0.80 [95% CI, 0.78-0.82]), a 31% lower risk at 1 to 2 times the recommended minimum (hazard ratio, 0.69 [95% CI, 0.67-0.70]), and a 37% lower risk at 2 to 3 times the minimum (hazard ratio, 0.63 [95% CI, 0.62-0.65]).(61) To compare with the relative risks for adverse exposure, one would look at the inverse of the hazard ratios, i.e., 1.25, 1.45, and 1.59.

Intermittent intense sun exposure and risk of melanoma: A 2005 meta-analysis included data from 57 epidemiologic studies with 38,671 cases of melanoma, and found a relative risk of 1.61 (95% CI 1.31-1.99) for intermittent intense sun exposure.(62)

Prevention of skin cancer with use of sunscreen has also been observed, with similar effect sizes. In a 4.5-year trial with an additional 8-years follow-up, individuals randomly assigned to daily sunscreen use had almost a 40% reduced risk of squamous cell carcinoma (rate ratio, 0.62; 95% confidence interval, 0.38-0.99).(63) To compare with the relative risks for adverse exposure, one would look at the inverse of the risk ratio, i.e., 1.6.

***Consistency of the association.*** A consistent association would be observed in various populations, places, circumstances, and times. Has the association been found in different countries, in persons from

various race/ethnic groups, and of different ages? This is also not a requirement, as there could be occasions when an exposure only increases risk for specific categories of individuals. An example, again from the breast cancer field, is that obesity increases risk for breast cancer occurring after menopause but decreases it for women who have not yet undergone menopause. Relevant to the association between ovarian cancer risk and use of talcum powder products, the association has been observed in the U.S., Canada, China, Australia, Israel, and the UK. While most data have been collected in Whites, a positive association between use of talcum powder products and risk for ovarian cancer has also been found in Blacks and Asians.

**Specificity of the association:** This suggests that if an exposure causes only one type of disease, that its causal link to that disease is strengthened. However, Bradford Hill recognized the limits of this aspect. One noxious agent, such as tobacco smoke, is an accepted cause of multiple cancers as well as cardiovascular disease. Similarly, one disease can have multiple causes. For example, lung cancer risk is increased with exposure to radon and asbestos, even in persons who do not smoke. In support of this, Bradford Hill stated, "One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation…"(43)

**Temporality:** The time course between exposure and disease occurrence is an important consideration. Bradford Hill was referring to the need to document that the exposure came before the disease, rather than something about the disease causing a person to come into contact with the exposure. This is why, for case-control studies, researchers have often queried women about their lifetime history of use of talcum powder products, beginning from young ages. Some cohort studies, on the other hand, asked about current use of these products when the women were first enrolled in the cohort. However, for all of these studies, only talcum powder product use prior to the cases' diagnoses (and prior to a comparable time point for controls, in case-control studies) was counted as "exposure."

**Biologic gradient**: This refers to the dose-response curve or the shape of the association between exposure and risk as the amount of exposure changes. If risk for a disease increases with increasing amount of exposure, the likelihood of a causal relationship is often increased. The exposure can be classified by total duration of exposure, by usual amount of exposure, or by a combination of these two. For use of talcum powder products, dose has been estimated by total years of use, by frequency of use, and by a combination of these two variables. It should be noted that ovarian talc particle burden may

not be influenced by number of applications of perineal talc usage(64), and therefore the typical dose-response relationship may not be necessary for establishing causality between perineal talcum powder product use and risk for ovarian cancer. Indeed, there are numerous substances for which there is no safe dose.

**Plausibility:** The association is strengthened if it is biologically plausible. However, Bradford Hill recognized that "What is biologically plausible depends upon the biological knowledge of the day." It is important to note that biologic plausibility does not require proof of mechanism.

**Coherence:** The cause-and-effect interpretation of the data should not significantly conflict with the known facts about the natural history and biology of the disease. Therefore, for example, the concurrent rise in tobacco smoking rates and rise in lung cancer incidence in the 20th century in the U.S., as well as the more recent concurrent decrease in smoking rates and decrease in lung cancer occurrence, strengthen the association between smoking and lung cancer as causal. For the case of use of talcum powder products and ovarian cancer risk, the prevalence of other risk and protective factors (e.g., use of oral contraceptives, hysterectomy, and tubal ligation as protective factors, obesity as risk factor) changed over time in the general population. Therefore, it would be difficult to determine if ovarian cancer incidence time trends vary by changes in use of talcum powder products. The biology involves, as described below, the migration of talc to the ovaries, the inflammatory process which talc elicits, and the carcinogenetic effects of inflammation.

**Experiment:** The evidence from randomized controlled trials can provide strong support to observational evidence. However, in many situations, randomized controlled trials are not feasible. In the case of talcum powder products and ovarian cancer risk, a trial would have to be very large, involving 50,000 women or more, followed for decades, to determine effects of use of talcum powder products on risk for ovarian cancer. This is because ovarian cancer is a rare disease and typically takes many years to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type.

**Analogy:** Bradford Hill states that in some circumstances it would be fair to judge by analogy. Therefore, since some toxic agents such as thalidomide or rubella have been shown to cause birth defects, other drugs or viral exposures may be recognizable as possibly leading to harmful effects to a

29

fetus. Regarding talcum powder products use and ovarian cancer use: since increased inflammation has been associated with increased ovarian cancer risk, and since talc causes an inflammatory response in tissues, this strengthens the link between talcum powder products use and ovarian cancer risk.

## Methods Used for this Review

In performing this evidence review and for purposes of my opinions, I first conducted a review of the relevant literature on the epidemiology of ovarian cancer risk in relation to use of talcum powder products, using the same process I use for systematic review articles I write for my academic work.(60, 65) I triaged articles by title, then by abstract, and finally by complete paper. As I read the epidemiologic literature, I considered the "Bradford Hill" aspects of causal inference(43), as well as causal inference as defined by Rothman(50), and weighed the evidence. My search identified studies that both support and do not support my eventual opinion on whether use of talcum powder products can cause ovarian cancer.

I searched in the PubMed database for research studies published in peer-reviewed, PubMed indexed journals, using the following search terms: ("talc" OR "talcum powder") AND ("ovarian cancer" OR "ovarian carcinoma").

The search produced 110 references, of which 7 included meta-analyses (11, 22, 34-38), one was a pooled analysis (39), and 33 were reports of original epidemiologic studies that tested the association between talcum powder products and risk of ovarian cancer.

I did not perform a meta-analysis, because excellent meta-analyses have been recently published,(34, 35) and all of the published meta-analyses showed similar relative risk estimates for use of talcum powder products and risk of ovarian cancer. For all of the reviewed studies, I performed data extraction using a standardized data extraction table (see Tables 1-4). I recorded information on the publication year, study design, number of cases, number of controls (for case-control studies), total sample size (for cohort studies), population type, country, risk estimates, confidence intervals, and the type of ovarian cancer. I also indicated whether dose-response relationships were assessed, method used, and results.

In this report, I provide descriptions of the study methods and main study results including risk estimates (odds ratio, relative risk, or hazard ratio). All studies included control for some confounders and presented the risk estimates with adjustment for the confounders. I present below the results from adjustment with the greatest number of variables.

## Epidemiologic Evidence on the Association between Talcum Powder Products Use and Ovarian Cancer Risk

### Case-control Studies

Schildkraut *et al*. (2016)(1) investigated the association between body powder use and ovarian cancer in African American women in 11 geographic areas of the U.S. Included were 584 cases and 745 controls, in a population-based study. Cases were identified through state or SEER cancer registries, or through hospital gynecologic oncology departments. Controls were randomly selected from the same populations as the cases. Participants were asked in a phone interview whether they had ever regularly used talc, cornstarch, baby, or deodorizing powders. Women were classified as "regular users" if they reported using any of these powders at least monthly for at least 6 months, and "never users" otherwise. Regular users were asked about frequency and duration of use; use on genital areas, underwear, sanitary napkins, or diaphragms; and use on non-genital areas. Lifetime number of applications was estimated as number of applications per month times number of months used. Occupational exposure (yes/no) was ascertained for a subset of participants. Use of genital powder was associated with a statistically significant 44% increased risk for ovarian cancer (odds ratio 1.44, 95% CI 1.11-1.86). A dose-response trend was noted: compared with never-users, women who used genital powder less than daily had a 12% increased risk for ovarian cancer, while women who used genital powder daily had a 71% increased risk. The statistical test for trend was significant ($p < 0.01$). Furthermore, a greater number of years used increased risk further: compared with never-users, women who used genital powders for less than 20 years had a 33% increased risk of ovarian cancer, while those who used genital powders for 20 years or more had a 52% increased risk of ovarian cancer. The statistical test for trend was significant ($p = 0.02$). Estimated lifetime number of applications was also related to risk in a dose-dependent manner. Compared with never users, those who used few than 3600 genital powder applications had a 16% increased risk for ovarian cancer, while those who used 3600 or

31

more applications had a 67% increased risk. The statistical test for trend was significant (p < 0.01). Risk of both serous and non-serous ovarian cancer increased statistically significantly with any genital powder use by 38% and 63%, respectively (odds ratios, 1.38, 95% CI 1.03-1.85, and 1.63, 95% CI 1.04-2.55, respectively).

Cramer *et al*. (2016) (2) reported on association between genital talc use and risk of ovarian cancer in 2,041 cases of ovarian cancer and 2100 controls. Cases were combined from three case-control studies interviewed in 1992-97, 1998-2002, and 2003-2008. Cases were identified from tumor boards and registries in Eastern Massachusetts and Massachusetts. Controls were identified from the same populations as controls. Interviewers asked participants if they "regularly" or "at least monthly" applied powder to the genital or rectal area, sanitary napkins or tampons, underwear, or non-genital areas. Type of powder, age begun, years used, and applications per month were ascertained. Lifetime exposure was estimated by multiplying frequency of applications per month by months used, and talc-years were calculated. Participants were then divided into quartiles according to these variables. Participants were also asked if their partners dusted or sprayed powder to their genital or rectal areas. Condom and diaphragm use were ascertained as potential sources of genital talc exposure. Genital talc use was associated with a statistically significant 33% increased risk of ovarian cancer (odds ratio 1.33, 95%CI 1.16-1.52). Risk decreased with increasing time since last use. There was a clear trend to increasing risk for ovarian cancer with increasing frequency of use: compared with never users, risks for 1-7 days per month, 8-29 days per month, and 30 or more days per month were increased by 17%, 37%, and 46%, respectively, and the trend was statistically significant (p<0.0001). Furthermore, as months per year of use increased, risk increased, and the trend was statistically significant (p=0.006).  Risk for serous invasive, endometroid invasive, and serous borderline were increased with any genital talc use, by approximately 40%, and all were statistically significant. Risks of serous invasive and endometroid also increased significantly with increased talc-years of use. Risks of serous invasive were increased in both premenopausal and postmenopausal women who used genital products, but the results were only statistically significant in premenopausal women. Premenopausal women and postmenopausal women using hormone therapy had the largest risks associated with talcum powder product use for most types of ovarian cancers.

Wu *et al*. (2015) (3) investigated the associations of risk of ovarian cancer and talcum powder products use and other risk factors. Cases were identified through the SEER population-based University of

Southern California cancer registry. A total of 1,701 patients were included; and 2,319 controls were recruited from the cases' neighborhoods using random selection from population lists. In-person interviews were conducted. To determine use of talcum powder products, women were asked if they ever used talc at least once per month for 6 months or more.(6) If the response was positive, they were asked whether they had ever used talc in non-perineal areas (feet, arms, chest or back), perineal areas, or on underwear or sanitary pads/diaphragm. Questions on talc use included age at first use, frequency of use (times per month) and years of talc use. Use of genital talc for one year or more was associated with a statistically significant 46% increased risk for ovarian cancer (odds ratio 1.46, 95% CI 1.27-1.69). Similar relative risks were seen in non-Hispanic white, Hispanic, and African-American women. A dose-response analysis found that for each 5-year use of genital talc products, risk for ovarian cancer increased by a statistically significant 14% (95% CI 1.09-1.20).

Kurta *et al*. (2012)(4) published results of a population-based case-control study based in Western Pennsylvania, Eastern Ohio, and Western New York State. A total of 902 cases were enrolled, and 1,802 controls were randomly selected from the general population of those areas. Perineal talc use was defined as ever using dusting powder or deodorizing spray on the genital or rectal areas, on sanitary napkins, on underwear, or on diaphragms or cervical caps. Use of perineal talc increased risk for ovarian cancer by a statistically significant 40% (odds ratio 1.40, 95% CI 1.16–1.69).

Rosenblatt *et al*. (2011) (5) published results of a population case-control study set in western Washington that investigated the association between genital powder exposure and risk of ovarian cancer. A total of 812 women with ovarian cancer were identified through a population-based cancer registry and interviewed. A total of 1,313 controls were selected at random from the western Washington population. Sources of genital powder were ascertained, including direct perineal application, use on sanitary napkins and diaphragms, and use of deodorant vaginal spray. For powder use on sanitary napkins and use of vaginal deodorant sprays, the authors recorded the total number of months or years in which these products were used. For use of perineal powder, the investigators recorded the age began and ended, number of weeks or months of use per year, and average days per week used. Study participants were also asked about the types of powder used, including talcum, baby, cornstarch, deodorant, body/bath, and other or unknown. The authors then calculated the lifetime duration of use, and estimated lifetime number of applications. Perineal use of powder was associated with a non-statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 0.97-

33

1.66). The risk for borderline ovarian tumors was statistically significantly raised by 55% (odds ratio, 1.55, 95% CI 1.02-2.37), whereas risk for invasive ovarian cancers was increased by a non-statistically significant 27% (odds ratio 1.27, 95% CI 0.87-1.58). Use of powder on either sanitary napkins or diaphragms did not increase risk. Use of vaginal deodorant spray increased risk by a non-statistically significant 15% (odds ratio 1.15, 95% CI 0.85-1.56). None of the dose-response or time variables (years of use, lifetime number of applications, age at first use, age at last use, calendar year of first use, time since first and last uses) showed evidence of increasing relative risk of ovarian cancer with increasing level of exposure to talcum powder products. Similarly, there was no evidence of increased risk for ovarian cancer with increasing dose of powder use on sanitary napkins, or of vaginal deodorant sprays. Use of perineal powder increased risk for mucinous borderline, serous borderline, endometrioid, and other non-mucinous ovarian cancers by 47% to 78%, but none of the odds ratios was statistically significant.

Wu *et al.* (2009) (6) presented results of a case-control study of ovarian cancer with 609 cases and 688 controls. Risk of ovarian cancer among users of talcum powder products in the perineal area was increased by 53% (odds ratio 1.53, 95% CI 1.13-2.09). Risk of serous ovarian cancer was also significantly elevated (odds ratio 1.70, 95% CI 1.27-2.28). A statistically significant trend to increased risk with lifetime numbers of applications was observed. Compared with no use, odds ratios for those with $\leq$ 5200, >5200 - $\leq$15,600, >15,600 - $\leq$52,000, and > 52,000 applications were 1.2, 1.38, 1.34, and 1.99, respectively ($p_{trend}$ = 0.0004).

Moorman *et al.* (2009) (7) published data from a population-based case-control study in White and Black women. In total, 1114 cases and 1086 controls were interviewed. They found no association of genital talcum powder product use and risk for ovarian cancer in Whites (odds ratio 1.04, 95% CI 0.82-1.33), and a non-statistically significant increased risk in Blacks (odds ratio 1.19, 95% CI 0.68-2.09). Neither dose-response nor effects by histologic subtype were addressed.

Merritt *et al.* (2008) (8) published results from an Australian-wide population-based case-control study on talcum powder products and risk of ovarian cancer. Included were 1,576 women with ovarian cancer and 1,509 population-based controls. Women provided information on self-administered questionnaires. They were asked if they had ever used powder or talc in the genital area, on underwear, or on sanitary pads or diaphragms. They were also asked about age at first use and years of talc use in

these areas. Duration of talcum powder use prior to and after surgical sterilization was calculated, and all analyses were limited to the time when the fallopian tubes would have been patent. Use of talc elsewhere was also collected. Ever use of talc in the perineal region was associated with a statistically significant 17% increased risk for ovarian cancer (odds ratio 1.17, 95% 1.01-1.36). The increase was strongest for serous (odds ratio 1.21, 95% CI 1.03-1.44), but was also seen for endometrioid (odds ratio 1.18, 95% CI 0.81-1.70). A statistically significant dose-response trend for years of perineal talcum powder use prior to surgical sterilization was seen for all cases combined (p=0.021) and for serous ovarian cancer (p=0.022). While not statistically significant, increasing years of use was associated with increased risk of mucinous and endometrioid ovarian cancers.

Mills *et al*. (2004) (9) reported on a population-based case-control study in 22 counties of Central California. A total of 256 cases were recruited from cancer registries and interviewed, and 1,122 population-based controls were randomly selected and interviewed. Women were asked the following about use of talcum powder: use in the genital area, years of use, frequency of use, and total duration of use. Ever use of perineal talc statistically significantly increased risk for ovarian cancer by 37% (odds ratio 1.37, 95% CI 1.02-1.85). There was a statistically significant trend found in the dose-response analysis of frequency of use; women using talc 4-7 times per week had a 74% increased risk for ovarian cancer (p=0.015). There was an indication of trend with duration of use up to 4-12 years, although number of years beyond that did not increase risk further. A similar relationship was found for cumulative dose (frequency times duration). Risk of serous ovarian cancer was also statistically significantly elevated (odds ratio 1.77, 95% CI 1.12-2.81).

Ness *et al*. (2000) (10) recruited women with ovarian cancer ascertained from 39 hospitals in Eastern Pennsylvania, Southern New Jersey, and Delaware. A total of 767 cases of ovarian cancer were interviewed, along with 1,367 population-based controls. Women were asked if they ever used talc, baby, or deodorizing powder at least once per month for 6 or more months in their genital or rectal area, on sanitary napkins, on underwear, on a diaphragm or cervical cap, or on non-genital areas. They also were asked about male partner use of talc to the genital area or underwear. Compared with never-users, women who used talc in genital/rectal areas had a statistically significant 50% increased risk for ovarian cancer (odds ratio 1.5, 95% CI 1.1-2.0). Those who used it on sanitary napkins had a statistically significant 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.1-2.3). Use on underwear increased risk by a statistically significant 70% (odds ratio 1.7, 95% CI 1.2-2.4). Use on a

35

diaphragm/cervical cap or by a male partner did not increase risk. Among those who used in the genital/rectal or other body areas, there was no evidence of increasing risk with increasing numbers of years of use.

Cramer *et al.* (1999) (11) published results of a population-based case-control study with 563 cases of ovarian cancer and 523 controls. Risk of ovarian cancer among women with perineal talcum powder product exposure was increased 60% compared with non-exposed (odds ratio 1.6, 95% CI 1.18-2.15). Risk of invasive serous ovarian cancer was significantly increased (odds ratio 1.7, 95% CI 1.22-2.39). No dose-response effect, as defined by duration, was seen.

Wong *et al*. (1999)(12) conducted a hospital-based case-control study in Buffalo, NY, comparing 499 patients with ovarian cancer and 755 patients with non-gynecological malignancies. No details were given on how talcum powder product use was ascertained, but women were queried on site of talc use (sanitary napkin vs. genital/thigh area) and duration of use. Compared with non-users, those who used on sanitary napkins or genital/thigh areas had no increase in risk for ovarian cancer. Furthermore, there was no apparent trend toward greater risk with longer duration of use. Finally, there was a non-statistically significant 20% increased risk of serous ovarian cancer with talcum powder product use (odds ratio 1.2, 95% CI 0.7-2.1).

Godard *et al*. (1998)(13) studied risk of sporadic (101 cases) or familial (51 cases) ovarian cancer according to perineal talc use compared with 152 control in Montreal, Canada. Cases were diagnosed at one of two teaching hospitals; controls were randomly selected from the population. Talc use questions were not detailed in the paper, but the variable of "ever" versus "never" perineal use of talc was reported. Women who had ever used perineal talc had a 2.49 times greater risk of developing any ovarian cancer (relative risk 2.49, 95% CI 0.94-6.58, p=.066), which was marginally statistically significant. The relative risk for sporadic ovarian cancer was 2.45 (95% CI 0.85-7.07, p=0.098), and for familial ovarian cancer it was 3.25 (95% CI 0.85-12.4, p=.084).

Green *et al*. (1997)(14) included 824 Australian women with ovarian cancer who were identified through cancer registries, as well as 855 population-based controls. No details were provided on the specific questions posed regarding talc use, but perineal use was ascertained, as well as duration and ages/years used. Women who had ever used talc in the perineal region had a statistically significant 30% increased

risk for ovarian cancer (relative risk 1.3, 95% CI 1.1-1.6).  The authors investigated whether a history of surgical sterilization affected this relative risk (the rationale being that women who are surgically sterilized would have lower chance of talc migrating up to the ovaries). They found that compared with women who had neither used talc nor had surgical sterilization, risk was highest among talc users without surgery (relative risk 1.3, 95% CI 1.0-1.7) and lowest among women with a history or tubal sterilization or hysterectomy who had not applied talc to the perineum (relative risk 0.6, 95% CI 0.5-0.84). No dose-response relationship by duration of use was found.

Cook *et al*. (1997) (15) reported on a population-based case-control study including 313 cases of ovarian cancer identified through a cancer registry and 422 population-based controls in Western Washington. Women were queried about storing diaphragms in powder, dusting perineal areas with powder after bathing, powdering sanitary napkins, and using genital deodorant sprays (which may contain aerosolized powder). Women were further asked about duration and frequency of powder application and about types of powder applied. There was a statistically significant 50% increase in risk of ovarian cancer associated with use of any of the genital powder applications (perineal application, sanitary napkins, genital deodorant sprays, diaphragms) (relative risk 1.5, 95% CI 1.1-2.0). The risk was highest, and statistically significant, in those women who dusted perineal areas with powder (relative risk 1.8, 95% CI 1.2-2.9). Compared with never users of genital deodorant sprays, women who used these products for 12 months or less had a relative risk for ovarian cancer of 1.5, while those who used them for more than 12 months had a relative risk of 2.7. Compared with never users of genital deodorant sprays, women who used 500 lifetime applications or less of genital deodorant sprays had a relative risk for ovarian cancer of 1.7, while those who used more than 500 applications had a relative risk of 2.6. Both of these dose-response trends were statistically significant (p < 0.05). None of the other types of perineal talcum powder product use showed trends to greater risk with greater estimated duration used or applications. The authors then categorized powders into specific types: cornstarch, talcum powder, baby powder, deodorant powder, and scented body/bath powder (assuming talcum powder was likely a constituent of the latter three as well). Exclusive use of cornstarch, or of deodorizing powder, was not associated with increased risk for ovarian cancer, but the numbers of cases were very small (5 and 9, respectively). Exclusive use of other types of powder increased risk between 20 and 60 percent, but the results were not statistically significant. Risk for serous ovarian cancers was statistically significantly increased by 70% in women who ever used any genital powder (relative risk 1.7, 95% CI 1.1-2.5). The relative risk for

"other tumors" among ever users was 1.8 (95% CI 1.1-2.8), while risks for mucinous or endometrioid tumors were not increased in genital powder users.

Chang *et al*. (1997)(16) reported on the association between talcum powder product use and risk of ovarian cancer in a population-based case-control study in Ontario, Canada. A total of 450 patients with borderline or invasive ovarian cancer and 564 population controls were interviewed. Women were asked about regular talc use and type of talc used, as well about duration and frequency of use. Women were queried about regular application of talc to the perineum and about use of talc on sanitary napkins. Use of cornstarch on the perineum and sanitary napkins was also ascertained. Women with any regular talc exposure had a statistically significant 42% increased risk of developing ovarian cancer (odds ratio 1.42, 95% CI 1.08-1.86). Use of cornstarch was not associated with increased risk, although this was a very uncommon exposure in this study. Use of talc on sanitary napkins increased risk to a lesser degree (odds ratio 1.26, 95% CI 0.81-1.96), as did use of talc only in the perineal area (odds ratio 1.31, 95% CI 1.00-1.73). A dose-response trend was seen: per 10 years of use of talc to the perineal area, risk of ovarian cancer increased by 6% (odds ratio 1.06, 95% CI 0.99-1.14). Frequency of use per month, however, did not show a dose-response trend. Use before and after 1970 showed almost identical odds ratios. Risk was higher prior to tubal ligation/hysterectomy than after either procedure. Risk was increased for all types of ovarian cancer included (invasive, borderline, serous, mucinous, and endometrioid). Only for invasive cancer was the odds ratio statistically significant, likely due to the larger numbers of cases in that category.

Shushan *et al*. (1996)(17) published results of a population-based case-control study in Israel, looking at the association between talcum powder product use and risk of invasive or borderline ovarian cancer. A total of 200 cases, identified through a cancer registry, were interviewed, as were 408 controls selected randomly from the same population. Details of the talcum powder product use on the standardized questionnaire were not provided. Women who reported using talc "moderate to a lot" versus "never or seldom" had twice the risk of developing ovarian cancer, and the result was statistically significant (odds ratio 2.0, p=0.04).

Purdie *et al*. (1995)(19) studied the association between talcum powder product use and ovarian cancer risk in 3 Australian states. Cases were recruited from registries at three oncology treatment centers, and controls were chosen randomly from the general population. The details of the interview items on talc

were not provided. Women who used talc around the perineum or abdomen had a statistically significant 27% increased risk for ovarian cancer (odds ratio 1.27, 95% CI 1.04-1.54).

Cramer *et al.* (1995)(18) published results of two case-control studies, in which a total of 450 women diagnosed with ovarian cancer in Boston, MA area hospitals, and 454 controls selected from the general population, were interviewed. Use of talc "in genital hygiene" was associated with a 60% increased risk for ovarian cancer (odds ratio 1.6, 95% CI 1.2-2.1).

Tzonou *et al.* (1993)(28) conducted a hospital-based case-control study in Athens, which included 189 women with ovarian cancer and 200 hospital visitor controls. No information was provided on how talcum powder product use was ascertained, other than that women were interviewed about whether or not they used of talc in the perineal area. There was little evidence of an association: the relative risk for ovarian cancer in those who said "yes" versus "no" to perineal talc use was 1.05 (95% CI 0.28-3.98). However, only 6 cases and 7 controls reported using talc in the perineal area.

Rosenblatt *et al.* (1992)(20) published results of a hospital-based case-control from the Baltimore, MD area. A total of 77 cases of ovarian cancer and 46 controls, who were treated for non-gynecologic/non-malignant diseases, were included. Participants were interviewed about presence and length of genital fiber and respiratory fiber exposure. Fiber exposure was defined as exposure to asbestos, talc, and fiberglass. Dose of exposure was calculated as number of years of each type of genital or respiratory exposures from all sources, and only exposure prior to tubal ligation (for women who had that procedure) was counted. Use of genital talc was associated with a 70% increased risk (odds ratio 1.7, 95% CI 0.7-3.9). Use of talc on sanitary napkins resulted in almost a 5-fold statistically significant increase in risk of ovarian cancer (odds ratio 4.8, 95% CI 1.3-17.8). Talc use on diaphragms tripled risk for ovarian cancer (odds ratio 3.0, 95% CI 0.8-10.8). The odds ratios for these latter two exposures were not statistically significant. Women who had exposure years above the median had more than double the risk of ovarian cancer compared with women with lower exposure years (odds ratio 2.4, 95% CI 1.0-5.8).

Chen *et al.* (1992)(21) interviewed 112 women with ovarian cancer and 224 community controls in China. No information was provided about how women were asked about talcum powder product use prior to 3 years before diagnosis (for cases) and a comparable date in controls. Seven cases and 5

controls reported using "dusting powder" to the lower abdomen and perineum for 3 or more months, giving a relative risk of 3.9 (95% CI 0.9-10.6).

Harlow *et al.* (1992) (22)published a case-control study with 235 cases of ovarian cancer and 239 controls. The authors found a 50% increased risk of ovarian cancer in women who had ever versus never used talcum powder products in the perineal area with marginal statistical significance (odds ratio 1.5, 95% CI 1.00-2.1). Risk of serous cancer was similarly increased (odds ratio 1.4, 95% CI 0.9-2.2). Risk by number of lifetime applications indicated a dose response effect. Compared with no use, odds ratios for those with < 1000, 1000 − 10,000, and > 10,000 were 1.3, 1.5, and 1.8, respectively ($p_{trend}$ = 0.09).

Booth *et al*. (1989) (23) reported on a hospital-based case-control study conducted in 15 hospitals in the UK. A total of 235 cases with ovarian cancer and 451 controls were interviewed and asked about monthly experiences from age 16 to 45 years. Frequency of exposure to perineal talc was ascertained. Compared with never-users, women who used genital talc rarely, monthly, weekly, and daily, respectively, had relative risks for ovarian cancer of 0.9, 0.7, 2.0, and 1.3, respectively, and the trend was statistically significant (p=0.05). Cases and controls did not differ by percentage who stored diaphragms in talc.

Harlow *et al*. (1989)(24) interviewed 116 women with serous or mucinous borderline ovarian cancer identified through a Western Washington population-based cancer registry, as well a population-based sample of 158 control women. The authors used an open-ended question asking women to specify the types of powder they used for perineal application after bathing, on sanitary napkins, and on diaphragms. Powder was categorized as baby, deodorizing, other/unspecified talcum, or cornstarch. There was no association between perineal use in general and risk for borderline ovarian cancer, but women who reported using powder on sanitary napkins had a relative risk of 2.2 (95% CI 0.8-19.8) compared with nonusers. Women who used deodorizing powders had a statistically significant relative risk of 2.8 (95%CI 1.1-11.7). No data were presented on frequency or duration of use.

Whittemore *et al*. (1988)(25) included 188 ovarian cancer cases (identified through 7 hospitals in the San Francisco, CA area, and 539 controls (of which approximately half were hospital controls and half were population-based controls). Women were asked whether they had ever use talcum powder on the perineum, on sanitary pads, or on diaphragms, and about frequency and duration of use. Women who

reported using talcum powder to the perineum had a non-statistically significant 45% increased risk for ovarian cancer (relative risk 1.45, 95% CI 0.81-2.60). Use on sanitary pads was associated with a non-statistically significant 38% reduced risk, and use on diaphragms was associated with a non-statistically significant 50% increased risk. The relative risk for ovarian cancer increased with increasing applications of talc per month; relative to nonusers, the relative risk for 1-20 times per month was 1.27, and the relative risk for 20 or more times per month was 1.45. None of these values was statistically significant. The increased relative risk was apparent for women who had never had tubal ligation or hysterectomy, but not for women who had had one of these procedures. Compared with non-users, women with 1-9 years of use had a relative risk of 1.6 (95% CI 1.00-2.57), but women with greater years of use had only a relative risk of 1.11 (95% CI 0.74-1.65).

Hartge *et al*. (1983)(26) provided a brief report on a small hospital based case-control study of ovarian cancer, which included 135 cases and 171 controls from the Washington, DC area. No information was provided on how the talc exposure was ascertained. The authors found that women who reported genital talc use had a relative risk of 2.5 compared with never users (95% CI 0.70-10.0), but this analysis was based on only 7 cases and 3 controls.

Cramer *et al.* (1982) (27) published the first study to look at the association between talcum powder product use and risk of ovarian cancer. This population-based study found an odds ratio of 1.92 (95% CI 1.27-2.89) for ever use of perineal talcum powder products in the perineal area. Dose-response was not addressed.

**Summary of Case-control Studies**

These 28 case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Sample sizes ranged from 77 to 2041 cases, with comparable numbers of controls. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users(1-6, 8-11, 13-23, 25-27). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05)(1-4, 6, 8-11, 14-19, 27). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be needed to have power to detect a statistically significant result(13, 20-23, 25, 26). It is

important to note that while the 8 studies did not have statistically significant results, they provide relevant data because their relative risk estimates were consistent with the 16 studies that showed statistically significant results.(50)

Both population-based and hospital-based studies were represented in the literature on use of talcum powder products and risk of ovarian cancer, and odds ratios/relative risks were similar across the two classes of studies. Earlier studies were less likely to address dose-response relationships, or to investigate effects of talcum powder product use on specific histologic subtypes of ovarian cancer. Most studies were limited to white women; later studies included larger numbers of Black women as well as Asian and Latina women.

The larger, and more recent studies, however, added important information on dose-response relationships and on risk of particular histologic subtypes of ovarian cancer. Many of the 28 studies found evidence of a dose-response effect(1-3, 6, 8, 11, 20, 22, 23, 25). Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. The later studies determined that some risk of some subtypes, particularly serous ovarian cancer, were more highly related to use of talcum powder products.

Taken together, the case-control studies, conducted over 40 years, provide consistent and replicated evidence of increased risk of ovarian cancer with perineal exposure to talcum powder products, with evidence of a dose-response. They support the conclusion that talcum powder products can cause ovarian cancer.

## Prospective Cohort Studies

**The Sisters' Study**

The Sisters' Study cohort analysis included 135 cases of women with ovarian cancer, 7 cases of fallopian tube cancer, 4 cases of peritoneal cancer, and 8 cases with unknown primary site. (30) Of the total 154 cases, only 96 were confirmed by medical records or death certificate.  Women were recruited to the cohort from across the United States from 2003-2009. An analysis of talcum powder products use and ovarian cancer risk, published in 2016, included 41,654 women who reported having at least one ovary

and no history of ovarian cancer at study entry, from among 50,884 women aged 35-74 years at study enrollment with at least one sister who had been diagnosed with breast cancer.

Talcum powder products use for the 12 months prior to study entry was ascertained by self-administered questionnaires. Questions included frequency of genital talcum powder products use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap, or vaginal area. Response categories were: did not use, used less than once a month, used 1-3 times/month, used 1-5 times/week, or used more than 5 times/week. Only a dichotomous variable—use/nonuse—was used in the analysis. Ovarian cancer cases were identified by yearly follow-up questionnaires; no updates on talc use were included. The median follow-up of study participants was only 6.6 years.

Contrary to all of the other epidemiologic studies, perineal talc use was associated with a non-statistically significant 27% decreased risk of developing ovarian cancer (hazard ratio 0.73, 95% CI 0.44 - 1.2). Of note, the 95% CI's included 1.2, so the true relative risk in this cohort could have been in the range of the other studies. Use of talcum powder products during ages 10-13 years showed a non-statistically significant 10% increase in risk (hazard ratio 1.1, 95% CI 0.74, 1.7). No data on risk by ovarian cancer subtype were presented.

**Women's Health Initiative**

In 2014, a report on the use of perineal powder in relation to ovarian cancer risk was published, using a total of 429 cases of women with ovarian cancer  from the Women's Health Initiative cohort study.(29) Women were aged 50-79 years at study entry, and were recruited from 40 clinical centers across the United States between 1993-1998. While over 93,000 women were enrolled in the Women's Health Initiative cohort, this analysis included only 61,576. The largest number, 20,960, were excluded because they reported previously having had both ovaries removed or did not know whether they had any ovaries at the time of enrollment. Also excluded were 10,622 women with a history of any invasive cancer at enrollment. A further 516 were missing follow-up information. At study entry, women reported use of perineal powder on self-administered standardized questionnaires, in which they were asked if they had ever used powder on their genital areas. Those who responded yes were then asked to indicate if they used them for less than 1 year, 1-4 years, 5-9 years, or 20 or more years. Women who reported ever using a diaphragm were asked if they used powder on the diaphragm, and for what

duration. Women were also asked if they used powder on a sanitary napkin/pad, again with questions about duration. Because of the relatively small number of ovarian cancer cases (429) that occurred during the study, the investigators combined the duration categories into never, 9 years or less, or 10 years or more. The investigators then created one variable by combining the perineal use, diaphragm use, and sanitary napkin use, with duration as the maximum duration for any of the 3 application areas. Cases of ovarian cancer were identified by participants on annual follow-up questionnaires; no updates on talc use were included. Medical records and pathology reports were requested for each self-reported case and were adjudicated by clinic physicians and central cancer adjudicators. A total of 429 cases were included in the analysis.

Ever use of perineal powder was associated with a non-statistically significant 6% increased risk of ovarian cancer compared with never use (hazard ratio 1.06, 95% confidence interval 0.87 - 1.28).  Risk of serous invasive cancer was increased by a non-statistically significant 13% (hazard ratio 1.13, 95% CI 0.84 - 1.51). Both of these results, while not statistically significant, are consistent with an association between talcum powder product use and risk of ovarian cancer overall and of serous ovarian cancer.

**Nurses' Health Study**

The Nurses' Health Study is a cohort established in 1976 that had 307 cases of ovarian cancer at its initial publication in 2000; further data with a total of 210 cases were published in 2008; and an unknown number of cases were analyzed for publication in 2010.  The study initially enrolled 121,700 registered nurses between the ages of 30-55 years from across the United States. Use of talcum powder was ascertained on the self-administered 1982 questionnaire only, by asking women if they had ever commonly used talcum, baby powder, or deodorizing powder on their perineal areas. Possible responses were: no, daily, 1-6 times per week, or less than once per week. Women were also asked if they had applied these products to sanitary napkins. "Ever talc use" was classified as ever talc use on either the perineal area or sanitary napkins. Every two years, participants reported health updates; no updates on talc use were included, but self-reported cases of ovarian cancer were adjudicated through medical record reviews. Women were excluded from talcum powder products analyses if they did not complete the information on the 1982 questionnaire, if they reported having had both ovaries removed, if they had had a hysterectomy but did not report whether or not they had at least one ovary remaining, or if they had a history of radiation therapy.

44

There have been three publications from the Nurses' Health Study on the relationship between talcum powder products and risk for ovarian cancer.(31-33) The first, published in 2000, included 78,630 women, of whom 307 cases of ovarian cancer were diagnosed during a 14 year follow-up period. Ever use of talc was reported by 40.4% of the cohort; 14.5% ever used talc daily.(31)

The risk of ovarian cancer was not statistically significantly associated with epithelial ovarian cancer overall (relative risk 1.09, 95% CI 0.86-1.37), and risk did not increase with increasing frequency of use. Risk of serous ovarian cancer, however, was statistically significantly increased by 40% in women who had ever used talc (relative risk 1.4, 95% CI 1.02-1.91).

The second report from the Nurses' Health Study was in 2008.(32) In this study, 210 cases and a random sample of 600 controls from the Nurses' Health Study were combined with cases and controls from other case-control studies. Among the Nurses' Health Study cases and controls, the relative risk for ovarian cancer was 1.24 (95% CI 0.83-1.83).

Daily use was associated with a 44% increase in risk (relative risk 1.44, 95% CI 0.88-2.37), although neither association was statistically significant. Given that only 210 Nurses' Health Study cases were included, the lack of statistical significance is likely due to this insufficient sample size.

The third Nurses' Health Study report was published in 2010.(33) This report looked at multiple menstrual, hormonal, health habits, and familial risk factors for ovarian cancer; the variable on use of talc to the perineal area was limited to a dichotomous "greater than or equal to once per week vs. less than once per week)".

Use of talc one or more times per week compared with less use was not statistically significantly related to risk for epithelial ovarian cancer (relative risk 1.06, 95% CI 0.89-1.28), serous invasive (relative risk 1.06, 95% CI 0.84-1.35), or for other subtypes including endometrioid, or mucinous ovarian cancer.

It is difficult to compare the results of these three Nurses' Health Study publications. The first and third used different categories of use as the referent (comparison) group. The first publication used "never use" as the comparison and found a statistically significant effect for risk of serous ovarian cancer with

any use of talcum powder products. The third publication combined "never use" and "less than once per week" into one referent category. If low frequency use increases risk of ovarian cancer, which is entirely plausible, combining such women with never users will seriously underestimate the true relative risk associated with use of talcum powder products. The second publication found increased risks of total and serous ovarian cancer with use of talcum powder products, but the numbers were small and therefore the results were not statistically significant.

**Cohort Studies Analysis**

Two of the three cohort studies found small increases in risk of ovarian cancer overall among women who used talcum powder products in the perineal areas. The results were not statistically significant for ovarian cancer overall, however, likely due to insufficient sample size or incomplete ascertainment of talc exposure. The first Nurses' Health Study publication found a statistically significant association between ever versus never use and risk of serous ovarian cancer. The Sisters' Study found a reduced risk of ovarian cancer but did not report data by histologic subtype of ovarian cancer. Similar to the Nurses' Health Study, the Women's Health Initiative found an increase, albeit non-statistically significant, in risk of serous ovarian cancer in users versus nonusers of talcum powder products.

There were serious limitations to these cohort study analyses. None of the studies were specifically designed to investigate the relationship of talcum powder product use and risk of ovarian cancer. Rather, the cohorts were designed to study a large number of outcomes and a wide variety of exposures. Thus, none of the studies obtained detailed lifetime histories of talcum powder product use, although two did ask about duration of use for current users. None, therefore, was able to accurately measure dose of exposure. The sample sizes (numbers of cases) of most of the cohort study publications were likely too small to be able to detect a relative risk in the order of 1.24 (the value found in the Terry pooled analysis(39)) with reasonable power, especially for different histologic subtypes.

To assess likelihood of inadequate sample sizes in these cohort studies, I used an online calculator: http://www.openepi.com/SampleSize/SSCohort.htm.  I used WHI data(29) to estimate the cohort sizes needed to determine a true relative risk of 1.24 (i.e. the relative risk from Terry et al pooled analysis(39)) with 50% exposure to talcum powder products in non-cases, and an assumption of 0.5% occurrence of ovarian cancer in unexposed women(66) over 12 years' follow-up (the mean number of years of follow-

up in the WHI publication). My calculations show that to have sufficient power to identify a statistically significant relative risk of 1.24, the necessary cohort size would be over 140,000. None of the 3 cohorts had this large a sample size for these publications. Sample size ultimately rests on the numbers of cases that occur, rather than the actual cohort size. While the third Nurses' Health Study publication(33)—had a large sample size of cases, the authors' choice to combine never users with less than once per week users could have significantly attenuated the relative risk estimates.

Results of the cohort studies were overall attenuated compared with results of the case-control studies. However, the trend for 2 of the 3 studies was a positive relative risk of talcum powder product use and risk of ovarian cancer. In the Nurses' Health Study, women who used these products had a statistically significant 40% increased risk of developing serous invasive ovarian cancer compared with non-users.(31) In that study, use in the perineal area directly or on sanitary napkins increased risk of ovarian cancer overall by a non-statistically significant 15%.

In the Women's Health Initiative, use of talcum powder products to the genital area (or on sanitary napkins or diaphragm) increased risk overall by a non-statistically significant 6%, and risk of serous invasive ovarian cancer by a non-statistically significant 13%.

The Sisters Study asked only about use of talcum powder product use in the 12 months prior to enrollment; just 14% of the cohort used these products in that period. The cohort included only women at high risk for breast cancer recruited beginning in 2003—this may have been a group of women who were aware of the potential carcinogenic effect of talc, and therefore avoided use. This cohort study found a non-statistically significant 27% lower risk of developing ovarian cancer in users versus non-users. Given the likely 30-50-year latency of ovarian cancer development after exposure to a carcinogen(67), however, these results of the Sisters' Study are not likely reflective of risk from exposure to talcum powder products.

It is important to note that the effect sizes in the Nurses' study and in the Women's Health Initiative were in the same direction as seen in virtually all of the case-control studies.

Therefore, the attenuated results from these cohort studies do not reduce my confidence in the observations from the 28 case-control studies described above.

47

In summary, while the cohort studies on average showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, their results as a group do not negate the significant case-control study findings and the significant results of the meta-analyses and the pooled analysis.

## Meta-Analyses and Pooled Analyses

I reviewed 7 meta-analyses (11, 22, 34-38) and one pooled analysis (39). All of the meta-analyses, and the pooled analysis, found summary elevated risks for ovarian cancer associated with use of talcum powder products. These elevated relative risks were statistically significant. Although many of the source studies from which they performed their meta-analyses had elevated risks for ovarian cancer with use of talcum powder products, the relative risks or odds ratios were not all statistically significant. I interpret the lack of statistical significance in some source studies as being due to the small sample sizes of many of these studies. I calculated the sample size required for a study in which 40% of controls used talcum powder products, in which there is good power (80%) to detect a relative risk of 1.3, and that had low chance of estimated a particular relative risk by chance (http://www.openepi.com/SampleSize/SSCC.htm). The calculation showed that the minimum number of cases and controls would need to be 931 each, for a total sample size of 1862. Almost none of the case-control or cohort studies had sample sizes this large. Lack of statistical significance found in the various studies is likely due to their small sample sizes. For this reason, evaluation of the meta-analyses and pooled analysis, with their larger sample sizes, is critical to understanding the state of epidemiologic evidence linking use of talcum powder products to risk of ovarian cancer.

**Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-analysis (R. Penninkilampi, Eslick GD, 2018)**

In this, most recent, meta-analysis and systematic review, the authors searched 6 electronic databases, and selected observational studies with at least 50 cases of ovarian cancer.(34) They analyzed the association between ovarian cancer, including specific sub-types, and the following variables regarding talcum powder products: any perineal talc use, long-term (> 10 years) use, total lifetime applications, and use on diaphragms or sanitary napkins. Included were 24 case-control studies, with 13,421 ovarian

48

cancer cases. Also included were three cohort studies, with 890 cases and a comparison of 181,860 person-years [numbers of non-cases multiplied by the years of follow-up]).

The authors found that any perineal talc use was associated with a statistically significant 31% increased risk for ovarian cancer (odds ratio 1.31, 95% CI 1.24-1.39).

There was evidence of a dose-response effect by number of lifetime applications. Women whose lifetime applications totaled less than 3600 had a statistically significant 32% increased risk of developing ovarian cancer (odds ratio 1.32, 95% CI 1.15-1.50), while those whose lifetime applications totaled over 3600 had a statistically significant 42% increased risk for ovarian cancer (odds ratio 1.42, 95% CI 1.25-1.61).

Increased risks were seen for all types of ovarian cancer, as well as specific subtypes: all serous (odds ratio 1.32, 95% CI 1.22-1.43), serous invasive (odds ratio 1.32, 95% CI 1.13-1.54), serous borderline (odds ratio 1.39, 95% CI 1.09-1.78), and endometrioid (odds ratio 1.35, 95% CI 1.14-1.6). For all of these subtypes, the confidence intervals did not include 1.0, and therefore are considered statistically significant and unlikely to be due to chance findings. For other subtypes, the following non-statistically significant associations were seen: all mucinous (odds ratio 1.12), mucinous invasive (odds ratio 1.34), mucinous borderline (odds ratio 1.18), and clear cell (odds ratio 1.02).

The association between ever use of talc and overall ovarian cancer risk was higher in case-control studies (odds ratio 1.35, 95% CI 1.27-1.43) than in cohort studies (odds ratio 1.06, 95% CI 0.90-1.25). However, the results for case-control and cohort studies were similar for serous ovarian cancer. In cohort studies, risk for serous invasive cancer was statistically significantly increased by 25% with any perineal talc use (odds ratio 1.25, 95% CI 1.01-1.55), and in case-control studies, it was statistically significantly increased by 36% (odds ratio 1.05-1.75). There was insufficient information from the cohort studies to calculate the dose-response variable (total lifetime applications).

In my opinion, the results of this 2018 meta-analysis give strong support for an association between perineal talcum powder product use and risk for ovarian cancer. A significant number of the aspects of the causal relationship that Bradford Hill describes in his address are present in these data, including strength, consistency, temporality, and biologic gradient. Bradford Hill did not define his first aspect—

49

strength—other than to say that the likelihood of causality is greater if the agent causes a "several fold higher" increase in risk in exposed persons. However, for agents like perineal talcum powder products that have such high prevalence of use (over 50% in some populations), the odds ratio/relative risk/hazard ratio for perineal talc use is of great importance for both public health and clinical medicine because it means that perineal talc use causes a significant number of ovarian cancer cases every year.

The corollary example of combined estrogen plus progesterone menopausal hormone therapy and breast cancer risk is helpful here.  The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(55)  Further examples of relative risks less than 1.5 that have significant public health impact because of high prevalence of exposure in the population or in specific subgroups are shown on pages 26-27.

**Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis (Berge W, Mundt K, Luu H, Boffetta P, 2017)**

The authors of this meta-analysis performed a systematic search of PubMed, Embase, and Scopus databases(35). After quality assurance and redundancy checks, they included in their analysis 24 case-control studies and 3 cohort studies that reported on the association between talcum powder products and risk of developing ovarian cancer. The main meta-analysis compared ever versus never use of genital talc. Additional analyses looked at use of powder on sanitary napkins and diaphragms. Stratified analyses were conducted for tumor types.

From the meta-analysis, the authors observed a statistically significant 22% increased risk of developing ovarian cancer in women who had ever used genital talc versus never users (relative risk 1.22, 95% CI 1.13-1.30).

Significant results were found for dose-response relationships, both for number of years of use and for number of applications. Each 10-year increase in genital talc use was associated with a 16% increase in

50

risk for developing ovarian cancer (relative risk 1.16, 95% CI 1.07-1.26). Furthermore, each increase of one application per week was associated with a 5% increase in risk (relative risk 1.05, 95% CI 1.04-1.07).

Risk of serous carcinoma was the only subtype of ovarian cancer for which risk was elevated, and it was statistically significant (relative risk 1.24, 95% CI 1.15-1.34). "Late" exposure, which the authors hypothesized could be less likely to include asbestos, conferred a higher risk (relative risk 1.31, 95% CI 1.03-1.61) than did "early" exposure (relative risk 1.18, 95% 0.99-1.37). Neither specific use on a sanitary napkin nor on a diaphragm increased risk.  Ever use of genital talc on a diaphragm was associated with decreased risk (relative risk 0.75, 95% CI 0.63-0.88).

The association of talcum powder use with increased risk of ovarian cancer was seen in case-control studies (relative risk 1.26, 95% confidence interval 1.17-1.35) but not in cohort studies (relative risk 1.02, 95% confidence interval 0.85-1.2). Furthermore, hospital-based case-control studies had a higher summary relative risk compared with population-based case-control studies (relative risks 1.34 and 1.24, respectively, both statistically significant).

In my opinion, the results of this meta-analysis are very similar to those of the later one described above, and further support the causal effect on ovarian cancer of talcum powder products applied in the perineal area.

**Perineal Use of Talc and Risk of Ovarian Cancer (Langseth, Hankinson, Siemiatycki, Weiderpass, 2017)**

In a meta-analysis conducted by some of the researchers who had investigated the epidemiologic research on talc exposure and ovarian cancer risk for IARC, data from 20 case-control studies were combined into a meta-analysis.(36) The authors found an overall odds ratio of 1.35 (95% CI 1.26-1.46) for ever- versus never-use of talcum powder products. The authors did not perform dose-response analyses.

**Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. (Huncharek, Geschwind, Kupelnick, 2003)**

This meta-analysis included fifteen case-control and two cohort studies that had been published between 1966 and early 2001, and that fit eligibility criteria, including documenting type of talc exposure (e.g. dusting perineum vs. sanitary napkins).  The meta-analysis  produced a statistically significant relative risk of 1.33 (95% confidence intervals 1.16-1.45) for ever versus never use of talc in the perineal area.(37)

The investigators addressed dose-response in the seven studies with information on years of talc exposure or numbers of talc applications per month. However, the authors combined categories of dose (applications per month) and duration of use (years) into one variable, and treated the dose-response analysis as if dose and duration were measuring the same construct. Their statement of lack of dose-response effect, therefore, is misleading in my opinion. The authors suggest that perhaps talc use has a similar carcinogenic effect as asbestos, and cites research showing that asbestos does not show a clear dose-response effect on risk of mesothelioma.

The authors also separated the results of hospital-based (e.g. both cases and controls from the same hospitals) from non-hospital-based (controls selected from the general population) and found a lower relative risk for ovarian cancer (1.19, not statistically significant) for the hospital-based studies and 1.38 (statistically significant) for population-based studies. The authors state that the hospital-based studies would be more accurate because they eliminate bias from case referral patterns to particular hospitals. However, many of the non-hospital-based studies used population-based case ascertainment (e.g. cancer registries) and selected population-based controls, which also eliminates the potential bias of hospital referral patterns.

**Genital Talc Exposure and Risk of Ovarian Cancer (Cramer, Liberman, Titus-Ernstoff, Welch, Greenberg, Baron, Harlow, 1999)**

In a paper that presented data for a case-control study of genital talc exposure and risk of ovarian cancer, Cramer et al. presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer.(11) The authors included results from

52

14 case-control studies, from which they found a statistically significant combined odds ratio of 1.36 (95% confidence interval 1.24-1.49).

**A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer (Gross and Berg, 1995)**

In a meta-analysis sponsored by the Johnson and Johnson company, Gross and Berg included nine case-control and one cohort study in a meta-analysis, and found that the relative risk for women "exposed" versus "non-exposed" to talc was a statistically significant 1.27 (95% confidence interval 1.09-1.48).(38) Eliminating studies that included non-epithelial ovarian tumors, and studies that did not adjust for potential confounders, the relative risk remained statistically significant (relative risk 1.29, 95% confidence interval 1.02-1.63).

**Perineal Exposure to Talc and Ovarian Cancer Risk (Harlow, Cramer, Bell, Welch, 1992)**

Harlow and colleagues presented results of a meta-analysis of previous publications on the relationship between talcum powder product use and risk of ovarian cancer (in the same paper in which they presented data on a case-control study of ovarian cancer risk in relation to perineal talcum powder product exposure).(22) The authors included results from 6 case-control studies, from which they found a statistically significant combined odds ratio of 1.3 (95% confidence interval 1.1-1.6).

**Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls (Terry KL _et al._, 2013)**

This pooled analysis used resources and data from the Ovarian Cancer Association Consortium, including 8 population-based case-control studies with relevant data on talcum powder product use.(39) Six of the studies were conducted in the U.S.(5, 7, 11, 68-70), one in Australia(8), and one in Canada(16). The analysis included 8,525 cases of ovarian, fallopian tube, or peritoneal cancer and 9,859 controls selected from the general population. Five of the studies had previously reported on use of talcum powder product and risk for ovarian cancer (5, 7, 8, 11, 16). To harmonize data on genital powder use across the studies, Terry _et al_. defined genital powder use as any type of powder (talc, baby, deodorizing,

cornstarch, or unspecified/unknown) applied directly or indirectly (by application to sanitary pads, tampons, or underwear) to the genital, perineal, or rectal area. Study-specific powder questions varied in detail about type and method of application. However, the authors were able to classify women into those who "ever used" genital powders vs. those who "never used" powders in the genital area. The included studies also had extensive data on other suspected risk factors for ovarian cancer that were adjusted for in the analyses. To measure cumulative dose of genital powder use, the authors estimated lifetime number of powder applications by multiplying total months of use by frequency of use per month.

Genital powder use was reported by 25% of controls and 31% of cases. In the pooled analysis, ever use of genital powder was associated with a statistically significant 24% increased risk of ovarian cancer (odds ratio 1.24, 95% CI 1.15-1.33) versus women who never used these products. In contrast, women who had used powders only in non-genital areas had no increase in risk for ovarian cancer. Risk for several subtypes of ovarian cancer was statistically significantly increased in women who had used genital powders. Risk for invasive serous cancer was increased by 24% (1,952 cases; odds ratio 1.24, 95% CI 1.13-1.35). Risk for endometroid cancer was increased by 20% (568 cases; odds ratio 1.2, 95% CI 1.03-1.4), and risk for clear cell cancer was increased by 26% (327 cases; odds ratio 1.26, 95% CI 1.04-1.52). Risk of serous borderline cancer was increased by 45% (odds ratio 1.45, 95% CI 1.24-1.69). Risk of mucinous cell invasive cancer and mucinous cell borderline cancer were not statistically significantly associated with use of genital powder products (206 cases; odds ratios 1.06, 95% CI 0.82-1.26; and 409 cases; 1.19, 95% CI 0.98-1.43, respectively).

There was a striking similarity in findings across studies, and the statistical test for heterogeneity was not significant (p > 0.61). All but one study showed odds ratios greater than 1.0, of which 5 were statistically significant (i.e., the confidence intervals did not contain 1.0).

To assess dose-response effects, the authors categorized participants who had used genital powder into 4 equal groups by lowest to highest level of use (quartiles), and compared their risk for ovarian cancer to that in non-users. A clear dose-response trend was evident. Compared with never users of genital powder, women in quartile 1 had a 14% increased risk for ovarian cancer (odds ratio 1.14, 95% CI 1.00-1.31), women in quartile 2 had a 23% increased risk for ovarian cancer (odds ratio 1.23, 95% CI 1.08-1.41), women in quartile 3 had a 22% increased risk for ovarian cancer (odds ratio 1.22, 95% CI 1.07-

1.40), and women in quartile 4 had a 32% increased risk for ovarian cancer (odds ratio 1.32, 95% CI 1.16-1.52). Slightly higher odds ratios were seen when the cancers were restricted to non-mucinous subtypes (i.e., serous invasive, endometroid invasive, clear cell invasive, and serous invasive): 1.18, 1.22, 1.22, and 1.37, respectively, for increasing levels of use by quartiles. When all 5 categories were included, the trend was highly statistically significant ($p_{trend}$ < 0.0001).

The authors performed some additional analyses to make sure that the results were not biased. First, they excluded cases and controls who only began to use genital powders after undergoing tubal ligation or hysterectomy (after which powder likely would not migrate to the ovaries). This had no effect on the odds ratios—the increased risks for ovarian cancer remained virtually identical in each quartile. They then looked at effect of genital powder use and ovarian cancer risk by subgroups of women according to other ovarian cancer risk factors. They found no significant interactions between genital powder use and parity, reported history of endometriosis, tubal ligation/hysterectomy, or menopausal status. They did find that the effect of genital powder use was higher in normal/overweight women (odds ratio 1.28, 95% CI 1.17-1.39) than it was in women with obesity (odds ratio 1.14, 95% CI 0.98-1.32).

Finally, the authors looked at associations between genital powder use and ovarian cancer by years of beginning use. They found that the association between genital powder use and ovarian cancer risk was similar for women who started use between 1952 and 1961 (odds ratio 1.36, 95% CI 1.19–1.56), between 1962 and 1972 (odds ratio 1.27, 95% CI 1.11–1.46), and after 1972 (odds ratio 1.31 95% CI 1.15–1.51). However, they observed an attenuated association for women who started genital powder use before 1952 (odds ratio 1.08, 95% CI 0.93–1.25).

The Terry *et al.* pooled analysis provides strong evidence that perineal talcum powder product use causes ovarian cancer. "Strong" here does not pertain to size of the odds ratio/relative risk. Rather, it refers to the fact that the number of cases included was larger than any previous study, the 8 case-control studies included showed similar effect sizes for association of genital powder use and ovarian cancer risk (consistency), the dose-response effect was clear, and there were enough numbers of cases to determine effects on subtypes of ovarian cancer.

**Summary of Meta-analyses/Pooled Analysis Results**

All of the meta-analyses and the pooled analysis demonstrate increased risk of ovarian cancer in women who used talcum powder products in the genital or perineal area compared with nonusers. The earlier meta-analyses included fewer studies, primarily case-control studies. The most recent meta-analyses included three cohort studies and 24 case-control studies.(34, 35) The summary relative risks were quite consistent across the meta-analyses and the pooled analysis, ranging from 1.22 to 1.4 for any versus no use of perineal talcum powder products. Furthermore, all of the summary results were statistically significant. Importantly, the later meta-analyses(34, 35) and the pooled analysis(39) assessed dose-response relationships, while earlier meta-analyses did not(11, 22, 36), or did so inaccurately(37). These findings of increased risk of ovarian cancer with perineal exposure to talcum powder products shows that the observed associations overall and those for dose-response are robust.

One striking observation across the meta-analyses and pooled analysis is that the total sample sizes (numbers of cases) in all of the meta-analyses and the pooled analysis were sufficient to detect statistically significant relative risks of 1.3 for an overall "exposed" versus "non-exposed" variable with prevalence of 40 percent (see page 48 for a calculation of needed sample size). As shown in Tables 3 and 4, the numbers of cases in the meta-analyses and pooled analysis ranged from 1106 to 14,311, with controls of equal or greater number. All of these, therefore exceed the sample size I estimated that is needed to have statistical power to determine relative risks of 1.3. In contrast, many of the individual case-control or cohort studies did not have large enough samples of cases to have statistical power to determine a relative risk of 1.3.

## Asbestos, Fibrous Talc, and Heavy Metals in Talcum Powder Products

It is important to note that talc is not asbestos-free. Talcum powder products contain other, potentially carcinogenic substances; of greatest concern is the presence of asbestos in talc, and the presence of talc with asbestiform fibers (fibrous talc), in these products. The presence of any one of these constituents add to evidence of biologic plausibility that would support the consistent increased risk seen in the epidemiologic studies.

Asbestos can take several forms. Proven carcinogenic forms include serpentine (chrysotile) and amphibole (actinolite, amosite, anthophyllite, crocidolite, and tremolite) minerals.(40)  Both serpentine and amphibole asbestos forms are classified by IARC as Class 1 carcinogens(40). In their 2012 report, IARC stated that talc deposits may include tremolite, anthophyllite, and actinolite forms of asbestos(40).

Talc may form true mineral fibers that are asbestiform in habit. This form of talc is also referred to as fibrous talc and classified by IARC as a Class 1 human carcinogen(40). The IARC report also noted that "talc containing asbestiform fibers" is not the same as "talc contaminated by asbestos"(40). The conclusions reached in the 100c monograph about asbestos apply to fibrous talc (40). IARC has classified platy (non-fibrous) talc as a 2B "possible" carcinogen(42).

The primary route of exposure to asbestos is respiratory in the general population, although exposure through drinking water and exposure to hair or clothing of asbestos workers has also occurred (40). For talc, the primary exposures listed by the IARC report are respiratory and perineal (40).

Asbestos has been established as a cause of several types of cancer including epithelial ovarian cancer (40, 41). In order to assess the causal relationship between asbestos and ovarian cancer, I conducted a literature search.  My search yielded a total of 26 studies that have investigated the epidemiology of asbestos exposure and risk of ovarian cancer.  Two of these were meta-analyses, both published in 2011.(71, 72) One was a pooled analysis of 43 Italian cohorts with high asbestos exposure. (73) In addition, IARC published monographs on the carcinogenic role of asbestos, and conducted a systematic review through 2009 of asbestos and risk of ovarian cancer. (40, 41, 74) IARC concluded that asbestos, fibrous talc, chromium, and nickel are Group 1 human carcinogens.(40) IARC also classified cobalt as a 2B "possible" carcinogen.

Published data as recently as 2014 have shown that present-day talcum powder products include several types of asbestos.(75, 76) Company documents and testimony also provide further evidence of the presence of asbestos, fibrous talc, and heavy metals in talcum powder products.(77, 78) Dr. William Longo tested historical samples provided in litigation. Test results reveal the presence of asbestos in approximately half of the samples tested. Additionally, fibrous talc was found at varying levels in all samples.(79-83)

57

Finally, I have reviewed the report of Dr. Michael Crowley that discusses the different chemicals added to the fragrance constituents contained in Johnson's Baby Powder and Shower to Shower products (84)Based on his review, he has concluded that these chemicals may contribute to the potential carcinogenicity of talcum powder products.

Therefore, based on the scientific literature and testing results, it is my opinion that the presence of asbestos, heavy metals, fibrous talc, and fragrances are all biologically plausible explanations for talcum powder products causing ovarian cancer.

# Biological Mechanisms

## Evidence of Migration of Talcum Powder Products (Talc, Asbestos, Other Minerals) to the Ovary and Fallopian Tubes

Clinical and laboratory studies have shown that talcum powder products can migrate to the ovaries and fallopian tubes. An early surgical study in healthy premenopausal women found that inert particles placed in women's vaginas moved to their fallopian tubes within 30 minutes in two of the three patients studied.(85) Henderson et al. found talc particles in 10 of 13 (75%) of ovarian tumors studied using an extraction-replication technique.(86) The findings were replicated 8 years later, with all surgeons removing the ovaries wearing gloves with no talc, to ensure that surgical contamination was not the cause of the observed talc within ovaries.(87) This replication study found talc in all 9 samples studied— 3 normal ovaries, 3 cystic ovaries, and 3 adenocarcinomas.

In another relevant clinical experiment regarding migration, the researchers placed 3 ml of $^{90m}$Tc-labelled human albumin microspheres in women's vaginas one day before pelvic surgery.(88) Of the 21 women for whom the materials moved up from the cervical area, ovaries and fallopian tubes could be counted separate from the uterus in 14. Of these 14, 9 showed radioactivity in the fallopian tubes and ovaries, and 5 showed no radioactivity. In a pathological study as part of a case-control study of benign ovarian conditions, ovaries from 24 women were tested for presence of talc and asbestos by both electron microscopy and light microscopy.(64) All tested ovaries were found to have talc present. Only half of the 24 women reported a history of perineal talc exposure, which suggests additional routes of exposure to talc, such as inhaled powder. The presence of talc was not due to surgical gloves as all

surgeons wore talc-free gloves in this study. In another study employing microscopy (Raman), the study authors found talc particles in ovarian tissue samples from a woman with known perineal talc exposure that were not visible with other methods.(89)

Another study demonstrated migration of talc evaluated powder on medical gloves used to perform pelvic examinations (with gloved hand inserted into the vagina).(90) This study detected powder in the peritoneal fluid, fallopian tubes, and ovaries the following day after the pelvic examination in women exposed to powdered gloves but almost none in women exposed to unpowdered gloves.  The differences between the two groups were statistically significant.

In 2007, Cramer described the presence of talc particles observed in a pelvic lymph node of a 68 year old woman with stage III serous ovarian carcinoma.(91) The authors used scanning electron microscopy to identify plate-like particulates in the 5-10 μm range within the lymph node, and energy dispersive X-ray spectroscopy revealed a magnesium and silicate signature compatible with talc. The authors also noted that talc could migrate through transport of the lymphatic system.

The results of these studies demonstrate talcum powder products can migrate from the perineal area to the ovaries and fallopian tube through both genital tract migration and inhalation. In my opinion it is biologically plausible that talcum powder products can reach the ovaries via migration from the perineum and via inhalation into the lungs, blood stream, and lymphatic system.

## Inflammation in the Causal Pathway between Talcum Powder Product Use and Ovarian Cancer Development

The literature suggests that a likely pathway through which use of talcum powder products increases risk of ovarian cancer is through talc-induced inflammatory response.(92) As described above, it is well supported that talc can migrate through the female genital tract and settle in the area of the ovaries, fallopian tubes, and peritoneum (64, 86-88, 91, 93). Increased blood levels of biomarkers of inflammation have been linked to increased risk for ovarian cancer. A recent meta-analysis of 8 cohort studies found that women with high blood levels of c-reactive protein (a marker of increased systemic inflammation) had almost double the risk of developing ovarian cancer compared with women with low levels.(94)

59

Further evidence of the inflammation mechanism comes from studies which evaluate anti-inflammatories, like aspirin and NSAIDs, and reduction of risk of ovarian cancer. A pooled analysis of case-control studies published in 2014 showed that long-term daily use of aspirin (which blocks inflammation) decreased risk of ovarian cancer (odds ratio = 0.91; 95% CI = 0.84-0.99) Similar, but not statistically significant, results were shown for use of other nonsteroidal anti-inflammatory medications.(95) A 2018 meta-analysis found an 11% reduced risk of ovarian cancer with aspirin use (relative risk 0.89, 95% CI 0.83-0.95).(96) Aspirin and other nonsteroidal anti-inflammatory medications inhibit the inflammation-mediating enzyme, COX-1(95); COX-1 is frequently overexpressed in ovarian cancer tissue.(97, 98)

Chronic inflammation may result in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis.(92) Factors related to the inflammation of the ovarian surface and tubal epithelium, such as incessant ovulation, endometriosis, and pelvic inflammatory disease, provide further evidence of inflammation and ovarian carcinogenicity. (99-101)

Talc exposure has also been linked to increased inflammation. It can induce granulomas and other inflammatory responses in vivo.(102, 103) Injected into the pleural cavity to treat pneumothorax, talc stimulates an intra-pleural inflammatory reaction that causes pleural fibrosis and scarring, leading to obliteration of the pleural space and prevention of recurrent pneumothoraces.(104) In humans, elevated interleukin 8 (a chemotactic cytokine) occurs after pleural injection of talc.(105) In a study of over 227 patients treated with talc pleurodesis; about half received small particle talc, and half received large-particle talc. Patients who received small particle talc had significantly higher proinflammatory cytokines, particularly interleukin 8, in pleural fluid and serum after talc application.(106) In animal models, injection of talc into the pleura can cause local and systemic inflammatory responses(107) including elevated inflammation-related biomarkers c-reactive protein and interleukin 8(108) as well as VEGF, and TGF-beta.(109) This type of inflammation can induce neoplastic changes.(110)

## Additional Evidence of Biological Mechanisms

Exposing human ovarian stromal and epithelial cells to talc resulted in increases reactive oxygen species (oxidative stress), cell proliferation and neoplastic transformation of cells.(110)  Similarly, in a recent *in*

60

*vitro* study by Fletcher et al., talc was applied in different concentrations, for varying numbers of hours, to epithelial ovarian cancer cell lines and normal ovarian epithelial cells.(111) As early as 24 hours post-treatment, they found increases in mRNA (gene expression) of pro-oxidant enzymes iNOS and MPO in talc-treated epithelial ovarian cancer cells and normal ovarian cells, compared with non-treated controls. Marked decreases in several antioxidant enzymes in talc-treated cells were also seen. This study supports the role of talc in inducing oxidative stress, providing a molecular basis for epidemiologic studies demonstrating an increased risk of ovarian cancer with perineal talcum powder product exposure.(111-113) Another *in vitro* study found that talc induced a biological effect by enhancing CA-125 in ovarian cancer cells and in normal cells.(114)

Talc application to human mesothelial cells in cell culture has also been shown to increase gene expression in 30 genes that are relevant to carcinogenesis, and asbestos application increased gene expression in over 200 genes.(115) In the same study, asbestos application to human ovarian epithelial cells increased gene expression in two genes at 8 hours and 16 genes at 24 hours. Many of the expressed genes are relevant to the carcinogenic process. Results from this experimental study show that talc causes a statistically significant increase in gene expression in mesothelial cells in several genes related to carcinogenesis, including activating transcription factor 3 (ATF3), which controls production of several markers of inflammation.(115)

Asbestos, which has been found in talcum powder products, has been classified by IARC as a known ovarian carcinogen after a systematic review of the epidemiological and biological science.(40) Two meta-analyses and one pooled analysis have addressed the association between asbestos exposure and risk of ovarian cancer.(71-73) The studies of asbestos and ovarian cancer were typically studies of cohorts with high levels of occupational or home asbestos exposure, and comparisons were made to the general population as controls. The most recent meta-analysis found that women exposed to asbestos had a relative risk dying of ovarian cancer of 1.77 (95% CI 1.37-2.28) compared with unexposed populations(71). The other meta-analysis found that women exposed to asbestos had a relative risk of developing or dying of ovarian cancer of 1.75 (95% CI 1.45-2.10) compared with unexposed women(72). An additional four cohort studies (73, 116-119), which were published after the date of the most recent meta-analysis(71),as well as the pooled analysis(73) found similar elevated risks of ovarian cancer in women with asbestos exposure.

61

IARC also lists mechanisms through which asbestos can cause cancer including: impaired fiber clearance leading to macrophage activation, inflammation, generation of reactive oxygen and nitrogen species, tissue injury, genotoxicity, aneuploidy and polyploidy, epigenetic alteration, activation of signaling pathways, and resistance to apoptosis.(41) Asbestos is another biologically plausible explanation for talcum powder products causing ovarian cancer.

It is my opinion, based on these studies, that talc and asbestos induce inflammation which results in cell proliferation, inhibition of apoptosis, and secretion of mediators, that may promote tumorigenesis. This adds to the weight of evidence and provides a plausible biological explanation for the association between genital talcum powder product use and ovarian cancer.

Another line of experiments in support of the biologically plausible mechanism for talcum powder products causing ovarian cancer were conducted in animals. A study with female rats showed that talc is absorbed through the pleural surface and rapidly disseminated throughout internal organs and lymph nodes.(120) Henderson et al found that talc placed in the uteruses or vaginas of female rats moved to the animals' ovaries by four days post-administration.(121)

In another study, exposure of rat ovaries to talc led to cyst formation and epithelial changes.(122) A methodology study discovered that talc caused superoxide anion generation and release from mouse macrophages.(123)

Animal experiments conducted by the National Toxicology Program (NTP) of the U.S. Department of Health and Human Services are highly relevant to the role of talc in carcinogenesis.  An NTP rat study  provided important "signal " information  of talc toxicity relevant to talc and development of ovarian cancer.(124) In an inhalation study, male and female F344/N rats were exposed to daily talc aerosols of non-asbestiform talc, with appropriate controls. NTP concluded that there was clear evidence of carcinogenic activity of talc in female F344/N rats based on increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung, and benign and malignant pheochromocytoma of the adrenal gland. The NTP also concluded that there was some evidence of carcinogenic activity of talc in male F344 /N rats based on an increased incidence of benign and malignant pheochromocytoma of the adrenal gland.

In my opinion, these animal studies further demonstrate that talcum powder products and its attendant inflammation can induce carcinogenesis. This provides further evidence of a biologically plausible mechanism supporting causation of ovarian cancer from the use of talcum powder products.

## Summary of Findings: Weight of the Evidence/Bradford Hill Analysis

The summary relative risk estimates from the most recent meta-analyses(34, 35) and the pooled analysis(39) indicate that women who have ever used talcum powder products in the perineal/genital areas (including use of sanitary napkins, diaphragms, underwear, and direct application) have approximately 22-31% increased risk of developing ovarian cancer compared with never-users.

This review of the association between talcum powder products in the perineal/genital area produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(43)  The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, experiment,  biologic gradient (dose-response), plausibility, coherence, and analogy.

***Strength of the association and statistical significance***: The meta-analyses and pooled analysis showed that risk of ovarian cancer among ever users of talcum powder products is 22-31% higher than in women who never used these products. A total of 28 case-control studies, 3 prospective cohort studies, 2 meta-analyses, and one pooled analysis were reviewed in depth. The meta-analyses found a statistically significant 24 – 25% increased risk of developing serous ovarian cancer—representing 52% of epithelial ovarian cancer cases(125) —in women who had ever used talcum powder products compared with never-users. The pooled analysis, which included data from 5 previously published and 3 unpublished case-control studies, found similar statistically significant increased risks for overall epithelial ovarian cancer and serous ovarian cancer (24% and 20%, respectively). Thus, when combining these studies through meta-analyses, the totality of the evidence shows a statistically significant increased risk of ovarian cancer with use of perineal talcum powder products. Viewed in the context of the high consistency of the study results across time, diverse study populations, and strong study

63

designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high prevalence of use of talcum powder products in this population, these levels of risk present a clinically significant public health concern. I placed high weight on this aspect of determination of causality.

**Consistency of the association:** Across the case-control and cohort studies, the association between use of talcum powder products and risk of ovarian cancer was highly consistent. As indicated above, the case-control studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Australia, Canada, the UK, Israel, Greece, and China. Of the 28 studies, 24 found odds ratio greater than 1.1 for ovarian cancer in women who had any perineal exposure to talcum powder products, compared with never users (1-6, 8-11, 13-23, 25-27). Of these 24 odds ratio estimates, 16 were statistically significant (95% confidence intervals excluded 1.0 or p value $\leq$ 0.05). Among the 8 studies which were not statistically significant, 7 had a sample size lower than that estimated to be needed to have power to detect a statistically significant result. Furthermore, the increased risk of ovarian cancer with use of talcum powder products has been seen in various race/ethnic groups as well as in diverse geographic areas around the world. While the cohort studies on average showed more attenuated relative risks of ovarian cancer in relation to use of talcum powder product use, these studies were not well designed to determine true risk for ovarian cancer and perineal talc use. Therefore, their results as a group do not negate the significant case-control study findings and the significant results of the meta-analyses and the pooled analysis.

The most recent and comprehensive meta-analysis by Penninkilampi *et al.*, assessed consistency across the studies included in their analysis by measuring heterogeneity with Cochran's *Q* statistic, with *P* < 0.10 indicating heterogeneity.(34) They then quantified the degree of heterogeneity using the $I^2$ statistic. The $I^2$ statistic represents the fraction of the total variability across studies that is due to heterogeneity. The authors categorized $I^2$ values of 25%, 50%, and 75% as corresponding to low, moderate, and high degrees of heterogeneity, respectively, which is typical for meta-analyses.(126) The authors found that there was no heterogeneity in the relative risk estimates for exposure to talcum powder products in the perineal area, or on diaphragms or sanitary napkins. Even though the 95% confidence intervals contained 1.0 in the cohort studies, given the clearly increased relative risk across the case-control

64

studies, the trend toward increased risk in two of the three cohort studies, and the results from the Penninkilampi et al. meta-analysis, it is my opinion that this did not occur by chance but is, in fact, a true causal relationship.

The consistency across studies, led by many investigators, using different study designs, and in diverse ethnic, racial, and geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. Accordingly, I placed significant weight on this factor in my causation analysis.

**Specificity of the association:** Use of talcum powder products is strongly associated with epithelial ovarian cancer. Analyses by histologic subtype of epithelial ovarian cancer found that serous ovarian cancer appeared to be most strongly and consistently related to talc exposure, although the pooled case-control project found associations some other subtypes of ovarian cancer. Mucinous cancers have been consistently found to be unrelated to use of these products. Therefore, the specificity aspect is present for epithelial ovarian cancer and certain subtypes. However, because many carcinogens have been shown to cause diverse and nonspecific morbidities, such as smoking, I weighed this aspect moderately in my causal analysis as compared to other Bradford Hill factors.

**Temporality**: The epidemiologic studies that looked at lifetime talcum powder product use supported that exposure to these products predated the diagnosis of ovarian cancer. I did not find any evidence of 'reverse causation', e.g., using talcum powder products to alleviate symptoms associated with ovarian cancer, nor do any investigators report finding reverse causation. Importantly, symptoms related to ovarian cancer (bloating, increased abdominal size, abdominal pain, pelvic pain, difficulty eating, feeling full quickly)(127) are not vaginal or perineal in origin, and would be unlikely to induce women to increase use of talcum powder products. The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality.

**Biologic gradient/ dose-response:** The earlier studies were less likely to address dose-response associations. The larger, and more recent studies, however, collected important data that inform dose-response relationships. Many of the 28 case control studies found evidence of a dose-response effect. Most often, this took the form of lifetime numbers of applications of talcum powder products or years of use. Thus, while there were studies that did not look for or find a dose-response, the body of

65

literature when taken as a whole does indicate a dose-response effect. Some studies did not gather detailed dose data such as frequency of use or length of use. Others gathered either frequency of the use or duration of use, but not both.  As with smoking, ascertainment of frequency x duration of exposure (cumulative exposure) is an optimal metric to determine true dose-response effects.  The meta-analyses and the pooled analysis also found evidence of relationships between increasing amount of exposure to talcum powder products in the perineal/genital area (including frequency, years of use, and estimates of lifetime applications) and increased risk of developing epithelial ovarian cancer (i.e., dose-response relationships). Thus, the studies that accurately determined use of talcum powder products revealed evidence of dose-response effects. When present, the finding of a biologic gradient/dose-response is helpful in determining causation. The findings within the study data, particularly meta-analyses and the pooled analysis, thus, supports my causal analysis and I placed significant weight on this factor.

**Plausibility**: In my consideration of whether talcum powder products can cause cancer, I considered the data for biologically plausible mechanisms by which exposure to talc could result in ovarian cancer. In that regard, I assessed data and determined that talcum powder products can migrate from the perineum through the female genital tract to the ovaries; talcum powder products are found in ovarian and fallopian tube tissues; talcum powder products can induce an inflammatory response; and because of the inflammatory response, malignant transformation can occur.  Support for these finding comes from reliable, peer-reviewed scientific literature which indicates that talcum powder products can migrate from the perineum up the genital tract to the fallopian tubes and ovaries and become imbedded in the ovarian tissue.  Thus, it is biologically plausible that genital exposure to talcum powder products can result in exposure to the ovaries.

Data also plausibly indicates that inhalation of talcum powder products can result in exposure leading to cancer, including mesothelioma.  Studies also show that talcum powder products can be absorbed and transported via the lymphatic system or blood stream. Therefore, inhalation of talcum powder products could result in similar ovarian exposure.   Published scientific data shows that talc reaches the ovary and becomes imbedded in the ovarian tissue.  There are reliable data to support that talc induces an inflammatory response which mediates oxidative stress, release of cytokines and resulting genotoxicity which can induce malignant transformation. Further, the presence of asbestos and other constituents in

the talcum powder products such as asbestos, heavy metals, and fragrance have been shown to induce cancer by similar mechanisms.

While I have considered the data that do not support the plausibility of talcum powder products' carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which talcum powder products can induce ovarian carcinogenicity. Talc and its constituents can reach the ovaries, induce an inflammatory response that leads to genotoxicity and to development of ovarian cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. Therefore, I place significant weight on this aspect of determination of causality.

**Coherence**: The cause-and-effect interpretation of the data on talcum powder product use and risk of ovarian cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Increased inflammation has been linked to risk of ovarian cancer, and talc and other contents of talcum powder products elicit inflammatory responses within areas of the body in which they have been found (i.e. ovary, peritoneum, lymph nodes, etc.). By analogy, a similar mechanism has been reported by which asbestos causes ovarian cancer.  These mechanisms are consistent with one another and the accepted understanding of the role of inflammation in carcinogenesis. While these factors support a causal association and my opinions in this regard, I do not weigh them quite as heavily as the strength and consistency of the association.

**Experiment**: As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, here, randomized controlled trials are neither feasible nor ethical, similar to smoking and lung cancer. This is because ovarian cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of genital talcum powder product use could be harmful, it would be unethical to conduct a trial of this type. Furthermore, the studies involving migration of talc, the inflammatory process and its association with carcinogenesis all contribute in a compelling manner to the causal analysis. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of talcum powder products on ovarian cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this

report strongly support causation.  Therefore, I placed slight weight to this aspect of determination of causality.

## CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, perineal use of talcum powder products can cause ovarian cancer.

# Tables: Epidemiological Studies of Talcum Powder Product Use and Risk of Ovarian Cancer

## Table 1: Case-Control Studies

| Study | Country | No. Cases | No. Non-cases | Source of participants | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-response? |
|---|---|---|---|---|---|---|---|
| /Schildkraut 2016 (1) | U.S. | 584 | 745 | Population | 1.44 (1.11-1.86) | 1.38 (1.03-1.85) | Yes, OR's: < 3600 apps 1.16 $\geq$ 3600 apps 1.67 $p_{trend} < 0.01$ |
| Cramer 2016 (2) | U.S. | 2041 | 2100 | Population | 1.33 (1.16-1.52) | 1.42 (a) (1.19-1.69) | Yes > 24 talc-years: OR 1.49 $p_{trend} = 0.02$ |
| Wu 2015 (3) | U.S. | 1701 | 2391 | Population | 1.46 (1.27-1.69) | Not addressed | Yes, per 5-years talc: OR 1.14 (95% CI 1.09-1.20) |
| Kurta 2012 (4) | U.S. | 902 | 1802 | Population | 1.4 (1.16–1.69) | Not addressed | Not addressed |
| Rosenblatt 2011 (5) | U.S. | 812 | 1313 | Population | 1.27 (0.97-1.66) | 1.47 (borderline) (0.84-2.56) 1.01 (invasive) (0.69-1.47) | No (lifetime number of apps, years of use) |
| Wu 2009 (6) | U.S. | 609 | 688 | Population | 1.53 (1.13-2.09) | 1.70 (1.27-2.28) | Yes, lifetime apps OR: <=5200: 1.20 >5200 to <=15600: 1.38 >15,600 to <=52000: 1.34 >52000: 1.99 |

| | | | | | | | $p_{trend} = 0.0004$ |
|---|---|---|---|---|---|---|---|
| Moorman 2009 (7) | U.S. | 1114 | 1086 | Population | Whites: 1.04 (0.82-1.33) Blacks: 1.19 (0.68-2.09) | Not addressed | Not addressed |
| Merritt 2008 (8) | Australia | 1576 | 1509 | Population | 1.17 (1.01-1.36) | 1.21 (1.03-1.44) | Yes, OR: None 1.0 > 0-10 yrs 1.13 > 10-25 yrs 1.08 > 25 yrs 1.29 $p_{trend}$ = 0.02 (similar stat sign trend for serous) |
| Mills 2004 (9) | U.S. | 256 | 1122 | Population | 1.37 (1.02-1.85) | 1.77 (1.12-2.8) | No (freq X dur), OR Never 1.0 Q1 1.03 Q2 1.81 Q3 1.74 Q4 1.06 $p_{trend}$ = 0.05 |
| Ness 2000 (10) | U.S. | 767 | 1367 | Population | 1.5 (1.1-2.0) | Not addressed | No (duration only) |
| Cramer 1999 (11) | U.S. | 563 | 523 | Population | 1.60 (1.18 - 2.15) | 1.38 (borderline) (0.82, 2.31) 1.70 (invasive) (1.22, 2.39) | Yes, lifetime apps when fallopian tubes patent: OR < 3000: 1.54 3000-10,000: 1.72 >10,000: 1.80 |
| Wong 1999 (12) | U.S. | 499 | 755 (non-GYN cancer patients) | Hospital | 0.92 (.24-3.62) | 1.2 (0.7-2.1) | No (duration only) |

70

| Godard 1998 (13) | Canada | 170 | 170 | Population | 2.49 (0.94-6.58) | Not addressed | Not addressed |
|---|---|---|---|---|---|---|---|
| Green 1997 (14) | Australia | 824 | 855 | Population | 1.3 (1.1-1.6) | Not addressed | No (duration only, data not shown) |
| Cook 1997 (15) | U.S. | 313 | 422 | Population | 1.5 (1.1-2.3) | 1.70 (1.1-2.50) | No (cumulative lifetime days) |
| Chang 1997 (16) | Canada | 450 | 564 | Population | 1.42 (1.08-1.86) | 1.34 (0.96-1.85) | No (frequency or duration) |
| Shushan 1996 (17) | Israel | 200 | 408 | Population | 2.0 (p=0.04) | Not addressed | Not addressed |
| Cramer 1995 (18) | U.S. | 450 | 454 | Population | 1.6 (1.2-2.1) | Not addressed | Not addressed |
| Purdie 1995 (19) | Australia | 824 | 860 | Population | 1.27 (1.04-1.54) | Not addressed | Not addressed |
| Tzonou 1993 (28) | Greece | 189 | 200 | Hospital | 1.05 (0.28-3.98) | Not addressed | Not addressed |
| Rosenblatt 1992 (20) | U.S. | 77 | 46 | Hospital | 1.7 (0.7-3.9) | Not addressed | Yes: >= 37.4 years vs. < 37.4 years: OR 2.4 |
| Chen 1992 (21) | China | 112 | 224 | Population | 3.9 (0.9-10.63) | Not addressed | Not addressed |
| Harlow 1992 (22) | U.S. | 235 | 239 | Population | 1.5 (1.0-2.1) | 1.4 (.9-2.2) | Yes, lifetime applications, OR: < 1000: 1.3 1000-10,000: 1.5 > 10,000: 1.8 $p_{trend}$ = 0.09 |
| Booth 1989 (23) | U.K. | 235 | 451 | Hospital | Daily 1.3 (0.8-1.0) Weekly 2.0 (1.3-3.4) | Not addressed | Yes, RR: Never 1.0 Rarely 0.9 Monthly 0.7 Weekly 2.0 Daily 1.3 $p_{trend}$ = 0.05 |

| Harlow 1989 (24) | U.S. | 116 border-line only | 158 | Population | 1.1 (0.7-2.1) | Not addressed | Not addressed |
|---|---|---|---|---|---|---|---|
| Whittemore 1988 (25) | U.S. | 188 | 539 | Hospital + population | 1.45 (p=0.06) | Not addressed | 1-20 applications/ mo RR 1.27 (0.82-1.96) > 20 apps/mo RR 1.45 (0.94-2.22) No $p_{trend}$ provided |
| Hartge 1983 (26) | U.S. | 135 | 171 | Hospital | 2.5 (0.7-10.0) | Not addressed | Not addressed |
| Cramer 1982 (27) | U.S. | 215 | 215 | Population | 1.92 (1.27-2.89) | Not addressed | Not addressed |

72

Table 2: Prospective Cohort Studies

| Study Year Published | Country | No. Cases | No. Non-cases | Baseline Age | Years of Follow-up | RR All Ovarian Ca, Any Perineal Talc Use (95% CI) | RR Serous Invasive Ovarian Ca, Any Perineal Talc Use | Dose-response |
|---|---|---|---|---|---|---|---|---|
| Sister Study Gonzalez, 2016 (30) | U.S. | 154 | 41,500 | 54.8 | Median 6.6 years | 0.73 (0.44-1.21) | Not addressed | Not addressed |
| Women's Health Initiative Houghton, 2014 (29) | U.S. | 429 | 61,147 | 63.3 | Mean 12.4 years | 1.06 (0.87-1.28) | 1.13 (0.84-1.51) | No (< 9 vs. 10+ years); no frequency data collected |
| Nurses Health Study Gertig, 2000 (31) | U.S. | 307 | 78,323 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.09 (0.86-1.37) (ever use perineal talc vs. never use) | 1.40 (1.02-1.91) | No (only frequency data collected, no duration data) |
| Nurses Health Study Gates, 2008 (32) | U.S. | 210 | 600 | 36-61 years in 1982 (year of talcum powder product use data collected) | Not provided | 1.24 (0.83-1.83) (≥1/wk vs. < 1/wk) | 1.48 (0.82-2.68) (≥1/wk vs. < 1/wk) | Yes: RR's < 1/wk 0.98 1-6/wk 1.01 > 6/wk 1.44 |
| Nurses Health Study Gates, 2010 (33) | U.S. | 797 | 78,323?? | 6-61 years in 1982 (year of talcum powder product | Not provided | 1.06 (0.89-1.28) (≥1/wk vs. < 1/wk) | 1.06 (0.84-1.35) | Not addressed |

| | | | | use data collected) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Table 3: Meta-analyses

| Study | Number of Studies | Number of Cases | Relative Risk  All Ovarian Ca, Any Perineal Talc Use (95% CI) | Relative Risk Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response |
|---|---|---|---|---|---|
| Penninkilampi 2018 (34) | 27 | 14,311 | 1.31 (1.24-1.39) | 1.32 (1.22-1.43) | Yes: OR 1.32 for < 3600 applications; OR 1.42 for > 3600 applications |
| Berge 2017 (35) | 27 | Not provided, should be same as Penninkilami above | 1.22 (1.13–1.30) | 1.24 (1.15–1.34) | Yes for duration and frequency: 1) RR per 10-year use 1.16 (95% CI 1.07-1.26); 2) RR per weekly use 1.05 (95% CI 1.04-1.07) |
| Langseth 2008 (36) | 20 | Not provided | 1.35 (1.26-1.46) | Not addressed | Not addressed |
| Huncharek 2003 (37) | 16 | 5260 | 1.33 (1.16-1.45) | Not addressed | No summary estimates calculated. Dose response addressed in 9/16 source studies: no dose-response apparent |
| Cramer 1999 (11) | 14 | 3834 | 1.4 (1.2-1.5) | Not addressed | Not addressed |
| Gross 1995 (38) | 10 (N=5 studies with adjusted data and limited to | 1509 | 1.29 (1.02-1.63) | Not addressed | Not addressed |

| | epithelial ovarian cancers) | | | | |
|---|---|---|---|---|---|
| Harlow 1992 (22) | 6 | 1106 | 1.3 (1.1-1.6) | Not addressed | Not addressed |

Table 4: Pooled Analysis

| | Number of Studies | Number of Cases | Odds Ratio All Ovarian Ca, Any Perineal Talc Use (95% CI) | Odds Ratio Serous Ovarian Ca, Any Perineal Talc Use (95% CI) | Dose-Response All Ovarian Cancer |
|---|---|---|---|---|---|
| Terry 2013 (39) | 8 | 8,525 | 1.24 (1.15–1.33) | 1.24 (invasive) (1.13–1.35) | Yes. OR (95% CI) by quartiles of lifetime applications vs. never use, non-mucinous cases only: Q1 1.18 (1.02-1.36) Q2 1.22 (1.06-1.41) Q3 1.22 (1.06-1.40) Q4 1.37 (1.19-1.58) |

# References

1.      Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev. 2016;25(10):1411-7.

2.      Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology. 2016;27(3):334-46.

3.      Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer Epidemiol Biomarkers Prev. 2015;24(7):1094-100.

4.      Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 2012;21(8):1282-92.

5.      Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer causes & control : CCC. 2011;22(5):737-42.

6.      Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. International journal of cancer Journal international du cancer. 2009;124(6):1409-15.

7.      Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. Am J Epidemiol. 2009;170(5):598-606.

8.      Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. International journal of cancer Journal international du cancer. 2008;122(1):170-6.

9.      Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. International journal of cancer Journal international du cancer. 2004;112(3):458-64.

10.     Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7.

11.     Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. International journal of cancer Journal international du cancer. 1999;81(3):351-6.

12.     Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 1999;93(3):372-6.

13.     Godard B, Foulkes WD, Provencher D, Brunet JS, Tonin PN, Mes-Masson AM, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998;179(2):403-10.

14.     Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. International journal of cancer Journal international du cancer. 1997;71(6):948-51.

15.     Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol. 1997;145(5):459-65.

16.     Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 1997;79(12):2396-401.

17.     Shushan A, Paltiel O, Iscovich J, Elchalal U, Peretz T, Schenker JG. Human menopausal gonadotropin and the risk of epithelial ovarian cancer. Fertil Steril. 1996;65(1):13-8.

18.     Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. Annals of epidemiology. 1995;5(4):310-4.

19.     Purdie D, Green A, Bain C, Siskind V, Ward B, Hacker N, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. International journal of cancer Journal international du cancer. 1995;62(6):678-84.

20.     Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 1992;45(1):20-5.

21.     Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9.

22.     Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 1992;80(1):19-26.

23.     Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. Br J Cancer. 1989;60(4):592-8.

24.     Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 1989;130(2):390-4.

25.     Whittemore AS, Wu ML, Paffenbarger RS, Jr., Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol. 1988;128(6):1228-40.

26.     Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. JAMA : the journal of the American Medical Association. 1983;250(14):1844.

27.     Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. Cancer. 1982;50(2):372-6.

28.     Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. International journal of cancer Journal international du cancer. 1993;55(3):408-10.

29.     Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute. 2014;106(9).

30.     Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology. 2016;27(6):797-802.

31.     Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute. 2000;92(3):249-52.

32.     Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2008;17(9):2436-44.

33.     Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 2010;171(1):45-53.

34.     Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9.

35.     Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 2017 (published in 2018).

36.     Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 2008;62(4):358-60.

37.     Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Res. 2003;23(2c):1955-60.

38.     Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. J Expo Anal Environ Epidemiol. 1995;5(2):181-95.

39.     Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer prevention research (Philadelphia, Pa). 2013;6(8):811-21.

40.     IARC. International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans: Arsenic, Metals, Fibres and Dusts. 2012.

41.     Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, El Ghissassi F, et al. A review of human carcinogens--Part C: metals, arsenic, dusts, and fibres. The lancet oncology. 2009;10(5):453-4.

42.     Carbon black, titanium dioxide, and talc. IARC monographs on the evaluation of carcinogenic risks to humans. 2010;93:1-413.

43.     Hill AB. THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION? Proceedings of the Royal Society of Medicine. 1965;58:295-300.

44.     Bowling A. Mode of questionnaire administration can have serious effects on data quality. Journal of public health (Oxford, England). 2005;27(3):281-91.

45.     Flegal KM, Brownie C, Haas JD. The effects of exposure misclassification on estimates of relative risk. Am J Epidemiol. 1986;123(4):736-51.

46.     Rojas V, Hirshfield KM, Ganesan S, Rodriguez-Rodriguez L. Molecular Characterization of Epithelial Ovarian Cancer: Implications for Diagnosis and Treatment. International journal of molecular sciences. 2016;17(12).

47.     Coughlin SS. Recall bias in epidemiologic studies. J Clin Epidemiol. 1990;43(1):87-91.

48.     Sridharan L, Greenland P. Editorial policies and publication bias: the importance of negative studies. Archives of internal medicine. 2009;169(11):1022-3.

49.     Rising K, Bacchetti P, Bero L. Reporting bias in drug trials submitted to the Food and Drug Administration: review of publication and presentation. PLoS medicine. 2008;5(11):e217; discussion e.

50.     Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Public Health. 2005;95 Suppl 1:S144-50.

51.     Thompson R, Mitrou G, Brown S, Almond E, Bandurek I, Brockton N, et al. Major new review of global evidence on diet, nutrition and physical activity: A blueprint to reduce cancer risk. Nutrition Bulletin. 2018;43(3):269-83.

52.     Cosselman KE, Navas-Acien A, Kaufman JD. Environmental factors in cardiovascular disease. Nature reviews Cardiology. 2015;12(11):627-42.

53.     Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, et al. Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis. Environ Health Perspect. 2014;122(9):906-11.

54.     Khalade A, Jaakkola MS, Pukkala E, Jaakkola JJ. Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis. Environ Health. 2010;9:31.

55.     Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA : the journal of the American Medical Association. 2002;288(3):321-33.

56.     Kim S, Ko Y, Lee HJ, Lim JE. Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies. Breast cancer research and treatment. 2018;170(3):667-75.

57.     Stephenson J. FDA orders estrogen safety warnings: agency offers guidance for HRT use. JAMA : the journal of the American Medical Association. 2003;289(5):537-8.

58.     Grossman DC, Curry SJ, Owens DK, Barry MJ, Davidson KW, Doubeni CA, et al. Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement. JAMA : the journal of the American Medical Association. 2017;318(22):2224-33.

59.     Karami S, Lan Q, Rothman N, Stewart PA, Lee KM, Vermeulen R, et al. Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. Occup Environ Med. 2012;69(12):858-67.

60.     2018 Physical Activity Guidelines Advisory Committee Scientific Report, U.S. Department of Health and Human Services. Washington, DC; 2018.

61.     Arem H, Moore SC, Patel A, Hartge P, Berrington de Gonzalez A, Visvanathan K, et al. Leisure time physical activity and mortality: a detailed pooled analysis of the dose-response relationship. JAMA internal medicine. 2015;175(6):959-67.

62.     Gandini S, Sera F, Cattaruzza MS, Pasquini P, Picconi O, Boyle P, et al. Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure. European journal of cancer (Oxford, England : 1990). 2005;41(1):45-60.

63.     van der Pols JC, Williams GM, Pandeya N, Logan V, Green AC. Prolonged prevention of squamous cell carcinoma of the skin by regular sunscreen use. Cancer Epidemiol Biomarkers Prev. 2006;15(12):2546-8.

64.     Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol. 1996;174(5):1507-10.

65.     Chan DS, Vieira AR, Aune D, Bandera EV, Greenwood DC, McTiernan A, et al. Body mass index and survival in women with breast cancer--systematic literature review and meta-analysis of 82 follow-up studies. Annals of oncology : official journal of the European Society for Medical Oncology / ESMO. 2014.

66.     Anderson GL, Judd HL, Kaunitz AM, Barad DH, Beresford SA, Pettinger M, et al. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. JAMA : the journal of the American Medical Association. 2003;290(13):1739-48.

67.     Purdie DM, Bain CJ, Siskind V, Webb PM, Green AC. Ovulation and risk of epithelial ovarian cancer. International journal of cancer Journal international du cancer. 2003;104(2):228-32.

68.     Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. Endocrine-related cancer. 2008;15(4):1055-60.

69.     Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. Epidemiology. 2012;23(2):311-9.

70.     Pike MC, Pearce CL, Peters R, Cozen W, Wan P, Wu AH. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004;82(1):186-95.

71.     Camargo MC, Stayner LT, Straif K, Reina M, Al-Alem U, Demers PA, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. Environ Health Perspect. 2011;119(9):1211-7.

72.     Reid A, de Klerk N, Musk AW. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1287-95.

73.     Ferrante D, Chellini E, Merler E, Pavone V, Silvestri S, Miligi L, et al. Italian pool of asbestos workers cohorts: mortality trends of asbestos-related neoplasms after long time since first exposure. Occup Environ Med. 2017;74(12):887-98.

74.     IARC. International Agency for Research on Cancer Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates IARC Monographs. 1987;42.

75.     Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. Int J Occup Environ Health. 2014;20(4):318-32.

76.     Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect. 1991;94:225-30.

77.     Pier J. Deposition of Julie Pier, Exhibit 47 (September 13, 2018).

78.     Hopkins J. Deposition of John Hopkins, Exhibit 24 (August 17, 2018). 2018.

79.     Longo, Rigler. April 2017  MA14-1683. 2017.

80.      Longo, Rigler. August 2017 – Analysis of J&J Baby Powder  Valiant Shower to Shower talc products for amphibole (tremolite) asbestos – expert report. 2017.

81.      Longo, Rigler, Egeland. Sept. 2017 – MAS Proj. #14-1852, Below the Waist. 2017.

82.      Longo, Rigler. Feb. 2018 – TEM analysis of historical 1978 JBP sample for amphibole asbestos. 2018.

83.      Longo, Rigler. Report on Talcum Powder Products. November 14, 2018.

84.      Crowley M. Report of Michael M. Crowley, PhD. Rule 26 Report Regarding the Fragrance Chemical Constituents in Johnson & Johnson Talcum Powder Products. November 12, 2018.

85.      Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. Fertil Steril. 1961;12:151-5.

86.      Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. The Journal of obstetrics and gynaecology of the British Commonwealth. 1971;78(3):266-72.

87.      Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. Lancet. 1979;1(8114):499.

88.      Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. South African medical journal = Suid-Afrikaanse tydskrif vir geneeskunde. 1979;55(23):917-9.

89.      Campion A, Smith KJ, Fedulov AV, Gregory D, Fan Y, Godleski JJ. Identification of Foreign Particles in Human Tissues using Raman Microscopy. Analytical chemistry. 2018.

90.      Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. Hum Reprod. 2004;19(4):991-5.

91.      Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. Obstet Gynecol. 2007;110(2 Pt 2):498-501.

92.      Maccio A, Madeddu C. Inflammation and ovarian cancer. Cytokine. 2012;58(2):133-47.

93.      Longo DL, Young RC. Cosmetic talc and ovarian cancer. Lancet. 1979;2(8150):1011-2.

94.      Zeng F, Wei H, Yeoh E, Zhang Z, Ren ZF, Colditz GA, et al. Inflammatory Markers of CRP, IL6, TNFalpha, and Soluble TNFR2 and the Risk of Ovarian Cancer: A Meta-analysis of Prospective Studies. Cancer Epidemiol Biomarkers Prev. 2016;25(8):1231-9.

95.      Trabert B, Ness RB, Lo-Ciganic WH, Murphy MA, Goode EL, Poole EM, et al. Aspirin, nonaspirin nonsteroidal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium. Journal of the National Cancer Institute. 2014;106(2):djt431.

96.      Qiao Y, Yang T, Gan Y, Li W, Wang C, Gong Y, et al. Associations between aspirin use and the risk of cancers: a meta-analysis of observational studies. BMC cancer. 2018;18(1):288.

97.      Khunnarong J, Tangjitgamol S, Manusirivithaya S, Pataradool K, Thavaramara T, Leelahakorn S. Expression of Cyclooxygenase-1 and 2 in Epithelial Ovarian Cancer: A Clinicopathologic Study. World journal of oncology. 2010;1(1):19-27.

98.      Wilson AJ, Fadare O, Beeghly-Fadiel A, Son DS, Liu Q, Zhao S, et al. Aberrant over-expression of COX-1 intersects multiple pro-tumorigenic pathways in high-grade serous ovarian cancer. Oncotarget. 2015;6(25):21353-68.

99.      Rasmussen CB, Kjaer SK, Albieri V, Bandera EV, Doherty JA, Hogdall E, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol. 2017;185(1):8-20.

100.    Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. The lancet oncology. 2012;13(4):385-94.

101.     Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. Cancer biology & medicine. 2017;14(1):9-32.

102.     Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. Regul Toxicol Pharmacol. 1995;21(2):254-60.

103.     Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Archives of gynecology and obstetrics. 2009;280(6):925-31.

104.     Caesar J, Jordan M, Hills M. Case report: A rare case of eosinophilic cholecystitis presenting after talc pleurodesis for recurrent pneumothorax. Respiratory medicine case reports. 2017;20:16-8.

105.     van den Heuvel MM, Smit HJ, Barbierato SB, Havenith CE, Beelen RH, Postmus PE. Talc-induced inflammation in the pleural cavity. The European respiratory journal. 1998;12(6):1419-23.

106.     Arellano-Orden E, Romero-Falcon A, Juan JM, Ocana Jurado M, Rodriguez-Panadero F, Montes-Worboys A. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. Respiration; international review of thoracic diseases. 2013;86(3):201-9.

107.     Genofre EH, Vargas FS, Acencio MM, Antonangelo L, Teixeira LR, Marchi E. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. Respiratory medicine. 2009;103(1):91-7.

108.     Rossi VF, Vargas FS, Marchi E, Acencio MM, Genofre EH, Capelozzi VL, et al. Acute inflammatory response secondary to intrapleural administration of two types of talc. The European respiratory journal. 2010;35(2):396-401.

109.     Acencio MM, Vargas FS, Marchi E, Carnevale GG, Teixeira LR, Antonangelo L, et al. Pleural mesothelial cells mediate inflammatory and profibrotic responses in talc-induced pleurodesis. Lung. 2007;185(6):343-8.

110.     Buz'Zard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. Phytotherapy research : PTR. 2007;21(6):579-86.

111.     Fletcher NM, Memaj, I., Saed, G.M. Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells. Reproductive Sciences. 2018;25.

112.     Saed GM, Morris, R.T., Fletcher, N.M. New insights into the pathogenesis of ovarian cancer: oxidative stress. In: Devaja O, Papadopoulos, A., editor. Ovarian Cancer IntechOpen; 2018.

113.     Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecol Oncol. 2017;145(3):595-602.

114.     Fletcher NM, Ghassan M., Saed, P. Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells.  Society for Reproductive Investigation; San Diego, CA. 2018.

115.     Shukla A, MacPherson MB, Hillegass J, Ramos-Nino ME, Alexeeva V, Vacek PM, et al. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. American journal of respiratory cell and molecular biology. 2009;41(1):114-23.

116.     Reid A, Franklin P, Olsen N, Sleith J, Samuel L, Aboagye-Sarfo P, et al. All-cause mortality and cancer incidence among adults exposed to blue asbestos during childhood. Am J Ind Med. 2013;56(2):133-45.

117.     Wang X, Lin S, Yu I, Qiu H, Lan Y, Yano E. Cause-specific mortality in a Chinese chrysotile textile worker cohort. Cancer Sci. 2013;104(2):245-9.

118.     Oddone E, Ferrante D, Tunesi S, Magnani C. Mortality in asbestos cement workers in Pavia, Italy: A cohort study. Am J Ind Med. 2017;60(10):852-66.

119.     Pira E, Romano C, Violante FS, Farioli A, Spatari G, La Vecchia C, et al. Updated mortality study of a cohort of asbestos textile workers. Cancer medicine. 2016;5(9):2623-8.

120.     Werebe EC, Pazetti R, Milanez de Campos JR, Fernandez PP, Capelozzi VL, Jatene FB, et al. Systemic distribution of talc after intrapleural administration in rats. Chest. 1999;115(1):190-3.

121.    Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environmental research. 1986;40(2):247-50.

122.    Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. Effects of talc on the rat ovary. British journal of experimental pathology. 1984;65(1):101-6.

123.    Van Dyke K, Patel S, Vallyathan V. Lucigenin chemiluminescence assay as an adjunctive tool for assessment of various stages of inflammation: a study of quiescent inflammatory cells. Journal of biosciences. 2003;28(1):115-9.

124.    NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(Non-Asbestiform) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). National Toxicology Program technical report series. 1993;421:1-287.

125.    Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, et al. Ovarian cancer statistics, 2018. CA: a cancer journal for clinicians. 2018;68(4):284-96.

126.    Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. Stat Med. 2002;21(11):1539-58.

127.    Goff BA, Mandel LS, Drescher CW, Urban N, Gough S, Schurman KM, et al. Development of an ovarian cancer symptom index: possibilities for earlier detection. Cancer. 2007;109(2):221-7.

## Additional Materials and Data Considered

1.    21 CFR 740.1(a)
2.    American Cancer Society - Ovarian Cancer
3.    Begg, March. Cause and association: missing the forrest for the trees
4.    Boorman G, J Seely. The lack of an ovarian effect of lifetime talc exposure in F344/N Rats and B6C3F1 Mice
5.    Carr CJ. Talc: consumer uses and health perspectives
6.    Chang, et al. Occupational exposure to talc increases the risk of lung cancer: a meta-analysis of occupational cohort studies
7.    CIR Final Report - Safety assessment of talc as used in cosmetics
8.    Cralley, Key et al. Fibrous and mineral content of cosmetic talcum products
9.    Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research
10.    Deposition Transcript - Shripal Sharma (Berg v. J&J)
11.    Deposition Transcript & Exhibits - John Hopkins (8/16/18, 8/17/18, 10/26/18, 11/5/18)
12.    Deposition Transcript & Exhibits - Joshua Muscat (9/25/18)
13.    Deposition Transcript & Exhibits - Julie Pier (9/12/18, 9/13/18)
14.    Deposition Transcript & Exhibits - Linda Loretz (7/17/18, 10/1/18, 10/2/18)
15.    Deposition Transcript of Alice Blount, April 2018
16.    Deposition Transcript of Patricia Moorman (Ingham)
17.    Expert Report of Jack Siemiatycki
18.    Fair warning TalcDoc 15
19.    Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)
20.    Fiber exposure during use of baby powders - Dement, Shuler, Zumwalde - NIOSH
21.    First Amended Master Long Form Complaint & Exhbits

22.     Fiume et al. Safety assessment of talc as used in cosmetics

23.     Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data intergration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4

24.     Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer

25.     Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract

26.     Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract

27.     Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignacny." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

28.     Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018

29.     Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis

30.     Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.

31.     Hartge et al. Talc and ovarian cancer

32.     Heller et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden

33.     Henderson et al. Talc and Carcinoma of the Ovary and Cervix

34.     Henderson et al. Talc in normal and malignant ovarian tissue

35.     Hernan.  The C-Word: scientific euphemisms do not improve causal inference from observational data

36.     Hopkins Chart - Exhibit 24

37.     Huncharek et al. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies

38.     IARC - Monograph Vol. 93 - Carbon black, titanium dioxide, and talc, 2010

39.     IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care

40.     IMERYS210236-IMERYS210137

41.     IMERYS241039

42.     IMERYS241994-IMERYS242004

43.     IMERYS242050

44.     IMERYS322241-IMERYS322242

45.     IMERYS422289-IMERYS422290

46.     IMERYS422289-IMERYS422290

47.     JNJ000087166-JNJ000087230

48.     JNJ000251888-JNJ000251890

49.     JNJ000261010-JNJ000261027

50.     JNJ000526231-JNJ000526676

51.     JNJ000637879-JNJ000637881

52.     JNJAZ55_000000577-JNJAZ55_000000596

53.     JNJAZ55_000003357

54.     JNJAZ55_000012423-JNJAZ55_000012430

55.     JNJAZ55_000012423-JNJAZ55_000012430

56.     JNJI4T5_000004099-JNJI4T5_000004100
57.     JNJMX68_000004996-JNJMX68_000005044
58.     JNJMX68_000004996-JNJMX68_000005044
59.     JNJNL61_000001534-JNJNL61_000001535
60.     JNJNL61_000006431-JNJNL61_000006432
61.     JNJNL61_000020359
62.     JNJNL61_000052427
63.     JNJNL61_000052427
64.     JNJNL61_000061857
65.     JNJNL61_000063473
66.     Joseph, et al. Genomic profiling of malignant peritoneal mesothelioma reveals reucrrent alterations in epigenetic regulatory genes BAP1, SETD2, and DDX3X
67.     Kasper CS., Chandler PJ, Jr. Possible morbidity in women from talc on condoms. JAMA (Journal of the American Medical Association 273 (11):846-47
68.     Letter from Cancer Prevention Coalition to FDA re: Citizen's petition seeeking cancer warning on cosmetics talc products, May 13, 2008
69.     Letter From Cancer Prevention Coalition to FDA re: Citizen's petition seeeking cancer warning on cosmetics talc products, November 17, 1994
70.     Letter from Personal Care Products Council to FDA re: Commnets on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products
71.     "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries"""
72.     https://www.fairwarning.org/2018/01/talc-documents-reveal/print"
73.     Lockey. Nonasbestos fibrous minerals
74.     Longo, Young. Cosmetic talc and ovarian cancer
75.     Loretz Exhibit 105
76.     Loretz Exhibit 106
77.     Loretz Exhibit 107
78.     Loretz Exhibit 108
79.     Lundin, Dossus, Clendenen et al.  C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)
80.     Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma
81.     MBS-CRE000271
82.     Mayer P.Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025
83.     Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"
84.     Moller P, P Danielsen, K Jantsen, M Roursgaard & S Loft. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118
85.     Moller, Jacobsen et al. Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46
86.     Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation
87.     Moorman et al. Ovarian cancer risk factors in African-American and White Women
88.     Narod, Steven A. 2016. "Talc and Ovarian Cancer." Gynecologic Oncology 141(3):410-12. https://doi.org/10.1016/j.ygyno.2016.04.011.
89.     Ness, Cottreau. Possible role of ovarian epthelial inflammation in ovarian cancer
90.     Ness. Does talc exposure cause ovarian cancer?
91.     New York Times - Lawsuits over baby powder raise questions about cancer risk
92.     NTP Technical Report on the Toxicology and Carcinogenesis of studies in talc (CAS No. 14807-96-6)

93.     Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

94.     Park, Schildkraut, et al. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

95.     Reference Manual on Scientific Evidence (rev 2011)

96.     Reuters, Talck linked to OCVA risk in African Americ女 women

97.     Rohl, Langer, Selikoff, et al. Consumer talcums and powders: mineral and chemical characterization

98.     Rohl. Asbestos in Talc

99.     Ross. Geology, asbestos and health

100.    Rothman, Greenland, Lash. Modern Epidemiology, 3rd Edition

101.    Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

102.    Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

103.    Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

104.    Trial Testimony of John Hopkins, Berg v. J&J  (Oct. 2013)

105.    US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

106.    Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

107.    Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

108.    WCD000254-WCD000255

109.    Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

110.    Werner. Presence of asbestos in talc samples

111.    Whysner, J., and M. Mohan. 2000. "Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk." American Journal of Obstetrics and Gynecology 182 (3):720-24

112.    Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrisic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https://doi.org/10.1038/s41467-078-05467-z

113.    Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

**EXHIBIT A**

Anne McTiernan

<b>Curriculum Vitae</b>

**ANNE MCTIERNAN, M.D., PH.D.**
Office:  Fred Hutchinson Cancer Research Center
1100 Fairview Ave North, M4-B874
P.O. Box 19024
Seattle, WA 98109-1024
206-667-7979 phone
206-667-4787 fax
amctiern@fhcrc.org

## EDUCATIONAL BACKGROUND
**Residency, Primary Care Internal Medicine,** 6/92, University of Washington School of Medicine, Seattle, WA
**M.D.,** 6/89, New York Medical College, Valhalla, NY
**Ph.D. in Epidemiology,** 12/82, University of Washington, Seattle, WA
**M.A. in Medical Sociology,** 6/76, State University of New York at Buffalo,
**B.A. in Sociology,** 1/74, Boston University, Boston, MA

## PROFESSIONAL POSITIONS
Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, Seattle, WA
      Director, FHCRC Prevention Center (2002 - 2012)
      Full Member (2001 - present)
      Associate Member (1997 – 2001)
      Assistant Member (1996 - 1997)
      Senior Staff Scientist, Associate in (1983 – 1985; 1992 - 1996)
Department of Epidemiology, University of Washington School of Public Health, Seattle, WA
      Research Professor (2003 - )
      Research Associate Professor (1999 – 2003)
      Research Assistant Professor (1996 - 1999)
      Clinical Instructor (1992 - 1996)
Department of Medicine, Division of Geriatrics
      Adjunct Research Professor (2003 - )
      Adjunct Research Associate Professor (1999 - 2003)
Department of Medicine, Division of General Internal Medicine
      Clinical Instructor (1992 – 1996)
Clinical Nutrition Research Unit, University of Washington, Seattle WA
      Affiliate Investigator (1996 – present)
Harborview Medical Center, Adult Medicine Clinic, Seattle, WA
      Attending Physician (1992 - 1995)
University of Washington, Women's Primary Care Clinic, Seattle, WA
      Attending Physician (1996)

## HONORS and TRAINEESHIPS
- American College of Sports Medicine Citation Award, 2012
- McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011
- Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012
- University of Washington Roger E. Moe Award for Translational Research 2009
- The Joan P. Liman MD Award, Recipient, New York Medical College, 1989
- National Institute for Dental Research, Fellowship Award in Behavioral Dental Research, 1983
- National Cancer Institute Traineeship, 1980-1982

Anne McTiernan

- University of Washington Public Health Traineeship, 1978-1979

## PROFESSIONAL ACTIVITIES
*Committee Memberships and Academic Consulting*

- 2018 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2016-2018
- Member, External Advisory Board, Pennington Biomedical Research Center, Louisiana, 2018
- Reviewer, NIEHS Sisters Study, 2018
- Patient-Centered Outcomes Research Institute Advisory Panel on Clinical Trials, 2014-2016
- University of Alabama, Center for Exercise Medicine External Advisory Committee, 2016
- Program Committee Member, American Institute for Cancer Research 2016 Conference on Nutrition, Physical Activity, Obesity and Cancer
- Consortium Member: NCI Randomized Controlled Trials of Lifestyle Weight Loss Interventions for Genome-Wide Association Studies, 2016-
- AACR Cancer Prevention Committee, 2010-
- World Cancer Research Fund (WCRF) Continuous Update Project Panel, 2010-
- 2008 U.S. Dept. Health and Human Services Physical Activity Guidelines Advisory Committee, 2007- 2008 (Chair, Cancer Working Group)
- Cancer Prevention Research Institute of Texas, Prevention Review Committee, 2009-2015
- Chair,  Transdisciplinary Research on Energetics and Cancer (TREC) Steering Committee 2006-7
- Chair, Cancer Interest group, the Obesity Society, 2006-7
- Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998 – 2002
- International Advisory Board to the 4th International Symposium on Women's Health and Menopause, 2000 – 2001 and 2004
- Professional Advisory Committee, Breastcancer.org, 2003 –
- Women's Health Research Coalition, 2002
- Women's Health Initiative Committee Membership: Morbidity and Mortality (Co-Chair); Performance Monitoring Outcomes Committee (Chair); Coordinating Center Outcomes Scientific Committee (Chair); Coordinating Center Representative to WHI Program Advisory Committee, 1994-1995; Genetics Working Group; Cancer Biomarkers Working Group
- Consultant, *Moving Forward Study*, University of Illinois, Chicago (PI, Melinda Stolley), 2013-
- Consultant, *The Energy Balance and Breast Cancer Aspects studies: EBBA-I and EBBA-II*, Oslo University Hospital, Oslo, Norway (PI, Inger Thune), 2013-
- American Institute of Cancer Research Meeting Program Committee member, 2010, 2016
- Cancer Prevention Expert Panel, Pennington Biomedical Research Center (Baton Rouge, LA), 2010
- External Advisory Committee, Cooper  Clinic, Dallas, Tx, April 2006
- Steering Committee, LISA Trial of Weight Loss for Breast Cancer Patients, Novartis Canada 2005 – 2007
- Chair, Breast Clinical Endpoints Committee, DANCE trial of testosterone patch safety, Proctor & Gamble, 2006-7
- External Reviewer for NCI Nutritional Epidemiology Program, 2005, 2013
- Data and Safety Monitoring Board, "Project Alive", Kaiser Oakland (B. Sternfeld, PI)
- Member, NCI Transdisciplinary Research Working Group, co-Chair section on Lifestyle, 2006
- Panels for American Cancer Society Guidelines on *Diet, Nutrition and Cancer Prevention* and Guidelines for Cancer Patients and Survivors (2001, 2003, 2005)
- Working Group for International Agency for Research on Cancer Handbook of Cancer Prevention: Volume 6 – Weight control and physical activity, 2000 – 2001
- Advisory Board for the Tomorrow Study (Alberta, Canada, Cancer Cohort Study), 1999 - 2001
- Advisor to The effects of weight loss and exercise on biomarkers of breast cancer risk- a randomized pilot trial (M. Harvie, A. Howell, Manchester, England)
- Participant, "Workshop on Physical Activity and Breast Cancer", National Action Plan on Breast  Cancer, Nov. 1997

Anne McTiernan

- Invitee, "Beyond Hunt Valley: Research on Women's Health for the 21st Century", Nov. 1997
- Participant, "Breast Cancer in Minorities", National Action Plan on Breast Cancer, March 1999
- 2005 ASPO Annual Meeting Program Committee
- Member, Steering Committee for International Position Paper and Consensus Conference on Women's Health and the Menopause, NHLBI-Lorenzi Foundation sponsors, 1998

*Editorial Boards*
- Cancer Prevention Research, 2008 - 2014
- Journal of Women's Health, 1998 –
- Medscape Women's Health and Ob/Gyn & Women's Health, 2001 – 2002

*Grant Reviewing*
- Chair, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2017
- Member, Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Prevention, January 2018
- Florida Department of Health Research Program Peer Review, 2017
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program - Epidemiology, February, 2016
- NCI Omnibus: Biomarkers R03 & R21 SEP-12 Review Committee 2015
- NCI Omnibus: Cancer Management & Behavior 2014
- MD Anderson NCI CCSG Review 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Breakthrough Award, Epidemiology/Prevention 2013
- Department of Defense (DOD) United States Army Medical Research and Materiel Command (USAMRMC) Congressionally Directed Medical Research Programs (CDMRP) Breast Cancer Research Program Training-Epidemiology - Prevention (2 cycles) 2013
- NIH Special Emphasis Panel Member September 2012
- NIH PRDP Study Section Member 2008-2012 (ad hoc 2006-2008)
- Susan G. Komen for the Cure 2009 - 2013
- Cancer Prevention & Research Institute of Texas 2009 – 2015
- Qatar National Priorities Research Program 2010-2013
- Catalan TV3 Marató Call 2005, 2013
- San Diego State/UC San Diego Pilot Grant Reviewer 2012
- FHCRC and UW Pilot Grant Reviews yearly
- NCI Cancer Centers Review Group Ad Hoc Member May 2007
- Pennsylvania Interim Performance Review 2007, 2008, 2010, 2012
- Marsha Rivkin Center for Ovarian Cancer Research Grants 2012
- Memorial Sloan Kettering Cancer Center NCI CCSG Review 2007
- Department of Defense Breast Cancer Program Predoctoral Fellowship Grants, 2006
- Chair, NIH Special Study Section "Mechanisms of Physical Activity Behavior Change" 3/04
- NIH EDC-2 Special Study Section, Sept. 9-10, 1997
- Alberta Cancer Board Grants, 1998-2002 and other Canadian agencies, and for Spanish and Italian Foundations
- NCI Administrative Supplements for Disseminating Evidence-based Research Products 8/04
- Member, ACSM Research Review Committee 2004 – 2006

*Journal Reviewing*

Anne McTiernan

- JAMA, Archives of Internal Medicine, American Journal of Epidemiology, Journal of the National Cancer Institute, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, and Nutrition

*College Fellowship and Membership*
- The Obesity Society (Fellow 2003 -)
- American College of Sports Medicine (Fellow 2003 -)
- American College of Epidemiology (Fellow 1999 -)

*Professional Licenses and Certification*
- Board Certified, American Board of Internal Medicine, 1992
- Physician & Surgeon License, State of Washington, 7/21/91-2/18/18
- DEA License, Expires 2017, Schedules 2, 2N, 3, 3N, 4, 5

## LEADERSHIP
- Director, FHCRC Prevention Center, 2002-2012
- Chair, TREC Steering Committee 2006-7
- Chair, Cancer Interest Group, Obesity Society 2007-8
- Chair, Cancer Subcommittee, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Member, Leadership Group, DHHS Physical Activity Guidelines Advisory Committee 2016-18
- Chair, Cancer Working Group, DHHS Physical Activity Guidelines Advisory Committee 2007-8
- Chair, Section on Mechanisms, IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1
- Organized and Chaired Symposium on Physical Activity and Cancer, American College of Sports Medicine, St. Louis, June 2002

## REFEREED PUBLICATIONS
(** refers to student papers under my supervision; ^ denotes papers from studies on which I was PI)

**1983**
1. Shy K, **McTiernan A**, Daling J, and Weiss N: Oral contraceptive use and the occurrence of pituitary prolactinoma. Journal of the American Medical Association 249:2204-2207, 1983.

**1984**
2. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to reproductive and hormonal factors. American Journal of Epidemiology 120:423-435, 1984.
3. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid carcinoma in women in relation to radiation exposure and history of thyroid disease. Journal of the National Cancer Institute 73:575-581, 1984.

**1985**
4. **McTiernan A**, Chu J, and Thomas D: Cancer in whites in the Pacific Basin. In Fourth Symposium on Epidemiology and Cancer Registries in the Pacific Basin. National Cancer Institute Monograph 69:65-72, 1985.

**1986**
5. ^**McTiernan A**, Weiss N, and Daling J: Bias resulting from using the card-back system to contact patients in epidemiologic studies. American Journal of Public Health 76:71-73, 1986.
6. **McTiernan A**, Whitehead A, Thomas D, and Noonan E: Efficient selection of controls for multi-centered collaborative studies of rare diseases. American Journal of Epidemiology 123:901-904, 1986.
7. **McTiernan A**, Thomas D, Johnson L, and Roseman D: Risk factors for estrogen receptor-rich and estrogen receptor-poor breast cancers. Journal of the National Cancer Institute 77:849-854, 1986.
8. **McTiernan A** and Thomas D: Evidence for a protective effect of long-term lactation on risk of breast cancer: results from a case-control study. American Journal of Epidemiology 124:353-358, 1986.
9. ^Mueller B, **McTiernan A**, and Daling J: Level of response in epidemiologic studies using the card-back system to contact patients. American Journal of Public Health 76:1331-1332, 1986.

**1987**

10. ^**McTiernan A**, Weiss N, and Daling J: Incidence of thyroid cancer in women in relation to known or suspected risk factors for breast cancer. Cancer Research 47:292-295, 1987.

**1991**

11. Rosenblatt KA, Thomas DB, **McTiernan A**, et al: Breast cancer in men: aspects of familial aggregation. Journal of the National Cancer Institute 83:849-54, 1991.

12. Demers PA, Thomas DB, Rosenblatt KA, **McTiernan A**, et al: Occupational exposure to electromagnetic fields and breast cancer in men. American Journal of Epidemiology 134:340-47, 1991.

**1992**

13. Thomas DB, Jiminez LM, **McTiernan A**, et al: Breast cancer in men: risk factors with hormonal implications. American Journal of Epidemiology 135:734-48, 1992.

**1993**

14. Stalsberg H, Thomas DB, Rosenblatt KA, Jiminez LM, **McTiernan A**, et al: Histologic types and hormone receptors in breast cancer in men--a population-based study in 282 North American men. Cancer Causes and Control 4:143-51, 1993.

**1994**

15. Thomas DB, Rosenblatt K, Jiminez LM, **McTiernan A**, et al: Ionizing radiation and breast cancer in men. Cancer Causes and Control 5:9-14, 1994.

**1995**

16. Bowen D, Green P, Kestin M, **McTiernan A**, Carroll D: Effects of decreasing dietary fat on psychological well-being. Cancer Epidemiology, Biomarkers, and Prevention 4:555-59, 1995.

17. **McTiernan A**, Rossouw J, Manson J, et al:  Informed consent in the Women's Health Initiative. Journal of Women's Health 5:519-529, 1995.

**1996**

18. Prentice R, Rossouw JR, Johnson, SR, Freedman LS, **McTiernan A**.  The role of randomized controlled trial in assessing the benefits and risks of long-term hormone replacement therapy: example of the Women's Health Initiative.  Menopause, 1996;3:71-76.

19. **McTiernan A**, Stanford JL, Weiss NS, Daling JR, Voigt LF: Occurrence of breast cancer in relation to recreational exercise in women age 50-64 years. Epidemiology 1996;7:598-604.

**1997**

20. Burke W, Peterson G, Lynch P, Botkin J, Daly M, Garber J, Kahn MJE, **McTiernan A**, Offitt K, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 1. Hereditary nonpolyposis colon cancer. JAMA 1997;277:915-919.

21. Burke W, Daly M, Garber J, Botkin J, Kahn MJE, Lynch P, **McTiernan A**, Offitt K, Perlman J, Petersen G, Thomson E, Varricchio C, for the Cancer Genetics Studies Consortium.  Recommendations for follow-up care of individuals with an inherited predisposition to cancer. 2. BRCA1 and BRCA2. JAMA 1997;277:997-1003.

22. **McTiernan A**, Gilligan M, Redmond C: Assessing individual risk for breast cancer: risky business. J Clinical Epidemiology 1997;50:547-556.

**1998**

23. Women's Health Initiative Study Group. Design of the Women's Health Initiative Clinical Trial and Observational Study. Controlled Clinical Trials 1998;19:61-109.

24. **McTiernan A**, Stanford J, Daling J, Voigt L: Prevalence and correlates of physical activity in women aged 50-64 years. Menopause 1998;5:95-101.

25. ^**McTiernan A**, Kumai C, Bean D, Hastings R, Schwartz R, Ulrich N, Gralow J, Potter J. Anthropometric and hormone effects of an 8-week exercise-diet intervention in breast cancer patients: results of a feasibility pilot study. Cancer Epidemiology Biomarkers Prevention  1998;7:477-81.

26. Hoffman-Goetz L, Apter D, Demark-Wahnefried W, Goran M, **McTiernan A**, Reichman M. Mechanisms for an association between physical activity and breast cancer. Cancer (supplement) 1998;83:621-628.

27. **McTiernan A**, Ulrich N, Slate S, Potter J. Physical activity and cancer etiology: associations and mechanisms. Cancer Causes and Control 1998;9(5)487-509.

Anne McTiernan

**1999**

28. Cheblowski RT, **McTiernan A.** Elements of informed consent for Hormone Replacement Therapy in patients with diagnosed breast cancer. Journal of Clinical Oncology 1999;17(1):130-42.

29. ^Negri E, Ron E, Franceschi S, DalMaso L, Mark SD, Preston-Martin S, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies: Methods. Cancer Causes and Controls 1999:10:131-142.

30. ^Negri E, DalMaso L, Ron E, LaVecchia C, Mark SD, Preston-Martin S, **McTiernan A**, et al. Menstrual and reproductive factors and thyroid cancer. Cancer Causes and Controls 1999:10:143-155.

31. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. Oral contraceptives, menopausal replacement treatment and other female hormones and thyroid cancer. Cancer Causes and Controls 1999:10:157-166.

32. Durfy S, Bowen D, Burke W, **McTiernan A,** et al. Attitudes and interest in genetic testing for breast and ovarian cancer susceptibility in diverse groups of women in Western Washington. Cancer Epidemiology Biomarkers and Prevention 1999:8;369-376.

33. ^**McTiernan A**, Ulrich CM, Yancey D, Slate S, Nakamura H, Oestreicher N, Bowen D, Yasui Y, Potter J, and Schwartz R. The Physical Activity for Total Health (PATH) Study: rationale and design. Medicine and Science in Sports and Exercise 1999;31:1307-1312.

34. **McTiernan A**, Potter J, Bowen D, Schwartz R. Exercise clinical trials in cancer prevention research: a call to action. Cancer Epidemiology Biomarkers and Prevention 1999; 8:201-207.

35. Bowen D, **McTiernan A**, Burke W, Powers D, Pruski J, Durfy S, Gralow J, Malone K. Participation in breast cancer risk counseling among women with a family history. Cancer Epidemiology Biomarkers and Prevention 1999; 8:581-586.

36. Rosenblatt KA, Thomas DB, Jimeneq LM, Fish B, **McTiernan A**, et al. Diet and breast cancer in men. Cancer Causes and Control 1999;10:107-113.

37. ^Franceschi S, Preston-Martin S, DalMaso L, Negri E, LaVecchia C, **McTiernan A**, et al. A pooled analysis of thyroid cancer case-control studies. IV. Benign thyroid diseases. Cancer Causes and Control 1999;10:583-595.

38. ^LaVecchia C, Ron E, Franceschi S, DalMaso L, Mark SD, Chatenoud L, Braga C, Preston-Martin S, **McTiernan A**. A pooled analysis of thyroid cancer studies. Anthropometric factors. Cancer Causes and Control 1999;10:583-595.

**2000**

39. Burke W, Culver JB, Bowen D, Lowry D, Durfy S, **McTiernan A**, Anderson, MR. Genetic counseling for women with an intermediate family history of breast cancer. American Journal of Medical Genetics 2000;90(5):361-8.

40. **McTiernan A.** The associations of energy balance and body mass index with breast cancer risk in United States women from diverse racial and ethnic backgrounds. Cancer 2000;88:1248-1255.

41. Bowen DJ, **McTiernan A**, , Rosenberg E, Powers P, Feng Z: Recruiting women into a smoking cessation program to control weight: who might quit? Women and Health 2000;31(4):41-58.

42. Wingo PA, Calle EE, **McTiernan A**. How does breast cancer mortality compare with other cancers and cardiovascular disease at different ages in U.S. women? Journal of Women's Health 2000;9:999-1006.

43. **McTiernan A.** Physical Activity and the Prevention of Breast Cancer. Medscape. Invited as Expert Opinion. October 2000; 5(5). Available at http://www.medscape.com/Medscape/WomensHealth/ journal/2000/v05.n05/wh7419.mcti/wh7419.mcti-01.html

**2001**

44. **Young SYN, Gunzenhauser JD, Malone KE, **McTiernan A.** The relationship between body mass index and asthma in the military population of the northwestern United States. Archives Internal Medicine 2001;161:1605-1611.

45. Davidoff R, **McTiernan A**, Constantine G, Davis KD, Balady GJ, Mendes LA, Rudolph RE, Bowen, DJ. Echocardiographic evaluation of women previously treated with fenfluramine:  Long-term follow-up of a randomized, double-blind, placebo-controlled trial.  Archives of Internal Medicine.  2001;161:1429-1436.

46. Marrett L, Theis B,  Ashbury FD, and an Expert Panel. Workshop report: physical activity and cancer prevention. (member of the expert panel). Chronic Diseases in Canada 2001;21:143-149.

47. La Vecchia C, Brinton L, **McTiernan A**. Menopause, hormone replacement therapy and cancer. Maturitas 2001; 39: 97-115.

48. **McTiernan A,** Burke W, Bars J, et al. Comparison of two breast cancer risk estimates in women with a family history of breast cancer. Cancer Epidemiology Biomarkers and Prevention 2001;10: 333-338.

49. ^Bosetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia C. A pooled analysis of case-control studies of thyroid cancer: fish and shellfish consumption. <u>Cancer Causes and Control</u> 2001;12:375-382.

50. Shors AR, Solomon C, **McTiernan A**, White E. Melanoma risk in relation to height, weight, and exercise (United States) <u>Cancer Causes and Control</u> 2001; 12(7):599-606. <u>Cancer Causes Control</u>. 2001 Sep;12(7):599-606.

51. Tavani A, La Vecchia C, Brinton LA, **McTiernan A.** Hormone replacement therapy and risk of endometrial cancer. Tumori. 2001 Sep-Oct;87(5):S20-1.

52. LaVecchia C, Brinton LA, **McTiernan A**. Hormone replacement therapy and breast cancer risk: epidemiology. <u>Journal fur Menopause</u> 2001;8:5-7.

53. Friedenreich C, Marrett LD, Members of the Canadian Breast Cancer Initiative Working Group on Primary Prevention of Breast Cancer and an Expert Panel. Workshop report: identification of research needs in breast cancer etiology. <u>Chronic Diseases in Canada</u> 2001;22:41-49  (member of the Expert Panel).

**2002**

54. ^**Irwin ML, **McTiernan A**. Exercise effect on body weight in postmenopausal women: the Physical Activity for Total Health Study. In RA Lobo, PG Crosignani, R Paoletti, F Bruschi (eds). <u>Women's Health and Menopause: New Strategies – Improved Quality of Life</u>, Dordrecht, Kluwer Academic Pub. 2002, pp. 345-352.

55. Chlebowski RT, Aiello E, **McTiernan A.** Weight loss in breast cancer patient management. <u>J. Clinical Oncology</u> 2002;20(4):1128-1143.

56. ^**Slate S, Yasui Y, Ulrich C, **McTiernan A**. Mailing strategies and recruitment into an intervention trial of the exercise effect on breast cancer biomarkers. <u>Cancer Epidemiology Biomarkers and Prevention</u> 2002; 11: 73-77.

57. Hendrix S, Clark A, Nygaard I, Aragaki A, Barnabei V, **McTiernan A**.  Pelvic organ prolapse in the Women's Health Initiative: gravity and gravidity. <u>Am J Obstet Gynecol</u> 2002 Jun;186(6):1160-6.

58. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Barrett-Connor E, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Ettinger B, Gustafson JA, Guthrie J, Henderson VW, Hendrix S, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Executive summary. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 1-22.

59. LaVecchia C, Brinton L, **McTiernan, A** Hormone replacement therapy, related therapies, and cancer. In International Position Paper on Women's Health and Menopause: a Comprehensive Approach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp.223-250.

60. Barrett-Connor E, Hendrix S, Ettinger B, Wenger NK, Paoletti R, Lenfant CJM, Pinn VW, Birkhauser MH, Brinton LA, Collins A, Collins P, Crosignani PG, Dennerstein L, Gustafson JA, Guthrie J, Henderson VW, Klein BEK, LaVecchia C, Lindsay R, Maggi A, McGowan JA, **McTiernan A,** Nilsson S, Redford M, Resnick SM, Rossouw JE, Santoro N, Sherman SS. Best clinical practices: a comprehensive approach. In International Position Paper on Women's Health and Menopause: a Comprehensive Appoach. Wenger NK, Paoletti R, Lenfant CJM, Pinn VW (eds). NIH Publication No. 02-3284. 2002, pp. 271-288.

61. Byers T, Thun M, **McTiernan A**, Doyle C, et al. American Cancer Society Guidelines for Nutrition and Physical Activity and Prevention of Cancer. <u>CA: Cancer J Clin</u> 2002;52:92-119.

62. Morimoto L, White E, Zhao C, Chlebowski R, Hays J, Kuller L, Lopez AM, Manson J, Margolis K, Muti P, Stefanick M, **McTiernan A**. Obesity, body size, and risk of postmenopausal breast cancer: the Women's Health Initiative. <u>Cancer Causes and Control.</u> 2002;13:741-751.

63. ^Bossetti C, Kolonel L, Negri E, Ron E, Franceschi S, Dal Maso L, Galanti MR, Mark SD, Preston-Martin S, **McTiernan A**, Land C, Mabuchi K, Jin F, Wingren G, Hallquist H, Glattre E, Lund E, Levi F, Linos D, La Vecchia C. A pooled analysis of case-control studies of thyroid cancer. VII. Cruciferous and other vegetables. <u>Cancer Causes and Control</u> 2002;13:765-775.

64. LaVecchia C, Brinton LA, **McTiernan A.** Cancer risk in postmenopausal women. <u>Bailliere's  Best Practice and Research - Clinical Obstetrics & Gynaecology</u> 2002 Jun;16(3):293-307.

65. Andersen R, Bowen D, Yasui Y, **McTiernan A**. Awareness and concern about ovarian cancer among women at risk due to a family history of breast or ovarian cancer. <u>Clinical Journal of Women's Health</u> 2002;2:5-12. (also reprinted in <u>Am J Obstet Gynecol</u>. 2003 Oct;189(4 Suppl):S42-7.)

Anne McTiernan

66. Bowen D, Burke W, Yasui Y, **McTiernan A**, McLaren D. Effects of risk counseling on interest in genetic testing in lower risk women. <u>Genetics in Medicine</u> 2002; 4:359-365.

67. Evenson K, Wilxox S, Pettinger M, Brunner R, King AC, **McTiernan A**. Vigorous leisure activity through women's adult life: The Women's Health Initiative Observational Cohort Study. <u>American Journal of Epidemiology</u> 2002;156:945-953.

**2003**

**68.** Bowen D, Powers D, Anderson R, Burke W, **McTiernan A,** Durfy S, Helmes A. Predicting breast cancer screening with emotion and cognition. <u>Journal of Social and Clinical Psychology</u> 2003;22(2):213-232.

69. ^**Irwin M, Yasui Y, Ulrich CM, Bowen D, Rudolph RE, Schwartz RS, Yukawa M, Aiello E, Potter JD, **McTiernan A**. Effect of exercise on total and intra-abdominal body fat in postmenopausal women: a randomized controlled trial. <u>JAMA</u> 2003;289: 323-330.

70. ^**McTiernan A**, Rajan KB, Tworoger S, Irwin M, Bernstein L, Baumgartner R, Gilliland F, Stanczyk F, Yasui Y, Ballard-Barbash R. Adiposity and sex hormones in postmenopausal breast cancer survivors. <u>Journal of Clinical Oncology</u> 2003;21(10):1961-1966.

71. Curb D, **McTiernan A**, Heckbert S, Kooperberg C, Stanford J, Nevitt M, Johnson K, Proulx-Burns L, Pastore L, Criqui M, Dougherty S. Outcomes ascertainment and adjudication methods in the Women's Health Initiative. <u>Annals of Epidemiology</u> 2003;13(9, Suppl 1):S122-S128.

72. ^**Irwin M, Crumley D, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland F, Kriska A, Ballard-Barbash R. Physical activity levels before and after a diagnosis of breast cancer: The Health, Eating, Activity, and Lifestyle (HEAL) Study. <u>Cancer</u> 2003;97:1746-57.

73. Mitchell BL, Ulrich CM, **McTiernan A**. Vitamin supplementation and immune function: can the elderly benefit? (review) <u>Nutrition Research</u> 2003; 23:1117-39

74. Chlebowski R, Cyr M, Gass M, Gilligan M, Hendrix S, Handek CJ, Lane D, Langer RD, Petrovich H, Stefanick M, Thomson C, **McTiernan A.** Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative Randomized Trial. <u>JAMA</u> 2003;289: 3243-53.

75. **McTiernan A.** Intervention studies in exercise and cancer prevention. (American College of Sports Medicine Symposium paper) <u>Medicine and Science in Sports and Exercise.</u> 2003;35(11):1841-1845.

76. ^**Tworoger S, Yasui Y, Ulrich CM, Vitiello M, Bowen D, Irwin M, Aiello EJ, Schwartz RS, Potter J, **McTiernan A.** Effect of a yearlong moderate to vigorous intensity exercise or low intensity stretching intervention on self-reported sleep quality measures in postmenopausal women. <u>Sleep</u> 2003;26(7): 830-6.

77. **McTiernan A**. Behavioral risk factors in breast cancer: can risk be modified? <u>The Oncologist</u>. 2003;8(4):326-34.

78. Harris RE, Chlebowski RT, Jackson RD, Frid DJ, Ascenseo JL, Anderson G, Loar A, Rodabough RJ, White E, **McTiernan A**; Women's Health Initiative. Breast cancer and nonsteroidal anti-inflammatory drugs: prospective results from the Women's Health Initiative. <u>Cancer Res.</u> 2003 Sep 15;63(18):6096-101.

79. Brown JK, Byers T, Doyle C, Courneya KS, Demark-Wahnefried W, Kushi LH, **McTiernan A,** et al, Nutrition and physical activity during and after cancer treatment:  an American Cancer Society guide for informed choices. <u>CA Cancer J Clin</u>. 2003 Sep-Oct;53(5):268-91.

80. **McTiernan A**, Kooperberg C, White E, Wilcox S, Coates R, Adams-Campbell L, Woods N, Ockene J. Recreational physical activity and the risk of breast cancer in postmenopausal women.  The Women's Health Initiative Cohort Study. <u>JAMA</u> 2003; 290: 1331-1336.

81. ^Mack WJ, Preston-Martin S, Dal Maso L, Galanti R, Xiang M, Franceschi S, A Hallquist A, Jin F, Kolonel L, La Vecchia C, Levi F, Linos A, Lund E, **McTiernan A**, Mabuchi K, Negri E, Wingren G, Ron E. A pooled analysis of case–control studies of thyroid cancer: cigarette smoking and consumption of alcohol, coffee, and tea. <u>Cancer Causes and Control</u> 2003;14 (8): 773-785.

**2004**

82. ^**Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Irwin M, Bowen D, Schwartz RS, Kumai C, Potter JD, **McTiernan A.** Effect of a yearlong moderate-intensity exercise intervention on the occurrence and severity of menopausal symptoms in postmenopausal women. <u>Menopause: the Journal of the North American Menopause Society</u> 2004; 11(4):382-8.

83. ^**Tworoger SS, Chubak J, Aiello EJ, Ulrich CM, Atkinson C, Potter JD, Yasui Y, Stapleton PL, Lampe JW, Farin FM, Stanczyk FZ, **McTiernan A**.  Association of *CYP17, CYP19, CYP1B1,* and *COMT* polymorphisms with serum

and urinary sex hormone concentrations in postmenopausal women. <u>Cancer Epidemiol Biomarkers Prev</u> 2004 13: 94-101.

84. **McTiernan A**. Physical activity after cancer: physiologic outcomes. <u>Cancer Investigation</u> 2004;22:68-81.

85. Bowen DJ, Burke W, **McTiernan A**, Yasui Y, Andersen MR. Breast cancer risk counseling improves women's functioning. <u>Patient Education and Counseling</u> 2004;53(1);79-86.

86. ^Atkinson C, Lampe JW, Tworoger SS, Ulrich CM, Bowen D, Irwin ML, Schwartz RS, Rajan BK, Yasui Y, Potter JD, **McTiernan A**. Effects of a moderate intensity exercise intervention on estrogen metabolism in postmenopausal women. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(5):1-7.

87. ^**McTiernan A**, Tworoger S, Schwartz RS, Ulrich CM, Yasui Y, Irwin M, Rajan B, Rudolph R, Bowen D, Stanczyk F, Potter JD. Effect of exercise on serum estrogens in postmenopausal women: a 12-month randomized controlled trial. <u>Cancer Research</u> 2004;64(8):2923-8.

88. ^Frankenfeld CL, **McTiernan A**, Tworoger SS, Atkinson C, Thomas WK, Stanczyk F, Marcinova S, Weigle S, Weiss NS, Holt VL, Schwartz SM, Lampe JW.  Serum hormone and sex hormone binding globulin concentrations and urinary hydroxylated estrogen metabolites in postmenopausal women in relation to daidzein-metabolizing phenotypes.  <u>J Steroid Biochem Mol Biol</u>, 2004; 88(4-5):399-408.

89. ^**McTiernan A**, Tworoger SS, Rajan B, Yasui Y, Sorenson B, Ulrich CM, Chubak J, Stanczyk FZ, Bowen D, Irwin ML, Rudolph RE, Potter JD, Schwartz RS. Effect of exercise on serum androgens in postmenopausal women: a 12-month randomized clinical trial. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1-7.

90. Tworoger SS, Davis S, Mirick D, Emerson S, Lentz M, **McTiernan A** The effect of a nighttime magnetic field exposure on sleep patterns in young women. <u>Am. J. Epidemiology</u> 2004;160(3):224-9.

91. ^**Tworoger SS, Chubak J, Aiello EJ, Yasui Y, Ulrich CM, Farin FM, Stapleton PL, Irwin ML, Potter JD, Schwartz RS, **McTiernan A.** The effect of *CYP19* and *COMT* polymorphisms on exercise-induced fat loss in postmenopausal women.  <u>Obesity Research</u> 2004;12(6):972-81.

92. Frankenfeld CL, **McTiernan A,** Aiello EJ, Thomas WK, LaCroix K, Schramm J, Schwartz SM, Holt VL, Lampe JW.  Mammographic density in overweight, postmenopausal women in relation to daidzein-metabolizing phenotypes. <u>Cancer, Epidemiology, Biomarkers and Prevention</u>. 2004;13(7):1156-1162.

93. ^**Tworoger SS,Yasui Y,Chang L, Stanczyk FZ, **McTiernan A**. Specimen allocation in longitudinal biomarker studies: controlling subject-specific levels by design. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004;13(7):1257-1260.

94. McGregor, B.A., Bowen, D.J., Ankerst, D., Andersen, M.R., Yasui, Y., **McTiernan, A**. Optimism, perceived risk of breast cancer, and cancer worry among a community-based sample of women.  <u>Health Psychology</u> 2004;23:339-44

95. Prentice R, Willett W, Greenwald P, Alberts D Bernstein L, Boyd N, Byers T,  Clinton S, Fraser G, Freedman L, Hunter D, Kipnis V, Kolonel L, Kristal B, Kristal A, Lampe J, **McTiernan A**, Milner J, Patterson R, Potter J, Riboli E, Schatzkin A, Yates A. Nutrition, physical activity and chronic disease prevention: research strategies and recommendations. <u>J Natl Cancer Inst</u>. 2004; 96(17):1276-87.

96. ^Shade ED, **McTiernan A**, Wener MH, Wood B, Yasui Y, LaCroix K, Potter JD, Ulrich CM. Frequent intentional weight loss, duration of weight stability, and possible long-term effects on immune function. <u>J American Dietetic Association</u> June 2004; 104(6): 903-12.

97. ^Irwin M, **McTiernan A**, Bernstein L, Baumgartner R, Gilliland FD, Ballard-Barbash R. Physical activity levels among breast cancer survivors. <u>Medicine and Science in Sports and Exercise</u> 2004; 36(9): 1484-1491.

98. Alfano CM, Klesges RC, Murray DM, Bowen DJ, **McTiernan A**, Vander Weg MW, Robinson LA, Cartmel B, Thornquist MD, Barnett M, Goodman GE, Omenn GS. Physical activity in relation to all-site and lung cancer incidence and mortality in current and former smokers. <u>Cancer Epidemiol Biomarkers Prev</u> 2004;13(12):2233-2241.

99. Heckbert SR, Kooperberg C, Stafford MM, Psaty BM, Hsia J, **McTiernan A**, Barbour A, Gaziono M, Frishman WH, Curb D, for the WHI Morbidity and Mortality Committee. Comparison of self-report, hospital discharge codes, and adjudication of cardiovascular events in the Women's Health Initiative. <u>Amer J Epidemiol</u> 2004;160(12):1152-1158.

100.  ^**Chubak J, Tworoger S, Yasui Y, Ulrich C, Stanczyk F, **McTiernan A**. Associations between reproductive and menstrual factors and postmenopausal sex hormone concentrations. <u>Cancer Epidemiology, Biomarkers & Prevention</u> 2004; 13(8):1296-301.

101. ^Baumgartner KB, Baumgartner RN, WC Hunt WC, Crumley DD, FD Gilliland FD, **McTiernan A**, Bernstein L, Ballard-Barbash R. Association of body composition and weight history with breast cancer prognostic markers: a divergent pattern between Hispanic and non-Hispanic white women. Am J Epidemiology 2004 160(11):1087-97.

102. ^**Sparks R, Ulrich CM, Bigler J, Tworoger SS, Yasui Y, Rajan KB, Porter P, Stanczyk FZ, McVarish L, Aiello E, **McTiernan A.** UDP-glucuronosyltransferase and sulfotransferase polymorphisms, sex hormone concentrations, and tumor characteristics in breast cancer patients. Breast Cancer Research 2004;6(5):R488-98.

103. Chlebowski R, Pettinger M, Stefanick M, Howard M, Mossavar-Rahmani Y, **McTiernan A**. Insulin, physical activity, and caloric intake in postmenopausal women: breast cancer implications. J Clin Oncol 2004;22(22):4507-13.

104. ^Irwin ML, Tworoger SS, Yasui Y, Rajan K, McVarish L, LaCroix K, Ulrich C, Bowen D, Shwartz RS, Potter J, **McTiernan A.** Influence of demographic, physiologic, and psychosocial variables on adherence to a yearlong moderate-intensity exercise trial in postmenopausal women. Preventive Medicine 2004;39:1080-86.

**2005**

**105.** ^Foster-Schubert KE, **McTiernan A**, Frayo RS, Schwartz RS, Rajan KB, Yasui Y, Tworoger SS, Cummings DE. Human plasma ghrelin levels increase during a one-year exercise program. J Clin Endoc Metab 2005; 90(2):820-5.

106. ^Irwin ML, **McTiernan A**, Baumgartner R, Baumgartner K, Bernstein L, Gilliland FD, Ballard-Barbash R. Changes in body fat and weight after a breast cancer diagnosis: Influence of demographic, prognostic and lifestyle factors. J Clin Oncol 2005;23(4):774-782.

107. Cheblowski R, Chen Z, Anderson GL, Rohan T, Aragaki A, Lane D, Nolan NC, Paskett ED, **McTiernan A**, Hubbell FA, Adams-Campbell LL, Prentice R. Ethnicity and breast cancer: factors influencing differences in incidence and outcome. J Natl Cancer Inst. 2005;97:439-448.

108. ^**Frank LL, Rajan KB, Yasui Y, Tworoger SS, Ulrich CM, **McTiernan A**. Effects of physical activity on metabolic risk variables in overweight postmenopausal women. A randomized clinical trial. Obesity Research 2005; 13: 615-25.

109. ^**McTiernan A**, Sorensen B, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, Stanczyk FZ, Schwartz RS, Potter JD. No effect of exercise on insulin-like growth factor 1 and insulin-like growth factor binding protein 3 in postmenopausal women: a 12-month randomized clinical trial. Cancer Epidemiol Biomarkers Prev. 2005 Apr;14(4):1020-1

110. ^**Aiello EJ, Yasui Y, Tworoger SS, Ulrich CM, Potter JD, Bowen D, Irwin M, Stanczyk F, **McTiernan A** Associations among circulating sex hormones, insulin-like growth factor, lipids, and breast density in postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2005;14(6):1411-1417.

111. Tworoger SS, Davis S, Vitiello MV, Lentz MJ, **McTiernan A**. Factors associated with objective (actigraphic) and subjective sleep quality in young adult women. J Psychosomatic Res. 2005;59:11-19.

112. **McTiernan A**, Martin C, Peck JD, Aragaki A, Chlebowski R, Pisano E, Wang CY, Brunner R, Johnson KC, Manson JE, Lewis CE, Kotchen JM, Hulka B, for the Women's Health Initiative Mammogram Density Study Investigators. Estrogen plus progestin influence on mammogram density in healthy postmenopausal women in the Women's Health Initiative Randomized Trial. J Natl Cancer Inst.2005;97: 1366-1376.

113. ^Chubak J, Tworoger SS, Yasui Y, Ulrich CM, Stanczyk FZ, **McTiernan A**. Associations between reproductive and menstrual factors and postmenopausal androgen concentrations. J Womens Health (Larchmt) 2005;14:704-12.

114. ^Irwin M, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner R, Baumgartner K, Ballard-Barbash R. Relationship of obesity and physical activity with c-peptide, leptin, and insulin-like growth factors in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2005; 14(12):2881-8.

115. **McTiernan A.** Obesity and cancer: the risks, the science and potential management strategies. Oncology 2005;19(7):871-81; discussion 881-2, 885-6. Review.

116. Meyers JA, **McTiernan A**, Ulrich CM. Leptin and immune function – integrating the evidence. Nutrition Research 2005;9:791-803.

**2006**

117. ^Troen AM, Mitchell B, Sorensen B, Wener MH, Johnston A, Wood B, Selhub J, **McTiernan A**, Yasui Y, Potter JD, Ulrich CM. Unmetabolized folic acid in plasma is associated with reduced natural killer cell cytotoxicity among postmenopausal women. The Journal of Nutrition 2006; 136(1):189-94.

Anne McTiernan

118. Rosenberg C, Khandekar J, Greenberg P, Rodabough RJ, **McTiernan A**. Cutaneous melanoma in postmenopausal women after nonmelanoma skin carcinoma: the Women's Health Initiative Observational Study. <u>Cancer</u> 2006;106(3):654-663.

119. ^Frankenfeld CL, **McTiernan A**, Schramm JK, Yasui Y, McVarish L, Ulrich CM, Thomas WK, Lampe JW. Bone mineral density in relation to soy isoflavone-metabolizing phenotypes in 92 postmenopausal women. <u>Maturitas</u> 2006;53:315-324.

120. ^^Mohanka MR, Heckbert SR, Yasui Y, Sorensen B, Chubak J, Tworoger SS, Ulrich CM, **McTiernan A.** Randomized trial: No evidence of change in blood lipids in overweight postmenopausal women after 1-year moderate intensity exercise. <u>Medicine and Science in Sports and Exercise</u> 2006;38(2):231-9.

121. Mustian, KM, Griggs JJ, Morrow GR, **McTiernan A**, Roscoe JA, Atkins JN, Issel B Exercise and side effects among 749 patients during and after treatment for cancer: a University of Rochester Cancer Center Community Clinical Oncology Program study. <u>Supportive Care in Cancer</u> 2006; Feb 16; 14(7):732-41

122. Alfano, C. M., McGregor, B.A., Kuniyuki, A., Reeve, B. B., Bowen DJ, Baumgartner KB, Bernstein L, Ballard-Barbash R, Malone K, Ganz PA, **McTiernan A**. Psychometric properties of a tool for measuring hormone-related symptoms in breast cancer survivors. <u>Psycho-Oncology</u> 2006; Nov;15(11):985-1000.

123. ^Irwin ML, Aiello E, **McTiernan A**, Baumgartner R, Baumgartner KB, Bernstein L, Gilliland F, Ballard-Barbash R. Pre-diagnosis physical activity and mammographic density in breast cancer survivors. <u>Breast Cancer Research and Treatment</u> 2006 Jan;95(2):171-8.

124. Cauley J, Margolis K, **McTiernan A,** Vitolins M, Furberg C, Bauer D, LaCroix A, Chlebowski R. HMG co-A reductase inhibitor (statin) use and the risk of breast cancer in the Women's Health Initiative Observational Study. <u>J Natl Cancer Inst.</u> 2006;98:700-7.

125. ^Alfano, C.M., McGregor, B.A., Kuniyuki, A., Reeve, B., Bowen, D.J., Smith, A. W., Baumgartner, K., Bernstein, L., Ballard-Barbash, R., Malone, K., Ganz, P., **McTiernan, A**. Psychometric evaluation of the Brief Cancer Impact Assessment among breast cancer survivors. <u>Oncology</u> 2006; 70: 190-202.

126. Anderson GL, Chlebowski RT, Rossouw J, Rodabough RJ, **McTiernan A**, Margolis K, Aggerwal A, Curb JD, Hendrix SL, Hubbell FA, Khandekar J, Lane D, Lasser N, Lopez AM, Potter JN, Ritenbaugh C. Prior hormone therapy and breast cancer risk in the Women's Health Initiative Randomized Trial of Estrogen plus Progestin. <u>Maturitas</u> 2006 Sep 20;55(2):103-15.

127. ^**Chubak J, Ulrich CM, Tworoger SS, Sorensen B, Yasui Y, Irwin ML, Stanczyk FZ, Potter JD, **McTiernan A.** Effect of exercise on bone density and lean mass in postmenopausal women. <u>Medicine and Science in Sports and Exercise.</u> 2006;38(7):1236-1244.

128. ^**Palomares MR, Machia JRB, Lehman CD, Aiello EJ, Daling J, **McTiernan A**. Mammographic density correlation with Gail model breast cancer risk estimates and component risk factors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2006; 15(7):1324-30.

129. Allison M, Langer R, Garland C, Criqui MH, **McTiernan A**, et al. Effect of aspirin supplementation on rates of colorectal cancer. <u>Am J Epidemiology</u> 2006; 164(6):567-75.

130. ^Fan J, McKean-Cowdin R, Bernstein L, Stanczyk FZ, Ballard-Barbash R, **McTiernan A**, Baumgartner R, Gilliland F. An association between a common variant (G972R) in the *IRS-1* gene and sex hormone levels in post-menopausal breast cancer survivors. <u>Breast Cancer Research Treatment</u> 2006(9(3): 323-31.

131. ^**Littman AJ, Vittielo MV, Foster-Schubert K, Ulrich CM, Tworoger SS, Potter JD, Weigle DS, **McTiernan A**. Sleep, ghrelin, leptin, and changes in body weight during a 1-year moderate-intensity physical activity intervention. <u>Int J Obesity</u> 2007 Mar;31(3):466-75.

132. ^**McTiernan A**, Yasui Y, Sorensen B, Irwin ML, Morgan A, Rudolph RE, Surawicz C, Lampe JW, Ayub K, Potter J, Lampe P. Effect of a 12-month exercise intervention on patterns of cellular proliferation in colonic crypts: a randomized controlled trial. <u>Cancer Epidemiol Biomarker Prev</u> 2006; 15: 1588-1597.

133. ^**McTiernan A**, Wu LL, Chen C, Chlebowski R, Mossavar-Rahmani Y, Modugno F, Perri MG, Stanczyk FZ, Van Horn L, Wang CY, Women's Health Initiative Investigators. Relation of BMI and physical activity to sex hormones in postmenopausal women <u>Obesity</u> 2006;14(9):1662-77.

134. ^ Abrahamson PE, Tworoger SS, Aiello EJ, Bernstein L, Ulrich CM, Gilliland FD, Stanczyk FZ, Baumgartner R, Baumgartner K, Sorensen B, Ballard-Barbash R, **McTiernan A**. Associations between the CYP17, CYPIB1, COMT and SHBG polymorphisms and serum sex hormones in post-menopausal breast cancer survivors. <u>Breast Cancer Res Treat.</u> 2007 Sep;105(1):45-54.

135. ^**Chubak J, **McTiernan A**, Sorensen B, Wener MH, Yasui Y, Velasquez M, Wood B, Rajan KB, Wetmore CM, Potter JD, Ulrich CM. Moderate-intensity exercise reduces the incidence of colds among postmenopausal women. American J of Medicine 2006;119(11):937-42.

136. ^Bowen DJ, Fesinmeyer MD, Yasui Y, Tworoger SS, Ulrich CM, Irwin ML, Rudolph RE, LaCroix KL, Schwartz RR, **McTiernan A.** Effects of physical activity on quality of life in sedentary middle aged women. Int J Nutrition and Physical Activity Behavior 2006 Oct 4;3:34.

137. Doyle C, Kushi LH, Byers T, Courneya KS, Demark-Wahnefried W, Grant B, **McTiernan A,** Rock CL, Thompson C, Gansler T, Andrews KS. The American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer survivors CA Cancer J Clin. 2006 Nov-Dec;56(6):323-53.

138. Kushi LH, Byers T, Doyle C, Bandera EV, McCullough M, **McTiernan A,** Gansler T, Andrews KS, Thun, MJ. American Cancer Society 2006 Nutrition and Physical Activity Guidelines Advisory Committee. American Cancer Society guidelines on nutrition and physical activity for cancer prevention: reducing the risk of cancer with healthy food choices and physical activity. CA Cancer J Clin. 2006 Sep-Oct;56(5):254-81.

**2007**

139. Campbell KL, **McTiernan A**. Exercise and biomarkers for cancer prevention studies. J. of Nutrition 2007 Jan;137(1):161S-9S.

140. ^Tworoger SS, Sorensen B, Chubak J, Irwin M, Stanczyk FZ, Ulrich CM, Potter J, McTiernan A. Effect of a 12 month randomized clinical trial of exercise on serum prolactin concentrations in postmenopausal women. Cancer Epidemiol Biomarker Prev 2007; 16(5):895-899.

141. ^Rhew I, Yasui Y, Sorensen B, Ulrich CM, Neuhouser M, Potter JD, Tworoger SS, Chubak, Bowen DJ, **McTiernan A**. Effects of an exercise intervention on other health behaviors in overweight/obese post-menopausal women. Contemporary Clinical Trials 2007 28(4):472-81.

142. ^Bowen DJ, Alfano CM, McGregor BA, Kuniyuki A, Bernstein L, Meeske K, Baumgartner KB, Fetherolf J, Reeve BB, Wilder Smith A, Malone K, Ganz P, **McTiernan A,** Ballard-Barbash R. Possible socioeconomic and ethnic disparities in quality of life in a cohort of breast cancer survivors. Br Ca Res Treat 2007 Nov;106(1):85-95.

143. ^McKean-Cowdin R, Li X, Bernstein L, **McTiernan A**, Ballard-Barbash R, Gauderman WJ, Gilliland F. The ADRB3 Trp64Arg variant and obesity in African American breast cancer cases. Int J Obesity 2007 Jul;31(7):1110-8.

144. ^Meeske K, Smith A, McGregor BA, **McTiernan A**, Baumgartner KB, Malone KE, Alfano C, Reeve BB, Ballard-Barbash R, Bernstein L. Fatigue in breast cancer survivors two to five years post diagnosis: a HEAL Study report. Quality of Life Research 2007;16:947-960.

145. ^Irwin ML, Aiello E, **McTiernan A**, Bernstein L, Gilliland F, Baumgartner RN, Baumgartner KB, Ballard-Barbash R. Physical activity, body mass index and mammographic density in postmenopausal breast cancer survivors. JCO 2007 Mar 20;25(9):1061-6.

146. ^**McTiernan A**, Sorensen B, Irwin M, Morgan A, Yasui Y, Lampe J, Lampe P, Rudolph R, Surawicz C, Ayub K, Potter J. Exercise effect on weight and body fat in men and women. Obesity 2007;25(6)1496-1512.

147. ^**Campbell KL, **McTiernan A,** Li SS, Sorensen BE, Yasui Y, Lampe JW, King IB, Ulrich CM, Rudolph RE, Irwin ML, Surawicz C, Ayub K, Potter JD, Lampe PD. Effect of a 12-month exercise intervention on apoptotic regulating proteins Bax and Bcl-2 in colon crypts: A randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2007 16(9):1767-74.

148. ^**Abrahamson P, King I, Bess Sorensen B, Potter J, Lampe J, Yasui Y, Ulrich C, **McTiernan A.** No effect of exercise on colon mucosal prostaglandin concentrations: A 12-month randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2007; 16(11):2351-6.

149. ^Wayne SJ, Neuhouser ML, Ulrich CM, Koprowski C, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Dietary fiber is associated with serum sex hormones and insulin-related peptides in postmenopausal breast cancer survivors. Breast Cancer Res Treat 2007 Nov;112(1):149-58.

150. ^Boynton A, Neuhouser ML, Wener MH, Wood B, Sorensen B, Chen-Levy Z, Kirk EA, Yasui Y, LaCroix K, **McTiernan A,** and Ulrich CM. Associations between healthy eating patterns and immune function or inflammation in overweight or obese postmenopausal women. Am J Clin Nutr. 2007; 86(5):1445-55.

151. Margolis KL, Rodabough RJ, Thomson CA, Lopez AM, **McTiernan A**. A prospective study of leukocyte count as a predictor of incident breast, colorectal and endometrial cancer and mortality in postmenopausal women. <u>Archives Internal Medicine</u> 2007; 167(17):1837-44.

152. ^Alfano CM, Smith AW, Irwin ML, Bowen DJ, Sorensen B, Reeve BB, Meeske KA, Bernstein L, Baumgartner KB, Ballard-Barbash R, Malone KE, **McTiernan A.** Physical activity, long-term symptoms, and physical health-related quality of life among breast cancer survivors: A prospective analysis. <u>Journal of Cancer Survivorship: Research and Practice</u> (2007) 1:116–128.

153. Chia VM, Newcomb PA, Lampe JW, White EJ, Mandelson MT, **McTiernan A**, Potter JD. Leptin concentrations, leptin receptor polymorphisms, and colorectal adenoma risk. <u>Cancer Epidemiol Biomarkers Prev.</u> 2007; 16, 2697-2703.

**2008**

154. ^Boynton A, Neuhouser ML, Sorensen B, **McTiernan A**, Ulrich CM. Predictors of diet quality among postmenopausal women. <u>J Am Diet Assoc</u> 2008 Jan;108(1):125-30.

155. ^**Hawkins V, Foster-Schubert K, Chubak J, Sorensen B, Ulrich CM, Stancyzk FZ, Plymate S, Stanford J, White E, Potter JD, **McTiernan A.** Effect of exercise on serum sex hormones in men: a 12-month randomized clinical trial. <u>Medicine & Science in Sports & Exercise</u> 2008 Feb;40(2):223-233.

156. Prentice R, Chlebowski R, Stefanick M, Manson J, Langer R, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller L, Lane D, **McTiernan A**, O'Sullivan MJ, Anderson G. Estrogen plus progestin therapy and breast cancer among recently postmenopausal women. <u>Am J Epidemiology</u> 2008 Jun 15;167(12):1407-15.

157. Chlebowski RT, Anderson G, Pettinger M, Lane D, Langer RD, Gillian MA, Walsh BW, Chen C, PhD, **McTiernan A**. Estrogen plus progestin and breast cancer detection with mammography and breast biopsy. <u>Arch Intern Med.</u> 2008 Feb 25;168(4):370-7

158. ^Meeske KA, Sullivan-Halley J, Smith AW, **McTiernan A**, Baumgartner KB, Harlan LC, Bernstein L. Risk factors for arm lymphedema following breast cancer diagnosis in Black women and White women. <u>Breast Cancer Res Treat.</u> 2008 Jan;113(2):383-91.

159. **McTiernan A**, Wu L, Barnabei VM, Chen C, Hendrix S, Modugno F, Rohan T, Stanczyk FZ, Wang CY. Relation of demographic factors, menstrual history, reproduction and medication use to sex hormone levels in postmenopausal women. <u>Breast Cancer Res Treat</u> 2008 Mar;108(2):217-231.

160. **McTiernan A.** Mechanisms linking physical activity with cancer. <u>Nat Rev Cancer.</u> 2008 Mar;8(3):205-11.

161. Prentice R, Chlebowski R, Stefanick M, Manson JE, Langer RD, Pettinger M, Hendrix S, Hubbell A, Kooperberg C, Kuller LH, Lane DS, **McTiernan A**, O'Sullivan MJ, Rossouw JE, Anderson GL. Conjugated equine estrogens and breast cancer in the Women's Health Initiative Clinical Trial and Observational Study. <u>Am J Epidemiology</u> 2008 Jun 15;167(12):1407-15.

162. ^Pierce BL, Neuhouser ML, Wener MH, Bernstein L, Baumgartner RN, Ballard-Barbash R, Gilliland FD, Baumgartner KB, Sorensen B, **McTiernan A**, Ulrich CM. Correlates of circulating C-reactive protein and serum amyloid A concentrations in breast cancer survivors. <u>Breast Cancer Res Treat</u> 2008 Mar;114(1):155-67.

163. ^Campbell PT, Wener MH, Sorensen B, Wood B, Potter JD, **McTiernan A**, Ulrich CM. Effect of exercise on in vitro immune function: a 12-month randomized controlled trial among postmenopausal women. <u>Journal of Applied Physiology</u> 2008 Jun;104(6):1648-55.

164. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen and risk of benign proliferative breast disease. <u>J Natl Cancer Inst.</u> 2008; 100(8):563-71.

165. ^Neuhouser ML, Sorensen B, Hollis BW, Ambs A, Ulrich CM, **McTiernan A**, Bernstein L, Wayne S, Gilliland F, Baumgartner K, Baumgartner R, Ballard-Barbash R. Vitamin D insufficiency in a multiethnic cohort of breast cancer survivors. <u>Am J Clin Nutr.</u>2008; 28:133-139.

166. Ready A, White E, Velicer C, **McTiernan A.** NSAID use and breast cancer risk in the VITAL cohort. <u>Breast Cancer Research & Treatment</u> 2008; 109: 533-43

167. ^Irwin ML, Smith AW, **McTiernan A**, Ballard-Barbash R, Cronin K, Gilliland FD, Baumgartner RN, Baumgartner KB, Bernstein L. Association of pre- and post-diagnosis physical activity with mortality in breast cancer survivors: The Health Eating Activity and Lifestyle (HEAL) Study. <u>J Clin Onc</u> 2008;26:3958-3964.

168. Rohan T, Negassa A, Chlebowski RT, Lasser N, **McTiernan A**, Schenken R, Wassertheil-Smoller S, Page DL. Estrogen plus progestin and risk of benign proliferative breast disease. <u>Cancer Epidemiol Biomarkers Prev.</u> 2008 Sep;17(9):2337-43.

169. Hall KL, Stokols D, Moser RP, Taylor BK, Thornquist M, Nebeling L, Ehret C, Barnett M, **McTiernan A**, Berger NA, Goran M, Jeffery R. The collaboration readiness of transdisciplinary research teams and centers:  findings from the National Cancer Institute TREC Year – One Evaluation Study. <u>Am J Prev Med</u> (Suppl) 2008 Aug;35(2 Suppl):S161-72.

170. ^Campbell KL, Campbell PT, Ulrich CM, Wener MW, Alfano CM, Foster-Schubert KE, Rudolph RE, Potter JD, **McTiernan A**. Effect of a 12-month randomized controlled trial of exercise on C-reactive protein among men and women. <u>Cancer Epidemiol Biomarkers Prev.</u> 2008 Jul;17(7):1714-8.

171. Hawk ET, Greenwood A, Gritz ER, **McTiernan A**, Sellers T, Hursting SD, Leischow S, Grad O, for the Translational Research Working Group. The Translational Research Working Group developmental pathway for lifestyle alterations. <u>Clin Cancer Res</u> 2008;14 5707-5713.

172. ^Meyers JA, Liu, A.Y, **McTiernan A**, Wener MH, Wood B, Weigle DS, Sorensen B, Chen-Levy Z, Yasui Y, Boynton A, LaCroix K, Potter JD, Ulrich CM. Serum leptin concentrations and markers of immune function in overweight and obese postmenopausal women. <u>Journal of Endocrinology</u> 2008; 199: 51-60.

173. Yip C-H,  Smith RA, Anderson BO,  Miller AB, Thomas DB, Ang E-S, Cafarella RS,  Corbex M,  Kreps GL, **McTiernan A**., on behalf of the BHGI Early Detection Panel. Early detection and resource allocation in low and middle income countries. <u>Cancer</u> 2008;113(8):2244-2256.

174. **McTiernan A**, Porter P, Potter JD. Breast cancer prevention in countries with diverse resources. <u>Cancer</u> 2008; 113(8):2325-2330.

175. ^Wayne S, Neuhouser ML, Ulrich CM, Koprowski C, Wiggins C, Baumgartner KB, Bernstein L, Baumgartner RN, Gilliland FD, **McTiernan A**, Ballard-Barbash R. The association between alcohol intake and serum sex hormones and peptides differs by tamoxifen use in breast cancer survivors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2008;17(11):3224-32.

176. Rhew IC, Richardson LP, Lymp JF, **McTiernan A**, McCauley E, Vander Stoep A. Measurement matters in the association between early adolescent depressive symptoms and body mass index <u>General Hospital Psychiatry</u> 2008 Sep-Oct;30(5):458-66.

**2009**

177. Duffy CM, Assaf A, Cyr M, Burkholder G, Coccio E, Rohan T, **McTiernan A**, Paskett E, Lane D, Chetty VK. Alcohol and folate intake and breast cancer risk in the WHI Observational Study. <u>Breast Cancer Research & Treatment.</u> 2009 Aug;116(3):551-62.

178. ^Wayne SJ, Neuhouser ML, Koprowski C, Ulrich CM, Wiggins C, Gilliland F, Baumgartner KB, Baumgartner RN, **McTiernan A**, Bernstein L, Ballard-Barbash R. Breast cancer survivors who use estrogenic botanical supplements have lower serum estrogen levels than non users**.** <u>Breast Cancer Res Treat</u> 2009 Sep;117(1):111-9. Epub 2008 Oct 18.

179. Ness RB, Albano JD, **McTiernan A**, Cauley JA. Influence of estrogen plus testosterone supplementation on breast cancer. <u>Archives of Internal Medicine</u> 2009 Jan 12;169(1):41-6.

180. ^**Campbell KL, Makar KW, Kratz M, Foster-Schubert KE, **McTiernan A**, Ulrich CM. A pilot study of sampling subcutaneous adipose tissue to examine biomarkers of cancer risk. <u>Cancer Prev Res (Phila Pa).</u> 2009 Jan;2(1):37-42

181. Millen AE, Pettinger M, Freudenheim JL, Langer RD,  Rosenberg CA, Mossavar-Rahmani Y, Duffy CM,  Lane DS, **McTiernan A,** Kuller LH, Lopez AM, Wactawski-Wende J. Incident invasive breast cancer, geographic location of residence, and reported average time spent outside. <u>Cancer Epidemiol Biomarkers Prev.</u> 2009 Feb;18(2):495-507. Epub 2009 Feb 3.

182. ^Smith AW, Alfano CM, Reeve BB, Irwin ML, Bernstein L, Baumgartner K, Bowen D, **McTiernan A**, Ballard-Barbash R. Race/ethnicity, physical activity, and quality of life in breast cancer survivors. <u>Cancer Epidemiol Biomarkers Prev.</u> 2009 Feb;18(2):656-63. Epub 2009 Feb 3.

183. ^Williams LA, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Potter JD, **McTiernan A**, De Roos AJ. Proximity to traffic, inflammation, and immune function among women in the Seattle, Washington, area. <u>Environ Health Perspect.</u> 2009 Mar;117(3):373-8. Epub 2008 Oct 16.

Anne McTiernan

184. Ballard-Barbash R, Hunsberger S, Alciati MH, Blair SN, Goodwin PJ, **McTiernan A**, Wing R, Schatzkin A. Physical activity, weight control and breast cancer risk and survival: clinical trial rationale and design considerations. J Natl Cancer Inst. 2009 May 6;101(9):630-43. Epub 2009 Apr.

185. ^**McTiernan A**, Wang CY, Sorenson B, Xiao L, Buist D, Aiello-Bowles E, White E, Rossing MA, Potter J, Urban N. No effect of aspirin on mammographic density in randomized controlled clinical trial. Cancer Epidemiol Biomarkers Prev. 2009 May;18(5):1524-30.

186. **McTiernan A**, Wactawski-Wende J, Wu L, Rodabough RJ, Watts NB, Tylavsky F, Freeman R, Hendrix S, Jackson R; Women's Health Initiative Investigators. Low-fat, increased fruit, vegetable, and grain dietary pattern, fractures, and bone mineral density: the Women's Health Initiative Dietary Modification Trial. Am J Clin Nutr. 2009 Jun;89(6):1864-76. Epub 2009 Apr 29.

187. ^Pierce BL, Ballard-Barbash R, Bernstein L, Baumgartner RN, Neuhouser ML, Wener MH, Baumgartner KB, Gilliland FD, Sorensen BE, **McTiernan A**, Ulrich CM. Elevated biomarkers of inflammation are associated with reduced survival among breast cancer patients. J Clin Oncol. 2009 Jul 20;27(21):3437-44. Epub 2009 May 26.

188. ^Harlan LC, Klabunde CN, Ambs AH, Gibson T, Bernstein L, **McTiernan A**, Meeske K, Baumgartner KB, Ballard-Barbash R. Comorbidities, therapy, and newly diagnosed conditions for women with early stage breast cancer. J Cancer Surviv. 2009 Jun;3(2):89-98. Epub 2009 May 13.

189. ^Campbell PT, Campbell KL, Wener MH, Wood BL, Potter JD, **McTiernan A**, Ulrich CM. A yearlong exercise intervention decreases CRP among obese postmenopausal women. Med Sci Sports Exerc. 2009 Aug;41(8):1533-9.

190. Kabat GC, Kim M, Chlebowski RT, Khandekar J, Ko MG, **McTiernan A**, Neuhouser ML, Parker DR, Shikany JM, Stefanick ML, Thomson CA, Rohan TE. A longitudinal study of the metabolic syndrome and risk of postmenopausal breast cancer. Cancer Epidemiol Biomarkers Prev. 2009 Jul;18(7):2046-53. Epub 2009 Jun 30.

191. Crandall CJ, Aragaki A, Chlebowski RT, **McTiernan A**, Anderson G, Hendrix SL, Cochrane BB, Kuller LH, Cauley JA. New-onset breast tenderness after initiation of estrogen plus progestin therapy and breast cancer risk. Arch Intern Med. 2009 Oct; 169(18):1684-91.

192. **McTiernan A**, Chlebowski RT, Martin C, Peck JD, Aragaki A, Pisano ED, Wang CY, Johnson KC, Manson JE, Wallace RB, Vitolin MZ, Heiss G. Conjugated equine estrogen influence on mammographic density in postmenopausal women in a substudy of the Women's Health Initiative Randomized Trial. J Clin Oncol.2009 Dec 20;27(36):6135-43. Epub 2009 Nov 9.

193. ^**Kong A, Neuhouser ML, Xiao L, Ulrich CM, **McTiernan A**, Foster-Schubert KE. Higher habitual intake of dietary fat and carbohydrates are associated with lower leptin and higher ghrelin concentrations in overweight and obese postmenopausal women with elevated insulin levels. Nutr Res. 2009 Nov;29(11):768-76.

**2010**

194. ^Neuhouser ML, Bernstein L, Hollis BW, Xiao L, Ambs A, Baumgartner K, Baumgartner R, **McTiernan A**, Ballard-Barbash R. Serum vitamin D and breast density in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2010 Feb;19(2):412-7. Epub 2010 Jan 19.

195. ^Neuhouser ML, Nojomi M, Baumgartner RN, Baumgartner KB, Gilliland F, Bernstein L, Stanczyk F, Ballard-Barbash R, **McTiernan A**. Dietary fat, tamoxifen use and circulating sex hormones in postmenopausal breast cancer survivors. Nutr Cancer. 2010;62(2):164-74.

196. Baker LD, Frank LL, Foster-Schubert K, Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS, Cholerton BA, Duncan GE, Mehta PD, Craft S. Effects of aerobic exercise on mild cognitive impairment: a controlled trial. Arch Neurol. 2010 Jan;67(1):71-9.

197. De Roos AJ, Ulrich CM, Ray RM, Mossavar-Rahmani Y, Rosenberg CA, Caan BJ, Thomson CA, **McTiernan A**, Lacroix AZ. Intentional weight loss and risk of lymphohematopoietic cancers. Cancer Causes Control. 2010 Feb;21(2):223-36. Epub 2009 Oct 23.

198. ^**Campbell PT, Gross MD, Potter JD, Schmitz KH, Duggan C, **McTiernan A**, Ulrich CM. Effect of exercise on oxidative stress: a 12-month randomized, controlled trial. Med Sci Sports Exerc. 2010 Aug;42(8):1448-53.

199. Friedenreich CM, Woolcott CG, **McTiernan A**, Ballard-Barbash R, Brant RF, Stanczyk FZ, Terry T, Boyd NF, Yaffe MJ, Irwin ML, Jones CA, Yasui Y, Campbell KL, McNeely ML, Karvinen KH, Wang Q, Courneya KS. Alberta physical activity and breast cancer prevention trial: sex hormone changes in a year-long exercise intervention among postmenopausal women. J Clin Oncol. 2010 Mar 20;28(9):1458-66. Epub 2010 Feb 16.

200. Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, Terry T, **McTiernan A**, Brant RF, Ballard-Barbash R, Irwin ML, Jones CA, Brar S, Campbell KL, McNeely ML, Karvinen KH, Friedenreich CM. Mammographic density change with 1 year of aerobic exercise among postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2010 Apr;19(4):1112-21. Epub 2010 Mar 23.

201. Mann PB, Jiang W, Zhu Z, Wolfe P, **McTiernan A**, Thompson HJ. Wheel running, skeletal muscle aerobic capacity and 1-Methyl-1-Nitrosourea induced mammary carcinogenesis in the rat. Carcinogenesis. 2010 Jul;31(7):1279-83. Epub 2010 Mar 18.

202. **McTiernan A.** Diet, physical activity, and obesity in the prevention and recurrence of breast cancer: relevance to Saudi Arabian women. Pan Arab Journal of Oncology 2010;3(1):32-43.

203. Arslan AA, Helzlsouer KJ, Kooperberg C, Shu XO, Steplowski E, Bueno-de-Mesquita HB, Fuchs CS, Gross MD, Jacobs EJ, Lacroix AZ, Petersen GM, Stolzenberg-Solomon RZ, Zheng W, Albanes D, Amundadottir L, Bamlet WR, Barricarte A, Bingham SA, Boeing H, Boutron-Ruault MC, Buring JE, Chanock SJ, Clipp S, Gaziano JM, Giovannucci EL, Hankinson SE, Hartge P, Hoover RN, Hunter DJ, Hutchinson A, Jacobs KB, Kraft P, Lynch SM, Manjer J, Manson JE, **McTiernan A**, McWilliams RR, Mendelsohn JB, Michaud DS, Palli D, Rohan TE, Slimani N, Thomas G, Tjønneland A, Tobias GS, Trichopoulos D, Virtamo J, Wolpin BM, Yu K, Zeleniuch-Jacquotte A, Patel AV; Pancreatic Cancer Cohort Consortium (PanScan). Anthropometric measures, body mass index, and pancreatic cancer: a pooled analysis from the Pancreatic Cancer Cohort Consortium (PanScan). Arch Intern Med. 2010 May 10;170(9):791-802.

204. Chlebowski R, Anderson G, Manson JE, Pettinger M, Yasmeen S, Lane D, Langer RD, Hubbell FA, **McTiernan A**, Hendrix S, Schenken R, Stefanick ML. Estrogen alone in postmenopausal women and breast cancer detection by means of mammography and breast biopsy. J Clin Oncol. 2010 Jun 1;28(16):2690-7. Epub 2010 May 3.

205. ^Hooper LE, Foster-Schubert KE, Weigle DS, Sorensen B, Ulrich CM, **McTiernan A**.  Frequent intentional weight loss is associated with higher ghrelin and lower glucose and androgen levels in postmenopausal women. Nutr Res. 2010 Mar;30(3):163-70.

206. Chlebowski RT, Chen Z, Cauley JA, Anderson G, Rodabough RJ, **McTiernan A**, Lane DS, Manson JE, Snetselaar L, Yasmeen S, O'Sullivan MJ, Safford M, Hendrix SL, Wallace RB. Oral bisphosphonate use and breast cancer incidence in postmenopausal women. J Clin Oncol. 2010 Aug 1;28(22):3582-90. Epub 2010 Jun 21.

207. Bertone-Johnson ER, Chlebowski RT, Manson JE, Wactawski-Wende J, Aragaki AK, Tamimi RM, Rexrode KM, Thomson CA, Rohan TE, Peck JD, Pisano ED, Martin CF, Sarto G, **McTiernan A**. Dietary vitamin D and calcium intake and mammographic density in postmenopausal women. Menopause 2010 Jul 7. [Epub ahead of print].

208. **McTiernan A**, Irwin M, VonGruenigen V. Weight, physical activity, diet, and prognosis in breast and gynecologic cancers. J Clin Oncol. 2010;28(26):4074-80. Epub 2010 Jul 19. Review.

209. ^**Reding KW, Doody DR, **McTiernan A**, Hsu L, Davis S, Daling JR, Porter PL. Malone KE. Age-related variation in the relationship between menopausal hormone therapy and the risk of dying from breast cancer. Breast Cancer Research and Treatment. 2010 [epub Sept 28, 2010]

210. Thompson HJ, Wolfe P, **McTiernan A**, Jiang W, Zhu Z. Wheel running induced changes in plasma biomarkers and the carcinogenic response in the 1-Methyl-1-Nitrosourea induced rat model for breast cancer. Cancer Prevention Research 2010;3(11):1484-92.

211. Baker LD, Frank LL, Karen Foster-Schubert K, Green PS, Wilkinson CW, **McTiernan A**, Plymate SR, Fishel MA, Watson GS,  Cholerton BA, Duncan GE, Mehta PD, Craft S. Aerobic exercise improves cognition for older adults with glucose intolerance – a risk factor for Alzheimer's disease. J. of Alzheimer's Disease 2010 ;22(2):569-79 Epub 2010 Aug 30.

212. Friedenreich CM**, Woolcott CG, **McTiernan A**, Terry T, Ballard-Barbash R, Jones CA, Boyd NF, Yaffe MJ, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Adiposity changes after a one year aerobic exercise intervention among postmenopausal women: randomised controlled trial. Int J Obesity 2011 Mar;35(3):427-35. Epub 2010 Sep 7.

213. ^George SM, Neuhouser ML, Mayne ST, Irwin ML, Albanes D, Gail MH, Alfano CM, Bernstein L, **McTiernan A**, Reedy J, Smith AW, Ulrich CM, Ballard-Barbash R. Postdiagnosis diet quality is inversely related to a biomarker of inflammation among breast cancer survivors. Cancer Epidemiol Biomarkers Prev.  2010 Sep;19(9):2220-8. Epub 2010 Aug 17.

**2011**

214. ^Duggan C., Irwin M.L. Xiao L., Henderson K.D., Smith A.W., Baumgartner R.N., Baumgartner K.B., Bernstein L., Ballard-Barbash R., **McTiernan A**. Associations of insulin resistance and adiponectin with mortality in women with breast cancer. J Clin Oncol. 2011 Jan 1;29(1):32-9.

215. Woolcott CG, Cook LS, Courneya KS, Boyd NF, Yaffe MJ, Terry T, Brant R, **McTiernan A**, Bryant HE, Magliocco AM, Friedenreich CM. Associations of overall and abdominal adiposity with area and volumetric mammographic measures among postmenopausal women. International Journal of Cancer 2011;129(2):440-8.

216. ^Irwin ML, Catherine Duggan C, Smith AW, **McTiernan A,** Baumgartner RN, Baumgartner KB, Bernstein L, Ballard-Barbash R. Fasting C-peptide levels and death due to all causes and breast cancer: The Health Eating Activity and Lifestyle (HEAL) Study. J Clin Oncol 2011 Jan 1;29(1):47-53. Epub 2010 Nov 29.

217. ^**Reding KW, Xiao L, Duggan CR, Ulrich C, **McTiernan A.** A 12-month moderate-intensity exercise intervention does not alter serum prolactin concentrations. Cancer Epidemiology 2011 Dec;35(6):569-73. Epub 2011 Feb 10.

218. ^**Littman AJ, Cadmus L, Ceballos R, Ulrich N, Ramaprasad J, McGregor B, **McTiernan A**. Randomized controlled trial of yoga in breast cancer survivors: effects on quality of life and anthropometric measures. Supportive Care in Cancer 2010 Feb;20(2):267-77. Epub 2010 Jan 5.

219. Courneya KS, Tamburrini A-L, Woolcott CG, McNeely ML, Karvinen KH, Campbell KL, **McTiernan A**, Friedenreich CM. The Alberta Physical Activity and Breast Cancer Prevention (ALPHA) Trial: quality of life outcomes. Preventive Medicine 2011;52:26-32. Epub 2010 Nov 8.

220. ^George, S.M., Irwin, M. L., Smith, A. W., Neuhouser, M.L., **McTiernan, A**., Alfano, C.M., Bernstein, L., Ulrich, C.M., Baumgartner, K.B., Albanes, D., Reedy, J., Mayne, S.T., Gail, M., Ballard-Barbash, R. Postdiagnosis diet quality, the combination of diet quality and recreational physical activity, and prognosis after early-stage breast cancer. Cancer Causes Control 2011 Apr;22(4):589-98. Epub 2011 Feb 22.

221. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Stefanick ML, Vitolins M, Kabat G, Rohan TE, Li CI. Reproductive history and oral contraceptive use in relation to risk of triple-negative breast cancer. J Natl Cancer Inst. 2011 Mar 16;103(6):470-7. Epub 2011 Feb 23

222. Phipps AI, Chlebowski RT, Prentice R, **McTiernan A**, Stefanick ML, Jean Wactawski-Wende J, Kuller LH, Adams-Campbell LL, Lane D, Vitolins M, Kabat GC, Rohan TE, Li CI. Body size, physical activity, and risk of triple-negative and estrogen receptor-positive breast cancer. Cancer Epidemiol Biomarkers Prev. 2011 Mar;20(3):454-63. Epub 2011 Mar 1.

223. ^**Imayama I, Alfano CM, Cadmus LA, Wang C, Duggan CR, Campbell KL, Foster-Schubert KE, **McTiernan A**. Effects of 12-month exercise on health-related quality of life: a randomized controlled trial. Preventive Medicine 2011 May 1;52(5):344-51. Epub 2011 Feb 28.

224. ^Belle FN, Kampman E, **McTiernan A**, Bernstein L, Baumgartner K, Baumgartner R, Ambs A, Ballard-Barbash R, Neuhouser ML. Dietary fiber, carbohydrates, glycemic index and glycemic load in relation to breast cancer prognosis in the HEAL cohort. Cancer Epidemiol Biomarkers Prev. 2011 May;20(5):890-9. Epub 2011 March 23.

225. Iversen A, Thune I, Emaus A, Finstad SE, Flote V, Wilsgaard T, Lipson S, Ellison PT, Jasienska G, **McTiernan A**, Furberg AS. 17ß-estradiol and progesterone and reproductive factors in young women. The Norwegian EBBA-I study. Reproductive Medicine 2011 Jun;26(6):1519-29. Epub 2011 April 5.

226. ^**Foster-Schubert KE, Duggan CR, Xiao L, Campbell KL, Kong A, Bain C, Wang CY, Blackburn G, **McTiernan A**. Effect of diet and exercise, alone or combined, on weight and body composition in overweight-to-obese post-menopausal women. Obesity 2012 Aug;20(8):1628-38 Epub 2011 April 20.

227. Irwin M, **McTiernan A**, Manson JE, Thomson CA, Sternfeld B, Stefanick ML, Wactawski-Wende J, Craft L, Lane D, Martin LW, Chlebowski R. Physical activity and survival in postmenopausal women with breast cancer: Results from the Women's Health Initiative. Cancer Prevention Research 2011 Apr;4(4):522-9.

228. ^Villaseñor A, Ambs A, Ballard-Barbash, R, Baumgartner KB, McTiernan A, Ulrich CM and Neuhouser ML. Dietary fiber is associated with circulating concentrations of C-reactive protein in breast cancer survivors: the HEAL study. Breast Cancer Res Treat 2011;129(2):485-94. Epub 2011 Apr 1.

229. Friedenreich CM, Neilson HK, Woolcott CG, **McTiernan A**, Wang Q, Ballard-Barbash R, Jones CA, Stanczyk FZ, Brant RF, Yasui Y, Irwin ML, Campbell KL, McNeely ML, Karvinen KH, Courneya KS. Changes in insulin resistance indicators, insulin-like growth factors, and adipokines in a year-long trial of aerobic exercise in postmenopausal women. Endocrine Related Cancer 2011; 18(3):357-69. Epub 2011 Apr 11.

Anne McTiernan

230. Chacko SA, Song Y, Manson JE, Van Horn L, Eaton C, Martin L, **McTiernan A**, Curb JD, Wylie-Rosett J, Phillips L, Plodkowski RA, Liu S. Serum 25(OH)D concentrations in relation to cardiometabolic risk factors among postmenopausal women. <u>Amer J Clin Nutr</u> 2011 Jul;94(1):209-17. Epub 2011 May 25.

231. ^**Mason C, Xiao L, Imayama I, Duggan CR, Bain C, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Neuhouser ML, Li L, Jeffery R, Robien K, Alfano CM, Blackburn GL, **McTiernan A.** Effects of weight loss on serum vitamin D in post-menopausal women. <u>Amer J Clin Nutr</u> 2011 Jul;94(1):95-103. Epub 2011 May 25.

232. ^Alfano CM, Lichstein KL, Vander Wal GS, Smith AW, Reeve BB, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sleep duration change across breast cancer survivorship: associations with symptoms and health-related quality of life. <u>Breast Cancer Research & Treatment</u> 2011 Nov;130(1):243-54. Epub 2011 May 13.

233. Goss PE, Ingle JN, Ales-Martinez J, Cheung A, Chlebowski RT, Wactawski-Wende J, **McTiernan A**, Robbins J, Johnson KC, Martin L, Winquist E, Sarto G, Garber JE, Fabian CJ, Pujol P, Maunsell E, Farmer P, Gelmon KA, Tu D, Richardson H, for the NCIC CTG MAP.3 Study Investigators. Placebo-controlled randomized trial of exemestane for breast cancer prevention in postmenopausal women: The NCIC CTG MAP.3 Trial. <u>N Engl J Med.</u> 2011 Jun 23;364(25):2381-91. Epub 2011 Jun 4.

234. Huang Y, Ballinger DG, Dai JY, Peters U, Hinds DA, Cox DR, Beilarz E, Chlebowski RT, Rossouw JE, **McTiernan A**, Rohan T, Prentice RL. Genetic variants in the MRPS30 region and postmenopausal breast cancer risk. Genome Med. 2011 Jun 24;3(6):42.

235. ^Williams L, Ulrich CM, Larson T, Wener MH, Wood B, Campbell PT, Chen-Levy Z, Potter J, **McTiernan A**, De Roos AJ. Fine particulate matter (PM2.5) air pollution and immune function among women in the Seattle area. <u>Archives of Environmental and Occupational Health</u> 2011July-September;66(3):155-165.

236. Courneya KS, Karvinen KH, McNeely ML, Campbell KL, Brar S, Woolcott CG, **McTiernan A,** Ballard-Barbash R, Friedenreich CM. Predictors of adherence to supervised and unsupervised exercise in the Alberta Physical Activity and Breast Cancer Prevention Trial. <u>Journal of Physical Activity & Health</u> 2012 Aug;9(6):857-66. Epub 2011 Sep 13.

237. ^**Mason C, Foster-Schubert KE, Imayama I, Kong A, Xiao L, Bain C, Campbell KL, Wang CY, Duggan CR, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Dietary weight loss and exercise effects on insulin resistance in postmenopausal women. <u>Am J Prev Med.</u> 2011 Oct;41(4):366-75.

238. Eaton CB, Young A, Allison M, Robinson J, Martin LW, Kuller L, Johnson K, Curb JD, Van Horn L, **McTiernan A**, Liu S, Ockene I, Manson JE. Prospective association of vitamin D concentrations with mortality in postmenopausal women: results from the Women's Health Initiative (WHI). <u>American Journal of Clinical Nutrition.</u> 2011 Dec;94(6):1471-8.

239. Nan H, DeVivo I, Manson J, Liu S, **McTiernan A**, Curb JD, Lessin L, Bonner M, Guo Q, Du M, Qureshi A, Hunter DJ, Han J. Telomere length and risk of incident cutaneous melanoma. <u>Cancer Research</u> 2011 Nov 1;71(21):6758-6763. Epub 2011 Oct 25.

240. ^**Imayama I, Alfano CM, Kong A, Foster-Schubert KE, Bain CE, Xiao L, Duggan C, Wang C-Y, Campbell KL, **McTiernan A.** Dietary weight loss and exercise interventions effects on quality of life in overweight/obese postmenopausal women: a randomized controlled trial. <u>International Journal of Behavioral Nutrition and Physical Activity</u> 2011Oct 25;8(1):118.

241. Friedenreich CM, Neilson HK, Woolcott CG, Wang Q, Stanczyk FZ, **McTiernan A**, Jones CA, Irwin ML,Yasui Y, Courneya KS. Alberta Physical Activity and Breast Cancer Prevention Trial: inflammatory marker changes in a year-long exercise intervention among postmenopausal women. <u>Cancer Prevention Research</u> 2012 Jan;5(1):98-108. Epub 2011 Oct 7.

242. Thompson HJ, **McTiernan A**. Weight cycling and cancer: weighing the evidence of intermittent caloric restriction and cancer risk. <u>Cancer Prevention Research</u> 2011 Nov;4(11):1736-42. Epub 2011 Oct 7.

243. Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A**, Manson JE, Anderson G, Chlebowski RT. Breast tenderness and breast cancer risk in the estrogen plus progestin and estrogen-alone women's health initiative clinical trials. <u>Breast Cancer Research & Treatment</u> 2012 Feb;132(1):275-85. Epub 2011 Nov 1.

244. Crandall CJ, Aragaki AK, Cauley JA, **McTiernan A,** Manson JE, Anderson G, Wactawski-Wende J, Chlebowski RT. Breast tenderness after initiation of conjugated equine estrogens and mammographic density change. <u>Breast Cancer Research & Treatment</u> 2012 Feb;131(3):969-79. Epub 2011 Oct 7.

245. Ma H, Sullivan-Halley J, Smith AW, Neuhouser ML, Alfano CM, Meeske K, George SM, **McTiernan A**, McKean-Cowdin R, Baumgartner KB, Ballard-Barbash R, Bernstein L. Estrogenic botanical supplements, health-

Anne McTiernan

related quality of life, fatigue, and hormone-related symptoms in breast cancer survivors: a HEAL Study report. BMC Complementary and Alternative Medicine 2011; Nov 8;11(1):109.

246. Cash SW, Beresford SAA, Henderson JA, **McTiernan A**, Xiao L, Wang CY, Patrick DL. Obesity risk in relation to quality of life: baseline results from a worksite trial. Br J Nutr 2011 Dec 6:1-9.

247. ^**Kong A, Beresford SAA, Alfano CM**, Foster-Schubert KE, Neuhouser ML, Johnson DB, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Associations between snacking and weight loss and nutrient intake among postmenopausal overweight- to- obese women in a dietary weight loss intervention. J Am Diet Assoc. 2011 Dec;111(12):1898-903.

## 2012

248.   Bertone-Johnson ER, **McTiernan A**, Thomson CA, Wactawski-Wende J, Aragaki AK, Rohan TE, Vitolins MZ , Tamimi RM, Johnson KC, Lane D, Rexrode KM, Peck JD, Chlebowski RT, Sarto G, Manson JE. Vitamin D and calcium supplementation and one-year change in mammographic density in the Women's Health Initiative Calcium and Vitamin D Trial. CEBP 2012 Mar;21(3):462-73. Epub 2012 Jan 17.

249.   ^**Campbell KL, Foster-Schubert KE, Alfano CM, Duggan CR, Xiao L, Irwin ML, **McTiernan A**. Injuries in sedentary individuals enrolled in a 12-month randomized controlled exercise trial.  Journal of Physical Activity and Health. 2012; 9:198-207.

250.   ^Alfano CM, Imayama I, Neuhouser ML, Kiecolt-Glaser JK, Smith AW, Meeske KA, **McTiernan A**, Bernstein L, Baumgartner KB,  Ulrich CM, Ballard-Barbash R.  Fatigue, inflammation, and omega-3 and -6 fatty acid intake among breast cancer survivors. Journal of Clinical Oncology. 2012 Apr 20;30(12):1280-7. Epub 2012 Mar 12.

251.   Iversen A, Thune I, **McTiernan A**, Makar KW, Wilsgaard T, Ellison PT, Jasienska G, Flote V, Poole EM, Furberg A-S. Genetic polymorphism in CYP17 rs2486758 and metabolic risk factors predict daily 17<beta>-estradiol in young healthy women. The EBBA-I study. Journal of Clinical Endocrinology & Metabolism 2012 May;97(5):E852-7. Epub 2012 Mar 14.

252.   ^**Imayama I,  Ulrich CM, Alfano CM, Wener MH, Campbell KL, Duggan CR, Foster-Schubert KE, , Kong A, Mason CE, Wang C, Wang C-Y, Blackburn GL, Bain CE, Thompson HJ, **McTiernan A**. Effects of dietary weight loss and exercise on inflammation in postmenopausal women: a randomized controlled trial. Cancer Research 2012; 72(9); 2314–26.

253.   ^**Kong A, Beresford SAA, Imayama I, Duggan C, Alfano CM, Foster-Schubert KE, Neuhouser ML, Johnson DB, Wang CY, Xiao L, Bain CE, **McTiernan A**. Adoption of diet-related self-monitoring behaviors varies by race/ethnicity, education, and baseline binge eating score among overweight-to-obese postmenopausal women in a 12-month dietary weight loss intervention. Nutrition Research 2012 Apr;32(4):260-5. Epub 2012 Apr 30.

254.   Ballard-Barbash R, Friedenreich CM, Courneya KS, Siddiqi SM, **McTiernan A**, Alfano CM.  Physical activity, biomarkers, and disease outcomes in cancer survivors: A systematic review. J Natl Cancer Inst. 2012 Jun 6;104(11):815-40.

255.   ^**Campbell KL, Foster-Schubert KE, Alfano CM, Wang C-C, Wang C-Y, Duggan CR, Mason C, Imayama I, Kong A, Bain CE, Blackburn GL, Stanczyk FZ, **McTiernan A**.  Independent and combined effects of dietary weight loss and exercise on sex hormones in overweight and obese postmenopausal women: A randomized controlled trial. Journal of Clinical Oncology 2012 Jul 1;30(19):2314-26.

256.   ^De Roos AJ, Ulrich CM, Sjodin A, **McTiernan A**. Adiposity, body composition, and weight loss episodes in relation to organochlorine pollutant plasma concentrations. Journal Of Exposure Science And Environmental Epidemiology 2012 Nov;22(6):617-24.

257.   Demark-Wahnefried W, Platz EA, Ligibel J, Blair CK, Courneya KS, Meyerhardt JA, Ganz PA, Rock CL, Schmitz K, Wadden T, Philip EJ, Wolfe B, Gapstur SM, Ballard-Barbash R, **McTiernan A**, Minasian L, Nebeling L, Goodwin PJ. The association of obesity in cancer survival and recurrence. Cancer Epidemiol Biomarkers Prev. 2012 Aug;21(8):1244-59.

258.   Chlebowski RT, **McTiernan A**, Wactawski-Wende J, Manson JE,[4] Aragaki A, Rohan T, Ipp E,  Kaklamani VG, Mara Vitolins M, Wallace R, Gunter M, Phillips L, Strickler H, Margolis K, Euhus DM. Diabetes, metformin and breast cancer in postmenopausal women. Journal of Clinical Oncology. 2012 Aug 10;30(23):2844-52.

259.   ^Duggan C, Wang C-Y, Neuhouser ML, Xiao L,  Smith AW, Reding K,  Baumgartner RN, Baumgartner KB, Bernstein L,  Ballard-Barbash R,  **McTiernan A**. Associations of insulin-like growth factor and insulin-like growth

Anne McTiernan

factor binding protein-3 with mortality in women with breast cancer. <u>International J of Cancer</u>. 2013 Mar 1;132(5):1191-200.

260.  ^**Kong A, Beresford SAA, Foster-Schubert KE, Neuhouser ML, Johnson DB, Alfano CM, Duggan C, Wang CY, Xiao L, Jeffery RW, Bain CE, **McTiernan A**. Self-monitoring and eating-related behaviors associated with 12-month weight loss among postmenopausal overweight-to-obese women in a dietary weight loss intervention. <u>Journal of the Academy of Nutrition and Dietetics</u> 2012 Sep;112(9):1428-35. Epub 2012 Jul 13.

261.  ^**Mason C, Foster-Schubert KE, Xiao L, Imayama I, Kong A, Bain C, Campbell KL, Duggan CR, Wang CY, Ulrich CM, Alfano CM, Blackburn GL, **McTiernan A**. Past weight cycling does not impede future weight loss or metabolic improvements. <u>Metabolism: Clinical & Experimental</u>. 2012 Jan;62(1):127-36. Epub 2011 August 13.

262.  ^Dee A, McKean-Cowdin R, Neuhouser ML, Ulrich C, Baumgartner RN, **McTiernan A**, Baumgartner K, Alfano CM, Ballard-Barbash R, Bernstein L. DEXA measures of body fat percentage and acute phase proteins among breast cancer survivors: A cross-sectional analysis. <u>BMC Cancer</u>. 2012 Aug 8;12(1):343.

263.  ^Ulrich CM, Toriola AT, Koepl LM, Sandifer T, 3, Poole EM, Duggan C, **McTiernan A**\*, Issa J-PJ\* (co-senior authors). Metabolic, hormonal, and immunological associations with global DNA methylation among postmenopausal women. <u>Epigenetics</u> 2012 Sep 1;7(9): 1020-8.

264.  ^Villaseñor A, Ballard-Barbash R, Baumgartner K, Baumgartner R, Bernstein L, **McTiernan A**, Neuhouser ML. Prevalence and prognostic effect of sarcopenia in breast cancer survivors; the HEAL Study. <u>Journal of Cancer Survivorship</u>. 2012 October [Epub ahead of print]; Dec;6(4):398-406.

265.  ^Reeve BB, Stover AM, Alfano CM, Smith AW, Ballard-Barbash R, Bernstein L, **McTiernan A**, Baumgartner KB, Piper BF. The Piper Fatigue Scale-12 (PFS-12): Psychometric findings and item reduction in a cohort of breast cancer survivors. <u>Breast Cancer Research and Treatment</u> 2012 Nov;136(1):9-20.

266.  Saltzman BS, Weiss NS, Sieh W, Fitzpatrick AL, **McTiernan A**, Daling JR, Li CI. Use of antihypertensive medications and breast cancer risk. <u>Cancer Causes Control</u>. 2013 Feb;24(2):365-71.

## 2013

267.  ^Forsythe LP, Alfano CM, George SM, **McTiernan A**, Baumgartner KB, Bernstein L, Ballard-Barbash R. Pain in long-term breast cancer survivors: The role of physical activity, sedentary behavior, and body mass index. <u>Breast Cancer Research & Treatment</u> 2013 Jan;137(2):617-30.

268.  ^George SM, Alfano CM, Smith AW, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. Sedentary behavior, physical functioning, fatigue, and vitality among a cohort of early-stage breast cancer survivors. <u>Journal of Physical Activity & Health.</u> 2013 Mar;10(3):350-8.

269.  ^**Imayama I, Alfano CM, Mason CE, Wang C, Xiao L, Duggan CR, Campbell KL, Foster-Schubert KE, Wang CY, **McTiernan A**. Exercise adherence, cardiopulmonary fitness and anthropometric changes improve exercise self-efficacy and health-related quality of life. <u>Journal of Physical Activity and Health</u> 2013 Jul;10(5):676-89.

270.  ^**Mason C, Xiao L, Imayama I, Duggan CR, Foster-Schubert KE, Kong A, Campbell KL, Wang CY, Villasenor A, Neuhouser ML, Alfano CM, Blackburn GL, **McTiernan A**. Influence of diet, exercise and serum vitamin D on sarcopenia in post-menopausal women. <u>Med Sci Sports Exerc</u> 2013;45(4):607-14.

271.  ^**Campbell KL, Foster-Schubert KE, Makar KW, Kratz M, Hagman D, Schur EA, Habermann N, Horton M, Abbenhardt C, Kuan L, Xiao L, Davison J, Morgan M, Wang CY, Duggan C, **McTiernan A**\*, Ulrich CM\*(\*co-senior authors). Gene expression changes in adipose tissue with diet- and/or exercise-induced weight loss: a pilot study. <u>Cancer Prevention Research</u> 2013 Mar;6(3):217-31. Epub 2013 Jan 22.

272.  ^Kent EE, Alfano CM, Smith AW, Bernstein L, **McTiernan A**, Baumgartner KB, Ballard-Barbash R. The roles of support seeking and race/ethnicity in posttraumatic growth among breast cancer survivors. <u>Journal of Psychosocial Oncology</u> 2013 Jul-Aug;31(4):393-412.

273.  ^George SM, Smith AW, Alfano CM, Bowles HR, Irwin ML, **McTiernan A**, Bernstein L, Baumgartner KB, Ballard-Barbash R. The association between television watching time and all-cause mortality after breast cancer. <u>Journal of Cancer Survivorship</u>. 2013;7(2):247-52.

274.  ^Villaseñor A, Ballard-Barbash R, Ambs A, Bernstein L, Baumgartner K, Baumgartner R, Ulrich CM, Hollis BW, **McTiernan A**, Neuhouser ML. Associations of serum 25-Hydroxyvitamin D with overall and breast cancer-

Anne McTiernan

specific mortality in a multi-ethnic cohort of breast cancer survivors. Cancer Causes Control 2013;24(4):759-67. Epub 2013 Jan. 30.

275.      ^Stover AM, Reeve BB, Piper B, Alfano C, Wilder Smith A., Mitchell S, Bernstein L, Baumgartner KB, **McTiernan A**, & Ballard-Barbash R. Deriving clinically meaningful cut-scores for fatigue in a cohort of breast cancer survivors: a Health, Eating, Activity, and Lifestyle (HEAL) study. Quality of Life Research 2013 Feb 19. [Epub ahead of print].

276.      ^Abbenhardt C, **McTiernan A\***, Alfano CM, Wener MH, Campbell KL, Duggan C, Foster-Schubert KE, Kong A, Toriola AT, Potter JD, Mason C, Xiao L, Blackburn GL, Bain C, Ulrich CM\*(\*co-senior authors). Effects on adiponectin and leptin after individual and combined dietary weight loss and exercise interventions in postmenopausal women. J of Internal Medicine 2013 Aug;274(2):163-75.

277.      Cash SW, Duncan GE, Beresford SAA, **McTiernan A**, Patrick DL. Changes in body mass index and physical activity related to changes in obesity-specific quality of life. Quality of Life Research 2013 ;22(9):2381-8.

278.      \*^Mason C, Alfano CM, Smith AW, Wang CY, Neuhouser ML, Duggan CR, Bernstein L, Baumgartner KB, Baumgartner RN, Ballard-Barbash R, **McTiernan A**. Long-term physical activity trends in breast cancer survivors. Cancer Epidemiol Biomarkers Prev. 2013 ;22(6):1153-61.

279.      Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Association between sex hormones, glucose homeostasis, adipokines, and inflammatory markers and mammographic density among postmenopausal women. Breast Cancer Research and Treatment 2013 April 21. [Epub ahead of print].

280.      ^\*\*Mason C, Risques R, Xiao L, Duggan CR, Imayama I, Campbell KL, Kong A, Foster-Schubert KE, Wang CY, Alfano CM, Blackburn GL, Rabinovitch PS, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on leukocyte telomere length in post-menopausal women. Obesity 2013;21(12):E549-54.

281.      ^\*\*Cadmus L, **McTiernan A**, Ulrich C, Stovall R, Ceballos R, McGregor B, Wang CY, Ramaprasad J, Littman AJ. Predictors of adherence to a 26-week yoga intervention among post-treatment breast cancer survivors. Journal of Alternative and Complementary Medicine. 2013;19(9):751-8.

282.      Pressler M, Rosenberg CA, Derman BA, Greenland P, Khandekar J, Rodabough RJ, **McTiernan A**, Simon MS. Breast cancer in postmenopausal women after nonmelanoma skin carcinoma: The Women's Health Initiative Observational Study. Breast Cancer Research & Treatment 2013;139(3):821-31.

283.      \*^Mason C, Xiao L, Duggan C, Imayama I, Foster-Schubert KE, Kong A, Campbell KL, Wang CL, Alfano CM, Blackburn GL, Pollack M, **McTiernan A**. Effects of dietary weight loss and exercise on insulin-like growth factor-1 and insulin-like growth factor binding protein-3 in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev. 2013;22(8):1457-63.

284.      Wright JL, Plymate S, D'Oria-Cameron A, Bain C, Haugk K, Xiao L, Lin DW, Stanford JL, **McTiernan A.** A study of caloric restriction versus standard diet in overweight men with newly diagnosed prostate cancer: a randomized controlled trial. The Prostate 2013;73(12):1345-51.

285.      \*^Imayama I, Alfano CM, Neuhouser ML, George SM, Smith AW, Baumgartner RN, Baumgartner KB, Bernstein L, Wang CY, Duggan C, Ballard-Barbash R, **McTiernan A**. Weight, inflammation, cancer-related symptoms and health-related quality of life among breast cancer survivors. Breast Cancer Research & Treatment. 2013;140(1):159-76.

286.      Wolpin BM, Bao Y, Qian ZR, Wu C, Kraft P, Ogino S, Stampfer MJ, Sato K, Ma J, Buring JE, Sesso HD, Lee I-M, Gaziano JM, **McTiernan A**, Phillips LS, Cochrane BB, Pollak MN, Manson JE, Giovannucci EL,  Fuchs CS. Hyperglycemia, insulin resistance, impaired pancreatic beta-cell function and risk of pancreatic cancer. Journal of the National Cancer Institute 2013 Jul 17;105(14):1027-1035.

287.      ^\*\*Imayama, I, Alfano, C.M., Mason, C.E., Wang, C., Duggan, C.R., Campbell, K.L., Kong A, Foster-Schubert, K.E., Blackburn GL, Wang, C.Y., **McTiernan, A**. Weight and metabolic effects of dietary weight loss and exercise interventions in postmenopausal antidepressant medication users and non-users: a randomized controlled trial. Preventive Medicine 2013 ;57(5):525-32.

288.      Ganz PA, Yip CH, Gralow JR, Distelhorst SR, Albain KK, Andersen BL, Bevilacqua JLB,  deAzambuja  E, Saghir NSE, Kaur R, **McTiernan A**, Partridge AH, Rowland JH, Singh-Carlson S, Vargo M, Thompson B, Anderson BO. Supportive care after curative treatment for breast cancer (survivorship care): Resource allocations in low- and middle-income countries. A Breast Health Global Initiative 2013 consensus statement. Breast 2013 Oct;22(5):606-15.

Anne McTiernan

289.    ^Duggan C, Ballard-Barbash R, Baumgartner RN,  Baumgartner KB, Bernstein L, **McTiernan A**. Associations between null mutations in *GSTT1* and *GSTM1* the *GSTP1* Ile[105]Val polymorphism and mortality in the HEAL cohort. SpringerPlus 2013;2:450.

290.    Woolcott CG, Courneya KS, Boyd NF, Yaffe MJ, **McTiernan A**, Brant R, Jones CA, Stanczyk FZ, Terry T, Cook LS, Wang Q, Friedenreich CM. Longitudinal changes in IGF1 and IGFBP3, and mammographic density among postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2013 Sep 9. [Epub ahead of print].

291.    Tang JY, Henderson MT, Boussard-Hernandez  T, Kubo J, Desai M, Sims S, Aroda V, Thomas F, **McTiernan A**, Stefanick ML. Lower skin cancer risk in women with higher body mass index: The Women's Health Initiative Observational Study. Cancer Epidemiol Biomarkers Prev. 2013 Dec;22(12):2412-5.

292.    ^**Cadmus-Bertram L, Irwin ML, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, **McTiernan A**. Predictors of adherence to a yearlong exercise intervention among previously sedentary adults.  Journal of Physical Activity and Health 2013 Oct 31. [Epub ahead of print]. 2014 Sep;11(7):1304-12.

293.    ^George SM, **McTiernan A**, Villasenor A, Alfano CM, Irwin ML, Neuhouser ML, Baumgartner RN, Baumgartner KB, Bernstein L, Smith AW, Ballard-Barbash R. Disentangling the body weight-bone mineral density association among breast cancer survivors: An examination of the independent roles of lean mass and fat mass. BMC Cancer. 2013 Oct 25;13(1):497.

294.    Finstad SE, **McTiernan A**, Wist E, Furberg A-S,  Alhaidari G, Perera ND, Fagerland MW, Schlichting E, Sauer T,  Lømo J, Thune I. Insulin and IGF-1 in breast cancer patients are associated with tumor cell proliferation (Ki67) in their breast tumors. Advanced Studies in Medical Sciences. 2013:1(3):95-110.

295.    Cossora FI, Adams-Campbell LL, Chlebowski RT, Gunter MJ, Johnson K, Martell RE, **McTiernan A**, Simon MS, Rohan T, Wallace RB, Paulus JK. Diabetes, metformin use, and colorectal cancer survival in postmenopausal women.  Cancer Epidemiology 2013 Oct;37(5):742-9.

**2014**

296.    ^Duggan C, Xiao L, Wang C-Y, **McTiernan A**. Effect of a 12-month exercise intervention on serum biomarkers of angiogenesis in postmenopausal women: a randomized controlled trial. Cancer Epidemiol Biomarkers Prev 2014 Apr;23(4):648-57.

297.    Kwan K, Rowan T. Chlebowski RT, **McTiernan A**,  Rodabough R, La Monte MJ, Martin LW, Christina Bell C, Lane DS, Kaplan RC, Irwin ML. Timed walking speed, self-reported physical activity and breast cancer incidence in postmenopausal women. European Journal of Cancer Prevention  2014;23(1):49-52.

298.    ^Duggan C, Risques R, Alfano C, Prunkard D, Imayama I, Baumgartner K, Baumgartner R, Bernstein L, Ballard-Barbash R, Rabinovitch P, **McTiernan A**. Peripheral blood leukocyte telomere length and mortality in breast cancer survivors. Journal of the National Cancer Institute. 2014 Apr;106(4): dju035.

299.    ^**Mason C, Xiao L, Imayama I, Duggan C, Wang C-Y, Korde L, **McTiernan A**. Vitamin $D_3$ supplementation during weight loss: A double-blind randomized controlled trial. Amer J Clin Nutr 2014  May;99(5):1015-25.

300.    ^Spector JT, DeRoos AJ, Ulrich CM, Sheppard L, Sjodin A, Wener MH, Wood B, **McTiernan A**. Plasma Polychlorinated biphenyl concentrations and immune function in postmenopausal women. Environmental Research. 2014 May;131:174-80.

301.    Chan DSM, Vieira AR, Aune D, Bandera EV, Geenwood DC, **McTiernan A**, Navarro Rosenblatt D, Thune I, Vieira R, Norat T. Body mass index and survival in women with breast cancer – systematic literature review and meta-analysis of 82 follow-up studies. Annals of Oncology 2014;25(10):1901-14.

302.    ^Thrift AP, Xiao L, Patel SR, Tworoger SS, **McTiernan A**, Duggan C. Effects of physical activity on melatonin levels in previously sedentary men and women. Cancer Epidemiol Biomarkers Prev. 2014 ;23(8):1696-9.

303.    ^Duggan  DR, Xiao L, Terry MB, **McTiernan A**. No effect of weight loss on LINE-1 methylation levels in peripheral blood leukocytes in postmenopausal overweight women. Obesity. 2014;22(9):2091-6.

304.    ^Duggan C, Wang CY, Xiao L, **McTiernan A**. Aspirin and serum estrogens in postmenopausal women: a randomized controlled clinical trial. Cancer Prevention Research. 2014 Sep;7(9):906-12.

305.    Togawa K, Ma H, Sullivan-Halley J, Neuhouser ML, Imayama I, Smith AW, Alfano CM, **McTiernan A**, Ballard-Barbash R, Bernstein L. Risk factors for self-reported arm lymphedema among female breast cancer survivors: a prospective cohort study. Breast Cancer Research. 2014;16:414.

306.    Flote VG, Furberg A, **McTiernan A**, Frydenberg H, Ursin G, Iversen A, Lofteroed T, Ellison PT, Wist EA, Egeland T, Wilsgaard T, Makar KW, Chang-Claude J, Thune I. Gene variations in oestrogen pathways, *CYP19A1*,

Anne McTiernan

daily 17β-estradiol, and mammographic density phenotypes in premenopausal women. <u>Breast Cancer Research</u>. 2014 Dec 19;16(6):499.

## 2015

307.   Iversen A, Frydenberg H, Furberg AS, Flote V, Finstad SE, **McTiernan A**, Ursin G, Wilsgaard T, Ellison PT, Jasienska G, Thune I. Cycling endogenous sex steroid hormones vary by mammographic density phenotypes in premenopausal women. <u>European Journal of Cancer Prevention</u> 2015 Feb 23. [Epub ahead of print] 2016 Jan;25(1):9-18.

308.   Habermann N, Makar KW, Abbenhardt C, Xiao X, CY Wang CY, Utsugi HK, Alfano CM, Campbell KL, Duggan C, Foster-Schubert KE, Mason CE, Imayama I, Lampe P, Blackburn GL, Potter JD, **McTiernan A**,¥ Ulrich CM, PhD¥. No effect of caloric restriction or exercise on radiation repair capacity. <u>Medicine and Science in Sports and Exercise</u>. 2015 ;47(5):896-904.

309.   ^**Mason C, Xiao L, Imayama I, Duggan CR, Campbell KL, Kong A, Wang CY, Alfano CM, Blackburn GL, Foster-Schubert KE, **McTiernan A**. Independent and combined effects of dietary weight loss and exercise on fasting ghrelin concentrations in overweight and obese women: a randomized controlled trial. <u>Clinical Endocrinology</u> 2015;82(3):369-76.

310.   Flote VG, Frydenberg H, Ursin G, Iversen A,, Fagerland MW , Ellison PT, Wist EA,, Egeland T, Wilsgaard T, , **McTiernan A**, Furberg A-S, Thune I. High-Density Lipoprotein-Cholesterol, daily estradiol and progesterone and mammographic density phenotypes in premenopausal women. <u>Cancer Prevention Research</u> 2015 Mar 24 [Epub ahead of print]. 2015 Jun;8(6):535-44.

311.   Duggan C, De Dieu Tapsoba J, Mason C, Imayama I, Korde L, Wang C-Y, **McTiernan A**. Effect of Vitamin $D_3$ supplementation in combination with weight loss on inflammatory biomarkers in postmenopausal women: a randomized controlled trial.  <u>Cancer Prevention Research</u> 2015; 8(7):628-35.

312.   Gunter MJ, Wang T, Cushman M, Xue X, Wassertheil-Smoller S, Strickler SD, Rohan TE, Manson JE, **McTiernan A**, Kaplan RC, Scherer PE, Chlebowski RT, Snetselaar L, Kakani K, Wang D, Ho GYF. Circulating adipokines and inflammatory markers and postmenopausal breast cancer risk. <u>J Natl Cancer Inst.</u> 2015 Jul 16;107(9).

313.   Frydenberg H, Flote VG, Fjeldheim FN, Larsson IM, Barrett ES, Furberg A-S, Ursin G, Wilsgaard T, Ellison PT, **McTiernan A**, Hjartåker A, Thune I. Alcohol consumption, endogenous estrogen and mammographic density among premenopausal women. <u>Breast Cancer Research</u>. 2015;17(103).

314.   Distelhorst SR, Cleary JF, Ganz PA, Bese N, Camacho-Rodriguez R, Cardoso F, Ddungu H, Gralow JR, Yip CH, Anderson BO; Breast Health Global Initiative Global Summit on Supportive Care and Quality of Life Consensus Panel Members. Optimisation of the continuum of supportive and palliative care for patients with breast cancer in low-income and middle-income countries: executive summary of the Breast Health Global Initiative, 2014. <u>Lancet Oncology</u> 2015 Mar;16(3):e137-47.

315.   Wang C-Y, Tapsoba JdeD, Duggan C, Campbell KL, **McTiernan A**. Methods to adjust for misclassification in the quantiles for the generalized linear models with measurement error in continuous exposures. <u>Statistics in Medicine</u> 2015 Nov 22 [Epub ahead of print].

## 2016

316.   Thompson HJ, Neuhouser ML, Lampe JW, Zhu Z, Jiang W, McGinley JN, Neil ES, Schwartz Y, **McTiernan A**. A co-clinical approach reveals that human low or high in glycemic load diets differentially affect experimentally induced mammary carcinogenesis in rats. <u>Molecular Nutrition and Food Research.</u> 2016 Jan 17 [Epub ahead of print].

317.   Frydenberg H, Thune I, Lofterød T, Mortensen ES, Eggen AE, Risberg T, Wist EA, Flote VG, Furberg A-S, Wilsgaard T, Akslen LA, **McTiernan A**. Pre-diagnostic high-sensitive C – reactive protein and breast cancer risk, recurrence and survival. <u>Breast Cancer Research & Treatment</u>. 2016 Jan 6 [Epub ahead of print].

318.   Mason C, Tapsoba JdeD, Duggan C, Imayama I, Wang CY, Korde L, Stanczyk F, **McTiernan A**. Effects of weight loss and vitamin D supplementation on sex hormones in postmenopausal women: A randomized controlled trial. <u>Menopause</u> 2016 Feb. 2 [Epub ahead of print]. Jun;23(6):645-52

319.   Duggan C, Stanczyk F, Campbell K, Neuhouser M, Baumgartner RN, Baumgartner KB, Bernstein K, Ballard R, **McTiernan A**.  Associations of sex-steroid hormones with mortality in women with breast cancer. <u>Breast Cancer Research & Treatment</u>. 2016 Feb;155(3):559-67

320.   Flote VG, Riyas Vettukattil R, Bathen TF, Egeland T, **McTiernan A**, Frydenberg H, Husøy A, Finstad SE, Lømo

J, Schlichting E, Wist EA, Thune I. Lipoprotein subfractions by nuclear magnetic resonance are associated with progesterone receptor in breast cancer. Lipids in Health and Disease 2016 Mar 12;15(1):56.

321.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang CY, Korde L, **McTiernan A**. Effects of vitamin D$_3$ supplementation on lean mass, muscle strength and bone mineral density during weight loss: A double-blind randomized controlled trial. Journal of the American Geriatrics Society 2016 April;64(4):769-78.

322.    Bandera EV, Fay SH, Giovannucci E, Leitzmann MF, Marklew R, **McTiernan A**, Mullee A, Romieu I, Thune I, Uauy R, Wiseman MJ on behalf of the World Cancer Research Fund International Continuous Update Project Panel. The use and interpretation of anthropometric measures in cancer epidemiology: A perspective from the World Cancer Research Fund International Continuous Update Project. International Journal of Cancer 2016 June 28 [Epub ahead of print].

323.    Duggan C, De Dieu Tapsoba J, Wang C-Y, **McTiernan A**. Dietary weight-loss and exercise effects on serum biomarkers of angiogenesis in overweight postmenopausal women: a randomized controlled trial. Cancer Research 2016 Jul 15;76(14):4226-35.

324.    Fjeldheim FN, Frydenberg H, Flote VG, **McTiernan A**, Furberg A-S, Ellison P, Barrett ES, Wilsgaard T, Jasienska G, Ursin G, Wist EA, Thune I. Polymorphisms in the estrogen receptor alpha gene (ESR1), daily cycling estrogen and mammographic density phenotypes. The Energy Balance Breast cancer Aspects (EBBA)-I study. BMC Cancer. 2016;16:776.

325.    Duggan C, de Dieu Tapsoba J, Wang CY, Campbell KL, Foster-Schubert K, Gross M, **McTiernan A**. Dietary weight loss and exercise effects on serum biomarkers of oxidative stress in overweight postmenopausal women: a randomized controlled trial. Cancer Prevention Research 2016 Nov;9(11):835-843.

326.    Mason C, De Dieu Tapsoba J, Duggan C, Imayama I, Wang C-Y, Korde L, **McTiernan A**. Repletion of vitamin D associated with deterioration of sleep quality among postmenopausal women. Preventive Medicine 2016 Dec;93:166-170.

327.    Neuhouser ML, Wilder-Smith A, George SM, Gibson T, Baumgartner KB, Baumgartner R, Duggan C, Bernstein L, **McTiernan A**, Ballard R. Use of complementary and alternative medicine and breast cancer survival in the Health, Eating Activity and Lifestyle Study. Breast Cancer Research and Treatment 2016 Dec;160(3):539-546.

## 2017

328.    Byrne C, Ursin G, Martin CF, Peck JD, Cole E, Zeng D, Kim E, Yaffe M, Boyd N, Heiss G, **McTiernan A**, Chlebowski R, Lane D, Manson J, Wactawski-Wende J, Yasmeen S, Pisano ED. Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative. Journal of the National Cancer Institute 2017 Sep 1;109(9).

329.    Mason C, Wang L, Duggan C, Imayama I, Thomas SS, Wang C-Y, **McTiernan A** (dual senior author), Korde LA (dual senior author). Gene Expression in Breast and Adipose Tissue after 12 months of Weight Loss and Vitamin D Supplementation in Postmenopausal women. npj Breast Cancer 2017 Apr 21;3:15.

330.    Vaysse C, Lømo J, Garred Ø, Fjeldheim F, Lofteroed T, Schlichting E, **McTiernan A**, Frydenberg H, Husøy A, Lundgren S, Fagerland MW, Wist EA, Muller C, Thune I, Richardsen E. Inflammation of mammary adipose tissue occurs in overweight and obese patients exhibiting early-stage breast cancer. npj Breast Cancer 2017; May 3;3:19.

331.    Duggan C, Tapsoba Jde D, Wang CY, Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss and exercise on biomarkers associated with angiogenesis. Cancer Epidemiology, Biomarkers & Prevention 2017 Dec;26(12):1788-1794.

## 2018

332.    Pennington K, **McTiernan A**. The role of physical activity in breast and gynecologic cancer survivorship. Gynecologic Oncology 2018 Apr;149(1):198-204.

333.    Duggan C, Neuhouser M, George S, Barbash R, Baumgartner R, Baumgartner K, **McTiernan A**. Genetic variation in TNFa, PPARg and IRS-1 genes and association with breast cancer survival in the HEAL cohort. Breast Cancer Research and Treatment 2018 Apr;168(2):567-576.

334.    **McTiernan A**. Weight, physical activity, and breast cancer survival. Proceedings of the Nutrition Society (Royal Society of Medicine). 2018 Feb 26:1-9.

335.    Friedenreich C, **McTiernan A**. Combining variables for cancer risk estimation: is the sum better than the parts? Cancer Prevention Research 2018 Jun;11(6):313-316.

Anne McTiernan

336.    Lofterød T, Mortensen ES, Nalwoga H, Wilsgaard T,  Frydenberg H, Risberg T, Eggen AE, **McTiernan A**, Aziz S, Wist EA, Stensvold  A,  Reitan JB, Akslen LA, Thune I.  Impact of pre-diagnostic triglycerides and HDL-cholesterol on breast cancer recurrence and survival by breast cancer subtypes. BMC Cancer 2018 (in press)

337.    de Roon M, May AM, **McTiernan A**,  Scholten RJPM, Peeters PHM,  Friedenreich CF, Monninkhof EM. Effect of exercise and/or reduced calorie dietary interventions on breast cancer related endogenous sex hormones in healthy postmenopausal women. Breast Cancer Research 2018 (in press)

338.    Duggan C, Tapsoba Jde D, Stanczyk F,  Wang CY,  Foster-Schubert K, **McTiernan A**. Long-term effects of weight loss on sex steroid hormones and sex hormone binding globulin. Menopause 2018 (in press).

339.    Gielen M. et al. for the **TELOMAAS group**. BMI is negatively associated with telomere length: a collaborative cross-sectional meta-analysis of 67 observational studies. American Journal of Clinical Nutrition 2017 (in press).

## In Invited Revision

340.    **McTiernan A**, Friedenreich C, Katzmarzyk PT, Powell KE, Macko R, Buchner D, Pescatello LS, Bloodgood B, Tennant B, Vaux-Bjerke A, George SM, Troiano RP, Piercy KL, for the 2018 Physical Activity Guidelines Advisory Committee. Physical Activity in Cancer Prevention and Survival: A Systematic Review. Medicine and Science in Sports and Medicine 2018 (in invited revision).

## Women's Health Initiative Group-Authored Manuscripts

341.    Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, Jackson RD, Beresford SA, Howard BV, Johnson KC, Kotchen JM, Ockene J; Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA. 2002 Jul 17;288(3):321-33.

342.    Hays J, Ockene JK, Brunner RL, Kotchen JM, Manson JE, Patterson RE, Aragaki AK, Shumaker SA, Brzyski RG, LaCroix AZ, Granek IA, Valanis BG; Women's Health Initiative Investigators.Effects of estrogen plus progestin on health-related quality of life. N Engl J Med. 2003 May 8;348(19):1839-54. Epub 2003 Mar 17.

343.    Wassertheil-Smoller S, Hendrix SL, Limacher M, Heiss G, Kooperberg C, Baird A, Kotchen T, Curb JD, Black H, Rossouw JE, Aragaki A, Safford M, Stein E, Laowattana S, Mysiw WJ; WHI Investigators.Effect of estrogen plus progestin on stroke in postmenopausal women: the Women's Health Initiative: a randomized trial. JAMA. 2003 May 28;289(20):2673-84.

344.    Hsia J, Barad D, Margolis K, Rodabough R, McGovern PG, Limacher MC, Oberman A, Smoller S; Women's Health Initiative Research Group.Usefulness of prior hysterectomy as an independent predictor of Framingham risk score (The Women's Health Initiative). Am J Cardiol. 2003 Aug 1;92(3):264-9.

345.    Manson JE, Hsia J, Johnson KC, Rossouw JE, Assaf AR, Lasser NL, Trevisan M, Black HR, Heckbert SR, Detrano R, Strickland OL, Wong ND, Crouse JR, Stein E, Cushman M; Women's Health Initiative Investigators.Estrogen plus progestin and the risk of coronary heart disease.N Engl J Med. 2003 Aug 7;349(6):523-34.

346.    Smoller JW, Pollack MH, Wassertheil-Smoller S, Barton B, Hendrix SL, Jackson RD, Dicken T, Oberman A, Sheps DS; Women's Health Initiative Investigators. Prevalence and correlates of panic attacks in postmenopausal women: results from an ancillary study to the Women's Health Initiative. Arch Intern Med. 2003 Sep 22;163(17):2041-50.

347.    Cauley JA, Robbins J, Chen Z, Cummings SR, Jackson RD, LaCroix AZ, LeBoff M, Lewis CE, McGowan J, Neuner J, Pettinger M, Stefanick ML, Wactawski-Wende J, Watts NB; Women's Health Initiative Investigators.Effects of estrogen plus progestin on risk of fracture and bone mineral density: the Women's Health Initiative randomized trial. JAMA. 2003 Oct 1;290(13):1729-38.

348.    Anderson GL, Judd HL, Kaunitz AM, Barad DH, Beresford SA, Pettinger M, Liu J, McNeeley SG, Lopez AM; Women's Health Initiative Investigators. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. JAMA. 2003 Oct 1;290(13):1739-48.

349.    Hsia J, Criqui MH, Rodabough RJ, Langer RD, Resnick HE, Phillips LS, Allison M, Bonds DE, Masaki K, Caralis P, Kotchen JM; Women's Health Initiative Investigators.Estrogen plus progestin and the risk of peripheral arterial disease: the Women's Health Initiative. Circulation. 2004 Feb 10;109(5):620-6.

Anne McTiernan

350.    Hsia J, Aragaki A, Bloch M, LaCroix AZ, Wallace R; WHI Investigators. Predictors of angina pectoris versus myocardial infarction from the Women's Health Initiative Observational Study. Am J Cardiol. 2004 Mar 15;93(6):673-8.

351.    Women's Health Initiative Study Group. Dietary adherence in the Women's Health Initiative Dietary Modification Trial. J Am Diet Assoc. 2004 Apr;104(4):654-8.

352.    Margolis KL, Bonds DE, Rodabough RJ, Tinker L, Phillips LS, Allen C, Bassford T, Burke G, Torrens J, Howard BV; Women's Health Initiative Investigators. Effect of oestrogen plus progestin on the incidence of diabetes in postmenopausal women: results from the Women's Health Initiative Hormone Trial. Diabetologia. 2004 Jul;47(7):1175-87. Epub 2004 Jul 14.

353.    Cushman M, Kuller LH, Prentice R, Rodabough RJ, Psaty BM, Stafford RS, Sidney S, Rosendaal FR; Women's Health Initiative Investigators. Estrogen plus progestin and risk of venous thrombosis. JAMA. 2004 Oct 6;292(13):1573-80.

354.    Hsia J, Wu L, Allen C, Oberman A, Lawson WE, Torrens J, Safford M, Limacher MC, Howard BV; Women's Health Initiative Research Group. Physical activity and diabetes risk in postmenopausal women. Am J Prev Med. 2005 Jan;28(1):19-25.

355.    Margolis KL, Manson JE, Greenland P, Rodabough RJ, Bray PF, Safford M, Grimm RH Jr, Howard BV, Assaf AR, Prentice R; Women's Health Initiative Research Group. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med. 2005 Mar 14;165(5):500-8.

356.    Howard BV, Kuller L, Langer R, Manson JE, Allen C, Assaf A, Cochrane BB, Larson JC, Lasser N, Rainford M, Van Horn L, Stefanick ML, Trevisan M; Women's Health Initiative. Risk of cardiovascular disease by hysterectomy status, with and without oophorectomy: the Women's Health Initiative Observational Study. Circulation. 2005 Mar 29;111(12):1462-70. Epub 2005 Mar 21.

357.    Barnabei VM, Cochrane BB, Aragaki AK, Nygaard I, Williams RS, McGovern PG, Young RL, Wells EC, O'Sullivan MJ, Chen B, Schenken R, Johnson SR; Women's Health Initiative Investigators. Menopausal symptoms and treatment-related effects of estrogen and progestin in the Women's Health Initiative. Obstet Gynecol. 2005 May;105(5 Pt 1):1063-73.

358.    Prentice RL, Langer R, Stefanick ML, Howard BV, Pettinger M, Anderson G, Barad D, Curb JD, Kotchen J, Kuller L, Limacher M, Wactawski-Wende J; Women's Health Initiative Investigators. Combined postmenopausal hormone therapy and cardiovascular disease: toward resolving the discrepancy between observational studies and the Women's Health Initiative clinical trial. Am J Epidemiol. 2005 Sep 1;162(5):404-14. Epub 2005 Jul 20.

359.    Brunner RL, Gass M, Aragaki A, Hays J, Granek I, Woods N, Mason E, Brzyski R, Ockene J, Assaf A, LaCroix A, Matthews K, Wallace R; Women's Health Initiative Investigators. Effects of conjugated equine estrogen on health-related quality of life in postmenopausal women with hysterectomy: results from the Women's Health Initiative Randomized Clinical Trial. Arch Intern Med. 2005 Sep 26;165(17):1976-86.

360.    Prentice RL, Caan B, Chlebowski RT, et al. Low-fat dietary pattern and risk of invasive breast cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:629-642.

361.    Beresford SAA, Johnson KC, Ritenbaugh C, et al. Low-fat dietary pattern and risk of colorectal cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:643-654.

362.    Howard BV, Van Horn L, Manson JE, et al. Low-fat dietary pattern and risk of cardiovascular disease. The Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-666.

363.    de Boer IH, Tinker LF, Connelly S, Curb JD, Howard BV, Kestenbaum B, Larson JC, Manson JE, Margolis KL, Siscovick DS, Weiss NS; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of incident diabetes in the Women's Health Initiative. Diabetes Care. 2008 Apr;31(4):701-7. Epub 2008 Jan 30.

364.    Chlebowski RT, Johnson KC, Kooperberg C, Pettinger M, Wactawski-Wende J, Rohan T, Rossouw J, Lane D, O'Sullivan MJ, Yasmeen S, Hiatt RA, Shikany JM, Vitolins M, Khandekar J, Hubbell FA; Women's Health Initiative Investigators. Calcium plus vitamin D supplementation and the risk of breast cancer. J Natl Cancer Inst. 2008 Nov 19;100(22):1581-91. Epub 2008 Nov 11.

365.    Lederle FA, Larson JC, Margolis KL, Allison MA, Freiberg MS, Cochrane BB, Graettinger WF, Curb JD; Women's Health Initiative Cohort Study. Abdominal aortic aneurysm events in the women's health initiative: cohort study. BMJ. 2008 Oct 14;337:a1724.

366.    McCall-Hosenfeld JS, Jaramillo SA, Legault C, Freund KM, Cochrane BB, Manson JE, Wenger NK, Eaton CB,

Anne McTiernan

Rodriguez BL, McNeeley SG, Bonds D; Members of Women's Health Initiative-Observational Study. Correlates of sexual satisfaction among sexually active postmenopausal women in the Women's Health Initiative-Observational Study. <u>J Gen Intern Med</u>. 2008 Dec;23(12):2000-9. Epub 2008 Oct 7.

367.    Ritenbaugh C, Stanford JL, Wu L, Shikany JM, Schoen RE, Stefanick ML, Taylor V, Garland C, Frank G, Lane D, Mason E, McNeeley SG, Ascensao J, Chlebowski RT; Women's Health Initiative Investigators. Conjugated equine estrogens and colorectal cancer incidence and survival: the Women's Health Initiative randomized clinical trial. <u>Cancer Epidemiol Biomarkers Prev</u>. 2008 Oct;17(10):2609-18. Epub 2008 Sep 30.

368.    Brunner RL, Cochrane B, Jackson RD, Larson J, Lewis C, Limacher M, Rosal M, Shumaker S, Wallace R; Women's Health Initiative Investigators. Calcium, vitamin D supplementation, and physical function in the Women's Health Initiative. <u>J Am Diet Assoc</u>. 2008 Sep;108(9):1472-9.

369.    Chen Z, Arendell L, Aickin M, Cauley J, Lewis CE, Chlebowski R; Women's Health Initiative Program, National Heart, Lung and Blood Institute, US Department of Health and Human Services. Hip bone density predicts breast cancer risk independently of Gail score: results from the Women's Health Initiative. <u>Cancer</u>. 2008 Sep 1;113(5):907-15.

370.    Tinker LF, Bonds DE, Margolis KL, Manson JE, Howard BV, Larson J, Perri MG, Beresford SA, Robinson JG, Rodríguez B, Safford MM, Wenger NK, Stevens VJ, Parker LM; Women's Health Initiative. Low-fat dietary pattern and risk of treated diabetes mellitus in postmenopausal women: the Women's Health Initiative randomized controlled dietary modification trial. <u>Arch Intern Med</u>. 2008 Jul 28;168(14):1500-11.

371.    LaCroix AZ, Lee JS, Wu L, Cauley JA, Shlipak MG, Ott SM, Robbins J, Curb JD, Leboff M, Bauer DC, Jackson RD, Kooperberg CL, Cummings SR; Women's Health Initiative Observational. Cystatin-C, renal function, and incidence of hip fracture in postmenopausal women. <u>J Am Geriatr Soc</u>. 2008 Aug;56(8):1434-41. Epub 2008 Jul 24.

372.    Wright NC, Riggs GK, Lisse JR, Chen Z; Women's Health Initiative. Self-reported osteoarthritis, ethnicity, body mass index, and other associated risk factors in postmenopausal women-results from the Women's Health Initiative. <u>J Am Geriatr Soc</u>. 2008 Sep;56(9):1736-43. Epub 2008 Jul 17.

373.    Johnson KC, Margolis KL, Espeland MA, Colenda CC, Fillit H, Manson JE, Masaki KH, Mouton CP, Prineas R, Robinson JG, Wassertheil-Smoller S; Women's Health Initiative Memory Study and Women's Health Initiative Investigators. A prospective study of the effect of hypertension and baseline blood pressure on cognitive decline and dementia in postmenopausal women: the Women's Health Initiative Memory Study. <u>J Am Geriatr Soc</u>. 2008 Aug;56(8):1449-58. Epub 2008 Jul 15.

374.    Cauley JA, Wampler NS, Barnhart JM, Wu L, Allison M, Chen Z, Hendrix S, Robbins J, Jackson RD; Women's Health Initiative Observational Study. Incidence of fractures compared to cardiovascular disease and breast cancer: the Women's Health Initiative Observational Study. <u>Osteoporos Int</u>. 2008 Dec;19(12):1717-23. Epub 2008 Jul 16.

375.    Luo J, Margolis KL, Adami HO, LaCroix A, Ye W; Women's Health Initiative Investigators. Obesity and risk of pancreatic cancer among postmenopausal women: the Women's Health Initiative (United States). <u>Br J Cancer</u>. 2008 Aug 5;99(3):527-31. Epub 2008 Jul 15.

376.    Zheng Z, Margolis KL, Liu S, Tinker LF, Ye W; Women's Health Initiative Investigators. Effects of estrogen with and without progestin and obesity on symptomatic gastroesophageal reflux. <u>Gastroenterology</u>. 2008 Jul;135(1):72-81. Epub 2008 Mar 25.

377.    Bray PF, Larson JC, Lacroix AZ, Manson J, Limacher MC, Rossouw JE, Lasser NL, Lawson WE, Stefanick ML, Langer RD, Margolis KL; Women's Health Initiative Investigators. Usefulness of baseline lipids and C-reactive protein in women receiving menopausal hormone therapy as predictors of treatment-related coronary events. <u>Am J Cardiol</u>. 2008 Jun 1;101(11):1599-1605. Epub 2008 Apr 2.

378.    Allison MA, Manson JE, Langer RD, Carr JJ, Rossouw JE, Pettinger MB, Phillips L, Cochrane BB, Eaton CB, Greenland P, Hendrix S, Hsia J, Hunt JR, Jackson RD, Johnson KC, Kuller LH, Robinson J; Women's Health Initiative and Women's Health Initiative Coronary Artery Calcium Study Investigators. Oophorectomy, hormone therapy, and subclinical coronary artery disease in women with hysterectomy: the Women's Health Initiative coronary artery calcium study. <u>Menopause</u>. 2008 Jul-Aug;15(4 Pt 1):639-47.

379.    LaCroix AZ, Gray SL, Aragaki A, Cochrane BB, Newman AB, Kooperberg CL, Black H, Curb JD, Greenland P, Woods NF; Women's Health Initiative. Statin use and incident frailty in women aged 65 years or older: prospective findings from the Women's Health Initiative Observational Study. <u>J Gerontol A Biol Sci Med Sci</u>. 2008 Apr;63(4):369-75.

380.    Moeller SM, Voland R, Tinker L, Blodi BA, Klein ML, Gehrs KM, Johnson EJ, Snodderly DM, Wallace RB,

Chappell RJ, Parekh N, Ritenbaugh C, Mares JA; CAREDS Study Group; Women's Health Initiative Associations between age-related nuclear cataract and lutein and zeaxanthin in the diet and serum in the Carotenoids in the Age-Related Eye Disease Study, an Ancillary Study of the Women's Health Initiative. <u>Arch Ophthalmol</u>. 2008 Mar;126(3):354-64.

381.     Chlebowski RT, Schwartz AG, Wakelee H, Anderson GL, Stefanick ML, Manson JE, Rodabough RJ, Chien JW, Wactawski-Wende J, Gass M, Kotchen JM, Johnson KC, O'Sullivan MJ, Ockene JK, Chen C, Hubbell FA; Women's Health Initiative Investigators. Oestrogen plus progestin and lung cancer in postmenopausal women (Women's Health Initiative trial): a post-hoc analysis of a randomised controlled trial. <u>Lancet</u>. 2009 Oct 10;374(9697):1243-51. Epub 2009 Sep 18.

382.     Kabat GC, Kim M, Adams-Campbell LL, Caan BJ, Chlebowski RT, Neuhouser ML, Shikany JM, Rohan TE; WHI Investigators. Longitudinal study of serum carotenoid, retinol, and tocopherol concentrations in relation to breast cancer risk among postmenopausal women. <u>Am J Clin Nutr</u>. 2009 Jul;90(1):162-9. Epub 2009 May 27.

383.     Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken,  Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators. Breast cancer after use of estrogen plus progestin in postmenopausal women. <u>N Engl J Med</u>. 2009 Feb 5;360(6):573-87.

384.     Chen Z, Thomson CA, Aickin M, Nicholas JS, Van Wyck D, Lewis CE, Cauley JA, Bassford T; Short list of Women's Health Initiative Investigators. The relationship between incidence of fractures and anemia in older multiethnic women. <u>J Am Geriatr Soc</u>. 2010 Dec;58(12):2337-44.

385.     Chlebowski RT, Anderson GL, Gass M, Lane DS, Aragaki AK, Kuller LH, Manson JE, Stefanick ML, Ockene J, Sarto GE, Johnson KC, Wactawski-Wende J, Ravdin PM, Schenken R, Hendrix SL, Rajkovic A, Rohan TE, Yasmeen S, Prentice RL; WHI Investigators. Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women. <u>JAMA</u>. 2010 Oct 20;304(15):1684-92

386.     Manson JE, Allison MA, Carr JJ, Langer RD, Cochrane BB, Hendrix SL, Hsia J, Hunt JR, Lewis CE, Margolis KL, Robinson JG, Rodabough RJ, Thomas AM; Women's Health Initiative and Women's Health Initiative-Coronary Artery Calcium Study Investigators. Calcium/vitamin D supplementation and coronary artery calcification in the Women's Health Initiative. <u>Menopause</u>. 2010 Jul;17(4):683-91.

387.     Wright NC, Lisse JR, Walitt BT, Eaton CB, Chen Z; Women's Health Initiative Investigators. Arthritis increases the risk for fractures--results from the Women's Health Initiative. <u>J Rheumatol</u>. 2011 Aug;38(8):1680-8. Epub 2011 May 15.

388.     LaCroix AZ, Chlebowski RT, Manson JE, Aragaki AK, Johnson KC, Martin L, Margolis KL, Stefanick ML, Brzyski R, Curb JD, Howard BV, Lewis CE, Wactawski-Wende J; WHI Investigators. Health outcomes after stopping conjugated equine estrogens among postmenopausal women with prior hysterectomy: a randomized controlled trial. <u>JAMA</u>. 2011 Apr 6;305(13):1305-14.


## BOOKS

1.  **McTiernan A**. *Starved: A Nutrition Doctor's Journey from Empty to Full*. Central Recovery Press. November 2016.
2.  **McTiernan A**, Gralow J, Talbott L. *Breast Fitness: An Optimal Exercise and Health Plan for Reducing Your Risk of Breast Cancer*. St. Martin's Press, New York. October 2000 (hardcover), October 2001 (softcover)
3.  International Agency for Research on Cancer. <u>IARC Handbooks of Cancer Prevention, Vol. 6, Weight Control and Physical Activity</u>, Lyon, IARC Press, 2002 (member of writing group)
4.  **McTiernan A.** (Editor) <u>Cancer Prevention and Management Through Exercise and Weight Control</u> CRC Press LLL, 2006.
5.  **McTiernan A.** (Editor) <u>Physical Activity, Dietary Calorie Restriction, and Cancer (Energy Balance and Cancer)</u>. Springer; 1st Edition. November 19, 2010.


## REPORTS, EDITORIALS, BOOK CHAPTERS, LETTERS, AND INVITED REVIEWS

1.  **McTiernan A**: Does breastfeeding prevent breast cancer? (editorial) <u>Breastfeeding Abstracts</u> 6:19, 1987.
2.  Vaughan T, and **McTiernan A**: Diet in the etiology of cancer. <u>Sem. Oncol. Nursing</u> 2:3-13, 1986.
3.  Henderson M and **McTiernan A**.  Clinical Programs for Breast Cancer Protection.  <u>Reducing Breast Cancer in Women</u>.  B. Stoll, ed.  The Netherlands.  Kluwer Acad. Pub. 177-183, 1995.
4.  **McTiernan, A**. Physical activity and breast cancer – time to get moving? (editorial) <u>NEJM</u> 336:1311-1312, 1997.

Anne McTiernan

5. **McTiernan, A**. Commentary on: Thune I, Brenn T, Lund E, Gaard M. Physical activity and the risk of breast cancer. Clin J Sport Med 1997;7 (4) 315
6. Chlebowski RT, **McTiernan A**. Hormone Replacement Therapy and Breast Cancer: Limitations of Current Evidence. American Society of Clinical Oncology Education Book (Fall) 1998:87-91.
7. Wingo P, **McTiernan A**. Hormone Replacement Therapy. In Women and Health. MB Goldman and MC Hatch, eds. San Diego, Academic Press. 2000. Pages 1169-81.
8. **McTiernan A**. Cancer Prevention. In Medical and Psychological Aspects of Sport and Exercise. DI Mostofsky and L Zaichkowsky, (eds.) Morgantown, WV, Fitness Information Technology, Inc. 2002
9. **McTiernan A**. Recent Controversies in Mammography Screening for Breast Cancer. Medscape Women's Health eJournal 2002;7(2).
10. Chlebowski R, **McTiernan A**. Biological significance of interventions that change breast density. J Natl Cancer Inst. 2003 Jan 1;95(1):4-5.
11. **McTiernan A**. Lifestyle Factors in Breast Cancer. Breast Cancer Online. 2003 http://www.bco.org/article.asp?article=105
12. **McTiernan A**. Physical Activity, Exercise, and Cancer: Prevention to Treatment-Symposium Overview. Medicine and Science in Sports and Exercise. 2003;35(11):1821-22.
13. **McTiernan A**. Obesity and Cancer: Potential Management Strategies. American Society for Clinical Oncology Proceedings, 2004.
14. **McTiernan A**. Obesity in the Breast Cancer Survivor. In Nutritional Oncology. Heber D. and Blackburn G. (Eds). San Diego, Academic Press, 2005.
15. **McTiernan A**. Low carb diets:  will they be effective in reducing breast cancer risk? American Society for Clinical Oncology Proceedings, 2005.
16. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: exercise and sex hormones. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.
17. **McTiernan A**. Mechanisms associating physical activity with cancer incidence: intervention studies in humans. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.
18. Kaaks R and **McTiernan A**. Mechanisms associating obesity with cancer incidence: obesity and sex hormones. In **McTiernan A.** (Editor) Cancer Prevention and Management Through Exercise and Weight Control CRC Press LLL, 2005.
19. **McTiernan A.** Breast Cancer Prevention. Consultant 2006; 46(4): 407-14
20. Ulrich CM, Chubak J, **McTiernan A.** Re: Exercise, vitamins and respiratory tract infections. American Journal of Medicine. [December 2007].
21. Ballard-Barbash R, **McTiernan A**. Is the Whole Larger Than the Sum of the Parts? The Promise of Combining Physical Activity and Diet to Improve Cancer Outcomes. Editorial on "Greater Survival After Breast Cancer in Physically Active women with High Vegetable-Fruit Intake Regardless of Obesity" by John Pierce et al. J Clin Oncol. 2007 Jun 10;25(17):2335-7.
22. **McTiernan A**. Diet, Exercise, and Lifestyle in the Prevention and Recurrence of Breast Cancer. In Sanchez-Basurto C & Sanchez-Forgach ER. Tratado de Enfermedades de la Glandula Mamaria, Mexico City, Mexico, 2007
23. Physical Activity Guidelines Advisory Committee. *Physical Activity Guidelines Advisory Committee Report, 2008*. Washington, DC: U.S. Department of Health and Human Services, 2008. (Member of Committee)
24. **McTiernan A**. Physical Activity, Weight, Diet and Breast Cancer Risk Reduction. Invited Commentary on Eliassen et al. Physical activity and risk of breast cancer among postmenopausal women. Arch Int Med 2010 Nov 8;170(20):1792-3
25. Chan D, Thune I, **McTiernan A**. Invited commentary on Chan et al., Body Mass Index and Survival in Women With Breast Cancer–Systematic Literature Review and Meta-Analysis of 82 Follow-Up Studies. Practice Update. http://www.practiceupdate.com/explore/  May, 2014.
26. Irwin ML, Fabian C, **McTiernan A**. Risk reduction from weight management and physical activity interventions. Adv Exp Med Biol. 2015;862:193-212.
27. Duggan C, Gross MD, **McTiernan A**. Diet and Exercise and Serum Markers of Oxidative Stress-Response. Cancer Prev Res (Phila). 2017 Aug;10(8):487.

Anne McTiernan

## MANUSCRIPTS SUBMITTED FOR PUBLICATION

1. Frydenberg H, Ursin G, Iversen A, Fagerland MW, Ellison PT, Wist EA, Egeland T, Wilsgaard T, **McTiernan A**, Furberg A-S, Thune I. High-density lipoprotein-cholesterol (HDL-C), daily estradiol and progesterone and mammographic density in premenopausal women. Submitted to The Breast 2015
2. Lofterød T, Frydenberg H, Eggen AE, **McTiernan A**, Mortensen ES, Wist EA, Akslen LA, Reitan JB, Wilsgaard T, Thune I. Triglycerides and weight change throughout life influence breast cancer development. The EBBA Life study. Submitted to Cancer Causes & Control 2016.
3. Mason C, deDieu Tapsoba J, Duggan C, Wang CY, Alfano CM, **McTiernan A**. Disordered eating behaviors and weight loss outcomes in a 12-month randomized trial of diet and/or exercise intervention in postmenopausal women. Submitted to American Journal of Clinical Nutrition 2018.
4. Chan DS, Abar L, Cariolou M, Nanu N, Greenwood DC, Bandura EV, **McTiernan A**, Norat T. World Cancer Research Fund International – Continuous Update Project: systematic literature review and meta-analysis of cohort studies on physical activity, adiposity, and weight change and breast cancer risk. Submitted to British Medical Journal. 2018

## INVITED SCIENTIFIC PRESENTATIONS (does not include conference abstracts)

1. "Women's Health and the Women's Health Initiative."  Fred Hutchinson Cancer Research Center, WHI Clinical Center Staff Trainings, 1993-1997.
2. "The Women's Health Initiative:  An Overview."  University of Washington, Department of Epidemiology Seminars, February 8, 1994.
3. "Risk Assessment for Breast Cancer."  University of Washington, Department of Surgery Breast Cancer Conference, April 26, 1994.
4. "Risk Assessment for Breast Cancer."  Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994.
5. "Assessing Individual Risk for Breast Cancer."  Cancer in Lesbians Symposium, Fred Hutchinson Cancer Research Center, December 2, 1994.
6. "Breast Cancer in High Risk Populations:  Women's Health Initiative."  Fred Hutchinson Cancer Research Center Scientific Retreat, December 7, 1994.
7. "The Women's Health Initiative."  Invited presentation at American Society for Preventive Oncology, Women's Cancers Study Group Meeting, March 11, 1995.
8. "Prevention in Practice and Trials."  Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.
9. "Exercise and Breast Cancer." Beating Breast Cancer in the '90's: What Everyone Needs to Know about Breast Cancer, University of Washington/Fred Hutchinson Cancer Research Center, April 23, 1996.
10. "Women's Health Initiative." Women's Health Grand Rounds, University of Washington Medical Center-Roosevelt, January 6, 1996.
11. "Exercise and Cancer." Interdisciplinary Cancer Course, Fred Hutchinson Cancer Research Center, March 26, 1997.
12. "Exercise and Breast Cancer." Nutrition Seminar, Department of Nutrition, University of Washington School of Public Health, April 10, 1997.
13. Panel Discussant, "Epidemiologic Issues", NAPBC Workshop on Physical Activity and Breast Cancer, Nov 13-14, 1997.
14. "Diet and Exercise" Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, October 7, 1998.
15. "Exercise and Breast Cancer" American College of Sports Medicine, Seattle, WA, June 2, 1999.
16. "Physical Activity and Reproductive Hormones" Cooper Institute Conference on Physical Activity and Cancer, Dallas, Texas, November 5-7, 2000
17. "Weight Matters in Breast Cancer Prevention and Rehabilitation" Oncology Grand Rounds. Southwest Cancer Center at University Medical Center, Lubbock, Texas, March 2001
18. "Body mass, physical activity, and sex hormones in postmenopausal breast cancer patients". American Cancer Society Science Writers Conference, April 2001

Anne McTiernan

19. "Obesity and Women's Cancer" Keynote Lecture, North American Association for the Study of Obesity, October 2001.
20. "Physical Activity and Breast Cancer ", Women's Sports International, St. Louis, June 2002.
21. "Exercise and Breast Cancer", FHCRC Oncology Grand Rounds, October 2002.
22. "Physical Activity after Cancer: Physiologic Outcomes" in Exercise and the Cancer Survivor: What Should we Recommend?, American Dietetic Association Food and Nutrition Conference and Exhibition, Philadephia, October 2002.
23. ** "Exercise and the Prevention of Colorectal Cancer" European School of Oncology Second Colorectal Cancer Conference, Rome, Italy, October 2002.
24. "Energy Balance – an Etiologic Factor in Human Cancer: Randomized Trial of Exercise Effect on Breast Cancer Biomarkers." Oslo Norway, July 2002.
25. "Exercise and Breast Cancer: Impact on Prevention and Recurrence" The Gibson Lecture in Cancer Prevention Endowed Lectureship, University of Virginia School of Medicine, February 26, 2003
26. "Exercise, Body Fat, and Breast Cancer" Florence Ettelson Memorial Lectureship Medicine Grand Rounds, Providence St. Vincent Medical Center, Portland, OR October 2003
27. "Exercise and Breast Cancer" U. Washington Geriatrics Grand Rounds October 2003
28. "Body Mass Index & Breast Cancer Risk" Challenges & Controversies in Breast Cancer, U Washington School of Medicine CME, October 2003
29. "Diet and Physical Activity" 2nd Emerging Trends in Adjuvant Therapy of Breast Cancer Conference, New York City, October 2003.
30. "Exercise in the Prevention of Breast and Colon Cancer" New England American College of Sports Medicine, November, 2003.
31. "Managing Toxicities of Therapy: Weight Loss and Exercise" School of Breast Oncology, November 2003
32. "Exercise and Breast Cancer Prevention" U. Hawaii, January 2004
33. ** "Obesity and Cancer" 2nd International Conference on the Future of Supportive Therapy in Oncology, St. Kitts, Carribean, February 2004
34. "Exercise and Breast Cancer" University of Alabama at Birmingham, CNRC/Nutrition Sciences Seminar Series, March 2004
35. "WHI Estrogen plus Progestin and Breast Cancer Results" FHCRC Gynecologic Cancer Research Program, March 2004
36. ** "Exercise Effects on Total Body Fat, Intra-Abdominal Fat, Insulin, Leptin, and the Metabolic Syndrome in Menopause" Plenary Session, 5th International Symposium on Women's Health and Menopause, Florence, Italy, April 2005
37. "Exercise and Women's Health" University of Virginia, May 2004
38. "Colon ca, biomarkers, and exercise" American College of Sports Medicine, 2004
39. "Obesity Management in Cancer Patients" ASCO, June 2004
40. ** "Effect of Physical Activity on Breast and Colon Cancer Biomarkers" Ireland/Northern Ireland/NCI Cancer Consortium Seminar on Obesity and Cancer, Dublin, Ireland, September 2004
41. "Exercise Trials in Cancer Prevention" AACR Frontiers in Cancer Prevention, Seattle, WA October 2004
42. "Physical Activity, Endogenous Hormones, and Cancer Etiology" Plenary Session AACR Frontiers in Cancer Prevention, Seattle, WA October 2004
43. "Obesity in Breast Cancer Patients" School of Breast Oncology, Atlanta, Georgia, November 2004
44. "Nutrition, Physical Fitness, and Cancer " Aultman Cancer Center, Canton, Ohio, November 2004
45. "Effects of Menopausal Hormone Therapy and Tamoxifen on Mammographic Density" University of Virginia, Department of Radiology, February 2005.
46. "Optimizing Health Outcomes" in Oncology Care in the 21st Century: Integrating Care along the Health Care Continuum, Arthur G. James Cancer Hospital Ohio State University, February 2005
47. "Obesity, Exercise, and Breast Cancer", Tyler, Texas Breast Cancer Conference (talks to oncologists and lay audiences) March 2005
48. "Breast Fitness" talk to women's health providers, Anchorage, Alaska, May 2005
49. "Low Carb Diets:  Will They Be Effective in Reducing Breast Cancer Risk?" ASCO, Orlando 2005.
50. ** "Biologic mechanisms involved in the association between physical activity and cancer: results from recent

Anne McTiernan

randomized controlled intervention trials" Eurocancer, Paris, June 2005.
51. ** "Exploring Mechanisms Relating Energy Balance and Cancer" IARC, Lyon, France, June 2005.
52. "Prevention of New and Recurrent Cancers: Lifestyle and Chemoprevention" and "Cancer Screening and Management: The PCP's Role" Issues in Aging Conference, New Orleans, July 2005
53. "Exercise and Cancer Prevention" Rockefeller, NYC, September 2005
54. ** "Open Forum of Breast Health", Mexico City, Mexico, October 2005
55. "Breast Fitness: Exercise for Breast Cancer Patients and Survivors", Cancer Wellness Center Northbrook,IL, November 2005
56. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2005
57. "Insulin Resistance Syndrome and Cancer Risk", International Conference on Metabolic Syndrome, San Francisco, November 2005
58. "Selected Major Findings from the OS Results: Breast Cancer", WHI Conference, Bethesda, February 2006.
59. "Intermediate Endpoints in Energy Balance and Physical Activity Trials" NCI Workshop on State of the Evidence for a Weight Control Trial to Prevent Breast Cancer, Bethesda, March 2006.
60. "Physical Activity and Cancer Recurrence and Survival", Symposium: "Physical Activity across the Cancer Continuum" for the CDC International Congress on Physical Activity and Public Health, Atlanta, April 2006
61. "Exercise, Estrogens, and Breast Cancer: Physical Activity Trials" American College of Sports Medicine, May 2006.
62. "Exercise and Nutrition in Chemoprevention" WCRF/AICR International Research Conference, Washington DC, July 2006.
63. ** "Exercise and Cancer Prevention". National University of Singapore, Singapore, July 2006.
64. ** "Breast Cancer Prevention", "Lifestyle, Diet, and Breast Cancer ", "Lifestyle changes may reduce the risk of recurrence" Mexican Association of Breast Diseases 5th Annual Meeting, Leon, Mexico, August 2006.
65. "WHI and Breast Cancer" Seattle Gynecological Society, Seattle, September, 2006
66. "Physical Activity, Weight Control, and Cancer Prevention" Dana Farber Cancer Center Channing Laboratory and Harvard School of Public Health Seminar Series Speaker, October 2006.
67. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2006
68. "Energy Balance and Cancer: Human Intervention Studies" NCI Energy Balance Working Group, Bethesda, MD, January 2007
69. "Overweight, Obesity, and Sedentary Lifestyle in Breast Cancer Prognosis". Interdisciplinary Science, Health Promotion, and Disease Prevention. Pasadena, CA. May 2, 2007.
70. "Transdisciplinary Research to Elucidate the Pathways Linking Components of Energy Balance to the Cancer Process" Transatlantic Research and Innovation Symposium. Research Triangle Park, North Carolina, May 3, 2007.
71. "Obesity, Physical Activity, & Breast Cancer" University of Washington CNRU May 11, 2007
72. "Women's Health Initiative Clinical Trials" Northwestern University Clinical Research Educational Conference, Chicago, May 18, 2007.
73. "Exercise and Weight Loss in Women and Men" Northwestern University Dept of Preventive Medicine, May 18, 2007.
74. FASEB Energy Balance, Body Fat & Disease, "Exercise and Cancer Prevention", and chair of session "Exercise and Cancer Prevention & Prognosis" Indian Wells, CA, August 2007
75. MD Anderson Cancer Prevention Grand Rounds, "Overweight, Obesity, Physical Activity, and Breast Cancer Prevention" Houston, Sept 2007
76. MD Anderson Integrative Medicine Program Lecture Series talk "Obesity, Weight Loss, and Physical Activity for Cancer Patients and Survivors" Houston, Sept 2007
77. **Breast Health Global Initiative "Primary prevention of breast cancer: lifestyle changes, diet, western lifestyle", Budapest, Hungary, October 2007
78. "Obesity in Breast Cancer Patients", School of Breast Oncology, Atlanta GA, November 2007
79. "Breast Cancer: Women at Risk and New Strategies for Prevention", Practicing Clinicians Exchange, San Francisco, CA November 2007
80. "Exercise Effect on Inflammation and Other Cancer Biomarkers", Southeast ACSM, Birmingham, AL, February 2008
81. "Professional Development for Women", Southeast ACSM, Birmingham, AL, February 2008
82. "Exercise and Body Composition Change Effects on Sex Hormones in Postmenopausal Women", AACR – TREC

Anne McTiernan

Markers & Mediators, Virginia, February 2008
83. "Obesity in Breast Cancer Risk and Prognosis", Case Western University, Cleveland, OH, March 2008
84. "Exercise Interventions in Breast Cancer Prevention and Outcomes", Cleveland, OH, March 2008
85. "TREC Talk", Cancer Prevention and Research Center Retreat, Coeur d' Alene, ID, March 2008
86. ** "Fitness vs. Fatness: Evidence from Epidemiologic and Intervention Studies on the Separate and Combined Effects of Physical Activity and Obesity on Cancer Risk", International Physical Activity Meeting, Amsterdam, April 2008
87. "Influence of Exercise on Immune Function: Possible Link to Breast Cancer", ACSM, Indianapolis, May 2008
88. "Breast Cancer Prevention and Survivorship through Lifestyle and Chemoprevention", Memorial Sloan Kettering Cancer Center, New York City, NY, September 2008
89. ** "Early Detection, Diet, Physical Activity, and Cancer", Women in High Places meeting, Riyadh, Saudia Arabia, October 2008
90. **"Diet and Breast Cancer", Saudi Arabian Cancer Conference, Riyadh, Saudia Arabia, October 2008
91. "Physical Activity & Weight Control in Breast Cancer Prevention & Prognosis", Alaska Conference: "Reducing the Risk, Advancing the Cure: New Recommendations, New Options for Primary Care Providers and Survivors." Televised from Seattle, October 2008
92. "Lessons Learned from Real-Life Lifestyle Interventions", The Obesity Society, Phoenix, AZ, October 2008
93. "Breast Cancer: Weight Loss and Exercise", School of Breast Oncology, Atlanta, GA, November 2008
94. "Fitness vs. Fatness in Breast Cancer Risk and Prognosis", Frontiers of Cancer Prevention, Washington, DC, November 2008
95. "Effects of Exercise and Obesity on Inflammation and Cancer Risk", University of Washington, DERC Seminar Series, February 2009
96. "Does Weight Loss Reduce Cancer Risk?" The Obesity Society, October 2009.
97. Roger E. Moe Award for Translational Research Lecture "Effects of Weight and Physical Activity on Breast Cancer Prognosis" University of Washington *Current Concepts and Challenges in Breast Cancer* October 2009
98. "Lessons learned from physical activity (exercise) interventions" AICR Annual Research Conference on Food, Nutrition, Physical Activity and Cancer, Washington, DC, November 2010
99. "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2010
100. "Transdisciplinary studies of weight loss and exercise interventions in women at increased risk for breast cancer", AACR, Washington, DC, April 2010
101. "Exercise Effects on Breast Cancer Biomarkers", International Society for Behavioral Nutrition & Physical Activity, Minneapolis, MN, June 2010
102. **"Physical Activity & Cancer" Lecture, Helsedirektoratet (Directory of Health), Oslo, Norway, December 2010
103. "Physical Activity, Weight Control and Cancer Prevention" Physical Activity and Nutrition seminar series University of Michigan. The School of Kinesiology, February 2011.
104. "Physical Activity in Cancer Prevention" American College of Sports Medicine President's Talk, Denver, CO, June 2011
105. "Breast Cancer Prevention" Foundation for Care Management, Lakewood, WA, January 2011
106. "Breast Cancer Prevention" Foundation for Care Management, Coupeville, WA, February 2011
107. "Inflammation, Insulin, & Obesity  in Breast Cancer Survival", University of Texas Southwestern Medical Center, Dallas, Texas, September 2011
108. "Interventions in cancer survivors; issues and challenges in this population", Institute of Medicine Workshop "The Role of Obesity in Cancer Survival and Recurrence", Washington, DC, October 31-November 1, 2011
109. "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2011
110. **"Obesity, Physical Activity, & Related Mechanisms in Breast Cancer Survival", Norwegian Congress in Oncology, Oslo, Norway, November 2011
111. "Impact of Obesity on Cancer " Swedish Hospital Medical Center CME, Seattle, WA May 2012
112. "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials", University of Hawaii, July 2012
113. "The Impact of Intentional Weight Loss on Cancer Risk", The Obesity Society, San Antonio, Texas,  September 2012
114. "Dietary Weight Loss and Exercise Effects on Metabolic Hormones in Postmenopausal Women", Fred

Anne McTiernan

Hutchinson Cancer Research Center Symposium on Metabolism and Cancer, September 2012
115.    **"Lifestyle Modifications to Reduce Cancer Risk and Improve Overall Health", Global Summit on International Breast Health, Vienna, Austria, October 2012
116.    **" Medical Perspective on the Influential Role of Obesity in the Risk and Prognosis of Breast Cancer" and "Obesity, chronic diseases and cancer, a common link with lifestyle" Mexican Association of Mastology, Villahermosa, Tabasco, Mexico, October 2012
117.    "Effects of Weight Loss and Physical Activity on Cancer Risk Factors: Evidence from Randomized Trials" Oregon Health Sciences University, October 2012
118.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2012
119.    "Dietary weight loss and exercise effects on metabolic and sex hormones in postmenopausal women." American Association for Cancer Research, Washington, DC, April 2013
120.    "Obesity, Weight Loss, Vitamin D, and Cancer Biomarkers" Fred Hutchinson Cancer Research Center Joint Cancer Prevention/Epidemiology Seminar Series, May 2013
121.    **"The WCRF/AICR Continuous Update Project – Systematic Reviews on Nutrition, Physical Activity & Health Outcomes in Cancer Survivors" International Union of Nutrition Scientists (IUNS) 20th International Congress of Nutrition, Granada, Spain, 2013
122.    **"Appraisal of Evidence for Obesity Effects on Cancer" IASO/WCRF Obesity, Physical Activity and Cancer, London, 2013
123.    "Weight Loss & Exercise Effects on Breast Cancer Biomarkers" University of Illinois Symposium, Chicago, October 2013
124.    **"Obesity, Physical Activity and Cancer" State Institute of Diabetes and Endocrinology & Catholic University Post Graduation course on Endocrinology and Metabolism. Rio de Janeiro, Brazil, October  2013
125.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2013
126.    "Obesity, Physical Activity and Cancer" Keynote Speaker, The Center for Energy Balance in Cancer Prevention & Survivorship Research Retreat, MD Anderson Cancer Center, February 2014
127.    **"Exercise in Cancer Prevention & Survivorship", Athens Institute for Education and Research, 10th Annual International Conference on Kinesiology and Exercise Sciences, Athens, Greece, August 2014
128.    **"Weight Loss & Exercise Effects on Cancer Biomarkers," University of Tromso, Norway, September 2014
129.    "Breast Cancer Survivors: Findings from the Continuous Update Project," American Institute for Cancer Research Annual Conference, October, 2014.
130.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2014
131.    "Obesity, Weight Loss, & Breast Cancer," University of Iowa Diabetes and Obesity Talks Seminar Series, November, 2014
132.    "Weight Loss & Exercise Effects on Breast Cancer Biomarkers," Memorial Sloan Kettering Cancer Center, New York, February, 2015.
133.    "Physical Activity & Weight Loss Effects on Cancer Biomarkers", NCI Schatzkin Talk, May 2015
134.    "Obesity, Weight Loss, Exercise & Breast Cancer" Seattle Cancer Care Alliance, May 2015
135.    **"Associations of Weight, Physical Activity, & Diet with Breast Cancer Survival", International Society for Behavioral Nutrition & Physical Activity, Edinburg Scotland, June 2015
136.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2015
137.    **"The role of physical activity on cancer risk: epidemiology & molecular mechanisms" WCRF International and World Obesity Federation Joint Conference, September 2016
138.    **"Anthropometry: What Can We Measure & What Does It Mean?" WCRF International and World Obesity Federation Joint Conference, September 2016
139.    ""Exercise, Weight, and Cancer Risk" University of Alabama Center for Exercise Medicine, Birmingham, September 2016
140.    **"Long-term Effects of Exercise & Weight on Breast Cancer Biomarkers" University of Tromso, Norway, October 2016
141.    "Exercise, Weight, and Cancer Risk" Roswell Park Prevention Grand Rounds, Buffalo, NY, October 2016
142.    "Modifiable Health Behaviors for Cancer Survivors // Health Promotion: Exercise, Physical Rehab" SCCA Cancer Survivorship for Physicians CME, October 2016
143.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2016

144.    "Physical Activity & Cancer – What We Know, What We Don't Know" American Institute for Cancer Research AICR's 25th Research Conference, November 2016

145.    **"Screening for Breast Cancer: Pro", EuroMedLab, Athens, Greece, June 2017

146.    **"Weight Control and Exercise for Breast Cancer Pts & Survivors", Mexican Association of Mastology, 14th National Congress, Guadalajara – México, August, 2017

147.    "Weight Loss and Exercise" School of Breast Oncology, Atlanta GA, November 2017

148.    **"Effects of Weight Loss on Cancer Biomarkers, " Canadian Cancer Research Conference, Vancouver, BC, Canada, November 2017

149.    "Physical Activity and Diet for Cancer Prevention and Treatment: State of the Evidence," Arizona State University, Tempe, Arizona, February, 2018

150.    "Physical Activity for Cancer Prevention and Treatment: State of the Evidence," Wolffe Lecture, American College of Sports Medicine, May 2018

151.    ** Diet, Weight & Exercise in Cancer Prevention & Survival: the World Cancer Research Fund Report," Oncology Grand Rounds, BC Cancer, Vancouver, BC, Canada, September 2018

152.    **"Physical Activity and Cancer Prevention," National Center for Sport and Exercise Medicine, University of Loughborough, England, July 2018

153.    "Weight Control and Exercise for Breast Cancer Prevention," National Cancer Institute, Stars in Nutrition and Cancer lecture, October, 2018

** International Presentations

## FUNDED RESEARCH PROJECTS (total dollars unless otherwise noted)
Completed

- A Case-Control Study of Thyroid Cancer in Women, **PI: Anne McTiernan**, American Cancer Society Institutional Grant 1N-26-U, 1979-1982.
- Counseling Strategies for Breast Cancer Risk, PI: Deborah Bowen, PhD, NIH Grant #HG/CA01190-01, 1994-97, $654,409.00.
- Fenfluramine as an Adjunct to Smoking Cessation Therapy, PI: Deborah Bowen, PhD, NIH Grant #R29CA50858, 1990-94.
- Feasibility Study of an Exercise-Diet Program for Breast Cancer Patients, PI: Anne McTiernan, FHCRC Bid and Proposal funds, 1995-1996, $10,000 (direct)
- Echocardiographic Follow-up to a Randomized Trial of Fenfluramine in Women Smokers, PI: Deborah Bowen, PhD, Wyeth Ayerst research contract, 1998, $1,957,627.
- A Randomized Controlled Trial of Fat Reduction and Risk of Proliferative Forms of Benign Breast Disease, WHI Ancillary Study, PI: Tom Rohan, MD; **PI of FHCRC subcontract to U. Toronto: Anne McTiernan,** $13,699.
- Effect of Exercise on Mammogram Densities, **PI: Anne McTiernan,** FHCRC Bid and Proposal funds, 1999-2000.
- SEER Special Studies RFP Interaction of Genetic Susceptibility and Hormonal Exposures in Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $137,465.
- SEER Special Studies RFP Mammographic Breast Density and Breast Cancer Prognosis, **PI: Anne McTiernan,** 1999-2001, $123,558.
- Genetic Risk Information for a Defined Populations, PI: Deborah Bowen, PhD, NIH grant #HG/CA1190-01, 1998-2001, $1,143,890.
- Effect of Hormone Replacement Therapy on Mammographic Density, WHI Ancillary Study, PI: Barbara Hulka, MD, MPH; **PI of FHCRC subcontract to UNC Chapel Hill: Anne McTiernan,** 1998-2003, $876,824.
- Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1997-2003, $1,562,811.
- Effect of Exercise on Immune Function in Postmenopausal Women: Supplement to Effect of Exercise on Sex Hormones in Postmenopausal Women, **PI: Anne McTiernan,** NIH R01CA/AG69334-01A2, 1998-2003, $439,112.
- Women's Intervention Nutrition Study (WINS) FHCRC Clinical Center, PI: Alan Kristal; Past-PI, $28,400.
- Exercise Intervention Trial for Colorectal Polyp Patients, **PI: Anne McTiernan,** R01 CA77572-01, 2000-2007, $4,046,212.

- Clinical Coordinating Center, Women's Health Initiative Trial & Observational Study, PI: Ross Prentice; **Role on project: Co-Investigator**, NIH N01-WH-2-2110, 1992-2007+, $112,336,577.
- Randomized, Double-Blind, Placebo Controlled Trial of 4-OH Tamoxifen Gel in Premenopausal Women with 50-80% Density in Breast tissue Based on Digitized Analysis of Screening Mammography, Besins International U.S. Inc. **PI: Anne McTiernan,** 2002-2003, $116,165.
- Seattle Cancer & Aging Program – Pilot: Effect of Exercise on Prostate Cancer Biomarkers: An Ancillary Study to a Randomized Controlled Clinical Trial, PI: Peter Rabinovitch; **PI of Pilot Study: Anne McTiernan**, P20 CA103728, 2004-2006, $39,049.
- Study of Tamoxifen vs. Raloxifene (STAR), PI: R. Clarfeld; **Role on project: Co-Principal Investigator.**
- Exercise and Fitness in Childhood Cancer Survivors, PI: Debra Friedman; **PI of FHCRC Subcontract: Anne McTiernan,** NCI R21, 2004-2006, $23,904 (direct).
- Proteomic Markers of Health Behaviors, PI: Paul Lampe/Yutaka Yasui; **Role on project: Co-Investigator**, NCI-5 R03 CA108339-02, 2004-2006, $173,000.
- Randomized placebo-controlled biomarker modulation trial using Celecoxib in premenopausal women at high risk for breast cancer, SWOG, PI: Powell Brown; **PI of FHCRC subcontract: Anne McTiernan**, NIH/NCI CA37429, 2005-2006, $37,799.
- Effects of Aspirin on Biomarkers of Breast Cancer Risk (Avon Progress for Patients Funds), PI: Nicole Urban**; Role on project: Project Leader, wrote proposal and directed trial**, 2004-2007, $496,238.
- ALPHA Trial: Alberta Physical Activity and Breast Cancer Prevention Trial. Canadian Breast Cancer Research Initiative, PIs: Christine Friedenreich and Kerry Courneya; **Role on project: Co-Investigator**, 2002-2007, $1,104,147.
- Mammographic Density and Invasive Breast Cancer, PI: Etta Pisano, **PI of FHCRC Subcontract: Anne McTiernan**, R01 CA105007-01, 2004-2007, $50,524 (direct).
- Cognitive Effects of Aerobic Exercise for Adults with Impaired Glucose Tolerance: A Controlled Trial (American Diabetes Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Cognitive Effects of Aerobic Exercise for Adults with Mild Cognitive Impairment: A Controlled Trial (Alzheimer's Association), PI: Laura Baker; **Role on project: Co-Investigator**, 2004-2007.
- Social and Physical Activity of Childhood Cancer Survivors, PI: Debra Friedman; **Role on project: Co-Investigator**, NIH/NCI CA 104123-01A2, 2005-2007, $107,500.
- UW Multidisciplinary Research Training Grant, PI: R Deyo; Role on project: **Co-Investigator, Mentor**, 1 K12 HD 49100-01, 2004-2009, $1,172,239.
- Epidemiology of Gallbladder Sludge and Stones in Pregnancy, PI: Sum Lee; **Role on project: Co-Investigator**, RO1 DK46890, 2003-2008, $372,840.
- Breast Cancer Prognostic Factors/Pathobiology by Age, PI: Kathi Malone; **Role on project: Co-Investigator**, NCI-1 R01 CA098858-01A2, 2004-2009.
- Seattle TREC Center, **PI: Anne McTiernan,** NIH/NCI U54 CA116847, 09/23/2005 – 08/31/2011, $12,612,045.
- Exercise, Diet, and Postmenopausal Sex Hormones, **PI: Anne McTiernan,** NIH/NCI R01 CA105204, 09/01/2004 – 06/30/2011, $3,348,605.
- Reducing Obesity at the Workplace: A Randomized Trial, PI: Shirley Beresford; **Role on project: Co-Investigator**, NIH/NHLBI R01 HL079491, 7/1/2004-6/30/2011.
- Effect of Exercise and Weight Loss on Adipose Tissue Biology, **PI: Anne McTiernan**, NIH/NCI R21 *CA131676*, 05/01/2008 – 04/30/2011, $435,600.
- Effect of Dietary Intervention on Insulin and IGF-1 Receptors in Prostate Cancer (Pacific NW Prostate SPORE pilot project), **PI: Anne McTiernan**, NIH/NCI P50 CA97186, 09/01/2009 – 08/31/2011, $48,836.
- Alberta Physical Activity (ALPHA) and Breast Cancer Prevention Trial: an ancillary study examining androgens, biomarkers of obesity, and inflammation. Alberta Breast Cancer Research Initiative, PI: CM Friedenreich; **Role on project: Co-Investigator**, $170,000.
- Bid & Proposal Funds to Assess Baseline Body Composition, by Dual X-ray Absorptiometry (DXA), in Participants of an Ongoing Clinical Trial (Vitamin D, Diet & Activity Study, ViDA) **PI: Anne McTiernan,** 12/1/2010 – 06/30/2011, $16,000 (direct).
- A Phase III Randomized Controlled Study of Exemestane Versus Placebo in Postmenopausal Women at Increased

Anne McTiernan

Risk of Developing Breast Cancer. **PI of FHCRC Clinic: Anne McTiernan**, National Cancer Institute of Canada**,** 10/2004 – 11/2012, $1,631,150.

- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2010 – 06/30/2012, $500,000.
- Weight Loss & Exercise Effects on Telomere Length in Postmenopausal Women, **PI: Anne McTiernan,** NIH/NCI R21 CA155823**,** 12/14/10 – 11/30/12, $428,705.
- Oxidative Stress in Chronic Kidney Disease, University of UW PI: Jonathan Himmelfarb; **Role on project: PI of FHCRC subcontract**, NIH/NHLBI R01 HL070938, 01/01/2011 – 12/31/2012, $197,630 (FHCRC only).
- Komen Scientific Advisory Council Award "Vitamin D, Weight Loss, and Breast Cancer Biomarker," **PI: Anne McTiernan,** SAC110024, 07/01/2012 – 06/30/2013, $225,000.
- NCI: Exercise Effects on Serum Biomarkers of Angiogenesis, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, NIH/NCI R03 CA152847, 04/01/2011 – 03/31/2013, $176,000.
- HEAL Follow-up, NIH/NCI Contract. Manuscript Development for the HEAL Study of Breast Cancer Prognosis, **PI: Anne McTiernan,** NCI contract, 10/2012-9/201/3
- Vitamin D Effect on Body Composition During Behavioral Weight Loss in Women, **PI: Anne McTiernan**, NIH 1R03CA162482, 04/01/12 – 03/31/14, $175,000
- Effect of Vitamin D and Weight Loss on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/13-9/30/14, $230,378.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/14-9/30/15, $250,000.
- Weight Loss & Cancer Biomarkers in Women: Oxidative Stress & Inflammation, **PI: Anne McTiernan**, NIH/NCI, 1R01CA161131, 04/15/2012 – 9/30/2015, $863,179.
- Safeway Foundation Assessing Vitamin D, Weight Loss and Breast Cancer Risk Factors, Safeway Foundation, PI: Catherine Duggan, PhD; **Role on Project: Co-Investigator & Mentor**, 7/1/2013 – 6/30/2014, $36,000 (in NCE).
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/15-9/30/16, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/16-9/30/17, $250,000.
- Methods for Measurement Error in Physical Activity & Diet, PI: CY Wang; **Role on Project: Co-Investigator,** NIH/NHLBI  R21HL121347, 12/1/13-12/31/16, $494,493.

<u>Active</u>

- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/17-9/30/18, $250,000.
- Effect of Weight Loss & Exercise on Biomarkers of Breast Cancer Risk, **PI: Anne McTiernan**, Breast Cancer Research Foundation, 10/1/18-9/30/19, $250,000.
- INTense Exercise foR surVivAL among men with Metastatic Castrate-Resistant Prostate Cancer (INTERVAL – MCRPC): A Multicenter, Randomized, Controlled, Phase III Study, PI: Jonathan Wright; **Role on Project: Co-Investigator,** Movember, 2016 - .
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan**, NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/19, $421,080.
- Exercise Effects in Men & Women on Colon DNA Methylation, **PI: Anne McTiernan,** NIH/NCI 1R21CA209203-01A1, 3/15/17 – 2/28/19, Administrative supplement, $176,000.
- Impact of an exercise program in cancer patients on chemotherapy treatment, **PI's: Anne McTiernan** & Blair Irwin, Ben Greer SCCA Pilot Study Funds, 9/17-8/18, $50,000 (no cost extension).
- Longitudinal Weight Data from Two Behavioral Weight Loss Randomized Controlled Trial, **PI: Anne McTiernan**, FHCRC Bid & Proposal Funds, 10/17-9/18, $15,000.
- The effects of moderate exercise on distress, quality of life, and biomarkers of angiogenesis and chronic stress in ovarian cancer survivors, NCI R21CA215662-01A1, PI: Kathryn Pennington; **Role on Project: Co-Investigator**

Anne McTiernan

## TEACHING/MENTORING

Junior Faculty

    Katy Pennington, MD (School of Medicine, OB/GYN, University of Washington)

    Holly Harris, PhD (Epidemiology Program, PHS, FHCRC)

    Catherine Duggan, PhD (Epidemiology Program, PHS, FHCRC)

    Blair Irwin, MD (Multi-Care, Tacoma, SCCA affiliate)

    Jonathan Wright, MD, MPH (School of Medicine, Urology, University of Washington & Epidemiology Program, PHS, FHCRC)

Postdoctoral Fellows

1. Melinda Irwin, PhD (current Full Professor, Yale University)
2. Melanie Palomares, MD, MPH (current faculty City of Hope, Los Angeles)
3. Laura Frank, PhD
4. Page Abramson, PhD
5. Karen Foster-Schubert, MD (current Assistant Professor, U. of Washington)
6. Kristin Campbell, PhD (current Assistant Professor, U. British Columbia)
7. Lisa Cadmus, PhD (current staff scientist U. C. San Diego)
8. Ikuyo Imayama, MD (current medical resident, Seton Hall University, St. Francis Medical Center, Trenton, NJ)
9. Caitlin Mason, PhD (current postdoctoral fellow, FHCRC)

Additional Postdoctoral Fellows Working with My Studies' Data

10. Jean De Dieu Tapsoba, PhD (current postdoctoral fellow, FHCRC; primary mentor is CY Wang, PhD)
11. Aaron Thrift, PhD (current postdoctoral fellow, FHCRC; primary mentor is T. Vaughan, MD)

PhD Committees and Predoctoral Trainee Mentoring

1. Lisa Godefroy Johnson (member of PhD committee)
2. Shelley Slate Tworoger (member of PhD committee)
3. Cara Frankenfeld (member of PhD committee)
4. Victoria M. Chia (member of PhD committee)
5. Lori Williams (member of PhD committee)
6. Angela Kong (co-chair of PhD committee)
7. Babbette Saltzman (member of PhD committee)
8. Anita Iverson (visiting Norwegian predoctoral student 2009-10, advising)
9. Adriana Villasenor (member of PhD committee)
10. Sissi Espetvedt Finstad, MD (Norwegian PhD student, advising)

MS and MPH Committees

1. Margaret Krieg, MD (member of MPH committee)
2. Sylvia Young, MD (chair of MPH committee)
3. Jana Pruski (chair of MPH committee)
4. Melanie Palomares (chair of MPH committee)
5. Susan Stanford (member of MPH committee)
6. Melinda Irwin, PhD (chair of MPH committee)
7. Andrew Shors, MD (member of MPH committee)
8. Libbby Morimoto (member of M.S. committee)
9. Breanna Mitchell (member of M.S. committee)
10. Erin Aiello (chair of MPH committee)
11. Erin Shade (member of M.S. committee)
12. Julie Meyers (member of M.S. committee)
13. Manish Mohanka (chair of MPH committee)
14. Vivian Hawkins (chair of MPH committee)
15. Isaac Rhew (member of MPH committee)
16. Ann Ready (member of MPH committee)

11/13/2018

Anne McTiernan

17. Alanna Boynton (member of MS committee)
18. Heather Hildebrant (member of MPH committee)
19. Jo Henderson (chair of MPH committee)
20. Laura Hooper (member of MPH committee)
21. Kristen Sipsma (member of MPH committee)
22. Karen Foster-Schubert (chair of MS committee)

Advising: Medical Students Research (University of Washington ISMS): Jennifer Rupert, Erin Griffith, Kelley D. Pratt, Maegan Ashworth
Post-Graduate Physician Training in Cancer Prevention & Control (FHCRC): Elliott Rosenberg, MD, MPH, Mary Ann Gilligan, MD, MPH, Maureen Brown, MD
Formal Career Development Mentoring: Karen Foster- Schubert, MD, University of Washington NIH K-12 Fellow 2005-2010; Karen Mustian, PhD University of Rochester NCI Cancer Control Clinical Research Training Program 2004-
FHCRC scientists mentoring: Neli Ulrich, PhD, Rebecca Rudolph, MD, MPH, AnneClaire DeRoos, PhD, Alyson Littman, PhD, Jonathan Wright, MD, MPH, Catherine Duggan, PhD, Larissa Korde, MD
Individual Study Credits

| Course | Title | Credits | Years |
|--------|-------|---------|-------|
| Epi 499 | Undergraduate Research | Var | 1997-2005 |
| Epi 600 | Graduate Study/Research | Var | 1997-2005 |
| Epi 700 | Masters Research | Var | 1998-2005 |
| Cancer Epi | guest lecture | 1999, 2002-2005 | |

Continuing Medical Education Teaching
- Breast Cancer in Young Women, University of Washington Continuing Education Conference, August 6, 1994, Depts. of Surgery and Medicine.
- Current Concepts in the Early Detection of Breast Cancer, Multicare, Madigan Army Medical Center, and American Cancer Society 3rd Annual Oncology Conference, April 11, 1995.
- Current Concepts in Breast Cancer – 1997, University of Washington Continuing Medical Education, October, 1997, 1999, 2000 (session moderator), 2001, 2003, 2009, 2010
- "Update to the Women's Health Initiative" March 18, 2001, University of Washington talk to IM, GYN, FM residents.

Clinical Teaching (U. of Washington School of Medicine)
- Attending Physician, Adult Medical Center, Harborview Medical Center, 1992-95 – supervised internal medicine residents in primary care setting.
- Mentoring and training geriatric fellow, Dr. Michi Yukawa, in exercise tolerance testing and testing VO2 max (1999)

Other Academic
Primary Opponent, PhD Thesis Defense, Aina Emaus, University of Oslo, Norway (thesis chair, Inger Thune) 2009

**FHCRC SERVICE**
- Director, Prevention Center Shared Resource, 2001-2012
- Chair or Member of several faculty promotion committees and 5-year review committees
- Reviewer for CCSG renewal: 2013, 2018
- Member, Scientific Advisory Committee for the Seattle Cancer Care Alliance Prevention Clinic
- Member, Research Trials Office Oversight Committee, 2003 – 2005
- Member, Fred Hutchinson Cancer Research Center Institutional Review Board, 1984-5; 2002 - 2003
- Member, FHCRC Health Care Task Force, 1996
- Member, Clinical Protocol Scientific Review and Monitoring Committee, 1996- 1997
- Organizer, FHCRC Public Health Sciences Hormone Special Interest Group 1995-96
- Member, Seattle Breast Cancer Program Executive Committee, 1998 - 2000
- Member, Ad-Hoc Committee on Improvements in Public Health Sciences Procedures, 1998
- Member, CSS Advisory Committee, 1999 – 2000

Anne McTiernan

- Nutritional/Hormonal Biomarkers group, 2001 – 2002
- Member, CDS Users Group, 2001 – 2002

## UNIVERSITY OF WASHINGTON SERVICE
- Reviewer, Royalty Research Fund, Spring, 1997
- U. Washington Breast Cancer Update 2000 Continuing Medical Education – session moderator

## PROFESSIONALLY-RELATED COMMUNITY SERVICE
- Medical Advisory Board, Team Survivor Northwest 1997-
- Professional Advisory Committee, Breastcancer.org, 2003-

## LAY AUDIENCE PRESENTATIONS
- National Council of Jewish Women, Seattle Section, "Women's Health Initiative", Nov 1992
- Nordstrom's "Face of Breast Cancer" breast cancer awareness seminar, October 1997
- Danskin Women's Triathalon, 8/15/98
- Afternoon of Hope, Horizon of Hope National Charity Campaign, Longaberger Co., FHCRC, 8/29/98
- Media roundtable, Women's Health Initiative, December, 1995
- Breast Cancer Forum: Clinical Implications of Current Research, FHCRC, 10/8/98
- Women's Health Issues Panel, The Healthy Living Expo, Seattle, WA, 2/7/99
- Virginia Mason Hospital Breast Cancer Support Group "Weight Control and Cancer Survival" September 1999.
- FHCRC Volunteer Conference "Breast Cancer Risk Factors" May 2000.
- FHCRC Women's Health Series "Exercise and Breast Cancer" April 2000.
- Bellevue Rotary Club, "Exercise and Breast Cancer" October 2000.
- Cardio Pulmonary Rehabilitation InstituteOncology Rehabilitation, Lubbock Texas, "Exercise for Breast Cancer Prevention and Rehabilitation", March 2001
- Greater Cincinnati Breast Cancer Association, October 2001.
- FHCRC Community Lecture "Exercise for Breast and Colon Cancer Prevention" November 2001
- Providence/St. Vincent Medical Center, Portland, OR October 2003
- Women's Health Day, Anchorage, Alaska 2005
- Cancer Wellness Center, Northbrook, IL 2005

## MEDIA
- Media (TV) interviews on physical activity, obesity, vitamin D, sleep, cancer: Today Show (NBC); MSNBC News Show; ABC News w/Peter Jennings; ABC World News Tonight; CBS Evening News; CBS News; Seattle KOMO, KIRO, KING, FOX13; WZTV-FOX, KOCO-ABC, WFLA-NBC, WBTV-CBS, WLUK-FOX
- Media (radio): KJZZ, Canadian health radio talk show; numerous Seattle-area radio interviews
- Media (print) –Prevention Magazine, American Health Magazine, Time Magazine, Parents' Magazine, Family Circle, Associated Press, Time, Women's World, Cosmopolitan, Glamour, Self, Reader's Digest, New York Times, Wall Street Journal, LA Times, Parade Magazine, Seattle Times Pacific Magazine, USA Today, U.S. News and World Report, Health Magazine, Seattle Magazine, Self, More and others
- Several on-line news media each year
- "Preventing Breast Cancer" written commentary for ABC.com, April 2002.
- Ivanhoe National TV Productions specials on Breastfeeding, Breast Cancer, and Breast Gel Study September 2002

# Exhibit 18

Anne McTiernan, Ph.D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| | ) |
| IN RE: JOHNSON & JOHNSON TALCUM | ) |
| POWDER PRODUCTS MARKETING, SALES | ) |
| PRACTICES, AND PRODUCTS LIABILITY | ) MDL No. 2738 (FLW)(LHG) |
| LITIGATION | ) |
| | ) |
| | ) |

VIDEOTAPED DEPOSITION OF ANNE MCTIERNAN, PH.D.

January 28, 2019

Seattle, Washington

Anne McTiernan, Ph.D

---

**Page 2**

APPEARANCES

For Johnson & Johnson:

Bart H. Williams, Esquire
Susan Gutierrez, Esquire
Proskauer Rose LLP
2029 Century Park East
Suite 2400
Los Angeles, CA  90067-3010
310.284.4520
310.557.2193 Fax
Bwilliams@proskauer.com
sgutierrez@proskauer.com

Benjamin S. Halperin, Esquire
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036
212.735.2453
917.777.2453 Fax
Benjamin.halperin@skadden.com

For Plaintiffs:

Michelle A. Parfitt, Esquire
Ashcraft & Gerel, LLP
1825 K Street NW
Suite 700
Washington, D.C.  20006
202.803.7077
Mparfitt@ashcraftlaw.com

Cynthia L. Garber, Esquire
Robinson Calcagnie, Inc.
19 Corporate Plaza Drive
Newport Beach, CA  92660
949.720.1288
949.456.0037 Fax
Cgarber@robinsonfirm.com

Richard M. Golomb, Esquire
Golomb & Honik, PC
1835 Market Street
Suite 2900
Philadelphia, PA  19103
215.985.9177
215.985.4169 Fax
rgolomb@golombhonik.com

---

**Page 3**

APPEARANCES (CONTINUED)

For Imerys:

Nancy M. Erfle, Esquire
Gordon & Rees Scully Mansukhani, LLP
121 SW Morrison Street
Suite 1575
Portland, OR  97204
503.222.1075
503.616.3600 Fax
Nerfle@grsm.com

For PTI Union, LLC and PTI Royston:

Michael Anderton, Esquire
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, Ohio  44113-7213
216.696.4835
216.592.5009 Fax
Michael.anderton@tuckerellis.com

For Personal Care Products Council:

Thomas T. Locke, Esquire
Seyfarth Shaw LLP
975 F Street NW
Washington, D.C.  20004-1454
202.828.5376
202.641.9276 Fax
Tlocke@seyfarth.com


Also present:  Anthony Bocci, Videographer

---

**Page 4**

EXAMINATION INDEX

| EXAMINATION BY: | PAGE NO. |
|---|---|
| MR. WILLIAMS | 10 |
| MS. ERFLE | 299 |
| MS. PARFITT | 305 |

EXHIBIT INDEX

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit No. 1 | Notice of oral and videotaped deposition of Anne McTiernan and duces tecum. | 15 |
| Exhibit No. 1A | Plaintiff's steering committee's response and objections to the notice of oral and videotaped deposition of Anne McTiernan and duces tecum. | 21 |
| Exhibit No. 2 | "Rule 26 expert report of Anne McTiernan, MD, PHD," dated 11/16/18. | 19 |
| Exhibit No. 3 | "Additional materials to Dr. Anne McTiernan." | 63 |
| Exhibit No. 4 | World Cancer Research Fund and American Institute for Cancer Research, "Ovarian cancer 2014 report." | 69 |
| Exhibit No. 5 | World Cancer Research Fund and American Institute for Cancer Research, "Diet, nutrition, physical activity and ovarian cancer - Revised 2018." | 82 |

---

**Page 5**

EXHIBIT INDEX (CONTINUED)

| | | |
|---|---|---|
| Exhibit No. 6 | World Cancer Research Fund International, CUP panel web page excerpt, "CUP expert panel." | 83 |
| Exhibit No. 7 | World Cancer Research Fund web page excerpt, "Myths and controversies about what causes cancer." | 98 |
| Exhibit No. 8 | American Institute for Cancer Research, "GMOs and other hot topics." | 103 |
| Exhibit No. 9 | Hutch News, "How to reduce the odds of getting cancer." | 105 |
| Exhibit No. 10 | World Cancer Research Fund and American Institute for Cancer Research, "Judging the evidence." | 110 |
| Exhibit No. 11 | "Language from CUP judging the evidence report quoted without citation in Dr. McTiernan's expert report." | 138 |
| Exhibit No. 12 | Article, "Information bias in epidemiological studies with a special focus on obstetrics and gynecology." | 164 |
| Exhibit No. 13 | Article, "Prospective study of talc use and ovarian cancer." | 167 |
| Exhibit No. 14 | Article, "Genital talc exposure and risk of ovarian cancer." | 169 |
| Exhibit No. 15 | Article, "Perineal talc use and ovarian cancer." | 180 |

---

2  (Pages 2 to 5)

Anne McTiernan, Ph.D

## Page 6

1          EXHIBIT INDEX (CONTINUED)

2    Exhibit No. 16   Article, "Genital use of talc   192
3              and risk of ovarian cancer: A
              meta-analysis."
4
     Exhibit No. 16A  Article, "Genital use of talc   197
5              and risk of ovarian cancer: A
              meta-analysis."
6
     Exhibit No. 17   Study, "Systematic review and   203
7              meta-analysis of the
              association between perineal
8              use of talc and risk of
              ovarian cancer."
9
     Exhibit No. 18   Article, "The relationship   232
10             between perineal cosmetic
              talc usage and ovarian talc
11             particle burden"
12   Exhibit No. 19   Collection of tests from   260
              John Hopkins' deposition, his
13             Exhibit No. 24.
14   Exhibit No. 20   Collection of tests from   263
              John Hopkins' deposition, his
15             Exhibit No. D-1, including
              "The whole story."
16
     Exhibit No. 21   "IARC monographs on the   274
17             evaluation of carcinogenic
              risks to humans. Volume 93 -
18             Carbon black, titanium
              dioxide, and talc," Lyon,
19             France, 2010.
20   Exhibit No. 22   Article, "Perineal use of   279
              talc and risk of ovarian
21             cancer."
22   Exhibit No. 23   Testing document from   302
              Ms. Pier's deposition, Pier
23             Exhibit No. 47.
24   Exhibit No. 24   Copies of Dr. McTiernan's   303
              invoices to Ms. Parfitt.
25

## Page 7

1         EXHIBIT INDEX (CONTINUED)

2
     Exhibit No. 25   Rule 26 expert report of Anne   304
3              McTiernan, MD, PHD, dated
              November 16, 2018.
4
     Exhibit No. 26   "Draft screening assessment,"   306
5              dated December 2018.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 8

1          BE IT REMEMBERED that on Monday,
2    January 28, 2019, at 1301 Second Avenue, Suite 2000,
3    Seattle, Washington, at 9:11 a.m., before Terilynn
4    Simons, Certified Court Reporter, CCR, RMR, CRR, CLR,
5    appeared ANNE MCTIERNAN, PH.D., the witness herein;
6          WHEREUPON, the following proceedings
7    were had, to wit:
8
9               <<<<<< >>>>>>
10
11         VIDEOGRAPHER:  We are now on the
12   record.  My name is Anthony Bocci.  I am a videographer
13   for Golkow Litigation Services.  Today's date is
14   1/28/2019, and the time is 9:11 a.m.
15      This video deposition is being held at 1301 Second
16   Avenue, Suite 2000, Seattle, Washington 98101 in the
17   matter of In Re Johnson & Johnson Talcum Powder Products
18   Marketing Sales Practices and Products Liability
19   Litigation, for the United States District Court,
20   District of New Jersey.
21      The deponent is Dr. Anne McTiernan.
22      Will Counsel please identify themselves for the
23   record.
24         MS. PARFITT:  Good morning.  Michelle
25   Parfitt, counsel for the plaintiffs.

## Page 9

1          MS. GARBER:  Good morning.  Cynthia
2    Garber on behalf of the plaintiffs.
3          MR. GOLOMB:  Richard Golomb on behalf
4    of Plaintiffs.
5          MS. ERFLE:  Nancy Erfle on behalf of
6    Imerys Talc America.
7          MR. LOCKE:  Tom Locke from Personal
8    Care Products Council.
9          MR. ANDERTON:  Michael Anderton for
10   PTI Royston, LLC and PTI Union, LLC.
11         MR. HALPERIN:  Benjamin Halperin for
12   Johnson & Johnson.
13         MS. GUTIERREZ:  Susan Gutierrez for
14   Johnson & Johnson.
15         MR. WILLIAMS:  And Bart Williams for
16   Johnson & Johnson.
17         VIDEOGRAPHER:  Thank you.
18      Will the court reporter now please swear in the
19   witness.
20
21   ANNE MCTIERNAN, PH.D.,  having been first duly sworn
22          by the Certified Court Reporter,
23          testified as follows:
24   /////
25   /////

3 (Pages 6 to 9)

Anne McTiernan, Ph.D

| Page 10 |
| --- |

1    EXAMINATION
2    BY MR. WILLIAMS:
3    Q  Good morning, Dr. McTiernan.
4    A  Good morning.
5    Q  We just met this morning.  My name is Bart Williams, and
6        I represent Johnson & Johnson in this matter, which is
7        pending in the District of New Jersey Federal Court.
8            Are you aware of that?
9    A  Yes.
10   Q  Have you ever had your deposition taken before?
11   A  Never.
12   Q  The way this will work is I'll ask you questions.
13       Counsel may interpose objections to my questions.  There
14       will be no judge here ruling on the objections, and after
15       the objections, if any, you are supposed to answer the
16       question.
17           Do you understand that?
18   A  Yes.
19   Q  My understanding is that you have provided us with a USB
20       drive; is that correct?
21   A  Michelle Parfitt provided you with that drive, yes.
22   Q  Are you aware of what's on that drive?
23   A  Yes.  It's all the documents that I've used in forming my
24       opinion.
25   Q  Are all of the files on the USB drive documents that you

| Page 11 |
| --- |

1        considered in connection with your opinions in this case?
2    A  Yes.
3    Q  Are there any other files on the USB drive?
4    A  Not to my knowledge there are no other files.
5    Q  Can you be a little bit more particular about what types
6        of documents, categories of documents, are contained on
7        the drive?
8    A  So these will be scientific manuscripts published in
9        peer-reviewed journals.
10           They will be some expert testimony.
11           There was government reports, and I don't have the
12       full list right in front of me, so there are hundreds of
13       these things, but in general classifications, I think
14       that is-- that covers it generally.
15   Q  Those are all the things you recall at this time?
16   A  That's what I recall.
17           My report should be on there as well, my CV, and
18       government reports of-- other expert reports-- if I
19       mentioned that.
20   Q  Let me stop you there.
21   A  Yeah.
22   Q  Does the USB drive contain all of the materials that were
23       just recently produced to the defense in the case a few
24       days ago, which were entitled, "Additional materials"
25       that you had reviewed?

| Page 12 |
| --- |

1        MS. PARFITT:  If I may, I am not sure
2    that Dr. McTiernan knows that.
3        The additional materials, they are not, to my
4    knowledge, on that thumb drive.
5        It was a list of some additional materials.  I'm not
6    sure that she's reviewed them all, and please feel free
7    to make that inquiry, if you will, but I don't believe,
8    Mr. Williams, they may be included on that thumb drive.
9        That thumb drive should include the report, the
10   references to the report.
11       MR. WILLIAMS:  Okay.
12   Q  (By Mr. Williams)  Dr. McTiernan, when were you first
13       approached about any involvement in talcum powder
14       litigation?
15   A  It should have been 2016.
16   Q  And by whom were you approached?
17   A  By Ms. Parfitt.
18   Q  Michelle Parfitt, counsel who is--
19   A  Yes.
20   Q  One thing I should have told you, in order for the court
21       reporter to take down everything that is said, you need
22       to wait until I'm completely finished--
23   A  Oh, sorry.
24   Q  --with my question.
25           You should take a pause and then answer the

| Page 13 |
| --- |

1        question, okay?
2    A  Mm-hm, okay.
3    Q  Otherwise, she has to cut off part of the question, write
4        down your partial answer, and then the rest of my
5        question.
6            Do you understand that?
7    A  Okay, yes.
8    Q  So the first person who approached you was Michelle
9        Parfitt?
10   A  Yes.
11   Q  Do you remember--
12   A  For this-- yes, for this litigation, yes.
13   Q  When in 2016 did Ms. Parfitt approach you?
14   A  I don't have that in my head.
15           We should have a record of that first interaction.
16   Q  I will just get your memory for now.
17           Was it winter, spring, summer or fall?
18   A  It would be late summer.
19   Q  Did Ms. Parfitt contact you at your place of business?
20   A  She approached me first by an e-mail at my institutional
21       e-mail address, yes.
22   Q  And what is that e-mail address?
23   A  At that time it was probably still amctiern@fhcrc.
24           My institution has changed the middle part to
25       FredHutch, so I believe she did the first one.

4 (Pages 10 to 13)

Anne McTiernan, Ph.D

| Page 14 | Page 16 |
|---|---|
| 1      Either one goes to the same place. | 1   A   Yes. |

Page 14

1       Either one goes to the same place.
2  Q  Have you known Ms. Parfitt or any of the other
3      plaintiffs' lawyers prior to their contacting you?
4  A  No, I did not.
5  Q  How long after Ms. Parfitt first contacted you did you
6      agree to work with them in connection with the talcum
7      powder litigation?
8  A  It was approximately two months, and my institution
9      requires that I get permission for doing such consulting,
10    so the process took approximately two months before I
11    received approval.
12 Q  As of late summer 2016, when Ms. Parfitt first contacted
13    you, what institution are you talking about?
14 A  Oh, so Fred Hutch Cancer Research Center in Seattle.
15 Q  And if it took two months, that would mean that it was
16    late summer, early fall when you had received approval;
17    is that correct?
18 A  I believe, yes.
19 Q  And that's late summer, early fall of 2016, right?
20 A  I believe, yes.
21 Q  How much per hour are you billing for the literature
22    review and preparation for your report in this matter?
23 A  That was $450 an hour.
24 Q  At what rate are you charging for your time spent
25    providing deposition testimony?

Page 15

1  A  $650.
2  Q  Is that the same amount that you would charge for hearing
3     testimony if you were to testify at the Daubert, and
4     that's D-A-U-B-E-R-T, hearing in the summer of 2019?
5  A  Yes.
6  Q  Do you charge for travel related to your work as an
7     expert witness, separate and apart from any work that you
8     may do while traveling?
9  A  I have not previously been an expert witness, so I can't
10    give you an answer on what I usually do.
11 Q  So this is the very first time in your career where you
12    have served as an expert witness; is that correct?
13 A  That's right.
14         (Exhibit No. 1 marked
15          for identification.)
16
17 Q  (By Mr. Williams)  We have marked as Deposition Exhibit
18    No. 1 the deposition notice, and we will hand that out to
19    you through your counsel.
20      MS. PARFITT:  I believe you have that,
21   Anthony, the first notice.
22 Q  (By Mr. Williams)  Do you have Exhibit No. 1, the
23    deposition notice, in front of you?
24 A  Yes.
25 Q  Is this something you have seen before?

Page 16

1  A  Yes.
2  Q  When did you first see this?
3  A  Approximately a month ago.
4  Q  In response to this deposition notice, which lists
5     certain categories of documents, have you brought any
6     documents with you here today?
7  A  We have documents for reports that were available only
8     recently, so too recent to have them on the thumb drive,
9     so these include the Health Canada report, weight of
10    evidence, the screening-- the draft screening assessment,
11    risk management scope, information sheet, key messages,
12    and a "Draft systematic review of meta-analysis" by
13    Taher, so it's a signed manuscript.
14 Q  Anything else?
15 A  These others are all in my list of documents.  These are
16    just copies of them.
17 Q  So just let me clear that up.
18      You have just mentioned that there are some reports
19   in--
20 A  The Health Canada report.
21 Q  Let me just take them one at a time.
22 A  I'm sorry.
23 Q  You listed the Health Canada report, correct?
24 A  Yes.
25 Q  Something called the draft screening assessment?

Page 17

1  A  So these are all part of the Health Canada report.
2      These are the components of it.
3      A screening assessment document, weight of evidence
4     document, a document called "Risk management scope," one
5     called-- the title is, "Talc - potential risk of lung
6     effects and ovarian cancer."  I am calling it key
7     messages because that's the first title underneath that.
8      There's a talc information sheet.
9      And a government of Canada talc sheet.
10     It looks like it's a public messages sheet.
11     The last thing is a systematic review of
12    meta-analysis of the association between perineal use of
13    talc and risk of ovarian cancer by Taher, et al.
14 Q  And let me ask you to go a little bit more slowly when
15    you read today so that the court reporter can get it
16    down.
17      Is that okay with you?
18 A  Yes.
19 Q  Is it accurate to say that the items you have just listed
20    were not in your possession at the time that you prepared
21    your report that has been provided in this case?
22 A  That is correct.
23     They were published after that period.
24 Q  Is it accurate to say that none of the materials that you
25    have in front of you now were able to inform the opinions

5  (Pages 14 to 17)

Anne McTiernan, Ph.D

---

**Page 18**

1    that you expressed in the report, which predated your
2    receipt of those materials?
3    A   The Health Canada report, that is true for.
4        However, the other documents that I have here, one
5    is a paper that I cited from Blount.
6        One is information from the FDA website, which is--
7    I was able to access before doing my report.
8        Then the last thing is-- I'm sorry, it's a
9    deposition of Dr. Blount held last April, so I had access
10   to that earlier as well.
11   Q   Let's do this, we previously went through a list of
12   materials, most of which related to the Health Canada
13   report.
14       Do you remember that?
15   A   Yes.
16   Q   Other than that set of materials that you previously
17   described, is everything in the blue folder that's in
18   front of you, that you have brought with you today, a
19   duplicate of another report that has already been
20   produced to us?
21   A   Yes.
22       There was also one list here of additional
23   materials, so that should have been-- additional
24   materials to Dr. McTiernan, and that should be in your
25   list of what you have as well.

---

**Page 19**

1    Q   We are going to mark a copy of that additional materials
2    list in a moment, but for now, is it accurate that at the
3    time that you prepared your report in this case, which
4    was submitted to us in November of 2018, you had not
5    reviewed the additional materials list materials that you
6    have just pointed to?
7    A   That is correct.
8        Those were not available at that time.
9    Q   Let's mark as Exhibit No. 2 to the deposition a copy of
10   your expert report from November of 2018.
11       I think your counsel already has that.
12           (Exhibit No. 2 marked
13            for identification.)
14
15   Q   (By Mr. Williams)  Is the document marked Exhibit No. 2 a
16   copy of the expert report that you prepared in this case?
17   A   Yes, it is.
18   Q   It's dated November 16th, 2018?
19   A   Yes.
20   Q   You have a copy of that report in front of you that you
21   are holding right now; is that right?
22   A   Yes.
23   Q   Does the copy that you are holding right now have notes
24   on it?
25   A   Yes, it does.

---

**Page 20**

1    Q   We will take a look at that during a break and perhaps
2        get a copy of it.
3    A   Okay.
4    Q   When were the notes that you have written on your expert
5        report written on the report?
6    A   In the past week.
7        I realized, as I was reviewing and preparing, that I
8    had not used a program that would give the full name of
9    the references, so to aid in my review, I wrote in the
10   first author of the documents, the manuscripts that I was
11   referring to.
12       Everything listed here is-- that I've written is the
13   first author of an article, and then I've also underlined
14   a few places to jog my memory.
15   Q   Other than what you've just described, are there any
16   other notations that appear on the report document?
17   A   No, not to my knowledge, no.
18   Q   Did you bring with you today any invoices reflecting
19   statements that you have given to plaintiffs' counsel for
20   payment?
21   A   I did not bring them myself, but I believe you have them.
22           MS. PARFITT:  We did-- we have them.
23       If we can just take a look at them-- they were just
24   sent this morning to us, to my office, so if I could have
25   a chance to look through them, and maybe after the break

---

**Page 21**

1    we can get them marked.
2        Would that be appropriate?
3            MR. WILLIAMS:  That's fine.
4            MS. PARFITT:  The only other thing I
5    ask, Mr. Williams, could we perhaps note the Exhibit 1A,
6    the objection to the notice of depo?
7            MR. WILLIAMS:  Sure.
8            MS. PARFITT:  Thank you.
9            (Exhibit No. 1A marked
10            for identification.)
11
12   Q   (By Mr. Williams)  Your counsel-- we have premarked as
13   Exhibit No. 1A the objections that were served by
14   Plaintiffs' counsel to the deposition notice that we
15   provided.
16       Have you seen that before?
17       It's in front of you now.
18   A   This, no, I have not.
19   Q   So you have never seen the objections?
20   A   No, I have not.
21   Q   Did counsel consult with you at all at the time that was
22   prepared?
23   A   No.
24   Q   Let's go back to the point in time when you first spoke
25   with plaintiffs' counsel.

---

6 (Pages 18 to 21)

Anne McTiernan, Ph.D

<table>
<tr><td>

Page 22

1     You said Ms. Parfitt reached out to you by e-mail at
2  your institution, which was the Fred Hutch Institution;
3  is that right?
4  A  Yes.
5  Q  Was anyone else on the phone?
6  A  No.
7  Q  How long was that call?
8  A  I don't remember.
9     I think it was brief, but I don't remember.
10  Q  And you said "I think" that it took a few months for the
11  process at your institution to be completed; is that
12  right?
13  A  Yes.
14  Q  How long after that first approach by Ms. Parfitt in the
15  summer, late summer, of 2016 did you decide that you
16  would in fact want to serve as an expert in this matter?
17  A  I decided within a week that I would be interested, but I
18  am required to do this process at my institution which
19  involves informing my division director and the senior
20  vice presidents of the institution as well as the
21  president, and in aiding that, our legal counsel reviews
22  all of these requests to do such consulting.
23     So that process happened to take a while.
24     This time, I'm not sure.  I think somebody was on
25  vacation, so that's why it took two months, so during--

</td><td>

Page 24

1  Q  When you say you did preliminary searches on Medline, can
2  you recall any articles that you came up with?
3  A  I previously had already reviewed for the New York
4  Times-- when they contacted me about my scientific
5  opinion or my clinical opinion of this matter, I had been
6  given two of the cohort study papers, one by Gertig, et
7  al., and one by Houghton, et al., and so I briefly
8  reviewed those, and-- as well as the Terry case-control
9  study in order to talk with the New York Times, so I knew
10  about those papers.
11     In the epidemiology field, we often see things over
12  time.
13     This has been something that has been studied for
14  quite a few years, so I've been aware of the issue but
15  have not done a systematic review and not done a causal
16  analysis, was not a focus of my research at that point.
17  Q  At the time that you agreed to participate as an expert
18  in this litigation, is it accurate to say that the
19  studies that you had reviewed included the Terry 2013
20  analysis, the Gertig cohort study, the Houghton cohort
21  study, you had reviewed as all those things before you
22  decided to participate; is that true?
23  A  I had read those, yes.
24  Q  And you can't remember anything else, as you sit here
25  right now, that you had reviewed before you made that

</td></tr>
<tr><td>

Page 23

1  in order to start the process, I had to be interested in
2  doing this, so that's why I did it, but I couldn't firmly
3  say I could do it until they gave me approval.
4  Q  In that week's period of time, between the time
5  Ms. Parfitt first contacted you and the time that you
6  made the decision to participate in this litigation as an
7  expert, what, if any, documents relating to talcum powder
8  and ovarian cancer did you review?
9  A  I had already known some of the literature, some of the--
10  for example, the pooled analysis by Terry, et al., I had
11  already reviewed that in the past, and I think I did some
12  preliminary searches through Medline to see what the
13  available data were, but I did not do a systematic
14  review.
15     I was not able to share that with the counsel, who
16  was Ms. Parfitt at this point, because I wasn't able to
17  officially consult, but I was curious.  I wanted to know
18  what the data was looking like, what papers were
19  available.
20  Q  Other than the Terry 2013 article that you mentioned and
21  some preliminary searches that you did on Medline, is
22  there anything else you did in that week's period of
23  time?
24  A  In that week?  I don't recall anything else in that
25  period.

</td><td>

Page 25

1  decision?
2  A  I can't remember others.
3  Q  Were there others or not?
4  A  I can't remember.
5     I believe that I only looked at those two cohort
6  studies and the Terry pooled analysis.
7  Q  Let me ask you to focus on Exhibit No. 2, your report.
8     Do you have that in front of you?
9  A  Yes.
10  Q  Does that report contain all of the opinions that you
11  intend to offer at any hearing on this matter?
12  A  Yes, unless-- so you are talking about any future-- any
13  future questioning I face in the court?
14     If there's more research that is published by that
15  time, I would want to know about it to see if it affects
16  my opinion or what the research is.
17     As a scientist I would want to keep up to date, but
18  for right now, this is my scientific opinion, what's in
19  this report.
20  Q  Today is my opportunity to ask you questions about your
21  opinions in this matter.
22     You understand that, right?
23  A  Yes.
24  Q  Have you modified your opinions in this litigation beyond
25  the opinions set forth in Exhibit No. 2?

</td></tr>
</table>

7 (Pages 22 to 25)

Anne McTiernan, Ph.D

Page 26

1   A   No, I have not.
2   Q   Are there any few or additional opinions that you expect
3       to testify to at any hearing in this matter, other than
4       what is contained in your report, Exhibit No. 2?
5   A   Nothing that I foresee, that I expect.
6   Q   Did you personally type the report that's marked as
7       Exhibit No. 2?
8   A   Yes, I did.
9   Q   Did anyone assist you in the preparation of your report?
10  A   The only assistance I had was occasionally if I couldn't
11      get a paper myself, through my own institutional library,
12      then we have an administrative assistant that I can ask
13      for that, and I believe I asked for a couple of papers
14      through that source.
15          There were a couple of times when I asked
16      Ms. Parfitt's firm if they had a paper.  This was quite a
17      few months after that period, perhaps half a year or
18      longer the time I asked them.
19  Q   When did you start drafting the litigation report marked
20      as Exhibit No. 2?
21  A   That would have been winter of 2016 to spring of 2017.
22  Q   Since you typed the report yourself, am I right that you
23      have a file of it either at home or on your office
24      computer?
25  A   Yes, on my home computer.

Page 27

1   Q   From start to finish did you work in the same file to
2       draft this report or did you have different files or
3       drafts?
4   A   I copied different drafts as a way of backing up.
5   Q   Have you maintained the drafts, the iterations, as it
6       went along?
7   A   Yes.
8   Q   How many hours would you say you have spent preparing the
9       litigation report since the winter of 2016 to the spring
10      of 2017 when you started writing it?
11  A   I would say approximately 240 hours.
12  Q   And on what do you base that estimate?
13  A   On invoices that I submitted through December 2018, plus
14      an additional 25 hours since that time.
15  Q   I take it from your last answer, that up through December
16      2018 you billed 240 hours total; is that accurate?
17  A   No.
18          As of December 2018 I believe it was 211 hours.
19  Q   And is that 211 hours the total amount of time that you
20      have spent grappling with the issues in this litigation
21      or is that just the time that you have spent writing the
22      report?
23          MS. PARFITT:  Objection; form.
24          You may answer.
25          THE WITNESS:  It was since the time I

Page 28

1       was given approval to work on this, so anything I read
2       before that, I did not charge my time.
3   Q   (By Mr. Williams)  Is it accurate to say that the 240
4       hours reflects all of the hours, through today, that you
5       have spent on this matter?
6   A   Yes.
7   Q   And you broke it down to 211 hours through December 2018
8       and another 25 hours since that time, correct?
9   A   Approximately 25 since that time, yeah.
10  Q   Let me ask you to look at your report and refer you to
11      Pages 78 through 84.
12          You identify 127 documents or other materials as
13      references, correct?
14  A   Yes.
15  Q   Are those the materials that you are relying on to form
16      the basis of your opinions in this case?
17  A   Yes, although there are different materials that I was
18      able to review after the report was done, and they help
19      support my opinion.
20  Q   And are those additional materials, materials that we
21      have already discussed this morning?
22  A   Yes.
23  Q   Did the Plaintiffs' lawyers provide you with any of the
24      references that are contained in Nos. 1 through 127?
25  A   I believe some of them they provided if it was one that I

Page 29

1       couldn't obtain on my own.
2           A few of the mechanistic studies, I believe.
3   Q   If you can identify them by number, that would be good.
4   A   Yeah.
5           Well, certainly some of the depositions I had no-- I
6       did not access myself, so No. 77, 78, 79.
7           The Longo reports, so 79 through 83.
8           84 as well they provided.
9   Q   Anything else?
10  A   I am trying to search.
11          They sent me some of the IARC monographs, but I had
12      access previously to them myself, so I'm not sure which
13      way you would want to count that, or if I accessed the IARC
14      myself online, but that-- Ms. Parfitt also sent their
15      copy of it, so from two sources I had the same things.
16          These are the IARC monographs, "The evaluation of
17      carcinogenic effects," No. 40 and 42.
18          I think there was a third IARC report.
19  Q   Would that be No. 74?
20  A   Yes.
21  Q   Other than items 40, 42, 74, and 75 through 84, are there
22      any other materials that were provided to you by
23      plaintiffs' counsel?
24  A   I am searching here.
25          Some of the mechanistic studies they were able to

8 (Pages 26 to 29)

Anne McTiernan, Ph.D

1    provide when I couldn't get them myself, and some of
2    these journals were journals that were difficult to get,
3    so I believe 85 and 90.
4    Q   Had you identified Items 85 and 90 prior to the time they
5        were provided to you or did Counsel simply provide them
6        to you?
7    A   No, I don't think they-- no, they didn't simply provide
8        them to me.
9            At the time that I added these, these were added
10       toward the end of the time that I was preparing the
11       report.
12           I was able to see some other expert reports.  One
13       was a gynecologist -- I believe it was Plunkett -- who
14       mentioned that there were-- that-- the issue of
15       transporting had some additional references that I did
16       not have.
17           I had, originally, some mechanism-related papers
18       related to migration of talcum powder products through
19       the vaginal tract, and I didn't-- there were some
20       additional ones here that I had not known about.
21           I believe Egli and Sjosten were two-- sorry, 85 and
22       90.
23   Q   References 77 through 84 appear to be deposition
24       transcript exhibits and expert reports in litigation.
25           Do you see that?

1    A   Yes.
2    Q   Have you reviewed all of those transcripts?
3    A   I skimmed 77 and 78 and looked at some of the exhibits
4        that they had with them.
5            I skimmed Longo, but I read through the November
6        and-- this is another one-- these are not dated here-- of
7        February and November.
8    Q   Let's take them one at a time on Longo.
9            No. 79 says Longo, Rigler, April 2017.
10           Did you review that?
11   A   Only skimming that.
12           For all of these, I looked at the summary in the
13       beginning, which presented the numbers of samples that
14       were tested and the numbers that were considered to have
15       asbestos.
16   Q   So you only reviewed the summaries; is that accurate?
17   A   Summaries, yes.
18   Q   And that applies to 77 through 83?
19   A   Through 83, yes.
20   Q   Take a look at Page 84 of your litigation report.
21           Do you have that in front of you?
22   A   Yes.
23   Q   It lists here, "Additional materials and data
24       considered," and it lists thereafter 113 items.
25           Do you see that?

1    A   Yes.
2    Q   Have you read all of those items?
3    A   Not in full.
4            Do you want me to go through them one at a time?
5    Q   Let me just ask you generally, what's the difference
6        between the references to your report and the items
7        listed as additional materials and data considered?  Why
8        did you spread them out like that?
9    A   These up to 127 were available at the time that I was
10       actively writing my report.
11           Some of these other documents came along later and
12       were available to me, so the counsel did provide them.
13           Some of them were-- some of them were earlier, these
14       Fletcher papers on-- on some of the mechanistic work was
15       done earlier.
16           Many of these are-- to my knowledge they were
17       exhibits that were available from the case from the law
18       firm.
19           One of these is a repeat.  38 was listed originally.
20           I think there's a little bit of variability here.
21   Q   Let me stop you there for a moment.
22   A   Yes.
23   Q   Did you read each of the 113 items in their entirety?
24   A   No, I did not.
25   Q   In describing the difference between the additional

1    materials and data considered and the 127 references that
2    we've already gone over, is it accurate to say that the
3    additional materials were all provided by plaintiffs'
4    counsel?
5            MS. PARFITT:  Objection to form.
6            THE WITNESS:  It's not true.
7        Some of these I had myself--
8    Q   (By Mr. Williams)  Could you please identify all of the
9        items on here, of the 113 items, that you had yourself
10       prior to them being provided by plaintiffs' counsel?
11   A   Okay.  No. 2, American Cancer Society, I accessed their
12       website several times.
13           31 is a Hartge paper on talc and ovarian cancer, so
14       I accessed that myself.
15           This isn't a Hartge paper title, so that's one
16       problem, one reason I'm struggling here, so I assume that
17       this is another review that she has written, Hartge, but
18       I'm not sure if it's the same as the paper that I
19       referenced as one of my case-control studies that are
20       referenced.
21           The same issue with 33, 34 because I did reference
22       Henderson, these are migration papers, so I'm not sure
23       about that.
24           No. 37 I do consider.  It was a subset of the other
25       Huncharek review, so I did see this earlier.  I just did

Anne McTiernan, Ph.D

Page 34

```
 1    not reference it for my report.
 2        38 is the same IARC monograph paper-- work that is
 3    referenced in the paper.
 4        Institute of Medicine I was not able to review.
 5        These other things look like they are Johnson &
 6    Johnson or-- no-- other industry documents.
 7    Q  Let me stop you there for a moment.
 8        Remember, my question is simply:
 9        Of the 113 items, please just list the numbers that
10    you had before they were provided by Plaintiffs' counsel.
11    That's all I need.
12    A  Okay.  Sorry.
13        67 I had previously, 79, 80, 87, 88, 89, 90, 91.
14        92 I believe I referenced earlier, so 92, 93, 94,
15    100-- can you remind me, is this for-- to distinguish
16    what was in my report or what I obtained on my own?
17    Q  What you obtained on your own.
18    A  Okay.  103 I obtained on my own.
19        That's it.
20    Q  All of the items, other than those that you just listed,
21    were provided to you by Plaintiffs' counsel, correct?
22    A  I believe so, yes.
23    Q  You did not read each and every page of the materials
24    that were provided to you by Plaintiffs' counsel; is that
25    true?
```

Page 35

```
 1    A  I did not, that's true.
 2    Q  Let me direct your attention to No. 47 through 65 on the
 3    list that begin with the letters JNJ.
 4        Do you see that?
 5    A  Yes.
 6    Q  Do you understand that these are internal Johnson &
 7    Johnson documents?
 8        Is that right?
 9    A  I believe you.
10        I don't know what they are from looking at just the
11    numbers.  I would have to reference back to my documents.
12    Q  No. 40 through 46 all start with the word Imerys,
13    I-M-E-R-Y-S.
14        Do you see those?
15    A  Yes.
16    Q  Do you understand those to be internal Imerys documents?
17    A  Again, I would have to look and see what they look like.
18    Q  Did you ask Plaintiffs' counsel to provide you with the
19    Imerys and Johnson & Johnson documents?
20    A  No, I did not.
21    Q  So they just gave those to you?
22    A  I asked to see what available evidence there was, and
23    the-- the evidence that had been collected for the case
24    in general, so that was a very general question, and they
25    provided these.
```

Page 36

```
 1    Q  Is that how you phrased it, "what available evidence
 2    there was"?
 3    A  As the questions came along of various-- of parts of
 4    data-- so this came up with a question of what other
 5    constituents are there in Johnson & Johnson Baby Powder
 6    and Shower to Shower, and I relied first on published
 7    data from Blount and Gordon, but I was interested in what
 8    other testing had been done to see what are the
 9    constituents, because otherwise there's no information,
10    but it was a very general question.  I didn't know what
11    was available.
12    Q  In response to that question that you just described, the
13    items that are listed here and the numbers that I just
14    gave you, 40 through 47 for Imerys-- excuse me, 40
15    through 46 for Imerys, and 47 through 65 for Johnson &
16    Johnson, are the only documents that were provided to
17    you?
18        MS. PARFITT:  Objection.
19        THE WITNESS:  For that, I would also
20    have received Longo, but one issue is I don't know-- from
21    looking at these numbers, I don't have them memorized
22    what they are.
23        I would have to look them up.
24        I do know that the Longo reports are the results of
25    testing of constituents of the products.
```

Page 37

```
 1    Q  (By Mr. Williams)  And as you sit here today, you do not
 2    know whether or not the documents that are listed in
 3    References 40 through 65 are in fact authentic documents
 4    of Johnson & Johnson or of Imerys, right, one way or the
 5    other?
 6        MS. PARFITT:  Objection; form.
 7        THE WITNESS:  I don't have memorized
 8    what these are.
 9    Q  (By Mr. Williams)  Pardon me?
10    A  I don't have memorized what these are, what these numbers
11    refer to.
12    Q  With respect to any of the internal company documents
13    that you have reviewed from either Imerys or Johnson &
14    Johnson, as you sit here now, you do not know whether any
15    of those documents are in fact authentic Johnson &
16    Johnson or Imerys documents, correct?
17        MS. PARFITT:  Objection; form.
18        THE WITNESS:  When I looked at any of
19    these documents that were provided, they had stickers on
20    them, I noticed, like-- so exhibit numbers, so I assumed
21    this were exhibit numbers for some litigation.
22        That's all I know.
23    Q  (By Mr. Williams)  Are you relying on any of those
24    internal company documents to form the basis of your
25    opinions in this case?
```

Anne McTiernan, Ph.D

Page 38

1    MS. PARFITT: Objection; form, vague.
2    THE WITNESS: I looked through them.
3    I did not read them in enough detail to have them form
4    the primary basis of my opinion.
5    Q   (By Mr. Williams)  Do they form something other than a
6    primary basis for your opinion?
7    A   They added to some-- to consideration of what might be
8    contained in these products.
9    Q   Do you have any idea what percentage of the entire
10    document production from Johnson & Johnson these 18
11    documents comprised?
12    A   I do not.
13    Q   When you asked Counsel to provide you with what some of
14    the evidence was with respect to the question you were
15    being asked to consider, did you ask for both evidence
16    that tends to show that, for example, Johnson's Baby
17    Powder contains asbestos, and for evidence that it does
18    not contain asbestos?
19    A   I asked about totality of evidence.
20    I didn't use the words, "Please show me where it
21    contains and where it doesn't."
22    One thing I'm interested in is if something contains
23    it, that's very concerning to me, so whether it's 50
24    samples out of 100 that have asbestos in it, I would be
25    concerned, but if it's only five, so even if more

Page 39

1    negative samples were provided, and there's only five
2    that are positive, that's still concerning.
3    Q   Were you provided any negative samples?
4    A   I did see evidence that some were negative, yes.
5    Q   Where did you see that?
6    A   I saw that in the Longo report, so there was-- each
7    report had a different percent that were positive.
8    Some were 50 percent positive, some 66 or 70 percent
9    positive, so that means the inverse, 30 to 50 percent
10    were negative, did not have asbestos.
11    Also, from my perusal of the Johnson & Johnson and
12    Imerys documents that seem to be exhibits, it looked like
13    there were some, but sometimes it was small amounts but
14    sometimes it was larger, but that some contamination or
15    inclusion of asbestos, but many times not.
16    There was also an FDA website that was able to look
17    at where they only tested, however, two products, two
18    bottles of Johnson & Johnson, and those were both
19    negative.
20    Q   In the normal course of your work outside of litigation,
21    do you review internal company documents for any reason?
22    A   No, not-- I would not have a reason to do that.
23    Q   When setting out to conduct research on a medical or
24    other scientific question, outside of litigation, have
25    you ever sought internal company documents related to the

Page 40

1    question at issue?
2    MS. PARFITT: Objection; form.
3    THE WITNESS: No, I don't-- well, it
4    depends how you define a company, because occasionally if
5    you're doing a full review of the scientific literature,
6    you may-- for example, if you are doing a meta-analysis,
7    they want to request data from other sources that aren't
8    yet in the public domain, and if that study happens to be
9    run through a company, then that could have happened.
10    I can't say it's common.
11    Typically we look at published data-- published
12    scientific data from scientific opinions.
13    Q   (By Mr. Williams)  When drafting a publication on a
14    medical or a scientific question, have you ever sought
15    internal company documents related to the subject matter?
16    MS. PARFITT: Objection; asked and
17    answered.
18    THE WITNESS: So I'm curious, is that
19    the same question as before?  Did you just ask that
20    question-- are you asking it again?
21    Q   (By Mr. Williams)  I'll ask it another way.
22    A   Okay.
23    Q   Out of the multiple hundreds of publications that your
24    resume lists with you as an author, how many cite to
25    internal company documents?

Page 41

1    MS. PARFITT: Objection; form.
2    THE WITNESS: I believe that none do.
3    Most of my papers are with data from my own studies.
4    Q   (By Mr. Williams)  Now, you were asked in this matter to
5    review the current state of scientific literature
6    regarding talcum powder products and to opine on whether
7    those products cause ovarian cancer.
8    Is that accurate?
9    A   Yes.  I was asked to do a causal analysis and to form an
10    opinion on the association between use of talcum powder
11    products and risk of ovarian cancer.
12    Q   Were you given any other questions to answer or opine on?
13    A   So I'm just looking at your question.  I'm sorry.
14    I think this summarizes the question I was asked to
15    answer.
16    Q   You were not retained to provide an opinion about whether
17    or not talc can cause pleural or peritoneal mesothelioma,
18    were you?
19    A   I was not, no.
20    Q   And you are not in fact providing an opinion on that
21    subject?
22    A   I am not.
23    Q   Did you in fact review what you believe to be the current
24    state of scientific literature regarding the question of
25    whether talc can cause ovarian cancer?

11 (Pages 38 to 41)

Anne McTiernan, Ph.D

---

Page 42

1   A  Yes, I believe I did.
2   Q  Did you consider literature and sources that refuted an
3       association or causal association between talc and
4       ovarian cancer?
5   A  Yes, I did.
6          I looked at the entirety of literature as I knew
7       it-- as I was able to find it.
8   Q  Did you consider literature and sources that have
9       concluded that the totality of the scientific evidence is
10      insufficient to find a causal association between talc
11      and ovarian cancer?
12             MS. PARFITT:  Objection; form.
13             THE WITNESS:  Yes.
14  Q  (By Mr. Williams)  When you wrote your report setting
15      forth your opinions in this case, did you identify the
16      sources that refuted the propositions that you were
17      making?
18  A  Those papers would have been part of my report, yes.
19  Q  So is it your testimony that the report that you have in
20      front of you, Exhibit No. 2, actually identifies the
21      sources that refuted the propositions that you were
22      making?
23  A  Yes.
24         If these were papers that included data-- so I use
25      data-- I reviewed the data from these studies, and

---

Page 43

1       regardless of what those studies concluded, I included
2       them in the report.
3   Q  Did you discuss in your report the part or parts within
4       those sources that refuted the propositions you were
5       making, including the data?
6   A  I believe that I discussed in general that-- whether
7       there is evidence of a causal relationship between talcum
8       powder product use and risk of ovarian cancer.
9          I did not, for each paper, reiterate what they
10      concluded.  I looked at their data.
11  Q  If there were parts of a study, for instance, that did
12      not support one of your opinions, did you make a note of
13      that in your report?
14             MS. PARFITT:  Objection; form.
15             THE WITNESS:  If the studies did not
16      show an association between talcum powder product use and
17      risk of ovarian cancer, I included those data, yes.
18         I included it both in the content of the report as
19      well as in the data table that I included at the end of
20      the report, and I included those data.
21  Q  (By Mr. Williams)  If those data did not, for instance,
22      show a dose response related to exposure to talcum powder
23      and the incidence of ovarian cancer, did you note in your
24      report where the data did not support dose response?
25  A  I did note that.

---

Page 44

1          It's in the table, and in the report I did note
2       where there was a dose response note-- I did note whether
3       there was a dose response seen in the paper.
4          I can't-- let me see, I can look through-- I'm not
5       sure if you want me to look through for each--
6   Q  We'll do that a little later.
7   A  Okay.
8   Q  Let me ask you now to turn to Page 68 of your report with
9       the heading that says, "Conclusion."
10  A  (Witness complies.)
11  Q  Do you have that in front of you?
12  A  Yes.
13  Q  Does that conclusion accurately summarize your opinion in
14      this case on the question of whether or not perineal use
15      of talcum powder products can cause ovarian cancer?
16  A  Yes.
17  Q  Now, your opinion is stated to a, quote, "medical and
18      scientific degree of certainty," closed quote.
19         Do you see that?
20  A  Yes.
21  Q  What do you mean by the use of the term "degree" in that
22      sentence?
23  A  I would say a high degree.
24         I don't put percentages on my opinion.  It's not
25      typical in my field to do that, but I would say with a

---

Page 45

1       high degree of certainty that based on the totality of
2       evidence, that use of talcum powder products can cause
3       ovarian cancer.
4   Q  Do you believe that perineal use of talcum powder
5       products manufactured today, in 2019, can cause ovarian
6       cancer?
7   A  So talcum powder products, yes.
8          There's no evidence that it would have changed.
9          The evidence from the epidemiologic studies were
10      from people's use decades previously, but then looking at
11      contents of talcum powder products over time it looks
12      like they continue to have constituents that could be
13      carcinogenic, as well as talcum powder by itself has been
14      shown to be carcinogenic, and so I believe that if
15      somebody was using them today, they could still have the
16      same potential for developing ovarian cancer as if they
17      used them 50 years ago.
18  Q  So the answer to my question is that you believe that
19      perineal use of talcum powder products manufactured
20      today, in 2019, can cause ovarian cancer, correct?
21  A  Yes-- yes.
22  Q  Did you reach the opinion, to a degree of medical and
23      scientific certainty, that perineal use of talcum powder
24      products can cause ovarian cancer before or after you
25      were hired by Plaintiffs' counsel?

---

12  (Pages 42 to 45)

Anne McTiernan, Ph.D

Page 46

1  A  After I had conducted a full systematic review of the
2     epidemiology data and mechanistic data, including
3     biologic evidence, and then done a causal analysis,
4     that's when I concluded that these products could
5     increase-- could cause ovarian cancer.
6  Q  So the answer is after you were hired by Plaintiffs'
7     counsel; is that correct?
8           MS. PARFITT:  Objection; misstates her
9     testimony, asked and answered.
10 Q  (By Mr. Williams)  I am looking for a temporal answer.
11    So my question is:
12          Did you reach your conclusions before or after you
13    were retained by Plaintiffs' counsel?
14          MS. PARFITT:  Objection; form, asked
15    and answered.
16          THE WITNESS:  It was after I had done
17    the causal analysis.
18 Q  (By Mr. Williams)  And that was after you were retained?
19          MS. PARFITT:  Objection.
20          THE WITNESS:  That was after I did the
21    causal analysis, which was after I began this project
22    with Counsel.
23 Q  (By Mr. Williams)  Did you consider whether some brands
24    of talcum powder products can cause ovarian cancer but
25    others may not?

Page 47

1  A  The epidemiology data were insufficient to determine
2     whether any particular brand was used by women, except
3     for one study, Cramer, in 2016.
4           It's my understanding that Johnson & Johnson
5     products had the vast proportion of the market share over
6     time, but I did not come to a conclusion that any
7     particular product was causing this.
8           All I know is that use of these products by these
9     women over time increased their risk for ovarian cancer
10    and that it can cause ovarian cancer.
11 Q  So it is your opinion that genital perineal use of
12    Johnson's Baby Powder specifically can cause ovarian
13    cancer, correct?
14 A  Yes, given that it's been shown to contain asbestos,
15    given that it contains talc, which has been shown to be
16    carcinogenic, then I would say yes, it could be-- it
17    could be a cause of ovarian cancer.
18 Q  Let me tease that out a little bit.
19          If the product did not contain asbestos, is it your
20    testimony that-- is it your opinion that genital perineal
21    use of Johnson's Baby Powder can cause ovarian cancer
22    without containing asbestos?
23 A  Yes, even without asbestos, my opinion is that talc can
24    increase risk of ovarian cancer, that there are
25    biological mechanisms, and so that these products could

Page 48

1     cause ovarian cancer.
2  Q  And that is true whether it's Johnson's Baby Powder or
3     any other talcum powder product?
4           MS. PARFITT:  Objection; form.
5           THE WITNESS:  Yes.
6  Q  (By Mr. Williams)  Is it your opinion that genital
7     perineal use of Shower to Shower product specifically can
8     cause ovarian cancer?
9  A  To my knowledge it includes both talc, and some percent
10    may include asbestos and other constituents, and so that
11    would be my opinion, yes.
12 Q  And same question:
13          Even if Shower to Shower product did not contain
14    asbestos, it is your conclusion that because it contains
15    talc, it can cause ovarian cancer, correct?
16 A  Yes.
17 Q  And it's your testimony here today that it has been
18    established, to a degree of medical and scientific
19    certainty, that that is the case?
20 A  Yes.
21 Q  Is it your testimony today that it is accepted in the
22    medical and scientific field that talcum powder causes
23    ovarian cancer?
24          MS. PARFITT:  Objection; form.
25          THE WITNESS:  I would say that many

Page 49

1     scientists, many clinicians do believe that it can cause
2     ovarian cancer.
3  Q  (By Mr. Williams)  My question is different.
4           My question is whether or not, Dr. McTiernan, it is
5     accepted in the medical and scientific community today
6     that exposure to talcum powder causes ovarian cancer.
7  A  And I think I'm having trouble with the word "accepted,"
8     so I am not sure specifically what you mean that it was
9     "accepted."
10          Who it is accepted by, does somebody have
11    guidelines, is somebody giving advice to the public--
12    there are lots of different organizations that you could
13    call "the medical field," so I think that's why I'm
14    having some trouble there.
15          To me it's a question that's not specific enough for
16    me to figure out how to answer it.
17 Q  Well, it's one thing if there is a person in the medical
18    or scientific field who holds an opinion and quite
19    another to say that something is generally accepted in
20    the medical and scientific community that a substance
21    causes cancer; isn't that right?
22          MS. PARFITT:  Objection; form.
23          THE WITNESS:  Yeah, I still have a
24    problem with the word "accepted" because I work in many
25    other areas, and I have seen that there are so many

13 (Pages 46 to 49)

Anne McTiernan, Ph.D

Page 50

1    different opinions by clinicians, by scientists about
2    associations, and then it comes to the point of policy
3    and coming up with guidelines.
4        That's why I am having a little problem answering a
5    question of whether it's accepted.
6        I think that for me what I can come up with is this
7    is my opinion from the research that I've done.
8        I can't speak for other medical groups of whatever
9    you are talking about.
10       I'm not sure which groups you are talking about.
11   Q   (By Mr. Williams)  Wouldn't it be accurate to say,
12   Dr. McTiernan, that it is, at best, inconsistent in terms
13   of the medical and scientific community as to whether or
14   not exposure to talcum powder in the perineal area causes
15   ovarian cancer?
16            MS. PARFITT:  Objection; form.
17            THE WITNESS:  Oh, I would say that any
18   exposure, any medical treatment, any medical prevention
19   method is going to be inconsistent, and I do know that
20   IARC has classified talc, even talc without asbestos, as
21   a possible carcinogen, and they have a pretty high bar
22   for whether they're going to consider something a
23   carcinogen, and they were talking about ovarian cancer
24   specifically.
25   Q   (By Mr. Williams)  We'll talk about that a little bit

Page 51

1    later, but let me go back to my question.
2        My question is whether or not it is at best
3    inconsistent, in terms of looking across the available
4    medical and scientific information regarding an
5    association between talcum powder and causing ovarian
6    cancer, to conclude that in fact talcum powder exposure
7    in the perineal area causes ovarian cancer; isn't that
8    true?
9            MS. PARFITT:  Objection; form.
10           THE WITNESS:  So I think I would feel
11   a little better if you are talking now about across the
12   evidence or across all of this research, all of these
13   studies, and there were-- there have been 24 to 25
14   case-control cohort studies that have looked at this
15   information, and when you look at them in totality,
16   either meta-analysis or pooled analysis, you really see
17   clear evidence that ovarian cancer risk is higher in
18   people who have-- and statistically significantly higher
19   in people who have used these products.
20   Q   (By Mr. Williams)  Let me ask you, for purposes of my
21   question, to focus on the medical and scientific
22   community, okay, not your personal opinion of the data.
23       With respect to your survey of the medical and
24   scientific community and its analysis of whether or not
25   exposure to talcum powder in the perineal area actually

Page 52

1    causes ovarian cancer, isn't it accurate to say that that
2    survey is at best inconsistent as to that conclusion?
3            MS. PARFITT:  Objection; form,
4    misstates her testimony-- excuse me, it doesn't misstate
5    her testimony.  It's been asked and answered, clearly.
6            THE WITNESS:  I think-- I think from
7    what you're asking is I've surveyed the medical community
8    and scientific community, which I have not.  I have not
9    surveyed them.
10       My job was to review studies to look at the
11   epidemiologic data.  That was my primary purpose.
12       Then to look at biological mechanisms.
13       And then to do a causal analysis.
14       I did not contact and survey the medical community
15   in this field, which could be vast because we are talking
16   about gynecology, prevention, government bodies,
17   epidemiology-- I just did not-- I was not asked to do
18   that and I did not do that.
19   Q   (By Mr. Williams)  In forming your opinion that perineal
20   talc use can cause ovarian cancer, did you calculate how
21   much talc is needed to cause ovarian cancer?
22   A   I looked at that.  I was not able to determine because
23   there's no-- no study has been able to collect
24   information in enough depth to know how much the
25   individual woman used, exactly how much in a particular

Page 53

1    day she used, and what was the content of the particular
2    bottle that she used or the bottle she used over time,
3    and many of the studies did not also even include enough
4    information to look at how frequently or how often they
5    did, but once they did, then you could see if you had
6    people that used it more often for a longer period of
7    time, that's when there was even a great increase in
8    risk, and that would be a dose response effect.
9    Q   Is the answer to my question "no," you did not calculate
10   how much talc is needed to cause ovarian cancer?
11           MS. PARFITT:  Objection; form, asked
12   and answered.
13   Q   (By Mr. Williams)  I am not asking for the reasons.
14       I am just asking for the bottom line.
15       The bottom line is that you did not calculate how
16   much talc is needed to cause ovarian cancer, correct?
17           MS. PARFITT:  Objection; form.
18           THE WITNESS:  It was not possible to
19   determine exactly how much talcum powder product was
20   used, so therefore it's not possible to determine how
21   much of each dose particular-- of a particular product
22   increases risk.
23   Q   (By Mr. Williams)  In your mind is there a dose of talc
24   that does not cause ovarian cancer when applied
25   perineally?

14  (Pages 50 to 53)

Anne McTiernan, Ph.D

## Page 54

1  A  There's no evidence that there's any lower threshold
2      than--
3  Q  I-- I'm sorry.  I didn't mean to cut you off.
4  A  So the question is there a dose of--
5  Q  Is there a dose of talc that does not cause ovarian
6      cancer when applied perineally?
7  A  There's no evidence that there's any lower limit to a
8      dose-- to use of these products that could increase risk.
9  Q  It is your testimony here today that a single dose from a
10     single perineal application of talc is enough to cause
11     ovarian cancer based upon your review of the studies?
12 A  The studies did not give that level of detail, of whether
13     somebody used one dose in terms of ovarian cancer risk.
14        However, if you think of the biology, if this one
15     dose was introduced perineal, then could move up through
16     the vagina, through the cervix and the uterus, and get to
17     just as far as the fallopian tubes, if it sits in there
18     and causes an inflammatory reaction, theoretically one
19     dose could be enough.
20        Typically in epidemiologic studies we look for dose
21     response, so if somebody is using something longer, more
22     time, more frequently, that increases the chance that
23     some of that content could get up into her perineal--
24     sorry, her peritoneal, fallopian tubes, ovaries, but
25     there's no reason that one dose couldn't do that.

## Page 55

1         We do know from the biology that one dose of talc
2      injected either into the pleura or into the lungs can
3      cause an inflammatory response.
4  Q  When you say "theoretically one dose could be enough,"
5      you are speculating; are you not?
6         MS. PARFITT:  Objection; misstates her
7      testimony, form.
8         THE WITNESS:  I am saying that we know
9      from other evidence, the biology, that if one dose is
10     injected into the pleura, and I'm talking humans, or
11     inhaled into the lungs, one dose can cause an
12     inflammatory response, so that's why I believe one dose
13     could cause a response in the peritoneal area-- sorry, in
14     the fallopian tube or ovarian area.
15 Q  (By Mr. Williams)  You used the phrase "theoretically one
16     dose could be enough," did you not, in your answer a few
17     moments ago?
18 A  I said that because it would be unethical to introduce
19     one dose of this substance into the fallopian tubes or
20     ovary area, so you couldn't test that in a human
21     directly.
22 Q  My question is different, ma'am.
23        My question is that you are the person in the room
24     who used the phrase "theoretically one dose could be
25     enough" just a few moments ago, correct?

## Page 56

1         MS. PARFITT:  Objection; asked and
2      answered.
3         She has responded.
4         THE WITNESS:  I am saying that I couldn't
5      find data from the studies about one dose, the effect of
6      one dose on ovarian cancer, but I am saying that one dose
7      could cause inflammation.
8  Q  (By Mr. Williams)  When you said "theoretically one dose
9      could be enough," you were speculating, correct?
10        MS. PARFITT:  Objection; asked and
11     answered, and she has given you the answer, Mr. Williams.
12        THE WITNESS:  I am saying that I don't have
13     the data to say exactly.
14 Q  (By Mr. Williams)  You don't have the data to say one way
15     or the other?
16        MS. PARFITT:  Objection; misstates her
17     testimony.
18        THE WITNESS:  I don't have the data on
19     ovarian cancer and one dose.
20        MS. PARFITT:  Mr. Williams, without
21     breaking any train of thought, we have gone about an hour
22     and 15 minutes.  Maybe in an appropriate place, we could
23     take a minute, but I don't want to break your stride.
24        MR. WILLIAMS:  In a minute.  Thank
25     you.

## Page 57

1  Q  (By Mr. Williams)  When you said a few moments ago that
2      you believe that even one dose could cause inflammation,
3      based upon your review of the science, have you reviewed
4      scientific literature, any study that says talcum powder
5      causes inflammation, which inflammation causes ovarian
6      cancer?
7  A  The evidence that I was able to look at, because you can
8      not do-- ethically you cannot do a clinical trial where
9      you expose women to talcum powder products in one group
10     and a placebo in another and then follow them forward for
11     30 or 40 years to see if you develop ovarian cancer--
12     because that trial cannot be done, we have to look at
13     different lines of evidence, so we look at the
14     epidemiology, we look at whether materials can be
15     introduced into the peritoneal area and make their way up
16     through the vaginal tract and get to the fallopian tubes
17     or ovaries, and then we know that inflammation does
18     increase risk for ovarian cancer.
19        There have been many studies that show that
20     individuals with high levels of inflammatory markers in
21     their blood, for example, have increased risk for ovarian
22     cancer, and people with inflammatory conditions, again,
23     endometriosis, are at an increased risk for ovarian
24     cancer.
25 Q  Does all inflammation cause cancer, ma'am?

15 (Pages 54 to 57)

Anne McTiernan, Ph.D

Page 58

1  A  It's not clear that all does, but it certainly increases
2     risk.
3  Q  So the answer is "no," not all inflammation causes
4     cancer?
5        MS. PARFITT:  Objection; misstates her
6     testimony.
7        THE WITNESS:  I am saying that the
8     inflammation-- increased inflammation is associated with
9     increased risk for cancer.
10  Q  (By Mr. Williams)  What types of cancer?
11  A  For example, some inflammatory conditions like Crohn's
12     disease increases risk for colon cancer.
13        Individuals with rheumatoid arthritis have increased
14     risk for lymphoma.
15        Those inflammatory markers that I mentioned, like
16     C-reactive protein and to interleukin 6 or 8, if those
17     are increased, all those are can increase risk for breast
18     cancer, ovarian cancer, colon cancer, and other cancers.
19  Q  Now, you have a medical degree, correct?
20  A  Mm-hm.
21  Q  Is that a "yes"?
22  A  Yes.
23  Q  And you held a license to practice medicine in the state
24     of Washington from July of 1991 to February 18th of 2018;
25     is that right?

Page 59

1  A  I apologize, it's still active.  I still have a license.
2  Q  And you held what's known as a DEA license that allows
3     one to prescribe medicines?
4  A  Yes.
5  Q  Is that still active?
6  A  That's still active, yes.
7  Q  Is it accurate to say that you have never been a
8     gynecological oncologist?
9  A  That's accurate.
10  Q  Now, you have written two articles about how diet and
11     exercise affect women after they have been diagnosed with
12     gynecologic cancer, correct?
13  A  At least two, yeah.
14  Q  None of the articles that you've written on that topic
15     studied what causes or may cause gynecological cancers;
16     is that true?
17  A  That's correct.
18  Q  Can we agree that you have never written any
19     peer-reviewed, published article or study on the causes
20     of ovarian cancer?
21  A  If we're talking about an overall general article, that's
22     true.
23        However, we have a paper in press that is looking at
24     the association of physical activity with various
25     cancers, and ovarian cancer was one that was included

Page 60

1     there.
2        The work I do for the World Cancer Research Fund
3     looks at association of diet and physical activity and
4     obesity, and risk of cancer and ovarian cancer is one of
5     those.
6  Q  I didn't mean to include the work you have done on the
7     World Cancer Research Fund.  I meant separately published
8     articles of the sort that are referenced on your CV.
9        Did you understand that to be my question?
10  A  Yes.
11        So the first one is in press for 2019, for March of
12     2019, and ovarian was one of those cancers.
13  Q  And where is that to be published?
14  A  Medicine & Science in Sports & Exercise.
15  Q  Have you ever given any lectures regarding talcum powder
16     products and ovarian cancer?
17  A  No, I have not.
18  Q  Have you ever given any presentations regarding talcum
19     powder products and ovarian cancer?
20  A  No, I haven't.
21  Q  Have you ever posted on social media at all regarding
22     talcum powder products and ovarian cancer?
23  A  I don't believe so.
24  Q  Have you ever written any textbook chapters regarding
25     talcum powder products and ovarian cancer?

Page 61

1  A  No, I haven't.
2  Q  You are not and were not ever an oncologist of any kind?
3  A  No.
4  Q  You are not a pathologist, correct?
5  A  No.
6  Q  You are not a cancer biologist, right?
7  A  No.
8  Q  You are not a toxicologist?
9  A  No.
10  Q  You are not an industrial hygienist?
11  A  No.
12  Q  Prior to being hired by the Plaintiffs' lawyers in talc
13     litigation, you had not personally conducted research on
14     talcum powder product use and risk for ovarian cancer,
15     true?
16        MS. PARFITT:  Objection; misstates her
17     testimony, form.
18        THE WITNESS:  Let me look at the--
19     prior to being hired-- it depends on what you consider
20     research because I had read some articles, but I had not
21     produced a report in that area.
22  Q  (By Mr. Williams)  Let me put it this way:
23        You have published several manuscripts on
24     gynecologic cancers, including the prevention of ovarian
25     cancer in women at high genetic risk, correct?

16  (Pages 58 to 61)

Anne McTiernan, Ph.D

Page 62

1   A  Yes.
2   Q  And you have published manuscripts regarding the effects
3      of weight and exercise on the risk for ovarian cancer,
4      correct?
5   A  Yes.
6   Q  But you have not personally conducted research on talcum
7      powder use and risk for ovarian cancer, correct?
8         MS. PARFITT:  Objection.
9         THE WITNESS:  The report that I've
10     just prepared I would say is research because it was a
11     systematic review.
12  Q  (By Mr. Williams)  Let me have you look at Exhibit No. 2,
13     your report, and then we'll take a break in a minute.
14  A  (Witness complies.)
15  Q  Could you turn to Page 6, please?
16        The first full paragraph on Page 6 begins by saying,
17     "Although I have not personally conducted research on
18     talcum powder product use and risk for ovarian cancer, I
19     have published several manuscripts," and it goes on.
20        Do you see that?
21  A  Yes.
22  Q  Is the first clause in that sentence true or not true?
23  A  Yes, that's true.
24  Q  Let's just mark, before we take a break, these other
25     items we said we were going to mark.

Page 63

1         First is Exhibit No. 3, we would like to mark it,
2      "Additional materials to Dr. Anne McTiernan."
3                (Exhibit No. 3 marked
4                 for identification.)
5
6   Q  (By Mr. Williams)  Now, I think you told us that the
7      additional materials that you brought here today support
8      your opinions; is that correct?
9   A  Yes.
10  Q  Other than believing that those materials you brought
11     today support your opinions with respect to the
12     association between perineal talcum powder use and
13     ovarian cancer, have your opinions changed at all since
14     you first prepared your report that we've marked as
15     Exhibit No. 2?
16  A  No, they have not.
17        MR. WILLIAMS:  Thanks.  Let's take a
18     quick break, about ten minutes.
19        VIDEOGRAPHER:  Going off the record,
20     the time is 10:28 a.m.
21           (Recess 10:28 to 10:40 a.m.)
22
23        VIDEOGRAPHER:  The time is 10:40 a.m.
24     We are back on the record.  This is the start of Media
25     Unit 2.

Page 64

1   Q  (By Mr. Williams)  Dr. McTiernan, before you were ever
2      retained as a paid consultant for this litigation in the
3      fall of 2016, you had written literally hundreds of
4      articles for peer-reviewed journals.
5         Is that true?
6   A  Yes.
7   Q  You have worked on comprehensive written reports for the
8      U.S. government in your career?
9   A  Yes.
10  Q  Can you just describe very briefly, if you would, the
11     types?
12  A  The U.S. government, I did two reports on physical
13     activity and cancer risk and survival, 2008 and 2018, so
14     this was the-- it's called a physical activity guidelines
15     advisory committee, and for that we relied on
16     meta-analyses.  We did not do our own research.
17        I've also over the years done grant reviews for the
18     government.  I have reviewed their intramural program, so
19     that means their science, have reviewed their science,
20     and I have prepared reports years ago for National Cancer
21     Institute for-- I've done grant reviews for other
22     country's governments.
23        That's my international service.
24        I was on-- sorry, the United States government
25     still-- grant reviews for the Department of Defense and

Page 65

1      the National Institute of Health.
2   Q  Let me ask you to look in your report, Exhibit No. 2, at
3      Page No. 7.
4         In the section of your report entitled, "Overall
5      approach," you write, in the second sentence, "I drew
6      upon my years of experience with synthesizing and
7      interpreting large numbers of epidemiologic studies for
8      comprehensive reports, including work for the U.S.
9      government," and we have gone through that, right?
10  A  Mm-hm.
11  Q  Is that a "yes"?
12  A  Yes.  Sorry.
13  Q  You go on to say, "the World Health Organization,
14     International Agency for Research on Cancer"-- IARC,
15     correct?
16  A  Yes.
17  Q  --"and the World Cancer Research Fund," correct?
18  A  Yes.
19  Q  And you have drawn upon your experience with all of those
20     organizations in setting forth your conclusions here?
21  A  Yes.
22  Q  And that's what you write in your report?
23  A  Yes.
24  Q  And you write that your opinions are based on the
25     published epidemiologic evidence, including original

17 (Pages 62 to 65)

Anne McTiernan, Ph.D

Page 66

1   case-control and cohort studies, systematic reviews,
2   meta-analyses, and pooled analyses on the topic of talcum
3   powder products exposure and a risk of ovarian cancer,
4   correct?
5   A  Yes, that's what I wrote.
6   Q  Okay.  For the World Cancer Research Fund, you are a
7   member of the advisory panel of experts that guides
8   interpretation of meta-analyses and systematic reviews of
9   nutrition, physical activity, obesity, and risk for many
10   cancers, correct?
11   A  Yes, that's correct.
12   Q  On Page 5, if you flip one page earlier, you reference,
13   in the section of your report citing your credentials,
14   the work that you have done for the World Cancer Research
15   Fund, right?
16   A  Yes.
17   Q  In the middle of the page on Page 5 of Exhibit No. 2 you
18   say, "For the World Cancer Research Fund, I am a member
19   of the advisory panel of experts that guides
20   interpretation of meta-analyses and systematic reviews of
21   nutrition, physical activity, obesity, and risk for many
22   cancers, including ovarian cancer," right?
23   A  Yes.
24   Q  And you have a link there to an ovarian cancer 2014
25   report that you did, right?

Page 67

1   A  Yes.
2   Q  And that--
3   A  Maybe I could correct that.
4      I'm on the advisory panel.  I don't prepare those
5   reports.
6      I help interpret them, but it's the World Cancer
7   Research Fund scientists-- sorry, Imperial College does
8   the meta-analyses and the systematic reviews, and then
9   the World Cancer Research Fund has scientists that write
10   the reports.
11      As an advisory committee member, I give opinions
12   on-- with the rest of the committee on-- and we summarize
13   what we think we are seeing in these-- in the data.
14   Q  So just to make sure that I understand the process, the--
15   you mentioned that there are staff members, I suppose,
16   from Imperial College who actually write the reports?
17   A  The staff members-- the scientists from Imperial College
18   do the meta-analyses.  They collect the data from all
19   available studies, and they prepare data tables, and
20   there are scientists at World Cancer Research Fund-- so
21   it's a funding organization and a scientific
22   organization, so their scientists write the reports.
23      For some of these cancers they also contract to
24   the-- to IARC, to scientists there who will write some of
25   the background epidemiology and the biology of particular

Page 68

1   cancers.
2      I can't say who wrote them because I never quite
3   know who exactly did what-- what one person did the main
4   report drafting.
5   Q  As a panel member, you read the reports though, right?
6   A  Yes.
7   Q  As a panel member you make recommendations based on the
8   reports, don't you?
9   A  Say it again--
10   Q  As a panel member--
11   A  You make recommendations-- that means to them or to--
12   Q  To the public.
13      Let me rephrase the question.
14      As a panel member for the World Cancer Research
15   Fund, the WCRF, you read the reports that are prepared by
16   that organization and make recommendations to the public
17   based upon those reports, right?
18   A  I do read the reports.  I give input because I'm part of
19   a panel.  It doesn't mean I can drive exactly what gets
20   sent there.
21      When the public recommendations come out, we are
22   given a set of guidelines that if there are
23   recommendations that are developed, they will be
24   standardized, and we are asked to follow those standards.
25      I cannot develop my own standards for what

Page 69

1   recommendations or what statements are made to the public
2   from that.
3               (Exhibit No. 4 marked
4                for identification.)
5
6   Q  (By Mr. Williams)  Let me have you take a look at what
7   we've marked as Exhibit No. 4, which is a copy of this
8   report that you provided a link to in your report at Page
9   5.
10      Page 5 of your report in this case, Exhibit No. 2--
11   Dr. McTiernan, can I have your attention?
12   A  Yes.
13   Q  In the report that you wrote for this case at Page No. 5,
14   you provided a link.
15      Do you see that?
16   A  Yes.
17   Q  That link is to a report that you are holding in your
18   hand, which is a 2014 ovarian cancer report, "Food,
19   nutrition, physical activity, and prevention of ovarian
20   cancer" that was prepared by the World Cancer Research
21   Fund, right?
22   A  Correct.
23   Q  In the bottom right-hand corner of the page do you see
24   there's a logo for something called the Continuous Update
25   Project?

Anne McTiernan, Ph.D

Page 70

1   A   Yes.
2   Q   That is the "CUP" for short?
3   A   Yes.
4   Q   You helped to oversee the CUP as part of its expert
5       panel, true?
6   A   I'm on an advisory committee for this project.
7   Q   Take a look at Page 20 of Exhibit No. 4-- actually, Page
8       19, the acknowledgments section.
9       Do you have that in front of you?
10  A   Yes.
11  Q   And that lists the panel members, correct?
12  A   Correct.
13  Q   And amongst the ten panelists, you are listed, right?
14  A   Yes.
15  Q   And the chair is Alan Jackson from the University of
16      Southampton in Southampton, UK, right?
17  A   Correct.
18  Q   You are still on the CUP panel today, are you?
19  A   It's not clear.
20      I am advising on survivorship issues.
21      It's not clear if this panel will continue.
22      My term on it finished very recently, and we are
23      renegotiating who is going to be on it and what it's
24      going to look like for the future.
25  Q   In 2018--

Page 71

1   A   I was a part of it, yes--
2   Q   You need to let me finish.
3       In 2018 you were a part of the panel, correct?
4   A   Correct.
5   Q   Let's take a look at Page 1 of Exhibit No. 4, which
6       describes the mission with reference to the World Cancer
7       Research Fund Global Network.
8       It says, "Our mission: Today the World Cancer
9       Research Fund Global Network continues," and it mentions
10      funding, interpreting the accumulated scientific
11      literature in the field, and educating people about
12      choices, correct?
13  A   Correct.
14  Q   And then at the bottom of Page 1 it references the World
15      Cancer Research Fund Global Network, and in that
16      paragraph it references, among others, the American
17      Institute for Cancer Research, which is the AICR, right?
18  A   Yes.
19  Q   And on the first-- the cover page of this document, you
20      see the AICR is referenced up at the top with the World
21      Cancer Research Fund, right?
22  A   Yes.
23  Q   As a member of the panel, you concluded that
24      developmental factors leading to greater linear growth,
25      which is marked by adult-attained height, are a

Page 72

1       convincing cause of ovarian cancer; is that true?
2   Q   Can you point to where you see this?
3   A   Page 5.
4       I will direct your attention to the bottom of the
5       page.
6       It says, "The CUP panel judges as follows," right?
7   A   Yes.
8   Q   And it says the CUP panel-- that's the panel that you sit
9       on, right?
10  A   Yes.
11  Q   That isn't the people who write it and that isn't the
12      people who review the science.  That's you, right?
13  A   Correct.
14  Q   And it says that "The evidence that developmental factors
15      leading to greater linear growth (marked by adult
16      attained height) are a cause of ovarian cancer is
17      convincing."
18      That's what the panel wrote, correct, or
19      recommended?
20  A   That's correct.
21  Q   Strike that.
22      That's what the panel "judged," is the word that's
23      used, correct?
24  A   Correct.
25  Q   Is that another way of saying that factors that make some

Page 73

1       people taller than others cause ovarian cancer?
2       MS. PARFITT:  Objection; form.
3       THE WITNESS:  This panel did not do a
4   full causal analysis.
5       It does-- its purpose is quite different from the
6   purpose of the report I prepared on talcum powder
7   products and ovarian cancer risk.
8       The purpose is not to establish causality but rather
9   to come up with guidelines for those variables that can
10  be interpreted into-- can be interpreted into guidelines.
11      There is a set of information on how these different
12  categories are formed, for convincing, probable
13  associations, and then later what can be done for that,
14  what kind of recommendations can be made to the public.
15      MR. WILLIAMS:  Move to strike that as
16  nonresponsive, Doctor, if we were in court, and I will do
17  that now for the record.
18  Q   (By Mr. Williams)  I would like to ask you to answer my
19      question.
20      My question is whether that first paragraph there,
21      under the "CUP panel judges as follows," is that
22      paragraph another way of saying that factors that make
23      some people taller than others cause ovarian cancer?
24      MS. PARFITT:  Objection; form, asked
25  and answered.

Anne McTiernan, Ph.D

Page 74

```
1          THE WITNESS:  So I still want to
2     under-- state that we didn't do a full causal analysis,
3     but there is a statement here that says these are
4     causes-- the panel considers the strength strong enough
5     that adult height and body fatness are causes of ovarian
6     cancer.
7   Q  (By Mr. Williams)  Does "greater linear growth" mean
8     height?
9   A  It may not mean-- so this particular variable is never
10    measured.
11         You don't have the data in a population to look at
12    linear growth over time, and so they were looking at just
13    by adult height.
14         Because adult height can be-- have so many variables
15    associated with it -- genetic, nutrition -- they didn't
16    want to assume that it's only genetic association that is
17    driving the risk of cancer, so that's why they're talking
18    about growth, but it's a difficult variable because you
19    can't tell which cause the eventual adult height and
20    which of those parts are associated with ovarian cancer
21    or any cancer.
22  Q  You keep saying "they"-- saying "they" in your answers.
23         This is you.  This is the CUP panel that made that
24    judgment that is set forth in Paragraph No. 1, true or
25    not true?
```

Page 75

```
1   A  Correct, it was the panel.
2          MS. PARFITT:  Objection.
3   Q  (By Mr. Williams)  The second paragraph says, "Greater
4     body fatness, which the panel interprets to be marked by
5     the body mass index, is probably a cause of ovarian
6     cancer."
7          Do you see that?
8   A  Yes.
9   Q  That was a judgment made by the panel upon which you sit,
10    correct?
11  A  Correct.
12  Q  The third paragraph says, "The evidence suggesting that
13    lactation protects against ovarian cancer is limited."
14         That too was a panel judgment made by the panel upon
15    which you sit, right?
16  A  Correct.
17  Q  The panel that you were on, at least as of 2018, was
18    primarily looking at causes of ovarian cancer related to
19    diet and exercise; is that accurate?
20  A  The panel only looks at those related variables.
21         Lactation is included because it has some
22    nutritional components, but all of the variables that
23    this organization looks at and-- that's their mission.
24    The nutrition-related variables is what they look at.
25  Q  But the panel report that is in front of you, Exhibit
```

Page 76

```
1     No. 4, was not exclusively related to diet and exercise,
2     was it?
3   A  I believe it was.
4   Q  Let me see if I can help you there.
5          You consider causes of ovarian cancer other than
6     those relating to diet and exercise, true?
7          MS. PARFITT:  Objection; form.
8          THE WITNESS:  From my knowledge the
9     meta-analysis work was focused on nutrition variables,
10    physical activity variables, and obesity-related
11    variables, all because they are related to nutrition, as
12    well as lactation because that's also a nutrition-related
13    variable.
14  Q  (By Mr. Williams)  Your panel wrote about causes of
15    ovarian cancer other than those relating to diet and
16    exercise, true?
17         MS. PARFITT:  Objection; form.
18         THE WITNESS:  The panel did not-- I
19    will have to look and see what they said about other
20    causes, but the panel was focused on, in terms of the
21    meta-analysis, the new data that they are presenting, is
22    all related to nutrition, physical activity, and diet.
23  Q  (By Mr. Williams)  Whether it's new data-- strike that.
24         First of all, Doctor, you said "they" again.
25         You mean you, you mean "our panel," correct?
```

Page 77

```
1   A  When I say "they," the meta-analysis, I did not do the
2     meta-analysis.
3          the meta-analysis was done by Imperial College.
4          The meta-analysis was contracted by World Cancer
5     Research Fund to Imperial College to do those
6     meta-analysis.
7          What the panel did is-- we're a group of scientists.
8     We review those data once they're done.
9   Q  You review the data once it's done?
10  A  Once it's done.
11  Q  And you make recommendations as a panel member, correct?
12  A  We make judgments.
13         The recommendations are a combination of us and
14    WCRF.
15  Q  One of the judgments that is-- strike that.
16         On Page 7 of the document, Exhibit No. 4, there is a
17    listing entitled, "Other established causes."
18         Do you see that?
19  A  Yes.
20  Q  And those are established causes of ovarian cancer,
21    correct?
22  A  Correct.
23  Q  That paragraph--
24  A  Sorry, say that again.
25  Q  The other established causes that are being referred to
```

20  (Pages 74 to 77)

Anne McTiernan, Ph.D

## Page 78

1   here are established causes of ovarian cancer, correct?
2       MS. PARFITT:  Objection; form.
3   Q  (By Mr. Williams)  Do you understand my question?
4   A  I do.
5       What I'm trying to say-- what I want to say here is
6   there was no systematic review done here.
7       This was information that was largely taken from the
8   second expert report and repeated here, so this was data
9   from 2007-- information from 2007, and there was no--
10  except for lactation, among all these variables there was
11  no new review done by the panel.
12      This was the knowledge at the time of the second
13  annual report, 2007, of variables that are-- that the
14  2007 expert panel thought were related to ovarian cancer.
15  Q  Hold on, Doctor.
16      In 2014, which is the date of this document, you
17  were sitting on the World Cancer Research Fund's panel,
18  correct?
19  A  Correct.
20  Q  The panel reviews the results of the epidemiological
21  analysis that is done by others, correct?
22  A  Reviews the data, the meta-analysis from the nutrition
23  variables, yes.
24  Q  And then it sets forth judgments and it writes the text
25  that appears in this document, correct?

## Page 79

1   A  The panel did not write this text.
2       The panel-- the World Cancer Research Fund wrote
3   this text.
4   Q  Are you disavowing Page 7, third paragraph, "Other
5   established causes," that's set forth other established
6   causes for ovarian cancer?
7       MS. PARFITT:  Objection; form,
8   misstates her testimony.
9       THE WITNESS:  The question was am I
10  disavowing-- I am not disavowing.
11      I am saying it was not written by our panel.
12      We reviewed it.  We had opportunity to have input,
13  but we were not the final authors of this section.
14  Q  (By Mr. Williams)  When you read the section, did you
15  say, "Wait a minute, you haven't included anything in
16  here about talc causing ovarian cancer"?
17      Did you tell anybody that?
18  A  I don't recall doing that.
19      At the time I had not done a full analysis of
20  ovarian cancer risk factors.
21  Q  When you say that you don't recall doing it, are you
22  saying it might have happened, it might not have
23  happened, or are you saying that it did not happen?
24  A  It did not happen.
25  Q  This document does not include talc as a cause or

## Page 80

1   probable cause of ovarian cancer, true?
2   A  If you're talking about this paragraph, I don't see it
3   there.
4   Q  And this paragraph does not describe talc as a risk
5   factor for ovarian cancer, such as hormone replacement
6   therapy, correct?
7   A  Talcum powder products are not mentioned there, correct.
8   Q  This 2004 CUP report-- strike that.
9       Did this 2014 CUP report come out before or after
10  Plaintiffs' counsel hired you as an expert in this case?
11  A  This came out before I was hired.
12      This was a 2014 report.
13      We may have downloaded this recently.
14      The way these reports work is the work for the
15  meta-analysis is done, and then the panel reviews the
16  data, and then a report is drafted and published online
17  at that time, so if it says, "2014," then it would have
18  been online in 2014, would have been public then.
19  Q  And there have been reports that have been prepared by
20  the World Cancer Research Fund and the American Institute
21  for Cancer Research since this 2014 report, right?
22      MS. PARFITT:  Objection to the form.
23      THE WITNESS:  Different cancers would
24  have been since then.
25      I don't have memorized exactly when the different

## Page 81

1   years came out.
2       In-- last spring, and I think it was 2018, but it
3   could have been 2017, there was a final report of WCRF
4   that included all of these reports, but this was not
5   changed at that time.
6       The final report that came out was more of a global
7   summary and global nutrition recommendations, but these
8   all-- that's why it's called the Continuous Update
9   Project, because these things are updated at various
10  points and then they become part of that final report,
11  2017, 2018.
12      This is why I was-- I said that the panel may be
13  reconstituted, because we finished one set of cancers,
14  one set of reports.
15  Q  (By Mr. Williams)  The whole idea of the CUP reports is
16  that they get updated continuously, right?
17      MS. PARFITT:  Objection; form.
18      THE WITNESS:  The ovarian cancer was
19  not updated after 2014.
20      Is that your question?
21  Q  (By Mr. Williams)  Are you sure about that?
22  A  From my knowledge it was not updated.
23  Q  Take a look at Page 2 of Exhibit No. 4 that you have.
24      At the top of Page 2 it says, "Please cite the
25  report as follows," and it gives instructions about how

21 (Pages 78 to 81)

Anne McTiernan, Ph.D

Page 82

1  the report should be cited, correct?
2  A  Yes.
3  Q  It's accurate to say that the expectation of the
4     publication of this report is that it may be cited by
5     others, right?
6  A  Yes.
7  Q  That's why you have this at the top of Page No. 2,
8     correct?
9  A  Yes.
10 Q  Let me show you another document, which we'll mark as
11    Exhibit No. 5.
12             (Exhibit No. 5 marked
13              for identification.)
14
15 Q  (By Mr. Williams)  Exhibit No. 5, for the record, is a
16    multi-page document that says, "Diet, nutrition, physical
17    activity and ovarian cancer - revised 2018" on the cover
18    page.
19         Do you see that?
20 A  Yes.
21 Q  The CUP expert panel that you sat on through 2018 issued
22    this collection of reports entitled, "Diet, nutrition,
23    physical activity and cancer, a global perspective,"
24    right?
25 A  Yes.

Page 83

1  Q  This is the most recent version of the Continuous Update
2     Project report that we were just looking at, right?
3  A  Yes.
4  Q  Let me show you another document, which is-- we'll mark
5     as Exhibit No. 6.
6             (Exhibit No. 6 marked
7              for identification.)
8
9  Q  (By Mr. Williams)  I will ask you to keep Exhibit No. 5
10    nearby.
11         Exhibit No. 6, I will represent to you, is the CUP
12    panel web page, which we printed out on January 7th,
13    2019.
14         Are you pictured in the picture there?
15 A  Yes.
16 Q  Is that you five people over from the right?
17 A  Yes.
18 Q  Above the photo that you appear in, do you see where it
19    says, "In 2018 the expert panel, chaired by Professor
20    Alan Jackson, issued our latest cancer prevention
21    recommendations as part of the World Cancer Research
22    Fund/American Institute for Cancer Research third expert
23    report, 'Diet, nutrition, physical activity and cancer: a
24    global perspective.'"
25         That's what it says, correct?

Page 84

1  A  Correct.
2  Q  The CUP expert panel that you sat on through last year is
3     in fact the body that issues these reports, like Exhibit
4     No. 5, correct?
5  A  Correct.
6  Q  Now let me have you look at Exhibit No. 5, which is the
7     2018 CUP report.
8         I will just quickly refer you to Page 4.
9         On Page 4 there's a heading that says, "Our
10    Continuous Update Project, CUP"-- do you see that?
11 A  Yes.
12             MS. PARFITT:  Give her just one
13    moment.
14 Q  (By Mr. Williams)  And then the second paragraph says,
15    "An independent panel of experts carries out ongoing
16    evaluations of this evidence, and their findings form the
17    basis of the WCRF network's cancer prevention
18    recommendations."
19         Do you see that?
20 A  Yes.
21 Q  That's referring to your panel, correct?
22 A  Yes.
23 Q  And if you look at the back of this document that's on
24    Page 21, in the acknowledgments section, it lists the
25    panel members.

Page 85

1         I've counted.  There are now nine panelists as of
2     2018, and you are listed as one, correct?
3  A  You are looking at-- sorry, which?
4  Q  Page 21 of Exhibit No. 5.
5         Do you see it listed there on Page 21?
6  A  Yes.
7  Q  Now, please go back to Page 6 of Exhibit No. 5, the 2018
8     report of the World Cancer Research Fund.
9         Under the box "Summary of panel judgments," do you
10    see there that the same conclusions that were set forth
11    in the 2014 report concerning the panel judgments are set
12    forth?
13 A  So you are talking about this table--
14 Q  If you look in the lower left-hand corner of the page, it
15    has Page No. 6.
16         Are you looking at the 2018--
17 A  It says, "Summary of panel judgments."
18 Q  Correct, and do you see the box that's underneath there
19    with subheadings?
20 A  Yeah.
21         One thing to point out is that this table, which is
22    the summary-- so you are in Exhibit No. 5 ?  It says,
23    "2014," so it's the exact same as this 2014 report.
24 Q  Ma'am, I am not even looking at that page.
25 A  Okay.

Anne McTiernan, Ph.D

## Page 86

1  Q  I am asking you to look at Page 6.
2  A  Page 6.
3  Q  Which says, "The summary of the panel judgments."
4  A  Okay.
5  Q  In that summary of the panel judgments it sets forth the
6     same conclusions that were contained in the 2014 report
7     regarding linear growth, body fatness, and lactation,
8     correct?
9  A  That's correct.
10 Q  There's no reference to talcum powder here either,
11    correct?
12 A  That's correct.
13 Q  As of 2018 you had been retained as an expert by the
14    plaintiffs' lawyers in this litigation; is that correct?
15         MS. PARFITT:  Objection; form.
16         THE WITNESS:  The summaries are
17    regarding the data analyzed by WCRF on nutrition
18    variables.
19         They do not consider-- they do not do systematic
20    reviews for other ovarian cancer risk factors, only
21    nutrition variables.
22 Q  (By Mr. Williams)  Let me ask you to go to Page 3.
23         Again in your last answer you said "they."
24         You are a panelist for this organization, correct?
25 A  Yes, I am a panelist, but I don't-- I am not in a

## Page 87

1     position to choose what WCRF decides to contract out for
2     analyses.
3         They contract with the Imperial College of what the
4     focus is going to be: nutrition, physical activity, diet.
5         It's my-- I have the ability to refuse to be on the
6     panel, to decline if I don't want to be involved with
7     nutrition, physical activity, and obesity research
8     because that's the mission.  The mission are those
9     variables, not to do systematic reviews on other risk
10    factors.
11        We don't do anything on cigarette smoking or other
12    types of carcinogens, for example.
13        We only do nutrition, physical activity,
14    obesity-related variables.
15 Q  To be clear, this CUP update on ovarian cancer came out
16    in 2018, which is after you were retained by plaintiff
17    lawyers to opine on whether or not talc could cause
18    ovarian cancer.
19        Is that true or not true?
20         MS. PARFITT:  Objection; form; asked
21    and answered.
22 Q  (By Mr. Williams)  I am looking for a temporal answer.
23    This--
24         MS. PARFITT:  Same objection.
25 Q  (By Mr. Williams)  This update on ovarian cancer came out

## Page 88

1     in 2018, which is after you had been retained by
2     plaintiff lawyers to opine on whether or not talc could
3     cause ovarian cancer, true or not true?
4         MS. PARFITT:  Objection; form, asked
5     and answered.
6         THE WITNESS:  I want to be able to
7     answer this to try to make it more clear.
8         If you see on the cover, it says, "2014."
9         This is the 2014 report that was added to all of the
10    other reports.
11        Some were developed in 2011, some in 2017.
12        We did not redo the meta-analyses.  We did not redo
13    the entire report.
14        They were added together.
15        The World Cancer Research Fund for the first two
16    reports did all of the work at one time and came up with
17    books, so the most recent one was 2007.
18        This time they decided to do reports on a rolling
19    basis.  That's why Ovarian came out in 2014, but that
20    their final-- when they put it all together, they
21    celebrate, come out with big systematic-- sorry, summary
22    guidelines for the public for preventing cancer-related
23    nutrition, physical activity, things that people can do--
24    that was all added together in 2018, but this ovarian
25    report was from 2014.

## Page 89

1         MR. WILLIAMS:  I will move to strike
2     that as nonresponsive.
3  Q  (By Mr. Williams)  Dr. McTiernan, on the first page of
4     this document it says it was revised in 2018.
5         This document that's in front of you now was
6     published in 2018, wasn't it?
7         MS. PARFITT:  Objection; form.
8         She has been asked and answered it.
9         You have limited time, Mr. Williams, so I suggest
10    you listen to her answer.
11 Q  (By Mr. Williams)  This document was published in 2018,
12    yes or no?
13         MS. PARFITT:  Objection; form, asked
14    and answered.
15         THE WITNESS:  This document was
16    published along with all of the other documents, but the
17    document was prepared in 2014.
18        It's a report in 2014.
19 Q  (By Mr. Williams)  What year was this document published?
20         MS. PARFITT:  The document speaks for
21    itself.  Objection; form.
22         THE WITNESS:  It says, "Revised 2018."
23 Q  (By Mr. Williams)  2018 was after you were retained by
24    Plaintiffs' counsel, correct?
25         MS. PARFITT:  Objection; form,

23 (Pages 86 to 89)

Anne McTiernan, Ph.D

<table>
<tr><td colspan="2">Page 90</td></tr>
<tr><td>1</td><td>mischaracterizes her testimony.</td></tr>
<tr><td>2</td><td>Q  (By Mr. Williams)  You may answer, Doctor.</td></tr>
<tr><td>3</td><td>MS. PARFITT:  Objection; form.</td></tr>
<tr><td>4</td><td>Answer as best you can.</td></tr>
<tr><td>5</td><td>THE WITNESS:  Yes, 2018 is after I was</td></tr>
<tr><td>6</td><td>retained.</td></tr>
<tr><td>7</td><td>Q  (By Mr. Williams)  It was a couple years after you had</td></tr>
<tr><td>8</td><td>been retained, right?</td></tr>
<tr><td>9</td><td>A  That's correct.</td></tr>
<tr><td>10</td><td>Q  Could you list for me all of the members of the panel who</td></tr>
<tr><td>11</td><td>served with you on the World Cancer Research Fund whom</td></tr>
<tr><td>12</td><td>you told, "We need to update this to state that talc,</td></tr>
<tr><td>13</td><td>which is something that people can use or not use, is</td></tr>
<tr><td>14</td><td>something that they should not use because it causes</td></tr>
<tr><td>15</td><td>ovarian cancer"?</td></tr>
<tr><td>16</td><td>List for me the people who are listed on Page 21, as</td></tr>
<tr><td>17</td><td>fellow panel members, all of the people that you have</td></tr>
<tr><td>18</td><td>told that.</td></tr>
<tr><td>19</td><td>A  I didn't talk with others about other risk factors for</td></tr>
<tr><td>20</td><td>ovarian cancer because we were using the same report</td></tr>
<tr><td>21</td><td>unchanged from 2014.</td></tr>
<tr><td>22</td><td>Q  Is the answer that there's no one?</td></tr>
<tr><td>23</td><td>MS. PARFITT:  Objection; misstates her</td></tr>
<tr><td>24</td><td>testimony.</td></tr>
<tr><td>25</td><td>Q  (By Mr. Williams)  Is the answer that there is no one</td></tr>
</table>

<table>
<tr><td colspan="2">Page 91</td></tr>
<tr><td>1</td><td>there?</td></tr>
<tr><td>2</td><td>MS. PARFITT:  Objection; form,</td></tr>
<tr><td>3</td><td>misstates her testimony.</td></tr>
<tr><td>4</td><td>Q  (By Mr. Williams)  You may answer.</td></tr>
<tr><td>5</td><td>A  Correct.</td></tr>
<tr><td>6</td><td>MS. PARFITT:  You may answer.</td></tr>
<tr><td>7</td><td>Q  (By Mr. Williams)  Is the answer correct?</td></tr>
<tr><td>8</td><td>A  Correct.</td></tr>
<tr><td>9</td><td>MS. PARFITT:  Objection.</td></tr>
<tr><td>10</td><td>MR. WILLIAMS:  Counsel, I am entitled</td></tr>
<tr><td>11</td><td>to an answer to the question.</td></tr>
<tr><td>12</td><td>MS. PARFITT:  You can, and I'm</td></tr>
<tr><td>13</td><td>entitled to object to the form.</td></tr>
<tr><td>14</td><td>MR. WILLIAMS:  But you are objecting</td></tr>
<tr><td>15</td><td>over her answer.</td></tr>
<tr><td>16</td><td>MS. PARFITT:  No, I am objecting-- she</td></tr>
<tr><td>17</td><td>is answering quite quickly.  I am trying to object before</td></tr>
<tr><td>18</td><td>she answers, but after you.</td></tr>
<tr><td>19</td><td>MR. WILLIAMS:  Fair enough.</td></tr>
<tr><td>20</td><td>MS. PARFITT:  Thanks.</td></tr>
<tr><td>21</td><td>Q  (By Mr. Williams)  Please turn to the second-to-last page</td></tr>
<tr><td>22</td><td>of this 2018 CUP report, which is entitled, "Our cancer</td></tr>
<tr><td>23</td><td>prevention recommendations."</td></tr>
<tr><td>24</td><td>It is a purple page.  It is the inside cover of the</td></tr>
<tr><td>25</td><td>pamphlet.</td></tr>
</table>

<table>
<tr><td colspan="2">Page 92</td></tr>
<tr><td>1</td><td>This says, "Our cancer prevention recommendations."</td></tr>
<tr><td>2</td><td>When it says "our" there, that refers to the panel</td></tr>
<tr><td>3</td><td>on which you sat in 2018, correct?</td></tr>
<tr><td>4</td><td>A  This is correct.</td></tr>
<tr><td>5</td><td>This is a separate document.</td></tr>
<tr><td>6</td><td>It must have been from the ovarian report because</td></tr>
<tr><td>7</td><td>this is-- there are separate recommendations based on all</td></tr>
<tr><td>8</td><td>of the cancers.</td></tr>
<tr><td>9</td><td>Q  The panel does not recommend limiting or stopping the use</td></tr>
<tr><td>10</td><td>of talcum powder, correct?</td></tr>
<tr><td>11</td><td>A  The panel did not look at all potential carcinogens.</td></tr>
<tr><td>12</td><td>The panel looked and developed recommendations based</td></tr>
<tr><td>13</td><td>on nutrition, physical activity, and obesity-related</td></tr>
<tr><td>14</td><td>variables.</td></tr>
<tr><td>15</td><td>Q  Is the answer that it does not list talc?</td></tr>
<tr><td>16</td><td>MS. PARFITT:  Objection; form.</td></tr>
<tr><td>17</td><td>THE WITNESS:  It does not list talc,</td></tr>
<tr><td>18</td><td>but it doesn't list other carcinogens as well.</td></tr>
<tr><td>19</td><td>Q  (By Mr. Williams)  Please turn to Page 8.</td></tr>
<tr><td>20</td><td>I am referring to Page 8 of the 2018 CUP report.</td></tr>
<tr><td>21</td><td>I will direct your attention to Section 4 at the top</td></tr>
<tr><td>22</td><td>that says, "Other established causes."</td></tr>
<tr><td>23</td><td>Do you see that?</td></tr>
<tr><td>24</td><td>A  Yes.</td></tr>
<tr><td>25</td><td>Q  Not bearing children is listed as something that may be</td></tr>
</table>

<table>
<tr><td colspan="2">Page 93</td></tr>
<tr><td>1</td><td>seen as a cause of ovarian cancer, correct?</td></tr>
<tr><td>2</td><td>A  Correct.</td></tr>
<tr><td>3</td><td>Q  Early menarche or age of first period is listed as</td></tr>
<tr><td>4</td><td>something that your panel concluded may be seen as a</td></tr>
<tr><td>5</td><td>cause of ovarian cancer, true?</td></tr>
<tr><td>6</td><td>A  It wasn't a panel conclusion.  We weren't asked to judge</td></tr>
<tr><td>7</td><td>data.</td></tr>
<tr><td>8</td><td>This was written up as a background for other</td></tr>
<tr><td>9</td><td>potential causes.</td></tr>
<tr><td>10</td><td>There were no data that was reviewed by the panel.</td></tr>
<tr><td>11</td><td>Q  The heading is, "Other established causes," right?</td></tr>
<tr><td>12</td><td>A  Right.</td></tr>
<tr><td>13</td><td>WCRF prefers to use that language.  I'm not sure I</td></tr>
<tr><td>14</td><td>would have used that.</td></tr>
<tr><td>15</td><td>Q  Talc is not listed as an established cause, correct?</td></tr>
<tr><td>16</td><td>A  It is not.</td></tr>
<tr><td>17</td><td>It looks like the paragraph was unchanged from 2014.</td></tr>
<tr><td>18</td><td>It was not updated.</td></tr>
<tr><td>19</td><td>This report, from my knowledge, is the same in 2014</td></tr>
<tr><td>20</td><td>as this-- as what's called "Revised," but I believe it's</td></tr>
<tr><td>21</td><td>the same report.</td></tr>
<tr><td>22</td><td>Q  Did you, as a member of this expert panel, conclude that</td></tr>
<tr><td>23</td><td>talc could be seen as a cause of ovarian cancer?</td></tr>
<tr><td>24</td><td>A  This expert panel didn't consider talc.</td></tr>
<tr><td>25</td><td>Q  Is the answer "no"?</td></tr>
</table>

24  (Pages 90 to 93)

Anne McTiernan, Ph.D

1    MS. PARFITT: Objection; form--
2        THE WITNESS: All I can say is we
3    didn't consider-- we didn't review the literature. We
4    didn't do-- review any of these other variables in
5    totality.
6    Q   (By Mr. Williams)  Is there any reason why you don't do
7        that?
8    A   We were tasked at looking at nutrition, physical
9        activity, and obesity-related variables.
10   Q   Tasked by whom?
11   A   By WCRF, World Cancer Research Fund.
12   Q   Did the World Cancer Research Fund say that you could not
13       look into talc?
14       MS. PARFITT: Objection; form.
15       THE WITNESS: They did-- in our
16   personal lives, that we could look into any variable you
17   wanted to, but for this purpose of this panel, we were
18   only looking at and evaluating the meta-analysis, which
19   was focused on physical activity, diet, and nutrition
20   variables.
21   Q   (By Mr. Williams)  Let me ask you to turn to Page 7 of
22       the CUP report.
23   A   Which one?
24   Q   Page 7 of the 2018 report, Exhibit No. 5.
25   A   Okay.

1    Q   Do you see the heading that says, "Pathogenesis"?
2    A   Yes.
3    Q   Do you see where in the second paragraph the panel
4        concluded that the-- quote, "Most ovarian cancers occur
5        spontaneously, although five to ten percent of cases
6        develop due to a genetic disposition," Closed quote?
7        Do you see that?
8    A   I see that, and above that I see that "The epithelial
9        cells are subjected to a unique pro-inflammatory
10       microenvironment, which can increase the rate of DNA
11       damage, thus affecting cancer risk."
12       In this case the word "spontaneous" just means "as
13   opposed to genetics."
14       Spontaneous cancers mean they can be caused by
15   anything else, including environment, but not solely due
16   to an inherited genetic predisposition.
17   Q   Do you agree that most ovarian cancers occur
18       spontaneously?
19   A   I believe most are caused by environmental causes as for
20   many other cancers.
21       I am using the word "spontaneous." I mean "non
22   solely genetic."
23       Cancer is a genetic disease, but the familial
24   genetic-inherited cancers account for only about five to
25   ten percent of ovarian cancers, similar to many other

1    cancers.
2        "Spontaneous" means something else caused it.
3    Q   However you define "spontaneous," do you agree that most
4        ovarian cancers occur spontaneously?
5        MS. PARFITT: Objection; form.
6        THE WITNESS: I agree that most-- I
7    would not use that word myself because it can be
8    misconstrued by nonscientists.
9        "Spontaneous" means "nongenetically inherited," so I
10   would say environmental, that most cancers-- most ovarian
11   cancers are caused by something in the environment, some
12   exposure.
13   Q   (By Mr. Williams)  Did you tell someone to take out the
14       word "spontaneously"?
15   A   I don't recall.
16       We did have an opportunity in 2014 to edit these
17   various reports.
18       None of us had final say on exactly what came out of
19   the report.
20       We did go through a process of editing.
21   Q   When you had the opportunity to edit the report in 2014,
22       did you ask someone to take out the word "spontaneously"?
23   A   I don't recall.
24   Q   When you say you don't recall, are you saying it may have
25       happened, it may not have happened?

1    A   It may have happened, it may not.
2        I apologize, I don't recall.
3    Q   And after you make such a recommendation as a panelist,
4        who decides what gets put in?
5    A   The World Cancer Research Fund. The scientific officers
6        would decide.
7    Q   They would listen to the input and then decide one way or
8        the other?
9    A   Yes.
10   Q   In 2014 the Gertig 2000 and Terry 2013 studies on talc,
11       that you reviewed in 2016, had already been published,
12       correct?
13   A   I am hesitating because I don't remember when this exact
14       writing was.
15       If it's a 2014 report, that's when it came out.
16       It could have been being written within 2013, so at
17   the time I was not doing research on all of the variables
18   related to ovarian cancer, so I can't say what was
19   published at that time.
20   Q   2014 is after 2013, correct?
21   A   That's correct.
22   Q   If Gertig was published in 2000, Gertig would have been
23       published prior to the time that this exhibit, the 2014
24       version of this exhibit, was published, correct?
25   A   Published but perhaps not when it was prepared, that's

25 (Pages 94 to 97)

Anne McTiernan, Ph.D

```
 1    what I'm saying.
 2  Q  If the Terry study was published in 2013, it would have
 3     been published prior to the time that the 2014 version of
 4     the World Cancer Research Fund would have been published,
 5     correct?
 6  A  It would have been published prior to publication, not
 7     necessarily prior to report preparation.
 8  Q  Have you ever been on the World Cancer Research Fund web
 9     page?
10  A  Yes, I have.
11  Q  Let me show you what we've marked as Exhibit No. 7 or
12     what we will mark as Exhibit No. 7 to your deposition.
13                    (Exhibit No. 7 marked
14                     for identification.)
15
16  Q  (By Mr. Williams)  Exhibit No. 7 is the World Cancer
17     Research Fund web page.
18        We printed this out as of January 8th, 2019.
19        It's a five-page document, and the portion that we
20     printed out is "Myths and controversies about what causes
21     cancer."
22        Do you see that?
23  A  Yes, I do.
24  Q  There is only one World Cancer Research Fund, to your
25     knowledge, correct?
```

```
 1  A  That's correct.
 2  Q  The World Cancer Research Fund, the organization for whom
 3     you have served as an advisory panel member for years,
 4     tries to advise the public about potential causes for
 5     cancer, correct?
 6             MS. PARFITT:  Objection; form.
 7             THE WITNESS:  Their focus is on
 8     nutrition, physical activity, and obesity variables.
 9        That's what they advise on.  That's what their
10     recommendations are.
11  Q  (By Mr. Williams)  The World Cancer Research Fund tries
12     to debunk myths about what has been established as a
13     cause of cancer, correct?
14             MS. PARFITT:  Objection; form.
15             THE WITNESS:  Before I answer that, I
16     would like to know if this is a Blount post.
17        If it's not-- it's not something that has come
18     before the World Cancer Research Fund.
19        We would never investigate or were never asked to
20     comment on these particular issues.
21  Q  (By Mr. Williams)  I will represent to you that the
22     address that is listed at the bottom of the page, which
23     includes
24     www.wcrf-uk.org/uk/preventing-cancer/cancer-risk-factors-
25     and it goes on, is, in fact, where you get-- where you go
```

```
 1     if you are trying to get to the World Cancer Research
 2     Fund website.
 3        Will you accept that representation, ma'am?
 4  A  It looks like it comes from their website.
 5        I am not clear on who developed this or-- it
 6     certainly didn't have oversight by our committee.
 7        Our committee was tasked at looking at the data from
 8     the meta-analysis and systematic review.
 9        None of these variables-- none of the variables
10     here, except perhaps coffee, were considered by my panel.
11        My panel does not oversee all World Cancer Research
12     Fund.  There are other groups that oversee them.
13        I do not.
14        I oversee-- sorry, I participate on one panel that
15     focuses on nutrition, physical activity, and diet
16     meta-analyses.
17  Q  Take a look at Page 2 of this document, which is Exhibit
18     No. 7.
19        At the top of the page it says, "Cosmetics and
20     toiletries."
21        Do you see that?
22  A  I do.
23  Q  It says, "Most studies have found no link between cancer
24     and the chemicals used in cosmetic and toiletry products,
25     such as moisturizers, shampoos, deodorants, and
```

```
 1     toothpastes.  The majority of countries have strict
 2     regulations to ensure these products are safe."
 3        Do you see that?
 4  A  Yes.
 5  Q  It goes on, second paragraph, "Some studies have found a
 6     link between talcum powder, talc, and ovarian cancer, but
 7     there is not enough evidence to be certain of this.  Even
 8     if there were an increased risk, scientists estimate it
 9     would be small.  Not smoking, followed by maintaining a
10     healthy weight through eating a healthy diet and keeping
11     active, are the most effective ways to reduce your cancer
12     risk."
13        Did I read that right?
14  A  Yes, you did.
15  Q  Do you disagree with that statement of the World Cancer
16     Research Fund?
17  A  I do.
18        I am surprised it's there.
19  Q  Is it accurate to say that your opinion in this case that
20     the state of known scientific evidence establishes that
21     perineal use of talc causes ovarian cancer conflicts with
22     the conclusion set forth on the website of the World
23     Cancer Research Fund that there is not enough evidence to
24     be certain that there is a link between talcum powder use
25     and ovarian cancer?
```

Anne McTiernan, Ph.D

## Page 102

1           MS. PARFITT:  Objection; form,
2      misstates the document.
3           THE WITNESS:  I do disagree.
4  Q   (By Mr. Williams)  Your opinion in this case conflicts
5      with the--
6  A   Yes, my opinion conflicts--
7  Q   You need to wait until I'm done, ma'am if you would.
8  A   Okay.
9  Q   Your opinion in this case, as set forth in your report,
10     conflicts with the conclusions set forth specifically
11     regarding talcum powder on the World Cancer Research Fund
12     website, correct?
13          MS. PARFITT:  Objection to the form.
14          THE WITNESS:  Yes, that's correct.
15 Q   (By Mr. Williams)  The American Institute for Cancer
16     Research tries to advise the public regarding potential
17     causes of cancer; is that right?
18          MS. PARFITT:  Objection; form,
19     misstates her testimony.
20          THE WITNESS:  The American Institute
21     for Cancer Research is part of the World Cancer Research
22     Foundation, and they have the same mission, to focus on
23     nutrition, physical activity, and obesity in relation to
24     cancer risk and survival.
25 Q   (By Mr. Williams)  Did you know that the American

## Page 103

1      Institute for Cancer Research includes a page on its
2      website discussing whether different exposures can cause
3      cancer?
4  A   I would have to see it, but no, I do not follow whatever
5      page you're talking about.
6           I don't know what you're referring to.
7           (Exhibit No. 8 marked
8           for identification.)
9
10 Q   (By Mr. Williams)  Let me show you what we've marked as
11     Exhibit No. 8.
12          Exhibit No. 8 is a three-page document, which is a
13     printout of the website of the AICR.  The address is
14     listed at the bottom of Page 1 of Exhibit No. 8.
15          You are familiar with the American Institute for
16     Cancer Research?
17 A   Yes, I am.
18          It is a part of the World Cancer Research Fund.
19 Q   I would like you to look at the first page of Exhibit
20     No. 8.
21          There is a listing that says, "GMOs and other hot
22     topics," and then there are seven different topics that
23     are set forth, the fifth of which is cosmetics and
24     toiletries.
25          Do you see that?

## Page 104

1  A   Yes.
2  Q   And the second paragraph that's listed there on Exhibit
3      No. 8 is identical to the paragraph that we just went
4      over in Exhibit No. 7 relating to talcum powder and
5      ovarian cancer; is that right?
6  A   Yes, I see that.
7  Q   Is it accurate to say that your opinion in this case,
8      that the state of known scientific evidence establishes
9      that perineal use of talc causes ovarian cancer,
10     conflicts with the conclusion of the American Institute
11     for Cancer Research, that there is not enough evidence to
12     be certain that there is a link between talc use and
13     ovarian cancer?
14          MS. PARFITT:  Objection; form.
15          THE WITNESS:  Yes, I disagree with
16     what they have written here.
17 Q   (By Mr. Williams)  You have never told anyone from the
18     AICR, I take it, that you disagree?
19          MS. PARFITT:  Objection; form.
20          THE WITNESS:  I did not know that they
21     had this on their website.
22          I think I will talk to them now.
23 Q   (By Mr. Williams)  Let me direct your attention to a new
24     document, which is an article from Hutch News that refers
25     to you.

## Page 105

1      We'll mark it as Exhibit No. 9.
2           (Exhibit No. 9 marked
3           for identification.)
4
5  Q   (By Mr. Williams)  This is an article that was published
6      on May 25th, 2018, correct?
7           It's a commentary written by you?
8  A   Yes.  It was edited by-- our communications department
9      edited it, so I authored it, but they adjusted it.
10 Q   May 25, 2018 was at least a year and a half after you had
11     been retained by plaintiffs' counsel for this engagement,
12     correct?
13          MR. LOCKE:  We haven't seen Exhibit
14     No.--
15 Q   (By Mr. Williams)  Did you hear my question?
16 A   No-- yes.
17 Q   You're quoted in this article-- strike that.
18          The title of your article is, "How to reduce the
19     odds of getting cancer," right?
20 A   Yes.
21 Q   You are quoted in this article as saying there are steps
22     people can take to absolutely cut their risk of getting
23     cancer, true?
24 A   Yes.
25 Q   Directly under the title there's a quote that says,

27 (Pages 102 to 105)

Anne McTiernan, Ph.D

Page 106

1    "There are steps you can take that will absolutely cut
2    your risk, says Fred Hutch's doctor Anne McTiernan, who
3    contributed to a new report on diet, nutrition, physical
4    activity and cancer," did I read that right?
5    A  Yes.
6    Q  Now, at the time that you were writing this commentary, I
7    take it that you were not limited in any way in what you
8    could talk about as a way that someone could cut their
9    risk of getting cancer?
10       No one was editing your words, true?
11   A  That's not true.
12       The communications department has final say on what
13   goes out from our institution, so I don't have full
14   leeway of what went out.
15       They had asked me to write about something, with
16   their help, their editing, on the new report by the World
17   Cancer Research Fund, so it focused primarily on
18   nutrition, physical activity, and diet information.
19   Q  Are you suggesting that you could not have referenced
20   talcum powder or stopping the use of talcum powder as it
21   relates to your view of ovarian cancers, ma'am?
22   A  I am saying I was asked to focus on these variables in
23   this new report.
24       Fred Hutchinson is-- the communications department
25   is a news program-- sorry, a news service-- they call

Page 107

1    themselves a news service, and they wanted me to talk
2    about new results.
3        I added-- I did add to try to avoid other
4    carcinogens, and I specifically mentioned air pollution
5    and asbestos as some things that affect many different
6    cancers, but I was primarily tasked to talk about
7    nutrition, physical activity, and diet, and especially
8    since that was a new report.
9        That's why this article is focused on that.
10   Q  Did you identify talc use as an actual or probable
11   carcinogen of any kind of cancer in this article?
12   A  This was not focused on any particular risk factor, so I
13   was talking about very generic environmental causes of
14   cancer, and I can see that I did mention asbestos as an
15   example, but I did not list all of the cancer-causing
16   chemicals that can be encountered.
17   Q  In terms of your day-to-day research activities, those
18   are in the field of epidemiology, correct?
19   A  Epidemiology and clinical trials.
20       Some people consider that clinical research, and
21   some consider it epidemiology, but I'm an epidemiologist
22   and an internist.
23   Q  When it comes to assessing cause, epidemiology, your
24   field, is only one part of the causation analysis; is
25   that true?

Page 108

1        MS. PARFITT:  Objection; form.
2        THE WITNESS:  When we do a causation
3    analysis as epidemiologists, we primarily rely on results
4    in humans and especially epidemiology, but we also look
5    to see if there are plausible biologic mechanisms that
6    can link what we see in the human data, in terms of
7    exposure to risk of disease, so we do look at biological
8    mechanisms as well.
9    Q  (By Mr. Williams)  Much of epidemiologic observational
10   research in cancer focuses on determining the
11   associations between an exposure and an outcome, true or
12   not true?
13   A  Yes, that's true.
14   Q  The mere existence of an association does not itself
15   prove a cause and effect relationship between the
16   exposure and the disease, right?
17   A  The existence of an association is typically part of the
18   scientific data we would use in order to determine if
19   it's a cause and effect, and there could be some-- some
20   associations that would be so difficult to explain
21   otherwise, that you would understand that that has to be
22   a cause, but typically in the epidemiology of cancer, we
23   are looking at both the results in human, human
24   population studies, epidemiology studies, but we also
25   look at plausible biologic mechanisms.

Page 109

1    Q  Association is not synonymous with causation, is it,
2    ma'am?
3    A  Association, correct, it's not exactly the same as
4    causation.
5    Q  As you read the epidemiologic literature as part of your
6    work in this matter, you considered the Bradford Hill
7    aspects of causal inference, right?
8    A  That's correct.
9    Q  The continuous research project, for which you serve as a
10   panel member, also uses the Bradford Hill criteria as the
11   basis for its systematic review analyses, true?
12   A  The World Cancer Research Fund has a modified version of
13   Bradford Hill.
14       Most groups that are looking at these types of
15   variables, and are looking at developing public
16   recommendations, will use some kind of modification of
17   Bradford-Hill-like criteria, so the World Cancer Research
18   Fund has developed criteria that are very different in
19   some way from other epidemiology studies, and
20   particularly because they're focused on nutrition, and
21   nutrition is a variable different from other types of
22   exposures in terms of developing them.
23       They also have further developed those criteria for
24   survivorship, so it's not exactly a Bradford Hill
25   analysis.

28 (Pages 106 to 109)

Anne McTiernan, Ph.D

Page 110

1  Q  The Bradford Hill criteria are the basis for the
2     Continuous Update Project systematic review analyses and
3     the criteria for judging the evidence, true or not true?
4              MS. PARFITT:  Objection; form, asked
5     and answered.
6              THE WITNESS:  I would say Bradford
7     Hill criteria were considered in developing the
8     guidelines for the systematic review interpretation.
9              (Exhibit No. 10 marked
10                for identification.)
11
12  Q  (By Mr. Williams)  Let me have you look at what we've
13     marked as Exhibit No. 10.
14        Exhibit No. 10 is a multi-page document from the
15     World Cancer Research Fund entitled, "Judging the
16     evidence," and dated 2018.
17        Do you recognize this document?
18  A  Yes, I do.
19  Q  This document was published at a time when you were
20     serving as a panelist for the World Cancer Research Fund?
21  A  It was developed before then, but it was published again
22     at that time, yes.
23  Q  Let me have you look at Page 4.
24        Page 4 sets forth how to cite the third expert
25     report ; does it not?

Page 111

1  A  How to cite the whole report, yes.
2  Q  It was contemplated at the time that this document,
3     "Judging the evidence," was published, that it could be
4     cited by experts, correct?
5              MS. PARFITT:  Objection; form.
6              THE WITNESS:  Yes.
7  Q  (By Mr. Williams)  Look at Page 5, if you would.
8  A  (Witness complies.)
9  Q  Page 5 under the title, "Introduction," the second full
10     paragraph, I will direct you to the last sentence.  It
11     says, "The Bradford Hill criteria are the basis for the
12     Continuous Update Project, CUP, systematic review
13     analyses and the criteria for judging evidence."
14        Do you see that?
15  A  Yes, I do.
16  Q  Is that an accurate statement?
17  A  I would say it's the beginning because they did change,
18     and it spanned quite a bit compared to Bradford Hill.
19        Bradford Hill's speech, when he developed it and
20     when the result was published in the World Society of
21     Medicine, was very basic, did not have the many criteria
22     that World Cancer Research Fund uses, and their criteria,
23     the way they developed it, beyond Bradford Hill, was
24     because of the nutrition-related variables.
25  Q  Is it an accurate statement or not, ma'am?

Page 112

1        That was my question.
2              MS. PARFITT:  Mr. Williams, if I could
3     just say, she is a doctor, if we could refer to her as
4     "Doctor."
5              MR. WILLIAMS:  I'm sorry.  Pardon me.
6  Q  (By Mr. Williams)  Dr. McTiernan, excuse me, is that last
7     sentence of the second paragraph on Page 5 accurate or
8     not?
9              MS. PARFITT:  Thank you.
10        Objection.
11              THE WITNESS:  When I said "basis," I
12     would say it's the beginning because it was revised quite
13     a bit.
14        I will add to that.
15        There are things in this document, in this
16     evidence-- "Judging the evidence" document that go much
17     beyond what Bradford Hill aspects considered and are much
18     more specific to these types of variables.
19  Q  (By Mr. Williams)  Let me have you turn to-- let's take a
20     look back at the exhibit that we marked as Exhibit No. 5.
21        Exhibit No. 5 is the 2018 revised report.
22        Do you have that in front of you?
23  A  Yes.
24  Q  This document at Page 9 sets forth the methodology for
25     the report.

Page 113

1        Do you see that on Page 9?
2  A  Yes.
3  Q  And it says, "Through this process," and this is the
4     third paragraph on that page.  "Through this process the
5     CUP ensures that everyone, including policy-makers,
6     health professionals, and members of the public, has
7     access to the most up-to-date information on how to
8     reduce the risk of developing cancer."
9        Do you see that?
10  A  No-- so you are on Page 9?
11        Which paragraph?
12  Q  I'm sorry, Page 4.  I misspoke.
13              MS. PARFITT:  Thank you.
14  Q  (By Mr. Williams)  Pardon me, ma'am-- Doctor.
15        Page 4, third paragraph, under "Our Continuous
16     Update Project."
17        Do you see that?
18  A  Yes.
19  Q  The whole purpose of the continuous update process is to
20     try to ensure that members of the public have access to
21     the most up-to-date information on how to reduce the risk
22     of developing cancer, correct?
23              MS. PARFITT:  Objection; misstates the
24     document.
25              THE WITNESS:  If you are looking at

29 (Pages 110 to 113)

Anne McTiernan, Ph.D

Page 114

```
 1    that sentence, you would also have to put it in context
 2    of what this report is.
 3         It's related to diet, nutrition, physical activity
 4    and cancer.
 5         It is not all potential causes of cancer that an
 6    individual could modify in order to reduce risk.
 7         We are talking only about diet, nutrition, and
 8    physical activity.
 9    Q  (By Mr. Williams)  Let's look at Page No. 9 of this
10    exhibit.
11         At the end of the first paragraph, under the
12    heading, "Methodology," it says, halfway down that
13    paragraph, "The literature search was restricted to
14    Medline and included only randomized controlled trials,
15    cohort and case-control studies.  Due to their
16    methodological limitations, case-control studies were not
17    analyzed in the Ovarian Cancer SLR 2013."
18         Do you see that?
19    A  Yes.
20    Q  And "SLR" refers to "systematic literature review"?
21    A  Yes, it does.
22    Q  When you were considering the literature in your work for
23    the World Cancer Research Fund to determine what causes
24    cancer, it is accurate that your panel did not look at
25    any case-control studies?
```

Page 115

```
 1    A  That's not true for the entire work that we did.
 2         For some of the cancers and some of the exposures we
 3    did include case-control studies; for example, arsenic
 4    and some other carcinogens.
 5         When I mentioned that the Bradford Hill aspects were
 6    extended for this analysis, it is particularly because of
 7    nutrition variables.
 8         Nutrition variables are very difficult to ascertain
 9    for exposure because as opposed to the use of talcum
10    powder products, which might be used once or twice a day,
11    nutrition variables are occurring sometimes 50 to 100
12    times a day.
13         The amount that people eat, what they're eating, how
14    often they're eating, the variables are so difficult to
15    collect, that the results from case-control studies are a
16    concern to some investigators.
17         Many epidemiologists disagree with this choice of
18    what World Cancer Research Fund decided to do.
19         When it says-- however, I should also mention when
20    it says, "analyzed," that's analyzed for the
21    meta-analysis.
22         The World Cancer Research Fund, when they do the
23    systematic reviews, also looks for pooled analyses and
24    meta-analyses, and they present them in the SLR, and
25    reports will have information from those other reports,
```

Page 116

```
 1    and those can have case-control studies in them.
 2         It's just that when they do their meta-analyses,
 3    which is actually looking at data from the various
 4    studies, they make the choice for nutrition variables to
 5    focus on cohort studies for some cancers and some
 6    exposures.
 7         As I mentioned, arsenic, there was some other
 8    exposures, like very hot teas that were studied in
 9    case-control studies, so that's not a complete sentence--
10    statement for all of the projects.
11              MR. WILLIAMS:  I move to strike that
12    as nonresponsive.
13    Q  (By Mr. Williams)  My question to you is this:
14         The last sentence under "Methodology" on Page 9 of
15    this exhibit, Exhibit No. 5, says that "Due to their
16    methodological limitations, case-control studies were not
17    analyzed in the Ovarian Cancer SLR 2013."
18         That's what it says, right?
19    A  And I was explaining what it means.
20    Q  You would agree with me that each study design, cohort
21    study, case-control study, other types of studies, has
22    its advantages and limitations, correct?
23    A  That's true.
24    Q  And you would agree that the hierarchy of epidemiological
25    evidence places cohort studies above case-control
```

Page 117

```
 1    studies?
 2              MS. PARFITT:  Objection; form.
 3              THE WITNESS:  I would say the
 4    hierarchy of epidemiology evidence depends entirely on
 5    the question under review.
 6         If you have an exposure, which is very difficult to
 7    measure and which can change over time or which you are
 8    trying to determine lifetime exposure, then often it's
 9    more-- it's easier to do that in a case-control study.
10         The case-control studies that were reviewed for the
11    talcum powder product used and ovarian cancer risk
12    primarily used interview questionnaires, so an
13    interviewer spending time, sometimes several hours with a
14    patient in control, to determine lifetime exposures.
15         The cohort studies, however, typically, and
16    especially the three cohort studies that were included in
17    this review and that have been published on ovarian
18    cancer and talcum powder products, those studies were
19    designed to look at multiple diseases.
20         Nurses' Health Study was started to--
21    Q  (By Mr. Williams)  Ma'am, I am going to have to cut you
22    off because-- look, when I ask you questions, I need you
23    to answer the question that I've asked.  Otherwise, you
24    could just talk for a half an hour, so if you would,
25    please, Doctor, just focus on the question that I'm
```

30 (Pages 114 to 117)

Anne McTiernan, Ph.D

| Page 118 | Page 120 |

**Page 118**

1  asking you.
2      The question that I'm asking you is:
3      As a matter of epidemiological practice in your line
4  of work, is it true or not true that case-- excuse me,
5  that cohort studies are placed higher in the hierarchy
6  than case-control studies?
7      If the answer is that's not true, please just say
8  it's not true.
9          MS. PARFITT: Objection to form; asked
10  and answered.
11          THE WITNESS: I think-- yeah, I did
12  try to answer that before. I will try to do it better
13  this time.
14      For one thing, I am not sure what hierarchy you are
15  referring to, but what I'm saying is that depending on
16  the question, one type of study could be preferable to
17  another, but in general all of the studies provide
18  information, and we look at the totality of evidence.
19  Q  (By Mr. Williams) So it is your view that there is no
20  generally accepted hierarchy of epidemiological evidence?
21          MS. PARFITT: Objection; form,
22  misstates her testimony.
23          THE WITNESS: I think it depends
24  entirely on what the question is.
25  Q  (By Mr. Williams) Let's look at Exhibit No. 10, which is

**Page 119**

1  the "Judging the evidence" document from 2018 from the
2  World Cancer Research Fund, and I will direct your
3  attention to the seventh page.
4      At the bottom of Page 7 of this exhibit, Exhibit
5  No. 10, it has a section that says, "Study design," that
6  says, "Each study design has its advantages and
7  limitations. The hierarchy of epidemiological evidence
8  places cohort studies above case-control studies, with
9  ecological studies and case reports at the bottom.
10      "There are merits in considering a number of
11  different study designs. Cohort studies are likely to be
12  the main source of evidence owing to the long latent
13  period for cancer to develop and also to their
14  prospective design"--
15  A  I'm sorry, can you say where you're reading from?
16          MS. PARFITT: 7. He's right here.
17          THE WITNESS: Okay.
18  Q  (By Mr. Williams) And I've read through that heading,
19  "Study design," through to the last sentence that says,
20  "However, in some circumstances case-control studies and
21  ecological studies may also make a useful contribution to
22  the evidence," and it refers to Section 7.
23      Do you see that?
24  A  Yes.
25  Q  Now, we are going to go to Section 7 in a minute, but my

**Page 120**

1  question to you now is:
2      Is it your testimony that there is in fact no
3  generally accepted hierarchy of epidemiological evidence
4  that places cohort studies above case-control studies?
5          MS. PARFITT: Objection.
6          THE WITNESS: And I would again say it
7  depends entirely on the question, the scientific
8  question.
9  Q  (By Mr. Williams) Here this references that cohort
10  studies are likely to be the main source of evidence
11  owing to the long latent period for cancer and owing to
12  their prospective design.
13      Those are the two concepts that it mentions in that
14  sentence, correct?
15  A  That's what that mentions, yes.
16  Q  And the latent period for cancer refers to the fact that
17  exposure to a substance can sometimes take some time
18  before cancer is developed, right?
19  A  That's correct.
20  Q  That's the latency period?
21  A  Yes.
22  Q  And the idea of a prospective cohort study is that people
23  are asked about their-- what they do and put on and in
24  their bodies right now when they are healthy, and then
25  they are followed along, correct?

**Page 121**

1  A  That's correct.
2  Q  Okay. And retrospective case-control studies are
3  backwards-looking where people are asked questions after
4  they have contracted a disease and they are asked to
5  recall what they put on and in their bodies, true?
6  A  So that is typical.
7      Cohort studies, by the way, could also ask
8  retrospectively what somebody had done over their
9  lifetime.
10      In this particular case, with talcum powder
11  products, they did, but I have seen many studies do that.
12      They can do a lifetime exposure, and then if-- the
13  better cohort studies focused on certain-- depending on
14  the question, they update their data so that then you
15  could have a lifetime exposure variable from a cohort
16  study.
17      For the-- in terms of long latent period for cancer,
18  case-control studies, if they're asking about lifetime
19  exposure and collecting that information, that would not
20  be an issue or a problem for case-control studies.
21  Q  Let me have you turn to Section No. 7, which is on Page
22  21.
23      That's the section that's referred to at the end of
24  the page we were just looking at, the study design
25  section referring to Section 7, so I want to go there.

31 (Pages 118 to 121)

Anne McTiernan, Ph.D

---

Page 122

1        Do you have Page 21 in front of you?
2   A   Yeah.
3   Q   In the left-hand column under Section 7, "Evidence
4       collated for the Continuous Update Project," at the very
5       bottom, it has the sentence that says, "The first stage
6       of the SLRs was a comprehensive search using a
7       standardized search strategy for the scientific
8       literature for randomized trials and cohort studies
9       published since 2006 using Medline.  Because case-control
10      studies are particularly prone to recall (and other)
11      bias, they were not routinely reviewed"--
12  A   Where are you again?  Okay.  Sorry.
13          MS. PARFITT:  Just give her a moment,
14      Mr. Williams, to catch up.
15  Q   (By Mr. Williams)  Do you see where I am?
16  A   Yes.
17  Q   In the right-hand column of Page 21 it says, "Because
18      case-control studies are particularly prone to recall
19      (and other) bias, they were not routinely reviewed.
20      "However, if there were no or very few RCTs or
21      cohort studies, they were included."
22          Do you see that?
23  A   Yes.
24  Q   In the case of talc and ovarian cancer, as of 2018, is it
25      accurate to say that there are five cohort studies that

---

Page 123

1       you have had the benefit of reviewing?
2   A   That is not correct.
3          In the three cohort studies, one of which had three
4       publications with different numbers of cases in them--
5       there are three cohort studies.
6   Q   So if we count the study that has three different cohort
7       studies within it, and then add the other two cohort
8       studies, we would get to five; would we not?
9          MS. PARFITT:  Objection; form.
10         THE WITNESS:  I repeat, the three
11      cohort studies, just that one of them has three
12      publications.
13  Q   (By Mr. Williams)  And do you consider three cohort
14      studies, one of which had three separate sets of data, to
15      be insufficient to do an analysis of whether talc causes
16      ovarian cancer?
17         MS. PARFITT:  Objection; form.
18         THE WITNESS:  I would consider those
19      three-- what I would do is look at the individual studies
20      of those three studies.  I would look at how the data
21      were collected and whether you can get the information
22      that you want to look at your question, before deciding
23      that they were sufficient on their own.
24  Q   (By Mr. Williams)  Every single cohort study that you
25      looked at in this case, for your work in this litigation,

---

Page 124

1       showed that there was no statistically significant
2       relationship between talc use and ovarian cancer,
3       correct?
4          MS. PARFITT:  Objection; form.
5          THE WITNESS:  One of those studies did
6       show a statistically significant association with use of
7       talcum powder products and risk of serous ovarian cancer,
8       and that was the Gertig study, but I also did an analysis
9       showing there was insufficient number of cases in all
10      three of those studies in order to find a statistically
11      significant result.
12         The driver of statistical significance is the number
13      of cases in a study, regardless of whether it's a cohort
14      study or case-control study.
15  Q   (By Mr. Williams)  We will get to the number of cases in
16      a moment, but with respect to the Gertig study, we are
17      aware and came across in your review, because you
18      referenced them in your report, that that Gertig study
19      was updated in 2008 and 2010 under the name "Gates,"
20      correct?
21         MS. PARFITT:  Objection; form.
22         THE WITNESS:  2008 I would not call an
23      update.
24         It only included 200 cases from the Nurses' Health
25      Study.  It also included other cases from the New England

---

Page 125

1       case-control study, so when you look at just the Nurses'
2       Health Study, part of it was only 200 cases, and it is
3       very difficult to determine which cases those were.
4          The second update wasn't an update, but at that time
5       they ended up looking at a different variable, a
6       different comparison.
7          The first study compared no use, never-users, to
8       users of different categories.
9          The second-- the third study compared-- combined
10      never-users with use of less than once a week, so you
11      have a very different comparison, so I think that was--
12      that was concerning.
13         It's not clear it's a real update-- the data aren't
14      really there.
15         That third study also didn't focus just on talc.
16         Talc was just one of the variables in the study.
17  Q   (By Mr. Williams)  To the extent that the 2010 study by
18      Gates, that update-- first of all, the 2010 update wasn't
19      an update.
20         You just said that yourself, correct, Doctor?
21         MS. PARFITT:  Objection.
22         THE WITNESS:  It was an update of
23      cases.
24         It is not clear it was an update of the data.
25  Q   (By Mr. Williams)  True or not true, the 2010 Gates

32 (Pages 122 to 125)

Anne McTiernan, Ph.D

Page 126

1    update did not show a statistically significant increased
2    risk of serous invasive ovarian cancer?
3        MS. PARFITT: Objection.
4        THE WITNESS: It did not show a
5    statistically significant association, correct.
6    Q  (By Mr. Williams) Can you identify any cohort study that
7    concluded that there was a statistically significant
8    overall association between talc and ovarian cancer?
9        MS. PARFITT: Objection; form.
10       THE WITNESS: So you are talking about
11   for talc and any type of epithelial ovarian cancer?
12   Q  (By Mr. Williams) Any statistically significant overall
13   association between talc and ovarian cancer.
14   A  That's correct, I didn't have sufficient sample size to
15   do it.
16   Q  The answer to my question is that you cannot identify any
17   cohort study concluding that there was a statistically
18   significant overall association between talc and ovarian
19   cancer, correct?
20       MS. PARFITT: Objection to form; asked
21   and answered.
22   Q  (By Mr. Williams) You may answer, Doctor.
23   A  So my answer is the same, that statistical significance
24   is not seen because the sample size is too small.
25   Q  Is there any other reason why statistical significance

Page 127

1    was not seen besides the sample size being too small?
2    A  Sample size is one of the major drivers.
3        The other thing is there is a lot of variability
4    around the point estimate, the relative risk.
5        When you see a sample size that's that small, that's
6    the major thing you start thinking about.
7    Q  Other than sample size and variability, is there any
8    other factor that you believe makes the cohort studies
9    unreliable?
10   A  I don't think I used the world "unreliable." I used the
11   word "not statistically significant."
12       MS. PARFITT: Objection.
13   Q  (By Mr. Williams) Other than sample size and
14   variability, is there anything else that bears upon
15   statistical significance that is important?
16       MS. PARFITT: Objection; form.
17       You are referring to the collective group of cohort
18   studies?
19       THE WITNESS: The statistical
20   significance-- you are not talking about the effects.
21   You are talking about statistical significance. Those
22   are the things that would drive it, in my opinion.
23       MR. WILLIAMS: Counsel, I am going to
24   go to a different topic.
25       Do you want to take lunch now? Do you want to go

Page 128

1    12:30? What's your pleasure?
2        MS. PARFITT: Can we go off the
3    record?
4        MR. WILLIAMS: Let's go off the
5    record.
6        VIDEOGRAPHER: Going off record, the
7    time is 12:07 p.m.
8            (Recess 12:07 to 12:0 p.m.)
9
10       VIDEOGRAPHER: We are back on the
11   record. The time is 12:09 p.m.
12   Q  (By Mr. Williams) Dr. McTiernan, would you agree that if
13   you had only looked at the cohort studies in this case,
14   like it is suggested is appropriate in the World Cancer
15   Research Fund "Judging the evidence" document, Exhibit
16   No. 10, that you would not have been table to opine that
17   talcum powder causes ovarian cancer?
18       MS. PARFITT: Objection; form.
19       THE WITNESS: First I want to respond
20   by characterizing the World Cancer Research Fund
21   document, that they're referring to nutrition variables,
22   so that is why they consider case-control studies to be a
23   much lower hierarchy than cohort studies.
24       In terms of what was seen in the cohort studies, we
25   did see, with the Nurses' Health Study, elevated risk of

Page 129

1    serous cancer.
2        We also saw in the two cohort studies elevated risk
3    that was not statistically significant, and I-- my
4    opinion is that's because the sample size was small.
5        In answer, two of the three cohort studies did show
6    elevated risk of ovarian cancer, but they weren't
7    statistically significant, with the exception to the
8    serous subtype in the Nurses' Health Study.
9    Q  (By Mr. Williams) Have you completed your answer?
10   A  Yes.
11   Q  The only type of cancer for which there was a
12   statistically significant finding in one of the studies
13   related to serous invasive ovarian cancer, correct?
14   A  Only one type showing statistical significance around
15   that relative risk, yes.
16   Q  And that was the Gertig 2000 study?
17   A  Yes.
18       The--
19   Q  Ma'am, you have answered my question.
20       Was the Gertig 2000 study the only study where there
21   was a statistically significant finding that serous
22   invasive ovarian cancer was associated with talc use?
23       MS. PARFITT: Objection; form.
24       THE WITNESS: For the cohort studies,
25   yes, that's correct.

Anne McTiernan, Ph.D

Page 130

1  Q  (By Mr. Williams)  I take it you and I disagree as to
2  whether or not the Gates 2010 update showed that that
3  previously seen statistically significant increased risk
4  for serous invasive cancer went away?
5      You think it did not go away.  I represented to you
6  that the study says that it did go away, right?
7          MS. PARFITT:  Objection; form.
8          THE WITNESS:  My issue with them is
9  not-- is that different comparisons were made.
10      The first one looked at never-use versus ever-use--
11  Q  (By Mr. Williams)  You have already explained that,
12  ma'am--
13          MS. PARFITT:  Please allow her to
14  complete.
15          THE WITNESS:  I am just referring to
16  my answer.
17      The second study, the 2010 Gates study, was then
18  comparing never-user plus less than once a week use
19  versus greater use, so it's a different comparison.
20  That's going to dampen, going to lower the relative risk
21  by putting some of the users in with the nonusers.
22  Q  (By Mr. Williams)  The Gates 2010 study did not show a
23  statistically significant increased risk for serous
24  invasive ovarian cancer, true or not true?
25          MS. PARFITT:  Objection; form, asked

Page 131

1  and answered.
2          THE WITNESS:  It showed a six percent
3  increase in risk that was not statistically significant,
4  and it's not comparing nonusers to users.  It's comparing
5  nonusers plus less-than-once-a-week users to more-often
6  users.
7  Q  (By Mr. Williams)  Let me ask you to look, Doctor, at
8  Exhibit No. 10--
9  A  Which one?
10  Q  Exhibit No. 10, the "Judging the risk" document from
11  2018-- excuse me, "Judging the evidence."
12      I misspoke.
13      First, I haven't done this yet, but if you look at
14  Page 30, the acknowledgments section, it lists you as a
15  panel member for this review, correct?
16  A  Yes.
17  Q  It is true that you relied very heavily on this document,
18  that is Exhibit No. 10, in drafting your report for this
19  case?
20          MS. PARFITT:  Objection; misstates
21  testimony.
22          THE WITNESS:  I did not draft this
23  report.
24      Is that what you mean?
25      The World Cancer-- so you are talking about the

Page 132

1  World Cancer Research report or my report?
2  Q  (By Mr. Williams)  I am referring to--
3  A  For the talcum powder products--
4  Q  I'll restate the question.
5      For purposes of preparing your report, Exhibit No. 2
6  for this deposition, which is the report you prepared for
7  this litigation-- do you have that in mind?
8  A  Yes.
9  Q  It is true that you relied heavily on Exhibit No. 10, the
10  "Judging the evidence" document, in preparing your
11  report, which is Exhibit No. 2?
12          MS. PARFITT:  Objection; form.
13          THE WITNESS:  I didn't rely heavily.
14  I cited it as some of the methods of reviewing
15  meta-analyses.  I used some of the methods that I used
16  for that as well as what was used for the government
17  physical activity guidelines, but I did not use this
18  entirely.
19      In terms of determining causality, I used-- I went
20  back to the original Bradford Hill aspects, listed
21  aspects, to determine causality.  I did not use the
22  guidelines for the CUP analysis in determining whether
23  the association that's seen between talcum powder
24  products and risk of ovarian cancer meets criteria for
25  causal.

Page 133

1  Q  (By Mr. Williams)  Let me be very specific about what I
2  mean.
3      When you were typing up Exhibit No. 2, your report
4  for this case, you literally had this exhibit, Exhibit
5  No. 10, next to you as you typed?
6          MS. PARFITT:  Objection.
7  Q  (By Mr. Williams)  True or not true?
8          MS. PARFITT:  Objection; form.
9          THE WITNESS:  It's not true.
10  Q  (By Mr. Williams)  Is it your testimony that you prepared
11  your report without any reference at all to any part of
12  Exhibit No. 10?
13  A  I did reference it.  It's one of the references here.
14  Q  Show me that, if you would.
15  A  I think-- I used-- I included the website.
16  Q  You included the website for the 2014 report on Page 5 of
17  your report, but if you did refer to this document,
18  Exhibit No. 10, in your references or anywhere else,
19  please let me know where that is.
20  A  So I don't see it if I did.
21  Q  Have you completed your answer?
22  A  What was the question again?
23  Q  I was asking you to point out for me--
24  A  Did I refer to it or did I reference it?
25      I may not have referenced it.

34 (Pages 130 to 133)

Anne McTiernan, Ph.D

Page 134

```
 1        I thought I had.
 2        Yeah, I just have the website here.
 3   Q  Let me refer you to your report in this case, Exhibit
 4     No. 2, and ask you to turn to Page 10.
 5        You have a heading that says, "The science of
 6     epidemiology" at Page 10.
 7        Do you see that?
 8   A  Yes.
 9   Q  And with the first paragraph there, starting about a
10     third of the way into the paragraph, you write,
11     "Epidemiological research describes and seeks to explain
12     the distribution of health and disease within human
13     populations."
14        Did I read that correctly?
15   A  Yes.
16   Q  And skipping a sentence, you write, "This type of
17     investigation is known as observational.  By relating
18     differences in circumstances and behavior to differences
19     in the incidence of disease, associations are identified
20     that may or may not be causal."
21        Is that what it says?
22   A  Yes.
23   Q  And then the first sentence of the next paragraph says,
24     "In epidemiological studies, an exposure is a factor or
25     condition that may or may not influence the risk of
```

Page 135

```
 1     disease," right?
 2   A  Yes.
 3   Q  Throughout your report you included a lot of citations to
 4     works that you relied upon, correct?
 5   A  Yes.
 6   Q  Your reference section includes, I think we said, 127
 7     citations, right?
 8   A  Yes.
 9   Q  You did not provide a citation for any of the sentences
10     that we just read, right?
11   A  That is not here, no.
12   Q  And by that I mean there is no reference to a footnote,
13     there is no reference to any of the 127 items in the back
14     of your report, correct?
15   A  That's correct.
16   Q  Now, turn back to the "Judging the evidence" document,
17     which we marked as Exhibit No. 10, and I will ask you to
18     turn to Page 6 under the heading, "Epidemiological
19     evidence."
20        Right underneath that heading the "Judging the
21     evidence" document from the World Cancer Research Fund
22     says, and I'm quoting, "Epidemiological research
23     describes and seeks to explain the distribution of health
24     and disease within human populations," and I will stop
25     there.
```

Page 136

```
 1        Is it accurate to say that the sentences that are
 2     set forth under that heading, "Epidemiological evidence,"
 3     are identical to sentences found in your report on Page
 4     10, with one exception, that there is a sentence that
 5     appears in your report that does not appear on Page 6 of
 6     Exhibit No. 10?
 7            MS. PARFITT:  Object to the form of
 8     the question.
 9            THE WITNESS:  I think you are talking
10     about the sentences up here.
11   Q  (By Mr. Williams)  I am actually talking about the three
12     sentences that I read from Page 10 of your report, two
13     sentences from the first paragraph, and one sentence, the
14     first sentence from the second paragraph.
15        Those three sentences are identical, word for word,
16     to the sentences that appear on Page 6 of Exhibit No. 10?
17            MS. PARFITT:  Objection; form.
18   Q  (By Mr. Williams)  Correct?
19   A  Yes.
20   Q  Now, just so we're clear, did you provide the people who
21     wrote the text of the World Cancer Research Fund a copy
22     of your expert report in this case when this document,
23     "Judging the evidence" was prepared?
24   A  No, they did not get a copy of this.
25        Nobody has seen it, other than Ms. Parfitt and her
```

Page 137

```
 1     colleagues.
 2   Q  So to this day there is nobody from the WCRF who has seen
 3     your expert report in this litigation, correct?
 4   A  That's correct.
 5   Q  So the way this work was, you had in front of you Exhibit
 6     No. 10, and you prepared-- took out sentences from the
 7     WCRF document and included them word for word in your
 8     report, correct?
 9            MS. PARFITT:  Objection; form.
10            THE WITNESS:  I can't recall where I
11     took this.
12        I have many different documents where I have
13     information about what epidemiology is.
14        If I took it from here, I should have cited it, but
15     I can't recall where exact sentences came from.
16   Q  (By Mr. Williams)  Wherever you took it from--
17   A  I should have cited it.
18   Q  Whether it was the "Judging the evidence" document or
19     someplace else, you didn't cite it?
20   A  I should have cited it, you're right.
21   Q  Now, we went through your expert report and the
22     Continuous Update Project's "Judging the evidence"
23     document, Exhibit No. 10, and we put the text side by
24     side for various sections for ease of reference, and I'm
25     going to pass that out to you, and we'll mark it as
```

35 (Pages 134 to 137)

Anne McTiernan, Ph.D

| Page 138 |
|---|

1   Exhibit No. 11.
2       We will give it to Counsel.
3           (Exhibit No. 11 marked
4               for identification.)
5
6   Q  (By Mr. Williams)  Now, what we set forth here are a
7       total of 13 different places where the language from the
8       "Judging the evidence" report was used word for word,
9       with some exceptions, in your report.
10      Do you see that?
11      I am not asking you to agree or disagree, but let me
12      ask you to see that there are 13 different examples where
13      the language is either word for word or roughly word for
14      word used in your report, taking language that also
15      appears in the "Judging the evidence" report.
16      Do you see that?
17      Take your time to look through there.
18          MS. PARFITT:  Objection to form.
19          THE WITNESS:  I can see that some of
20      these are very common epidemiologic terms.
21  Q  (By Mr. Williams)  Let's look for a little-- why don't
22      you put that to one side for a moment and let me just ask
23      you some other questions, and then we'll take lunch.
24      I want to discuss a few places where it appears that
25      you copied from the "Judging the evidence" document and

| Page 139 |
|---|

1       made some changes.
2           MS. PARFITT:  And I will object to the
3       form of that.
4       Please continue.
5   Q  (By Mr. Williams)  In describing what a pooled analysis
6       is in the Continuous Update Project report, and I will
7       refer you to Exhibit No. 10 at Page 11, in the right-hand
8       column--
9           MS. PARFITT:  Just give us a moment--
10          THE WITNESS:  Exhibit No. 10?
11  Q  (By Mr. Williams)  Right, Exhibit No. 10 at Page 11 on
12      the right-hand column.
13      There is a heading that says-- there's a paragraph
14      that begins, "Pooled analysis," last paragraph on the
15      page.
16      Do you see that?
17  A  Mm-hm.
18  Q  Is that a "yes"?
19  A  Yes.
20  Q  In Exhibit No. 10, which is the "Judging the evidence"
21      document, it says, "Pooled analysis is a type of
22      meta-analysis in which original individual-level data
23      from various published epidemiological studies of a
24      similar type - usually prospective cohort studies - are
25      combined and re-analyzed.

| Page 140 |
|---|

1       "The combination of data from multiple studies
2       creates a larger data set and increased statistical
3       power."
4       Did I read that right from Exhibit No. 10?
5   A  Yes.
6   Q  Now, when you prepared your litigation report, you copied
7       a lot of the language verbatim into your litigation
8       report but made a few changes.
9       Have you noticed those?
10          MS. PARFITT:  Objection to that form.
11  Q  (By Mr. Williams)  Let me refer you to Exhibit No. 2,
12      Page 22 of your report.
13      Exhibit No. 2, Page 22.
14      I would ask you to keep Exhibit No. 2, Page 22 open
15      and keep Page 11 of Exhibit No. 10 open, and put them
16      side by side.
17      Referring now to Page 22 of Exhibit No. 2, the
18      first full paragraph on that page says, "Pooled analysis
19      is a type of meta-analysis where original
20      individual-level data from various published and/or
21      unpublished epidemiological studies are combined and
22      re-analyzed."
23      Did I read that correctly from your report?
24  A  Yes.
25  Q  Now, when you wrote your report, the only difference

| Page 141 |
|---|

1       between the language that's set forth in Exhibit No. 10,
2       in that first sentence, the only language that is added
3       is "and/or unpublished."
4       Do you see that?
5   A  Yes.
6   Q  So while the Exhibit No. 10, the "Judging the evidence"
7       document that was put out by the World Cancer Research
8       Fund, when they described a pooled analysis, they didn't
9       say anything about unpublished studies, true?
10  A  So again--
11  Q  Pardon me?
12      I am asking you to look at Exhibit No. 10, Page 11.
13  A  Right.
14  Q  Right-hand column.
15  A  Right.
16  Q  That sentence does not say anything about "and/or
17      unpublished," does it?
18  A  Right-- yes, it doesn't.
19  Q  And then in that sentence, if you go back to Page 22 of
20      your report, after you added "and/or unpublished
21      epidemiological studies," you took out some information,
22      did you not, some words?
23  A  What are you referring to that I took out?
24  Q  Well, the words that you took out were, dash, "Usually
25      prospective cohort studies," dash, right?

36 (Pages 138 to 141)

Anne McTiernan, Ph.D

Page 142

1   Actually, you also took out the words "of a similar
2   type," so let me restate the question.
3       In your report you took out the words "of a similar
4   type - usually prospective cohort studies"-- and I will
5   put a closed quote there.
6       You took those words out, right?
7 A So, again, I can't remember every place-- because when I
8   write projects, I do take sections from things that I've
9   previously been involved with, since I'm considered on
10  this panel and it's considered as something I'm involved
11  with. I should have cited it, but I would be citing
12  something that I'm part of.
13      This-- it's not true that pooled analyses is only
14  prospective cohort studies, and it is not even true that
15  it's usually.
16      Many pooled analyses of case-control studies-- there
17  are many pulled analyses of clinical trials, so when
18  they're saying, "usually prospective cohort studies,"
19  they're referring for what they usually-- for their data
20  or WCRF data, are usually prospective for the nutrition
21  variables, so that's what they specified there.
22 Q The words "of a similar type - usually prospective cohort
23  studies," do not appear in your report.
24      Can we agree on that?
25      MS. PARFITT: Objection; form.

Page 143

1       THE WITNESS: It wouldn't be relevant
2   because I am talking generally about pooled analysis, and
3   it's individual data from-- it could be any type of
4   studies.
5       I mentioned it could be clinical trials. There are
6   many pooled analyses of clinical trials.
7       It could be cohort studies, it could be case-control
8   studies.
9       And sometimes the cohorts and case-control studies
10  will be combined together where the cohort studies are
11  nested case-control studies, so it could be a combination
12  of two different types.
13      MR. WILLIAMS: I move to strike that
14  as nonresponsive.
15 Q (By Mr. Williams) Doctor, my question is this:
16      The words "of a similar type - usually prospective
17  cohort studies," those words do not appear in your
18  report.
19      Can we agree on that?
20      MS. PARFITT: Objection; form, asked
21  and answered.
22      THE WITNESS: I agree they don't
23  appear in my report.
24 Q (By Mr. Williams) So the Continuous Update Project
25  document stated that you should only pool published

Page 144

1   studies, but you changed that language for your
2   litigation report to include "unpublished studies,"
3   right?
4       MS. PARFITT: Objection; form.
5       THE WITNESS: The Continuous Update
6   Project did make a decision to use only published data
7   because it did not have the personal power to get
8   unpublished.
9       It is typical in pooled analysis and sometimes in
10  meta-analyses to look for additional data if it's known
11  to exist, even if it's not published.
12      This is true for clinical trial pooled analyses,
13  case-control pooled analyses, and cohort pulled analyses.
14      It is not surprising at all that-- it was not
15  unusual to see that in the Terry pooled analysis there
16  were three studies that were previously unpublished that
17  were added to the published data for that pooled
18  analysis.
19      I've seen this for one of the pooled analyses we
20  relied on for the physical activity guidelines committee,
21  and so it's a common method.
22      As long as you use the same criteria to determine if
23  that study has valid data, then it's quite customary to
24  include it in a pooled analysis.
25 Q (By Mr. Williams) The only pooled analysis that you

Page 145

1   looked at for this litigation was Terry 2013, correct?
2       MS. PARFITT: Objection; form.
3       THE WITNESS: It's the only one that
4   characterizes a pooled analysis.
5       There were some of the case-control studies that
6   added together more than one study.
7       The second study of the Nurses' Health Study was a
8   pooled analysis of Nurses' Health cases and New England
9   case-control studies, so that was a pooled study that
10  involved just two sets of studies.
11 Q (By Mr. Williams) The only pooled analysis that you
12  cited in your paragraph on Page 22, referencing Item 39,
13  which I'll represent to you is the Terry 2013 study, the
14  only pooled analysis that you studied in your report on
15  Page 22 is the Terry study, correct?
16 A I cited that singly because it was large enough.
17      My point is that it's large enough to be able to
18  look at some of these associations.
19 Q And that Terry 2013 study pooled eight case-control
20  studies, correct?
21 A That's correct.
22      It's a pooling project that has been done for many
23  other variables as well.
24 Q Doctor, we will be here all day and it will go late into
25  the night.

37 (Pages 142 to 145)

Anne McTiernan, Ph.D

| Page 146 |
| --- |

1    I would ask you to answer just the question that I
2    ask.
3        The question that I'm asking you now is:
4        The Terry 2013 pooled eight case-control studies,
5    correct?
6        That's all I'm asking.
7    A  That's correct.
8    Q  You deviated from the Continuous Update Project's
9    definition of a pooled analysis, which is on Page 11 of
10   Exhibit No. 10, in order to accommodate a study that you
11   found helpful for the plaintiffs in this case, correct?
12       MS. PARFITT:  Objection; form,
13   completely misstates her testimony and her opinions.
14       You may answer.
15       THE WITNESS:  The Continuous Update
16   Project definition was discussing studies related to
17   nutrition, and the Continuous Update Project decided to
18   only look at cohort studies for some of the relationships
19   they were addressing.
20       I believe this is why this sentence was written in
21   that way, but it is not true that pooled analyses are
22   usually prospective cohorts.
23       If you look at pooled analyses in general, many of
24   them are clinical trials, they are done in the treatment
25   area, many of them are case-control studies, and many can

| Page 147 |
| --- |

1    be cohort studies.
2    Q  (By Mr. Williams)  Let me ask my question this way:
3        Doctor, could you point us to some learned treatise,
4    study, summary of studies that uses the formulation for
5    pooled analysis word for word that is set forth on Page
6    22 of your report; that is, could you point us to some
7    source that says that pooled analyses is a type of
8    meta-analysis that includes published and unpublished
9    studies and that simultaneously does not reference
10   prospective cohort studies?
11       Is there something that you can point us to that
12   uses the formulation for pooled analysis that you've set
13   forth?
14       MS. PARFITT:  Objection; form.
15       THE WITNESS:  I'm a little bit
16   confused by the question, but--
17   Q  (By Mr. Williams)  Let me stop you there because if
18   you're confused, it does me no good.
19       I will restate it.
20       Your paragraph here on Page 22 has one, and only
21   one, citation, and that's 39, the Terry 2013 study,
22   correct?
23   A  That's correct.
24   Q  There are no other citations of any sort in that
25   paragraph, correct?

| Page 148 |
| --- |

1    A  That's correct.
2    Q  My question to you then is:
3        Can you point us to any reference material anywhere
4    that uses word for word the formulation for pooled
5    analyses that you have set forth in the first two
6    sentences of that paragraph?
7    A  So I think you're asking about pooled analyses that
8    include studies that are not published; is that correct?
9    Q  I am asking the question that I asked.
10       I will restate it one more time.
11       Can you point us--
12       MR. WILLIAMS:  Counsel, I would as
13   that you not point to anything.
14       MS. PARFITT:  I am just trying-- there
15   is a monitor, for the Ladies and Gentlemen of the Jury,
16   in front of the doctor, and I am just reminding her to
17   look at the monitor, but you can--
18       MR. WILLIAMS:  I think that's
19   inappropriate.
20   Q  (By Mr. Williams)  But, Doctor, here is my question
21   again:
22       The first full paragraph on Page 22 describes pooled
23   analyses.  I'm referring you to the first two sentences
24   there-- are you with me so far?
25   A  Yes.

| Page 149 |
| --- |

1    Q  Looking at those sentences word for word, and I mean
2    every word in both of those two sentences-- are you still
3    with me?
4    A  Yes.
5    Q  Okay.  Looking at those two sentences, can you point us
6    to any reference material that you have reviewed anywhere
7    that describes pooled analyses using the words, and I
8    mean word for word, as you set it forth here in the first
9    two sentences of Paragraph No. 22?
10       MS. PARFITT:  Objection; form.
11   Q  (By Mr. Williams)  You either can or you can't.
12       The answer is yes, the answer is no.
13       I just need to know--
14   A  Since I wrote that sentence, I am not sure where else it
15   would be.
16       If I was going to cite-- no, I can't.
17       I wrote that sentence.
18   Q  Okay.  What we do know is that the description of pooled
19   analysis in Exhibit No. 10, which is the World Cancer
20   Research Fund "Judging the evidence" document that has,
21   on Page 2, a description of how one is to cite to it,
22   what we do know is that that document describes pooled
23   analysis as including published epidemiological studies
24   of a similar type, usually prospective cohort studies,
25   right?

Anne McTiernan, Ph.D

| Page 150 | Page 152 |

**Page 150**

1        MS. PARFITT: Objection; form.

2        THE WITNESS: And I disagree with that

3 characterization of pooled studies.

4        MR. WILLIAMS: Why don't we take a

5 lunch break.

6        VIDEOGRAPHER: Going off the record.

7 The time is 12:40 p.m.

8        (Lunch recess 12:40 to 1:21 p.m.)

9

10        VIDEOGRAPHER: We are going on the

11 record at 1:21 p.m.

12    This is the start of Media Unit 3.

13 Q  (By Mr. Williams) Good afternoon, Doctor.

14    This morning there have been several occasions when

15 I've used the word "ma'am," and I really apologize, and I

16 mean no disrespect. I am going to try to use the word

17 "Doctor."

18    It's just how I was raised, and I apologize, but I

19 do understand that that can be disrespectful. I don't

20 mean that at all.

21 A  No problem. Thanks.

22 Q  In response to several of my questions earlier today

23 about the various World Cancer Research Fund and CUP

24 reports that we have marked as Exhibits 4, 5, and 10,

25 there have been several times when you have made

**Page 151**

1 reference to your view that the focus of those reports

2 was on nutrition, physical activity, and diet.

3    Do you recall that that has happened occasionally?

4 A  Yes.

5 Q  If you could take out Exhibit No. 5, which is the 2018

6 report of the WCRF-- and I will ask you to turn to Page

7 8.

8    Section 4, "Other established causes," Page 8-- do

9 you have that in front of you, ma'am?

10 A  Yes.

11 Q  Section No. 4 is entitled, "Other established causes,"

12 and let me-- while you have that in front of you, let me

13 ask:

14    Not bearing children is listed as something that

15 this report says may be a cause of ovarian cancer,

16 correct?

17 A  It says, "May be seen as protective against ovarian

18 cancer," yes.

19 Q  Well, actually, it says-- I will just read it. The

20 second sentence says, "Not bearing children increases the

21 risk of and may be seen as a cause of ovarian cancer,"

22 and it goes on to say, "The reverse also applies: Bearing

23 children reduces the risk of and may be seen as

24 protective against ovarian cancer."

25    Do you see that?

**Page 152**

1 A  That's correct.

2 Q  Now, early menarche or age of first-- a woman first

3 having her period is also listed as something that may be

4 seen as a cause of ovarian cancer in this paragraph,

5 right?

6 A  Yes.

7 Q  Can we agree that early menarche, not bearing children,

8 and late natural menopause are not related to nutrition,

9 physical activity, or diet?

10 A  This paragraph is related to background, and it's talking

11 about menstrual cycles during a woman's lifetime. That's

12 why it's talking about all of those variables related to

13 early menarche, late menopause.

14    I am not sure why whoever wrote this focused in on

15 that, on a woman's menstrual cycle.

16    They did not do a full systematic review of the risk

17 factors for ovarian cancer.

18    I can see from what was written here--

19 Q  Whether you consider it to be a full systematic review or

20 not, my question is:

21    Early menarche, not bearing children, and late

22 natural menopause are not, in and of themselves, related

23 to nutrition, physical activity, or diet, right?

24 A  And the whole report was not-- was to discuss and

25 interpret and summarize meta-analyses-- for all of the

**Page 153**

1 cancers, different writers put in paragraphs about some

2 general factors about the cancers, and there was no

3 effort to do a systematic review, so these are not causal

4 analyses that were listed here.

5    I don't know why these particular ones were picked.

6 They're missing some.

7    They're missing endometriosis, for example, as well

8 as talcum powder.

9    They are missing public inflammatory disease, so it

10 is not a full review.

11    For some reason they picked just some

12 menstrual-related variables to mention here.

13 Q  Now, again, you said, "they."

14    Once this draft was prepared, you have testified

15 this morning that the panel, on which you are a member,

16 reviews and makes judgments based upon the draft that is

17 received, right?

18 A  In-- the 2014 draft.

19    To my knowledge it was not changed.

20    We did not see another update to review prior to the

21 2018 publication of everything together.

22    This was a 2014 document and it was on the website

23 in 2014.

24 Q  I want the record to be clear the document that I'm

25 referring you to right now, the Exhibit No. 5 to your

Anne McTiernan, Ph.D

---

**Page 154**

1  deposition, is the revised document dated 2018.
2      We have that clear, right?
3  A  Yes, but it also says, "2014" on the label for ovarian
4  cancer.
5  Q  It does, but it also says that it was revised and
6  published in 2018, right?
7      I don't want to argue with you, but it does say that
8  was revised and published in 2018, true?
9          MS. PARFITT:  Objection; form.
10 Q  (By Mr. Williams)  Go ahead.
11 A  To my knowledge, the content was not changed.
12     I am not sure exactly why it was called "Revised,"
13 except that everything was put together and the
14 recommendations were added to this obviously, the overall
15 cancer recommendations, but to my knowledge the
16 meta-analysis for the nutrition variables and all were
17 not updated.
18     Clearly this review of other potential causes was
19 not updated, so in my mind it's the 2014 report.
20 Q  Now, let me focus you back on the lack of connection
21 between early menarche, nutrition, and physical activity,
22 and diet, okay?
23     Whether you believe this was a complete analysis or
24 not, the fact is that this report, which is marked as
25 Exhibit No. 5, does discuss menarche, not bearing

---

**Page 155**

1  children, and late menopause, right?
2          MS. PARFITT:  Objection; form.
3          THE WITNESS:  It does include those,
4  and it's missing other risk factors for ovarian cancer.
5  Q  (By Mr. Williams)  So the statement "Epidemiological
6  principles" in this report, and those that we looked at
7  in other exhibits, Exhibit 4 and Exhibit No. 10, do apply
8  to your analysis of talc and ovarian cancer in this case,
9  right?
10     They do apply to things that are not limited to
11 nutrition, physical activity, and diet, correct?
12         MS. PARFITT:  Objection; form,
13 misstates her testimony.
14         THE WITNESS:  I am curious, what is
15 the statement "epidemiologic principles"?  Are you
16 referring to something in this ovarian cancer report?
17 Q  (By Mr. Williams)  Let me ask it this way:
18     Why is it that nutrition is a totally separate
19 context than talc?
20     Explain, if you would, to the Court, who is the
21 person who is going to review this-- describe to the
22 Court how nutrition is a separate context than talc, with
23 particular attention, Dr. McTiernan, to the notion that
24 nutrition, what someone eats and takes into their body,
25 is a modifiable behavior in the same manner that using

---

**Page 156**

1  talc or not using talc is a modifiable behavior.
2      If you would, with your answer, as you describe how
3  you think these are unrelated and different contexts, how
4  is it that those contexts are different for purposes of
5  the analysis that you have done in this case?
6          MS. PARFITT:  Objection; form.
7          THE WITNESS:  So this is an issue
8  about measuring the exposure.
9      If you ask about talcum powder product use, you
10 typically are asking about something that is used once or
11 twice a day.
12     Somebody may just use one product.  Perhaps they use
13 more, but they're not going to be using as many variables
14 as in nutrition.
15     Assessing nutrition is extremely difficult.
16     Assessing nutrition for a lifetime is even more
17 difficult, and so this is why for case-control studies
18 nutrition analyses are very difficult to do if you are
19 trying to ask somebody retrospectively, "What did you eat
20 when you were in your 20s?"
21     You can ask somebody whether they used some products
22 in their 20s and expect their recall to be much better
23 than what they ate 30, 40 years ago because we are always
24 talking about decades of latency between exposure and
25 development of ovarian cancer.

---

**Page 157**

1      Case-control studies can be done for numbers of
2  exposures, and they can be-- characterize exposure very
3  well, but nutrition is a special case.
4      Some epidemiologists still do do case-control
5  studies of nutrition, but some, like-- because there are
6  so many cohort studies available in nutrition, some
7  epidemiologists prefer to look at that, especially when
8  you're looking at a cancer that has a long latency
9  period, and so you are looking for long integral between
10 when the exposure happened and when the cancer occurred.
11 Q  (By Mr. Williams)  Have you completed your answer?
12 A  Pardon me?
13 Q  Have you completed your answer?
14 A  Yes.
15 Q  Anything else that you want to add about the differences
16 between the context of nutritional and dietary concerns
17 versus the use of talcum powder?
18 A  I think that's it.
19 Q  Okay.  Why is it harder to remember-- strike that.
20     Why would it be harder for me or anyone else to
21 remember the types of foods I ate in my teens or my 20s
22 as compared to whether I used talcum powder during a
23 particular time in my life?
24 A  When you ask people about nutrition, you don't just ask
25 one question, "How often did you eat beef?"

---

40 (Pages 154 to 157)

Anne McTiernan, Ph.D

## Page 158

1  You are asking them for multiple types of foods, how
2  often they ate it, how much they ate it.
3  We often use food frequency questionnaires that can
4  be 12 pages long, each with about 20 to 30 items on them,
5  and to ask about-- somebody to recall that much
6  information retrospectively is more difficult than to ask
7  them to recall using one item.
8  Medications, we can often get information
9  retrospectively, like hormone therapy.  We can ask that
10  about that case-control studies and help the woman
11  remember, but because it was one pill that the woman had
12  to take per day, it is an easier thing to remember than
13  50 to 100 variables that you have to remember with a
14  dietary recall.
15  Q  Do you think it would be easier for a woman to recall
16  that she used talcum powder during her 20s than it would
17  be for her to recall that she ate red meat in her 20s?
18  A  I think it would be easier in the sense that people are
19  going to remember something that intimate, how often--
20  whether they used it or not, and we don't ask people just
21  one question, "Did you eat red meat?"
22  We ask them hundreds of questions of what they ate.
23  Q  Do you ask hundreds of questions about red meat?
24  A  We don't usually do studies with just red meat.
25  We do studies where we are asking about entire

## Page 159

1  dietary pattern.
2  I don't know of any study that asks just that one
3  question.
4  Q  These studies that relate to talcum powder refer often to
5  multiple products and substances that a person puts on or
6  in her body; do they not?
7  MS. PARFITT:  Objection; form.
8  THE WITNESS:  From the questionnaires
9  that I've looked at from these studies, when they're
10  available, they are much simpler questions, and often
11  they were assisted with remembering by in-person
12  interview or telephone interview with someone that is
13  helping them remember what they did during that period of
14  life.
15  That can be used for a simple question, simple
16  exposure.
17  For diet, it's much more difficult.
18  Q  (By Mr. Williams)  I understand that some questionnaires
19  may be longer than others, but with respect to an
20  individual question, that is whether someone ate red meat
21  in their 20s or someone used talcum powder in their 20s,
22  do you really see those questions as-- one of those
23  questions as more complicated than the other, taken
24  individually?
25  MS. PARFITT:  Objection to the form.

## Page 160

1  THE WITNESS:  I think if you wanted to
2  see if-- if you had just that one question, what somebody
3  ate, what meat they ate, a case-control study would be
4  just fine, you could ask somebody what they ate in the
5  past if it's just one variable.
6  If you're asking them to remember 50 to 100
7  variables, it's much more difficult.
8  Q  (By Mr. Williams)  Have we exhausted all of the reasons
9  why you believe that the context of this Exhibit No. 5,
10  this CUP update, is totally different, as you said, than
11  the context of the talc-related studies?
12  Is there anything else that you need to add to your
13  answer?
14  A  I can't think of anything.
15  Q  Pardon me?
16  A  I can't think of anything, no.
17  Q  Let me change topics slightly.
18  As an epidemiologist, you are familiar with a type
19  of bias called confounding, right?
20  A  Yes.
21  Q  Confounding is a type of bias that occurs when a third
22  variable interferes with a true relationship between an
23  exposure and an outcome, right?
24  A  Yes.
25  Q  Those are the words you used in your report, right?

## Page 161

1  A  Mm-hm.
2  Q  "Yes"?
3  A  Yes.
4  Q  A confounder is one that is related both to the risk
5  disease and to the exposure, correct?
6  A  That's correct.
7  Q  The classic example that you use in your report is people
8  who carry matches are more likely to develop lung cancer
9  than individuals who do not carry matches, right?
10  A  Correct.
11  Q  In that example, the cause and effect relationship, the
12  true one, is not between matches and lung cancer, but
13  rather between smoking and lung cancer, correct?
14  A  Correct.
15  Q  Correlation does not equal causation, correct?
16  The two do not equate?
17  A  I wouldn't go from one to the other, so-- this just means
18  that there's another variable explaining an association
19  in the first example, which is confounding.
20  Q  Do you believe that correlation and causation mean one in
21  the same thing when you are dealing with epidemiological
22  studies?
23  A  I don't usually use the word "correlation."
24  Association is one thing we look at when we're
25  trying to determine if there's a causal relationship.

41 (Pages 158 to 161)

Anne McTiernan, Ph.D

| Page 162 |
| --- |

1  Q  What I'm juxtaposing is correlation on the one hand and
2     causation on the other.
3         Do you have my question in mind?
4  A  I see it here, yes.
5  Q  Do you believe that correlation is identical to
6     causation?
7         MS. PARFITT:  Objection; asked and
8     answered.
9         THE WITNESS:  I think by "correlation"
10    you mean "association."
11  Q  (By Mr. Williams)  I mean a correlation between two
12    variables.
13        MS. PARFITT:  Objection; form.
14        THE WITNESS:  Yeah, I think
15    correlation is one way that two variables can be related,
16    and causation is a much more complicated analysis.
17  Q  (By Mr. Williams)  Same question with respect to
18    association.
19        Does association equate with causation?
20  A  I would say the same thing, association is part of causal
21    analysis.
22  Q  So in a paper studying the association between
23    match-carrying, for example, and lung cancer, you would
24    need to adjust for smoking before making any conclusions
25    about the risk estimates, true?

| Page 163 |
| --- |

1  A  I think usually we would want to look at it the other
2     way.
3         If you're looking at-- you wouldn't adjust for it
4     necessarily.  You might make sure to be aware that it's
5     part of the causal-- part of the pathway.
6         If you totally adjust for it, then it might make the
7     relationship disappear, so perhaps it's not the best
8     explanatory variable to use-- the best example, but the
9     premise is that there can be a second variable that can
10    be interfering with the relationship, which is why we
11    adjust for things that can potentially be related to both
12    the exposure and to the disease.
13  Q  And the second variable in the example that I used and
14    that you used in your report was that variable of whether
15    someone smokes?
16  A  Yes.
17  Q  In addition to the variable of their having matches
18    often, right?
19  A  Yes.
20  Q  And one of the studies that you gave us this morning is a
21    study written by Ulrik, U-L-R-I-K S. Kesmodel,
22    K-E-S-M-O-D-E-L,
23        Do you remember giving that one to us this morning?
24  A  Is this in the list?
25  Q  It was in the-- I'm sorry, it was identified on the list

| Page 164 |
| --- |

1     that Counsel gave you and produced to us on January 25th,
2     a few days ago.
3         Do you see that on the list?
4  A  No.
5         Which list is this?
6         MS. PARFITT:  If I may, Counsel, I
7     will hand her Exhibit No. 3.
8         THE WITNESS:  Oh, Kesmodel?
9         MR. WILLIAMS:  Yes.
10        THE WITNESS:  Yes.
11  Q  (By Mr. Williams)  So Kesmodel is one of the studies that
12    was provided to us, Defense counsel, by Plaintiffs'
13    counsel on January 25th, correct?
14  A  Is that the date?
15  Q  That's the date we received it.  I will represent that to
16    you.
17  A  Okay.
18  Q  Have you read that study?
19  A  Yes.
20  Q  We'll mark that as Exhibit No. 12.
21        (Exhibit No. 12 marked
22             for identification.)
23  /////
24  Q  (By Mr. Williams)  I will just refer you quickly to the
25    abstract on the first page of Exhibit No. 12, the

| Page 165 |
| --- |

1     Kesmodel study.
2         About three-quarters of the way down, the abstract
3     paragraph, it says, "Misclassification of confounders is
4     an issue that needs special attention by researchers, as
5     failure to measure accurately one or more strong
6     confounders may seriously bias the observed results."
7         Did I read that correctly from the abstract?
8  A  Yes.
9  Q  In the case of talcum powder use and the epidemiological
10    studies that you've reviewed, a confounder is one that is
11    related to ovarian cancer and perineal talc use, correct?
12  A  Correct, within that data set, yes.
13  Q  You agree that high body mass index, or BMI, is an
14    established risk factor for ovarian cancer, true?
15  A  It is a risk factor, yes.
16  Q  And the WCRF document that we looked at this morning,
17    that actually said that body mass index is probably a
18    cause of ovarian cancer.
19        Do you remember that this morning?
20        MS. PARFITT:  Objection.
21        THE WITNESS:  Yes.
22  Q  (By Mr. Williams)  Body mass index is a measure of weight
23    as compared to a measurement of height, right?
24  A  Yes.
25  Q  Now, the Continuous Update Project, for which you served

42 (Pages 162 to 165)

Anne McTiernan, Ph.D

Page 166

1    as a panel member, has actually concluded that body mass
2    index is a probable cause.
3        That was Exhibit No.-- I believe it was Exhibit
4    No. 5 from this morning.
5        Do you remember that?
6   A  I believe so.
7        Yes.
8   Q  In May 2018, after you were hired by Plaintiffs' lawyers
9    in the talc litigation, you wrote an article concluding
10    that there was strong evidence that being overweight or
11    obese increased the risk for cancers.
12        Do you remember that?
13        That was Exhibit No. 9 that we talked about this
14    morning.
15        MS. PARFITT:  Sorry, Exhibit No. 9?
16        MR. WILLIAMS:  Yes.
17        THE WITNESS:  The article--
18   Q  (By Mr. Williams)  The article that had your picture on
19    it this morning, Exhibit No. 9 that we showed you--
20   A  Oh, press--
21   Q  It's 9.
22        On the second page in the first paragraph it says
23    that the latest report found strong evidence that being
24    overweight or obese increased the risk for a number of
25    things, and one of the things that is mentioned is cancer

Page 167

1    of the ovary, right?
2        MS. PARFITT:  Objection.
3        THE WITNESS:  Yes.
4   Q  (By Mr. Williams)  Okay.  Talc use is associated with
5    higher body mass index, true?
6   A  I have not investigated that.
7        I did not do a review on body mass index and talc
8    use.
9   Q  The observation that talc use is associated with higher
10    body mass index is something that was noted in many of
11    the studies that you reviewed for purposes of your work,
12    right?
13        MS. PARFITT:  Objection.
14        THE WITNESS:  I didn't focus on body
15    mass index and talc use.
16   Q  (By Mr. Williams)  Let me ask--
17   A  If you have something to point to, we can look at it.
18   Q  Let's look at the Gertig 2000 study.  We have talked
19    about that one today.
20        This is going to be Exhibit No. 13.
21        (Exhibit No. 13 marked
22        for identification.)
23    /////
24   Q  (By Mr. Williams)  Do you have the Gertig study in front
25    of you, what we have marked as Exhibit No. 13?

Page 168

1   A  Yes.
2   Q  Let me direct you to Page 250, which should be the second
3    page of the copy that was handed to you, the left-hand
4    column, first paragraph, last sentence-- hold on.  I am
5    trying to find the citation.
6        Under the results section on that page, Page 250, do
7    you see that first paragraph?
8   A  Yes.
9   Q  The last sentence there says, "Talc use was associated
10    with higher body mass index and inversely associated with
11    current cigarette smoking."
12        Do you see that?
13   A  Yes.
14   Q  Talc use, this study found, was associated with higher
15    body mass index, true?
16        That's what it says?
17   A  It doesn't give us any statistics on it, but if you look
18    at the table, you can see a slight association, yes.
19   Q  Well, Table No. 1 does give us some information, correct?
20        MS. PARFITT:  Objection; form.
21        THE WITNESS:  It doesn't give us any P
22    values of how different it was.  It doesn't give us
23    percents, but-- yeah.
24   Q  (By Mr. Williams)  Okay.  And do you remember that in the
25    Cramer 1999 paper, that you rely upon, said that

Page 169

1    characteristics, such as body odor or excessive
2    perspiration, might predispose to both talc use and
3    ovarian cancer, but adjusting for BMI should control for
4    those effects.
5        Do you remember that?
6        MS. PARFITT:  Counsel, do you have a
7    copy of Cramer 1999 or could we get that?
8        MR. WILLIAMS:  I am just asking if she
9    remembers it now, and if she doesn't--
10        THE WITNESS:  I don't recall.  I would
11    have to look at it.
12        (Exhibit No. 14 marked
13        for identification.)
14
15   Q  (By Mr. Williams)  We will mark the Cramer 1999 study as
16    Exhibit No. 14.
17        I will direct your attention to the page that has in
18    the upper right-hand corner "355," the left-hand column,
19    second paragraph, the one that begins with, "Regarding
20    potential."
21        About midway down that paragraph it says,
22    "Characteristics such as body odor or excessive
23    perspiration might represent subtle constitutional
24    features that might predispose to both talc use and
25    ovarian cancer, but adjusting for BMI should control for

43 (Pages 166 to 169)

Anne McTiernan, Ph.D

Page 170

1    these effects."
2        Do you see that?
3    A  Yes.
4    Q  Does it make sense to you, separate and apart from these
5    studies that I've shown you, that people who use talc on
6    their bodies, including people who use talc in their
7    perineal area, do so to absorb sweat and other moisture?
8    A  I didn't do a survey of why people use this.
9        It's not clear that only people who sweat and have
10   body odor are choosing to use body powders, so this isn't
11   a substantiated sentence.
12       I'm not quite clear.
13       One statement it has about-- that it may predispose
14   to ovarian cancer, I don't know of any literature
15   associating body odor or perspiration for risk of or even
16   early diagnosis of ovarian cancer, so I'm confused by
17   that.
18   Q  Well, let me ask you to make an assumption then.
19       If you make an assumption for me that BMI increases
20   the risk for ovarian cancer, and you further make the
21   assumption that more talc users have high BMI than
22   nontalc users, do you believe that studies looking at
23   talc and ovarian cancer should adjust for BMI?
24       MS. PARFITT:  Objection; form,
25   misstates the evidence.

Page 171

1        THE WITNESS:  So we see in one study--
2    I did not do a full review of all these studies, and I
3    don't believe the data was available in all of them the
4    way the Nurses' Health Study presented, which showed body
5    moss index-- in all of the studies, and I didn't do a
6    survey to look at the association between body mass index
7    and talc use.
8        I can see from these data in the Gertig study that
9    it wasn't a confounder.
10       They adjusted for it, but if you look at Table No. 2
11   in the Gertig paper, the age-adjusted relative risk is
12   very similar to the multivariate adjusted relative risk.
13       The multivariate adjusted relative risk included
14   body mass index, so this tells me that it's unlikely to
15   be any or extremely little confounding when you see such
16   a similar result for age-adjusted relative risk as you do
17   for multivariate relative risk.
18   Q  Just so we are clear, you are looking right now at
19   Exhibit No. 13, the Gertig study?
20   A  Sorry.  Yes.
21   Q  Table No. 1 on Page 250, correct?
22   A  Table 1 and Table 2.
23       Table 1 shows the association of BMI versus talc
24   use.
25       Table 2 shows the relative risk, age adjusted and

Page 172

1    multivariate adjusted.
2        If it was confounding from any of these variables
3    that they adjusted for, you would see very big
4    differences or much more marked than you see between
5    age-adjusted relative risk and multivariate adjusted
6    relative risk.
7    Q  Now, have you done the analysis to determine whether or
8    not BMI was associated with greater talc use or whether
9    BMI was associated as a confounder in terms of causing a
10   higher odds ratio or risk ratio in the Gertig study?
11   A  Did I personally do any statistics on these?  I didn't
12   have the data to do the statistics, but you can see that
13   its multivariate relative risk is so similar to
14   age-adjusted relative risk.  That means that it is not
15   confounding in the data.
16   Q  Did you do that analysis as part of your work?
17       MS. PARFITT:  Objection; asked and
18   answered.
19       THE WITNESS:  I am doing it right now.
20   Q  (By Mr. Williams)  Did you--
21   A  Since you pointed it out.
22   Q  Did you do that analysis as part of your work--
23   A  When I presented relative risk, I tended to present the
24   most adjusted relative risk I could find, I believe.
25       That's what I tried to do.

Page 173

1    Q  You reviewed three cohort studies in connection with your
2    report, according to you, because you count Gates 2008
3    and Gates 2010 as part of Gertig, correct?  So that
4    counts as one, right?
5    A  I believe those cases-- those two other cases that were
6    in the second-- you are talking about the second Nurses'
7    Health Study, the Gates 2008?  I believe those 2010 were
8    in the first one, but they're never quite clear.
9    Q  Let me start over.
10   A  Sorry.
11   Q  I don't want to quibble with you.
12       You reviewed Gertig 2000, Houghton 2014, and
13   Gonzalez 2016, correct?
14   A  That's correct.
15   Q  You also reviewed Gates 2008 and Gates 2010, correct?
16   A  Correct.
17   Q  Each one of those studies found no overall statistically
18   significant association between perineal talc use and
19   ovarian cancer?
20       MS. PARFITT:  Objection.
21   Q  (By Mr. Williams)  I am not asking about serous invasive,
22   as you went to before.
23       I am talking about overall perineal task use.
24       MS. PARFITT:  Objection.
25   Q  (By Mr. Williams)  Correct?

44  (Pages 170 to 173)

Anne McTiernan, Ph.D

## Page 174

1    MS. PARFITT: Objection; form.
2          THE WITNESS: And the sample sizes
3    were too small to be able to determine statistical
4    significance with that level of relative risk.
5    Q  (By Mr. Williams)  It was a consistent finding of those
6    cohort studies that there was not a statistically
7    significant association between perineal talc use overall
8    and ovarian cancer, right?
9          MS. PARFITT: Objection; form, asked
10   and answered.
11         THE WITNESS: The studies were not
12   large enough.
13        There were not enough cases to determine statistical
14   significance or to have a statistically significant
15   result.
16   Q  (By Mr. Williams)  Is it your testimony that those
17   studies found a statistically significant association
18   overall between perineal talc use and ovarian cancer?
19         MS. PARFITT: Objection; form.
20   Counsel, that has been asked now about three or four
21   times.
22        I think she has given an answer.
23        I know you don't like it, but she has responded.
24   Q  (By Mr. Williams)  Are you saying that those studies
25   found a statistically significant association between

## Page 175

1    perineal talc use and ovarian cancer?
2          MS. PARFITT: Objection; form.
3    Again, a fifth time asked and answered.
4          THE WITNESS: I am saying that they
5    did not have a large enough sample size to find a
6    statistically significant association.
7    Q  (By Mr. Williams)  Identify for us on the record any
8    cohort study that concluded that there was a
9    statistically significant overall association between
10   talc and ovarian cancer.
11   A  I can't identify any.
12   Q  In forming your opinions in this litigation, did you take
13   note of the fact that each of those cohort studies
14   accounted for body mass index or BMI?
15   A  I believe I did not go through specific-- I am sure I
16   didn't go through specific confounding variables.
17        I just noted that they adjusted for potential
18   confounders and presented the most adjusted variable.
19   Q  Your written report does not take note of the fact that
20   each of the cohort studies you reviewed accounted for
21   body mass index, did it?
22         MS. PARFITT: Objection; form.
23         THE WITNESS: No, I didn't note one
24   particular variable for adjustment.
25   Q  (By Mr. Williams)  Without reviewing the studies, are you

## Page 176

1    able to tell us, as you sit here, how many of the
2    case-control studies that you read and reviewed and are
3    relying on in this case do not adjust for body mass
4    index?
5          MS. PARFITT: Objection; form.
6          THE WITNESS: No, I did not count
7    that.
8    Q  (By Mr. Williams)  Why not?
9          MS. PARFITT: I'm sorry, what was the
10   question?
11   Q  (By Mr. Williams)  Why not?
12         MS. PARFITT: Objection.
13         THE WITNESS: I was tasked to look at
14   the overall association.
15        I did not look at specific confounders for each of
16   the studies.
17   Q  (By Mr. Williams)  So if there were a confounder that
18   could impact the answer to the question of whether
19   perineal use of talcum powder causes cancer, you didn't
20   look at it?
21         MS. PARFITT: Objection; form,
22   misstates the testimony.
23         THE WITNESS: There could be
24   confounding variables in any type of research that may or
25   may not be available.

## Page 177

1    I noticed in the Gertig study, the data that we just
2    talked about, that body mass index was not a confounder,
3    so that gives me some-- at least in one data set, that it
4    wasn't an issue, nor would the other variables adjusted
5    for have been confounders because the multivariate
6    relative risk is so similar to the age-adjusted relative
7    risk.
8    Q  (By Mr. Williams)  Did the Gertig study conclude what you
9    just said?
10   A  I think I just presented it.
11   Q  While you are reading, Doctor, I just want to be clear
12   with what my question is.
13        My question is:
14        Did-- strike that.
15        Where in the Gertig study did the Gertig study say
16   or conclude that BMI is not a confounder for talc use?
17   A  It's a general epidemiologic principle that if you see
18   similar results for the multivariate relative risk that
19   you see with just a-- either an unadjusted or in this
20   case age-adjusted relative risk, that the confounding
21   variables that were adjusted for in the multivariate are
22   unlikely to be confounders.
23        If they were, the data would look different.
24   Q  Have you completed your answer?
25   A  Yes.

45  (Pages 174 to 177)

Anne McTiernan, Ph.D

Page 178

1  Q  Did the Gertig study expressly state that BMI is not a
2     confounder for talc?
3              MS. PARFITT:  Objection; asked and
4     answered.
5              THE WITNESS:  I don't see that they
6     said that, but the data are showing it to me.
7  Q  (By Mr. Williams)  In forming your opinions in this
8     litigation, you did not do any analysis of whether the
9     studies that you relied upon adjusted for body mass
10    index, correct?
11 A  I didn't enumerate that, no.
12 Q  I would like to ask you about another type of study, the
13    meta and the pooled analyses.
14    You rely significantly on those study types,
15    correct?
16 A  That's correct.
17 Q  For the meta and the pooled analysis, the ones with the
18    combined data, you believe that the summary relative
19    risks for any talc use versus no talc use were
20    consistent, true?
21 A  Yes, I want to look at the--
22 Q  For reference, in your report, Exhibit No. 2 at Page 56.
23 A  I want to look at the papers too.
24 Q  I am just asking about your report, not the papers yet.
25    As far as your report is concerned, you believe that

Page 179

1     the summary of relative risks for any talc use versus no
2     talc use are consistent, right?
3  A  And where are you, Page 56?
4  Q  Page 56, the top paragraph, middle of the paragraph,
5     sentence starting with, "The summary relative risks,"
6     about four lines down.
7  A  "Were quite consistent," yes, I wrote that.
8  Q  Are there other ways in which the meta and the pooled
9     analyses are consistent, in your opinion?
10 A  I am not sure what you're asking.
11 Q  Well, in addition to the notion that the relative risks
12    were quite consistent, in your opinion, across the meta
13    and the pooled analyses, were there any other ways in
14    which those meta and pooled analyses were consistent, any
15    other hallmarks of a consistency, other than the relative
16    risk rates that you found notable?
17 A  I think if you could give some examples-- one--
18 Q  I am just asking you for your expert opinion.
19 A  One thing that is consistent is that for the two
20    meta-analyses that are most recent, which is why I put
21    most weight on them, they have all of the previous
22    studies included, is that they include the same study,
23    so that's similar between those two meta-analyses,
24    Penninkilampi and Berge.
25    The pooled analysis was a subset of those

Page 180

1     case-control studies, the eight case-control studies,
2     plus three previous and published studies.
3  Q  You did not perform your own meta-analysis, right?
4  A  No, I didn't.
5  Q  One of the reasons you did not perform your own
6     meta-analysis was because you believe that there were
7     two, in your words, excellent meta-analyses that had
8     recently been published, Penninkilampi and Berge,
9     correct?
10 A  Correct.
11 Q  "Penninkilampi" is spelled P-E-N-N-I-N-K-I-L-A-M-P-I.
12    That was from 2018, correct?
13 A  Yes.
14 Q  And the Berge analysis, B-E-R-G-E, was from 2017?
15 A  Yes.
16 Q  You believe that those two studies are consistent with
17    one another?
18 A  Yes, they have very similar results.
19 Q  Do you believe they support your opinion in the case that
20    perineal talcum powder can cause ovarian cancer?
21 A  Yes.
22 Q  Let me show you the Penninkilampi study.  We'll mark it
23    as Exhibit No. 15, I believe.
24              (Exhibit No. 15 marked
25              for identification.)

Page 181

1
2  Q  (By Mr. Williams)  Do you recognize Exhibit No. 15,
3     Penninkilampi 2018, as one of the two studies that you
4     described as excellent and supportive of your opinions?
5  A  Yes.
6  Q  Do you know the source or sources of funding for this
7     paper?
8  A  No, I don't.
9  Q  Do you personally know who the author is?
10 A  No, I don't.
11 Q  Do you know what, if any, conflicts of interest any of
12    the authors may have?
13 A  I am just looking to see.
14    They claim no conflicts of interest.
15 Q  Do you know whether some of the authors are serving as
16    consultants to Plaintiffs' counsel in this litigation?
17 A  No, I don't.
18 Q  Do you have any criticisms of the Penninkilampi 2018
19    meta-analysis?
20              MS. PARFITT:  Objection; form.
21              THE WITNESS:  I think the only issue
22    that I see are based on all of the-- all of the
23    meta-analyses had this issue that depends on what results
24    were available from the source studies, so if there
25    weren't many studies that could do-- that could look at

Anne McTiernan, Ph.D

---

Page 182

1  subgroups, for example, or if there weren't enough--
2  wasn't enough information to do dose response-- but by
3  doing a meta-analysis, you have the best chance of being
4  able to look at these because in the individual study
5  those variables are-- the numbers of people within
6  particular subgroups is going to be too small to be able
7  to do an analysis.
8  Q  (By Mr. Williams)  Did you do an independent verification
9  of the data that the Penninkilampi study reports in--
10 strike that.
11     Did you do an independent verification that the data
12 that this study reports is indeed accurate?
13 A  Did I do a meta-analysis myself on statistics?  I did
14 not.
15 Q  No, just whether the data that is reported accurately
16 reflects what was reported in the study's records.
17 A  So there was a supplementary data table for this, I
18 assume.
19     I am pretty sure I looked at that and then compared
20 the relative risk that I abstracted onto my data table,
21 and I believe they were similar, but I don't see
22 supplementary data here.
23 Q  Take a look at Page 46 of the document in the lower
24 left-hand corner, Page 46 of Exhibit No. 15.
25     Do you see that the Penninkilampi study includes,

---

Page 183

1  for each study, a purported odds ratio, a lower limit and
2  an upper limit?
3  A  Yes.
4  Q  Did you go back to the individual studies to verify that
5  the numbers were recorded accurately?
6  A  I didn't compare the lower and upper limit of the
7  confidence interval.
8  Q  Would it be important to you, in determining that a study
9  is excellent, that the authors accurately report the odds
10 ratio and the confidence intervals?
11 A  I think that would be useful, but for a meta-analysis,
12 the data that goes into it, to my knowledge, are the odds
13 ratios and the sample size, so I am not sure what
14 variable-- which particular study you're talking about is
15 not reported correctly.
16 Q  I am asking you whether it's important, not just whether
17 it's notable.
18     Would it be important to you, in determining--
19 concluding that a study is excellent, that the authors
20 accurately report the odds ratios and the confidence
21 intervals; that is, if they get it wrong, that's not the
22 sign of an excellent study, right?
23     MS. PARFITT:  Objection; form.
24     THE WITNESS:  I think in many studies
25 there may be occasional data that are transformed not

---

Page 184

1  correctly that are implemented.
2     What I'm most intrigued by, all the cohort studies I
3  reviewed, all seven of them, come up with just about the
4  same overall relative risk of ever-use of talcum powder
5  products and risk of ovarian cancer.  It is consistently
6  1.25 to 1.3, and that tells me that this is a robust
7  finding because you see it in so many of these studies.
8  Q  (By Mr. Williams)  Would you expect the association for
9  long-term perineal talc use, say more than ten years, to
10 be greater than, the same, or less than the association
11 for any talc use, which could include a single use?
12 A  I would say it depends on what the individual study had
13 in terms of sample size within categories.
14     It really depends on sample size, and it depends on
15 what the data look like.
16     It's a difficult question to answer.
17 Q  Take a look at Page 46, Figure No. 2 of the Penninkilampi
18 study, Exhibit No. 15.
19     Do you see the explanation of the tables in Figure
20 No. 2?
21     Do you see that Table A refers to odds ratios for
22 any perineal talc use?
23 A  Yes.
24 Q  And the odds ratio for the combined data, the data for
25 any talc use in Table A, is 1.31?

---

Page 185

1     Do you see that?
2  A  Yes.
3  Q  Now look at Table B.
4     Do you see that this table refers to long-term
5  perineal talc use?
6  A  Yes.
7  Q  The odds ratio for that combined data, the data for
8  long-term use, is 1.25.
9     Do you see that?
10 A  Yes.
11 Q  So as between Penninkilampi's reported overall
12 association for any talc use, on the one hand, and its
13 reporting for long-term talc use on the other, which one
14 reflects a higher risk rate or odds ratio?
15 A  I would say they're very similar, 1.31 and 1.25, because
16 the confidence interval include both, so the confidence
17 interval in the top, 1.24 to 1.39, also includes the
18 bottom odds ratio of 1.25.  That tells me they're very
19 similar.
20 Q  Doctor, I am just asking you a simple question.
21     I asked you which one reflects a higher risk rate.
22     MS. PARFITT:  Objection; form, asked
23 and answered.
24     THE WITNESS:  I am answering as an
25 epidemiologist.

---

47 (Pages 182 to 185)

Anne McTiernan, Ph.D

## Page 186

1      We would see those answers as quite similar.
2   Q  (By Mr. Williams)  So epidemiologists would say that 1.31
3      and 1.25, with the confidence intervals there, are the
4      same?
5   A  I wouldn't say they're the same.
6   Q  So which one--
7          MS. PARFITT:  Counsel, please let her
8      finish.
9          Thank you.
10         THE WITNESS:  We wouldn't say they're
11     the same, but we would state they could be similar.
12         1.31 is clearly larger than 1.25, but they could
13     be-- because of those confidence intervals, they could be
14     similar numbers.
15  Q  (By Mr. Williams)  When you evaluated the Penninkilampi
16     study, did you take note that the authors omitted certain
17     cohort data?
18         MS. PARFITT:  Objection; form.
19         THE WITNESS:  I noted that they
20     included one paper from each study, which is really
21     important.
22         If you include more than one paper from each study,
23     then you're over-counting or counting cases or noncases a
24     second time.
25         It's really important to only have one cohort

## Page 187

1      represented in each of these meta-analyses.
2   Q  (By Mr. Williams)  But if there had been additional
3      cohorts after the first cohort, wouldn't it make sense to
4      use the last one rather than the first?
5          MS. PARFITT:  Objection; form.
6          THE WITNESS:  I think you are talking
7      about the Nurses' Health Study.
8   Q  (By Mr. Williams)  I am.
9   A  Whether they included the first one or the third one,
10     because the second one wouldn't do them any good.  There
11     are only 200 cases.  We don't know how they picked those.
12         The third one, as I mentioned earlier, the problem
13     with the third one is it used a different comparison to--
14     than the first one.
15         They are not comparing no-use versus ever-use.
16         They're comparing no-use plus less-than-once-a-week
17     versus higher levels, so you want to compare, as much as
18     possible, nonusers versus users, which is-- they are
19     trying to look at any ovarian-- sorry, any perineal talc
20     use in the Category A would be more accurate to use the
21     first Nurses' Health Study.
22  Q  Should I take your last answer to mean that you believe
23     it is a good thing that the Gates 2000 study was omitted
24     from the Penninkilampi analysis?
25         MS. PARFITT:  Objection; form,

## Page 188

1      misstates her testimony.
2          THE WITNESS:  I would say because of
3      the variable used, it was reasonable that they picked the
4      Gonzalez, the first one.
5          If the data had been collected in an identical way,
6      then the third one would have been incorporated.
7   Q  (By Mr. Williams)  Did the study explain that that was
8      the reason why they omitted the Gates 2010 study?
9   A  I can't remember.
10         I think they had an appendix.
11         They talk about an appendix here with their
12     rationale.
13  Q  We can check it later, but as you sit here today, can you
14     remember any reference to--
15  A  I can't recall--
16  Q  Let me finish the question, if I could.
17         Doctor, can you remember any reference, as you sit
18     here, to the notion that they noted, in Penninkilampi,
19     that they were not using the data from Gates 2010?
20         MS. PARFITT:  If you need to consult
21     the document, please do.
22         MR. WILLIAMS:  My question is not
23     asking her to read it.
24  Q  (By Mr. Williams)  My question is whether you remember
25     it?

## Page 189

1          MS. PARFITT:  Without reading the
2      document, do you recall?
3          THE WITNESS:  I don't recall.
4   Q  (By Mr. Williams)  Take a look at Figure No. 2, Table C
5      of Page 46 of that study.
6          Do you see that it describes the purported
7      association for increased risk of serous ovarian cancers?
8   A  Yes.
9   Q  And that's reporting the original Berge study from 2010,
10     right?
11  A  2000?  Berge 2000?
12  Q  Excuse me, not 2010.  Pardon me.
13         2000-- Berge 2000?
14  A  Yes.
15  Q  As you sit there, you don't know-- you don't recall any
16     explanation for the omission of the Gates 2010 data,
17     right?
18         MS. PARFITT:  Objection; form.
19         MR. WILLIAMS:  I'm sorry, did I get an
20     answer to that one?
21         MS. PARFITT:  No.  She-- I think she
22     is reading the document.
23         THE WITNESS:  Sorry.
24         MS. PARFITT:  Take your time.
25         MR. WILLIAMS:  My question-- well,

48  (Pages 186 to 189)

Anne McTiernan, Ph.D

## Page 190

```
1    hold on.
2         Counsel, that just eats up the time.
3    Q  (By Mr. Williams)  I am asking-- Doctor--
4              MS. PARFITT:  Counsel, you asked--
5              MR. WILLIAMS:  Let me finish--
6              MS. PARFITT:  Let me finish.
7         You asked her in the middle of a question-- she
8    hasn't answered it.
9         Your question is right there.
10        She hadn't answered it.
11        She is reading the document.  That's reflected on
12   the camera.
13        Give her-- if you want an answer to the question,
14   give her an opportunity.
15   Q  (By Mr. Williams)  Here is the problem, Doctor--
16             MR. WILLIAMS:  Are you done, Counsel?
17             MS. PARFITT:  I am.
18   Q  (By Mr. Williams)  Here is the problem, Doctor:
19        If I ask a question that is separate and apart from
20   the document in front of you, and you choose to just read
21   the entire document, all of our time is lost, so when I
22   specifically ask you what you remember as you sit there,
23   I would ask you not to read the document because that's
24   not part of the question.
25        Is that okay with you?
```

## Page 191

```
1              MS. PARFITT:  Counsel, that's actually
2    not okay as a question.
3         If the question is asking if this is a memory
4    contest-- when she has the document in front of her, why
5    aren't you allowing her to refer to the document?
6         It's not a memory contest.
7    Q  (By Mr. Williams)  Here is my question, Doctor:
8         As you sit here, do you remember, one way or the
9    other, whether the Penninkilampi study explains why it
10   omitted any reference to the data from the Gates 2010
11   report--
12             MS. PARFITT:  And I'm going to again
13   object.
14        Counsel, if she needs to look-- are you suggesting
15   she can't look at the document to refresh her
16   recollection?  Is that what you want the record to
17   reflect.
18   Q  (By Mr. Williams)  You may answer, Doctor.
19             MS. PARFITT:  Take your time, Doctor.
20             THE WITNESS:  Looking at the methods
21   here, I don't see that they've mentioned here why they
22   chose particular studies.
23        I do know that it's standard for meta-analysis to
24   only include one study from a cohort.
25        If you included more than one, it would be
```

## Page 192

```
1    considered improper-- improper methodology.
2         Usually these meta-analyses, and I believe they had
3    it too, usually they will have supplementary data that's
4    available also that will give more of their methods and
5    the search terms, and I don't see that in what you've
6    provided here today.
7    Q  (By Mr. Williams)  Let me ask you to look at the Berge
8    study from 2017.  We will mark that as Exhibit No. 16.
9              (Exhibit No. 16 marked
10                for identification.)
11
12   Q  (By Mr. Williams)  Do you recognize Exhibit No. 16, which
13   is the Berge 2017 study, as the other of the two
14   meta-analyses that you described as excellent?
15   A  Yes.
16   Q  Please turn to Page 9 of the study.
17        I direct your attention to the left-hand column, the
18   last paragraph before "Acknowledgments."
19        Do you see that?
20   A  Yes.
21   Q  The Berge study says, "Several aspects of our results,
22   including the heterogeneity of results between
23   case-control and cohort studies and the lack of a dose
24   response with duration and frequency of use, however, do
25   not support a causal interpretation of the association."
```

## Page 193

```
1         Do you see that conclusion?
2    A  Yes, I do.
3    Q  The author's conclusion that the reported association did
4    not support a causal interpretation, is the opposite of
5    the conclusion that you would come up with in this case,
6    correct?
7              MS. PARFITT:  Objection; form.
8              THE WITNESS:  That's correct.
9    Q  (By Mr. Williams)  If you would, keep the Berge 2017
10   paper out.
11        I will also ask you to refer for a moment to your
12   own report, which is Exhibit No. 2, and specifically Page
13   75.
14        There is a table, Table No. 3, of data that you
15   compiled about the various meta-analyses.
16        Do you see that table?
17   A  Yes.
18   Q  And Berge 2017 is the second one that is referenced?
19   A  Yes.
20   Q  The right-most column of your table is called, "Dose
21   response," correct?
22   A  Yes.
23   Q  And I'm going to talk a little more about dose response
24   later, but for now can we agree that under the "Dose
25   response" column for Berge 2017, you wrote, "Yes," for
```

49 (Pages 190 to 193)

Anne McTiernan, Ph.D

Page 194

1    duration and frequency-- did you write that?
2    A  Yes.
3    Q  And then you wrote a colon, and you went on to reflect
4       that each ten-year increase in genital talc use was
5       associated with a 16 percent increase in relative risk,
6       and each increase of one application per week was
7       associated with a five percent increase in relative risk.
8          Do we have that right?
9    A  Yes.
10   Q  Now, if you would, please, turn back to the Berge study.
11      Can you just-- we couldn't find it.  Maybe you can,
12      and this one I do want you to look through it.
13         Would you please point out where the figures we just
14      discussed from your table are actually reflected in the
15      study?
16         I'm sure it's there.  We just couldn't find it.
17   A  I am not finding it.
18         MS. PARFITT:  Counsel, I can make it
19      quicker, so we can save on time.
20         Do you want me to show her where it is or have her
21      keep looking?
22         MR. WILLIAMS:  I actually prefer that
23      that not be what we do.
24         MS. PARFITT:  All right.  I am just
25      trying to move time along.

Page 195

1    Q  (By Mr. Williams)  If you could turn to Page 6 of the
2       Berge meta-analysis, in the left-hand side, Table No. 3
3       there, it says there-- it has a table in Table No. 3 that
4       lists the duration of frequency, "Ever use of genital
5       talc - results of meta-analysis."
6          Do you see that?
7    A  Yes, Table No. 3?
8    Q  Right.
9          It says, "Duration, ten years," and then there's a
10      risk ratio of 0.97, with a confidence interval that drops
11      below 1.0.
12         Do you see that?
13   A  It looks like you have a different version than I have.
14   Q  Do I?
15   A  Yeah.
16      Yours is-- my table looks different.
17      That's odd.
18   Q  Are you looking at the-- I see, you are comparing-- just
19      for the record, you are comparing what we gave you as
20      Exhibit No. 16 with something in a notebook.
21         Which notebook are you looking in?
22   A  My data-- all the references that I used.
23   Q  Okay.
24   A  I am just wondering--
25   Q  Are there different versions of it?

Page 196

1          MS. PARFITT:  Counsel, there are.
2       If I can help, there's two Berge papers.  One talks
3    about the dose response and one does not, and I think you
4    handed her the copy about-- that does not address the
5    dose response, and the one she has in her binder
6    addresses the dose response, both 2018 and very
7    confusing, but--
8          MR. WILLIAMS:  So they are two
9    different studies entirely?
10         MS. PARFITT:  No, they are actually
11   very, very close, but one addressed the dose response and
12   one did not.
13      One, Doctor-- just for clarify, the one that
14   Mr. McTiernan has in her notebook and that you all have
15   in your reference material is Exhibit No.-- Reference
16   No.-- what is that?
17         THE WITNESS:  35.
18         MS. PARFITT:  35 in the notebook,
19   which is the Berge study that deals with the dose
20   response.
21      The one you handed her is the Berge that does not
22   address the dose response or indicated there was no
23   trend.
24         MR. WILLIAMS:  Let's mark for the
25   record the one that Dr. McTiernan has in her hand as

Page 197

1    Exhibit No. 16A.
2          MS. PARFITT:  Very good.
3             (Exhibit No. 16A marked
4             for identification.)
5
6          MR. WILLIAMS:  Do you happen to have
7    another copy of that one?
8          MS. PARFITT:  Yeah, I can check.
9          MR. WILLIAMS:  Thank you.
10   Q  (By Mr. Williams)  If you could look at Exhibit No. 16,
11      and turn to Page 7.
12   A  So we are back to the other one?
13   Q  The original--
14   A  That I did not reference?
15   Q  Exhibit No. 16.
16      Do you have that in front of you?
17   A  Page 7?
18   Q  Page 7, the right-hand column.
19      Do you see in the right-hand column it says, "The
20   presence or absence of a dose response is an important
21   aspect to consider in assessing the plausibility of the
22   causal nature of an association observed in a
23   meta-analysis"?
24      Did I read that right?
25   A  Yes, and the other version says the same thing.

50 (Pages 194 to 197)

Anne McTiernan, Ph.D

Page 198

1  Q  Okay.  It goes on to say, I believe in both versions,
2     "Although the numbers of studies included in the analysis
3     of duration and frequency of genital talc use was not
4     very large, and the exclusion of the reference category
5     from the dose response analysis might have reduced the
6     power of this analysis, the lack of a dose response --
7     irrespective on an analytical approach chosen to combine
8     categorical results across studies -- is a potentially
9     important and novel contribution of this meta-analysis."
10        Did I read that right?
11  A  Except the next version does not say, "lack of"-- if you
12     read the paragraph from 16A, it does not say "lack of
13     dose response."
14        You have that right there.
15        They have taken out that.
16        They must have replaced this table with a corrected
17     table, because that does show dose response in Table
18     No. 3.
19  Q  So Table No. 3 in the two different versions of the Berge
20     study are different?
21  A  Yes.
22        That's why I was so confused.
23        My data and my table was identical-- I abstracted
24     this.
25        MS. PARFITT:  "This" being 16A?

Page 199

1        THE WITNESS:  16A, the version I used,
2     and that's the version that was on the website and my
3     library.
4  Q  (By Mr. Williams)  Did you at any time read this study
5     that was marked as Exhibit No. 16?
6  A  No.
7  Q  And how did you access the version at 16A?
8  A  This one I would have gotten from my Fred Hutch library.
9  Q  Let me have you look at Exhibit No. 16A.
10        Do you have Page 9 in front of you?
11        Can you turn to that page, just before the
12     acknowledgments?
13  A  Okay.
14  Q  And this is the conclusion paragraph.
15        Do you see that it begins, "In conclusion"?
16  A  Yes.
17  Q  In the 16A version that you have in front of you they
18     wrote, "Several aspects of our results, including the
19     heterogeneity of results between case-control and cohort
20     studies, however, do not support a causal interpretation
21     of the association."
22        Do you see that?
23  A  Yes.
24  Q  And that was the conclusion of the Berge study from 2017
25     in both versions 16 and 16A, correct?

Page 200

1        MS. PARFITT:  Objection; form.
2        THE WITNESS:  And I tend to look at
3     data, not necessarily what somebody has written as their
4     conclusion.
5        The data to me show that there is an increased risk
6     of ovarian cancer with use of talcum powder products, and
7     I think their data show it very clearly, and they have
8     shown dose response relationships as well.
9  Q  (By Mr. Williams)  My question to you is a little bit
10     different.
11        My question is:
12        You disagree-- strike that.
13        You disagree with the conclusion reached by the
14     authors of the Berge study in that last sentence of their
15     report that finds heterogeneity between the results of
16     case-control and cohort studies, correct?
17        MS. PARFITT:  Objection; form,
18     misstates her testimony.
19        THE WITNESS:  So you are only asking
20     about the first part of that sentence not the causal
21     interpretation, but the first part; is that correct?
22  Q  (By Mr. Williams)  I am asking about the entirety of the
23     sentence.
24  A  The entirety of the sentence?
25        So yes, there was heterogeneity between the

Page 201

1     case-control and cohort studies, but no, I do not think
2     that that detracts from the causal association.
3  Q  What was the heterogeneity and the results between the
4     case-control and the cohort studies that you observed?
5  A  There was a smaller increase in risk with the
6     case-control studies.
7  Q  How much smaller?
8  A  Quite a bit.
9        The relative risk was 1.02 in the cohort studies,
10     1.26 in the case-control studies.
11  Q  And you conclude, based upon your own analysis, totally
12     separate from the Berge study-- you conclude, based on
13     your own analysis, that disparity, 1.02 for the
14     cohorts, 1.26 for the case-control studies, constitutes
15     heterogeneity between those two types of studies?
16        MS. PARFITT:  Objection; misstates her
17     testimony.
18        She says she relied on the data.
19        MR. WILLIAMS:  Counsel, I would ask
20     you not to coach.
21        MS. PARFITT:  I am not coaching.
22        Let the record reflect I am not coaching.  I am
23     making it clear.
24        THE WITNESS:  I agreed that there's
25     heterogeneity between those two sets of results, but that

51 (Pages 198 to 201)

Anne McTiernan, Ph.D

| | Page 202 |
|---|---|

1    it does not subtract from the causal interpretation.
2        The other thing I note when I look at a figure like
3    this, Figure No. 2 in that Berge paper, that almost all
4    of the relative risks are to the right of the line; "the
5    line" being the line where the relative risk would be one
6    or no effect.
7        It's unusual to see so many studies with the
8    relative risk over on the right side.
9        I review a lot of meta-analyses, so this is unusual
10   to see that level of consistency.
11   Q  (By Mr. Williams)  So just so we're clear, you disagree
12   with the second half, the second clause of the final
13   sentence in the Berge study, but you agree with the first
14   portion, correct?
15       MS. PARFITT:  Objection; form,
16   misstates her testimony.
17       THE WITNESS:  I agree that the cohort
18   studies have lower relative risks than do the
19   case-control studies, yes.
20   Q  (By Mr. Williams)  And you agree that that makes them
21   heterogeneous, correct?
22       MS. PARFITT:  Objection; form.
23   Q  (By Mr. Williams)  Those two different types of studies?
24       MS. PARFITT:  Objection; form.
25       THE WITNESS:  That's part of the

| | Page 203 |
|---|---|

1    definition of "heterogeneity," is to see differences.
2    Q  (By Mr. Williams)  Let me ask you some questions about
3    the Taher 2018 study.
4        We will mark that study as Exhibit No. 17.
5        (Exhibit No. 17 marked
6        for identification.)
7
8    Q  (By Mr. Williams)  The Taher 2018 study is not one of the
9    articles that you originally included in your reference
10   list, right?
11   A  That's correct.
12       It was made public after my report was submitted.
13   Q  It is included in the additional materials to Dr. Anne
14   McTiernan, a listing that we marked earlier today?
15   A  Yes.
16   Q  Have you read the entire transcript?
17   A  Yes, I have.
18   Q  Did you have access to this article before it was
19   published?
20   A  It's not published.  It's a draft manuscript.
21   Q  Do you have access to the appendixes or supplemental
22   tables that are referenced in the publication?
23   A  Yes.
24       I don't have them with me, but I did have access.
25   Q  How did you have access to them?

| | Page 204 |
|---|---|

1    A  Ms. Parfitt sent them.
2    Q  Did she--
3    A  I am trying to remember if there was a website as well.
4    Q  Do you know how she obtained them?
5        MS. PARFITT:  Objection; form.
6        THE WITNESS:  I do not know.
7    Q  (By Mr. Williams)  Are you relying on the Taher 2018
8    study for your opinion in this litigation?
9    A  I am not relying on the study, but it did add to my-- it
10   does substantiate my opinion.
11       It's very similar results to what we saw in the
12   other meta-analyses.
13   Q  Is the Taher 2018 article peer-reviewed?
14   A  Not to my knowledge, but I don't know what process it
15   went through to get to this point.
16   Q  Do you know one way or the other whether it has been
17   accepted for publication?
18   A  I don't know.
19   Q  Do you know the source or sources of funding for the
20   Taher 2018 article?
21   A  I think it said Health Canada, but--
22   Q  Other than the reference to Health Canada-- it references
23   a contract with Health Canada.
24       Other than that, do you have any knowledge as to the
25   sources of funding?

| | Page 205 |
|---|---|

1        MS. PARFITT:  Objection; form.
2        THE WITNESS:  All I know is source of
3    funding is Health Canada, what it says in the paper.
4    Q  (By Mr. Williams)  Do you personally know any of the
5    authors who are listed on the first page?
6    A  No, I don't.
7    Q  Have you discussed your opinion on talc and ovarian
8    cancer with any of those authors?
9    A  No, I haven't.
10   Q  Do you know what conflicts of interest, if any, the
11   authors may have?
12       MS. PARFITT:  Objection; form.
13       THE WITNESS:  No, I don't.
14   Q  (By Mr. Williams)  Do you know whether some of the
15   authors are serving as consultants to the plaintiffs in
16   this litigation?
17   A  No, I don't.
18   Q  Were you asked to be a co-author of that paper?
19   A  No, I wasn't.
20   Q  Did you provide comments to it?
21   A  No, I didn't.
22   Q  Did the authors ever consult you in any way in connection
23   with their publication?
24   A  No, they didn't.
25   Q  Did you attend the National Cancer Institute directors'

52 (Pages 202 to 205)

Anne McTiernan, Ph.D

| Page 206 |
| --- |

1    meeting in Lyon, France on July 11, 2013 of last year,
2    2018?
3  A  No, I didn't.
4  Q  The Taher study contains a meta-analysis, right?
5  A  That's correct.
6  Q  If you turn to Page 28, Page 28 calculates or reports an
7    overall relative risk of 1.28 with a confidence interval
8    of 1.20 to 1.37, right?
9  A  It's written there-- okay, yes.
10  Q  If you turn to Page 49, under the heading, "Conclusion,"
11    the very last sentence says, in part, "The present
12    comprehensive evaluation of all currently available
13    relevant data indicates that perineal exposure to talc
14    powder is a possible cause of ovarian cancer in humans,"
15    right?
16  A  Yes, I see that.
17  Q  Do you agree that the 2018 paper represents a
18    comprehensive evaluation of all currently available
19    relative data?
20  A  It appeared to be a relevant meta-analysis.
21    As you mentioned, it's not peer-reviewed.
22    I would like to see it be peer-reviewed, but it has
23    a remarkably similar relative risk of the other
24    meta-analyses that I've reviewed that were peer-reviewed,
25    so not only the most recent comprehensive ones but also

| Page 207 |
| --- |

1    the previous meta-analyses.
2  Q  Do you agree with the conclusion of the authors in Taher
3    2018 that perineal exposure to talcum powder is a
4    possible cause of ovarian cancer in humans?
5  A  I believe that it is a cause of ovarian cancer in humans.
6  Q  My question is different.
7    My question is whether you agree with the conclusion
8    of the authors, what they wrote here, which is that
9    perineal exposure to talcum powder is a possible cause of
10    ovarian cancer in humans.
11  A  And I am saying I would use a stronger statement than
12    that.
13    I would say these data support a causal association
14    with cancer, ovarian cancer.
15  Q  So you disagree with them?
16  A  Yes.
17  Q  It would be faster if you just do that upfront.
18  A  I like to be exact.  Sorry.
19  Q  Just so we're clear, you disagree with the conclusion of
20    the authors in the Taher study, that talcum powder is a
21    possible cause of ovarian cancer in humans, right?
22  A  I believe that talcum powder product use is the cause of
23    ovarian cancer in humans, based on my review.
24  Q  The conclusion in this Taher 2018 article is the same as
25    that-- as the conclusion that was reached in the IARC,

| Page 208 |
| --- |

1    International Association for Research of Cancer, 2010
2    monograph with respect to perineal use of talc, right?
3    MS. PARFITT: Objection; form.
4    THE WITNESS:  2010 monograph was from
5    data up until 2007, so they did not have the benefit of
6    the last ten years.
7    I believe IARC would have given a stronger
8    characterization of talcum powder applied to the perineum
9    if they were to review the data today, but they did
10    categorize talcum applied to the perineum as a possible
11    carcinogen Grade 2B.
12  Q  (By Mr. Williams) I would move to strike that as
13    nonresponsive, Doctor, but my question is:
14    You are speculating when you say what IARC would or
15    would not have done; are you not?
16    MS. PARFITT: Objection--
17    THE WITNESS: Correct.
18  Q  (By Mr. Williams) In fact, and point of fact, in 2010
19    IARC, in the 2010 monograph, reached a conclusion that
20    perineal exposure to talcum powder is a possible cause of
21    ovarian cancer, and they put it in Group 2B, right?
22    MS. PARFITT: Objection; form.
23    THE WITNESS: Using data that they had
24    available and through 2007, then yes, they classified it
25    that way in 2B.

| Page 209 |
| --- |

1  Q  (By Mr. Williams) Do you have any criticisms of the
2    Taher 2018 meta-analysis?
3  A  As I mentioned before, it has remarkable similar results
4    to the other meta-analyses, so that gave me some
5    confidence.
6    I was a little curious why they picked-- I think
7    it's some of the supplementary tables.
8    They picked relative risk for some of the-- a couple
9    of the studies that I would not have picked, and some of
10    the meta-analyses did not pick-- when many of the studies
11    have presented data, it's a little difficult to tell
12    which of the data are the most basic, meaning no use of
13    talcum powder products to the perineum versus any use,
14    and sometimes it's difficult to determine which is the
15    correct relative risk to pick, odds ratio, but I don't
16    have that here, don't have the supplemental data here.
17  Q  Other than what you've just expressed, do you have any
18    other criticisms?
19  A  I didn't see other concerns.
20    I think Table No. 2, the summary for the Bradford
21    Hill criteria of causation, they--
22  Q  Could you give me the page?
23  A  I'm sorry, Page 25, Table No. 2.
24  Q  Thank you.
25  A  The question I had there is when they looked at strengths

53 (Pages 206 to 209)

Anne McTiernan, Ph.D

Page 210

1    of association, they looked across individual studies and
2    didn't take into account the meta-analyses, so I think
3    they could have used their own data as well as the other
4    meta-analyses, and they could have mentioned that there
5    as part of strengths of association.
6    Q  Have you now listed all of your criticisms of the study?
7    A  Yes, I believe so.
8    Q  Do you believe it was improper of the authors of this
9    study to include both the Wu 2009 and the Wu 2015 studies
10   in the meta-analysis, as reflected on Page 29?
11   A  I would have to look back and see if those are the same--
12   if they include some of the same cases.
13   Q  If they included the same cases, then for the reasons you
14   described earlier today, you would criticize this study
15   because there would be double counting, right?
16          MS. PARFITT:  Objection.
17          THE WITNESS:  Yes.
18   Q  (By Mr. Williams)  Please turn to Page 3 on-- Figure
19   No. 3 on Page 39.
20          It says, underneath that table, "Figure No. 3:
21   Ovarian cancer risk estimates at increasing levels of
22   exposure to talc, as reported from multiple studies."
23          Do you see that?
24   A  Yes.
25   Q  Does Figure No. 3 provide evidence of a dose-response

Page 211

1    relationship, in your opinion?
2    A  I don't think I could evaluate that because I don't see
3    an explanation of where they get that data from.
4    Q  Let me ask you to look back on-- at Page 29-- actually,
5    Page 25.  Excuse me.
6          Do you see where it says, "Consistency:  15 out of
7    30 studies reported positive and significant associations
8    reported in:" and then there's a colon and four bullet
9    points?
10          Do you see that?
11   A  Yes.
12   Q  15 out of 30 is 50 percent of the case-control studies,
13   right-- 15 out of 30 is 50 percent of the total number of
14   studies reported, right?
15          MS. PARFITT:  Objection; form.
16          THE WITNESS:  Yes, that would be 50
17   percent.
18   Q  (By Mr. Williams)  And 50 percent of the studies did not
19   find a positive significant association that was
20   statistically significant, correct?
21          MS. PARFITT:  Objection; form,
22   misstates the data.
23          THE WITNESS:  You are asking me if
24   that's what it stated?
25          MR. WILLIAMS:  Yes.

Page 212

1          THE WITNESS:  That's what they stated,
2    yes.
3    Q  (By Mr. Williams)  And the importance of statistical
4    significance is-- strike that.
5          Statistical significance is evaluated in order for
6    epidemiologists and other researchers to try to rule out
7    chance, right?
8    A  Statistical significance depends largely on sample size,
9    and it's merely a probability, so if you have a P value
10   of 0.05, it means you have a five percent chance of
11   making an error.
12          There's nothing magical about 0.05.
13          0.06 could be a very relevant study as well.
14          Statistical significance is often determined-- it's
15   often thought to be statistically significant if the P
16   value is less than or equal to 0.05.
17          As I said, it's not magical.
18          It really depends on sample size, so when I look at
19   studies, I look at the totality of evidence, I look at
20   consistency, and I look at whether the relative risk is
21   above one consistently.
22   Q  What I'm trying to get at, Doctor, is whether-- is the
23   purpose of statistical significance.
24          Will you agree with me, and you can say "no," you
25   can say "yes," you can say "maybe," but do you agree with

Page 213

1    me or not that the purpose of evaluating statistical
2    significance is to try to rule out the possibility that
3    results are a result of chance?
4    A  I would modify that.
5          I would say you would look at a statistical test in
6    order to determine what is the likelihood that chance
7    explained your result.
8          I wouldn't say the word "rule out," because, as I
9    mentioned, a P value of 0.06 could be as relevant as a P
10   value of 0.05.
11          It really depends on the sample size.
12   Q  You are familiar with IARC ratings?
13          You mentioned them earlier today, right?
14   A  Yes.
15   Q  And you know that IARC ratings for Group 2B, which is
16   what IARC found for talc in 2006, I think, was that talc
17   should be listed as a possible cause of ovarian cancer,
18   correct?
19          MS. PARFITT:  Objection; misstates the
20   document.
21          THE WITNESS:  Maybe I should reframe
22   my answer.
23          My understanding is a classification 2B means a
24   possible carcinogen.
25   Q  (By Mr. Williams) Okay.  And as you sit there, can you

54 (Pages 210 to 213)

Anne McTiernan, Ph.D

| Page 214 |
|---|

1    tell us what the definition of a Group 2B substance is,
2    according to IARC?
3    A  I don't have that memorized.
4        I do know that there are different panels set up for
5    each carcinogen, and there is an overall group that helps
6    the scientists to decide what classification to put
7    something in, but that-- it's not a clear-cut,
8    necessarily.
9        The scientific panel has to look at the totality of
10   evidence as they decide what level of evidence they have.
11   Q  Does it sound familiar to you that in assigning a Group
12   2B status for talcum powder, that the IARC team concluded
13   that chance, bias, and confounding factors could not be
14   ruled out?
15   A  I don't have the document in front of me.
16       I would need to look at that.
17       Do we have it?
18   Q  We do, and I will get to it in a minute.
19       I am asking you, as you sit here, do you have any
20   memory that the way that IARC analyzes whether a
21   substance is in Group 2B or some other grouping, is that
22   if chance, bias, and confounding factors cannot be ruled
23   out, then the substance should be in Group 2B?
24       MS. PARFITT:  Objection; form.
25       Again, object to the memory aspect of this.

| Page 215 |
|---|

1        If there's a document available, you should show it
2    to her.
3        THE WITNESS:  And I can't remember.
4    Q  (By Mr. Williams)  One reason that you have stated for
5    the lack of statistical significance in cohort studies is
6    the sample size in those studies, correct?
7    A  The number of cases, the sample size of cases, yes.
8    Q  Right.
9        So now in your last answer, you are distinguishing
10   between the total sample size on the one hand and the
11   number of cases of cancer on the other, correct?
12   A  Yes.
13   Q  What's important for your analysis, in terms of sample
14   size, is the number of cancer cases?
15   A  That's correct.
16   Q  You believe that the number of cases affects the
17   statistical power of the studies?
18   A  Yes.
19   Q  Doctor, let me ask you about your report though.
20       If you could look at Exhibit No. 2, Page 48, do you
21   see there in the middle of the page it says, "I interpret
22   the lack of statistical significance in some source
23   studies as being due to the small sample sizes of many of
24   these studies"?
25   A  Yes.

| Page 216 |
|---|

1    Q  There you refer to sample size as opposed to the number
2    of cases, did you not, in that sentence that I just read
3    you?
4    A  The reason I'm hesitating is I do two sample size
5    calculations.
6        In here I am talking about calculation-- I was
7    talking about the sample sizes from case-control studies,
8    and after this link that I provide, the calculation
9    showed the minimum number of cases in controls need to be
10   931 each, and then there's another place where I
11   calculate the cohort sizes.
12   Q  Can we stay here for just one moment on Page 48?
13   A  Yes.
14   Q  First of all, you performed what is known as a power
15   calculation to determine the sample size that you
16   believed is required for a study?
17   A  That's correct.
18   Q  And you place particular importance, you told me a moment
19   ago, on the number of cancer cases total, correct?
20   A  That's correct.
21   Q  Based on your calculation, you concluded that the minimum
22   number of cases would need to be 931, correct?
23   A  That's correct, to have-- to have good power to detect
24   relative risk of 1.3 with statistical significance of
25   0.05.

| Page 217 |
|---|

1    Q  You also concluded that the minimum number of controls
2    would need to be 931, correct?
3    A  That's the simplest model.
4        Different case-control studies will have different
5    numbers, and that can affect the power one way or the
6    other.
7        I just did a simple calculation, but you could have
8    power increased by having a small number more of controls
9    or a small number of more cases, so it depends on how--
10   how it ends up working out, but this is the simplest
11   model.
12   Q  The point you were making in performing your power
13   calculation was that meta-analyses, with their larger
14   combined sample sizes, can be used to overcome that lack
15   of statistical power; is that true?
16   A  Yes.
17   Q  One of the two meta-analyses that you called excellent
18   combine data from three of the cohort studies to arrive
19   at a single risk estimate.
20       Do you remember that?
21   A  No, I don't.
22       Which study?
23   Q  Let me ask you to look at the 2017 Berge analysis, and
24   let's use Exhibit No. 16A.
25       MS. PARFITT:  Not cutting you off

Anne McTiernan, Ph.D

Page 218

1   right now, but maybe when you get to a good place, we can
2   take a break.
3         MR. WILLIAMS: Okay. Sure.
4   Q   (By Mr. Williams) Do you have Exhibit No. 16A in front
5   of you?
6   A   I do.
7   Q   And I would like to have you focus on Page-- I believe
8   it's 7, Figure No. 2.
9         Do you see where the authors list the three cohort
10   studies they analyzed?
11   A   Yes.
12   Q   Gates 2010, Houghton 2014, Gonzalez 2016?
13   A   Hold on a minute.
14   Q   And "Houghton" is--
15   A   Sorry.
16         (Phone interruption)  I was getting a call on this.
17   I am going to turn it off.
18   Q   Do you see in the middle of Page 7 the reference to
19   Gates, Houghton, and Gonzalez?
20         Do you see the reference in Figure No. 2, middle of
21   the page, that says, "Cohort studies," and it references
22   those three studies?
23   A   Yes.
24   Q   And "Houghton," for the record, is H-O-U-G-H-T-O-N.
25         Now, look back one page to Page 6 of Exhibit

Page 219

1   No. 16A, and take a look at the paragraph starting at the
2   top of the right column.
3         Do you see that one?
4   A   Yes.
5   Q   About halfway down that paragraph the authors state as
6   follows, "It should be noted that the cohort studies
7   included in the meta-analysis comprised a total of 429
8   cases of ovarian cases exposed to genital talc and 943
9   unexposed cases: the statistical power of the
10   meta-analysis of these cohort studies to detect a risk
11   ratio of 1.25, similar to the result of the meta-analysis
12   of case-control studies, was 0.99. Thus, low power of
13   cohort studies cannot be invoked as explanation of the
14   heterogeneity of results."
15         Did I read that correctly?
16   A   Yes, you did.
17   Q   Now, they reference here in the Berge study-- strike
18   that.  Let me start over.
19         The Berge study is one of the two meta-analyses that
20   you said is an excellent study, correct?
21   A   Yes.
22   Q   And what they list here on Page No. 6 is 429 cases of
23   ovarian cancer and 943 unexposed cases.
24         Is that correct?
25   A   Yes.

Page 220

1   Q   If you add those two numbers together, what do you get?
2   A   I don't know exactly-- over 1300.
3   Q   1300 is more than 931, correct?
4   A   Yes.
5   Q   900 and 1300-- to be precise, it's 1372.  You add those
6   two numbers together.
7         1372 cancer cases is well above the 931 that you
8   calculated would be necessary to find statistical
9   significance, right?
10   A   Yes.
11   Q   And because of the nature of cohort studies, there were
12   also many times that the number of women who did not get
13   ovarian cancer-- right-- that's a separate number?
14   A   What did you say about the cohort studies?
15   Q   In addition to the cases where women ultimately,
16   unfortunately, were diagnosed with cancer, the 1372,
17   there are many times that number of women who were
18   followed along in their lives who did not get ovarian
19   cancer, correct?
20   A   Yes.
21   Q   So this meta-analysis is sufficient, under your power
22   calculation, to be able to find a statistically
23   significant association, true?
24   A   Yes, and that's why overall we see 1.22 is statistically
25   significant.

Page 221

1   Q   Please explain.
2   A   Pardon?
3   Q   Please explain your answer.
4   A   The overall relative risk of 1.22, the confidence
5   interval is 1.13 to 1.3-- you see the overall
6   statistically significant effect.
7   Q   That wasn't what they concluded for the cohort studies
8   though, correct?
9         The cohort studies had the following on page-- I am
10   looking at Page 7, Figure No. 2.
11         The cohort studies, for Gates it was 1.12, for
12   Gonzalez it was 0.73-- excuse me, I misspoke.
13         For Gates it was 1.06, for Houghton it was 1.12, and
14   for Gonzalez the relative risk was 0.73, correct?
15   A   0.73, yes.
16   Q   So if you look at the cohort studies, separate and apart
17   from the case-control studies that are listed above, we
18   can agree that the relative risk is nowhere near 1.22?
19         MS. PARFITT:  Objection; form.
20   Q   (By Mr. Williams)  Right?
21         MS. PARFITT:  Objection; form.
22         THE WITNESS:  Yeah, I think the-- the
23   way I look at the meta-analysis, is I look at all of the
24   studies together.
25         I don't just look at one particular type separate

Anne McTiernan, Ph.D

Page 222

1   from others, but as an example, the Houghton study, which
2   had had about 400 cases, I believe, the Women's Health
3   Initiative, with a relative risk of 1.12, if they had had
4   900 cases, that probably would have been a statistically
5   significant result, so that's what the power calculation
6   does.
7       In this case you have the Gonzalez-- the sister
8   study is what brings the relative risk down closer to one
9   because you do have one negative result there, but
10  overall, looking at all of the meta-analyses-- all of the
11  studies together, you see definitely a trend towards a
12  relative risk consistently above one.
13  Q  (By Mr. Williams)  Now-- have you completed your answer?
14  A  Yes.
15  Q  You just mentioned a moment ago that with a relative risk
16  of 1.12, if they had 900 cases, they probably would have
17  been a statistically significant-- that probably would
18  have been a statistically significant result.
19      When you say that that probably would have been the
20  case in the women's health study, you're speculating
21  there, aren't you?
22          MS. PARFITT:  Objection; form.
23          THE WITNESS:  I am speculating from my
24  previous experience with working with the Women's Health
25  Initiative, that with very large numbers of cases if you

Page 223

1   have-- even with small relative risk you will have a
2   statistically significant result, an amount, that you
3   would correct on speculating what would be seen with this
4   particular data set.
5   Q  (By Mr. Williams)  Let me ask you to focus on Page 7 of
6   the exhibit and Figure No. 2, again, and the cohort
7   studies for Exhibit No. 16A, the Berge study.
8       You see there's a subtotal there for the cohort
9   studies at the bottom of the table, right?
10  A  Yes.
11  Q  The combined relative risk for the cohort studies is
12  1.02, no statistical significance, correct?
13  A  Correct.
14  Q  The confidence interval combined for those was 0.85 to
15  1.20, correct?
16  A  Correct.
17  Q  If you had been basing your analysis on the cohort
18  studies and not on an analysis of the case-control
19  studies, you would not have been able to reach your
20  conclusion that use of talc is a cause of ovarian cancer,
21  true?
22          MS. PARFITT:  Objection; form,
23  misstates the evidence.
24          THE WITNESS:  I looked at the totality
25  of evidence and looked at all of the epidemiologic data

Page 224

1   that was available at the time, and in total that's what
2   I look at.
3       The issue with the cohort studies are that the
4   information on talcum powder product use was collected at
5   one point in time.  It was never updated, and it was not
6   retrospective, so we don't know what-- lifetime use in
7   those cohort studies.
8   Q  (By Mr. Williams)  We'll take a break in a moment, but my
9   question before the break is this:
10      I was asking, for purposes of my question, for you
11  to exclude case-control studies from your analysis.
12      My question was:
13      If you were doing an analysis that had been based on
14  the cohort studies, and not on your analysis of the
15  case-control study relative risks, you would not have
16  been able to conclude that perineal use of talc causes
17  ovarian cancer with a 1.02 relative risk that is not
18  statistically significant, right?
19          MS. PARFITT:  Objection; form,
20  misstates her testimony and her opinions.
21          THE WITNESS:  I think that's
22  speculative because I wouldn't have ignored the
23  significant amount of data from case-control studies.
24  Q  (By Mr. Williams)  On the question of whether or not the
25  difference between case-control and cohort studies may be

Page 225

1   due to sample size and resulting low power, you come to
2   the opposite conclusion as the authors of the Berge 2017
3   study that you are relying upon, correct?
4           MS. PARFITT:  Objection; form,
5   misstates her testimony.
6           THE WITNESS:  I am not sure why you
7   come to that.
8       I have the opposite conclusion.
9   Q  (By Mr. Williams)  Well, the authors of the Berge study
10  concluded that-- the authors of the Berge study concluded
11  that low power of cohort studies cannot be invoked as an
12  explanation of the heterogeneity of results, right?
13      That's what they wrote?
14  A  That's what they wrote.
15  Q  On the question of whether or not the difference between
16  case-control and cohort studies may be due to sample size
17  and resulting low power, you come to the opposite
18  conclusion as the authors of the Berge study, correct?
19          MS. PARFITT:  Objection; form.
20          THE WITNESS:  I don't remember coming
21  to the opposite conclusion.
22      I have opposite-- I have alternative reason why I
23  think the cohort studies could have lower relative risk
24  than the case-control studies, and-- which I've just
25  stated about the way the exposures are collected.

57 (Pages 222 to 225)

Anne McTiernan, Ph.D

Page 226

1  Q  (By Mr. Williams)  In your report, Dr. McTiernan, you
2     dealt with the heterogeneity issue between the relative
3     risk findings for case-controls versus the relative risk
4     findings for cohorts.
5        You dealt with that disparity by doing a power
6     calculation and concluding that you needed 931 cases in
7     order to have sufficient power.
8        That's what you said, right?
9  A  A study-- I was talking about individual studies.
10       I wasn't talking about the combined group of cohort
11    studies.
12 Q  What the authors said on Page 6 of Exhibit No. 16A was,
13    "Thus, low power of cohort studies cannot be invoked as
14    an explanation of the heterogeneity of results."
15       They said that, right?
16 A  Yes, and I think they mean the cohort studies combined.
17 Q  I'm sorry?
18 A  They're talking about the cohort studies combined.
19       I'm talking about individual studies.
20 Q  And you disagree with that conclusion, true or not true?
21       MS. PARFITT:  Objection; form.
22       THE WITNESS:  I think that they're
23    correct in what they're saying, that they had sufficient
24    power to find a relative risk if it was there, if the
25    study was done directly when they added those three

Page 227

1     studies together, but I'm saying there were alternative
2     reasons why the relative risk is lower, so there's two
3     issues, the relative risk and the power and statistical
4     significance, and the relative risk for two of those
5     studies is over one.
6        They used Gates-- Gertig had a little bit different
7     level, but the data was collected in very different ways
8     for cohort studies than case-control studies.
9        Another problem with the cohort studies is that they
10    did not follow the women for very long, on average, which
11    was the case of 12 studies that have lifetime exposure,
12    so the cohort studies may have not had all of the cases
13    develop that were going to be developed, so there are
14    reasons-- but it's two different reasons: the effect
15    size, which is the relative risk, and the statistical
16    significance, which is the P value or the confidence
17    intervals.
18 Q  (By Mr. Williams)  With respect to the issue of power,
19    you said you needed to get to 931 cases, right?
20       MS. PARFITT:  Objection; form.
21       THE WITNESS:  I calculated 91-- 931
22    for an individual study.
23 Q  (By Mr. Williams)  And in these cases, if you combine the
24    cohort studies, the total number of cases, they are far
25    in excess of that number, right?

Page 228

1       MS. PARFITT:  Objection; form.
2       THE WITNESS:  You are talking about
3     this-- yes.
4  Q  (By Mr. Williams)  In your last answer or two answers
5     ago, you referenced the fact that two of the cohort
6     studies had relative risks above one.
7        Do you remember saying that?
8  A  Yes.
9  Q  You are referring to Gates, which was 1.06, and Houghton,
10    which is 1.12, correct?
11 A  Correct.
12 Q  The other relative risk was 0.73, correct?
13 A  Correct.
14 Q  If it had been statistically significant, that would show
15    a protective effect from the use of talc, correct?
16       MS. PARFITT:  Objection; form.
17       THE WITNESS:  Correct.
18 Q  (By Mr. Williams)  Do you think that relative risks of
19    1.06 and 1.12 are weak? strong? moderate?
20       How would you characterize those numbers?
21       MS. PARFITT:  Objection; form.
22       THE WITNESS:  I tend to look at the
23    number of what they are, rather than giving an adjective
24    to it.
25       I believe one possibility for these cohort studies

Page 229

1     to have lower relative risk is because of the less
2     accuracy in collecting the exposure.
3        It tends to reduce the point estimate, which is the
4     relative risk, if the exposure data is not collected with
5     as much refinement as you can see in-- as we've seen in
6     some of the other studies.
7  Q  (By Mr. Williams)  Why would it reduce the number rather
8     than raise the number?
9        Couldn't it do either?
10 A  I am not sure exactly why, but it tends to do that-- by
11    having incomplete information about an exposure, it tends
12    to lower the relative risk.
13 Q  Can you point us to any treatise, any study, any analysis
14    that makes that point?
15 A  Yes.
16 Q  That you just made?
17 A  Yes.
18 Q  Go ahead.
19 A  I have a reference.
20 Q  And then I promise we'll take a break.
21 A  Flegal, Brownie, and Haas, so Reference No. 45--
22 Q  And you are referring to Reference No. 45 from your
23    report?
24 A  Yes, Reference No. 45.
25       MS. PARFITT:  Counsel, with your

Anne McTiernan, Ph.D

---

Page 230

1    permission, I will hand her my--
2         MR. WILLIAMS:  Please.
3    Q  (By Mr. Williams)  For the record, are you looking,
4    Dr. McTiernan, to the portion of the Flegal, F-L-E-G-A-L,
5    study, Item No. 45 on your reference list, to try to find
6    something that supports your conclusion that a lack of--
7    I can't remember how you put it, but a lack of sufficient
8    questions in a cohort study leads to a lower risk ratio?
9    A  So I'll read from the abstract, the first two sentences,
10   "In epidemiologic studies individuals may be
11   misclassified with respect to exposure to a risk factor
12   for disease.
13        "Such misclassification causes the relative risk of
14   disease associated with exposure in the population to be
15   biassed toward the null value."
16   Q  And what is it that you believe caused people-- strike
17   that.
18        I take it you conclude here that the cohort studies
19   somehow misclassified some of the women who were
20   participating in the study?
21   A  In the Nurses' Health Study women were asked in 1982, at
22   one point, whether they used these products, and it was
23   never updated, and it did not ask about their lifetime
24   use before that.
25        The Women's Health Initiative asked if they had ever

Page 231

1    used it when they entered the study, so that was between
2    1992 and 1996.
3         It was not updated either.
4         It didn't have a full lifetime exposure collected,
5    so really you only have one point in time for those two.
6         One of them-- one of them asked about years of use
7    and one asked about frequency, but neither asked about
8    both.
9         This is a typical underestimate of exposure when
10   you're asking people just at one point in time and not
11   updating and not going back in time.
12   Q  Anything else you want to add?
13   A  No.
14        MR. WILLIAMS:  Let's take a break.
15        VIDEOGRAPHER:  Going off the record,
16   the time is 3:19 p.m.
17        (Recess 3:19 to 3:39 p.m.)
18
19        VIDEOGRAPHER:  We are back on the
20   record.  This is the start of Media 4.  The time is 3:39
21   p.m.
22   Q  (By Mr. Williams)  Dr. McTiernan, do you have Exhibit
23   No. 2 in front of you, your report?
24   A  Yes.
25   Q  Could you turn to Page 28.

Page 232

1         At the bottom of Page 28, the last sentence that
2    carries over, you wrote, "It should be noted that ovarian
3    talc particle burden may not be influenced by number of
4    applications of perineal talc usage, and therefore the
5    typical dose response relationship may not be necessary
6    for establishing causality between perineal talcum powder
7    product use and the risk for ovarian cancer."
8         What's the basis for that statement?
9    A  I think I addressed that a little bit this morning, that
10   if a woman is exposed to perineal talc and it moves up to
11   the fallopian tube or ovarian area, all she would need is
12   potentially one dose to then set up inflammation.
13        The more that she's exposed to, that suggests the
14   more likelihood of having the talc move up to that area,
15   so we do look at dose responses to help support this
16   association, but it still seems possible that a smaller
17   number of doses could still increase risk.
18        The reference that I used here, 64, Heller, do we
19   have that available?
20        (Exhibit No. 18 marked
21         for identification.)
22
23   Q  (By Mr. Williams)  And we will mark the Heller study as
24   Exhibit No. 18.
25        If you could, just point me to the page that you're

Page 233

1    referring to.
2    A  So, yes, if you look at-- just looking at Table No. 1,
3    this is 12 women who reported talc use.
4         You can see the talc counts weren't necessarily
5    correlated with the lifetime talc applications, and this
6    is estimated by a woman's report.
7         So even women that have a smaller number of
8    applications could have a very high talc count.
9    Q  Have you finished your answer?
10   A  Yes.
11   Q  Couldn't that very high talc count be as a result of the
12   fact that talc is all over the environment, not just from
13   talcum powder but from things we eat, places we go,
14   contamination?
15        Couldn't it be explained by that?
16        MS. PARFITT:  Objection; form.
17        THE WITNESS:  It seems like a likely
18   way for talc to be present in the ovaries is through
19   movement up through the genital tract.
20        There is some data suggesting that, yes, talc could
21   migrate through the lymph system, but there's much more
22   data showing that particles can move-- inert particles
23   can move through the genital tract up through the
24   fallopian tubes and to the ovaries in both animals and
25   humans.

Anne McTiernan, Ph.D

Page 234

1  Q  (By Mr. Williams)  Do you remember that the Heller study
2     looked at groups of women that both used talcum powder in
3     the perineal area and women who did not?
4  A  Yes.  It was about half and half, and--
5  Q  Hold on.  Let me ask the question.
6  A  Sorry.
7  Q  You do remember that it looked at both groups of women,
8     those who used talc and those who did not, correct?
9  A  Yes.
10  Q  And then it looked at their ovaries to determine which
11     ones had any evidence of talcum powder.
12        Do you remember that?
13  A  Yes.
14  Q  And do you remember that the Heller study concluded that
15     there were more women who had talcum powder in their
16     ovaries who had never used talcum powder in the perineal
17     area than there were women who had talc in their ovaries
18     who had reported use of talcum powder in the perineal
19     area?
20        Do you recall that?
21        MS. PARFITT:  Objection.
22        THE WITNESS:  What I see in the table
23     is a one point different, five versus six.
24        They were able then to contact the mothers of these
25     women to find out whether the women had been exposed as

Page 235

1     babies, if they had been diapered with talc, and you
2     could see quite a few-- three additional that did have
3     genital exposure from talc use as babies.
4  Q  (By Mr. Williams)  Dr. McTiernan, what is the latency
5     period for ovarian cancer?
6  A  It's decades, so it's thought to be-- it could be 30, 40
7     years.
8  Q  Isn't it 20 or 30 years?
9        MS. PARFITT:  Objection; form.
10        THE WITNESS:  It's not clear if it's
11     exactly that, but it could be much longer.
12  Q  (By Mr. Williams)  Well, take a look at the ages of the
13     women in Table No. 2.
14        Do you see those ages?
15        Wouldn't those women have had to have been diapered
16     in their 30s and 40s, by your analysis?
17  A  No, I see one woman is 59, so that would have been a long
18     period.
19        One is 40.
20        One is 64.
21  Q  If a woman were 59 and the latency period were 40 years,
22     that would mean that she would have had to have been
23     diapered when she was 19, right?
24  A  The latency could have been longer in some.
25        There's also a possibility of other exposure to

Page 236

1     their genital area that she didn't record, she didn't
2     recall.
3  Q  You're speculating now, aren't you?
4        MS. PARFITT:  Objection.
5  Q  (By Mr. Williams)  Are you not speculating right now?
6  A  I don't know.  They don't have data saying that the woman
7     misrepresented.
8  Q  What we do have data on is the ages of the women who had
9     talc in their ovaries, correct?
10  A  Yes.
11  Q  And who were part of this study, right?
12  A  Yes.
13  Q  The notion that the fact that they were diapered as
14     babies with talcum powder could be an explanation for how
15     they had talc in their ovaries doesn't hold up, does it,
16     if the ages of the women are, with two exceptions, people
17     who are in their 60s and 50s and 40s, right?
18        MS. PARFITT:  Objection; form,
19     misstates the data.
20        THE WITNESS:  I don't know if we have
21     data that can show that, but if talc has migrated up and
22     is in the peritoneal area, it sits there.  I don't know
23     how it would be removed.
24        It doesn't seem implausible to me that it could
25     remain there for years.

Page 237

1  Q  (By Mr. Williams)  Do you have any opinion on how long
2     talc particles stay in a woman's ovary, assuming it can
3     get to an ovary?
4  A  I have no data to show me one way or the other.
5  Q  What we do know from the Heller study though is in Table
6     No. 3 for those women who reported talc use, five of the
7     12 had talc in their ovary, correct?
8  A  That's correct.
9  Q  And six of the women, who reported no talc use, six of
10     the 12 had talc in their ovaries, correct?
11  A  That's correct.
12  Q  Now, you cited Heller as a basis for-- strike that.
13        You criticized the cohort studies earlier today for
14     asking only at one point in time whether women used
15     talcum powder.
16        Do you recall that testimony?
17  A  Yes, in the sense that it may underreport by asking about
18     one period in time.
19  Q  But you also just testified a few moments ago and you
20     testified earlier today that one-time exposure is
21     sufficient to support the conclusion that talc causes
22     ovarian cancer, right?
23  A  I don't recall saying that, and I did say that-- I
24     thought I just said that the women may not have
25     remembered using it.

60 (Pages 234 to 237)

Anne McTiernan, Ph.D

Page 238

1   The ones that said they didn't, they may have not
2   remembered, and that is underreporting.
3   Q   But wouldn't asking the question whether-- one time
4   whether a woman ever used talcum powder be enough to give
5   the cohort studies the ability to analyze whether there
6   was an overall statistically significant association, if
7   in fact one existed, given your testimony that all it
8   takes is one exposure?
9   A   I think-- sorry, are you talking about my testimony of
10  one exposure in order to cause ovarian cancer?
11  Q   Yes.
12  A   There may be other reasons women could say it could not
13  report use of talc-- they may not remember it.
14  They may not feel comfortable reporting it.
15  In these cohort studies there were some subjects
16  that were not included because they didn't report use.
17  One of the cohort studies didn't include about 500
18  women because they didn't have information, they didn't
19  answer the question.
20  Q   You are speculating now, aren't you?
21          MS. PARFITT:  Objection; form.
22          THE WITNESS:  We can look at the
23  cohort studies to see what the numbers were that didn't
24  remember.
25  Q   (By Mr. Williams)  Is it your testimony that use of--

Page 239

1   strike that.
2   Do you have an understanding, as you sit there, as
3   to whether or not use of talcum powder in the perineal
4   area is a habitual activity or something that is done
5   once and never again?
6   A   I don't think we have data showing one way or the other.
7   Q   Do you believe that there are no studies that talk at all
8   about whether or not this is a habit, the use-- and by
9   "this," I mean the use of talcum powder in the perineal
10  area?
11  A   I didn't review that.
12  The studies talked about what proportion of people
13  were using talc at the time that they were interviewed.
14  I noticed the Women's Health Initiative is 40
15  percent were using it.  I think Nurses' Health Study was
16  about 50 percent using it, whereas the sister study, a
17  very small percent, they were interviewed more recently
18  or they answered questions more recently.
19  I don't recall the studies determining whether
20  somebody had used it once versus several times or a
21  habitual use versus nonhabitual use.
22  Q   So the cohort studies that started in 1982, is it your
23  testimony that those women started using talcum powder in
24  1982?
25          MS. PARFITT:  Objection.

Page 240

1          THE WITNESS:  I would have to look at
2   the question again, but they were asked at one point if
3   they were using, and--
4   Q   (By Mr. Williams)  Weren't they asked in some of the
5   cohort studies whether they ever used talcum powder?
6   A   One of them did and one didn't, so I would have to look
7   back.
8   Q   Regardless of which one is which, which one said, "Look
9   back" or which one side, "Are you currently using," isn't
10  the point that if talcum powder use in the perineal area
11  is a habitual thing that women did and do after
12  showering, after exercising-- after being out in the
13  world, if they're hot, if it is something that is
14  habitually done, then is there any reason to believe that
15  when a woman reports that she has used talcum powder,
16  that she's only done it one time?
17          MS. PARFITT:  Objection; form.
18          THE WITNESS:  I don't know the answer
19  to that.  I haven't seen the data.
20  Q   (By Mr. Williams)  Earlier today you were asked questions
21  about cohort study methodology, and I believe you said
22  that one of the problems with the cohort studies is that
23  they ask about a lot of substances and not just talcum
24  powder.
25  Do you recall saying that?

Page 241

1   A   Yes.
2   Q   And isn't it true-- strike that.
3   Isn't it true that a number of the cohort studies
4   ask about multiple substance-- strike that.
5   Isn't it true that a number of the case-control
6   studies ask about a number of substances?
7          MS. PARFITT:  Objection; form.
8          THE WITNESS:  Without having the
9   questionnaires for all of the case-control studies, I
10  can't answer about exactly what they asked about other
11  variables.
12  Certainly case-control studies, many of the ones
13  included, asked about several different potential
14  exposures in relation to ovarian cancer.
15  They were designed to look at ovarian cancer.
16  The cohort studies, however, were designed to look
17  at exposures related to cardiovascular disease, various
18  cancers, osteoporosis, arthritis, cognition, so there are
19  many, many different forms that these women filled out,
20  and the Women's Health Initiative in the cohort study,
21  they were completing forms every year with different
22  types of information collected.
23  At baseline, which is the only time when talc was
24  collected, they had multiple forms that they had to
25  complete.

61 (Pages 238 to 241)

Anne McTiernan, Ph.D

1  Q  (By Mr. Williams)  What is it about asking about multiple
2     substances and not just talcum powder that makes that
3     practice in some cohort studies unreliable, in your view?
4  A  It could make it unreliable, but it certainly is fatigue,
5     how many questions can somebody answer accurately.
6         The cohort studies were self-administered forms, so
7     the woman had no prompting, no additional help with
8     remembering.
9         The two studies that I could find, the actual
10    questionnaire, the Nurses' Health Study and the Women's
11    Health Initiative, they're very short and simple
12    questions without going through any information about
13    what they might have been doing at different time points
14    in their life.
15        The Nurses' Health Study had one little question
16    about five categories to fill in, so something that's
17    that short can underestimate the level of exposure.
18 Q  Does being fatigued make a woman check the box saying
19    that she used talc or does it make her not check the box
20    saying that she used talc?
21 A  I don't know.
22 Q  Then what does fatigue have to do with it?
23 A  If it makes the result less accurate, whichever way it
24    goes, the misclassification, as we just talked about,
25    that then can drive the relative risk lower towards the

1     null.
2  Q  But it also can drive it higher, right, depending on
3     which way it goes?
4         MS. PARFITT:  Objection; form.
5         THE WITNESS:  Not usually from this
6     classification.  It usually drives it towards the null.
7  Q  (By Mr. Williams)  Your opinion that perineal talc use
8     can cause ovarian cancer is based on what you describe as
9     a statistically significant elevated risk, right?
10 A  That's correct, overall, looking at the meta-analysis and
11    the pooled analysis.
12 Q  And that statistically significant elevated risk estimate
13    is in combined data in the meta-analysis, correct?
14 A  Correct, adding the studies together.
15 Q  By combining the data, you are referring to meta-analyses
16    and pooled analyses, right?
17 A  Yes.
18 Q  Your opinion of that combined data is based upon
19    statistical significance, correct?
20 A  Partly.  It's based also on consistency across the
21    individual studies and also the effect size consistently
22    being elevated in most of the studies.
23 Q  You do agree that when you do not combine the data,
24    meaning when you look at the individual sourced studies
25    from which the meta-analyses are performed, the data is

1     not all statistically significant, right?
2         MS. PARFITT:  Objection; form,
3     misstates her testimony.
4         THE WITNESS:  When you look at studies
5     that were small, the smaller, older studies tended to be
6     less likely to have statistical significance, and the
7     newer, larger studies were more likely to be
8     statistically significant.
9  Q  (By Mr. Williams)  You agree that simply combining data
10    into meta or pooled analyses does not entirely eliminate
11    the underlying flaws of the individual studies, true?
12 A  Yes, when you combine data, then the individual study's
13    data still stand.
14        What you're doing by combining data is smoothing out
15    variability across studies and increasing sample size.
16 Q  Take a look at the Berge study, 16A, that we were looking
17    at earlier, and take a look at Figure No. 2.
18        That's the Forest plot, right?
19 A  Yes.
20 Q  This breaks out the case-control and the cohort studies
21    analyzed for the meta-analysis, right?
22 A  Yes.
23 Q  There's a combined relative risk for the case-controls
24    and the cohort combined, and that is the 1.22 indicated
25    at the bottom of the table, right?

1  A  That's correct.
2         MR. LOCKE:  Excuse me, can we just
3     take a quick break?
4         VIDEOGRAPHER:  Going off the record,
5     the time is 3:59 p.m.  Please stand by.
6         (Recess 3:59 to 4:00 p.m.)
7
8         VIDEOGRAPHER:  We are back on the
9     record.  The time is 4 p.m.
10 Q  (By Mr. Williams)  Dr. McTiernan, do you have the Berge
11    study, Exhibit No. 16A, in front of you?
12 A  Yes.
13 Q  And you are looking at the Forest plot?
14 A  Yes.
15 Q  I would like to focus you on the case-control studies.
16        I have counted the total number there.
17        I count 24 total.
18        Is that what you count?
19 A  Yes.
20 Q  If we look at those studies that have a confidence
21    interval that crosses over 1.0, there are 12 of them,
22    correct?
23 A  Yes, the earlier studies do.
24 Q  And that means that there are 12 that are not
25    statistically significant, correct?

62 (Pages 242 to 245)

Anne McTiernan, Ph.D

|                                           | Page 246 |
|-------------------------------------------|----------|

1  A  Yes.
2  Q  So as between just the case-control studies, the 24
3     listed here, at best only 50 percent of them or 12 of
4     them reflect a statistically significant association,
5     true?
6              MS. PARFITT:  Objection; form.
7              THE WITNESS:  And, again, that's
8     largely based on sample size.
9         The earlier studies tended to be smaller than the
10    older ones-- sorry, than the more recent ones, which the
11    sample size drives statistical significance.
12 Q  (By Mr. Williams)  It is accurate that 12 of the
13    case-control studies did not find a statistically
14    significant association, true or not true?
15             MS. PARFITT:  Objection; form, asked
16    and answered.
17             THE WITNESS:  The sample size drives
18    the statistical significance, and the larger, more recent
19    studies, were more likely to be statistically
20    significant.
21        The smaller, older studies, were more likely to be
22    not statistically significant.
23 Q  (By Mr. Williams)  The combined risk estimate for the 24
24    case-control studies came out to a statistically
25    significant number, correct?

|                                           | Page 247 |
|-------------------------------------------|----------|

1  A  That's correct.
2  Q  The combined risk estimate for the cohort studies, on the
3     other hand, did not come out to a statistically
4     significant number, right?
5  A  That's correct.
6  Q  Can we agree that on the question of statistical
7     significance, the combined risk estimate for the
8     case-control studies are not consistent with the combined
9     risk estimate for the cohort studies?
10             MS. PARFITT:  Objection; form, asked
11    and answered, misstates her prior testimony.
12        You may answer.
13             THE WITNESS:  The combined cohort
14    study not only was not significant, the relative risk was
15    1.02.
16 Q  (By Mr. Williams)  I don't believe you answered my
17    question.
18        My question is:
19        Can we agree that a question of statistical
20    significance, just that question, the combined risk
21    estimate for the case-control studies are not consistent
22    with the combined risk estimate for the cohort studies
23    because for the cohort studies the result was not
24    statistically significant, and for the case-control
25    studies the combined estimate was statistically

|                                           | Page 248 |
|-------------------------------------------|----------|

1     significant?
2              MS. PARFITT:  Objection; form, asked
3     and answered.
4  Q  (By Mr. Williams)  Am I right?
5  A  My response is that they showed different results, not
6     just the statistical significance being different, but
7     the point estimate is different.
8  Q  Let me put it this way:
9         On the question of statistical significance, yes or
10    no, are the results-- the combined results of the
11    case-controls consistent with the combined results on the
12    cohort studies or not, yes or no?
13             MS. PARFITT:  Objection; form, asked
14    and answered.
15             THE WITNESS:  So I think I answered
16    before, the statistical significance was different and
17    they showed different results.
18 Q  (By Mr. Williams)  And the different results that they
19    showed was that one, the cohorts, was not statistically
20    significant, and the case-controls, overall, were
21    statistically significant, correct?
22             MS. PARFITT:  Objection; form, asked
23    and answered multiple times.
24             THE WITNESS:  So I answered more
25    fully, I think, than just statistical significance.

|                                           | Page 249 |
|-------------------------------------------|----------|

1         I answered both about the relative risk, which is
2     the point estimate, and the statistical significance, so
3     the point estimate was 1.02 in the cohort studies, not
4     statistically significant.
5         It was 1.26 in the case-control studies, and that
6     was statistically significant.
7  Q  (By Mr. Williams)  Perhaps that's where the issue is.
8         For purposes of my question, I am asking you to
9     limit your analysis to the question of statistical
10    significance.
11        Are you with me so far?
12 A  I understand what you're saying.
13 Q  With respect to statistical significance, with respect to
14    that issue, is it your testimony that the case-control
15    studies, which find that there is a statistically
16    significant positive odds ratio or relative risk, and the
17    cohort studies, which do not collectively have a positive
18    relative risk, is it your testimony that those are
19    consistent with respect to the issue of statistical
20    significance?
21             MS. PARFITT:  Objection; form, asked
22    and answered, hopefully for the last time.
23             THE WITNESS:  And I think I don't look
24    at statistical significance in the same way for a
25    relative risk of 1.02 as I do for 1.26, but there is

Anne McTiernan, Ph.D

Page 250

```
 1    something remarkable here, is that the upper limit of the
 2    confidence interval for the cohort studies is almost up
 3    to the relative risk for the case-control studies, so the
 4    statistical significance test tells us the relative risk
 5    could be as high as 1.2, so even though you call it
 6    nonstatistically significant, it's still within 95
 7    percent chance that it's up at 1.2.
 8  Q  (By Mr. Williams)  Are they both statistically
 9    significant or not, the case-controls or the-- and the
10    cohort studies?
11           MS. PARFITT:  Objection; form, asked
12    and answered.
13        Counsel, I do believe she is trying to answer the
14    question.
15        This is about the tenth time.
16  Q  (By Mr. Williams)  You may answer.
17           MS. PARFITT:  Give your response
18    again.
19           THE WITNESS:  I think I'm sorry, but I
20    don't think of something as just looking at the
21    statistical significance.
22        I always look at both the relative risk and the
23    statistical significance.
24        Repeating, the relative risk is only 1.2 for the
25    cohort studies.
```

Page 251

```
 1        The confidence interval includes one, so that would
 2    be considered not statistically significant, but it
 3    ranges up to 1.2, which means the relative risk could be
 4    as high as 1.2 for the cohort studies.
 5  Q  (By Mr. Williams)  You're speculating; are you not?
 6           MS. PARFITT:  Objection; form.
 7           THE WITNESS:  I'm interpreting--
 8           MS. PARFITT:  Misstates your
 9    testimony.
10           THE WITNESS:  I am interpreting what
11    the 95 percent confidence intervals mean.
12        It's not a speculation.
13  Q  (By Mr. Williams)  Is the answer that you are not able to
14    answer my question as phrased when I limit the question
15    to an analysis of statistical significance?
16           MS. PARFITT:  Objection; form.
17        She has answered your question completely.
18        Let's move on, Mr. Williams.
19        You are not going to get a different answer.
20        You can use up the remaining of your time if you
21    would like, but she has answered the question.
22  Q  (By Mr. Williams)  You may answer, Doctor.
23           MS. PARFITT:  You are asking questions
24    10, 15 times--
25  Q  (By Mr. Williams)  You may answer.
```

Page 252

```
 1        Just so we can remember, my question to you is:
 2        Are you unable to answer my question because I am
 3    limiting the question to talk about statistical
 4    significance and whether those findings are consistent or
 5    inconsistent?
 6           MS. PARFITT:  Objection; form.
 7        Answer his question.
 8        You have answered multiple times.
 9           THE WITNESS:  I think my answer is I
10    don't look at just statistical significance.  I look at
11    point estimate as well.
12  Q  (By Mr. Williams)  Are you an expert in asbestos?
13  A  No, I'm not an expert in asbestos.
14  Q  Are you an expert in geology?
15  A  No.
16  Q  Mineralogy?
17  A  No.
18  Q  Can you distinguish between an asbestiform fiber on the
19    one hand and a cleavage fragment on the other?
20  A  No.
21  Q  Can you distinguish between an asbestiform and a
22    nonasbestiform fiber?
23  A  No.
24  Q  Are you an expert in microscopy?
25  A  In which?
```

Page 253

```
 1  Q  Microscopy.
 2  A  No.
 3  Q  Are you qualified to analyze bulk samples of baby powder
 4    using different types of microscopes?
 5  A  No, I'm not.
 6  Q  Are you qualified to perform any of the following tests
 7    for purposes of analyzing a talcum powder sample:
 8        X-ray defraction?
 9  A  Are you going to list them or do you want me to say
10    "no"--
11  Q  You can answer them one at a time.
12  A  No.
13  Q  Polarized light microscopy?
14  A  No.
15  Q  Transmission electron microscopy?
16  A  No.
17  Q  In your work do you review and analyze other people's
18    defraction patterns or readouts or images or other
19    results of microscopic testing for-- of talcum powder for
20    asbestos, the presence of asbestos?
21  A  Are you talking about looking at the details of their
22    sampling?
23  Q  Correct.
24  A  To determine the methods?  No, I would not do that.
25  Q  Regardless of the method, have you ever personally tested
```

64 (Pages 250 to 253)

Anne McTiernan, Ph.D

## Page 254

1  any talcum powder product for asbestos?

2  A  No.

3  Q  Have you ever been to a talc mine?

4  A  No.

5  Q  How about a talc mill?

6  A  No.

7  Q  Do you know how talc is selected from a mine, sorted,

8  sterilized, processed before it is ever put into a bottle

9  of Johnson's Baby Powder?

10  A  No, I don't.

11  Q  Do you know what methods are used to test the cosmetic

12  talc in Johnson's Baby Powder products for asbestos?

13  A  Are you talking about what your company methods are to

14  test?

15  Q  Whether it was the company's methods or someone else's--

16  A  No.

17  Q  Do you know how many methods were used over the years to

18  test cosmetic talc in Johnson's Baby Powder products for

19  asbestos?

20  A  In some of the documents I've reviewed, I have seen

21  mention of several types, but I couldn't-- I am not an

22  expert in them.

23  Q  Do you know how often cosmetic talc, in Johnson's Baby

24  Powder products, were tested for asbestos?

25  A  By anybody, I don't know.

## Page 255

1  Q  Is it your opinion that at one point in time or another,

2  Johnson's Baby Powder products contained asbestos?

3     I think you told us you believe that's true,

4  correct?

5  A  Yes, that is my opinion.

6  Q  I will rephrase.

7     Is it your opinion that Johnson's Baby Powder

8  products sold today contain asbestos?

9        MS. PARFITT:  Objection; form, asked

10  and answered.

11        THE WITNESS:  I believe from the

12  evidence I've seen, that there was asbestos as recently

13  as samples tested in the 2000s.

14     I don't know for 2019.

15     I haven't seen any reports on that.

16  Q  (By Mr. Williams)  And am I right-- if you take a look at

17  Page 57 of your report, Exhibit No. 2, and I'm referring

18  you to the bottom of the page, the last paragraph, does

19  that paragraph summarize your opinion that asbestos has

20  been found in Johnson's Baby Powder products

21  specifically?

22  A  So are you talking about the whole paragraph?

23  Q  Correct.

24     You mention Reference No. 75 and Reference No. 76 as

25  supporting the idea that published data as recently as

## Page 256

1  2014 have shown that present-day talcum powder products

2  include several types of asbestos, and you cite two

3  sources, right?

4  A  Yes.

5  Q  And those are Gordon 2014 and Blount 1991?

6  A  That's correct.

7  Q  You also cite to Exhibit No. 47 of the deposition of

8  Imerys witness Julie Pier, P-I-E-R.

9     Do you remember that?

10  A  Yes.

11  Q  And to Exhibit No. 24 to the deposition of Johnson &

12  Johnson witness John Hopkins, correct?

13  A  Yes.

14  Q  You also have cited to five litigation reports.  Those

15  are referenced as 79 to 83, which were prepared by

16  Dr. William Longo, right?

17  A  Yes.

18  Q  Are you in fact relying upon Gordon 2014, Blount 1991,

19  Pier Exhibit No. 47, Hopkins Exhibit No. 24, and the five

20  Longo reports for your opinion that asbestos has been

21  found specifically in Johnson's Baby Powder products?

22  A  I would have to look at Gordon again to see what that

23  said about Johnson & Johnson.

24     Blount did identify one of the components as baby

25  powder.

## Page 257

1     Pier and Hopkins were Johnson & Johnson products,

2  and Longo tested products from-- my understanding from

3  the report, from Johnson & Johnson.

4  Q  Other than the materials that we just identified, are you

5  relying on anything else to support your opinion that

6  asbestos has been found specifically in Johnson's Baby

7  Powder products?

8  A  No.

9  Q  "No," you are not relying on anything else?

10  A  No, I'm not.

11  Q  Are you aware that at the time they authored the article

12  identified as Reference No. 75 -- that's the Gordon 2014

13  report -- that each of the three authors had been a paid

14  expert for the plaintiffs' lawyers in talcum powder

15  litigation?

16  A  I believe they said that in their disclosures.

17     Do we have 75 available?

18  Q  While they are looking for that, Doctor, do you recall

19  whether they identified in the Gordon 2014 article, and

20  by "they," I mean the authors, did they identify whether

21  they were plaintiff experts; that is, experts retained by

22  plaintiffs in litigation.

23  A  It says, "Attorneys for the litigation process."

24  Q  It does not say whether it's Plaintiff or Defendant,

25  correct?

Anne McTiernan, Ph.D

## Page 258

1  A  I don't see it here--
2  Q  I'm sorry, what was--
3  A  It doesn't say for the plaintiff or the defense.  It
4     doesn't say which.
5  Q  Do you know, one way or the other, whether the product
6     tested in that article was Johnson's Baby Powder?
7  A  No, I can't recall if I saw it.
8        My paragraph didn't talk about Johnson & Johnson,
9     just talked about talcum powder products.
10 Q  Okay.  Let me ask you to assume, for purposes of my next
11    question, that the product that is referred to in the
12    Gordon article was not Johnson's Baby Powder.
13       Will you make that assumption for purposes only of
14    my question?
15 A  Okay.
16 Q  Okay.  How would an article about a different talcum
17    powder product than the ones that are at issue in this
18    case support your opinion that perineal use of Johnson's
19    Baby Powder products cause ovarian cancer?
20       MS. PARFITT:  Objection; form.
21       THE WITNESS:  My opinion was-- from my
22    report, my opinion was that talcum powder product use of
23    any source increases risk of ovarian cancer.
24 Q  (By Mr. Williams)  Okay.  With respect to the Blount
25    article, 1991, Reference No. 76 in your report is the

## Page 259

1     article by author A.M. Blount.
2        Do you recall that?
3  A  Yes.
4  Q  What information from the Blount 1991 article are you
5     relying on for your opinion that the contaminated
6     products mentioned in that article refer to Johnson's
7     Baby Powder products?
8  A  So there was a table with unidentified samples labelled A
9     to O, and I is indicated as-- somewhere it's written as
10    baby powder, I believe.
11       Then from litigation there was some indication of
12    what these different samples were, and so that one was
13    identified as Johnson & Johnson Baby Powder.
14 Q  Did you review the entirety of Dr. Blount's deposition?
15 A  No.  I skimmed part of it.  I didn't review-- I skimmed
16    part of it.  I didn't read the total deposition.
17 Q  Did you read the part of the deposition where Dr. Blount
18    testified that the bottle of Johnson's Baby Powder that
19    she brought to the deposition could not possibly be the
20    bottle of talc that she identified as Sample No. 1 in her
21    1991 article?
22 A  You mean Sample 1 or Sample I?
23 Q  Sample I, thank you.
24       It's Roman I or I.
25 A  I didn't read that, no.

## Page 260

1  Q  Let me ask you about John Hopkins.
2        You referenced having read some documents that bore
3     his name, correct?
4  A  Yes.
5  Q  Let's mark as Exhibit No. 19 a document that I believe
6     was Reference No. 78 in your report.
7                    (Exhibit No. 19 marked
8                     for identification.)
9
10 Q  (By Mr. Williams)  Do you recognize this as the document
11    in your report that you cited in support of your opinion
12    that talcum powder products contained asbestos?
13 A  Yes.
14 Q  It is Exhibit No. 24, you see there, with the little tab,
15    to John Hopkins' August 17, 2018 deposition, correct?
16 A  Okay.  Here it says "19."
17 Q  What says 19?
18 A  I have Exhibit No. 19 for this one, 24 for the--
19 Q  Correct.
20       Just so you know, for this deposition it's Exhibit
21    No. 19.
22       For Mr. Hopkins' deposition it was Exhibit No. 24.
23       Do you understand?
24 A  Yes.
25 Q  Is this one of the documents that Plaintiffs' counsel

## Page 261

1     sent to you without your asking?
2        MS. PARFITT:  Objection; form.
3        THE WITNESS:  They did send it to me.
4     I don't recall if I asked for it or not.
5  Q  (By Mr. Williams)  Do you have any idea if the three
6     pages of testing contained in Mr. Hopkins' Exhibit No. 24
7     is representative of all the testing that was done on
8     Johnson & Johnson talcum powder products?
9  A  I don't, but I would be concerned about any bottles
10    having asbestos in them.
11 Q  Do you have a problem with the notion that the seller of
12    talcum powder products tests for asbestos?
13       MS. PARFITT:  Objection; form.
14       THE WITNESS:  Do I have a problem with
15    the notion that the seller tests--
16 Q  (By Mr. Williams)  I'll rephrase it.
17 A  No, I don't have a problem.
18 Q  And the reason you don't have a problem is that the
19    seller of a product could, in all good faith, seek to
20    determine whether or not a particular mine where they're
21    getting the product contains asbestos, right?
22       MS. PARFITT:  Objection; form.
23       THE WITNESS:  Okay.
24 Q  (By Mr. Williams)  So the mere fact-- what I'm getting at
25    is:

66  (Pages 258 to 261)

Anne McTiernan, Ph.D

Page 262

```
 1        The mere fact that a company tests to determine
 2    whether or not there is asbestos, for example, in a mine
 3    where they are mining for talcum powder, that fact, in
 4    and of itself, is not repugnant to you in any way,
 5    correct?
 6    A  No.
 7        MS. PARFITT:  Objection; form.
 8    Q  (By Mr. Williams)  It is not repugnant to you, for
 9    example, for a car company to test whether cars of a
10    particular make and model have brakes that work, right?
11    A  Correct.
12    Q  The fact that they test for brakes does not mean that the
13    brakes do not work, right?
14    A  Correct.
15    Q  The fact that they test for brakes doesn't mean that the
16    product that is actually sold to people does not have
17    brakes that can stop a car, right?
18        MS. PARFITT:  Objection; form.
19        THE WITNESS:  There are a couple of
20    negatives there.  I'm just getting a little confused.
21    Q  (By Mr. Williams)  I will start over.
22        The mere fact that a car company tests its makes and
23    models to see whether the brakes work does not mean that
24    the cars that are ultimately sold have brakes that do not
25    work?
```

Page 263

```
 1    A  Correct.
 2    Q  Do you know whether this Exhibit No. 24 that's in front
 3    of you, from Dr. Hopkins, represents final or preliminary
 4    test results?
 5        MS. PARFITT:  Objection; form.
 6        THE WITNESS:  Final or preliminary?
 7    Can you explain that, meaning-- what do you mean by
 8    those two?
 9    Q  (By Mr. Williams)  Do you know the difference between a
10    preliminary test and a final test?
11    A  I mean, in terms of what it means for the company, I
12    don't know what final or preliminary would mean in terms
13    of their testing procedures.
14    Q  Do you know, one way or the other, if any of the results
15    were updated or corrected?
16        MS. PARFITT:  Objection; form.
17        THE WITNESS:  Updated for a particular
18    sample or updated for all of their products?
19    Q  (By Mr. Williams)  Either.
20    A  I think I'm confused.
21        I see what was tested for this, and it says Shower
22    to Shower, medicated powder, baby powder, so I would
23    assume that that's an actual product.
24        (Exhibit No. 20 marked
25            for identification.)
```

Page 264

```
 1
 2    Q  (By Mr. Williams)  Let me show you what we've marked as
 3    Exhibit No. D-1-- Exhibit No. 20.  Pardon me.
 4        MS. PARFITT:  Counsel, I have not seen
 5    this before.
 6        Can you represent to us what this is?
 7        MR. WILLIAMS:  I will in a second.
 8    Q  (By Mr. Williams)  Have you ever seen this document,
 9    Dr. McTiernan, what's been marked as Exhibit No. 20?
10    A  I don't think so-- well--
11    Q  Did Plaintiffs' counsel provide this to you?
12    A  I don't recall.
13    Q  Let me represent to you that this is Exhibit No. D-1,
14    D-1, to John Hopkins October 17, 2018 deposition.
15        Will you accept that representation?
16    A  Yes.
17    Q  You see the tab number that has-- it bears a deposition
18    tab number just like your deposition has exhibits with
19    tabs?
20    A  Yes.
21    Q  Do you see that Exhibit D-1 appears to contain the same
22    information as Hopkins' Exhibit No. 24, which you were
23    provided by Plaintiffs' counsel, except there's an
24    additional column that says "The whole story"?
25    A  I think there's an awful lot of information here.
```

Page 265

```
 1    Q  Let's take a couple-- let's take the first one at the top
 2    of the page.
 3        Under "The whole story," it says, "Tremolite is not
 4    asbestos."
 5        Do you see that?
 6    A  Yes.
 7    Q  And you don't know, as you sit here, whether tremolite is
 8    or is not asbestos, right?
 9        MS. PARFITT:  Objection; misstates her
10    testimony.
11        THE WITNESS:  I am confused about that
12    because IARC states that tremolite is asbestos, so--
13    Q  (By Mr. Williams)  We'll get to that in a minute.
14        Is it your testimony that the IARC monograph does
15    not make any distinction between a mineral known as
16    tremolite and one known as tremolite asbestos?
17        MS. PARFITT:  Objection; form,
18    misstates her testimony.
19        THE WITNESS:  I don't recall.  We
20    would have to read it.
21    Q  (By Mr. Williams)  You don't remember one way or another?
22    A  No.
23    Q  Do you see the last line on the first page refers to, in
24    this same document, Exhibit No. 20 to your deposition,
25    D-1 to Dr. Hopkins' deposition, it refers to trace
```

Anne McTiernan, Ph.D

---

Page 266

1   amounts of fibrous minerals, but "The whole story" column
2   indicates that that does not mean asbestos.
3            MS. PARFITT:  Objection.
4        Is that what it says?
5        Is that the question?
6   Q   (By Mr. Williams)  Do you see that that's what it says?
7   A   It says, "Fibrous minerals does not mean asbestos," so--
8       is it fibrous talc?  That could be carcinogenic as well.
9        Is that correct?
10  Q   Do you know the difference between fibrous talc and
11      fibrous minerals?
12  A   I couldn't distinguish myself.  I'm not a mineralogist,
13      no.
14  Q   What's the basis for your testimony?
15       I think you were suggesting a moment ago that
16      fibrous talc is somehow carcinogenic.
17       Is that what you were suggesting?
18  A   I believe that IARC considers that it could be, so I
19      would have to look at the IARC report again to fully
20      report.
21  Q   So the basis for your testimony then is that you believe
22      that IARC states that fibrous talc is carcinogenic?
23  A   Yes, but I need to look at the report again.
24  Q   Okay.  You are relying on five litigation reports
25      authored or co-authored by Dr. Longo as part of his paid

---

Page 267

1   expert work for plaintiff lawyers in talcum powder
2   litigation, correct?
3            MS. PARFITT:  Objection; form.
4            THE WITNESS:  Correct.
5   Q   (By Mr. Williams)  Do you know-- do you think the chain
6       of custody is important when it comes to samples that are
7       being tested for asbestos?
8        Do you know what I mean when I say "chain of
9       custody"?
10  A   Why don't you explain it.
11  Q   Sure.
12       I will ask you to assume that "chain of custody"
13      refers to who has custody of a particular substance or
14      item that is going to be tested from the time that it
15      existed at its source to the time that it is tested.
16       Do you understand what I mean?
17  A   Yes.
18  Q   Do you know where Dr. Longo got the samples that he
19      tested?
20  A   I understood from the summaries in the beginnings of
21      these reports that he received the samples from Johnson &
22      Johnson.
23  Q   All of the samples?
24  A   I would have to look at the individual reports to
25      determine that.

---

Page 268

1   Q   Do you know one way or the other whether the samples that
2       Dr. Longo tested were open and unsealed when he received
3       them?
4   A   I don't recall reading that.
5        I would have to look at the report again.
6   Q   Do you know that Dr. Longo did not personally test any of
7       the samples he reports on in the litigation documents
8       that you relied on in the case?
9            MS. PARFITT:  Objection; misstates the
10      record.
11           THE WITNESS:  I just read the summary
12      report, which looked like his company did the testing.
13  Q   (By Mr. Williams)  Please turn to Page 57 of your report.
14       I want to focus your attention on the fourth
15      paragraph there that starts with the word "Asbestos."
16  A   Yes.
17  Q   Does that paragraph accurately summarize the bases of
18      your opinion that asbestos is established as a cause of
19      epithelial ovarian cancer?
20  A   Yes.
21  Q   You cite the 2011 Camargo, C-A-M-A-R-G-O, and the 2011
22      Reid, R-E-I-D, meta-analyses in support of your opinion
23      that asbestos is a cause of ovarian cancer, correct?
24  A   Yes.
25  Q   Those are References 71 and 72, right?

---

Page 269

1   A   Yes.
2   Q   You also cite Ferrante, F-E-R-R-A-N-T-E, a 2017 pooled
3       analysis, in support of your opinion that asbestos is a
4       cause of ovarian cancer, right?
5   A   Yes.
6   Q   You also cite to the IARC 2012 monograph on asbestos, an
7       article by members of the IARC working group, correct?
8   A   Yes.
9   Q   Other than those materials, are you relying on anything
10      else to support your opinion that asbestos is a cause of
11      ovarian cancer?
12  A   No, I don't believe so, and I did not do a full
13      systematic search with causal analysis for asbestos.
14       I only did that for talcum powder products.
15  Q   Why didn't you do one for asbestos?
16  A   I wasn't asked to.
17  Q   Were you asked to include a discussion of asbestos in
18      your report at all-- excuse me--
19  A   I was asked to respond about mechanisms-- sorry, to talk
20      about mechanisms that may be explaining the association
21      between talcum powder products and ovarian cancer risk,
22      and when I looked at mechanisms, I often would see the
23      potential for asbestos being included in talcum powder
24      products, so I wanted to include that as one possible
25      mechanism, especially given that asbestos is a known

---

Anne McTiernan, Ph.D

<table>
<tr><td>

Page 270

1 carcinogen.
2 Q Let me focus your attention on Page 57 of your report,
3 Exhibit No. 2, to the last sentence in that fourth
4 paragraph that says, "IARC concluded that asbestos,
5 fibrous talc, chromium, and nickel are Group 1 human
6 carcinogens. IARC also classified cobalt as a 2B
7 'possible' carcinogen."
8 Do you see that?
9 A Yes.
10 Q Do you believe that Johnson's Baby Powder products
11 contained chromium, nickel, and cobalt?
12 A I would have to review some of these documents that
13 talked about these--
14 Q What are you relying on?
15 MS. PARFITT: Please let her finish
16 the answer.
17 MR. WILLIAMS: I'm sorry.
18 THE WITNESS: I would need to review
19 the documents in the report responding to that.
20 Q (By Mr. Williams) Are those heavy metals, the three
21 metals I mentioned, the metals that you believe are or
22 have ever been present in Johnson's Baby Powder products?
23 MS. PARFITT: Objection; form.
24 THE WITNESS: Again, I would have to
25 review the documents.

</td><td>

Page 272

1 you have evidence, do you believe that Johnson's Baby
2 Powder in particular contains chromium, nickel, and
3 cobalt?
4 MS. PARFITT: Objection.
5 THE WITNESS: I don't have evidence
6 one way or the other.
7 I did not look at that.
8 I looked only at the general comments that talcum
9 powder products could contain these metals.
10 I did not look at Johnson & Johnson.
11 Q (By Mr. Williams) Thank you.
12 Are any of your opinions dependent on the assumption
13 that the chemicals in the fragrance that goes into
14 Johnson's Baby Powder products are carcinogenic?
15 A I read one review by Dr. Crowley (Phonetic) who indicated
16 that there were quite a few fragrances in these products
17 that fall into the classification of carcinogenicity.
18 Without that data, my opinion would still stand.
19 Q Dr. Crowley is another expert Plaintiffs' witness that
20 Plaintiffs' counsel has paid in connection with talc
21 litigation, correct?
22 MS. PARFITT: Objection; form.
23 THE WITNESS: To my knowledge, yes.
24 Q (By Mr. Williams) Have you ever met or spoken with
25 Dr. Crowley?

</td></tr>
<tr><td>

Page 271

1 Q (By Mr. Williams) As you sit here today, you are not
2 able to tell us what the heavy metals are that are
3 supposedly contained in Johnson's Baby Powder?
4 MS. PARFITT: Objection; misstates her
5 testimony, form.
6 THE WITNESS: I would want to review
7 the documents.
8 Q (By Mr. Williams) Let me ask you this:
9 Is it your opinion today, Doctor, that Johnson's
10 Baby Powder products contain chromium, nickel, and
11 cobalt?
12 A Again, I would need to look at the documents to see what
13 was found.
14 Q So you can't state whether you have that opinion or not?
15 MS. PARFITT: Objection. She needs to
16 look at the document.
17 What documents do you need to see?
18 THE WITNESS: I would want to see-- I
19 guess Longo-- whoever was looking at these to see what
20 was there, but my paragraph did not talk about Johnson &
21 Johnson.
22 My paragraph talked about talcum powder products
23 having these constituents.
24 Q (By Mr. Williams) That's my point.
25 So as you sit here today, based on your review, do

</td><td>

Page 273

1 A No, I have not.
2 Q Are you relying on Dr. Crowley's litigation report for
3 your opinion that perineal use of Johnson's Baby Powder
4 products can cause ovarian cancer?
5 A Yes, I have looked at his report.
6 Q What chemicals did Dr. Crowley identify as fragrance
7 constituents contained in Johnson's Baby Powder products?
8 A There were many.
9 I would have to see the report.
10 Do you have it?
11 Q I don't want to take the time to do that.
12 Let me just ask you this:
13 Did you do anything to independently verify whether
14 those constituents are, in fact, contained in Johnson's
15 Baby Powder products?
16 A No, I did not.
17 Q We have talked a little bit about IARC today, and I want
18 to ask you some questions about that.
19 You are familiar with the International Agency for
20 Research on Cancer, right?
21 A Yes, I am.
22 Q You have done work with them?
23 A Yes.
24 Q IARC has five different categories it places substances
25 into with respect to whether they are or may be

</td></tr>
</table>

69 (Pages 270 to 273)

Anne McTiernan, Ph.D

Page 274

1  carcinogenic, correct?
2  A  I can't respond to whether it's exactly five or not.
3      I have looked at these-- do we have a list of them?
4  Q  Sure.
5      It is-- we'll mark it as Exhibit No. 21.
6          (Exhibit No. 21 marked
7            for identification.)
8
9  Q  (By Mr. Williams)  This is the IARC monograph on talc.
10  A  2012?
11  Q  This one is 2010.
12  A  2010, okay.
13  Q  Let me refer you to Page 35 of the document.
14      Do you see "Group 2B" listed there?
15  A  Yes.
16  Q  That is where the agent is possibly carcinogenic to
17      humans, and then there is a fairly long description of
18      what that means.
19      Do you see it?
20  A  Yes.
21  Q  And it is your understanding that talc has been listed as
22      a Group 2B substance?
23  A  Yes.
24      You are using data up to 2006, yes.
25  Q  Of the almost 1000 substances that IARC has reviewed, do

Page 275

1      you know how many have been classified as Group 4, which
2      is on the next page, "The agent is probably not
3      carcinogenic to humans"?
4  A  No, I haven't.
5  Q  If I were to represent to you that there was one, and
6      only one, substance that they have reviewed that was put
7      into Group 4, would that surprise you?
8          MS. PARFITT:  Objection; form.
9          THE WITNESS:  It would not surprise me
10      because they probably are only looking at things that are
11      potentially carcinogenic.
12  Q  (By Mr. Williams)  You mentioned earlier today that IARC
13      sets a high bar for listing something as a Group 2B
14      possible substance.
15      Do you remember saying that?
16  A  I don't, but I believe you.
17  Q  What was the basis for your statement that IARC sets a
18      high bar as opposed to some other level bar for
19      determining whether a substance is a Group 2B substance?
20  A  From my understanding, they do a systematic review.  They
21      set up a panel of scientists, and then they do a
22      systematic review, including studies from humans and
23      animals, and they did this for-- for talcum powder
24      products-- for talc, they did it up to 2006, and they did
25      not do meta-analysis, but they did do a systematic

Page 276

1  review.
2  Q  Okay.  And let me refer you to Page 35 again, under Group
3      2B where that's the definition of the agent being
4      possibly carcinogenic to humans.
5      Do you see that?
6  A  Yes.
7  Q  It says, "This category is used for agents for which
8      there is limited evidence of carcinogenicity in humans
9      and less than sufficient evidence of carcinogenicity in
10      experimental animals."
11      Did I read that right?
12  A  Yes.
13  Q  Do you remember, as you sit there, the definition of
14      "limited evidence of carcinogenicity" under IARC's
15      definitions?
16  A  No, I don't.
17  Q  Take a look at Page 31.
18      On Page 31 of Exhibit No. 21, there is a definition
19      at the bottom of the page for "limited evidence of
20      carcinogenicity," right?
21  A  Yes.
22  Q  And it says, "A positive association has been observed
23      between exposure to the agent and cancer for which a
24      causal interpretation is considered by the working group
25      to be credible, but chance, bias, or confounding could

Page 277

1      not be ruled out with reasonable confidence."
2      Did I read that right?
3  A  Yes.
4  Q  Remember earlier today we were talking about chance,
5      bias, and confounding factors needing to be ruled out in
6      order to move something from a Group 2B designation to a
7      higher designation, and you said, "I would have to look
8      at the IARC monograph"?
9      Do you remember that?
10  A  Yes.
11  Q  Now that we are looking at the IARC monograph, and you
12      see the definition of "limited evidence of
13      carcinogenicity," will you agree with me now that in
14      order for something to move up from this Level 2B, where
15      there's limited evidence of carcinogenicity in humans, to
16      some higher level, one would need to rule out or
17      specifically the IARC group would need to rule out
18      chance, bias, and confounding?
19          MS. PARFITT:  Objection; form.
20          THE WITNESS:  Yes, because they state
21      that in the category above, "Sufficient."
22  Q  (By Mr. Williams)  And when you say "yes," "yes," they
23      would have to rule out all of those things, correct?
24  A  Yes, with reasonable confidence.
25  Q  Now, as we sit here today, IARC still lists talc as a 2B

70 (Pages 274 to 277)

Anne McTiernan, Ph.D

| Page 278 |
|---|

1    substance, correct?
2              MS. PARFITT:  Objection; form.
3              THE WITNESS:  IARC has not updated
4    their 2006 data, correct.
5    Q  (By Mr. Williams)  Therefore the most recent update lists
6    talc as a Group 2B substance, correct?
7              MS. PARFITT:  Objection; form.
8              THE WITNESS:  Using data up to 2006,
9    yes.
10   Q  (By Mr. Williams)  You keep saying, "using data up to
11   2006."
12        Do you have any basis for-- strike that.
13        You testified earlier today that you believe that
14   IARC would set a higher designation if they had the
15   results of studies since 2006, correct?
16   A  I believe it would be reasonable to expect that, given
17   that there's more studies published since that time.
18   Q  And when you say that you believe it would be reasonable
19   to expect that, you expected it, right?
20             MS. PARFITT:  Objection.
21             THE WITNESS:  I can't say what a panel
22   of scientists would say if it was faced with reviewing
23   the literature.
24        All I can say is the literature-- all I can say is
25   the literature has been increased significantly in the

| Page 279 |
|---|

1    last ten years.
2    Q  (By Mr. Williams)  And what study are you referring to or
3    studies are you referring to?
4    A  So some of the larger case-control studies that were
5    published in recent years, the two meta-analyses, and the
6    pooled analysis.
7    Q  Anything else?
8    A  In terms of epidemiology, that's it.
9    Q  Let me show you to one of the studies that has been done
10   since the IARC monograph was first drafted in 2006.
11        We'll mark it as Exhibit No. 22.
12             (Exhibit No. 22 marked
13                  for identification.)
14
15   Q  (By Mr. Williams)  The Langseth study, which is Exhibit
16   No. 22, is one of the studies there you rely upon,
17   correct?
18   A  That's correct.
19   Q  Let me ask you to turn to Page 360, which is the-- I
20   believe the last page of the study.
21        Do you see that there are 34 publications cited as
22   references to the Langseth article?
23   A  Yes.
24   Q  For the record, "Langseth" is L-A-N-G-S-E-T-H.
25        The Langseth study was one of the meta-analyses that

| Page 280 |
|---|

1    you relied upon in preparing your report, correct?
2    A  Yes.
3    Q  It was published in 2008?
4    A  Yes.
5    Q  That is two years after IARC met to discuss talc?
6    A  Yes.
7    Q  Three of the four authors of this meta-analysis were
8    participants in the IARC working group.
9        Do you remember that?
10   A  Yes.
11   Q  If you look at the last page of this exhibit, Exhibit
12   No. 22, there's an acknowledgments section on Page 360.
13        It says, "The work reported in this paper was
14   initiated while SH, JS, and EW were part of an IARC
15   monograph working group of the International Agency for
16   Research on Cancer, Lyon, France."
17        Do you see that?
18   A  Yes.
19   Q  So after the working group determined, and by that I mean
20   the IARC working group determined, that chance, bias, or
21   confounding could not be ruled out as an explanation for
22   the reported association between talc and ovarian cancer,
23   three of the members of that working group continued
24   their work in this article, correct?
25             MS. PARFITT:  Objection; form,

| Page 281 |
|---|

1    misstates the substance of this article.
2              THE WITNESS:  Yes.
3    Q  (By Mr. Williams)  You may answer.
4    A  Yes.
5    Q  Does this paper report the perineal use of talc in fact
6    causes ovarian cancer?
7    A  I don't see that they did a full causal analysis in this
8    paper, but I see that they have a pooled odds ratio of
9    1.35, which is statistically significant.
10        Yeah, 1.35.
11   Q  You read this study, right?
12   A  Yes.
13   Q  Let's take a look at Page 359.
14        Under the heading "Proposal to research community,"
15   do you see that?
16   A  Yes.
17   Q  Right underneath that it says, "The current body of
18   experimental and epidemiological evidence is insufficient
19   to establish a causal association between perineal use of
20   talc and ovarian cancer risk."
21        Did I read that right?
22   A  Yes.
23   Q  Can you and I agree that that is the opposite of the
24   conclusion that you are intending to express in this
25   litigation?

Anne McTiernan, Ph.D

Page 282

1       MS. PARFITT: Objection; form.
2       THE WITNESS: Using information
3   available to 2018, I do have a different opinion than
4   these investigators did in using their data up to 2006.
5   Q  (By Mr. Williams) They-- strike that.
6       They would have information up until the time they
7   published this study, the Langseth study, right, which
8   was done in 2008?
9       MS. PARFITT: Objection.
10      THE WITNESS: Not necessarily up until
11  this date.
12      It takes a while to get-- it was accepted in 2007,
13  so their data are going to be studies probably only up to
14  2006, if the paper was already written and accepted in
15  2007, October.
16  Q  (By Mr. Williams) After this Langseth paper was
17  published, there were large cohort studies, prospective
18  studies, that were published, true?
19  A  They were small in terms of the number of cases.
20      They came from large cohorts, but the number of
21  cases were small.
22  Q  Are you referring to the cohort studies that were
23  published in 2008, 2010, and 2014?
24      MS. PARFITT: Objection; form.
25      THE WITNESS: Two thousand-- yes-- how

Page 283

1   many cases do we have?
2       I think we covered that earlier, the number of cases
3   that would be needed.
4       So Women's Health Initiative published in 2014 had
5   429 cases.
6       The sister study in 2016 had 154.
7       The Nurses' Health Study, which the problem with
8   that was they weren't-- they changed their categories
9   with exposure, but that one did have a larger number,
10  797.
11  Q  (By Mr. Williams) You remember earlier today we went
12  through the whole discussion of whether or not there were
13  sufficient number of cases, right?
14  A  And that was a different discussion that was about the
15  pooled analysis-- sorry, the meta-analysis of the cohort
16  studies.
17      It wasn't about these individual studies.
18  Q  Let me talk to you now about the meta-analysis of those
19  studies that were conducted that are cohort studies.
20      Do you have those in mind?
21  A  Yes.
22  Q  Do you wish to change any of the testimony that you gave
23  earlier today concerning the-- whether or not there was a
24  sufficient number of cases, as part of the pooled
25  analysis, for the cohort studies to have power if

Page 284

1   combined?
2       MS. PARFITT: Objection; form.
3       THE WITNESS: I don't think we had-- I
4   don't think we discussed that particular-- and we didn't
5   do a power analysis with the numbers that they had, but
6   together they had-- what was it, 900, so they probably
7   were powered with a relative risk of 1.3.
8   Q  (By Mr. Williams) Well, whatever that testimony was, it
9   was.
10      Let me ask you this:
11      It is a fact that after the IARC monograph-- strike
12  that.
13      After-- it is a fact that after the data that
14  underlay the IARC monograph, after the Langseth study was
15  published in 2008, there were additional cohort studies
16  that were published, correct?
17  A  As well as eight case-control studies.
18      Quite a few studies were published after.
19  Q  And based upon that, you speculate that if IARC were to
20  undertake an analysis of whether talc is causally
21  associated with ovarian cancer, that you believe that
22  they would change their mind?
23      MS. PARFITT: Objection; form.
24      THE WITNESS: I speculate it would be
25  reasonable for a scientific panel to come up with a

Page 285

1   different classification after reviewing the new human
2   data that have been available the last ten years.
3       MR. WILLIAMS: Let's take one final
4   break, if we can.
5       VIDEOGRAPHER: Going off the record,
6   the time is 4:54 p.m.
7       (Recess 4:54 to 5:09 p.m.)
8
9       VIDEOGRAPHER: We are back on the
10  record. The time is 5:09 p.m.
11  Q  (By Mr. Williams) Dr. McTiernan, just a few more minutes
12  from me, and then we have just a couple minutes of
13  questioning from Imerys counsel, but I have to do it. I
14  have to have you grab the Berge study one more time,
15  Exhibit No. 16A.
16      Earlier today, this afternoon actually, we had a
17  discussion about statistical significance, and I was
18  trying to focus you on statistical significance as it
19  relates to the cohort studies that are listed on page--
20  listed in Figure No. 2 on Page 7 of Exhibit No. 16A.
21      Do you have that in front of you?
22  A  Yes.
23  Q  And you'll recall that I focused you on the subtotal for
24  cohort studies with regard to what the relative risk was
25  and the confidence interval, and you noted that it was

72 (Pages 282 to 285)

Anne McTiernan, Ph.D

| Page 286 |
|---|
| 1   1.02 as a relative risk with a confidence interval that |
| 2   goes all the way up to 1.20. |
| 3       Do you recall that? |
| 4   A   Yes. |
| 5   Q   And when I made the point that it was lacking statistical |
| 6       significance, you said, "But the confidence interval |
| 7       includes one, so that would not be statistically |
| 8       significant, but it ranges up to 1.2, which means that |
| 9       the relative risk could be as high as 1.2 for the cohort |
| 10      study." |
| 11          Do you recall saying that? |
| 12  A   Correct. |
| 13  Q   It is equally true, based on the confidence interval |
| 14      reported on Page 7, that the relative risks could be as |
| 15      low as 0.85, correct? |
| 16  A   That's correct. |
| 17  Q   And with respect to each of the case-control studies that |
| 18      did not find statistical significance, first you see |
| 19      Cramer in 1982, that one that had a 0.70 relative risk-- |
| 20      you see that one? |
| 21  A   Yes. |
| 22  Q   That one had a low-- |
| 23  A   That's Hartge. |
| 24  Q   That's Hartge, pardon me.  I shouldn't have said |
| 25      "Cramer." |

| Page 287 |
|---|
| 1       Let me start again. |
| 2       The first case-control study that did not have a |
| 3   statistically significant relative risk was Hartge 1983, |
| 4   right? |
| 5   A   Yes. |
| 6   Q   And its lower confidence interval, the low side of that, |
| 7       was 0.83, correct? |
| 8   A   You're looking at Whittemore, but I think you're talking |
| 9       about Hartge. |
| 10  Q   Sorry, 0.40. |
| 11  A   Yes. |
| 12  Q   So the relative risk for Hartge could go as low as 0.40, |
| 13      right? |
| 14  A   Yes. |
| 15  Q   The relative risk for Whittemore could go as low as 0.83, |
| 16      right? |
| 17  A   Yes. |
| 18          What it means is a 95 percent chance that the risk |
| 19      is within that range, 0.83 up to 1.74. |
| 20  Q   So it could be as high as 1.74 for Whittemore or as low |
| 21      as 0.83? |
| 22  A   That's correct. |
| 23  Q   And for Booth, the low point was 0.80, correct? |
| 24  A   Yes. |
| 25  Q   And for the next one, Harlow & Weiss, 1989, the low end |

| Page 288 |
|---|
| 1   of the confidence interval was 0.70, correct? |
| 2   A   Yes. |
| 3       One thing that all of these studies had in common is |
| 4       they were very small, and you get a very wide confidence |
| 5       interval with these small studies. |
| 6       You notice the larger studies, the confidence |
| 7       intervals, such as Cramer 2016, was 1.14 up to 1.5. |
| 8       That's a much more narrow confidence interval, and that's |
| 9       because it's a larger study. |
| 10  Q   So let's focus now on what we were focused on this |
| 11      afternoon, which is the cohort studies. |
| 12      With respect to the cohort studies, in the aggregate |
| 13      the low point was 0.85, correct? |
| 14  A   That's correct. |
| 15  Q   And those cohort studies, we established earlier today, |
| 16      have a total number of cases that exceeded 1300, right? |
| 17  A   Correct. |
| 18  Q   That's all I need on that. |
| 19      I wanted to ask you about one of the Bradford Hill |
| 20      elements or factors, the one that has to do with |
| 21      biological plausibility, okay? |
| 22  A   Mm-hm. |
| 23  Q   Is that a "yes"? |
| 24  A   Yes. |
| 25  Q   Okay.  So can you cite a single study, animal or human, |

| Page 289 |
|---|
| 1   that traces externally applied talc up through the |
| 2   reproductive organs to the ovaries? |
| 3           MS. PARFITT:  Objection; form. |
| 4           THE WITNESS:  So the question is |
| 5   externally applied talc? |
| 6           MR. WILLIAMS:  Correct. |
| 7           THE WITNESS:  So in humans that would |
| 8   be unethical to do to see if that can move up to the |
| 9   ovaries. |
| 10          In terms of animals-- so in animals, talc was placed |
| 11  in the vaginas, and it moved within four days up to the |
| 12  ovaries. |
| 13  Q   (By Mr. Williams)  And which study is that? |
| 14  A   That's on Henderson 86. |
| 15  Q   Okay.  Thank you. |
| 16      Anything else? |
| 17  A   Let me see. |
| 18      In terms of humans, quite a few have been done with |
| 19  particles of similar size to talc, which was thought to |
| 20  be-- let me try to find where I have these. |
| 21      So it wouldn't have the ethical issue, so inert |
| 22  particles of carbon black were placed in women's vaginas |
| 23  and were found to move in 30 minutes in two of three |
| 24  patients, and that's the Egli study. |
| 25  Q   Which one is that? |

73 (Pages 286 to 289)

Anne McTiernan, Ph.D

Page 290

1  A  Egli, E-G-L-I.
2  Q  Anything else?
3  A  There was a surgical glove study with starch.
4       There was one radioactive tracer labelled human
5  albumin microspheres placed in-- there was--
6  radio-labelled albumin was placed in women's vaginas one
7  day before pelvic surgery, and of 14 women, nine showed
8  radioactivity in the fallopian tubes.
9  Q  Which study was that?
10 A  So that was the Venter, V-E-N-T-E-R.
11      One study on migration of talc-- sorry, no,
12 evaluated powder, so this was a starch powder on surgical
13 gloves that were used to perform pelvic exam in advance
14 of surgery, and they found statistically significant-- so
15 this is the Sjosten study.  It's S-J-O-S-T-E-N.
16 Q  Anything else?
17 A  And that's in terms of migration for humans and animals,
18 I believe.
19 Q  So is it accurate to say that not one of the studies that
20 you just mentioned -- Egli, Venter, Sjosten or Henderson
21 -- involves tracing externally applied talc in the
22 perineal area up through the reproductive organs through
23 the ovaries?
24 A  There are no such studies in humans, that's correct.
25      It would be unethical to apply it externally and

Page 291

1  follow it up through the pelvic organs.
2  Q  Same with the animals though, none of the animal studies
3  that you just mentioned, or the only animal study you
4  mentioned, does not deal with externally applied talc
5  moving up through the reproductive organs through the
6  ovaries, correct?
7           MS. PARFITT:  Object to form.
8           THE WITNESS:  They're vaginally
9  applied.
10 Q  (By Mr. Williams)  In the vagina, correct?
11 A  Into the vagina, yes.
12 Q  So you and I can agree that there is a difference between
13 the outer area and inside the vagina?
14           MS. PARFITT:  Objection.
15           THE WITNESS:  There are plenty of ways
16 for which anything on the external part of the peroneum
17 can move into the vagina.
18 Q  (By Mr. Williams)  There's not one study that you've
19 cited for humans that involved particles other than talc
20 or any known toxic substance.
21      There are articles that inject into the vagina the
22 particles and they see what happens, right?
23 A  Mm-hm.
24 Q  Is that "yes"?
25 A  Yes.

Page 292

1  Q  But none of the studies that you mentioned involve
2  reviewing perineal use external to the vagina and
3  followed the talc up through the reproductive organs,
4  true or not true?
5  A  That's correct.
6  Q  Can you cite any published study concluding that
7  particles on the outside of the vagina can migrate inside
8  and up the genital tract to the ovary?
9  A  I don't believe it was cited in my report.
10 Q  Assuming for a moment that talcum powder can reach the
11 ovaries, is it your opinion that talcum powder produces
12 chronic inflammation that somehow leads to ovarian
13 cancer?
14 A  Yes, it is my opinion that it can cause chronic
15 inflammation and it doesn't need to reach the ovaries.
16      Many cancers, especially serous cancers, are thought
17 to begin in the fallopian tubes, and they would need to
18 rise as high as that.
19 Q  So inflammation is the biological mechanism that you
20 believe is plausible for perineal talc use to cause
21 ovarian cancer, correct?
22 A  I believe it's one very plausible mechanism.
23 Q  There are no reports in the literature of externally
24 applied talcum powder products leading to inflammation,
25 granulomas, fibrosis, or adhesions anywhere along a

Page 293

1  woman's reproductive tract, correct?
2           MS. PARFITT:  Objection; form.
3           THE WITNESS:  Again, it's the ethics
4  of applying something that could potentially be
5  carcinogenic to see what would occur.
6  Q  (By Mr. Williams)  Can you identify any study that shows
7  inflammation, granulomas, fibrosis, or adhesions anywhere
8  along a woman's reproductive tract as a result of her
9  external genital talcum powder application?
10 A  I don't think I cited any such studies.
11 Q  Can you identify any published animal study where talcum
12 powder actually caused ovarian cancer in the animal?
13 A  There have been studies that showed that talc can lead to
14 cyst formation and epithelial changes in rats.
15 Q  Which study is that?
16 A  That is 122.
17      Hamilton.
18 Q  Any other studies?
19 A  Say that again?
20 Q  You said "Hamilton," right?
21 A  Hamilton, 1984.
22 Q  Any other studies?
23 A  Oh, and a mouse study, which is 123, Van Dyke.
24 Q  123?
25 A  123, yes, that talc can cause super NI generation and

Anne McTiernan, Ph.D

---

Page 294

1    release from mouth to macrophages (phonetic).
2  Q  Anything else?
3  A  I am just looking.
4      So you are talking about ovarian tumors.
5      The NTP, the National Toxicology Program, has also
6      done rat studies and found that exposure to talc cause--
7      it was an inhalation study, caused clear evidence of
8      carcinogenesis in females in terms of cancer of the
9      adrenal gland and the lung and possible carcinogenic
10     activity in males.
11  Q  What was the date of that NTP study?
12  A  NTP study?  That was No. 124.
13     1993.
14  Q  Are you familiar with the methodology of that study?
15  A  I have read the study, yes.
16  Q  And you know that the rats were subjected to talcum
17     powder pumped into a cage-- a closed cage, I think it
18     was, six hours a day, five days a week, for their entire
19     lives, right?
20  A  Yes.
21  Q  Do you think that that has applicability to human beings
22     using talcum powder in their homes?
23        MS. PARFITT:  Objection; form.
24        THE WITNESS:  Using talcum powder in--
25  Q  (By Mr. Williams)  In their homes.

---

Page 295

1  A  I think the correlation would be a larger concentrated
2     dose being introduced into the genital tract, and if the
3     talc is carcinogenic to animals and wasn't seen in the
4     control animals, then it's still concerning.
5  Q  Did the 1993 NTP study in fact report any ovarian cancer
6     in the female rats or mice?
7  A  I don't believe that these rats developed ovarian cancer.
8     They did not develop ovarian cancer.
9  Q  Not one of them did, correct?
10  A  No.
11     It may not be an ovarian cancer model.
12  Q  Did the 1993 NTP study report any neoplastic changes in
13     the ovaries of the female rats or mice?
14  A  Not to my knowledge.
15     Again, it's not a model for ovarian cancer.
16  Q  Can we agree that the NTP 1993 rat and mouse study does
17     not in fact show that talc causes inflammation, which
18     inflammation leads to neoplastic change or cancer in an
19     animal's ovaries?
20        MS. PARFITT:  Objection; form.
21        THE WITNESS:  I don't have the study
22     in front of me.
23     I don't recall that they did the full mechanistic
24     study.
25  Q  (By Mr. Williams)  Do you recall that the NTP expressly

---

Page 296

1    concluded that the 1993 rat study was not applicable or
2    appropriate for application to humans?
3        MS. PARFITT:  Objection; misstates the
4    evidence.
5  Q  (By Mr. Williams)  I'm sorry, I misspoke.
6     Are you aware that the FDA concluded that the 1993
7     NTP study was not applicable to human beings?
8        MS. PARFITT:  Objection; misstates the
9     evidence in the case.
10        THE WITNESS:  I would have to see both
11     the FDA statement and the NTP.
12  Q  (By Mr. Williams)  Can you identify-- strike that.
13     I want to distinguish between a study, an animal
14     study, where talcum powder caused inflammation on the one
15     hand, with an animal study that found that talcum powder
16     caused ovarian cancer.
17     Do you have that distinction that I'm making in
18     mind?
19     Do you have the distinction I'm making in mind?
20  A  I'm just reading through my report.
21  Q  Inflammation on the one hand, ovarian cancer on the
22     other.
23     I am trying to make that distinction.
24     Do you have that distinction in mind?
25     When you say "yes," I'll ask you a question.

---

Page 297

1  A  So in Genofre's, G-E-N-O-F-R-E, study, in animal models,
2     injection of talc into the pleura causes local and
3     systemic inflammatory response, so it includes elevated
4     levels of C-reactive protein and interleukin 6, and CEGF
5     and TGF beta, and several of these are associated with
6     increased risk of ovarian cancer in humans, including
7     C-reactive protein and interleukin 8.
8  Q  Did that study that you are referring to, the Genofre,
9     G-E-N-O-F-R-E, 2009 study, are you saying that that study
10     showed that talc caused inflammation that led to
11     neoplastic or cancerous changes in the animals?
12  A  This was a model looking at inflammation.
13  Q  And did that study show that talc application to the
14     animal caused inflammation that led to cancerous changes?
15  A  To my knowledge, it stopped at the inflammatory response.
16  Q  None of the studies that you are relying upon -- Genofre
17     -- compared C-reactive proteins, and that's C hyphen
18     reactive proteins, or IL 8 levels between perineal talc
19     users and nontalc users, correct?
20        MS. PARFITT:  Objection; form.
21        THE WITNESS:  I don't know about
22     research that has looked at that.
23     I do know that women with high levels of C-reactive
24     protein or interleukin 8 are at an increased risk of
25     developing ovarian cancer.

---

75 (Pages 294 to 297)

Anne McTiernan, Ph.D

Page 298

1  Q  (By Mr. Williams)  None of the studies that you rely on
2     concluded that C-reactive proteins or IL 8 levels can
3     cause a local inflammatory response in the ovary,
4     correct?
5             MS. PARFITT:  Objection; form.
6             THE WITNESS:  C-reactive protein and
7     interleukin 8 are the inflammatory response.
8        They are the products that are made during
9     inflammatory response, to my knowledge.
10 Q  (By Mr. Williams)  Was that an inflammatory response in
11     the ovary?
12 A  It was blood-- the epidemiologic studies you are talking
13     about was in blood.
14 Q  Can you identify any published study concluding that
15     increased C-reactive protein levels leads to ovarian
16     cancer in humans?
17 A  Yes, I have that.
18        I am looking for it.
19        I thought that I had reference to meta-analysis of
20     C-reactive protein and risk of ovarian cancer, but it's
21     not showing up.
22 Q  Can you identify any published study concluding that the
23     C-reactive protein levels are greater in perineal talc
24     users than nonperineal talc users?
25 A  I did not look at that.

Page 299

1  Q  Can you identify any published study concluding that the
2     interleukin, and that's I-N-T-E-R-L-E-U-K-I-N, dash 8
3     levels are greater in perineal talc users than
4     nonperineal talc users?
5  A  I did not look at that.
6             MR. WILLIAMS:  That's all the
7     questions I have, Doctor.  Thank you very much.
8        Let's go off the record.
9             VIDEOGRAPHER:  Going off the record,
10     the time is 5:33 p.m.  Please stand by.
11             (Recess 5:33 to 5:35 p.m.)
12
13             VIDEOGRAPHER:  We are back on the
14     record.  The time is 5:35 p.m.
15
16
17             EXAMINATION
18     BY MS. ERFLE:
19 Q  Dr. McTiernan, again, my name is Nancy Erfle.  I
20     represent Imerys Talc America, and you understand that's
21     a different defendant than Johnson & Johnson, correct?
22 A  Yes, I do.
23 Q  And do you understand the role in this litigation, what
24     their role is?
25 A  No.  You can explain it.

Page 300

1  Q  Okay.  That they, for a period of time, supplied the raw
2     material talc to Johnson & Johnson for the baby powder.
3        Are you aware of that?
4  A  I was aware that they did supply.
5        I don't know anything about when or how much, no.
6  Q  Okay.  So just a couple areas of questions:
7        There were some questions that Mr. Williams asked
8     you regarding chromium, nickel, and cobalt, and you said
9     you do not know if those were contained in the Johnson &
10     Johnson powder specifically.
11        Do you recall that?
12 A  I do recall saying that.
13 Q  Okay.  Same question as to Imerys.
14        You do not know if Imerys raw talc specifically
15     contained chromium, nickel, or cobalt, do you?
16 A  I would have to look.
17        I know that the Pier deposition had some information
18     at least about some of the talc.
19        Do we have that?
20             MS. PARFITT:  Give us one moment.
21        Do you want to have her identify--
22             MS. ERFLE:  Please do.
23             THE WITNESS:  So this is Exhibit
24     No. 47 of Pier testimony, 9/13/18.
25 Q  (By Ms. Erfle)  That's great.  Let's look at that.

Page 301

1        So you have that in front of you?
2  A  Yes.
3  Q  And what about that indicates that there is chromium,
4     nickel, or cobalt in the raw material specifically
5     provided to Johnson & Johnson?
6  A  So these samples are all from Imerys--
7  Q  Do you know that to be the case?
8  A  That was my understanding, that that was the case, and I
9     see Exhibit No. 38, chromium, cobalt, and nickel in a
10     Johnson & Johnson sample.
11 Q  Okay.  Do you know-- can you say-- how do you know that
12     that's a J&J sample?
13 A  This is what is stated by the expert witness, to my
14     understanding.
15 Q  So you've done no independent work yourself to confirm
16     what these are or what these samples are, correct?
17 A  That's correct.
18        I am relying on this testimony.
19 Q  So you don't know if these were actually samples that
20     went into a Johnson & Johnson bottle that reached a
21     consumer, correct?
22             MS. PARFITT:  Objection; form.
23 Q  (By Ms. Erfle)  You can answer.
24 A  Correct.
25 Q  And you don't know if any of these items listed in

Anne McTiernan, Ph.D

Page 302

1  Exhibit No. 47 of Ms. Pier's exhibit-- Exhibit No. 47
2  from Ms. Pier's prior testimony, if any of that actually
3  went to a competitor or was a competitor's product not
4  Imerys, correct?
5       MS. PARFITT:  Objection; form.
6       THE WITNESS:  Correct, I don't know
7  from this data.
8  Q  (By Ms. Erfle)  And you don't know from Exhibit No. 47
9  from Ms. Pier's prior deposition, that you are looking at
10  now, if any of that talc came from mines that were never
11  actually used for Johnson & Johnson product, correct?
12       MS. PARFITT:  Objection; form.
13       THE WITNESS:  Well, this does state
14  "Johnson & Johnson company" on two of the samples that
15  have chromium, cobalt, and nickel.
16  Q  (By Ms. Erfle)  But, again, you don't know if that
17  actually ever reached into a product that became body
18  powder from Johnson & Johnson that went to a consumer,
19  correct?
20       MS. PARFITT:  Objection; form.
21       THE WITNESS:  Correct.
22            (Exhibit No. 23 marked
23             for identification.)
24  Q  (By Ms. Erfle)  And just to make the record clear, let's
25  put in as Exhibit No. 23 the Julie Pier document that you

Page 303

1  are looking at, so we make sure it's a little clearer.
2       So all the questions I just asked you,
3  Dr. McTiernan, about the Julie Pier Exhibit No. 47, it's
4  also the same document as we've marked as Exhibit No. 23
5  to your deposition, correct?
6  A  I can't read the whole thing, but it looks the same--
7  it's the same number.
8  Q  I will represent to you that that's another copy of it,
9  but it's marked as Exhibit No. 23 to this deposition,
10  okay?
11  A  Okay.
12  Q  Are you okay with that?
13  A  Yes.
14            (Exhibit No. 24 marked
15             for identification.)
16
17  Q  (By Ms. Erfle)  Last thing I want to do is put in as
18  Exhibit No. 24-- Dr. McTiernan, can you please look at
19  that and identify that for the record, Exhibit No. 24?
20  A  These are invoices that I submitted to Ms. Parfitt's firm
21  for work up until December 2018.
22  Q  Okay.  So let's mark as Exhibit No.-- and are those a
23  complete copy of all invoices that you would have
24  incurred from the time you began your work on this
25  litigation up until December of 2018?

Page 304

1  A  It should be, yes.
2            (Exhibit No. 25 marked
3             for identification.)
4
5  Q  (By Ms. Erfle)  Let's mark as Exhibit No. 25 this-- can
6  you identify that for the record?
7  A  This is a copy of my report with notes on it.
8       Yeah, it's a copy of my report, expert report, of
9  November 16th, 2018.
10  Q  And it's the one with your handwritten notes?
11  A  Yes.
12  Q  Okay.  One last question:
13       Do you have an invoice that you've generated from
14  December of 2018 through today, which is January 28th,
15  2019?
16  A  Not yet.
17  Q  Okay.  And once you generate that invoice, will you
18  please give it to your counsel and make sure that they
19  provide it to us?
20  A  Mm-hm.
21  Q  Is that a "yes"?
22  A  Yes.  Yes.
23       MS. ERFLE:  Okay.  That's all I have.
24       MR. GOLOMB:  How much time do you have
25  left--

Page 305

1       MR. LOCKE:  I don't think there's any
2  more time.
3       MR. GOLOMB:  How much time is there on
4  that disc?
5       VIDEOGRAPHER:  I have another like 15
6  minutes.
7       MS. PARFITT:  Can we take a short
8  break, and we'll come back?
9       VIDEOGRAPHER:  Okay.  The time is 5:42
10  p.m.  We are going off the record.
11            (Recess 5:42 to 5:50 p.m.)
12
13       VIDEOGRAPHER:  We are back on the
14  record.  The time is 5:50 p.m.  This is Media Unit No. 5.
15
16
17            EXAMINATION
18  BY MS. PARFITT:
19  Q  Dr. McTiernan, good evening.  I just have a few questions
20  for you for the Ladies and Gentlemen of the Jury.
21       Dr. McTiernan, have you had an opportunity to review
22  the Canadian draft screening assessment by Health Canada?
23  A  I did, yes.
24  Q  And have you had an opportunity to review the entire
25  report?

77 (Pages 302 to 305)

Anne McTiernan, Ph.D

Page 306

1    A  Yes, I did.
2    Q  All right.  And who sponsored that study?
3    A  It was Health Canada.
4                      (Exhibit No. 26 marked
5                       for identification.)
6
7    Q  (By Ms. Parfitt)  All right.  I am going to have marked
8        as Exhibit No. 26, Dr. McTiernan, a copy of just the
9        draft screening assessment, dated December 2018, and,
10       again, ask if you will identify that.
11   A  Yes, Exhibit No. 26.
12   Q  That is one of the documents you have reviewed?
13   A  Yes.
14   Q  Have you reviewed any other documents that are part of
15       the Health Canada assessment of talc?
16   A  There was several other documents that were available.
17       These were drafted by the Health Canada for
18       information sheets for the public, and one that is called
19       "Talc: potential risk of lung effects and ovarian
20       cancer," another is a talc information sheet, a third is
21       on talc, and, again it's also information for the public
22       of how to minimize exposure, so they are already planning
23       what the public health messages will be.
24       One is a risk management scope, and this is to do
25       with the regulatory decisions, and also the Canadian

Page 307

1        weight of evidence general principles and current
2        applications at Health Canada.
3    Q  Now--
4                      MR. LOCKE:  Objection; nonresponsive,
5        move to strike.
6    Q  (By Ms. Parfitt)  Dr. McTiernan, the information from
7        Health Canada was made available to you, I believe you
8        testified, after your report was submitted in November
9        2018; is that correct?
10   A  That's correct.
11   Q  All right.  And the date, again, of the Health Canada
12       assessment was December 2018, correct?
13   A  Yes, correct.
14   Q  So at the time you submitted your report in the
15       multidistrict litigation, you did not have access to the
16       Health Canada report, correct?
17   A  Correct.
18   Q  All right.  Now, have you-- do you have an opinion, to a
19       reasonable degree of scientific certainty, as to whether
20       or not Health Canada has opined that talcum powder
21       products can cause ovarian cancer?
22                      MR. WILLIAMS:  Objection; lacks
23       foundation, calls for speculation.
24                      THE WITNESS:  Health Canada does, in
25       several places, firmly state that talcum powder-- that

Page 308

1        talc can cause ovarian cancer.
2    Q  (By Ms. Parfitt)  Specifically what are you referring to,
3        if you will?
4    A  So on-- are there page numbers on here-- on Page 21 of
5        the draft-- document called, "Draft screening
6        assessment," in the fourth paragraph down, the third
7        line, it says, "Further, available data are indicative of
8        a causal effect."
9        Another-- also, on Page 29, third paragraph down,
10       states that "On the basis of information presented in
11       this draft screening assessment, it is proposed to
12       conclude that talc meets the criteria under Paragraph
13       No. 64C of CEPA as it is entering or may enter the
14       environment in a quantity or concentrations or under
15       conditions that constitute or may constitute a danger in
16       Canada to human life or health."
17       Also in the beginning on Page Roman Numeral No. III,
18       it states in the fifth paragraph, "The meta-analyses of
19       the available human studies in the peer-reviewed
20       literature indicate a consistent and statistically
21       significant positive association between perineal
22       exposure to talc and ovarian cancer.  Further, available
23       data are indicative of a causal effect."
24   Q  Dr. McTiernan, from reviewing the draft screening
25       assessment performed by Health Canada, were you able to

Page 309

1        determine whether or not they did indeed perform a
2        causality assessment?
3                      MR. WILLIAMS:  Lacks foundation, calls
4        for speculation.
5                      THE WITNESS:  They did do a full
6        causal analysis that includes information from
7        toxicology, animal studies of the biologic information,
8        perineal exposure to talc, and then the human studies.
9        I am looking for where they did their full
10       causation.
11       So they then determined characteristic of risk to
12       human health, and then came up with their conclusions
13       about what-- that further available data are indicative
14       of a causal effect.
15   Q  (By Ms. Parfitt)  What methodology did they employ?
16   A  They did methodology that was similar to what I did for
17       my report.
18       They reviewed the epidemiologic data from a
19       meta-analysis.
20       They reviewed the data-- the literature on animal
21       studies.
22       They reviewed toxicology.
23       They reviewed information in how talc can be-- can
24       reach the ovary areas, and from that came up with their
25       conclusions.

78  (Pages 306 to 309)

Anne McTiernan, Ph.D

| Page 310 |
|---|

1  Q  Was part of the Health Canada causality assessment a
2     study by the name of Tair (phonetic)?
3  A  Yes.  That was the meta-analysis that they reviewed.
4  Q  Okay.  And that was just one part--
5  A  That was the primary meta-analyses-- the most recent
6     meta-analysis that I reviewed.
7  Q  And that was just one part of the Health Canada
8     assessment; is that correct?
9  A  Exactly.
10 Q  Dr. McTiernan, you were asked by counsel for J&J whether
11    or not it would be repugnant for a company to test their
12    talcum powder products for asbestos.
13       Do you remember that question?
14 A  I believe the question was posed-- I would have to review
15    the question again.
16       I believe there was something about brakes and
17    another--
18 Q  Let me just--
19 A  I think the category was talcum testing for asbestos.
20 Q  I believe the question was whether-- first, whether it
21    was repugnant for a company to test for asbestos, whether
22    J&J would be repugnant for them to test-- to actually do
23    testing of their product.
24       Do you recall that?
25 A  Yes.

| Page 311 |
|---|

1  Q  And he then asked you whether it was repugnant if a brake
2     company also tested to determine whether or not their
3     products' brakes failed.
4        Do you remember that?
5  A  Yes.
6  Q  In your opinion would it be repugnant for a company, if
7     they found that the brakes had failed, to not inform the
8     public?
9  A  Yes.
10           MR. WILLIAMS:  Incomplete
11    hypothetical.
12           MR. LOCKE:  Just note my objection.
13 Q  (By Ms. Parfitt)  Similarly, would it be repugnant of a
14    manufacturing company or a supplier who tested their
15    product and found asbestos to not warn or communicate
16    with the public and the medical and scientific field
17    about the fact that their product had asbestos?
18           MR. WILLIAMS:  Same objection.
19           MS. ERFLE:  Objection; also lacks
20    foundation.
21           THE WITNESS:  Yes.
22           MS. PARFITT:  I have no further
23    questions, Dr. McTiernan.  Thank you.
24           MR. WILLIAMS:  I think that's it--
25    actually-- that's fine.

| Page 312 |
|---|

1            VIDEOGRAPHER:  This marks the end of
2  today's video deposition.  The time is 5:59 p.m.
3            (Deposition concluded at 5:59 p.m.)
4            (Signature reserved.)

1  STATE OF WASHINGTON )  I, Terilynn Simons, CCR, RMR, CRR
                       ) ss a certified court reporter
2  County of Pierce    )  in the State of Washington, do
                          hereby certify:
3
4        That the foregoing deposition of ANNE MCTIERNAN, PH.D.
5  was taken before me and completed on January 28, 2019, and
   thereafter was transcribed under my direction; that the
6  deposition is a full, true and complete transcript of the
   testimony of said witness, including all questions, answers,
7  objections, motions and exceptions;
        That the witness, before examination, was by me duly
8  sworn to testify the truth, the whole truth, and nothing but
9  the truth, and that the witness reserved the right of
   signature;
10
        That I am not a relative, employee, attorney or counsel
11 of any party to this action or relative or employee of any
   such attorney or counsel and that I am not financially
12 interested in this said action or the outcome thereof;
13      That I am herewith securely sealing the said deposition
   and promptly delivering the same to Bart H. Williams.
14
        IN WITNESS WHEREOF, I have hereunto set my signature on
15 the 30th day of January, 2019.
16
17
18
19  _____
    Terilynn Simons, CCR, RMR, CRR
20  Certified Court Reporter No. 2047
    (Certification expires 07/07/19.
21
22
23
24
25

79  (Pages 310 to 313)

Anne McTiernan, Ph.D

```
 1              - - - - - -
               E R R A T A
 2              - - - - - -
 3      PAGE  LINE  CHANGE
 4      ____  ____  _____
 5           REASON:  _____
 6      ____  ____  _____
 7           REASON:  _____
 8      ____  ____  _____
 9           REASON:  _____
10      ____  ____  _____
11           REASON:  _____
12      ____  ____  _____
13           REASON:  _____
14      ____  ____  _____
15           REASON:  _____
16      ____  ____  _____
17           REASON:  _____
18      ____  ____  _____
19           REASON:  _____
20      ____  ____  _____
21           REASON:  _____
22      ____  ____  _____
23           REASON:  _____
24      ____  ____  _____
25           REASON:  _____
```

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
            I,_____, do
 3     hereby certify that I have read the
       foregoing pages, and that the same
 4     is a correct transcription of the answers
       given by me to the questions therein
 5     propounded, except for the corrections or
       changes in form or substance, if any,
 6     noted in the attached Errata Sheet.
 7
       _____
 8     ANNE MCTIERNAN, PH.D.      DATE
 9
10
11
12
13
14
       Subscribed and sworn
15     to before me this
       _____ day of _____, 20____.
16
       My commission expires:_____
17
18     _____
       Notary Public
19
20
21
22
23
24
25
```

80 (Pages 314 to 315)

Anne McTiernan, Ph.D

**A**

**ability**
87:5 238:5
**able**
17:25 18:7 23:15
23:16 28:18 29:25
30:12 34:4 39:16
42:7 52:22,23
57:7 88:6 145:17
174:3 176:1 182:4
182:6 220:22
223:19 224:16
234:24 251:13
271:2 308:25
**absence**
197:20
**absolutely**
105:22 106:1
**absorb**
170:7
**abstract**
164:25 165:2,7
230:9
**abstracted**
182:20 198:23
**accept**
100:3 264:15
**accepted**
48:21 49:5,7,9,10
49:19,24 50:5
118:20 120:3
204:17 282:12,14
**access**
18:7,9 29:6,12
113:7,20 199:7
203:18,21,24,25
307:15
**accessed**
29:13 33:11,14
**accommodate**
146:10
**account**
95:24 210:2
**accounted**
175:14,20
**accumulated**

71:10
**accuracy**
229:2
**accurate**
17:19,24 19:2
24:18 27:16 28:3
31:16 33:2 41:8
50:11 52:1 59:7,9
75:19 82:3 101:19
104:7 111:16,25
112:7 114:24
122:25 136:1
182:12 187:20
242:23 246:12
290:19
**accurately**
44:13 165:5 182:15
183:5,9,20 242:5
268:17
**ACKNOWLED...**
315:1
**acknowledgments**
70:8 84:24 131:14
192:18 199:12
280:12
**action**
313:11,12
**active**
59:1,5,6 101:11
**actively**
32:10
**activities**
107:17
**activity**
4:23 59:24 60:3
64:13,14 66:9,21
69:19 76:10,22
82:17,23 83:23
87:4,7,13 88:23
92:13 94:9,19
99:8 100:15
102:23 106:4,18
107:7 114:3,8
132:17 144:20
151:2 152:9,23
154:21 155:11

239:4 294:10
**actual**
107:10 242:9
263:23
**add**
107:3 112:14 123:7
157:15 160:12
204:9 220:1,5
231:12
**added**
30:9,9 38:7 88:9,14
88:24 107:3 141:2
141:20 144:17
145:6 154:14
226:25
**adding**
243:14
**addition**
163:17 179:11
220:15
**additional**
4:17 11:24 12:3,5
18:22,23 19:1,5
26:2 27:14 28:20
30:15,20 31:23
32:7,25 33:3 63:2
63:7 144:10 187:2
203:13 235:2
242:7 264:24
284:15
**address**
13:21,22 99:22
103:13 196:4,22
**addressed**
196:11 232:9
**addresses**
196:6
**addressing**
146:19
**adhesions**
292:25 293:7
**adjective**
228:23
**adjust**
162:24 163:3,6,11
170:23 176:3

**adjusted**
105:9 171:10,12,13
171:25 172:1,3,5
172:24 175:17,18
177:4,21 178:9
**adjusting**
169:3,25
**adjustment**
175:24
**administrative**
26:12
**adrenal**
294:9
**adult**
72:15 74:5,13,14
74:19
**adult-attained**
71:25
**advance**
290:13
**advantages**
116:22 119:6
**advice**
49:11
**advise**
99:4,9 102:16
**advising**
70:20
**advisory**
64:15 66:7,19 67:4
67:11 70:6 99:3
**affect**
59:11 107:5 217:5
**afternoon**
150:13 285:16
288:11
**age**
93:3 152:2 171:25
**Agency**
65:14 273:19
280:15
**agent**
274:16 275:2 276:3
276:23
**agents**
276:7

**ages**
235:12,14 236:8,16
**age-adjusted**
171:11,16 172:5,14
177:6,20
**aggregate**
288:12
**ago**
11:24 16:3 45:17
55:17,25 57:1
64:20 156:23
164:2 216:19
222:15 228:5
237:19 266:15
**agree**
14:6 59:18 95:17
96:3,6 116:20,24
128:12 138:11
142:24 143:19,22
152:7 165:13
193:24 202:13,17
202:20 206:17
207:2,7 212:24,25
221:18 243:23
244:9 247:6,19
277:13 281:23
291:12 295:16
**agreed**
24:17 201:24
**ahead**
154:10 229:18
**AICR**
71:17,20 103:13
104:18
**aid**
20:9
**aiding**
22:21
**air**
107:4
**al**
17:13 23:10 24:7,7
**Alan**
70:15 83:20
**albumin**
290:5,6

Anne McTiernan, Ph.D

**allow**
130:13
**allowing**
191:5
**allows**
59:2
**alternative**
225:22 227:1
**amctiern@fhcrc**
13:23
**America**
9:6 299:20
**American**
4:19,22 5:7,11
  33:11 71:16 80:20
  102:15,20,25
  103:15 104:10
**amount**
15:2 27:19 115:13
  223:2 224:23
**amounts**
39:13 266:1
**analyses**
66:2 87:2 109:11
  110:2 111:13
  115:23 142:13,16
  142:17 143:6
  144:12,13,13,19
  146:21,23 147:7
  148:5,7,23 149:7
  153:4 156:18
  178:13 179:9,13
  179:14 243:16
  244:10
**analysis**
23:10 24:16,20
  25:6 41:9 46:3,17
  46:21 51:16,24
  52:13 73:4 74:2
  78:21 79:19
  107:24 108:3
  109:25 115:6
  123:15 124:8
  132:22 139:5,14
  139:21 140:18
  141:8 143:2 144:9

144:15,18,24,25
145:4,8,11,14
146:9 147:5,12
149:19,23 154:23
155:8 156:5
162:16,21 172:7
172:16,22 178:8
178:17 179:25
180:14 182:7
187:24 198:2,5,6
201:11,13 215:13
217:23 223:17,18
224:11,13,14
229:13 235:16
243:11 249:9
251:15 269:3,13
279:6 281:7
283:15,25 284:5
284:20 309:6
**analytical**
198:7
**analyze**
238:5 253:3,17
**analyzed**
86:17 114:17
  115:20,20 116:17
  218:10 244:21
**analyzes**
214:20
**analyzing**
253:7
**Anderton**
3:9 9:9,9
**and/or**
140:20 141:3,16,20
**Angeles**
2:5
**animal**
288:25 291:2,3
  293:11,12 296:13
  296:15 297:1,14
  309:7,20
**animals**
233:24 275:23
  276:10 289:10,10
  290:17 291:2

295:3,4 297:11
**animal's**
295:19
**Anne**
1:17 4:10,14,16,18
  7:2 8:5,21 9:21
  63:2 106:2 203:13
  313:4 315:8
**annual**
78:13
**answer**
10:15 12:25 13:4
  15:10 27:15,24
  41:12,15 45:18
  46:6,10 49:16
  53:9 55:16 56:11
  58:3 73:18 86:23
  87:22 88:7 89:10
  90:2,4,22,25 91:4
  91:6,7,11,15
  92:15 93:25 99:15
  117:23 118:7,12
  126:16,22,23
  129:5,9 130:16
  133:21 146:1,14
  149:12,12 156:2
  157:11,13 160:13
  174:22 176:18
  177:24 184:16
  187:22 189:20
  190:13 191:18
  213:22 215:9
  221:3 222:13
  228:4 233:9
  238:19 240:18
  241:10 242:5
  247:12 250:13,16
  251:13,14,19,22
  251:25 252:2,7,9
  253:11 270:16
  281:3 301:23
**answered**
40:17 46:9,15 52:5
  53:12 56:2,11
  73:25 87:21 88:5
  89:8,14 110:5

118:10 126:21
129:19 131:1
143:21 162:8
172:18 174:10
175:3 178:4
185:23 190:8,10
239:18 246:16
247:11,16 248:3
248:14,15,23,24
249:1,22 250:12
251:17,21 252:8
255:10
**answering**
50:4 91:17 185:24
**answers**
74:22 91:18 186:1
  228:4 313:6 315:4
**Anthony**
3:22 8:12 15:21
**anybody**
79:17 254:25
**apart**
15:7 170:4 190:19
  221:16
**apologize**
59:1 97:2 150:15
  150:18
**appear**
20:16 30:23 83:18
  136:5,16 142:23
  143:17,23
**APPEARANCES**
2:1 3:1
**appeared**
8:5 206:20
**appears**
78:25 136:5 138:15
  138:24 264:21
**appendix**
188:10,11
**appendixes**
203:21
**applicability**
294:21
**applicable**
296:1,7

**application**
54:10 194:6 293:9
  296:2 297:13
**applications**
232:4 233:5,8
  307:2
**applied**
53:24 54:6 208:8
  208:10 289:1,5
  290:21 291:4,9
  292:24
**applies**
31:18 151:22
**apply**
155:7,10 290:25
**applying**
293:4
**approach**
13:13 22:14 65:5
  198:7
**approached**
12:13,16 13:8,20
**appropriate**
21:2 56:22 128:14
  296:2
**approval**
14:11,16 23:3 28:1
**approximately**
14:8,10 16:3 27:11
  28:9
**April**
18:9 31:9
**area**
50:14 51:7,25
  55:13,14,20 57:15
  61:21 146:25
  170:7 232:11,14
  234:3,17,19 236:1
  236:22 239:4,10
  240:10 290:22
  291:13
**areas**
49:25 300:6 309:24
**argue**
154:7
**Arps**

Anne McTiernan, Ph.D

2:9
**arrive**
217:18
**arsenic**
115:3 116:7
**arthritis**
58:13 241:18
**article**
5:16,19,21,23 6:2,4
  6:9,20 20:13
  23:20 59:19,21
  104:24 105:5,17
  105:18,21 107:9
  107:11 166:9,17
  166:18 203:18
  204:13,20 207:24
  257:11,19 258:6
  258:12,16,25
  259:1,4,6,21
  269:7 279:22
  280:24 281:1
**articles**
24:2 59:10,14 60:8
  61:20 64:4 203:9
  291:21
**asbestiform**
252:18,21
**asbestos**
31:15 38:17,18,24
  39:10,15 47:14,19
  47:22,23 48:10,14
  50:20 107:5,14
  252:12,13 253:20
  253:20 254:1,12
  254:19,24 255:2,8
  255:12,19 256:2
  256:20 257:6
  260:12 261:10,12
  261:21 262:2
  265:4,8,12,16
  266:2,7 267:7
  268:15,18,23
  269:3,6,10,13,15
  269:17,23,25
  270:4 310:12,19
  310:21 311:15,17

**ascertain**
115:8
**Ashcraft**
2:14
**asked**
26:13,15,18 35:22
  38:13,15,19 40:16
  41:4,9,14 46:9,14
  52:5,17 53:11
  56:1,10 68:24
  73:24 87:20 88:4
  89:8,13 93:6
  99:19 106:15,22
  110:4 117:23
  118:9 120:23
  121:3,4 126:20
  130:25 143:20
  148:9 162:7
  172:17 174:9,20
  175:3 178:3
  185:21,22 190:4,7
  205:18 230:21,25
  231:6,7,7 240:2,4
  240:20 241:10,13
  246:15 247:10
  248:2,13,22
  249:21 250:11
  255:9 261:4
  269:16,17,19
  300:7 303:2
  310:10 311:1
**asking**
40:20 52:7 53:13
  53:14 86:1 118:1
  118:2 121:18
  133:23 138:11
  141:12 146:3,6
  148:7,9 156:10
  158:1,25 160:6
  169:8 173:21
  178:24 179:10,18
  183:16 185:20
  188:23 190:3
  191:3 200:19,22
  211:23 214:19
  224:10 231:10

237:14,17 238:3
  242:1 249:8
  251:23 261:1
**asks**
159:2
**aspect**
197:21 214:25
**aspects**
109:7 112:17 115:5
  132:20,21 192:21
  199:18
**assessing**
107:23 156:15,16
  197:21
**assessment**
7:4 16:10,25 17:3
  305:22 306:9,15
  307:12 308:6,11
  308:25 309:2
  310:1,8
**assigning**
214:11
**assist**
26:9
**assistance**
26:10
**assistant**
26:12
**assisted**
159:11
**associated**
58:8 74:15,20
  129:22 167:4,9
  168:9,10,14 172:8
  172:9 194:5,7
  230:14 284:21
  297:5
**associating**
170:15
**association**
6:7 17:12 41:10
  42:3,3,10 43:16
  51:5 59:24 60:3
  63:12 74:16
  108:14,17 109:1,3
  124:6 126:5,8,13

126:18 132:23
  161:18,24 162:10
  162:18,19,20,22
  168:18 171:6,23
  173:18 174:7,17
  174:25 175:6,9
  176:14 184:8,10
  185:12 189:7
  192:25 193:3
  197:22 199:21
  201:2 207:13
  208:1 210:1,5
  211:19 220:23
  232:16 238:6
  246:4,14 269:20
  276:22 280:22
  281:19 308:21
**associations**
50:2 73:13 108:11
  108:20 134:19
  145:18 211:7
**assume**
33:16 74:16 182:18
  258:10 263:23
  267:12
**assumed**
37:20
**assuming**
237:2 292:10
**assumption**
170:18,19,21
  258:13 272:12
**ate**
156:23 157:21
  158:2,2,17,22
  159:20 160:3,3,4
**attached**
315:6
**attained**
72:16
**attend**
205:25
**attention**
35:2 69:11 72:4
  92:21 104:23
  119:3 155:23

165:4 169:17
  192:17 268:14
  270:2
**attorney**
313:10,11
**Attorneys**
257:23
**August**
260:15
**authentic**
37:3,15
**author**
20:10,13 40:24
  181:9 259:1
**authored**
105:9 257:11
  266:25
**authors**
79:13 181:12,15
  183:9,19 186:16
  200:14 205:5,8,11
  205:15,22 207:2,8
  207:20 210:8
  218:9 219:5 225:2
  225:9,10,18
  226:12 257:13,20
  280:7
**author's**
193:3
**available**
16:7 19:8 23:13,19
  32:9,12,17 35:22
  36:1,11 51:3
  67:19 157:6
  159:10 171:3
  176:25 181:24
  192:4 206:12,18
  208:24 215:1
  224:1 232:19
  257:17 282:3
  285:2 306:16
  307:7 308:7,19,22
  309:13
**Avenue**
3:10 8:2,16
**average**

Anne McTiernan, Ph.D

227:10
**avoid**
107:3
**aware**
10:8,22 24:14
124:17 163:4
257:11 296:6
300:3,4
**awful**
264:25
**a.m**
8:3,14 63:20,21,23
259:1

**B**

**B**
185:3
**babies**
235:1,3 236:14
**baby**
36:5 38:16 47:12
47:21 48:2 253:3
254:9,12,18,23
255:2,7,20 256:21
256:24 257:6
258:6,12,19 259:7
259:10,13,18
263:22 270:10,22
271:3,10 272:1,14
273:3,7,15 300:2
**back**
21:24 35:11 51:1
63:24 84:23 85:7
112:20 128:10
132:20 135:13,16
141:19 154:20
183:4 194:10
197:12 210:11
211:4 218:25
231:11,19 240:7,9
245:8 285:9
299:13 305:8,13
**background**
67:25 93:8 152:10
**backing**
27:4

**backwards-looki...**
121:3
**bar**
50:21 275:13,18,18
**Bart**
2:3 9:15 10:5
313:13
**base**
27:12
**based**
45:1 54:11 57:3
65:24 68:7,17
92:7,12 153:16
181:22 201:11,12
207:23 216:21
224:13 243:8,18
243:20 246:8
271:25 284:19
286:13
**baseline**
241:23
**bases**
268:17
**basic**
111:21 209:12
**basing**
223:17
**basis**
28:16 37:24 38:4,6
84:17 88:19
109:11 110:1
111:11 112:11
232:8 237:12
266:14,21 275:17
278:12 308:10
**Beach**
2:19
**bearing**
92:25 151:14,20,22
152:7,21 154:25
**bears**
127:14 264:17
**beef**
157:25
**began**
46:21 303:24

**beginning**
31:13 111:17
112:12 308:17
**beginnings**
267:20
**begins**
62:16 139:14
169:19 199:15
**behalf**
9:2,3,5
**behavior**
134:18 155:25
156:1
**beings**
294:21 296:7
**believe**
12:7 13:25 14:18
14:20 15:20 20:21
25:5 26:13 27:18
28:25 29:2 30:3
30:13,21 34:14,22
35:9 41:2,23 42:1
43:6 45:4,14,18
49:1 55:12 57:2
60:23 76:3 93:20
95:19 127:8
146:20 154:23
160:9 161:20
162:5 166:3,6
170:22 171:3
172:24 173:5,7
175:15 178:18,25
180:6,16,19,23
182:21 187:22
192:2 198:1 207:5
207:22 208:7
210:7,8 215:16
218:7 222:2
228:25 230:16
239:7 240:14,21
247:16 250:13
255:3,11 257:16
259:10 260:5
266:18,21 269:12
270:10,21 272:1
275:16 278:13,16

**beginning**
278:18 279:20
284:21 290:18
292:9,20,22 295:7
307:7 310:14,16
310:20
**believed**
216:16
**believing**
63:10
**benefit**
123:1 208:5
**Benjamin**
2:8 9:11
**Benjamin.halper...**
2:11
**Berge**
179:24 180:8,14
189:9,11,13 192:7
192:13,21 193:9
193:18,25 194:10
195:2 196:2,19,21
198:19 199:24
200:14 201:12
202:3,13 217:23
219:17,19 223:7
225:2,9,10,18
244:16 245:10
285:14
**best**
50:12 51:2 52:2
90:4 163:7,8
182:3 246:3
**beta**
297:5
**better**
51:11 118:12
121:13 156:22
**beyond**
25:24 111:23
112:17
**bias**
5:16 122:11,19
160:19,21 165:6
214:13,22 276:25
277:5,18 280:20
**biassed**

230:15
**big**
88:21 172:3
**billed**
27:16
**billing**
14:21
**binder**
196:5
**biologic**
46:3 108:5,25
309:7
**biological**
47:25 52:12 108:7
288:21 292:19
**biologist**
61:6
**biology**
54:14 55:1,9 67:25
**bit**
11:5 17:14 32:20
47:18 50:25
111:18 112:13
147:15 200:9
201:8 227:6 232:9
273:17
**black**
6:18 289:22
**blood**
57:21 298:12,13
**Blount**
18:5,9 36:7 99:16
256:5,18,24
258:24 259:1,4,17
**Blount's**
259:14
**blue**
18:17
**BMI**
165:13 169:3,25
170:19,21,23
171:23 172:8,9
175:14 177:16
178:1
**Bocci**
3:22 8:12

Anne McTiernan, Ph.D

**bodies**
52:16 120:24 121:5
170:6
**body**
74:5 75:4,5 84:3
86:7 155:24 159:6
165:13,17,22
166:1 167:5,7,10
167:14 168:10,15
169:1,22 170:10
170:10,15 171:4,6
171:14 175:14,21
176:3 177:2 178:9
281:17 302:17
**books**
88:17
**Booth**
287:23
**bore**
260:2
**bottle**
53:2,2 254:8
259:18,20 301:20
**bottles**
39:18 261:9
**bottom**
53:14,15 69:23
71:14 72:4 99:22
103:14 119:4,9
122:5 185:18
223:9 232:1
244:25 255:18
276:19
**box**
85:9,18 242:18,19
**Bradford**
109:6,10,13,24
110:1,6 111:11,18
111:19,23 112:17
115:5 132:20
209:20 288:19
**Bradford-Hill-like**
109:17
**brake**
311:1
**brakes**

**brand**
47:2
**brands**
46:23
**break**
20:1,25 56:23
62:13,24 63:18
150:5 218:2 224:8
224:9 229:20
231:14 245:3
285:4 305:8
**breaking**
56:21
**breaks**
244:20
**breast**
58:17
**brief**
22:9
**briefly**
24:7 64:10
**bring**
20:18,21
**brings**
222:8
**broke**
28:7
**brought**
16:5 18:18 63:7,10
259:19
**Brownie**
229:21
**bulk**
253:3
**bullet**
211:8
**burden**
6:11 232:3
**business**
13:19
**Bwilliams@pros...**
2:7
**B-E-R-G-E**

180:14

---

**C**

**C**
189:4 297:17
**CA**
2:5,19
**cage**
294:17,17
**Calcagnie**
2:18
**calculate**
52:20 53:9,15
216:11
**calculated**
220:8 227:21
**calculates**
206:6
**calculation**
216:6,8,15,21
217:7,13 220:22
222:5 226:6
**calculations**
216:5
**call**
22:7 49:13 106:25
124:22 218:16
250:5
**called**
16:25 17:4,5 64:14
69:24 81:8 93:20
154:12 160:19
193:20 217:17
306:18 308:5
**calling**
17:6
**calls**
307:23 309:3
**Camargo**
268:21
**camera**
190:12
**Canada**
16:9,20,23 17:1,9
18:3,12 204:21,22
204:23 205:3

305:22 306:3,15
306:17 307:2,7,11
307:16,20,24
308:16,25 310:1,7
**Canadian**
305:22 306:25
**cancer**
4:19,20,20,21,22
4:23 5:2,5,6,7,10
5:11,12,20,22,23
6:3,5,8,21 14:14
17:6,13 23:8
33:11,13 41:7,11
41:25 42:4,11
43:8,17,23 44:15
45:3,6,16,20,24
46:5,24 47:9,10
47:13,17,21,24
48:1,8,15,23 49:2
49:6,21 50:15,23
51:6,7,17 52:1,20
52:21 53:10,16,24
54:6,11,13 56:6
56:19 57:6,11,18
57:22,24,25 58:4
58:9,10,12,18,18
58:18 59:12,20,25
60:2,4,4,7,16,19
60:22,25 61:6,14
61:25 62:3,7,18
63:13 64:13,20
65:14,17 66:3,6
66:14,18,22,24
67:6,9,20 68:14
69:18,20,20 71:6
71:8,15,17,21
72:1,16 73:1,7,23
74:6,17,20,21
75:6,13,18 76:5
76:15 77:4,20
78:1,14,17 79:2,6
79:16,20 80:1,5
80:20,21 81:18
82:17,23 83:20,21
83:22,23 84:17
85:8 86:20 87:15

87:18,25 88:3,15
90:11,15,20 91:22
92:1 93:1,5,23
94:11,12 95:11,23
97:5,18 98:4,8,16
98:21,24 99:2,5
99:11,13,18 100:1
100:11,23 101:6
101:11,15,21,23
101:25 102:11,15
102:17,21,21,24
103:1,3,16,18
104:5,9,11,13
105:19,23 106:4,9
106:17 107:11,14
108:10,22 109:12
109:17 110:15,20
111:22 113:8,22
114:4,5,17,23,24
115:18,22 116:17
117:11,18 119:2
119:13 120:11,16
120:18 121:17
122:24 123:16
124:2,7 126:2,8
126:11,13,19
128:14,17,20
129:1,6,11,13,22
130:4,24 131:25
132:1,24 135:21
136:21 141:7
149:19 150:23
151:15,18,21,24
152:4,17 154:4,15
155:4,8,16 156:25
157:8,10 161:8,12
161:13 162:23
165:11,14,18
166:25 169:3,25
170:14,16,20,23
173:19 174:8,18
175:1,10 176:19
180:20 184:5
200:6 205:8,25
206:14 207:4,5,10
207:14,14,21,23

208:1,21 210:21
213:17 215:11,14
216:19 219:23
220:7,13,16,19
223:20 224:17
232:7 235:5
237:22 238:10
241:14,15 243:8
258:19,23 268:19
268:23 269:4,11
269:21 273:4,20
276:23 280:16,22
281:6,20 284:21
292:13,21 293:12
294:8 295:5,7,8
295:11,15,18
296:16,21 297:6
297:25 298:16,20
306:20 307:21
308:1,22

**cancerous**
297:11,14

**cancers**
58:18 59:15,25
  60:12 61:24 66:10
  66:22 67:23 68:1
  80:23 81:13 92:8
  95:4,14,17,20,24
  95:25 96:1,4,10
  96:11 106:21
  107:6 115:2 116:5
  153:1,2 166:11
  189:7 241:18
  292:16,16

**cancer-causing**
107:15

**cancer-related**
88:22

**car**
262:9,17,22

**carbon**
6:18 289:22

**carcinogen**
50:21,23 107:11
  208:11 213:24
  214:5 270:1,7

**carcinogenesis**
294:8

**carcinogenic**
6:17 29:17 45:13
  45:14 47:16 266:8
  266:16,22 272:14
  274:1,16 275:3,11
  276:4 293:5 294:9
  295:3

**carcinogenicity**
272:17 276:8,9,14
  276:20 277:13,15

**carcinogens**
87:12 92:11,18
  107:4 115:4 270:6

**cardiovascular**
241:17

**Care**
3:14 9:8

**career**
15:11 64:8

**carries**
84:15 232:2

**carry**
161:8,9

**cars**
262:9,24

**case**
11:1,23 17:21 19:3
  19:16 28:16 32:17
  35:23 37:25 42:15
  44:14 48:19 69:10
  69:13 80:10 95:12
  101:19 102:4,9
  104:7 118:4 119:9
  121:10 122:24
  123:25 128:13
  131:19 133:4
  134:3 136:22
  146:11 155:8
  156:5 157:3 165:9
  176:3 177:20
  180:19 193:5
  222:7,20 227:11
  258:18 268:8
  296:9 301:7,8

**cases**
95:5 123:4 124:9
  124:13,15,24,25
  125:2,3,23 145:8
  173:5,5 174:13
  186:23 187:11
  210:12,13 215:7,7
  215:11,14,16
  216:2,9,19,22
  217:9 219:8,8,9
  219:22,23 220:7
  220:15 222:2,4,16
  222:25 226:6
  227:12,19,23,24
  282:19,21 283:1,2
  283:5,13,24
  288:16

**case-control**
24:8 33:19 51:14
  66:1 114:15,16,25
  115:3,15 116:1,9
  116:16,21,25
  117:9,10 118:6
  119:8,20 120:4
  121:2,18,20 122:9
  122:18 124:14
  125:1 128:22
  142:16 143:7,9,11
  144:13 145:5,9,19
  146:4,25 156:17
  157:1,4 158:10
  160:3 176:2 180:1
  180:1 192:23
  199:19 200:16
  201:1,4,6,10,14
  202:19 211:12
  216:7 217:4
  219:12 221:17
  223:18 224:11,15
  224:23,25 225:16
  225:24 227:8
  241:5,9,12 244:20
  245:15 246:2,13
  246:24 247:8,21
  247:24 249:5,14
  250:3 279:4

284:17 286:17
287:2

**case-controls**
226:3 244:23
  248:11,20 250:9

**catch**
122:14

**categorical**
198:8

**categories**
11:6 16:5 73:12
  125:8 184:13
  242:16 273:24
  283:8

**categorize**
208:10

**category**
187:20 198:4 276:7
  277:21 310:19

**causal**
24:15 41:9 42:3,10
  43:7 46:3,17,21
  52:13 73:4 74:2
  109:7 132:25
  134:20 153:3
  161:25 162:20
  163:5 192:25
  193:4 197:22
  199:20 200:20
  201:2 202:1
  207:13 269:13
  276:24 281:7,19
  308:8,23 309:6,14

**causality**
73:8 132:19,21
  232:6 309:2 310:1

**causally**
284:20

**causation**
107:24 108:2 109:1
  109:4 161:15,20
  162:2,6,16,19
  209:21 309:10

**cause**
41:7,17,25 44:15
  45:2,5,20,24 46:5

46:24 47:10,12,17
47:21 48:1,8,15
49:1 52:20,21
53:10,16,24 54:5
54:10 55:3,11,13
56:7 57:2,25
59:15 72:1,16
73:1,23 74:19
75:5 79:25 80:1
87:17 88:3 93:1,5
93:15,23 99:13
103:2 107:23
108:15,19,22
151:15,21 152:4
161:11 165:18
166:2 180:20
206:14 207:4,5,9
207:21,22 208:20
213:17 223:20
238:10 243:8
258:19 268:18,23
269:4,10 273:4
292:14,20 293:25
294:6 298:3
307:21 308:1

**caused**
95:14,19 96:2,11
230:16 293:12
294:7 296:14,16
297:10,14

**causes**
5:6 48:22 49:6,21
50:14 51:7 52:1
54:18 57:5,5 58:3
59:15,19 74:4,5
75:18 76:5,14,20
77:17,20,25 78:1
79:5,6 90:14
92:22 93:9,11
95:19 98:20 99:4
101:21 102:17
104:9 107:13
114:5,23 123:15
128:17 151:8,11
154:18 176:19
224:16 230:13

Anne McTiernan, Ph.D

237:21 281:6
295:17 297:2
**causing**
47:7 51:5 79:16
172:9
**CCR**
8:4 313:1,19
**CEGF**
297:4
**celebrate**
88:21
**cells**
95:9
**Center**
14:14
**Century**
2:4
**CEPA**
308:13
**certain**
16:5 101:7,24
104:12 121:13
186:16
**certainly**
29:5 58:1 100:6
241:12 242:4
**certainty**
44:18 45:1,23
48:19 307:19
**Certification**
313:20
**certified**
8:4 9:22 313:1,20
**certify**
313:2 315:3
**cervix**
54:16
**Cgarber@robins...**
2:20
**chain**
267:5,8,12
**chair**
70:15
**chaired**
83:19
**chance**

20:25 54:22 182:3
212:7,10 213:3,6
214:13,22 250:7
276:25 277:4,18
280:20 287:18
**change**
111:17 117:7
160:17 283:22
284:22 295:18
314:3
**changed**
13:24 45:8 63:13
81:5 144:1 153:19
154:11 283:8
**changes**
139:1 140:8 293:14
295:12 297:11,14
315:5
**chapters**
60:24
**characteristic**
309:11
**characteristics**
169:1,22
**characterization**
150:3 208:8
**characterize**
157:2 228:20
**characterizes**
145:4
**characterizing**
128:20
**charge**
15:2,6 28:2
**charging**
14:24
**check**
188:13 197:8
242:18,19
**chemicals**
100:24 107:16
272:13 273:6
**children**
92:25 151:14,20,23
152:7,21 155:1
**choice**

115:17 116:4
**choices**
71:12
**choose**
87:1 190:20
**choosing**
170:10
**chose**
191:22
**chosen**
198:7
**chromium**
270:5,11 271:10
272:2 300:8,15
301:3,9 302:15
**chronic**
292:12,14
**cigarette**
87:11 168:11
**circumstances**
119:20 134:18
**citation**
5:14 135:9 147:21
168:5
**citations**
135:3,7 147:24
**cite**
40:24 81:24 110:24
111:1 137:19
149:16,21 256:2,7
268:21 269:2,6
288:25 292:6
**cited**
18:5 82:1,4 111:4
132:14 137:14,17
137:20 142:11
145:12,16 237:12
256:14 260:11
279:21 291:19
292:9 293:10
**citing**
66:13 142:11
**claim**
181:14
**clarify**
196:13

**classic**
161:7
**classification**
213:23 214:6 243:6
272:17 285:1
**classifications**
11:13
**classified**
50:20 208:24 270:6
275:1
**clause**
62:22 202:12
**clear**
16:17 51:17 58:1
70:19,21 87:15
88:7 100:5 125:13
125:24 136:20
153:24 154:2
170:9,12 171:18
173:8 177:11
201:23 202:11
207:19 235:10
294:7 302:24
**clearer**
303:1
**clearly**
52:5 154:18 186:12
200:7
**clear-cut**
214:7
**cleavage**
252:19
**Cleveland**
3:11
**clinical**
24:5 57:8 107:19
107:20 142:17
143:5,6 144:12
146:24
**clinicians**
49:1 50:1
**close**
196:11
**closed**
44:18 95:6 142:5
294:17

**closer**
222:8
**CLR**
8:4
**coach**
201:20
**coaching**
201:21,22
**cobalt**
270:6,11 271:11
272:3 300:8,15
301:4,9 302:15
**coffee**
100:10
**cognition**
241:18
**cohort**
24:6,20,20 25:5
51:14 66:1 114:15
116:5,20,25
117:15,16 118:5
119:8,11 120:4,9
120:22 121:7,13
121:15 122:8,21
122:25 123:3,5,6
123:7,11,13,24
124:13 126:6,17
127:8,17 128:13
128:23,24 129:2,5
129:24 139:24
141:25 142:4,14
142:18,22 143:7
143:10,17 144:13
146:18 147:1,10
149:24 157:6
173:1 174:6 175:8
175:13,20 184:2
186:17,25 187:3
191:24 192:23
199:19 200:16
201:1,4,9 202:17
215:5 216:11
217:18 218:9,21
219:6,10,13
220:11,14 221:7,9
221:11,16 223:6,8

223:11,17 224:3,7
224:14,25 225:11
225:16,23 226:10
226:13,16,18
227:8,9,12,24
228:5,25 230:8,18
237:13 238:5,15
238:17,23 239:22
240:5,21,22 241:3
241:16,20 242:3,6
244:20,24 247:2,9
247:13,22,23
248:12 249:3,17
250:2,10,25 251:4
282:17,22 283:15
283:19,25 284:15
285:19,24 286:9
288:11,12,15
**cohorts**
143:9 146:22 187:3
201:14 226:4
248:19 282:20
**collated**
122:4
**colleagues**
137:1
**collect**
52:23 67:18 115:15
**collected**
35:23 123:21 188:5
224:4 225:25
227:7 229:4 231:4
241:22,24
**collecting**
121:19 229:2
**collection**
6:12,14 82:22
**collective**
127:17
**collectively**
249:17
**College**
67:7,16,17 77:3,5
87:3
**colon**
58:12,18 194:3

211:8
**column**
122:3,17 139:8,12
141:14 168:4
169:18 192:17
193:20,25 197:18
197:19 219:2
264:24 266:1
**combination**
77:13 140:1 143:11
**combine**
198:7 217:18
227:23 243:23
244:12
**combined**
125:9 139:25
140:21 143:10
178:18 184:24
185:7 217:14
223:11,14 226:10
226:16,18 243:13
243:18 244:23,24
246:23 247:2,7,8
247:13,20,22,25
248:10,11 284:1
**combining**
243:15 244:9,14
**come**
47:6 50:6 68:21
73:9 80:9 88:21
99:17 184:3 193:5
225:1,7,17 247:3
284:25 305:8
**comes**
50:2 100:4 107:23
267:6
**comfortable**
238:14
**coming**
50:3 225:20
**comment**
99:20
**commentary**
105:7 106:6
**comments**
205:20 272:8

**commission**
315:16
**committee**
64:15 67:11,12
70:6 100:6,7
144:20
**committee's**
4:12
**common**
40:10 138:20
144:21 288:3
**communicate**
311:15
**communications**
105:8 106:12,24
**community**
49:5,20 50:13
51:22,24 52:7,8
52:14 281:14
**company**
37:12,24 39:21,25
40:4,9,15,25
254:13 262:1,9,22
263:11 268:12
302:14 310:11,21
311:2,6,14
**company's**
254:15
**compare**
183:6 187:17
**compared**
111:18 125:7,9
157:22 165:23
182:19 297:17
**comparing**
130:18 131:4,4
187:15,16 195:18
195:19
**comparison**
125:6,11 130:19
187:13
**comparisons**
130:9
**competitor**
302:3
**competitor's**

302:3
**compiled**
193:15
**complete**
116:9 130:14
154:23 241:25
303:23 313:6
**completed**
22:11 129:9 133:21
157:11,13 177:24
222:13 313:5
**completely**
12:22 146:13
251:17
**completing**
241:21
**complicated**
159:23 162:16
**complies**
44:10 62:14 111:8
**components**
17:2 75:22 256:24
**comprehensive**
64:7 65:8 122:6
206:12,18,25
**comprised**
38:11 219:7
**computer**
26:24,25
**concentrated**
295:1
**concentrations**
308:14
**concepts**
120:13
**concern**
115:16
**concerned**
38:25 178:25 261:9
**concerning**
38:23 39:2 85:11
125:12 283:23
295:4
**concerns**
157:16 209:19
**conclude**

302:3
**compiled**
193:15
51:6 93:22 177:8
177:16 201:11,12
224:16 230:18
308:12
**concluded**
42:9 43:1,10 46:4
71:23 93:4 95:4
126:7 166:1 175:8
214:12 216:21
217:1 221:7
225:10,10 234:14
270:4 296:1,6
298:2 312:3
**concluding**
126:17 166:9
183:19 226:6
292:6 298:14,22
299:1
**conclusion**
44:9,13 47:6 48:14
52:2 93:6 101:22
104:10 193:1,3,5
199:14,15,24
200:4,13 206:10
207:2,7,19,24,25
208:19 223:20
225:2,8,18,21
226:20 230:6
237:21 281:24
**conclusions**
46:12 65:20 85:10
86:6 102:10
162:24 309:12,25
**condition**
134:25
**conditions**
57:22 58:11 308:15
**conduct**
39:23
**conducted**
46:1 61:13 62:6,17
283:19
**confidence**
183:7,10,20 185:16
185:16 186:3,13
195:10 206:7

209:5 221:4
223:14 227:16
245:20 250:2
251:1,11 277:1,24
285:25 286:1,6,13
287:6 288:1,4,6,8
**confirm**
301:15
**conflicts**
101:21 102:4,6,10
104:10 181:11,14
205:10
**confounder**
161:4 165:10 171:9
172:9 176:17
177:2,16 178:2
**confounders**
165:3,6 175:18
176:15 177:5,22
**confounding**
160:19,21 161:19
171:15 172:2,15
175:16 176:24
177:20 214:13,22
276:25 277:5,18
280:21
**confused**
147:16,18 170:16
198:22 262:20
263:20 265:11
**confusing**
196:7
**connection**
11:1 14:6 154:20
173:1 205:22
272:20
**consider**
33:24 38:15 42:2,8
46:23 50:22 61:19
76:5 86:19 93:24
94:3 107:20,21
123:13,18 128:22
152:19 197:21
**consideration**
38:7
**considered**

11:1 31:14,24 32:7
33:1 100:10 109:6
110:7 112:17
142:9,10 192:1
251:2 276:24
**considering**
114:22 119:10
**considers**
74:4 266:18
**consistency**
179:15 202:10
211:6 212:20
243:20
**consistent**
174:5 178:20 179:2
179:7,9,12,14,19
180:16 247:8,21
248:11 249:19
252:4 308:20
**consistently**
184:5 212:21
222:12 243:21
**constituents**
36:5,9,25 45:12
48:10 271:23
273:7,14
**constitute**
308:15,15
**constitutes**
201:14
**constitutional**
169:23
**consult**
21:21 23:17 188:20
205:22
**consultant**
64:2
**consultants**
181:16 205:15
**consulting**
14:9 22:22
**consumer**
301:21 302:18
**contact**
13:19 52:14 234:24
**contacted**

14:5,12 23:5 24:4
**contacting**
14:3
**contain**
11:22 25:10 38:18
47:14,19 48:13
255:8 264:21
271:10 272:9
**contained**
11:6 26:4 28:24
38:8 86:6 255:2
260:12 261:6
270:11 271:3
273:7,14 300:9,15
**containing**
47:22
**contains**
38:17,21,22 47:15
48:14 206:4
261:21 272:2
**contaminated**
259:5
**contamination**
39:14 233:14
**contemplated**
111:2
**content**
43:18 53:1 54:23
154:11
**contents**
45:11
**contest**
191:4,6
**context**
114:1 155:19,22
157:16 160:9,11
**contexts**
156:3,4
**continue**
45:12 70:21 139:4
**continued**
3:1 5:1 6:1 7:1
280:23
**continues**
71:9
**continuous**

69:24 81:8 83:1
84:10 109:9 110:2
111:12 113:15,19
122:4 137:22
139:6 143:24
144:5 146:8,15,17
165:25
**continuously**
81:16
**contract**
67:23 87:1,3
204:23
**contracted**
77:4 121:4
**contributed**
106:3
**contribution**
119:21 198:9
**control**
117:14 169:3,25
295:4
**controlled**
114:14
**controls**
216:9 217:1,8
**controversies**
5:6 98:20
**convincing**
72:1,17 73:12
**copied**
27:4 138:25 140:6
**copies**
6:24 16:16
**copy**
19:1,9,16,20,23
20:2 29:15 69:7
136:21,24 168:3
169:7 196:4 197:7
303:8,23 304:7,8
306:8
**corner**
69:23 85:14 169:18
182:24
**Corporate**
2:18
**correct**

10:20 14:17 15:12
16:23 17:22 19:7
28:8,13 34:21
37:16 45:20 46:7
47:13 48:15 53:16
55:25 56:9 58:19
59:12,17 61:4,25
65:17 66:4,10,11
67:3 69:22 70:11
70:12,17 71:3,4
71:12,13 72:13,18
72:20,23,24 75:1
75:10,11,16 76:25
77:11,21,22 78:1
78:18,19,21,25
80:6,7 82:1,8
83:25 84:1,4,5,21
85:2,18 86:8,9,11
86:12,14,24 89:24
90:9 91:5,7,8 92:3
92:4,10 93:1,2,15
97:12,20,21,24
98:5,25 99:1,5,13
102:12,14 105:6
105:12 107:18
109:3,8 111:4
113:22 116:22
120:14,19,25
121:1 123:2 124:3
124:20 125:20
126:5,14,19
129:13,25 131:15
135:4,14,15
136:18 137:3,4,8
145:1,15,20,21
146:5,7,11 147:22
147:23,25 148:1,8
151:16 152:1
155:11 161:5,6,10
161:13,14,15
164:13 165:11,12
168:19 171:21
173:3,13,14,15,16
173:25 178:10,15
178:16 180:9,10

180:12 193:6,8,21
199:25 200:16,21
202:14,21 203:11
206:5 208:17
209:15 211:20
213:18 215:6,11
215:15 216:17,19
216:20,22,23
217:2 219:20,24
220:3,19 221:8,14
223:3,12,13,15,16
225:3,18 226:23
228:10,11,12,13
228:15,17 234:8
236:9 237:7,8,10
237:11 243:10,13
243:14,19 245:1
245:22,25 246:25
247:1,5 248:21
253:23 255:4,23
256:6,12 257:25
260:3,15,19 262:5
262:11,14 263:1
266:9 267:2,4
268:23 269:7
272:21 274:1
277:23 278:1,4,6
278:15 279:17,18
280:1,24 284:16
286:12,15,16
287:7,22,23 288:1
288:13,14,17
289:6 290:24
291:6,10 292:5,21
293:1 295:9
297:19 298:4
299:21 301:16,17
301:21,24 302:4,6
302:11,19,21
303:5 307:9,10,12
307:13,16,17
310:8 315:4
**corrected**
198:16 263:15
**corrections**
315:5

**correctly**
134:14 140:23
165:7 183:15
184:1 219:15
**correlated**
233:5
**correlation**
161:15,20,23 162:1
162:5,9,11,15
295:1
**cosmetic**
6:10 100:24 254:11
254:18,23
**cosmetics**
100:19 103:23
**Council**
3:14 9:8
**counsel**
8:22,25 10:13
12:18 15:19 19:11
20:19 21:12,14,21
21:25 22:21 23:15
29:23 30:5 32:12
33:4,10 34:10,21
34:24 35:18 38:13
45:25 46:7,13,22
80:10 89:24 91:10
105:11 127:23
138:2 148:12
164:1,6,12,13
169:6 174:20
181:16 186:7
190:2,4,16 191:1
191:14 194:18
196:1 201:19
229:25 250:13
260:25 264:4,11
264:23 272:20
285:13 304:18
310:10 313:10,11
**count**
29:13 123:6 173:2
176:6 233:8,11
245:17,18
**counted**
85:1 245:16

**counting**
186:23 210:15
**countries**
101:1
**country's**
64:22
**counts**
173:4 233:4
**County**
313:2
**couple**
26:13,15 90:7
209:8 262:19
265:1 285:12
300:6
**course**
39:20
**court**
1:2 8:4,19 9:18,22
10:7 12:20 17:15
25:13 73:16
155:20,22 313:1
313:20
**cover**
71:19 82:17 88:8
91:24
**covered**
283:2
**covers**
11:14
**co-author**
205:18
**co-authored**
266:25
**Cramer**
47:3 168:25 169:7
169:15 286:19,25
288:7
**creates**
140:2
**credentials**
66:13
**credible**
276:25
**criteria**
109:10,17,18,23

110:1,3,7 111:11
111:13,21,22
132:24 144:22
209:21 308:12
**criticisms**
181:18 209:1,18
210:6
**criticize**
210:14
**criticized**
237:13
**Crohn's**
58:11
**crosses**
245:21
**Crowley**
272:15,19,25 273:6
**Crowley's**
273:2
**CRR**
8:4 313:1,19
**CUP**
5:3,3,13 70:2,4,18
72:6,8 73:21
74:23 80:8,9
81:15 82:21 83:11
84:2,7,10 87:15
91:22 92:20 94:22
111:12 113:5
132:22 150:23
160:10
**curious**
23:17 40:18 155:14
209:6
**current**
41:5,23 168:11
281:17 307:1
**currently**
206:12,18 240:9
**custody**
267:6,9,12,13
**customary**
144:23
**cut**
13:3 54:3 105:22
106:1,8 117:21

**cutting**
217:25
**CV**
11:17 60:8
**cycle**
152:15
**cycles**
152:11
**Cynthia**
2:17 9:1
**cyst**
293:14
**C-A-M-A-R-G-O**
268:21
**C-reactive**
58:16 297:4,7,17
297:23 298:2,6,15
298:20,23

**D**

**damage**
95:11
**dampen**
130:20
**danger**
308:15
**dash**
141:24,25 299:2
**data**
23:13,18 31:23
32:7 33:1 36:4,7
40:7,11,12 41:3
42:24,25,25 43:5
43:10,17,19,20,21
43:24 46:2,2 47:1
51:22 52:11 56:5
56:13,14,18 67:13
67:18,19 74:11
76:21,23 77:8,9
78:8,22 80:16
86:17 93:7,10
100:7 108:6,18
116:3 121:14
123:14,20 125:13
125:24 139:22
140:1,2,20 142:19

142:20 143:3
144:6,10,17,23
165:12 171:3,8
172:12,15 177:1,3
177:23 178:6,18
182:9,11,15,17,20
182:22 183:12,25
184:15,24,24
185:7,7 186:17
188:5,19 189:16
191:10 192:3
193:14 195:22
198:23 200:3,5,7
201:18 206:13,19
207:13 208:5,9,23
209:11,12,16
210:3 211:3,22
217:18 223:4,25
224:23 227:7
229:4 233:20,22
236:6,8,19,21
237:4 239:6
240:19 243:13,15
243:18,23,25
244:9,12,13,14
255:25 272:18
274:24 278:4,8,10
282:4,13 284:13
285:2 302:7 308:7
308:23 309:13,18
309:20
**date**
8:13 25:17 78:16
164:14,15 282:11
294:11 307:11
315:8
**dated**
4:16 7:3,5 19:18
31:6 110:16 154:1
306:9
**Daubert**
15:3
**day**
53:1 115:10,12
137:2 145:24
156:11 158:12

290:7 294:18
313:15 315:15
**days**
11:24 164:2 289:11
294:18
**day-to-day**
107:17
**DEA**
59:2
**deal**
291:4
**dealing**
161:21
**deals**
196:19
**dealt**
226:2,5
**debunk**
99:12
**decades**
45:10 156:24 235:6
**December**
7:5 27:13,15,18
28:7 303:21,25
304:14 306:9
307:12
**decide**
22:15 97:6,7 214:6
214:10
**decided**
22:17 24:22 88:18
115:18 146:17
**decides**
87:1 97:4
**deciding**
123:22
**decision**
23:6 25:1 144:6
**decisions**
306:25
**decline**
87:6
**defendant**
257:24 299:21
**defense**
11:23 64:25 164:12

258:3
**define**
40:4 96:3
**definitely**
222:11
**definition**
146:9,16 203:1
214:1 276:3,13,18
277:12
**definitions**
276:15
**defraction**
253:8,18
**degree**
44:18,21,23 45:1
45:22 48:18 58:19
307:19
**delivering**
313:13
**deodorants**
100:25
**department**
64:25 105:8 106:12
106:24
**dependent**
272:12
**depending**
118:15 121:13
243:2
**depends**
40:4 61:19 117:4
118:23 120:7
181:23 184:12,14
184:14 212:8,18
213:11 217:9
**depo**
21:6
**deponent**
8:21 315:1
**deposition**
1:17 4:10,14 6:12
6:14,22 8:15
10:10 14:25 15:17
15:18,23 16:4
18:9 19:9 21:14
30:23 98:12 132:6

154:1 256:7,11
259:14,16,17,19
260:15,20,22
264:14,17,18
265:24,25 300:17
302:9 303:5,9
312:2,3 313:4,6
313:13
**depositions**
29:5
**depth**
52:24
**describe**
64:10 80:4 155:21
156:2 243:8
**described**
18:17 20:15 36:12
141:8 181:4
192:14 210:14
**describes**
71:6 134:11 135:23
148:22 149:7,22
189:6
**describing**
32:25 139:5
**description**
4:8 149:18,21
274:17
**design**
116:20 119:5,6,14
119:19 120:12
121:24
**designation**
277:6,7 278:14
**designed**
117:19 241:15,16
**designs**
119:11
**detail**
38:3 54:12
**details**
253:21
**detect**
216:23 219:10
**determine**
47:1 52:22 53:19

53:20 108:18
114:23 117:8,14
125:3 132:21
144:22 161:25
172:7 174:3,13
209:14 213:6
216:15 234:10
253:24 261:20
262:1 267:25
309:1 311:2
**determined**
212:14 280:19,20
309:11
**determining**
108:10 132:19,22
183:8,18 239:19
275:19
**detracts**
201:2
**develop**
57:11 68:25 95:6
119:13 161:8
227:13 295:8
**developed**
68:23 88:11 92:12
100:5 109:18,23
110:21 111:19,23
120:18 227:13
295:7
**developing**
45:16 109:15,22
110:7 113:8,22
297:25
**development**
156:25
**developmental**
71:24 72:14
**deviated**
146:8
**diagnosed**
59:11 220:16
**diagnosis**
170:16
**diapered**
235:1,15,23 236:13
**diet**

Anne McTiernan, Ph.D

4:22 59:10 60:3
75:19 76:1,6,15
76:22 82:16,22
83:23 87:4 94:19
100:15 101:10
106:3,18 107:7
114:3,7 151:2
152:9,23 154:22
155:11 159:17

**dietary**
157:16 158:14
159:1

**difference**
32:5,25 140:25
224:25 225:15
263:9 266:10
291:12

**differences**
134:18,18 157:15
172:4 203:1

**different**
27:2,4 28:17 39:7
49:3,12 50:1
55:22 57:13 73:5
73:11 80:23,25
103:2,22 107:5
109:18,21 119:11
123:4,6 125:5,6,8
125:11 127:24
130:9,19 137:12
138:7,12 143:12
153:1 156:3,4
160:10 168:22
177:23 187:13
195:13,16,25
196:9 198:19,20
200:10 202:23
207:6 214:4 217:4
217:4 227:6,7,14
234:23 241:13,19
241:21 242:13
248:5,6,7,16,17
248:18 251:19
253:4 258:16
259:12 273:24
282:3 283:14

285:1 299:21

**difficult**
30:2 74:18 108:20
115:8,14 117:6
125:3 156:15,17
156:18 158:6
159:17 160:7
184:16 209:11,14

**dioxide**
6:18

**direct**
35:2 72:4 92:21
104:23 111:10
119:2 168:2
169:17 192:17

**direction**
313:5

**directly**
55:21 105:25
226:25

**director**
22:19

**directors**
205:25

**disagree**
101:15 102:3
104:15,18 115:17
130:1 138:11
150:2 200:12,13
202:11 207:15,19
226:20

**disappear**
163:7

**disavowing**
79:4,10,10

**disc**
305:4

**disclosures**
257:16

**discuss**
43:3 138:24 152:24
154:25 280:5

**discussed**
28:21 43:6 194:14
205:7 284:4

**discussing**

103:2 146:16

**discussion**
269:17 283:12,14
285:17

**disease**
58:12 95:23 108:7
108:16 121:4
134:12,19 135:1
135:24 153:9
161:5 163:12
230:12,14 241:17

**diseases**
117:19

**disparity**
201:13 226:5

**disposition**
95:6

**disrespect**
150:16

**disrespectful**
150:19

**distinction**
265:15 296:17,19
296:23,24

**distinguish**
34:15 252:18,21
266:12 296:13

**distinguishing**
215:9

**distribution**
134:12 135:23

**District**
1:2,4 8:19,20 10:7

**division**
22:19

**DNA**
95:10

**doctor**
73:16 76:24 78:15
90:2 106:2 112:3
112:4 113:14
117:25 125:20
126:22 131:7
143:15 145:24
147:3 148:16,20
150:13,17 177:11

185:20 188:17
190:3,15,18 191:7
191:18,19 196:13
208:13 212:22
215:19 251:22
257:18 271:9
299:7

**document**
6:22 17:3,4,4 19:15
20:16 38:10 71:19
77:16 78:16,25
79:25 82:10,16
83:4 84:23 89:4,5
89:11,15,17,19,20
92:5 98:19 100:17
102:2 103:12
104:24 110:14,17
110:19 111:2
112:15,16,24
113:24 119:1
128:15,21 131:10
131:17 132:10
133:17 135:16,21
136:22 137:7,18
137:23 138:25
139:21 141:7
143:25 149:20,22
153:22,24 154:1
165:16 182:23
188:21 189:2,22
190:11,20,21,23
191:4,5,15 213:20
214:15 215:1
260:5,10 264:8
265:24 271:16
274:13 302:25
303:4 308:5

**documents**
10:23,25 11:6,6
16:5,6,7,15 18:4
20:10 23:7 28:12
32:11 34:6 35:7
35:11,16,19 36:16
37:2,3,12,15,16
37:19,24 38:11
39:12,21,25 40:15

40:25 89:16
137:12 254:20
260:2,25 268:7
270:12,19,25
271:7,12,17
306:12,14,16

**doing**
14:9 18:7 23:2 40:5
40:6 79:18,21
97:17 172:19
182:3 224:13
226:5 242:13
244:14

**domain**
40:8

**dose**
43:22,24 44:2,3
53:8,21,23 54:4,5
54:8,9,13,15,19
54:20,25 55:1,4,9
55:11,12,16,19,24
56:5,6,6,8,19 57:2
182:2 192:23
193:20,23,24
196:3,5,6,11,19
196:22 197:20
198:5,6,13,17
200:8 232:5,12,15
295:2

**doses**
232:17

**dose-response**
210:25

**double**
210:15

**downloaded**
80:13

**Dr**
4:18 5:15 6:24 8:21
10:3 12:2,12 18:9
18:24 49:4 50:12
63:2 64:1 69:11
89:3 112:6 128:12
155:23 196:25
203:13 226:1
230:4 231:22

Anne McTiernan, Ph.D

235:4 245:10
256:16 259:14,17
263:3 264:9
265:25 266:25
267:18 268:2,6
272:15,19,25
273:2,6 285:11
299:19 303:3,18
305:19,21 306:8
307:6 308:24
310:10 311:23
**draft**
7:4 16:10,12,25
27:2 131:22
153:14,16,18
203:20 305:22
306:9 308:5,5,11
308:24
**drafted**
80:16 279:10
306:17
**drafting**
26:19 40:13 68:4
131:18
**drafts**
27:3,4,5
**drawn**
65:19
**drew**
65:5
**drive**
2:18 10:20,21,22
10:25 11:3,7,22
12:4,8,9 16:8
68:19 127:22
242:25 243:2
**driver**
124:12
**drivers**
127:2
**drives**
243:6 246:11,17
**driving**
74:17
**drops**
195:10

**duces**
4:11,14
**due**
95:6,15 114:15
116:15 215:23
225:1,16
**duly**
9:21 313:8
**duplicate**
18:19
**duration**
192:24 194:1 195:4
195:9 198:3
**Dyke**
293:23
**D-A-U-B-E-R-T**
15:4
**D-1**
6:15 264:3,13,14
264:21 265:25
**D.C**
2:15 3:17

_____
**E**
_____
**E**
314:1
**earlier**
18:10 32:13,15
33:25 34:14 66:12
150:22 187:12
203:14 210:14
213:13 237:13,20
240:20 244:17
245:23 246:9
275:12 277:4
278:13 283:2,11
283:23 285:16
288:15
**early**
14:16,19 93:3
152:2,7,13,21
154:21 170:16
**ease**
137:24
**easier**
117:9 158:12,15,18

**East**
2:4
**eat**
115:13 156:19
157:25 158:21
233:13
**eating**
101:10 115:13,14
**eats**
155:24 190:2
**ecological**
119:9,21
**edit**
96:16,21
**edited**
105:8,9
**editing**
96:20 106:10,16
**educating**
71:11
**effect**
53:8 56:5 108:15
108:19 161:11
202:6 221:6
227:14 228:15
243:21 308:8,23
309:14
**effective**
101:11
**effects**
17:6 29:17 62:2
127:20 169:4
170:1 306:19
**effort**
153:3
**Egli**
30:21 289:24 290:1
290:20
**eight**
145:19 146:4 180:1
284:17
**either**
14:1 26:23 37:13
51:16 55:2 86:10
138:13 149:11
177:19 229:9

231:3 263:19
**electron**
253:15
**elements**
288:20
**elevated**
128:25 129:2,6
243:9,12,22 297:3
**eliminate**
244:10
**Ellis**
3:10
**else's**
254:15
**employ**
309:15
**employee**
313:10,11
**encountered**
107:16
**ended**
125:5
**endometriosis**
57:23 153:7
**ends**
217:10
**engagement**
105:11
**England**
124:25 145:8
**ensure**
101:2 113:20
**ensures**
113:5
**enter**
308:13
**entered**
231:1
**entering**
308:13
**entire**
38:9 88:13 115:1
158:25 190:21
203:16 294:18
305:24
**entirely**

117:4 118:24 120:7
132:18 196:9
244:10
**entirety**
32:23 42:6 200:22
200:24 259:14
**entitled**
11:24 65:4 77:17
82:22 91:10,13,22
110:15 151:11
**enumerate**
178:11
**environment**
95:15 96:11 233:12
308:14
**environmental**
95:19 96:10 107:13
**epidemiologic**
45:9 52:11 54:20
65:7,25 108:9
109:5 138:20
155:15 177:17
223:25 230:10
298:12 309:18
**epidemiological**
5:17 78:20 116:24
118:3,20 119:7
120:3 134:11,24
135:18,22 136:2
139:23 140:21
141:21 149:23
155:5 161:21
165:9 281:18
**epidemiologist**
107:21 160:18
185:25
**epidemiologists**
108:3 115:17 157:4
157:7 186:2 212:6
**epidemiology**
24:11 46:2 47:1
52:17 57:14 67:25
107:18,19,21,23
108:4,22,24
109:19 117:4
134:6 137:13

279:8
**epithelial**
95:8 126:11 268:19
  293:14
**equal**
161:15 212:16
**equally**
286:13
**equate**
161:16 162:19
**Erfle**
3:3 4:4 9:5,5
  299:18,19 300:22
  300:25 301:23
  302:8,16,24
  303:17 304:5,23
  311:19
**Errata**
315:6
**error**
212:11
**especially**
107:7 108:4 117:16
  157:7 269:25
  292:16
**Esquire**
2:3,3,8,13,17,21
  3:3,9,15
**establish**
73:8 281:19
**established**
48:18 77:17,20,25
  78:1 79:5,5 92:22
  93:11,15 99:12
  151:8,11 165:14
  268:18 288:15
**establishes**
101:20 104:8
**establishing**
232:6
**estimate**
27:12 101:8 127:4
  217:19 229:3
  243:12 246:23
  247:2,7,9,21,22
  247:25 248:7

249:2,3 252:11
**estimated**
233:6
**estimates**
162:25 210:21
**et**
17:13 23:10 24:6,7
**ethical**
289:21
**ethically**
57:8
**ethics**
293:3
**evaluate**
211:2
**evaluated**
186:15 212:5
  290:12
**evaluating**
94:18 213:1
**evaluation**
6:17 29:16 206:12
  206:18
**evaluations**
84:16
**evening**
305:19
**eventual**
74:19
**ever-use**
130:10 184:4
  187:15
**evidence**
5:12,14 16:10 17:3
  35:22,23 36:1
  38:14,15,17,19
  39:4 42:9 43:7
  45:2,8,9 46:3
  51:12,17 54:1,7
  55:9 57:7,13
  65:25 72:14 75:12
  84:16 101:7,20,23
  104:8,11 110:3,16
  111:3,13 112:16
  112:16 116:25
  117:4 118:18,20

119:1,7,12,22
120:3,10 122:3
128:15 131:11
132:10 135:16,19
135:21 136:2,23
137:18,22 138:8
138:15,25 139:20
141:6 149:20
166:10,23 170:25
210:25 212:19
214:10,10 223:23
223:25 234:11
255:12 272:1,5
276:8,9,14,19
277:12,15 281:18
294:7 296:4,9
307:1
**EW**
280:14
**exact**
85:23 97:13 137:15
  207:18
**exactly**
52:25 53:19 56:13
  68:3,19 80:25
  96:18 109:3,24
  154:12 220:2
  229:10 235:11
  241:10 274:2
  310:9
**exam**
290:13
**examination**
4:1,2 10:1 299:17
  305:17 313:8
**example**
23:10 38:16 40:6
  57:21 58:11 87:12
  107:15 115:3
  153:7 161:7,11,19
  162:23 163:8,13
  182:1 222:1 262:2
  262:9
**examples**
138:12 179:17
**exceeded**

288:16
**excellent**
180:7 181:4 183:9
  183:19,22 192:14
  217:17 219:20
**exception**
129:7 136:4
**exceptions**
138:9 236:16 313:7
**excerpt**
5:3,5
**excess**
227:25
**excessive**
169:1,22
**exclude**
224:11
**exclusion**
198:4
**exclusively**
76:1
**excuse**
36:14 52:4 112:6
  118:4 131:11
  189:12 211:5
  221:12 245:2
  269:18
**exercise**
59:11 60:14 62:3
  75:19 76:1,6,16
**exercising**
240:12
**exhausted**
160:8
**exhibit**
4:7,8,10,12,15,17
  4:19,21 5:1,2,5,7
  5:9,11,13,16,19
  5:21,23 6:1,2,4,6
  6:9,12,13,14,15
  6:16,20,22,23,24
  7:1,2,4 15:14,17
  15:22 19:9,12,15
  21:5,9,13 25:7,25
  26:4,7,20 37:20
  37:21 42:20 62:12

63:1,3,15 65:2
66:17 69:3,7,10
70:7 71:5 75:25
77:16 81:23 82:11
82:12,15 83:5,6,9
83:11 84:3,6 85:4
85:7,22 94:24
97:23,24 98:11,12
98:13,16 100:17
103:7,11,12,14,19
104:2,4 105:1,2
105:13 110:9,13
110:14 112:20,20
112:21 114:10
116:15,15 118:25
119:4,4 128:15
131:8,10,18 132:5
132:9,11 133:3,4
133:4,12,18 134:3
135:17 136:6,16
137:5,23 138:1,3
139:7,10,11,20
140:4,11,13,14,15
140:17 141:1,6,12
146:10 149:19
151:5 153:25
154:25 155:7,7
160:9 164:7,20,21
164:25 166:3,3,13
166:15,19 167:20
167:21,25 169:12
169:16 171:19
178:22 180:23,24
181:2 182:24
184:18 192:8,9,12
193:12 195:20
196:15 197:1,3,10
197:15 199:5,9
203:4,5 215:20
217:24 218:4,25
223:6,7 226:12
231:22 232:20,24
245:11 255:17
256:7,11,19,19
260:5,7,14,18,20
260:22 261:6

Anne McTiernan, Ph.D

263:2,24 264:3,3
264:9,13,21,22
265:24 270:3
274:5,6 276:18
279:11,12,15
280:11,11 285:15
285:20 300:23
301:9 302:1,1,1,8
302:22,25 303:3,4
303:9,14,18,19,22
304:2,5 306:4,8
306:11
**exhibits**
30:24 31:3 32:17
39:12 150:24
155:7 264:18
**exist**
144:11
**existed**
238:7 267:15
**existence**
108:14,17
**expect**
26:2,5 156:22
184:8 278:16,19
**expectation**
82:3
**expected**
278:19
**experience**
65:6,19 222:24
**experimental**
276:10 281:18
**expert**
4:15 5:3,15 7:2
11:10,18 15:7,9
15:12 19:10,16
20:4 22:16 23:7
24:17 30:12,24
70:4 78:8,14
80:10 82:21 83:19
83:22 84:2 86:13
93:22,24 110:24
136:22 137:3,21
179:18 252:12,13
252:14,24 254:22

257:14 267:1
272:19 301:13
304:8
**experts**
66:7,19 84:15
111:4 257:21,21
**expires**
313:20 315:16
**explain**
108:20 134:11
135:23 155:20
188:7 221:1,3
263:7 267:10
299:25
**explained**
130:11 213:7
233:15
**explaining**
116:19 161:18
269:20
**explains**
191:9
**explanation**
184:19 189:16
211:3 219:13
225:12 226:14
236:14 280:21
**explanatory**
163:8
**expose**
57:9
**exposed**
219:8 232:10,13
234:25
**exposure**
5:21 43:22 49:6
50:14,18 51:6,25
66:3 96:12 108:7
108:11,16 115:9
117:6,8 120:17
121:12,15,19
134:24 156:8,24
157:2,10 159:16
160:23 161:5
163:12 206:13
207:3,9 208:20

210:22 227:11
229:2,4,11 230:11
230:14 231:4,9
235:3,25 237:20
238:8,10 242:17
276:23 283:9
294:6 306:22
308:22 309:8
**exposures**
103:2 109:22 115:2
116:6,8 117:14
157:2 225:25
241:14,17
**express**
281:24
**expressed**
18:1 209:17
**expressly**
178:1 295:25
**extended**
115:6
**extent**
125:17
**external**
291:16 292:2 293:9
**externally**
289:1,5 290:21,25
291:4 292:23
**extremely**
156:15 171:15
**E-G-L-I**
290:1
**e-mail**
13:20,21,22 22:1

### F

**F**
3:16
**face**
25:13
**faced**
278:22
**fact**
22:16 37:3,15
41:20,23 51:6
84:3 99:25 120:2

120:16 154:24
175:13,19 208:18
208:18 228:5
233:12 236:13
238:7 256:18
261:24 262:1,3,12
262:15,22 273:14
281:5 284:11,13
295:5,17 311:17
**factor**
80:5 107:12 127:8
134:24 165:14,15
230:11
**factors**
71:24 72:14,25
73:22 79:20 86:20
87:10 90:19
152:17 153:2
155:4 214:13,22
277:5 288:20
**failed**
311:3,7
**failure**
165:5
**Fair**
91:19
**fairly**
274:17
**faith**
261:19
**fall**
13:17 14:16,19
64:3 272:17
**fallopian**
54:17,24 55:14,19
57:16 232:11
233:24 290:8
292:17
**familial**
95:23
**familiar**
103:15 160:18
213:12 214:11
273:19 294:14
**far**
54:17 148:24

178:25 227:24
249:11
**faster**
207:17
**fatigue**
242:4,22
**fatigued**
242:18
**fatness**
74:5 75:4 86:7
**Fax**
2:6,11,20,24 3:6,12
3:18
**FDA**
18:6 39:16 296:6
296:11
**features**
169:24
**February**
31:7 58:24
**Federal**
10:7
**feel**
12:6 51:10 238:14
**fellow**
90:17
**female**
295:6,13
**females**
294:8
**Ferrante**
269:2
**fiber**
252:18,22
**fibrosis**
292:25 293:7
**fibrous**
266:1,7,8,10,11,16
266:22 270:5
**field**
24:11 44:25 48:22
49:13,18 52:15
71:11 107:18,24
311:16
**fifth**
103:23 175:3

Anne McTiernan, Ph.D

308:18
**figure**
49:16 184:17,19
189:4 202:2,3
210:18,20,25
218:8,20 221:10
223:6 244:17
285:20
**figures**
194:13
**file**
26:23 27:1
**files**
10:25 11:3,4 27:2
**fill**
242:16
**filled**
241:19
**final**
79:13 81:3,6,10
88:20 96:18
106:12 202:12
263:3,6,10,12
285:3
**financially**
313:11
**find**
42:7,10 56:5
124:10 168:5
172:24 175:5
194:11,16 211:19
220:8,22 226:24
230:5 234:25
242:9 246:13
249:15 286:18
289:20
**finding**
129:12,21 174:5
184:7 194:17
**findings**
84:16 226:3,4
252:4
**finds**
200:15
**fine**
21:3 160:4 311:25

**finish**
27:1 71:2 186:8
188:16 190:5,6
270:15
**finished**
12:22 70:22 81:13
233:9
**firm**
26:16 32:18 303:20
**firmly**
23:2 307:25
**first**
9:21 12:12 13:8,15
13:20,25 14:5,12
15:11,21 16:2
17:7 20:10,13
21:24 22:14 23:5
36:6 60:11 62:16
62:22 63:1,14
71:19 73:20 76:24
88:15 89:3 93:3
103:19 114:11
122:5 125:7,18
128:19 130:10
131:13 134:9,23
136:13,14 140:18
141:2 148:5,22,23
149:8 152:2,2
161:19 164:25
166:22 168:4,7
173:8 187:3,4,9
187:14,21 188:4
200:20,21 202:13
205:5 216:14
230:9 265:1,23
279:10 286:18
287:2 310:20
**five**
38:25 39:1 83:16
95:5,24 122:25
123:8 194:7
212:10 234:23
237:6 242:16
256:14,19 266:24
273:24 274:2
294:18

**five-page**
98:19
**flaws**
244:11
**Flegal**
229:21 230:4
**Fletcher**
32:14
**flip**
66:12
**Flom**
2:9
**FLW**
1:11
**focus**
5:17 24:16 25:7
51:21 87:4 99:7
102:22 106:22
116:5 117:25
125:15 151:1
154:20 167:14
218:7 223:5
245:15 268:14
270:2 285:18
288:10
**focused**
76:9,20 94:19
106:17 107:9,12
109:20 121:13
152:14 285:23
288:10
**focuses**
100:15 108:10
**folder**
18:17
**follow**
57:10 68:24 103:4
227:10 291:1
**followed**
101:9 120:25
220:18 292:3
**following**
8:6 221:9 253:6
**follows**
9:23 72:6 73:21
81:25 219:6

**food**
69:18 158:3
**foods**
157:21 158:1
**footnote**
135:12
**foregoing**
313:4 315:3
**foresee**
26:5
**Forest**
244:18 245:13
**form**
27:23 28:15 33:5
37:6,17,24 38:1,3
38:5 40:2 41:1,9
42:12 43:14 46:14
48:4,24 49:22
50:16 51:9 52:3
53:11,17 55:7
61:17 73:2,24
76:7,17 78:2 79:7
80:22 81:17 84:16
86:15 87:20 88:4
89:7,13,21,25
90:3 91:2,13
92:16 94:1,14
96:5 99:6,14
102:1,13,18
104:14,19 108:1
110:4 111:5 117:2
118:9,21 123:9,17
124:4,21 126:9,20
127:16 128:18
129:23 130:7,25
132:12 133:8
136:7,17 137:9
138:18 139:3
140:10 142:25
143:20 144:4
145:2 146:12
147:14 149:10
150:1 154:9 155:2
155:12 156:6
159:7,25 162:13
168:20 170:24

174:1,9,19 175:2
175:22 176:5,21
181:20 183:23
185:22 186:18
187:5,25 189:18
193:7 200:1,17
202:15,22,24
204:5 205:1,12
208:3,22 211:15
211:21 214:24
221:19,21 222:22
223:22 224:19
225:4,19 226:21
227:20 228:1,16
228:21 233:16
235:9 236:18
238:21 240:17
241:7 243:4 244:2
246:6,15 247:10
248:2,13,22
249:21 250:11
251:6,16 252:6
255:9 258:20
261:2,13,22 262:7
262:18 263:5,16
265:17 267:3
270:23 271:5
272:22 275:8
277:19 278:2,7
280:25 282:1,24
284:2,23 289:3
291:7 293:2
294:23 295:20
297:20 298:5
301:22 302:5,12
302:20 315:5
**formation**
293:14
**formed**
73:12
**forming**
10:23 52:19 175:12
178:7
**forms**
241:19,21,24 242:6
**formulation**

147:4,12 148:4
**forth**
25:25 42:15 65:20
74:24 78:24 79:5
85:10,12 86:5
101:22 102:9,10
103:23 110:24
112:24 136:2
138:6 141:1 147:5
147:13 148:5
149:8
**forward**
57:10
**found**
100:23 101:5 136:3
146:11 166:23
168:14 173:17
174:17,25 179:16
213:16 255:20
256:21 257:6
271:13 289:23
290:14 294:6
296:15 311:7,15
**foundation**
102:22 307:23
309:3 311:20
**four**
174:20 179:6 211:8
280:7 289:11
**fourth**
268:14 270:3 308:6
**fragment**
252:19
**fragrance**
272:13 273:6
**fragrances**
272:16
**France**
6:19 206:1 280:16
**Fred**
14:14 22:2 106:2
106:24 199:8
**FredHutch**
13:25
**free**
12:6

**frequency**
158:3 192:24 194:1
195:4 198:3 231:7
**frequently**
53:4 54:22
**front**
11:12 15:23 17:25
18:18 19:20 21:17
25:8 31:21 42:20
44:11 70:9 75:25
89:5 112:22 122:1
137:5 148:16
151:9,12 167:24
190:20 191:4
197:16 199:10,17
214:15 218:4
231:23 245:11
263:2 285:21
295:22 301:1
**full**
11:12 20:8 32:3
40:5 46:1 62:16
73:4 74:2 79:19
106:13 111:9
140:18 148:22
152:16,19 153:10
171:2 231:4
269:12 281:7
295:23 309:5,9
313:6
**fully**
248:25 266:19
**Fund**
4:19,21 5:2,5,11
60:2,7 65:17 66:6
66:15,18 67:7,9
67:20 68:15 69:21
71:7,9,15,21 77:5
79:2 80:20 85:8
88:15 90:11 94:11
94:12 97:5 98:4,8
98:17,24 99:2,11
99:18 100:2,12
101:16,23 102:11
103:18 106:17
109:12,18 110:15

110:20 111:22
114:23 115:18,22
119:2 128:15,20
135:21 136:21
141:8 149:20
150:23
**funding**
67:21 71:10 181:6
204:19,25 205:3
**Fund's**
78:17
**Fund/American**
83:22
**further**
109:23 170:20
308:7,22 309:13
311:22
**future**
25:12,13 70:24
**F-E-R-R-A-N-T-E**
269:2
**F-L-E-G-A-L**
230:4

---

**G**

**Garber**
2:17 9:1,2
**Gates**
124:19 125:18,25
130:2,17,22 173:2
173:3,7,15,15
187:23 188:8,19
189:16 191:10
218:12,19 221:11
221:13 227:6
228:9
**general**
11:13 35:24,24
36:10 43:6 59:21
118:17 146:23
153:2 177:17
272:8 307:1
**generally**
11:14 32:5 49:19
118:20 120:3
143:2

**generate**
304:17
**generated**
304:13
**generation**
293:25
**generic**
107:13
**genetic**
61:25 74:15,16
95:6,16,22,23
**genetics**
95:13
**genetic-inherited**
95:24
**genital**
5:21 6:2,4 47:11,20
48:6 194:4 195:4
198:3 219:8
233:19,23 235:3
236:1 292:8 293:9
295:2
**Genofre**
297:8,16
**Genofre's**
297:1
**Gentlemen**
148:15 305:20
**geology**
252:14
**Gerel**
2:14
**Gertig**
24:6,20 97:10,22
97:22 124:8,16,18
129:16,20 167:18
167:24 171:8,11
171:19 172:10
173:3,12 177:1,8
177:15,15 178:1
227:6
**getting**
5:10 105:19,22
106:9 218:16
261:21,24 262:20
**give**

15:10 20:8 54:12
67:11 68:18 84:12
122:13 138:2
139:9 168:17,19
168:21,22 179:17
190:13,14 192:4
209:22 238:4
250:17 300:20
304:18
**given**
20:19 24:6 28:1
41:12 47:14,15
56:11 60:15,18
68:22 174:22
208:7 238:7
269:25 278:16
315:4
**gives**
81:25 177:3
**giving**
49:11 163:23
228:23
**gland**
294:9
**global**
71:7,9,15 81:6,7
82:23 83:24
**glove**
290:3
**gloves**
290:13
**GMOs**
5:8 103:21
**go**
17:14 21:24 32:4
51:1 65:13 85:7
86:22 96:20 99:25
112:16 119:25
121:25 127:24,25
128:2,4 130:5,6
141:19 145:24
154:10 161:17
175:15,16 183:4
229:18 233:13
287:12,15 299:8
**goes**

Anne McTiernan, Ph.D

14:1 62:19 99:25
101:5 106:13
151:22 183:12
198:1 242:24
243:3 272:13
286:2
**going**
19:1 50:19,22
62:25 63:19 70:23
70:24 87:4 117:21
119:25 127:23
128:6 130:20,20
137:25 149:16
150:6,10,16
155:21 156:13
158:19 167:20
182:6 191:12
193:23 218:17
227:13 231:11,15
242:12 245:4
251:19 253:9
267:14 282:13
285:5 299:9
305:10 306:7
**Golkow**
8:13
**Golomb**
2:21,22 9:3,3
304:24 305:3
**Gonzalez**
173:13 188:4
218:12,19 221:12
221:14 222:7
**good**
8:24 9:1 10:3,4
29:3 147:18
150:13 187:10,23
197:2 216:23
218:1 261:19
305:19
**Gordon**
3:4 36:7 256:5,18
256:22 257:12,19
258:12
**gotten**
199:8

**government**
11:11,18 17:9
52:16 64:8,12,18
64:24 65:9 132:16
**governmental**
64:23
**governments**
64:22
**grab**
285:14
**Grade**
208:11
**grant**
64:17,21,25
**granulomas**
292:25 293:7
**grappling**
27:20
**great**
53:7 300:25
**greater**
71:24 72:15 74:7
75:3 130:19 172:8
184:10 298:23
299:3
**group**
57:9 77:7 127:17
208:21 213:15
214:1,5,11,21,23
226:10 269:7
270:5 274:14,22
275:1,7,13,19
276:2,24 277:6,17
278:6 280:8,15,19
280:20,23
**grouping**
214:21
**groups**
50:8,10 100:12
109:14 234:2,7
**growth**
71:24 72:15 74:7
74:12,18 86:7
**guess**
271:19
**guidelines**

49:11 50:3 64:14
68:22 73:9,10
88:22 110:8
132:17,22 144:20
**guides**
66:7,19
**Gutierrez**
2:3 9:13,13
**gynecologic**
59:12 61:24
**gynecological**
59:8,15
**gynecologist**
30:13
**gynecology**
5:18 52:16
**G-E-N-O-F-R-E**
297:1,9

---

**H**
**H**
2:3 313:13
**Haas**
229:21
**habit**
239:8
**habitual**
239:4,21 240:11
**habitually**
240:14
**half**
26:17 105:10
117:24 202:12
234:4,4
**halfway**
114:12 219:5
**hallmarks**
179:15
**Halperin**
2:8 9:11,11
**Hamilton**
293:17,20,21
**hand**
15:18 69:18 162:1
164:7 185:12
196:25 215:10

230:1 247:3
252:19 296:15,21
**handed**
168:3 196:4,21
**handwritten**
304:10
**happen**
79:23,24 197:6
**happened**
22:23 40:9 79:22
79:23 96:25,25
97:1 151:3 157:10
**happens**
40:8 291:22
**harder**
157:19,20
**Harlow**
287:25
**Hartge**
33:13,15,17 286:23
286:24 287:3,9,12
**head**
13:14
**heading**
44:9 84:9 93:11
95:1 114:12
119:18 134:5
135:18,20 136:2
139:13 206:10
281:14
**health**
16:9,20,23 17:1
18:3,12 65:1,13
113:6 117:20
124:24 125:2
128:25 129:8
134:12 135:23
145:7,8 171:4
173:7 187:7,21
204:21,22,23
205:3 222:2,20,24
230:21,25 239:14
239:15 241:20
242:10,11,15
283:4,7 305:22
306:3,15,17,23

307:2,7,11,16,20
307:24 308:16,25
309:12 310:1,7
**healthy**
101:10,10 120:24
**hear**
105:15
**hearing**
15:2,4 25:11 26:3
**heavily**
131:17 132:9,13
**heavy**
270:20 271:2
**height**
71:25 72:16 74:5,8
74:13,14,19
165:23
**held**
8:15 18:9 58:23
59:2
**Heller**
232:18,23 234:1,14
237:5,12
**help**
28:18 67:6 76:4
106:16 158:10
196:2 232:15
242:7
**helped**
70:4
**helpful**
146:11
**helping**
159:13
**helps**
214:5
**Henderson**
33:22 289:14
290:20
**hereunto**
313:14
**herewith**
313:13
**hesitating**
97:13 216:4
**heterogeneity**

192:22 199:19
200:15,25 201:3
201:15,25 203:1
219:14 225:12
226:2,14
**heterogeneous**
202:21
**hierarchy**
116:24 117:4 118:5
118:14,20 119:7
120:3 128:23
**high**
44:23 45:1 50:21
57:20 61:25
165:13 170:21
233:8,11 250:5
251:4 275:13,18
286:9 287:20
292:18 297:23
**higher**
51:17,18 118:5
167:5,9 168:10,14
172:10 185:14,21
187:17 243:2
277:7,16 278:14
**Hill**
109:6,10,13,24
110:1,7 111:11,18
111:23 112:17
115:5 132:20
209:21 288:19
**Hill's**
111:19
**hired**
45:25 46:6 61:12
61:19 80:10,11
166:8
**hold**
78:15 168:4 190:1
218:13 234:5
236:15
**holding**
19:21,23 69:17
**holds**
49:18
**home**

26:23,25
**homes**
294:22,25
**Honik**
2:22
**hopefully**
249:22
**Hopkins**
6:12,14 256:12,19
257:1 260:1,15,22
261:6 263:3
264:14,22 265:25
**hormone**
80:5 158:9
**hot**
5:8 103:21 116:8
240:13
**Houghton**
24:7,20 173:12
218:12,14,19,24
221:13 222:1
228:9
**hour**
14:21,23 56:21
117:24
**hours**
27:8,11,14,16,18
27:19 28:4,4,7,8
117:13 294:18
**human**
55:20 108:6,23,23
134:12 135:24
270:5 285:1
288:25 290:4
294:21 296:7
308:16,19 309:8
309:12
**humans**
6:17 55:10 108:4
206:14 207:4,5,10
207:21,23 233:25
274:17 275:3,22
276:4,8 277:15
289:7,18 290:17
290:24 291:19
296:2 297:6

298:16
**Huncharek**
33:25
**hundreds**
11:12 40:23 64:3
158:22,23
**Hutch**
5:9 14:14 22:2
104:24 199:8
**Hutchinson**
106:24
**Hutch's**
106:2
**hygienist**
61:10
**hyphen**
297:17
**hypothetical**
311:11
**H-O-U-G-H-T-O...**
218:24

**I**

**IARC**
6:16 29:11,13,16
29:18 34:2 50:20
65:14 67:24
207:25 208:7,14
208:19 213:12,15
213:16 214:2,12
214:20 265:12,14
266:18,19,22
269:6,7 270:4,6
273:17,24 274:9
274:25 275:12,17
277:8,11,17,25
278:3,14 279:10
280:5,8,14,20
284:11,14,19
**IARC's**
276:14
**idea**
38:9 81:15 120:22
255:25 261:5
**identical**
104:3 136:3,15

162:5 188:5
198:23
**identification**
15:15 19:13 21:10
63:4 69:4 82:13
83:7 98:14 103:8
105:3 110:10
138:4 164:22
167:22 169:13
180:25 192:10
197:4 203:6
232:21 260:8
263:25 274:7
279:13 302:23
303:15 304:3
306:5
**identified**
30:4 134:19 163:25
257:4,12,19
259:13,20
**identifies**
42:20
**identify**
8:22 28:12 29:3
33:8 42:15 107:10
126:6,16 175:7,11
256:24 257:20
273:6 293:6,11
296:12 298:14,22
299:1 300:21
303:19 304:6
306:10
**ignored**
224:22
**III**
308:17
**IL**
297:18 298:2
**images**
253:18
**Imerys**
3:2 9:6 35:12,16,19
36:14,15 37:4,13
37:16 39:12 256:8
285:13 299:20
300:13,14 301:6

302:4
**impact**
176:18
**Imperial**
67:7,16,17 77:3,5
87:3
**implausible**
236:24
**implemented**
184:1
**importance**
212:3 216:18
**important**
127:15 183:8,16,18
186:21,25 197:20
198:9 215:13
267:6
**improper**
192:1,1 210:8
**inappropriate**
148:19
**incidence**
43:23 134:19
**include**
12:9 16:9 48:10
53:3 60:6 79:25
115:3 144:2,24
148:8 155:3
184:11 185:16
186:22 191:24
210:9,12 238:17
256:2 269:17,24
**included**
12:8 24:19 42:24
43:1,17,18,19,20
59:25 75:21 79:15
81:4 114:14
117:16 122:21
124:24,25 133:15
133:16 135:3
137:7 171:13
179:22,23 186:20
187:9 191:25
198:2 203:9,13
210:13 219:7
238:16 241:13

269:23
**includes**
48:9 99:23 103:1
135:6 147:8
182:25 185:17
251:1 286:7 297:3
309:6
**including**
6:15 43:5 46:2
61:24 65:8,25
66:22 95:15 113:5
149:23 170:6
192:22 199:18
275:22 297:6
313:6
**inclusion**
39:15
**incomplete**
229:11 311:10
**inconsistent**
50:12,19 51:3 52:2
252:5
**incorporated**
188:6
**increase**
46:5 47:24 53:7
54:8 57:18 58:17
95:10 131:3 194:4
194:5,6,7 201:5
232:17
**increased**
47:9 57:21,23 58:8
58:9,13,17 101:8
126:1 130:3,23
140:2 166:11,24
189:7 200:5 217:8
278:25 297:6,24
298:15
**increases**
53:22 54:22 58:1
58:12 151:20
170:19 258:23
**increasing**
210:21 244:15
**incurred**
303:24

**independent**
84:15 182:8,11
301:15
**independently**
273:13
**index**
4:1,7 5:1 6:1 7:1
75:5 165:13,17,22
166:2 167:5,7,10
167:15 168:10,15
171:5,6,14 175:14
175:21 176:4
177:2 178:10
**indicate**
308:20
**indicated**
196:22 244:24
259:9 272:15
**indicates**
206:13 266:2 301:3
**indication**
259:11
**indicative**
308:7,23 309:13
**individual**
52:25 114:6 123:19
143:3 159:20
182:4 183:4
184:12 210:1
226:9,19 227:22
243:21,24 244:11
244:12 267:24
283:17
**individually**
159:24
**individuals**
57:20 58:13 161:9
230:10
**individual-level**
139:22 140:20
**industrial**
61:10
**industry**
34:6
**inert**
233:22 289:21

**inference**
109:7
**inflammation**
56:7 57:2,5,5,17,25
58:3,8,8 232:12
292:12,15,19,24
293:7 295:17,18
296:14,21 297:10
297:12,14
**inflammatory**
54:18 55:3,12
57:20,22 58:11,15
153:9 297:3,15
298:3,7,9,10
**influence**
134:25
**influenced**
232:3
**inform**
17:25 311:7
**information**
5:16 16:11 17:8
18:6 36:9 51:4,15
52:24 53:4 73:11
78:7,9 106:18
113:7,21 115:25
118:18 121:19
123:21 137:13
141:21 158:6,8
168:19 182:2
224:4 229:11
238:18 241:22
242:12 259:4
264:22,25 282:2,6
300:17 306:18,20
306:21 307:6
308:10 309:6,7,23
**informing**
22:19
**inhalation**
294:7
**inhaled**
55:11
**inherited**
95:16 96:9
**initiated**

280:14
**Initiative**
222:3,25 230:25
239:14 241:20
242:11 283:4
**inject**
291:21
**injected**
55:2,10
**injection**
297:2
**input**
68:18 79:12 97:7
**inquiry**
12:7
**inside**
91:24 291:13 292:7
**instance**
43:11,21
**Institute**
4:19,22 5:7,11 34:4
64:21 65:1 71:17
80:20 83:22
102:15,20 103:1
103:15 104:10
205:25
**institution**
13:24 14:8,13 22:2
22:2,11,18,20
106:13
**institutional**
13:20 26:11
**instructions**
81:25
**insufficient**
42:10 47:1 123:15
124:9 281:18
**integral**
157:9
**intend**
25:11
**intending**
281:24
**interaction**
13:15
**interest**

181:11,14 205:10
**interested**
22:17 23:1 36:7
38:22 313:12
**interferes**
160:22
**interfering**
163:10
**interleukin**
58:16 297:4,7,24
298:7 299:2
**internal**
35:6,16 37:12,24
39:21,25 40:15,25
**International**
5:3 65:14 208:1
273:19 280:15
**internist**
107:22
**interpose**
10:13
**interpret**
67:6 152:25 215:21
**interpretation**
66:8,20 110:8
192:25 193:4
199:20 200:21
202:1 276:24
**interpreted**
73:10,10
**interpreting**
65:7 71:10 251:7
251:10
**interprets**
75:4
**interruption**
218:16
**interval**
183:7 185:16,17
195:10 206:7
221:5 223:14
245:21 250:2
251:1 285:25
286:1,6,13 287:6
288:1,5,8
**intervals**

Anne McTiernan, Ph.D

183:10,21 186:3
  186:13 227:17
  251:11 288:7
**interview**
117:12 159:12,12
**interviewed**
239:13,17
**interviewer**
117:13
**intimate**
158:19
**intramural**
64:18
**intrigued**
184:2
**introduce**
55:18
**introduced**
54:15 57:15 295:2
**Introduction**
111:9
**invasive**
126:2 129:13,22
  130:4,24 173:21
**inverse**
39:9
**inversely**
168:10
**investigate**
99:19
**investigated**
167:6
**investigation**
134:17
**investigators**
115:16 282:4
**invoice**
304:13,17
**invoices**
6:24 20:18 27:13
  303:20,23
**invoked**
219:13 225:11
  226:13
**involve**
292:1

**involved**
87:6 142:9,10
  145:10 291:19
**involvement**
12:13
**involves**
22:19 290:21
**in-person**
159:11
**irrespective**
198:7
**issue**
24:14 30:14 33:21
  36:20 40:1 121:20
  130:8 156:7 165:4
  177:4 181:21,23
  224:3 226:2
  227:18 249:7,14
  249:19 258:17
  289:21
**issued**
82:21 83:20
**issues**
27:20 70:20 84:3
  99:20 227:3
**item**
145:12 158:7 230:5
  267:14
**items**
17:19 29:21 30:4
  31:24 32:2,6,23
  33:9,9 34:9,20
  36:13 62:25
  135:13 158:4
  301:25
**iterations**
27:5
**I-M-E-R-Y-S**
35:13
**I-N-T-E-R-L-E-...**
299:2

**J**

**Jackson**
70:15 83:20
**January**

1:19 8:2 83:12
  98:18 164:1,13
  304:14 313:5,15
**Jersey**
1:4 8:20 10:7
**JNJ**
35:3
**job**
52:10
**jog**
20:14
**John**
6:12,14 256:12
  260:1,15 264:14
**Johnson**
1:9,9 2:2,2 8:17,17
  9:12,12,14,14,16
  9:16 10:6,6 34:5,6
  35:6,7,19,19 36:5
  36:5,15,16 37:4,4
  37:13,14,15,16
  38:10,10 39:11,11
  39:18,18 47:4,4
  256:11,12,23,23
  257:1,1,3,3 258:8
  258:8 259:13,13
  261:8,8 267:21,22
  271:20,21 272:10
  272:10 299:21,21
  300:2,2,9,10
  301:5,5,10,10,20
  301:20 302:11,11
  302:14,14,18,18
**Johnson's**
38:16 47:12,21
  48:2 254:9,12,18
  254:23 255:2,7,20
  256:21 257:6
  258:6,12,18 259:6
  259:18 270:10,22
  271:3,9 272:1,14
  273:3,7,14
**journals**
11:9 30:2,2 64:4
**JS**
280:14

**judge**
10:14 93:6
**judged**
72:22
**judges**
72:6 73:21
**judging**
5:12,13 110:3,15
  111:3,13 112:16
  119:1 128:15
  131:10,11 132:10
  135:16,20 136:23
  137:18,22 138:8
  138:15,25 139:20
  141:6 149:20
**judgment**
74:24 75:9,14
**judgments**
77:12,15 78:24
  85:9,11,17 86:3,5
  153:16
**Julie**
256:8 302:25 303:3
**July**
58:24 206:1
**Jury**
148:15 305:20
**juxtaposing**
162:1
**J&J**
301:12 310:10,22

**K**

**K**
2:14
**keep**
25:17 74:22 83:9
  140:14,15 193:9
  194:21 278:10
**keeping**
101:10
**Kesmodel**
163:21 164:8,11
  165:1
**key**
16:11 17:6

**kind**
61:2 73:14 107:11
  109:16
**knew**
24:9 42:6
**know**
23:17 25:15 35:10
  36:10,20,24 37:2
  37:14,22 47:8
  50:19 52:24 55:1
  55:8 57:17 68:3
  99:16 102:25
  103:6 104:20
  133:19 149:13,18
  149:22 153:5
  159:2 170:14
  174:23 181:6,9,11
  181:15 187:11
  189:15 191:23
  204:4,6,14,16,18
  204:19 205:2,4,10
  205:14 213:15
  214:4 220:2 224:6
  236:6,20,22 237:5
  240:18 242:21
  254:7,11,17,23,25
  255:14 258:5
  260:20 263:2,9,12
  263:14 265:7
  266:10 267:5,8,18
  268:1,6 275:1
  294:16 297:21,23
  300:5,9,14,17
  301:7,11,11,19,25
  302:6,8,16
**knowledge**
11:4 12:4 20:17
  32:16 48:9 76:8
  78:12 81:22 93:19
  98:25 153:19
  154:11,15 183:12
  204:14,24 272:23
  295:14 297:15
  298:9
**known**
14:2 23:9 30:20

59:2 101:20 104:8
134:17 144:10
216:14 265:15,16
269:25 291:20
**knows**
12:2
**K-E-S-M-O-D-E-L**
163:22

**L**

**L**
2:17
**label**
154:3
**labelled**
259:8 290:4
**lack**
154:20 192:23
198:6,11,12 215:5
215:22 217:14
230:6,7
**lacking**
286:5
**lacks**
307:22 309:3
311:19
**lactation**
75:13,21 76:12
78:10 86:7
**Ladies**
148:15 305:20
**Langseth**
279:15,22,24,25
282:7,16 284:14
**language**
5:13 93:13 138:7
138:13,14 140:7
141:1,2 144:1
**large**
65:7 145:16,17
174:12 175:5
198:4 222:25
282:17,20
**largely**
78:7 212:8 246:8
**larger**

39:14 140:2 186:12
217:13 244:7
246:18 279:4
283:9 288:6,9
295:1
**late**
13:18 14:12,16,19
22:15 145:24
152:8,13,21 155:1
**latency**
120:20 156:24
157:8 235:4,21,24
**latent**
119:12 120:11,16
121:17
**latest**
83:20 166:23
**law**
32:17
**lawyers**
14:3 28:23 61:12
86:14 87:17 88:2
166:8 257:14
267:1
**lead**
293:13
**leading**
71:24 72:15 292:24
**leads**
230:8 292:12
295:18 298:15
**learned**
147:3
**lectures**
60:15
**led**
297:10,14
**leeway**
106:14
**left**
304:25
**left-hand**
85:14 122:3 168:3
169:18 182:24
192:17 195:2
**legal**

22:21
**less-than-once-a-...**
131:5 187:16
**letters**
35:3
**let's**
18:11 19:9 21:24
31:8 62:24 63:17
71:5 112:19 114:9
118:25 128:4
138:21 167:18
196:24 217:24
231:14 251:18
260:5 265:1,1
281:13 285:3
288:10 299:8
300:25 302:24
303:22 304:5
**level**
54:12 174:4 202:10
214:10 227:7
242:17 275:18
277:14,16
**levels**
57:20 187:17
210:21 297:4,18
297:23 298:2,15
298:23 299:3
**LHG**
1:11
**Liability**
1:11 8:18
**library**
26:11 199:3,8
**license**
58:23 59:1,2
**life**
157:23 159:14
242:14 308:16
**lifetime**
117:8,14 121:9,12
121:15,18 152:11
156:16 224:6
227:11 230:23
231:4 233:5
**light**

253:13
**likelihood**
213:6 232:14
**limit**
54:7 183:1,2,6
249:9 250:1
251:14
**limitations**
114:16 116:16,22
119:7
**limited**
75:13 89:9 106:7
155:10 276:8,14
276:19 277:12,15
**limiting**
92:9 252:3
**line**
53:14,15 118:3
202:4,5,5 265:23
308:7 314:3
**linear**
71:24 72:15 74:7
74:12 86:7
**lines**
57:13 179:6
**link**
66:24 69:8,14,17
100:23 101:6,24
104:12 108:6
216:8
**list**
11:12 12:5 16:15
18:11,22,25 19:2
19:5 34:9 35:3
90:10,16 92:15,17
92:18 107:15
163:24,25 164:3,5
203:10 218:9
219:22 230:5
253:9 274:3
**listed**
16:23 17:19 20:12
32:7,19 34:20
36:13 37:2 70:13
85:2,5 90:16
92:25 93:3,15

99:22 103:14
104:2 132:20
151:14 152:3
153:4 205:5 210:6
213:17 221:17
246:3 274:14,21
285:19,20 301:25
**listen**
89:10 97:7
**listing**
77:17 103:21
203:14 275:13
**lists**
16:4 31:23,24
40:24 70:11 84:24
131:14 195:4
277:25 278:5
**literally**
64:3 133:4
**literature**
14:21 23:9 40:5
41:5,24 42:2,6,8
57:4 71:11 94:3
109:5 114:13,20
114:22 122:8
170:14 278:23,24
278:25 292:23
308:20 309:20
**litigation**
1:12 8:13,19 12:14
13:12 14:7 23:6
24:18 25:24 26:19
27:9,20 30:24
31:20 37:21 39:20
39:24 61:13 64:2
86:14 123:25
132:7 137:3 140:6
140:7 144:2 145:1
166:9 175:12
178:8 181:16
204:8 205:16
256:14 257:15,22
257:23 259:11
266:24 267:2
268:7 272:21
273:2 281:25

299:23 303:25
307:15
**little**
11:5 17:14 32:20
44:6 47:18 50:4
50:25 51:11
138:21 147:15
171:15 193:23
200:9 209:6,11
227:6 232:9
242:15 260:14
262:20 273:17
303:1
**lives**
94:16 220:18
294:19
**LLC**
3:8 9:10,10
**LLP**
2:4,9,14 3:4,10,16
**local**
297:2 298:3
**Locke**
3:15 9:7,7 105:13
245:2 305:1 307:4
311:12
**logo**
69:24
**long**
14:5 22:7,14
119:12 120:11
121:17 144:22
157:8,9 158:4
227:10 235:17
237:1 274:17
**longer**
26:18 53:6 54:21
159:19 235:11,24
**Longo**
29:7 31:5,8,9 36:20
36:24 39:6 256:16
256:20 257:2
266:25 267:18
268:2,6 271:19
**long-term**
184:9 185:4,8,13

**look**
20:1,23,25 28:10
31:20 34:5 35:17
35:17 36:23 39:16
40:11 44:4,5
51:15 52:10,12
53:4 54:20 57:7
57:12,13,14 61:18
62:12 65:2 69:6
70:7,24 71:5
74:11 75:24 76:19
81:23 84:6,23
85:14 86:1 92:11
94:13,16 100:17
103:19 108:4,7,25
110:12,23 111:7
112:20 114:9,24
117:19,22 118:18
118:25 123:19,20
123:22 125:1
131:7,13 138:17
138:21 141:12
144:10 145:18
146:18,23 148:17
157:7 161:24
163:1 167:17,18
168:17 169:11
171:6,10 176:13
176:15,20 177:23
178:21,23 181:25
182:4,23 184:15
184:17 185:3
187:19 189:4
191:14,15 192:7
194:12 197:10
199:9 200:2 202:2
210:11 211:4
212:18,19,19,20
213:5 214:9,16
215:20 217:23
218:25 219:1
221:16,23,23,25
224:2 228:22
232:15 233:2
235:12 238:22
240:1,6,8 241:15

241:16 243:24
244:4,16,17
245:20 249:23
250:22 252:10,10
255:16 256:22
266:19,23 267:24
268:5 271:12,16
272:7,10 276:17
277:7 280:11
281:13 298:25
299:5 300:16,25
303:18
**looked**
25:5 31:3,12 37:18
38:2 39:12 42:6
43:10 51:14 52:22
92:12 123:25
128:13 130:10
145:1 155:6 159:9
165:16 182:19
209:25 210:1
223:24,25 234:2,7
234:10 268:12
269:22 272:8
273:5 274:3
297:22
**looking**
23:18 35:10 36:21
41:13 45:10 46:10
51:3 59:23 74:12
75:18 83:2 85:3
85:16,24 87:22
94:8,18 100:7
108:23 109:14,15
113:25 116:3
121:24 125:5
149:1,5 157:8,9
163:3 170:22
171:18 181:13
191:20 194:21
195:18,21 221:10
222:10 230:3
233:2 243:10
244:16 245:13
250:20 253:21
257:18 271:19

275:10 277:11
287:8 294:3
297:12 298:18
302:9 303:1 309:9
**looks**
17:10 45:11 60:3
75:20,23 93:17
100:4 115:23
195:13,16 303:6
**Los**
2:5
**lost**
190:21
**lot**
127:3 135:3 140:7
202:9 240:23
264:25
**lots**
49:12
**low**
219:12 225:1,11,17
226:13 286:15,22
287:6,12,15,20,23
287:25 288:13
**lower**
54:1,7 85:14
128:23 130:20
182:23 183:1,6
202:18 225:23
227:2 229:1,12
230:8 242:25
287:6
**lunch**
127:25 138:23
150:5,8
**lung**
17:5 161:8,12,13
162:23 294:9
306:19
**lungs**
55:2,11
**lymph**
233:21
**lymphoma**
58:14
**Lyon**

6:18 206:1 280:16
**L-A-N-G-S-E-T-H**
279:24

---

**M**

**M**
2:21 3:3
**macrophages**
294:1
**magical**
212:12,17
**main**
3:10 68:3 119:12
120:10
**maintained**
27:5
**maintaining**
101:9
**major**
127:2,6
**majority**
101:1
**making**
42:17,22 43:5
162:24 201:23
212:11 217:12
296:17,19
**males**
294:10
**management**
16:11 17:4 306:24
**manner**
155:25
**Mansukhani**
3:4
**manufactured**
45:5,19
**manufacturing**
311:14
**manuscript**
16:13 203:20
**manuscripts**
11:8 20:10 61:23
62:2,19
**March**
60:11

mark
19:1,9 62:24,25
63:1 82:10 83:4
98:12 105:1
137:25 164:20
169:15 180:22
192:8 196:24
203:4 232:23
260:5 274:5
279:11 303:22
304:5

marked
15:14,17 19:12,15
21:1,9 26:6,19
63:3,14 69:3,7
71:25 72:15 75:4
82:12 83:6 98:11
98:13 103:7,10
105:2 110:9,13
112:20 135:17
138:3 150:24
154:24 164:21
167:21,25 169:12
172:4 180:24
192:9 197:3 199:5
203:5,14 232:20
260:7 263:24
264:2,9 274:6
279:12 302:22
303:4,9,14 304:2
306:4,7

markers
57:20 58:15

market
2:22 47:5

Marketing
1:10 8:18

marks
312:1

mass
75:5 165:13,17,22
166:1 167:5,7,10
167:15 168:10,15
171:6,14 175:14
175:21 176:3
177:2 178:9

matches
161:8,9,12 163:17

match-carrying
162:23

material
148:3 149:6 196:15
300:2 301:4

materials
4:17 11:22,24 12:3
12:5 17:24 18:2
18:12,16,23,24
19:1,5,5 28:12,15
28:17,20,20 29:22
31:23 32:7 33:1,3
34:23 57:14 63:2
63:7,10 203:13
257:4 269:9

matter
8:17 10:6 14:22
22:16 24:5 25:11
25:21 26:3 28:5
40:15 41:4 109:6
118:3

ma'am
55:22 57:25 85:24
100:3 102:7
106:21 109:2
111:25 113:14
117:21 129:19
130:12 150:15
151:9

McTiernan
1:17 4:10,14,16,18
7:3 8:5,21 9:21
10:3 12:2,12
18:24 49:4 50:12
63:2 64:1 69:11
89:3 106:2 112:6
128:12 155:23
196:14,25 203:14
226:1 230:4
231:22 235:4
245:10 264:9
285:11 299:19
303:3,18 305:19
305:21 306:8

307:6 308:24
310:10 311:23
313:4 315:8

McTiernan's
5:15 6:24

MD
4:16 7:3

MDL
1:11

Meagher
2:9

mean
14:15 44:21 49:8
54:3 60:6 68:19
74:7,9 76:25,25
95:14,21 131:24
133:2 135:12
149:1,8 150:16,20
161:20 162:10,11
187:22 226:16
235:22 239:9
251:11 257:20
259:22 262:12,15
262:23 263:7,11
263:12 266:2,7
267:8,16 280:19

meaning
209:12 243:24
263:7

means
39:9 64:19 68:11
95:12 96:2,9
116:19 161:17
172:14 212:10
213:23 245:24
251:3 263:11
274:18 286:8
287:18

meant
60:7

measure
117:7 165:5,22

measured
74:10

measurement
165:23

measuring
156:8

meat
158:17,21,23,24
159:20 160:3

mechanism
269:25 292:19,22

mechanisms
47:25 52:12 108:5
108:8,25 269:19
269:20,22

mechanism-relat...
30:17

mechanistic
29:2,25 32:14 46:2
295:23

media
60:21 63:24 150:12
231:20 305:14

medical
39:23 40:14 44:17
45:22 48:18,22
49:5,13,17,20
50:8,13,18,18
51:4,21,23 52:7
52:14 58:19
311:16

medicated
263:22

Medications
158:8

medicine
34:4 58:23 60:14
111:21

medicines
59:3

Medline
23:12,21 24:1
114:14 122:9

meeting
206:1

meets
132:24 308:12

member
66:7,18 67:11 68:5
68:7,10,14 71:23

77:11 93:22 99:3
109:10 131:15
153:15 166:1

members
67:15,17 70:11
84:25 90:10,17
113:6,20 269:7
280:23

memorized
36:21 37:7,10
80:25 214:3

memory
13:16 20:14 191:3
191:6 214:20,25

menarche
93:3 152:2,7,13,21
154:21,25

menopause
152:8,13,22 155:1

menstrual
152:11,15

menstrual-related
153:12

mention
107:14 115:19
153:12 254:21
255:24

mentioned
11:19 16:18 23:20
30:14 58:15 67:15
80:7 107:4 115:5
116:7 143:5
166:25 187:12
191:21 206:21
209:3 210:4 213:9
213:13 222:15
259:6 270:21
275:12 290:20
291:3,4 292:1

mentions
71:9 120:13,15

mere
108:14 261:24
262:1,22

merely
212:9

**merits**
119:10
**mesothelioma**
41:17
**messages**
16:11 17:7,10
306:23
**met**
10:5 272:24 280:5
**meta**
178:13,17 179:8,12
179:14 244:10
**metals**
270:20,21,21 271:2
272:9
**meta-analyses**
64:16 66:2,8,20
67:8,18 88:12
100:16 115:24
116:2 132:15
144:10 152:25
179:20,23 180:7
181:23 187:1
192:2,14 193:15
202:9 204:12
206:24 207:1
209:4,10 210:2,4
217:13,17 219:19
222:10 243:15,25
268:22 279:5,25
308:18 310:5
**meta-analysis**
6:3,5,7 16:12 17:12
40:6 51:16 76:9
76:21 77:1,2,3,4,6
78:22 80:15 94:18
100:8 115:21
139:22 140:19
147:8 154:16
180:3,6 181:19
182:3,13 183:11
191:23 195:2,5
197:23 198:9
206:4,20 209:2
210:10 219:7,10
219:11 220:21

221:23 243:10,13
244:21 275:25
280:7 283:15,18
298:19 309:19
310:3,6
**method**
50:19 144:21
253:25
**methodological**
114:16 116:16
**methodology**
112:24 114:12
116:14 192:1
240:21 294:14
309:15,16
**methods**
132:14,15 191:20
192:4 253:24
254:11,13,15,17
**mice**
295:6,13
**Michael**
3:9 9:9
**Michael.anderto...**
3:13
**Michelle**
2:13 8:24 10:21
12:18 13:8
**microenvironment**
95:10
**microscopes**
253:4
**microscopic**
253:19
**microscopy**
252:24 253:1,13,15
**microspheres**
290:5
**middle**
13:24 66:17 179:4
190:7 215:21
218:18,20
**midway**
169:21
**migrate**
233:21 292:7

**migrated**
236:21
**migration**
30:18 33:22 290:11
290:17
**mill**
254:5
**mind**
53:23 132:7 154:19
162:3 283:20
284:22 296:18,19
296:24
**mine**
254:3,7 261:20
262:2
**mineral**
265:15
**mineralogist**
266:12
**Mineralogy**
252:16
**minerals**
266:1,7,11
**mines**
302:10
**minimize**
306:22
**minimum**
216:9,21 217:1
**mining**
262:3
**minute**
56:23,24 62:13
79:15 119:25
214:18 218:13
265:13
**minutes**
56:22 63:18 285:11
285:12 289:23
305:6
**mischaracterizes**
90:1
**misclassification**
165:3 230:13
242:24
**misclassified**

230:11,19
**misconstrued**
96:8
**misrepresented**
236:7
**missing**
153:6,7,9 155:4
**mission**
71:6,8 75:23 87:8,8
102:22
**misspoke**
113:12 131:12
221:12 296:5
**misstate**
52:4
**misstates**
46:8 52:4 55:6
56:16 58:5 61:16
79:8 90:23 91:3
102:2,19 113:23
118:22 131:20
146:13 155:13
170:25 176:22
188:1 200:18
201:16 202:16
211:22 213:19
223:23 224:20
225:5 236:19
244:3 247:11
251:8 265:9,18
268:9 271:4 281:1
296:3,8
**Mm-hm**
13:2 58:20 65:10
139:17 161:1
288:22 291:23
304:20
**model**
217:3,11 262:10
295:11,15 297:12
**models**
262:23 297:1
**moderate**
228:19
**modifiable**
155:25 156:1

**modification**
109:16
**modified**
25:24 109:12
**modify**
114:6 213:4
**moisture**
170:7
**moisturizers**
100:25
**moment**
19:2 32:21 34:7
84:13 122:13
124:16 138:22
139:9 193:11
216:12,18 222:15
224:8 266:15
292:10 300:20
**moments**
55:17,25 57:1
237:19
**Monday**
8:1
**monitor**
148:15,17
**monograph**
34:2 208:2,4,19
265:14 269:6
274:9 277:8,11
279:10 280:15
284:11,14
**monographs**
6:16 29:11,16
**month**
16:3
**months**
14:8,10,15 22:10
22:25 26:17
**more-often**
131:5
**morning**
8:24 9:1 10:3,4,5
20:24 28:21
150:14 153:15
163:20,23 165:16
165:19 166:4,14

Anne McTiernan, Ph.D

166:19 232:9
**Morrison**
3:4
**moss**
171:5
**mothers**
234:24
**motions**
313:7
**mouse**
293:23 295:16
**mouth**
294:1
**move**
54:15 73:15 89:1
116:11 143:13
194:25 208:12
232:14 233:22,23
251:18 277:6,14
289:8,23 291:17
307:5
**moved**
289:11
**movement**
233:19
**moves**
232:10
**moving**
291:5
**Mparfitt@ashcr...**
2:16
**multidistrict**
307:15
**multiple**
40:23 117:19 140:1
158:1 159:5
210:22 241:4,24
242:1 248:23
252:8
**multivariate**
171:12,13,17 172:1
172:5,13 177:5,18
177:21
**multi-page**
82:16 110:14
**myths**

5:5 98:20 99:12

———————
**N**
———————
**name**
8:12 10:5 20:8
124:19 260:3
299:19 310:2
**Nancy**
3:3 9:5 299:19
**narrow**
288:8
**National**
64:20 65:1 205:25
294:5
**natural**
152:8,22
**nature**
197:22 220:11
**near**
221:18
**nearby**
83:10
**necessarily**
98:7 163:4 200:3
214:8 233:4
282:10
**necessary**
220:8 232:5
**need**
12:21 34:11 71:2
90:12 102:7
117:22 149:13
160:12 162:24
188:20 214:16
216:9,22 217:2
232:11 266:23
270:18 271:12,17
277:16,17 288:18
292:15,17
**needed**
52:21 53:10,16
226:6 227:19
283:3
**needing**
277:5
**needs**

165:4 191:14
271:15
**negative**
39:1,3,4,10,19
222:9
**negatives**
262:20
**neither**
231:7
**neoplastic**
295:12,18 297:11
**Nerfle@grsm.com**
3:7
**nested**
143:11
**Network**
71:7,9,15
**network's**
84:17
**never**
10:11 21:19 59:7
59:18 68:2 74:9
99:19,19 104:17
173:8 224:5
230:23 234:16
239:5 302:10
**never-use**
130:10
**never-user**
130:18
**never-users**
125:7,10
**new**
1:4 2:10 8:20 10:7
24:3,9 76:21,23
78:11 104:23
106:3,16,23 107:2
107:8 124:25
145:8 285:1
**newer**
244:7
**Newport**
2:19
**news**
5:9 104:24 106:25
106:25 107:1

**NI**
293:25
**nickel**
270:5,11 271:10
272:2 300:8,15
301:4,9 302:15
**night**
145:25
**nine**
85:1 290:7
**non**
95:21
**nonasbestiform**
252:22
**noncases**
186:23
**nongenetically**
96:9
**nonhabitual**
239:21
**nonperineal**
298:24 299:4
**nonresponsive**
73:16 89:2 116:12
143:14 208:13
307:4
**nonscientists**
96:8
**nonstatistically**
250:6
**nontalc**
170:22 297:19
**nonusers**
130:21 131:4,5
187:18
**normal**
39:20
**Nos**
28:24
**notable**
179:16 183:17
**Notary**
315:18
**notations**
20:16
**note**

21:5 43:12,23,25
44:1,2,2 175:13
175:19,23 186:16
202:2 311:12
**notebook**
195:20,21 196:14
196:18
**noted**
167:10 175:17
186:19 188:18
219:6 232:2
285:25 315:6
**notes**
19:23 20:4 304:7
304:10
**notice**
4:10,13 15:18,21
15:23 16:4 21:6
21:14 288:6
**noticed**
37:20 140:9 177:1
239:14
**notion**
155:23 179:11
188:18 236:13
261:11,15
**novel**
198:9
**November**
7:3 19:4,10,18 31:5
31:7 304:9 307:8
**no-use**
187:15,16
**NTP**
294:5,11,12 295:5
295:12,16,25
296:7,11
**null**
230:15 243:1,6
**number**
29:3 119:10 124:9
124:12,15 166:24
211:13 215:7,11
215:14,16 216:1,9
216:19,22 217:1,8
217:9 220:12,13

220:17 227:24,25
228:23 229:7,8
232:3,17 233:7
241:3,5,6 245:16
246:25 247:4
264:17,18 282:19
282:20 283:2,9,13
283:24 288:16
303:7
**numbers**
31:13,14 34:9
35:11 36:13,21
37:10,20,21 65:7
123:4 157:1 182:5
183:5 186:14
198:2 217:5 220:1
220:6 222:25
228:20 238:23
284:5 308:4
**Numeral**
308:17
**Nurses**
117:20 124:24
125:1 128:25
129:8 145:7,8
171:4 173:6 187:7
187:21 230:21
239:15 242:10,15
283:7
**nutrition**
4:23 66:9,21 69:19
74:15 76:9,11,22
78:22 81:7 82:16
82:22 83:23 86:17
86:21 87:4,7,13
88:23 92:13 94:8
94:19 99:8 100:15
102:23 106:3,18
107:7 109:20,21
114:3,7 115:7,8
115:11 116:4
128:21 142:20
146:17 151:2
152:8,23 154:16
154:21 155:11,18
155:22,24 156:14

156:15,16,18
157:3,5,6,24
**nutritional**
75:22 157:16
**nutrition-related**
75:24 76:12 111:24
**NW**
2:14 3:16
**NY**
2:10

---

### O

**O**
259:9
**obese**
166:11,24
**obesity**
60:4 66:9,21 87:7
99:8 102:23
**obesity-related**
76:10 87:14 92:13
94:9
**object**
91:13,17 136:7
139:2 191:13
214:25 291:7
**objecting**
91:14,16
**objection**
21:6 27:23 33:5
36:18 37:6,17
38:1 40:2,16 41:1
42:12 43:14 46:8
46:14,19 48:4,24
49:22 50:16 51:9
52:3 53:11,17
55:6 56:1,10,16
58:5 61:16 62:8
73:2,24 75:2 76:7
76:17 78:2 79:7
80:22 81:17 86:15
87:20,24 88:4
89:7,13,21,25
90:3,23 91:2,9
92:16 94:1,14
96:5 99:6,14

102:1,13,18
104:14,19 108:1
110:4 111:5
112:10 113:23
117:2 118:9,21
120:5 123:9,17
124:4,21 125:21
126:3,9,20 127:12
127:16 128:18
129:23 130:7,25
131:20 132:12
133:6,8 136:17
137:9 138:18
140:10 142:25
143:20 144:4
145:2 146:12
147:14 149:10
150:1 154:9 155:2
155:12 156:6
159:7,25 162:7,13
165:20 167:2,13
168:20 170:24
172:17 173:20,24
174:1,9,19 175:2
175:22 176:5,12
176:21 178:3
181:20 183:23
185:22 186:18
187:5,25 189:18
193:7 200:1,17
201:16 202:15,22
202:24 204:5
205:1,12 208:3,16
208:22 210:16
211:15,21 213:19
214:24 221:19,21
222:22 223:22
224:19 225:4,19
226:21 227:20
228:1,16,21
233:16 234:21
235:9 236:4,18
238:21 239:25
240:17 241:7
243:4 244:2 246:6
246:15 247:10

248:2,13,22
249:21 250:11
251:6,16 252:6
255:9 258:20
261:2,13,22 262:7
262:18 263:5,16
265:9,17 266:3
267:3 268:9
270:23 271:4,15
272:4,22 275:8
277:19 278:2,7,20
280:25 282:1,9,24
284:2,23 289:3
291:14 293:2
294:23 295:20
296:3,8 297:20
298:5 301:22
302:5,12,20 307:4
307:22 311:12,18
311:19
**objections**
4:13 10:13,14,15
21:13,19 313:7
**observation**
167:9
**observational**
108:9 134:17
**observed**
165:6 197:22 201:4
276:22
**obstetrics**
5:17
**obtain**
29:1
**obtained**
34:16,17,18 204:4
**obviously**
154:14
**occasional**
183:25
**occasionally**
26:10 40:4 151:3
**occasions**
150:14
**occur**
95:4,17 96:4 293:5

**occurred**
157:10
**occurring**
115:11
**occurs**
160:21
**October**
264:14 282:15
**odd**
195:17
**odds**
5:10 105:19 172:10
183:1,9,12,20
184:21,24 185:7
185:14,18 209:15
249:16 281:8
**odor**
169:1,22 170:10,15
**offer**
25:11
**office**
20:24 26:23
**officers**
97:5
**officially**
23:17
**Oh**
12:23 14:14 50:17
164:8 166:20
293:23
**Ohio**
3:11
**okay**
12:11 13:1,2,7
17:17 20:3 33:11
34:12,18 40:22
44:7 51:22 66:6
85:25 86:4 94:25
102:8 119:17
121:2 122:12
149:5,18 154:22
157:19 164:17
167:4 168:24
190:25 191:2
195:23 198:1
199:13 206:9

213:25 218:3
258:10,15,16,24
260:16 261:23
266:24 274:12
276:2 288:21,25
289:15 300:1,6,13
301:11 303:10,11
303:12,22 304:12
304:17,23 305:9
310:4
**older**
244:5 246:10,21
**omission**
189:16
**omitted**
186:16 187:23
188:8 191:10
**once**
53:5 77:8,9,10
115:10 125:10
130:18 153:14
156:10 239:5,20
304:17
**oncologist**
59:8 61:2
**ones**
30:20 153:5 178:17
206:25 234:11
238:1 241:12
246:10,10 258:17
**one-time**
237:20
**ongoing**
84:15
**online**
29:14 80:16,18
**open**
140:14,15 268:2
**opine**
41:6,12 87:17 88:2
128:16
**opined**
307:20
**opinion**
10:24 24:5,5 25:16
25:18 28:19 38:4

38:6 41:10,16,20
44:13,17,24 45:22
47:11,20,23 48:6
48:11 49:18 50:7
51:22 52:19
101:19 102:4,6,9
104:7 127:22
129:4 179:9,12,18
180:19 204:8,10
205:7 211:1 237:1
243:7,18 255:1,5
255:7,19 256:20
257:5 258:18,21
258:22 259:5
260:11 268:18,22
269:3,10 271:9,14
272:18 273:3
282:3 292:11,14
307:18 311:6
**opinions**
11:1 17:25 25:10
25:21,24,25 26:2
28:16 37:25 40:12
42:15 43:12 50:1
63:8,11,13 65:24
67:11 146:13
175:12 178:7
181:4 224:20
272:12
**opportunity**
25:20 79:12 96:16
96:21 190:14
305:21,24
**opposed**
95:13 115:9 216:1
275:18
**opposite**
193:4 225:2,8,17
225:21,22 281:23
**oral**
4:10,13
**order**
12:20 23:1 24:9
108:18 114:6
124:10 146:10
212:5 213:6 226:7

238:10 277:6,14
**organization**
65:13 67:21,22
68:16 75:23 86:24
99:2
**organizations**
49:12 65:20
**organs**
289:2 290:22 291:1
291:5 292:3
**original**
65:25 132:20
139:22 140:19
189:9 197:13
**originally**
30:17 32:19 203:9
**osteoporosis**
241:18
**outcome**
108:11 160:23
313:12
**outer**
291:13
**outside**
39:20,24 292:7
**ovarian**
4:20,23 5:19,21,23
6:3,5,8,10,20 17:6
17:13 23:8 33:13
41:7,11,25 42:4
42:13 43:8,17,23
44:15 45:3,5,16
45:20,24 46:5,24
47:9,10,12,17,21
47:24 48:1,8,15
48:23 49:2,6
50:15,23 51:5,7
51:17 52:1,20,21
53:10,16,24 54:5
54:11,13 55:14
56:6,19 57:5,11
57:18,21,23 58:18
59:20,25 60:4,12
60:16,19,22,25
61:14,24 62:3,7
62:18 63:13 66:3

66:22,24 69:18,19
72:1,16 73:1,7,23
74:5,20 75:5,13
75:18 76:5,15
77:20 78:1,14
79:6,16,20 80:1,5
81:18 82:17 86:20
87:15,18,25 88:3
88:19,24 90:15,20
92:6 93:1,5,23
95:4,17,25 96:4
96:10 97:18 101:6
101:21,25 104:5,9
104:13 106:21
114:17 116:17
117:11,17 122:24
123:16 124:2,7
126:2,8,11,13,18
128:17 129:6,13
129:22 130:24
132:24 151:15,17
151:21,24 152:4
152:17 154:3
155:4,8,16 156:25
165:11,14,18
169:3,25 170:14
170:16,20,23
173:19 174:8,18
175:1,10 180:20
184:5 187:19
189:7 200:6 205:7
206:14 207:4,5,10
207:14,21,23
208:21 210:21
213:17 219:8,23
220:13,18 223:20
224:17 232:2,7,11
235:5 237:22
238:10 241:14,15
243:8 258:19,23
268:19,23 269:4
269:11,21 273:4
280:22 281:6,20
284:21 292:12,21
293:12 294:4
295:5,7,8,11,15

296:16,21 297:6
297:25 298:15,20
306:19 307:21
308:1,22
**ovaries**
54:24 57:17 233:18
233:24 234:10,16
234:17 236:9,15
237:10 289:2,9,12
290:23 291:6
292:11,15 295:13
295:19
**ovary**
55:20 167:1 237:2
237:3,7 292:8
298:3,11 309:24
**overall**
59:21 65:4 126:8
126:12,18 154:14
173:17,23 174:7
174:18 175:9
176:14 184:4
185:11 206:7
214:5 220:24
221:4,5 222:10
238:6 243:10
248:20
**overcome**
217:14
**oversee**
70:4 100:11,12,14
**oversight**
100:6
**overweight**
166:10,24
**over-counting**
186:23
**owing**
119:12 120:11,11

_____
**P**
**P**
168:21 212:9,15
213:9,9 227:16
**PA**
2:23

Anne McTiernan, Ph.D

**page**
4:2,8 5:3,5 31:20
34:23 44:8 62:15
62:16 65:3 66:12
66:12,17,17 69:8
69:10,13,23 70:7
70:7 71:5,14,19
72:3,5 77:16 79:4
81:23,24 82:7,18
83:12 84:8,9,24
85:4,5,7,14,15,24
86:1,2,22 89:3
90:16 91:21,24
92:19,20 94:21,24
98:9,17 99:22
100:17,19 103:1,5
103:14,19 110:23
110:24 111:7,9
112:7,24 113:1,4
113:10,12,15
114:9 116:14
119:3,4 121:21,24
122:1,17 131:14
133:16 134:4,6
135:18 136:3,5,12
136:16 139:7,11
139:15 140:12,13
140:14,15,17,18
141:12,19 145:12
145:15 146:9
147:5,20 148:22
149:21 151:6,8
164:25 166:22
168:2,3,6,6
169:17 171:21
178:22 179:3,4
182:23,24 184:17
189:5 192:16
193:12 195:1
197:11,17,18
199:10,11 205:5
206:6,6,10 209:22
209:23 210:10,18
210:19 211:4,5
215:20,21 216:12
218:7,18,21,25,25

219:22 221:9,10
223:5 226:12
231:25 232:1,25
255:17,18 265:2
265:23 268:13
270:2 274:13
275:2 276:2,17,18
276:19 279:19,20
280:11,12 281:13
285:19,20 286:14
308:4,4,9,17
314:3
**pages**
28:11 158:4 261:6
315:3
**paid**
64:2 257:13 266:25
272:20
**pamphlet**
91:25
**panel**
5:3,4 66:7,19 67:4
68:5,7,10,14,19
70:5,11,18,21
71:3,23 72:6,8,8
72:18,22 73:3,21
74:4,23 75:1,4,9
75:14,14,17,20,25
76:14,18,20,25
77:7,11 78:11,14
78:17,20 79:1,2
79:11 80:15 81:12
82:21 83:12,19
84:2,15,21,25
85:9,11,17 86:3,5
87:6 90:10,17
92:2,9,11,12 93:4
93:6,10,22,24
94:17 95:3 99:3
100:10,11,14
109:10 114:24
131:15 142:10
153:15 166:1
214:9 275:21
278:21 284:25
**panelist**

86:24,25 97:3
110:20
**panelists**
70:13 85:1
**panels**
214:4
**paper**
18:5 26:11,16
33:13,15,18 34:2
34:3 43:9 44:3
59:23 162:22
168:25 171:11
181:7 186:20,22
193:10 202:3
205:3,18 206:17
280:13 281:5,8
282:14,16
**papers**
23:18 24:6,10
26:13 30:17 32:14
33:22 41:3 42:18
42:24 178:23,24
196:2
**paragraph**
62:16 71:16 73:20
73:22 74:24 75:3
75:12 77:23 79:4
80:2,4 84:14
93:17 95:3 101:5
104:2,3 111:10
112:7 113:4,11,15
114:11,13 134:9
134:10,23 136:13
136:14 139:13,14
140:18 145:12
147:20,25 148:6
148:22 149:9
152:4,10 165:3
166:22 168:4,7
169:19,21 179:4,4
192:18 198:12
199:14 219:1,5
255:18,19,22
258:8 268:15,17
270:4 271:20,22
308:6,9,12,18

**paragraphs**
153:1
**pardon**
37:9 112:5 113:14
141:11 157:12
160:15 189:12
221:2 264:3
286:24
**Parfitt**
2:13 4:5 6:24 8:24
8:25 10:21 12:1
12:17,18 13:9,13
13:19 14:2,5,12
15:20 20:22 21:4
21:8 22:1,14 23:5
23:16 27:23 29:14
33:5 36:18 37:6
37:17 38:1 40:2
40:16 41:1 42:12
43:14 46:8,14,19
48:4,24 49:22
50:16 51:9 52:3
53:11,17 55:6
56:1,10,16,20
58:5 61:16 62:8
73:2,24 75:2 76:7
76:17 78:2 79:7
80:22 81:17 84:12
86:15 87:20,24
88:4 89:7,13,20
89:25 90:3,23
91:2,6,9,12,16,20
92:16 94:1,14
96:5 99:6,14
102:1,13,18
104:14,19 108:1
110:4 111:5 112:2
112:9 113:13,23
117:2 118:9,21
119:16 120:5
122:13 123:9,17
124:4,21 125:21
126:3,9,20 127:12
127:16 128:2,18
129:23 130:7,13
130:25 131:20

132:12 133:6,8
136:7,17,25 137:9
138:18 139:2,9
140:10 142:25
143:20 144:4
145:2 146:12
147:14 148:14
149:10 150:1
154:9 155:2,12
156:6 159:7,25
162:7,13 164:6
165:20 166:15
167:2,13 168:20
169:6 170:24
172:17 173:20,24
174:1,9,19 175:2
175:22 176:5,9,12
176:21 178:3
181:20 183:23
185:22 186:7,18
187:5,25 188:20
189:1,18,21,24
190:4,6,17 191:1
191:12,19 193:7
194:18,24 196:1
196:10,18 197:2,8
198:25 200:1,17
201:16,21 202:15
202:22,24 204:1,5
205:1,12 208:3,16
208:22 210:16
211:15,21 213:19
214:24 217:25
221:19,21 222:22
223:22 224:19
225:4,19 226:21
227:20 228:1,16
228:21 229:25
233:16 234:21
235:9 236:4,18
238:21 239:25
240:17 241:7
243:4 244:2 246:6
246:15 247:10
248:2,13,22
249:21 250:11,17

Anne McTiernan, Ph.D

251:6,8,16,23
252:6 255:9
258:20 261:2,13
261:22 262:7,18
263:5,16 264:4
265:9,17 266:3
267:3 268:9
270:15,23 271:4
271:15 272:4,22
275:8 277:19
278:2,7,20 280:25
282:1,9,24 284:2
284:23 289:3
291:7,14 293:2
294:23 295:20
296:3,8 297:20
298:5 300:20
301:22 302:5,12
302:20 305:7,18
306:7 307:6 308:2
309:15 311:13,22
**Parfitt's**
26:16 303:20
**Park**
2:4
**part**
13:3,24 17:1 42:18
43:3 68:18 70:4
71:1,3 81:10
83:21 102:21
103:18 107:24
108:17 109:5
125:2 133:11
142:12 162:20
163:5,5 172:16,22
173:3 190:24
200:20,21 202:25
206:11 210:5
236:11 259:15,16
259:17 266:25
280:14 283:24
291:16 306:14
310:1,4,7
**partial**
13:4
**participants**

280:8
**participate**
23:6 24:17,22
100:14
**participating**
230:20
**particle**
6:11 232:3
**particles**
233:22,22 237:2
289:19,22 291:19
291:22 292:7
**particular**
11:5 47:2,7 52:25
53:1,21,21 67:25
74:9 99:20 107:12
121:10 153:5
155:23 157:23
175:24 182:6
183:14 191:22
216:18 221:25
223:4 261:20
262:10 263:17
267:13 272:2
284:4
**particularly**
109:20 115:6
122:10,18
**Partly**
243:20
**parts**
36:3 43:3,11 74:20
**party**
313:11
**pass**
137:25
**Pathogenesis**
95:1
**pathologist**
61:4
**pathway**
163:5
**patient**
117:14
**patients**
289:24

**pattern**
159:1
**patterns**
253:18
**pause**
12:25
**payment**
20:20
**PC**
2:22
**peer-reviewed**
11:9 59:19 64:4
204:13 206:21,22
206:24 308:19
**pelvic**
290:7,13 291:1
**pending**
10:7
**Penninkilampi**
179:24 180:8,11,22
181:3,18 182:9,25
184:17 186:15
187:24 188:18
191:9
**Penninkilampi's**
185:11
**people**
51:18,19 53:6
57:22 71:11 72:11
72:12 73:1,23
83:16 88:23 90:13
90:16,17 105:22
107:20 115:13
120:22 121:3
136:20 157:24
158:18,20 161:7
170:5,6,8,9 182:5
230:16 231:10
236:16 239:12
262:16
**people's**
45:10 253:17
**percent**
39:7,8,8,9 48:9
95:5,25 131:2
194:5,7 211:12,13

211:17,18 212:10
239:15,16,17
246:3 250:7
251:11 287:18
**percentage**
38:9
**percentages**
44:24
**percents**
168:23
**perform**
180:3,5 253:6
290:13 309:1
**performed**
216:14 243:25
308:25
**performing**
217:12
**perineal**
5:23 6:7,10,20
17:12 44:14 45:4
45:19,23 47:11,20
48:7 50:14 51:7
51:25 52:19 54:10
54:15,23 63:12
101:21 104:9
165:11 170:7
173:18,23 174:7
174:18 175:1
176:19 180:20
184:9,22 185:5
187:19 206:13
207:3,9 208:2,20
224:16 232:4,6,10
234:3,16,18 239:3
239:9 240:10
243:7 258:18
273:3 281:5,19
290:22 292:2,20
297:18 298:23
299:3 308:21
309:8
**perineally**
53:25 54:6
**perineum**
208:8,10 209:13

**period**
17:23 23:4,22,25
26:17 53:6 93:3
119:13 120:11,16
120:20 121:17
152:3 157:9
159:13 235:5,18
235:21 237:18
300:1
**peritoneal**
41:17 54:24 55:13
57:15 236:22
**permission**
14:9 230:1
**peroneum**
291:16
**person**
13:8 49:17 55:23
68:3 155:21 159:5
**personal**
3:14 9:7 51:22
94:16 144:7
**personally**
26:6 61:13 62:6,17
172:11 181:9
205:4 253:25
268:6
**perspective**
82:23 83:24
**perspiration**
169:2,23 170:15
**perusal**
39:11
**PHD**
4:16 7:3
**Philadelphia**
2:23
**phone**
22:5 218:16
**phonetic**
272:15 294:1 310:2
**photo**
83:18
**phrase**
55:15,24
**phrased**

Anne McTiernan, Ph.D

36:1 251:14
**physical**
4:23 59:24 60:3
64:12,14 66:9,21
69:19 76:10,22
82:16,23 83:23
87:4,7,13 88:23
92:13 94:8,19
99:8 100:15
102:23 106:3,18
107:7 114:3,8
132:17 144:20
151:2 152:9,23
154:21 155:11
**PH.D**
1:17 8:5 9:21 313:4
315:8
**pick**
209:10,15
**picked**
153:5,11 187:11
188:3 209:6,8,9
**picture**
83:14 166:18
**pictured**
83:14
**Pier**
6:22 256:8,19
257:1 300:17,24
302:25 303:3
**Pierce**
313:2
**Pier's**
6:22 302:1,2,9
**pill**
158:11
**place**
13:19 14:1 56:22
142:7 216:10,18
218:1
**placebo**
57:10
**placed**
118:5 289:10,22
290:5,6
**places**

20:14 116:25 119:8
120:4 138:7,24
233:13 273:24
307:25
**plaintiff**
87:16 88:2 257:21
257:24 258:3
267:1
**plaintiffs**
2:12 8:25 9:2,4
14:3 20:19 21:14
21:25 28:23 29:23
33:3,10 34:10,21
34:24 35:18 45:25
46:6,13 61:12
80:10 86:14 89:24
105:11 146:11
164:12 166:8
181:16 205:15
257:14,22 260:25
264:11,23 272:19
272:20
**Plaintiff's**
4:12
**planning**
306:22
**plausibility**
197:21 288:21
**plausible**
108:5,25 292:20,22
**Plaza**
2:18
**please**
8:22 9:18 12:6 33:8
34:9 38:20 62:15
81:24 85:7 91:21
92:19 117:25
118:7 130:13
133:19 139:4
186:7 188:21
192:16 194:10,13
210:18 221:1,3
230:2 245:5
268:13 270:15
299:10 300:22
303:18 304:18

**pleasure**
128:1
**plenty**
291:15
**pleura**
55:2,10 297:2
**pleural**
41:17
**plot**
244:18 245:13
**Plunkett**
30:13
**plus**
27:13 130:18 131:5
180:2 187:16
**point**
21:24 23:16 24:16
50:2 72:2 85:21
127:4 133:23
145:17 147:3,6,11
148:3,11,13 149:5
167:17 194:13
204:15 208:18
217:12 224:5
229:3,13,14
230:22 231:5,10
232:25 234:23
237:14 240:2,10
248:7 249:2,3
252:11 255:1
271:24 286:5
287:23 288:13
**pointed**
19:6 172:21
**points**
81:10 211:9 242:13
**Polarized**
253:13
**policy**
50:2
**policy-makers**
113:5
**pollution**
107:4
**pool**
143:25

**pooled**
23:10 25:6 51:16
66:2 115:23 139:5
139:14,21 140:18
141:8 142:13,16
143:2,6 144:9,12
144:13,15,17,19
144:24,25 145:4,8
145:9,11,14,19
146:4,9,21,23
147:5,7,12 148:4
148:7,22 149:7,18
149:22 150:3
178:13,17 179:8
179:13,14,25
243:11,16 244:10
269:2 279:6 281:8
283:15,24
**pooling**
145:22
**population**
74:11 108:24
230:14
**populations**
134:13 135:24
**portion**
98:19 202:14 230:4
**Portland**
3:5
**posed**
310:14
**position**
87:1
**positive**
39:2,7,8,9 211:7,19
249:16,17 276:22
308:21
**possession**
17:20
**possibility**
213:2 228:25
235:25
**possible**
50:21 53:18,20
187:18 206:14
207:4,9,21 208:10

208:20 213:17,24
232:16 269:24
270:7 275:14
294:9
**possibly**
259:19 274:16
276:4
**post**
99:16
**posted**
60:21
**potential**
17:5 45:16 92:11
93:9 99:4 102:16
114:5 154:18
169:20 175:17
241:13 269:23
306:19
**potentially**
163:11 198:8
232:12 275:11
293:4
**powder**
1:10 8:17 12:13
14:7 23:7 30:18
36:5 38:17 41:6
41:10 43:8,16,22
44:15 45:2,4,7,11
45:13,19,23 46:24
47:12,21 48:2,3
48:22 49:6 50:14
51:5,6,25 53:19
57:4,9 60:15,19
60:22,25 61:14
62:7,18 63:12
66:3 73:6 80:7
86:10 92:10 101:6
101:24 102:11
104:4 106:20,20
115:10 117:11,18
121:10 124:7
128:17 132:3,23
153:8 156:9
157:17,22 158:16
159:4,21 165:9
176:19 180:20

Anne McTiernan, Ph.D

184:4 200:6
206:14 207:3,9,20
207:22 208:8,20
209:13 214:12
224:4 232:6
233:13 234:2,11
234:15,16,18
236:14 237:15
238:4 239:3,9,23
240:5,10,15,24
242:2 253:3,7,19
254:1,9,12,18,24
255:2,7,20 256:1
256:21,25 257:7
257:14 258:6,9,12
258:17,19,22
259:7,10,13,18
260:12 261:8,12
262:3 263:22,22
267:1 269:14,21
269:23 270:10,22
271:3,10,22 272:2
272:9,14 273:3,7
273:15 275:23
290:12,12 292:10
292:11,24 293:9
293:12 294:17,22
294:24 296:14,15
300:2,10 302:18
307:20,25 310:12

**powders**
170:10

**power**
140:3 144:7 198:6
215:17 216:14,23
217:5,8,12,15
219:9,12 220:21
222:5 225:1,11,17
226:5,7,13,24
227:3,18 283:25
284:5

**powered**
284:7

**practice**
58:23 118:3 242:3

**Practices**

1:11 8:18
**precise**
220:5
**predated**
18:1
**predispose**
169:2,24 170:13
**predisposition**
95:16
**prefer**
157:7 194:22
**preferable**
118:16
**prefers**
93:13
**preliminary**
23:12,21 24:1
263:3,6,10,12
**premarked**
21:12
**premise**
163:9
**preparation**
14:22 26:9 98:7
**prepare**
67:4,19
**prepared**
17:20 19:3,16
21:22 62:10 63:14
64:20 68:15 69:20
73:6 80:19 89:17
97:25 132:6
133:10 136:23
137:6 140:6
153:14 256:15
**preparing**
20:7 27:8 30:10
132:5,10 280:1
**prescribe**
59:3
**presence**
197:20 253:20
**present**
3:22 115:24 172:23
206:11 233:18
270:22

**presentations**
60:18
**presented**
31:13 171:4 172:23
175:18 177:10
209:11 308:10
**presenting**
76:21
**present-day**
256:1
**president**
22:21
**presidents**
22:20
**press**
59:23 60:11 166:20
**pretty**
50:21 182:19
**preventing**
88:22
**prevention**
50:18 52:16 61:24
69:19 83:20 84:17
91:23 92:1
**previous**
179:21 180:2 207:1
222:24
**previously**
15:9 18:11,16 24:3
29:12 34:13 45:10
130:3 142:9
144:16
**primarily**
75:18 106:17 107:6
108:3 117:12
**primary**
38:4,6 52:11 310:5
**principle**
177:17
**principles**
155:6,15 307:1
**printed**
83:12 98:18,20
**printout**
103:13
**prior**

14:3 30:4 33:10
61:12,19 97:23
98:3,6,7 153:20
247:11 302:2,9
**probability**
212:9
**probable**
73:12 80:1 107:10
166:2
**probably**
13:23 75:5 165:17
222:4,16,17,19
275:2,10 282:13
284:6
**problem**
33:16 49:24 50:4
121:20 150:21
187:12 190:15,18
227:9 261:11,14
261:17,18 283:7
**problems**
240:22
**procedures**
263:13
**proceedings**
8:6
**process**
14:10 22:11,18,23
23:1 67:14 96:20
113:3,4,19 204:14
257:23
**processed**
254:8
**produced**
11:23 18:20 61:21
164:1
**produces**
292:11
**product**
43:8,16 47:7,19
48:3,7,13 53:19
53:21 61:14 62:18
117:11 156:9,12
207:22 224:4
232:7 254:1 258:5
258:11,17,22

14:3 30:4 33:10
261:19,21 262:16
263:23 302:3,11
302:17 310:23
311:15,17
**production**
38:10
**products**
1:10,11 3:14 8:17
8:18 9:8 30:18
36:25 38:8 39:17
41:6,7,11 44:15
45:2,5,7,11,19,24
46:4,24 47:5,8,25
51:19 54:8 57:9
60:16,19,22,25
66:3 73:7 80:7
100:24 101:2
115:10 117:18
121:11 124:7
132:3,24 156:21
159:5 184:5 200:6
209:13 230:22
254:12,18,24
255:2,8,20 256:1
256:21 257:1,2,7
258:9,19 259:6,7
260:12 261:8,12
263:18 269:14,21
269:24 270:10,22
271:10,22 272:9
272:14,16 273:4,7
273:15 275:24
292:24 298:8
307:21 310:12
311:3
**professionals**
113:6
**Professor**
83:19
**program**
20:8 64:18 106:25
294:5
**project**
46:21 69:25 70:6
81:9 83:2 84:10
109:9 110:2

111:12 113:16
122:4 139:6
143:24 144:6
145:22 146:16,17
165:25
**projects**
116:10 142:8
**Project's**
137:22 146:8
**promise**
229:20
**prompting**
242:7
**promptly**
313:13
**prone**
122:10,18
**proportion**
47:5 239:12
**Proposal**
281:14
**proposed**
308:11
**propositions**
42:16,21 43:4
**propounded**
315:5
**Proskauer**
2:4
**prospective**
5:19 119:14 120:12
120:22 139:24
141:25 142:4,14
142:18,20,22
143:16 146:22
147:10 149:24
282:17
**protective**
151:17,24 228:15
**protects**
75:13
**protein**
58:16 297:4,7,24
298:6,15,20,23
**proteins**
297:17,18 298:2

**prove**
108:15
**provide**
28:23 30:1,5,7
32:12 35:18 38:13
41:16 118:17
135:9 136:20
205:20 210:25
216:8 264:11
304:19
**provided**
10:19,21 17:21
21:15 28:25 29:8
29:22 30:5 33:3
33:10 34:10,21,24
35:25 36:16 37:19
39:1,3 69:8,14
164:12 192:6
264:23 301:5
**providing**
14:25 41:20
**pro-inflammatory**
95:9
**PTI**
3:8,8 9:10,10
**public**
17:10 40:8 49:11
68:12,16,21 69:1
73:14 80:18 88:22
99:4 102:16
109:15 113:6,20
153:9 203:12
306:18,21,23
311:8,16 315:18
**publication**
40:13 82:4 98:6
153:21 203:22
204:17 205:23
**publications**
40:23 123:4,12
279:21
**published**
11:8 17:23 25:14
36:6 40:11,11
59:19 60:7,13
61:23 62:2,19

65:25 80:16 89:6
89:11,16,19 97:11
97:19,22,23,24,25
98:2,3,4,6 105:5
110:19,21 111:3
111:20 117:17
122:9 139:23
140:20 143:25
144:6,11,17 147:8
148:8 149:23
154:6,8 180:2,8
203:19,20 255:25
278:17 279:5
280:3 282:7,17,18
282:23 283:4
284:15,16,18
292:6 293:11
298:14,22 299:1
**pulled**
142:17 144:13
**pumped**
294:17
**purple**
91:24
**purported**
183:1 189:6
**purpose**
52:11 73:5,6,8
94:17 113:19
212:23 213:1
**purposes**
51:20 132:5 156:4
167:11 224:10
249:8 253:7
258:10,13
**put**
44:24 61:22 88:20
97:4 114:1 120:23
121:5 137:23
138:22 140:15
141:7 142:5 153:1
154:13 179:20
208:21 214:6
230:7 248:8 254:8
275:6 302:25
303:17

**puts**
159:5
**putting**
130:21
**P-E-N-N-I-N-K-I...**
180:11
**P-I-E-R**
256:8
**p.m**
128:7,8,11 150:7,8
150:11 231:16,17
231:21 245:5,6,9
285:6,7,10 299:10
299:11,14 305:10
305:11,14 312:2,3

---

**Q**

**qualified**
253:3,6
**quantity**
308:14
**question**
10:16 12:24 13:1,3
13:5 34:8 35:24
36:4,10,12 38:14
39:24 40:1,14,19
40:20 41:13,14,24
44:14 45:18 46:11
48:12 49:3,4,15
50:5 51:1,2,21
53:9 54:4 55:22
55:23 60:9 68:13
73:19,20 78:3
79:9 81:20 91:11
105:15 112:1
116:13 117:5,23
117:25 118:2,16
118:24 120:1,7,8
121:14 123:22
126:16 129:19
132:4 133:22
136:8 142:2
143:15 146:1,3
147:2,16 148:2,9
148:20 152:20
157:25 158:21

159:3,15,20 160:2
162:3,17 176:10
176:18 177:12,13
184:16 185:20
188:16,22,24
189:25 190:7,9,13
190:19,24 191:2,3
191:7 200:9,11
207:6,7 208:13
209:25 224:9,10
224:12,24 225:15
234:5 238:3,19
240:2 242:15
247:6,17,18,19,20
248:9 249:8,9
250:14 251:14,14
251:17,21 252:1,2
252:3,7 258:11,14
266:5 289:4
296:25 300:13
304:12 310:13,14
310:15,20
**questioning**
25:13 285:13
**questionnaire**
242:10
**questionnaires**
117:12 158:3 159:8
159:18 241:9
**questions**
10:12,13 25:20
36:3 41:12 117:22
121:3 138:23
150:22 158:22,23
159:10,22,23
203:2 230:8
239:18 240:20
242:5,12 251:23
273:18 299:7
300:6,7 303:2
305:19 311:23
313:6 315:4
**quibble**
173:11
**quick**
63:18 245:3

Anne McTiernan, Ph.D

**quicker**
194:19
**quickly**
84:8 91:17 164:24
**quite**
24:14 26:16 49:18
68:2 73:5 91:17
111:18 112:12
144:23 170:12
173:8 179:7,12
186:1 201:8 235:2
272:16 284:18
289:18
**quote**
44:17,18 95:4,6
105:25 142:5
**quoted**
5:14 105:17,21
**quoting**
135:22

**R**

**R**
314:1,1
**radioactive**
290:4
**radioactivity**
290:8
**radio-labelled**
290:6
**raise**
229:8
**raised**
150:18
**randomized**
114:14 122:8
**range**
287:19
**ranges**
251:3 286:8
**rat**
294:6 295:16 296:1
**rate**
14:24 95:10 185:14
185:21
**rates**

179:16
**ratings**
213:12,15
**ratio**
172:10,10 183:1,10
184:24 185:7,14
185:18 195:10
209:15 219:11
230:8 249:16
281:8
**rationale**
188:12
**ratios**
183:13,20 184:21
**rats**
293:14 294:16
295:6,7,13
**raw**
300:1,14 301:4
**RCTs**
122:20
**reach**
45:22 46:12 223:19
292:10,15 309:24
**reached**
22:1 200:13 207:25
208:19 301:20
302:17
**reaction**
54:18
**reactive**
297:18
**read**
17:15 24:23 28:1
31:5 32:2,23
34:23 38:3 61:20
68:5,15,18 79:14
101:13 106:4
109:5 119:18
134:14 135:10
136:12 140:4,23
151:19 164:18
165:7 176:2
188:23 190:20,23
197:24 198:10,12
199:4 203:16

216:2 219:15
230:9 259:16,17
259:25 260:2
265:20 268:11
272:15 276:11
277:2 281:11,21
294:15 303:6
315:3
**reading**
119:15 177:11
189:1,22 190:11
268:4 296:20
**readouts**
253:18
**real**
125:13
**realized**
20:7
**really**
51:16 125:14
150:15 159:22
184:14 186:20,25
212:18 213:11
231:5
**reason**
33:16 39:21,22
54:25 94:6 126:25
153:11 188:8
215:4 216:4
225:22 240:14
261:18 314:5,7,9
314:11,13,15,17
314:19,21,23,25
**reasonable**
188:3 277:1,24
278:16,18 284:25
307:19
**reasons**
53:13 160:8 180:5
210:13 227:2,14
227:14 238:12
**recall**
11:15,16 23:24
24:2 79:18,21
96:15,23,24 97:2
121:5 122:10,18

137:10,15 151:3
156:22 158:5,7,14
158:15,17 169:10
188:15 189:2,3,15
234:20 236:2
237:16,23 239:19
240:25 257:18
258:7 259:2 261:4
264:12 265:19
268:4 285:23
286:3,11 295:23
295:25 300:11,12
310:24
**receipt**
18:2
**received**
14:11,16 36:20
153:17 164:15
267:21 268:2
**recess**
63:21 128:8 150:8
231:17 245:6
285:7 299:11
305:11
**recognize**
110:17 181:2
192:12 260:10
**recollection**
191:16
**recommend**
92:9
**recommendation**
97:3
**recommendations**
68:7,11,16,21,23
69:1 73:14 77:11
77:13 81:7 83:21
84:18 91:23 92:1
92:7,12 99:10
109:16 154:14,15
**recommended**
72:19
**reconstituted**
81:13
**record**
8:12,23 13:15

63:19,24 73:17
82:15 128:3,5,6
128:11 150:6,11
153:24 175:7
191:16 195:19
196:25 201:22
218:24 230:3
231:15,20 236:1
245:4,9 268:10
279:24 285:5,10
299:8,9,14 302:24
303:19 304:6
305:10,14
**recorded**
183:5
**records**
182:16
**red**
158:17,21,23,24
159:20
**redo**
88:12,12
**reduce**
5:9 101:11 105:18
113:8,21 114:6
229:3,7
**reduced**
198:5
**reduces**
151:23
**Rees**
3:4
**refer**
28:10 37:11 84:8
112:3 133:17,24
134:3 139:7
140:11 159:4
164:24 191:5
193:11 216:1
259:6 274:13
276:2
**reference**
33:21 34:1 35:11
66:12 71:6 86:10
133:11,13,24
135:6,12,13

Anne McTiernan, Ph.D

137:24 147:9
148:3 149:6 151:1
178:22 188:14,17
191:10 196:15,15
197:14 198:4
203:9 204:22
218:18,20 219:17
229:19,21,22,24
230:5 232:18
255:24,24 257:12
258:25 260:6
298:19
**referenced**
33:19,20 34:3,14
60:8 71:20 106:19
124:18 133:25
193:18 203:22
228:5 256:15
260:2
**references**
12:10 20:9 28:13
28:24 30:15,23
32:6 33:1 37:3
71:14,16 120:9
133:13,18 195:22
204:22 218:21
268:25 279:22
**referencing**
145:12
**referred**
77:25 121:23
258:11
**referring**
20:11 84:21 92:20
103:6 118:15
121:25 127:17
128:21 130:15
132:2 140:17
141:23 142:19
148:23 153:25
155:16 228:9
229:22 233:1
243:15 255:17
279:2,3 282:22
297:8 308:2
**refers**

92:2 104:24 114:20
119:22 120:16
184:21 185:4
265:23,25 267:13
**refinement**
229:5
**reflect**
191:17 194:3
201:22 246:4
**reflected**
190:11 194:14
210:10
**reflecting**
20:18
**reflects**
28:4 182:16 185:14
185:21
**reframe**
213:21
**refresh**
191:15
**refuse**
87:5
**refuted**
42:2,16,21 43:4
**regard**
285:24
**regarding**
41:6,24 51:4 60:15
60:18,21,24 62:2
86:7,17 102:11,16
169:19 300:8
**regardless**
43:1 124:13 240:8
253:25
**regulations**
101:2
**regulatory**
306:25
**Reid**
268:22
**reiterate**
43:9
**relate**
159:4
**related**

15:6 18:12 30:18
39:25 40:15 43:22
75:18,20 76:1,11
76:22 78:14 97:18
114:3 129:13
146:16 152:8,10
152:12,22 161:4
162:15 163:11
165:11 241:17
**relates**
106:21 285:19
**relating**
23:7 76:6,15 104:4
134:17
**relation**
102:23 241:14
**relationship**
6:9 43:7 108:15
124:2 160:22
161:11,25 163:7
163:10 211:1
232:5
**relationships**
146:18 200:8
**relative**
127:4 129:15
130:20 171:11,12
171:13,16,17,25
172:5,6,13,14,23
172:24 174:4
177:6,6,18,20
178:18 179:1,5,11
179:15 182:20
184:4 194:5,7
201:9 202:4,5,8
202:18 206:7,19
206:23 209:8,15
212:20 216:24
221:4,14,18 222:3
222:8,12,15 223:1
223:11 224:15,17
225:23 226:2,3,24
227:2,3,4,15
228:6,12,18 229:1
229:4,12 230:13
242:25 244:23

247:14 249:1,16
249:18,25 250:3,4
250:22,24 251:3
284:7 285:24
286:1,9,14,19
287:3,12,15
313:10,11
**release**
294:1
**relevant**
143:1 206:13,20
212:13 213:9
**relied**
36:6 64:15 131:17
132:9 135:4
144:20 178:9
201:18 268:8
280:1
**rely**
108:3 132:13
168:25 178:14
279:16 298:1
**relying**
28:15 37:23 176:3
204:7,9 225:3
256:18 257:5,9
259:5 266:24
269:9 270:14
273:2 297:16
301:18
**remain**
236:25
**remaining**
251:20
**remarkable**
209:3 250:1
**remarkably**
206:23
**remember**
13:11 18:14 22:8,9
24:24 25:2,4 34:8
97:13 142:7
157:19,21 158:11
158:12,13,19
159:13 160:6
163:23 165:19

166:5,12 168:24
169:5 188:9,14,17
188:24 190:22
191:8 204:3 215:3
217:20 225:20
228:7 230:7 234:1
234:7,12,14
238:13,24 252:1
256:9 265:21
275:15 276:13
277:4,9 280:9
283:11 310:13
311:4
**remembered**
8:1 237:25 238:2
**remembering**
159:11 242:8
**remembers**
169:9
**remind**
34:15
**reminding**
148:16
**removed**
236:23
**renegotiating**
70:23
**repeat**
32:19 123:10
**repeated**
78:8
**Repeating**
250:24
**rephrase**
68:13 255:6 261:16
**replaced**
198:16
**replacement**
80:5
**report**
4:15,20 5:14,15 7:2
11:17 12:9,10
14:22 16:9,20,23
17:1,21 18:1,3,7
18:13,19 19:3,10
19:16,20 20:5,5

Anne McTiernan, Ph.D

20:16 25:7,10,19
26:4,6,9,19,22
27:2,9,22 28:10
28:18 29:18 30:11
31:20 32:6,10
34:1,16 39:6,7
42:14,18,19 43:2
43:3,13,18,20,24
44:1,8 61:21 62:9
62:13 63:14 65:2
65:4,22 66:13,25
68:4 69:8,8,10,13
69:17,18 73:6
75:25 78:8,13
80:8,9,12,16,21
81:3,6,10,25 82:1
82:4 83:2,23 84:7
85:8,11,23 86:6
88:9,13,25 89:18
90:20 91:22 92:6
92:20 93:19,21
94:22,24 96:19,21
97:15 98:7 102:9
106:3,16,23 107:8
110:25 111:1
112:21,25 114:2
124:18 131:18,23
132:1,1,5,6,11
133:3,11,16,17
134:3 135:3,14
136:3,5,12,22
137:3,8,21 138:8
138:9,14,15 139:6
140:6,8,12,23,25
141:20 142:3,23
143:18,23 144:2
145:14 147:6
151:6,15 152:24
154:19,24 155:6
155:16 160:25
161:7 163:14
166:23 173:2
175:19 178:22,24
178:25 183:9,20
191:11 193:12
200:15 203:12

215:19 226:1
229:23 231:23
233:6 238:13,16
255:17 257:3,13
258:22,25 260:6
260:11 266:19,20
266:23 268:5,12
268:13 269:18
270:2,19 273:2,5
273:9 280:1 281:5
292:9 295:5,12
296:20 304:7,8,8
305:25 307:8,14
307:16 309:17
**reported**
182:15,16 183:15
185:11 193:3
210:22 211:7,8,14
233:3 234:18
237:6,9 280:13,22
286:14
**reporter**
8:4 9:18,22 12:21
17:15 313:1,20
**reporting**
185:13 189:9
238:14
**reports**
11:11,18,18 16:7
16:18 29:7 30:12
30:24 36:24 64:7
64:12,20 65:8
67:5,10,16,22
68:5,8,15,17,18
80:14,19 81:4,14
81:15 82:22 84:3
88:10,16,18 96:17
115:25,25 119:9
150:24 151:1
182:9,12 206:6
240:15 255:15
256:14,20 266:24
267:21,24 268:7
292:23
**represent**
10:6 83:11 99:21

145:13 164:15
169:23 264:6,13
275:5 299:20
303:8
**representation**
100:3 264:15
**representative**
261:7
**represented**
130:5 187:1
**represents**
206:17 263:3
**reproductive**
289:2 290:22 291:5
292:3 293:1,8
**repugnant**
262:4,8 310:11,21
310:22 311:1,6,13
**request**
40:7
**requests**
22:22
**required**
22:18 216:16
**requires**
14:9
**research**
4:19,20,21,22 5:2,5
5:8,11,12 14:14
24:16 25:14,16
39:23 50:7 51:12
60:2,7 61:13,20
62:6,10,17 64:16
65:14,17 66:6,14
66:18 67:7,9,20
68:14 69:20 71:7
71:9,15,17,21
77:5 78:17 79:2
80:20,21 83:21,22
85:8 87:7 88:15
90:11 94:11,12
97:5,17 98:4,8,17
98:24 99:2,11,18
100:1,11 101:16
101:23 102:11,16
102:21,21 103:1

103:16,18 104:11
106:17 107:17,20
108:10 109:9,12
109:17 110:15,20
111:22 114:23
115:18,22 119:2
128:15,20 132:1
134:11 135:21,22
136:21 141:7
149:20 150:23
176:24 208:1
273:20 280:16
281:14 297:22
**researchers**
165:4 212:6
**reserved**
312:4 313:9
**respect**
37:12 38:14 51:23
63:11 124:16
159:19 162:17
208:2 227:18
230:11 249:13,13
249:19 258:24
273:25 286:17
288:12
**respond**
128:19 269:19
274:2
**responded**
56:3 174:23
**responding**
270:19
**response**
4:12 16:4 36:12
43:22,24 44:2,3
53:8 54:21 55:3
55:12,13 150:22
182:2 192:24
193:21,23,25
196:3,5,6,11,20
196:22 197:20
198:5,6,13,17
200:8 232:5 248:5
250:17 297:3,15
298:3,7,9,10

**responses**
232:15
**rest**
13:4 67:12
**restate**
132:4 142:2 147:19
148:10
**restricted**
114:13
**result**
111:20 124:11
171:16 174:15
213:3,7 219:11
222:5,9,18 223:2
233:11 242:23
247:23 293:8
**resulting**
225:1,17
**results**
36:24 78:20 107:2
108:3,23 115:15
165:6 168:6
177:18 180:18
181:23 192:21,22
195:5 198:8
199:18,19 200:15
201:3,25 204:11
209:3 213:3
219:14 225:12
226:14 248:5,10
248:10,11,17,18
253:19 263:4,14
278:15
**resume**
40:24
**retained**
41:16 46:13,18
64:2 86:13 87:16
88:1 89:23 90:6,8
105:11 257:21
**retrospective**
121:2 224:6
**retrospectively**
121:8 156:19 158:6
158:9
**reverse**

151:22
**review**
6:6 14:22 16:12
17:11 20:9 23:8
23:14 24:15 28:18
31:10 33:17,25
34:4 39:21 40:5
41:5,23 46:1
52:10 54:11 57:3
62:11 72:12 77:8
77:9 78:6,11 94:3
94:4 100:8 109:11
110:2,8 111:12
114:20 117:5,17
124:17 131:15
152:16,19 153:3
153:10,20 154:18
155:21 167:7
171:2 202:9
207:23 208:9
239:11 253:17
259:14,15 270:12
270:18,25 271:6
271:25 272:15
275:20,22 276:1
305:21,24 310:14
**reviewed**
11:25 12:6 19:5
23:11 24:3,8,19
24:21,25 31:2,16
37:13 42:25 57:3
64:18,19 79:12
93:10 97:11
117:10 122:11,19
149:6 165:10
167:11 173:1,12
173:15 175:20
176:2 184:3
206:24 254:20
274:25 275:6
306:12,14 309:18
309:20,22,23
310:3,6
**reviewing**
20:7 123:1 132:14
175:25 278:22

285:1 292:2
308:24
**reviews**
22:21 64:17,21,25
66:1,8,20 67:8
78:20,22 80:15
86:20 87:9 115:23
153:16
**revised**
4:23 82:17 89:4,22
93:20 112:12,21
154:1,5,8,12
**re-analyzed**
139:25 140:22
**rgolomb@golom...**
2:25
**rheumatoid**
58:13
**Richard**
2:21 9:3
**right**
11:12 14:19 15:13
19:21,21,23 22:3
22:12 24:25 25:18
25:22 26:22 35:8
37:4 49:21 58:25
61:6 65:9 66:15
66:22,25 68:5,17
69:21 70:13,16
71:17,21 72:6,9
72:12 75:15 80:21
81:16 82:5,24
83:2,16 90:8
93:11,12 101:13
102:17 104:5
105:19 106:4
108:16 109:7
116:18 119:16
120:18,24 130:6
135:1,7,10,20
137:20 139:11
140:4 141:13,15
141:18,25 142:6
144:3 149:25
152:5,23 153:17
153:25 154:2,6

155:1,9 160:19,23
160:25 161:9
163:18 165:23
167:1,12 171:18
172:19 173:4
174:8 179:2 180:3
183:22 189:10,17
190:9 194:8,24
195:8 197:24
198:10,14 202:4,8
203:10 206:4,8,15
207:21 208:2,21
210:15 211:13,14
212:7 213:13
215:8 218:1 219:2
220:9,13 221:20
223:9 224:18
225:12 226:8,15
227:19,25 235:23
236:5,11,17
237:22 243:2,9,16
244:1,18,21,25
247:4 248:4
255:16 256:3,16
261:21 262:10,13
262:17 265:8
268:25 269:4
273:20 276:11,20
277:2 278:19
281:11,17,21
282:7 283:13
287:4,13,16
288:16 291:22
293:20 294:19
306:2,7 307:11,18
313:9
**right-hand**
69:23 122:17 139:7
139:12 141:14
169:18 197:18,19
**right-most**
193:20
**Rigler**
31:9
**rise**
292:18

**risk**
5:21 6:3,5,8,20
16:11 17:4,5,13
41:11 43:8,17
47:9,24 51:17
53:8,22 54:8,13
57:18,21,23 58:2
58:9,12,14,17
60:4 61:14,25
62:3,7,18 64:13
66:3,9,21 73:7
74:17 79:20 80:4
86:20 87:9 90:19
95:11 101:8,12
102:24 105:22
106:2,9 107:12
108:7 113:8,21
114:6 117:11
124:7 126:2 127:4
128:25 129:2,6,15
130:3,20,23 131:3
131:10 132:24
134:25 151:21,23
152:16 155:4
161:4 162:25
165:14,15 166:11
166:24 170:15,20
171:11,12,13,16
171:17,25 172:5,6
172:10,13,14,23
172:24 174:4
177:6,7,18,20
179:16 182:20
184:4,5 185:14,21
189:7 194:5,7
195:10 200:5
201:5,9 202:5,8
206:7,23 209:8,15
210:21 212:20
216:24 217:19
219:10 221:4,14
221:18 222:3,8,12
222:15 223:1,11
224:17 225:23
226:3,3,24 227:2
227:3,4,15 228:12

229:1,4,12 230:8
230:11,13 232:7
232:17 242:25
243:9,12 244:23
246:23 247:2,7,9
247:14,20,22
249:1,16,18,25
250:3,4,22,24
251:3 258:23
269:21 281:20
284:7 285:24
286:1,9,19 287:3
287:12,15,18
297:6,24 298:20
306:19,24 309:11
**risks**
6:17 178:19 179:1
179:5,11 202:4,18
224:15 228:6,15
286:14
**RMR**
8:4 313:1,19
**Robinson**
2:18
**robust**
184:6
**role**
299:23,24
**rolling**
88:18
**Roman**
259:24 308:17
**room**
55:23
**Rose**
2:4
**roughly**
138:13
**routinely**
122:11,19
**Royston**
3:8 9:10
**rule**
4:15 7:2 212:6
213:2,8 277:16,17
277:23

Anne McTiernan, Ph.D

**ruled**
214:14,22 277:1,5
    280:21
**ruling**
10:14
**run**
40:9
**R-E-I-D**
268:22

**S**

**S**
2:8 163:21
**safe**
101:2
**Sales**
1:10 8:18
**sample**
126:14,24 127:1,2
    127:5,7,13 129:4
    174:2 175:5
    183:13 184:13,14
    212:8,18 213:11
    215:6,7,10,13,23
    216:1,4,7,15
    217:14 225:1,16
    244:15 246:8,11
    246:17 253:7
    259:20,22,22,23
    263:18 301:10,12
**samples**
31:13 38:24 39:1,3
    253:3 255:13
    259:8,12 267:6,18
    267:21,23 268:1,7
    301:6,16,19
    302:14
**sampling**
253:22
**sat**
82:21 84:2 92:3
**save**
194:19
**saw**
39:6 129:2 204:11
    258:7

**saying**
55:8 56:4,6,12 58:7
    62:16 72:25 73:22
    74:22,22 79:11,22
    79:23 96:24 98:1
    105:21 106:22
    118:15 142:18
    174:24 175:4
    207:11 226:23
    227:1 228:7 236:6
    237:23 240:25
    242:18,20 249:12
    275:15 278:10
    286:11 297:9
    300:12
**says**
31:9 44:9 57:4 71:8
    72:6,8,14 74:3
    75:3,12 80:17
    81:24 82:16 83:19
    83:25 84:9,14
    85:17,22 86:3
    88:8 89:4,22 92:1
    92:2,22 95:1
    100:19,23 103:21
    105:25 106:2
    111:11 113:3
    114:12 115:19,20
    116:15,18 119:5,6
    119:19 122:5,17
    130:6 134:5,21,23
    135:22 139:13,21
    140:18 147:7
    151:15,17,19,20
    154:3,5 165:3
    166:22 168:9,16
    169:21 192:21
    195:3,9 197:19,25
    201:18 205:3
    206:11 210:20
    211:6 215:21
    218:21 257:23
    260:16,17 263:21
    264:24 265:3
    266:4,6,7 270:4
    276:7,22 280:13

281:17 308:7
**science**
57:3 60:14 64:19
    64:19 72:12 134:5
**scientific**
11:8 24:4 25:18
    39:24 40:5,12,12
    40:14 41:5,24
    42:9 44:18 45:23
    48:18,22 49:5,18
    49:20 50:13 51:4
    51:21,24 52:8
    57:4 67:21 71:10
    97:5 101:20 104:8
    108:18 120:7
    122:7 214:9
    284:25 307:19
    311:16
**scientist**
25:17
**scientists**
49:1 50:1 67:7,9,17
    67:20,22,24 77:7
    101:8 214:6
    275:21 278:22
**scope**
16:11 17:4 306:24
**screening**
7:4 16:10,10,25
    17:3 305:22 306:9
    308:5,11,24
**Scully**
3:4
**sealing**
313:13
**search**
29:10 114:13 122:6
    122:7 192:5
    269:13
**searches**
23:12,21 24:1
**searching**
29:24
**Seattle**
1:21 8:3,16 14:14
**second**

8:2,15 65:5 75:3
    78:8,12 84:14
    95:3 101:5 104:2
    111:9 112:7 125:4
    125:9 130:17
    136:14 145:7
    151:20 163:9,13
    166:22 168:2
    169:19 173:6,6
    186:24 187:10
    193:18 202:12,12
    264:7
**second-to-last**
91:21
**section**
65:4 66:13 70:8
    79:13,14 84:24
    92:21 119:5,22,25
    121:21,23,25,25
    122:3 131:14
    135:6 151:8,11
    168:6 280:12
**sections**
137:24 142:8
**securely**
313:13
**see**
16:2 23:12 24:11
    25:15 30:12,25
    31:25 33:25 35:4
    35:14,17,22 36:8
    39:4,5 44:4,19
    51:16 53:5 57:11
    62:20 69:15,23
    71:20 72:2 75:7
    76:4,19 77:18
    80:2 82:19 83:18
    84:10,19 85:5,10
    85:18 88:8 92:23
    95:1,3,7,8,8 98:22
    100:21 101:3
    103:4,25 104:6
    107:14 108:5,6
    111:14 113:1,9,17
    114:18 119:23
    122:15,22 127:5

128:25 133:20
    134:7 138:10,12
    138:16,19 139:16
    141:4 144:15
    151:25 152:18
    153:20 159:22
    160:2 162:4 164:3
    168:7,12,18 170:2
    171:1,8,15 172:3
    172:4,12 177:17
    177:19 178:5
    181:13,22 182:21
    182:25 184:7,19
    184:21 185:1,4,9
    186:1 189:6
    191:21 192:5,19
    193:1,16 195:6,12
    195:18 197:19
    199:15,22 202:7
    202:10 203:1
    206:16,22 209:19
    210:11,23 211:2,6
    211:10 215:21
    218:9,18,20 219:3
    220:24 221:5
    222:11 223:8
    229:5 233:4
    234:22 235:2,14
    235:17 238:23
    256:22 258:1
    260:14 262:23
    263:21 264:17,21
    265:5,23 266:6
    269:22 270:8
    271:12,17,18,19
    273:9 274:14,19
    276:5 277:12
    279:21 280:17
    281:7,8,15 286:18
    286:20 289:8,17
    291:22 293:5
    296:10 301:9
**seeing**
67:13
**seek**
261:19

Anne McTiernan, Ph.D

seeks
134:11 135:23
seen
15:25 21:16,19
44:3 49:25 93:1,4
93:23 105:13
121:11 126:24
127:1 128:24
130:3 132:23
136:25 137:2
144:19 151:17,21
151:23 152:4
223:3 229:5
240:19 254:20
255:12,15 264:4,8
295:3
selected
254:7
self-administered
242:6
seller
261:11,15,19
send
261:3
senior
22:19
sense
158:18 170:4 187:3
237:17
sent
20:24 29:11,14
68:20 204:1 261:1
sentence
44:22 62:22 65:5
111:10 112:7
114:1 116:9,14
119:19 120:14
122:5 134:16,23
136:4,13,14 141:2
141:16,19 146:20
149:14,17 151:20
168:4,9 170:11
179:5 200:14,20
200:23,24 202:13
206:11 216:2
232:1 270:3

sentences
135:9 136:1,3,10
136:12,13,15,16
137:6,15 148:6,23
149:1,2,5,9 230:9
separate
15:7 92:5,7 123:14
155:18,22 170:4
190:19 201:12
220:13 221:16,25
separately
60:7
seriously
165:6
serous
124:7 126:2 129:1
129:8,13,21 130:4
130:23 173:21
189:7 292:16
serve
22:16 109:9
served
15:12 21:13 90:11
99:3 165:25
service
64:23 106:25 107:1
Services
8:13
serving
110:20 181:15
205:15
set
18:16 25:25 68:22
73:11 74:24 79:5
81:13,14 85:10,11
101:22 102:9,10
103:23 136:2
138:6 140:2 141:1
147:5,12 148:5
149:8 165:12
177:3 214:4 223:4
232:12 275:21
278:14 313:14
sets
78:24 86:5 110:24
112:24 123:14

145:10 201:25
275:13,17
setting
39:23 42:14 65:20
seven
103:22 184:3
seventh
119:3
Seyfarth
3:16
sgutierrez@pros...
2:7
SH
280:14
shampoos
100:25
share
23:15 47:5
Shaw
3:16
sheet
16:11 17:8,9,10
306:20 315:6
sheets
306:18
short
70:2 242:11,17
305:7
show
38:16,20 43:16,22
57:19 82:10 83:4
98:11 103:10
124:6 126:1,4
129:5 130:22
133:14 180:22
194:20 198:17
200:5,7 215:1
228:14 236:21
237:4 264:2 279:9
295:17 297:13
showed
124:1 130:2 131:2
166:19 171:4
216:9 248:5,17,19
290:7 293:13
297:10

Shower
36:6,6 48:7,7,13,13
263:21,22
showering
240:12
showing
124:9 129:14 178:6
233:22 239:6
298:21
shown
45:14 47:14,15
170:5 200:8 256:1
shows
171:23,25 293:6
side
137:23,24 138:22
140:16,16 195:2
202:8 240:9 287:6
sign
183:22
signature
312:4 313:9,14
signed
16:13
significance
124:12 126:23,25
127:15,20,21
129:14 174:4,14
212:4,5,8,14,23
213:2 215:5,22
216:24 220:9
223:12 227:4,16
243:19 244:6
246:11,18 247:7
247:20 248:6,9,16
248:25 249:2,10
249:13,20,24
250:4,21,23
251:15 252:4,10
285:17,18 286:6
286:18
significant
124:1,6,11 126:1,5
126:7,12,18
127:11 129:3,7,12
129:21 130:3,23

131:3 173:18
174:7,14,17,25
175:6,9 211:7,19
211:20 212:15
220:23,25 221:6
222:5,17,18 223:2
224:18,23 228:14
238:6 243:9,12
244:1,8 245:25
246:4,14,20,22,25
247:4,14,24 248:1
248:20,21 249:4,6
249:16 250:6,9
251:22 281:9 286:8
287:3 290:14
308:21
significantly
51:18 178:14
278:25
similar
95:25 139:24 142:1
142:3,22 143:16
149:24 171:12,16
172:13 177:6,18
179:23 180:18
182:21 185:15,19
186:1,11,14
204:11 206:23
209:3 219:11
289:19 309:16
Similarly
311:13
Simons
8:4 313:1,19
simple
159:15,15 185:20
217:7 242:11
simpler
159:10
simplest
217:3,10
simply
30:5,7 34:8 244:9
simultaneously
147:9
single

Anne McTiernan, Ph.D

54:9,10 123:24
184:11 217:19
288:25
**singly**
145:16
**sister**
222:7 239:16 283:6
**sit**
24:24 37:1,14 72:8
75:9,15 176:1
188:13,17 189:15
190:22 191:8
213:25 214:19
239:2 265:7 271:1
271:25 276:13
277:25
**sits**
54:17 236:22
**sitting**
78:17
**six**
131:2 234:23 237:9
237:9 294:18
**size**
126:14,24 127:1,2
127:5,7,13 129:4
175:5 183:13
184:13,14 212:8
212:18 213:11
215:6,7,10,14
216:1,4,15 225:1
225:16 227:15
243:21 244:15
246:8,11,17
289:19
**sizes**
174:2 215:23 216:7
216:11 217:14
**Sjosten**
30:21 290:15,20
**Skadden**
2:9
**skimmed**
31:3,5 259:15,15
**skimming**
31:11

**skipping**
134:16
**Slate**
2:9
**slight**
168:18
**slightly**
160:17
**slowly**
17:14
**SLR**
114:17,20 115:24
116:17
**SLRs**
122:6
**small**
39:13 101:9 126:24
127:1,5 129:4
174:3 182:6
215:23 217:8,9
223:1 239:17
244:5 282:19,21
288:4,5
**smaller**
201:5,7 232:16
233:7 244:5 246:9
246:21
**smokes**
163:15
**smoking**
87:11 101:9 161:13
162:24 168:11
**smoothing**
244:14
**social**
60:21
**Society**
33:11 111:20
**sold**
255:8 262:16,24
**solely**
95:15,22
**somebody**
22:24 45:15 49:10
49:11 54:13,21
121:8 156:12,19

156:21 158:5
160:2,4 200:3
239:20 242:5
**someplace**
137:19
**sorry**
12:23 16:22 18:8
30:21 34:12 41:13
54:3,24 55:13
64:24 65:12 67:7
77:24 85:3 88:21
100:14 106:25
112:5 113:12
119:15 122:12
163:25 166:15
171:20 173:10
176:9 187:19
189:19,23 207:18
209:23 218:15
226:17 234:6
238:9 246:10
250:19 258:2
269:19 270:17
283:15 287:10
290:11 296:5
**sort**
60:8 147:24
**sorted**
254:7
**sought**
39:25 40:14
**sound**
214:11
**source**
26:14 119:12
120:10 147:7
181:6,24 204:19
205:2 215:22
258:23 267:15
**sourced**
243:24
**sources**
29:15 40:7 42:2,8
42:16,21 43:4
181:6 204:19,25
256:3

**Southampton**
70:16,16
**spanned**
111:18
**speak**
50:8
**speaks**
89:20
**special**
5:17 157:3 165:4
**specific**
49:15 112:18 133:1
175:15,16 176:15
**specifically**
47:12 48:7 49:8
50:24 102:10
107:4 190:22
193:12 255:21
256:21 257:6
277:17 300:10,14
301:4 308:2
**specified**
142:21
**speculate**
284:19,24
**speculating**
55:5 56:9 208:14
222:20,23 223:3
236:3,5 238:20
251:5
**speculation**
251:12 307:23
309:4
**speculative**
224:22
**speech**
111:19
**spelled**
180:11
**spending**
117:13
**spent**
14:24 27:8,20,21
28:5
**spoke**
21:24

**spoken**
272:24
**sponsored**
306:2
**spontaneous**
95:12,14,21 96:2,3
96:9
**spontaneously**
95:5,18 96:4,14,22
**Sports**
60:14
**spread**
32:8
**spring**
13:17 26:21 27:9
81:2
**Square**
2:9
**ss**
313:1
**staff**
67:15,17
**stage**
122:5
**stand**
244:13 245:5
272:18 299:10
**standard**
191:23
**standardized**
68:24 122:7
**standards**
68:24,25
**starch**
290:3,12
**start**
23:1 26:19 27:1
35:12 63:24 127:6
150:12 173:9
219:18 231:20
262:21 287:1
**started**
27:10 117:20
239:22,23
**starting**
134:9 179:5 219:1

Anne McTiernan, Ph.D

**starts**
268:15
**state**
41:5,24 58:23 74:2
90:12 101:20
104:8 178:1
186:11 219:5
271:14 277:20
302:13 307:25
313:1,2
**stated**
44:17 143:25
211:24 212:1
215:4 225:25
301:13
**statement**
74:3 101:15 111:16
111:25 116:10
155:5,15 170:13
207:11 232:8
275:17 296:11
**statements**
20:19 69:1
**states**
1:2 8:19 64:24
265:12 266:22
308:10,18
**statistical**
124:12 126:23,25
127:15,19,21
129:14 140:2
174:3,13 212:3,5
212:8,14,23 213:1
213:5 215:5,17,22
216:24 217:15
219:9 220:8
223:12 227:3,15
243:19 244:6
246:11,18 247:6
247:19 248:6,9,16
248:25 249:2,9,13
249:19,24 250:4
250:21,23 251:15
252:3,10 285:17
285:18 286:5,18
**statistically**

51:18 124:1,6,10
126:1,5,7,12,17
127:11 129:3,7,12
129:21 130:3,23
131:3 173:17
174:6,14,17,25
175:6,9 211:20
212:15 220:22,24
221:6 222:4,17,18
223:2 224:18
228:14 238:6
243:9,12 244:1,8
245:25 246:4,13
246:19,22,24
247:3,24,25
248:19,21 249:4,6
249:15 250:8
251:2 281:9 286:7
287:3 290:14
308:20
**statistics**
168:17 172:11,12
182:13
**status**
214:12
**stay**
216:12 237:2
**steering**
4:12
**steps**
105:21 106:1
**sterilized**
254:8
**stickers**
37:19
**stop**
11:20 32:21 34:7
135:24 147:17
262:17
**stopped**
297:15
**stopping**
92:9 106:20
**story**
6:15 264:24 265:3
266:1

**strategy**
122:7
**Street**
2:14,22 3:4,16
**strength**
74:4
**strengths**
209:25 210:5
**strict**
101:1
**stride**
56:23
**strike**
72:21 73:15 76:23
77:15 80:8 89:1
105:17 116:11
143:13 157:19
177:14 182:10
200:12 208:12
212:4 219:17
230:16 237:12
239:1 241:2,4
278:12 282:5
284:11 296:12
307:5
**strong**
74:4 165:5 166:10
166:23 228:19
**stronger**
207:11 208:7
**struggling**
33:16
**studied**
24:13 59:15 116:8
145:14
**studies**
5:17 24:19 25:6
29:2,25 33:19
41:3 42:25 43:1
43:15 45:9 51:13
51:14 52:10 53:3
54:11,12,20 56:5
57:19 65:7 66:1
67:19 97:10
100:23 101:5
108:24,24 109:19

114:15,16,25
115:3,15 116:1,4
116:5,9,16,21,25
117:1,10,15,16,18
118:5,6,17 119:8
119:8,9,11,20,21
120:4,4,10 121:2
121:7,11,13,18,20
122:8,10,18,21,25
123:3,5,7,8,11,14
123:19,20 124:5
124:10 127:8,18
128:13,22,23,24
129:2,5,12,24
134:24 139:23,24
140:1,21 141:9,21
141:25 142:4,14
142:16,18,23
143:4,7,8,9,10,11
143:17 144:1,2,16
145:5,9,10,20
146:4,16,18,25
147:1,4,9,10
148:8 149:23,24
150:3 156:17
157:1,5,6 158:10
158:24,25 159:4,9
160:11 161:22
163:20 164:11
165:10 167:11
170:5,22 171:2,5
173:1,17 174:6,11
174:17,24 175:13
175:20,25 176:2
176:16 178:9
179:22 180:1,1,2
180:16 181:3,24
181:25 183:4,24
184:2,7 191:22
192:23 196:9
198:2,8 199:20
200:16 201:1,4,6
201:9,10,14,15
202:7,18,19,23
209:9,10 210:1,9
210:22 211:7,12

211:14,18 212:19
215:5,6,17,23,24
216:7 217:4,18
218:10,21,22
219:6,10,12,13
220:11,14 221:7,9
221:11,16,17,24
222:11 223:7,9,11
223:18,19 224:3,7
224:11,14,23,25
225:11,16,23,24
226:9,11,13,16,18
226:19 227:1,5,8
227:8,9,11,12,24
228:6,25 229:6
230:10,18 237:13
238:5,15,17,23
239:7,12,19,22
240:5,22 241:3,6
241:9,12,16 242:3
242:6,9 243:14,21
243:22,24 244:4,5
244:7,11,15,20
245:15,20,23
246:2,9,13,19,21
246:24 247:2,8,9
247:21,22,23,25
248:12 249:3,5,15
249:17 250:2,3,10
250:25 251:4
275:22 278:15,17
279:3,4,9,16
282:13,17,18,22
283:16,17,19,19
283:25 284:15,17
284:18 285:19,24
286:17 288:3,5,6
288:11,12,15
290:19,24 291:2
292:1 293:10,13
293:18,22 294:6
297:16 298:1,12
308:19 309:7,8,21
**study**
5:19 6:6 24:6,9,20
24:21 40:8 43:11

Anne McTiernan, Ph.D

47:3 52:23 57:4
59:19 98:2 116:20
116:21,21 117:9
117:20 118:16
119:5,6,11,19
120:22 121:16,24
123:6,24 124:8,13
124:14,14,16,18
124:25 125:1,2,7
125:9,15,16,17
126:6,17 128:25
129:8,16,20,20
130:6,17,17,22
144:23 145:6,7,7
145:9,13,15,19
146:10 147:4,21
159:2 160:3
163:21 164:18
165:1 167:18,24
168:14 169:15
171:1,4,8,19
172:10 173:7
175:8 177:1,8,15
177:15 178:1,12
178:14 179:22
180:22 182:4,9,12
182:25 183:1,8,14
183:19,22 184:12
184:18 186:16,20
186:22 187:7,21
187:23 188:7,8
189:5,9 191:9,24
192:8,13,16,21
194:10,15 196:19
198:20 199:4,24
200:14 201:12
202:13 203:3,4,8
204:8,9 206:4
207:20 210:6,9,14
212:13 216:16
217:22 219:17,19
219:20 222:1,8,20
223:7 224:15
225:3,9,10,18
226:9,25 227:22
229:13 230:5,8,20

230:21 231:1
232:23 234:1,14
236:11 237:5
239:15,16 240:21
241:20 242:10,15
244:16 245:11
247:14 279:2,15
279:20,25 281:11
282:7,7 283:6,7
284:14 285:14
286:10 287:2
288:9,25 289:13
289:24 290:3,9,11
290:15 291:3,18
292:6 293:6,11,15
293:23 294:7,11
294:12,14,15
295:5,12,16,21,24
296:1,7,13,14,15
297:1,8,9,9,13
298:14,22 299:1
306:2 310:2
**studying**
162:22
**study's**
182:16 244:12
**subgroups**
182:1,6
**subheadings**
85:19
**subject**
40:15 41:21
**subjected**
95:9 294:16
**subjects**
238:15
**submitted**
19:4 27:13 203:12
303:20 307:8,14
**Subscribed**
315:14
**subset**
33:24 179:25
**substance**
49:20 55:19 120:17
214:1,21,23 241:4

267:13 274:22
275:6,14,19,19
278:1,6 281:1
291:20 315:5
**substances**
159:5 240:23 241:6
242:2 273:24
274:25
**substantiate**
204:10
**substantiated**
170:11
**subtle**
169:23
**subtotal**
223:8 285:23
**subtract**
202:1
**subtype**
129:8
**sufficient**
123:23 126:14
220:21 226:7,23
230:7 237:21
276:9 277:21
283:13,24
**suggest**
89:9
**suggested**
128:14
**suggesting**
75:12 106:19
191:14 233:20
266:15,17
**suggests**
232:13
**Suite**
2:5,15,23 3:5,11
8:2,16
**summaries**
31:16,17 86:16
267:20
**summarize**
44:13 67:12 152:25
255:19 268:17
**summarizes**

41:14
**summary**
31:12 81:7 85:9,17
85:22 86:3,5
88:21 147:4
178:18 179:1,5
209:20 268:11
**summer**
13:17,18 14:12,16
14:19 15:4 22:15
22:15
**super**
293:25
**supplemental**
203:21 209:16
**supplementary**
182:17,22 192:3
209:7
**supplied**
300:1
**supplier**
311:14
**supply**
300:4
**support**
28:19 43:12,24
63:7,11 180:19
192:25 193:4
199:20 207:13
232:15 237:21
257:5 258:18
260:11 268:22
269:3,10
**supporting**
255:25
**supportive**
181:4
**supports**
230:6
**suppose**
67:15
**supposed**
10:15
**supposedly**
271:3
**sure**

12:1,6 21:7 22:24
29:12 33:18,22
44:5 49:8 50:10
67:14 81:21 93:13
118:14 149:14
152:14 154:12
163:4 175:15
179:10 182:19
183:13 194:16
218:3 225:6
229:10 267:11
274:4 303:1
304:18
**surgery**
290:7,14
**surgical**
290:3,12
**surprise**
275:7,9
**surprised**
101:18
**surprising**
144:14
**survey**
51:23 52:2,14
170:8 171:6
**surveyed**
52:7,9
**survival**
64:13 102:24
**survivorship**
70:20 109:24
**Susan**
2:3 9:13
**SW**
3:4
**swear**
9:18
**sweat**
170:7,9
**sworn**
9:21 313:8 315:14
**synonymous**
109:1
**synthesizing**
65:6

Anne McTiernan, Ph.D

| | | | | |
|---|---|---|---|---|
| **system** | 203:8 204:7,13,20 | 87:17 88:2 90:12 | 295:3,17 297:2,10 | 272:8 275:23 |
| 233:21 | 206:4 207:2,20,24 | 92:15,17 93:15,23 | 297:13,18 298:23 | 292:10,11,24 |
| **systematic** | 209:2 | 93:24 94:13 97:10 | 298:24 299:3,4,20 | 293:9,11 294:16 |
| 6:6 16:12 17:11 | **Tair** | 101:6,21 104:9,12 | 300:2,14,18 | 294:22,24 296:14 |
| 23:13 24:15 46:1 | 310:2 | 107:10 122:24 | 302:10 306:15,19 | 296:15 307:20,25 |
| 62:11 66:1,8,20 | **take** | 123:15 124:2 | 306:20,21 308:1 | 310:12,19 |
| 67:8 78:6 86:19 | 12:21,25 16:21 | 125:15,16 126:8 | 308:12,22 309:8 | **talc-related** |
| 87:9 88:21 100:8 | 20:1,23 22:23 | 126:11,13,18 | 309:23 | 160:11 |
| 109:11 110:2,8 | 27:15 31:8,20 | 129:22 155:8,19 | **talcum** | **talk** |
| 111:12 114:20 | 56:23 62:13,24 | 155:22 156:1,1 | 1:9 8:17 12:13 14:6 | 24:9 50:25 90:19 |
| 115:23 152:16,19 | 63:17 69:6 70:7 | 165:11 166:9 | 23:7 30:18 41:6 | 104:22 106:8 |
| 153:3 269:13 | 71:5 81:23 96:13 | 167:4,7,9,15 | 41:10 43:7,16,22 | 107:1,6 117:24 |
| 275:20,22,25 | 96:22 100:17 | 168:9,14 169:2,24 | 44:15 45:2,4,7,11 | 188:11 193:23 |
| **systemic** | 104:18 105:22 | 170:5,6,21,23 | 45:13,19,23 46:24 | 239:7 252:3 258:8 |
| 297:3 | 106:1,7 112:19 | 171:7,23 172:8 | 48:3,22 49:6 | 269:19 271:20 |
| **S-J-O-S-T-E-N** | 120:17 127:25 | 173:18 174:7,18 | 50:14 51:5,6,25 | 283:18 |
| 290:15 | 130:1 138:17,23 | 175:1,10 177:16 | 53:19 57:4,9 | **talked** |
| | 142:8 150:4 151:5 | 178:2,19,19 179:1 | 60:15,18,22,25 | 166:13 167:18 |
| **T** | 158:12 175:12,19 | 179:2 184:9,11,22 | 61:14 62:6,18 | 177:2 239:12 |
| **T** | 182:23 184:17 | 184:25 185:5,12 | 63:12 66:2 73:6 | 242:24 258:9 |
| 3:15 314:1 | 186:16 187:22 | 185:13 187:19 | 80:7 86:10 92:10 | 270:13 271:22 |
| **tab** | 189:4,24 191:19 | 194:4 195:5 198:3 | 101:6,24 102:11 | 273:17 |
| 260:14 264:17,18 | 210:2 218:2 219:1 | 205:7 206:13 | 104:4 106:20,20 | **talking** |
| **table** | 224:8 229:20 | 208:2 210:22 | 115:9 117:11,18 | 14:13 25:12 50:9 |
| 43:19 44:1 85:13 | 230:18 231:14 | 213:16,16 219:8 | 121:10 124:7 | 50:10,23 51:11 |
| 85:21 128:16 | 235:12 244:16,17 | 223:20 224:16 | 128:17 132:3,23 | 52:15 55:10 59:21 |
| 168:18,19 171:10 | 245:3 255:16 | 228:15 232:3,4,10 | 153:8 156:9 | 74:17 80:2 85:13 |
| 171:21,22,22,23 | 265:1,1 273:11 | 232:14 233:3,4,5 | 157:17,22 158:16 | 103:5 107:13 |
| 171:25 182:17,20 | 276:17 281:13 | 233:8,11,12,18,20 | 159:4,21 165:9 | 114:7 126:10 |
| 184:21,25 185:3,4 | 285:3 305:7 | 234:8,17 235:1,3 | 176:19 180:20 | 127:20,21 131:25 |
| 189:4 193:14,14 | **taken** | 236:9,15,21 237:2 | 184:4 200:6 207:3 | 136:9,11 143:2 |
| 193:16,20 194:14 | 10:10 78:7 159:23 | 237:6,7,9,10,21 | 207:9,20,22 208:8 | 152:10,12 156:24 |
| 195:2,3,3,7,16 | 198:15 313:5 | 238:13 239:13 | 208:10,20 209:13 | 173:6,23 183:14 |
| 198:16,17,17,19 | **takes** | 241:23 242:19,20 | 214:12 224:4 | 187:6 216:6,7 |
| 198:23 209:20,23 | 155:24 238:8 | 243:7 254:3,5,7 | 232:6 233:13 | 226:9,10,18,19 |
| 210:20 223:9 | 282:12 | 254:12,18,23 | 234:2,11,15,16,18 | 228:2 238:9 |
| 233:2 234:22 | **talc** | 259:20 266:8,10 | 236:14 237:15 | 253:21 254:13 |
| 235:13 237:5 | 5:19,21,23 6:2,4,8 | 266:16,22 270:5 | 238:4 239:3,9,23 | 255:22 277:4 |
| 244:25 259:8 | 6:10,10,18,20 9:6 | 272:20 274:9,21 | 240:5,10,15,23 | 287:8 294:4 |
| **tables** | 17:5,8,9,13 33:13 | 275:24 277:25 | 242:2 253:7,19 | 298:12 |
| 67:19 184:19 | 41:17,25 42:3,10 | 278:6 280:5,22 | 254:1 256:1 | **talks** |
| 203:22 209:7 | 47:15,23 48:9,15 | 281:5,20 284:20 | 257:14 258:9,16 | 196:2 |
| **tabs** | 50:20,20 52:20,21 | 289:1,5,10,19 | 258:22 260:12 | **taller** |
| 264:19 | 53:10,16,23 54:5 | 290:11,21 291:4 | 261:8,12 262:3 | 73:1,23 |
| **Taher** | 54:10 55:1 61:12 | 291:19 292:3,20 | 267:1 269:14,21 | **task** |
| 16:13 17:13 203:3 | 79:16,25 80:4 | 293:13,25 294:6 | 269:23 271:22 | 173:23 |

| | | | | |
|---|---|---|---|---|
| **tasked** | 121:17 128:24 | 225:5 237:16 | 161:21,24 162:20 | 283:2 284:3,4 |
| 94:8,10 100:7 | 132:19 138:20 | 238:7,9,25 239:23 | 179:19 187:23 | 287:8 293:10 |
| 107:6 176:13 | 172:9 184:13 | 244:3 247:11 | 197:25 202:2 | 294:17,21 295:1 |
| **team** | 192:5 215:13 | 249:14,18 251:9 | 240:11 288:3 | 305:1 310:19 |
| 214:12 | 263:11,12 279:8 | 265:10,14,18 | 303:6,17 | 311:24 |
| **teas** | 282:19 289:10,18 | 266:14,21 271:5 | **things** | **thinking** |
| 116:8 | 290:17 294:8 | 283:22 284:8 | 11:13,15 24:11,21 | 127:6 |
| **tease** | **Terry** | 300:24 301:18 | 29:15 34:5 81:9 | **third** |
| 47:18 | 23:10,20 24:8,19 | 302:2 313:6 | 88:23 107:5 | 29:18 75:12 79:4 |
| **tecum** | 25:6 97:10 98:2 | **testing** | 112:15 127:22 | 83:22 110:24 |
| 4:11,14 | 144:15 145:1,13 | 6:22 36:8,25 | 142:8 155:10 | 113:4,15 125:9,15 |
| **teens** | 145:15,19 146:4 | 253:19 261:6,7 | 163:11 166:25,25 | 134:10 160:21 |
| 157:21 | 147:21 | 263:13 268:12 | 233:13 275:10 | 187:9,12,13 188:6 |
| **telephone** | **test** | 310:19,23 | 277:23 | 306:20 308:6,9 |
| 159:12 | 55:20 213:5 250:4 | **tests** | **think** | **Thomas** |
| **tell** | 254:11,14,18 | 6:12,14 253:6 | 11:13 19:11 22:9 | 3:15 |
| 74:19 79:17 96:13 | 262:9,12,15 263:4 | 261:12,15 262:1 | 22:10,24 23:11 | **thought** |
| 176:1 209:11 | 263:10,10 268:6 | 262:22 | 29:18 30:7 32:20 | 56:21 78:14 134:1 |
| 214:1 271:2 | 310:11,21,22 | **text** | 41:14 49:7,13 | 212:15 235:6 |
| **tells** | **tested** | 78:24 79:1,3 | 50:6 51:10 52:6,6 | 237:24 289:19 |
| 171:14 184:6 | 31:14 39:17 253:25 | 136:21 137:23 | 54:14 63:6 67:13 | 292:16 298:19 |
| 185:18 250:4 | 254:24 255:13 | **textbook** | 81:2 104:22 | **thousand** |
| **temporal** | 257:2 258:6 | 60:24 | 118:11,23 125:11 | 282:25 |
| 46:10 87:22 | 263:21 267:7,14 | **TGF** | 127:10 130:5 | **three** |
| **ten** | 267:15,19 268:2 | 297:5 | 133:15 135:6 | 117:16 123:3,3,5,6 |
| 63:18 70:13 95:5 | 311:2,14 | **thank** | 136:9 148:7,18 | 123:10,11,13,14 |
| 95:25 184:9 195:9 | **testified** | 9:17 21:8 56:24 | 156:3 157:18 | 123:19,20 124:10 |
| 208:6 279:1 285:2 | 9:23 153:14 237:19 | 112:9 113:13 | 158:15,18 160:1 | 129:5 136:11,15 |
| **tend** | 237:20 259:18 | 186:9 197:9 | 160:14,16 162:9 | 144:16 173:1 |
| 200:2 228:22 | 278:13 307:8 | 209:24 259:23 | 162:14 163:1 | 174:20 180:2 |
| **tended** | **testify** | 272:11 289:15 | 174:22 177:10 | 217:18 218:9,22 |
| 172:23 244:5 246:9 | 15:3 26:3 313:8 | 299:7 311:23 | 179:17 181:21 | 226:25 235:2 |
| **tends** | **testimony** | **Thanks** | 183:11,24 187:6 | 257:13 261:5 |
| 38:16 229:3,10,11 | 11:10 14:25 15:3 | 63:17 91:20 150:21 | 188:10 189:21 | 270:20 280:7,23 |
| **tenth** | 42:19 46:9 47:20 | **theoretically** | 196:3 200:7 201:1 | 289:23 |
| 250:15 | 48:17,21 52:4,5 | 54:18 55:4,15,24 | 204:21 209:6,20 | **three-page** |
| **ten-year** | 54:9 55:7 56:17 | 56:8 | 210:2 211:2 | 103:12 |
| 194:4 | 58:6 61:17 79:8 | **therapy** | 213:16 221:22 | **three-quarters** |
| **Terilynn** | 90:1,24 91:3 | 80:6 158:9 | 224:21 225:23 | 165:2 |
| 8:3 313:1,19 | 102:19 118:22 | **thereof** | 226:16,22 228:18 | **threshold** |
| **term** | 120:2 131:21 | 313:12 | 232:9 238:9 239:6 | 54:1 |
| 44:21 70:22 | 133:10 146:13 | **thing** | 239:15 248:15,25 | **thumb** |
| **terms** | 155:13 174:16 | 12:20 17:11 18:8 | 249:23 250:19,20 | 12:4,8,9 16:8 |
| 50:12 51:3 54:13 | 176:22 188:1 | 21:4 38:22 49:17 | 252:9 255:3 | **time** |
| 76:20 107:17 | 200:18 201:17 | 85:21 118:14 | 263:20 264:10,25 | 8:14 11:15 13:23 |
| 108:6 109:22 | 202:16 224:20 | 127:3,6 158:12 | 266:15 267:5 | 14:24 15:11 16:21 |

Anne McTiernan, Ph.D

17:20 19:3,8
21:21,24 22:24
23:4,4,5,23 24:12
24:17 25:15 26:18
27:14,19,21,25
28:2,8,9 30:4,9,10
31:8 32:4,9 45:11
47:6,9 53:2,7
54:22 63:20,23
74:12 78:12 79:19
80:17 81:5 88:16
88:18 89:9 97:17
97:19,23 98:3
106:6 110:19,22
111:2 117:7,13
118:13 120:17
125:4 128:7,11
138:17 148:10
150:7 157:23
175:3 186:24
189:24 190:2,21
191:19 194:19,25
199:4 224:1,5
231:5,10,11,16,20
237:14,18 238:3
239:13 240:16
241:23 242:13
245:5,9 249:22
250:15 251:20
253:11 255:1
257:11 267:14,15
273:11 278:17
282:6 285:6,10,14
299:10,14 300:1
303:24 304:24
305:2,3,9,14
307:14 312:2

**times**
2:9 24:4,9 26:15
33:12 39:15
115:12 150:25
174:21 220:12,17
239:20 248:23
251:24 252:8

**titanium**
6:18

**title**
17:5,7 33:15
   105:18,25 111:9

**Tlocke@seyfarth...**
3:18

**today**
16:6 17:15 18:18
   20:18 25:20 28:4
   37:1 45:5,15,20
   48:17,21 49:5
   54:9 63:7,11
   70:18 71:8 150:22
   167:19 188:13
   192:6 203:14
   208:9 210:14
   213:13 237:13,20
   240:20 255:8
   271:1,9,25 273:17
   275:12 277:4,25
   278:13 283:11,23
   285:16 288:15
   304:14

**today's**
8:13 312:2

**toiletries**
100:20 103:24

**toiletry**
100:24

**told**
12:20 63:6 90:12
   90:18 104:17
   216:18 255:3

**Tom**
9:7

**toothpastes**
101:1

**top**
71:20 81:24 82:7
   92:21 100:19
   179:4 185:17
   219:2 265:1

**topic**
59:14 66:2 127:24

**topics**
5:8 103:22,22
   160:17

**total**
27:16,19 138:7
   211:13 215:10
   216:19 219:7
   224:1 227:24
   245:16,17 259:16
   288:16

**totality**
38:19 42:9 45:1
   51:15 94:5 118:18
   212:19 214:9
   223:24

**totally**
155:18 160:10
   163:6 201:11

**toxic**
291:20

**toxicologist**
61:8

**toxicology**
294:5 309:7,22

**trace**
265:25

**tracer**
290:4

**traces**
289:1

**tracing**
290:21

**tract**
30:19 57:16 233:19
   233:23 292:8
   293:1,8 295:2

**train**
56:21

**transcribed**
313:5

**transcript**
30:24 203:16 313:6

**transcription**
315:4

**transcripts**
31:2

**transformed**
183:25

**Transmission**

253:15

**transporting**
30:15

**travel**
15:6

**traveling**
15:8

**treatise**
147:3 229:13

**treatment**
50:18 146:24

**tremolite**
265:3,7,12,16,16

**trend**
196:23 222:11

**trial**
57:8,12 144:12

**trials**
107:19 114:14
   122:8 142:17
   143:5,6 146:24

**tried**
172:25

**tries**
99:4,11 102:16

**trouble**
49:7,14

**true**
18:3 24:22 33:6
   34:25 35:1 48:2
   51:8 59:16,22
   61:15 62:22,22,23
   64:5 70:5 72:1
   74:24,25 76:6,16
   80:1 87:19,19
   88:3,3 93:5
   105:23 106:10,11
   107:25 108:11,12
   108:13 109:11
   110:3,3 115:1
   116:23 118:4,4,7
   118:8 121:5
   125:25,25 130:24
   130:24 131:17
   132:9 133:7,7,9
   141:9 142:13,14

144:12 146:21
154:8 160:22
161:12 162:25
165:14 167:5
168:15 178:20
217:15 220:23
223:21 226:20,20
241:2,3,5 244:11
246:5,14,14 255:3
282:18 286:13
292:4,4 313:6

**truth**
313:8,8,9

**try**
88:7 107:3 113:20
   118:12,12 150:16
   212:6 213:2 230:5
   289:20

**trying**
29:10 78:5 91:17
   100:1 117:8
   148:14 156:19
   161:25 168:5
   187:19 194:25
   204:3 212:22
   250:13 285:18
   296:23

**tube**
55:14 232:11

**tubes**
54:17,24 55:19
   57:16 233:24
   290:8 292:17

**Tucker**
3:10

**tumors**
294:4

**turn**
44:8 62:15 91:21
   92:19 94:21
   112:19 121:21
   134:4 135:16,18
   151:6 192:16
   194:10 195:1
   197:11 199:11
   206:6,10 210:18

218:17 231:25
268:13 279:19
**twice**
115:10 156:11
**two**
14:8,10,15 22:25
24:6 25:5 29:15
30:21 39:17,17
59:10,13 64:12
88:15 120:13
123:7 129:2,5
136:12 143:12
145:10 148:5,23
149:2,5,9 161:16
162:11,15 173:5
179:19,23 180:7
180:16 181:3
192:13 196:2,8
198:19 201:15,25
202:23 216:4
217:17 219:19
220:1,6 227:2,4
227:14 228:4,5
230:9 231:5
236:16 242:9
256:2 263:8 279:5
280:5 282:25
289:23 302:14
**type**
26:6 118:16 126:11
129:11,14 134:16
139:21,24 140:19
142:2,4,22 143:3
143:16 147:7
149:24 160:18,21
176:24 178:12
221:25
**typed**
26:22 133:5
**types**
11:5 58:10 64:11
87:12 109:14,21
112:18 116:21
143:12 157:21
158:1 178:14
201:15 202:23

241:22 253:4
254:21 256:2
**typical**
44:25 121:6 144:9
231:9 232:5
**typically**
40:11 54:20 108:17
108:22 117:15
156:10
**typing**
133:3

---

**U**

**UK**
70:16
**Ulrik**
163:21
**ultimately**
220:15 262:24
**unable**
252:2
**unadjusted**
177:19
**unchanged**
90:21 93:17
**underestimate**
231:9 242:17
**underlay**
284:14
**underlined**
20:13
**underlying**
244:11
**underneath**
17:7 85:18 135:20
210:20 281:17
**underreport**
237:17
**underreporting**
238:2
**understand**
10:17 13:6 25:22
35:6,16 60:9
67:14 78:3 108:21
150:19 159:18
249:12 260:23

267:16 299:20,23
**understanding**
10:19 47:4 213:23
239:2 257:2
274:21 275:20
301:8,14
**understood**
267:20
**undertake**
284:20
**unethical**
55:18 289:8 290:25
**unexposed**
219:9,23
**unfortunately**
220:16
**unidentified**
259:8
**Union**
3:8 9:10
**unique**
95:9
**Unit**
63:25 150:12
305:14
**United**
1:2 8:19 64:24
**University**
70:15
**unpublished**
140:21 141:3,9,17
141:20 144:2,8,16
147:8
**unrelated**
156:3
**unreliable**
127:9,10 242:3,4
**unsealed**
268:2
**unusual**
144:15 202:7,9
**update**
69:24 81:8 83:1
84:10 87:15,25
90:12 110:2
111:12 113:16,19

121:14 122:4
124:23 125:4,4,13
125:18,18,19,22
125:24 126:1
130:2 137:22
139:6 143:24
144:5 146:8,15,17
153:20 160:10
165:25 278:5
**updated**
81:9,16,19,22
93:18 124:19
154:17,19 224:5
230:23 231:3
263:15,17,18
278:3
**updating**
231:11
**upfront**
207:17
**upper**
169:18 183:2,6
250:1
**up-to-date**
113:7,21
**usage**
6:10 232:4
**USB**
10:19,25 11:3,22
**use**
5:19,23 6:2,4,8,20
17:12 38:20 41:10
42:24 43:8,16
44:14,21 45:2,4
45:10,19,23 47:8
47:11,21 48:7
52:20 54:8 61:14
62:7,18 63:12
90:13,13,14 92:9
93:13 96:7 101:21
101:24 104:9,12
106:20 107:10
108:18 109:16
115:9 124:2,6
125:7,10 129:22
130:18,19 132:17

132:21 144:6,22
150:16 156:9,12
156:12 157:17
158:3 161:7,23
163:8 165:9,11
167:4,8,9,15
168:9,14 169:2,24
170:5,6,8,10
171:7,24 172:8
173:18,23 174:7
174:18 175:1
176:19 177:16
178:19,19 179:1,2
184:9,11,11,22,25
185:5,8,12,13
187:4,20,20
192:24 194:4
195:4 198:3 200:6
207:11,22 208:2
209:12,13 217:24
223:20 224:4,6,16
228:15 230:24
231:6 232:7 233:3
234:18 235:3
237:6,9 238:13,16
238:25 239:3,8,9
239:21,21 240:10
243:7 251:20
258:18,22 273:3
281:5,19 292:2,20
**useful**
119:21 183:11
**users**
125:8 130:21 131:4
131:5,6 170:21,22
187:18 297:19,19
298:24,24 299:3,4
**uses**
109:10 111:22
147:4,12 148:4
**usually**
15:10 139:24
141:24 142:4,15
142:18,19,20,23
143:16 146:22
149:24 158:24

161:23 163:1
192:2,3 243:5,6
**uterus**
54:16
**U-L-R-I-K**
163:21
**U.S**
64:8,12 65:8

**V**

**vacation**
22:25
**vagina**
54:16 291:10,11,13
291:17,21 292:2,7
**vaginal**
30:19 57:16
**vaginally**
291:8
**vaginas**
289:11,22 290:6
**vague**
38:1
**valid**
144:23
**value**
212:9,16 213:9,10
227:16 230:15
**values**
168:22
**Van**
293:23
**variability**
32:20 127:3,7,14
244:15
**variable**
74:9,18 76:13
94:16 109:21
121:15 125:5
160:5,22 161:18
163:8,9,13,14,17
175:18,24 183:14
188:3
**variables**
73:9 74:14 75:20
75:22,24 76:9,10

76:11 78:10,13,23
86:18,21 87:9,14
92:14 94:4,9,20
97:17 99:8 100:9
100:9 106:22
109:15 111:24
112:18 115:7,8,11
115:14 116:4
125:16 128:21
142:21 145:23
152:12 153:12
154:16 156:13
158:13 160:7
162:12,15 172:2
175:16 176:24
177:4,21 182:5
241:11
**various**
36:3 59:24 81:9
96:17 116:3
137:24 139:23
140:20 150:23
193:15 241:17
**vast**
47:5 52:15
**Venter**
290:10,20
**verbatim**
140:7
**verification**
182:8,11
**verify**
183:4 273:13
**version**
83:1 97:24 98:3
109:12 195:13
197:25 198:11
199:1,2,7,17
**versions**
195:25 198:1,19
199:25
**versus**
130:10,19 157:17
171:23 178:19
179:1 187:15,17
187:18 209:13

226:3 234:23
239:20,21
**vice**
22:20
**video**
8:15 312:2
**videographer**
3:22 8:11,12 9:17
63:19,23 128:6,10
150:6,10 231:15
231:19 245:4,8
285:5,9 299:9,13
305:5,9,13 312:1
**videotaped**
1:17 4:10,13
**view**
106:21 118:19
151:1 242:3
**Volume**
6:17
**V-E-N-T-E-R**
290:10

**W**

**wait**
12:22 79:15 102:7
**want**
22:16 25:15,17
29:13 32:4 40:7
44:5 56:23 74:1
74:16 78:5 87:6
88:6 121:25
123:22 127:25,25
128:19 138:24
153:24 154:7
157:15 163:1
173:11 177:11
178:21,23 187:17
190:13 191:16
194:12,20 231:12
253:9 268:14
271:6,18 273:11
273:17 296:13
300:21 303:17
**wanted**
23:17 94:17 107:1

160:1 269:24
288:19
**warn**
311:15
**Washington**
1:21 2:15 3:17 8:3
8:16 58:24 313:1
313:2
**wasn't**
23:16 89:6 93:6
125:4,18 171:9
177:4 182:2
205:19 221:7
226:10 269:16
283:17 295:3
**way**
10:12 27:4 29:13
37:4 40:21 56:14
57:15 61:22 72:25
73:22 80:14 97:7
106:7,8 109:19
111:23 121:7
134:10 137:5
146:21 147:2
155:17 162:15
163:2 165:2 171:4
188:5 191:8
204:16 205:22
208:25 214:20
217:5 221:23
225:25 233:18
237:4 239:6
242:23 243:3
248:8 249:24
258:5 262:4
263:14 265:21
268:1 272:6 286:2
**ways**
101:11 179:8,13
227:7 291:15
**WCRF**
68:15 77:14 81:3
84:17 86:17 87:1
93:13 94:11 137:2
137:7 142:20
151:6 165:16

**weak**
228:19
**web**
5:3,5 83:12 98:8,17
**website**
18:6 33:12 39:16
100:2,4 101:22
102:12 103:2,13
104:21 133:15,16
134:2 153:22
199:2 204:3
**week**
20:6 22:17 23:24
125:10 130:18
194:6 294:18
**week's**
23:4,22
**weight**
16:9 17:3 62:3
101:10 165:22
179:21 307:1
**Weiss**
287:25
**went**
18:11 27:6 104:3
106:14 130:4
132:19 137:21
173:22 194:3
204:15 283:11
301:20 302:3,18
**weren't**
93:6 181:25 182:1
233:4 240:4 283:8
**we'll**
44:6 50:25 62:13
82:10 83:4 105:1
137:25 138:23
164:20 180:22
224:8 229:20
265:13 274:5
279:11 305:8
**we're**
59:21 77:7 136:20
161:24 202:11
207:19
**we've**

Anne McTiernan, Ph.D

| | | | | |
|---|---|---|---|---|
| 33:2 63:14 69:7 | 116:11,13 117:21 | 221:20 222:13 | 37:7,18 38:2 40:3 | 204:6 205:2,13 |
| 98:11 103:10 | 118:19,25 119:18 | 223:5 224:8,24 | 40:18 41:2 42:13 | 208:4,17,23 |
| 110:12 229:5 | 120:9 122:14,15 | 225:9 226:1 | 43:15 44:10 46:16 | 210:17 211:16,23 |
| 264:2 303:4 | 123:13,24 124:15 | 227:18,23 228:4 | 46:20 48:5,25 | 212:1 213:21 |
| **WHEREOF** | 125:17,25 126:6 | 228:18 229:7 | 49:23 50:17 51:10 | 215:3 221:22 |
| 313:14 | 126:12,22 127:13 | 230:2,3 231:14,22 | 52:6 53:18 55:8 | 222:23 223:24 |
| **whichever** | 127:23 128:4,12 | 232:23 234:1 | 56:4,12,18 58:7 | 224:21 225:6,20 |
| 242:23 | 129:9 130:1,11,22 | 235:4,12 236:5 | 61:18 62:9,14 | 226:22 227:21 |
| **Whittemore** | 131:7 132:2 133:1 | 237:1 238:25 | 73:3 74:1 76:8,18 | 228:2,17,22 |
| 287:8,15,20 | 133:7,10 136:11 | 240:4,20 242:1 | 79:9 80:23 81:18 | 233:17 234:22 |
| **wide** | 136:18 137:16 | 243:7 244:9 | 86:16 88:6 89:15 | 235:10 236:20 |
| 288:4 | 138:6,21 139:5,11 | 245:10 246:12,23 | 89:22 90:5 92:17 | 238:22 240:1,18 |
| **William** | 140:11 143:13,15 | 247:16 248:4,18 | 94:2,15 96:6 99:7 | 241:8 243:5 244:4 |
| 256:16 | 143:24 144:25 | 249:7 250:8,16 | 99:15 102:3,14,20 | 246:7,17 247:13 |
| **Williams** | 145:11 147:2,17 | 251:5,13,18,22,25 | 104:15,20 108:2 | 248:15,24 249:23 |
| 2:3 4:3 9:15,15 | 148:12,18,20 | 252:12 255:16 | 110:6 111:6,8 | 250:19 251:7,10 |
| 10:2,5 12:8,11,12 | 149:11 150:4,13 | 258:24 260:10 | 112:11 113:25 | 252:9 255:11 |
| 15:17,22 19:15 | 154:10 155:5,17 | 261:5,16,24 262:8 | 117:3 118:11,23 | 256:8,12 258:21 |
| 21:3,5,7,12 28:3 | 157:11 159:18 | 262:21 263:9,19 | 119:17 120:6 | 261:3,14,23 |
| 33:8 37:1,9,23 | 160:8 162:11,17 | 264:2,7,8 265:13 | 123:10,18 124:5 | 262:19 263:6,17 |
| 38:5 40:13,21 | 164:9,11,24 | 265:21 266:6 | 124:22 125:22 | 265:11,19 267:4 |
| 41:4 42:14 43:21 | 165:22 166:16,18 | 267:5 268:13 | 126:4,10 127:19 | 268:11 270:18,24 |
| 46:10,18,23 48:6 | 167:4,16,24 | 270:17,20 271:1,8 | 128:19 129:24 | 271:6,18 272:5,19 |
| 49:3 50:11,25 | 168:24 169:8,15 | 271:24 272:11,24 | 130:8,15 131:2,22 | 272:23 275:9 |
| 51:20 52:19 53:13 | 172:20 173:21,25 | 274:9 275:12 | 132:13 133:9 | 277:20 278:3,8,21 |
| 53:23 55:15 56:8 | 174:5,16,24 175:7 | 277:22 278:5,10 | 136:9 137:10 | 281:2 282:2,10,25 |
| 56:11,14,20,24 | 175:25 176:8,11 | 279:2,15 281:3 | 138:19 139:10 | 284:3,24 289:4,7 |
| 57:1 58:10 61:22 | 176:17 177:8 | 282:5,16 283:11 | 143:1,22 144:5 | 291:8,15 293:3 |
| 62:12 63:6,17 | 178:7 181:2 182:8 | 284:8 285:3,11 | 145:3 146:15 | 294:24 295:21 |
| 64:1 69:6 73:15 | 184:8 186:2,15 | 289:6,13 291:10 | 147:15 150:2 | 296:10 297:21 |
| 73:18 74:7 75:3 | 187:2,8 188:7,22 | 291:18 293:6 | 155:3,14 156:7 | 298:6 300:23 |
| 76:14,23 78:3 | 188:24 189:4,19 | 294:25 295:25 | 159:8 160:1 162:9 | 301:13 302:6,13 |
| 79:14 81:15,21 | 189:25 190:3,5,15 | 296:5,12 298:1,10 | 162:14 164:8,10 | 302:21 307:24 |
| 82:15 83:9 84:14 | 190:16,18 191:7 | 299:6 300:7 | 165:21 166:17 | 309:5 311:21 |
| 86:22 87:22,25 | 191:18 192:7,12 | 307:22 309:3 | 167:3,14 168:21 | 313:6,8,9,14 |
| 89:1,3,9,11,19,23 | 193:9 194:22 | 311:10,18,24 | 169:10 171:1 | **woman** |
| 90:2,7,25 91:4,7 | 195:1 196:8,24 | 313:13 | 172:19 174:2,11 | 52:25 152:2 158:10 |
| 91:10,14,19,21 | 197:6,9,10 199:4 | **winter** | 175:4,23 176:6,13 | 158:11,15 232:10 |
| 92:19 94:6,21 | 200:9,22 201:19 | 13:17 26:21 27:9 | 176:23 178:5 | 235:17,21 236:6 |
| 96:13 98:16 99:11 | 202:11,20,23 | **wish** | 181:21 183:24 | 238:4 240:15 |
| 99:21 102:4,15,25 | 203:2,8 204:7 | 283:22 | 185:24 186:10,19 | 242:7,18 |
| 103:10 104:17,23 | 205:4,14 208:12 | **wit** | 187:6 188:2 189:3 | **woman's** |
| 105:5,15 108:9 | 208:18 209:1 | 8:7 | 189:23 191:20 | 152:11,15 233:6 |
| 110:12 111:7 | 210:18 211:18,25 | **witness** | 193:8 196:17 | 237:2 293:1,8 |
| 112:2,5,6,19 | 212:3 213:25 | 8:5 9:19 15:7,9,12 | 199:1 200:2,19 | **women** |
| 113:14 114:9 | 215:4 218:3,4 | 27:25 33:6 36:19 | 201:24 202:17,25 | 47:2,9 57:9 59:11 |

61:25 220:12,15
220:17 227:10
230:19,21 233:3,7
234:2,3,7,15,17
234:25,25 235:13
235:15 236:8,16
237:6,9,14,24
238:12,18 239:23
240:11 241:19
290:7 297:23
**women's**
222:2,20,24 230:25
239:14 241:20
242:10 283:4
289:22 290:6
**wondering**
195:24
**word**
35:12 49:7,24
72:22 95:12,21
96:7,14,22 127:11
136:15,15 137:7,7
138:8,8,13,13,13
138:14 147:5,5
148:4,4 149:1,1,2
149:8,8 150:15,16
161:23 213:8
268:15
**words**
38:20 106:10
141:22,24 142:1,3
142:6,22 143:16
143:17 149:7
160:25 180:7
**work**
10:12 14:6 15:6,7
27:1 28:1 32:14
34:2 39:20 49:24
60:2,6 65:8 66:14
76:9 80:14,14
88:16 109:6
114:22 115:1
118:4 123:25
137:5 167:11
172:16,22 253:17
262:10,13,23,25

267:1 273:22
280:13,24 301:15
303:21,24
**worked**
64:7
**working**
217:10 222:24
269:7 276:24
280:8,15,19,20,23
**works**
135:4
**world**
4:19,21 5:2,5,11
60:2,7 65:13,17
66:6,14,18 67:6,9
67:20 68:14 69:20
71:6,8,14,20 77:4
78:17 79:2 80:20
83:21 85:8 88:15
90:11 94:11,12
97:5 98:4,8,16,24
99:2,11,18 100:1
100:11 101:15,22
102:11,21 103:18
106:16 109:12,17
110:15,20 111:20
111:22 114:23
115:18,22 119:2
127:10 128:14,20
131:25 132:1
135:21 136:21
141:7 149:19
150:23 240:13
**wouldn't**
50:11 143:1 161:17
163:3 186:5,10
187:3,10 213:8
224:22 235:15
238:3 289:21
**write**
13:3 65:5,22,24
67:9,16,22,24
72:11 79:1 106:15
134:10,16 142:8
194:1
**writers**

153:1
**writes**
78:24
**writing**
27:10,21 32:10
97:14 106:6
**written**
20:4,5,12 33:17
59:10,14,18 60:24
64:3,7 79:11 93:8
97:16 104:16
105:7 146:20
152:18 163:21
175:19 200:3
206:9 259:9
282:14
**wrong**
183:21
**wrote**
20:9 42:14 66:5
68:2 69:13 72:18
76:14 79:2 136:21
140:25 149:14,17
152:14 166:9
179:7 193:5
194:3 199:18
207:8 225:13,14
232:2
**Wu**
210:9,9
**www.wcrf-uk.or...**
99:24

**X**

**X-ray**
253:8

**Y**

**yeah**
11:21 28:9 29:4
49:23 59:13 85:20
118:11 122:2
134:2 162:14
168:23 195:15
197:8 221:22
281:10 304:8

**year**
26:17 84:2 89:19
105:10 206:1
241:21
**years**
24:14 45:17 57:11
64:17,20 65:6
81:1 90:7 99:3
156:23 184:9
195:9 208:6 231:6
235:7,8,21 236:25
254:17 279:1,5
280:5 285:2
**York**
2:10 24:3,9

**$**

**$450**
14:23
**$650**
15:1

**0**

**0.05**
212:10,12,16
213:10 216:25
**0.06**
212:13 213:9
**0.40**
287:10,12
**0.70**
286:19 288:1
**0.73**
221:12,14,15
228:12
**0.80**
287:23
**0.83**
287:7,15,19,21
**0.85**
223:14 286:15
288:13
**0.97**
195:10
**0.99**
219:12

**07/07/19**
313:20

**1**

**1**
4:10 15:14,18,22
28:24 71:5,14
74:24 103:14
168:19 171:21,22
171:23 233:2
259:20,22 270:5
**1A**
4:12 21:5,9,13
**1.0**
195:11 245:21
**1.02**
201:9,13 223:12
224:17 247:15
249:3,25 286:1
**1.06**
221:13 228:9,19
**1.12**
221:11,13 222:3,16
228:10,19
**1.13**
221:5
**1.14**
288:7
**1.2**
250:5,7,24 251:3,4
286:8,9
**1.20**
206:8 223:15 286:2
**1.22**
220:24 221:4,18
244:24
**1.24**
185:17
**1.25**
184:6 185:8,15,18
186:3,12 219:11
**1.26**
201:10,14 249:5,25
**1.28**
206:7
**1.3**

Anne McTiernan, Ph.D

184:6 216:24
221:5 284:7
**1.31**
184:25 185:15
186:2,12
**1.35**
281:9,10
**1.37**
206:8
**1.39**
185:17
**1.5**
288:7
**1.74**
287:19,20
**1/28/2019**
8:14
**1:21**
150:8,11
**10**
4:3 5:11 110:9,13
110:14 118:25
119:5 128:16
131:8,10,18 132:9
133:5,12,18 134:4
134:6 135:17
136:4,6,12,16
137:6,23 139:7,10
139:11,20 140:4
140:15 141:1,6,12
146:10 149:19
150:24 155:7
251:24
**10:28**
63:20,21
**10:40**
63:21,23
**100**
34:15 38:24 115:11
158:13 160:6
**1000**
274:25
**10036**
2:10
**103**
5:7 34:18

**105**
5:9
**11**
5:13 138:1,3 139:7
139:11 140:15
141:12 146:9
206:1
**11/16/18**
4:16
**110**
5:11
**1100**
3:11
**113**
31:24 32:23 33:9
34:9
**12**
5:16 158:4 164:20
164:21,25 227:11
233:3 237:7,10
245:21,24 246:3
246:12
**12:0**
128:8
**12:07**
128:7,8
**12:09**
128:11
**12:30**
128:1
**12:40**
150:7,8
**121**
3:4
**122**
293:16
**123**
293:23,24,25
**124**
294:12
**127**
28:12,24 32:9 33:1
135:6,13
**13**
5:19 138:7,12
167:20,21,25

171:19
**1300**
220:2,3,5 288:16
**1301**
8:2,15
**1372**
220:5,7,16
**138**
5:13
**14**
5:21 169:12,16
290:7
**15**
4:10 5:23 56:22
180:23,24 181:2
182:24 184:18
211:6,12,13
251:24 305:5
**154**
283:6
**1575**
3:5
**16**
6:2 7:3 192:8,9,12
194:5 195:20
197:10,15 199:5
199:25
**16A**
6:4 197:1,3 198:12
198:25 199:1,7,9
199:17,25 217:24
218:4 219:1 223:7
226:12 244:16
245:11 285:15,20
**16th**
19:18 304:9
**164**
5:16
**167**
5:19
**169**
5:21
**17**
6:6 203:4,5 260:15
264:14
**18**

6:9 38:10 232:20
232:24
**18th**
58:24
**180**
5:23
**1825**
2:14
**1835**
2:22
**19**
2:18 4:15 6:12 70:8
235:23 260:5,7,16
260:17,18,21
**19103**
2:23
**192**
6:2
**197**
6:4
**1982**
230:21 239:22,24
286:19
**1983**
287:3
**1984**
293:21
**1989**
287:25
**1991**
58:24 256:5,18
258:25 259:4,21
**1992**
231:2
**1993**
294:13 295:5,12,16
296:1,6
**1996**
231:2
**1999**
168:25 169:7,15

_____
**2**
_____
**2**
4:15 19:9,12,15
25:7,25 26:4,7,20

33:11 42:20 62:12
63:15,25 65:2
66:17 69:10 81:23
81:24 82:7 100:17
132:5,11 133:3
134:4 140:11,13
140:14,17 149:21
171:10,22,25
178:22 184:17,20
189:4 193:12
202:3 209:20,23
215:20 218:8,20
221:10 223:6
231:23 235:13
244:17 255:17
270:3 285:20
**2B**
208:11,21,25
213:15,23 214:1
214:12,21,23
270:6 274:14,22
275:13,19 276:3
277:6,14,25 278:6
**20**
6:14 70:7 158:4
235:8 263:24
264:3,9 265:24
315:15
**20s**
156:20,22 157:21
158:16,17 159:21
159:21
**200**
124:24 125:2
187:11
**2000**
8:2,16 97:10,22
129:16,20 167:18
173:12 187:23
189:11,11,13,13
**2000s**
255:13
**20004-1454**
3:17
**20006**
2:15

Anne McTiernan, Ph.D

| | | | | |
|---|---|---|---|---|
| **2004** | 153:18,22,23 | **2019** | **232** | 4:4 |
| 80:8 | 154:3,19 173:12 | 1:19 8:2 15:4 45:5 | 6:9 | |
| **2006** | 218:12 256:1,5,18 | 45:20 60:11,12 | **24** | **3** |
| 122:9 213:16 | 257:12,19 282:23 | 83:13 98:18 | 6:13,24 51:13 | **3** |
| 274:24 275:24 | 283:4 | 255:14 304:15 | 245:17 246:2,23 | 4:17 63:1,3 86:22 |
| 278:4,8,11,15 | **2015** | 313:5,15 | 256:11,19 260:14 | 150:12 164:7 |
| 279:10 282:4,14 | 210:9 | **202.641.9276** | 260:18,22 261:6 | 193:14 195:2,3,7 |
| **2007** | **2016** | 3:18 | 263:2 264:22 | 198:18,19 210:18 |
| 78:9,9,13,14 88:17 | 12:15 13:13 14:12 | **202.803.7077** | 303:14,18,19 | 210:19,20,25 |
| 208:5,24 282:12 | 14:19 22:15 26:21 | 2:16 | **240** | 237:6 |
| 282:15 | 27:9 47:3 64:3 | **202.828.5376** | 27:11,16 28:3 | **3:19** |
| **2008** | 97:11 173:13 | 3:17 | **2400** | 231:16,17 |
| 64:13 124:19,22 | 218:12 283:6 | **2029** | 2:5 | **3:39** |
| 173:2,7,15 280:3 | 288:7 | 2:4 | **25** | 231:17,20 |
| 282:8,23 284:15 | **2017** | **203** | 7:2 27:14 28:8,9 | **3:59** |
| **2009** | 26:21 27:10 31:9 | 6:6 | 51:13 105:10 | 245:5,6 |
| 210:9 297:9 | 81:3,11 88:11 | **2047** | 209:23 211:5 | **30** |
| **2010** | 180:14 192:8,13 | 313:20 | 304:2,5 | 39:9 57:11 131:14 |
| 6:19 124:19 125:17 | 193:9,18,25 | **21** | **25th** | 156:23 158:4 |
| 125:18,25 130:2 | 199:24 217:23 | 4:12 6:16 84:24 | 105:6 164:1,13 | 211:7,12,13 235:6 |
| 130:17,22 173:3,7 | 225:2 269:2 | 85:4,5 90:16 | **250** | 235:8 289:23 |
| 173:15 188:8,19 | **2018** | 121:22 122:1,17 | 168:2,6 171:21 | **30s** |
| 189:9,12,16 | 4:24 7:3,5 19:4,10 | 274:5,6 276:18 | **26** | 235:16 |
| 191:10 208:1,4,18 | 19:18 27:13,16,18 | 308:4 | 4:15 7:2,4 306:4,8 | **30th** |
| 208:19 218:12 | 28:7 58:24 64:13 | **211** | 306:11 | 313:15 |
| 274:11,12 282:23 | 70:25 71:3 75:17 | 27:18,19 28:7 | **260** | **302** |
| **2011** | 81:2,11 82:17,21 | **212.735.2453** | 6:12 | 6:22 |
| 88:11 268:21,21 | 83:19 84:7 85:2,7 | 2:10 | **263** | **303** |
| **2012** | 85:16 86:13 87:16 | **215.985.4169** | 6:14 | 6:24 |
| 269:6 274:10 | 88:1,24 89:4,6,11 | 2:24 | **2738** | **304** |
| **2013** | 89:22,23 90:5 | **215.985.9177** | 1:11 | 7:2 |
| 23:20 24:19 97:10 | 91:22 92:3,20 | 2:24 | **274** | **305** |
| 97:16,20 98:2 | 94:24 105:6,10 | **216.592.5009** | 6:16 | 4:5 |
| 114:17 116:17 | 110:16 112:21 | 3:12 | **279** | **306** |
| 145:1,13,19 146:4 | 119:1 122:24 | **216.696.4835** | 6:20 | 7:4 |
| 147:21 206:1 | 131:11 151:5 | 3:12 | **28** | **31** |
| **2014** | 153:21 154:1,6,8 | **22** | 1:19 8:2 206:6,6 | 33:13 276:17,18 |
| 4:20 66:24 69:18 | 166:8 180:12 | 6:20 140:12,13,14 | 231:25 232:1 | **310.284.4520** |
| 78:16 80:9,12,17 | 181:3,18 196:6 | 140:17 141:19 | 313:5 | 2:6 |
| 80:18,21 81:19 | 203:3,8 204:7,13 | 145:12,15 147:6 | **28th** | **310.557.2193** |
| 85:11,23,23 86:6 | 204:20 206:2,17 | 147:20 148:22 | 304:14 | 2:6 |
| 88:8,9,19,25 | 207:3,24 209:2 | 149:9 279:11,12 | **29** | **33** |
| 89:17,18 90:21 | 260:15 264:14 | 279:16 280:12 | 210:10 211:4 308:9 | 33:21 |
| 93:17,19 96:16,21 | 282:3 303:21,25 | **23** | **2900** | **34** |
| 97:10,15,20,23 | 304:9,14 306:9 | 6:22 302:22,25 | 2:23 | 33:21 279:21 |
| 98:3 133:16 | 307:9,12 | 303:4,9 | **299** | **35** |

196:17,18 274:13
276:2
**355**
169:18
**359**
281:13
**360**
279:19 280:12
**37**
33:24
**38**
32:19 34:2 301:9
**39**
145:12 147:21
210:19

**4**

**4**
2:9 4:19 69:3,7
70:7 71:5 76:1
77:16 81:23 84:8
84:9 92:21 110:23
110:24 113:12,15
150:24 151:8,11
155:7 231:20
245:9 275:1,7
**4:00**
245:6
**4:54**
285:6,7
**40**
29:17,21 35:12
36:14,14 37:3
57:11 156:23
235:6,19,21
239:14
**40s**
235:16 236:17
**400**
222:2
**42**
29:17,21
**429**
219:7,22 283:5
**44113-7213**
3:11

**45**
229:21,22,24 230:5
**46**
35:12 36:15 182:23
182:24 184:17
189:5
**47**
6:23 35:2 36:14,15
256:7,19 300:24
302:1,1,8 303:3
**48**
215:20 216:12
**49**
206:10

**5**

**5**
4:21 66:12,17 69:9
69:10,13 72:3
82:11,12,15 83:9
84:4,6 85:4,7,22
94:24 111:7,9
112:7,20,21
116:15 133:16
150:24 151:5
153:25 154:25
160:9 166:4
305:14
**5:09**
285:7,10
**5:33**
299:10,11
**5:35**
299:11,14
**5:42**
305:9,11
**5:50**
305:11,14
**5:59**
312:2,3
**50**
38:23 39:8,9 45:17
115:11 158:13
160:6 211:12,13
211:16,18 239:16
246:3

**50s**
236:17
**500**
238:17
**503.222.1075**
3:6
**503.616.3600**
3:6
**56**
178:22 179:3,4
**57**
255:17 268:13
270:2
**59**
235:17,21

**6**

**6**
5:2 58:16 62:15,16
83:5,6,11 85:7,15
86:1,2 135:18
136:5,16 195:1
218:25 219:22
226:12 297:4
**60s**
236:17
**63**
4:17
**64**
232:18 235:20
**64C**
308:13
**65**
35:2 36:15 37:3
**66**
39:8
**67**
34:13
**68**
44:8
**69**
4:19

**7**

**7**
5:5 65:3 77:16 79:4

94:21,24 98:11,12
98:13,16 100:18
104:4 119:4,16,22
119:25 121:21,25
122:3 197:11,17
197:18 218:8,18
221:10 223:5
285:20 286:14
**7th**
83:12
**70**
39:8
**700**
2:15
**71**
268:25
**72**
268:25
**74**
29:19,21
**75**
29:21 193:13
255:24 257:12,17
**76**
255:24 258:25
**77**
29:6 30:23 31:3,18
**78**
28:11 29:6 31:3
260:6
**79**
29:6,7 31:9 34:13
256:15
**797**
283:10

**8**

**8**
5:7 58:16 92:19,20
103:7,11,12,14,20
104:3 151:7,8
297:7,18,24 298:2
298:7 299:2
**8th**
98:18
**80**

34:13
**82**
4:21
**83**
5:2 29:7 31:18,19
256:15
**84**
28:11 29:8,21
30:23 31:20
**85**
30:3,4,21
**86**
289:14
**87**
34:13
**88**
34:13
**89**
34:13

**9**

**9**
5:9 105:1,2 112:24
113:1,10 114:9
116:14 166:13,15
166:19,21 192:16
199:10
**9/13/18**
300:24
**9:11**
8:3,14
**90**
30:3,4,22 34:13
**900**
220:5 222:4,16
284:6
**90067-3010**
2:5
**91**
34:13 227:21
**917.777.2453**
2:11
**92**
34:14,14
**92660**
2:19

Anne McTiernan, Ph.D

**93**
 6:17 34:14
**931**
 216:10,22 217:2
  220:3,7 226:6
  227:19,21
**94**
 34:14
**943**
 219:8,23
**949.456.0037**
 2:20
**949.720.1288**
 2:19
**95**
 250:6 251:11
  287:18
**950**
 3:10
**97204**
 3:5
**975**
 3:16
**98**
 5:5
**98101**
 8:16

Exhibit 19

Statement of Dr. Anne Mc Tiernan prepared for the Subcommittee on Economic and Consumer Policy Hearing on Examining the Public Health Risk on Carcinogens and Consumer Products, March 12, 2019

Chairman Krishnamoorthi, Ranking Member Cloud, and members of the subcommittee, good morning and thank you for inviting me. My name is Dr. Anne McTiernan. I am a cancer prevention researcher in the Epidemiology Program, Division of Public Health Sciences, at the Fred Hutchinson Cancer Research Center in Seattle, Washington. I am also a Research Professor in the University of Washington Schools of Public Health and Medicine. I am not representing the Fred Hutchinson Cancer Research Center or the University of Washington in the presentation of my testimony to the Subcommittee.  I am an internal medicine physician and epidemiologist. My research focuses on cancer epidemiology and prevention, particularly cancers in women. I was asked to give testimony today because I have conducted a thorough and systematic review of the science linking use of talcum powder products and risk for ovarian cancer. As part of this review, I prepared an expert report on behalf of consumers for an ongoing multi-district litigation on talcum powder products as causes of ovarian cancer.

My scientific review focused primarily on the epidemiologic research. Epidemiologists look at large groups of people with a disease, and compare them to people without that disease, to find what might be causing the disease.

The American Cancer Society and the U.S. National Cancer Institute estimate that in 2019, 22,530 women will receive a new diagnosis of ovarian cancer and 13,980 women will die from ovarian cancer.(1, 2) There is no established method to screen for early ovarian cancer. As a result, most women are diagnosed at an advanced, less treatable stage. There is also no

established method to prevent ovarian cancer other than surgical removal of ovaries. Therefore, it is critical to identify causes of ovarian cancer in order to prevent this serious disease.

My review identified 38 high-quality epidemiologic studies conducted over the past 40 years. These studies asked women about their use of talcum powder products in the genital area, and tested associations with risk of ovarian cancer. Together, these studies included over 14,000 women with epithelial ovarian cancer (the most common type) and an even greater number of women without ovarian cancer. Most of these studies were conducted in the United States.

Ovarian cancer is thought to develop over years. Therefore, a woman's exposures in her young and middle years can affect her risk of ovarian cancer decades later. Women have reported use of talcum powder products on sanitary napkins, underwear, and directly to the genital area. In some studies, over 4 in 10 women report ever regularly using these products in the genital area.(3)

Summarizing data from all of the published studies consistently shows that women who had ever used talcum powder products in the genital area had a statistically significant 22 - 31% increased risk of developing epithelial ovarian cancer compared with women who had never used them.(4-6) Evidence suggests that these associations hold across diverse race and ethnic groups.

These combined analyses showed that increasing amount of exposure to talcum powder products in the genital area resulted in increasing risk of developing epithelial ovarian cancer.

Published laboratory and clinical studies provide evidence that in humans, talc can migrate from the genital area to the ovaries and fallopian tubes. Talc has been shown to cause an

inflammatory response in the human body. Elevated levels of inflammation in women are associated with increased risk of ovarian cancer. All of this provides a biologically plausible pathway by which talcum powder product exposure can cause ovarian cancer.

Given the frequency with which asbestos has been found in cosmetic and personal use talc products, I reviewed the literature on the epidemiology of asbestos and risk of ovarian cancer. In 2012, the International Agency for Research on Cancer stated that a causal association between exposure to asbestos and cancer of the ovary was clearly established.(7) That agency has also classified fibrous talc as a Class 1 carcinogen – the most dangerous level of carcinogen.

Given the high prevalence of use of talcum powder products, a 22 - 31% increase in risk can have profound effects on clinical events and public health. Women need to know about the risks of using talcum powder products in their genital areas. All consumers need to be warned about the contents of these products, including asbestos and fibrous talc, so that they can make informed decisions about use.

Thank you for the opportunity to provide this testimony. I would be happy to answer any questions you may have.

Anne McTiernan, MD, PhD

Full Member, Public Health Sciences

Fred Hutchinson Cancer Research Center, Seattle, Washington

1.      https://www.cancer.org/content/dam/CRC/PDF/Public/8773.00.pdf  (accessed 3/7/19)

2.      Torre LA, Trabert B, DeSantis CE, Miller KD, Samimi G, Runowicz CD, et al. Ovarian cancer statistics, 2018. CA: a cancer journal for clinicians. 2018;68(4):284-96.

3.      IARC. *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93. Carbon black, titanium dioxide, and talc*. Lyon, IARC (International Agency for Research on Cancer). 2010

4.      Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 2017.

5.      Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology. 2018;29(1):41-9.

6.      Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer prevention research (Philadelphia, Pa). 2013;6(8):811-21.

7.      IARC - Monograph Vol. 100C - Arsenic, Metals Fibres, and Dusts: A review of human carcinogens. Lyon, International Agency for Research on Cancer/World Health Organization. 2012

Exhibit 20

| From: | McTiernan, Anne |
| To: | eccc.substances.eccc@canada.ca |
| Bcc: | McTiernan, Anne |
| Subject: | comment on Canada Gazette Part 1 December 8, 2018 |
| Date: | Tuesday, February 5, 2019 5:36:00 PM |

Executive Director,
Program Development and Engagement Division
Department of the Environment
Gatineau Quebec K1A 0H3

Dear Sirs/Madams:

Re: Draft Screening Assessment – Talc; Chemical Abstracts Service Registry Number 14807-96-6, published in Canada Gazette, Part 1, December 8, 2018

Health Canada has performed an excellent assessment of the state of science regarding the role of use of talcum powder products and risk of ovarian cancer. The Draft Screening Assessment on Talc presents information on research in humans, animals, cells, as well as toxicological and pathological research. The assessment states, "The meta-analyses of the available human studies in the peer-reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer. Further, available data are indicative of a causal effect." The assessment concludes, "Based on the available information, it is proposed that there is potential for harm to human health in Canada at current levels of exposure. Therefore, on the basis of the information presented in this draft screening assessment, it is proposed to conclude that talc meets the criteria under paragraph 64(*c*) of CEPA as it is entering or may enter the environment in a quantity or concentration or under conditions that constitute or may constitute a danger in Canada to human life or health."

This conclusion agrees with my own: I conducted a systematic review and causation analysis of the association between use of talcum powder products in the genital/perineal area and risk of developing epithelial ovarian cancer. There have been 33 scientific publications from epidemiologic studies, as well as a pooled analysis and several meta-analyses that combined data across multiple studies. The meta-analyses consistently showed that women who have ever used talcum powder products in the genital/perineal area have a statistically significant 22 - 31% increased risk of developing epithelial ovarian cancer overall compared with women who reported never using these products. These comprehensive combined analyses also show strong evidence of increased risk of ovarian cancer with increasing number of estimated lifetime applications of talcum powder products in the perineal/genital area.

Laboratory and clinical studies on talc exposure and ovarian carcinogenesis have provided plausible evidence that talc can migrate from the perineum to the ovaries and that it can cause an inflammatory response. Elevated levels of inflammation (such as cytokines), as well as oxidative stress, are biologically plausible pathways by which talc can induce neoplastic change and cause ovarian cancer.

Given that use of talcum powder products in the genital/perineal area can cause ovarian cancer, Health Canada is right in taking the proposed actions to reduce exposure to these products in order to protect the health of Canadian women.

Sincerely,

Anne McTiernan, MD, PhD
Member, Division of Public Health Sciences
Fred Hutchinson Cancer Research Center
Research Professor, Schools of Public Health and Medicine
University of Washington
Seattle, WA, USA

Disclosure: Dr. McTiernan has received consulting funds from legal firms representing plaintiffs in cases of ovarian cancer and talcum powder products.

Exhibit 21

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

### AFFIDAVIT OF ANNE MCTIERNAN, MD, PHD

I, Anne McTiernan, do hereby declare as follows:

1. I am over the age of 18 years of age and otherwise competent to testify to the matters contained in this affidavit.

2. I have been retained by the Plaintiffs in this case as an expert witness.

3. I have reviewed Defendants' Memorandum of Law in Support of Motion to Exclude Plaintiffs' Experts' General Causation Opinions which cites to and draws inferences from a recent World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) publication I contributed to.

4. Defendants misinterpret this publication, which should not be cited as a comprehensive authority on known risk factors for ovarian cancer.

5. The following are my responses to these and related inferences drawn by Defendants in citing the Third Expert Report. My failure to address any other points made by Defendant's in their motions to exclude my testimony and opinions should not be interpreted as an expression of agreement with such point(s). All statements of fact are true and correct, and all opinions are based on, amongst other things, my training, experience, research, and involvement with the WCRF and AICR.

6. **In light of the foregoing, the following are my responses:**

7. Defendants call attention to a recent report by the WCRF and AICR, which did not identify talc as a risk factor for ovarian cancer, in an attempt to

demonstrate a current lack of scientific support for a causal link between ovarian cancer and talcum powder products. World Cancer Res. Fund Int'l Continuous Update Project, *Diet, Nutrition, Physical Activity and Ovarian Cancer* (revised 2018) (subpart of overall "Third Expert Report" described below).

8.     Defendants also emphasize my work on the panel responsible for evaluating this report to suggest that our panel did not consider talc a risk factor for ovarian cancer and consequently made an affirmative decision to not list talk as a risk factor in this report.

9.     These portrayals seek to discredit the body of scientific literature supporting a causal association between use of talcum powder products and risk of ovarian cancer and to discredit my opinions in this case by suggesting they are inconsistent with my past work on ovarian cancer research.

10.    These portrayals of the report and the work of the panel, including my own involvement, are incorrect for two primary reasons.

11.    ***First,*** Defendants misunderstand the purpose of this report and the process by which it was generated. Contrary to their assertion, it should not be cited as a recent evaluation or listing of known risk factors for ovarian cancer. Instead, the report focuses solely on healthy lifestyle factors related to cancer, specifically diet, exercise, and nutrition.

12.    The report Defendant's cite stems from the WCRF and AICR's Continuous Update Project (CUP), an ongoing program to analyze cancer prevention and survival research related to diet, nutrition and physical activity. For the past several decades, this project has periodically released updated reports on cancers which may be affected by diet and exercise. Approximately every 10 to 12 years, these cancer-specific reports are compiled into overall "Expert Reports." The First Expert Report was published in 1997 and the Second Expert Report was published in 2007.

13.    The recent 2018 publication is designated the "Third Expert Report." Third Expert Report, *Diet, Nutrition, Physical Activity and Cancer: A Global Perspective* (2018) ("Third Expert Report"). The Third Expert Report includes eighteen separate reports on specific cancer sites. In preparing for the publication of the Third Expert Report, only three of these reports were evaluated and updated on a small number of select nutritional variables: endometrial, pancreatic, and stomach cancers.

14. The specific 2018 revision report Defendants cite to is the ovarian-specific report contained within the Third Expert Report. That report was not substantively updated or reevaluated for the 2018 publication because it had recently been updated in 2014. As it stands, the 2018 revision cited here is a near-verbatim copy of the 2014 ovarian-specific report which was updated from an earlier version prepared for the 2007 Second Expert Report.

15. Between the earlier 2014 report and the present 2018 revision cited, there have been no changes to the substantive data, associations or risk estimates, panel conclusions, or panel judgements.

16. The ultimate summaries and conclusions reached in the report are specifically based on data for diet, nutrition, and exercise, and do not consider other ovarian cancer risk factors.

17. These summaries and conclusions were reviewed generally by myself and other members of the panel prior to publication during a June 2017 CUP Panel Meeting. To be clear, the review here was cursory because the Ovarian Cancer report had recently been updated in 2014 and was not a focus for updating for the overall 2018 Third Expert Report

18. The 2018 revision updated general text and information about the WCRF and AICR, and minor changes to synchronize the ovarian-specific report for the overall Third Expert Report refresh from the earlier 2007 Second Expert Report. The following are a few examples of these synchronizations in the 2018 revision of the ovarian-specific report:

    a. Updated "About WCRF and the CUP" boilerplate language.

    b. Updated "How to cite" the Third Expert Report and the ovarian-specific report.

    c. Updated cover with phrase "Revised 2018" in place of "2014" and changed style of cover to match Third Expert Report.

    d. Updated internal signposts on how to refer to and cite the Third Expert Report.

    e. Added a paragraph in the mechanistic evidence section referring back to the Third Expert Report and noting that the Third Expert Report discussion of mechanistic evidence are not based on a systematic or exhaustive search of the literature.

f.     Added a back cover which mirrors the diet and nutrition recommendations listed on the inside back cover of the overall Third Expert Report.

g.     Updated cover to stylistically match overall report and include the AICR twitter handle.

19.    While the cited 2018 revision report includes two short paragraphs referencing "other established causes," and Defendants may attempt to cite this as up-to-date and comprehensive, I want to make clear that this section does not include all known risk factors. Additionally, the language and content of these paragraphs is a verbatim copy of the text from the 2014 updated ovarian-specific report and was not updated or reevaluated for the 2018 revision.

20.    Based on these additional details, it should be clear that any reference to this report outside the healthy lifestyle context of diet, nutrition, physical activity, or as an updated and comprehensive summary of known ovarian cancer risk factors, would be an incorrect and unreliable.

21.    ***<u>Second,</u>*** and based upon the improper inference discussed above regarding the non-comprehensive nature of this report, Defendants suggest this report conflicts with my opinions generally and expressed in this case that there is a causal association between ovarian cancer and talcum powder products.

22.    To be clear, the 2018 revised report was developed and finalized by the CUP panel I serve on <u>before</u> I began my work as an expert in this case.

23.    While the report was formally published shortly after my retention, that administrative process is completely unrelated and detached from my work on the CUP panel.

24.    And, as detailed above, the Third Expert Report only made substantive updates to the underlying reports on endometrial, pancreatic, and stomach cancers. For that reason, the CUP panel discussions on the Third Expert Report would not have been the correct forum to discuss causal evidence on cancers that were not being substantively reviewed.

25.    To reiterate and conclude, I believe it would be inaccurate and incorrect to cite the 2018 revision of the 2014 report on ovarian cancer as a comprehensive authority on risk factors for ovarian cancer. The report is non-comprehensive, is focused solely on healthy lifestyle (diet, nutrition,

physical activity), and has not been reviewed for substantive updates for more than five years.

FURTHER AFFIANT SAYETH NOT.


_Anne McTiernan_
ANNE MCTIERNAN, M.D., PH.D.


SWORN AND SUBSCRIBED TO before me this _28th_ day of May 2019:

_Nancy Williamson_
Notary

State of _Washington_
County of _King_
My Commission expires 06/26/2021

# Exhibit 22

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

RULE 26 EXPERT REPORT OF
PATRICIA G. MOORMAN, MSPH, PHD

Date:   November 16, 2018

Patricia G. Moorman, MSPH, PhD

**Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer**

Patricia G. Moorman, MSPH, PhD

Professor, Department of Community and Family Medicine

Cancer Control and Population Sciences, Duke Cancer Institute

Duke University School of Medicine

Durham, NC

**Table of Contents**

Background and Qualifications of Patricia G. Moorman, MSPH, PhD ............................................ 3

Education ....................................................................................................................................... 3

Professional Experience ............................................................................................................... 3

Compensation and Testimony ...................................................................................................... 4

Research Interests and Experience ............................................................................................... 4

Purpose ......................................................................................................................................... 7

Role and Importance of Epidemiologic Studies ........................................................................... 7

Methodology ................................................................................................................................. 9

Epidemiologic Studies Reviewed ............................................................................................... 11

Strength and Consistency of the Association ............................................................................. 11

Temporality ................................................................................................................................ 29

Biological Gradient ..................................................................................................................... 29

Biologic Plausibility .................................................................................................................... 32

Specificity ................................................................................................................................... 37

Coherence ................................................................................................................................... 37

Experiment .................................................................................................................................. 38

Analogy ....................................................................................................................................... 38

Conclusion ................................................................................................................................... 38

   References .............................................................................................................................. 41

   Additional Materials and Data Considered ........................................................................... 50

**Background and Qualifications of Patricia G. Moorman, MSPH, PhD**

I am a tenured professor in the Department of Community and Family Medicine, Duke University School of Medicine, Durham, NC and a member of the Cancer Control and Population Sciences Program in the Duke Cancer Institute. I am an epidemiologist with more than 25 years of experience in conducting research on women's health issues including ovarian cancer, breast cancer and menopause. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

**Education**

I received a Bachelor of Science degree with distinction in pharmacy from the University of Kansas in 1980. I pursued graduate studies in epidemiology in the School of Public Health at the University of North Carolina-Chapel Hill, earning a Master of Science in Public Health (MSPH) in 1989 and a Doctor of Philosophy (PhD) degree in 1993.

**Professional Experience**

I have held positions in academic institutions since I completed my PhD, beginning as a research assistant professor in the Department of Epidemiology at the University of North Carolina-Chapel Hill from 1994 through 1996. From 1997 to 2000, I was an associate research scientist in the Chronic Disease Epidemiology division of the Yale University School of Public Health. I came to Duke University School of Medicine as an assistant professor in 2000, progressing through the academic ranks from associate professor, associate professor with tenure to my current position as professor in Community and Family Medicine. I also serve as the director of the Clinical Research Unit for the Department of Community Medicine and am a member of the Senior Faculty Advisory Committee for the Office for Research Mentoring in the School of Medicine. In addition, I am an adjunct faculty member in the Department of Epidemiology at the University of North Carolina-Chapel Hill.

**Compensation and Testimony**

My hourly billing is $400. I have given deposition testimony in one case (Gail Ingham, et al., v. Johnson & Johnson, et al., Case No. 1522-CC10417-01, Circuit Court of the City of St. Louis, Division 10) and have not testified at trial in the last four years.

**Research Interests and Experience**

My primary research interests are in the area of women's health issues, with a particular focus on studying racial differences in risk factors and outcomes. I have had funding from the National Institutes of Health (NIH) for more than 20 years, which has supported my research in ovarian cancer, breast cancer and ovarian function after hysterectomy. Three of the key studies in my research career are: 1) the African American Cancer Epidemiology Study (AACES), a multi-center, case-control study of ovarian cancer in African American women,[1] 2) the Carolina Breast Cancer Study, which is one of the largest studies focused on understanding racial differences in breast cancer risk and outcomes,[2] and 3) the Prospective Research on Ovarian Function (PROOF) Study, a cohort study designed to examine risk for ovarian failure after premenopausal hysterectomy.[3]

Each of these studies involved primary data collection, meaning that the investigative team designed the data collection procedures, developed the surveys, recruited study participants and obtained questionnaire data and biological specimens from the participating women. Each study has made unique contributions to the scientific literature.

AACES has enrolled more than four times as many African-American women with ovarian cancer than any other study and is providing the most comprehensive epidemiologic data on ovarian cancer risk factors in this population to date.[4-6] The Carolina Breast Cancer Study likewise provided key data on risk factors in African American women and was the first study to describe the markedly higher prevalence of the poor-prognosis basal subtype of breast cancer in young African American women.[7-11] The PROOF study is the largest prospective study of ovarian function after pre-menopausal hysterectomy and demonstrated that women

4

undergoing hysterectomy with ovarian conservation were at significantly increased risk for earlier menopause as compared to women who did not have a hysterectomy.[3,12]

Our study team published an analysis of talc exposure and ovarian cancer in 2016, using data from AACES. [13] This peer-reviewed paper, published in *Cancer Epidemiology, Biomarkers and Prevention*, was the first epidemiologic study of talc use and ovarian cancer that was focused exclusively on African American women. Our analyses found both a high prevalence of talc use in this study population and a statistically significantly increased risk for ovarian cancer among talc users. This paper was published prior to my involvement in litigation related to talc and ovarian cancer.

I have also been a co-investigator on the North Carolina Ovarian Cancer Study, which was a precursor to the AACES study. Data from this study were included in Terry, et al.'s [14] 2013 analysis of genital powder use and ovarian cancer that pooled from data from eight case-control studies. I am currently an investigator in the Ovarian Cancer in Women of African Ancestry (OCWAA) consortium. The OCWAA consortium, which was initiated in 2016, is a multi-center collaboration that aims to bring together data from case-control and cohort studies to evaluate similarities and differences between African American and white women in ovarian cancer risk factors and outcomes.

In addition to these studies, I am an investigator with the Evidence Synthesis Group in the Duke Clinical Research Institute, a team of researchers that conducts evidence reviews of the scientific literature. I have worked with this group on a number of systematic reviews and meta-analyses on women's health issues including an evaluation of the benefits and risks of oral contraceptive use for primary prevention of ovarian cancer [15-17] funded by the Agency for Healthcare Research Quality, and an evaluation of the benefits and harms of breast cancer screening[18] funded by the American Cancer Society to help inform their screening mammography recommendations.[19]

I am an author on more than 130 scientific publications, with more than 50 of them directly related to ovarian cancer. The ovarian cancer papers address a wide variety of risk factors including reproductive and hormonal factors, lifestyle characteristics, genetic factors, and talcum powder products. The main focus of the manuscripts on which I have been the lead

author has been ovarian cancer risk factors in African American women and the effects of reproductive characteristics, hormones and other medications on risk for ovarian cancer.[5,17,20-23] The papers have been published in some of the leading journals in the field of epidemiology, gynecology and cancer including the *American Journal of Epidemiology, Cancer Epidemiology Biomarkers and Prevention, Obstetrics & Gynecology* and *Journal of Clinical Oncology*.

My teaching experience includes courses in Cancer Epidemiology for graduate students in public health and Evidence-Based Medicine for physician assistant students. A primary emphasis of these courses has been for the students to gain an understanding of the advantages and disadvantages of different types of studies used in clinical and epidemiologic research. In particular, the Evidence-Based Medicine course is designed to help the students learn how to critically appraise the medical literature and apply findings to clinical practice. In addition, I have mentored at the individual level public health graduate students and medical students.

I serve as an editorial reviewer for numerous journals and have served as a peer reviewer of grant applications on several dozen study sections over that past twenty years. I have reviewed NIH grants for a variety of funding mechanisms ranging from small grants (R03) to large multi-project applications (SPORE grants and Program Projects). I also have served as both peer reviewer and study section chair for the Susan G. Komen for the Cure Foundation and the Department of Defense Ovarian Cancer and Breast Cancer Research Programs.

In summary, in a career spanning more than 25 years, I have devoted my efforts to understanding factors that affect risk for ovarian cancer, breast cancer and menopause. I have conducted original research, giving me a deep appreciation of the advantages and disadvantages of different study designs and the challenges of collecting high-quality data for making etiologic inferences. I also have conducted research involving synthesis of the published literature, with the goal of informing decisions based on the best available evidence. A large proportion of my publications have focused on the epidemiology of ovarian cancer, and many of the others focused on breast cancer or menopause have relevance to ovarian cancer because of shared risk factors for the conditions. Based on my education, experience, and expertise, I

am highly qualified to assess the literature on the use of talc in relation to ovarian cancer and provide an expert opinion to a reasonable degree of medical certainty.

**Purpose**

The purpose of this report is to summarize the epidemiologic evidence related to talc use and ovarian cancer risk and to make a judgment as to whether there is sufficient evidence, based on the totality of evidence from epidemiologic investigations as well as laboratory and mechanistic studies, to conclude with a reasonable degree of scientific certainty that talcum powder use Is a causal factor for ovarian cancer.

Throughout the report, the term "talc" will be used to refer to talcum powder products, recognizing that commercial talc products can contain asbestos, talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit), heavy metals such as nickel, chromium and cobalt and fragrances.

**Role and Importance of Epidemiologic Studies**

It is important to bear in mind that epidemiologic research on factors that are thought to increase risk for cancer in human populations will consist of observational rather than experimental studies. As with most other now-known carcinogens, including cigarette smoke, it is both ethically wrong and pragmatically impossible to conduct randomized controlled trials to investigate whether a given exposure increases risk for cancer in humans. The judgment as to whether talc causes ovarian cancer will be based on epidemiologic studies in which the investigators collected and analyzed information on exposures (i.e., talc use and other risk factors) that the study participants chose to use, rather than studies in which exposures were randomly assigned to the study subjects in an experimental setting.

Observational study designs used in the study of talc and ovarian cancer include cohort and case-control studies, both of which are well-established and generally accepted methods for studying cancer etiology. In a prospective cohort study, a large group of individuals (the cohort) is identified and exposure to various factors hypothesized to affect risk of disease is

assessed at the time of enrollment (baseline). The cohort is followed over time and the analyses focus on whether the exposed group is more or less likely to develop the outcome of interest than the unexposed group. Some of the prominent advantages of cohort studies are that multiple outcomes/diseases can be assessed within the cohort and exposure assessment precedes the development of the disease, limiting recall bias. However, a primary disadvantage of cohort studies, particularly in relation to cancer etiology studies, is that they must enroll tens of thousands of subjects and follow them for long periods of time to accrue enough cases to have a well-powered study. In addition, if cohort studies do not update exposure information after the baseline assessment, the exposure of some individuals in the cohort may be misclassified.

Case-control studies identify individuals with the disease of interest and an appropriate control group of individuals without the disease and assess exposures that are thought to increase or decrease the risk of the disease. The investigators then analyze whether cases are more likely than the controls to have a given exposure. Case-control studies focus on a single disease, therefore they typically collect more detailed risk factor information for that disease than cohort studies. A major advantage of case-control studies is that they are a more efficient design for studying diseases that are less common or have a long latency period. Therefore, they are very commonly used for etiologic studies of cancer. A disadvantage of case-control studies is that they collect exposure information for the cases after they have already been diagnosed with the disease, which raises concerns that cases may recall exposures differently from controls.

Cohort studies and case-control studies each have advantages and disadvantages for assessing talc as a risk factor for ovarian cancer, and one study design is not clearly superior to the other. In addition, specific details related to the conduct of the study such as methods of exposure assessment, length of follow-up and choice of control group can impact the validity of the findings and the interpretation of results. Therefore, rather than making a judgment based only on the overall study design, the evaluation and interpretation of the findings of the studies must consider the strengths and weaknesses of the individual studies. As the results of the

studies are described and evaluated in this report, specific advantages and disadvantages of individual studies will be discussed in more detail.

In contrast to studies on laboratory animals, studies on humans are subject to more variation in exposure assessment and it is impossible to control all other factors that may contribute to disease risk. For these reasons, judgments on causality from epidemiologic research typically are not based on a single study or even a few studies, but are based on the totality of evidence from multiple studies conducted in different study populations, in different locations and across different time periods. Evidence from the epidemiologic investigations is combined with relevant studies from other disciplines, including pathology, animal and mechanistic studies, to make an assessment of the evidence for a causal association between genital exposure to talcum powder and ovarian cancer.

**Methodology**

The methodology I used to assess the epidemiologic evidence on talc use as a causal risk factor for ovarian cancer involved conducting a literature search on PubMed using the terms "ovarian cancer" and "talc" to identify all relevant original studies, systematic reviews, meta-analyses, editorials and commentaries (search most recently updated on October 29, 2018). The search I did returned 131 articles, all of which were systematically considered and assessed as to their relevance to talc as a risk factor for ovarian cancer. Twenty-nine articles were not directly relevant to the question at hand (mostly addressing talc in the treatment of malignant pleural effusions). Of the remaining 101 articles, 36 were reports of original epidemiologic studies directly addressing genital talc exposure and ovarian cancer or meta-analyses of such studies.[14,24-56] Other articles retrieved included studies of occupational talc exposure,[57-62] other original research articles that were not specifically epidemiologic studies of genital talc and ovarian cancer (e.g., studies of endometrial cancer, pathology studies, animal studies, etc.)[63-80] and reviews, commentaries and letters [60,81-120] I also examined reference lists from key articles to identify any additional relevant studies. In addition, I reviewed relevant studies as well as documents provided during the course of discovery process.

The primary focus of my review is the epidemiologic studies of genital talc exposure and ovarian cancer and the meta-analyses, with supporting information from other types of publications, including animal, pathology and mechanistic studies used as appropriate to address biological mechanisms underlying the association between talc use and ovarian cancer.

As I evaluated the individual epidemiologic studies (case-control and cohort studies) that described the risk for ovarian cancer associated with talc use, I did not weight one design more heavily than the other because there are advantages and disadvantages to each design for evaluating talc as a cause of ovarian cancer. I considered the potential biases of individual studies, both those that supported and those that did not support an association between talc and ovarian cancer, and how those biases may have impacted the findings. As I describe in this report, some biases have the potential to lead to an overestimate of the relative risk (e.g. recall bias in case-control studies) while others could result in an underestimate of the relative risk (e.g. incomplete ascertainment of talc use in the cohort studies).

I also considered the studies that combined data from multiple studies – meta-analyses or pooled analyses from multiple case-control studies. These types of analyses are often considered to be some of the strongest evidence for a causal association between an exposure and disease as they provide an estimate of the relative risk that is more statistically robust than individual studies. Data from meta-analyses are particularly important for evaluating exposure-disease relationships such as talc and ovarian cancer where the relative risks from most individual studies are approximately 1.2 to 1.5.

As is standard in epidemiologic research, my assessment of whether there is a causal association between talc use and ovarian cancer was guided by the aspects of a causal relationship described by Bradford Hill during the 1960's. Sir Austin Bradford Hill's writings on causal inference provide an accepted framework for assessing whether a given exposure is a cause of a specific outcome.[121] The aspects of the associations that Hill described are: Strength, Consistency, Specificity, Temporality, Biological Gradient, Plausibility, Coherence, Experiment and Analogy. As his writings clearly state, these viewpoints or perspectives should be taken into account when assessing causality, but are not to be considered absolute criteria and not all must be checked off to make a conclusion of a causal relationship. Specifically, he states "What

10

I do not believe is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." This list of viewpoints was used to guide my assessment of the scientific literature on talc use and ovarian cancer.

It is important to point out that, in the end of this process, the assessment of whether a substance is or is not a causal risk factor for a given disease or condition involves scientific judgment that is made by considering and weighing the evidence. In any given case, it is not unusual for scientists and epidemiologists to weigh the Hill factors differently in reaching a conclusion on the causal inference in question. For example, scientists for many years debated the evidence that cigarette smoking causes lung cancer or asbestos causes lung disease.

**Epidemiologic Studies Reviewed**

Since 1982, when the first case-control study describing an increased risk for ovarian cancer associated with talc use was reported by Cramer, et al., [50] more than two dozen additional reports of epidemiologic studies have been published.[13,14,24-36,38-44,46-49,51-55,122,123] In some instances, data from a particular study were included in more than one publication, due either to an additional analysis of data from a cohort study with longer duration of follow-up (e.g., [31,34]) or to analyses that combined data from more than one study (e.g., [14,25]). Included in these publications are seven meta-analyses published between 1992 and 2018 that combined overall results from nine to 27 studies [35,51,52,54-56] and a pooled analysis published in 2013 that combined individual level data from eight case-control studies.[14]

**Strength and Consistency of the Association**

The first two aspects of the causal relationship described by Bradford Hill, strength and consistency of association, are deeply intertwined. While Bradford Hill referenced the assumption that a larger relative risk is more likely to reflect a causal association, Hill also clearly stated that we should not be "too quick to dismiss a cause-and-effect hypothesis merely

11

on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so." [121]

Seven meta-analyses of genital talc exposure and ovarian cancer [35,44,51,52,54-56] calculated summary relative risks that were very consistent across the publications, ranging from 1.22 to 1.36, all with 95% confidence intervals excluding 1, indicating that women who reported talc use were at statistically significant increased risk for ovarian cancer. Similarly, the pooled analysis of eight case-control studies reported an overall odds ratio of 1.24 (95% confidence interval (CI) 1.15 – 1.33).[14]

To put this in context, it is useful to compare the epidemiologic data related to the strength of the association between genital talc use and ovarian cancer with some other well-accepted exposure-disease associations that have relative risks of similar magnitude and are generally accepted to be causal associations. Some examples of such associations and the relative risks from these exposures estimated from meta-analyses are:

1. Oral contraceptive use and breast cancer, relative risk 1.08 (95% CI 1.003-1.165) for ever versus never use and relative risk 1.21 (95% CI 1.04-1.41) for current or recent use versus never use[16]

2. Menopausal estrogen use and breast cancer, relative risk 1.20 (95% CI 1.06-1.37) for more than 5 years use versus no use[124]

3. Passive smoking (also referred to as environmental tobacco exposure or secondhand smoke) and lung cancer, relative risk 1.27 (95% CI 1.17-1.37) for ever versus never exposure to a spouse who smoked[125]

4. Residential radon exposure and lung cancer, relative risk 1.29 (95% CI 1.10-1.51) for highest versus lowest exposure[126]

5. Trichloroethylene exposure and kidney cancer, relative risk 1.32 (95% CI 1.17-1.50) for occupational exposure.[127]

Each of these exposure/disease associations is widely accepted as a causal relationship in the scientific community and has been judged to be a causal association by the International Agency for Research on Cancer (IARC). [128-130] [131] The estimates of the relative risks for these associations from meta-analyses or pooled analyses are approximately 1.25,[16,124-126,132,133]

which is in the range of estimates of the relative risk from meta-analyses and pooled analyses for the association between genital talc use and ovarian cancer. Therefore, we have evidence of well-established causal associations in which the magnitude of the relative risk is very similar to what has been reported for genital talc use and ovarian cancer.

It is instructive to compare in more detail the epidemiologic data on passive smoke exposure to that of talc and ovarian cancer. Passive smoke exposure, like talc, is a very common exposure in the population that can only be assessed retrospectively through self-report, therefore it is difficult to determine the precise level of exposure. In a meta-analysis of 55 studies published between 1981 and 2006 that examined the risk for lung cancer in never smoking women with passive smoke exposure from their spouses, Taylor, et al. [125] reported a pooled relative risk of 1.27 (95% CI 1.17-1.37). The relative risks from individual studies ranged from 0.66 to 2.57, with 44 of the 55 (80%) individual studies reporting a relative risk or odds ratio >1. In the individual studies, only 10 of 55 (18%) reported statistically significant associations (2 of 7 cohort studies, 3 of 25 case-control studies with population-based controls and 5 of 23 case-control studies). These data show that among the many epidemiologic studies that assessed passive smoke exposure as a risk factor for lung cancer, not all had statistically significant findings and some even reported relative risks less than one, yet the overall conclusion from the totality of the evidence is that passive smoke exposure is causally associated with lung cancer.

The most recent meta-analysis published in 2018 on talc and ovarian cancer by Pennikilampi et al. reported a pooled relative risk of 1.31 (95% CI 1.24-1.39) with values from individual studies ranging from 0.73 to 3.90.[56] This result is consistent with other meta-analyses performed. Twenty-four of the 26 (92%) studies reported a relative risk or odds ratio >1, and statistically significant associations were reported in 14 of the 26 (54%) studies. This comparison illustrates that as compared to the well-established causal association between passive smoke exposure and lung cancer, the association between talc and ovarian cancer has a pooled relative risk estimate of similar magnitude with a greater proportion of the studies reporting relative risks >1 and a greater proportion reporting statistically significant

associations suggesting the evidence for talc and ovarian cancer is as significant as for passive smoke exposure and lung cancer.

These comparisons also illustrate the importance of meta-analyses in epidemiologic research when considering exposures for which the strength of association is approximately 1.5 or less. Individual studies, especially those with smaller samples sizes, may not detect a statistically significant increased risk. When the increased risks in this range are seen repeatedly, even when individual studies are not statistically significant, meta-analysis allows the data to be aggregated to make a conclusion that is more robust statistically. When combining these studies through meta-analysis, the totality of the data shows that there is indeed a statistically significant link between genital talc use and ovarian cancer. This observation has been quite consistent, with findings replicated in studies conducted by different teams of investigators, in different geographic locations within and outside the United States, in different race/ethnic groups and over a span of several decades.

In conjunction with the strength of the association, it is also critical to consider the prevalence of the exposure in the population when evaluating its public health impact. A risk factor that is less strongly associated with a disease but has a high prevalence in the population can be responsible for more cases of the disease than a risk factor that is more strongly associated with the disease but has a low prevalence in the population. A measure of the contribution of a risk factor to a disease is the population attributable fraction (PAF), which is defined as the proportion by which the incidence rates of the outcome in the population would be reduced if the exposure was eliminated.[134] Wu et al. [26] calculated the PAF for ovarian cancer related to talc exposure in their multi-ethnic case-control study in Los Angeles. The odds ratio for genital talc use was 1.46 (95% CI 1.27 – 1.69) and the prevalence of use was 41% among the cases and 31% among the controls. The PAFs for the different ethnic groups ranged from 12.2 to 15.1%, which is interpreted as the proportion of ovarian cancer cases that theoretically could be prevented if genital talc use in the population could be eliminated and there were no changes in other risk factors. In other words, of the estimated 22,440 cases of ovarian cancer diagnosed in 2017,[135] approximately 3,300 of them could theoretically have been prevented if women had not used genital talc. The PAF calculation demonstrates that even with an

estimated relative risk for genital talc use of less than 1.5, its high prevalence of use means that it contributes to a substantial proportion of the ovarian cancer cases in the population.

The overall associations seen in the talc-ovarian cancer meta-analyses as well as in many of the individual studies are statistically significant, indicating an increase in risk of approximately 25 to 30%. While not as high as other relationships like smoking and lung cancer, these relative risks are in line with other generally accepted causal relationships (e.g., second hand smoke and lung cancer). I consider the strength of the association seen in the talc-ovarian cancer epidemiologic studies, to be an important factor in favor of a causal relationship between talc and ovarian cancer, particularly when considered along with the consistency of the association sees across these studies.

As described above, among the more than two dozen studies that have reported on the association between talc use and ovarian cancer, the vast majority of them reported relative risks or odds ratios greater than one, indicating strong consistency in the direction of the effect. The findings from the multiple studies are summarized in seven meta-analyses published since 1992, including two published in 2017-18, that combined overall results from six to 27 studies assessing genital talc exposure and ovarian cancer [35,51,52,54,55 56 44] and in a pooled analysis published in 2013 that combined individual level data from eight case-control studies. [14] Of the 27 studies included in Berge et al.'s 2017 meta-analysis [51], 24 were case-control studies (18 population-based,[13,23,25,29,30,32,33,38,39,41,42,44,45,47,50,123,136,137] 5 hospital based, [36,43,46,49,122] and 1 with both hospital and population controls [48]) and three were prospective cohort studies [24,27,31]. The calculated overall relative risks for all studies combined in these meta-analyses were 1.3 (95% CI 1.1 – 1.6),[44] 1.27 (95% CI 1.09-1.48),[55] 1.36 (95% CI 1.24-1.49),[35] 1.33 (95% CI 1.16-1.45),[54] 1.35 (95% CI 1.26 - 1.46),[52] 1.22 (95% CI 1.13-1.30)[51] and 1.31 (95% CI 1.24-1.39)[56] and 1.24 (95% CI 1.15-1.33) in the pooled analysis of eight case-control studies.[14] The conclusions from these analyses were quite consistent, even with additional data accumulating over time, indicating that women who used talc products as compared to women who reported no talc use were at 22 to 36% increased risk for ovarian cancer.

When considering the consistency from a number of different studies and meta-analysis, an epidemiologist should evaluate potential sources of bias including but not limited

to publication bias, recall bias, selection bias and information bias. I discuss each of these below.

Publication Bias: When considering a body of epidemiologic evidence from multiple studies, several concerns arise about the completeness of the published data and whether there is selective publishing of studies that find significant positive associations. These concerns were addressed by two distinct analyses conducted in the most recent meta-analyses by Berge, et al. (2017) and Penninkilampi and Eslick (2018).[51,56] The first approach reported was a funnel plot, which is a graphical technique that plots the relative risks derived from the studies on one axis and the standard error of the relative risk (an indicator of the size of the study) on the other. The concept driving this approach is that studies should cluster around the "true" relative risk in the population. Due to random statistical variation, some studies will have relative risks that are higher than the true relative risk and some will be lower than the true relative risk. As sample sizes increase, there should be more precise estimates of the relative risk, therefore larger studies would be expected to produce estimates closer to the true relative risk whereas smaller studies may produce results that deviate further from the relative risk in the overall population. When the study results are plotted, one would expect them to fall into a funnel shape, with the larger studies at the point of the funnel, clustered around the true relative risk in the population, and smaller studies, with more variation in results, showing greater deviation from the average, forming the wide part of the funnel. Notably, in these meta-analyses, the two studies with the highest relative risk estimates (Chen, et al [45] with a relative risk of 3.90 and Godard, et al. [38] with a relative risk of 2.49) and the two studies with the lowest relative risks (Hartge, et al. [49] and Gonzalez, et al. [24]) all had a modest number of cases (<=170).

A funnel plot provides a method for assessing publication bias, i.e., the bias that results from studies with statistically significant findings being more likely to be published than studies that show no association. If one is concerned that studies that showed no association between the exposure and outcome are less likely to be published, the funnel plot allows the visual assessment of this potential bias. A lack of symmetry in the funnel plot, with a deficit of studies showing no association between the exposure and outcome, would be an indication of

16

publication bias. The papers by Berge, et al. [51] and Penninkilampi and Eslick [56] which are the only meta-analyses that specifically addressed publication bias, concluded that there was no serious publication bias based on both visual inspection of the funnel plot and a statistical assessment of the data from the funnel plot. Therefore, there is a high level of confidence that there has not been preferential publication of studies that found a positive association between talc and ovarian cancer.

A second approach used by Berge, et al. [51] was a cumulative meta-analysis, in which they showed the estimated summary relative risks over time from the first published report in 1982 through the most recently published studies in 2016. The plot showed that after the first initial reports, the overall summary estimates stabilized with estimates in the range of 1.2 to 1.25 over the last 25 years even as more and more data accrued from additional published studies.

These quantitative analyses indicate that it is unlikely that there is publication bias in the talc and ovarian cancer literature (i.e., the analyses do not suggest that studies that found talc use to be a risk factor for ovarian cancer were more likely to be published than those that found no association). Furthermore, from a qualitative perspective, it is also unlikely that there is a substantial risk for publication bias. Given the considerable public health interest in the risk for ovarian cancer associated with a widely-used cosmetic product, it is probable that any well-designed and conducted study that addressed this question would be published, even if it had null findings. Notably, one of the most recent studies, the Sister Study,[24] was published even though it found no increased risk for ovarian cancer associated with talc use.

While the overall conclusions from the meta-analysis and pooled analyses are quite consistent, with an overall statistically significant estimate of the relative risk in the range of approximately 1.2 to 1.3, it is important to consider possible reasons for heterogeneity of the estimates between individual studies.

Among the individual studies that have examined the association between talc use and ovarian cancer, the majority have been case-control studies, with only three prospective cohort studies addressing this research question. The meta-analysis by Berge, et al.[51] noted that the summary relative risk was driven by the stronger associations observed for case-control studies

(relative risk = 1.26 (95%CI 1.17 – 1.35) than for cohort studies (relative risk = 1.02 (95% CI 0.85 – 1.20), which leads one to try to understand possible reasons for the differences by study design and to consider the relative advantages and disadvantages of the different study designs, specifically in relation to the study of talc and ovarian cancer. While the cohort studies do not show a statistically significant association for ever use of talc and ovarian cancer overall, the recent meta-analysis by Penninkilampi and Eslick[56] reported a statistically significant association with the invasive serous subtype of ovarian cancer, which is both the most common subtype and the one with the worst prognosis.

Case-Control Studies – Strengths and Weaknesses: Case-control studies, which are very commonly used in cancer epidemiology, have particular advantages for studying a relatively uncommon cancer like ovarian cancer, which has an annual incidence (number of new cases) in the United States of approximately 11 cases per 100,000 women.[138] In this study design, women with ovarian cancer (the case group) are identified by the research team, typically through a cancer registry, shortly after receiving their diagnosis. A control group of women who do not have the disease are also identified and recruited for the study. Both the cases and the controls provide information on their past exposure history. In a typical case-control study, the study participants complete an extensive questionnaire focusing on a broad range of exposures that are hypothesized to either increase or decrease the risk for cancer. In regard to ovarian cancer, a typical questionnaire will include questions on demographic characteristics, reproductive characteristics like pregnancy and contraception, medical characteristics, family history of cancer and lifestyle characteristics such as dietary factors, smoking history, physical activity and talc use. Notably, some of the factors queried about are expected to increase risk (e.g., family history of ovarian or breast cancer, estrogen use during menopause, talc), whereas others are associated with reduced risk (e.g., oral contraceptive use, pregnancies).

One major advantage of a case-control study is that it is possible to identify and recruit a large number of cases within a relatively short timeframe. To illustrate this point, I will use the example of AACES, the case-control study that my colleagues and I initiated in 2010 to study ovarian cancer in African American women and which was the source of the data we used for our 2016 paper on talc and ovarian cancer.[1,13] We have enrolled more than 600 women with

18

ovarian cancer and more than 700 control women over a period of approximately 6 years, making it by far the largest study of ovarian cancer in African American women. When the grant application was originally submitted to the National Cancer Institute, one reviewer expressed the opinion that a cohort study would be preferable to the case-control design we proposed. In our response to the review, we pointed out that a prospective cohort study was not feasible for studying ovarian cancer in this population if we hoped to obtain meaningful information in a reasonable timeframe. The Black Women's Health Study, a large prospective cohort study, enrolled approximately 60,000 women starting in 1995 with the goal of studying a wide variety of health outcomes in this population.(https://www.bu.edu/bwhs/) In regard to ovarian cancer, after 18 years of follow-up, only 115 cases of ovarian cancer had been diagnosed among women in the cohort.[139] Although a cohort of 60,000 women is a very large epidemiologic cohort, it is still inadequate to study a relatively uncommon disease like ovarian cancer in a time-efficient manner. We successfully made the argument to the reviewers that a case-control study was the only feasible way to investigate the etiology of ovarian cancer in a timely manner in the African American population. This example illustrates why it is to be expected that the majority of the epidemiologic studies of ovarian cancer would be case-control studies.

Although case-control studies are commonly used in epidemiologic studies of cancer, there are potential biases associated with this study design, including selection bias and recall bias. In this study design, the investigator must select a control group of individuals without the disease being studied as a comparison group to determine the relative frequency of the exposures in the case group as compared to the control group. The goal of selecting a control group is to identify a group that is representative of the population from which the cases arose. This is often stated in textbooks as if someone in the control group were to develop the disease being studied, s/he would have been selected as a case for the study. There are many possible strategies for identifying and recruiting population-based controls, including the use of town registry books,[25,50] telephone recruitment through random digit dialing [13,25,29], neighborhood recruitment,[30] driver's license records [25] and electoral rolls.[123] In hospital-based case-control studies, controls are typically selected from other hospitalized patients, with different studies

applying different criteria for eligible diagnoses among the controls, including other cancer diagnoses or specific non-cancer diagnoses. [36,43,46,49,122]

Among the studies included in the recent meta-analyses, six were hospital-based case-control studies.[36,43,46,48,49,122] The individuals that comprised the control group varied between these studies including patients with non-gynecologic malignancies,[36] patients treated for conditions other than gynecologic or malignant diseases,[122] patients treated for conditions other than those related to reproductive history or oral contraceptive use,[46] patients treated for conditions other than gynecologic, psychiatric, or malignant diseases or pregnancy,[49] both hospital patients and population-based controls [48] and hospital visitors.[43] While the use of hospital controls may be efficient, concerns are often raised as to whether the controls are representative of the population from which the cases arose in terms of the exposures they experienced or their underlying risk for cancer. This is a particular concern with the study by Wong, et al, [36] which is the largest of the hospital-based case-control studies and one that found no association between talc use and ovarian cancer (OR=0.92, 95% CI 0.24-3.62). The control group in this study was "female patients treated for non-gynecologic malignancies during the same period". Standard epidemiologic textbooks (e.g., Rothman, *Modern Epidemiology[140]*) state that controls should be selected from the same source population or study base that gives rise to the cases. It is difficult to make the argument that other cancer patients represent the source population from which the ovarian cancer cases arose, which suggests that this was a poor choice of a control group that could have led to biased findings.

Another of the hospital-based studies, the study by Tzonou et al.[43] which reported a relative risk of 1.05, also had a significant limitation. This study was conducted in Greece, and the overall prevalence of talc use in the study population was 3.5%. Given the small sample size and the low prevalence of exposure, this population was ill-suited to study the relation between talc use and ovarian cancer.

As noted in the meta-analysis by Penninkilampi and Eslick, [56] the hospital-based studies were older (published before 2000) and with the exception of the Wong study [36], all were smaller studies that included fewer than 200 cases. The summary odds ratios from the hospital-based studies was lower but not significantly different than the summary odds ratio from

population-based studies (OR 1.22 versus 1.33, respectively),[56] a result that is not surprising given the important limitations in some of the hospital-based studies.

While there is no ideal method for control selection, arguably population-based control recruitment is more likely to result in a control group that is representative of the population from which cases arose. All of the larger case-control studies that investigated talc use and ovarian cancer (i.e., those with more than 500 cases) were population-based,[13,23,25,29,30,33,42,123,137] which should have minimized selection bias.

Recall Bias: Recall bias is another possible bias in case-control studies. Recall bias is defined as systematic error due to differences in accuracy or completeness of recall of prior events or experiences.[134] It is a concern with case-control studies because information on exposures is obtained through interviews or questionnaires completed after the cases have already been diagnosed with the disease. It is thought that people affected with a disease may have given more thought to possible causes of that disease and have more accurate recall of risk factors than a person serving as a control in the study.

A distinction is made between *recall bias*, which arises from cases recalling exposures differently than controls, and *inaccurate recall* of an exposure that is difficult to remember with precision. Recall bias, which is considered differential misclassification between cases and controls, can result in either an overestimate or underestimate of the true relative risk. Inaccurate recall that occurs to a similar degree in cases and controls is considered non-differential misclassification, and for a dichotomous outcome (e.g., ever vs. never use of talc) will typically result in an underestimate of the true relative risk. An exposure like talc use, especially when assessing use over many years, is clearly one that is subject to a certain amount of inaccurate recall. However, inaccurate recall alone would not result in the consistently increased relative risks observed in the vast majority of the case-control studies of talc use and ovarian cancer.

Therefore, recall bias, which theoretically could result in a biased estimate of the relative risk, must be considered. Situations where recall bias would be considered a particular threat to a study's validity would be: 1) the exposure of interest is one that could be considered sensitive (e.g., illicit drug use, induced abortions), 2) the study hypotheses are known to the

21

study subjects or interviewers, or 3) there has been considerable media attention focused on an exposure.

In regard to the first situation, genital talc use, while addressing a rather personal topic, would not be considered a particularly sensitive topic. One would not expect that women would be disinclined to report its use out of embarrassment or a desire to report what is perceived to be more socially acceptable as has been reported for exposures like induced abortion.[141]

As to the second point regarding the blinding of the interviewers and the study participants to the study hypotheses, this is standard practice in epidemiologic research. In addition, in the typical case-control study, the investigators are collecting a tremendous amount of questionnaire data to address numerous hypotheses and there is not a particular focus on a single exposure. As an example, the questionnaires from AACES and the North Carolina Ovarian Cancer study each took approximately 1 - 1.5 hours to administer and collected information on a large number of exposures including pregnancy history, contraceptive and hormone use, family history of cancer, medical history, psychosocial factors and lifestyle factors. Data were collected on factors that were expected to be associated with increased risk (e.g., family history of cancer, history of infertility, menopausal hormone use, talc use) as well as those expected to be associated with decreased risk (e.g., oral contraceptive use, pregnancies, physical activity). Given the broad range of hypotheses and the numerous exposures that the cases and controls were queried about and the fact that neither cases nor controls were told in advance of the interview about the specific topics that would be covered, it is unlikely that the women with ovarian cancer would have given more thought to their talc use resulting in substantial systematic over-reporting of talc use among cases. This is supported by studies of other cancers that used empirical data to assess the likely effect of recall bias on relative risk estimates when investigators examined numerous exposures and concluded that recall bias did not consistently lead to increased estimates of the relative risk. [142-144]

Further evidence that recall bias in case-control studies does not inevitably lead to an overestimate of the association between a risk factor and exposure comes from a recent review of meta-analyses of observational studies by Lanza et al.[145] This review analyzed a random

sample of 23 meta-analyses of observational studies addressing different exposure/disease associations published in 2013 and compared findings from case-control studies and cohort studies within individual meta-analyses to determine if conclusions from case-control studies were significantly different from those from cohort studies. The authors concluded that there was no significant difference in effect estimates between the case-control and cohort studies, suggesting that the study design did not have an important impact on the conclusions of the meta-analyses. Although recall bias *theoretically* could lead to an overestimate of the association between a risk factor and disease, the empirical evidence indicates that in practice the effect is small in most situations.

The third situation of the effect of media attention on an exposure deserves consideration as there has been reporting in the lay press in recent years about lawsuits involving talc and ovarian cancer. This concern is not relevant to the vast majority of the studies as virtually all of the data collection in the epidemiologic studies of talc and ovarian cancer occurred prior to such litigation. However one notable exception is AACES,[13] which began enrollment in 2010 and included data collected up through August, 2015. At the recommendation of the reviewer who critiqued the manuscript when it was submitted for publication, our group examined the association between talc and ovarian cancer stratified by the date of enrollment. The odds ratio for genital talc use and ovarian cancer was 1.44 for the overall study population and 1.19 for the participants interviewed before 2014. These data do give some credence to the idea that recall bias could have led to the higher odds ratios when including women interviewed during the time when there was more media attention focused on this exposure, however the fact that the association was attenuated but not eliminated when considering the full study population suggests that the association is not due entirely to recall bias.

Another way to approach the issue of whether recall bias is a likely explanation for the association between talc use and ovarian cancer is to consider whether the association was observed for other gynecologic cancers. The data are admittedly very sparse in this regard, however the only published case-control study of talc use and endometrial cancer reported an odds ratio of 0.88 (95% CI 0.68 – 1.14).[67] A study of ovarian cancer that was conducted by

several of the same investigators as the endometrial cancer study used similar methodology, was conducted in a similar timeframe (early to mid-2000s) in the same geographic region (Australia) and reported a similar prevalence of talc use in the study population. In contrast to their endometrial cancer study in which the investigators observed a non-significant inverse association with talc use, the investigators found a statistically significant increased risk for ovarian cancer associated with talc use (odds ratio=1.17, 95% CI 1.01 − 1.36).[123] While this comparison clearly needs to be interpreted cautiously because there is only a single published case-control study of talc use and endometrial cancer, it does provide evidence to suggest that the association between talc and ovarian cancer observed in most case-control studies is not due simply to recall bias.

Cohort Studies – Strengths and Weaknesses: In contrast to the case-control study, the prospective cohort study design is less susceptible to the selection bias and recall bias described above. Women who develop cancer and the comparison group are from the same population (the cohort) so the bias that could arise from improperly selecting a control group is minimized. Similarly, because the exposure information is collected before the diagnosis of cancer, one would not expect that recall of exposures would differ between the women who went on to develop cancer and those who remained free of cancer.

Despite these advantages, cohort studies do have some important disadvantages in relation to studying cancer etiology. The first is that even with large cohorts, it takes many years for a reasonable number of cancers to develop within the cohort, especially for an uncommon cancer like ovarian cancer. When considering the statistical power of a study to assess the association between an exposure and a disease, the size of the cohort is not the only driver of study power. A more critical consideration is the number of cases that develop within the cohort, which in turn is dependent on the length of follow-up of the larger cohort. Therefore, a large cohort with a relatively short duration of follow-up during which time a small number of cases developed among cohort will have low statistical power. In contrast, the total sample size of a case-control study is likely to be much smaller than a cohort study, but if it has a larger number of cases, it will have greater statistical power than the cohort study.

Among the three cohort studies included in the most recent meta-analysis,[56] the Nurses' Health Study reported 307 cases in a cohort of 78,630 women after approximately 14 years of follow-up;[34,146] the Women's Health Initiative reported 429 cases in a cohort of 61,576 women after a mean of 12.4 years of follow-up[27] and the Sister Study reported 154 cases in a cohort of 41,654 women after a mean of 6.6 years of follow-up.[24] Even with tens of thousands of women in these studies, the number of ovarian cancer cases within each cohort is smaller than the number of ovarian cancer cases in many of the case-control studies. In particular, the number of cases within the Sister Study is smaller than the number of cases in any of the case-control studies published since 1993. As described in a commentary by Narod[81], the lack of a significant overall association between ever use of talc and ovarian cancer in the cohort studies may be due to the fact that the despite the large size of the cohorts, the studies were not adequately powered to detect a relative risk of approximately 1.2.

Another limitation of cohort studies that is of greater relevance to the question of talc use and ovarian cancer is information bias related to exposure assessment. Cohort studies are typically designed to examine many different outcomes that develop within the study population over time. The Nurses' Health Study (http://www.nurseshealthstudy.org/selected-publications) and Women's Health Initiative (https://www.nhlbi.nih.gov/whi/references.htm) have reported on many different outcomes including, but not limited to, multiple types of cancer, cardiovascular diseases, fractures, gastrointestinal conditions and mental health. In contrast, case-control studies focus on a single disease, such as ovarian cancer. Because cohort studies are designed to examine diverse outcomes, the questionnaires must obtain data on risk factors that are relevant to a wider variety of diseases. To keep the questionnaire to a manageable length, a cohort study will typically query about more risk factors but in less detail than a case-control study that is focused on a single disease. This is the case with the talc questions, with the cohort studies collecting less detailed information on talc use, especially in regard to duration and frequency of use, than most of the case-control studies.

It is also worth noting that cohort studies are also subject to recall errors, especially when assessing exposures that began early in life. When the cohort studies assessed talc use, they were asking women to recall their past use of the products up to the point of interview,

similar to how exposure is assessed in the case-control studies. In the Nurses' Health Study, the cohort members were aged 36 to 61 at the time talc use was assessed in 1982, and in the Women's Health Initiative, the mean age at enrollment was 63. Because many women initiate use of talc at a young age, the study participants would have been recalling exposures over several decades, and it stands to reason that there would be some errors in recall. Therefore, in cohort studies as in case-control studies, reported talc use was subject to some degree of inaccurate recall. This likely resulted in non-differential misclassification of the exposure, which usually results in an underestimate of the true relative risk.

Another concern with exposure assessment in cohort studies that is highly relevant to the question of talc use in relation to ovarian cancer is that risk factor information can change over time. If the questionnaire data that were collected when the cohort was assembled do not include a comprehensive exposure history to that time point and are not updated over time, the information may not reflect the complete exposure history of an individual in the time before she was diagnosed with cancer. This could result in some talc users being incorrectly identified as non-users or in incorrect estimates of the duration of exposure.

Incomplete exposure assessment is a potential problem for each of the three cohort studies that have reported on talc use and ovarian cancer, however it is a particular issue for the Sister Study [24] which reported a non-significant inverse association between talc use and ovarian cancer (relative risk of 0.73, 95% CI 0.44 – 1.20). Each of the cohort studies assessed talc use at a single point in time and did not update the information at subsequent follow-up interviews. The Nurses' Health Study collected limited information on talc exposure in 1982, and did not collect additional data on talc use in subsequent questionnaires between 1982 and when the results were described in papers published in 2000 [34] and 2010. [146] Similarly, the Women's Health Initiative collected information on talc exposure when the women were enrolled into the study and did not obtain updated information during the years the cohort was followed. Therefore, any use of talc after that single exposure assessment was not captured, and there would be a certain amount of misclassification of the exposure in both the women who subsequently developed ovarian cancer and those who did not. If the misclassification was non-differential, meaning that the degree of misclassification was similar between the women

who developed ovarian cancer and those who did not, the predicted effect would be a bias towards the null.[140] In other words, non-differential misclassification of talc exposure (as a dichotomous variable) would mean that the observed relative risk was not as strong as it would have been if there had been not misclassification.

The degree of misclassification of exposure in the Sister Study [24] is apparently much greater than in the other cohort studies. Use of talc was assessed through questions about personal care products used only in the 12 months prior to enrollment, including genital talc use in the form of powder or spray applied to a sanitary napkin, underwear, diaphragm, cervical cap or vaginal area. This assessment is essentially a "snapshot" of talc use during a short period of time, capturing neither the cumulative use of talc up to that point nor any subsequent use of talc after the baseline interview. Not surprisingly, the reported prevalence of talc use was quite low in this study. The 14% prevalence reported in the Sister Study was markedly lower than the other two cohort studies (40.2% in the Nurses' Health Study [34] and 52.6% in the Women's Health Initiative [27]) as well as in nearly all of the case-control studies. In addition to underestimating the prevalence of talc use in their population, their assessment of talc only during the year prior to enrollment probably did not capture exposure during the most relevant period of the woman's life. As the authors acknowledged in their paper, if latency (the time between exposure and diagnosis of cancer) is 15 to 20 years, the exposure assessments do not accurately reflect the period of risk. The limitations in the assessment of talc use raise serious questions about the validity of the findings from the Sister Study for this particular exposure. It is impossible to predict the direction or the magnitude of the association between talc use and ovarian cancer if the Sister Study had conducted a more complete assessment of the exposure.

A further limitation of the exposure assessment in the Nurses' Health Study and Women's Health Initiative is that neither assessed both the frequency and duration of use of talc. This additional limitation has ramifications for assessing dose-response gradients, which will be discussed in a later section of this report.

While cohort studies are often considered a stronger study design for assessing causal relationships between an exposure and outcome, this is not absolutely true for all exposures and outcomes. Rather than making a judgement about the quality of evidence based solely on

27

study design, it is important to consider study design from a more nuanced perspective and consider whether a cohort or case-control study provides the most optimal assessment of the exposure and outcome. As described above, each of the three cohort studies that has addressed talc use and ovarian cancer risk had substantial limitations in their assessment of talc use within their study population, which weakens their conclusions that talc use is not significantly associated with ovarian cancer risk.

In addition, the Sister Study,[24] which is a study that was designed primarily to examine breast cancer outcomes among women who had a sister with breast cancer, the small number of ovarian cancer cases despite the large size of the cohort and the inadequate assessment of talc exposure arguably make it a much weaker study than some of the larger, well-designed population-based, case-control studies. Notably, this study, with a relative risk estimate of 0.73 (95% CI 0.44 – 1.20) [24] could be considered an outlier as it is only one of two studies that reported a relative risk substantially less than 1, the other being Hartge's 1983 hospital-based case-control study.[49]

Uncontrolled Confounding in Observational Studies: Uncontrolled confounding is a potential concern in both case-control and cohort studies since they are observational studies. If a factor is associated with talc use *and* is a risk factor for ovarian cancer and is not accounted for in the statistical analysis, it could confound the association between talc use and ovarian cancer. In other words, if there is confounding, the increased risk observed with talc use could be due to the failure to account for the other risk factor. Vaginal douching, which was found to be associated with ovarian cancer risk in the Sister Study, was examined as a potential confounder of the association between talc use and ovarian cancer.[24] Their analyses showed that adjusting for douching using statistical modelling had a negligible effect on the association between talc use and ovarian cancer, providing no evidence of confounding. Other studies have either found an association between talc and ovarian cancer when controlling for douching [44] or found no association between douching and ovarian cancer,[49] thus the available data do not support that douching is a confounder of the association between talc and ovarian cancer. Although uncontrolled confounding is a theoretical possibility, to my knowledge, in the more

28

than 30 years of research on talc and ovarian cancer no such confounder has been identified that could account for the increased risk associated with talc use.

Overall, the meta-analyses indicate a high level of consistency in findings, especially from the case-control studies. Although weaker associations were observed in the cohort studies, the most recent meta-analysis did report statistically significant associations with invasive serous ovarian cancer in the cohort studies as well as in the case-control studies that reported on histologic subtype.[56] As a whole, the weaker associations observed for the cohort studies could be plausibly explained by limited methods used for talc exposure assessment, the limitations described above, including the most recent cohort study by Gonzalez, et al.,[24] which will have the predicted effect of biasing the results towards the null (i.e., showing an effect that is weaker than the true effect).

Taken as a whole, the overwhelming statistical strength of these studies, whose results are replicated over decades across a wide variety of populations and investigators, further supported by consistent meta-analysis, weighs very heavily in favor of a causal inference.

**Temporality**

Temporality is the only consideration that is an absolute criterion when making a judgment of causality. This criterion states that a cause (the exposure) must precede the effect (the outcome of interest) in time. Both the cohort and case-control studies that examined talc use in relation to ovarian cancer assessed talc exposure that preceded the diagnosis. In cohort studies, the questionnaire data are obtained before any women in the cohort have a diagnosis of ovarian cancer, and in the case-control studies, women with ovarian cancer are asked to report on exposures that occurred before their diagnosis and controls are asked to report on exposures that occurred in a similar time frame. Therefore, there is no question that the exposure assessment captured talc exposure that preceded the diagnosis of ovarian cancer. Nevertheless, this factor is not highly weighted; while its absence would be fatal to a causal inference, its presence is not particularly compelling support for causation.

**Biological Gradient**

Associations that show evidence of a biological gradient, or dose-response relationship, are considered to have stronger evidence of causality. While the inconsistencies in reported dose-response trends for talc and ovarian cancer have been noted in some meta-analyses and reviews, e.g.,[51,54] there are several considerations about this exposure that should be taken into account.

First, for an association like talc and ovarian cancer, the dose that is most relevant is the amount of talc that actually reaches the fallopian tubes and ovaries. The epidemiologic data rely on measures of external application as a surrogate of the level of exposure, not the actual exposure in the upper genital tract.

Second, there is some inherent inaccuracy in the measurement of the exposure, as the participants in most studies were asked to recall their duration and/or frequency of use over many years.

Third, the dose of talc exposure has been assessed differently across the studies. Some studies assessed only duration of use (months or years), some assessed only frequency of use (e.g., number of days per month) and some used measures of both duration and frequency to come up with a measure of total dose (estimated lifetime number of applications). The limitations of relying on duration or frequency alone as a measure of talc dose are apparent. For certain exposures, oral contraceptive use for example, duration of use is a good measure of total exposure because the pills are taken once daily. In contrast, patterns of talc exposure may be more inconsistent. Some women may use it daily, others only during their menstrual periods, others may apply it only during certain times of the year and others may have still different patterns of use. Measures of exposure based only on duration of use or only on frequency of use could result in inaccurate estimates of total exposure and obscure a dose-response relationship.

Some of the meta-analyses have cited the lack of a clear dose-response relationship as an argument against talc being a cause of ovarian cancer, and when considering measures of either years of talc use or number of applications of talc per month, there is considerable heterogeneity across studies. When considering the studies that examined dose-response associations considering both dose and frequency to estimate the total number of applications

30

of talc,[13,14,25,29,30,32,35,41], the majority [13,14,25,30,32] did find significant trends of higher risk with more lifetime applications of talc.

Terry, et al. [14] noted in the pooled analysis of eight case-control studies that the trend for increasing risk for non-mucinous ovarian cancers with an increasing number of genital powder applications was significant when non-users were included in the analysis, but the trend was not significant when the analysis was restricted to ever users. The authors therefore concluded that the significant trend was largely due to the comparison of women who had ever used talc versus those who had never used it, suggesting that the dose-response relationship was not a simple linear increase in risk with greater exposure to talc.

While there is evidence of a dose response relationship in the majority of the studies that considered both frequency and duration of use (i.e., total number of applications), these observations are less consistent than the overall association between talc and ovarian cancer. There are several possible reasons why not all studies observed dose-response relationships, even when an overall association was observed in the study. First, there is likely to be greater inaccuracy in the recall of duration of use as compared to ever/never use, which would tend to obscure a dose-response relationship. Second, when "ever-users" were stratified into duration of use categories, it often resulted in strata with small numbers of women, resulting in less stable relative risk estimates within the duration categories. Third, as noted by Terry, et al.[14], the dose-response relationship may not be a simple linear trend. In many of the studies, even the women in the lowest exposed category had hundreds of episode of talc exposure. Because there could have been considerable exposure even among the women in the "low" exposure categories, greater exposure may not have resulted in substantially increased risk and thus a linear trend may not have been apparent.

Overall, biological gradient was given lesser weight in my assessment of the literature, based on: 1) some of the studies that assessed a dose-response relationship evaluated only duration or frequency of use and not total number of applications, 2) duration and frequency of use are subject to more misclassification than ever use of talc, 3) small sample sizes within strata lead to unstable estimates, and 4) there is the possibility of a non-linear dose-response relationship. Nonetheless, even with these limitations, there was still evidence of a dose-

response relationship in the majority of studies that evaluated it based on the total number of applications.

**Biologic Plausibility**

Biological plausibility refers to whether there is a reasonable biological mechanism through which the exposure could lead to the disease. Hill is quick to point out that biological plausibility depends on the current state of scientific knowledge. Specifically, Hill wrote "It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day." It is clear that from these statements that the consideration of biological plausibility does not require that that there is a *proven* biological mechanism to make a judgment of causality between an exposure and disease. Therefore, for this Hill consideration, a scientist looks for biological evidence that might explain the associations that are observed in the epidemiologic studies. In other words, one has to see whether the observed association "makes sense" biologically. In this case, I have considered both clinical plausibility and biological plausibility. Both of these show that the association seen in the epidemiologic studies "makes sense."

It is probably safe to say that our understanding of the complex biological processes that lead from exposure to disease is incomplete for all cancers. In some instances, the precise biological mechanisms by which an exposure leads to disease remain unclear and in others, some mechanisms are well-established but there is not a complete understanding of why some exposed individuals develop the disease and others do not. An example of the former is alcohol consumption as a cause of breast cancer. While alcohol is considered by IARC to be an established cause of breast cancer, [128] recent publications still describe the association as one in which the exact biological pathways are unclear, even though several possible mechanisms have been hypothesized (i.e., metabolism to acetaldehyde or effects on estrogen levels).[147,148] An example of the latter is smoking and lung cancer. Mechanisms of carcinogenesis from constituents of tobacco smoke have been well-described,[149] however it remains unclear as to why some smokers are more susceptible to developing lung cancer. In short, it is important to

recognize that biological plausibility depends on the current state of knowledge and may evolve over time as new evidence emerges.

When considering the likelihood of talcum powder products causing ovarian cancer, there is robust data that leads to the conclusion that there are biologically plausible mechanisms by which this exposure could lead to ovarian cancer. Specifically, 1) talcum powder products can migrate from the perineum through the genital tract to the ovaries and fallopian tubes, 2) talcum powder products can become imbedded in the ovarian tissue; 3) talcum powder products can induce an inflammatory response, and 4) the inflammatory response can result in increased oxidative stress and expression of cytokines, mutagenesis, and cell proliferation.

Pathology studies have demonstrated that particles may ascend the female genital tract from the vagina to the fallopian tubes and ovaries,[150,151] and talc particles have been identified in ovarian tissue.[71,76,78,79] In fact, the FDA's 2014 response to the Citizen's Petition requesting a cancer warning label on cosmetic talc products states that "the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable".[152] Therefore, it is highly plausible that application of talcum powder products to the genital area can result in exposure to the ovaries.

It is also plausible that inhalation of talc products could also be a route of exposure leading to cancer. Studies of asbestos exposure indicate that inhalation of asbestos fibers can result in exposures to the peritoneal tissue, through transport through the lymphatic system and/or blood.[153-155] There is strong evidence that such exposure can result in cancer, most notably mesothelioma. Inhalation of talcum powder products could result in similar peritoneal exposure.

Given the evidence that external application of talcum powder products can reach the ovaries either through upward migration through the genital tract or through inhalation and subsequent transport through the lymphatic system and/or blood, there are plausible biological pathways by which talc could lead to the development of ovarian cancer.

It is well-established through several lines of evidence that talc can cause inflammation. The inflammatory properties of talc are exploited for clinical use in talc pleurodesis, a treatment

for malignant pleural effusions or pneumothorax that involves instillation of talc into the pleural space.(https:www.uptodate.com/contents/talc-pleurodesis) The resultant inflammation and fibrosis result in adhesion of the layers of the pleura, closing the pleural space. The inflammatory properties of talc are also evident in that chronic or acute exposure to talc through inhalation which can result in pulmonary talcosis, a chronic inflammation of the lower respiratory tract.[156,157] Animal studies also confirm that talc causes inflammation, as experiments in rats treated with intra-vaginal or perineal talc showed inflammatory changes in the genital tract.[70] Although neoplastic changes were not observed in this experiment, this could be explained by the small number of animals (n=7) in each group or the duration of the experiment (3 months).

Inflammation has been identified as one of the hallmarks of cancer, with both extrinsic and intrinsic pathways described.[158,159] Talc would be characterized as being involved in an extrinsic pathway, in which an exposure or condition results in chronic, non-resolving inflammatory responses. Chronic inflammation can lead to a cascade of cellular events that could result in damage to DNA, increased cell division and generation of inflammatory mediators.

Recent work by Saed, Fletcher, et al. [160,161] describes the role of oxidative stress in the pathogenesis of ovarian cancer and the effects of talc on the oxidative state of ovarian cancer cell lines. Oxidative stress results when the balance between oxidant and anti-oxidant enzymes and molecules in cells is altered, resulting in an excess of reactive oxygen species or reactive nitrogen species. Oxidative stress, which can result from numerous factors including exposure to carcinogens, infection and chronic inflammation, has been shown to affect the initiation, promotion and progression of several types of cancer. Saed, et al. have reported that talc can generate a pro-oxidant state in both normal ovarian epithelial cells and ovarian cancer cells. Exposure to talc resulted in an increase in mRNA levels of certain pro-oxidant enzymes and a decrease in the mRNA of several anti-oxidant enzymes, suggesting a possible cellular mechanism by which exposure to talc could contribute to the development of ovarian cancer.

There is also evidence in the medical literature that talc products contain additional constituents that are known ovarian carcinogens, particularly asbestos.[162-166]

34

Asbestos is one of the most established carcinogens in our environment, and is associated with a variety of cancers including mesothelioma, lung, larynx and ovarian.[167,168] IARC has stated that "a causal association between exposure to asbestos and cancer of the ovary was clearly established," based on strongly positive cohort mortality studies of women with occupational exposure to asbestos as well as studies of women with environmental exposure to asbestos.[169] The Occupational Safety and Health Administration has stated that "there is no safe level of asbestos exposure for any type of asbestos fiber" and that asbestos exposures as short as a few days have resulted in cancer (mesothelioma), indicating that even low levels of exposure may be carcinogenic. (https://www.osha.gov/SLTC/asbestos/)

Although it has been often stated that talc products manufactured after 1976 are asbestos-free, evidence from published scientific reports, [57,162] analyses performed on samples manufactured and packaged at different time points after 1976,[170-173] and internal documents and testimony from the defendants demonstrate that statement is inaccurate.[174,175] There is evidence that products manufactured after 1976 are not asbestos-free. Studies from Longo, et al. show that talc products can contain asbestos and talc containing asbestiform fibers (e.g., talc occurring in a fibrous habit).[170,171] Therefore it is reasonable to conclude that women who regularly used talc products, both before and after 1976, were likely exposed to asbestos and talc containing asbestiform fibers through their use of these products.

Analyses of talcum powder products also demonstrate the presence of other constituents such as chromium and nickel which are well established carcinogens, and cobalt which is considered a possible carcinogen.[169,174] I have also reviewed a report analyzing the 150+ known fragrance ingredients in talcum powder products, many of which have been determined harmful to humans.[176] The presence of these substances provide further evidence that exposure to talc products could result in cancer

It is also plausible that even among women recently diagnosed with ovarian cancer, exposure to the pre-1976 talc products, which are generally understood to have contained asbestos and talc containing asbestiform fibers, increased their risk for ovarian cancer. It is well-established that many cancer risk factors have a long latency, which the National Cancer Institute defines as "the time that passes between being exposed to something that can cause

35

disease and having symptoms". Numerous examples of cancer risk factors with prolonged latency periods exist. For example, lung cancer typically is not diagnosed among cigarette smokers for several decades after initial exposure [177] and having severe sunburns during childhood is a risk factor for melanoma,[178] which has a median age of diagnosis of 63 years. [135]

It has also been reported that the latency period between exposure to asbestos and mesothelioma (the cancer most strongly linked to asbestos exposure), ranges from 15 to more than 70 years.[179,180] The median latency has been estimated at 22 to 32 years, with longer latency periods estimated for women than for men.[179,180] Thus, it is not unreasonable to conclude that exposure to talc products early in a woman's life could result in ovarian cancer decades later.

Further, other established risk factors for ovarian cancer also demonstrate long latency periods. Oral contraceptive use and history of pregnancy are two of the factors that are most consistently reported in association with ovarian cancer (both of which reduce risk). Although, these are "exposures" that typically occur when women are in their teens, twenties or thirties, the median age of diagnosis of ovarian cancer is 61 years, suggesting that events and exposures from early in a woman's reproductive life can influence her risk for ovarian cancer decades later.

The totality of this evidence indicates that there are plausible biological pathways by which use of talc products could lead to ovarian cancer. There is clear evidence that external applications of these products can result in exposure to the ovaries, through upward migration through the genital tract or inhalation exposure. Once exposed, there are plausible biological mechanisms, by which talc itself or constituents of the talcum powder product could lead to carcinogenic transformation of ovarian cells. This includes credible evidence that talc products contain asbestos fibers, a known ovarian carcinogen, regardless of whether they were manufactured before or after 1976. While it is likely that advances in scientific knowledge may further refine our understanding of how talc exposure can lead to ovarian cancer, our current knowledge is adequate to conclude that there are plausible biological pathways leading from talc exposure to ovarian cancer.

I have considered the biologic plausibility that would support and detract from the hypothesis that talcum powder products can cause ovarian cancer. The more persuasive evidence is that talc can migrate to the ovaries through the genital tract and become imbedded in ovarian tissue. It is also plausible that talc could reach the peritoneal cavity through an inhalation route. Regardless of the route of exposure, it is clear that talcum powder products, including constituents like asbestos and fibrous talc, may cause an inflammatory response and oxidative stress that could lead to cell damage. These biologically plausible mechanisms are a persuasive explanation for the consistent increased risk we have observed in the epidemiologic studies. *Simply put, the observed association "makes sense" biologically.* Along with consistency and strength, I considered this a strong factor favoring a causal inference.

**Specificity**

As described by Hill,[121], if specificity exists between an exposure characteristic and disease, it provides strong evidence of causality. However, he also stated that "one-to-one relationships are not frequent …multi-causation of disease is generally more likely that single causation". Clearly, ovarian cancer has multiple causes, with talc exposure among many known risk factors. From the standpoint of there being a "one-to-one relationship" between talc and ovarian cancer, there is not a high level of specificity. However, given that talcum powder products are particularly associated with epithelial ovarian cancer, especially serous ovarian cancer, it does support that it is a fairly specific relationship. This aspect was given only modest weight, because talc is one of many possible causes of ovarian cancer.

**Coherence**

It is recognized that the plausibility depends on the current state of biological knowledge. Knowledge of the biological mechanisms for ovarian carcinogenesis (and virtually any other disease) is incomplete and will continue to evolve as further research continues. Coherence, as described by Hill, means that, even if the knowledge of biology of the disease is not well-defined, the "data should not seriously conflict with the generally known facts of the natural history and biology of the disease".[121] Given the current state of knowledge of ovarian

carcinogenesis, the postulated mechanisms by which talc exposure leads to ovarian cancer do not conflict with the current state of knowledge on ovarian carcinogenesis. This aspect was given considerable weight as it is important that the overall evidence fit together in a coherent manner. Taking into account the plausible pathways by which talc products could reach the target tissue, the expected latency period between exposure and disease, and biological mechanisms that are consistent with our knowledge of carcinogenesis, the data are consistent with the natural history and biology of ovarian cancer.

**Experiment**

As described above, the epidemiologic data on talc use and ovarian cancer are from observational studies, therefore there are no clear cut experimental data on which a causal assessment can be made. Hill acknowledged that experimental data are often not available for the exposure/disease associations under study, but in some circumstances, experimental or semi-experimental evidence is available.[121] For example, if a preventive action is taken to remove the exposure and the incidence of disease declines, there is strong support for a causal relationship. No such experimental evidence is available for talc use and ovarian cancer.

**Analogy**

The final viewpoint defined by Hill [121] is analogy, whereby evidence of an association with one risk factor would suggest that a similar risk factor could also plausibly be associated with the disease. Because this viewpoint is rather vague, it is often not incorporated into causal assessments. Nevertheless, while I did not weight it heavily, the similarity between asbestos and asbestiform talc – both of which are widely accepted as causing ovarian cancer – is supportive of this viewpoint.

**Conclusion**

Epidemiologic evidence linking genital talc use to ovarian cancer has been accruing since 1982.[50] As I evaluated this evidence, I considered the results from individual studies with different designs (case-control and cohort) as well as meta-analyses and a pooled analysis of

multiple case-control studies. In my evaluation of the data, I considered the strengths and weaknesses of individual studies, recognizing that there are advantages and disadvantages of both case-control and cohort studies for evaluating talc as a risk factor for ovarian cancer. I used the Bradford Hill framework as a guide for making my weight of the evidence assessment of whether there is evidence for a causal association between talc use and ovarian cancer.

The epidemiologic evidence I evaluated was derived from more than two dozen studies conducted in many different settings. The vast majority of studies reported relative risks or odds ratios greater than one, indicating that women with ovarian cancer were more likely to have used talc products than women without ovarian cancer. Meta-analyses, which combine findings across multiple studies to come up with an overall estimate of risk that is more statistically robust, have consistently reported that there is a statistically significant increased risk for ovarian cancer among women who reported genital talc use. While meta-analyses have noted that the relative risk estimates from case-control studies have been larger than from cohort studies, limitations in all of the cohort studies could explain the weaker associations observed in these studies. It is also noteworthy that the most recent meta-analysis [56] reported significantly increased risks for invasive serous ovarian cancer, which is the most common subtype as well as the one with the worst prognosis, in both cohort and case-control studies.

The epidemiologic studies that have examined talc use in relation to ovarian cancer risk have been conducted in very diverse populations, both within and outside the United States and in women of different race/ethnicities. The consistency of the findings across populations adds credibility to the findings of increased risk of ovarian cancer among talc users.

The relative risk estimates in most studies and the summary relative risk estimates from the meta-analyses are of a magnitude (~1.25-1.30) that is comparable to other common exposures that are causally related to cancer (e.g., passive smoke exposure and lung cancer, oral contraceptive use and breast cancer, menopausal estrogen use and breast cancer, residential radon exposure and lung cancer). Additional evidence supportive of talc being an ovarian cancer risk factor are biologically plausible mechanisms based on inflammation pathways, oxidative stress and the presence of asbestos, asbestiform talc, and other known

carcinogens in talcum powder products. Evidence of a dose-response relationship exists in many of the studies that considered both duration and frequency of exposure.

Based on the evidence in total, it is my opinion with a reasonable degree of scientific certainty that use of talcum powder products can cause ovarian cancer. I reserve the right to modify or refine my opinions based on additional scientific evidence that may emerge on this topic.

## References

1.  Schildkraut JM, Alberg AJ, Bandera EV, et al. A multi-center population-based case-control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). *BMC cancer.* 2014;14:688.

2.  Newman B, Moorman PG, Millikan R, et al. The Carolina Breast Cancer Study: integrating population-based epidemiology and molecular biology. *Breast Cancer Res Treat.* 1995;35(1):51-60.

3.  Moorman PG, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N. Effect of hysterectomy with ovarian preservation on ovarian function. *Obstet Gynecol.* 2011;118(6):1271-1279.

4.  Alberg AJ, Moorman PG, Crankshaw S, et al. Socioeconomic Status in Relation to the Risk of Ovarian Cancer in African-American Women: A Population-Based Case-Control Study. *Am J Epidemiol.* 2016;184(4):274-283.

5.  Moorman PG, Alberg AJ, Bandera EV, et al. Reproductive factors and ovarian cancer risk in African-American women. *Ann Epidemiol.* 2016;26(9):654-662.

6.  Erondu CO, Alberg AJ, Bandera EV, et al. The Association Between Body Mass Index and Presenting Symptoms in African American Women with Ovarian Cancer. *J Womens Health (Larchmt).* 2016;25(6):571-578.

7.  Newman B, Mu H, Butler LM, Millikan RC, Moorman PG, King MC. Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998;279(12):915-921.

8.  Moorman PG, Kuwabara H, Millikan RC, Newman B. Menopausal hormones and breast cancer in a biracial population. *Am J Public Health.* 2000;90(6):966-971.

9.  Moorman PG, Millikan RC, Newman B. Oral contraceptives and breast cancer among African-american women and white women. *J Natl Med Assoc.* 2001;93(9):329-334.

10. Carey LA, Perou CM, Livasy CA, et al. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study. *JAMA.* 2006;295(21):2492-2502.

11. Millikan RC, Newman B, Tse CK, et al. Epidemiology of basal-like breast cancer. *Breast Cancer Res Treat.* 2008;109(1):123-139.

12. Trabuco EC, Moorman PG, Algeciras-Schimnich A, Weaver AL, Cliby WA. Association of Ovary-Sparing Hysterectomy With Ovarian Reserve. *Obstet Gynecol.* 2016;127(5):819-827.

13. Schildkraut JM, Abbott SE, Alberg AJ, et al. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). *Cancer Epidemiol Biomarkers Prev.* 2016;25(10):1411-1417.

14. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer prevention research.* 2013;6(8):811-821.

15. Havrilesky LJ, Moorman PG, Lowery WJ, et al. Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. *Obstet Gynecol.* 2013;122(1):139-147.

16. Gierisch JM, Coeytaux RR, Urrutia RP, et al. Oral contraceptive use and risk of breast, cervical, colorectal, and endometrial cancers: a systematic review. *Cancer Epidemiol Biomarkers Prev.* 2013;22(11):1931-1943.

17. Moorman PG, Havrilesky LJ, Gierisch JM, et al. Oral contraceptives and risk of ovarian cancer and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncol.* 2013;31(33):4188-4198.

18. Myers ER, Moorman P, Gierisch JM, et al. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA.* 2015;314(15):1615-1634.

19. Oeffinger KC, Fontham ET, Etzioni R, et al. Breast Cancer Screening for Women at Average Risk: 2015 Guideline Update From the American Cancer Society. *JAMA.* 2015;314(15):1599-1614.

20. Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. *Am J Epidemiol.* 2008;167(9):1059-1069.

21. Moorman PG, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use [corrected] and risk of ovarian cancer. *Obstet Gynecol.* 2005;105(4):725-730.

22. Moorman PG, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol.* 2005;193(1):76-82.

23. Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian Cancer Risk Factors in African-American and White Women. *Am J Epidemiol.* 2009.

24. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, Talc Use, and Risk of Ovarian Cancer. *Epidemiology.* 2016;27(6):797-802.

25. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The Association Between Talc Use and Ovarian Cancer: A Systematic Case-Control Study in Two US States. *Epidemiology.* 2016;27(3):334-346.

26. Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. *Cancer Epidemiol Biomarkers Prev.* 2015;24(7):1094-1100.

27. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst.* 2014;106(9).

28. Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev.* 2012;21(8):1282-1292.

29. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control.* 2011;22(5):737-742.

30. Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. *Int J Cancer.* 2009;124(6):1409-1415.

31. Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(9):2436-2444.

32. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer.* 2004;112(3):458-464.

33. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology.* 2000;11(2):111-117.

34.   Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst.* 2000;92(3):249-252.

35.   Cramer DW, Liberman RF, Titus-Ernstoff L, et al. Genital talc exposure and risk of ovarian cancer. *Int J Cancer.* 1999;81(3):351-356.

36.   Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol.* 1999;93(3):372-376.

37.   Rosenblatt KA, Mathews WA, Daling JR, Voigt LF, Malone K. Characteristics of women who use perineal powders. *Obstet Gynecol.* 1998;92(5):753-756.

38.   Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol.* 1998;179(2):403-410.

39.   Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79(12):2396-2401.

40.   Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer.* 1997;71(6):948-951.

41.   Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol.* 1997;145(5):459-465.

42.   Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer.* 1995;62(6):678-684.

43.   Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer.* 1993;55(3):408-410.

44.   Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol.* 1992;80(1):19-26.

45.   Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol.* 1992;21(1):23-29.

46.   Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer.* 1989;60(4):592-598.

47.   Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol.* 1989;130(2):390-394.

48.   Whittemore AS, Wu ML, Paffenbarger RS, Jr., et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol.* 1988;128(6):1228-1240.

49.   Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA.* 1983;250(14):1844.

50.   Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50(2):372-376.

51.   Berge W, Mundt K, Luu H, Boffetta P. Genital use of talc and risk of ovarian cancer: a meta-analysis. *Eur J Cancer Prev.* 2017 (published in 2018).

52.   Langseth H, Hankinson SE, Siemiatycki J, Weiderpass E. Perineal use of talc and risk of ovarian cancer. *J Epidemiol Community Health.* 2008;62(4):358-360.

53. Huncharek M, Muscat J, Onitilo A, Kupelnick B. Use of cosmetic talc on contraceptive diaphragms and risk of ovarian cancer: a meta-analysis of nine observational studies. *Eur J Cancer Prev.* 2007;16(5):422-429.

54. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res.* 2003;23(2C):1955-1960.

55. Gross AJ, Berg PH. A meta-analytical approach examining the potential relationship between talc exposure and ovarian cancer. *J Expo Anal Environ Epidemiol.* 1995;5(2):181-195.

56. Penninkilampi R, Eslick GD. Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. *Epidemiology.* 2018;29(1):41-49.

57. Gordon R, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. *Int J Occup Environ Health.* 2015;21(4):347-348.

58. Hartge P, Stewart P. Occupation and ovarian cancer: a case-control study in the Washington, DC, metropolitan area, 1978-1981. *J Occup Med.* 1994;36(8):924-927.

59. Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health.* 2004;30(5):356-361.

60. Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. *Am J Ind Med.* 1999;36(1):166-171.

61. Langseth H, Andersen A. Cancer incidence among women in the Norwegian pulp and paper industry. *Am J Ind Med.* 1999;36(1):108-113.

62. Shen N, Weiderpass E, Antilla A, et al. Epidemiology of occupational and environmental risk factors related to ovarian cancer. *Scand J Work Environ Health.* 1998;24(3):175-182.

63. Urban N, Hawley S, Janes H, et al. Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. *Gynecol Oncol.* 2015;139(2):253-260.

64. Trabert B, Pinto L, Hartge P, et al. Pre-diagnostic serum levels of inflammation markers and risk of ovarian cancer in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial. *Gynecol Oncol.* 2014;135(2):297-304.

65. Williams KA, Labidi-Galy SI, Terry KL, et al. Prognostic significance and predictors of the neutrophil-to-lymphocyte ratio in ovarian cancer. *Gynecol Oncol.* 2014;132(3):542-550.

66. Crawford L, Reeves KW, Luisi N, Balasubramanian R, Sturgeon SR. Perineal powder use and risk of endometrial cancer in postmenopausal women. *Cancer Causes Control.* 2012;23(10):1673-1680.

67. Neill AS, Nagle CM, Spurdle AB, Webb PM. Use of talcum powder and endometrial cancer risk. *Cancer Causes Control.* 2012;23(3):513-519.

68. Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol.* 2011;117(5):1042-1050.

69. Karageorgi S, Gates MA, Hankinson SE, De Vivo I. Perineal use of talcum powder and endometrial cancer risk. *Cancer Epidemiol Biomarkers Prev.* 2010;19(5):1269-1275.

70. Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. *Arch Gynecol Obstet.* 2009;280(6):925-931.

71. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol.* 2007;110(2 Pt 2):498-501.

72. Buzzard AR, Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res.* 2007;21(6):579-586.

73. Muscat J, Huncharek M, Cramer DW. Talc and anti-MUC1 antibodies. *Cancer Epidemiol Biomarkers Prev.* 2005;14(11 Pt 1):2679; author reply 2680.

74. Cramer DW, Titus-Ernstoff L, McKolanis JR, et al. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(5):1125-1131.

75. Eltabbakh GH, Piver MS, Natarajan N, Mettlin CJ. Epidemiologic differences between women with extraovarian primary peritoneal carcinoma and women with epithelial ovarian cancer. *Obstet Gynecol.* 1998;91(2):254-259.

76. Heller DS, Westhoff C, Gordon RE, Katz N. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am J Obstet Gynecol.* 1996;174(5):1507-1510.

77. Boorman GA, Seely JC. The lack of an ovarian effect of lifetime talc exposure in F344/N rats and B6C3F1 mice. *Regul Toxicol Pharmacol.* 1995;21(2):242-243.

78. Henderson WJ, Hamilton TC, Griffiths K. Talc in normal and malignant ovarian tissue. *Lancet.* 1979;1(8114):499.

79. Henderson WJ, Joslin CA, Turnbull AC, Griffiths K. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266-272.

80. Rasmussen CB, Kjaer SK, Albieri V, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol.* 2017;185(1):8-20.

81. Narod SA. Talc and ovarian cancer. *Gynecol Oncol.* 2016;141(3):410-412.

82. Ness R. DOES TALC EXPOSURE CAUSE OVARIAN CANCER?: IGCS-0015 Ovarian Cancer. *Int J Gynecol Cancer.* 2015;25 Suppl 1:51.

83. Wentzensen N, Wacholder S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. *J Natl Cancer Inst.* 2014;106(9).

84. Hunn J, Rodriguez GC. Ovarian cancer: etiology, risk factors, and epidemiology. *Clin Obstet Gynecol.* 2012;55(1):3-23.

85. Cramer DW. The epidemiology of endometrial and ovarian cancer. *Hematol Oncol Clin North Am.* 2012;26(1):1-12.

86. Huncharek M, Muscat J. Perineal talc use and ovarian cancer risk: a case study of scientific standards in environmental epidemiology. *Eur J Cancer Prev.* 2011;20(6):501-507.

87. Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. *Curr Opin Immunol.* 2011;23(2):265-271.

88. Sueblinvong T, Carney ME. Current understanding of risk factors for ovarian cancer. *Curr Treat Options Oncol.* 2009;10(1-2):67-81.

89. Ainsworth S. Not safe for babies' bottom? *Pract Midwife.* 2009;12(4):42.

90. Sueblinvong T, Carney ME. Ovarian cancer: risks. *Hawaii Med J.* 2009;68(2):40-46.

91.  Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev.* 2008;17(2):139-146.

92.  Salehi F, Dunfield L, Phillips KP, Krewski D, Vanderhyden BC. Risk factors for ovarian cancer: an overview with emphasis on hormonal factors. *J Toxicol Environ Health B Crit Rev.* 2008;11(3-4):301-321.

93.  Horiuchi A, Konishi I. [Prevention of ovarian cancer development]. *Nihon Rinsho.* 2004;62 Suppl 10:597-600.

94.  Tamaya T. [Epidemiology of ovarian cancer]. *Nihon Rinsho.* 2004;62 Suppl 10:435-440.

95.  Wehner AP. Cosmetic talc should not be listed as a carcinogen: comments on NTP's deliberations to list talc as a carcinogen. *Regul Toxicol Pharmacol.* 2002;36(1):40-50.

96.  Sagae S, Mori M, Moore MA. Risk Factors for Ovarian Cancers: Do Subtypes Require Separate Treatment in Epidemiological Studies? *Asian Pac J Cancer Prev.* 2002;3(1):5-16.

97.  La Vecchia C. Epidemiology of ovarian cancer: a summary review. *Eur J Cancer Prev.* 2001;10(2):125-129.

98.  Meisler JG. Toward optimal health: the experts discuss ovarian cancer. *J Womens Health Gend Based Med.* 2000;9(7):705-710.

99.  Whysner J, Mohan M. Perineal application of talc and cornstarch powders: evaluation of ovarian cancer risk. *Am J Obstet Gynecol.* 2000;182(3):720-724.

100.  Ness RB, Cottreau C. Possible role of ovarian epithelial inflammation in ovarian cancer. *J Natl Cancer Inst.* 1999;91(17):1459-1467.

101.  Daly M, Obrams GI. Epidemiology and risk assessment for ovarian cancer. *Semin Oncol.* 1998;25(3):255-264.

102.  Muscat JE, Wynder EL. Re: "Perineal powder exposure and the risk of ovarian cancer". *Am J Epidemiol.* 1997;146(9):786.

103.  Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol.* 1995;5(4):310-314.

104.  Harlow BL, Hartge PA. A review of perineal talc exposure and risk of ovarian cancer. *Regul Toxicol Pharmacol.* 1995;21(2):254-260.

105.  Kasper CS, Chandler PJ, Jr. Possible morbidity in women from talc on condoms. *JAMA.* 1995;273(11):846-847.

106.  Tortolero-Luna G, Mitchell MF. The epidemiology of ovarian cancer. *J Cell Biochem Suppl.* 1995;23:200-207.

107.  Wehner AP. Biological effects of cosmetic talc. *Food Chem Toxicol.* 1994;32(12):1173-1184.

108.  Shoham Z. Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: where are we today? *Fertil Steril.* 1994;62(3):433-448.

109.  Baker TR, Piver MS. Etiology, biology, and epidemiology of ovarian cancer. *Semin Surg Oncol.* 1994;10(4):242-248.

110.  Herbst AL. The epidemiology of ovarian carcinoma and the current status of tumor markers to detect disease. *Am J Obstet Gynecol.* 1994;170(4):1099-1105; discussion 1105-1097.

111.  Lauchlan SC. The secondary mullerian system revisited. *Int J Gynecol Pathol.* 1994;13(1):73-79.

112.  Natow AJ. Talc: need we beware? *Cutis.* 1986;37(5):328-329.

113. Greene MH, Clark JW, Blayney DW. The epidemiology of ovarian cancer. *Semin Oncol.* 1984;11(3):209-226.

114. Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8138):349-351.

115. Newhouse ML. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8141):528.

116. Longo DL, Young RC. Cosmetic talc and ovarian cancer. *Lancet.* 1979;2(8150):1011-1012.

117. Pelfrene A, Shubik P. [Is talc a carcinogen? Review of current data]. *Nouv Presse Med.* 1975;4(11):801-803.

118. Griffiths K, Chandler JA, Henderson WJ, Joslin CA. Ovarian cancer: some new analytical approaches. *Postgrad Med J.* 1973;49(568):69-72.

119. Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. *Cancer Biol Med.* 2017;14(1):9-32.

120. Oncology L. When is a carcinogen not a carcinogen? *1.    Lancet Oncology.* 2016;17:681.

121. Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med.* 2015;108(1):32-37.

122. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol.* 1992;45(1):20-25.

123. Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer.* 2008;122(1):170-176.

124. Shah NR, Borenstein J, Dubois RW. Postmenopausal hormone therapy and breast cancer: a systematic review and meta-analysis. *Menopause.* 2005;12(6):668-678.

125. Taylor R, Najafi F, Dobson A. Meta-analysis of studies of passive smoking and lung cancer: effects of study type and continent. *Int J Epidemiol.* 2007;36(5):1048-1059.

126. Zhang ZL, Sun J, Dong JY, et al. Residential radon and lung cancer risk: an updated meta-analysis of case-control studies. *Asian Pac J Cancer Prev.* 2012;13(6):2459-2465.

127. Karami S, Lan Q, Rothman N, et al. Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis. *Occup Environ Med.* 2012;69(12):858-867.

128. IARC IAfRoC. *A review of human carcinogens.  Part E: Personal habits and indoor combustions / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans.* Vol 100E. Lyon, France2009.

129. IARC IAfRoC. *A review of human carcinogens.  Part A: Pharmaceuticals / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans* Vol 100A. Lyon, France2008.

130. IARC IAfRoC. A review of human carcinogens. Part D Radiation. 2012;100D:241-283.

131. International Agency for Research on Cancer I. *Tricholorethylene, tetrachloroethylene and some other chlorinated agents.* Vol 106. Lyon, France: International Agency for Research on Cancer; 2016.

132. Collaborative Group on Hormonal Factors in Breast C. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. *Lancet.* 1996;347(9017):1713-1727.

133. Chan DS, Lau R, Aune D, et al. Red and processed meat and colorectal cancer incidence: meta-analysis of prospective studies. *PLoS One.* 2011;6(6):e20456.

134. Porta M. *A dictionary of epidemiology.* 6th edition ed: Oxford University Press; 2014.

135. Siegel RL, Miller KD, Jemal A. Cancer Statistics, 2017. *CA Cancer J Clin.* 2017;67(1):7-30.

136. Goodman MT, Lurie G, Thompson PJ, McDuffie KE, Carney ME. Association of two common single-nucleotide polymorphisms in the CYP19A1 locus and ovarian cancer risk. *Endocrine-related cancer.* 2008;15(4):1055-1060.

137. Lo-Ciganic WH, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, Ness RB. Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. *Epidemiology.* 2012;23(2):311-319.

138. Howlader N NA, Krapcho M, Garshell J, Miller D, Altekruse SF, Kosary CL, Yu M, Ruhl J, Tatalovich Z,Mariotto A, Lewis DR, Chen HS, Feuer EJ, Cronin KA (eds). . SEER Cancer Statistics Review, 1975-2012. In: Institute NC, ed. Bethesda, MD2015.

139. Bethea TN, Palmer JR, Adams-Campbell LL, Rosenberg L. A prospective study of reproductive factors and exogenous hormone use in relation to ovarian cancer risk among Black women. *Cancer Causes Control.* 2016.

140. Rothman KJ GS. *Modern Epidemiology.* Philadelphia, PA: Lippincott-Raven; 1998.

141. Lindefors-Harris BM, Eklund G, Adami HO, Meirik O. Response bias in a case-control study: analysis utilizing comparative data concerning legal abortions from two independent Swedish studies. *Am J Epidemiol.* 1991;134(9):1003-1008.

142. Parr CL, Hjartaker A, Laake P, Lund E, Veierod MB. Recall bias in melanoma risk factors and measurement error effects: a nested case-control study within the Norwegian Women and Cancer Study. *Am J Epidemiol.* 2009;169(3):257-266.

143. Gefeller O. Invited commentary: Recall bias in melanoma -- much ado about almost nothing? *Am J Epidemiol.* 2009;169(3):267-270; discussion 271-262.

144. Infante-Rivard C, Jacques L. Empirical study of parental recall bias. *Am J Epidemiol.* 2000;152(5):480-486.

145. Lanza A, Ravaud P, Riveros C, Dechartres A. Comparison of Estimates between Cohort and Case-Control Studies in Meta-Analyses of Therapeutic Interventions: A Meta-Epidemiological Study. *PLoS One.* 2016;11(5):e0154877.

146. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol.* 2010;171(1):45-53.

147. Liu Y, Nguyen N, Colditz GA. Links between alcohol consumption and breast cancer: a look at the evidence. *Womens Health (Lond).* 2015;11(1):65-77.

148. Ratna A, Mandrekar P. Alcohol and Cancer: Mechanisms and Therapies. *Biomolecules.* 2017;7(3).

149. Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

150. Sjosten AC, Ellis H, Edelstam GA. Retrograde migration of glove powder in the human female genital tract. *Hum Reprod.* 2004;19(4):991-995.

151. Mostafa SA, Bargeron CB, Flower RW, Rosenshein NB, Parmley TH, Woodruff JD. Foreign body granulomas in normal ovaries. *Obstet Gynecol.* 1985;66(5):701-702.

152. FDA Response to Citizen's Petition (April 1, 2014), JNJ00049048-JNJ000489054

153. Bunderson-Schelvan M, Pfau JC, Crouch R, Holian A. Nonpulmonary outcomes of asbestos exposure. *J Toxicol Environ Health B Crit Rev.* 2011;14(1-4):122-152.

154. Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med.* 1991;19(6):701-704.

155. Miserocchi G, Sancini G, Mantegazza F, Chiappino G. Translocation pathways for inhaled asbestos fibers. *Environ Health.* 2008;7:4.

156. Marchiori E, Lourenco S, Gasparetto TD, Zanetti G, Mano CM, Nobre LF. Pulmonary talcosis: imaging findings. *Lung.* 2010;188(2):165-171.

157. Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME.* 2011;4:109-111.

158. Balkwill FR, Mantovani A. Cancer-related inflammation: common themes and therapeutic opportunities. *Semin Cancer Biol.* 2012;22(1):33-40.

159. Colotta F, Allavena P, Sica A, Garlanda C, Mantovani A. Cancer-related inflammation, the seventh hallmark of cancer: links to genetic instability. *Carcinogenesis.* 2009;30(7):1073-1081.

160. Saed GM, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. *Gynecol Oncol.* 2017;145(3):595-602.

161. Saed GM MR, Fletcher NM. . New insights into the pathogenesis of ovarian cancer: oxidative stress. In: Devaja O PA, ed. *Ovarian Cancer*. Rijeka: IntechOpen; 2018:83-110.

162. Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect.* 1991;94:225-230.

163. Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regul Toxicol Pharmacol.* 1984;4(3):222-235.

164. Cralley LJ, Key MM, Groth DH, Lainhart WS, Ligo RM. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J.* 1968;29(4):350-354.

165. Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health.* 1976;2(2):255-284.

166. Deposition of Alice Blount, *Ingham v. Johnson & Johnson, et al.* (Circuit Court of the City of St. Louis, Missouri) (April 13, 2018).

167. International Agency for Research on Cancer  I. Overall evaluations of carcinogenicity: an updating of IARC Monographs Volumes 1 to 42. 1987.

168. International Agency for Research on Cancer I. A review of human carcinogens: arsenic, metals, fibres and dusts. 2012;100C.

169. IARC IAfRoC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. 2012;100C:219-310.

170. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Products for Amphibole (Tremolite) Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (August 2, 2017).

171. Expert Report of William Longo, PhD and Mark Rigler, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 14, 2018).

172. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos, Expert Report of William Longo, PhD and Mark Rigler, PhD (February 16, 2018).

173. MAS Project #14-1683, Analysis of William Longo, PhD and Mark Rigler, PhD (April 28, 2017).

174. Deposition and Exhibits of Julie Pier, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (September 12 and 13, 2018).

175. Deposition and Exhibits of John Hopkins, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (August 16 and 17, 2018; October 26, 2018; and November 5, 2018).

176. Expert Report of Michael Crowley, PhD, *In re: Talcum Power Prod. Liab. Litig.,* MDL No. 2738 (November 12, 2018).

177. Weiss W. Cigarette smoking and lung cancer trends. A light at the end of the tunnel? *Chest.* 1997;111(5):1414-1416.

178. Dennis LK, Vanbeek MJ, Beane Freeman LE, Smith BJ, Dawson DV, Coughlin JA. Sunburns and risk of cutaneous melanoma: does age matter? A comprehensive meta-analysis. *Ann Epidemiol.* 2008;18(8):614-627.

179. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. *J Occup Med.* 1992;34(7):718-721.

180. Frost G. The latency period of mesothelioma among a cohort of British asbestos workers (1978-2005). *Br J Cancer.* 2013;109(7):1965-1973.


**Additional Materials and Data Considered**

1. 21 CFR 740.1(a)

2. Affidavit of Gregory Diette, MD, in support of Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions, April 2018

3. Begg, March. Cause and association: missing the forrest for the trees

4. Bouvard, et al. Carcinogenicity of consumption of red and processed meat.

5. Camargo, et al. Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-analysis

6. Cancer Prevention Coalition Citizen's Petition, May 13, 2008

7. "Cancer Prevention Coalition Citizen's Petiton to FDA, 11/17/1994

8. http://www.preventcancer.com/press/petitions/nov17_94.htm"

9. Cancer.gov - A Snapshot of Ovarian Cancer

10. Carr CJ. Talc: consumer uses and health perspectives

11. CIR - Final Report - Safety assessment re Talc

12. Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

13. Cramer, et al. Determinants of ovarian cancer risk. II. Inferences regarding pathogenesis.

14. Current Intelligence Bulletin 62 - Asbestos fibers and other elongate mineral particles: state of the science and roadmap for research

15. Cuzick, et al. Aspirin and non-steriodal anti-inflammatory drugs for cancer prevention: an international consensus statement

16. Czul, et al. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder.

17. Dement, Shuler, Zumwalde - NIOSH - "Fiber exposure during use of baby powders"

18. Denise Simpson - Filed Complaint, DC Superior Court

19. Doll R, Hill A. Smoking and Carcinoma of the lung: preliminary report. BMJ 1950; 2:739-48

20. Egli, G. E., and M. Newton. 1961. "The transport of carbon particles in the human female reproductive tract." Fertility and Steritity 12 (April): 151-55

21. John Hopkins - Deposition Exhibit 28

22. Julie Pier - Deposition Exhibit 47

23.     Deposition Transcript - Shripal Sharma

24.     Deposition Transcript & Exhibits - Joshua Muscat

25.     Deposition Transcript of Alice Blount

26.     Dydek, Thomas - Educational Report

27.     EPA. Risk Assessment Forum, US EPA. "Guidelines for Carcinogen Risk Assessment"

28.     Expert Report of Jack Siemiatycki, Oules v. Johnson & Johnson

29.     Fair warning TalcDoc 15

30.     Fair warning TalcDoc 5 - Exhibit 113 (JNJNL91_000022019)

31.     Fathalla, et al. Incessant ovulation and ovarian cancer - a hypothesis re-visited

32.     Fathalla, et al. Incessant ovulation--a factor in ovarian neoplasia?

33.     FDA Letter from Stephen Musser to Samuel Epstein re: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP

34.     Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. 2015. "Applying the Bradford Hill Criteria in the 21st century: how data intergration has changed causal inference in molecular epidemiology." Emerging Themes in Epidemiology 12 (14). https://doi.org/10.1186/s12982-015-0037-4

35.     Ferrante, et al. Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy

36.     Finnish Institute of Occupational Health. Asbestos, Asbestosis, and Cancer; Helsinki Criteria

37.     Fiume M, Boyer I et al. Safety assessment of talc used in cosmetics

38.     Fletcher, Belotte, Saed et al. Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer

39.     Fletcher, Memaj, Saed. Talcum powder enhances oxidative stress in ovarian cancer cells - Abstract

40.     Fletcher, Saed. Talcum powder enhances cancer antigen 125 levels in ovarian cancer cells - Abstract

41.     Folkins, Ann K., Elke A., Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. 2018. "Chapter 24 - assessing pelvic epithelial cancer risk and intercepting early malignacny." In diagnostic gynecologic and obstetric pathology (third edition)), 844-64. Philadelphia: content repository only! https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

42.     Galea, Rogers. Moving beyond the cause constraint: a public health of consequence, May 2018

43.     Germani. Cohort Mortality Study of Women Compensated for Asbestosis in Italy

44.     Gloyne. Two cases of squamous carcinoma of the lung occurring in asbestosis

45.     Gordon, et al. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women

46.     Hamilton et al. Effects of talc on the rat ovary. British journal of experimental pathology

47.     Haque, et al. Assessment of Asbestos Burden in the Placenta and Tissue Digests of Stillborn Infants in South Texas

48.     Haque, et al. Is there transplacental Transfer of Asbestos: A Study of 40 Still born infants

49.     Harper A, G Saed. Talc induces a pro-oxidant state in normal and ovarian cancer cells through gene point mutations in key redox enzymes - Abstract, Society of Gynecologic Oncology, 2018, in press.

50.    Heller, et al. Asbestos Exposure and Ovarian Fiber Burden

51.    Heller, et al. Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue

52.    Hernan.  The C-Word: scientific euphemisms do not improve causal inference from observational data

53.    Hunn, et al. Ovarian cancer: etiology, risk factors, and epidemiology.

54.    IARC - Table 2.8 - Epidemiologic studies of asbestos exposure and ovarian cancer

55.    IARC Monograph - Arsenic, Metals, Fibers, and Dust

56.    IARC Monograph 42 - Evaluation of the Carcinogenic risk of chemicals to humans (1987)

57.    IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93, Carbon Black, Titanium Dioxide and Talc (2010)

58.    IARC. Asbestos

59.    IARC. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans-Arsenic, Metals, Fibres and Dusts. (2012)

60.    IARC. Mechanisms of Mineral Fiber Carcinogensis

61.    IOM (National Academies of Sciences, Engineering and Medicine). Ovarian Cancers: Evolving paradigms in research and care

62.    Kemp Hearing Transcript (Carl & Balderrama) - Curtis Omiencinski

63.    Kemp Hearing Transcript (Carl & Balderrama) - Douglas Weed

64.    Kemp Hearing Transcript (Carl & Balderrama) - Graham Colditz

65.    Letter from Personal Care Products Council to FDA re: Commnets on citizen's petition to the Commissioner of the Food and Drug Administration seeking a cancer warning on Talc products

66.    "Levin. ""Baby powder battles: Johnson & Johnson internal documents reveal asbestos worries""

67.    https://www.fairwarning.org/2018/01/talc-documents-reveal/print"

68.    Lockey. Nonasbestos fibrous minerals

69.    Longo, Reigler, Egeland. MAS Project 14-1852: Below the Waist Application of Johnson & Johnson Baby Powder, Sept. 2017

70.    Lu, et al. Inflammation, a key event in cancer development

71.    Lundin, Dossus, Clendenen et al.  C-reactive protein and ovarian cancer: a prospective study nested in three cohorts (Sweden, USA, Italy)

72.    Magnani, et al. Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers

73.    Mallen, Townsend, Tworoger. Risk factors for ovarian carcinoma

74.    Mayer P.Talc and Condoms-Reply, JAMA. 1995; 274(16):1269-1270. doi:10.1001/jama.1995.03530160021025

75.    Medscape - Chustecka, Zosia "Talc use in genital area linked to increased risk of ovarian cancer"

76.    Moller, et al. Oxidatively damaged DNA in animals exposed to particles, Critical Reviews in Toxicology, 43:2, 96-118

77.    Moller, et al. Role of oxidative damage in toxicity of particulates, Free Radical Researchm 44:1, 1-46

78.    Moon, Park, Choi,et al. Risk assessment of baby powder exposure through inhalation

79.    Ness. Does talc exposure cause ovarian cancer?

80.     NTP Technical Report on the Toxicology and Carcinogenesis  Studies of Talc (CAS No. 14807-96-6) in F3344/N Rats and B6C3F, Mice (Inhalation Studies) June 23-24, 1992

81.     P-0920 Photo of Spring Fresh with Lavendar, purchased in Montgomery, AL

82.     P-0922 Photo of Angel of Mine purchased in Montgomery, AL

83.     Paoletti, Caiazza, Donelli, Pocchiari. Evaluation of Electron Microscopy Techniques of Asbestos: Contamination in industrial, cosmetic, and pharmaceutical talcs

84.     Park, Schildkraut, et al. Benighn gynecologic conditions are associated with ovarian cancer risk in African-American women:  a case-control study

85.     Patricia Moorman Affidavit re Ingham, et al. executed May 2018

86.     Pira, et al. Updated mortality study of a cohort of asbestos textile workers

87.     Purdie, David M., Christopher Bain, Victor Siskind, Penelope M. Webb, and Adele C. Green. 2003. "Ovulation and risk of epithelial ovarian cancer". International Journal of Cancer. Journal International du Cancer 104(2):228-32

88.     Reference Manual on Scientific Evidence (rev 2011)

89.     Reid, de Klerk, Musk. Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis

90.     Reuters, et al. - Talc linked to OCVA risk in Africam American women

91.     Risch, et al. Hormonal etiology of epithelial ovarian cancer, with a hypothesis concerning the role of androgens and progesterone.

92.     Ristesund Trial Transcript - Daniel Cramer

93.     Ristesund Trial Transcript - Graham Colditz

94.     Ristesund Trial Transcript - John Godleski

95.     Rohl. Asbestos in Talc

96.     Ross. Geology, asbestos and health

97.     Rothman, Pastides, Samet. Interpretation of epidemiologic studies of talc and ovarian cancer

98.     Sanford Health. Ovarian Cancer Prevention (PDQ):  Prevention- Patient Information (NCI) (Sanford Health website). (06/12/2013)

99.     Shukla, MacPherson, et al. Alterations in gene expression in human mesothelial cells correlated with mineral pathogenicity

100.    Shushan et al. Human menopausal gonadotropin and the risk of epithelial ovarian cancer

101.    Siteman Cancer Center - Siteman (WUSTL Cancer Center - Your disease risk

102.    Siteman Cancer Center - Siteman (WUSTL) Cancer News in Context

103.    Sjoesten, A.C.E., J.Ellis, and G.a.B. Edelstam. 2004. "Retrograde Migration of Glove Powder in the human female genital tract." Human Reproduction 19 (4):991-95. Https://doi.org/10.1093/humrep/deh156

104.    Straif. Update of the scientific evidence on asbestos and cancer (Powerpoint)

105.    Tossavainen, et al. Retention of Asbestos Fibers in the Human Body

106.    Trabert et al. Aspirin, nonaspirin nonsteriodal anti-inflammatory drug, and acetaminophen use and risk of invasive epithelial ovarian cancer: a pooled analysis in the Ovarian Cancer Association Consortium

107.    Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. 2019."Analgesic use and ovarian cancer risk: an

53

analysis in the ovarian cancer cohort consortium." Journal of the National Cancer Institute 111(2). Https//doi.org/10.1093/jnci/djy100

108.    Trial Transcript of John Hopkins, Berg v. Johnson & Johnson, et al. (Oct. 2013)

109.    US Dept. of Health & Human Service - Public Health Service, Agency for Toxic Substances and Disease Registry - "Toxicological profile for asbestos"

110.    Van Gosen, Lowers et al. Using the geologic setting of talc deposits as an indicator of amphibole asbestos content

111.    Vasama-Neuvonen, et al. Ovarian Cancer and Occupational Exposures in Finland

112.    Venter, Iturralde. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries

113.    Virta. The phase relationship of talc and amphiboles in a fibrous talc sample

114.    Wang. \Cause-specific mortality in a Chinese chrysotile textile worker cohort

115.    webometrics - Coldtiz Highest Ranking Researcher 2016; http://www.webometrics.info/en/node/58

116.    Wehner, Hall et al. Do particles translocate from the vagina to the oviducts and beyond?

117.    Werner. Presence of asbestos in talc samples

118.    Wignall, et al. Mortality of Female Gas Mask Assemblers

119.    Wu, et al. Timing of births and oral contraceptive use influences ovarian cancer risk

120.    Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcom C. Pike. 2015. "Afican Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates." Cancer Epidemiology, Biomakers & Prevention: A Publicationb of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology 24(7): 1094-1100

121.    Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. 2018. "Evaluating intrisic and non-intrinsic cancer risk factors." Nature Communications 9(1):3490. Https//doi.org/10.1038/s41467-078-05467-z

122.    Wynder E, Graham E. Tobacco smoking as a possible etiologic factor in bronchogenic carcinoma, JAMA 1950;143:329-36.

123.    Zhang, et al. Residential radon and lung cancer risk: an updated meta- analysis of case-control studies.

124.    Zuckerman D, D Shapiro. Talcum powder and ovarian cancer, National Center for Health Research, May 7, 2018. http//www.center4research.org/talcum-powder-ovarian-cancer/

125.    IMERYS210136-IMERYS210144

126.    IMERYS210236-IMERYS210137

127.    IMERYS211157-IMERYS211165

128.    IMERYS219720-IMERYS219722

129.    IMERYS241994-IMERYS242004

130.    IMERYS241039

131.    IMERYS242050

132.    IMERYS287251-IMERYS287255

133.    IMERYS299323

134.    IMERYS322241-IMERYS322242

135.    IMERYS325084

136.    IMERYS422289-IMERYS422290

137. IMERYS-A0021350
138. JNJ000066174-WIND-04055-0452
139. JNJ000087166-JNJ000087230
140. JNJ000087166-JNJ000087230
141. JNJ000089413-JNJ000089414
142. JNJ000089413-JNJ000089417
143. JNJ000251888-JNJ000251890
144. JNJ000261010-JNJ000261027
145. JNJ000270070-JNJ000270071
146. JNJ000270588-JNJ000270591
147. JNJ000294461
148. JNJ000346006-JNJ000346014
149. JNJ000375379-JNJ000375380
150. JNJ000375383-JNJ000375384
151. JNJ000526231-JNJ000526676
152. JNJ000637879-JNJ000637881
153. JNJAZ55_000003357
154. JNJMX68_000004996-JNJMX68_000005044
155. JNJNL61_000006431-JNJNL61_000006432
156. JNJNL61_000020359
157. JNJNL61_000052427
158. JNJNL61_000061857
159. JNJNL61_000063473
160. JNJTALC000090136
161. MBS-CRE000271
162. PFE-HUG00007079
163. PFE-HUG00007124
164. PFE-HUG00007194
165. WCD000254-WCD000255

# EXHIBIT A

## *Duke University Medical Center*
### *Curriculum Vitae*

*Date Prepared: October 2018*

**Patricia Gripka Moorman, M.S.P.H., Ph.D.**

| | |
|---|---|
| **Primary academic department:** | Department of Community and Family Medicine |
| | Duke University Medical Center |
| **Present academic rank and title:** | Professor with tenure, September 2014 |
| **Date and rank of first Duke faculty appointment:** | July 1, 2000, Assistant Professor |
| **Medical licensure:** | N/A |
| **Date of birth:** | December 19, 1957 |
| **Place of birth:** | Kansas City, Kansas, USA |
| **Citizen of:** | United States of America |

## EDUCATION

| | Institution | Year | Degree |
|---|---|---|---|
| **High School** | Bishop Ward High School Kansas City, KS | 1975 | Diploma |
| **College** | University of Kansas Lawrence, KS | 1980 | B.S. with distinction, Pharmacy |
| **Graduate School** | University of North Carolina – Chapel Hill Chapel Hill, NC | 1989 | M.S.P.H., Epidemiology |
| | University of North Carolina – Chapel Hill Chapel Hill, NC | 1993 | Ph.D., Epidemiology |

**PROFESSIONAL TRAINING AND ACADEMIC CAREER**

| Institution | Position/Title | Dates |
|---|---|---|
| Shalinsky Drugs, Kansas City, KS | Pharmacist | 1980-1981 |
| Community Pharmacy, Wrentham, MA | Pharmacist, Manager | 1981-1982 |
| Revco Drugs, Durham/Raleigh, NC | Pharmacist, Manager | 1983-1993 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Graduate Research Assistant Teaching Assistant | 1987-1993 |
| Burroughs Wellcome Research Triangle Park, NC | Epidemiology Research Associate Summer Intern | 1988 |
| Department of Epidemiology Lineberger Comprehensive Cancer Center University of North Carolina - Chapel Hill | Research Assistant Professor | 1994-1996 |
| Dept. of Epidemiology and Public Health Yale Comprehensive Cancer Center Yale University School of Medicine New Haven, CT | Associate Research Scientist | 1997-2000 |
| Department of Epidemiology University of North Carolina - Chapel Hill | Adjunct Assistant Professor Adjunct Associate Professor | 2000-2005 2005-present |
| Dept. of Community and Family Medicine Duke University Medical Center | Assistant Professor Associate Professor (non-tenured) Associate Professor (tenured) Professor (tenured) Clinical Research Unit Director (formerly Site-Based Research Director) | 2000-2004 2004-2008 2008-2014 2014-present 2009-present |

**PUBLICATIONS**

**Refereed Publications**

1. Aldrich TE, Vann D, **Moorman PG**, Newman B.  Rapid reporting of cancer incidence in a population-based study of breast cancer: one constructive use of a central cancer registry.  *Breast Cancer Res Treat.* 1995; 35: 61-64.

2. Newman B, **Moorman PG**, Millikan R, Qaqish BF, Geradts J, Aldrich TE, Liu ET. The Carolina Breast Cancer Study:  integrating population-based epidemiology and molecular biology.  *Breast Cancer Res Treat.* 1995: 51-60.

3. Newman B, Mu H, Butler L, Millikan RC, **Moorman PG**, King M-C.  Frequency of breast cancer attributable to BRCA1 in a population-based series of American women. *JAMA.* 1998; 279: 915-21.

4.   Millikan RC, Pittman GS, Newman B, Tse C-K J, Rockhill B, Savitz D, **Moorman PG**, Bell DA. Cigarette smoking, N-acetyltransferases 1 (NAT1) and 2 (NAT2) and breast cancer risk.  *Cancer Epidemiol Biomarkers Prev*. 1998; 7: 371-8.

5.   **Moorman PG**, Hulka BS, Hiatt RA, Krieger N, Newman B, Vogelman JH, Orentreich N. Association between high-density lipoprotein cholesterol and breast cancer varies by menopausal status. *Cancer Epidemiol Biomarkers Prev* 1998; 7: 483-8.

6.   Rockhill B, **Moorman PG**, Newman B.  Age at menarche, time to regular cycling, and breast cancer. *Cancer Causes Control.* 1998; 9: 447-53.

7.   Millikan RC, Pittman GS, Tse C-K J, Duell E, Newman B, Savitz D, **Moorman PG**, Boissy RJ, Bell DA. Catechol-O-Methyltransferase (COMT) and breast cancer risk.  *Carcinogenesis.* 1998; 19: 1943-7.

8.   Marcus PM, Baird DD, Millikan RC, **Moorman PG**, Qaqish B, Newman B.  Adolescent reproductive events and subsequent breast cancer risk.  *Am J Public Health.* 1999; 89: 1244-7. (PMCID: PMC1508686)

9.   Marcus PM, Newman B, **Moorman PG**, Millikan RC, Baird DD, Sternfeld B, Qaqish B. Physical activity at age 12 and adult breast cancer risk (United States).  *Cancer Causes Control.* 1999; 10: 293-302.

10.   Furberg H, Newman B, **Moorman PG**, Millikan RC.  Lactation and breast cancer risk. *Int J Cancer.* 1999; 28; 396-402.

11.   **Moorman PG**, Newman B, Millikan RC, Tse C-K, Sandler DP.  Participation rates in a case-control study: the impact of age, race, and race of interviewer. *Ann Epidemiol.* 1999; 9: 188-95.

12.   Hall IJ, Newman B, Millikan RC, **Moorman PG**.  Body size and breast cancer risk in black and white women: the Carolina Breast Cancer Study. *Am J Epidemiol.* 2000; 151: 754-64.

13.   Huang W-Y, Newman B, Millikan RC, Schell MJ, Hulka BS, **Moorman PG**.  Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. *Am J Epidemiol.* 2000; 151: 703-14.

14.   Kinney AY, Millikan RC, Lin YH, **Moorman PG**, Newman B.  Lifetime alcohol consumption and breast cancer among black and white women in North Carolina. *Cancer Causes Control*, 2000; 11: 345-57.

15.   **Moorman PG**, Kuwabara H, Millikan RC, Newman B.  Menopausal hormones and breast cancer in a biracial population. *Am J Public Health*. 2000; 90: 966-70. (PMCID: PMC1446270)

16.   Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Qaqish B.  The associations of adolescent cigarette smoking, alcoholic beverage consumption, environmental tobacco smoke, and ionizing radiation with subsequent breast cancer risk. *Cancer Causes Control*. 2000; 11: 271-8.

17.   **Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B.  Race, anthropometric factors, and stage at diagnosis of breast cancer. *Am J Epidemiol*. 2001; 153: 284-91.

18.   **Moorman PG,** Ricciuti MF, Millikan RC, Newman B. Vitamin supplement use and breast cancer in a North Carolina population. *Public Health Nutrition*. 2001; 4: 821-8.

19.   **Moorman PG**, Hamza A, Marks JR, Olson JA, Jr. Prognostic significance of the number of lymph nodes examined in patients with node negative breast carcinoma. *Cancer.* 2001; 91: 2258-62.

20.   **Moorman PG,** Millikan RC, Newman B.  Oral contraceptives and breast cancer among black women and white women. *J Natl Med Assoc*. 2001; 93: 329-34. (PMCID: PMC2593962)

21. Schildkraut JM, Calingaert B, Marchbanks PA, **Moorman PG**, Rodrigues GC. The impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. *J Natl Cancer Inst*. 2002; 94: 32-8.

22. Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannappagari V, Hall S, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R.  Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study. *Environ Mol Mutagen*. 2002; 39: 96-101.

23. **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Vine MF, Berchuck A.  Ovulation and ovarian cancer: a comparison of two methods for calculating lifetime ovulatory cycles.  *Cancer Causes Control*. 2002; 13: 807-811.

24. Lancaster JM,  Wenham RM, Halabi S, Calingaert B, Marks JR, **Moorman PG**, Bentley RC, Berchuck A, Schildkraut JM.  No relationship between ovarian cancer risk and progesterone receptor gene polymorphism (PROGINS) in a population-based, case-control study in North Carolina. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 226-7.

25. **Moorman PG**, Grubber JM, Millikan RC, Newman B. The relationships between antidepressant medications and invasive breast cancer and carcinoma *in situ* of the breast. *Epidemiology*. 2003; 14: 307-314.

26. **Moorman PG**, Grubber JM, Millikan RC, Newman B. Association between non-steroidal anti-inflammatory drugs (NSAIDs) and invasive breast cancer and carcinoma *in situ* of the breast. *Cancer Causes Control*. 2003; 14: 915-22.

27. Millikan RC, Player J, de Cotret AR, **Moorman P**, Pittman G, Vannappagari V, Tse C-KJ, Keku T. Manganese superoxide dismutase Ala-9Val polymorphism and risk of breast cancer in a population-based case-control study of African Americans and whites. *Breast Cancer Res*. 2004; 6: 264-74.

28. **Moorman PG**, Terry PD.  Consumption of dairy products and the risk of breast cancer: a review of the literature.  *Am J Clin Nutr*. 2004; 80: 5-14.

29. **Moorman PG**, Skinner CS, Evans JP, Newman B, Sorenson JR, Calingaert B, Susswein L, Steadman TS, Hoyo C, Schildkraut JM. Racial differences in enrolment in a cancer genetics registry. *Cancer Epidemiol Biomarkers Prev*. 2004; 13: 1349-54.

30. Hall IJ, **Moorman PG,** Millikan RC, Newman B. Comparative analysis of breast cancer risk factors among African-American women and white women.  *Am J Epidemiol*. 2005; 161: 40-51.

31. Schildkraut JM, Demark-Wahnefried W, Wenham RW, Grubber J, Jeffreys AS, Grambow SC,  Marks J, **Moorman PG**, Hoyo C, Ali S, Walther PJ.  IGF1 (CA)19 repeat and IGFBP3 -202 A/C genotypes and the risk of prostate cancer in black and white men.  *Cancer Epidemiol Biomarkers Prev*. 2005;14: 403-8

32. **Moorman PG**, Berchuck A, Calingaert B, Halabi S, Schildkraut JM. Antidepressant medication use and risk of ovarian cancer.  *Obstet Gynecol*. 2005; 105: 725-30.

33. Spillman MA, Schildkraut JM, Halabi S, **Moorman P**, Calingaert B, Bentley RC, Marks JR, Murphy S, Berchuck A,. Transforming growth factor beta receptor I polyalanine repeat polymorphism does not increase ovarian cancer risk.  *Gynecol Oncol*. 2005; 97: 543-9.

34. Hoyo C, Yarnall KSH, Skinner CS, **Moorman PG**, Sellers D, Reid L. Pain predicts non-adherence to Pap smear screening among middle aged African American women.  *Prev Med*. 2005; 41: 439-45.

35.  **Moorman PG**, Schildkraut JM, Calingaert B, Halabi S, Berchuck A. Menopausal hormones and risk of ovarian cancer. *Am J Obstet Gynecol.* 2005; 193: 76-82.

36.  Hoyo C, Berchuck A, Halabi S, Bentley RC, **Moorman P**, Calingaert B, Schildkraut J. Anthropometric measurements and epithelial ovarian cancer risk in African American and white women. *Cancer Causes Control.* 2005; 16: 955-63.

37.  Sansbury LB, Millikan RC, Schroeder JC, **Moorman PG**, North KE, Sandler RS. Use of nonsteroidal anti-inflammatory drugs and risk of colon cancer in a population-based, case-control study of African Americans and Whites. *Am J Epidemiol.* 2005; 162: 548-58.

38.  **Moorman PG**, Sesay J, Nwosu V, Grubber-Kane J, René de Cotret A, Worley K, Millikan R. COX2 polymorphism (Val511Ala), NSAID use and breast cancer in African-American women. *Cancer Epidemiol Biomarkers Prev.* 2005;14: 3013-4.

39.  Schildkraut JM, **Moorman PG**, Halabi S, Calingaert B, Marks JR, Berchuck A. Analgesic drug use and ovarian cancer. *Epidemiology.* 2006; 17: 104-7.

40.  Sansbury LB, Millikan RC, Schroeder JC, North KE, **Moorman PG**, Keku TO, René de Cotret A, Player J, Sandler RS. COX-2 polymorphism, use of nonsteroidal anti-inflammatory drugs, and risk of colon cancer in African Americans (United States). *Cancer Causes Control.* 2006; 17: 257-66.

41.  Carey LA, Perou CM, Livasy CA, Dressler LG, Cowan D, Conway K, Karaca G, Troester MA, Tse CK, Edmiston S, Deming SL, Geradts J, Cheang MCU, Nielsen TO, **Moorman PG**, Earp HS, Millikan RC. Race, breast cancer subtypes, and survival in the Carolina Breast Cancer Study, *JAMA.* 2006; 295: 2492-502.

42.  Schildkraut JM, Murphy SK, Palmieri RT, Iversen E, **Moorman PG**, Huang Z, Halabi S, Calingaert B, Gusberg A, Marks J, Berchuck A. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2007;16: 473-480.

43.  Shantakumar S, Terry MB, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Neugut AI, Gammon MD. Reproductive factors and breast cancer risk among older women. *Breast Cancer Res Treat.* 2007; 102:365-74.

44.  Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, Kaufman JS, **Moorman PG**, Cai J, Olshan AF, Porter PL, Brinton LA, Eley JW, Coates RJ. Association between reproductive factors and breast cancer survival in younger women. *Breast Cancer Res Treat.* 2007; 103: 93-102.

45.  Shantakumar S, Terry MB, Paykin A, Teitelbaum SL, Britton JA, Millikan RC, **Moorman PG**, Kritchevsky SB, Neugut AI, Gammon MD. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. *Am J Epidemiol.* 2007; 165: 1187-98.

46.  Coniglio D, Menezes P, **Moorman P**, Morgan P, Schmidt M. Evaluation of student confidence in utilizing EBM skills following completion of an EBM curriculum. *J Physician Assistant Educ.* 2007; 18: 7-13.

47.  Trivers KF, Gammon MD, Abrahamson PE, Lund MJ, Flagg EW, **Moorman PG**, Kaufman JS, Cai J, Porter PL, Brinton LA, Eley JW, Coates RW. Oral contraceptives and breast cancer survival in younger women. *Cancer Epidemiol Biomarkers Prev.* 2007; 16: 1822-7.

48.  Conway K, Parrish E, Edmiston SN, Tolbert D, Tse C-K, **Moorman P**, Newman B, Millikan RC.  Risk factors for breast cancer characterized by the estrogen receptor alpha A908G (K303R) Mutation. *Breast Cancer Res.* 2007; 9: R36.

49. Schildkraut JM, **Moorman PG**, Bland AE, Halabi S, Calingaert, Whitaker R, Lee PS, Elkins-Williams T, Bentley RC, Marks JR, Berchuck A. Cyclin E Overexpression in epithelial ovarian cancer characterizes an etiologic subgroup. *Cancer Epidemiol Biomarkers Prev.* 2008; 17; 585-93.

50. Millikan RC, Newman B, Tse C-K, **Moorman P**, Conway K, Smith LV, Labbok M, Geradts J, Bense JT, Jackson S, Nyante S, Livasy C, Carey L, Earp HS, Perou CM.  Epidemiology of basal-like breast cancer.  *Breast Cancer Res Treat.* 2008; 109: 123-39. (PMCID: PMC2443103)

51. Ramus SJ, Vierkant RA, Johnatty S, Pike MC, Van Den BergDJ, Wu AH, Pearce CL, Menon U, Gentry-Maharaj A, Gayther SA, DiCioccio R, McGuire V, Whittemore AS, Song H, Easton DF, Pharoah PDP, Chanock S, Lissowska J, Brinton L, Garcia-Closas M, Terry KL, Cramer DW, Tworoger SS, Hankinson SE, Berchuck A, **Moorman PG**, Schildkraut J, Cunningham JM, Kruger Kjaer S, Blaeker J, Hogdall C, Hogdall E, Moysich KB, Edwards RP, Ness RB, Carney ME, Lurie G, Goodman MT, Wang-Gohrke S, Kropp S, Chang-Claude J, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), Webb PM, Chen X, Beesley J, Chenevix-Trench G, Goode EL, on behalf of the Ovarian Cancer Association Consortium (OCAC).  Consortium analysis of seven candidate SNPs for ovarian cancer. *Int J Cancer.* 2008; 123: 380-8. (PMCID: PMC2667795)

52. **Moorman PG**, Calingaert B, Palmieri RT, Iversen ES, Bentley RC, Halabi S, Berchuck A, Schildkraut JM. Hormonal risk factors for ovarian cancer in pre-menopausal and postmenopausal women. *Am J Epidemiol.* 2008; 167: 1059-69. (PMCID: PMC18303003)

53. Palmieri RT, Wilson MA, Iversen ES, Clyde MA, Calingaert B, **Moorman PG**, Poole C, Anderson R, Anderson S, Anton-Culver H, Australian Cancer Study (Ovarian Cancer Group), Australian Ovarian Cancer Study Group, Beesley J, Hogdall E, Brewster W, Carney ME, Chen X, Chenevix-Trench G, Chang-Claude J, Cunningham JM, DiCioccio RA, Doherty JA, Easton DF, Edlund CK, Gayther SA, Gentry-Maharaj A, Goode EL, Goodman MT, Kruger Kjaer S, Hogdall CK, Hopkins MP, Jenison EL, Blaakaer J, Lurie G, McGuire V, Menon U, Moysich KB, Ness RB, Pearce CL, Pharoah PDP, Pike MC, Ramus SJ, Rossing MA, Song H, Terada KY, Van Den Berg D, Vierkant RA, Wang-Gohrke S, Webb PM, Whittemore AS, Wu AH, Ziogas A, Berchuck A, Schildkraut JM, on behalf of the Ovarian Cancer Association Consortium.  Polymorphism in the *IL18* gene and epithelial ovarian cancer in non-Hispanic white women. *Cancer Epidemiol Biomarkers Prev.* 2008;17:3567-72. (PMCID: PMC2667795)

54. **Moorman PG**, Schildkraut JM, Iversen ES, Myers ER, Gradison M, Warren-White N, Wang F.  A prospective study of weight gain after pre-menopausal hysterectomy. *J Women's Health*. 2009; 18: 699-708. (PMCID: PMC2851125)

55. Song H, Ramus SJ, Kjaer SK, DiCioccio RA, Chenevix-Trench G, Pearce CL, Hogdall E, Whittemore AS, McGuire V, Hogdall C, Blaakaer J, Wu AH, Van Den Berg DJ, Stram DO, Menon U, Gentry-Maharaj A, Jacobs IJ, Webb PM, Beesley J, Chen X; Australian Cancer (Ovarian) Study; Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Thompson PJ, Carney ME, Ness RB, Moysich K, Goode EL, Vierkant RA, Cunningham JM, Anderson S, Schildkraut JM, Berchuck A, Iversen ES, **Moorman PG**, Garcia-Closas M, Chanock S, Lissowska J, Brinton L, Anton-Culver H, Ziogas A, Brewster WR, Ponder BA, Easton DF, Gayther SA, Pharoah PD; Ovarian Cancer Association Consortium (OCAC). Association between invasive ovarian cancer susceptibility and 11 best candidate SNPs from breast cancer genome-wide association study. *Hum Mol Genet*. 2009: 18: 2297-304. (PMCID: PMC2685754)

56. Il'yasova D, McCarthy B, Marcello J, Schildkraut JM, **Moorman PG**, Krishnamachari B, Ali-Osman F, Bigner DD, Davis F.  Association between glioma and history of allergies, asthma and eczema: a

case-control study with three groups of controls. *Cancer Epidemiol Biomarkers Prev*. 2009; 18:1232-8. (PMCID: PMC2700947)

57. Schildkraut JM, Goode EL, Clyde MA, Iversen ED, **Moorman PG**, Berchuck A, Marks JR, Lissowska J, Brinton L, Peplonska B, Cunningham JM, Vierkant RA, Rider DN, Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Chenevix-Trench G, Webb PM, Beesley J, Chen X, Phelan C, Sutphen R, Sellers TA, Pearce L, Wu AH, Van Den Berg D, Conti D, Elund CK, Anderson R, Goodman MR, Lurie G, Carney ME, Thompson PJ, Gayther SA, Ramus SJ, Jacobs I, Kruger Kjaer S, Hogdal E, Blaakaer J, Hogdall C, Easton DF, Song H, Pharoah PDP, Whittemore AS, McGuire V, Quaye L, Shadforth D, Anton-Culver H, Ziogas A, Terry KL, Cramer DW, Hankinson SE, Tworoger SS, Calingaert B, Chanock S, Garcia-Closas M on behalf of the Ovarian Cancer Association Consortium. Single Nucleotide Polymorphisms in the TP53 Region and Susceptibility to Invasive Epithelial Ovarian Cancer. *Cancer Research*. 2009, 69: 2349-57. (PMCID: PMC2666150)

58. Pearce CL, Near AM, Van Den Berg DJ, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Anderson AR, Edlund CK, Wu AH, Chen X, Beesley J, Webb PM, Holt SK, Chen C, Doherty JA, Rossing MA, Whittemore AS, McGuire V, Dicioccio RA, Goodman MT, Lurie G, Carney ME, Wilkens LR, Ness RB, Moysich KB, Edwards R, Jennison E, Kjaer SK, Hogdall C, Goode EL, Sellers TA, Vierkant RA, Cunningham JC, Schildkraut JM, Berchuck A, **Moorman PG**, Iversen ES, Cramer DW, Terry KL, Vitonis AF, Titus-Ernstoff L, Song H, Pharoah PD, Spurdle AB, Anton-Culver H, Ziogas A, Brewster W, Galitovskiy V, Chenevix-Trench G; Australian Cancer Study (Ovarian Cancer)6; Australian Ovarian Cancer Study Group627. Validating genetic risk associations for ovarian cancer through the international Ovarian Cancer Association Consortium. *Br J Cancer*. 2009; 100: 412-20. (PMCID: PMC2634713)

59. **Moorman PG**, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. Ovarian cancer risk factors in African-American and white women. *Am J Epidemiol*. 2009; 170: 598-606. (PMCID: PMC2732987)

60. Song H, Ramus SJ, Tyrer J, Bolton KL, Gentry-Maharaj A, Wozniak E, Anton-Culver H, Chang-Claude J, Cramer DW, DiCioccio R, Dörk T, Goode EL, Goodman MT, Schildkraut JM, Sellers T, Baglietto L, Beckmann MW, Beesley J, Blaakaer J, Carney ME, Chanock S, Chen Z, Cunningham JM, Dicks E, Doherty JA, Duerst M, Ekici AB, Fenstermacher D, Fridley BL, Giles G, Gore ME, De Vivo I, Hillemanns P, Hogdall C, Hogdall E, Iversen ES, Jacobs IJ, Jakubowska A, Li D, Lissowska J, Lubiński J, Lurie G, McGuire V, McLaughlin J, Mędrek K, **Moorman PG**, Moysich K, Narod S, Phelan C, Pye C, Risch H, Runnebaum IB, Severi G[1], Southey M, Stram DO, Thiel FC, Terry KL, Tsai Y, Tworoger SS, Van Den Berg DJ, Vierkant RA, Wang-Gohrke S, Webb PM, Wilkens LR, Wu AH, Yang H, Brewster W, Ziogas A, Australian Cancer (Ovarian) Study, The Australian Ovarian Cancer Study Group, The Ovarian Cancer Association Consortium, Houlston R, Tomlinson I, Whittemore AS, Rossing MA, Ponder BAJ, Pearce CL, Ness RB, Menon U, Krüger Kjaer S, Gronwald J, Garcia-Closas M, Fasching PA, Easton DF, Chenevix-Trench G, Berchuck A, Pharoah PDP, Gayther SA. A genome-wide association study identified a novel ovarian cancer susceptibility locus on 9p22.2. *Nature Genetics*. 2009; 41: 996-1000. (PMCID: PMC2844110)

61. Doherty JA, Rossing MA, Cushing-Haugen KL, Chen C, Van Den Berg DJ, Wu AH, Pike MC, Ness RB, Moysich K, Chenevix-Trench G, Webb PM, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Hogdall E, Kruger Kjaer S, Goode EL, Cunningham JM, Berchuck A, **Moorman PG**, Schildkraut JM, Cramer DW, Terry KL, Garcia-Closas M, Lissowska J, Song H, Pharoah PDP, McGuire V, Whittemore AS, Gayther SA, Ramus SJ, Anton-Culver H, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), and Pearce CL on behalf of the Ovarian Cancer Association Consortium (OCAC). ESR1/SYNE1 polymorphism and invasive epithelial ovarian cancer

risk: an Ovarian Cancer Association Consortium study. *Cancer Epidemiol Biomarkers Prev.* 2010; 19: 245-50. (PMCID: PMC2863004)

62. Grant DJ, **Moorman PG**, Akushevich L, Palmieri RT, Bentley RC, Schildkraut JM. Primary peritoneal and ovarian cancers: an epidemiological comparative analysis. *Cancer Causes Control.* 2010; 21: 991-8. (PMCID: PMC2883093)

63. Schildkraut J, Iversen E, Williams M, Clyde M, **Moorman P**, Palmieri R, Whitaker R, Bentley R, Marks J, Berchuck A. Association between DNA damage response and repair genes and risk of invasive serous ovarian cancer. *Plos One.* 2010; 5: e10061. (PMCID: PMC2851649)

64. **Moorman PG**, Iversen ES, Marcom PK, Marks JR, Wang F, Kathleen Cunningham Consortium for Research into Familial Breast Cancer (kConFab), Lee E, Ursin G, Rebbeck TR, Domchek SM, Arun B, Susswein L, Isaacs C, Garber JE, Visvanathan K, Griffin CA, Sutphen R, Brzosowicz J, Gruber S, Finkelstein DM, Schildkraut JM. Evaluation of established breast cancer risk factors as modifiers of BRCA1 or BRCA2: a multi-center case-only analysis. *Breast Cancer Research Treat.* 2010; 124: 441-51. (PMCID: PMC2925060)

65. Kelemen L, Goodman M, McGuire V, Rossing MA, Webb P, Kobel M, Anton-Culver H, Beesley J, Berchuck A, Brar S, Carney M, Chang-Claude J, Chenevix-Trench G, Cramer D, Cunningham J, DiCioccio R, Doherty J, Easton D, Fredericksen Z, Fridley B, Gates M, Gayther S, Genry-Maharaj A, Hogdall E, Kjaer S, Lurie G, Menon U, **Moorman P**, Moysich K, Ness R, Palmieri R. Pearce C, Pharoah P, Ramus S, Song H, Stram D, Tworoger S, Van Den Berg D, Vierkant R, Wang-Gohrke S, Whittemore A, Wilkens L, Wu A, Schildkraut J, Sellers T, Goode E. Genetic variation in TYMS in the one-carbon transfer pathway is associated with ovarian carcinoma types in the Ovarian Cancer Association Consortium (OCAC). *Cancer Epidemiol Biomarkers Prev.* 2010; 19: 1822-30. (PMCID: PMC3013232)

66. Warren-White N, **Moorman P**, Dunn MJ, Mitchell CS, Fisher A, Floyd MF. Southeast Raleigh minority faith-based health promotion project. *Calif J Health Promotion.* (Special Issue, Obesity Prevention) 2009; 7: 87-98.

67. Witt KL, **Moorman PG**, Kovalchuk O, Holland N, Block G, Andreassen PR. Genetics and women's health issues – the commitment of EMS to women scientists and gender-associated disease topics. *Environ Mol Mutagen.* 2010; 51: 774-80.

68. Johnatty SE, Beesley J, Chen Z, Macgregor S, Duffy DL, Spurdle AB, DeFazio A, Gava N, Webb PM, Australian Ovarian Cancer Study Group, Australian Cancer Study (Ovarian Cancer), Rossing MA, Doherty JA, Goodman MT, Lurie G, Thompson PJ, Wilkens LR, Ness RB, Moysich KB, Chang-Claude J, Wang-Gohrke S, Cramer DW, Terry KL, Hankinson SE, Tworoger SS, Garcia-Closas M, Yang H, Lissowska J, Chanock SJ, Pharoah PD, Song H, Whittemore AS, Pearce CL, Stram DO, Wu AH, Pike MC, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Anton-Culver H, Ziogas A, Hogdall E, Kjaer SK, Hogdall C, Berchuck A, Schildkraut JM, Iversen ES, **Moorman PG**, Phelan CM, Sellers TA, Cunningham JM, Vierkant RA, Rider DN, Goode EL, Haviv I, Chenevix-Trench G, Ovarian Cancer Association Consortium. Evaluation of candidate stromal epithelial cross-talk genes identifies association between risk of serous ovarian cancer and TERT, a cancer susceptibility "hot spot". *PLoS Genetics.* 2010; 6: e1001016. (PMCID: PMC2900295)

69. Bolton KL, Tyrer J, Song H, Ramus SJ, Notaridou M, Jones C, Sher T, Gentry-Maharaj A, Wozniak E, Tsai YY, Weidhaas J, Paik D, Van Den Berg DJ, Stram DO, Pearce CL, Wu AH, Brewster W, Anton-Culver H, Ziogas A, Narod SA, Levine DA, Kaye SB, Brown R, Paul J, Flanagan J, Sieh W, McGuire V, Whittemore AS, Campbell I, Gore ME, Lissowska J, Yang HP, Medrek K, Gronwald J, Lubinski J,

Jakubowska A, Le ND, Cook LS, Kelemen LE, Brook-Wilson A, Massuger LF, Kiemeney LA, Aben KK, van Altena AM, Houlston R, Tomlinson I, Palmieri RT, **Moorman PG**, Schildkraut J, Iversen ES, Phelan C, Vierkant RA, Cunningham JM, Goode EL, Fridley BL, Kruger-Kjaer S, Blaeker J, Hogdall E, Hogdall C, Gross J, Karlan BY, Ness RB, Edwards RP, Odunsi K, Moyisch KB, Baker JA, Modugno F, Heikkinenen T, Butzow R, Nevanlinna H, Leminen A, Bogdanova N, Antonenkova N, Doerk T, Hillemanns P, Dürst M, Runnebaum I, Thompson PJ, Carney ME, Goodman MT, Lurie G, Wang-Gohrke S, Hein R, Chang-Claude J, Rossing MA, Cushing-Haugen KL, Doherty J, Chen C, Rafnar T, Besenbacher S, Sulem P, Stefansson K, Birrer MJ, Terry KL, Hernandez D, Cramer DW, Vergote I, Amant F, Lambrechts D, Despierre E, Fasching PA, Beckmann MW, Thiel FC, Ekici AB, Chen X; Australian Ovarian Cancer Study Group; Australian Cancer Study (Ovarian Cancer); Ovarian Cancer Association Consortium, Johnatty SE, Webb PM, Beesley J, Chanock S, Garcia-Closas M, Sellers T, Easton DF, Berchuck A, Chenevix-Trench G, Pharoah PD, Gayther SA. Common variants at 19p13 are associated with susceptibility to ovarian cancer. *Nat Genet*. 2010;42:880-4. (PMCID: PMC3125495)

70. Notaridou M, Quaye L, Dafou D, Jones C, Song H, Høgdall E, Kjaer SK, Christensen L, Høgdall C, Blaakaer J, McGuire V, Wu AH, Van Den Berg DJ, Pike MC, Gentry-Maharaj A, Wozniak E, Sher T, Jacobs IJ, Tyrer J, Schildkraut JM, **Moorman PG**, Iversen ES, Jakubowska A, Medrek K, Lubiński J, Ness RB, Moysich KB, Lurie G, Wilkens LR, Carney ME, Wang-Gohrke S, Doherty JA, Rossing MA, Beckmann MW, Thiel FC, Ekici AB, Chen X, Beesley J, Gronwald J, Fasching PA, Chang-Claude J, Goodman MT, Chenevix-Trench G, Berchuck A, Pearce CL, Whittemore AS, Menon U, Pharoah PD, Gayther SA, Ramus SJ; The Australian Ovarian Cancer Study Group/Australian Cancer Study (Ovarian Cancer); on behalf of the Ovarian Cancer Association Consortium.  Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer. *Int J Cancer*. 2011; 128: 2063-74. (PMCID: PMC3098608)

71. Near AM, Wu AH, Templeman C, Van Den Berg DJ, Doherty JA, Rossing MA, Goode EL, Cunningham JM, Vierkant RA, Fridley BL, Chenevix-Trench G, Webb PM; the Australian Cancer Study (Ovarian Cancer) (ACS).,; the Australian Ovarian Cancer Study Group (AOCS)., Kjær SK, Hogdall E, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Schildkraut JM, **Moorman PG**, Palmieri RT, Ness RB, Moysich K, Cramer DW, Terry KL, Vitonis AF, Pike MC, Berchuck A, Pearce CL; on behalf of the Ovarian Cancer Association Consortium. Progesterone receptor gene polymorphisms and risk of endometriosis: results from an international collaborative effort. *Fertil Steril*. 2011; 95: 40-5. (PMCID: PMC3176720)

72. **Moorman PG**, Jones LW, Akushevich L, Schildkraut JM.  Recreational physical activity and ovarian cancer risk and survival. *Annals Epidemiol*. 2011; 21: 178-87. (PMCID: PMC3035989)

73. Pearce CL, Doherty JA, Van Den Berg DJ, Moysich K, Hsu C, Cushing-Haugen KL, Conti DV, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Pharoah PD, Song H, Kjaer SK, Hogdall E, Hogdall C, Whittemore AS, McGuire V, Sieh W, Gronwald J, Medrek K, Jakubowska A, Lubinski J, Chenevix-Trench G; AOCS/ACS Study Group, Beesley J, Webb PM, Berchuck A, Schildkraut JM, **Moorman PG**, Edlund CK, Stram DO, Pike MC, Ness RB, Rossing MA, Wu AH. Genetic variation in insulin-like growth factor 2 may play a role in ovarian cancer risk. *Hum Mol Genet*. 2011; 20: 2263-72. (PMCID: PMC3090188)

74. **Moorman PG,** Myers ER, Schildkraut JM, Wang F.  Reported symptoms before and one year after hysterectomy in African American and White women. *J Women's Health*. 2011; 20: 1035-42. (PMCID: PMC3130512)

75. Ziogas A, Horick NK, Kinney AY, Lowery JR, Domchek SM, Isaacs C, Griffin CA, **Moorman PG**, Edwards KL, Hill DA, Berg JS, Tomlinson GE, Anton-Culver H, Strong LC, Kasten CH, Finkelstein DM, Plon SE. Clinically relevant changes in family history of cancer over time. *JAMA.* 2011; 306: 172-8. (PMCID: PMC3367662)
(Article was selected by Epidemiology and Genomics Research Program (EGRP) of the National Cancer Institute as one of their Research Highlights from EGRP Grantees 2011.)

76. **Moorman PG**, Myers ER, Schildkraut JM, Iversen ES, Wang F, Warren N.  Effect of hysterectomy with ovarian preservation on ovarian function. *Obstet Gynecol.* 2011; 118: 1271-9. (PMCID: PMC3223258)
(Article was selected by journal as "Breaking News" and a journal club article for December 2011 issue.)

77. **Moorman PG**, Leppert P, Myers ER, Wang F. Comparison of characteristics of fibroids in African American and white women undergoing pre-menopausal hysterectomy. *Fertil Steril.* 2013; 99: 768-76. (PMCID: PMC3632655)

78. Havrilesky LJ, Gierisch JM, **Moorman PG**, Coeytaux RR, Peragallo Urrutia  R, Lowery WJ, Dinan M, McBroom AJ, Wing L, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. Evidence Report/Technology Assessment No. 212. (Prepared by the Duke Evidence-based  Practice Center under Contract No. 290-2007-10066-I.) *AHRQ Publication No. 13-E002-EF.* Rockville, MD: Agency for Healthcare Research and Quality. June 2013. www.effectivehealthcare.ahrq.gov/reports/final.cfm. (PMCID: PMC4781074)

79. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, Rossing MA, Terry KA, Wu AH, the Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Risch HA, Yu H, Doherty JA, Chang-Claude J, Hein R, Nickels S, Wang-Gohrke S, Goodman MT, Carney ME, Matsuno RK, Lurie G, Moysich K, Kjaer SK, Jensen A, Hogdall E, Goode EL, Fridley BL, Vierkant RA, Larson MC, Schildkraut J, Hoyo C, **Moorman P**, Weber RP, Cramer DW, Vitonis AF, Bandera EV, Olson SH, Rodriguez-Rodriguez L, King M, Brinton LA, Yang H, Garcia-Closas M, Lissowska J, Anton-Culver H, Ziogas A, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Webb PM on behalf of the Ovarian Cancer Association Consortium.  Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. *Endocrine Related Cancer.* 2013; 20: 251-62. (PMCID:  PMC3857135)

80. Pearce CL, Rossing MA, Lee A, Ness R, Webb PM for Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group, Nagle CM, Stram D, Chang-Claude J, Hein R, Lurie G, Thompson PJ, Carney ME, Goodman MT,  Moysich K, Hogdall E, Jensen A, Goode EL, Fridley BL, Cunningham J,  Vierkant RA, Palmieri RT, Ziogas A, Anton-Culver H, Gayther SA, Gentry-Maharaj A, Menon U, Ramus SJ, Berchuck A, Doherty JA, Iversen E, McGuire V, **Moorman P**, Pharoah P, Pike MC, Risch H, Sieh W, Stram D, Terry KL,  Whittemore A, Wu AH, Schildkraut JM, Kjaer SK on behalf of the Ovarian Cancer Association Consortium. Combined and interactive effects of environmental and GWAS-identified risk factors in ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2013; 22: 880-90. (PMCID:  PMC3963289)

81. Havrilesky LJ, **Moorman PG**, Lowery WJ, Gierisch JM, Coeytaux RR, Peragallo Urrutia R, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive pills as primary prevention for ovarian cancer: A systematic review and meta-Analysis. *Obstet Gynecol.* 2013; 122: 139-47.

82. Peragallo Urrutia R, Coeytaux RR, Gierisch JM, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER.

Thromboembolic events and association with oral contraceptive use: a systematic review and meta-analysis. *Obstet Gynecol* 2013; 122: 380-9.

83. Gierisch JM, Coeytaux RR, Urrutia RP, Havrilesky LJ, **Moorman PG**, Lowery WJ, Dinan M, McBroom AJ, Hasselblad V, Sanders GD, Myers ER. Oral contraceptive use and risk of breast, cervical,colorectal and endometrial cancer: a systematic review. *Cancer Epidemiol Biomarkers Prev* 2013; 22: 1931-43.

84. Fish LJ, **Moorman PG**, Wordlaw-Stinson L, Vidal A, Smith JS, Hoyo C.  HPV and cervical cancer knowledge associated with greater adherence to follow-up colposcopy. *Am J Health Education* 2013; 44: 293-8. (PMCID: PMC4075768)

85. **Moorman PG**, Havrilesky LJ, Gierisch JM, Coeytaux RR, Lowery WJ, Urrutia RP, McBroom AJ, Wing E, Musty MD, Lallinger KR, Hasselblad V, Sanders GD, Myers ER. A systematic review and meta-analysis of the association between Oral contraceptives and risk of ovarian and breast cancer among high-risk women: a systematic review and meta-analysis. *J Clin Oncology* 2013; 31: 4188-98.

86. Allott EH, Abern MR, Gerber L, Keto CJ, Aronson WJ, Terris MK, Kane CJ, Amling CL, Cooperberg MR, **Moorman PG**, Freedland SJ.  Metformin does not affect risk of biochemical recurrence following radical prostatectomy: results from the SEARCH database. *Prostate Cancer Prostatic Diseases* 2013; 16: 391-7. (PMCID: PMC3830588)

87. Wordlaw-Stinson L, Jones S, Little S, Fish L, Vidal A, Smith JS, Hoyo C, **Moorman PG**. Challenges and recommendations to recruiting women who do not adhere to follow-up gynecological care. *Open J Prev Med* 2014; 4: 123-8. (PMCID: PMC4075769)

88. Hill DA, Horick NK, Isaacs C, Domchek SM, Tomlinson GE, Lowery JT, Kinney AY, Berg JS, Edwards KL, **Moorman PG**, Plon SE, Strong LC, Ziogas A, Griffin CA, Kasten CH, Finkelstein DM for the Cancer Genetics Network. Long-term risk of medical conditions associated with breast cancer treatment. *Breast Cancer Res Treat* 2014: 145: 233-43. (PMCID: PMC4096572)

89. Gaines AR, Turner EL, **Moorman PG,** Freedland SJ, Keto CJ, McPhail ME, Grant DJ, Vidal AC, Hoyo C. The association between race and prostate cancer risk on initial biopsy in an equal access, multiethnic cohort.  *Cancer Causes Control* 2014; 25: 1029-35. (PMCID: PMC4117308)

90. Davidson BA, **Moorman PG.** Risk-benefit assessment of the combined oral contraceptive pill in women with a family history of cancer.  *Expert Opinion Drug Safety* 2014; 10: 1375-82.

91. Allott EH, Tse CK, Olshan AF, Carey LA, **Moorman PG**, Troester MA.  Non-steroidal anti-inflammatory drug use, hormone receptor status, and breast cancer-specific mortality in the Carolina Breast Cancer Study.  *Breast Cancer Res Treat* 2014; 147: 415-21. (PMCID: PMC4462196)

92. Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry P, Wallace K, Akushevich L, Wang F, Crankshaw S, **Moorman PG**. A Multi-Center Population-Based Case-Control Study of Ovarian Cancer in African-American Women: The African American Cancer Epidemiology Study (AACES). *BMC Cancer* 2014; 14: 688. (PMCID: PMC4182887)

93. Myers ER, **Moorman P**, Gierisch JM, Havrilesky LJ, Grimm LJ, Ghate S, Davidson B, Chatterjee Montgomery R, Crowley MJ, McCrory DC, Kendrick A, Sanders GD. Benefits and Harms of Breast Cancer Screening: A Systematic Review. *JAMA* 2015; 314: 1615-34.

94. Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES,

Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dietary carbohydrate intake, glycemic load, glycemic index and ovarian cancer risk in African-American women.  *Br J Nutr* 2016, 115: 694-702. (PMCID: PMC4844174)

95.    Erondu CO, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters E, Schwartz AG, Terry PD, Wallace K, Akushevich L, Wang F, Crankshaw S, Berchuck A, Schildkraut JM, **Moorman PG**. The association between body mass index and presenting symptoms in African American women with ovarian cancer.  *J Women's Health* 2016; 25: 571-8. (PMCID: 4900212)

96.    Alberg AJ, **Moorman PG**, Cranshaw S, Wang F, Bandera EV, Barnholtz-Sloan J, Bondy M, Cartmell KB, Cote ML, Ford ME, Funkhouser E, Keleman L, Peters ES, Schwartz AG, Sterba KR, Terry P, Wallace K, Schildkraut JM. Socioeconomic status in relation to the risk of ovarian cancer in African American women: a population-based case-control study.  *Am J Epidemiol* 2016, 184: 274-83. (PMCID: PMC4983652)

97.    Peres L, Camacho F, Abbott S, Alberg A, Bandera E, Barnholtz-Sloan JS, Bondy M, Cote M, Crankshaw S, Funkhouser E, **Moorman P**, Peters E, Schwartz AG, Terry P, Wang F,  Schildkraut J.  Analgesic medication use and risk of epithelial ovarian cancer in African American women.  *Br J Cancer* 2016; 114: 819-25.

98.    Abbott SE, Bandera EV, Qin B, **Moorman PG**, Barnholtz-Sloan J, Schwartz AG, Funkhouser E, Peters ES, Cote ML, Alberg AJ, Terry P, Bondy M, Crankshaw S, Wang F, Camacho F, Schildkraut JM. Recreational physical activity and ovarian cancer risk in African American women.  *Cancer Med* 2016; 5: 1319-27.(PMCID: PMC4924390)

99.    Trabuco E, **Moorman PG**, Algeciras-Schimnich A, Weaver AL, Cliby W.  Association of ovary-sparing hysterectomy with ovarian reserve.  *Obstet Gynecol* 2016; 127: 819-27. (PMCID: PMC5004761)

100.    Bandera EV, Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM. Obesity, weight gain, and ovarian cancer risk in African American women. *Int J Cancer*  2016; 139: 593-600. (PMCID: PMC4982766)

101.    Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote M, Funkhouser E, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Camacho F, Wang F, **Moorman PG**.  Association between body powder use and ovarian cancer: the African American Cancer Epidemiology Study (AACES).  *Cancer Epidemiol Biomarkers Prev* 2016; 25: 1411-17. (PMCID: PMC5050086)

102.    **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J,  Bondy M, Cote ML, Funkhouser E,  Peters ES, Schwartz AG, Terry P, Cranshaw S, Wang F, Schildkraut JM. Reproductive factors and ovarian cancer risk in African American Women.  *Ann Epidemiol* 2016: 26: 654-62. (PMCID: PMC5035608)

103.    Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dietary quality and ovarian cancer risk in African-American women.  *Am J Epidemiol* 2017; 185: 1281-89.

104.    Peres LC, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry P, Abbott SE, Camacho F, Wang F, Schildkraut JM.  Premenopausal hysterectomy and risk of ovarian cancer in African American women.  *Am J Epidemiol* 2017; 186: 46-53.

105.    Qin B, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV.  Dairy, calcium, vitamin D and ovarian cancer risk in African American women.  *Br J Cancer* 2016; 115: 1122-1130. (PMCID: PMC5117784)

106. Horick NK, Manful A, Lowery J, Domchek S, **Moorman P**, Griffin C, Visvanathan K, Isaacs C, Kinney A, Finkelstein DM. Physical and psychological health in rare cancer survivors. *J Cancer Surviv* 2017; 11: 158-65.

107. Peres LC, Bandera EV, Qin B, Guertin KA, Shivappa N, Hebert JR, Abbott SE, Alberg AJ, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Camacho F, Wang F, Schildkraut JM.  Dietary inflammatory index and risk of epithelial ovarian cancer in African American women.  *Int J Cancer* 2017; 140: 535-43. (PMCID: PMC5159198)

108. Peres LC, **Moorman PG**, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Terry PD, Abbott SE, Camacho F, Wang F, Schildkraut JM.  Lifetime number of ovulatory cycles and epithelial ovarian cancer risk in African American women.  *Cancer Causes Control* 2017; 28: 405-14. (PMCID: PMC5410663)

109. Terry PD, Qin B, Camacho F, **Moorman PG**, Alberg AJ, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Guertin KA, Peters ES, Schwartz AG, Schildkraut JM, Bandera EV. Supplemental selenium may decrease ovarian cancer risk in African-American women. *J Nutrition* 2017; 147: 621-7. (PMCID: PMC5368582)

110. Kelemen LE, Abbott S, Qin B, Peres LC, **Moorman P**, Wallace K, Bandera E, Barnholtz-Sloan J, Bondy M, Cartmell K, Cote M, Funkhouser E, Paddock L, Peters E, Schwartz A, Terry P, Alberg A, Schildkraut J. Cigarette smoking and the association with serous ovarian cancer in African American women:  African American Cancer Epidemiology Study (AACES).  *Cancer Causes Control* 2017; 28: 699-708.

111. Wang Y, Freedman JA, Liu H, **Moorman P**, Hyslop T, George D, Lee NH, Patierno SR, Wei Q. Associations between RNA splicing regulatory variants of stemness-related genes and racial disparities in susceptibility to prostate cancer.  *Int J Cancer* 2017; 141: 731-43.(PMCID: PMC5512873)

112. McNamara C, Abbott SE, Bandera EV, Qin B, Peres LC, Camacho F, **Moorman PG**, Alberg A, Barnholtz-Sloan JS, Bondy M, Cote ML, Funkhouser E, Peters ES, Schwartz AG, Schildkraut JM, Terry P. Tubal ligation and ovarian cancer risk in African-American women.  *Cancer Causes Control* 2017; 28: 1033-41.(PMCID: PMC5635599)

113. Barrett NJ,  Ingraham KL, Vann Hawkins T, **Moorman PG**.  Engaging African Americans in research: the recruiter's perspective.  *Ethn Dis* 2017; 27: 453-462. (PMCID: PMC5720956)

114. DeBono NL, Robinson WR, Lund J, Tse CK, **Moorman PG**, Olshan AF, Troester MA.  Race, menopausal hormone therapy and invasive breast cancer in the Carolina Breast Cancer Study.  *J Women's Health* 2018; 27: 3770386.

115. Abbott SE, Camacho F, Peres LC, Alberg AJ, Bandera EV, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Qin B, Schwartz AG, Barnholtz-Sloan J, Terry P, Schildkraut JM. Recreational physical activity and survival in African American women with ovarian cancer.  *Cancer Causes Control*  2018; 29: 77-86.

116. Peres LC, Risch H, Terry KL, Webb PM, Goodman MT, Wu AH, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Manichaikul A, Abbott SE, Camacho F, Jordan SJ, Nagle CM, Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Modugno F, Moysich K, Ness R, Berchuck A, Cook L, Le N,  Brooks-Wilson A, Sieh W, Whittemore A, McGuire V, Rothstein J, Anton-Culver H, Ziogas A, Pearce CL, Tseng C, Pike M, Schildkraut JM, on behalf of the African American Cancer Epidemiology Study and the Ovarian Cancer Association Consortium. Racial/ethnic differences in the epidemiology of

ovarian cancer: A pooled analysis of 12 case-control studies. *Int J Epidemiol* 2017; 47: 460-472.

117. Mills AM, Peres LC, Meiss A, Ring KL, Modesitt SC, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy ML, Cote ML, Funkhouser E, **Moorman PG**, Peters ES, Schwartz AG, Terry PD, Schildkraut JM. Targetable immune regulatory molecule expression in high-grade serous ovarian carcinomas in African-American women: a study of PD-L1 and IDO in 112 Cases from the African American Cancer Epidemiology Study (AACES), *Int J Gynecol Pathology* 2018, in press.

118. Freedman JA, Wang Y, Li X, Liu H, **Moorman PG**, George DJ, Lee NH, Hyslop T, Wei Q, Patierno SR. Single nucleotide polymorphisms of stemness pathway genes predicted to regulate RNA splicing, microRNA and oncogenic signaling are associate with prostate cancer survival. *Carcinogenesis* 2018; 39: 879-888.

119. Anderson RT, Peres LC, Camacho F, Bandera EV, Funkhouser E, **Moorman PG**, Paddock LE, Peters ES, Abbott SE, Alberg AA, Barnholtz-Sloan J, Bondy M, Cote ML, Schwartz AG, Terry P, Schildkraut JM. Individual, social and societal correlates of Health-Related Quality of Life among African-American survivors of ovarian cancer: results from the AACES Study. *J Women's Health*, 2018, in press.

120. Park HK, Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy M, Crankshaw S, Funkhouser E, **Moorman PG**, Peters ES, Terry P, Wang F, Ruterbusch JJ, Schwartz AG, Cote ML. Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. *Cancer Causes Control*, 2018, in press.

121. **Moorman PG**, Barrett NJ, Wang F, Alberg AA, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, Funkhouser E, Kelemen L, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Abbott SE, Schildkraut JM. Effect of cultural, folk and religious beliefs and practices on delays in diagnosis in ovarian cancer in African American women. *J Women's Health*, 2018, in press.

122. Qian D, Liu H, Wang X, Ge J, Luo S, Patz EF Jr, **Moorman PG**, Su L, Shen S, Christiani DC, Wei Q. Potentially functional genetic variants in the complement-related immunity gene-set are associated with non-small cell lung cancer survival. *Int J Cancer* 2018, in press.

---

## Letters

1. **Moorman PG**. Letter re: Breast cancer risk factors. *Drug Topics*. 2002; 146: 16.

2. **Moorman PG**. Letter re: Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk. *JAMA*. 2004; 292: 1426.

3. Schildkraut JM, **Moorman PG**, Calingaert B, Berchuck A. Letter re: Cyclin E overexpression relates to ovarian cancer histology but not to risk factors. *Cancer Epidemiol Biomarkers Prev*. 2008; 17: 1841-2.

4. **Moorman PG**. Letter re: Age at Menopause: Imputing age at menopause for women with a hysterectomy with application to risk of postmenopausal breast cancer. *Annals Epidemiol*. 2011; 21: 797.

5. Myers ER, **Moorman P**, Sanders GD. Response re: Breast cancer screening: benefit or harm? *JAMA* 2016; 315: 1402-3.

6. Trabuco EC, **Moorman PG**, Cliby WA. In reply re: Association of ovary-sparing hysterectomy with ovarian reserve. *Obstet Gynecol* 2016; 128: 655-6.

## Book Chapters and Invited Papers

1. **Moorman PG**, Hames CG, Tyroler HA.  Socioeconomic status and morbidity and mortality in hypertensive blacks.  In Brest AN and Saunders E (eds):  *Cardiovascular Clinics:  Cardiovascular Diseases in Blacks*.  FA Davis Company, Philadelphia, 1991, 179-93.

2. **Moorman PG**, Hulka BS.  Menopausal hormones and the risk of breast cancer. *Endocrinologist.* 1992; 2: 189-94.  (Article was awarded annual editorial prize by journal.)

3. Hulka BS, **Moorman PG**.  Breast cancer:  Hormones and other risk factors, *Maturitas.* 2001; 38: 103-13.

4. **Moorman PG**, Terry PD.  Dairy products and breast cancer.  2003.  United Kingdom Dairy Council. (Invited paper)

5. **Moorman PG**, Berchuck A.  Comment on:  Hormone replacement therapy does not increase risk for ovarian cancer in women with BRCA mutations.  *North American Menopause Society First to Know*. Feb. 15, 2006. www.menopause.org/news.html.

6. **Moorman PG**, Hamilton RJ.  Statins and cancer risk:  what do we know and where do we go from here? *Epidemiology.* 2007; 18: 194-6. (Invited paper)

7. Hulka BS, **Moorman PG**.  Breast cancer:  hormones and other risk factors.  *Maturitas.* 2008; 61: 203-213.
   (Republished 2001 article of same title in an issue of the journal's top 10 downloaded articles for the period 2000-2008).

8. **Moorman PG**.  Ovarian failure after pre-menopausal hysterectomy.  *European Obstetrics & Gynecology*. 2012; 7: 35-8. (Invited paper)

9. **Moorman PG.**  Genetic markers for ovarian cancer risk: are we close to seeing a clinical impact? *Personalized Medicine.* 2012; 9:  565-7. (Invited paper)

10. **Moorman PG.**  Should women at high risk for cancer use oral contraceptive pills?  *Personalized Medicine*. 2015, 12: 533-5.  (Invited paper)

## Technical Reports

1. **Moorman PG**, Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Nutritional needs of older women.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

2. Myers ER, Strauss J, Van Houtven C, Goldstein K, Shepherd-Banigan M, Brancu M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Maternal Health.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

3. Strauss J, Brancu M, Myers ER,  Anderson S, Van Houtven C, Goldstein K, Shepherd-Banigan M, **Moorman PG**, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Women's Mental Health.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

4.   Goldstein K, Coeytaux R, Myers ER, Strauss J, Van Houtven C, Shepherd-Banigan M, Brancu M, **Moorman PG**, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Sanders-Schmidler G.  Topic Brief:  Girls' Health and Obesity.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

5.   Shepherd-Banigan M, Van Houtven C,  Brancu M, Goldstein K, **Moorman PG**, Strauss J, Coeytaux R, Von Isenberg M, Van Noord M, Conklin J, Lallinger K, Schmidt R, McBroom Brooks A, Myers ER, Sanders-Schmidler G.  Topic Brief:  Family Caregivers for Older Adults.  Prepared for Office of Women's Health and Agency for Healthcare Research Quality (AHRQ), 2017.

---

### Non-authored Publications (acknowledged for contributions)

1.   Newman B, Millikan RC, King M-C. Genetic epidemiology of breast and ovarian cancers.  *Epidemiol Rev*. 1997; 19: 69-79.

2.   Millikan R, Pittman G, Tse C-K, Savitz DA, Newman B, Bell D. Glutathione S-transferases M1, Ti, and P1 and breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2000; 9: 567-73.

3.   Krajcik RA, Massardo S, Orentreich N. No association between serum levels of tumor necrosis factor-α (TNF- α) or the soluble receptors sTNFR1 and sTNFR2 and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*. 2003; 12: 945-6.

4.   Trivers KF, Stewart SL, Peipins L, Rim SH, White MC.  Expanding the public health research agenda for ovarian cancer. *J Womens Health*. 2009; 18: 1299-305.

5.   Soubry A, Il'yasova D, Sedjo R, Wang F, Byers T, Rosen C, Yashin A, Ukraintseva S, Haffner S, D'Agostino R Jr. Increase in circulating levels of IGF-1 and IGF-1/IGFBP-3 molar ratio over a decade is associated with colorectal adenomatous polyps. *Int J Cancer*. 2012; 131: 512-7.

---

### Presentations and Published Abstracts (selected)

**Moorman PG**, Newman B, Butler LM, Ostermeyer EA, Friedman LS, Millikan RC, Liu ET, King MC. Inherited susceptibility at BRCA1 in a population-based sample.  Society for Epidemiologic Research, Boston, MA, June 1996

Rockhill B, Newman B, **Moorman P**, Millikan R, Weinberg C. Summary attributable fraction and breast cancer risk factors. Society for Epidemiologic Research, Boston, MA, June 1996.

Furberg H, Newman B, **Moorman P**, Millikan R. Lactation and breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Marcus PM, Newman B, Millikan RC, **Moorman PG**, Baird DD, Sternfeld B, Qaqish B. The association of adolescent body mass index (BMI) and physical activity with breast cancer risk. Society for Epidemiologic Research, Edmonton, Alberta, Canada, June 1997.

Huang WY, Newman B, Millikan RC, Schell MJ, **Moorman PG**. Hormone-related factors and risk of breast cancer by estrogen receptor and progesterone receptor status. Society for Epidemiologic Research, Chicago, MD, 1998.

Hall IJ, Newman B, Millikan RC, **Moorman PG**.  Evaluating body size and breast cancer risk among black women. Society for Epidemiologic Research, Chicago, MD, 1998.

Marcus PM, Newman B, Millikan RC, Baird DD, **Moorman PG,** Qaqish B. Breast cancer epidemiology: the case for adolescent exposures. Society for Epidemiologic Research, Baltimore, MD, 1999.

**Moorman PG**.  Menopausal hormones and risk of breast cancer.  Carolina Breast Cancer Study Participant Symposium, Chapel Hill, NC, April 2000

**Moorman PG**, Jones BA, Millikan RC, Hall IJ, Newman B.  Race, anthropometric factors, and stage at diagnosis of breast cancer.  Society for Epidemiologic Research, Seattle, WA, June 2000.

Hall IJ, Newman B, Millikan RC, **Moorman PG**. Comparative analysis of breast cancer risk factors among African-American women and white women. Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

**Moorman PG**, et al.  Nuts and bolts of field studies: things they didn't teach you in school.  Congress of Epidemiology, Toronto, Ontario, Canada, June 2001. (Invited talk)

**Moorman PG**, Calingaert B, Vine M, Halabi S, Berchuck A, Schildkraut JM. Comparison of two methods for calculating lifetime ovulatory cycles.  Congress of Epidemiology, Toronto, Ontario, Canada, June 2001.

Plummer P, Jackson S, Konarski J, Mahanna E, Dunmore C, Regan G, Mattingly D, Parker B, Williams S, Andrews C, Vannapppagari V, HallS, Deming S, Hodgson E, **Moorman P**, Newman B, Millikan R. Making epidemiologic studies responsive to the needs of participants and communities: the Carolina Breast Cancer Study experience. Conference on Breast Cancer and Environmental Mutagens, Research Triangle Park, NC, September 2001.

**Moorman PG**. Population-based study of breast cancer among African-American and White women in North Carolina. North Carolina Central University, Durham, NC, January 2003. (Invited talk)

**Moorman PG**. Medication use and breast cancer risk. Psychiatry and Behavioral Sciences Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY, March 2003. (Invited talk)

Sansbury L, Millikan R, Schroeder J, **Moorman P**, North K, Sandler R. Use of non-steroidal anti-inflammatory drugs, cyclooxygenase-2 Val411Ala polymorphism and association with colon cancer in a population-based study of African Americans and whites. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

Schildkraut JM, Berchuck A, Murphy S, Marks J, **Moorman P**, Calingaert B, Halabi S. Trinucleotide repeat polymorphisms in the androgen receptor gene and risk of ovarian cancer. 3rd Annual AACR International Conference, Seattle, WA, October 2004.

**Moorman PG,** Sesay J, Nwosu V, Millikan R. Non-steroidal anti-inflammatory drugs, COX2 polymorphism and breast cancer: a study of gene-environment interactions.  Triangle Cancer and Disparities Symposium, North Carolina Central University, Durham, NC, March 2005.

**Moorman PG.**  Racial disparities in breast cancer: problem or opportunity?  Johnson C. Smith University, Charlotte, NC, September 2005. (Invited talk)

Trivers K, Gammon M, Abrahamson P, Lund MJ, Kaufman J, **Moorman P**, Cai JW, Porter P, Brinton L, Eley JW. Reproductive factors and breast cancer survival in women less than 55 years of age. 4th Annual Conference on Frontiers in Cancer Prevention Research, Baltimore, MD, November 2005.

**Moorman PG.**  The role of epidemiology in the drug development process.  University of Ferrara, Ferrara, Italy, May 2006. (Invited talk)

17

**Moorman PG.**  Racial disparities in breast cancer:  risk factors through survival.  Women's Health Research Symposium - Untying the Pink Ribbon:  Advances in Breast Cancer.  University of Maryland School of Medicine.  Baltimore, MD, March 2008. (Invited talk)

**Moorman PG,** JM Schildkraut JM, ES Iversen ES, ER Myers ER, M Gradison M1, N Warren-White N, F Wang.  Weight gain after pre-menopausal hysterectomy.  Society for Epidemiologic Research, Chicago, IL, June 2008.

**Moorman PG.** Non-steroidal anti-inflammatory drugs (NSAIDs) as chemopreventives for cancer:  are they ready for prime time?  Genetics and Environmental Mutagenesis Society 26th Annual Fall Meeting.  Research Triangle Park, NC, October 2008. (Invited talk)

**Moorman PG.**  Introduction to cancer epidemiology.  Osher Lifelong Learning Institute lecture series.  Chapel Hill, NC, September 2009. (Invited talk)

**Moorman PG.**  Challenges of epidemiologic research in the genomic era:  the example of ovarian cancer.  Environmental  Mutagen Society Annual Meeting, St. Louis, MO, October  2009 (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials.  Duke University Health System Clinical Education and Professional Development Series, Durham, NC, January 2010. (Invited talk)

**Moorman PG.**  Epidemiology in clinical research:  beyond randomized controlled trials. Association of Clinical Research Professionals, Durham, NC, June 2010. (Invited talk)

**Moorman PG.** The role of epidemiology in understanding disparities in breast cancer.  Duke Oncology Symposium – Advances in Surgical and Treatment Options for Breast and Colorectal Cancer.  Raleigh, NC, May 2011. (Invited talk)

Østbye T, **Moorman P**. Measurement dilemmas: validity, reliability and messy data. Family Medicine Research Seminar Series, Duke University Medical Center, December 2011.

**Moorman P,** Østbye T. Research that can tell you something: internal and external validity in study design. Family Medicine Research Seminar Series, Duke University Medical Center, November 2011.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Using net benefits and acceptability curves to quantify uncertainty about tradeoffs between harms and benefits of oral contraceptives. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Myers ER, Havrilesky LJ, Gierisch J, **Moorman PG**, Dinan MA, Coeytaux R, Urrutia RP, Lowery WJ, Hasselblad V, McBroom AJ, Sanders GD. Net effects of current patterns of oral contraceptive use on potentially fatal outcomes in the United States. Society for Medical Decision Making, Phoenix, AZ, October 2012.

Stouder A, Melcher B, Morgan PA, **Moorman PG**, Lin L, Stem J. Satisfaction Guaranteed?  An Analysis of Lecturer Characteristics Associated with Physician Assistant Student Satisfaction. Physician Assistant Education Association Annual Education Forum, Seattle, WA, November 2012.

**Moorman PG.**  The African American Cancer Epidemiology Study (AACES).  Ovarian Cancer in Women of African Ancestry Emerging Consortium Meeting.  Bethesda, MD, April 2013.

**Moorman PG.**  Ovarian Cancer:  What You Need to Know.  Duke Cancer Institute, Cancer Awareness Workshop.  Durham, NC, May, August and October 2014.

**Moorman PG.**  Ovarian Cancer in African American Women:  The Challenges of Studying a Less Common

Cancer in a Minority Population.  Duke Cancer Institute Cancer Control and Population Sciences Seminar Series.  Durham, NC, July 2014.

## CONSULTANT APPOINTMENTS

National Institutes of Health, Center for Scientific Review
- Epidemiology and Disease Control Subcommittee 2 (EDC-2):  Oct. 2000, Feb. 2001
- Special Emphasis Panels: Nov. 2001, Mar. 2002, Nov. 2002, Nov. 2003, July 2004, Nov. 2004, June 2005, Mar. 2006, Nov. 2006, Mar. 2007, July 2007, Nov. 2008, June 2009, July 2009, July 2010, Oct. 2010, Sept. 2011, Dec. 2013, Mar. 2017, Nov. 2017
- Small Grants Program for Cancer Epidemiology: Nov. 2001, Mar. 2003, June 2016, Mar. 2017, June 2017, June 2018, Nov. 2018
- National Cancer Institute, Program Project Review: Jan. 2003, Aug. 2003, Dec. 2003.
- SPORE (Specialized Program of Research Excellence) Review: Breast Cancer Feb. 2005, Ovarian Cancer June 2008, Feb. 2009.

Centers for Disease Control and Prevention.  Defining the Public Health Research Agenda for Ovarian Cancer.  Invited panel participant.  Nov. 2008.

Susan G. Komen for the Cure, Study Section Chair for Post-Doctoral Fellowship in Risk and Prevention, 2010.

Susan G. Komen Breast Cancer Foundation, Study Section Chair for Risk, Prevention and Epidemiology, Member of Programmatic Review Committee, 2005 – 2007.

Susan G. Komen for the Cure/Susan G. Komen Breast Cancer Foundation, Scientific Reviewer, 2003 - 2011.

Department of Defense Breast Cancer Research Program Scientific Peer Review, 1998, 2005, 2007, 2008, 2009, 2013.

Department of Defense Breast Cancer Research Program, Study Section Chair for Training - Epidemiology and Prevention, 2013.

Department of Defense Ovarian Cancer Research Program Scientific Peer Review, 2015, 2016.

Department of Defense Ovarian Cancer Research Program, Study Section Chair for Investigator Initiated Research II, 2018.

National Cancer Institute, Center for Global Health, Data Monitoring Committee for United States – Latin American Cancer Research Network, 2013

CODA, Inc., Research Triangle Park, NC.  IRB member, 2004.

National Institute of Environmental Health Sciences Special Emphasis Panel, Technical Evaluation of Support Services for Epidemiology, NIEHS Epidemiology Branch.  May 1998.

## PROFESSIONAL AWARDS AND SPECIAL RECOGNITIONS

Honorary Physician Assistant, Duke University Medical Center Physician Assistant Program - 2018

Certificate of Appreciation, Duke University Medical Center Physician Assistant Program – 2008

Delta Omega, Public Health Honorary – 1994

*The Endocrinologist*, Editorial Prize for Volume II – 1993

Research Service Award, National Cancer Institute - 1988-91

Edward E. Smissman Award for Medicinal Chemistry, University of Kansas – 1980

Walter F. Enz Award for Pharmaceutical Chemistry, University of Kansas – 1980

Watkins-Berger Scholarship, University of Kansas - 1975-1980

State of Kansas Scholarship, University of Kansas - 1976-1980


## ORGANIZATIONS AND PARTICIPATION

University of North Carolina School of Public Health Alumni Association, Epidemiology Section President, 2001-2002.

Society for Epidemiologic Research

American Pharmaceutical Association


## TEACHING RESPONSIBILITIES

### Courses Taught

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.   Primary instructor, 2004-2017.

Evidence Based Medicine-II, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Co-Instructor, 2003-2018.

Evidence Based Medicine-I, Duke University, Department of Community and Family Medicine, Physician Assistant program.  Lecturer and seminar instructor, 2003.

Epidemiology and Research Methods (PAP 255), Duke University, Department of Community and Family Medicine, Physician Assistant program.  Seminar instructor, 2001-2002.

Epidemiology of Cancer (CDE 532B), Yale University, Department of Epidemiology and Public Health. Course director, 1997-2000.

Co-developer of departmental Master's Comprehensive Examination, University of North Carolina-Chapel Hill, Department of Epidemiology, 1995-1996.

Cancer Epidemiology (EPID 233), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1992-1993.

Principles of Epidemiology (EPID 160), University of North Carolina-Chapel Hill, Department of Epidemiology, Teaching Assistant, 1990.


### Student Mentoring

Helena Furberg, MSPH, University of North Carolina, 1996, Committee Member

Pamela M. Marcus, PhD, University of North Carolina, 1997, Committee Member

Stella Chang, MPH, Yale University, 1997, Committee Member

Mary Riciutti, MPH, Yale University, 1999, Committee Chair

Edward A. Lew, MPH, Yale University, 1999, Committee Member

Shelley Goodstine, MPH, Yale University, 1999, Committee Member

Rupal Desai, MPH, Yale University, 1999, Committee Member

Pei-Yu Lin, MPH, Yale University, 2000, Committee Chair

Lisa Calvocoressi, Ph.D., Yale University, 2003, Dissertation Reader

Rebecca Cleveland, Ph.D., University of North Carolina, 2003, Committee Member

Leah Sansbury, Ph.D., University of North Carolina, 2004, Committee Member

Sumitra Shantakumar White, Ph.D., University of North Carolina, 2006, Committee Member

Katrina Trivers, Ph.D., University of North Carolina, 2006, Committee Member

Amy Dailey, Ph.D., Yale University, 2006, Dissertation Reader

Enid Rivera, M.D., Duke University, 2008, 3rd year Medical Student Preceptor

Alexis Gaines, Duke University, 2013, Master's Committee Member

Chioma Erondu, Duke University, 2013-14, 3rd year Medical Student Preceptor

Tolulope Teniola, Duke University 2016-17, 3rd year Medical Student Preceptor

Tengteng Wang, University of North Carolina, 2018, Committee Member


## COMMITTEES AND SERVICE

Standing Committee on Misconduct in Research, Duke University School of Medicine, 2017-present

Senior Faculty Advisory Committee, Office for Research Mentoring, Duke University School of Medicine, 2016-present

Academy of Mentors, Office of Faculty Mentoring, Duke University School of Medicine, 2014-16

Society for Epidemiologic Research.  Reviewer for Tyroler and Lilienfeld Prize Papers, 2015

Appointments, Promotions and Tenure Committee, Department of Community and Family Medicine, Duke University Medical Center.  Committee Member, 2008-2018

Quality Assurance Sub-Committee for Clinical Research Units, Duke University Medical Center, Committee Chair, 2013-2014

Quality Assurance Sub-Committee for Clinical Research Units (formerly Site-based Research Units), Duke University Medical Center, Committee Member, 2011-2013

Path to Independence Faculty Mentoring Program, Duke University School of Medicine, Peer Reviewer, 2012-2018

Society for Epidemiologic Research.  Abstract reviewer for annual meeting, 2011

Cancer Prevention, Detection and Control Research Program, Duke University Medical Center, Cancer Control Pilot Study application reviewer,  2010, 2011

Executive Council, Department of Community and Family Medicine, Duke University Medical Center 2009-present

Education Committee, Department of Community and Family Medicine, Duke University Medical Center, 2009-2017

Faculty Search Committee, Cancer Prevention, Detection and Control Research Program, 2010

Duke Cancer Institute, Editorial Advisory Committee Member, 2010-2011

Duke Comprehensive Cancer Center Annual Meeting, Judge for poster presentations, 2009

Director Search Committee, Cancer Prevention, Detection and Control Research Program, 2009

Partners Allied in Research (PAIR) Pilot Grant application reviewer, Cancer Prevention, Detection and Control Research Program, 2005

**Editorial Reviewer**

American Journal of Epidemiology
Archives of Gynecology and Obstetrics
Breast Diseases
Cancer
Cancer Causes and Control
Cancer Research
Epidemiology
Gynecologic Oncology
International Journal of Epidemiology
Journal of Community Development
J of the Women's American Medical Assn
Lancet
Nutrition and Cancer
Public Health Nutrition
Women and Health

Annals of Epidemiology
Breast Cancer Research and Treatment
British Medical Journal-Cancer
Cancer Biomarkers
Cancer Epidemiology Biomarkers and Prevention
Clinical Breast Cancer
Ethnicity and Disease
International Journal of Cancer
JAMA
Journal of the National Cancer Institute
Journal of Women's Health
Lancet Oncology
Pharmacogenomics
Trends in Molecular Medicine

## CURRENT RESEARCH

Epidemiology of breast and ovarian cancer
Ovarian function after hysterectomy
Racial differences in disease risk and outcomes
Medication use and cancer risk
Etiologic factors for uterine fibroids

## EXTERNAL SUPPORT - PAST

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Barbara Hulka | 25% | High-Density Lipoprotein Cholesterol and Breast Cancer, National Cancer Institute, R03, Supported dissertation research | $72,234 | 1992 – 1993 |

| Beth Newman | 100% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $1,275,000 | 1992 – 1995 |
|---|---|---|---|---|
| Beth Newman | 50% | Carolina Breast Cancer Study, Project 2 SPORE in Breast Cancer, National Cancer Institute, P50. | $2,511,146 | 1995 - 1996 |
| Patricia Moorman | 50% | Medication Use and Breast Cancer in a Bi-racial Population, National Cancer Institute, R29-FIRST Award. | $498,302 | 1996 – 2002 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, North Carolina Division of American Cancer Society Small Grant. | $2500 | 1997 |
| Patricia Moorman | 0% | Carolina Breast Cancer Study Participant Symposium, Susan G. Komen Breast Cancer Foundation Small Grant. | $5000 | 1997 |
| Joellen Schildkraut | 10% | Carolina Georgia Center, Cancer Genetics Network, National Cancer Institute, U-24. | $4,028,129 | 2002 – 2004 |
| Patricia Moorman | 0% | Non-steroidal Anti-Inflammatory Drugs and Breast Cancer: A Study of Gene-Environment Interactions among African-American and White Women, Minority Serving Institution Partnership Grant, Pilot Funds. | $28,040 | 2003 – 2004 |
| Celette Skinner | 5% | Partnerships to Eliminate Disparities in Cancer Outcomes and Research, National Cancer Institute, National Cancer Institute. | $517,743 | 2002 – 2006 |
| Patricia Moorman | 0% | Diversity Supplement to RO1 AG020162 Ovarian Failure Among Hysterectomized Women, National Institute on Aging (Note: Grant was awarded but post-doc accepted another position.) | $169,720 | 2006 |
| Andrew Berchuck | 5% | Biological Basis for Chemoprevention of Ovarian Cancer, Department of Defense. | $824,000 | 2002 – 2007 |
| Stephen Freedland | 5% | Weight Loss and Gain and Cancer Free Survival after Radical Prostatectomy in a Multiethnic Cohort. Prostate Cancer Foundation. | $100,000 | 2007-2009 |
| Joellen Schildkraut | 10% | Genetic Modifiers of BRCA1 and BRCA2, Project 3 SPORE in Breast Cancer. National Cancer Institute. | $1,795,862 | 2003 – 2009 |
| Joellen Schildkraut | 10% | Molecular Epidemiology of Ovarian Cancer. National Cancer Institute. | $3,750,000 | 2003 – 2010 |

| Patricia Moorman | 40% | Ovarian Failure among Hysterectomized Women.<br>National Institute on Aging. | $3,781,480 | 2003 - 2010 |
|---|---|---|---|---|
| Patricia Moorman (Sub-contract PI) | 3% | Cancer Genetics Network.<br>National Cancer Institute. | ~$25,000 | 2010 – 2012 |
| Laura Havrilesky | 15% | Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer.<br>Agency for Healthcare Research and Quality | $486,476 | 2010 - 2012 |
| Jeffrey Marks | 5% | Atlantic Breast and Gynecologic Clinical Validation Center.<br>National Cancer Institute | >$1,500,000 | 2010 - 2013 |
| Cathrine Hoyo | 5% | Disparities in Cervical Cancer Precursors and Deregulation of Imprinted Genes<br>National Cancer Institute | ~$200,000 | 2012 – 2013 |
| Emanuel Trabuco (Moorman, Duke PI) | 2% | Anti-Müllerian Hormone as a Marker of Ovarian Reserve in Women with and without Hysterectomy.<br>Mayo Clinic Internal Funds | $100,000 | 2012 – 2013 |
| Evan Myers | 10% | Systematic Review of Cancer Screening Literature for Updating American Cancer Society Breast Cancer Screening Guidelines<br>American Cancer Society | ~$400,000 | 2013 - 2014 |
| Joellen Schildkraut | 9% | Cancer Education and Career Development Training Grant.<br>National Cancer Institute | ~$1,400,000 | 2009 – 2014 |
| Patricia Moorman (Sub-contract PI) | 5% | Rare Cancer Genetics Network<br>National Cancer Institute | ~$240,000 | 2010 – 2016 |
| Joellen Schildkraut (Moorman, co-PI) | 20% | Epidemiology of Ovarian Cancer in African American Women<br>National Cancer Institute | ~$12,000,000 | 2010 – 2017 |
| Gillian Sanders | 10% | Management of Infertility<br>Evidence-Based Practice Center | | 2015-2016 |
| Gillian Sanders | 10% | Management of Labor Dystocia<br>Evidence-Based Practice Center | | 2016 |
| Gillian Sanders | 15% | Office of Women's Health – Topic Development<br>Evidence-Based Practice Center | | 2016 |
| Evan Myers | 5% | Comparing Management Options for Management: Patient-centered Results for Uterine Fibroids (COMPARE-UF)<br>PCORI | ~$19,000,000 | 2014 – 2018 |

**EXTERNAL SUPPORT - CURRENT**

| Principal Investigator | % effort | Title of Project and Funding Source | Total Costs | Duration |
|---|---|---|---|---|
| Joellen Schildkraut (Moorman, sub-contract PI) | 13% | Exploring Factors Related to Racial Disparities in Ovarian Cancer Incidence and Survival:  The OCWAA (Ovarian Cancer in Women of African Ancestry) Consortium National Cancer Institute | ~$450,000 | 2017 - 2021 |

**PERSONAL INFORMATION**

**Work address:**  DUMC Box 2715, 2424 Erwin Road, Suite 602, Durham, NC 27705

**Work phone #:**  (919) 681-4557

**E-mail address:**  patricia.moorman@duke.edu

**Home address:**  3 Skipwith Court,  Durham, NC 27707

**Home phone #:**  (919) 419-9301

**Marital status:**  Married

**Spouse's name:**  Allan R. Moorman, Ph.D.

Exhibit 23

Patricia Moorman, Ph.D., M.S.P.H.

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

GAIL INGHAM, ET AL.,            )
                               )
            Plaintiffs,         )
                               )
vs.                            ) Case No.
                               ) 1522-CC10417-01
JOHNSON & JOHNSON, ET AL.,     ) Division 10
                               )
            Defendants.         )
_____/

DEPOSITION OF PATRICIA MOORMAN, Ph.D., M.S.P.H.

(Taken by Defendants)

Durham, North Carolina

Monday, March 12, 2018

Reported in Stenotype by
Amy A. Brauser, RPR, RMR, CRR
Transcript produced by computer-aided transcription

Patricia Moorman, Ph.D., M.S.P.H.

| Page 2 |
|---|

```
 1              APPEARANCES
 2  ON BEHALF OF THE PLAINTIFFS:
 3     STEVE FARIES, ESQUIRE
        The Lanier Law Firm
 4      6810 Cypress Creek Parkway
        Houston, Texas 77069
 5      (713) 659-5200
        steve.faries@lanierlawfirm.com
 6
    ON BEHALF OF THE DEFENDANTS JOHNSON & JOHNSON AND
 7  JOHNSON & JOHNSON CONSUMER COMPANIES INC., NOW KNOWN
    AS JOHNSON & JOHNSON CONSUMER INC.:
 8
       MARK HEGARTY, ESQUIRE
 9     Shook, Hardy & Bacon, LLP
       2555 Grand Boulevard
10     Kansas City, Missouri 64108
       (816) 474-6550
11     mhegarty@shb.com
12  ON BEHALF OF THE DEFENDANT IMERYS TALC AMERICA, INC:
13     MICHAEL R. KLATT, ESQUIRE
       Gordon & Rees, LLP
14     816 Congress Avenue, Suite 1510
       Austin, Texas 78701
15     (512) 391-0197
       mklatt@grsm.com
16
    ON BEHALF OF THE WITNESS:
17
       JEFF GIBSON, ESQUIRE
18     Cohen & Malad, LLP
       One Indiana Square, Suite 1400
19     Indianapolis, Indiana 46032
       (317) 636-6481
20     jgibson@cohenandmalad.com
21
22
23  ALSO PRESENT:
24     Michelle A. Parfitt
25
```

| Page 3 |
|---|

```
 1        DEPOSITION OF PATRICIA MOORMAN, Ph.D.,
 2  M.S.P.H., a witness called on behalf of Defendant,
 3  before Amy A. Brauser, Notary Public, in and for the
 4  State of North Carolina, at Cambria Hotel & Suites
 5  Durham, 2306 Elba Street, Durham, North Carolina, on
 6  Monday, the 12th day of March, 2018, commencing at
 7  9:01 a.m.
 8              * * * * * * * *
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| Page 4 |
|---|

```
 1        INDEX OF EXAMINATIONS
 2  By Mr. Hegarty. . . . . . . . . . . Page 8, 344, 355
 3  By Mr. Klatt. . . . . . . . . . . . Page 290, 359
 4  By Mr. Faries. . . . . . . . . . . Page 353
 5
 6
 7        INDEX OF EXHIBITS
 8  NUMBER     DESCRIPTION          MARKED/IDENTIFIED
 9  Exhibit 1   Plaintiff's Disclosure of        16
10             Expert Testimony
11  Exhibit 2   CV of Patricia Moorman,          19
12             Ph.D., M.S.P.H.,
13  Exhibit 3   Reliance Materials of Patricia   19
14             Moorman, Ph.D.
15  Exhibit 4   April 1, 2014, letter from FDA   86
16             to Samuel Epstein
17  Exhibit 5   NCI PDQ Screening and           94
18             Prevention Editorial Board
19  Exhibit 6   Ovarian, Fallopian Tube, and    96
20             Primary Peritoneal Cancer
21             Prevention (PDQ)- Health
22             Professional Version
23  Exhibit 7   IARC Monographs on the         105
24             Evaluation of Carcinogenic
25             Risks to Humans
```

| Page 5 |
|---|

```
 1        INDEX OF EXHIBITS  (con't)
 2  Exhibit 8    Supplemental Selenium May      147
 3             Decrease Ovarian Cancer Risk in
 4             African-American Women
 5  Exhibit 9    Analgesic Medication Use and   149
 6             Risk of Epithelial Ovarian
 7             Cancer in African-American Women
 8  Exhibit 10   Dietary Quality and Ovarian    151
 9             Cancer Risk in African-American
10             Women
11  Exhibit 11   Socioeconomic Status in Relation  154
12             to the Risk of Ovarian Cancer in
13             African-American Women:  A
14             Population-Based Case-Control
15             Study
16  Exhibit 12   Ovarian Cancer Risk Factors    159
17             in African-American and White
18             Women
19  Exhibit 13   Primary Peritoneal and Ovarian  167
20             Cancers:  An Epidemiological
21             Comparative Analysis
22  Exhibit 14   Racial/Ethnic Differences in   174
23             the Epidemiology of Ovarian
24             Cancer:  A Pooled Analysis of
25             12 Case-Control Studies
```

2  (Pages 2 to 5)

Patricia Moorman, Ph.D., M.S.P.H.

Page 6

1          INDEX OF EXHIBITS  (con't)
2   Exhibit 15  Association between Body Powder   187
3           Use and Ovarian Cancer:  The
4           African American Cancer
5           Epidemiology Study (AACES)
6   Exhibit 16  Perineal Talc Exposure and        193
7           Epithelial Ovarian Cancer Risk
8           in the Central Valley of California
9   Exhibit 17  Perineal Talc Exposure and        194
10          Subsequent Epithelial Ovarian
11          Cancer:  A Case-Control Study
12  Exhibit 18  Association Between Talc Use       196
13          and Ovarian Cancer A
14          Retrospective Case-Control Study
15          in Two US States
16  Exhibit 19  Perineal use of Talc and Risk     224
17          of Ovarian Cancer
18  Exhibit 20  Genital use of Talc and Risk of   230
19          Ovarian Cancer: A Meta-analysis
20  Exhibit 21  Genital Powder Use and Risk of    256
21          Ovarian Cancer: A Pooled
22          Analysis of 8,525 Cases and
23          9,859 Controls
24
25

Page 7

1          INDEX OF EXHIBITS  (con't)
2   Exhibit 22  Defendant's Johnson & Johnson     283
3           and Johnson & Johnson Consumer
4           Inc.'s First Amended Notice with
5           subpoena Duces Tecum of Deposition
6           of Patricia Moorman, Ph.D., M.S.P.H.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1       PATRICIA GRIPKA MOORMAN, Ph.D., M.S.P.H.,
2   having been first duly sworn to tell the truth, was
3   examined and testified as follows:
4                    EXAMINATION
5   BY MR. HEGARTY:
6       Q.   Good morning, Dr. Moorman.
7       A.   Good morning.
8       Q.   Would you, please, state your full name
9   for the record?
10      A.   Okay.  My name is Patricia Gripka Moorman.
11      Q.   Dr. Moorman, who is your current employer?
12      A.   Duke University.
13      Q.   Duke University in Durham, North Carolina?
14      A.   Yes, that's correct.
15      Q.   We are here today in Durham, North
16  Carolina, correct?
17      A.   Yes, that is correct.
18      Q.   How long have you been employed by Duke
19  University?
20      A.   I have -- for almost 18 years.
21      Q.   What is your current title at Duke?
22      A.   Professor in department of community and
23  family medicine.
24      Q.   How does the department of community and
25  family medicine compare to the medical school at Duke?

Page 9

1   Are they related, connected, the same thing?  What's
2   the relationship, if any?
3       A.   Okay.  The department of community and
4   family medicine is one of the departments within the
5   School of Medicine.
6       Q.    Apart from your work at Duke, do you have
7   any type of separate consulting business?
8       A.   No, I do not.
9       Q.    With regard to the fees you would earn,
10  assuming that you earn fees, from testifying in this
11  case, do they -- do those fees go to you personally?
12      A.   Yes, they do.
13      Q.   Besides your work at Duke and any fees
14  generated in connection with your work on this case,
15  do you have any other sources of income?
16      A.   Very occasionally I will receive like fees
17  like from NIH or Department of Defense if I do grant
18  reviews.
19      Q.   Besides those fees, any other sources of
20  income?
21      A.   No.
22      Q.   What is your rate -- hourly rate or
23  otherwise that you're charging for your testimony in
24  this case?
25      A.   It is $400 per hour.

Patricia Moorman, Ph.D., M.S.P.H.

Page 10

1      Q.   How much have you been paid by Plaintiffs'
2  attorneys in this case so far?
3      A.   I have not billed them yet.  I have
4  received nothing so far.
5      Q.   Have you prepared any type of invoice that
6  you've not yet sent?
7      A.   I have not prepared an invoice.
8      Q.   Have you kept track of the amount --
9  number of hours you have spent working on the case
10 that we're here to talk about here today?
11     A.   Yes, I have.
12     Q.   How many hours have you spent -- I'm sorry
13 to interrupt.
14     A.   Okay.  I estimate it's approximately 50
15 hours.
16     Q.   Would those hours include your review of
17 materials?
18     A.   Yes, it would.
19     Q.   Would those hours include your meetings,
20 if any, with the Plaintiffs' counsel in this case?
21     A.   Yes, it would.
22     Q.   Were you paid any type of retainer before
23 you started working on this case?
24     A.   No, I have not.
25     Q.   What is your business address at Duke?

Page 11

1      A.   My business address is Box 2715,
2  2424 Erwin Road, Suite 602, Durham, North Carolina
3  27705.
4      Q.   Dr. Moorman, we're here today to take your
5  deposition in the case of Ingham, et al., versus J&J,
6  et al.  Do you understand that?
7      A.   Yes, I do.
8      Q.   Do you know where that case is pending?
9      A.   Yes, in Missouri.
10     Q.   Do you know where in Missouri?
11     A.   I believe St. Louis.
12     Q.   Have you ever been to the city of
13 St. Louis?
14     A.   Yes, I have.
15     Q.   When's the last time you've been there?
16     A.   Probably at least five years ago.
17     Q.   Are you aware that you've been designated
18 as a testifying expert in the Ingham case?
19     A.   Yes, I am.
20     Q.   When were you first contacted about
21 possibly serving as an expert witness in the Ingham
22 case?
23     A.   It was in December of 2017.
24     Q.   So less than four months ago?
25     A.   Yes.

Page 12

1      Q.   Who contacted you?
2      A.   I was contacted by Mr. Faries.
3      Q.   Was this a contact by telephone?
4      A.   Let's see.  I'm -- we had -- the first
5  time I met him was in-person meeting.
6      Q.   Before that, was the meeting set up by
7  telephone?
8      A.   I don't recall if it was telephone or
9  e-mail.
10     Q.   So was this a situation where you had had
11 no prior contact with Mr. Faries?
12         MR. HEGARTY:  Did I say that right?
13         MR. FARIES:  Faries, like the Ferris
14     wheel.  It just doesn't look that way.
15 BY MR. HEGARTY:
16     Q.   Mr. Faries or any attorney for the
17 Plaintiffs in this case?  Was this a call or an e-mail
18 out of the blue, so to speak?
19         MR. FARIES:  Objection to form.
20 BY MR. HEGARTY:
21     Q.   You can answer.
22         MR. FARIES:  Just -- just answer the best
23     that you recall.
24         THE WITNESS:  No, it wasn't a call "out of
25     the blue."

Page 13

1  BY MR. HEGARTY:
2      Q.   Do you know how the contact or the
3  communication came about?
4      A.   I have talked with Mr. Gibson and
5  Mr. Gibson made the contact.
6      Q.   Who is Mr. Gibson with?
7      A.   He is with the law firm Cohen & Malad.
8      Q.   Had you had contact with him prior to
9  hearing from Mr. Faries either by e-mail or by
10 telephone?
11     A.   Yes, I have.
12     Q.   When have you had contact with Mr. Gibson?
13         MR. FARIES:  Okay, hang on.  I'm going to
14     object to that question, that this witness is
15     not authorized to speak of communications or
16     activities she's had with other law firms.  She
17     is not a disclosed as a -- she's never testified
18     or had a report or anything of that matter with
19     any other firms so that is off limits for her
20     deposition today.
21         MR. HEGARTY:  Fair enough.
22 BY MR. HEGARTY:
23     Q.   Dr. Moorman, are you aware if you've been
24 designated to testify as an expert in any other case
25 besides the Ingham case?

4 (Pages 10 to 13)

Patricia Moorman, Ph.D., M.S.P.H.

Page 14

1    A.  I'm -- I'm not sure of the -- what do you
2  mean by "designated"?
3    Q.  Let me -- let me ask it a different way.
4    A.  Okay.
5    Q.  Are you aware if you've been disclosed in
6  some formal way as a testifying expert in any case
7  other than the case we're here to talk about today,
8  the Ingham case?
9    A.  Yes, I believe so.
10    Q.  Do you know what other case you've been
11  disclosed as a testifying expert in?
12    A.  I do not know the name of the plaintiff in
13  that case.
14    Q.  Do you know where that case is pending?
15    A.  Not precisely.
16    Q.  Do you know the attorneys for the
17  plaintiffs in that other case?
18    A.  Yes.
19    Q.  Who are they?
20    A.  Michelle Parfitt and Jeff Gibson.
21    Q.  It's your understanding, though, that
22  you've actually been formally disclosed in some sort
23  of court document as a testifying expert in that other
24  case?
25    A.  I believe so, but I am not absolutely

Page 15

1  sure.
2    Q.  Do you recall when that disclosure was?
3    A.  No, no, I do not.
4    Q.  Do you know when you started working with
5  Mr. Gibson in connection with that other case in which
6  you have been disclosed in?
7    MR. FARIES:  Okay, hang on.  I object to
8  that question.  Obviously, the witness doesn't
9  know whether she's been disclosed or not, she
10  doesn't know what that means, and you -- you
11  know that there has been no Rule 26 Disclosure
12  for Ms. Moorman or any other plaintiff expert in
13  the MDL talc litigation.  So this witness is not
14  here to discuss whatever has going on with
15  other lawyers and other firms.
16    MR. KLATT:  Well, she has been disclosed
17  in a publicly filed document in the MDL.
18    MR. FARIES:  That is not a Rule 26
19  Disclosure.  That was a letter to -- to the
20  court on a list of experts that the plaintiffs
21  in the MDL are just so-called working with.  It
22  is not a -- clearly not a Rule 26 Disclosure and
23  was never intended to be so.
24    MR. HEGARTY:  We'll come back to that.
25

Page 16

1  BY MR. HEGARTY:
2    Q.  As far as your work in this case, though,
3  you understand that that connection was with
4  Mr. Faries beginning back in December, correct?
5    A.  That is correct.
6    Q.  With regard to that initial contact or
7  communication with Mr. Faries, do you recall when it
8  was you agreed to serve as a testifying expert in the
9  Ingham case?
10    A.  I believe that was in December.
11    Q.  Do you recall the date of that
12  communication or contact?
13    A.  Not the exact date, no, I do not.
14    (EXHIBIT NUMBER 1 WAS MARKED FOR IDENTIFICATION.)
15  BY MR. HEGARTY:
16    Q.  Dr. Moorman, I'm going to mark as Exhibit
17  Number 1 a pleading filed by Plaintiffs entitled
18  Plaintiffs' Disclosure of Expert Testimony.  Would you
19  take a look at Exhibit Number 1, in particular if you
20  could turn over to page 9 of that exhibit where it
21  refers to you, and first of all, tell me whether
22  you've ever seen this disclosure prior to right now?
23    MR. FARIES:  Are you referring to just her
24    piece or the whole document?
25    MR. HEGARTY:  Fair point.

Page 17

1  BY MR. HEGARTY:
2    Q.  Can you tell me whether you've ever seen
3  the paragraph under your name before right now?
4    A.  I have seen it very recently.
5    Q.  When you say "very recently," can you be
6  more precise?
7    A.  Within the last week.
8    Q.  Would it be a correct statement, then,
9  that you did not write the paragraph on page 9 that is
10  below your name?
11    A.  That is correct.
12    Q.  When you reviewed -- or let me strike
13  that.
14    Is everything in your disclosure, the
15  paragraph under your name on page 9, correct and
16  accurate?
17    A.  It is not exactly as I would have written
18  it and some minor points.  Okay.  So in the first
19  sentence it says that I am and have been the principal
20  investigator of a number of ovarian cancer studies.  I
21  think it's important to kind of qualify that.  I have
22  been the principal investigator on a subcontract for
23  these studies.  I have been the -- an investigator on
24  a number of ovarian cancer studies, but the overall PI
25  for these studies is someone else.

5 (Pages 14 to 17)

Patricia Moorman, Ph.D., M.S.P.H.

Page 18

1    Q.   When you say "these studies," what studies
2  are you referring to?
3    A.   I'm referring to the African-American
4  Cancer Epidemiology Study and also I'm currently
5  funded on a study called the -- it's a consortium,
6  Ovarian Cancer in Women of African Ancestry.
7    Q.   Who -- who is the principal investigator
8  in the African-American study?
9    A.   That is Joellen Schildkraut and -- okay.
10   Q.   The next sentence is not accurate, is it?
11   A.   No, it is not.
12   Q.   The study that is referenced there is not
13  a meta-analysis; is that correct?
14   A.   That is correct.
15   Q.   So that's a mistake, right?
16   A.   Yes.
17   Q.   The study designated there, entitled
18  there, Association Between Body Powder Use and Ovarian
19  Cancer:  The African-American Cancer Epidemiology
20  Study, is a retrospective case-control study, correct?
21   A.   Yes, it is.
22   Q.   Is there any other part of that disclosure
23  that needs clarifying or correction?
24   A.   No.
25   Q.   Besides pointing out that the study we

Page 19

1  referenced is not a meta-analysis that you are not the
2  principal investigator on the African-American study,
3  is there anything else that you feel that needs to be
4  clarified or explained better than this paragraph sets
5  out?
6    A.   No.
7    Q.   You also brought with you today a copy of
8  your CV which I'm marking as Exhibit Number 2.
9    (EXHIBIT NUMBER 2 WAS MARKED FOR IDENTIFICATION)
10  BY MR. HEGARTY:
11   Q.   Would you look at Exhibit Number 2 and
12  tell me whether that is a copy of your curriculum
13  vitae and whether it is the current copy?
14   A.   Yes, it is my CV, and yes, it is a current
15  copy.
16   Q.   Thank you.
17   (EXHIBIT NUMBER 3 WAS MARKED FOR IDENTIFICATION)
18  BY MR. HEGARTY:
19   Q.   Plaintiffs' counsel provided to us in
20  advance of your deposition what I'm marking as Exhibit
21  Number 3 which is a document entitled, Reliance
22  Materials of Patricia Moorman, Ph.D., produced March
23  5, 2018.  I'm going to hand you a copy of that --
24   MR. FARIES:  Thank you.
25

Page 20

1  BY MR. HEGARTY:
2    Q.   -- exhibit and would you look at it and
3  tell me whether you've seen that document before
4  today?
5    (WITNESS REVIEWS DOCUMENT)
6    A.   Yes, I have seen it.
7    Q.   When did you first see this document,
8  Exhibit Number 3?
9    A.   Within the last week, a few days ago.
10   Q.   Did you prepare Exhibit Number 3?
11   A.   No, I did not.
12   Q.   Do you know who prepared it?
13   A.   It was prepared by Mr. Faries or his firm.
14   Q.   Did you review Exhibit Number 3 before it
15  was finalized, so to speak, and when it was in draft
16  form?
17   A.   He showed it to me and no changes were
18  made so . . .
19   Q.   Did you have a chance to review it?
20   A.   Yes.
21   Q.   Is it accurate?  In other words, does
22  Exhibit Number 3 contain the materials that you rely
23  upon for purposes of your opinions in this case?
24   MR. FARIES:  Objection to form.
25   Just answer the best that you can.

Page 21

1    THE WITNESS:  Okay.  It is -- my opinion
2    is based on documents as well as the knowledge
3    that I have acquired over more than two decades
4    as an epidemiologist.
5  BY MR. HEGARTY:
6    Q.   For purposes of the opinions that you
7  intend to offer, and we'll get to those here shortly,
8  do you rely on all of the materials set out in Exhibit
9  Number 3?
10   MR. FARIES:  Objection to form.
11   MR. HEGARTY:  You can answer.
12   MR. FARIES:  Just answer the best that you
13   can.
14   THE WITNESS:  Could you repeat the
15   question?
16  BY MR. HEGARTY:
17   Q.   Sure.
18   A.   Again.
19   Q.   For purposes of the opinions that you
20  intend to offer in this case that we'll get to here
21  shortly, do you rely on all of the materials that are
22  identified in Exhibit Number 3?
23   MR. FARIES:  Same objection.
24   THE WITNESS:  Okay.  I am not entirely
25   sure what you mean by the term "rely" in this

6 (Pages 18 to 21)

Patricia Moorman, Ph.D., M.S.P.H.

| Page 22 | Page 24 |
|---|---|

**Page 22**

1    context. I consider these materials so . . .
2    Okay.
3    BY MR. HEGARTY:
4    Q.   In forming your opinions for purposes of
5    this case, are there materials in Exhibit Number 3
6    that are more important to you than others?
7        MR. FARIES: Objection to form.
8        THE WITNESS: I consider everything. I --
9    I think that peer-reviewed literature is
10   weighted more heavily in my opinion than, for
11   example, some of the internal documents or even
12   testimony.
13   BY MR. HEGARTY:
14   Q.   Are you able to look at Exhibit Number 3
15   and identify particular studies that are the most
16   important to you for purposes of your opinions in this
17   case?
18       MR. FARIES: Objection to form.
19       THE WITNESS: No, I consider all of them.
20   My opinion is based on a full body of
21   literature, and I would not say that any are
22   more important or less important. The whole
23   body of literature is important.
24   BY MR. HEGARTY:
25   Q.   You mentioned that you rely on your

**Page 23**

1    experience as well -- as well as what's listed in
2    Exhibit Number 3. Do you recall saying that or
3    something to that effect?
4    A.   Yes.
5    Q.   In terms of, though, documents that you
6    intend to rely upon for purposes of your opinions in
7    this case, are there any such documents that are not
8    included in Exhibit Number 3?
9        MR. FARIES: Objection to form.
10       THE WITNESS: Once again, could you repeat
11   the question?
12   BY MR. HEGARTY:
13   Q.   Sure. For purposes of your opinions in
14   this case, do you intend to rely on materials,
15   documents, studies, et cetera, that are not referenced
16   in Exhibit Number 3?
17       MR. FARIES: Objection to form.
18       THE WITNESS: Okay. Again, how you are
19   using the term "rely," I am not entirely sure of
20   that. I do not believe that I am going to
21   specifically cite other references, but, you
22   know, I consider -- I consider references here
23   and, again, things that I might have knowledge
24   of from my years of working as an
25   epidemiologist.

**Page 24**

1    BY MR. HEGARTY:
2    Q.   I'll give you a little bit of the basis or
3    a reason for that question which is, this is our
4    chance to understand your opinions and -- and be
5    prepared, then, to follow up on those opinions when it
6    comes time to trial and to do that we want to make
7    sure that we have the opportunity to -- to -- for you
8    to list the materials that you primarily rely on or
9    will cite, call out, in -- for purpose of your
10   opinion. So what -- my question was really to make
11   sure that if there's anything that should be on the
12   reliance list that we received that's not, that I
13   wanted to have those materials identified here today.
14   Do you understand that?
15       MR. FARIES: Objection to form. It's
16   impossible to understand that.
17       MR. HEGARTY: Fair point.
18   BY MR. HEGARTY:
19   Q.   With that background, are there any other
20   materials that you're aware of sitting here today that
21   should be on the reliance list that are not?
22       MR. FARIES: Objection to form and already
23   asked and answered several times.
24       MR. HEGARTY: You can answer.
25       MR. FARIES: Try one more time. Give the

**Page 25**

1    best answer that you can.
2        THE WITNESS: Okay. I am -- cannot think
3    of anything right offhand that I would add to
4    the reliance list.
5    BY MR. HEGARTY:
6    Q.   With regard to the materials on the
7    reliance list, did you gather all these materials
8    yourself?
9    A.   No.
10   Q.   How were they gathered?
11   A.   Different ways. The peer-reviewed
12   articles, those would have arisen from a literature
13   search that I would have performed. Some of the
14   internal documents, some of the transcripts, for
15   example, those would -- not some of them, all of them,
16   would have been provided by the attorneys.
17   Q.   Which attorneys provided you the company
18   documents in the transcripts or litigation reports on
19   the back page?
20   A.   Those were provided to me by Mr. Gibson or
21   Ms. Parfitt.
22   Q.   When did they provide those materials to
23   you?
24   A.   I don't recall exactly. Probably, at
25   least a year ago for most of them.

7 (Pages 22 to 25)

Patricia Moorman, Ph.D., M.S.P.H.

Page 26

1    Q.   You mentioned that with regard to
2  peer-reviewed articles you believe that -- that they
3  were identified through a literature search by you.
4  Were any peer-reviewed articles provided to you by
5  counsel for Plaintiffs?
6    A.   Yes, I -- may I go back just a moment,
7  looking at these --
8    Q.   You're looking at the last page of
9  Exhibit 3?
10    A.   Right, the last page of Exhibit 3.  Some
11  of those documents were provided to me by Mr. Faries.
12  Okay.
13    Q.   Can you identify which of the documents on
14  the last page of Exhibit 3 were provided to you by
15  Mr. Faries?
16    A.   The last three, I believe, were provided
17  by Mr. Faries.
18    Q.   Going back to my question just before
19  that, were any of the peer-reviewed articles that are
20  listed in Exhibit Number 3 provided to you by counsel
21  for Plaintiffs?
22    A.   Mr. Gibson and Ms. Parfitt provided me
23  with some of these, they provided me with materials,
24  but they were, in essence, everything that I had -- I
25  was aware of already.

Page 27

1    Q.   Were these other materials, perhaps the
2  peer-reviewed literature provided to you by Mr. Gibson
3  and Ms. Parfitt, also provided to you at the same time
4  they provided you the transcripts and other documents
5  on the back page?
6    A.   Yes.
7    Q.   You mentioned you did your own research.
8  Was this through a PubMed search, some other type of
9  search like that?
10    A.   A PubMed search is the -- the typical
11  basis for doing a literature search, and in any type
12  of review of the literature, that would be a starting
13  point.  Sometimes other articles are identified in
14  different ways, for example, reviewing articles cited
15  by some of the papers you uncovered.
16    Q.   Is that how you did the search in this
17  case?
18    A.   Yes.
19    Q.   Did anyone assist you in doing the
20  literature searches?
21    A.   No.
22    Q.   Did anyone help you pick out articles to
23  review for purposes of your opinions in this case?
24    A.   No.
25    Q.   Had you read all of the articles -- strike

Page 28

1  that.
2        If we take out the company documents and
3  the litigation materials on the back page and just
4  look at the peer-reviewed articles, had you reviewed
5  all of those peer-reviewed articles before being
6  contacted to serve as an expert for Plaintiffs in this
7  case?
8    A.   No.
9    Q.   Are you able to -- if we had time and we
10  may come back to it, could you go through this list,
11  if I asked you to, and identify the articles you had
12  not reviewed before being contacted by Plaintiffs'
13  counsel in this case?
14    A.   I don't think that I would be able to do
15  that.
16    Q.   Fair enough.
17        Is it your belief that with regard to the
18  peer-reviewed literature in Exhibit Number 3 that
19  the -- Exhibit Number 3 includes all of the literature
20  that's in the public domain with regard to talc and
21  ovarian cancer?
22        MR. FARIES:  Objection to form.
23        I'm sorry.  When I object, you can still
24  answer --
25        THE WITNESS:  Okay.

Page 29

1        MR. FARIES:  -- to the best you can.
2        THE WITNESS:  Okay.  Once again, if you
3  wouldn't mind repeating the question.
4  BY MR. HEGARTY:
5    Q.   Sure.  Is it your belief that Exhibit
6  Number 3, as far as peer-reviewed literature, contains
7  all of the articles there are in the public domain
8  regarding talc and ovarian cancer?
9        MR. FARIES:  Objection to form.
10        THE WITNESS:  I would say probably not.
11  BY MR. HEGARTY:
12    Q.   Were there articles that you reviewed that
13  concern talc and ovarian cancer that are not listed on
14  Exhibit Number 3?
15    A.   No, I don't believe so.
16    Q.   Why is it your belief that Exhibit
17  Number 3 doesn't include all of the articles in the
18  public domain about talc and ovarian cancer?
19    A.   Okay.  It reflects my expertise and what I
20  was asked to do.  I am an epidemiologist.  I have no
21  doubt that there may be literature in other fields
22  that may be relevant to this that I do not have the
23  expertise in, so it may be either more lab science
24  types of articles, possibly material sciences, and so
25  I feel that I have reviewed all of the epidemiologic

8 (Pages 26 to 29)

Patricia Moorman, Ph.D., M.S.P.H.

Page 30

1   literature, but I did -- cannot say with complete
2   assurance that I have reviewed all of the literature
3   related to talc and ovarian cancer.
4       Q.   With regard to the materials listed in
5   Exhibit Number 3, did you review the entirety of all
6   of them?
7       A.   I have looked at all of them.  Okay.  Some
8   of them are clearly in more detail than others.
9       Q.   With regard to just the peer-reviewed
10  literature, did you review every page of every article
11  listed?
12      A.   Probably not.
13      Q.   With regard to the company documents that
14  are listed on page 15 of 16, did you review the
15  entirety of all of those documents?
16      A.   I looked at them and really did not give a
17  lot of weight to them.  I didn't read them in great
18  detail.  It was somewhat hard to put them into
19  context, and so I -- I saw them, but I just didn't
20  weight them heavily at all in my opinions.
21      Q.   Did you review all of the materials listed
22  on the last page in their entirety, in other words,
23  read every page?
24      A.   No, I did not.
25      Q.   Did you review the entirety of any of the

Page 31

1   materials cited on the last page of Exhibit Number 3?
2       A.   I have read most of these articles -- or
3   most of these documents to some extent intentionally.
4   I did not, you know -- because I wanted the opinions
5   that I offered to be my opinions, I intentionally
6   tried not to really delve into some of these
7   transcripts, you know, dissecting every word or every
8   page.
9       Q.   Have you read all of the case-control
10  studies, population based and hospital based,
11  regarding whether there is an association between
12  genital talc use and ovarian cancer?
13          MR. FARIES:  Objection to form.
14          THE WITNESS:  I believe that I have.
15  BY MR. HEGARTY:
16      Q.   Do you -- have you concluded any
17  particular papers with regard to the case-control
18  studies that are more important to you than others?
19          MR. FARIES:  Objection to form.
20          THE WITNESS:  As I have replied
21      previously, I'm considering the entire body of
22      literature, it's important to do that, and so
23      all of them are important to make my opinion.
24  BY MR. HEGARTY:
25      Q.   Have you read all of the meta-analysis of

Page 32

1   the case-control studies with regard to whether
2   there's an association between talc use and ovarian
3   cancer?
4           MR. FARIES:  Objection to form.
5           THE WITNESS:  I have read all of the
6       meta-analyses.  Some of them are not restricted
7       to case-control studies.  Some include both
8       cohort studies as well as case-control studies.
9   BY MR. HEGARTY:
10      Q.   With regard to the cohort studies, have
11  you read all of the cohort studies that have looked at
12  talc use and ovarian cancer?
13          MR. FARIES:  Objection to form.
14          THE WITNESS:  Yes, I have.
15  BY MR. HEGARTY:
16      Q.   With regard to the meta-analysis, the
17  case-control studies, the cohort studies, have you
18  carefully assessed the strengths and weaknesses of all
19  of those studies?
20          MR. FARIES:  Objection to form.
21          THE WITNESS:  Yes, I believe that I have.
22  BY MR. HEGARTY:
23      Q.   Before making any conclusions or drawing
24  any opinions with regard to the epidemiologic studies
25  concerning talc use and ovarian cancer, do you agree

Page 33

1   that it's important to account for bias, chance, and
2   confounding in those studies?
3       A.   Whenever I review the scientific
4   literature, it's always important to consider
5   potential sources of bias.
6       Q.   Before reaching any opinions or
7   conclusions about talc and ovarian cancer, do you
8   agree that it would be important to look at the entire
9   body of literature on the subject?
10          MR. FARIES:  Objection to form.
11          THE WITNESS:  Once again, could you,
12      please?
13  BY MR. HEGARTY:
14      Q.   Sure.  Before coming to any opinions with
15  regard to talc and ovarian cancer and their
16  relationship, do you agree that it's -- it would be
17  important to look at the entire body of literature
18  that looks at talc and ovarian cancer?
19          MR. FARIES:  Objection to form.
20          THE WITNESS:  Okay.  If I'm understanding
21      your question correctly, you're asking me should
22      I review the epidemiologic literature as well as
23      literature that may be in fields that are
24      somewhat far afield from my expertise.
25

9 (Pages 30 to 33)

Patricia Moorman, Ph.D., M.S.P.H.

Page 34

1  BY MR. HEGARTY:
2      Q.    Well, I'm not sure that's exactly it, but
3  the entire body of literature as I would define it
4  would include animal studies, cell studies, other
5  medical studies in addition to the epidemiologic
6  literature.  Do you feel like it would be important to
7  review all of that literature as it relates to talc
8  and ovarian cancer before drawing any conclusions
9  about the association, if any, between talc and
10  ovarian cancer?
11         MR. FARIES:  Objection to form.
12         THE WITNESS:  I think that it is important
13      to consider other literature while also
14      recognizing where my expertise is.
15  BY MR. HEGARTY:
16      Q.    Well, did you review all of the animal
17  studies that have looked at the effect of talc?  Let
18  me strike that.
19         Have you reviewed all the animal studies
20  that have looked at the effects of talc on those
21  animals?
22      A.    I have looked at some of the animal
23  studies that have looked at the effects of talc.  That
24  is not my area of expertise so -- my primary area of
25  expertise so I cannot say with certainty that I have

Page 35

1  reviewed all of the animal studies.
2      Q.    Can you name any of the animal studies
3  where animals have been exposed and then the effects
4  looked at?
5      A.    I cannot recall the names of the authors.
6      Q.    Are you aware that cell studies have been
7  done where ovarian cancer cells have been exposed to
8  talc?  Are you aware of that?
9      A.    I am aware that some studies have been
10  done.
11      Q.    Have you reviewed all of the cell studies
12  that have looked at the effects of talc on ovarian
13  cancer cells?
14      A.    Once again, that is an area that is
15  outside my area of expertise.  I have seen some of
16  them.  I have not done a comprehensive review of those
17  studies.
18      Q.    Can you name any of those studies, sitting
19  here today?
20      A.    I can -- off the top of my head, I cannot
21  name the authors.
22      Q.    Have you reviewed studies looking at
23  whether talc is genotoxic?
24      A.    I have looked at some studies that have
25  discussed whether or not it is genotoxic, but once

Page 36

1  again, I am an epidemiologist, I am not a cancer or
2  cell biologist so . . .
3      Q.    Can you name any of the studies that have
4  examined whether talc is genotoxic?
5      A.    Once again, the authors I can't name off
6  the top of my head.
7      Q.    Have you looked at studies exploring
8  whether talc is mutagenic to cells?
9      A.    I have not examined studies in detail for
10  the same reason as I've described previously.
11      Q.    Have you examined or reviewed studies that
12  have looked at whether talc is cytotoxic?
13      A.    Once again, these are all studies in the
14  realm of cell biology, cancer biology, and I have not
15  reviewed them in detail because of my expertise.
16      Q.    Are you an expert in whether talc is
17  genotoxic?
18      A.    No, I would not consider myself an expert.
19      Q.    Do you consider yourself an expert in the
20  cell or animal studies looking at talc and ovarian
21  cancer?
22      A.    No, I do not consider myself an expert
23  there.
24      Q.    Are you an expert in the studies that have
25  looked at whether talc is mutagenic or cytotoxic?

Page 37

1      A.    No, I do not consider myself.
2      Q.    Have you examined all of the studies
3  looking at whether talc can migrate or be transported
4  from the perineum to the ovaries?
5         MR. FARIES:  Objection to form.
6         THE WITNESS:  I have looked at several of
7      them.  I've -- I have reviewed all that I'm
8      aware of.
9  BY MR. HEGARTY:
10      Q.    So Exhibit Number 3 would include all of
11  the migration or translocation studies with regard to
12  talc to the ovaries that you're aware of; is that
13  correct?
14      A.    I think so, but I'm not absolutely sure.
15      Q.    Do you consider yourself an expert in
16  whether talc can migrate or translocate from the
17  perineum to the ovaries?
18      A.    Okay.  I consider myself an expert in the
19  epidemiology of ovarian cancer.  These particular
20  studies I would not necessarily consider myself an
21  expert.
22      Q.    In looking back again at Exhibit Number 3,
23  the very last of testimony that's cited there,
24  are you aware that there are tens of other expert
25  transcripts besides those listed on the back page of

Patricia Moorman, Ph.D., M.S.P.H.

Page 38

1  Exhibit Number 3?  Are you aware of that?
2      A.   I assume that there would be others, but I
3  can't say that I knew that with certainty.
4      Q.   There is one transcript of a Defense
5  expert on the back page of Exhibit Number 3.  Are you
6  aware that there are tens of other transcripts of
7  Defense experts?
8      A.   I -- again, I do not know specifically,
9  but I certainly made the assumption that there were
10 other transcripts than these.
11     Q.   Did you ever ask counsel for Plaintiffs to
12 provide you transcripts or reports of Defense experts
13 in this litigation?
14     A.   No, I did not.
15     Q.   Did you have any interest in reviewing the
16 transcripts or Defense report -- or -- or reports of
17 the Defense experts in this litigation?
18     A.   As I have said previously, I tried to form
19 the opinions based on my review of the literature
20 rather than basing it on someone else's opinions.
21     Q.   If we look at the second-to-last page of
22 Exhibit Number 3, there is a listing of Bates numbers
23 which are company documents which we spoke about a
24 moment ago.  Do you actually rely on any of the
25 company documents listed on this page for your

Page 39

1  opinions in this case?
2      MR. FARIES:  Objection to form.
3      THE WITNESS:  As I said before, I gave
4  these a cursory readthrough.  I found it
5  somewhat difficult to put them into context.
6  They were over large period of time and so I
7  looked at them, I said, okay, there's some
8  information, but it was not something that I
9  weighed heavily in my opinion.
10 BY MR. HEGARTY:
11     Q.   This list was not a list of documents that
12 you put -- you provided.  Let me strike that, that's
13 not -- that's a bad question.
14     The materials listed here as far as Bates
15 numbered documents were provided to you by Plaintiffs'
16 counsel, correct?
17     A.   That is correct.
18     Q.   Are you aware that there are millions of
19 other pages of company documents that have been
20 produced in this litigation?
21     A.   I don't know the volume of it, the
22 millions of pages, I assume that, yes, there were many
23 other documents.
24     Q.   But do you understand that these documents
25 represent a tiny fraction of the total number of

Page 40

1  documents that have been provided in this case by J&J
2  and by Imerys?
3      A.   As I said, I don't know the volume of
4  documents.  I assume that there would be others.
5      Q.   Did you ask to review any other company
6  documents besides those listed in Exhibit Number 3?
7      A.   I did not.
8      Q.   Why didn't you?
9      A.   I felt that my charge was to provide an
10 opinion in my area of expertise, the epidemiology of
11 ovarian cancer, and so I felt that the best way to do
12 that was to rely on the published literature, the
13 peer-reviewed literature.
14     Q.   There was a protective order that was
15 entered in the Ingham case with regard to review of
16 company documents.  Did you sign that protective order
17 before you reviewed the company documents?
18     A.   I believe that I did.
19     Q.   Did -- for purpose of your opinions in
20 this case, did you do any of your own testing to
21 support those opinions?
22     MR. FARIES:  Objection to form.
23     THE WITNESS:  Can you tell me what you
24 mean by "testing"?
25

Page 41

1  BY MR. HEGARTY:
2      Q.   Sure.  Did you do any of your own number
3  crunching or meta-analysis or your own analysis of the
4  data besides what was listed in the published medical
5  literature?
6      A.   I did not perform a meta-analysis on my
7  own.
8      Q.   Did you reanalyze any of the data that's
9  contained in any of the peer-reviewed literature that
10 you reviewed?
11     A.   No, I did not.
12     Q.   Did you come here today prepared to
13 provide to us the opinions that you intend to offer in
14 this case?
15     A.   Yes, I did.
16     Q.   Can you tell me those opinions?
17     A.   Okay.  My primary opinion is that based on
18 the body of scientific literature that with a
19 reasonable degree of scientific certainty that women
20 who have used talcum powder products are at higher
21 risk for ovarian cancer than women who did not use
22 them.
23     Q.   Any other opinions that you intend to
24 offer in this case?
25     MR. FARIES:  Objection to form.

11 (Pages 38 to 41)

Patricia Moorman, Ph.D., M.S.P.H.

Page 42

1    THE WITNESS: Okay. That is my
2  overarching opinion and it is supported by my
3  review of the literature.
4  BY MR. HEGARTY:
5    Q.   And to your knowledge, do you intend to
6  offer any other "overarching" opinions besides that
7  opinion?
8    MR. FARIES: Objection to form.
9    THE WITNESS: I will offer, perhaps, other
10  opinions in support of that primary opinion.
11  BY MR. HEGARTY:
12    Q.   Are there any other primary opinions,
13  though, besides that one?
14    A.   I -- that is my primary opinion, yes.
15    Q.   With regard to your primary opinion, as it
16  relates to women who are exposed to talc versus those
17  who are not exposed to talc, are your opinions that
18  the talc that's at issue is contaminated with
19  asbestos?
20    A.   My opinion is, I'm basing it on exposure
21  to talcum powder products and that it is possible that
22  there are other constituents in the powder other than
23  just than -- other than just talc.
24    Q.   Do you intend to offer the opinion in this
25  case that J&J's baby powder and Shower to Shower

Page 43

1  products have asbestos in them?
2    MR. FARIES: Objection to form.
3    THE WITNESS: Okay. As I have had
4  discussions with Mr. Faries, he has asked me to
5  consider if there is, in fact, evidence of other
6  constituents, including asbestos, in the talcum
7  powder, how that would shape my opinion.
8  BY MR. HEGARTY:
9    Q.   What was your response to that question?
10    A.   My response was that I -- I could consider
11  it as I formulated my opinion.
12    Q.   And did you consider it in formulating
13  your opinions for this case?
14    A.   Yes, I did.
15    Q.   And what was the nature of that
16  consideration?
17    A.   It comes into play in relation to the
18  biological plausibility of this exposure and this
19  outcome.
20    Q.   Did you draw any -- let me back up.
21    Did you analyze for purposes of your
22  opinions in this case biologic plausibility of talc
23  and ovarian cancer?
24    A.   I considered biological plausibility, yes.
25    Q.   When you say "considered," can you tell me

Page 44

1  what you mean?
2    A.   Okay. As I formulated my opinion, as I'm
3  sure you are aware, in epidemiology we often consider
4  the work of Austin Bradford Hill. He laid out some
5  considerations that scientists should reasonably
6  consider as they're trying to form an opinion about
7  causality. Okay. Not -- these are not criteria that
8  have to be checked off, but they kind of lead one
9  through a careful consideration of several, I think
10  that he terms them viewpoints that should be taken
11  into account. And so I did consider what are
12  potential biologically plausible mechanisms for this
13  exposure and this outcome that we're considering.
14    Q.   Do you agree that there is talcum powder
15  that is asbestos-free?
16    MR. FARIES: Objection to form.
17    THE WITNESS: I -- I am not a mineral
18  scientist and so I could not say that with
19  certainty.
20  BY MR. HEGARTY:
21    Q.   Is it your opinion that all talcum powder
22  products are contaminated with asbestos?
23    A.   I, once again, not a mineral scientist who
24  has analyzed all talcum powder products so to say -- I
25  do not think that it is appropriate to give the

Page 45

1  absolutes as you just laid out, either all or none.
2    Q.   Do you have an opinion as to whether --
3  strike that.
4    Do you -- do you have an opinion you
5  intend to offer in this case that all talcum powder
6  products have asbestos contamination?
7    A.   Once again, I would not offer the opinion
8  that "all" have asbestos contamination. I would
9  refrain from, as I said, the absolutes, all of them do
10  or none of them do.
11    Q.   But do you intend to offer the opinion
12  that J&J's baby power and Shower to Shower products
13  over the years have been contaminated with asbestos?
14    A.   I will offer the opinion that I think that
15  there is some evidence that some of their products
16  have had asbestos contamination.
17    Q.   What evidence is that?
18    A.   In the literature it is commonly stated
19  that there was asbestos contamination of talc
20  products, particularly prior to 1976, but there has
21  also been some published literature as well as some
22  documents provided to me by the attorney that
23  suggest -- or that indicates that products since that
24  time period are not asbestos-free.
25    Q.   With regard to the literature, did any of

12 (Pages 42 to 45)

Patricia Moorman, Ph.D., M.S.P.H.

Page 46

1    the -- the literature specifically refer to Johnson's
2    baby powder and Johnson's Shower to Shower products?
3        A.   I actually don't recall that level of
4    detail.  I recall it being described as talcum powder.
5        Q.   With regard to the documents that you
6    mentioned in addition to that literature, are those
7    the documents that you received that are included in
8    Exhibit Number 3?
9            MR. FARIES:  Oh, I'm sorry.
10           THE WITNESS:  Yes.
11   BY MR. HEGARTY:
12       Q.   Have you reviewed all of the testing
13   documents that J&J's provided in this case with regard
14   to the analysis of its talcum powder products?
15       A.   No, I have not.
16       Q.   In fact, have you reviewed any testing
17   documents beyond those, if any, that are referenced in
18   Exhibit Number 3?
19       A.   No, I have not.
20       Q.   Do you understand that J&J has produced
21   tens of thousands of testing documents in this case?
22       A.   Once again, I don't know the volume of
23   documents that J&J has produced.
24       Q.   Do you intend to offer the testimony that
25   J&J's baby powder and Shower to Shower products have

Page 47

1    had asbestos in them without reviewing all of the
2    testing documents that have been produced in this
3    case?
4            MR. FARIES:  Objection to form.
5            THE WITNESS:  There will be -- my -- it is
6        my understanding that there will be other
7        experts who are experts in mineral analysis
8        and -- and testing that will be testifying in
9        this case and I would anticipate that they will
10       have done a much more thorough review of it.  I
11       was -- my opinion here, as I stated previously,
12       was based, in part, on Mr. Faries asking me to
13       make an assumption that some baby powders -- or
14       some talcum powder products do contain
15       constituents other than talc including asbestos.
16   BY MR. HEGARTY:
17       Q.   Have you done anything yourself to verify
18   that assumption?
19       A.   Okay.  I have, again, read peer-reviewed
20   literature that indicates that that is not an
21   unreasonable assumption.
22       Q.   Anything besides the peer-reviewed
23   literature and the review of the company documents
24   identified in Exhibit Number 3 to verify that
25   assumption?

Page 48

1            MR. FARIES:  Objection to form.
2            THE WITNESS:  No.
3    BY MR. HEGARTY:
4        Q.   Do you feel that you've done enough work
5    to verify that assumption?
6            MR. FARIES:  Objection to form.
7            THE WITNESS:  To take that assumption, it
8        was not the full basis of my opinion, but I
9        think that I saw enough to say that this was an
10       opinion with at least some scientific basis,
11       that it was not just pulled out of thin air.
12   BY MR. HEGARTY:
13       Q.   Besides asbestos, did you make -- were you
14   told to make an assumption of any other constituents
15   within talcum powder products?
16       A.   The primary assumption was based on
17   asbestos.
18       Q.   Going back to your primary opinion, is it
19   your opinion that women who are exposed to -- or
20   strike -- strike that.
21           Is it your primary -- is it your opinion
22   that women who use talcum powder products without
23   asbestos are at a higher risk of ovarian cancer than
24   women who did not use them?
25           MR. FARIES:  Objection to form.

Page 49

1            THE WITNESS:  Okay.  My opinion is that
2        the studies on which I am basing my opinion, the
3        epidemiologic studies, it is not possible to
4        distinguish asbestos-containing talc products
5        from talc products that might not contain
6        asbestos, and so I don't think that it is
7        possible with the data I have to make that
8        distinction.  However, I do think that there is
9        biologically plausible reasons to expect that
10       talc could lead to ovarian cancer even if there
11       were no asbestos contained in it.
12   BY MR. HEGARTY:
13       Q.   Going back to your primary opinion, is it
14   your opinion that women who use talcum powder products
15   that do not contain asbestos do have a higher risk of
16   ovarian cancer than women who do not?
17           MR. FARIES:  Objection to form.
18           THE WITNESS:  Okay.  Once again, as I
19       answered just a moment ago, we do not have that
20       data in the epidemiologic studies.  There is no
21       way -- when women report their use of talcum
22       powder products, there is no way for us to say,
23       Did this talcum powder contain asbestos or not.
24   BY MR. HEGARTY:
25       Q.   So you would not be able to -- so you

Patricia Moorman, Ph.D., M.S.P.H.

Page 50

1  would not have the opinion, because you said you can't
2  have the opinion because the data is not there, that
3  women who use talcum powder without asbestos have a
4  higher risk of ovarian cancer than women who do not,
5  correct?
6       A.   Please repeat that one more time.
7       Q.   Sure.  Based on what you said, it cannot
8  be your opinion, then, that women who use talcum
9  powder products without asbestos are at a higher risk
10  of ovarian cancer than women who do not use such
11  talcum powder products, correct?
12          MR. FARIES:  Objection to form.
13          THE WITNESS:  My opinion is based on
14      talcum powder products and the women in the
15      studies that I considered, we -- we don't know.
16      They're -- women who use talcum powder, they
17      don't know, was there asbestos in it or not.
18      They just reported that they used talcum powder
19      products.  So my opinion is based on the use of
20      talcum powder products.
21  BY MR. HEGARTY:
22      Q.   So would -- is it correct, then, that you
23  don't know whether women who use talcum powder
24  products without asbestos are at a higher risk of
25  ovarian cancer than women who don't use such products?

Page 51

1          MR. FARIES:  Objection to form, asked and
2      answered.
3  BY MR. HEGARTY:
4      Q.   You can answer.
5          MR. FARIES:  You can repeat what you've
6      already said and then we'll move on.
7          THE WITNESS:  Okay.  Again, women have
8      reported on talcum powder products and my
9      opinion is based on women who use talcum powder
10      products.  They had no way of knowing, did the
11      products that they used contain asbestos or did
12      not.  Okay.  My opinion is based on the use of
13      the products that they reported.
14  BY MR. HEGARTY:
15      Q.   Have you analyzed any -- strike that.
16          Have you developed any opinions on whether
17  talcum powder without asbestos increases the risk of
18  ovarian cancer?
19      A.   Okay.  My opinion is that there are
20  biologically plausible reasons to -- to think that
21  talc could lead to an increased risk of ovarian cancer
22  even if there was no asbestos contamination.
23      Q.   Understood.
24          That's -- biologic plausibility is one of
25  the Bradford Hill factors, correct?

Page 52

1      A.   Exactly.
2      Q.   There are eight other Bradford Hill
3  factors, correct?
4      A.   Correct.
5      Q.   Have you analyzed all of the Bradford Hill
6  factors besides biologic plausibility with regard to
7  the risk of talc without asbestos in ovarian cancer?
8          MR. FARIES:  Objection to form.
9          THE WITNESS:  The -- the answer remains
10      the same.  We are analyzing data that is based
11      on women reporting talcum powder products.
12      Okay.  And those data -- those are -- the data
13      that were analyzed, those are the data that I
14      considered.  It can only be based on the talcum
15      powder products.  It cannot be based on whether
16      talc didn't -- talc without asbestos or talc
17      with asbestos because it's based just on the
18      reporting of the talcum powder product.
19  BY MR. HEGARTY:
20      Q.   Is there any data out there that has
21  looked at the risk of ovarian cancer with just talcum
22  powder without asbestos?
23          MR. FARIES:  Objection to form.
24          THE WITNESS:  I -- I feel like you're
25      asking me the same question again and again.

Page 53

1      All of the epidemiologic studies are asking
2  about talcum powder product use.  The women
3  would not have been able to -- to say this was
4  without asbestos or with asbestos.  It's based
5  on talcum powder use.
6          MR. FARIES:  Mark, can we take a break
7      now?
8          MR. HEGARTY:  Yeah.
9          MR. FARIES:  Been going a little over an
10      hour.
11          THE WITNESS:  Okay.
12      (RECESS TAKEN FROM 10:04 A.M. TO 10:20 A.M.)
13          MR. HEGARTY:  We're back on the record.
14  BY MR. HEGARTY:
15      Q.   Dr. Moorman, going back to your primary
16  opinion, is it your opinion -- is it going to be your
17  opinion in this case that talcum powder products cause
18  ovarian cancer?
19      A.   Yes, it will be.
20      Q.   And if I were to ask you the same
21  questions I asked you about talc without asbestos,
22  your answers -- as I did when I asked you about talc
23  increasing the risk, your answers would be the same,
24  correct?
25          MR. FARIES:  Objection to form.

14  (Pages 50 to 53)

Patricia Moorman, Ph.D., M.S.P.H.

Page 54

1    THE WITNESS: I would say -- repeat the
2    question, please.
3  BY MR. HEGARTY:
4    Q.   Sure.  If I ask you the same series of
5  questions about talc without asbestos as it relates to
6  your primary opinion about talc increasing the risk of
7  ovarian cancer in users versus nonusers, but I asked
8  those same questions as to talc causing ovarian
9  cancer, you would give me the same answers; is that
10  correct?
11    MR. FARIES: Objection to form.
12    THE WITNESS: My answer would be that
13    talcum powder products on the basis of how women
14    reported them in these studies based on the
15    entire body of literature, yes, I would say that
16    talcum powder products, it can cause ovarian
17    cancer.
18  BY MR. HEGARTY:
19    Q.   If the evidence establishes that Johnson
20  baby powder and Shower to Shower have been asbestos
21  free over the years, is it correct that you would not
22  have the opinion that Johnson baby powder and Shower
23  to Shower cause ovarian cancer?
24    MR. FARIES: Objection to form.  Objection
25    to the incomplete hypothetical.

Page 55

1  BY MR. HEGARTY:
2    Q.   You can answer.
3    A.   Okay.  My opinion is not based on --
4  exclusively on them containing asbestos.  My opinion
5  is based on the talcum powder products that the women
6  reported in our -- in the studies.
7    Q.   Is it your opinion that asbestos causes
8  ovarian cancer?
9    A.   Yes.
10    Q.   Have you done an in-depth analysis of the
11  literature looking at asbestos exposure in ovarian
12  cancer?
13    A.   I have looked at the literature related to
14  asbestos in ovarian cancer, yes.
15    Q.   How many studies have looked at the
16  potential link between asbestos and ovarian cancer?
17    MR. FARIES: Objection to form.
18    THE WITNESS: I cannot give you an exact
19    answer.
20  BY MR. HEGARTY:
21    Q.   Do you list all of the studies you
22  reviewed with regard to asbestos only in ovarian
23  cancer in your disclosure, Exhibit Number 3?
24    A.   I don't know.  I don't know.  There have
25  been quite a lot of those studies.

Page 56

1    Q.   When I talk about the studies looking at
2  asbestos and ovarian cancer, do you understand that
3  I'm separating those out of the talcum powder products
4  looking at ovarian cancer?  Do you understand that?
5    A.   Yes, I do understand that.
6    Q.   And do you know how many studies that have
7  looked at asbestos exposure in ovarian cancer that are
8  occupational exposures?
9    A.   I do not know the exact number.  I know
10  that there have been quite a few.
11    Q.   Do you know if there have been any
12  nonoccupational exposure studies looking at asbestos
13  exposure in ovarian cancer?
14    A.   Yes, there are studies characterized as
15  more environmental asbestos exposure.
16    Q.   Can you name for me any such studies?
17    A.   I cannot name the specific authors.  I
18  believe that there was a study that was done in
19  Australia where women were not directly occupationally
20  exposed, but it was thought that they had exposure
21  either through inhalation exposure or, perhaps,
22  through a family member involved in the industry.
23    Q.   Do you know how many total women have been
24  studied in the studies looking at asbestos exposure in
25  asbestos -- I mean, in ovarian cancer?

Page 57

1    A.   I do not know the exact number.
2    Q.   Are you aware of the difficulties that
3  have existed over time distinguishing between
4  peritoneal mesothelioma and ovarian cancer?
5    MR. FARIES: Objection to form.
6    THE WITNESS: I am aware that that has
7    been an issue that has been discussed in the
8    literature.
9  BY MR. HEGARTY:
10    Q.   What are the difficulties in
11  distinguishing between peritoneal mesothelioma and
12  ovarian cancer?
13    MR. FARIES: Objection to form.
14    THE WITNESS: Many times ovarian cancer is
15    rather advanced when it is diagnosed, and there
16    can be some involvement throughout the
17    peritoneum, and sometimes -- so some authors
18    have indicated that it can be a little bit
19    difficult or have raised the opinion that it
20    might be difficult to distinguish between an
21    ovarian and a peritoneal.
22  BY MR. HEGARTY:
23    Q.   That difficulty can lead to a
24  misclassification of cases in controls, correct?
25    A.   That has been an issue discussed in the

15 (Pages 54 to 57)

Patricia Moorman, Ph.D., M.S.P.H.

Page 58

1  literature.
2      Q.   And misclassification -- such
3  misclassification would also be called
4  misclassification bias, correct?
5      A.   It -- yes, it is a potential bias, yes.
6      Q.   And such a potential bias can affect the
7  results of any study looking at asbestos exposure in
8  ovarian cancer, correct?
9          MR. FARIES:  Objection to form.
10         THE WITNESS:  Yes, we examine biases,
11     potential biases because of our concern about
12     how they might affect the conclusions of the
13     study.
14  BY MR. HEGARTY:
15     Q.   And have the studies that have looked at
16  asbestos exposure in ovarian cancer considered
17  confounding as it relates to whether you're looking at
18  occupational versus nonoccupational -- strike that.
19  Let me start over again.
20         Have there been studies looking at or
21  trying to address confounding as an independent risk
22  factor?
23         MR. FARIES:  Objection to form.
24         THE WITNESS:  Off the top of my head, I
25     can't recall the extent to which they address

Page 59

1      confounding in those studies.
2  BY MR. HEGARTY:
3      Q.   For example, in the talc ovarian cancer
4  studies, a number of factors are adjusted for in those
5  studies to address confounding, correct?
6      A.   Yes, that is very common.
7      Q.   And have the studies that have looked at
8  asbestos exposure in ovarian cancer all accounted for
9  or adjusted for potential confounding factors such as
10  other risk factors for ovarian cancer?
11         MR. FARIES:  Objection to form.
12         THE WITNESS:  As I answered previously, I
13     cannot recall in those studies the degree to
14     which they controlled for confounding.
15  BY MR. HEGARTY:
16     Q.   If studies don't control for confounding,
17  again, that can lead to results that are potentially
18  inaccurate, correct?
19         MR. FARIES:  Objection to form.
20         THE WITNESS:  If you do not control for
21     confounding, it is a potential bias, yes.
22  BY MR. HEGARTY:
23     Q.   And a potential bias can distort the
24  results of the study, correct?
25     A.   It can lead to making an inaccurate

Page 60

1  conclusion either -- or either the overall conclusion
2  or the -- the strength of the association that you're
3  looking at.
4      Q.   Would you agree that exposure to asbestos
5  through perineal cosmetic talc use, assuming that talc
6  has asbestos in it, is different from an occupational
7  exposure to asbestos in a factory or in a plant?
8          MR. FARIES:  Objection to form.
9          THE WITNESS:  So you -- is exposure to
10     asbestos in an occupational exposure different
11     than exposure through use in talcum powder?
12  BY MR. HEGARTY:
13     Q.   Assuming for purpose of the question that
14  talcum powder has asbestos in it.
15     A.   Has asbestos in it.
16         MR. FARIES:  Objection to form.
17         THE WITNESS:  They are somewhat different
18     exposures.
19  BY MR. HEGARTY:
20     Q.   How are they different?
21     A.   In the -- probably in the level of
22  exposure.
23     Q.   Would you agree that studies that have
24  looked at, for example, women working in factories
25  where asbestos is part of the product have a different

Page 61

1  level of exposure than women who use talcum powder
2  products, assuming for the question that there is even
3  any talc -- any asbestos in talcum powder products?
4          MR. FARIES:  Objection to form.
5          THE WITNESS:  I think that it is
6     reasonable to assume that women who are working
7     in an occupation that makes asbestos-based
8     products, that they're going to have a different
9     level of exposure than women who have -- who use
10     talcum powder products.
11  BY MR. HEGARTY:
12     Q.   That different level of exposure would be
13  a higher level of exposure, correct?
14     A.   In -- most likely, yes.
15     Q.   Have you made any effort to quantify the
16  differences in exposures between the occupational
17  studies looking at asbestos and ovarian cancer and
18  studies looking at talcum powder products and ovarian
19  cancer?
20     A.   I have -- I have not done that.  However,
21  I think that it is important to bear in mind that
22  several authoritative bodies have designated that
23  there is no safe level of asbestos exposure.
24     Q.   Is it your opinion that there is no safe
25  level of asbestos exposure?

16 (Pages 58 to 61)

Patricia Moorman, Ph.D., M.S.P.H.

Page 62

1      A.   It is my opinion.
2      Q.   And what is that opinion based on?
3      A.   My opinion is based on, as I said, several
4   organizations: The World Health Organization, and I
5   believe NIOSH has also indicate -- and The World Trade
6   Organization. I believe that all of them have issued
7   documents indicating that there is no safe level of
8   asbestos exposure.
9      Q.   Any other authorities that you would cite
10  to for support for your opinion that there is no safe
11  level of asbestos exposure?
12     A.   Those are the ones that come to mind.
13     Q.   In the studies that have looked at
14  asbestos exposure in ovarian cancer, what types of
15  asbestos have they looked at?
16        MR. FARIES: Objection to form.
17        THE WITNESS: Once again, I -- I cannot
18     recall specifically what they had looked at.
19  BY MR. HEGARTY:
20     Q.   What is the most common type of asbestos?
21        MR. FARIES: Objection to form.
22        THE WITNESS: Once again, I want to point
23     out that I am not a mineral specialist. My
24     understanding is that all forms of asbestos are
25     not good for you and all should be avoided, so

Page 63

1      I -- I really never considered that as I, you
2      know, evaluated or read that literature.
3   BY MR. HEGARTY:
4      Q.   Can you name the various types of
5   asbestos?
6      A.   Some of them.
7      Q.   Tell me the names that you know.
8      A.   Tremolite and chrysotile, and I know there
9   are others, but I can't recall them.
10     Q.   Does the effect of various types of
11  asbestos -- strike that.
12        Is the risk of ovarian cancer affected by
13  the type of asbestos to which a person is exposed to?
14  In other words, is the risk different by -- based on
15  subtype or subtype of asbestos?
16        MR. FARIES: Objection to form.
17        THE WITNESS: I don't know that any
18     literature has actually evaluated that. I . . .
19  BY MR. HEGARTY:
20     Q.   How about as to subtype of ovarian cancer,
21  is there certain subtypes of ovarian cancer that are
22  believed more strongly linked to asbestos exposure
23  than others?
24     A.   I don't recall in the studies that have
25  looked at it in relation to asbestos, the extent to

Page 64

1   which subtypes were considered.
2      Q.   Generally what had been the range of
3   relative risks or odds ratios reported between
4   asbestos exposure and ovarian cancer?
5        MR. FARIES: Objection to form.
6        THE WITNESS: You know, there have been
7     many papers that have -- that I have looked at.
8     All of the papers have many numbers reported in
9     them, so it's rather hard to say precisely. It
10    seems like most of them are in the range of
11    standard mortality ratios around 3ish.
12  BY MR. HEGARTY:
13     Q.   Well, do you have an opinion as to the
14  overall relative risk of ovarian cancer with talcum
15  powder product use?
16     A.   The range, the overall --
17     Q.   Let me ask it again. Do you have a
18  particular relative risk or odds ratio that you
19  attribute to exposure to talcum powder products in
20  ovarian cancer?
21     A.   Okay.
22        MR. FARIES: Objection to form.
23        THE WITNESS: Based on multiple
24     meta-analyses, the summary relative risk, the
25     overall relative risk associated with talcum

Page 65

1      powder use has been approximately 1.25, 1.3.
2   BY MR. HEGARTY:
3      Q.   And have you determined such a overall
4   relative risk for asbestos exposure in ovarian cancer?
5      A.   There have been meta-analyses that have
6   looked at that. Off the top of my head, I cannot
7   recall the exact value.
8        MR. FARIES: I'm sorry, can we pause for a
9     second? I'm going to see if I can get these
10    guys in the hallway outside just to quiet down
11    for a sec.
12        (DISCUSSION HELD OFF THE RECORD)
13  BY MR. HEGARTY:
14     Q.   The last question really went back to the
15  previous one where I had asked you whether you
16  formulated an opinion or came to an overall relative
17  risk or odds ratio for talcum powder use in ovarian
18  cancer that you then responded by saying as 1.25 to
19  1.3. So my question was whether you've done the same
20  thing as to the literature looking at asbestos
21  exposure and to be more specifically, occupational
22  asbestos exposure and ovarian cancer?
23        MR. FARIES: Objection to form.
24        THE WITNESS: Okay. Once again, I have
25     read that literature, and I have read hundreds

17 (Pages 62 to 65)

Patricia Moorman, Ph.D., M.S.P.H.

Page 66

1 of papers. I cannot off the top of my head
2 recall what the overall estimate like from --
3 for example, meta-analyses of asbestos exposure
4 in ovarian cancer.
5 BY MR. HEGARTY:
6     Q.   With regard to the studies that have
7 looked at asbestos exposure in ovarian cancer, is
8 there a difference in overall relative risks or odd
9 ratios between the cases that have looked at
10 occupational exposure -- studies that have looked at
11 occupational exposure and those studies that have
12 looked at nonoccupational exposure?  In other words,
13 are the relative risks different between the two types
14 of studies?
15         MR. FARIES:  Objection to form.
16         THE WITNESS:  Once again, I am having -- I
17     cannot say with certainty what exactly they
18     reported.
19 BY MR. HEGARTY:
20     Q.   Do you recall from reading your -- from
21 your reading of the literature whether the relative
22 risks are higher for occupational exposures versus
23 nonoccupational exposures as it relates to asbestos
24 and ovarian cancer?
25     A.   Once again, I cannot recall exactly the

Page 67

1 values reported.
2     Q.   Do you recall formulating an opinion or if
3 you did -- strike that.
4         Do you recall if you formulated an opinion
5 that the literature was sufficient to establish a
6 causal relationship between nonoccupational exposure
7 to asbestos and ovarian cancer?
8         MR. FARIES:  Objection to form.
9         THE WITNESS:  I do not recall the
10     literature making that distinction.  I -- my
11     overall feeling about it is that any level of
12     asbestos exposure was to be avoided, was the
13     overall conclusion from these studies.
14 BY MR. HEGARTY:
15     Q.   Did you review the IARC monograph on
16 asbestos?
17     A.   Yes, I did look at that.
18     Q.   And weren't the Working Group's causal
19 findings based on studies of women with heavy
20 occupational exposure?
21         MR. FARIES:  Objection to form.
22 BY MR. HEGARTY:
23     Q.   Do you remember that?
24         MR. FARIES:  Sorry.  Objection to form.
25         THE WITNESS:  Again, this is one of

Page 68

1 hundreds of documents I reviewed, and some of
2 the specific details, I believe the IARC
3 document assessed primarily occupational
4 exposure, that I thought that they also looked
5 at some of the nonoccupational exposure.
6 BY MR. HEGARTY:
7     Q.   Do you recall the Working Group's --
8 strike that.
9         Do you recall the IARC monograph stating
10 that the Working Group based its causal findings on
11 five strongly positive cohort mortality studies of
12 women with heavy occupational exposure to asbestos?
13 Does that sound familiar to you?
14         MR. FARIES:  Objection to form.
15         THE WITNESS:  That sounds vaguely
16     familiar, yes.
17 BY MR. HEGARTY:
18     Q.   Do you recall the Working Group
19 acknowledging that an association with nonoccupational
20 exposure was nonsignificant?
21         MR. FARIES:  Objection to form.
22         THE WITNESS:  Again, some of the specific
23     details, it's very hard to recall all of them.
24     I don't recall that specifically.
25

Page 69

1 BY MR. HEGARTY:
2     Q.   If there is a causal relationship between
3 talcum powder product use and ovarian cancer, wouldn't
4 you expect to find higher rates of other cancers in
5 women using talc such as mesothelioma?
6         MR. FARIES:  Objection to form.
7         THE WITNESS:  Please repeat the question.
8 BY MR. HEGARTY:
9     Q.   Sure.  If there was an increased risk of
10 ovarian cancer with the use of talcum powder products,
11 wouldn't you expect to find a higher incidence of
12 mesothelioma in women using talcum powder products?
13         MR. FARIES:  Objection to form.
14         THE WITNESS:  I would say that is a "it
15     depends" answer.  Okay?  You know, recognizing
16     that mesothelioma is a much less common cancer
17     than ovarian cancer, it makes it even more
18     difficult to study.  And my opinion is that it
19     is not simply asbestos that could lead to the
20     association between talc use -- or talcum powder
21     products and ovarian cancer.  That could be part
22     of it, but that is not the whole thing.
23 BY MR. HEGARTY:
24     Q.   Is it your opinion that women who use talc
25 perineally are at a greater risk of mesothelioma?

18 (Pages 66 to 69)

Patricia Moorman, Ph.D., M.S.P.H.

## Page 70

1      A.   I have never expressed that opinion.
2      Q.   Is it your opinion that -- or strike that.
3           Do you have the opinion that women who use
4  talc perineally are at a greater risk of any other
5  type of cancer besides ovarian cancer?
6      A.   My opinion is that the evidence is
7  inadequate to make that judgment as compared to
8  ovarian cancer.  Other cancer sites have been studied
9  much less, and so I don't think that it is -- we can
10 make that judgment yet.
11     Q.   Have you examined whether the literature
12 looking at asbestos exposure in ovarian cancer shows a
13 consistent relationship between asbestos exposure and
14 ovarian cancer?
15          MR. FARIES:  Objection to form.
16          THE WITNESS:  So I'm thinking about the
17 word "consistent" and how you are using that.
18 BY MR. HEGARTY:
19     Q.   Let me ask it again.
20     A.   Okay.
21     Q.   Have you done any type of analysis on
22 whether the literature looking at asbestos exposure in
23 ovarian cancer is consistent?
24     A.   I --
25          MR. FARIES:  Objection to form.

## Page 71

1          THE WITNESS:  I have not analyzed those
2  data.
3  BY MR. HEGARTY:
4      Q.   Have you analyzed whether there's a dose
5  response in the literature that has looked at asbestos
6  exposure and ovarian cancer?
7      A.   I have not analyzed those data.
8      Q.   Have you analyzed the biologic mechanism
9  by which asbestos exposure could cause ovarian cancer?
10     A.   I have read some about the possible
11 biologic or the proposed plausible biological
12 mechanism.  As I stated earlier, I am not a cancer
13 biologist, and so it seems like there are some fairly
14 consistently reported proposed mechanisms, but, again,
15 it is somewhat out of my area of expertise to evaluate
16 those mechanisms.
17     Q.   Well, have you come to an opinion to a
18 reasonable degree of scientific certainty as to the
19 biologic mechanism by which asbestos exposure causes
20 ovarian cancer?
21     A.   I have read papers that have laid out
22 plausible biological mechanisms.
23     Q.   Sure.  My question is a little bit
24 different.  Having read an article, you understand,
25 doesn't mean you've formulated an opinion, correct?

## Page 72

1      A.   Correct.
2      Q.   My question is, having read those
3  articles, have you formulated an opinion to a
4  reasonable degree of scientific probability as to the
5  mechanism by which asbestos exposure could cause
6  ovarian cancer?
7      A.   Yes, I have an overall opinion to my level
8  of understanding, considering that I'm not a cancer
9  biologist.
10     Q.   What is that overall opinion?
11     A.   It seems as if the overall mechanism, in
12 large part, can be related to chronic inflammation,
13 and then along with the inflammatory process there are
14 many cellular products, including the generation of
15 reactive oxygen species, that could cause damage to
16 DNA and ultimately lead to cancer.
17     Q.   Is that biologic mechanism dependent on
18 the volume of fibers that -- to which the ovary is
19 exposed?
20          MR. FARIES:  Objection to form.
21          THE WITNESS:  I do not think that it is
22 wholly dependent on the volume of fibers.
23 BY MR. HEGARTY:
24     Q.   Is there an established number of fibers
25 that is necessary to cause this biologic mechanism you

## Page 73

1  just described?
2          MR. FARIES:  Objection to form.
3          THE WITNESS:  I have never read anything
4  that would suggest that.
5  BY MR. HEGARTY:
6      Q.   Is it your opinion that science has come
7  to a consensus about the biologic mechanism by which
8  asbestos exposure could cause ovarian cancer?
9          MR. FARIES:  Objection to form.
10         THE WITNESS:  I have read this mechanism
11 in multiple papers.  Inflammation from many
12 causes is sometimes described as like a hallmark
13 of cancer, and I think that, though, we do have
14 to put that in context that scientific knowledge
15 is incomplete, and so I think that this is a
16 commonly described mechanism.  I think that it
17 may evolve as scientific knowledge evolves.
18 BY MR. HEGARTY:
19     Q.   Can asbestos exposure through inhalation
20 cause ovarian cancer?
21     A.   Based on the literature that I've read, it
22 does appear that that is a possible route of exposure.
23     Q.   How does asbestos -- or strike that.
24          Is asbestos exposure to the ovaries
25 necessary under your biological mechanism opinion, in

19 (Pages 70 to 73)

Patricia Moorman, Ph.D., M.S.P.H.

Page 74

1    other words, is it necessary that the asbestos reach
2    the ovaries for this biologic mechanism to happen?
3            MR. FARIES:  Objection to form.
4            THE WITNESS:  Again, recognizing that I am
5    not an overall expert in the cancer biology, my
6    understanding is that reaching the ovaries, of
7    course, is a key role, but there is also a
8    thought that generalized inflammation in the
9    body could also contribute to ovarian cancer
10   risk.
11   BY MR. HEGARTY:
12       Q.   How does -- how do talc -- strike that.
13           How do asbestos fibers that are inhaled
14   reach the ovaries?
15           MR. FARIES:  Objection to form.
16           THE WITNESS:  My understanding is that
17   studies have shown that people who apparently
18   have only exposure through inhalation, that
19   asbestos fibers have been demonstrated in
20   multiple body parts.  Some of it, I believe, is
21   potential transport through the lymphatic
22   system, but I believe that people suspect that
23   there may be other potential mechanisms as well.
24   BY MR. HEGARTY:
25       Q.   Do you recall any papers that have

Page 75

1    described that -- any of those potential mechanisms?
2        A.   Off the top of my head, I could not name a
3    specific paper.
4        Q.   We talked earlier about the literature as
5    it relates to talcum powder in ovarian cancer.  Is it
6    your contention that the studies that have looked at
7    talcum powder in ovarian cancer have been confounded
8    by the presence of asbestos in the talcum powder?
9            MR. FARIES:  Objection to form.
10           THE WITNESS:  I would not use the word
11   "confounding" in this context.  I think that as
12   we have said, we -- the studies -- the
13   epidemiologic studies have looked at exposure to
14   talcum powder products, some of which may
15   contain asbestos, some may not, but we don't
16   know -- women who reported their use don't know
17   that.
18   BY MR. HEGARTY:
19       Q.   Don't you agree that if in advance of the
20   study, if the scientist could determine if women -- if
21   some women in the study were exposed to talcum powder
22   with asbestos and some were not, that you would have
23   to account for that -- the presence of asbestos as a
24   confounding factor in that study?
25           MR. FARIES:  Objection to form.

Page 76

1            THE WITNESS:  You are addressing a
2    hypothetical --
3    BY MR. HEGARTY:
4        Q.   Correct.
5        A.   -- that is impossible.  The -- every study
6    asked women to recall their use of talcum powder, and
7    in many cases it dated back decades.  There would be
8    no way to test whether or not the powders that the
9    women used contained asbestos or not.  So it is a
10   hypothetical -- what you're asking is hypothetical and
11   impossible.
12       Q.   Well, we are allowed to ask hypotheticals.
13       A.   Yeah, uh-huh.
14       Q.   And my hypothetical does assume that going
15   into the study there is some -- have been some way --
16   there's some means to have determined whether the
17   powders that were used by the women had asbestos in it
18   or not.  That's an assumption in that hypothetical.
19   And if you were able to determine that, understanding
20   that we can't think of a way to do it here today, but
21   if it's possible, wouldn't the asbestos have to be
22   accounted for as a confounding factor in that study?
23           MR. FARIES:  Objection to form.
24           THE WITNESS:  Once again, I would not
25   consider it a confounder.  I would consider it a

Page 77

1    separate exposure, okay?  So much -- if I may
2    use another example.  If we are looking at
3    menopausal hormone use in relation to cancer,
4    okay, there may be different effects for
5    menopausal estrogen use versus menopausal
6    estrogen plus progestin.  When you would do your
7    analysis, you would not control for progestin
8    use when you're looking at estrogen.  You would
9    look at them as two distinct exposures and not
10   confounders.
11   BY MR. HEGARTY:
12       Q.   So under my hypothetical, you would look
13   at -- you would compare women who had asbestos in the
14   talcum powder versus those who -- as one group, and
15   you would compare women who didn't have asbestos in
16   the talcum powder as a separate group?
17           MR. FARIES:  Objection to form.
18   BY MR. HEGARTY:
19       Q.   Did I say that right?
20       A.   If what you described was possible, which
21   I've already stated would not be possible, one
22   would -- an epidemiologist would typically compare the
23   women who had talc with no asbestos in it, compare
24   them to women who reported no powder use, and
25   similarly they would compare the women with

20  (Pages 74 to 77)

Patricia Moorman, Ph.D., M.S.P.H.

---

Page 78

1    asbestos-containing talc to those with no powder use.
2        Q.   Going back to some of the review materials
3    we talked about a little earlier, with regard to the
4    company documents you reviewed, you had not seen any
5    of those documents before being contacted by a
6    Plaintiffs' counsel, correct?
7        A.   That is correct.
8        Q.   You have never worked for Johnson &
9    Johnson, correct?
10       A.   No, I have not.
11       Q.   You've never worked for Imerys Talc
12   America, correct?
13       A.   No, I have not.
14       Q.   Have you ever worked for any company who
15   has manufactured or sold a talcum powder product?
16       A.   Yes.
17       Q.   Who is that?
18       A.   I was a pharmacist, and I worked in
19   multiple drugstores over the years and all of them
20   would have sold different types of powders.
21       Q.   Have you ever worked for a company who
22   actually manufactured a talcum powder product?
23       A.   No, I have not.
24       Q.   Have you ever spoken to anyone at J&J or
25   Imerys regarding their talcum powder products?

Page 79

1        A.   No, I have not.
2        Q.   Have you ever spoken to any company who
3    has made a talcum powder product about their product,
4    what's in it, anything about it?
5        A.   No, I have not.
6        Q.   Have you been involved in the development
7    of any talcum powder product?
8        A.   No, I have not.
9        Q.   Have you ever worked directly for FDA?
10       A.   No, I have not.
11       Q.   Are you aware that FDA has looked at the
12   issue of a causal link between talcum powder products
13   and ovarian cancer?
14           MR. FARIES:  Objection to form.
15           THE WITNESS:  I am aware of -- that FDA,
16       yes, has done that.
17   BY MR. HEGARTY:
18       Q.   When has FDA looked at the issue of a
19   causal link between talcum powder products and ovarian
20   cancer?
21       A.   I cannot say the exact date.
22       Q.   In what context did that review occur, or
23   what was the situation that they looked at the causal
24   link between talcum powder products and ovarian
25   cancer?

Page 80

1        A.   I really don't know.
2        Q.   Are you aware if FDA reviewed that issue,
3    the issue of a causal link between talcum powder
4    products and ovarian cancer back in the 1994 time
5    frame?
6            MR. FARIES:  Objection to form.
7            THE WITNESS:  As I said previously, I
8        don't recall the exact date when they did it.
9    BY MR. HEGARTY:
10       Q.   Are you familiar at all with a workshop
11   that was put together by FDA in the ISRTP back in
12   1994?
13       A.   Not specifically, no.
14       Q.   Do you know what ISRTP stands for?
15       A.   No, I do not.
16       Q.   Are you aware of FDA evaluating two
17   citizen petitions that sought FDA -- or that asked FDA
18   to require warnings of ovarian cancer on talcum powder
19   products?
20       A.   I am --
21           MR. FARIES:  Objection to form.
22           THE WITNESS:  I am aware of that.
23   BY MR. HEGARTY:
24       Q.   What did FDA conclude with regard to its
25   analysis of those two citizen petitions?

Page 81

1            MR. FARIES:  Objection to form.
2            THE WITNESS:  I do not recall the exact
3        conclusion that they made.
4    BY MR. HEGARTY:
5        Q.   Did you review the FDA's letter that
6    responded to the two citizen petitions asking for
7    warnings as to talcum powder products in ovarian
8    cancer?
9        A.   I have read that at some point, yes.
10       Q.   Was that a letter you found on your own,
11   or was that a letter provided to you by Plaintiffs'
12   counsel?
13       A.   That was provided to me by the attorney.
14       Q.   Are you aware that FDA has tested consumer
15   talc products for the presence of asbestos?
16       A.   I am aware of that.
17       Q.   Do you know when they did that?
18       A.   Once again, I do not recall the exact
19   dates.
20       Q.   Do you recall what the results were of
21   those tests?
22       A.   In general terms, in at least one of --
23   the report that I recall reading, they did not
24   identify talc in the products that they tested, but I
25   believe that they also made the statement to the

21 (Pages 78 to 81)

Patricia Moorman, Ph.D., M.S.P.H.

Page 82

1  effect that they did not test all possible products.
2      Q.   Do you recall that FDA as part of that
3  testing process did test samples of Johnson's baby
4  powder and Shower to Shower?
5      A.   I don't remember specifically which
6  products they tested, once again, the many documents
7  I've read.
8      Q.   Did you factor or consider -- strike that.
9          Did you consider those test results in
10  your analysis in developing your opinions in this
11  case?
12      A.   As I have stated before, I read a lot of
13  papers, considered a lot of things when making my
14  opinion, and that was part of what I considered.
15      Q.   Has FDA ever sought your opinions
16  regarding talcum powder -- regarding talcum powder
17  products and ovarian cancer?
18      A.   No, they have not.
19      Q.   You do agree that FDA has authority over
20  talcum powder products, they are authorized to
21  regulate that particular line of products?
22          MR. FARIES:  Objection to form.
23          THE WITNESS:  I have to say that I am not
24      absolutely certain of that.
25

Page 83

1  BY MR. HEGARTY:
2      Q.   Do you know what the designation GRAS
3  means, G-R-A-S?
4      A.   Yes.
5      Q.   What does it mean?
6      A.   Going back to my pharmacy school days, I
7  recall that it was generally recognized as safe if my
8  memory serves me correctly.
9      Q.   Has FDA applied that GRAS finding to talc?
10          MR. FARIES:  Objection to form.
11          THE WITNESS:  I do not know specifically.
12  BY MR. HEGARTY:
13      Q.   Is that something you would want to know
14  for purposes of your opinions in this case?
15          MR. FARIES:  Objection to form.
16          THE WITNESS:  Any more information I have
17      would be the better.
18  BY MR. HEGARTY:
19      Q.   Well, would it be important for purpose of
20  your opinion to look at whether FDA has designated
21  talc as a GRAS substance?
22          MR. FARIES:  Objection to form.
23          THE WITNESS:  Please repeat.
24  BY MR. HEGARTY:
25      Q.   Sure.  Would it be important for your

Page 84

1  analysis in this case in developing your opinions to
2  know whether FDA has designated talc as a GRAS
3  substance?
4      A.   As --
5          MR. FARIES:  Objection to form.
6          THE WITNESS:  As I've stated repeatedly,
7      considering all the information is important in
8      forming the opinion.
9  BY MR. HEGARTY:
10      Q.   That's not something that you know one way
11  or the other?
12      A.   I do -- I already told you that I do
13  not -- I did not recall anything specifically saying
14  they designated this as GRAS.
15      Q.   Has FDA ever concluded there is evidence
16  of a causal relationship between genital use of talcum
17  powder products and ovarian cancer?
18          MR. FARIES:  Objection to form.
19          THE WITNESS:  I do not recall seeing
20      anything that they made that conclusion.
21  BY MR. HEGARTY:
22      Q.   Has FDA ever required a warning of ovarian
23  cancer on talcum powder products?
24          MR. FARIES:  Objection to form.
25          THE WITNESS:  To my knowledge, they have

Page 85

1  not.
2  BY MR. HEGARTY:
3      Q.   Has any governmental agency or entity
4  anywhere in the world ever concluded that talcum
5  powder products cause ovarian cancer?
6          MR. FARIES:  Objection to form.
7          THE WITNESS:  I don't know in all the
8      world.  I don't -- I am not aware.
9  BY MR. HEGARTY:
10      Q.   Has any governmental agency anywhere in
11  the world concluded that talcum powder products
12  increase the risk of ovarian cancer?
13          MR. FARIES:  Objection to form.
14          THE WITNESS:  I am not aware of any that
15      have.
16          MR. FARIES:  I know it hasn't been an
17      hour, but if you're about to transition, I could
18      use a comfort break.
19          MR. HEGARTY:  Sure, yeah.  I was going to
20      get a document out, so it might go for a little
21      bit, not long, but yeah, if you want to take a
22      break now, that's fine.
23          MR. FARIES:  If you don't mind.
24          MR. HEGARTY:  Take a short one.
25      (RECESS TAKEN FROM 11:05 A.M. TO 11:14 A.M.)

22 (Pages 82 to 85)

Patricia Moorman, Ph.D., M.S.P.H.

Page 86

1    (EXHIBIT NUMBER 4 WAS MARKED FOR IDENTIFICATION)
2   BY MR. HEGARTY:
3       Q.   Dr. Moorman, we're back on the record.  We
4   left off talking about FDA and governmental agency
5   bodies, and I previously asked you about FDA's review
6   of two citizen petitions.  And in connection with that
7   prior question, I'm going to hand you what I've marked
8   as Exhibit Number 4, which is an April 1, 2014, letter
9   from FDA to Samuel Epstein, and tell me, first of all,
10  whether you've ever seen that letter before right now.
11      A.   I believe that I have.
12      Q.   I believe it's on your reliance list.  Do
13  you recall that?
14      A.   Yes.
15      Q.   If we look down to the second-to-last
16  paragraph of that -- I'm sorry, you need to finish
17  reviewing.  Are you finished reviewing it?
18           (WITNESS REVIEWS DOCUMENT)
19      A.   Okay.
20      Q.   Do you recall having read the April 1,
21  2014, letter from FDA marked as Exhibit Number 4
22  before right now?
23      A.   I did read it at some point, yes.
24      Q.   At some point did you read it in its
25  entirety?

Page 87

1       A.   I believe that I did.
2       Q.   If you look at the first page,
3   second-to-last paragraph from the bottom, do you see
4   where it reads:  (Reading)
5            After careful review and
6        consideration of the information
7        submitted in your petitions, the
8        comments received in response to the
9        petitions, and review of additional
10       scientific information, this letter is
11       to advise you that FDA is denying your
12       petitions.  FDA did not find that the
13       data submitted presented conclusive
14       evidence of a causal association
15       between talc use in the perineal area
16       and ovarian cancer.
17           Did I read that correctly?
18      A.   Yes, you did read that correctly.
19      Q.   You would agree that that is important
20  information to consider on whether talcum powder use
21  causes ovarian cancer or increases the risk of ovarian
22  cancer, correct?
23           MR. FARIES:  Objection to form.
24           THE WITNESS:  As I have said, any
25       information should be considered.

Page 88

1   BY MR. HEGARTY:
2       Q.   And as of 2014, did you agree with FDA's
3   position as stated in this exhibit?
4            MR. FARIES:  I'm sorry.  Objection to
5       form.
6            THE WITNESS:  Did I agree with their
7       position?
8   BY MR. HEGARTY:
9       Q.   Well, let me ask it differently.  As of
10  2014 do you agree that the -- that there was not
11  conclusive evidence of a causal association between
12  talc use in the perineal area and ovarian cancer?
13           MR. FARIES:  Objection to form.
14           THE WITNESS:  I see that FDA did make that
15       opinion.  My opinion after reviewing the
16       literature was not the same.
17  BY MR. HEGARTY:
18      Q.   Well, what was your opinion as to the link
19  between talcum powder products and ovarian cancer back
20  in 2014?
21      A.   It is very hard to say what my opinion was
22  at any given point in time.  I have considered talc as
23  a risk factor for ovarian cancer for quite some time.
24  I don't know at -- what my opinion specifically was at
25  that time point, 2014.

Page 89

1       Q.   Was it your testimony here today that back
2   in 2014 it was your opinion that talcum powder use
3   causes ovarian cancer?
4            MR. FARIES:  Objection to form.
5            THE WITNESS:  Once again, at any point in
6       time, I -- it's hard to say what specifically
7       was my opinion at that particular time point.
8       There has been an increasing body of literature
9       that has played into my opinion including
10      recently published articles.
11  BY MR. HEGARTY:
12      Q.   If you turn over to the second page,
13  second -- or last paragraph.
14      A.   Uh-huh.
15      Q.   Do you see about four lines down, the
16  letter states:  (Reading)
17           However, large deposits of
18       high purity, asbestos-free talc do
19       exist, and talc purification
20       techniques have been developed which
21       can be used to improve talc quality.
22           Did I read that correctly?
23      A.   Yes, you did.
24      Q.   Do you disagree with that statement?
25           MR. FARIES:  Objection to form.

23 (Pages 86 to 89)

Patricia Moorman, Ph.D., M.S.P.H.

Page 90

1      THE WITNESS:  Once again, speaking to my
2   level of expertise, I am not a mineral
3   specialist, and so that is what they state.  My
4   expertise does not allow me to agree or dispute
5   that fact.
6  BY MR. HEGARTY:
7      Q.   The next line says:  (Reading)
8         Thus, while it has been
9      reported in the past that cosmetic
10     talc has been contaminated with
11     asbestos, it has also been reported
12     that asbestos-free talc deposits do
13     exist.
14        Same question, do you disagree with that
15  statement?
16        MR. FARIES:  Objection to form.
17        THE WITNESS:  Once again, I do not have
18     the expertise in that area to agree nor
19     disagree.
20  BY MR. HEGARTY:
21     Q.   Are you aware that other -- are you aware
22  if other entities or groups have made statements that
23  there are -- that talc -- that asbestos-free talc does
24  exist, are you aware that such statements have been
25  made by other entities?

Page 91

1        MR. FARIES:  Objection to form.
2        THE WITNESS:  I don't -- I don't know.
3  BY MR. HEGARTY:
4      Q.   If you look over to the next page, do you
5   see the first line where it refers to in 2009 FDA
6   conducting an exploratory survey of currently marketed
7   cosmetic-grade raw material talc and finished cosmetic
8   products containing talc.  Do you recall that -- do
9   you see that?
10     A.   I do see that.
11     Q.   Do you see the next paragraph begins with
12  a statement:  (Reading)
13        The survey found no asbestos
14     fibers or structures in any of the
15     samples of cosmetic-grade raw material
16     talc or cosmetic products containing
17     talc.
18        Do you see that statement?
19     A.   I do see that.
20     Q.   Do you have any reason to disagree with
21  the accuracy of that statement?
22        MR. FARIES:  Objection to form.
23        THE WITNESS:  I do not have any reason to
24     disagree with that, again, going to my level of
25     expertise.

Page 92

1  BY MR. HEGARTY:
2      Q.   Do you have any reason to dispute that the
3   medical doctors and scientists at FDA who were looking
4   at this evidence and who put together this analysis
5   weren't qualified to assess the safety of talc?
6        MR. FARIES:  Objection to form.
7        THE WITNESS:  I do not know the scientist
8      who reviewed this.  I do not know their
9      qualifications, so I can't answer that.
10  BY MR. HEGARTY:
11     Q.   Do you intend to offer the opinion that
12  they were not qualified to do an analysis and -- and
13  do this assessment as in Exhibit Number 4?
14     A.   I am not going to offer that opinion for
15  the reasons stated.  I don't know who did them, who
16  did these analyses.
17     Q.   You're not -- is it also correct you're
18  not going to offer the opinion that they did not do a
19  proper job in doing this analysis and in preparing
20  that letter?
21     A.   I'm not going to offer -- no, I am not
22  going to offer that opinion.
23     Q.   Your reliance materials refer to the fact
24  that you reviewed as part of your analysis the NCI's
25  PDQ for ovarian cancer; is that correct?

Page 93

1      A.   Yes.
2      Q.   You know -- you know the NCI, correct?
3      A.   Yes, I do.
4      Q.   It's a highly-respected cancer research
5   institute, isn't it?
6      A.   Yes, it is.
7      Q.   It's the US Government's principal agency
8   for cancer research and training, correct?
9      A.   Yes.
10     Q.   Have you received any funding from NCI?
11     A.   Yes, I have.
12     Q.   Do you have any criticism of NCI?
13        MR. FARIES:  Objection to form.
14        THE WITNESS:  Again, can you be more
15     specific in what you mean by that question?
16  BY MR. HEGARTY:
17     Q.   Well, do you have -- do you contend that
18  NCI is not capable of performing its functions?
19        MR. FARIES:  Objection to form.
20        THE WITNESS:  No, I do not make that
21     contention.
22  BY MR. HEGARTY:
23     Q.   Do you contend that the scientists at
24  FDA -- I'm sorry, the scientists at NCI are not
25  qualified to do their jobs?

24  (Pages 90 to 93)

Patricia Moorman, Ph.D., M.S.P.H.

## Page 94

1    A.  I am not making that contention.  There
2  are many scientists there.
3    Q.  Do you understand that in preparing the
4  NCI's PDQ, that they have a Screening and Prevention
5  Editorial Board that's responsible for those PDQs?
6    MR. FARIES:  Objection to form.
7    THE WITNESS:  I am not specifically aware
8  of what the process is.
9    (EXHIBIT NUMBER 5 WAS MARKED FOR IDENTIFICATION)
10  BY MR. HEGARTY:
11    Q.  Let me show you what I've marked as
12  Exhibit Number 5.  I only have one copy of this.
13    MR. FARIES:  Take a quick look?
14    MR. HEGARTY:  Sure.
15  BY MR. HEGARTY:
16    Q.  Exhibit Number 5 is a copy of the PDQ
17  editorial board that is currently shown on the web
18  site of the NCI.  Would you look at Exhibit Number 5,
19  Dr. Moorman, and tell me whether you know any of the
20  individuals listed there?
21    A.  I know several of them.
22    Q.  Which ones do you know?
23    A.  Anthony Alberg is a collaborator on our
24  AACES study.  Pam Marcus went to graduate school at
25  UNC.  I was on her dissertation committee many years

## Page 95

1  ago.  And David Ransohoff is a faculty member at UNC
2  that I met many years ago.  And others I know by --
3    MR. FARIES:  There's more names on the
4    back, just in case.
5    THE WITNESS:  I do not know her.
6  BY MR. HEGARTY:
7    Q.  I think you were about to say you know
8  others by reputation or by some other means?
9    A.  Some I know by reputation.
10    Q.  Which ones do you know by reputation?
11    A.  Dr. Kramer, Barnett Kramer in his editor
12  role.  I know Don Berry as a statistician, some of his
13  work.
14    Q.  To your knowledge as far as the ones you
15  know either personally or by reputation, are they
16  competent, respected scientists?
17    A.  Yes.
18    Q.  Do you question their ability to analyze
19  the literature as it relates to talcum powder products
20  and ovarian cancer and come to conclusions?
21    MR. FARIES:  Objection to form.
22    THE WITNESS:  They are good scientists.  I
23    do not question their qualifications.
24  BY MR. HEGARTY:
25    Q.  Have you reviewed what the NCI editorial

## Page 96

1  board has written with regard to perineal talc
2  exposure in ovarian cancer?
3    A.  Yes.
4    Q.  What they say is the weight of evidence
5  does not support an association between perineal talc
6  exposure and an increased risk of ovarian cancer,
7  correct?
8    MR. FARIES:  I'm sorry.  Objection to
9    form.  Which announcements, which year are you
10    referring to?
11    MR. HEGARTY:  This is from the NCI web
12    site printed off on March 1st, 2018.
13    MR. FARIES:  If you'd like the witness to
14    review published comments, web sites, or
15    articles, I'd ask you to please show them to
16    her.
17    MR. HEGARTY:  Sure.  If she -- if you ever
18    want to see something, let me know.  I'll mark
19    this as Exhibit Number 6.
20    (EXHIBIT NUMBER 6 WAS MARKED FOR IDENTIFICATION)
21    MR. FARIES:  Thank you.
22  BY MR. HEGARTY:
23    Q.  Exhibit Number 6 is the current NCI PDQ
24  from the NCI's web site.  Does that look familiar to
25  you, Dr. Moorman?

## Page 97

1    A.  Yes, it does.
2    Q.  If you turn over to page 15 of 21, that's
3  reported at the top right-hand corner where it lists
4  pages.  I'm sorry, it's 14 of 21.
5    Do you see the heading Perineal Talc
6  Exposure under the larger heading of Factors With
7  Inadequate Evidence of an Association, Risk of Ovarian
8  Fallopian Tube and Primary Perineal Cancer?
9    A.  Yes, I do see that.
10    Q.  Have you read the paragraph below the
11  heading Perineal Talc Exposure before right now?
12    A.  Yes, I have.
13    Q.  And as I just mentioned, that paragraph
14  leads with a statement, The weight of evidence does
15  not support an association between perineal talc
16  exposure and an increased risk of ovarian cancer,
17  correct?
18    A.  Yes.
19    Q.  Do you disagree with that statement?
20    A.  My opinion differs from that statement,
21  yes.
22    Q.  In fact, your opinion is just -- is
23  completely opposite of that statement, correct?
24    MR. FARIES:  Objection to form.
25    THE WITNESS:  I think that this statement

25  (Pages 94 to 97)

Page 98

1  does not say the evidence says there is no
2  association.
3  BY MR. HEGARTY:
4  Q.   Well, is it your opinion that the weight
5  of evidence does support an association between
6  perineal talc exposure and an increased risk of
7  ovarian cancer?
8  A.   Yes, that is my opinion.
9  Q.   And that statement is completely opposite
10  of their statement, correct?
11  A.   Yes.
12  Q.   And do you contend that the editorial
13  board members, which you know, didn't do a proper
14  review in preparing this summary that we just
15  reviewed?
16  MR. FARIES:  Objection to form.
17  THE WITNESS:  I am not making that
18  contention, no.
19  BY MR. HEGARTY:
20  Q.   Are you critical of their evaluation that
21  has led to the publication of this statement?
22  MR. FARIES:  Objection to form.
23  THE WITNESS:  I think that it is possible
24  for reputable scientists to look at the evidence
25  and come to different conclusions based on how

Page 99

1  they evaluate and weight the evidence.  I think
2  that that is not unreasonable that there may be
3  differences of opinion.
4  BY MR. HEGARTY:
5  Q.   You then agree that this statement is not
6  an unreasonable statement to make, correct?
7  MR. FARIES:  Objection to form.
8  THE WITNESS:  I'm saying that it is
9  possible for other scientists to come to a
10  different conclusion based on the same review of
11  evidence.
12  BY MR. HEGARTY:
13  Q.   Have you reviewed IARC's review of the
14  issue of talcum powder products and their possible
15  link to ovarian cancer?
16  A.   Yes, I have.
17  Q.   When did you first review IARC's review of
18  the issue of talcum powder products in ovarian cancer?
19  A.   I don't recall specifically.
20  Q.   Did you review it when it was published
21  back in 2010?
22  A.   I don't remember the first time that I've
23  looked at it.
24  Q.   Do you recall being aware of what IARC
25  concluded back in 2006 when it did its review?

Page 100

1  A.   I don't recall --
2  MR. FARIES:  Objection to form.
3  THE WITNESS:  -- on a specific date when I
4  became aware of it.  I just don't recall.
5  BY MR. HEGARTY:
6  Q.   Do you agree that IARC conducted a full
7  and complete review of the question of whether talcum
8  powder products can be causally linked to ovarian
9  cancer back in 2006?
10  MR. FARIES:  Objection to form.
11  THE WITNESS:  Please say that one more
12  time.
13  BY MR. HEGARTY:
14  Q.   Sure.  Do you agree that IARC did a full
15  and complete review of the medical literature at the
16  time when it did its review of the issue of -- review
17  of looking at the issue of whether talcum powder
18  products can cause ovarian cancer?
19  MR. FARIES:  Objection to form.
20  THE WITNESS:  I think that IARC did a
21  thorough review.
22  BY MR. HEGARTY:
23  Q.   Did they review all of the relevant
24  literature through 2006 as part of that review?
25  MR. FARIES:  Objection to form.

Page 101

1  THE WITNESS:  To my knowledge, they did.
2  BY MR. HEGARTY:
3  Q.   And based on their review, IARC concluded
4  that talcum powder products were possibly
5  carcinogenic, correct, class -- Category 2B?
6  MR. FARIES:  Objection to form.
7  THE WITNESS:  That is my recollection of
8  their conclusion, yes.
9  BY MR. HEGARTY:
10  Q.   IARC did not conclude that talcum powder
11  products are carcinogenic, correct?
12  MR. FARIES:  Objection to form.
13  THE WITNESS:  They -- as you stated
14  before, their conclusion was that it was a
15  possible carcinogen.
16  BY MR. HEGARTY:
17  Q.   Is that Group 2B?
18  A.   I believe that's a categorization, yes.
19  Q.   There are two higher groups that IARC can
20  place a substance into, correct?
21  A.   That is correct.
22  Q.   One is carcinogenetic, correct?
23  A.   I -- yes.
24  Q.   The other is probably carcinogenetic,
25  correct, or possible -- or probable carcinogen?

26 (Pages 98 to 101)

Patricia Moorman, Ph.D., M.S.P.H.

Page 102

1    A.   Yes.
2    Q.   And IARC did not put talcum powder
3  products in either of those two categories, correct?
4    A.   Right.  As you stated, they described it
5  as a possible carcinogen.
6    Q.   Even that decision was not unanimous,
7  correct?
8        MR. FARIES:  Objection to form.
9        THE WITNESS:  I don't recall specifically
10   how that was described.
11 BY MR. HEGARTY:
12   Q.   Was it -- do you have a -- do you know one
13 way or another whether the decisions to place talc in
14 the category of 2B was a unanimous decision?
15   A.   I just answered that.  I don't know.
16   Q.   What is the phrase -- or strike that.
17       Do you know what it means or the IARC
18 designation of Category 2B means?  Do you know that
19 terminology?
20       MR. FARIES:  Objection to form.
21       THE WITNESS:  As you stated, it is a
22   possible carcinogen, and I think that they have
23   some criteria for putting a specific agent in a
24   specific category.
25

Page 103

1  BY MR. HEGARTY:
2    Q.   Do you know what that criteria is?
3    A.   Off the top of my head, I cannot describe
4  it specifically.
5    Q.   Have you read IARC's 2010 monograph with
6  regard to talcum powder products and ovarian cancer
7  before being contacted by Plaintiffs' counsel?
8    A.   I believe that I have, but I don't -- I
9  really don't recall the first time that I read it.
10   Q.   Do you recall if you agreed with IARC's
11 findings at the time you reviewed the IARC monograph?
12       MR. FARIES:  Objection to form.
13       THE WITNESS:  I don't -- I don't really
14   recall, you know, at that moment what my feeling
15   was.  Was it an agreement or disagreement, I
16   just don't recall.
17 BY MR. HEGARTY:
18   Q.   Do you recall when it was you had last
19 reviewed the IARC monograph as of the time you were
20 contacted by Plaintiffs' counsel as potentially
21 serving as an expert witness?
22   A.   I'm sorry.
23   Q.   Sure.
24   A.   I just didn't follow that question.
25   Q.   Do you recall when it was you last

Page 104

1  reviewed the IARC monograph as of the time you were
2  first contacted by Plaintiffs' counsel about serving
3  as an expert witness?
4    A.   It is very difficult to say specifically
5  when I reviewed it.  You know, it's just in generally
6  trying to review literature, I don't -- I can't say
7  did I -- when did I first recall -- review it, when
8  did I last review it.  It's just impossible for me to
9  pinpoint that.
10   Q.   Do you recall IARC in its analysis saying
11 that with regard to the epidemiologic and other
12 literature, that the Working Group considered such
13 evidence of a causal interpretation to be credible,
14 but chance, bias, and confounding could not be ruled
15 out with reasonable confidence?  Do you recall them
16 making that statement?
17       MR. FARIES:  Objection to form.
18       THE WITNESS:  I don't recall the specific
19   wording.  I recall something that -- some
20   addressing of whether or not bias could come
21   into play.  I don't recall the exact wording.
22 BY MR. HEGARTY:
23   Q.   Do you recall IARC -- strike that.
24       Did IARC find a dose response in the
25 literature looking at talcum powder use and ovarian

Page 105

1  cancer?
2        MR. FARIES:  Objection to form.
3        THE WITNESS:  I can't recall exactly how
4    they analyzed it in relation to dose response.
5  BY MR. HEGARTY:
6    Q.   Do you recall whether they looked at the
7  translocation or transportation of talc from the
8  perineum to the ovaries as part of their analysis?
9    A.   I believe they considered that, but,
10 again, all the details of all the articles I've read
11 are sometimes a little bit challenging to recall what
12 was in what article.
13   Q.   IARC also looked at whether inhaled talc
14 was a carcinogen.  Are you aware of that?
15       MR. FARIES:  Objection to form.
16       THE WITNESS:  I don't recall reading that.
17   (EXHIBIT NUMBER 7 WAS MARKED FOR IDENTIFICATION)
18 BY MR. HEGARTY:
19   Q.   Let me mark as Exhibit Number 7 the IARC
20 monograph, Volume 93, and I only brought one copy
21 because it was too big --
22       MR. FARIES:  Yeah, I understand.
23 BY MR. HEGARTY:
24   Q.   -- to bring so you all have to share it.
25       MR. FARIES:  I assume you're going to turn

27 (Pages 102 to 105)

Patricia Moorman, Ph.D., M.S.P.H.

Page 106

1    to a page.  I will take the --
2        MR. HEGARTY:  Yes.
3        MR. KLATT:  I'm sorry, that was which
4    exhibit?
5        MR. FARIES:  Exhibit 7.
6        MR. HEGARTY:  This is 7.
7    BY MR. HEGARTY:
8        Q.  I asked you a moment ago about the
9    statement of whether IARC was able to rule out chance,
10   bias, or confounding with reasonable confidence.  Do
11   you recall me asking that question?
12       A.  Yes, I do.
13       Q.  Do you recall if you agreed at the time
14   with IARC that chance, bias, and confounding could not
15   be ruled out with reasonable confidence?
16       MR. FARIES:  Objection to form.
17       THE WITNESS:  As I have stated before, I
18   do not recall exactly what my reaction was at
19   the time that I read this.
20   BY MR. HEGARTY:
21       Q.  Let's go back to my question with regard
22   to inhaled talc.  If you would look at page 412, under
23   the Section 6.3, Overall Evaluation.
24       MR. FARIES:  Hang on before you get --
25       okay.  I need to orient myself on what section

Page 107

1    we're in.
2        MR. HEGARTY:  Sure.
3        MR. FARIES:  And are we talking talc
4    products or other kinds of talc?
5        MR. HEGARTY:  Feel free to look at the
6    whole document --
7        MR. FARIES:  Yeah.
8        MR. HEGARTY:  -- if you want to.
9        MR. FARIES:  I'll keep it short here.
10       MR. HEGARTY:  Just try to keep the pages
11   in order.
12       MR. FARIES:  I'll try.  Okay, hang on.
13   I'm keeping them in order.
14       Did you by chance put a tab at the
15   beginning of talc?
16       MR. HEGARTY:  I did not.
17       MR. FARIES:  Okay.  Okay, okay.  And --
18   okay.  Twelve.  Ooh, I shouldn't have done that.
19   Okay.  So I just want to clarify for the
20   record that you're asking her questions about
21   the IARC's monograph, 93, regarding talc not
22   containing asbestiform fibers?
23       MR. HEGARTY:  Correct.
24       MR. FARIES:  Okay.  So there's that.  And
25   then if you need to refer to the -- let's see,

Page 108

1    405.  Okay.  Okay, we've got it.
2        MR. HEGARTY:  Okay.
3    BY MR. HEGARTY:
4        Q.  If you would look at page 412.  The
5    section that reads 6.3, Overall Evaluation, first
6    begins by stating that Perineal use of talc-based body
7    powder is possibly carcinogenic to humans, Group 2B,
8    correct?
9        A.  That's what it says, yes.
10       Q.  Do you agree that's where -- that is the
11   group that IARC classified its talc assessment for
12   purposes of this monograph?
13       A.  Yes.
14       Q.  The next line below that says:  (Reading)
15           Inhaled talc not containing
16       asbestos or asbestiform fibers is not
17       classifiable as to its
18       carcinogenicity, Group 3.
19       Do you see that?
20       A.  Yes, I do see that.
21       Q.  Do you agree with that statement?
22       MR. FARIES:  Objection to form.
23       THE WITNESS:  I agree that that is the
24   conclusion that IARC made.
25

Page 109

1    BY MR. HEGARTY:
2        Q.  Do you agree with their conclusion?
3        MR. FARIES:  Objection to form.
4        THE WITNESS:  In my -- my area of
5    expertise is in epidemiologic studies, and I
6    have not specifically identified studies that
7    looked just at inhaled talc.
8    BY MR. HEGARTY:
9        Q.  So you have not done an analysis so you
10   could comment on the Category 3 finding by IARC; is
11   that correct?
12       MR. FARIES:  Objection to form.
13       THE WITNESS:  I have not done that
14   analysis.
15   BY MR. HEGARTY:
16       Q.  Do you agree with IARC's finding of
17   talc-based body powders as possibly carcinogenetic to
18   humans Group 2B?
19       MR. FARIES:  Objection to form.
20       THE WITNESS:  My opinion as I have
21   expressed to you is stronger than this
22   conclusion here.
23   BY MR. HEGARTY:
24       Q.  Was it stronger than the conclusion back
25   when this was published in 2010?

28 (Pages 106 to 109)

Patricia Moorman, Ph.D., M.S.P.H.

Page 110

1    A.   Once again, I do -- cannot recall exactly
2 what my opinion was at that time point.  My opinion
3 has -- as more evidence arises, that has informed my
4 opinion.
5    Q.   Well, are you able to pinpoint in any way
6 when you came to the opinion that talcum powder
7 products increased the risk of ovarian cancer, for
8 example, in the 2000s, between 2000 and 2010, if
9 somebody had asked you what your opinion was, would
10 you have said that my opinion is that talcum powder
11 products increase the risk of ovarian cancer?
12       MR. FARIES:  Objection to form.  This has
13    honestly been asked and answered several times.
14    You're welcome to repeat your answer, and then
15    maybe we can move on.
16       THE WITNESS:  Right.  I can't identify any
17    specific point where I formed this opinion.  The
18    medical -- the epidemiologic literature has
19    evolved on it, has continued to accumulate, and
20    my opinion has always been informed by the body
21    of literature, the entire body of literature.
22 BY MR. HEGARTY:
23    Q.   Well, would it be a fair statement, then,
24 that your opinion has been evolving on this issue over
25 time?

Page 111

1       MR. FARIES:  Objection to form.
2       THE WITNESS:  Yes, yes.
3 BY MR. HEGARTY:
4    Q.   In particular, you didn't start out when
5 you looked at the very first study on talcum powder
6 products in ovarian cancer with the belief that talcum
7 powder products cause ovarian cancer, correct?
8       MR. FARIES:  Objection to form.
9       THE WITNESS:  Okay.  I did not do the
10    first study of ovarian cancer and talc, okay?  I
11    have been aware of epidemiologic studies
12    examining talc products in relation to ovarian
13    cancer for quite some time.  One would never
14    make a conclusion about causality based on a
15    single epidemiologic study, and so the first
16    time you see something like that, it is very
17    reasonable to say, hum, that's interesting, but
18    only with additional studies would one make a
19    conclusion.  And so as studies have been done --
20    as we all know, there have been several,
21    probably a couple dozen or more epidemiologic
22    studies, and so as those studies have come out,
23    of course my opinion has evolved.
24 BY MR. HEGARTY:
25    Q.   My question was a little bit different.

Page 112

1 You did do -- you have been involved in studies
2 looking at talcum powder products and the risk of
3 ovarian cancer, correct?
4    A.   Yes.
5    Q.   You have been an author on several papers
6 that have reported relative risks or odds ratios in
7 looking at ovarian cancer risk with talcum powder
8 product -- with body powder product or talcum powder
9 product use, correct?
10    A.   That is correct.
11    Q.   And my question was, at the time you were
12 involved in the very first study that you did, do you
13 agree that you had not concluded that talcum powder
14 products cause ovarian cancer?
15       MR. FARIES:  Objection to form.
16       THE WITNESS:  When we do our studies and
17    develop our questionnaires, we are asking
18    questions about what we often say established
19    and hypothesized risk factors for the disease,
20    and there is a spectrum of evidence.  And it's
21    hard to say, again, at the time that we started
22    these studies whether we had concluded that it
23    was a cause or that there was reason to study it
24    as a cause of ovarian cancer because of the body
25    of literature on it.

Page 113

1 BY MR. HEGARTY:
2    Q.   With regard to the studies that you've
3 been involved in in which you've reported on the
4 results of women using talcum powder products and the
5 risk of ovarian cancer, is that data, the
6 questionnaires, the data, the work product, the study
7 notes, is all that material still in existence?
8       MR. FARIES:  Objection to form.
9       THE WITNESS:  The two studies that I have
10    been involved in that have been -- have done
11    data collection on talc have been the North
12    Carolina Ovarian Cancer Study and then the
13    African-American Cancer Epidemiology Study, and
14    those data are -- yes, still exist, the
15    questionnaires still exist.
16 BY MR. HEGARTY:
17    Q.   How about all of the work generated in
18 ultimately bringing that data to publication, drafts,
19 notes, e-mails, exchanges back and forth, is all that
20 data still in existence?
21       MR. FARIES:  Objection to form.
22       THE WITNESS:  I -- again, you're
23    expressing this in an absolute.  All of it, I
24    would say probably not.  You know, it's not
25    typical to save every draft and -- you know, and

29 (Pages 110 to 113)

Patricia Moorman, Ph.D., M.S.P.H.

Page 114

```
1    again, like for example this study (indicating),
2    Joellen Schildkraut was the lead author, and so
3    I cannot speak to whether she has retained every
4    draft or not.
5    BY MR. HEGARTY:
6        Q.   How about you, do you have copies or do
7    you have data, materials still remaining from the
8    studies that you have been involved in looking at
9    talcum powder product or body powder product use in
10   ovarian cancer?  Do you have your --
11          MR. FARIES:  Objection.
12   BY MR. HEGARTY:
13       Q.   Do you have materials still in your
14   possession at your office or your home?
15       A.   So "materials" as defined by?
16       Q.   Anything dealing with those studies?
17       A.   By IRB, Institutional Review Board,
18   regulations, the data are retained for a minimum of
19   six years after the studies are completed.
20       Q.   How about any other work product you
21   generated in working on those studies?  Do you still
22   have any of that work product still in your
23   possession?
24       A.   The work product, again, as you said, like
25   drafts and --
```

Page 115

```
1        Q.   Notes, notebooks, any memorandum, if any
2    exist, do you have any of that material still in your
3    possession?
4        A.   I don't believe that there were any
5    notebooks or notes in regard to that.
6        Q.   If there were any such, would you still
7    have possession of those?
8        A.   I don't think they exist, I just -- I just
9    don't.
10       Q.   Can you cite for me any medical or
11   scientific group, entity, or organization who has said
12   that the use of talcum powder products causes ovarian
13   cancer?
14          MR. FARIES:  Objection to form.
15          THE WITNESS:  Okay.  I do not recall any
16       group that has used specifically that
17       terminology.  I think that IARC has described it
18       as possibly carcinogenic.
19   BY MR. HEGARTY:
20       Q.   Can you cite any medical or scientific
21   group, entity or organization who has said that talcum
22   powder products increase the risk of ovarian cancer?
23       A.   I can't think of any off the top of my
24   head.
25       Q.   Can you identify any medical or scientific
```

Page 116

```
1    group, entity or organization who has the same opinion
2    you have with regard to the use of talcum powder
3    products and ovarian cancer whether it's risk or
4    cause?
5          MR. FARIES:  Objection to form.
6          THE WITNESS:  I can't recall.  I can't --
7       I don't know of one.
8    BY MR. HEGARTY:
9        Q.   Have you ever made the statement in any
10   publication you have ever written that talcum powder
11   products increase the risk of ovarian cancer?
12          MR. FARIES:  Objection to form.
13          THE WITNESS:  I am -- I can't recall if I
14       have made specifically that statement.  And,
15       again, it is important to bear in mind that I
16       have often worked as part of a group of
17       investigators, and so, for example, this paper
18       was not a paper that I wrote, that it was
19       Dr. Schildkraut that wrote it.  And I think that
20       like, for example, statements like "our results
21       support that body powder is a modifiable risk
22       factor for EOC," so epithelial ovarian cancer,
23       "among African-American women."  I think it
24       is -- this -- the gist of the statement they
25       use.
```

Page 117

```
1    BY MR. HEGARTY:
2        Q.   Well, my question was very specific.  Have
3    you ever made the statement in any publication which
4    you were an author on or with any public -- any other
5    document you have authored that use of body powders,
6    talc-based body powders, cause ovarian cancer?
7          MR. FARIES:  Objection to form.
8          THE WITNESS:  I don't think I have written
9       that in a published document.
10   BY MR. HEGARTY:
11       Q.   Have you written in any published document
12   in which you are listed as an author or were an author
13   that talc body powders increase the risk of ovarian
14   cancer?
15          MR. FARIES:  Objection to form.
16   BY MR. HEGARTY:
17       Q.   Versus those women who do not use them?
18          MR. FARIES:  Same objection.
19          THE WITNESS:  I can't remember the exact
20       phrasing being used like that.
21   BY MR. HEGARTY:
22       Q.   Can you cite for me any author who has
23   ever written in any publication that talcum powder
24   products cause ovarian cancer?
25          MR. FARIES:  Objection to form.
```

30 (Pages 114 to 117)

Patricia Moorman, Ph.D., M.S.P.H.

Page 118

1    THE WITNESS: I can't recall any -- any
2    document that has that exact phrasing.
3  BY MR. HEGARTY:
4    Q.   Can you cite for me any author in any
5  publication who has ever stated that use of talcum
6  powder products increase the risk of ovarian cancer?
7    A.   I'm just having trouble recalling any
8  specific wording like that.
9    Q.   Can you identify for me any doctor who
10 treats ovarian cancer who has the same opinions you do
11 about cause?
12    MR. FARIES: Objection to form.
13    THE WITNESS: I actually have not
14   discussed that with -- that specific question
15   with any gynecologic oncologist.
16 BY MR. HEGARTY:
17    Q.   Have you discussed with any gynecologic
18 oncologist your opinion that talcum powder products
19 increase the risk of ovarian cancer?
20    A.   I have not had a specific discussion in
21 that regard, no.
22    Q.   You provided to us the primary opinion in
23 this case that women who use talcum powder products
24 are at a higher risk of ovarian cancer than women who
25 did not use them. Do you recall making that

Page 119

1  statement?
2    A.   I do.
3    Q.   Did you have that opinion before being
4  contacted by Plaintiffs' counsel in this case?
5    A.   I had the opinion that women who use body
6  powder are at increased risk for ovarian cancer for,
7  yes, before I was contacted by the Plaintiffs'
8  attorneys.
9    Q.   You also provided the opinion that women
10 who use that -- strike that.
11    You also provided the opinion that talcum
12 powder products cause ovarian cancer. Do you recall
13 making -- telling us that today?
14    A.   I do.
15    Q.   Did you have that opinion before being
16 contacted by Plaintiffs' counsel in this case?
17    A.   My opinion, I think that it became
18 stronger as I reviewed the body of literature in -- in
19 relation to that. It was -- I held the opinion that
20 it was a risk factor. It became stronger as I really
21 delved into it in greater detail.
22    Q.   And let me make sure I'm clear on
23 Plaintiffs' counsel. Before being contacted by
24 Mr. Gibson or Ms. Parfitt is it your testimony that it
25 was your opinion that women who used talcum powder

Page 120

1  products are at a higher risk of ovarian cancer than
2  women who did not use them?
3    A.   That is correct.
4    Q.   And before you were contacted by
5  Mr. Gibson or Ms. Parfitt, I take it from your last
6  answer, that you had not come -- yet come to the
7  opinion that talcum powder products cause ovarian
8  cancer, correct?
9    MR. FARIES: Objection to form.
10    THE WITNESS: I -- epidemiologists by
11   nature tend to be very cautious. And it was,
12   you know, reviewing all of the literature in
13   probably more detail than I had ever reviewed it
14   before led me to come to the conclusion that I
15   think that the evidence is strong enough to say
16   with a reasonable degree of scientific certainty
17   that talc use can cause ovarian cancer.
18 BY MR. HEGARTY:
19    Q.   Have you ever used, before being contacted
20 by Plaintiffs' counsel in this case, the phrase
21 "reasonable degree of scientific certainty"?
22    A.   I don't think that I have.
23    Q.   What does that phrase mean to you?
24    A.   I take it to mean that when considering
25 the bulk -- the overall evidence, that it is

Page 121

1  reasonable to make that statement. I think that it
2  takes -- it takes into account that science evolves
3  and there may be additional data that could arise
4  and -- in which the opinion may evolve, but based on
5  the body of evidence now I do feel that there is
6  reasonable scientific certainty.
7    Q.   With regard to your prior testimony as to
8  looking at cause versus increased risk, you mentioned
9  that that opinion came after you had done an in-depth
10 review, correct?
11    A.   That is correct.
12    Q.   So it would be a fair statement to say
13 before you were contacted by either Mr. Gibson or
14 Ms. Parfitt that you had not done an in-depth review
15 of all of the literature concerning talcum powder
16 products and ovarian cancer, correct?
17    MR. FARIES: Objection to form.
18    THE WITNESS: I think that it is a matter
19   of degree. I think that I was aware of the
20   epidemiologic studies that had addressed this.
21   And as I was -- after I was contacted about this
22   case, I tried to do a very critical, very
23   in-depth reviews.
24 BY MR. HEGARTY:
25    Q.   A review you had not yet done before being

31 (Pages 118 to 121)

Patricia Moorman, Ph.D., M.S.P.H.

Page 122

1  contacted by Ms. Parfitt and/or Mr. Gibson, correct?
2      MR. FARIES: Objection to form.
3      THE WITNESS: As I said, I think that it
4  is not a matter of had I not or had I done it, I
5  think that it was, perhaps, the level of detail.
6  BY MR. HEGARTY:
7      Q.   You did a more detailed review and
8  analysis after being contacted by Ms. Parfitt and/or
9  Mr. Gibson than you had done before they had contacted
10 you, correct?
11     MR. FARIES: Objection to form.
12     THE WITNESS: Correct.
13 BY MR. HEGARTY:
14     Q.   Have you ever provided the opinions you've
15 given us here today to any doctor who has ever treated
16 a patient for ovarian cancer?
17     A.   I have not.
18     Q.   That includes any doctor at Duke, correct?
19     A.   That is correct.
20     Q.   You've not told your opinions about talc
21 and ovarian cancer to any doctor in your own medical
22 school, correct?
23     MR. FARIES: Objection to form, asked and
24 answered.
25     THE WITNESS: That is correct.

Page 123

1  BY MR. HEGARTY:
2      Q.   Do you know any of the gynecologic
3  oncologists at Duke?
4      A.   Yes, I do.
5      Q.   Can you name for me the ones you know?
6      A.   I know Dr. Andrew Berchuck, Dr. Laura
7  Havrilesky.  I have met Angeles Alvarez Secord.  I
8  believe those are the ones that I know.
9      Q.   You've not spoken to them about your
10 opinions that you provided here today, correct?
11     A.   I have not had a direct conversation with
12 them.
13     Q.   Well, have you had any conversation with
14 them about your opinions in this case?
15     A.   No, I have not.
16     Q.   Have you told any of the authors that
17 you're on in the Schildkraut paper of your opinions in
18 this case?
19     MR. FARIES: Objection to form.
20     THE WITNESS: No, I have not discussed my
21 involvement in this case with any of the
22 authors.
23 BY MR. HEGARTY:
24     Q.   How about any of the authors on any of the
25 papers you've been on?

Page 124

1      MR. FARIES: Objection to form.
2      THE WITNESS: The only discussion that I
3  had about my involvement in this was with an
4  author.  It was a former student, and she had
5  been contacted by an attorney and asked me what
6  I thought about it and if I had had any
7  involvement.  And I had just mentioned to her
8  that I was working with the Plaintiffs'
9  attorney.  But I have not discussed otherwise.
10 BY MR. HEGARTY:
11     Q.   Who was that person?
12     A.   Who was the person?
13     Q.   Yes.
14     A.   Her name is Rachel Weber.
15     Q.   When did this discussion happen?
16     A.   I believe it was in the fall of last year.
17     Q.   Would it be a fair statement that with
18 regard to the opinions you've offered in this case,
19 that you've held those opinions for at least a year?
20     MR. FARIES: Objection to form.
21     THE WITNESS: Yes, that is a fair
22 statement.
23 BY MR. HEGARTY:
24     Q.   Sitting here today you're not testifying
25 on behalf of Duke University, correct?

Page 125

1      A.   No, I am not.
2      Q.   You're not coming here today testifying
3  that Duke University or the Duke Medical School has
4  the same opinions that you do, correct?
5      MR. FARIES: Objection to form.
6      THE WITNESS: No, I am not.
7  BY MR. HEGARTY:
8      Q.   You're here on your own behalf, right?
9      A.   That is correct.
10     Q.   And the opinions you hold are your own
11 opinions, right?
12     A.   That is correct.
13     Q.   Can you identify for me any regulatory
14 body who has required a warning concerning genital
15 talc use and ovarian cancer?
16     MR. FARIES: Objection to form.
17     THE WITNESS: No, I cannot.
18 BY MR. HEGARTY:
19     Q.   How about any regulatory body who has
20 concluded that genital talcum powder use is a risk
21 factor or a cause of ovarian cancer?
22     MR. FARIES: Objection to form.
23     THE WITNESS: No, I cannot.
24 BY MR. HEGARTY:
25     Q.   Outside of your work with Plaintiffs'

32 (Pages 122 to 125)

Patricia Moorman, Ph.D., M.S.P.H.

Page 126

1  counsel, has anyone before being contacted by
2  Plaintiffs' counsel sought out your opinions regarding
3  talc and ovarian cancer?
4      A.   Before Plaintiffs' counsel --
5      Q.   Yes.
6      A.   -- contacted me, has anybody else sought
7  out my opinion?
8      Q.   Correct.
9      A.   No.
10     Q.   Before being contacted by Plaintiffs'
11 counsel, has anybody sought out your opinion on
12 whether talcum powder products increase the risk of
13 ovarian cancer?
14     A.   No.
15     Q.   Or about potential causes of ovarian
16 cancer, generally?  Has anybody -- strike that.
17         Has anybody sought out your opinions,
18 generally, about the causes of ovarian cancer?
19     A.   I'm not sure exactly how to interpret that
20 question.  I have -- you know, I have done things over
21 the course of my career such as reviewing grant
22 applications, several years ago participated in a CDC
23 panel about ovarian cancer.  And so those I think that
24 it would be fair to characterize them as people
25 seeking my opinion about -- my -- my opinion, my

Page 127

1  knowledge about ovarian cancer.
2      Q.   I'd asked you previously about your
3  opinions before being contacted by Plaintiffs' counsel
4  through the present date.  Have you provided the
5  opinions you've given us here today to any group,
6  person or entity outside of this litigation?
7          MR. FARIES:  Objection to form.
8          THE WITNESS:  No, I have not.
9  BY MR. HEGARTY:
10     Q.   Has NCI ever sought out your opinions with
11 regard to talcum powder products and ovarian cancer?
12     A.   No, they have not.
13     Q.   How about any scientific or medical body
14 or organization?
15     A.   No, they have not.
16     Q.   Do you teach courses?
17     A.   Yes, I do.
18     Q.   Is that currently?
19     A.   Yes.
20     Q.   Have you ever taught to any of your
21 opinions -- have you ever taught to any of the
22 students in your classes the opinions you've provided
23 to us here today?
24     A.   No, I do not teach -- the course that I
25 teach is called, Evidence-based Medicine.  It is not

Page 128

1  specifically a cancer epidemiology course.
2      Q.   Have you ever provided to any of your
3  peers in any lecture format or otherwise the opinions
4  you've offered here today?
5      A.   No, I have not.
6      Q.   Do you consider yourself an expert in the
7  possible association between asbestos -- strike that.
8          Do you consider yourself to be an expert
9  in asbestos-causing ovarian cancer?
10         MR. FARIES:  Objection to form.
11         THE WITNESS:  I consider myself to be an
12     expert in the epidemiology of ovarian cancer.  I
13     do not consider myself to be, specifically, an
14     expert about asbestos.
15 BY MR. HEGARTY:
16     Q.   Have you conducted any original research
17 on asbestos in talcum powder products and ovarian
18 cancer?
19         MR. FARIES:  Objection to form.
20         THE WITNESS:  Please state that again.
21 BY MR. HEGARTY:
22     Q.   Sure.  Have you conducted any original
23 research looking at the potential for asbestos to be
24 in talcum powder products?
25     A.   I think this goes back to the questions

Page 129

1  that you've asked earlier.  As you clearly know, we
2  did do a study that was evaluating talcum powder in
3  relation to ovarian cancer, and so talcum powder with
4  all its constituents.  We would not be able to
5  distinguish between asbestos-containing and
6  nonasbestos-containing talcum powder.
7      Q.   My question is a little bit different.
8  You had commented earlier about reviewing studies or
9  literature that has commented on the potential for
10 asbestos to be in talcum powder products.  Do you
11 recall saying that earlier?
12     A.   That I looked at some of those studies.
13     Q.   Have you ever been involved in any study
14 looking at whether talcum powder products actually had
15 asbestos in them?
16         MR. FARIES:  Objection to form.
17         THE WITNESS:  Once again, that is outside
18     of my realm of expertise.  I do not do any
19     mineral studies, testing, like that.
20 BY MR. HEGARTY:
21     Q.   Has there been any study looking at
22 actually asbestos in talcum powder products and that
23 link -- and such a link -- strike that.  Let me say it
24 again.
25         Have there been, actually, any studies

33 (Pages 126 to 129)

Patricia Moorman, Ph.D., M.S.P.H.

Page 130

1  that have identified products, talcum powder products,
2  that actually have asbestos in them and looking at
3  those products link to ovarian cancer?
4        MR. FARIES: Objection to form.
5        THE WITNESS: I think that it goes back to
6  the same thing that I've said before. There is
7  no way to do studies of ovarian cancer and -- in
8  relation to talcum powder use to distinguish
9  between asbestos-containing or not.
10 BY MR. HEGARTY:
11     Q.   You are not a medical doctor, correct?
12     A.   That is correct.
13     Q.   And you have never been involved in the
14 care and treatment of a patient with ovarian cancer,
15 correct?
16     A.   No, I have not.
17     Q.   You are not authorized to treat patients,
18 correct?
19     A.   No, I am not.
20     Q.   And you have never analyzed a patient's
21 risk factors for ovarian cancer, true?
22     A.   No, I have not.
23     Q.   You have never attempted to look at a
24 patient's risk factors and determine which factor, if
25 any, had anything to do with their ovarian cancer,

Page 131

1  correct?
2      A.   No.
3      Q.   Are you aware of a method published in the
4  medical literature for reliably determining the cause
5  of an individual patient's ovarian cancer?
6        MR. FARIES: Objection to form.
7        THE WITNESS: I'm not aware of anything
8  like that.
9  BY MR. HEGARTY:
10     Q.   Do you know the names of the plaintiffs in
11 this case?
12       MR. FARIES: Objection to form.
13       THE WITNESS: No, I do not.
14 BY MR. HEGARTY:
15     Q.   Do you know how many plaintiffs are in
16 this case?
17     A.   No, I do not.
18     Q.   Do you know anything about them, where
19 they live, where they grew up, their asbestos -- their
20 asbestos exposures, their talcum powder product
21 exposure? Do you know any of that information?
22     A.   No, I do not.
23     Q.   Do you have any personal knowledge of any
24 patient who has used talcum powder products and
25 developed ovarian cancer?

Page 132

1        MR. FARIES: Objection to form.
2        THE WITNESS: I know several women who
3  have ovarian cancer. I have not spoken to them,
4  specifically, about their use of talcum powder.
5  But it is a quite ubiquitous exposure, so it is
6  very possible that they did have that exposure.
7  BY MR. HEGARTY:
8      Q.   Is it correct that you don't intend, in
9  this case, to offer the opinion that any particular
10 woman's use of talcum powder products caused their
11 ovarian cancer?
12     A.   I was asked to comment on the general
13 causation meaning it is pulling on my expertise as a
14 population scientist. I will not be commenting on any
15 specific woman.
16     Q.   If we talk about statistical significance
17 and if we look at relative risk or odds ratios, in
18 that analysis one is considered the null value,
19 correct?
20     A.   That is correct.
21     Q.   And null value would indicate no
22 association between the exposure you're looking at and
23 the disease you're looking at, correct?
24     A.   Yes.
25     Q.   If a study is statistically significant,

Page 133

1  it means that the likelihood of the result is caused
2  by something other than random chance, correct?
3        MR. FARIES: Objection to form.
4        THE WITNESS: The statistical significance
5  is one tool that we use to evaluate the results
6  from a study.
7  BY MR. HEGARTY:
8      Q.   Let me ask it a different way.
9      A.   Okay.
10     Q.   If a study is not statistically
11 significant, it means the result could be due to
12 random chance, correct?
13       MR. FARIES: Objection to form.
14       THE WITNESS: Okay. It is -- if it is not
15 statistically significant that -- and you
16 give -- a 95 percent confidence interval is
17 reported, that is indicating that if you had
18 taken another sample from the population, this
19 is a plausible range of values that would be
20 statistically possible if you were able to
21 repeat the study.
22 BY MR. HEGARTY:
23     Q.   And a confidence interval includes the
24 value of one to a 95 percent -- a 95 percent
25 confidence interval would mean that the result could

34 (Pages 130 to 133)

Patricia Moorman, Ph.D., M.S.P.H.

Page 134

1 be just due to chance, correct?
2     MR. FARIES:  Objection to form.
3     THE WITNESS:  It -- yes, that is how one
4     could interpret that.
5 BY MR. HEGARTY:
6     Q.  Another way to look at it is the null
7 value could be the actual value, correct?
8     A.  It could be the actual value.  The actual
9 value could be higher than the reported relative risk,
10 the confidence interval.
11     Q.  But it also could be lower too, correct?
12     A.  That is correct.
13     Q.  And when you get to both ends of the
14 confidence interval, it's less likely it's at either
15 end, correct?
16     A.  That's correct.  The point estimate is
17 the -- the best representation of the data from that
18 study.
19     Q.  If you have a non-statistically
20 significant finding, you cannot draw the conclusion in
21 that study that the exposure is related to the
22 condition study, correct?
23     MR. FARIES:  Objection to form.
24     THE WITNESS:  Okay.  Again, I'd like to
25     emphasize the point that one would never make a

Page 135

1     conclusion like that from a single study.  We --
2     in epidemiology we would always rely on multiple
3     studies to make our conclusions.
4 BY MR. HEGARTY:
5     Q.  My question's a little bit different.  I
6 think your comment about not drawing a conclusion from
7 a single study would also include a study that does
8 come out statistically significant, correct?
9     A.  That is correct.
10     Q.  But if you have a study that's not
11 statistically significant where you're looking at an
12 exposure and a disease, that would mean you can't draw
13 the conclusion that the exposure is associated with
14 the disease, correct?
15     MR. FARIES:  Objection to form.
16 BY MR. HEGARTY:
17     Q.  From that study?
18     MR. FARIES:  Same objection.
19     THE WITNESS:  Again, it was not
20     statistically significant, but one would never
21     make the conclusion on the basis of one study.
22 BY MR. HEGARTY:
23     Q.  And my question really focused on that --
24     A.  I'm sorry.
25     Q.  -- only that one study.

Page 136

1     A.  One study.
2     Q.  If you find a non statistically
3 significant result, then you cannot say that there's
4 any association in that study between the exposure and
5 the disease?
6     MR. FARIES:  Objection to form.
7     THE WITNESS:  It would be fair to say that
8     there is not a statistically significant
9     association.
10 BY MR. HEGARTY:
11     Q.  Do you agree that epidemiology focuses on
12 the question of general causation rather than that of
13 specific causation?
14     A.  Could you, please, define those terms as
15 you understand them?
16     Q.  Well, you indicated a moment ago that you
17 were here to comment on general causation.
18     A.  Okay.  I just want to make sure we're on
19 the same page.
20     Q.  So you have an understanding of what
21 general causation is, correct?
22     MR. FARIES:  Objection to form.
23     THE WITNESS:  I do have an understanding.
24     I -- please, you know, tell me your
25     understanding as well to make sure we're on the

Page 137

1     same page.
2 BY MR. HEGARTY:
3     Q.  Well, you also commented a moment ago that
4 you're not here to testify about specific causation,
5 correct?
6     A.  I said that I was not going to testify
7 about any specific woman, I believe.
8     Q.  So using the definitions that you apply to
9 general and specific causation, do you agree that
10 epidemiology focuses on the question of general
11 causation rather than that of specific causation?
12     MR. FARIES:  Objection to form.
13     THE WITNESS:  I think that, yes,
14     epidemiology focuses on general causation in the
15     studying populations, not individuals.
16 BY MR. HEGARTY:
17     Q.  Do you agree that there are, generally,
18 three categories of phenomena that could result in an
19 association finding in a study to be erroneous,
20 chance, bias and confounding?
21     MR. FARIES:  Objection to form.
22     THE WITNESS:  Those -- yes, those are
23     things we consider in all studies.
24 BY MR. HEGARTY:
25     Q.  Well, each of those could result in a

35 (Pages 134 to 137)

Patricia Moorman, Ph.D., M.S.P.H.

| | |
|---|---|
| Page 138 | Page 140 |

### Page 138

1  finding in a study to be erroneous correct?
2      A.   Correct.
3      Q.   The way to account for chance is through
4  statistical significance, correct?
5          MR. FARIES: Objection to form.
6          THE WITNESS: Not exclusively.
7  BY MR. HEGARTY:
8      Q.   How else can you account for a statistical
9  chance besides statistical significance?
10     A.   Okay.  Once, again, considering the entire
11 body of literature.  A single study, that is not
12 statistically significant, but it would say that
13 they -- those findings are compatible with a chance
14 finding.  But when you consider the whole body of
15 literature, there may be some studies that did not
16 reach statistically significance that could play into
17 the whole body of -- contribute to the whole body of
18 literature.
19     Q.   Do you agree that within an individual
20 study a finding of statistical significance does not
21 rule out that the result was due to bias or
22 confounding?
23         MR. FARIES: Objection to form.
24         THE WITNESS: I do agree with that.
25

### Page 139

1  BY MR. HEGARTY:
2      Q.   Do you agree that in a case-control study,
3  retrospective case-control study, there are a number
4  of potential sources of bias?
5          MR. FARIES: Objection to form.
6          THE WITNESS: I agree with that, but I
7      also think that that is true of any study
8      design.
9  BY MR. HEGARTY:
10     Q.   Okay.  It's your belief that any study
11 design whether it's randomized, placebo controlled,
12 cohort, case-control, prospective study, has potential
13 bias in it?
14         MR. FARIES: Objection to form.
15         THE WITNESS: I do agree that any study
16     design can have some bias in it.
17 BY MR. HEGARTY:
18     Q.   One type of bias is recall bias, correct?
19     A.   That is correct.
20     Q.   And recall bias is where individuals with
21 the disease, the cases, tend to recall past exposures
22 more readily than individuals with no disease,
23 correct?
24     A.   That is how the bias is typically defined.
25     Q.   Recall bias is a concern in every

### Page 140

1  retrospective case-control study, correct?
2      A.   It is something that one would always
3  think about in a case-control study.
4      Q.   Recall bias in a retrospective
5  case-control study can distort an evaluation of
6  whether the exposure is actually related to the
7  disease, correct?
8          MR. FARIES: Objection to form.
9          THE WITNESS: Recall bias can lead to an
10     erroneous conclusion, yes.
11 BY MR. HEGARTY:
12     Q.   Misclassification bias can also lead to an
13 erroneous conclusion in a study, correct?
14         MR. FARIES: Objection to form.
15         THE WITNESS: It may, yes.
16 BY MR. HEGARTY:
17     Q.   And confounding is where there -- is where
18 there could be another association in the study that
19 confuses the relationship between what you're looking
20 at and the disease, correct?
21     A.   That is correct.
22     Q.   In every study there exists the potential
23 for unknown confounders, correct?
24         MR. FARIES: Objection to form.
25         THE WITNESS: That is possible, yes.

### Page 141

1  BY MR. HEGARTY:
2      Q.   And when considering bias and confounders,
3  the weaker the association, the lower the relative
4  risk is or odds ratio, the greater the concern is that
5  bias and confounding could be the result of that
6  relative risk or odds ratio, correct?
7          MR. FARIES: Objection to form.
8          THE WITNESS: We consider confounding
9      regardless of the strength of the association.
10 BY MR. HEGARTY:
11     Q.   But do you -- I'm sorry, go ahead.  I
12 didn't mean to interrupt.
13     A.   Go ahead.
14     Q.   Do you agree, though, that there is
15 greater concern about bias and confounding when you're
16 dealing with a low relative risk or odds ratio versus
17 a high relative risk or odds ratio like one that's 10,
18 20 or 30?
19         MR. FARIES: Objection to form.
20         THE WITNESS: Okay.  I -- in general terms
21     yes.  Yes.
22 BY MR. HEGARTY:
23     Q.   For example, if you're doing a study on
24 smoking and lung cancer and you come up with a
25 relative risk of ten, is it correct that you're less

36 (Pages 138 to 141)

Patricia Moorman, Ph.D., M.S.P.H.

Page 142

1  likely to be concerned about the potential effect on
2  that finding by confounders or biases?
3          MR. FARIES:  Objection to form.
4          THE WITNESS:  You would be concerned about
5  confounding regardless of the strength of the
6  association.  If it is a relative risk that is
7  very large, it would have to be a factor that
8  was associated with both the exposure, in this
9  case the smoking, and the outcome to a similar
10  degree of strength.
11          MR. FARIES:  Okay.  Mark, can you find a
12  stopping point here --
13          MR. HEGARTY:  Yeah.
14          MR. FARIES:  -- shortly?
15          MR. HEGARTY:  Give me about -- just about
16  a few minutes --
17          MR. FARIES:  Okay.
18          MR. HEGARTY:  -- and then I'll be done.  A
19  few minutes here.
20  BY MR. HEGARTY:
21      Q.  Do you agree that the size of an odds
22  ratio or relative risk is an important consideration
23  in evaluating the plausibility of a causal
24  relationship between the exposure and the disease?
25          MR. FARIES:  Objection to form.

Page 143

1          THE WITNESS:  One considers the size of
2  the odds ratio, but one would also bear in mind,
3  and it is pointed out in numerous papers, that
4  some associations may be smaller in magnitude
5  but still plausible and real.
6  BY MR. HEGARTY:
7      Q.  When you say it's a consideration, what do
8  you mean?  The size of the relative risk or odds ratio
9  is a consideration in assessing a causal relationship
10  between the exposure and the disease?
11      A.  Okay.  You know, as I have stated earlier,
12  the Bradford Hill viewpoints, I don't want to use word
13  "criteria" because he doesn't use that, but the
14  strength of the association is one of the
15  considerations that is described there.  So it's -- it
16  is taken into account in the total picture.
17      Q.  Do you agree that in looking at
18  epidemiologic studies the presence of an association
19  does not establish a causal relationship?
20          MR. FARIES:  Objection to form.
21          THE WITNESS:  Okay.  That is what we
22  always -- one of the first things we teach
23  students, that correlation is not causation.
24  BY MR. HEGARTY:
25      Q.  And is correlation and association the

Page 144

1  same thing?
2      A.  In a general sense, yes.
3      Q.  Do you agree that epidemiologic --
4  epidemiology or epidemiologic evidence by itself is
5  insufficient to establish causality?
6          MR. FARIES:  Objection to form.
7          THE WITNESS:  When we -- again, in
8  epidemiology, we often rely on the Bradford Hill
9  criteria.  And it's not just the epidemiologic
10  evidence, but a very important consideration is
11  the consideration of a plausible biological
12  mechanism.
13  BY MR. HEGARTY:
14      Q.  And consideration of a plausible biologic
15  mechanism would take the analysis beyond just
16  epidemiologic studies, correct?
17      A.  It would consider data from beyond the
18  epidemiologic study, yes.
19      Q.  Do you agree that a risk factor is not
20  necessarily a causal factor?
21          MR. FARIES:  Objection to form.
22          THE WITNESS:  I -- I do agree that there
23  are examples of that, yes.
24  BY MR. HEGARTY:
25      Q.  Have you ever been on a panel for a CDC?

Page 145

1          MR. FARIES:  I'm sorry, is this not a good
2  breaking point now?
3          MR. HEGARTY:  Oh, yeah.  No, we can do a
4  breaking point.  We can do it now.
5          MR. FARIES:  Yeah, let's do it now.
6          (RECESS TAKEN FROM 12:28 P.M. TO 1:30 P.M.)
7  BY MR. HEGARTY:
8      Q.  Dr. Moorman, when you do a case-control
9  study, you adjust for confounders that are also risk
10  factors that you believe may have an effect on the
11  results of the study, correct?
12      A.  Yes, we consider confounders, yes.
13      Q.  Is a confounder the same thing as a risk
14  factor?
15          MR. FARIES:  Objection to form.
16          THE WITNESS:  A confounder is a factor
17  that is associated with the outcome and is also
18  associated with the exposure that you're
19  interested in.  So it should have some -- it
20  should be associated with the outcome.
21  BY MR. HEGARTY:
22      Q.  Your intent when you do studies is to
23  adjust for all risk factors that are -- could be
24  associated with the outcome, correct?
25          MR. FARIES:  Objection to form.

37 (Pages 142 to 145)

Patricia Moorman, Ph.D., M.S.P.H.

Page 146

1        THE WITNESS:  I do want to make that a
2    little bit more nuanced.  We -- our objective is
3    to consider them.  Sometimes when you do the
4    analysis you might do it in an iterative process
5    and so you might consider a factor as a
6    potential confounder.  If it does not change the
7    overall association, you may not necessarily
8    keep that in your final statistical model.
9    BY MR. HEGARTY:
10       Q.   But you agree that in papers where you
11   have been an author and looking at -- at risk factors
12   for ovarian cancer that you have not included as a
13   confounder body powder use, correct?
14       MR. FARIES:  Objection to form.
15       THE WITNESS:  I don't believe that is an
16   absolute accurate statement.  I think that we
17   may have considered it.  As I said, it may not
18   have -- if we put it into a model and it made no
19   difference, then there would be no need to
20   adjust for it.
21   BY MR. HEGARTY:
22       Q.   Did the paper reflect whether you
23   considered it, that is body powder use as a risk
24   factor, and decided not to adjust for it?
25       A.   It -- I can't say that with absolute

Page 147

1    certainty.  It is typical to describe the factors that
2    you considered as risk factors.
3        Q.   I'm going to hand you what I marked as
4    Exhibit Number 8.
5        A.   Okay.
6        (EXHIBIT NUMBER 8 WAS MARKED FOR IDENTIFICATION)
7        MR. FARIES:  Thank you.
8    BY MR. HEGARTY:
9        Q.   This is a paper in which you were a
10   coauthor on entitled, Supplemental Selenium May
11   Decrease Ovarian Cancer Risk in African-American
12   Women.  Is that correct?
13       A.   Yes.
14       Q.   This was published -- well, it says at the
15   bottom: (Reading)
16           Manuscript received
17       October 20, 2016; initial review
18       completed November 23rd, 2016;
19       revisions accepted January 17th, 2017.
20           Correct?
21       A.   That is correct.
22       Q.   Then it notes it was first published
23   online on February 15, 2017, correct?
24       A.   Correct.
25       Q.   If you turn over to page 2 under the

Page 148

1    results section.  Do you see that?
2        A.   Yes.
3        Q.   The first line there says:  (Reading)
4            As expected, established
5        ovarian cancer risk factors differ
6        between cases and controls.
7            You cite the Table 1, correct?
8        A.   Yes.
9        Q.   You did not include in Table 1 body powder
10   exposure as an established ovarian cancer risk factor,
11   correct?
12       A.   No, Dr. Terry did not include that in this
13   table.
14       Q.   You did not recommend that she include
15   that in this table either, did you?
16       MR. FARIES:  Objection to form.
17       THE WITNESS:  No, I did not make that
18   recommendation.
19   BY MR. HEGARTY:
20       Q.   That's all I have as to that study.
21       MR. KLATT:  I'm sorry, what was that
22   exhibit?
23       MR. HEGARTY:  8.
24       MS. PARFITT:  8.
25       MR. FARIES:  You write that on there?

Page 149

1        MR. KLATT:  Do you want me to?  On the
2    article?
3        MR. HEGARTY:  Yeah, on the article itself.
4        (EXHIBIT NUMBER 9 WAS MARKED FOR IDENTIFICATION)
5    BY MR. HEGARTY:
6        Q.   I'm going to show you what I've marked as
7    Exhibit 9.  This is another paper in which you were an
8    author on, correct?
9        A.   Yes.
10       Q.   That paper is entitled, Analgesic
11   Medication Use and Risk of Epithelial Ovarian Cancer
12   in African-American Women.  Correct?
13       A.   Yes.
14       Q.   If you look over on page 823, Tables 2
15   and 3 and even Table 1 did not include body powder or
16   talcum powder use as a confounder that was adjusted
17   for, correct?
18           (WITNESS REVIEWS DOCUMENT)
19       A.   That is correct.
20       Q.   Did you recommend to the author, Lauren
21   Peres, that they include talcum powder use or body
22   powder use as a potential confounder to consider in
23   this -- this analysis?
24       A.   I do not recall that I did that, no.
25       Q.   And why would you not have made that

38 (Pages 146 to 149)

Patricia Moorman, Ph.D., M.S.P.H.

Page 150

1  recommendation?
2      A.   I don't know exactly what my thought
3  process would have been.  In this paper, Dr. Peres is
4  a post-doc under the direction of Dr. Schildkraut and
5  many times in this situation, the coauthors are not
6  involved in every decision along the way and so I
7  don't know the entire thought process that they went
8  through when they decided which factors they were
9  going to use including their statistical model.
10     Q.   Well, when you say "they," you're one of
11 the listed authors, right?
12     A.   I am one of the listed authors, yes.
13     Q.   You read that paper and signed off on it
14 before it was published, correct?
15     A.   Yes.
16     Q.   You had the ability in that paper and in
17 the paper we just looked at, Exhibit Number 8, to
18 recommend adjustment for other risk factors, correct?
19         MR. FARIES:  Objection to form.
20         THE WITNESS:  That is correct.
21 BY MR. HEGARTY:
22     Q.   You did not do so as it relates to body
23 powder or talcum powder use, correct?
24     A.   No, I did not.
25     Q.   This -- these papers use the same study

Page 151

1  population that you have been working from, the North
2  Carolina and/or the African-American study, in which
3  you do have information as far as body powder use,
4  correct, right?
5          MR. FARIES:  Objection to form.
6          THE WITNESS:  Yes.
7  BY MR. HEGARTY:
8      Q.   And you stand behind every word that's
9  published in these papers, correct, as an author?
10         MR. FARIES:  Objection to form.
11         THE WITNESS:  I stand behind these papers
12 in the -- in the way that authors stand behind
13 them.  It's -- I did not write every word.  In
14 fact, I did not write these papers, and I felt
15 like overall they were appropriate.  The data
16 was -- I didn't have objections to how the --
17 the data were presented.
18 BY MR. HEGARTY:
19     Q.   And all the authors, the lead authors, are
20 certainly competent and respectable scientists,
21 correct?
22     A.   Yes.
23     Q.   I'm going to show you what I next marked
24 as Exhibit Number 10.
25     (EXHIBIT NUMBER 10 WAS MARKED FOR IDENTIFICATION)

Page 152

1          MR. FARIES:  Thank you.
2  BY MR. HEGARTY:
3      Q.   This is another paper in which you are an
4  author, correct?
5      A.   That is correct.
6      Q.   This is a paper whose lead author is
7  Bo Qin; is that correct?
8      A.   Yes.
9          MR. KLATT:  Mark, do you mind reading the
10     title?
11         MR. HEGARTY:  Yeah, just a second.
12 BY MR. HEGARTY:
13     Q.   The title of that paper is, Dietary
14 Quality and Ovarian Cancer Risk in African-American
15 Women, correct?
16     A.   That is correct.
17     Q.   If you turn over to -- first of all, if
18 you look at this paper, first page it said it was
19 accepted for publication on June 8th, 2016, correct?
20     A.   Yes.
21     Q.   If you turn over to page 1282 under the
22 section, Statistical Analysis.  Do you see that
23 section?
24     A.   Yes, I do.
25     Q.   Towards the bottom of the second full

Page 153

1  paragraph it notes that:  (Reading)
2          The multi-variant adjusted
3      model further considered a priority
4      the potential confounders or risk
5      factors for ovarian cancer of . . .
6          And then it lists a number of risk
7  factors, correct?
8      A.   Correct.
9      Q.   And body powder use is not listed,
10 correct?
11     A.   Correct.
12     Q.   This paper also did not adjust for body
13 powder/talcum powder use, correct?
14     A.   Correct.
15     Q.   You, likewise, had the opportunity to make
16 that recommendation if you thought that was
17 appropriate to do so, right?
18     A.   Yes.
19     Q.   And you felt that the paper as presented
20 was appropriate, correct?
21         MR. FARIES:  Objection to form.
22         THE WITNESS:  Yes.
23 BY MR. HEGARTY:
24     Q.   Next paper I'm going to show you is one I
25 marked as Exhibit Number 11.

39 (Pages 150 to 153)

Patricia Moorman, Ph.D., M.S.P.H.

## Page 154

1    (EXHIBIT NUMBER 11 WAS MARKED FOR IDENTIFICATION)
2    BY MR. HEGARTY:
3        Q.   This is a paper entitled, Socioeconomic
4    Status in Relation to the Risk of Ovarian Cancer in
5    African-American Women:  A Population-Based
6    Case-Control Study.  Correct?
7        A.   Correct.
8        Q.   You're also an author on this study; is
9    that right?
10       A.   Correct.
11       Q.   If you look in the abstract, about middle
12   of the abstract paragraph, it says:  (Reading)
13           After adjustment for a
14       established ovarian cancer risk
15       factors.
16           Do you see that?
17       A.   I do.
18       Q.   What that means is that this paper
19   adjusted for established ovarian cancer risk factors,
20   correct?
21           MR. FARIES:  Objection to form.
22           THE WITNESS:  That's what they state.
23   BY MR. HEGARTY:
24       Q.   In fact, that's what you state?
25       A.   Yes.

## Page 155

1        Q.   Nowhere in this paper did you as an author
2    or the other authors adjust for body powder or talcum
3    powder exposure, correct?
4        A.   That is correct.
5        Q.   So you would have to agree that as of the
6    date this paper was published you did not believe that
7    body powder exposure or talcum powder exposure was an
8    established ovarian cancer risk factor?
9            MR. FARIES:  Objection to form.
10           THE WITNESS:  As I have stated before, I'm
11       not sure.  It's very hard to pinpoint at a
12       particular date what my opinion -- what my
13       opinion was.
14   BY MR. HEGARTY:
15       Q.   Well, wouldn't it be a fair statement that
16   as of the date of all these four papers we just looked
17   at, if you had believed that ovarian -- that body
18   powder or talcum powder use was an established ovarian
19   cancer risk factor, you would have recommended that
20   the -- you and the other authors adjust for it in the
21   study findings, correct?
22           MR. FARIES:  Objection to form.
23           THE WITNESS:  I -- I did not make that
24       recommendation.
25

## Page 156

1    BY MR. HEGARTY:
2        Q.   Well, my question is a little bit
3    different.
4        A.   Yes, sir.
5        Q.   Isn't it correct, though, that if you had
6    believed at the time these papers were published that
7    body powder or talcum powder exposure was an
8    established risk factor for ovarian cancer that you
9    would have recommended to your fellow authors that
10   they adjust for it in the papers?
11           MR. FARIES:  Objection to form.
12           THE WITNESS:  I think it would be fair to
13       say that it should be considered, yes.
14   BY MR. HEGARTY:
15       Q.   Well, is it fair to say, though, in answer
16   to my question, that if you believed it would have
17   been -- it was an established risk factor at the time
18   these papers were published that you would have made
19   such a recommendation to your coauthors?
20           MR. FARIES:  Objection to form.
21           THE WITNESS:  I'm -- I'm not really -- I'm
22       not really sure.  It's -- as I said many times,
23       when we are working in these large groups,
24       you -- you may provide input.  It -- I might
25       have been operating on the assumption that they

## Page 157

1        had looked at it and perhaps it was not a risk
2        factor, but I just don't know exactly what my
3        frame of mind was at that point.
4    BY MR. HEGARTY:
5        Q.   Well, you know better than anyone yourself
6    and how you would approach being an author on a paper,
7    correct?
8        A.   Correct.
9        Q.   Is it your testimony that if you had
10   believed that ovarian -- that body powder or talcum
11   powder use was an established risk factor that you
12   would not have passed that information along to your
13   coauthors?
14           MR. FARIES:  Objection to form and
15       mischaracterizes the witness' prior testimony.
16   BY MR. HEGARTY:
17       Q.   You can answer.
18       A.   I'm -- I -- I think that I was probably
19   relying on my coauthors and I did not make that
20   recommendation.  That's all I can say.
21       Q.   Well, are you testifying here today that
22   at the time these papers were published you did
23   believe that body powder or talcum powder use was an
24   established ovarian cancer risk factor?
25           MR. FARIES:  Objection to form.

40  (Pages 154 to 157)

Patricia Moorman, Ph.D., M.S.P.H.

Page 158

1      THE WITNESS: My testimony is that I have
2  believed for quite some time that talcum powder
3  use is a risk factor for ovarian cancer.
4  BY MR. HEGARTY:
5      Q.   Understood, but I'm talking about at the
6  date these papers were published.  Is it your
7  testimony that at the date these papers were published
8  that you believed that body powder or talcum powder
9  use was an established risk factor for ovarian cancer?
10     MR. FARIES:  Objection to form.
11     THE WITNESS:  I would say yes, I did
12  believe it at that point.
13  BY MR. HEGARTY:
14     Q.   And that goes back to even the paper that
15  was published in 2015?
16     A.   As I have stated before, I have held this
17  position for a while.  I don't know exactly at what --
18  what point I would have said I held it or did not hold
19  it.
20     Q.   And it's your testimony that you --
21  despite you holding that belief, you didn't pass that
22  belief on to your coauthors; is that correct?
23     MR. FARIES:  Objection.  Sorry.  Objection
24  to form, asked and answered multiple times.
25

Page 159

1  BY MR. HEGARTY:
2     Q.   You can answer.
3     A.   Okay.
4     MR. FARIES:  And let this be the last time
5  that you ask this question, please.
6     THE WITNESS:  Okay.  No, I did not pass
7  that information along to the coauthors.
8  BY MR. HEGARTY:
9     Q.   Okay.  Now, you -- in none of the papers
10  that we just looked at was there a reporting of a
11  relative risk or an odds ratio for talcum or body
12  powder use in ovarian cancer, correct?
13     A.   That is correct.
14     Q.   But you have been an author on several
15  papers that have reported an odds ratio or relative
16  risk for use of talcum powder or body powder --
17  powders and ovarian cancer, correct?
18     A.   That is correct.
19     (EXHIBIT NUMBER 12 WAS MARKED FOR IDENTIFICATION)
20  BY MR. HEGARTY:
21     Q.   The first paper, from what I can tell, of
22  your publications that reported an odds ratio or
23  relative risk is what I've marked as Exhibit Number 12
24  which is titled, Ovarian Cancer Risk Factors in
25  African-American and White Women.  Correct?

Page 160

1     A.   That is correct.
2     Q.   Is it correct that this first -- this --
3  this paper, Exhibit 12, is the first time you ever
4  reported in the study in which you were on a relative
5  risk or odds ratio for body powder or talcum powder
6  use in ovarian cancer?
7     A.   To the best of my knowledge yes.
8     Q.   This is a paper in which you are the lead
9  author, correct?
10     A.   That is correct.
11     Q.   That means you are responsible for
12  everything in this paper, right?
13     MR. FARIES:  Objection to form.
14     THE WITNESS:  I wrote this paper, yes.
15  BY MR. HEGARTY:
16     Q.   And you stand behind the results of this
17  paper, correct?
18     A.   I do.
19     Q.   And in this paper you found no association
20  between talcum powder use and ovarian cancer in either
21  of African-American or white women, correct?
22     MR. FARIES:  Objection to form.
23     THE WITNESS:  In this paper there was not
24  a statistically significant association, that is
25  true.

Page 161

1  BY MR. HEGARTY:
2     Q.   Well, with regard to white women, the odds
3  ratio you reported is 1.04, correct?
4     A.   That is correct.
5     Q.   That is essentially null value, right?
6     MR. FARIES:  Sorry, hang on, slow down.
7     Objection to form.
8     MR. HEGARTY:  Okay.
9     MR. FARIES:  Now you can proceed.
10     THE WITNESS:  Okay.  Among the white
11  women, that is correct, the odds ratio was 1.04,
12  which is very close to the null value.
13  BY MR. HEGARTY:
14     Q.   You also compared the results in whites
15  and African-American women and found no difference
16  between the two, correct?  You did not find
17  heterogeneity, right?
18     A.   If you let me just look for a moment to --
19     Q.   Sure.
20     A.   -- just recall.
21     MR. FARIES:  If you don't feel
22  comfortable, always review your paper.
23     (WITNESS REVIEWS DOCUMENT)
24     THE WITNESS:  Uh-huh.  That is correct, we
25  did not find a statistically significant

41 (Pages 158 to 161)

Patricia Moorman, Ph.D., M.S.P.H.

Page 162

1    interaction between race and talc use in this
2    particular paper.
3    BY MR. HEGARTY:
4        Q.   What that means is, in sort of layperson
5    terms, is that you didn't find a difference in the
6    risk of ovarian cancer in white women using talc and
7    in black women using talc?
8        A.   I do want to put that in the -- we do have
9    to keep in mind the statistical -- that was a
10   statistical measure and the statistical measures are
11   always dependent on sample size, and so in this case
12   we did have a relatively small group of
13   African-Americans and so our tested interaction was
14   not statistically significant, and that is not to say
15   with certainty that there was no difference because
16   that test is dependent on sample size.
17       Q.   You did have enough cases and controls in
18   order to do an odds ratio, though, correct?  I'll let
19   that -- let me -- let me rephrase that.
20           You don't contend that there was not
21   sufficient power in the study in order to evaluate the
22   risk of ovarian cancer with talcum powder use, do you?
23           MR. FARIES:  Objection to form.
24           THE WITNESS:  When -- this study, the
25   North Carolina Ovarian Cancer Study, was

Page 163

1    intended to look at many different risk factors
2    for ovarian cancer.  When the study was
3    designed, it was not specifically designed to be
4    powered to detect the association specifically
5    with talc.  Talc was one of many risk factors
6    that was considered in this study.
7    BY MR. HEGARTY:
8        Q.   You have over 300 cases and over 300
9    controls, correct?
10       A.   I'm -- I'm --
11           MR. FARIES:  Objection to form.
12   BY MR. HEGARTY:
13       Q.   I'm sorry.  In your -- I'm sorry.
14           You have -- for a number of cases in the
15   study you had -- well, how many number of cases did
16   you have?  Let me ask you.
17       A.   Okay.
18           MR. FARIES:  I'm sorry, which part of the
19   study?
20           MR. HEGARTY:  Right, fair point.
21           THE WITNESS:  Okay.
22   BY MR. HEGARTY:
23       Q.   With regard to the talc use section on
24   Table 2 --
25       A.   Okay.

Page 164

1        Q.   -- how many cases and controls did you
2    have?
3        A.   Okay.  When you look at the data here,
4    it's up at the -- the column headings, it tells you we
5    had 746 white cases, 868 controls, 111
6    African-American cases, and similar number of
7    controls, and then for the talc use, you'll note that
8    there was missing data for quite a few of them.  So I
9    guess we are looking at 600-plus white cases and only
10   about 83 African-American cases.
11       Q.   You agree, though, you had enough cases --
12   enough cases and controls in order to -- to do an odds
13   ratio?
14           MR. FARIES:  Objection to form.
15           THE WITNESS:  One can calculate an odds
16   ratio with a very small number of cases and
17   controls so . . .
18   BY MR. HEGARTY:
19       Q.   You agree you had enough cases and
20   controls and results in order to report them in this
21   study, correct?
22       A.   I -- yes, we did.
23       Q.   And there -- there have been times when
24   you've published a paper where you said in the paper
25   you didn't feel like you had enough cases and controls

Page 165

1    in order to present the data, correct?
2        A.   That is correct.
3        Q.   You did not find that to be the case with
4    this study, correct?
5            MR. FARIES:  Objection to form.
6    BY MR. HEGARTY:
7        Q.   You can answer.
8        A.   Okay.  No, we obviously -- we did report
9    odds ratios.
10       Q.   You stand behind the results of this
11   study, correct?
12       A.   I do.
13       Q.   And is it safe to say that you did not
14   have the opinions that you're offering here today back
15   when you did this study, correct?
16           MR. FARIES:  Objection to form.
17           THE WITNESS:  I want to emphasize, once
18   again, that the opinions are formed not on one
19   single study, that they were not based just on
20   this study, my opinion was not based on this,
21   and I think that it is also very important to
22   bear in mind that this study was published 2009,
23   so about nine years ago.  There has been an
24   accumulation of additional data that has
25   informed my opinion since then.

42 (Pages 162 to 165)

Patricia Moorman, Ph.D., M.S.P.H.

Page 166

1  BY MR. HEGARTY:
2      Q.   Fair enough.  And my question was limited
3  to the time this paper was published back in 2009, and
4  that question was, it's correct that you did not hold
5  the opinions that you've expressed here today back in
6  2009 when this paper was published, correct?
7          MR. FARIES:  Objection to form.
8          THE WITNESS:  Once again, I think it --
9          that I have said it repeatedly that my opinions
10         have evolved with the accumulation of more data
11         as any scientist would.  And at any point in
12         time, it's impossible to say specifically what
13         was my opinion.  Obviously, we did want to
14         investigate talc as a risk factor for ovarian
15         cancer.
16 BY MR. HEGARTY:
17     Q.   This 2009 paper did not show that talc use
18 increased the risk of ovarian cancer, correct?
19     A.   As we -- I stated before, it did not show
20 a significantly increased risk in either of the racial
21 groups we examined.
22     Q.   The results are consistent with no
23 increased risk with talc use, correct?
24         MR. FARIES:  Objection to form.
25         THE WITNESS:  As we have discussed about

Page 167

1  odds ratios previously, the odds ratio -- or the
2  confidence intervals give the range of values
3  with which it is statistically compatible, so
4  yes, it is compatible with no increased risk,
5  it's compatible with a greater risk than what
6  was reported as well.
7  BY MR. HEGARTY:
8      Q.   It is also compatible with a decreased
9  risk of ovarian cancer with talc use, correct?
10     A.   Yes.
11         MR. FARIES:  Objection to form.
12         THE WITNESS:  Right.  It's, again,
13         something that is driven in part by the sample
14         size we were examining.
15 BY MR. HEGARTY:
16     Q.   You certainly didn't include any
17 statements in that paper that talc use increases the
18 risk of ovarian cancer, correct?
19     A.   I don't believe that I did, no.
20     Q.   Did not state that talc use causes ovarian
21 cancer, correct?
22     A.   I did not.
23     (EXHIBIT NUMBER 13 WAS MARKED FOR IDENTIFICATION)
24 BY MR. HEGARTY:
25     Q.   Next paper I'm going to show you is marked

Page 168

1  as Exhibit 13 is a paper entitled, Primary Peritoneal
2  and Ovarian Cancers:  An Epidemiological Comparative
3  Analysis.  This is another paper in which you are an
4  author on, correct?
5      A.   That is correct.
6      Q.   This paper --
7          MR. KLATT:  Mark, what year is that?
8          MR. HEGARTY:  This paper was --
9          MR. FARIES:  2010.
10         MR. HEGARTY:  -- received November 18,
11 2009; accepted February 10, 2010; published
12 online March 23rd, 2010.
13 BY MR. HEGARTY:
14     Q.   In this paper you looked at whether there
15 was an association between talc use and serous primary
16 peritoneal cancer and serous epithelial ovarian
17 cancer, correct?
18     A.   It has been a while since I have --
19     Q.   Sure.
20     A.   -- looked at this paper so . . .
21         MR. FARIES:  Just take your time.
22         THE WITNESS:  Okay.
23         (WITNESS REVIEWS DOCUMENT)
24         Okay.
25

Page 169

1  BY MR. HEGARTY:
2      Q.   Have you had a chance to look at it?
3      A.   I have refreshed my memory a bit, yes.
4      Q.   Again, this paper looked at whether there
5  was an association between talc use out of the North
6  Carolina -- Carolina Ovarian Cancer Study to serous
7  primary peritoneal cancer and serous epithelial
8  ovarian cancer, correct?
9      A.   That is correct.
10     Q.   If you look over at Table 2, do you agree
11 that you found no association between talc use and
12 serous primary peritoneal cancer and serous -- or
13 serous epithelial ovarian cancer?
14         MR. FARIES:  Objection to form.
15         THE WITNESS:  Okay.  So our reports here
16         are an odds ratio below 1 per serous peritoneal
17         cancer versus controls, so this one study would
18         suggest it was not associated there.  And with
19         the serous epithelial ovarian cancer, the odds
20         ratio was 1.15 and, again, the 95 percent
21         confidence interval indicates that that was not
22         a statistically significantly increased risk.
23 BY MR. HEGARTY:
24     Q.   In fact, as to the odds ratio for serous
25 primary peritoneal cancer, that is a non-statistically

43 (Pages 166 to 169)

Patricia Moorman, Ph.D., M.S.P.H.

Page 170

1  significant decrease in a risk, correct?
2       MR. FARIES:  Objection to form.
3       THE WITNESS:  That -- yes, that odds ratio
4    is an inverse association based on a quite small
5    sample size.
6  BY MR. HEGARTY:
7    Q.   But what that means is that it's a
8  non-statistically significant protective effect,
9  correct?
10      MR. FARIES:  Objection to form.
11      THE WITNESS:  I would prefer to
12   characterize it as an inverse association.
13   "Protective" would require some consideration of
14   mechanism.
15 BY MR. HEGARTY:
16   Q.   But in this study with regard to the
17 serous form of epithelial ovarian cancer you found no
18 association between talc use and that form of ovarian
19 cancer, correct?
20      MR. FARIES:  Objection to form.
21      THE WITNESS:  Please say that one more
22   time.
23 BY MR. HEGARTY:
24   Q.   Sure.  With regard to the serous form or
25 type of ovarian cancer, in this study you found no

Page 171

1  association between talc use and that form of ovarian
2  cancer, correct?
3       MR. FARIES:  Objection to form.
4       THE WITNESS:  Okay.  I have already
5    answered that.  The -- for neither the serous
6    primary peritoneal nor the epithelial ovarian
7    cancer the results were not statistically
8    significantly increased.
9  BY MR. HEGARTY:
10   Q.   And that means that in this study you
11 found no association, correct?
12   A.   We did not find a statistically
13 significant association.
14   Q.   Well, is there a non-statistically
15 significant association?
16      MR. FARIES:  Objection to form.
17 BY MR. HEGARTY:
18   Q.   Why did you qualify my question by saying
19 you didn't find a statistically significant
20 association?  And my follow-up question, is there a
21 non-statistically significant association?
22      MR. FARIES:  She's not qualifying her
23   answer.  She's asking -- she's answering your
24   questions.  You want her to just agree to the
25   phrase "association" with nothing more and she's

Page 172

1    giving you her epi opinion and she doesn't --
2    she's not referring to just that term alone.
3  BY MR. HEGARTY:
4    Q.   And I guess my question was, why do you
5  need to call this finding a non-statistically
6  significant -- that you didn't find a
7  non-statistically significant association?
8       MR. FARIES:  Objection to form.
9       THE WITNESS:  When we look at
10   associations, statistical significance is
11   certainly one of the things that we consider.
12   Okay.  Sometimes interesting suggestive findings
13   may be reported that are not statistically
14   significant and sometimes that is a relation --
15   in relation to sample size, and so to say no
16   association very strictly speaking, no
17   association would mean an odds ratio of 1 and so
18   that's why I qualified it as it was not a
19   statistically significant association.
20 BY MR. HEGARTY:
21   Q.   Is it your opinion that use of talcum
22 powder products increases the risk of serous primary
23 peritoneal cancer?
24   A.   I do not have a well-formed opinion on
25 that because primary peritoneal cancers are a fairly

Page 173

1  small subset of ovarian cancer and there is -- some
2  people would consider them a subset of ovarian cancer,
3  some would consider them a distinct type of cancer,
4  and there is just not enough data to -- to form an
5  opinion.
6    Q.   You stand behind the results of this
7  study?
8    A.   I do.
9    Q.   In looking at the last two studies, did
10 you include those two studies on your list of reliance
11 materials that we marked as Exhibit Number 3?
12      MR. FARIES:  And just to clarify, that's
13   Exhibit 12 and 13?
14      MR. HEGARTY:  Correct.
15      MR. FARIES:  Okay.
16      THE WITNESS:  Okay.  This one (indicating)
17   is on --
18 BY MR. HEGARTY:
19   Q.   Which one, 12?
20   A.   Yes, Exhibit 12, Ovarian Cancer Risk
21 Factors in African-American and White Women, American
22 Journal of Epidemiology 2009.  And it appears that I
23 did not include that in the list.
24   Q.   Why did you not include Exhibit 13?
25   A.   It was an oversight.

44 (Pages 170 to 173)

Patricia Moorman, Ph.D., M.S.P.H.

Page 174

1     Q.   Do you rely on what I've marked as Exhibit
2  Number 13 as part of your reliance materials for your
3  opinions in this case?
4     A.   I consider -- you know, as I said, I
5  considered the full body of literature and so, yes.
6     Q.   Within the dataset of the North Carolina
7  Ovarian Cancer Study, are there -- is that a racially
8  diverse population; in other words, does it include
9  white women, African-American women, Hispanic women?
10    A.   It was -- is a racially diverse.  There
11  were no exclusions by race/ethnicity, but it was
12  reflecting the population and the incidence of ovarian
13  cancer, so the vast majority of the -- or a large
14  majority of the women in the study were white women.
15    Q.   Do you know what percentage?
16    A.   Off the top of my head, I don't know.  I
17  would say probably definitely greater than 80 percent.
18    (EXHIBIT NUMBER 14 WAS MARKED FOR IDENTIFICATION)
19  BY MR. HEGARTY:
20    Q.   Next study I'm going to hand you I've
21  marked as Exhibit Number 14.  This is a study
22  entitled, Racial, slash, Ethnic Differences in the
23  Epidemiology of Ovarian Cancer:  A Pooled Analysis of
24  12 Case-Control Studies.
25    A.   Yes.

Page 175

1     Q.   Is that correct?
2     A.   That is correct.
3     Q.   You are an author on this paper; is that
4  correct?
5     A.   That is correct.
6     Q.   This paper shows in the upper right-hand
7  corner that it was published on December 2nd, 2017; E
8  published ahead of print; is that correct?
9     A.   I'm sorry, where are you?
10    Q.   Upper right-hand corner.
11    A.   I am not seeing that on the document.
12    Q.   I'm sorry, you may have different copy
13  than I have.  This is the copy I have.  I guess they
14  gave me a different copy.  The copy I have shows it
15  was published in December 2nd -- on December 2nd; E
16  published ahead of print.  Do you know if that's
17  accurate, if whether it was published in December of
18  2017?
19    A.   I don't recall the exact date.  I know
20  that it is a paper that came out fairly recently.
21    Q.   Do you agree it came out in the last three
22  months, four months?
23    A.   That sounds about right.
24    Q.   If you turn over to page 8 of this
25  study --

Page 176

1          MS. PARFITT:  Page 8?
2          MR. HEGARTY:  Page 8.
3  BY MR. HEGARTY:
4     Q.   -- and you look at the section, Body
5  Powder Use.  Do you see that section?
6     A.   Yes, I do.
7     Q.   First of all, body powder use includes use
8  of cornstarch products, correct?
9     A.   It may.
10    Q.   It can include deodorizing body powders,
11  correct?
12    A.   It -- it may, yes.
13    Q.   Body powder use is not exclusive to
14  powders containing talcum powder for purposes of the
15  African-American study, correct?
16         MR. FARIES:  Objection to form.
17         THE WITNESS:  That is correct.
18  BY MR. HEGARTY:
19    Q.   In fact, some of the women in the
20  African-American study used only cornstarch products,
21  correct?
22         MR. FARIES:  Objection to form.
23         THE WITNESS:  We do not know that.  We
24         asked about body powder use, so we did not ask
25         them to distinguish.

Page 177

1  BY MR. HEGARTY:
2     Q.   But you did not limit it to body powder
3  use containing talcum, correct?
4     A.   That is correct.
5     Q.   If you look at the column for body powder
6  use, you found that -- you found no increase in the
7  risk of ovarian cancer from any genital use in
8  Hispanic women, correct?
9          MR. FARIES:  Objection to form.  When
10         you're referring to "you," do you mean the
11         witness literally or the authors of the study?
12         MR. HEGARTY:  Fair point.
13  BY MR. HEGARTY:
14    Q.   Yeah, the -- when I talk about "you," I'm
15  referring to the paper or the authors.  Is that -- do
16  you understand that?
17    A.   Right.  Once again, I want to say the --
18  found an odds ratio of 1.41.  The confidence interval
19  included 1 so, therefore, it was not a statistically
20  significant increased risk.
21    Q.   You also not find a statistically
22  significant increased risk in Asian/Pacific Islander
23  women, correct?
24    A.   That is correct.
25    Q.   Is it your opinion that the increased risk

45  (Pages 174 to 177)

Patricia Moorman, Ph.D., M.S.P.H.

Page 178

1  of body powder -- of ovarian cancer with body powder
2  use does not vary across racial and ethnicity
3  features?
4       MR. FARIES:  Objection to form.
5  BY MR. HEGARTY:
6       Q.   Let me ask it a different way.
7       A.   Yeah, there were a couple of double.
8       Q.   Do you believe -- you've offered the
9  opinions in this case about body powder use in ovarian
10  cancer.  Do you -- is it your opinion that those apply
11  regardless of racial or ethnicity characteristics?
12       MR. FARIES:  Objection to form.
13       THE WITNESS:  Okay.  I based my opinion on
14  the overall body of literature, and as all of us
15  are well aware, the body of literature is
16  predominantly white populations.  And as we can
17  see here, the number of Hispanic women is a
18  small fraction of the number of non-Hispanic
19  whites and the same is true but to a lesser
20  extent for black women and Asian and Pacific
21  Islanders.  And again, my opinion was based on
22  the overall body of literature.  This one
23  publication suggests that the strength of the
24  association may vary somewhat across race/ethnic
25  groups, but again, that is for race/ethnic

Page 179

1       groups other than non-Hispanic whites.  We are
2       somewhat more limited in the numbers.
3  BY MR. HEGARTY:
4       Q.   You found in -- you or the paper or the
5  studies found in this analysis that there was no
6  statistically significant association between
7  nongenital use of body powder and ovarian cancer in
8  any racial group, correct?
9       A.   As reported here, so in non-Hispanic
10  white, the odds ratio 1, that is an accurate
11  statement.  For the Hispanic woman, it is -- 1.55 is
12  the odds ratio.  The lower bound of the confidence
13  interval is right at 1 so that would typically
14  translate to a p-value of right at .05, and so at
15  least in that group there is some indication of
16  increased risk.
17       Q.   But in that group, the real odds ratio
18  could be 1.00, correct?
19       MR. FARIES:  Objection to form.
20       THE WITNESS:  We've talked about the
21  interpretation of the odds ratio repeatedly.
22  This is the range of values with which it is
23  statistically compatible.  The lower bound of
24  the confidence interval is a possible but less
25  likely value.

Page 180

1  BY MR. HEGARTY:
2       Q.   You also found in this study:  (Reading)
3       As reported below, no
4  statistically significant association
5  between aspirin, acetaminophen, or
6  NSAID use and ovarian cancer.
7       Correct?
8       A.   Again, all of those associations were not
9  statistically significant.
10       Q.   If turn over to page 9, top of the second
11  column you say:  (Reading)
12       Study heterogeneity was
13  present for several characteristics
14  which include body powder exposure.
15       Correct?
16       A.   Let me just -- yes, that is what it
17  states.
18       Q.   That means that you found differences in
19  the odds ratios across the various racial groups,
20  correct?
21       A.   Yes, that is -- would be -- yes.
22       Q.   And if you look down at the bottom of that
23  column, the last paragraph says:  (Reading)
24       For a model of established EOC
25  epithelial ovarian cancer risk

Page 181

1  factors.
2       Then you list several of those risk
3  factors in the -- then you list the risk factors in
4  the parenthetical.  Then you state:  (Reading)
5       The average ORs among the
6  controls was estimated by race
7  ethnicity.
8       Correct?
9       A.   That's what is stated, yes.
10       Q.   In this paper you did not include as an
11  established epithelial ovarian cancer risk factor body
12  powder use, correct?
13       MR. FARIES:  Objection to form.  And just,
14  once again, the "you" is the authors, the
15  collective publication.
16       MR. HEGARTY:  That includes her.
17       MR. FARIES:  Yes, she's one of authors.
18       THE WITNESS:  Okay.  Yes, the -- talc was
19  not included in this model.
20  BY MR. HEGARTY:
21       Q.   Did you recommend to your fellow authors
22  that talcum powder -- or I'm sorry, that body powder
23  use should be included in the list of established
24  epithelial ovarian cancer risk factors?
25       A.   I did not.

46 (Pages 178 to 181)

Patricia Moorman, Ph.D., M.S.P.H.

Page 182

1    Q.   And that's what this line says
2  when -- strike that.
3         When you put the parenthetical -- when the
4  authors put the parenthetical after established
5  epithelial ovarian cancer risk factors, you intended
6  to identify in that parenthetical those the authors
7  concluded were established risk factors, correct?
8       MR. FARIES:  Objection to form.
9       THE WITNESS:  That is a list of them --
10  the factors that they did include in the model,
11  yes.
12  BY MR. HEGARTY:
13    Q.   Well, that they included --
14    A.   And they --
15    Q.   I'm sorry.
16    A.   That they -- the investigators that did
17  this statistical analysis, that is what they included
18  in that model as -- and they considered the
19  established risk factors.
20    Q.   And the investigators included you?
21    A.   Yes.
22    Q.   And then if you turn over to the next
23  page, page 10, the very bottom to the right-hand
24  column, the authors write:  (Reading)
25         A concern with self-reported

Page 183

1     data is recall bias especially for
2     characteristics that are difficult to
3     report with accuracy.  Required
4     subjective summarization or can be
5     influenced by the investigator, media,
6     or similar factors.  Such problematic
7     characteristics may include body
8     powder exposure, analgesic medication
9     use, breastfeeding, and possibly
10    family history.
11         Did I read that correctly?
12    A.   You did read that correctly.
13    Q.   What the authors are stating there is that
14  the results reported could be inaccurate because of
15  subjective summarization or the influence by the
16  investigator, media, or similar factors, correct, as
17  it relates to body powder use, correct?
18       MR. FARIES:  Objection to form.
19       THE WITNESS:  Please state --
20  BY MR. HEGARTY:
21    Q.   Sure.  What that --
22    A.   -- the question.
23    Q.   -- those two sentences state is that
24  recall bias could influence the results as it relates
25  to body powder use, correct?

Page 184

1       MR. FARIES:  Objection to form.
2       THE WITNESS:  These two sentences are
3  definitely raising that as a concern about
4  factors like this.  They outline some of the
5  concerns about how difficult it is to accurately
6  report this -- these exposures.
7  BY MR. HEGARTY:
8    Q.   And you stand behind the results of this
9  study too, correct?
10    A.   Yes, I do.
11    Q.   Now, at the time this study was published,
12  you had been retained as an expert for Plaintiffs in
13  this litigation, correct?
14    A.   Let's see, I'm trying to -- this -- yes,
15  I -- I think that I must have been.
16    Q.   Did you have to fill out a conflict of
17  interest disclosure as part of this paper?
18    A.   I don't recall specifically for this
19  paper.
20    Q.   Well, as a matter of course, you have to
21  fill out one, correct?
22    A.   Most journals do.
23    Q.   Are you ever published in -- in any
24  journal that has not required the authors in the last
25  few years to provide a conflict of interest

Page 185

1  disclosure?
2    A.   I can't think of one right offhand.  I
3  just . . .
4    Q.   This was published in the International
5  Journal of Epidemiology, correct?
6    A.   Yes.
7    Q.   That journal requires the authors to
8  identify any potential conflicts of interest, correct?
9       MR. FARIES:  Objection to form.
10       THE WITNESS:  Once again, I publish in --
11  we publish in many journals and I -- I just
12  don't specifically recall the conflict of
13  interest form for this one.
14  BY MR. HEGARTY:
15    Q.   Did you disclose to the Journal at the
16  time this was published that you were a paid
17  Plaintiffs' expert in litigation involving talcum
18  powder or body powder use in ovarian cancer?
19    A.   I did not.
20    Q.   Don't you believe that an author reading
21  this paper with your name on it should know whether
22  you're a paid Plaintiffs' expert who's going to
23  testify in litigation that body powder use or talcum
24  powder use causes ovarian cancer?
25       MR. FARIES:  Objection to form.

47 (Pages 182 to 185)

Patricia Moorman, Ph.D., M.S.P.H.

| Page 186 | Page 188 |
|---|---|

**Page 186**

1    THE WITNESS:  Yeah, it is standard.  It
2  was an oversight on my part.
3  BY MR. HEGARTY:
4    Q.  It's a pretty significant oversight, don't
5  you think?
6    MR. FARIES:  Objection to form.
7    THE WITNESS:  I acknowledge that it was an
8  oversight.
9  BY MR. HEGARTY:
10    Q.  And do the ethical requirements of your
11  university, Duke University, require authors to
12  disclose if they are paid -- paid Plaintiffs' -- paid
13  experts on either side if they publish a paper on the
14  very subject matter in which they are offering
15  testimony in?
16    A.  I don't know that Duke has a specific
17  policy.  I acknowledge that this was an oversight on
18  my part.
19    Q.  If you were going to publish this paper
20  today and fill out a conflict of interest form, would
21  you disclose that you're a paid Plaintiffs' expert in
22  this litigation?
23    A.  Yes, I would.
24    MR. FARIES:  We're at an hour point.  Is
25  this a good --

**Page 187**

1    MR. HEGARTY:  Yeah, that's fine because
2  I'm going to move on to the next --
3    MR. FARIES:  Okay, perfect.
4    (RECESS TAKEN FROM 2:24 P.M. TO 2:38 P.M.)
5    (EXHIBIT NUMBER 15 WAS MARKED FOR IDENTIFICATION)
6  BY MR. HEGARTY:
7    Q.  Okay.  We are back on the record.
8    Dr. Moorman, the next study I want to talk
9  about is the study that is specifically referenced in
10  your disclosure that we talked about earlier in the
11  day that I marked as Exhibit Number 15.  The paper's
12  titled, Association Between Body Powder Use and
13  Ovarian Cancer:  The African-American Cancer
14  Epidemiology Study, correct?
15    A.  That is correct.
16    Q.  That is a paper with the lead author being
17  Joellen Schildkraut?
18    A.  That is correct.
19    Q.  You are also an author, right?
20    A.  Yes.
21    Q.  You're listed last.  Is there anything
22  about the way authors are listed that tells you
23  anything about an author that's listed last?
24    A.  Many times the last author is considered a
25  senior author.  In this particular paper,

**Page 188**

1  Dr. Schildkraut and I, we designed, applied for
2  funding together.  And -- and most of the papers, as
3  you know from our study, Dr. Schildkraut is the last
4  author, the senior author.  On this paper she put me
5  last just as a way of acknowledging the key role that
6  I had in developing this study.
7    Q.  Now, this study did not report on an
8  association between talc use and ovarian cancer,
9  correct?
10    MR. FARIES:  Objection to form.
11    THE WITNESS:  This paper reported on body
12  powder use and ovarian cancer.
13  BY MR. HEGARTY:
14    Q.  Body powder use as defined in this paper
15  over on page 1412 under exposure to body powder and
16  talc included participants who used talc, cornstarch,
17  baby or deodorizing powders, correct?
18    A.  That is correct.
19    Q.  With regard to cornstarch powders, those
20  would not have talc in them, correct?
21    MR. FARIES:  Objection to form.
22    THE WITNESS:  Cornstarch powders would not
23  contain talc.
24  BY MR. HEGARTY:
25    Q.  Deodorizing powders don't necessarily

**Page 189**

1  contain talc, correct?
2    A.  No, not necessarily.
3    Q.  Also, baby powders don't necessarily
4  always contain talc, correct?
5    A.  That -- I believe that is correct.
6    Q.  So with regard to the data reported as
7  shown over in Table 2, you reported the results as far
8  as body powder use, not breaking it out between
9  cornstarch or deodorizing powder or talcum powder,
10  correct?
11    A.  We did not have that information to break
12  it out.  It was felt that most women could probably
13  not recall with any degree of accuracy whether it was
14  cornstarch, whether it was a talc product or a baby
15  powder considering how long a period of time we were
16  asking about.  Other investigators who have broken
17  that out have reported that when people were asked
18  about it, specifically, there were -- a small
19  proportion of the women in the studies reported
20  cornstarch use.  So it is a fair assumption to say
21  that most of the use here would have been a talc-based
22  powder.
23    Q.  Do you list that data anywhere in the
24  paper?
25    A.  The data that -- reported from other

Patricia Moorman, Ph.D., M.S.P.H.

Page 190

1    studies that --
2         Q.   Well, no, the data here as far as -- well,
3    strike that.
4              Did you -- I thought you indicated that
5    with regard to this study, the majority of women you
6    are reporting on used talcum powder; is that correct?
7         A.   We asked them as it -- the question is
8    phrased here.  We asked them about the use of any body
9    powder.
10        Q.   You did not ask them any question where
11   you tried to break out on an individual basis whether
12   they had -- which one they had used, correct?
13        A.   That is correct.  The question was not
14   phrased in that way.
15        Q.   So from the data in this study there's no
16   way to know if 90 percent used cornstarch or
17   90 percent used talcum powder, correct?
18             MR. FARIES:  Objection to form.
19             THE WITNESS:  As I stated before, we asked
20   about body powder use only, and so we could not
21   say what was the specific powder that a woman
22   used.
23   BY MR. HEGARTY:
24        Q.   Over on page 14 -- I'm sorry, going back.
25   First page, page 1411, in the paragraph -- sorry, I'm

Page 191

1    looking for the particular sentence that I want to
2    look at.
3              Is it correct that within the study not
4    all women reported a dose, that is, whether frequency
5    of use, duration of use or both?
6              MR. FARIES:  I'm sorry, where are you
7         referring?
8              THE WITNESS:  Yeah, I'm not sure.
9              MR. HEGARTY:  I could not find the
10        specific reference, so I switched to a different
11        question.
12   BY MR. HEGARTY:
13        Q.   Did all the women in this study report
14   on -- provide data on dose either by duration,
15   frequency or both?
16        A.   All of the women were asked about -- asked
17   how frequently they used it and for how many years.
18   I'm -- there may have been some that did not answer
19   those questions or said they didn't know.
20        Q.   In that last paragraph on page 411 you
21   include the sentence, starting the third line that:
22   (Reading)
23             Some, but not all previous
24             published studies of talc and ovarian
25             cancer reported a dose-response

Page 192

1              relationship with genital powder use
2              for frequency, duration or number of
3              applications.
4              Do you see that sentence?
5         A.   I do see that sentence.
6         Q.   And that sentence after the word "some"
7    you, the authors, including you, use the
8    parenthetical -- say in the parenthetical 7-15.  Does
9    that mean you're making a statement that references 7
10   through dash 15 found a dose-response relationship
11   between genital powder use and ovarian cancer?
12        A.   That -- that is -- it's -- yes, it's how
13   it should be interpreted, typically.
14        Q.   One of the papers you cite in support of
15   that statement is a paper by Mills, Reference 11:
16   (Reading)
17             Perineal talc exposure and
18             epithelial ovarian cancer risk in the
19             Central Valley of California.
20             Correct?
21        A.   Yes, that is correct.
22        Q.   I'm going to mark as Exhibit Number 16
23   that paper, Perineal talc exposure in epithelial
24   ovarian cancer risk in the Central Valley of
25   California.

Page 193

1    (EXHIBIT NUMBER 16 WAS MARKED FOR IDENTIFICATION)
2    BY MR. HEGARTY:
3         Q.   This is the paper that you're citing to in
4    Reference 11, correct?
5         A.   Yes.
6         Q.   If you look in the abstract of that paper,
7    two-thirds of the way down, do you see where the
8    authors report that no dose-response association was
9    found?
10        A.   I see what they reported there.  And I
11   also -- in this paper in Table 2 they report the
12   frequency of use and report a significant p-value for
13   trend.  They report a significant p-value for duration
14   of use.  And then for the cumulative use, the duration
15   by frequency, the p-value is .051, so right at the
16   borderline of statistical significance.  So I think
17   that the statement that -- yeah, the inclusion of this
18   paper as one that found a -- let's see -- a
19   dose-response relationship for frequency, duration or
20   number of applications, that appears to be accurate.
21        Q.   Despite that the author is saying in the
22   paper that there's -- there was no dose-response
23   association, right?
24             MR. FARIES:  Objection to form.
25             THE WITNESS:  I think on the basis of the

49 (Pages 190 to 193)

Patricia Moorman, Ph.D., M.S.P.H.

Page 194

1    data that's presented in the -- in the table,
2    that this was not an inaccurate statement
3    despite what the authors -- that statement in
4    the abstract.
5    BY MR. HEGARTY:
6        Q.   You also cited in support of that
7    statement the Wong paper called, Perineal talc
8    exposure and subsequent epithelial ovarian cancer, a
9    case-control study, correct?
10           MR. FARIES:  Reference Number 13?
11           MR. HEGARTY:  Reference 13.
12           THE WITNESS:  Yes.
13   BY MR. HEGARTY:
14       Q.   I'm going to mark as Exhibit 17 that
15   reference.
16       (EXHIBIT NUMBER 17 WAS MARKED FOR IDENTIFICATION)
17   BY MR. HEGARTY:
18       Q.   Is that the paper that you're referring to
19   in Reference 13?
20       A.   Yes, it is.
21       Q.   If you look in the results section of the
22   abstract about a third of the way down, the authors
23   state:  (Reading)
24           A significant association
25           between duration of talc use and

Page 195

1        development of epithelial ovarian
2        cancer was not demonstrated both for
3        one to nine years, for 10 to 15 --
4        10 to 19 years or for more than
5        20 years.
6        Correct?
7        A.   That is correct.
8        Q.   Can you find anywhere in that paper where
9    they report a statistically significant dose response?
10           MR. FARIES:  Objection to form.
11           THE WITNESS:  I do not.  So, apparently,
12       that was cited incorrectly in that regard.
13   BY MR. HEGARTY:
14       Q.   Okay.  If you turn over to the next page,
15   top left-hand corner, you cite in the carryover in the
16   first full paragraph there some studies that have
17   looked at in the past the risk of ovarian cancer and
18   genital powder use, correct?
19       A.   Correct.
20       Q.   You did not cite to your 2009 or 2010
21   papers, correct?
22       A.   I did -- those papers were not cited.
23   However, I do want to point out that the North -- the
24   data from the North Carolina ovarian cancer study was
25   included in the pooled analysis done by Terry, et al.,

Page 196

1    and that is indeed cited so . . .
2        Q.   You also cite in that same paragraph the
3    2016 paper by Dr. Cramer, correct?
4        A.   I'm sorry, which reference number?
5        Q.   It is Reference 15.
6        A.   And so in -- again, which statement are we
7    referring to?
8        Q.   I'm at the top of page 1412, first full
9    paragraph --
10       A.   Okay.
11       Q.   -- where you're referring to his finding
12   with regard to an association with genital talc use in
13   his African-American population.
14       A.   Okay.  If you have that paper here, it
15   would be nice to look at that one.  You're correct
16   that it was cited.
17       Q.   I only have two copies so I'll --
18       A.   Okay.
19       Q.   -- mark the other copy I have and let you
20   share.
21       A.   Okay.
22       (EXHIBIT NUMBER 18 WAS MARKED FOR IDENTIFICATION)
23   BY MR. HEGARTY:
24       Q.   Exhibit 18 is the paper, The Association
25   Between Talc Use and Ovarian Cancer:  A Retrospective

Page 197

1    Case-Control Study in Two States; is that correct?
2        A.   That is correct.
3        Q.   That is the paper that you cited in that
4    paragraph that we've been talking about at the top of
5    page 1412?
6        A.   Let's see.  Okay.
7        Q.   Did you say yes?
8        A.   Yes.
9        Q.   You cited in that paragraph an odds ratio
10   reported in that paper of 5.08 with a confidence
11   interval of 1.32 to 19.6.  Do you see that in the
12   paper?
13       A.   Yes.
14       Q.   Is it your opinion that that's an accurate
15   odds ratio for African-American women exposed to body
16   powder use?
17           MR. FARIES:  Objection to form.
18           THE WITNESS:  That odds ratio, I believe
19       that was what was reported in this paper, and as
20       was noted in our paper, it was based on a very
21       small sample of 16 cases and 17 controls.  And
22       so it's -- I think that that number is too small
23       that say -- to say -- you know, that number of
24       cases and controls is to say that that is an
25       accurate representation among all

50 (Pages 194 to 197)

Patricia Moorman, Ph.D., M.S.P.H.

Page 198

1    African-Americans. You couldn't make that
2    judgment based on only that few women.
3    BY MR. HEGARTY:
4    Q.   Would you turn over in the Schildkraut
5    paper, what we marked as Exhibit Number 15, to
6    Table 2, please?
7    A.   Yes.
8    Q.   In that table under body powder use by
9    location, the second column you broke down the
10   reported odds ratios by interviews -- interview date,
11   before 2014 and after 2014, correct?
12   A.   That is correct.
13   Q.   That was done to look at the potential
14   effect of the results on the participants' knowledge
15   of lawsuits filed concerning talcum powder use and
16   ovarian cancer, correct?
17   A.   Yes, that was done at a suggestion of a
18   manuscript reviewer.
19   Q.   Who was the manuscript reviewer?
20   A.   The reviewers are anonymous.
21   Q.   Your results -- sorry, strike that.
22        The results of that breakout between the
23   before 2014 and after 2014 are listed in this table,
24   correct?
25   A.   That is correct.

Page 199

1    Q.   If you just look at the data for interview
2    date before 2014, there was no statistically
3    significant association found, correct, for body
4    powder use as it relates to any genital use, interview
5    date before 2014?
6    A.   Yes. The confidence intervals include
7    one, so that odds ratio 1.40 and 1.19, they were not
8    statistically significant.
9    Q.   As to interviews after 2014 the odds ratio
10   went from 1.19 to 2.91 with a statistically
11   significant confidence interval, correct?
12   A.   That is correct.
13   Q.   And if you look at the reported percentage
14   of -- of talc users, any genital use, before 2014 they
15   report -- reported number was 36.5 percent and the
16   reported number after that date of 2014 was 51.14,
17   correct? In the cases?
18   A.   That is correct.
19   Q.   If you look at the controls, the reported
20   use of genital powder was 34 percent before 2014 and
21   34.4 percent after 2014, correct?
22   A.   That is correct.
23   Q.   How do you account for an increase only in
24   the cases of 15 percent just based on the interview
25   date?

Page 200

1         MR. FARIES: Objection to form.
2         Go ahead.
3         THE WITNESS: When we consider that,
4    it's -- chance is always a potential
5    consideration. We considered the possibility
6    that there was recall bias. And there's also
7    the possibility that knowing about these
8    lawsuits might have triggered some memories that
9    women really hadn't thought about. So it -- the
10   possibilities range from recall bias to truly
11   more accurate recall because they were aware of
12   it.
13   BY MR. HEGARTY:
14   Q.   Are you aware, Dr. Moorman, of the
15   significant advertisements that have ran across the
16   country for -- by Plaintiffs' lawyers with regard to
17   talc and ovarian cancer cases?
18        MR. FARIES: Objection to form.
19        THE WITNESS: I have seen advertisements
20   on TV. I -- I don't know how widely they were
21   broadcast, in what markets, what channels.
22   BY MR. HEGARTY:
23   Q.   You do agree that it's possible given --
24   strike that.
25        You agree that in the face of publicity

Page 201

1    between an exposure and a disease that such publicity
2    can be to such an extent that you cannot do an
3    accurate retrospective case-control study? Do you
4    agree that that's a true statement?
5         MR. FARIES: Objection to form.
6         THE WITNESS: I don't agree that -- I
7    cannot agree that that is an accurate statement,
8    because I do not know the extent to which
9    advertising our knowledge about it would --
10   would bias the results.
11   BY MR. HEGARTY:
12   Q.   Well, I'm talking in a hypothetical
13   situation where there is awareness across the given
14   group of a link, supposed link, between an exposure
15   you're looking at and a disease. Is it your opinion,
16   in that environment, you could do an accurate
17   case-control study like this?
18        MR. FARIES: Objection to form. Also
19   objection as to an incomplete ill-defined
20   hypothetical.
21        THE WITNESS: I would have to say it
22   depends on the exposure and the outcome.
23   BY MR. HEGARTY:
24   Q.   Is there, in a hypothetical situation, a
25   level of an exposure and an outcome in which you would

51 (Pages 198 to 201)

Patricia Moorman, Ph.D., M.S.P.H.

Page 202

1  agree that it would be impossible to do a case control
2  study that would report accurate results?
3       MR. FARIES: Objection to form.
4       THE WITNESS: I could not state what
5    level, what degree, what that would be to say
6    that we could not do a case-control study.
7  BY MR. HEGARTY:
8    Q.   You do agree it would be a significant
9  concern in such an environment?
10      MR. FARIES: Objection to form.
11      THE WITNESS: Anytime we do a case-control
12   study we consider recall bias as a concern.
13 BY MR. HEGARTY:
14   Q.   But you would consider a concern publicity
15 or awareness of your study group between an exposure
16 and a disease you're looking at, correct?
17   A.   Yes, we would, which would play into
18 recall bias, why might women recall differently.
19   Q.   As you said, recall bias could explain the
20 difference between the number of cases who reported
21 body powder use before 2014 and the number that
22 reported afterwards, after 2014?
23      MR. FARIES: Objection to form.
24      THE WITNESS: I said that that was one
25   possible explanation.

Page 203

1  BY MR. HEGARTY:
2    Q.   Now, you looked at dose response in this
3  study, correct?
4    A.   Yes, we considered that.
5    Q.   You found -- you reported on a dose
6  response for only any powder use, correct?
7       MR. FARIES: What table are we looking at?
8       MR. HEGARTY: I'm sorry, for -- let me
9    back -- let me break that up. I'm still
10   Table 2.
11      MR. FARIES: All right.
12      THE WITNESS: Okay.
13 BY MR. HEGARTY:
14   Q.   For duration you found no dose response in
15 any group, correct?
16   A.   Okay. We are looking at Table 2 --
17   Q.   Duration of use.
18   A.   -- in duration of use. So the women who
19 reported it for less than 20 years, 1.33, for greater
20 than 20 years the odds ratio was 1.52 with a
21 significant p-value for trend. So that does indicate
22 a significant trend with duration of use for any
23 genital use.
24   Q.   You did not find one for -- you're not
25 finding dose response for only nongenital use,

Page 204

1  correct? Under duration of use?
2       MR. FARIES: I'm sorry, objection to the
3    form of the question.
4       THE WITNESS: And the test for trend for
5    duration of use was not statistically
6    significant for the nongenital use. Yes, that
7    is correct.
8  BY MR. HEGARTY:
9    Q.   With regard to the -- any genital use by
10 number of applications, you use the levels of less
11 than 3600 and greater than 3600. How did those -- how
12 were those levels chosen?
13   A.   That was the median number of
14 applications. That was the cut point used.
15   Q.   Is it correct that you did not -- or
16 strike that.
17      Did you find any dose response for only
18 nongenital use in ovarian cancer?
19   A.   We did not find a significant trend with
20 either duration of use nor with number of applications
21 for nongenital use.
22   Q.   You also found no increase in risk of
23 ovarian cancer -- I'm sorry, strike that.
24      For occupational exposures you found no
25 increase in risk of ovarian cancer, correct?

Page 205

1    A.   I'm trying to remember where we reported
2  that in the paper. Right. In the paragraph below
3  that we report an odds ratio of 1.31. And the
4  confidence interval does include one, so it was not
5  statistically significant. And as I recall, that was
6  a pretty small number of women who reported
7  occupational use.
8    Q.   Did you also report in this study that you
9  found that most studies show no association to
10 nongenital use?
11   A.   I think that we did make that statement in
12 here.
13   Q.   Did you make a statement anywhere in this
14 paper that body powder use causes ovarian cancer?
15   A.   No, I did not make -- no, that statement
16 was not made in this paper.
17   Q.   Can you cite for me any epidemiologic
18 study where the authors determined a statistically
19 significant increase in risk of talcum powder use in
20 ovarian cancer that exceeded 2.0?
21      MR. FARIES: Objection to the form.
22      THE WITNESS: I -- I'm sorry, tell me
23   again.
24 BY MR. HEGARTY:
25   Q.   Sure. Can you cite for me any

52 (Pages 202 to 205)

Patricia Moorman, Ph.D., M.S.P.H.

Page 206

1  epidemiologic study where the authors determined a
2  statistically significant increase in risk greater
3  than two between perineal talc use and ovarian cancer?
4       MR. FARIES:  Objection to form.
5       THE WITNESS:  Okay.  We have already
6       talked about one instance of that.  In the
7       Cramer paper it was greater than two for the
8       sample of African-American women.  But, again,
9       we have talked about the imprecision of that
10      estimate based on the small sample size.
11      And I -- I know that there have -- other
12      studies have reported a relative risk greater
13      than two.  I do not recall on the individual
14      studies if it was statistically significant
15      right off the top of my head.
16  BY MR. HEGARTY:
17      Q.   Are you aware of any paper where the
18  authors reported an overall increase in risk that's
19  statistically significant in excess of two between
20  perineal talc use and ovarian cancer?
21      A.   So my answer is the same as for the last
22  question that there have been some papers that have
23  reported an odds ratio greater than two but off the
24  top of my head, I don't recall whether or not they
25  were statistically significant.

Page 207

1       Q.   Dr. Moorman, have you ever -- strike that.
2       Dr. Moorman, before being contacted by
3  Plaintiffs' lawyers in this case, had you ever done
4  any type of analysis, review and come to opinions as
5  you have done here in any situation involving any
6  exposure or any disease?
7       MR. FARIES:  Objection to form.
8       THE WITNESS:  I think that every time we
9       write a paper, we are considering all of the
10      data and coming to an opinion, so I would argue
11      that I have done that many times.
12  BY MR. HEGARTY:
13      Q.   Have you ever done the same analysis
14  here -- strike that.
15      Have you ever done analysis like you did
16  here and came to the conclusion that any other
17  exposure caused or causes any other disease?
18      A.   I have never used the phrasing "cause."  I
19  have certainly used the phrasing "increased risk."
20      Q.   Have you ever done an analysis looking at
21  either an increased risk -- looking at either
22  increased risk or cause where you've received
23  materials from a plaintiff's lawyer?
24      A.   Other than this case?
25      Q.   Yes.

Page 208

1       A.   No, I have not.
2       Q.   Have you ever done the kind of analysis
3  you've done here with regard to talcum powder product
4  use in ovarian cancer where you've been paid by
5  plaintiffs' lawyers?
6       A.   No, I have never done anything like that.
7       Q.   Have you ever done any kind of analysis
8  like you've done here where you've reviewed deposition
9  testimony and other materials generated in litigation?
10      A.   No, I have not.
11      Q.   Have you ever done any type of analysis
12  like you've done here for any cosmetic other than
13  talcum powder products?
14      A.   No, I have not.
15      Q.   How about with regard to any other mineral
16  besides talcum powder?
17      A.   No, I have not.
18      Q.   In terms of the process you've talked
19  about in reaching your opinions in this case, have you
20  ever published in any peer-reviewed publication the
21  steps that you took here to come to your opinions?
22      MR. FARIES:  Objection to form.
23      THE WITNESS:  Have I ever described the
24      steps I took to evaluate talc and ovarian
25      cancer?

Page 209

1  BY MR. HEGARTY:
2       Q.   Yes.  In any published, peer-reviewed
3  piece of literature?
4       A.   I have not.
5       MR. FARIES:  Objection to form.
6  BY MR. HEGARTY:
7       Q.   I'm sorry, what was the answer?
8       A.   I said I have not.
9       Q.   Other than -- strike that.
10      In terms of -- Dr. Moorman, do you agree
11  that all women are at risk for developing ovarian
12  cancer?
13      MR. FARIES:  Objection to form.
14      THE WITNESS:  I would say that all women
15      who have ovaries are at risk for developing
16      ovarian cancer.
17  BY MR. HEGARTY:
18      Q.   With regard to women who have ovaries,
19  what is their lifetime risk of developing ovarian
20  cancer?
21      A.   That is typically reported as about a 1.3
22  to 1.4 lifetime probability.
23      Q.   Ovarian cancer existed before any talcum
24  powder product was ever used by women, correct?
25      A.   Yes.

53 (Pages 206 to 209)

## Page 210

1    Q.   Ovarian cancer would still exist if women
2  stopped using talcum powder products, correct?
3    A.   Yes.
4    Q.   Ovarian cancer occurs in women who have
5  never been exposed to any talcum powder product,
6  correct?
7    A.   Yes.
8    Q.   And any woman who used a talcum powder
9  product was still at risk for ovarian cancer without
10  regard to the use of the talcum powder products,
11  correct?
12    A.   Yes.
13    Q.   And there are women who develop ovarian
14  cancer who have no known risk factors, correct?
15         MR. FARIES:  Objection to form.
16         THE WITNESS:  Yes.
17  BY MR. HEGARTY:
18    Q.   And as to all of the women in this case,
19  if you had been able to talk to them at a young age,
20  you could not have assured them that they would not
21  get ovarian cancer if they never used a talcum powder
22  product, correct?
23         MR. FARIES:  Objection to form.
24         THE WITNESS:  You could not assure them of
25  that because ovarian cancer is not caused by one

## Page 211

1  single risk factor.
2  BY MR. HEGARTY:
3    Q.   So no single risk factor can be the cause
4  of an ovarian cancer; is that what -- that what you're
5  saying?
6    A.   No, I am -- I am not saying that.  I am
7  saying that there is no single risk factor that
8  accounts for all ovarian cancers.
9    Q.   Ovarian cancer occurs even in the absence
10  of risk factors, correct?
11         MR. FARIES:  Objection to form.
12         THE WITNESS:  Ovarian cancer, something
13    has to cause it, okay?  And so it is accurate to
14    say that sometimes it occurs in the absence of
15    known risk factors.
16  BY MR. HEGARTY:
17    Q.   That cause can be what's considered to be
18  sporadic, correct?
19         MR. FARIES:  Objection to form.
20  BY MR. HEGARTY:
21    Q.   Do you know what the phrase "sporadic
22  cause" means?
23    A.   In the epidemiology world, most often when
24  the term "sporadic" is used, it is used to contrast it
25  with, like, a genetic cause or, like, for example, a

## Page 212

1  defined mutation in, like, BRCA1 or BRCA2.  And so
2  it's contrasting those -- the genetic -- the strong
3  genetic association versus the ones without that.
4    Q.   If a woman's lifetime risk generally is
5  1.3 to 1.4, what is the lifetime risk of a woman who
6  uses talcum powder products?
7         MR. FARIES:  Objection to form.
8         THE WITNESS:  We are talking about the
9    relative risk.  Most of the meta-analyses
10    conclude that there is a relative risk of about
11    1.25, so multiplying 1.4 by 1.25 gives you a
12    lifetime risk of approximately 1.7 percent,
13    something like that.  When -- and, of course,
14    when you apply it to millions of women, that
15    small difference becomes more important.
16  BY MR. HEGARTY:
17    Q.   What is the latency period by which use of
18  talcum powder products can cause ovarian cancer?
19         MR. FARIES:  Objection to form.
20         THE WITNESS:  It is usually very difficult
21    to establish with precision what the latency
22    period is for any given exposure.  Many times it
23    is thought that the latency period can be many
24    decades.
25

## Page 213

1  BY MR. HEGARTY:
2    Q.   Well, do you have an opinion as to how
3    long a woman must use a talcum powder product for it
4    to be a -- for it to cause ovarian cancer?
5         MR. FARIES:  Objection to form.
6         THE WITNESS:  For an individual woman, I
7    would not have an opinion, and I also do not
8    think that we have the data that we could say --
9    we could say that how many applications, how
10    long is too much.  I don't think we can identify
11    any safe period of use.
12  BY MR. HEGARTY:
13    Q.   All right.  Do you have the data to have
14  an opinion as to how long talcum powder products must
15  be used or how frequent they must be used in order to
16  actually increase the risk of ovarian cancer in a
17  woman?
18         MR. FARIES:  Objection to form.
19         THE WITNESS:  I think my answer is just
20    like for the previous question, that we don't
21    have that data.
22  BY MR. HEGARTY:
23    Q.   What is the volume of talcum powder
24  exposure necessary to either cause or increase the
25  risk of ovarian cancer?

Patricia Moorman, Ph.D., M.S.P.H.

Page 214

1      MR. FARIES: Objection to form.
2      THE WITNESS: We do not have the data to
3    say what would cause -- what a safe level would
4    be.
5    BY MR. HEGARTY:
6      Q.   With regard to asbestos exposure, I'll ask
7    the same questions.  Do you have an opinion as to how
8    long or how much or how frequent a woman would need to
9    be exposed to asbestos to either increase their risk
10   or cause ovarian cancer?
11     MR. FARIES: Objection to form.
12     THE WITNESS: I don't think that we can
13     say any defined cut point.  I think that it is
14     very important to rely on the conclusion of the
15     various organizations that have concluded that
16     there's no safe level of asbestos exposure,
17     so . . .
18   BY MR. HEGARTY:
19     Q.   Is there a background level of asbestos in
20   the air?
21     MR. FARIES: Objection to form.
22     THE WITNESS: I don't know.  That's not my
23     area of expertise.
24   BY MR. HEGARTY:
25     Q.   In your -- with regard to developing your

Page 215

1    opinions, did you break down your opinion by subtype
2    of ovarian cancer?
3      MR. FARIES: I'm sorry?  Which --
4    BY MR. HEGARTY:
5      Q.   With regard to your opinions in this case,
6    did you break down your opinions based on subtype of
7    ovarian cancer?
8      A.   So by that you are talking -- please --
9      Q.   Sure.
10     A.   -- specify.
11     Q.   For purpose of your opinions in this case,
12   are they the same for all subtypes, serous, clear
13   cell, endometrioid, mucinous?
14     A.   Okay.
15     MR. FARIES: Objection to form.
16     THE WITNESS: I considered the full body
17     of literature, and some studies did report by
18     subtypes, some did not, and so the forming of my
19     opinion did consider some of that published
20     data.
21   BY MR. HEGARTY:
22     Q.   In your analysis did you attempt to
23   stratify the extent of risk based on type of ovarian
24   cancer?
25     A.   Again, I was relying on published data.

Page 216

1    Some studies reported on that, some did not, and I
2    considered all of the data.
3      Q.   But did you break out your opinions based
4    on odds ratios across the various types of ovarian
5    cancers?
6      A.   To some extent.  Serous ovarian cancer is
7    the vast or the largest subtype of ovarian cancer, and
8    among studies that have looked at that, there seems to
9    be an indication that the risk may be higher for that
10   subtype than for others.  For the other subtypes, they
11   comprise a much smaller proportion of ovarian cancers,
12   and so, again, we run into the numbers game.  It is
13   harder to make a conclusion within the smaller
14   subgroups.
15     Q.   Did you try to make a conclusion within
16   the smaller subgroups?
17     A.   I considered the data, but I felt like
18   there was not adequate data to make as strong of a
19   conclusion as with the serous subtype or the overall
20   ovarian cancer.
21     Q.   Well, did you draw -- did you come to any
22   conclusions based on the data where you stratified by
23   sub -- across all subtypes?  You said that the studies
24   did not -- or the data did not provide as strong of a
25   conclusion.  Did you actually, though, break out your

Page 217

1    odds ratios or relative risk calculations by subtype
2    of ovarian cancer?
3      MR. FARIES: Objection to form.
4      THE WITNESS: Once again, I considered all
5      of the data and considered that the data for
6      some of the smaller subtypes was not as strong
7      as for -- the data, just because it's reflecting
8      smaller samples sizes, was not as strong as --
9      based on the other serous subtype or the overall
10     ovarian cancer.
11   BY MR. HEGARTY:
12     Q.   Well, are you applying the 1.25 to 1.3
13   relative risk you provided across all subtypes?
14     A.   So when I refer to the 1.25, that is the
15   conclusion that has been reached in multiple
16   meta-analyses, and the meta-analyses looked at -- most
17   of them did not look at the subtypes.  More recent
18   meta-analysis did look at it by some of the subtypes
19   and reported a significant association if I'm
20   recalling with the serous subtype.
21     Q.   Do you agree that the vast majority of
22   ovarian cancers have no known cause?
23     MR. FARIES: Objection to form.
24     THE WITNESS: I do not agree with that
25     statement.  I think that we have identified many

55 (Pages 214 to 217)

Patricia Moorman, Ph.D., M.S.P.H.

## Page 218

1    risk factors for ovarian cancer, and probably
2    the majority of women have at least one of those
3    risk factors.
4    BY MR. HEGARTY:
5        Q.   You agreed earlier that a risk factor is
6    not necessarily a causal factor, correct?
7        A.   Yes, I did agree with that.
8        Q.   If tissue is exposed to talc, talcum
9    powder products, what is -- what reaction do you see
10   in that tissue?
11           MR. FARIES:  Objection to form.
12           THE WITNESS:  Okay.  I am not a
13   pathologist.  I am not a laboratory scientist.
14   I have never done that, so I could not describe
15   that.
16   BY MR. HEGARTY:
17       Q.   Can you cite for me any study that is
18   reported -- that was reported what tissue looks
19   like -- strike that.
20           Can you cite for me any study that has
21   reported on what ovarian tissue looks like when
22   exposed to talcum powder products?
23           MR. FARIES:  Objection to form.
24           THE WITNESS:  I cannot off the top of my
25   head, no, I cannot cite a specific study.

## Page 219

1    BY MR. HEGARTY:
2        Q.   You talked a little bit earlier about the
3    Bradford Hill guidelines, correct?
4        A.   I did.
5        Q.   Did you apply the Bradford Hill guidelines
6    in developing your opinions in this case?
7        A.   I did.
8        Q.   Did you apply all nine of the Bradford
9    Hill guidelines?
10       A.   I considered all of them and, again,
11   emphasizing that this is not a checklist that you
12   check off all of them.
13       Q.   Which of those Bradford Hill guidelines
14   were you able to check off?
15       A.   So, again, I would not characterize what I
16   did as checking off any of them.  And my conclusion from
17   that is that the strength of the association was in
18   the same range as other factors that have -- that are
19   generally accepted as carcinogens.  And so the
20   strength of the association is -- is adequate.
21           I considered the consistency of the
22   association, looking at the overall body of the
23   epidemiologic literature, including the meta-analyses,
24   and found that the majority of the studies, the vast

## Page 220

1    majority of them reported an odds ratio greater than
2    1, and many of them reported statistically significant
3    associations as well.
4            Let's see.  I considered the temporality
5    and felt confident that the talc exposure preceded
6    ovarian cancer consistently across the studies.
7            I considered whether or not there were
8    biologically plausible mechanisms, and I -- you know,
9    I considered the other ones, such as coherence analogy
10   experiment as well, but I think my opinion was driven
11   by the ones that I've described in more detail.
12       Q.   So would it be a fair statement from what
13   you just said that your opinions was driven -- were
14   driven by strength of association, consistency of the
15   association, temporality, and biologic plausibility?
16       A.   Those were the main drivers, but did also
17   consider coherence experimentation and analogy.
18           MR. FARIES:  We're approaching another
19   hour.  If you have a good transition point --
20           MR. HEGARTY:  I was going to walk through
21   the -- those Bradford Hill criteria next.
22           MR. FARIES:  Again?
23           MR. HEGARTY:  You would say again.  I
24   would say for the first time, but that's where
25   I'm going to go next.

## Page 221

1            MR. FARIES:  Let's take a quick break
2    then.
3            MR. HEGARTY:  Okay.
4            MR. FARIES:  That will take you a few
5    minutes to do that.
6            MR. HEGARTY:  Oh, yeah.  No, it's a new --
7    it's a transition point.
8            (RECESS TAKEN FROM 3:31 P.M. TO 3:39 P.M.)
9    BY MR. HEGARTY:
10       Q.   Dr. Moorman, we have talked about strength
11   in association.  I just have a couple of follow-up
12   questions.
13           Have you ever published in any
14   peer-reviewed literature a standard description of how
15   you characterize relative risk as, for example, weak,
16   moderate, strong?  Have you ever done any -- have you
17   ever tried to categorize ranges of relative risk
18   within some sort of set criteria?
19       A.   I have not, and I do not believe that it's
20   a standard within epidemiology.
21       Q.   What would you, typically, call a relative
22   risk of 1.25 to 1.3?
23           MR. FARIES:  Objection to form.
24   BY MR. HEGARTY:
25       Q.   If I were to use the categories of weak

56 (Pages 218 to 221)

Patricia Moorman, Ph.D., M.S.P.H.

Page 222

 1    and moderate, strong, or you can use your own
 2    categories.
 3            MR. FARIES:  Objection to form.
 4            THE WITNESS:  I think that it would be
 5    probably categorized as modest to moderate
 6    association.  We do always want to consider that
 7    the strength -- the public health importance of
 8    an exposure depends not only on the strength of
 9    the association but how common is the exposure
10    in the population.
11    BY MR. HEGARTY:
12        Q.   You mentioned a little bit ago that the
13    strength of association was consistent with other
14    exposures where -- where causality had also been
15    determined.  Can you give me one example?
16        A.   One example of that would be secondhand
17    smoke.  I can give more if needed.
18        Q.   Can you give me a -- give me a few?  Give
19    me whatever other examples you have.
20            MR. FARIES:  Objection to form.
21    BY MR. HEGARTY:
22        Q.   Go ahead.
23            MR. FARIES:  Go ahead.
24            THE WITNESS:  Other examples may be oral
25    contraceptive use in relation to breast cancer;

Page 223

 1    estrogen, menopausal estrogen use, in relation
 2    to breast cancer; residential radon exposure in
 3    relation to lung cancer.
 4    BY MR. HEGARTY:
 5        Q.   I want to talk next about the consistency
 6    factor you mentioned.  In doing so I want to look at
 7    that factor as it relates to a particular study and
 8    that is a study by Langseth from 2008.  This would be
 9    Exhibit 21, thank you for reminding me.  The
10    exhibit -- this copy has a Ness exhibit on the top --
11            MR. FARIES:  Okay.
12    BY MR. HEGARTY:
13        Q.   -- you can ignore that.
14            MR. FARIES:  Okay.
15    BY MR. HEGARTY:
16        Q.   The paper is 2008 by Langseth entitled,
17    Perineal Use of Talc and Risk of Ovarian Cancer.
18            MR. FARIES:  I'm sorry, I'm sorry.  I
19    think we're incorrect on the --
20            MR. HEGARTY:  Numbering is wrong?
21            MS. PARFITT:  Is it 19?
22            MR. HEGARTY:  I'm sorry, you're right.  It
23    should be 19.  I plucked off -- thank you for
24    correcting that, I'm plucked off 21, it should
25    be 19.  Thank you for catching that.

Page 224

 1        (EXHIBIT NUMBER 19 WAS MARKED FOR IDENTIFICATION)
 2            MAN SPEAKER:  What was 18?
 3            MR. FARIES:  18 -- here is 18.
 4            MAN SPEAKER:  Okay.
 5    BY MR. HEGARTY:
 6        Q.   Doctor, would you look at Exhibit 19 and
 7    tell me whether you're familiar with that paper?
 8        A.   I have read this paper, yes.
 9        Q.   If you turn over to the second page,
10    Figure 1 is a forest plot of case-control studies
11    reported by Langseth, et al., correct?
12        A.   Yes, that is correct.
13        Q.   Figure 1 breaks out the case-control
14    studies between the population-based studies and the
15    hospital-based studies, correct?
16        A.   That is correct.
17        Q.   Do you agree with -- do you agree that
18    every one of the hospital-based case-control studies
19    failed to show a statistically significant association
20    between talc use and ovarian cancer?
21        A.   Yes, all of those confidence intervals
22    include one.
23        Q.   The authors also did a pooled odds ratio
24    for the hospital-based studies and reported a
25    nonsignificant association, correct?

Page 225

 1        A.   That is correct.
 2        Q.   And with regard to the hospital-based
 3    studies, because they were not statistically
 4    significant all of those results, all of the odds
 5    ratios, could be due to chance, correct?
 6            MR. FARIES:  Objection to the form.
 7            THE WITNESS:  Okay.  Yes, all of those
 8    because of the -- of the confidence interval
 9    including one, it is conceivable that these
10    findings are due to chance.
11    BY MR. HEGARTY:
12        Q.   Do you agree that just looking at the
13    hospital-based case-control studies that they do not
14    show an increased risk of ovarian cancer with talc
15    use?
16            MR. FARIES:  Objection to the form.
17            THE WITNESS:  Okay.  Looking at the
18    summary odds ratio it is not statistically
19    significant, and I agree that three of them have
20    reported odds ratios to very close to -- to one.
21    BY MR. HEGARTY:
22        Q.   Overall, if we just looked at the
23    hospital-based case-control studies and no other
24    studies, you could not draw the conclusion that there
25    was a causal association between talc use and ovarian

57 (Pages 222 to 225)

Patricia Moorman, Ph.D., M.S.P.H.

Page 226

1  cancer, correct?
2       MR. FARIES:  Objection to form.
3       THE WITNESS:  Okay.  On the basis of only
4  these six studies we would not conclude that.
5  We would also consider the -- the overall design
6  and potential limitations of some of these
7  studies.
8  BY MR. HEGARTY:
9       Q.   For purposes of your opinions in this
10  case, did you consider the hospital-based case-control
11  studies?
12      A.   I considered the overall body of evidence,
13  yes.
14      Q.   That overall body would have included the
15  hospital-based studies?
16      A.   Yes.
17      Q.   Above that analysis of the hospital-based
18  studies are the population-based studies they looked
19  at in this study, correct?
20      A.   Yes, those are their population-based
21  studies.
22      Q.   Some of the population-based studies found
23  a statistically significant odds ratio and some did
24  not, correct?
25      A.   That is correct.

Page 227

1       Q.   The authors then did a test for
2  heterogeneity between the population-based studies and
3  the hospital-based studies, correct?
4       A.   They did.  They did report that.
5       Q.   The test was statistically significant,
6  correct?
7       A.   Yes, they report a p-value of .036.
8       Q.   That means they found the two groups were
9  different, correct?
10      A.   Yes.
11      Q.   Do you recall reading the Langseth paper
12  when it came out?
13      A.   I don't remember exactly when I read it.
14      Q.   Had you read the Langseth paper before
15  being contacted by Plaintiffs' counsel in this case?
16      A.   Once again, I don't recall exactly when I
17  read it.
18      Q.   If you look under the section on the page
19  we're looking with the forest plot, under proposal,
20  the research community?  Do you see that section?
21      A.   Yes.
22      Q.   The first one under that section reads:
23  (Reading)
24          The current body of
25          experimental and epidemiologic

Page 228

1           evidence is insufficient to establish
2           a causal association between perineal
3           use of talc and ovarian cancer risk.
4       Did I read that correctly?
5       A.   Yes, you did read that correctly.
6       Q.   Is it your opinion that that statement was
7  inaccurate when it was made in this publication and
8  published in 2008?
9       MR. FARIES:  Objection to form.
10      THE WITNESS:  I think that this is the
11  statement that these investigators concluded.
12  This was ten years ago, and I think that quite a
13  lot of data has accumulated since.
14  BY MR. HEGARTY:
15      Q.   From your experience being in this field
16  for 20 plus years, was that statement a reasonable
17  statement to make back in 2008?
18      MR. FARIES:  Objection to form.
19      THE WITNESS:  I think that, as we have
20  said before, that scientists may review a body
21  of evidence and come to a different conclusion.
22  When we look at the overall odds ratios, it is
23  certainly indicative of significantly increased
24  risk.  And, you know, I don't know how these
25  authors took into account other things that

Page 229

1  would play into assessing causality.
2  BY MR. HEGARTY:
3       Q.   Do you know any of these authors
4  personally?
5       A.   I believe that I have met Dr. Hankinson at
6  a grant review or something at some time in the past.
7  And the other names I do not know these people
8  personally.
9       Q.   Is it your testimony in this case that the
10  statement I just read to you at the time it was made
11  was wrong?  Was inaccurate?
12      MR. FARIES:  Objection to form.
13      THE WITNESS:  I am saying that that is the
14  statement that they made at that point in time
15  based on their opinions.
16  BY MR. HEGARTY:
17      Q.   Understood.  But are we going to hear from
18  you at trial that the -- this statement I just read to
19  you, at the time it was made back in 2008 was
20  inaccurate, was incorrect?
21      MR. FARIES:  Objection to form.
22  BY MR. HEGARTY:
23      Q.   In your opinion?
24      A.   It -- again, we have considered the
25  association between talc and ovarian cancer over many

58 (Pages 226 to 229)

Patricia Moorman, Ph.D., M.S.P.H.

Page 230

1 decades, and many papers have come out, and, you know,
2 they continue to come out. And so it would -- I
3 don't -- I can't say at one point whether I would
4 consider this accurate or inaccurate. It's like just
5 over time the evidence continues to evolve. And I
6 can't say at any given point where I would say with
7 absolute certainty that I said this was a cause versus
8 this . . . just leave it there.
9     Q.   I'm going to show you what I'm next
10 marking as Exhibit Number 20 which is a 2017 paper by
11 Berge, et al., called, Genital Use of Talc and Risk of
12 Ovarian Cancer: A Meta-analysis.
13     (EXHIBIT NUMBER 20 WAS MARKED FOR IDENTIFICATION)
14 BY MR. HEGARTY:
15     Q.   Have you seen this paper before right now?
16     A.   Yes, I have.
17     Q.   Did you review this paper at the time it
18 was published earlier in 2017?
19     A.   Yes, I -- yes, I saw it shortly after it
20 was published.
21     Q.   If you look over on page 7, Figure 2, in
22 the forest plot on that page, the authors do a
23 meta-analysis of the cohort studies only, correct?
24     A.   That is correct.
25     Q.   You have reviewed all of the cohort

Page 231

1 studies listed there, correct?
2     A.   Yes, I have.
3     Q.   The author in that -- the authors in that
4 meta-analysis concluded or came up with a relative
5 risk of 1.02 with non-statistically significant
6 confidential interval for the cohort studies, correct?
7     A.   That is correct, that's what they report.
8     Q.   Do you agree that if you look at the
9 cohort studies only, they do not report a
10 statistically significant association between talc use
11 and ovarian cancer?
12     A.   That is correct.
13     Q.   That's even from your own conclusions,
14 correct?
15         MR. FARIES:   Objection to form.
16         THE WITNESS:   I'm sorry?
17 BY MR. HEGARTY:
18     Q.   Sure. Let me repeat it.
19         You have looked at all of the cohort
20 studies, correct?
21     A.   I have.
22     Q.   Do you agree that none of the cohort
23 studies show a statistically significant association
24 between talc use and ovarian cancer?
25     A.   I think that the Nurses' Health Study has,

Page 232

1 in fact, reported a statistically significantly
2 association with serous ovarian cancer. So it would
3 not be accurate to say that none of them have
4 reported.
5     Q.   I will come back to that just -- in a
6 second.
7         Is it a correct statement that as to an
8 overall risk of ovarian cancer with talcum powder use
9 that none of the cohort studies found an association?
10         MR. FARIES:   Objection to form.
11         THE WITNESS:   Once again, none of them
12 reported a statistically significantly increased
13 risk.
14 BY MR. HEGARTY:
15     Q.   With regard to the serous finding from the
16 Nurses' Health Study from the Gertig 2000 paper, did
17 you review the follow-up study that was published by
18 Gates in 2010?
19     A.   I have looked at all of those papers.
20     Q.   And do you recall that Gates in 2010
21 reported a non-statistically significant relative risk
22 for the serous type in talcum powder use?
23     A.   I do recall that.
24     Q.   That was in a follow-up study that was
25 done approximately ten years after -- published ten

Page 233

1 years after the original study, correct?
2     A.   Correct.
3     Q.   So if we look at -- strike that.
4         With regard to the cohort studies and the
5 risk of -- reported -- risk reported as to talc use in
6 ovarian cancer, generally, those studies were
7 uniformly non-statistically significant, correct?
8     A.   That is correct.
9     Q.   If we looked -- we looked at the
10 hospital-based case-control studies, and those studies
11 were uniformly non-statistically significant between
12 talcum powder use and ovarian cancer, correct?
13     A.   That is correct.
14     Q.   As to the population-based case-control
15 studies, those are mixed -- have mixed results with
16 regard to statistical significance between ovarian
17 cancer -- I'm sorry, between talcum powder use and
18 ovarian cancer, correct?
19     A.   Individual studies are mixed. The summary
20 odds ratios from them are statistically significant.
21     Q.   There's a quote in the Bradford Hill paper
22 where he identifies the criteria or categories or
23 whatever you might call them, he says: (Reading)
24         I would myself put a great
25         deal of weight upon similar results

59 (Pages 230 to 233)

Patricia Moorman, Ph.D., M.S.P.H.

Page 234

1    reached in quite different ways,
2    prospectively and retrospectively.
3        Do you recall him making that statement in
4    the paper?
5        A.   I don't recall every word of that paper
6    so . . .
7        Q.   Do you happen to recall that, if that
8    statement --
9        A.   I don't.
10       Q.   -- is accurate?
11       A.   I don't recall.  As I said, I don't recall
12    that statement, specifically, from that paper.
13       Q.   Well, do you agree that with regard to
14    talcum powder use and ovarian cancer, that prospective
15    and retrospective studies do not reach similar
16    results?
17         MR. FARIES:  Objection to form.
18         THE WITNESS:  I -- I think that one has to
19         look at it in a more nuanced perspective.
20    BY MR. HEGARTY:
21       Q.   Well, is it your opinion that the
22    prospective and retrospective studies reached similar
23    results?
24       A.   In subsequent meta-analyses there are
25    definitely some areas of similarity that particularly

Page 235

1    related to the cohort studies that reported on the
2    serous ovarian cancer.
3        Q.   How about with respect to the overall risk
4    of ovarian cancer with talcum powder use, is it your
5    testimony that the prospective and retrospective
6    studies are consistent?
7         MR. FARIES:  Objection to form.
8         THE WITNESS:  I -- my testimony is that
9         stronger associations were observed in the
10        retrospective studies than in the -- cohort
11        studies.
12    BY MR. HEGARTY:
13       Q.   Well, that's not -- my question was, do
14    you -- is it your opinion or testimony that with
15    regard to the overall risk reported between talcum
16    powder use and ovarian cancer, that the prospective or
17    cohort studies are consistent with the retrospective
18    studies?
19         MR. FARIES:  I'm going to object to form.
20         THE WITNESS:  So say it -- please say it
21         one more time.
22    BY MR. HEGARTY:
23       Q.   Sure.  Is it your opinion that with regard
24    to the reporting of the overall risk between ovarian
25    cancer and talc powder use, that the prospective or

Page 236

1    cohort studies are consistent with the retrospective
2    studies?
3         MR. FARIES:  Objection to form.
4         THE WITNESS:  I -- I believe that the --
5         the conclusions are different, yes.
6    BY MR. HEGARTY:
7        Q.   You believe that -- so the answer to my
8    question is they are not consistent?
9         MR. FARIES:  Objection to form.
10        THE WITNESS:  I think that we have to
11        think about it, the consistency, in terms of
12        overall odds ratio.  They -- they are somewhat
13        inconsistent.
14    BY MR. HEGARTY:
15       Q.   So with that statement in mind, how is it
16    you concluded under the Bradford Hill criteria that
17    there was a consistency or that the consistency factor
18    had been satisfied?
19       A.   The -- the cohort studies are three of
20    more than two dozen studies.  And when we look at
21    the overall direction of the effect, we do see a great
22    deal of consistency.  Whenever we consider studies
23    that have a different finding, one would want to look
24    at that and try to understand what is different about
25    that study.  And very notably here when we look at the

Page 237

1    Gonzalez study, they report a relative risk of .73.
2    And that, certainly, brings down the overall relative
3    risk for the cohort studies.
4         The Gonzalez studies has a number of
5    limitations in relation to the evaluation of this
6    exposure and outcome.  Most notably -- but there are
7    two very notable ones.  Despite it being a reasonably
8    large cohort there were only about 150 cases in that
9    study, and so the statistical power was limited, you
10    know, again, somewhat related to the duration of
11    follow-up in that study.  But more significantly when
12    they assessed the exposure, they asked women about
13    their use of talc in the previous 12 months.  So,
14    basically, there is a snapshot of exposure.  So it did
15    not capture any exposure before they enrolled in the
16    study nor in the time after the questionnaire was
17    completed.  So the exposure assessment in that study
18    is clearly inadequate.
19         And so, you know, you just have to
20    consider that the one study that comes up with really
21    a value that's an outlier there may be some very good
22    reasons why it doesn't fit in with nearly all the
23    other studies.
24       Q.   In looking at the biologic plausibility
25    analysis under Bradford Hill that you did in this

60 (Pages 234 to 237)

Patricia Moorman, Ph.D., M.S.P.H.

Page 238

1  case, is it your opinion that a biologic mechanism has
2  been proven for talcum powder use causing ovarian
3  cancer?
4          MR. FARIES:  Objection to form.
5          THE WITNESS:  I would not use the
6      terminology "proven," because I feel like there
7      are very few things that are proven in science.
8      It's the state of knowledge now is -- gives us
9      some clear indications of why talc could lead to
10     ovarian cancer.  But, you know, science is
11     always evolving we learn -- as we learn more and
12     more it will continue to evolve.
13  BY MR. HEGARTY:
14     Q.   Do you have an opinion as to the possible
15  biologic plausibility of talcum powder use causing
16  ovarian cancer?
17     A.   I do.
18     Q.   What is it?
19     A.   My opinion is that it is biologically
20  plausible that talc exposure could cause ovarian
21  cancer.
22     Q.   Through what mechanism?
23     A.   Once again, I'm going to go back to my
24  disclaimer that I am not a cancer biologist.  But it
25  seems that the most plausible mechanisms would be an

Page 239

1  inflammation pathway.  And so through either upward
2  migration of the talc particles to the ovaries, that
3  that could create a -- an environment of chronic
4  inflammation.  And in that situation that can lead to
5  the production of reactive oxygen species and other
6  cellular components that could cause damage to DNA and
7  lead to cancer development.
8      Q.   In reaching your opinions as to biologic
9  plausibility -- well, first of all, let me back up.
10         Have you ever published, lectured or
11  otherwise made the statement outside of litigation
12  about the mechanism that you just discussed?
13         MR. FARIES:  Objection to form.
14         THE WITNESS:  Okay.  In this paper that we
15     published we do refer that inflammation is a
16     potential mechanism by which ovarian cancer
17     could result from exposure to talc.
18  BY MR. HEGARTY:
19     Q.   That's the 2016 Schildkraut paper?
20     A.   I believe so.  Yes, in the introduction it
21  states that:  (Reading)
22         Talc-containing powders may
23     promote cancer development through
24     local inflammation, increased rates of
25     cell division and DNA repair,

Page 240

1          increased oxidative stress and
2          increased cytokine levels.
3      Q.   In developing your opinions for this case
4  I believe you said you did not review all the
5  genotoxicity studies looking at talc in ovarian
6  cancer, correct?
7      A.   Yes, that is correct.
8      Q.   I believe you also said that you did not
9  review the cytotoxicity studies looking at talc and
10  ovarian cancer, correct?
11     A.   That is correct.
12     Q.   But you also said you didn't look at the
13  animal studies that have examined talc and ovarian
14  cancer and the effects of talc on animals, correct?
15     A.   I believe when you asked me those
16  questions earlier today, you asked me if I had
17  reviewed all of these studies, and I said no to those
18  questions.  I have read some studies, but not all of
19  them.
20     Q.   Have you done an exhaustive review of all
21  the animal studies looking at exposure to talc?
22     A.   I cannot say that it was an exhaustive
23  review, I have looked at some.  Again, that is
24  somewhat out of my area of expertise as an
25  epidemiologist.

Page 241

1      Q.   I'm just going to ask you.  Are you an
2  expert in animal studies?
3      A.   No, I am not an expert in animal studies.
4      Q.   In your opinion, in your -- strike that.
5          For purposes of your opinions in this
6  case, is it necessary that the ovaries be exposed to
7  talcum powder products, that they -- the product
8  itself reach the ovaries?
9          MR. FARIES:  Objection to form.
10         THE WITNESS:  As was described in this
11     paper, it is possible that exposure to talc
12     could create a generalized inflammatory
13     condition in the body that could contribute to
14     ovarian cancer.
15  BY MR. HEGARTY:
16     Q.   Is it your opinion for purposes of this
17  case that inhalation of talcum powder products causes
18  ovarian cancer?
19     A.   As I just stated, I believe, excuse me,
20  that inhalation of talc could lead to a generalized
21  increased level -- increased inflammatory environment
22  in the body that could contribute to the risk of
23  ovarian cancer.
24     Q.   Let me ask it a little different way.  Is
25  it your opinion to a reasonable degree of scientific

61 (Pages 238 to 241)

Patricia Moorman, Ph.D., M.S.P.H.

Page 242

1  certainty that inhaled talcum powder products cause
2  ovarian cancer?
3      A.   I don't think that I can make -- state my
4  opinion clearly that that -- that route of exposure is
5  the only way -- if that was the only route of
6  exposure, that that would be a cause. I just don't
7  think that the evidence is strong enough.
8      Q.   Looking at that same question a little bit
9  different, is it your opinion that inhalation as the
10  sole route of exposure to a reasonable degree of
11  scientific certainty increases the risk of ovarian
12  cancer?
13         MR. FARIES:  Objection to form.
14         THE WITNESS:  I do not think that we have
15      adequate data about inhalation as the sole route
16      of exposure.
17  BY MR. HEGARTY:
18      Q.   Do you agree that if a woman does have
19  talcum powder products that reach the ovary, that it
20  doesn't mean that they will develop ovarian cancer?
21      A.   Like with any risk factor, not all people
22  exposed to that risk factor will develop a cancer.
23      Q.   Can cornstarch -- strike that.
24         Can cornstarch exposure to ovarian tissue
25  lead to inflammatory response?

Page 243

1         MR. FARIES:  Objection to form.
2         THE WITNESS:  I do not know the answer to
3      that.
4  BY MR. HEGARTY:
5      Q.   How about titanium dioxide, does titanium
6  dioxide exposure to ovarian tissue cause an
7  inflammatory response?
8         MR. FARIES:  Objection to form.
9         THE WITNESS:  I don't know.
10  BY MR. HEGARTY:
11      Q.   Have you done any kind of analysis to look
12  at whether other particles that can potentially reach
13  the ovary besides asbestos or talc cause an
14  inflammatory response that could lead to ovarian
15  cancer?
16      A.   Please repeat that.
17      Q.   Sure. Have you done any type of analysis
18  to look at whether other particles that could reach
19  the ovary besides asbestos or talcum powder products
20  could cause an inflammatory response that leads to
21  cancer?
22      A.   I have not done that analysis again,
23  considering my area of expertise.
24      Q.   You agree that not all inflammation in the
25  body leads to cancer, correct?

Page 244

1      A.   Yes, I do agree to that.
2      Q.   Not all chronic inflammatory conditions
3  increase the risk of cancer, correct?
4         MR. FARIES:  Objection to form.
5         THE WITNESS:  Again, I -- it's hard to
6      answer questions about "all chronic inflammatory
7      conditions." Certainly we do have evidence that
8      chronic inflammatory conditions can lead to
9      cancer. Whether all possible in the entire
10      universe do, I can't answer that question.
11  BY MR. HEGARTY:
12      Q.   Rheumatoid arthritis is a chronic
13  inflammatory condition, correct?
14      A.   Yes, it is.
15      Q.   Does rheumatoid arthritis increase the
16  risk of any type of cancer?
17         MR. FARIES:  Objection to form.
18         THE WITNESS:  I have never specifically
19      looked at that question.
20  BY MR. HEGARTY:
21      Q.   Can you cite for me any animal studies
22  that have shown inflammation in the face of exposure
23  to talcum powder products that have led then to
24  development of a cancer or a neoplasia?
25      A.   Once again, you're asking me questions

Page 245

1  that are outside my area of expertise.
2      Q.   So is the answer that you can't cite --
3      A.   I cannot --
4      Q.   -- any such studies?
5      A.   I cannot cite them because -- for the
6  reasons stated.
7      Q.   Are you aware of any study that has looked
8  at perineal exposure to talcum powder products and
9  then found those products in the ovaries of women?
10         MR. FARIES:  Objection to form.
11         THE WITNESS:  Yes, I have seen some of
12      those studies.
13  BY MR. HEGARTY:
14      Q.   Can you cite for me any such study?
15      A.   I believe that there's a study by
16  Henderson quite some time ago, and, again, off the top
17  of my head, can't remember the exact authors.
18      Q.   Is it your memory that the authors in that
19  paper reported that the women who were studied applied
20  talcum powder to the perineal area?
21      A.   I just can't -- you know, again, among the
22  hundreds of papers that I've read, I can't remember
23  those specific details.
24      Q.   Can you cite for me any other paper where
25  you believe the authors have looked at women using

62 (Pages 242 to 245)

Patricia Moorman, Ph.D., M.S.P.H.

Page 246

1 talcum powder products and reported finding talcum
2 powder in their ovaries?
3    A.   I'm sorry, how is that question different
4 than the one that I --
5    Q.   I asked you -- my question was whether you
6 can recall any other paper besides the Henderson paper
7 you mentioned.
8    A.   I believe that there have been more than
9 one paper, but off the top of my head, I just can't
10 remember the author.
11    Q.   With regard to the generation of reactive
12 oxygen species, a woman's monthly ovulatory process
13 causes inflammation that generates reactive oxygen
14 species, correct?
15    A.   Yes, there is inflammation.
16    Q.   So based on your theory, inflammation
17 resulting from monthly ovulation can cause reactive
18 oxygen species that can lead to cancer; is that
19 correct?
20    MR. FARIES:  Objection to form.
21    THE WITNESS:  As part of the overall
22    inflammation hypothesis, I think that the
23    evidence is pretty consistent showing that the
24    number of ovulatory cycles is related to a risk
25    of ovarian cancer.

Page 247

1 BY MR. HEGARTY:
2    Q.   And in a given woman using talcum powder
3 products, how can you distinguish between the effect
4 of ovulation versus the effect of using talcum powder
5 products?
6    MR. FARIES:  Objection to form.
7    THE WITNESS:  Okay.  In our studies one of
8    the ways that we would do that is to control for
9    factors related to ovulation, such as the number
10    of pregnancies and periods of oral contraceptive
11    use and -- but when there are multiple exposures
12    from an epidemiologic study, it would be hard to
13    parse out which one.
14 BY MR. HEGARTY:
15    Q.   You can only control if you -- in that
16 situation you described -- if you actually had the
17 total number of ovulatory cycles of the women in the
18 study, correct?
19    A.   So you could use the factors that I
20 described as a reasonable proxy for the number of
21 ovulatory cycles, but it is a recognition that without
22 doing hormonal measurements on every woman, every
23 cycle, you could not absolutely calculate the number
24 of ovulatory cycles.
25    Q.   The cells of our bodies produce reactive

Page 248

1 oxygen and reactive nitrogen species every day,
2 correct?
3    A.   Once again, I am not a cell biologist, but
4 that is my understanding.
5    Q.   Even exercise would cause an increase in
6 the generation of reactive oxygen and nitrogen
7 species, correct?
8    A.   Once again, you're getting somewhat out of
9 my area of expertise, but I think that that is my
10 understanding.
11    Q.   Obesity is an inflammatory process,
12 correct?
13    A.   Yes.
14    MR. FARIES:  Objection to form.
15 BY MR. HEGARTY:
16    Q.   Obesity would then cause an increase in
17 the generation of reactive oxygen and nitrogen
18 species, correct?
19    MR. FARIES:  Objection to form.
20    THE WITNESS:  Yes, that has been -- yes.
21 BY MR. HEGARTY:
22    Q.   Are there particular studies -- strike
23 that.
24    What studies do you rely upon for purposes
25 of your Bradford Hill analysis as it relates to

Page 249

1 biologic plausibility?
2    A.   In my -- as I have said, not being a
3 cancer cell biologist, I have not gone back to
4 original studies talking about reactive oxygen
5 species.  I have relied on articles that have more
6 generally discussed the role of inflammation in
7 cancer.
8    Q.   Besides those studies, those studies --
9 those articles that have discussed generally the role
10 of inflammation in cancer, are there any other
11 particular studies that you rely upon for your opinion
12 that the biologic plausibility factor under the
13 Bradford Hill criteria or guidelines supports a
14 finding of causality between talcum powder products
15 and ovarian cancer?
16    A.   Again, I'm --
17    Q.   Well, you had given us one category of
18 studies.
19    A.   Right.
20    Q.   Are there any other categories of studies
21 that supports a finding of biologic plausibility under
22 the Bradford Hill guidelines for purposes of your
23 analysis in this case?
24    A.   Okay.  Once again, when I read multiple
25 papers that are describing the role of inflammation in

63 (Pages 246 to 249)

Patricia Moorman, Ph.D., M.S.P.H.

Page 250

1    cancer, I am relying on that. Going back to the
2    laboratory studies per se, I am not qualified to
3    evaluate how well they were done, and so I do rely on
4    these papers that are a summary of the evidence
5    related to inflammation in cancer.
6         Q.   The reason I'm asking is because this is
7    our chance to find out what the papers are that you
8    rely upon under the biologic plausibility factor or
9    section of Bradford Hill. And we don't have the
10   report from you that lists those out, so I'm just
11   trying to itemize these for you. Is there any other
12   way, either your review of the
13   reliance materials that you can define for me the
14   studies that you refer to when you're talking about
15   the generalized papers on inflammation in cancer?
16        A.   Once again, you know, I'm considering the
17   entire body of literature. To characterize a paper
18   as, That is the one that I relied on, I don't think
19   that's a reasonable way to characterize it.
20        Q.   Well, you're not relying on the entire
21   body of literature for the biologic plausibility
22   factor under Bradford Hill, are you?
23        A.   To some extent, yes, because many of the
24   papers that describe, like, an epidemiologic study,
25   they are also discussing the biologic plausibility.

Page 251

1         Q.   Are there any papers that you rely upon
2    under the biologic plausibility factor that look
3    specifically at or that tested whether inflammation is
4    a mechanism by which ovarian cancer occurs, not papers
5    that commented on what other papers have done, but the
6    underlying papers themselves, and not generally, but
7    specifically to ovarian cancer?
8         A.   I don't recall reading any of those
9    specifically.
10        Q.   One of the other criteria under Bradford
11   Hill is dose response. Did you consider dose response
12   for purpose of your opinions?
13        A.   I did.
14        Q.   You did not previously list that when I
15   asked you about the Bradford Hill criteria that you
16   reviewed. Why didn't you list that?
17        MR. FARIES: Objection to form.
18        THE WITNESS: There is a whole list of
19    criterion. As I indicated, I considered all of
20    them at the moment. That one did not come to
21    mind as I was trying to list that whole list.
22   BY MR. HEGARTY:
23        Q.   In your analysis of dose response, did you
24   try to quantify the amount of talcum powder product
25   exposure for a given use, that is, exposure to the

Page 252

1    tissues?
2         MR. FARIES: Objection to form.
3         THE WITNESS: No. In the epidemiologic
4    studies, we are -- the studies that considered a
5    dose response were the reported use of it.
6         There's no way to measure the dose to the ovary.
7    BY MR. HEGARTY:
8         Q.   What studies, in your opinion -- or strike
9    that.
10        Is it your opinion that dose response has
11   been shown under the Bradford Hill criteria between
12   talcum powder use and ovarian cancer?
13        A.   Okay. When considering the dose response
14   criteria, some studies reported on years of use, some
15   reported on frequency of use, and some reported on
16   some combination of frequency and duration of use.
17   The ones that consider only duration of use or only
18   frequency of use, we recognize that that is a
19   suboptimal way to assess dose response because some
20   women may use it very frequently but not for very
21   long, some women may use it for a very long time but
22   use it very sporadically. And so when considering it,
23   I looked primarily -- you know, I looked at all of the
24   studies, but I felt like the information derived from
25   the studies that reported on both -- some measure that

Page 253

1    combined frequency and duration, the majority of the
2    studies did, in fact, report a dose response.
3         Q.   Cite for me the studies that looked at
4    duration and frequency that did report a statistically
5    significant dose response.
6         MR. FARIES: Objection to form. Are you
7    waiting on me?
8         THE WITNESS: Well, I didn't know if you
9    had more there. Okay.
10        MR. FARIES: Could we have the question
11   either reasked --
12        MR. HEGARTY: Sure.
13        MR. FARIES: -- or ask the court reporter
14   to read it?
15        MR. HEGARTY: I'll restate it.
16        MR. FARIES: Okay.
17   BY MR. HEGARTY:
18        Q.   Cite for me the studies that reported a
19   statistically significant dose response looking at
20   frequency and duration.
21        A.   Okay. Some of our own study, first of
22   all, we came up with the estimated number of
23   applications, which was a combination of the frequency
24   and duration, and we did find statistically
25   significant associations for the genital use. The

64 (Pages 250 to 253)

Patricia Moorman, Ph.D., M.S.P.H.

Page 254

1    Terry study, which combined across eight case-control
2    studies, she also reported a statistically significant
3    dose response relation.  And right off the top of my
4    head, it's just hard to pull up all of the studies,
5    but those are two that very definitely come to mind.
6          Q.   Well, feel free, if you want to look at
7    your reliance materials, to refresh your memory.
8              MR. FARIES:  I'll get that out.  Just a
9          second.
10             (WITNESS REVIEWS DOCUMENT)
11             THE WITNESS:  Yeah, once again, every
12         paper has multiple tables, and it is a little
13         bit difficult to remember off the top of my head
14         the whole list of studies that did find that
15         evidence of the dose response relation when
16         considering some measure of applications.
17   BY MR. HEGARTY:
18         Q.   Well --
19         A.   You know, I want to be accurate in what
20   I'm stating, and sometimes with so many studies it's a
21   little bit difficult to remember which -- which found
22   that.  And, I'm sorry, it's -- just with so many, it's
23   a little hard to recall all of them right off the top
24   of my head late in the day.
25         Q.   Understood, but you -- do you understand

Page 255

1    that this is our chance, in this setting, to find out
2    from you which studies that you contend are in this
3    majority of studies you said that show a statistically
4    significant association between frequency and duration
5    in ovarian cancer?
6              MR. FARIES:  Objection to form.
7    BY MR. HEGARTY:
8          Q.   And are you able to cite for me any other
9    studies besides your study, the Schildkraut study, and
10   the Terry study?
11         A.   And, again, I believe that the study by
12   Anna Wu from -- and I also believe that some Cramer --
13   at least one of the Cramer studies, one or more.  And,
14   again, you know, off the top of my head, those are the
15   ones that are coming to mind.
16         Q.   Do you recall from -- and feel free,
17   again, to look at your reliance materials -- what Anna
18   Wu study and what Cramer study by year, if you can, or
19   publication name or title.
20         A.   I -- you know, I do not want to misstate
21   it, and I'm sorry, just from the title, I can't
22   remember which of the Wu studies specifically reported
23   on that and similarly with the Cramer study.
24         Q.   And we looked a moment ago at the 2016
25   Schildkraut paper.  We looked at a sentence that I

Page 256

1    read to you about the studies that reported on a dose
2    response.  Do you recall that --
3          A.   I do.
4          Q.   -- that minor question?
5          A.   Yes.
6          Q.   Other than that part of the Schildkraut
7    paper, can you cite for me any other paper of yours
8    where you have made the statement that the studies
9    generally show a dose response or the majority of
10   studies show a dose response between talcum powder use
11   in ovarian cancer?
12         A.   I don't believe that I have ever made that
13   statement in a published paper.
14         Q.   You mentioned the Terry paper --
15         A.   Right.
16         Q.   -- as showing a dose response, and I'll
17   mark as Exhibit 21 the Terry paper entitled Genital
18   Powder Use and Risk of Ovarian Cancer:  A Pooled
19   Analysis of 8525 cases and 9859 Controls.
20         (EXHIBIT NUMBER 21 WAS MARKED FOR IDENTIFICATION)
21   BY MR. HEGARTY:
22         Q.   Is this the Terry paper you referenced?
23         A.   Yes.
24         Q.   If you look at the abstract, on the first
25   page of that paper, about five lines up from the

Page 257

1    bottom the authors write:  (Reading)
2              Among genital powder users,
3          we observed no significant trend in
4          risk with increasing number of
5          lifetime applications (assessed in
6          quartiles).
7          Did I read that correctly?
8          A.   That is what it says in the abstract, yes.
9          Q.   So what the Terry authors are reporting in
10   this part of the paper, is that they found no dose
11   response when looking at frequency times duration,
12   correct?
13             MR. FARIES:  Objection to form.
14             THE WITNESS:  Please repeat that.
15   BY MR. HEGARTY:
16         Q.   So what the abstract reports -- well,
17   strike that.
18             So the abstract notes that the authors
19   found no dose response in looking at the number of
20   lifetime applications, which is duration times
21   frequency, correct?
22         A.   That's what the abstract reports.  And
23   within the paper, they report a -- Although a
24   significant increase in risk with an increasing number
25   of genital powder applications was found for

65 (Pages 254 to 257)

Patricia Moorman, Ph.D., M.S.P.H.

Page 258

1  nonmucinous epithelial ovarian cancer when nonusers
2  were included in the analysis, and reporting highly
3  significant P value for trend, they said no trend was
4  evident in analyses restricted to ever-users of
5  genital powder, and there is considerable discussion
6  about which is the most appropriate way to do that.
7  It's like clearly, the nonusers, that is often
8  included in calculation of trends.
9      Q.  Is it your testimony that it's improper,
10 that it's not proper epidemiologic methods to include
11 only users of only exposed?
12          MR. FARIES:  Objection to form.
13 BY MR. HEGARTY:
14     Q.  Users or exposed?
15     A.  I am not saying that it is improper.  I'm
16 saying that it is done both ways in studies.
17     Q.  And for purposes of this study, the
18 authors chose to report in the abstract the findings
19 as to -- as to when users were only included, correct?
20     A.  That is what they reported in the
21 abstract.
22     Q.  Have you ever done a study where you
23 looked at dose response only considering the exposed
24 and not using nonexposed for the calculation?
25     A.  In a specific circumstance, yes.

Page 259

1      Q.  What specific circumstance was that?
2      A.  In some of the studies that have looked at
3  trying to understand both the effect of the number of
4  pregnancies as well as the timing of pregnancy, for
5  statistical reasons we base that analysis only on
6  women who had a pregnancy.
7      Q.  Do you remember what paper that was?
8      A.  That was a paper from the North Carolina
9  Ovarian Cancer Study.  I was the first author, and it
10 was something related to comparison of characteristics
11 by -- I believe by menopausal status.  Hormonal Risk
12 Factors for Ovarian Cancer in Pre- and Postmenopausal
13 Women.
14     Q.  You mentioned a moment ago that looking at
15 dose by duration or looking at dose by frequency was a
16 suboptimal way to measure dose response, but you have
17 used that -- both of those methods in your papers,
18 correct?
19     A.  Yes.  Sometimes you have to.
20     Q.  In forming your opinions in this case, did
21 you analyze the literature looking at ovarian -- I'm
22 sorry, looking at talcum powder exposure via condoms
23 or diaphragms?
24     A.  The only analyses from our paper, I
25 believe they are all presented in this paper, and so

Page 260

1  there was -- I don't think that -- I'm trying to
2  remember the exact phrasing of the question.
3      Q.  I think my question's a little bit
4  different.
5      A.  Oh, yeah.
6      Q.  For purposes of your opinions in this
7  case --
8      A.  Oh, for considering -- for the overall
9  opinions.  I'm sorry.
10     Q.  Correct, did you analyze the studies that
11 looked at talcum powder-covered diaphragms and talcum
12 powder-covered condoms?
13     A.  I did not analyze but I considered studies
14 that reported on that.
15     Q.  Can you explain to me the difference
16 between analyzing and considering?
17     A.  When analyzing it, I did not do, for
18 example, a meta-analysis where -- actually did an
19 analysis of the data in that sense.
20     Q.  Do you recall coming to any conclusions as
21 to what the papers showed looking at talc-dusted
22 diaphragms and talc-dusted condoms in relation to
23 ovarian cancer risk?
24     A.  In relation to the diaphragms, there have
25 been several studies.  Some found no association, some

Page 261

1  found an odds ratio greater than 1.  None of them were
2  statistically significant increased risk.
3      Q.  How about the studies looking at
4  talc-dusted condoms?
5      A.  I know that that has been reported in some
6  papers.  There -- to my knowledge, there has not been
7  a meta-analysis that combined all of that, and I
8  didn't -- did not consider that as a major factor.
9          MR. FARIES:  We've been going for over an
10     hour, so before you get to the next --
11         MR. HEGARTY:  Okay.  I'll just finish up
12     this section.
13         MR. FARIES:  Okay.
14 BY MR. HEGARTY:
15     Q.  Why did you not consider the talc-dusted
16 condoms studies to be a major factor?
17     A.  Mostly because I felt like the amount of
18 data that was available was quite limited.
19     Q.  Why wouldn't your analysis of the
20 talc-dusted diaphragm studies showing no overall
21 statistically significant association argue against
22 causation?
23         MR. FARIES:  Objection to form.
24         THE WITNESS:  I agree that that is a
25     somewhat surprising finding.  I think that there

66 (Pages 258 to 261)

Patricia Moorman, Ph.D., M.S.P.H.

Page 262

1  might be reasons for that.  The studies
2  typically looked at women who had that exposure
3  and no other talc exposure.  I believe that's
4  how most of them reported on it.  And so there
5  could be issues related to the frequency of use,
6  like, for example, women who used it only on a
7  diaphragm might have used it quite less
8  frequently than daily.  Another consideration is
9  that when women use diaphragms, even if they
10 stored them in talc, they may have rinsed them
11 off, they should have used a spermicidal jelly
12 which might have interfered with any movement of
13 the particles up the genital track.  So those
14 are potential reasons why those associations
15 weren't seen.
16      MR. HEGARTY:  Okay.  We can take that
17 break.
18      MR. FARIES:  Yeah.
19      (RECESS TAKEN FROM 4:42 P.M. TO 4:58 P.M.)
20 BY MR. HEGARTY:
21      Q.  All right.  Dr. Moorman, we're back on the
22 record.
23          Do you agree that medical science has not
24 yet determined all the risk factors for ovarian
25 cancer?

Page 263

1      A.  I think that that is very possible.
2      Q.  Do you agree that being BRCA1 or BRCA2,
3  that's B-R-C-A-1 or B-R-C-A-2, is a risk factor for
4  ovarian cancer?
5      A.  Yes, I do agree.
6      Q.  In fact, I believe you stated in a paper
7  in the past that being BRCA positive is strongly
8  associated with ovarian cancer.  Would that be a fair
9  statement?
10      MR. FARIES:  Objection to form.
11      THE WITNESS:  Yes, it is considered a
12 strong risk factor for ovarian cancer.
13 BY MR. HEGARTY:
14      Q.  Do you know approximately what the
15 relative risk is for getting -- excuse me -- ovarian
16 cancer of being BRCA1?
17      A.  In those, most studies report a range of
18 the -- the penetrance, so the lifetime risk of ovarian
19 cancer, the exact values are hard to come -- pull up
20 right off the top of my head.  I want to say some have
21 a reported lifetime risk as high as 50 percent.
22      Q.  And in terms of a relative risk or odds
23 ratio, would that be in the range of 30 to 40?
24      A.  It is a -- a very strong relative risk.
25 As I said, I don't typically see it reported as a

Page 264

1  relative risk, it's more a lifetime penetrance.
2      Q.  Well, if you had a background rate of 1.4
3  percent and with a BRCA1 mutation your risk went up to
4  50 percent, wouldn't that be essentially about 30 to
5  40 times in terms of a relative risk or odds ratio?
6      MR. FARIES:  Objection to form.
7      THE WITNESS:  Yes, and again that's kind
8  of the upper end of the estimated penetrance of
9  that gene.
10 BY MR. HEGARTY:
11      Q.  How about the lifetime risk of a woman who
12 has a BRCA2 genetic mutation?
13      A.  Off the top of my head, I can't remember
14 the exact lifetime penetrance, but again, strong.  I
15 believe it is not as strong as with BRCA1.
16      Q.  It's a stronger -- it's a more strongly
17 associated risk factor than talcum powder exposure.
18 Do you agree with that?
19      MR. FARIES:  Objection.
20      THE WITNESS:  I do agree.
21 BY MR. HEGARTY:
22      Q.  Do you consider BRCA1 -- a BRCA1 gene
23 mutation to be a cause of ovarian cancer?
24      A.  Yes, I would consider it a cause.
25      Q.  How about BRCA2 gene mutation, are -- is

Page 265

1  that a gene mutation that causes ovarian cancer?
2      A.  Yes.
3      Q.  There are other gene mutations that have
4  been examined and linked to ovarian cancer risk;
5  correct?
6      A.  That is correct.
7      Q.  Do you consider any other gene mutation
8  linked to ovarian cancer to be a cause of ovarian
9  cancer?
10      A.  Yes, I -- I think they are a cause.  May I
11 also inject in here that they are not the sole cause,
12 that not all women with these mutations will develop
13 ovarian cancer.
14      Q.  Can a BRCA1 gene mutation be the sole
15 cause of ovarian cancer?
16      MR. FARIES:  Objection to form.
17      THE WITNESS:  I think that this, again,
18 relies on our knowledge of the biological
19 process.
20 BY MR. HEGARTY:
21      Q.  What is your answer to my question?
22      A.  My answer to it is that I -- I am not
23 sure, again, because I am not a cancer biologist.
24      Q.  You would have the same answer if I asked
25 the question about a BRCA2 mutation, correct?

67 (Pages 262 to 265)

Patricia Moorman, Ph.D., M.S.P.H.

Page 266

1    A.   Yes, I would.
2    Q.   Or any gene mutation, correct?
3    A.   Yes.
4    Q.   Sitting here today, can you identify any
5  other gene mutation that's been causal -- that you
6  believe is causally related to ovarian cancer besides
7  BRCA1 and BRCA2?
8    A.   Let's see.  I believe that some of the
9  mismatch repair mutations, the MSH.  Again, I am not a
10 geneticist, but those are also associated with
11 increased risk as I understand it.
12   Q.   How about CHECK2, C-H-E-C-K-2 (sic)?
13   A.   I believe so.  I -- again, I'm not as
14 familiar with that literature.
15   Q.   Do you agree that medical science has not
16 identified all gene mutations that may cause ovarian
17 cancer?
18   A.   I think that that statement is likely
19 true.
20   Q.   BRCA1 and BRCA2 mutations were discovered
21 just about 20 years ago, correct?
22   A.   They -- yes, they were identified in the
23 mid '90s.
24   Q.   But they certainly existed before we
25 identified them, correct?

Page 267

1    A.   That is correct.
2    Q.   And is it your belief that there are other
3  gene mutations that can cause ovarian cancer that
4  science has not yet identified?
5        MR. FARIES:  Objection to form.
6        THE WITNESS:  I think that that is very
7  likely.
8  BY MR. HEGARTY:
9    Q.   You've reported on obesity as a risk
10 factor for ovarian cancer, correct?
11   A.   Yes.
12   Q.   Is it your opinion that obesity causes
13 ovarian cancer?
14   A.   I believe that it is a risk factor and
15 that there, again, is a plausible biological mechanism
16 by which it could lead to it.  And again, I think that
17 it -- it would not be unreasonable to say that it is a
18 cause.
19   Q.   Have you come to the opinion that obesity
20 causes ovarian cancer?
21   A.   I have not reviewed the obesity literature
22 in the same depth as I have reviewed the talc
23 literature.  I -- my knowledge of it is that it is a
24 very frequently reported that there is a plausible
25 biological mechanism and so I think that it is -- it's

Page 268

1  a possible cause of ovarian cancer.
2    Q.   Is it your opinion that being obese
3  increases the risk of developing ovarian cancer?
4    A.   Yes, it is my opinion.
5    Q.   You've actually been an author on several
6  papers looking at obesity in ovarian cancer, correct?
7    A.   That is correct.
8    Q.   In some of those papers you reported odds
9  ratios of 3.2.  That's statistically significant,
10 correct?
11   A.   Can you, please, pull out the paper to
12 which you are referring?
13   Q.   And I'm trying to move things along.
14   A.   Okay.
15   Q.   And I'll ask you the name -- I'll give you
16 the name of paper --
17   A.   Okay.
18   Q.   -- and we can pull it out if you need to.
19   A.   Okay.
20   Q.   There's a paper I read by Hoyo, H-O-Y-O,
21 in 2005 that showed an odds ratio of 3.2.  Do you
22 recall that paper?
23   A.   I recall the paper.  It's very difficult
24 to recall all of the specific numbers from a specific
25 paper.

Page 269

1    Q.   Let me ask it a different way.
2        Do you recall in any of the papers in
3  which you've been an author reporting the odds ratio
4  relative risk between obesity and ovarian cancer to be
5  higher than a 1.25 to 1.3 odds ratio that you've
6  talked about here today with regard to talcum powder
7  products in ovarian cancer?
8        MR. FARIES:  Objection to form.
9        THE WITNESS:  Okay.  Again, it's -- I
10 believe that, yes, we have sometimes reported
11 that in some of the papers.  Trying to recall
12 the exact numbers from a specific paper is -- is
13 challenging.
14 BY MR. HEGARTY:
15   Q.   Do you -- is it -- strike that.
16        Is it your opinion that whole milk
17 consumption and lactose intake causes ovarian cancer?
18   A.   I have not formed a strong opinion on
19 that.  It's -- I have not reviewed that literature in
20 the same detail as I have the talc literature.
21   Q.   You mentioned you haven't "formed --
22 formed a strong opinion," have you formed any opinion
23 as to whether whole milk consumption and lactose
24 intake causes ovarian cancer?
25        MR. FARIES:  Objection to form.

68 (Pages 266 to 269)

Patricia Moorman, Ph.D., M.S.P.H.

Page 270

1    THE WITNESS: I know that has been
2  reported in some papers. I, again, have just
3  not looked at the paper -- those -- that topic
4  in sufficient detail to really form an opinion.
5  BY MR. HEGARTY:
6    Q.  That -- that finding of an increased risk
7  is actually reported in papers you have done, correct?
8    A.  I believe that was one of the papers that
9  was reported and, again, we would not make a judgment
10  on any single paper, but more on the body of
11  literature.
12    Q.  Is it your opinion that high glycemic load
13  increases the risk of ovarian cancer?
14    A.  Once again, that's one of the papers that
15  came out of our group and I believe that we did report
16  that.
17    Q.  But do you have the opinion that high
18  glycemic load causes ovarian cancer?
19    A.  Once again, I have not reviewed the entire
20  body of literature related to that factor and I would
21  not make a judgment on without doing review of all of
22  the literature.
23    Q.  Is it your opinion that incessant
24  ovulation, high ovulatory cycles, causes ovarian
25  cancer?

Page 271

1    A.  That is a very consistently reported risk
2  factor, and I think that it -- again, it -- I would
3  feel comfortable saying that that was a potential
4  cause of ovarian cancer.
5    Q.  Is your opinion the same as to incessant
6  ovulation as a cause of ovarian cancer as it is talcum
7  powder products as a cause of ovarian cancer?
8    MR. FARIES: Objection to form.
9    THE WITNESS: I think, yes, yes.
10  BY MR. HEGARTY:
11    Q.  Is cigarette smoking, in your opinion, a
12  cause of ovarian cancer?
13    A.  It is my opinion that the data are more --
14  are fairly inconsistent about that and so, once again,
15  I have not formed that opinion.
16    Q.  You recently did a study with Linda
17  Kelemen that reported in -- statistically significant
18  increased risk of certain levels of smoking in serous
19  ovarian cancer.  Do you recall that?
20    A.  I recall that paper, yes.
21    Q.  That was a -- quite a note worthing
22  finding, wasn't it?
23    A.  It was a finding from the paper, you know.
24  I don't know what you mean specifically by "note
25  worthy."

Page 272

1    Q.  Fair enough.
2    Do you -- do you consider an open question
3  of whether certain levels of smoking can cause serous
4  ovarian cancer?
5    A.  Once again, one would make that conclusion
6  based on the entire body of literature and I think
7  that the body of literature is somewhat inconsistent
8  about smoking as a risk factor for ovarian cancer.
9    Q.  Have you done a sufficient analysis to
10  draw a conclusion as to whether certain levels or
11  extents of smoking can cause ovarian cancer, in
12  particular serous ovarian cancer?
13    A.  I have not done that analysis, no.
14    Q.  Is it your opinion that hormone
15  replacement therapy use causes ovarian cancer?
16    A.  It is my opinion that there is pretty
17  consistent evidence that certain types of hormone
18  replacement therapy are, indeed, associated with --
19  with ovarian cancers.
20    Q.  Is -- is it your opinion that certain
21  types of hormone replacement therapy are at the same
22  level of risk factor and cause as talcum powder
23  products in ovarian cancer?
24    MR. FARIES: Objection to form.
25    THE WITNESS: I believe that most studies

Page 273

1  have reported a relative risk that is pretty
2  comparable to what we are seeing with talc.
3  I believe that, you know, typically the odds
4  ratios are considerably below 2.
5  BY MR. HEGARTY:
6    Q.  Have you formed an opinion as to hormone
7  replacement therapy of any level being causally
8  related to ovarian cancer in the same manner you have
9  done in this case as to talcum powder products in
10  ovarian cancer?
11    MR. FARIES: Objection to form.
12    THE WITNESS: Okay. Once again, I have
13  read that literature. I have not done it
14  probably in the same detail that I have reviewed
15  the literature related to talc exposure.
16  BY MR. HEGARTY:
17    Q.  So would it be a fair statement that you
18  don't have the same level of opinion or confidence in
19  your opinion for hormone replacement therapy as you do
20  for talcum powder?
21    A.  As I said, I have not reviewed that
22  literature in the same level of detail so probably my
23  level of confidence about talc is -- is stronger.
24    Q.  Same questions that I've been asking as to
25  endometriosis. Is it your opinion that endometriosis

69 (Pages 270 to 273)

Patricia Moorman, Ph.D., M.S.P.H.

Page 274

1  is a cause of ovarian cancer?
2      A.   Once again, I'll stipulate that all of
3  these other risk factors, I have not reviewed the
4  literature in quite the same detail that I have talc.
5  However, I think that endometriosis is a pretty fairly
6  consistently reported risk factor for ovarian cancer.
7      Q.   Do you have the opinion that endometriosis
8  can cause ovarian cancer?
9      A.   Yes, I . . .
10     Q.   How about a first-degree family history of
11 ovarian or breast cancer, do you consider that to be a
12 cause of ovarian cancer?
13         MR. FARIES:  Objection to form.
14         THE WITNESS:  Once again, family history
15     is a very consistently reported risk factor and
16     so . . .
17 BY MR. HEGARTY:
18     Q.   Is age considered to be a cause of ovarian
19 cancer?
20     A.   Age is a risk factor for ovarian cancer.
21 When you're looking at a factor like -- like that,
22 does age cause it, I guess in the sense that as you
23 age, you -- you are at increased risk, but I think
24 that we consider age in a different way than we would
25 consider some of these more exogenous exposures.

Page 275

1      Q.   Is it your opinion that having Lynch
2  syndrome cause -- can cause ovarian cancer?
3      A.   Yes.
4      Q.   Can infertility medications, in particular
5  Clomid, in your opinion, cause ovarian cancer?
6      A.   My knowledge of that suggests that the
7  data are somewhat inconsistent in relation to that.
8      Q.   Does -- is it your opinion -- or strike
9  that.
10         What is your opinion as to whether coffee
11 is a risk factor for ovarian cancer, coffee intake?
12     A.   I don't have an opinion on that. I don't
13 recall consistent body of literature related to that.
14     Q.   So far I've talked about, for purposes of
15 risk factors, genetic mutation, obesity, whole milk
16 consumption, high glycemic load, incessant ovulation,
17 cigarette smoking, hormone replacement therapy, family
18 history -- first-degree family of ovarian or breast
19 cancer, endometriosis, and age and Lynch syndrome and
20 Clomid exposure. If you can remember that list, going
21 back -- I'll go back to more of a broad question.
22 Other than what we've talked about, do you consider
23 the evidence as established, in your opinion, any
24 other risk factors that can cause ovarian cancer?
25     A.   As we have discussed previously today,

Page 276

1  asbestos is one.
2      Q.   I should have you indicated that one --
3      A.   Okay.
4      Q.   -- in your list of opinions. And -- and
5  you would include talcum powder exposure --
6      A.   Yes.
7      Q.   -- correct?
8      A.   Yes.
9      Q.   Anything else?
10     A.   You did not touch on pregnancy history, so
11 nulliparity.
12     Q.   Do you consider nulliparity to be a cause
13 of ovarian cancer?
14     A.   It is a uniformly reported risk factor for
15 ovarian cancer so I think that it -- again, I'm trying
16 to understand, you know, the parsing between cause and
17 risk factors.
18     Q.   Well, you believe that talc is not only
19 a -- talcum powder products are not only a risk factor
20 but also a cause, correct?
21     A.   Right.
22     Q.   Which of the -- strike that.
23         Which other risk factors --
24     A.   Okay.
25     Q.   -- is it your opinion are also a cause for

Page 277

1  ovarian cancer?
2          MR. FARIES:  Objection to form.
3          THE WITNESS:  I --
4  BY MR. HEGARTY:
5      Q.   Besides those we've talked about already.
6      A.   Right. Which -- which other ones?
7      Q.   That we have not discussed.
8      A.   That we have not discussed. Given that
9  pretty exhaustive list, I think that we've -- I -- I
10 can't think of anything off the top of my head that
11 you have not mentioned.
12     Q.   Let me just give you a list of other
13 things and then when I'm done you can tell me if any
14 other --
15     A.   Okay.
16     Q.   -- of those qualify as both a risk factor
17 and a cause, and wait until I finish. Diabetes, age
18 at menarche, age at menopause, vitamin D deficiency,
19 acrylamide use, caffeine use, Peutz-Jeghers syndrome,
20 and I believe that's it.
21     A.   Okay. Among that list, I think those
22 factors are less consistently associated with ovarian
23 cancer. And I have to say you -- the acrylamide, and
24 I am completely unfamiliar with that so I can't
25 comment on that. The others, I think, are -- are less

70 (Pages 274 to 277)

Patricia Moorman, Ph.D., M.S.P.H.

Page 278

1 consistently associated with ovarian cancer and so I
2 would not describe them as a cause of ovarian cancer.
3      Q.   Do you agree that medical science has not
4 identified all the causes of ovarian cancer?
5      A.   I think that that is very possible.
6      Q.   Can you identify anyone in the medical
7 community who has accepted talcum powder exposure as a
8 cause of ovarian cancer?
9           MR. FARIES:  Objection to form.
10          THE WITNESS:  Okay.  I think that when you
11     consider the medical community broadly that
12     there are, indeed, people who have come out as
13     stating that.  Dan Cramer, who has studied this
14     for many years, has.  Jack Siemiatycki.  Graham
15     Colditz has.  So those are some examples.
16 BY MR. HEGARTY:
17     Q.   Are you aware that all three of those
18 individuals are experts for Plaintiffs in the talc
19 litigation?
20     A.   I am aware of that.
21     Q.   Can you identify for me anyone in the
22 medical community who is not a retained expert for the
23 Plaintiffs who has accepted talc as a cause of ovarian
24 cancer?
25     A.   I think that there are many people who

Page 279

1 have published on this who have described it as a risk
2 factor for ovarian cancer.  I think that it is -- as a
3 whole, epidemiologists and people tend to be very
4 cautious about using the word "cause," and that I
5 think most people interpret risk factors and causes,
6 when there is a plausible biological mechanism, as
7 pretty synonymous terms.
8      Q.   Well, my -- my question is very specific.
9      A.   Yes.
10     Q.   Can you identify any person in the medical
11 community besides retained experts for Plaintiffs who
12 have accepted talcum powder products as a cause of
13 ovarian cancer?
14     A.   What do you mean --
15          MR. FARIES:  Objection to the form.
16          THE WITNESS:  -- by "accepted."
17 BY MR. HEGARTY:
18     Q.   Who -- who agree that talcum powder
19 products cause ovarian cancer?
20     A.   Again, I -- I think that we rely on the
21 published literature and I think that there have been,
22 you know, numerous authors that have indicated that
23 talc does seem to be a risk factor for ovarian cancer.
24     Q.   My question, though, concerns cause.  Can
25 you cite for me anyone in the medical community

Page 280

1 besides the three doctors you mentioned who believes
2 that talcum powder products cause ovarian cancer?
3      A.   I don't know what people believe.  I --
4 again, I am relying on what they have written in the
5 literature saying that they consider it a risk factor.
6      Q.   Going back just to a little bit of your
7 background.  You are not an oncologist, correct?
8      A.   No, I am not.
9      Q.   You don't have expertise in cell biology,
10 correct?
11     A.   No, I do not.
12     Q.   You don't have expertise in pathology,
13 correct?
14     A.   No, I do not.
15     Q.   You are not a toxicologist, correct?
16     A.   No, I am not.
17     Q.   And over the course of your career, have
18 you ever been reprimanded or disciplined in any way?
19     A.   No.
20     Q.   Does your CV contain a complete list of
21 your publications, presentations, abstracts?
22     A.   It contains a complete list of my
23 publications.  The abstracts, I think those are
24 selected, so, for example, if I was listed as a
25 coauthor on an abstract at some meeting, I wouldn't

Page 281

1 necessarily have included that in my CV.
2      Q.   Over the course of your teaching career,
3 have you ever taught courses that examine the
4 literature looking at talcum powder exposure and
5 ovarian cancer?
6      A.   I have you taught a cancer epidemiology
7 course, and at the time that I taught it, that course
8 was -- included lectures given by many different
9 people.  I was the course coordinator it was taught
10 by.  Many people gave lectures and I did not give the
11 lecture on ovarian cancer when I was teaching that
12 course.
13     Q.   What percentage of your time do you spend
14 teaching students?
15     A.   I spend about one-third of my time
16 teaching physician assistant students and then a
17 somewhat less defined amount of time like working with
18 students in other capacities such as mentoring medical
19 students, serving on committees like dissertation
20 committees so . . .
21     Q.   What do you spend the rest of your
22 two-thirds of time doing?
23     A.   I spend some of that time on research and
24 I also have some administrative responsibilities
25 within my department as clinical research unit

71 (Pages 278 to 281)

Patricia Moorman, Ph.D., M.S.P.H.

Page 282

1  director.
2      Q.   What percentage of that two-thirds rest of
3  your time is spent on research?
4      A.   It's -- all in all, my effort is fairly
5  evenly divided.
6      Q.   Have you ever before served as an expert
7  witness in litigation?
8      A.   No, I have not.
9      Q.   Have you ever before given a deposition?
10     A.   No, I have not.
11     Q.   Have you ever before testified in a court
12  of law?
13     A.   No, I have -- other than traffic court,
14  no.
15     Q.   So the first -- this is the first time
16  you've ever served as an expert witness in any
17  context?
18     A.   That is correct.
19     Q.   You brought with you today the -- a copy
20  of the Schildkraut paper; is that correct?
21     A.   I did.
22     Q.   Did you bring with you here today any
23  other materials?
24     A.   Only the deposition -- what is it?
25     Q.   The deposition notice?

Page 283

1      A.   Notice, that's the word.
2      Q.   I'm marking as Exhibit Number 22 the
3  deposition notice.
4      A.   Yes.
5      (EXHIBIT NUMBER 22 WAS MARKED FOR IDENTIFICATION)
6  BY MR. HEGARTY:
7      Q.   Is that the same notice that you have
8  brought with you here today?
9          (WITNESS REVIEWS DOCUMENT)
10     A.   Yes, appears to be.
11     Q.   With regard to your work on this case,
12  have you prepared any notes yourself where you sat
13  down and -- and summarized studies or even made notes
14  on written -- or on hard copies of studies?
15     A.   In -- for preparation for this case, no.
16     Q.   For preparation of this case, have you
17  created any report, any outline, anything that sets
18  out all or part of your opinions in this case?
19     A.   No, I have not.
20     Q.   And in terms of reviewing articles, did
21  you ever for purpose of this case review articles and
22  write notes or comments on the articles themselves?
23     A.   I do not typically do that. I don't
24  recall doing that.
25     Q.   Do you have back in your office or at home

Page 284

1  a copy of all the literature you reviewed, that is a
2  hard copy of all the literature reviewed, for purposes
3  of this case?
4      A.   I cannot say that I have hard copies.  I
5  have -- probably have copied -- hard copies, some
6  electronic copies, and some things I might have looked
7  at but never retained a copy of.
8      Q.   You've not reviewed any person's medical
9  records for purposes of your analysis in this case; is
10  that correct?
11     A.   No, I have not.
12     Q.   If you look over on page 3 and 4 of
13  Exhibit 22, there are a number of paragraphs marked
14  1 through 11.  Do you see that?
15     A.   Yes.
16     Q.   You brought with you your curriculum
17  vitae, correct?
18     A.   I did.
19     Q.   Do you have any of the other materials
20  that are listed in paragraphs 2 through 11 that are
21  not also referenced on your disclosure document?
22     A.   I do not have any of these other
23  documents.  Okay.
24     Q.   In terms of your preparation to testify
25  here today, did you review any documents to prepare to

Page 285

1  testify here today?
2      A.   So reviewing documents such as papers?
3      Q.   Or anything.  Medical literature,
4  textbooks, anything of that nature?
5      A.   Yes, I -- you know, I -- we've given you
6  the -- the reliance list and so all of this.
7      Q.   Let me ask it in a different way.
8          Specifically for purposes of coming here
9  today, not for developing your overall opinions but to
10  prepare for this deposition, in the last couple days
11  have you reviewed any articles or documents?
12     A.   Yes.
13     Q.   Which ones did you review?
14     A.   Within the last couple of days, I reviewed
15  the Schildkraut paper.  I also reviewed the -- a
16  couple of documents that Mr. Faries gave to me related
17  to some of the testing of powders for asbestos.
18     Q.   Those are documents that you had included
19  on the list of reliance materials under company
20  documents?
21     A.   Yes.
22     Q.   Do you recall which ones those were?
23     A.   These list -- the last three listed here,
24  the William E. Long reports.
25     Q.   Okay.  Any other documents you viewed in

72 (Pages 282 to 285)

Patricia Moorman, Ph.D., M.S.P.H.

| | |
|---|---|
| **Page 286** | **Page 288** |

**Page 286**

1  the last couple days for purposes of coming here today
2  to testify?
3       A.   I looked at some other articles, for
4  example, just refreshing my memory.
5       Q.   Do you remember which ones those were?
6       A.   Let's me see.  One of them that I recall
7  looking at specifically was the Gonzalez study from
8  the Sister Study.  There may have been others that
9  were on this list that I might have looked at.
10      Q.   Sitting here right at this moment, do you
11  recall any other studies having looked at in the last
12  couple days besides those you've already told us
13  about?
14      A.   In the last couple of days, I -- I don't
15  recall.
16      Q.   You mentioned -- I'm sorry.
17      A.   Go ahead.
18      Q.   Were you finished?
19           Well, you mentioned that you thought you
20  had spent 50 hours in preparation -- in developing
21  your opinions in this case.  Is that a fair estimate?
22      A.   Yes.
23      Q.   Are you able to estimate how much of that
24  time was spent reviewing medical literature?
25      A.   I would say that probably 30 to 40 hours

**Page 287**

1  of that.
2       Q.   Other than counsel for Plaintiffs in this
3  case, did you speak with anyone in preparation for
4  your deposition in this case about your deposition?
5       A.   Other than counsel for Plaintiffs?
6       Q.   Yes.
7       A.   No, I did not.
8       Q.   Have you ever spoken to any person besides
9  counsel for Plaintiffs regarding your work here as an
10  expert witness?
11      A.   No, I have not.
12      Q.   If you would look at your -- the
13  disclosure of expert exhibit?
14           MR. FARIES:  Oh, I don't -- hang on, let
15  me dig it out.
16           MR. HEGARTY:  Exhibit 1.
17           MR. FARIES:  Here it is.  Oops.
18  BY MR. HEGARTY:
19      Q.   Would you look at that exhibit, Exhibit 1,
20  and tell me whether you have spoken with any of the
21  other doctors listed on the pages of expert
22  disclosures in that document regarding your testimony
23  or work on this case?
24      A.   No, I have not spoken to any of these
25  people.

**Page 288**

1       Q.   In terms of your communications with
2  counsel for Plaintiffs, without identifying any of the
3  nature of the communications, can you tell me how many
4  times that you have spoken with counsel for Plaintiffs
5  for purposes of developing your opinions or getting
6  prepared to testify here today, just simply the number
7  of times?
8       A.   How many -- how many times?  I would say
9  probably about half a dozen times.
10      Q.   Are you able to estimate in those half a
11  dozen times how much time you spent in those
12  communications?
13      A.   Probably 12 hours or so.
14      Q.   And in those communications, again without
15  identifying any of the substance of those
16  communications or anything that you were shown or
17  looked at with counsel, can you identify who those
18  meetings were with, what attorneys?  I assume one was
19  Mr. Faries; is that correct?
20      A.   That is correct.
21      Q.   And also Mr. Gibson and Ms. Parfitt are
22  here today.  Did those meetings include those two
23  attorneys?
24      A.   Some of them did.
25      Q.   Any other attorneys -- were any other

**Page 289**

1  attorneys involved in the work you've done on the
2  Ingham case besides those I've just identified?
3       A.   Yes, Dr. Bob Leone.
4       Q.   Okay.  Anybody else?
5       A.   And another attorney, the first name is
6  Jane and the last name is escaping me.
7       Q.   Okay.  Anybody else?
8       A.   Oh.  And in one of the meetings
9  Mr. Faries' associate, Lee Cirsch was there.
10      Q.   Okay.  Is that the list of attorneys you
11  can recall?
12      A.   Yes.
13           MR. HEGARTY:  I would like the opportunity
14  to review my notes while Mr. Klatt is asking
15  questions, if that would be okay.
16           MR. FARIES:  Of course.
17           MR. HEGARTY:  As opposed to taking time
18  off now.
19           MR. FARIES:  Yeah.
20           MR. HEGARTY:  And then when he's finished,
21  finish up whatever else I can find that I
22  haven't covered in my notes.  Is that okay?
23           MR. FARIES:  It's okay.
24           MR. HEGARTY:  Okay.  Thank you.
25           MR. KLATT:  Are you all ready to go

73 (Pages 286 to 289)

Patricia Moorman, Ph.D., M.S.P.H.

Page 290

1    forward?
2         MR. HEGARTY:  Yeah, let's do it.
3         MR. KLATT:  Okay.
4              EXAMINATION
5    BY MR. KLATT:
6         Q.   Good afternoon, Dr. Moorman.  I'm Mike
7    Klatt and I represent the company Imerys Talc America
8    in this case.  Have you ever heard of Imerys Talc
9    America before this lawsuit?
10        A.   Before this lawsuit, no.
11        Q.   Do you -- do you understand what Imerys
12   Talc America's role is here?
13        A.   I -- my understanding is that they provide
14   material to Johnson & Johnson.
15        Q.   And when you say "material," what
16   material?
17        A.   For talc products.
18        Q.   Is it your understanding that Imerys Talc
19   Americas supplies the raw talc to Johnson & Johnson
20   for their talc-based body powder products?
21        A.   This is my understanding.
22        Q.   Without getting into what you talked about
23   with any attorneys, can you tell us to the best of
24   your recollection the first date you were contacted by
25   an attorney regarding the talc/ovarian cancer issue?

Page 291

1         A.   It was related to this case?
2         Q.   By any attorney contacting you about talc
3    and ovarian cancer issue?
4         A.   It was approximately summer of 2016.
5         Q.   And again without disclosing that
6    attorney's identity unless they've already been
7    discussed today, was that attorney who contacted you
8    in the summer of 2016 one of the attorneys you've
9    already mentioned here today?
10        A.   Yes.
11        Q.   And who was that?
12        A.   It was Jeff Gibson.
13        Q.   And I'm sorry, I'm skipping around.
14        A.   Okay.
15        Q.   I'm not going to go back through every
16   single thing --
17        A.   Okay.
18        Q.   -- so if you'll be patient with me, I'm
19   going to jump around.
20        A.   Okay.
21        Q.   Do you intend to express any opinions in
22   this case on the subject of any trace metals that may
23   or may not be in talc-based body powder products?
24        MR. FARIES:  Objection to form.
25        THE WITNESS:  Okay.  My opinion is based

Page 292

1    on talcum powder product and whatever they may
2    contain.
3    BY MR. KLATT:
4         Q.   But do you have any specific -- you've
5    talked about talcum powder today and you talked about
6    asbestos.  Do you have any opinions on any other
7    components or constituents of talc other than those
8    two that may be in talc-based body powder products?
9         A.   Again, I'm talking about the overall
10   product.  I am aware that there may be other
11   constituents in there and my opinion, again, is based
12   on the overall talcum powder product.
13        Q.   Do you -- you've expressed specific
14   opinions about asbestos --
15        A.   Asbestos.
16        MR. FARIES:  Hang on.
17        THE WITNESS:  Okay.
18        MR. FARIES:  Just slow down.
19        THE WITNESS:  Okay.
20        MR. FARIES:  Let him get his whole
21   question out.
22        THE WITNESS:  Okay.
23   BY MR. KLATT:
24        Q.   You've expressed opinions today about
25   trace asbestos that may or may not be in talc, but

Page 293

1    you've given opinions about that.  Do you have any
2    opinions like that about any other components of
3    talc-based body powder products?
4         A.   I have not formulated opinions about other
5    constituents.
6         Q.   Have you formed any opinion that
7    talc-based body powder products cause breast cancer?
8         A.   I have not formed an opinion about that,
9    no.
10        Q.   Have you formed any opinion that
11   talc-based body powder products cause kidney cancer?
12        A.   I have not formed an opinion about that.
13        Q.   What about bladder cancer?
14        A.   No, I have not formed an opinion.
15        Q.   Have you formed any opinion that
16   talc-based body powder products can cause vulvar
17   cancer in women?
18        A.   I have not formed an opinion about that.
19        Q.   And are you aware of the type of cancer
20   called vulvar cancer?
21        A.   Yes.
22        Q.   And that's the cancer that can form in the
23   external genital area of women; is that correct?
24        A.   That is correct.
25        Q.   Do you have an opinion about talc-based

Patricia Moorman, Ph.D., M.S.P.H.

Page 294

1    body powder products causing vaginal cancer?
2         A.   I have not -- I do not have an opinion
3    about that.
4         Q.   Do you have an opinion about talc-based
5    body powder products causing cervical cancer?
6         A.   I do not have an opinion about that.
7         Q.   Do you have an opinion about talc-based
8    body powder products causing uterine cancer?
9         A.   I do not have an opinion about that.
10        Q.   And uterine cancer is also called
11   endometrial cancer; is that correct?
12        A.   That is correct.
13        Q.   Do you have any opinion about talc-based
14   body powder products causing fallopian tube cancer?
15        MR. FARIES:  Objection to form.
16        THE WITNESS:  My opinion about that is
17   kind of wrapped up in my opinion about ovarian
18   cancer because it is becoming very -- it's been
19   reported that some ovarian cancers originate in
20   the fallopian tubes and so it is often very
21   difficult to make a distinction about ovarian
22   versus fallopian tube, and they are often
23   considered all together.
24   BY MR. KLATT:
25        Q.   Are you aware of any studies that have

Page 295

1    looked specifically at fallopian tube cancer and
2    whether or not it's related to use of talc-based body
3    powders in the genital area?
4         A.   I am not aware of any study that looked at
5    fallopian tube cancer all on its own.
6         Q.   With respect to use of talc-based --
7         A.   Exactly.
8         Q.   -- body powder products?
9         A.   That's correct.
10        Q.   What about rectal or colorectal cancer?
11   Are you aware of any studies -- or do you have an
12   opinion whether use of talc-based body powder products
13   in the genital area or elsewhere can cause rectal
14   cancer or colorectal cancer?
15        A.   I have not formed an opinion about that
16   for the same reason that I haven't formed an opinion
17   about the other cancers that you've listed.  I have
18   not reviewed the literature in detail about it, and my
19   impression is that the literature on other cancer
20   sites is very limited.
21        Q.   Are you aware of any data at all on the
22   use of talc-based body powder products and these other
23   cancers other than ovarian cancer?
24        MR. FARIES:  Objection to form.
25        THE WITNESS:  Am I aware of any data?  I

Page 296

1    am aware of some publications specifically
2    related to endometrial cancer and talc.
3    BY MR. KLATT:
4         Q.   And -- and none of those publications show
5    an overall increased risk of endometrial or uterine
6    cancer in women who used talc-based body powder
7    products, correct?
8         A.   Once again, I have looked at them and the
9    over -- my impression overall is that they are not
10   showing increased risk.  However, again, recalling
11   whether or -- you know, the overall body of
12   literature, which is limited, I don't see increased
13   risk, but I can't recall if there were any
14   statistically significantly increased risks reported.
15        Q.   Okay.  Setting aside ovarian cancer and
16   setting aside endometrial or uterine cancer, for any
17   of these other types of cancers I've mentioned since
18   I've been asking you questions the last few minutes,
19   are you aware of any data at all showing an increased
20   risk of any of those types of cancer associated with
21   talc-based body powder product use in women?
22        MR. FARIES:  Objection to form.
23        THE WITNESS:  I am not aware of literature
24   showing increased risk for those cancers,
25   but . . .

Page 297

1    BY MR. KLATT:
2         Q.   And you agree with me, Dr. Moorman, that
3    when a woman applies talc in the genital or perineal
4    area that talc -- her rectal area could be exposed to
5    talc, correct?
6         A.   Yes, that is possible.
7         Q.   Because it's in the same proximity as the
8    reproductive tract --
9         A.   That is --
10        Q.   -- is that right?
11        A.   -- that is correct.
12        Q.   But you've seen no data at all that use of
13   talc in the genital area increases the risk of rectal
14   cancer; is that right?
15        MR. FARIES:  Objection to form.
16        THE WITNESS:  No, I do not recall any
17   papers reporting that.
18   BY MR. KLATT:
19        Q.   Now, let's talk for a second about your
20   opinions about asbestos being related to ovarian
21   cancer, okay?
22        A.   Uh-huh.
23        Q.   Those studies are all either, I think you
24   said, occupational studies of women who worked in
25   industries that had high asbestos exposure or

Patricia Moorman, Ph.D., M.S.P.H.

Page 298

1 environmental studies where women lived in the homes
2 where they had workers who worked in the asbestos
3 industry and brought it home; is that correct?
4    A.   That is correct.
5    Q.   And most of these studies are based on an
6 identification of ovarian cancer based on death
7 certificates, correct?
8         MR. FARIES:  Objection to form.
9         THE WITNESS:  Yes, many of them are
10    reporting on standardized mortality ratios.
11 BY MR. KLATT:
12    Q.   And you'd agree that death certificates in
13 the epidemiologic community are a notoriously
14 unreliable way to determine actual diagnoses, correct?
15        MR. FARIES:  Objection to forms.
16        THE WITNESS:  It is recognized that there
17    are some inaccuracies in death certificates.  I
18    would not necessarily go so strong as to say
19    "notoriously unreliable."
20 BY MR. KLATT:
21    Q.   How about just unreliable?
22        MR. FARIES:  Objection to form.
23        THE WITNESS:  I would, once again, say
24    there are some inaccuracies.  I would not go so
25    far as to say "unreliable."

Page 299

1 BY MR. KLATT:
2    Q.   Well, you'd agree with me that when
3 someone signs a death certificate, whoever signs that
4 death certificate and states the cause of death, may
5 not even be the physician who was treating the person,
6 correct?
7    A.   In truth, I have not been -- I'm not a
8 medical doctor so I have never been around when
9 someone has signed a death certificate.  I have heard
10 that sometimes that happens, but I have not witnessed
11 it.
12    Q.   As an epidemiologist, have you heard,
13 though, that death certificates can be an unreliable
14 source of accurate diagnosis?
15    A.   Again, I would characterize it as they
16 can -- there can be inaccuracies in them.
17    Q.   Are you aware that in terms of the
18 pathological tests that could be applied to
19 distinguish whether a cancer is ovarian cancer versus
20 a mesothelioma, are you aware those tests weren't even
21 developed until the late 1990s?
22        MR. FARIES:  Objection to form.
23        THE WITNESS:  Once again, I am not a
24    pathologist and I do not have the familiarity
25    with the tests that you are referring to.

Page 300

1 BY MR. KLATT:
2    Q.   But in reviewing the literature on an
3 association between asbestos exposure and ovarian
4 cancer, you've undoubtedly seen that until the late
5 1990s pathologists didn't even have the ability to
6 distinguish between ovarian cancer and mesothelioma,
7 correct?
8         MR. FARIES:  Objection to form.
9         THE WITNESS:  I -- I can't recall reading
10    that and, again, I'm not pathologist.  I do not
11    have firsthand knowledge.
12 BY MR. KLATT:
13    Q.   Have you ever consulted with any sort of
14 company, pharmaceutical company, medical company,
15 consumer products company?
16    A.   No, I have not.
17    Q.   Do you think there's anything inherently
18 wrong with an epidemiologist or a scientist being
19 consulted on the outside by a company if they want to
20 get an outside opinion on a medical or scientific
21 issue?
22    A.   I do not think that there is anything
23 "inherently wrong" with that.
24    Q.   In fact, if you felt like companies needed
25 to access outside expertise of people like

Page 301

1 epidemiologists or other types of scientists, it would
2 be perfectly acceptable to go out and contact them and
3 consult with them, correct?
4    A.   Yes, I think that within the academic
5 community many people consult for -- for companies.
6    Q.   And --
7    A.   I think it is appropriate.
8    Q.   -- and as far as you know, those people do
9 the best they can in trying to give an objective
10 assessment of whatever issue they're asked to
11 evaluate, correct?
12        MR. FARIES:  Objection to form.
13        THE WITNESS:  Again, you're making a
14    very -- asking me to make an assessment about
15    thousands of people, and I don't know.  I can't
16    speak for all of them.  I think that there are
17    many people who are doing their best to do it.
18    Some maybe not.
19 BY MR. KLATT:
20    Q.   Let's -- let's be more specific because
21 you have a fair point.  Let's talk about your
22 colleagues at Duke.  You have colleagues at Duke that
23 are asked to consult for industry on occasion,
24 correct?
25    A.   Yes, I do.

76 (Pages 298 to 301)

Patricia Moorman, Ph.D., M.S.P.H.

Page 302

1    Q.   And as far as you know, your colleagues at
2  Duke that are asked to consult for industry do their
3  best to give honest objective scientific and medical
4  opinions to the people they're consulting with,
5  correct?
6        MR. FARIES:  Objection to form.
7        THE WITNESS:  Again, you know, I think
8     that as a generalization, I would say that is
9     true, but again, we're still talking about many,
10    many people who might consult for industry.
11 BY MR. KLATT:
12   Q.   Do you think -- do you have somebody
13 specific in mind at Duke who isn't giving their best
14 objective medical or scientific opinion when they're
15 consulting with industry on the outside?
16   A.   I am not aware of anyone, but again, you
17 asked about a very large group of people.
18   Q.   You said in response to Mr. Hegarty's
19 questions earlier that something has to cause ovarian
20 cancer, correct?  Didn't you -- I mean, you said at
21 some level something has to be causing ovarian cancer
22 even if we don't know the specific risk factors in a
23 patient, correct?
24        MR. FARIES:  Objection to form.
25        THE WITNESS:  Okay.  So, yes, something

Page 303

1     causes the transformation from normal cells to
2     cancer cells.
3  BY MR. KLATT:
4    Q.   And cancer, generally, and ovarian cancer,
5  specifically, is the result of mutations to the DNA in
6  cells that makes them behave abnormally, correct?
7    A.   All cancers are thought to be a result of
8  DNA damage of some kind.
9    Q.   And the DNA damage that starts a cancer in
10 a given person can be from a specific cause, correct?
11        MR. FARIES:  Objection to form.
12 BY MR. KLATT:
13   Q.   For example, in lung cancer, smoking can
14 be the cause of the original mutations that start the
15 cancer, correct?
16        MR. FARIES:  Objection to form.
17        THE WITNESS:  Yes, it's . . .
18 BY MR. KLATT:
19   Q.   So there can be a single cause of a
20 cancer, correct, you don't always have to have
21 multiple causes?
22        MR. FARIES:  Objection to form.
23        THE WITNESS:  I -- again, going back to my
24    viewpoint that I am not a cancer biologist, it
25    is thought that in most cases there are multiple

Page 304

1     events that -- along the pathway from a normal
2     cell to a transformed cancer cell and I don't
3     think that we have the knowledge to say that --
4     in most situations I don't think we have the
5     knowledge to say that a single factor is the
6     single cause of that cancer.
7  BY MR. KLATT:
8    Q.   But you would agree with me things like
9  smoking and radiation exposure are known causes of
10 cancer, correct?
11   A.   I would agree with --
12   Q.   And --
13   A.   Yes.
14   Q.   -- and the carcinogens in cigarettes or
15 the DNA-damaging properties of radiation are
16 sufficient in and of themselves to cause cancer,
17 correct?
18        MR. FARIES:  Objection to form.
19        THE WITNESS:  I would not agree with that
20    statement because if -- the way that I would
21    interpret that is that the DNA damage is
22    sufficient to cause the cancer, then it seems
23    you would be making the leap that everyone who
24    was exposed to that should develop cancer and we
25    know that that is not the case.

Page 305

1  BY MR. KLATT:
2    Q.   Well, there's nothing, there's nothing out
3  there in the world that causes cancer in every person
4  exposed to it, correct?
5    A.   None that I know of.
6    Q.   But, for example, smoking doesn't cause
7  cancer in every single person that smokes, right?
8    A.   That is correct.
9    Q.   But you believe smoking causes cancer,
10 correct?
11   A.   I believe that it can cause cancer.
12   Q.   And radiation doesn't cause cancer in
13 everybody that gets an x-ray or gets a sunburn, but
14 you would agree with me that radiation is a cause of
15 cancer, correct?
16   A.   I would agree that radiation can cause
17 cancer.
18   Q.   What's the typical age range for diagnosis
19 of ovarian cancer?
20        MR. FARIES:  Objection to form.
21        THE WITNESS:  The median age of diagnosis
22    is approximately 60 years old.
23 BY MR. KLATT:
24   Q.   And "median" means half the cases of
25 ovarian cancer are diagnosed in women older than 60

77 (Pages 302 to 305)

Patricia Moorman, Ph.D., M.S.P.H.

Page 306

1    and half the cases of ovarian cancer are diagnosed in
2    women younger than 60; is that right?
3       A.   Yes, that's the definition of median age.
4       Q.   Would you --
5          MR. FARIES:  I want you to slow down.
6          THE WITNESS:  Okay.
7          MR. FARIES:  After his finishes his
8    question, let there be a pause so I have a
9    chance to think and object --
10         THE WITNESS:  Okay.
11         MR. FARIES:  -- and then you can answer.
12   Okay?
13         THE WITNESS:  Okay.
14         MR. FARIES:  I know you want to get
15   wrapped up, but let's just keep it --
16         THE WITNESS:  Okay.
17         MR. FARIES:  -- going.
18   BY MR. KLATT:
19      Q.   Do you agree, Dr. Moorman, that if a woman
20   is diagnosed with ovarian cancer in her 30s and 40s,
21   that's suggestive of an inherited genetic mutation
22   like BRCA or some family predisposition to cancer?
23         MR. FARIES:  Objection to form.
24         THE WITNESS:  I would agree that women who
25   are diagnosed at a younger age may be more

Page 307

1    likely to have these genetic mutation, but I
2    would not say that all women diagnosed at a
3    younger age that it is suggestive that they have
4    a genetic mutation.
5    BY MR. KLATT:
6       Q.   And -- and these genetic mutations that
7    we're talking about like BRCA1 and BRCA2 are inherited
8    either through the mother's family line or the
9    father's family line, correct?
10      A.   That is correct.
11      Q.   And we're increasingly realizing that
12   women can have these inherited mutations without
13   having a family history of cancer, correct?
14         MR. FARIES:  Objection to form.
15         THE WITNESS:  Yes, some women may have
16   those mutations without a reported family
17   history.
18   BY MR. KLATT:
19      Q.   And so that's why increasingly women with
20   ovarian cancer with or without a family history are
21   being encouraged to have these tests for inherited
22   genetic mutations, correct?
23         MR. FARIES:  Objection to form.
24         THE WITNESS:  That is my understanding.
25   Again, I am not a genetic counselor, a medical

Page 308

1    doctor, but that is my understanding.
2    BY MR. KLATT:
3       Q.   Have you ever given a woman an opinion
4    that if she has a BRCA1 or BRCA2 mutation but has not
5    yet been diagnosed with ovarian cancer that she should
6    consider having her ovaries and fallopian tubes
7    removed?
8       A.   No, I have not.
9       Q.   So you don't ever counsel women, even
10   informally friends or family, about that; is that
11   correct?
12         MR. FARIES:  Objection to form.
13         THE WITNESS:  No, that is a discussion
14   with a medical professional, not -- a medical
15   doctor.
16   BY MR. KLATT:
17      Q.   Have you seen any data that use of
18   talc-based body powders by women who have BRCA1 or
19   BRCA2 mutations increases their risk above and beyond
20   what it is already from having the BRCA1 or BRCA2
21   mutations?
22      A.   I have not -- I am not familiar with any
23   data that has reported on that specifically.
24      Q.   So you can't say use of talc body powder
25   by a woman with a BRCA mutation poses a special risk

Page 309

1    to her, correct?
2          MR. FARIES:  Objection to form.
3          THE WITNESS:  I cannot say that because I
4    do not think that there is adequate data that's
5    reported.
6    BY MR. KLATT:
7       Q.   If a woman has never had a baby, she's at
8    increased risk for ovarian cancer compared to women
9    who have had one or more children, correct?
10      A.   We talk about it on a population level.
11   We do not -- would not refer to it on an individual
12   woman, an individual level, but on a population level,
13   women who have not had children are at higher risk for
14   ovarian cancer than women who have not.
15      Q.   Does --
16      A.   I think I misspoke that at the end.  Women
17   who have not had children or had a baby are at higher
18   risk than women who have had children.
19      Q.   What's the magnitude of that increased
20   risk?
21      A.   It is reported in many different studies
22   and it somewhat depends on the study population.  I
23   cannot pull a relative risk specifically out of my
24   head, but in a general sense, typically a nulliparous
25   woman might -- I'm sorry, we typically talk about

78 (Pages 306 to 309)

Patricia Moorman, Ph.D., M.S.P.H.

Page 310

1  women who have had a baby, so parous women as compared
2  to nulliparous women, relative risk in the range of .5
3  to .7 are pretty commonly reported.
4     Q.  So that would mean that a woman who -- or
5  women that have not had children would be at a 1.5 or
6  1.7 increased risk of ovarian cancer compared to women
7  who have had children?
8     A.  That -- that's in the range of what I
9  think most studies have reported.
10    Q.  Does not having children cause ovarian
11  cancer?
12       MR. FARIES:  Objection to form.
13       THE WITNESS:  Not having children is a
14       risk factor for ovarian cancer and then there
15       may be biologically plausible reasons why that
16       would be the case.
17  BY MR. KLATT:
18    Q.  Well, not having children is a consistent
19  risk factor for ovarian cancer in the population of
20  women, correct?
21    A.  That has been a consistently reported risk
22  factor, yes.
23    Q.  And a risk factor in the range of 1.5 to
24  1.7 is higher than what you think the overall risk
25  factor for talc use in ovarian cancer is, correct?

Page 311

1        MR. FARIES:  Objection to form.
2        THE WITNESS:  Yes.
3   BY MR. KLATT:
4     Q.  And so you'd consider not having a
5   child -- or women not having children a cause of
6   ovarian cancer, correct?
7        MR. FARIES:  Objection to form.
8        THE WITNESS:  I think that not having
9        children, it can -- because of various reasons,
10       for example, we have talked about ovulation
11       women -- that is one possible mechanism, so
12       women who have not had children on average would
13       have more ovulations than women who have had
14       multiple pregnancies.  And so through this
15       mechanism of the, you know -- again, ovulation
16       is one of the risk factors that plays into the
17       inflammation hypothesis.  So through that
18       pathway, one possible pathway, we could say not
19       having children would -- could cause ovarian
20       cancer.
21  BY MR. KLATT:
22    Q.  So at this point, inflammation being a
23  cause of ovarian cancer is just a hypothesis, correct?
24       MR. FARIES:  Objection to form.
25       THE WITNESS:  I -- it has been described

Page 312

1   as a reasonable biological mechanism, and I
2   think that it is -- it is a hypothesis supported
3   with a great deal of data.
4   BY MR. KLATT:
5     Q.  And you said earlier in response to
6   Mr. Hegarty's questions that the reason monthly
7   ovulation can increase the risk of ovarian cancer is
8   because monthly ovulation results in a consistent
9   inflammatory process in which these reactive oxygen
10  species are released which can damage the DNA which
11  then, in turn, results in ovarian cancer, correct?
12       MR. FARIES:  Objection to form.
13       THE WITNESS:  That is a mechanism that has
14       been described, yes.
15  BY MR. KLATT:
16    Q.  But you -- just a minute ago you did call
17  it the "inflammation hypothesis" of ovarian cancer,
18  correct?
19    A.  I -- don't recall.  I think I might have.
20    Q.  Is --
21       MR. FARIES:  Before we keep going to
22       something new, we've been going over an hour.
23       MR. KLATT:  Sure.
24       MR. FARIES:  I know you haven't, but let's
25       take a short break.

Page 313

1        MR. KLATT:  Absolutely.  And I'm going
2   to -- that will give me some time to --
3        MR. FARIES:  Okay, good.
4        MR. KLATT:  -- go through.
5        (RECESS TAKEN FROM 6:09 P.M. TO 6:20 P.M.)
6   BY MR. KLATT:
7     Q.  Would you agree, Dr. Moorman, that women
8   who have had more lifetime ovulatory cycles may have
9   used more talc-based body powder in conjunction with
10  those ovulatory cycles over their lifetime?
11       MR. FARIES:  Objection to form.
12       THE WITNESS:  I have not looked at that
13       particular question.
14  BY MR. KLATT:
15    Q.  And you're aware that several factors can
16  cluster together sometimes like that, correct, where
17  you have kind of similar factors clustering together
18  that are hard to parse out?
19       MR. FARIES:  Objection to form.
20       THE WITNESS:  Sometimes there are risk
21       factors that are more common together.
22  BY MR. KLATT:
23    Q.  So you never looked to see whether women
24  who have more lifetime ovulatory cycles also have used
25  more lifetime talcum powder in the genital area than

79 (Pages 310 to 313)

Patricia Moorman, Ph.D., M.S.P.H.

Page 314

1  women who have had fewer lifetime ovulatory cycles?
2      A.   I don't recall looking at that specific
3  piece of data.
4      Q.   And that could be a confounding factor,
5  correct?
6          MR. FARIES:  Objection to form.
7          THE WITNESS:  Yes.  If they are related
8      and they are both risk factors with a condition,
9      that could be a potential confounder.
10 BY MR. KLATT:
11     Q.   You know -- you talked earlier about the
12 Gonzalez Sister Study, correct?
13     A.   Yes, I did mention that study.
14     Q.   And that was a big prospective study,
15 correct?
16         MR. FARIES:  Objection to form.
17         THE WITNESS:  It was a prospective study
18     with about 40,000 women and about 150 ovarian
19     cancer cases.
20 BY MR. KLATT:
21     Q.   And those women were at higher risk than
22 average for ovarian cancer because the condition of
23 participating in the study was that you had a sister
24 who had had breast cancer, correct?
25     A.   That is correct.

Page 315

1      Q.   And if you're a woman who's had a sister
2  who's had breast cancer, you're at above average risk
3  for ovarian cancer compared to women who haven't had a
4  sister with breast cancer, right?
5      A.   Once again, on a population level, women
6  with a family history of breast cancer are at higher
7  risk for ovarian cancer as well.
8      Q.   And that would include women who've had a
9  sister with breast cancer, correct?
10     A.   A sister with breast cancer is part of the
11 family history, yes.
12     Q.   And so in the Gonzalez Sister Study, those
13 women were at -- the whole population of study were at
14 higher-than-average risk for ovarian cancer, correct?
15     A.   One would make that assumption based on
16 their family history, yes.
17     Q.   And the Gonzalez Sister Study found a
18 strong association between vaginal douching practices
19 and ovarian cancer, correct?
20         MR. FARIES:  Objection to form.
21         THE WITNESS:  They did report a
22     significantly increased risk as I recall.
23 BY MR. KLATT:
24     Q.   Even though they didn't report any
25 increased risk of ovarian cancer in women who used

Page 316

1  talc in the genital area, correct?
2          MR. FARIES:  Objection to form.
3          THE WITNESS:  They reported a relative
4      risk, I believe, of about .76 for talc use based
5      on a fairly small number of exposed cases for
6      both of those exposures.
7  BY MR. KLATT:
8      Q.   But they did detect a fairly large
9  increased risk of ovarian cancer in women who've used
10 the vaginal douching products, correct?
11     A.   They did.  As I answered, it was a
12 significantly increased risk.
13     Q.   Doesn't that suggest on a population level
14 that women who engage in various feminine hygiene
15 practices in the genital area, whether it's use of
16 talc or whether it's use of vaginal douching products
17 or whatever, there's something about that population
18 that puts them at higher risk for ovarian cancer than
19 women who don't engage in those practices?
20         MR. FARIES:  Objection to form.
21         THE WITNESS:  This was a single study that
22     reported on this.  I would not make a conclusion
23     on a single study like that.  And as I
24     indicated, they had a very -- a month --
25     particularly among the ovarian cancer cases,

Page 317

1      they had a quite small number of women who
2      reported use of either talc or reported
3      douching.
4  BY MR. KLATT:
5      Q.   You'd agree -- would you agree with me
6  that if a woman has a tendency to perspire, she may be
7  more likely to use talc-based body powders
8  particularly in the genital area?
9          MR. FARIES:  Objection to form.
10         THE WITNESS:  I have not seen any data to
11     support that one way or the other.
12 BY MR. KLATT:
13     Q.   Well, let me ask you a hypothetical.  If
14 there's some genetic or hormonal factor that makes
15 women more likely to perspire and that hormonal or
16 genetic factor is associated with an increased risk of
17 ovarian cancer, then you could confound the
18 relationship with talc use, correct?
19         MR. FARIES:  Objection to form.
20 BY MR. KLATT:
21     Q.   Do you understand what I'm saying?
22         MR. FARIES:  Same objection.
23         THE WITNESS:  You are describing a very
24     hypothetical situation, and hypothetically it is
25     possible, but, again, I don't think there is any

80 (Pages 314 to 317)

Patricia Moorman, Ph.D., M.S.P.H.

Page 318

1     data -- there's no data that I'm aware of that
2     would suggest what you hypothesized is the case.
3   BY MR. KLATT:
4     Q.   Do you have any information on how the
5   population of women who use talc-based body powders in
6   the genital area differ as a population from women who
7   choose not to do that?
8         MR. FARIES:   Objection to form.
9         THE WITNESS:   Some -- I believe that some
10    papers have reported on characteristics of the
11    women who reported talc use and those that did
12    not.
13  BY MR. KLATT:
14    Q.   And can you tell us any differences
15  between those two populations, the women who as a
16  population choose to use talc in the genital area and
17  the women who as a population choose not to use talc?
18    A.   I have seen, I believe, in some papers
19  that women with higher BMIs might be more likely to
20  report talc.
21    Q.   And you think high BMI is a cause of
22  ovarian cancer, don't you?
23        MR. FARIES:   Objection to form.
24        THE WITNESS:   It has certainly been
25    associated with ovarian cancer in multiple

Page 319

1     studies, yes.
2   BY MR. KLATT:
3     Q.   But you believe more than that, you
4   believe obesity, high BMI is a cause of ovarian
5   cancer, correct?
6         MR. FARIES:   Objection.  Slow down.
7     Objection to form.
8         THE WITNESS:   Okay.  I want to maybe
9     clarify my responses in this regard.  None of
10    the risk factors that we have discussed, I have
11    not reviewed the literature in the same detail
12    as I have the talc powder and gone through the
13    same process of considering all the Bradford
14    Hill criteria, and so I -- my opinion is
15    strongest about talc.  The other factors that I
16    considered, I do want to make the notation that
17    I have not done the review of all of those risk
18    factors in the detail that I have with the talc.
19  BY MR. KLATT:
20    Q.   Do you believe obesity is or is not a
21  cause of ovarian cancer as you -- based on the
22  information you have as we sit here today?
23    A.   Again, I have not done the review in the
24  same level of detail, but it is a consistently
25  reported risk factor with a biologically plausible

Page 320

1   mechanism, so it is -- I think my opinion is that it
2   could be a cause of ovarian cancer.
3     Q.   You've published that there's a strong
4   association between weight gain past age 18 and
5   ovarian cancer, right?
6     A.   Yes, we have published on that.
7     Q.   And you've talked about something called
8   adipokines that are substances that fat in the body
9   produces that can increase inflammation and cause
10  ovarian cancer, right?
11    A.   I think that you are referring to a paper
12  done by the's AACES -- based on the AACES study that
13  was either by Elisa Bandera or Bo Qin.
14    Q.   Sounds familiar, yes.
15    A.   Okay.  And --
16    Q.   That you were a coauthor on?
17    A.   Yes, I was a coauthor.  And, again, on
18  those papers, off the top of my head, I can't recall
19  every sentence that was -- were in those papers.
20    Q.   Are you familiar with the concept that
21  these adipokines are produced by fat tissue and can
22  cause chronic inflammation that may result in ovarian
23  cancer?
24    A.   I am familiar with that concept in whole.
25    Q.   And obesity leads to a state of chronic

Page 321

1   inflammation, correct?
2         MR. FARIES:   Objection to form.
3         THE WITNESS:   Yes.
4   BY MR. KLATT:
5     Q.   And it -- I'm sorry, go ahead.
6     A.   Yes, that has been reported.
7     Q.   And it -- and obesity also leads to immune
8   suppression, correct?
9         MR. FARIES:   Objection to form.
10        THE WITNESS:   I am less familiar.  I just
11    can't recall.
12  BY MR. KLATT:
13    Q.   Haven't you said that in an article
14  before?
15    A.   As I have indicated, this was a paper
16  written by a group of investigate -- a large group of
17  investigators on the study, and I cannot recall every
18  sentence that was written in it, you know, in that
19  paper.
20    Q.   Right.  But you were one of these authors,
21  correct?
22    A.   We are -- again, the paper that we are
23  talking about is which paper?
24    Q.   Let me see.  I think you said the name of
25  the person correctly.  Did you say Bandera?  Is that

81 (Pages 318 to 321)

Patricia Moorman, Ph.D., M.S.P.H.

Page 322

1  the name that you threw out?
2      A.   That is our coauthor or our
3  coinvestigator, I believe, wrote the paper on obesity.
4      Q.   And, again, this is something you were a
5  coauthor on and had a chance to review before it went
6  to publication, correct?
7      A.   Yes.
8      Q.   You're aware of something called
9  interview -- interviewer bias, correct?
10     A.   Yes, I am.
11     Q.   And that's when someone interviewing the
12 women who have ovarian cancer or interviewing the
13 healthy women who are the controls somehow tips off
14 the -- what they're interested in and encourages a
15 response from one or the other, correct?
16     A.   That is how interviewer bias is typically
17 described in textbooks, yes.
18     Q.   And you talked earlier about something
19 called recall bias where women with a disease like
20 ovarian cancer may rack their brains to remember an
21 exposure that healthy women may not recall; is that
22 correct?
23         MR. FARIES:  Objection to form.
24         THE WITNESS:  Recall bias, yes, is the
25     potential bias that can result if women with the

Page 323

1      condition of interest recall things differently
2      from the women who do not have that condition.
3  BY MR. KLATT:
4      Q.   And it can also exist when -- and maybe
5  it's called something else, but recall bias may also
6  exist when healthy controls are hesitant to admit to
7  something in their past, like something they perceive
8  as embarrassing, like, perhaps, genital talc use,
9  correct?
10     A.   Yes, we would -- when there is
11 differential reporting between cases and controls,
12 yes.
13     Q.   There was a spurious relation between
14 women having abortions and breast cancer because women
15 who had breast cancer gave accurate histories about
16 abortion, but healthy women were hesitant to volunteer
17 that information, correct?
18     A.   I have seen that study, yes.
19     Q.   And also, similarly, in studies -- you've
20 done studies of alcohol intake, correct?
21     A.   That has been a factor that we have looked
22 at in our studies, yes.
23     Q.   And sometimes in epidemiology studies
24 people -- when they're talking about alcohol
25 consumption, people with an illness or disease may be

Page 324

1  more forthcoming about that than the healthy people
2  who don't want to confess up to the use of alcohol?
3      A.   You are talking about recall bias and
4  acknowledge that it is a possibility, and I think that
5  it is very useful to consider empirical data that
6  compared findings from case control studies versus
7  cohort studies.  Okay.  And there was such a paper
8  that was published within the last couple of years,
9  and they compared what were the -- they took a random
10 sample of meta-analyses that had been performed and
11 compared the results from the case control studies
12 where potential for recall bias versus the prospective
13 cohorts where you would not expect recall bias.  And
14 their overall conclusion based on all of these studies
15 was that there was not consistently higher odds ratios
16 reported from the case control studies than the cohort
17 studies, so there is, yes, the theoretical
18 possibility.  There is also a lot of empirical data
19 suggesting that it is not always a problem and . . .
20     Q.   But we haven't -- you're not talking
21 specifically about the studies that have looked at
22 talc body powder use in ovarian cancer, correct?
23     A.   No.  This is a variety of exposures and
24 outcomes that these authors examined.
25     Q.   And, in fact, as you said earlier today,

Page 325

1  in the talc-based body powder in ovarian cancer
2  studies, we saw different outcomes from the
3  prospective studies, prospective cohort studies
4  compared to the population-based case control studies,
5  correct?
6          MR. FARIES:  Objection to form.
7          THE WITNESS:  Yes, I did say that those --
8      the results were . . .
9  BY MR. KLATT:
10     Q.   But my earlier point just that I was
11 trying to make a few minutes ago and I just want to
12 make sure you agree with it, is that this phenomenon
13 of recall bias can affect both women who had the
14 disease and may be more motivated to recall past
15 exposures, but it can also operate in the healthy
16 people who may be more reluctant to admit to certain
17 past behaviors or uses?
18     A.   Yes, it is possible that there is
19 differential reporting in both directions.
20     Q.   Are you aware that there can be false
21 negative results in women who are tested for BRCA1 and
22 2 mutations?  In other words, women are test -- who
23 have ovarian cancer are tested to see if they have the
24 BRCA1 or BRCA2 mutations, the test says they don't,
25 but, in fact, they do have those.  Are you aware of

Patricia Moorman, Ph.D., M.S.P.H.

Page 326

1  that?
2        MR. FARIES: Objection to form.
3        THE WITNESS: Once again, I am not a
4     genetic -- genetic counselor or a geneticist,
5     but . . .
6  BY MR. KLATT:
7     Q.  Well, I had read an article of yours that
8  you were the first author of called Evaluation of
9  Established Breast Cancer Risk Factors as Modifiers of
10 BRCA1 or BRCA2: A Multi-Center Case-Only Analysis.
11 Do you recall that paper?
12    A.  I do recall that paper.
13    Q.  And one of the things that that paper
14 stated is that there may be false negative results
15 where women who actually do have BRCA1 or BRCA
16 mutations test negative that they don't have them.
17    A.  Yes, I have heard that, but, again, I'm
18 not a geneticist.
19    Q.  You've done studies that show that women
20 who eat a lot of red meat and carbohydrates, that's
21 called a pro-inflammatory diet, correct?
22    A.  There were investigators on the AACES
23 study that did, in fact, examine that.
24    Q.  And were you a coauthor on any paper that
25 looked at that?

Page 327

1     A.  I believe that we did publish on that.
2     Q.  And did you find in your study that
3  African-American women who had the highest
4  pro-carbohydrate diet consisting of red meat and
5  carbohydrate consumption were at markedly increased
6  risk of ovarian cancer compared to those women who had
7  a low inflammatory diet?
8        MR. FARIES: Objection to form.
9        THE WITNESS: Again, recalling the exact
10    odds ratios, that is my general sense of the
11    paper as I recall it. I have not looked at that
12    paper in detail in a while.
13 BY MR. KLATT:
14    Q.  In another study you were involved in,
15 showed that women who had more sun exposure had a
16 reduced risk of ovarian cancer, right?
17    A.  Once again, I'm trying to recall. As you
18 know, many papers came out of this study, many
19 exposures considered, and many odds ratios reported.
20 Can you -- I think you have a specific paper in mind?
21    Q.  Yes, it's one you talked about earlier
22 with Mr. Hegarty. It was, I think, the Quin -- is
23 that the correct pronunciation -- Q-U-I-N, study of
24 dairy, calcium, vitamin D, and ovarian cancer risk in
25 African-American women?

Page 328

1     A.  Yes.
2     Q.  And you talked with Mr. Hegarty about that
3  study showing that higher consumption of whole milk
4  and lactose increased ovarian cancer risk, correct?
5     A.  Correct.
6     Q.  And that isn't the first time that's been
7  shown in a study, correct?
8     A.  I'm sorry?
9     Q.  That wasn't -- your study that showed that
10 whole milk consumption and higher lactose consumption
11 increases the risk of ovarian cancer, that wasn't the
12 first time a study had shown that, correct?
13    A.  I believe that that has been reported
14 previously.
15    Q.  In fact, you all found that high lactose
16 intake and high whole milk intake almost doubled the
17 women's risk of ovarian cancer, right?
18    A.  Once again, I do not recall the specific
19 odds ratios for those exposures, but I do recall some
20 increased.
21    Q.  I'll represent to you the odds ratio was
22 1.97 statistically significant. That -- if that's
23 accurate, that would be almost a doubling of the risk,
24 correct?
25    A.  That is correct.

Page 329

1     Q.  And I believe in that same study you found
2  that calcium intake -- increased calcium intake
3  reduced the risk of ovarian cancer. Do you recall
4  that?
5     A.  Once again, I'm having a little bit of
6  trouble recalling all the specific odds ratios
7  particularly for some of the papers where the -- I was
8  not the lead author on.
9     Q.  Do you recall that same Quin paper showing
10 that women who had more sunlight exposure had reduced
11 risk of ovarian cancer?
12    A.  That is my general sense of it, but, once
13 again, recalling the exact odds ratios is -- I don't
14 recall the exact odds ratio.
15    Q.  Do you agree that recall bias and
16 unidentified confounding factors could readily give
17 rise to an odds ratio in the 1.2 to 1.3 range?
18       MR. FARIES: Objection to form.
19       THE WITNESS: I think that it depends.
20 BY MR. KLATT:
21    Q.  But would you agree that when you have
22 relative risk or odds ratios as low as 1.2 or 1.3,
23 that is certainly within the range that could be
24 affected by recall bias or unidentified confounding
25 factors, correct?

83 (Pages 326 to 329)

Patricia Moorman, Ph.D., M.S.P.H.

Page 330

1    MR. FARIES: Objection to form.
2    THE WITNESS: Again, I think that it
3    depends on the factor that you're considering.
4    BY MR. KLATT:
5    Q.   Well, let's be specific. That -- in the
6    case of talc use in ovarian cancer, a relative risk
7    that you said earlier is in the range of 1.2 or 1.3
8    could be explained by recall bias and unidentified
9    confounding factors, correct?
10    MR. FARIES: Objection to form.
11    THE WITNESS: I think that it is important
12    to consider how they would come into play. We
13    asked about talc in our questionnaire. That is
14    a very extensive questionnaire. And some of the
15    factors we asked about were hypothesized to
16    increased risk, some decreased risk. And so
17    when a woman is going through a questionnaire
18    like this, it is hard to think that she has
19    recalled, that she has given a great deal of
20    thought to talc use, and so she recalls it
21    differently than a women who does not have
22    ovarian cancer.
23    BY MR. KLATT:
24    Q.   Well, you've already said that recall
25    could be affected by things like media attention to

Page 331

1    the issue, correct?
2    MR. FARIES: Objection to form.
3    THE WITNESS: We did consider that in our
4    study. And it's important to bear in mind, in
5    the entire body of literature, the AACES study,
6    to my knowledge, is the only one that continued
7    to collect data in the time frame when there may
8    have been media attention about talc in relation
9    to ovarian cancer. So it is hard to say that --
10    I mean, it would not be reasonable to say that
11    media attention could have led to recall bias in
12    the multiple other studies that have looked at
13    talc and ovarian cancer.
14    BY MR. KLATT:
15    Q.   But in that AACES study you're talking
16    about before 2014, if the women were interviewed
17    before 2014, there was no increased risk of ovarian
18    cancer in talc users, correct?
19    A.   We reported -- once again, going back to
20    it, the women who reported any genital use before
21    2014, the odds ratio was 1.19, so pretty close to what
22    many other studies have reported, and I do acknowledge
23    that that was not a statistically significantly
24    increased risk.
25    Q.   And, in fact, the confidence intervals, it

Page 332

1    was consistent with there being either no risk at all
2    or even a decreased risk, correct?
3    A.   The range of the confidence interval, yes,
4    was from .87 to 1.63.
5    Q.   But then if the women with ovarian cancer
6    just happened to be interviewed after 2014, their
7    reported talc use jumped from around 34, 35 percent
8    suddenly up to 51 percent, correct?
9    MR. FARIES: Objection to form.
10    THE WITNESS: That is what our data show.
11    BY MR. KLATT:
12    Q.   And you'd agree with me that when you're
13    interviewing a woman about ovarian cancer and you're
14    asking specifically about genital talc use, that may
15    plant an idea in her head that there's something about
16    that practice related to ovarian cancer, correct?
17    MR. FARIES: Objection to form.
18    THE WITNESS: I -- could it plant that
19    idea? Once again, this -- these are a few
20    questions in a very extensive questionnaire, and
21    I don't think that -- very honestly, I don't
22    think that women were giving a whole lot of
23    thought to it.
24    BY MR. KLATT:
25    Q.   Well, it's the only thing in the

Page 333

1    questionnaire that implies some sort of genital
2    exposure, correct?
3    A.   We also ask about other genital
4    conditions, so . . . Okay.
5    Q.   Well, that's a good point. The OCAC
6    organization, are you a part of that?
7    A.   Not currently, no.
8    Q.   Okay. You're aware that they have found
9    no relationship between pelvic inflammatory disease
10    and serous ovarian cancer, right?
11    MR. FARIES: Objection to form.
12    THE WITNESS: I know that they have
13    published on that, yes.
14    BY MR. KLATT:
15    Q.   And that would be -- that finding is
16    inconsistent with the notion that chronic inflammation
17    can increase ovarian cancer, correct?
18    MR. FARIES: Objection to form.
19    THE WITNESS: Not necessarily.
20    BY MR. KLATT:
21    Q.   Doesn't pelvic inflammatory disease
22    involve inflammation of the fallopian tubes and the
23    ovaries?
24    MR. FARIES: Objection to form.
25    THE WITNESS: Pelvic inflammatory disease,

84 (Pages 330 to 333)

Patricia Moorman, Ph.D., M.S.P.H.

Page 334

1    yes, I acknowledge that it can cause -- you
2    know, as the name implies, it does cause
3    inflammation.  And my understanding is that this
4    is a condition that is not -- is sometimes not
5    accurately reported.  Women may confuse pelvic
6    inflammatory disease with other genital
7    conditions.
8    BY MR. KLATT:
9        Q.   But pelvic inflammatory disease is -- can
10   be a chronic inflammatory condition of the fallopian
11   tubes and the ovaries, correct?
12       A.   Yes.
13       Q.   Are you familiar with an epidemiologist
14   named Kenneth Rothman?
15       A.   Yes.
16       Q.   And how do you know him?
17       A.   I do not know him personally.  He has
18   written several textbooks.
19       Q.   Is he -- is he a well-recognized
20   epidemiologist?
21       A.   Yes, he is.
22       Q.   Is he well regarded in the field?
23       A.   Yes.
24       Q.   And on your reliance materials on page 11,
25   you cited his textbook Modern Epidemiology as one of

Page 335

1    your reliance materials, correct?
2        A.   You mean --
3        Q.   Down near the bottom of page 11.
4        A.   Yes.
5        Q.   What exhibit are you looking at right now?
6            MR. FARIES:  Three -- no, I'm sorry.
7            THE WITNESS:  Three.
8            MR. FARIES:  Three.
9    BY MR. KLATT:
10       Q.   That's the reliance list, correct?
11       A.   Yes.
12       Q.   Have you ever communicated in writing or
13   verbally about the subject of talc use, talc-based
14   body powder use in ovarian cancer with Colditz,
15   Cramer, or Siemiatycki, who you mentioned earlier?
16       A.   Verbally or in writing, no, I have not.
17       Q.   Did I understand you to say earlier this
18   morning that when you're -- on the subject of risk
19   factors, risk factors can run the gamut from
20   hypothetical risk factors, uncertain risk factors,
21   unproven risk factors, all the way to established risk
22   factors?
23       A.   I -- no, I did not -- I don't think I said
24   that this morning.
25       Q.   I thought you said there was a spectrum of

Page 336

1    certainty about risk factors that ranged from
2    hypothetical risk factors to -- all the way to
3    established risk factors?
4        A.   I believe that I did say something in that
5    regard and, again, based on the level of knowledge
6    that we have at a given point in time.
7        Q.   So somebody can talk about a risk factor,
8    but it may just be hypothetical or uncertain, and at
9    another time somebody may talk about a risk factor and
10   it be an established risk factor, correct?
11           MR. FARIES:  Objection to form.
12           THE WITNESS:  I think that the modifier
13       that you use is very important, so early in the
14       evaluation of a factor, someone may think --
15       there may be reason to think that this factor is
16       associated with an increased risk of disease,
17       but if you do not have a good body of evidence,
18       it would be appropriate to describe that as a
19       hypothesized risk factor.
20   BY MR. KLATT:
21       Q.   You said in response to Mr. Hegarty's
22   question earlier today that overall you would put the
23   relative risk or odds ratio of talc-based body powder
24   use in ovarian cancer in the 1.2 to 1.3 range,
25   correct?

Page 337

1            MR. FARIES:  Objection to form.
2            THE WITNESS:  That is the conclusion of
3        most meta-analyses, and I do agree with that.
4    BY MR. KLATT:
5        Q.   On a numerical basis, when you're talking
6    about a 1.2 or 1.3 relative risk or odds ratio, that
7    means in a group of 12 or 13 women who use talc and
8    have ovarian cancer, 10 of them would have gotten it
9    anyway, and only 2 or 3 can be attributable to their
10   talc use, correct?
11           MR. FARIES:  Objection to form.
12           THE WITNESS:  When you -- the way that you
13       described it, I wouldn't not agree with that.
14       When we talk about population attributable
15       fraction, we consider both the odds ratio or
16       relative risk as well as the prevalence of the
17       risk factor in the population.  So you have to
18       consider both of them to get an estimate of how
19       many women -- the way that we put it, what
20       proportion of the population could be
21       attributable to talc use.
22   BY MR. KLATT:
23       Q.   Well, doesn't a 1.2 or 1.3 relative
24   risk -- let's take a hypothetical population of 10,000
25   women with ovarian cancer and 10,000 women without --

85 (Pages 334 to 337)

Patricia Moorman, Ph.D., M.S.P.H.

## Page 338

1  it means that in one group you may have 100 cases of
2  ovarian cancer, and the other you may have 120 or 130,
3  correct?
4      A.  And, I'm sorry, it's late in the day to do
5  any math.
6      Q.  Sure.  I understand.
7      A.  But yeah.
8      Q.  I'm just trying to define numerically what
9  you mean when you say an odds ratio or a relative risk
10  of 1.2 or 1.3.  That means there's going to be a
11  baseline of people that would have had ovarian cancer
12  regardless, correct, and then you add the increased
13  risk on top of that, correct?
14      A.  That is correct.
15      Q.  So that would mean in a group of, say, 12
16  or 13 women with ovarian cancer who had used talc that
17  10 of them would have gotten it anyway as a background
18  rate, correct?
19          MR. FARIES:  Objection to form.
20          THE WITNESS:  Once again, you're stating
21      it in a way that I don't really think about it
22      that way.  I don't -- the way you're describing
23      it, I don't think that is a way that
24      epidemiologists would typically say out of a
25      small group of women which would have gotten it

## Page 339

1      regardless of whether or not they had used talc.
2  BY MR. KLATT:
3      Q.  But the reason you compare a group of
4  exposed women to a group of unexposed women is you
5  want to know what that background rate is, correct,
6  how many women would have had ovarian cancer whether
7  or not they used talc, correct?
8      A.  Yes, when we calculate a relative risk,
9  we're comparing what is the rate in the women who used
10  talc compared to those who did not.
11      Q.  So in a group of 100 -- 100 women who
12  didn't use talc but had ovarian cancer compared to a
13  group of women who used talc, that 1.2, 1.3 would mean
14  120 or 130 of women in the talc group developed
15  ovarian cancer compared to the 100 women in the
16  nontalc group, correct?
17      A.  So, again, if we're looking in the overall
18  population, and we have talked about this, the
19  estimated lifetime risk is about 1.3 to 1.4 percent,
20  and then we would expect that to be about 25 percent
21  higher among women who use talc.
22      Q.  But the majority of women who use talc
23  would have gotten their ovarian cancer anyway,
24  correct?
25          MR. FARIES:  Objection to form.

## Page 340

1          THE WITNESS:  We don't know that.
2  BY MR. KLATT:
3      Q.  Well, you'd have to have a doubling of the
4  risk to have more women, correct?
5          MR. FARIES:  Objection to form.
6  BY MR. KLATT:
7      Q.  If your risk is 1 point -- lifetime risk
8  is 1.4 without talc and 1.7 with talc, the majority of
9  women would have still gotten ovarian cancer whether
10  they used talc or not, right?
11          MR. FARIES:  Objection to form.
12          THE WITNESS:  I think that is -- that --
13      again, I think that is really hard to say who
14      would have gotten it or not.
15  BY MR. KLATT:
16      Q.  I'm not talking on an individual --
17      A.  Okay.
18      Q.  -- level, Dr. Moorman.  I'm talking on a
19  population level.  If your risk, lifetime risk of
20  ovarian cancer if you've never used talc is
21  1.4 percent, and then according to what you've said,
22  if you use talc, that 1.4 percent risk increases to a
23  1.7 percent lifetime risk --
24      A.  Right.
25      Q.  -- the majority of ovarian cancers would

## Page 341

1  have occurred in women whether or not they used talc,
2  correct?
3          MR. FARIES:  Objection to form.
4          THE WITNESS:  I'm --
5          MR. FARIES:  Just answer the best you can.
6      If you can answer, you can.  If you can't, just
7      tell him you're unable to answer the question.
8          THE WITNESS:  Yeah, I -- you know, again,
9      it's -- I think that, you know, where -- what
10      would have happened in the absence of talc use,
11      and, you know, there -- we're looking at the
12      overall population.
13  BY MR. KLATT:
14      Q.  And the majority of women if they hadn't
15  used talc would have still developed ovarian cancer
16  who eventually developed it, right?
17          MR. FARIES:  Objection to form.
18          THE WITNESS:  Yeah.
19  BY MR. KLATT:
20      Q.  You're talking about --
21      A.  I --
22      Q.  You know what I'm talking about.
23      A.  Yeah.
24      Q.  Don't you?  You're talking about a
25  1.4 percent lifetime risk if you've never used talc,

86 (Pages 338 to 341)

Patricia Moorman, Ph.D., M.S.P.H.

Page 342

1  and then according to you, it increases three-tenths
2  of a percent to 1.7 if you have used talc, correct?
3  So the majority of women who develop ovarian cancer
4  would do it whether or not they used talc, correct?
5      MR. FARIES:  Objection to form.
6      THE WITNESS:  Can I just say I'm not
7  comfortable?
8      MR. FARIES:  Yes.
9      MS. PARFITT:  Yes, absolutely.
10     MR. FARIES:  It's quite all right.
11 BY MR. KLATT:
12     Q.   I just want to ask one or two things more.
13 Let me just -- I wasn't quite clear in your responses
14 to Mr. Hegarty's question.  Do you believe that
15 postmenopausal hormone replacement therapy use causes
16 ovarian cancer or not?
17     A.   Yeah, I think I'd like to clarify that.  I
18 came to the conclusion about making the statement that
19 talc is a cause of ovarian cancer on the basis of a
20 very extensive review of the literature, and I did not
21 do that same process for all of the other risk factors
22 that were described there.  And so I -- so I feel like
23 the evidence is -- does describe hormone -- menopausal
24 hormone therapy as a risk factor for breast cancer and
25 that I have not gone through the same process, and so

Page 343

1  I would maybe be a little bit more circumspect about
2  saying whether or not it is a cause because I haven't
3  gone through the same process.
4      Q.   Well, you told us earlier today that
5  you're an expert on ovarian cancer epidemiology,
6  correct?
7      A.   That is correct.
8      Q.   There's been many, many studies of hormone
9  replacement therapy use in ovarian cancer, correct?
10     A.   Yes.
11     Q.   And those studies show a consistently
12 increased risk of ovarian cancer in women who use
13 hormone replacement therapy, correct?
14     MR. FARIES:  Objection to form.
15     THE WITNESS:  That is -- yes, I do.
16 BY MR. KLATT:
17     Q.   And it's certainly at least within the
18 range of risk of 1.2, 1.3, or more, correct?
19     A.   That is correct.
20     Q.   Therefore, applying the same criteria
21 you've applied to talc, you would say that hormone
22 replacement therapy use is a cause of ovarian cancer,
23 correct?
24     MR. FARIES:  Objection to form.
25     THE WITNESS:  So, once again, I did not go

Page 344

1  through the entire process of assessing the
2  causality in the same way that I applied the
3  criteria to talc, and so I am not -- I do very
4  definitely consider it a risk factor.  I think
5  that it is a very -- that it's very probably a
6  cause for ovarian cancer.  I just didn't go
7  through the same process.
8  BY MR. KLATT:
9      Q.   I understand.
10     A.   Okay.
11     Q.   Okay.  I think I'm done.
12     MR. FARIES:  Mark, before you begin, how
13 many minutes do you need?
14     MR. HEGARTY:  I probably need about 15
15 minutes.
16     MR. FARIES:  Okay.  Are you ready to
17 continue for 15 minutes?
18     THE WITNESS:  Yes, let's just go ahead.
19        EXAMINATION
20 BY MR. HEGARTY:
21     Q.   These are a few follow-up questions, so
22 I'm going to jump around a little bit.
23     A.   Okay.
24     Q.   Dr. Moorman, do you agree that you're not
25 an expert in interpreting internal company documents?

Page 345

1      A.   I do agree with that.
2      Q.   It's not something you've ever been asked
3  to do before working on this case, correct?
4      A.   That is correct.
5      Q.   And it's fair to say you don't know any of
6  the individuals whose names are referenced in any
7  internal company documents that you looked at,
8  correct?
9      A.   No, I do not know anybody.
10     Q.   Is it also correct you don't have any
11 familiarity with J&J as a company and how it works
12 internally either currently or in years past?
13     A.   No, I do not.
14     Q.   For purposes of your opinions in this
15 case, did you factor into those opinions the Miners
16 and Millers studies of those who mined and milled talc
17 in looking at any increase in lung cancer in those
18 individuals?
19     MR. FARIES:  Objection to form.
20     THE WITNESS:  I considered all of the
21 literature, and I did read those papers, at
22 least some of them.
23 BY MR. HEGARTY:
24     Q.   Is it your opinion that there is a
25 background level of talc in women's ovaries --

87 (Pages 342 to 345)

Patricia Moorman, Ph.D., M.S.P.H.

Page 346

1          MR. FARIES:  Objection to --
2    BY MR. HEGARTY:
3          Q.   -- without regard to talcum powder use?
4          MR. FARIES:  I'm sorry.  Objection to
5    form.
6    BY MR. HEGARTY:
7          Q.   Let me restate that.  Is there a
8    background level of talc in women regardless of talcum
9    powder product use?
10         MR. FARIES:  Objection to form.
11         THE WITNESS:  I don't know.  I don't know
12    the data to that.
13    BY MR. HEGARTY:
14         Q.   Is there a background level of asbestos in
15    the ovaries of women regardless of exposure to
16    asbestos in the work -- in nonoccupational or
17    occupational situation?
18         MR. FARIES:  Objection to form.
19         THE WITNESS:  I don't know.
20    BY MR. HEGARTY:
21         Q.   Do background -- does exposure to
22    background levels of asbestos cause ovarian cancer?
23         MR. FARIES:  Objection to form.
24         THE WITNESS:  I don't know that that's
25    ever been evaluated.

Page 347

1    BY MR. HEGARTY:
2          Q.   You were asked -- strike that.
3               You've reviewed with -- in advance of the
4    deposition the three Long or Longo studies at the end
5    of your disclosure statement.  Do you remember that?
6          A.   I did look at those.
7          Q.   Do you have, in your opinion, sufficient
8    expertise to interpret those study results?
9          A.   As we --
10         MR. FARIES:  Objection to form.
11         THE WITNESS:  As we have established
12    before, I am not a mineral scientist.
13    BY MR. HEGARTY:
14         Q.   Do you know the tests that are used to
15    look for asbestos in talc?
16         A.   Once again, I am not -- that is not in my
17    area of expertise.
18         Q.   Over the course of today, we've talked
19    about your opinions.  Is that -- that's a fair
20    statement, correct?
21         A.   Yes.
22         Q.   Have there been any -- are there any other
23    opinions that you came in here thinking you -- or
24    knowing you want to make sure that you provided to us
25    that we have not covered here today?

Page 348

1          A.   I cannot think of any.
2          Q.   We also have covered a number of studies
3    over the course of today, correct?
4          A.   That is correct.
5          Q.   Are there any other studies that you
6    consider to be important enough to make sure that we
7    are aware of that we have not covered here today?
8          MR. FARIES:  Objection to form.
9          THE WITNESS:  I cannot think of any.
10    BY MR. HEGARTY:
11         Q.   Are you currently involved or working on
12    any study looking at talcum powder exposure in ovarian
13    cancer?
14         A.   I have already described to you the
15    studies that I am involved with, the AACES study as
16    well as the OCAC consortium, and those will be -- we
17    will continue to consider talc in the studies.
18         Q.   Let me ask it a different way.  Are you
19    currently working on any paper that's going to report
20    on an odds ratio or relative risk of talcum powder
21    exposure in ovarian cancer risk?
22         A.   There is no such paper in process.
23         Q.   I asked you about whether you looked at
24    the Miners and Millers studies for purposes of your
25    analysis in this case.  Did you review the studies

Page 349

1    looking at the use of talc as pleurodesis and whether
2    those studies reported an increase in the risk of
3    cancer?
4          A.   I believe that I looked at one of those,
5    at least one of those studies at some point.
6          Q.   Do you recall whether that study or those
7    studies showed an increase in the risk of any cancer
8    in the patients who have had talc use for pleurodesis?
9          A.   My recollection is that based on overall
10    relatively small numbers, they did not report a
11    significantly increased risk of cancer.
12         Q.   I should have asked this a moment ago:  Do
13    you recall if the Miners and Millers studies reported
14    an increase in risk of any cancer in those workers?
15         MR. FARIES:  Objection to form.
16         THE WITNESS:  Right off the top of my
17    head, I do not recall exactly what they
18    reported.
19    BY MR. HEGARTY:
20         Q.   I went past the Bradford Hill criteria of
21    coherence, analogy, and experiment.  With regard to
22    those three, and we can break them out one at a -- are
23    there any particular studies or -- that went to your
24    analysis of those three?
25         MR. FARIES:  Objection to form.

88 (Pages 346 to 349)

Patricia Moorman, Ph.D., M.S.P.H.

Page 350

1     THE WITNESS: I considered them -- the
2   experiment is the one that is easiest to deal
3   with when we are talking about an exposure like
4   talc that is thought to increase risk. There
5   would never be an experimental study, so like a
6   randomized control trial. So there is no
7   experimental evidence in humans to address this.
8     In terms of coherence, that is typically
9   described as, is there anything that seriously
10  contradicts what is generally -- our general
11  state of knowledge about this condition? And I
12  do not think that there is.
13     And analogy, even Bradford Hill describes
14  that as perhaps the weakest of the
15  considerations. So what are you going to make
16  an analogy to? You could say, for example,
17  there is an increased risk associated with
18  asbestos and ovarian cancer, so what would be
19  analogous to that? Could it be the potential
20  route of administration or route of exposure and
21  so on. But, again, that was not one of the
22  criteria that I would weight strongly because
23  Bradford Hill indicates it's perhaps the weakest
24  of the factors to consider.
25

Page 351

1   BY MR. HEGARTY:
2     Q.   The last one that we didn't talk about and
3   you did mention is specificity. Did you -- what was
4   your analysis of specificity?
5     A.   Again, that can be interpreted in
6   different ways. So one aspect of it would be is one
7   factor specifically related to -- is this a specific
8   cause? And when we consider that most cancers -- all
9   cancers probably have multiple causes, that the fact
10  that this ovarian cancer is not specifically and only
11  related to talc, that's -- again, it's a criteria,
12  but, again, not one of the strongest factors that I
13  considered.
14     Q.   Is it your opinion that talc that is
15  ingested increases the risk of ovarian cancer?
16        MR. FARIES: Objection to form.
17        THE WITNESS: Can you define what you mean
18     by "ingested"?
19  BY MR. HEGARTY:
20     Q.   Sure. If there is talc in food, does
21  ingesting that food increase the risk of ovarian
22  cancer, in your opinion?
23     A.   In my opinion, that has not been studied,
24  and so I do not have an opinion on that specifically.
25     Q.   With regard to the opinions that you have

Page 352

1   as to talcum powder products causing ovarian cancer,
2   is there any way to determine a rate of error in that
3   opinion, that is, the rate by which you may be
4   incorrect?
5        MR. FARIES: Objection to form.
6        THE WITNESS: I don't know how one would
7     quantify that.
8   BY MR. HEGARTY:
9     Q.   Mr. Klatt asked you whether you had any
10  communications with Drs. Colditz, Siemiatycki, and
11  Cramer. Have you had communications with any expert
12  who has testified in the talc litigation?
13     A.   No, I have not.
14     Q.   We asked about the potential for asbestos
15  to be involved in the -- your analysis. Do you intend
16  to offer any opinion that arsenic, heavy metals, or
17  anything else in talc causes ovarian cancer?
18     A.   As I have stated before, my opinion is
19  about the talcum powder product as a whole and so
20  whatever its constituents may be.
21     Q.   Have you done any separate analysis of
22  arsenic exposure in ovarian cancer?
23     A.   No, I have not.
24     Q.   Have you done any separate analysis of
25  heavy metal exposure in ovarian cancer?

Page 353

1     A.   No, I have not.
2     Q.   I think that's all that I had.
3        MR. FARIES: Give us a short break, and
4     then we will wrap this up.
5     (RECESS TAKEN FROM 7:19 P.M. to 7:25 P.M.)
6             EXAMINATION
7   BY MR. FARIES:
8     Q.   All right. Dr. Moorman, good evening. I
9   just want to clarify that the terms "talc" and "talcum
10  powder products" and "body powders" and variations
11  have been used off and on during your deposition
12  today. Do you recall that?
13     A.   Yes, I do.
14     Q.   And when you have used the word "talc" or
15  similarly, in fact, you're referring to talcum powder
16  products?
17     A.   That is correct.
18     Q.   Do you recall some extensive testimony
19  you've given tonight on Bradford Hill analysis or
20  similar?
21     A.   Yes.
22     Q.   Do you utilize Bradford Hill analysis or
23  similar methodologies in your practice as an
24  epidemiologist?
25        MR. HEGARTY: Objection, form.

89 (Pages 350 to 353)

Patricia Moorman, Ph.D., M.S.P.H.

Page 354

1    BY MR. FARIES:
2        Q.   You can answer the question.
3            MR. KLATT:  And, Steve, can one objection
4    be good for all?
5            MR. FARIES:  Yes.
6            THE WITNESS:  Yes.  Bradford Hill criteria
7        or similar methodology are applied in my work,
8        yes.
9    BY MR. FARIES:
10       Q.   And does that work include employing,
11   utilizing Bradford Hill criteria or analysis or
12   similar in your efforts ultimately resulting in
13   published scientific literature?
14           MR. HEGARTY:  Objection, form.
15           THE WITNESS:  Yes.
16   BY MR. FARIES:
17       Q.   Okay.  And do, in fact, published papers
18   including those of which you have as a coauthor or an
19   author discuss methods and analysis that were utilized
20   in order to reach discussion and results in a paper?
21       A.   Yes.
22       Q.   And are those methods and analysis akin to
23   a Bradford Hill criteria analysis?
24           MR. HEGARTY:  Objection, form.
25           THE WITNESS:  Yes.

Page 355

1    BY MR. FARIES:
2        Q.   Finally, in your role as an expert in this
3    case, have you utilized here the same Bradford Hill
4    analysis and other generally accepted epidemiologic
5    scientific methods as you use in your profession to
6    reach your opinions in this case?
7            MR. HEGARTY:  Objection, form.
8            THE WITNESS:  Yes.
9            MR. FARIES:  Okay.  No further questions.
10           MR. HEGARTY:  Just a couple of follow-up
11   questions to those, just to those lines of
12   questions.
13           EXAMINATION
14   BY MR. FARIES:
15       Q.   Dr. Moorman, can you identify in any other
16   context where you have done the same analysis and
17   reached a conclusion on causation as you have done in
18   this case?
19       A.   I cannot think of -- I apply these -- you
20   know, as we described here, the considerations
21   described by Bradford Hill are used all the time in
22   my -- in my work.
23       Q.   I understand --
24       A.   And --
25       Q.   I'm sorry, I didn't mean to interrupt.

Page 356

1        A.   Okay.
2        Q.   I'm not asking about whether those are
3    established criteria.  My question was and is:  Have
4    you ever done the same analysis running through the
5    Bradford Hill criteria for any other exposure and any
6    other disease and came to an opinion as to causation
7    as you have done in this case?
8        A.   Through -- I mean, throughout all of the
9    work that I've done, I've gone through this process
10   repeatedly, and whether I ever stated that it was a
11   cause, I more commonly would use "risk factor."
12       Q.   So is it your testimony that where you
13   have stated in a publication that a particular factor
14   or particular exposure or event is a risk factor, that
15   in every instance you have gone through the Bradford
16   Hill criteria as you have done with regard to talcum
17   powder products and ovarian cancer?
18           MR. FARIES:  Objection to form.
19           THE WITNESS:  These are -- the Bradford
20       Hill considerations, they are just integrated
21       into my way of thinking about data and one would
22       consider a body of literature, so . . .
23   BY MR. HEGARTY:
24       Q.   Let me give you an example, might make it
25   clearer.  You have gone through the Bradford Hill

Page 357

1    criteria in this case and came to the conclusion that
2    talcum powder products caused ovarian cancer, correct?
3        A.   Yes.
4        Q.   What you've just told me is that you've
5    gone through that same criteria, for example, as to
6    obesity, correct?
7            MR. FARIES:  Objection to form.
8            THE WITNESS:  I have considered these
9        factors, and as I stated previously, I have not
10       reviewed that literature in the same detail that
11       I've reviewed the talc literature.
12   BY MR. HEGARTY:
13       Q.   So you have done some analysis review
14   methodology here as to talcum powder products in
15   ovarian cancer that you have not done as to all the
16   other risk factors for ovarian cancer, correct?
17           MR. FARIES:  Objection to form.
18           THE WITNESS:  Once again, I have
19       considered all of these things in relation to
20       numerous risk factors and, again, stating I have
21       not done it to the same in-depth review of these
22       papers that I have done for talc.
23   BY MR. HEGARTY:
24       Q.   And so you have not done the same in-depth
25   review for any other work you have published on risk

90 (Pages 354 to 357)

Patricia Moorman, Ph.D., M.S.P.H.

Page 358

1  factors that you have done in this case for talc,
2  correct?
3        MR. FARIES:  No, objection to form.
4  BY MR. HEGARTY:
5     Q.  You can answer.
6     A.  Please repeat it.
7     Q.  Would you read back my question?
8     (PREVIOUS QUESTION READ BACK BY THE REPORTER)
9        MR. FARIES:  Objection to form.
10       THE WITNESS:  I think that it is fair to
11  say that this is the most in-depth review that I
12  have done.  I have done a similar consideration
13  of all of these factors in relation to other
14  risk factors.
15  BY MR. HEGARTY:
16    Q.  Can you cite for me any paper in which you
17  have gone through the Bradford Hill criteria in your
18  evaluation of a risk factor?
19    A.  We incorporate this methodology into
20  essentially every paper that we write.  In our
21  discussion, we consider what other authors have
22  published on it.  We -- so the consistency, the
23  strength.  We consider the biological plausibility.
24  So I think that it is fair to say that this is
25  considered in virtually all of our publications.

Page 359

1     Q.  Mr. Faries asked you about Bradford Hill
2  and other epidemiological, I think he may have said,
3  criteria or concepts, and I'll let Mr. Faries jump in
4  if he can tell me which --
5        MR. FARIES:  Scientific epidemiology,
6     scientific methods.
7  BY MR. HEGARTY:
8     Q.  What are -- are there any other, besides
9  Bradford Hill, epidemiologic and scientific methods
10  that you applied here?
11    A.  The essence of the methodology is pretty
12  consistent.  Some people may not refer to --
13  specifically to Bradford Hill criteria, but they are
14  getting at the same concepts.
15    Q.  Thank you.
16       MR. KLATT:  Just one question.
17       EXAMINATION
18  BY MR. KLATT:
19    Q.  Do you think any -- as an ovarian cancer
20  epidemiology expert, do you think there's anything
21  else other than talc that's a cause of ovarian cancer?
22       MR. FARIES:  Objection, objection to form.
23  We have spent so much time on risk factors and
24  causes.
25       MR. KLATT:  Yeah, and I'm not clear.

Page 360

1  BY MR. KLATT:
2     Q.  So do you believe anything else other than
3  talc is a cause of ovarian cancer based on whatever
4  criteria you want to use?
5        MR. FARIES:  Objection to form.  It's been
6  asked and answered many times, and you can go
7  through the transcript and find all instances
8  where she's answered this question on a host of
9  risk factors.
10       MR. KLATT:  Are you telling her not to
11  answer?
12       MR. FARIES:  So what I instruct you to do
13  is tell him to -- I instruct you not to answer
14  the question.
15       Just go back and go over the transcript.
16       MR. KLATT:  Well, all right.  We may be
17  back, but . . .
18       MR. FARIES:  Well, I think if you go
19  through the transcript, will be no need to be
20  back.
21       MR. KLATT:  I'm not sure that's clear, but
22  if you're instructing her not to answer, that's
23  your risk.
24       MR. FARIES:  Thank you.  We're done.
25  7:35.

Page 361

1        (SIGNATURE RESERVED)
2     (DEPOSITION CONCLUDED AT 7:35 P.M.)
3            - - -
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Patricia Moorman, Ph.D., M.S.P.H.

Page 362

```
 1              ------
             E R R A T A
 2              ------
 3   PAGE  LINE  CHANGE
 4   ____ ____ _____
 5     REASON: _____
 6   _____
 7     REASON: _____
 8   ____ ____ _____
 9     REASON: _____
10   ____ ____ _____
11     REASON: _____
12   ____ ____ _____
13     REASON: _____
14   ____ ____ _____
15     REASON: _____
16   ____ ____ _____
17     REASON: _____
18   ____ ____ _____
19     REASON: _____
20   ____ ____ _____
21     REASON: _____
22   ____ ____ _____
23     REASON: _____
24   ____ ____ _____
25     REASON: _____
```

```
 1   STATE OF NORTH CAROLINA
 2   COUNTY OF DAVIDSON
 3          C E R T I F I C A T E
 4        I, Amy A. Brauser, RPR, RMR, CRR, Registered
 5   Merit Reporter/Certified Realtime Reporter, the
 6   officer before whom the foregoing deposition was
 7   taken, do hereby certify that the witness was duly
 8   sworn by me prior to the taking of the foregoing
 9   deposition; that the testimony of said witness was
10   taken by me to the best of my ability and thereafter
11   reduced to typewriting under my direction; that I am
12   neither counsel for, related to, nor employed by any
13   of the parties to the action in which this deposition
14   was taken, and further that I am not a relative or
15   employee of any attorney or counsel employed by the
16   parties thereto, nor financially or otherwise interest
17   in the outcome of the action.
18
19        This is on the 13th day of March, 2018.
20
                _____
21              Amy A. Brauser, RPR RMR CRR
                Notary Public # 20023030055
22
23
24
25
```

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2          I,_____, do
 3   hereby certify that I have read the
     foregoing pages, and that the same
 4   is a correct transcription of the answers
     given by me to the questions therein
 5   propounded, except for the corrections or
     changes in form or substance, if any,
 6   noted in the attached Errata Sheet.
 7
     _____
 8   PATRICIA MOORMAN, Ph.D., M.S.P.H.  DATE
 9
10
11
12
13
14
     Subscribed and sworn
15   to before me this
     _____ day of _____, 20____.
16
     My commission expires:_____
17
18   _____
     Notary Public
19
20
21
22
23
24
25
```

92 (Pages 362 to 364)

Patricia Moorman, Ph.D., M.S.P.H.

## A

**AACES** 6:5 94:24
320:12,12 326:22
331:5,15 348:15
**ability** 95:18
150:16 300:5
364:10
**able** 22:14 28:9,14
49:25 53:3 76:19
106:9 110:5 129:4
133:20 210:19
219:14 255:8
286:23 288:10
**abnormally** 303:6
**abortion** 323:16
**abortions** 323:14
**absence** 211:9,14
341:10
**absolute** 113:23
146:16,25 230:7
**absolutely** 14:25
37:14 82:24
247:23 313:1
342:9
**absolutes** 45:1,9
**abstract** 154:11,12
193:6 194:4,22
256:24 257:8,16
257:18,22 258:18
258:21 280:25
**abstracts** 280:21,23
**academic** 301:4
**acceptable** 301:2
**accepted** 147:19
152:19 168:11
219:20 278:7,23
279:12,16 355:4
**access** 300:25
**account** 33:1 44:11
75:23 121:2 138:3
138:8 143:16
199:23 228:25
**accounted** 59:8
76:22
**accounts** 211:8
**accumulate** 110:19

**accumulated**
228:13
**accumulation**
165:24 166:10
**accuracy** 91:21
183:3 189:13
**accurate** 17:16
18:10 20:21
146:16 175:17
179:10 193:20
197:14,25 200:11
201:3,7,16 202:2
211:13 230:4
232:3 234:10
254:19 299:14
323:15 328:23
**accurately** 184:5
334:5
**acetaminophen**
180:5
**acknowledge** 186:7
186:17 324:4
331:22 334:1
**acknowledging**
68:19 188:5
**ACKNOWLED...**
363:1
**acquired** 21:3
**acrylamide** 277:19
277:23
**action** 364:13,17
**activities** 13:16
**actual** 134:7,8,8
298:14
**add** 25:3 338:12
**addition** 34:5 46:6
**additional** 87:9
111:18 121:3
165:24
**address** 10:25 11:1
58:21,25 59:5
350:7
**addressed** 121:20
**addressing** 76:1
104:20
**adequate** 216:18

219:21 242:15
309:4
**adipokines** 320:8
320:21
**adjust** 145:9,23
146:20,24 153:12
155:2,20 156:10
**adjusted** 59:4,9
149:16 153:2
154:19
**adjustment** 150:18
154:13
**administration**
350:20
**administrative**
281:24
**admit** 323:6 325:16
**advance** 19:20
75:19 347:3
**advanced** 57:15
**advertisements**
200:15,19
**advertising** 201:9
**advise** 87:11
**affect** 58:6,12
325:13
**afield** 33:24
**African** 6:4 18:6
**African-American**
5:4,7,9,13,17 18:3
18:8,19 19:2
113:13 116:23
147:11 149:12
151:2 152:14
154:5 159:25
160:21 161:15
164:6,10 173:21
174:9 176:15,20
187:13 196:13
197:15 206:8
327:3,25
**African-America...**
162:13 198:1
**afternoon** 290:6
**age** 210:19 274:18
274:20,22,23,24

275:19 277:17,18
305:18,21 306:3
306:25 307:3
320:4
**agency** 85:3,10
86:4 93:7
**agent** 102:23
**ago** 11:16,24 20:9
25:25 38:24 49:19
95:1,2 106:8
126:22 136:16
137:3 165:23
222:12 228:12
245:16 255:24
259:14 266:21
312:16 325:11
349:12
**agree** 32:25 33:8,16
44:14 60:4,23
75:19 82:19 87:19
88:2,6,10 90:4,18
99:5 100:6,14
108:10,21,23
109:2,16 112:13
136:11 137:9,17
138:19,24 139:2,6
139:15 141:14
142:21 143:17
144:3,19,22
146:10 155:5
164:11,19 169:10
171:24 175:21
200:23,25 201:4,6
201:7 202:1,8
209:10 217:21,24
218:7 224:17,17
225:12,19 231:8
231:22 234:13
242:18 243:24
244:1 261:24
262:23 263:2,5
264:18,20 266:15
278:3 279:18
297:2 298:12
299:2 304:8,11,19
305:14,16 306:19

306:24 313:7
317:5,5 325:12
329:15,21 332:12
337:3,13 344:24
345:1
**agreed** 16:8 103:10
106:13 218:5
**agreement** 103:15
**ahead** 141:11,13
175:8,16 200:2
222:22,23 286:17
321:5 344:18
**air** 48:11 214:20
**akin** 354:22
**al** 1:4,7 11:5,6
195:25 224:11
230:11
**Alberg** 94:23
**alcohol** 323:20,24
324:2
**allow** 90:4
**allowed** 76:12
**Alvarez** 123:7
**Amended** 2:12
**America** 2:12
78:12 290:7,9
**American** 6:4
173:21
**Americas** 290:19
**America's** 290:12
**amount** 10:8
251:24 261:17
281:17
**Amy** 1:24 3:3 364:4
364:21
**analgesic** 5:5
149:10 183:8
**analogous** 350:19
**analogy** 220:9,17
349:21 350:13,16
**analyses** 92:16
258:4 259:24
**analysis** 5:21,24
6:22 41:3 46:14
47:7 55:10 70:21
77:7 80:25 82:10

Patricia Moorman, Ph.D., M.S.P.H.

84:1 92:4,12,19
92:24 104:10
105:8 109:9,14
122:8 132:18
144:15 146:4
149:23 152:22
168:3 174:23
179:5 182:17
195:25 207:4,13
207:15,20 208:2,7
208:11 215:22
226:17 237:25
243:11,17,22
248:25 249:23
251:23 256:19
258:2 259:5
260:19 261:19
272:9,13 284:9
326:10 348:25
349:24 351:4
352:15,21,24
353:19,22 354:11
354:19,22,23
355:4,16 356:4
357:13
**analyze** 43:21
95:18 259:21
260:10,13
**analyzed** 44:24
51:15 52:5,13
71:1,4,7,8 105:4
130:20
**analyzing** 52:10
260:16,17
**Ancestry** 18:6
**Andrew** 123:6
**and/or** 122:1,8
151:2
**Angeles** 123:7
**animal** 34:4,16,19
34:22 35:1,2
36:20 240:13,21
241:2,3 244:21
**animals** 34:21 35:3
240:14
**Anna** 255:12,17

**announcements**
96:9
**anonymous** 198:20
**answer** 12:21,22
20:25 21:11,12
24:24 25:1 28:24
51:4 52:9 54:12
55:2,19 69:15
92:9 110:14 120:6
156:15 157:17
159:2 165:7
171:23 191:18
206:21 209:7
213:19 236:7
243:2 244:6,10
245:2 265:21,22
265:24 306:11
341:5,6,7 354:2
358:5 360:11,13
360:22
**answered** 24:23
49:19 51:2 59:12
102:15 110:13
122:24 158:24
171:5 316:11
360:6,8
**answering** 171:23
**answers** 53:22,23
54:9 363:4
**Anthony** 94:23
**anticipate** 47:9
**anybody** 126:6,11
126:16,17 289:4,7
345:9
**Anytime** 202:11
**anyway** 337:9
338:17 339:23
**Apart** 9:6
**apparently** 74:17
195:11
**appear** 73:22
**APPEARANCES**
2:1
**appears** 173:22
193:20 283:10
**applications**

126:22 192:3
193:20 204:10,14
204:20 213:9
253:23 254:16
257:5,20,25
**applied** 83:9 188:1
245:19 299:18
343:21 344:2
354:7 359:10
**applies** 297:3
**apply** 137:8 178:10
212:14 219:5,8
355:19
**applying** 217:12
343:20
**approach** 157:6
**approaching**
220:18
**appropriate** 44:25
151:15 153:17,20
258:6 301:7
336:18
**approximately**
10:14 65:1 212:12
232:25 263:14
291:4 305:22
**April** 4:15 86:8,20
**area** 34:24,24
35:14,15 40:10
71:15 87:15 88:12
90:18 109:4
214:23 240:24
243:23 245:1,20
248:9 293:23
295:3,13 297:4,4
297:13 313:25
316:1,15 317:8
318:6,16 347:17
**areas** 234:25
**argue** 207:10
261:21
**arisen** 25:12
**arises** 110:3
**arsenic** 352:16,22
**arthritis** 244:12,15
**article** 30:10 71:24

105:12 149:2,3
321:13 326:7
**articles** 25:12 26:2
26:4,19 27:13,14
27:22,25 28:4,5
28:11 29:7,12,17
29:24 31:2 72:3
89:10 96:15
105:10 249:5,9
283:20,21,22
285:11 286:3
**asbestiform** 107:22
108:16
**asbestos** 42:19 43:1
43:6 44:22 45:6,8
45:13,16,19 47:1
47:15 48:13,17,23
49:6,11,15,23
50:3,9,17,24
51:11,17,22 52:7
52:16,17,22 53:4
53:4,21 54:5,20
55:4,7,11,14,16
55:22 56:2,7,12
56:15,24,25 58:7
58:16 59:8 60:4,6
60:7,10,14,15,25
61:3,17,23,25
62:8,11,14,15,20
62:24 63:5,11,13
63:15,22,25 64:4
65:4,20,22 66:3,7
66:23 67:7,12,16
68:12 69:19 70:12
70:13,22 71:5,9
71:19 72:5 73:8
73:19,23,24 74:1
74:13,19 75:8,15
75:22,23 76:9,17
76:21 77:13,15,23
81:15 90:11 91:13
108:16 128:7,14
128:17,23 129:10
129:15,22 130:2
131:19,20 214:6,9
214:16,19 243:13

243:19 276:1
285:17 292:6,14
292:15,25 297:20
297:25 298:2
300:3 346:14,16
346:22 347:15
350:18 352:14
**asbestos-based**
61:7
**asbestos-causing**
128:9
**asbestos-containi...**
49:4 78:1 129:5
130:9
**asbestos-free** 44:15
45:24 89:18 90:12
90:23
**Asian** 178:20
**Asian/Pacific**
177:22
**aside** 296:15,16
**asked** 24:23 28:11
29:20 43:4 51:1
53:21,22 54:7
65:15 76:6 80:17
86:5 106:8 110:9
110:13 122:23
124:5 127:2 129:1
132:12 158:24
176:24 189:17
190:7,8,19 191:16
191:16 237:12
240:15,16 246:5
251:15 265:24
301:10,23 302:2
302:17 330:13,15
345:2 347:2
348:23 349:12
352:9,14 359:1
360:6
**asking** 33:21 47:12
52:25 53:1 76:10
81:6 106:11
107:20 112:17
171:23 189:16
244:25 250:6

273:24 289:14
296:18 301:14
332:14 356:2
**aspect** 351:6
**aspirin** 180:5
**assess** 92:5 252:19
**assessed** 32:18 68:3
237:12 257:5
**assessing** 143:9
229:1 344:1
**assessment** 92:13
108:11 237:17
301:10,14
**assist** 27:19
**assistant** 281:16
**associate** 289:9
**associated** 64:25
135:13 142:8
145:17,18,20,24
169:18 263:8
264:17 266:10
272:18 277:22
278:1 296:20
317:16 318:25
336:16 350:17
**association** 6:2,12
18:18 31:11 32:2
34:9 60:2 68:19
69:20 87:14 88:11
96:5 97:7,15 98:2
98:5 128:7 132:22
136:4,9 137:19
140:18 141:3,9
142:6 143:14,18
143:25 146:7
160:19,24 163:4
168:15 169:5,11
170:4,12,18 171:1
171:11,13,15,20
171:21,25 172:7
172:16,17,19
178:24 179:6
180:4 187:12
188:8 193:8,23
194:24 196:12,24
199:3 205:9 212:3

217:19 219:17,18
219:21,23 220:14
220:15 221:11
222:6,9,13 224:19
224:25 225:25
228:2 229:25
231:10,23 232:2,9
255:4 260:25
261:21 300:3
315:18 320:4
**associations** 143:4
172:10 180:8
220:3 235:9
253:25 262:14
**assume** 38:2 39:22
40:4 61:6 76:14
105:25 288:18
**assuming** 9:10 60:5
60:13 61:2
**assumption** 38:9
47:13,18,21,25
48:5,7,14,16
76:18 156:25
189:20 315:15
**assurance** 30:2
**assure** 210:24
**assured** 210:20
**attached** 363:6
**attempt** 215:22
**attempted** 130:23
**attention** 330:25
331:8,11
**attorney** 12:16
45:22 81:13 124:5
124:9 289:5
290:25 291:2,7
364:15
**attorneys** 10:2
14:16 25:16,17
119:8 288:18,23
288:25 289:1,10
290:23 291:8
**attorney's** 291:6
**attributable** 337:9
337:14,21
**attribute** 64:19

**Austin** 2:14 44:4
**Australia** 56:19
**author** 112:5 114:2
117:4,12,12,22
118:4 124:4
146:11 149:8,20
151:9 152:4,6
154:8 155:1 157:6
159:14 160:9
168:4 175:3
185:20 187:16,19
187:23,24,25
188:4,4 193:21
231:3 246:10
259:9 268:5 269:3
326:8 329:8
354:19
**authored** 117:5
**authoritative** 61:22
**authorities** 62:9
**authority** 82:19
**authorized** 13:15
82:20 130:17
**authors** 35:5,21
36:5 56:17 57:17
123:16,22,24
150:11,12 151:12
151:19,19 155:2
155:20 156:9
177:11,15 181:14
181:17,21 182:4,6
182:24 183:13
184:24 185:7
186:11 187:22
192:7 193:8 194:3
194:22 205:18
206:1,18 224:23
227:1 228:25
229:3 230:22
231:3 245:17,18
245:25 257:1,9,18
258:18 279:22
321:20 324:24
358:21
**available** 261:18
**Avenue** 2:14

**average** 181:5
311:12 314:22
315:2
**avoided** 62:25
67:12
**aware** 11:17 13:23
14:5 24:20 26:25
35:6,8,9 37:8,12
37:24 38:1,6
39:18 44:3 57:2,6
79:11,15 80:2,16
80:22 81:14,16
85:8,14 90:21,21
90:24 94:7 99:24
100:4 105:14
111:11 121:19
131:3,7 178:15
200:11,14 206:17
245:7 278:17,20
292:10 293:19
294:25 295:4,11
295:21,25 296:1
296:19,23 299:17
299:20 302:16
313:15 318:1
322:8 325:20,25
333:8 348:7
**awareness** 201:13
202:15
**a.m** 3:7 53:12,12
85:25,25

─────────

**B**

**baby** 42:25 45:12
46:2,25 47:13
54:20,22 82:3
188:17 189:3,14
309:7,17 310:1
**back** 15:24 16:4
25:19 26:6,18
27:5 28:3,10
37:22,25 38:5
43:20 48:18 49:13
53:13,15 65:14
76:7 78:2 80:4,11
83:6 86:3 88:19

89:1 95:4 99:21
99:25 100:9
106:21 109:24
113:19 128:25
130:5 158:14
165:14 166:3,5
187:7 190:24
203:9 228:17
229:19 232:5
238:23 239:9
249:3 250:1
262:21 275:21,21
280:6 283:25
291:15 303:23
331:19 358:7,8
360:15,17,20
**background** 24:19
214:19 264:2
280:7 338:17
339:5 345:25
346:8,14,21,22
**Bacon** 2:9
**bad** 39:13
**Bandera** 320:13
321:25
**Barnett** 95:11
**base** 259:5
**based** 21:2 22:20
31:10,10 38:19
41:17 47:12 48:16
50:7,13,19 51:9
51:12 52:10,14,15
52:17 53:4 54:14
55:3,5 62:2,3
63:14 64:23 67:19
68:10 73:21 98:25
99:10 101:3
111:14 121:4
165:19,20 170:4
178:13,21 197:20
198:2 199:24
206:10 215:6,23
216:3,22 217:9
272:6 291:25
292:11 298:5,6

Patricia Moorman, Ph.D., M.S.P.H.

315:15 316:4
319:21 320:12
324:14 336:5
349:9 360:3
**baseline** 338:11
**basically** 237:14
**basing** 38:20 42:20
49:2
**basis** 24:2 27:11
48:8,10 54:13
135:21 190:11
193:25 226:3
337:5 342:19
**Bates** 38:22 39:14
**bear** 61:21 116:15
143:2 165:22
331:4
**becoming** 294:18
**beginning** 16:4
107:15
**begins** 91:11 108:6
**behalf** 2:2,6,12,16
3:2 124:25 125:8
**behave** 303:6
**behaviors** 325:17
**belief** 28:17 29:5,16
111:6 139:10
158:21,22 267:2
**believe** 11:11 14:9
14:25 16:10 23:20
26:2,16 29:15
31:14 32:21 40:18
56:18 62:5,6 68:2
74:20,22 81:25
86:11,12 87:1
101:18 103:8
105:9 115:4 123:8
124:16 137:7
145:10 146:15
155:6 157:23
158:12 167:19
178:8 185:20
189:5 197:18
221:19 229:5
236:4,7 239:20
240:4,8,15 241:19

245:15,25 246:8
255:11,12 256:12
259:11,25 262:3
263:6 264:15
266:6,8,13 267:14
269:10 270:8,15
272:25 273:3
276:18 277:20
280:3 305:9,11
316:4 318:9,18
319:3,4,20 322:3
327:1 328:13
329:1 336:4
342:14 349:4
360:2
**believed** 63:22
155:17 156:6,16
157:10 158:2,8
**believes** 280:1
**Berchuck** 123:6
**Berge** 230:11
**Berry** 95:12
**best** 12:22 20:25
21:12 25:1 29:1
40:11 134:17
160:7 290:23
301:9,17 302:3,13
341:5 364:10
**better** 19:4 83:17
157:5
**beyond** 46:17
144:15,17 308:19
**bias** 33:1,5 58:4,5,6
59:21,23 104:14
104:20 106:10,14
137:20 138:21
139:4,13,16,18,18
139:20,24,25
140:4,9,12 141:2
141:5,15 183:1,24
200:6,10 201:10
202:12,18,19
322:9,16,19,24,25
323:5 324:3,12,13
325:13 329:15,24
330:8 331:11

**biases** 58:10,11
142:2
**big** 105:21 314:14
**billed** 10:3
**biologic** 43:22
51:24 52:6 71:8
71:11,19 72:17,25
73:7 74:2 144:14
220:15 237:24
238:1,15 239:8
249:1,12,21 250:8
250:21,25 251:2
**biological** 43:18,24
71:11,22 73:25
144:11 265:18
267:15,25 279:6
312:1 358:23
**biologically** 44:12
49:9 51:20 220:8
238:19 310:15
319:25
**biologist** 36:2 71:13
72:9 238:24 248:3
249:3 265:23
303:24
**biology** 36:14,14
74:5 280:9
**bit** 24:2 57:18
71:23 85:21
105:11 111:25
129:7 135:5 146:2
156:2 169:3 219:2
222:12 242:8
254:13,21 260:3
280:6 329:5 343:1
344:22
**black** 162:7 178:20
**bladder** 293:13
**blue** 12:18,25
**BMI** 318:21 319:4
**BMIs** 318:19
**Bo** 152:7 320:13
**board** 4:18 94:5,17
96:1 98:13 114:17
**Bob** 289:3
**bodies** 61:22 86:5

247:25
**body** 6:2 18:18
22:20,23 31:21
33:9,17 34:3
41:18 54:15 74:9
74:20 89:8 108:6
109:17 110:20,21
112:8,24 114:9
116:21 117:5,6,13
119:5,18 121:5
125:14,19 127:13
138:11,14,17,17
146:13,23 148:9
149:15,21 150:22
151:3 153:9,12
155:2,7,17 156:7
157:10,23 158:8
159:11,16 160:5
174:5 176:4,7,10
176:13,24 177:2,5
178:1,1,9,14,15
178:22 179:7
180:14 181:11,22
183:7,17,25
185:18,23 187:12
188:11,14,15
189:8 190:8,20
197:15 198:8
199:3 202:21
205:14 215:16
219:23 226:12,14
227:24 228:20
241:13,22 243:25
250:17,21 270:10
270:20 272:6,7
275:13 290:20
291:23 292:8
293:3,7,11,16
294:1,5,8,14
295:2,8,12,22
296:6,11,21
308:18,24 313:9
317:7 318:5 320:8
324:22 325:1
331:5 335:14
336:17,23 353:10

356:22
**borderline** 193:16
**bottom** 87:3 147:15
152:25 180:22
182:23 257:1
335:3
**Boulevard** 2:9
**bound** 179:12,23
**Box** 11:1
**Bradford** 44:4
51:25 52:2,5
143:12 144:8
219:3,5,8,13
220:21 233:21
236:16 237:25
248:25 249:13,22
250:9,22 251:10
251:15 252:11
319:13 349:20
350:13,23 353:19
353:22 354:6,11
354:23 355:3,21
356:5,15,19,25
358:17 359:1,9,13
**brains** 322:20
**Brauser** 1:24 3:3
364:4,21
**BRCA** 263:7
306:22 308:25
326:15
**BRCA1** 212:1
263:2,16 264:3,15
264:22,22 265:14
266:7,20 307:7
308:4,18,20
325:21,24 326:10
326:15
**BRCA2** 212:1
263:2 264:12,25
265:25 266:7,20
307:7 308:4,19,20
325:24 326:10
**break** 53:6 85:18
85:22 189:11
190:11 203:9
215:1,6 216:3,25

221:1 262:17
312:25 349:22
353:3
**breaking** 145:2,4
189:8
**breakout** 198:22
**breaks** 224:13
**breast** 222:25
223:2 274:11
275:18 293:7
314:24 315:2,4,6
315:9,10 323:14
323:15 326:9
342:24
**breastfeeding**
183:9
**bring** 105:24
282:22
**bringing** 113:18
**brings** 237:2
**broad** 275:21
**broadcast** 200:21
**broadly** 278:11
**broke** 198:9
**broken** 189:16
**brought** 19:7
105:20 282:19
283:8 284:16
298:3
**bulk** 120:25
**business** 9:7 10:25
11:1
**B-R-C-A-1** 263:3
**B-R-C-A-2** 263:3

**C**

**C** 364:3,3
**caffeine** 277:19
**calcium** 327:24
329:2,2
**calculate** 164:15
247:23 339:8
**calculation** 258:8
258:24
**calculations** 217:1
**California** 6:8

192:19,25
**call** 12:17,24 24:9
172:5 221:21
233:23 312:16
**called** 3:2 18:5 58:3
127:25 194:7
230:11 293:20
294:10 320:7
322:8,19 323:5
326:8,21
**Cambria** 3:4
**cancer** 4:20 5:3,7,9
5:12,16,24 6:3,4,7
6:11,13,17,19,21
17:20,24 18:4,6
18:19,19 28:21
29:8,13,18 30:3
31:12 32:3,12,25
33:7,15,18 34:8
34:10 35:7,13
36:1,14,21 37:19
40:11 41:21 43:23
48:23 49:10,16
50:4,10,25 51:18
51:21 52:7,21
53:18 54:7,9,17
54:23 55:8,12,14
55:16,23 56:2,4,7
56:13,25 57:4,12
57:14 58:8,16
59:3,8,10 61:17
61:19 62:14 63:12
63:20,21 64:4,14
64:20 65:4,18,22
66:4,7,24 67:7
69:3,10,16,17,21
70:5,5,8,8,12,14
70:23 71:6,9,12
71:20 72:6,8,16
73:8,13,20 74:5,9
75:5,7 77:3 79:13
79:20,25 80:4,18
81:8 82:17 84:17
84:23 85:5,12
87:16,21,22 88:12
88:19,23 89:3

92:25 93:4,8
95:20 96:2,6 97:8
97:16 98:7 99:15
99:18 100:9,18
103:6 105:1 110:7
110:11 111:6,7,10
111:13 112:3,7,14
112:24 113:5,12
113:13 114:10
115:13,22 116:3
116:11,22 117:6
117:14,24 118:6
118:10,19,24
119:6,12 120:1,8
120:17 121:16
122:16,21 125:15
125:21 126:3,13
126:16,18,23
127:1,11 128:1,9
128:12,18 129:3
130:3,7,14,21,25
131:5,25 132:3,11
141:24 146:12
147:11 148:5,10
149:11 152:14
153:5 154:4,14,19
155:8,19 156:8
157:24 158:3,9
159:12,17,24
160:6,20 162:6,22
162:25 163:2
166:15,18 167:9
167:18,21 168:16
168:17 169:6,7,8
169:12,13,17,19
169:25 170:17,19
170:25 171:2,7
172:23 173:1,2,3
173:20 174:7,13
174:23 177:7
178:1,10 179:7
180:6,25 181:11
181:24 182:5
185:18,24 187:13
187:13 188:8,12
191:25 192:11,18

192:24 194:8
195:2,17,24
196:25 198:16
200:17 204:18,23
204:25 205:14,20
206:3,20 208:4,25
209:12,16,20,23
210:1,4,9,14,21
210:25 211:4,9,12
212:18 213:4,16
213:25 214:10
215:2,7,24 216:6
216:7,20 217:2,10
218:1 220:6
222:25 223:2,3,17
224:20 225:14
226:1 228:3
229:25 230:12
231:11,24 232:2,8
233:6,12,17,18
234:14 235:2,4,16
235:25 238:3,10
238:16,21,24
239:7,16,23 240:6
240:10,14 241:14
241:18,23 242:2
242:12,20,22
243:15,21,25
244:3,9,16,24
246:18,25 249:3,7
249:10,15 250:1,5
250:15 251:4,7
252:12 255:5
256:11,18 258:1
259:9,12 260:23
262:25 263:4,8,12
263:16,19 264:23
265:1,4,8,9,13,15
265:23 266:6,17
267:3,10,13,20
268:1,3,6 269:4,7
269:17,24 270:13
270:18,25 271:4,6
271:7,12,19 272:4
272:8,11,12,15,23
273:8,10 274:1,6

274:8,11,12,19,20
275:2,5,11,19,24
276:13,15 277:1
277:23 278:1,2,4
278:8,24 279:2,13
279:19,23 280:2
281:5,6,11 290:25
291:3 293:7,11,13
293:17,19,20,22
294:1,5,8,10,11
294:14,18 295:1,5
295:10,14,14,19
295:23 296:2,6,15
296:16,20 297:14
297:21 298:6
299:19,19 300:4,6
302:20,21 303:2,4
303:4,9,13,15,20
303:24 304:2,6,10
304:16,22,24
305:3,7,9,11,12
305:15,17,19,25
306:1,20,22
307:13,20 308:5
309:8,14 310:6,11
310:14,19,25
311:6,20,23 312:7
312:11,17 314:19
314:22,24 315:2,3
315:4,6,7,9,10,14
315:19,25 316:9
316:18,25 317:17
318:22,25 319:5
319:21 320:2,5,10
320:23 322:12,20
323:14,15 324:22
325:1,23 326:9
327:6,16,24 328:4
328:11,17 329:3
329:11 330:6,22
331:9,13,18 332:5
332:13,16 333:10
333:17 335:14
336:24 337:8,25
338:2,11,16 339:6
339:12,15,23

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 842 of 1022 PageID: 61965
Patricia Moorman, Ph.D., M.S.P.H.

Page 370

340:9,20 341:15
342:3,16,19,24
343:5,9,12,22
344:6 345:17
346:22 348:13,21
349:3,7,11,14
350:18 351:10,15
351:22 352:1,17
352:22,25 356:17
357:2,15,16
359:19,21 360:3
**cancers** 5:20 69:4
168:2 172:25
211:8 216:5,11
217:22 272:19
294:19 295:17,23
296:17,24 303:7
340:25 351:8,9
**capable** 93:18
**capacities** 281:18
**capture** 237:15
**carbohydrate**
327:5
**carbohydrates**
326:20
**carcinogen** 101:15
101:25 102:5,22
105:14
**carcinogenetic**
101:22,24 109:17
**carcinogenic** 4:24
101:5,11 108:7
115:18
**carcinogenicity**
108:18
**carcinogens** 219:20
304:14
**care** 130:14
**career** 126:21
280:17 281:2
**careful** 44:9 87:5
**carefully** 32:18
**Carolina** 1:17 3:4,5
8:13,16 11:2
113:12 151:2
162:25 169:6,6

174:6 195:24
259:8 364:1
**carryover** 195:15
**case** 1:6 9:11,14,24
10:2,9,20,23 11:5
11:8,18,22 12:17
13:24,25 14:6,7,8
14:10,13,14,17,24
15:5 16:2,9 20:23
21:20 22:5,17
23:7,14 27:17,23
28:7,13 39:1 40:1
40:15,20 41:14,24
42:25 43:13,22
45:5 46:13,21
47:3,9 53:17
82:11 83:14 84:1
95:4 118:23 119:4
119:16 120:20
121:22 123:14,18
123:21 124:18
131:11,16 132:9
142:9 162:11
165:3 174:3 178:9
202:1 207:3,24
208:19 210:18
215:5,11 219:6
226:10 227:15
229:9 238:1 240:3
241:6,17 249:23
259:20 260:7
273:9 283:11,15
283:16,18,21
284:3,9 286:21
287:3,4,23 289:2
290:8 291:1,22
304:25 310:16
318:2 324:6,11,16
325:4 330:6 345:3
345:15 348:25
355:3,6,18 356:7
357:1 358:1
**cases** 6:22 57:24
66:9 76:7 139:21
148:6 162:17
163:8,14,15 164:1

164:5,6,9,10,11
164:12,16,19,25
197:21,24 199:17
199:24 200:17
202:20 237:8
256:19 303:25
305:24 306:1
314:19 316:5,25
323:11 338:1
**case-control** 5:14
5:25 6:11,14
18:20 31:9,17
32:1,7,8,17 139:2
139:3,12 140:1,3
140:5 145:8 154:6
174:24 194:9
197:1 201:3,17
202:6,11 224:10
224:13,18 225:13
225:23 226:10
233:10,14 254:1
**Case-Only** 326:10
**catching** 223:25
**categories** 102:3
137:18 221:25
222:2 233:22
249:20
**categorization**
101:18
**categorize** 221:17
**categorized** 222:5
**category** 101:5
102:14,18,24
109:10 249:17
**causal** 67:6,18
68:10 69:2 79:12
79:19,23 80:3
84:16 87:14 88:11
104:13 142:23
143:9,19 144:20
218:6 225:25
228:2 266:5
**causality** 44:7
111:14 144:5
222:14 229:1
249:14 344:2

**causally** 100:8
266:6 273:7
**causation** 132:13
136:12,13,17,21
137:4,9,11,11,14
143:23 261:22
355:17 356:6
**cause** 53:17 54:16
54:23 71:9 72:5
72:15,25 73:8,20
85:5 100:18 111:7
112:14,23,24
116:4 117:6,24
118:11 119:12
120:7,17 121:8
125:21 131:4
207:18,22 211:3
211:13,17,22,25
212:18 213:4,24
214:3,10 217:22
230:7 238:20
239:6 242:1,6
243:6,13,20
246:17 248:5,16
264:23,24 265:8
265:10,11,15
266:16 267:3,18
268:1 271:4,6,7
271:12 272:3,11
272:22 274:1,8,12
274:18,22 275:2,2
275:5,24 276:12
276:16,20,25
277:17 278:2,8,23
279:4,12,19,24
280:2 293:7,11,16
295:13 299:4
302:19 303:10,14
303:19 304:6,16
304:22 305:6,11
305:12,14,16
310:10 311:5,19
311:23 318:21
319:4,21 320:2,9
320:22 334:1,2
342:19 343:2,22

344:6 346:22
351:8 356:11
359:21 360:3
**caused** 132:10
133:1 207:17
210:25 357:2
**causes** 55:7 71:19
73:12 87:21 89:3
115:12 126:15,18
167:20 185:24
205:14 207:17
241:17 246:13
265:1 267:12,20
269:17,24 270:18
270:24 272:15
278:4 279:5 303:1
303:21 304:9
305:3,9 342:15
351:9 352:17
359:24
**causing** 54:8 238:2
238:15 294:1,5,8
294:14 302:21
352:1
**cautious** 120:11
279:4
**CDC** 126:22
144:25
**cell** 34:4 35:6,11
36:2,14,20 215:13
239:25 248:3
249:3 280:9 304:2
304:2
**cells** 35:7,13 36:8
247:25 303:1,2,6
**cellular** 72:14
239:6
**Central** 6:8 192:19
192:24
**certain** 63:21 82:24
271:18 272:3,10
272:17,20 325:16
**certainly** 38:9
151:20 167:16
172:11 207:19
228:23 237:2

244:7 266:24
318:24 329:23
343:17
**certainty** 34:25
38:3 41:19 44:19
66:17 71:18
120:16,21 121:6
147:1 162:15
230:7 242:1,11
336:1
**certificate** 299:3,4
299:9
**certificates** 298:7
298:12,17 299:13
**certify** 363:3 364:7
**cervical** 294:5
**cetera** 23:15
**challenging** 105:11
269:13
**chance** 20:19 24:4
33:1 104:14 106:9
106:14 107:14
133:2,12 134:1
137:20 138:3,9,13
169:2 200:4 225:5
225:10 250:7
255:1 306:9 322:5
**change** 146:6 362:3
**changes** 20:17
363:5
**channels** 200:21
**characteristics**
178:11 180:13
183:2,7 259:10
318:10
**characterize**
126:24 170:12
219:15 221:15
250:17,19 299:15
**characterized**
56:14
**charge** 40:9
**charging** 9:23
**check** 219:12,14
**checked** 44:8
**checking** 219:16

**checklist** 219:11
**CHECK2** 266:12
**child** 311:5
**children** 309:9,13
309:17,18 310:5,7
310:10,13,18
311:5,9,12,19
**choose** 318:7,16,17
**chose** 258:18
**chosen** 204:12
**chronic** 72:12
239:3 244:2,6,8
244:12 320:22,25
333:16 334:10
**chrysotile** 63:8
**cigarette** 271:11
275:17
**cigarettes** 304:14
**CIRCUIT** 1:1
**circumspect** 343:1
**circumstance**
258:25 259:1
**Cirsch** 289:9
**cite** 23:21 24:9 62:9
115:10,20 117:22
118:4 148:7
192:14 195:15,20
196:2 205:17,25
218:17,20,25
244:21 245:2,5,14
245:24 253:3,18
255:8 256:7
279:25 358:16
**cited** 27:14 31:1
37:23 194:6
195:12,22 196:1
196:16 197:3,9
334:25
**citing** 193:3
**citizen** 80:17,25
81:6 86:6
**city** 1:1 2:10 11:12
**clarified** 19:4
**clarify** 107:19
173:12 319:9
342:17 353:9

**clarifying** 18:23
**class** 101:5
**classes** 127:22
**classifiable** 108:17
**classified** 108:11
**clear** 119:22 215:11
238:9 342:13
359:25 360:21
**clearer** 356:25
**clearly** 15:22 30:8
129:1 237:18
242:4 258:7
**clinical** 281:25
**Clomid** 275:5,20
**close** 161:12 225:20
331:21
**cluster** 313:16
**clustering** 313:17
**coauthor** 147:10
280:25 320:16,17
322:2,5 326:24
354:18
**coauthors** 150:5
156:19 157:13,19
158:22 159:7
**coffee** 275:10,11
**Cohen** 2:18 13:7
**coherence** 220:9,17
349:21 350:8
**cohort** 32:8,10,11
32:17 68:11
139:12 230:23,25
231:6,9,19,22
232:9 233:4 235:1
235:10,17 236:1
236:19 237:3,8
324:7,16 325:3
**cohorts** 324:13
**coinvestigator**
322:3
**Colditz** 278:15
335:14 352:10
**collaborator** 94:23
**colleagues** 301:22
301:22 302:1
**collect** 331:7

**collection** 113:11
**collective** 181:15
**colorectal** 295:10
295:14
**column** 164:4
177:5 180:11,23
182:24 198:9
**combination**
252:16 253:23
**combined** 253:1
254:1 261:7
**come** 15:24 28:10
41:12 62:12 71:17
73:6 95:20 98:25
99:9 104:20
111:22 120:6,6,14
135:8 141:24
207:4 208:21
216:21 228:21
230:1,2 232:5
251:20 254:5
263:19 267:19
278:12 330:12
**comes** 24:6 43:17
237:20
**comfort** 85:18
**comfortable** 161:22
271:3 342:7
**coming** 33:14 125:2
207:10 255:15
260:20 285:8
286:1
**commencing** 3:6
**comment** 109:10
132:12 135:6
136:17 277:25
**commented** 129:8
129:9 137:3 251:5
**commenting**
132:14
**comments** 87:8
96:14 283:22
**commission** 363:16
**committee** 94:25
**committees** 281:19
281:20

**common** 59:6
62:20 69:16 222:9
313:21
**commonly** 45:18
73:16 310:3
356:11
**communicated**
335:12
**communication**
13:3 16:7,12
**communications**
13:15 288:1,3,12
288:14,16 352:10
352:11
**community** 8:22,24
9:3 227:20 278:7
278:11,22 279:11
279:25 298:13
301:5
**companies** 2:7
300:24 301:5
**company** 25:17
28:2 30:13 38:23
38:25 39:19 40:5
40:16,17 47:23
78:4,14,21 79:2
285:19 290:7
300:14,14,14,15
300:19 344:25
345:7,11
**comparable** 273:2
**Comparative** 5:21
168:2
**compare** 8:25
77:13,15,22,23,25
339:3
**compared** 70:7
161:14 309:8
310:1,6 315:3
324:6,9,11 325:4
327:6 339:10,12
339:15
**comparing** 339:9
**comparison** 259:10
**compatible** 138:13
167:3,4,5,8

Patricia Moorman, Ph.D., M.S.P.H.

179:23
competent 95:16
  151:20
complete 30:1
  100:7,15 280:20
  280:22
completed 114:19
  147:18 237:17
completely 97:23
  98:9 277:24
components 239:6
  292:7 293:2
comprehensive
  35:16
comprise 216:11
computer-aided
  1:25
conceivable 225:9
concept 320:20,24
concepts 359:3,14
concern 29:13
  58:11 139:25
  141:4,15 182:25
  184:3 202:9,12,14
concerned 142:1,4
concerning 32:25
  121:15 125:14
  198:15
concerns 184:5
  279:24
conclude 80:24
  101:10 212:10
  226:4
concluded 31:16
  84:15 85:4,11
  99:25 101:3
  112:13,22 125:20
  182:7 214:15
  228:11 231:4
  236:16 361:2
conclusion 60:1,1
  67:13 81:3 84:20
  99:10 101:8,14
  108:24 109:2,22
  109:24 111:14,19
  120:14 134:20

135:1,6,13,21
  140:10,13 207:16
  214:14 216:13,15
  216:19,25 217:15
  219:17 225:24
  228:21 272:5,10
  316:22 324:14
  337:2 342:18
  355:17 357:1
conclusions 32:23
  33:7 34:8 58:12
  95:20 98:25 135:3
  216:22 231:13
  236:5 260:20
conclusive 87:13
  88:11
condition 134:22
  241:13 244:13
  314:8,22 323:1,2
  334:4,10 350:11
conditions 244:2,7
  244:8 333:4 334:7
condoms 259:22
  260:12,22 261:4
  261:16
conducted 100:6
  128:16,22
conducting 91:6
confess 324:2
confidence 104:15
  106:10,15 133:16
  133:23,25 134:10
  134:14 167:2
  169:21 177:18
  179:12,24 197:10
  199:6,11 205:4
  224:21 225:8
  273:18,23 331:25
  332:3
confident 220:5
confidential 231:6
conflict 184:16,25
  185:12 186:20
conflicts 185:8
confound 317:17
confounded 75:7

confounder 76:25
  145:13,16 146:6
  146:13 149:16,22
  314:9
confounders 77:10
  140:23 141:2
  142:2 145:9,12
  153:4
confounding 33:2
  58:17,21 59:1,5,9
  59:14,16,21 75:11
  75:24 76:22
  104:14 106:10,14
  137:20 138:22
  140:17 141:5,8,15
  142:5 314:4
  329:16,24 330:9
confuse 334:5
confuses 140:19
Congress 2:14
conjunction 313:9
connected 9:1
connection 9:14
  15:5 16:3 86:6
consensus 73:7
consider 22:1,8,19
  23:22,22 33:4
  34:13 36:18,19,22
  37:1,15,18,20
  43:5,10,12 44:3,6
  44:11 76:25,25
  82:8,9 87:20
  128:6,8,11,13
  137:23 138:14
  141:8 144:17
  145:12 146:3,5
  149:22 172:11
  173:2,3 174:4
  200:3 202:12,14
  215:19 220:17
  222:6 226:5,10
  230:4 236:22
  237:20 251:11
  252:17 261:8,15
  264:22,24 265:7
  272:2 274:11,24

274:25 275:22
  276:12 278:11
  280:5 308:6 311:4
  324:5 330:12
  331:3 337:15,18
  344:4 348:6,17
  350:24 351:8
  356:22 358:21,23
considerable 258:5
considerably 273:4
consideration
  43:16 44:9 87:6
  142:22 143:7,9
  144:10,11,14
  170:13 200:5
  262:8 358:12
considerations
  44:5 143:15
  350:15 355:20
  356:20
considered 43:24
  43:25 50:15 52:14
  58:16 63:1 64:1
  82:13,14 87:25
  88:22 104:12
  105:9 132:18
  146:17,23 147:2
  153:3 156:13
  163:6 174:5
  182:18 187:24
  200:5 203:4
  211:17 215:16
  216:2,17 217:4,5
  219:10,16,22
  220:4,7,9 226:12
  229:24 251:19
  252:4 260:13
  263:11 274:18
  294:23 319:16
  327:19 345:20
  350:1 351:13
  357:8,19 358:25
considering 31:21
  44:13 72:8 84:7
  120:24 138:10
  141:2 189:15

207:9 243:23
  250:16 252:13,22
  254:16 258:23
  260:8,16 319:13
  330:3
considers 143:1
consistency 219:22
  220:14 223:5
  236:11,17,22
  358:22
consistent 70:13,17
  70:23 166:22
  222:13 235:6,17
  236:1,8 246:23
  272:17 275:13
  310:18 312:8
  332:1 359:12
consistently 71:14
  220:6 271:1 274:6
  274:15 277:22
  278:1 310:21
  319:24 324:15
  343:11
consisting 327:4
consortium 18:5
  348:16
constituents 42:22
  43:6 47:15 48:14
  129:4 292:7,11
  293:5 352:20
consult 301:3,5,23
  302:2,10
consulted 300:13
  300:19
consulting 9:7
  302:4,15
consumer 2:7,7 7:3
  81:14 300:15
consumption
  269:17,23 275:16
  323:25 327:5
  328:3,10,10
contact 12:3,11
  13:2,5,8,12 16:6
  16:12 301:2
contacted 11:20

12:1,2 28:6,12
78:5 103:7,20
104:2 119:4,7,16
119:23 120:4,19
121:13,21 122:1,8
122:9 124:5 126:1
126:6,10 127:3
207:2 227:15
290:24 291:7
**contacting** 291:2
**contain** 20:22
47:14 49:5,15,23
51:11 75:15
188:23 189:1,4
280:20 292:2
**contained** 41:9
49:11 76:9
**containing** 55:4
91:8,16 107:22
108:15 176:14
177:3
**contains** 29:6
280:22
**contaminated**
42:18 44:22 45:13
90:10
**contamination**
45:6,8,16,19
51:22
**contend** 93:17,23
98:12 162:20
255:2
**contention** 75:6
93:21 94:1 98:18
**context** 22:1 30:19
39:5 73:14 75:11
79:22 282:17
355:16
**continue** 230:2
238:12 344:17
348:17
**continued** 110:19
331:6
**continues** 230:5
**contraceptive**
222:25 247:10

**contradicts** 350:10
**contrast** 211:24
**contrasting** 212:2
**contribute** 74:9
138:17 241:13,22
**control** 59:16,20
77:7 202:1 247:8
247:15 324:6,11
324:16 325:4
350:6
**controlled** 59:14
139:11
**controls** 6:23 57:24
148:6 162:17
163:9 164:1,5,7
164:12,17,20,25
169:17 181:6
197:21,24 199:19
256:19 322:13
323:6,11
**conversation**
123:11,13
**con't** 5:1 6:1 7:1
**coordinator** 281:9
**copied** 284:5
**copies** 114:6 196:17
283:14 284:4,5,6
**copy** 19:7,12,13,15
19:23 94:12,16
105:20 175:12,13
175:14,14 196:19
223:10 282:19
284:1,2,7
**corner** 97:3 175:7
175:10 195:15
**cornstarch** 176:8
176:20 188:16,19
188:22 189:9,14
189:20 190:16
242:23,24
**correct** 8:14,16,17
16:4,5 17:8,11,15
18:13,14,20 37:13
39:16,17 50:5,11
50:22 51:25 52:3
52:4 53:24 54:10

54:21 57:24 58:4
58:8 59:5,18,24
61:13 71:25 72:1
76:4 78:6,7,9,12
87:22 92:17,25
93:2,8 96:7 97:17
97:23 98:10 99:6
101:5,11,20,21,22
101:25 102:3,7
107:23 108:8
109:11 111:7
112:3,9,10 120:3
120:8 121:10,11
121:16 122:1,10
122:12,18,19,22
122:25 123:10
124:25 125:4,9,12
126:8 130:11,12
130:15,18 131:1
132:8,19,20,23
133:2,12 134:1,7
134:11,12,15,16
134:22 135:8,9,14
136:21 137:5
138:1,2,4 139:18
139:19,23 140:1,7
140:13,20,21,23
141:6,25 144:16
145:11,24 146:13
147:12,20,21,23
147:24 148:7,11
149:8,12,17,19
150:14,18,20,23
151:4,9,21 152:4
152:5,7,15,16,19
153:7,8,10,11,13
153:14,20 154:6,7
154:10,20 155:3,4
155:21 156:5
157:7,8 158:22
159:12,13,17,18
159:25 160:1,2,9
160:10,17,21
161:3,4,11,16,24
162:18 163:9
164:21 165:1,2,4

165:11,15 166:4,6
166:18,23 167:9
167:18,21 168:4,5
168:17 169:8,9
170:1,9,19 171:2
171:11 173:14
175:1,2,4,5,8
176:8,11,15,17,21
177:3,4,8,23,24
179:8,18 180:7,15
180:20 181:8,12
182:7 183:16,17
183:25 184:9,13
184:21 185:5,8
187:14,15,18
188:9,17,18,20
189:1,4,5,10
190:6,12,13,17
191:3 192:20,21
193:4 194:9 195:6
195:7,18,19,21
196:3,15 197:1,2
198:11,12,16,24
198:25 199:3,11
199:12,17,18,21
199:22 202:16
203:3,6,15 204:1
204:7,15,25
209:24 210:2,6,11
210:14,22 211:10
211:18 218:6
219:3 224:11,12
224:15,16,25
225:1,5 226:1,19
226:24,25 227:3,6
227:9 230:23,24
231:1,6,7,12,14
231:20 232:7
233:1,2,7,8,12,13
233:18 240:6,7,10
240:11,14 243:25
244:3,13 246:14
246:19 247:18
248:2,7,12,18
257:12,21 258:19
259:18 260:10

265:5,6,25 266:2
266:21,25 267:1
267:10 268:6,7,10
270:7 276:7,20
280:7,10,13,15
282:18,20 284:10
284:17 288:19,20
293:23,24 294:11
294:12 295:9
296:7 297:5,11
298:3,4,7,14
299:6 300:7 301:3
301:11,24 302:5
302:20,23 303:6
303:10,15,20
304:10,17 305:4,8
305:10,15 307:9
307:10,13,22
308:11 309:1,9
310:20,25 311:6
311:23 312:11,18
313:16 314:5,12
314:15,24,25
315:9,14,19 316:1
316:10 317:18
319:5 321:1,8,21
322:6,9,15,22
323:9,17,20
324:22 325:5
326:21 327:23
328:4,5,7,12,24
328:25 329:25
330:9 331:1,18
332:2,8,16 333:2
333:17 334:11
335:1,10 336:10
336:25 337:10
338:3,12,13,14,18
339:5,7,16,24
340:4 341:2 342:2
342:4 343:6,7,9
343:13,18,19,23
345:3,4,8,10
347:20 348:3,4
353:17 357:2,6,16
358:2 363:4

Patricia Moorman, Ph.D., M.S.P.H.

**correcting** 223:24
**correction** 18:23
**corrections** 363:5
**correctly** 33:21
83:8 87:17,18
89:22 183:11,12
228:4,5 257:7
321:25
**correlation** 143:23
143:25
**cosmetic** 60:5 90:9
91:7,16 208:12
**cosmetic-grade**
91:7,15
**counsel** 10:20
19:19 26:5,20
28:13 38:11 39:16
78:6 81:12 103:7
103:20 104:2
119:4,16,23
120:20 126:1,2,4
126:11 127:3
227:15 287:2,5,9
288:2,4,17 308:9
364:12,15
**counselor** 307:25
326:4
**country** 200:16
**COUNTY** 364:2
**couple** 111:21
178:7 221:11
285:10,14,16
286:1,12,14 324:8
355:10
**course** 74:7 111:23
126:21 127:24
128:1 184:20
212:13 280:17
281:2,7,7,9,12
289:16 347:18
348:3
**courses** 127:16
281:3
**court** 1:1 14:23
15:20 253:13
282:11,13

**covered** 289:22
347:25 348:2,7
**Cramer** 196:3
206:7 255:12,13
255:18,23 278:13
335:15 352:11
**create** 239:3 241:12
**created** 283:17
**credible** 104:13
**Creek** 2:4
**criteria** 44:7
102:23 103:2
143:13 144:9
220:21 221:18
233:22 236:16
249:13 251:10,15
252:11,14 319:14
343:20 344:3
349:20 350:22
351:11 354:6,11
354:23 356:3,5,16
357:1,5 358:17
359:3,13 360:4
**criterion** 251:19
**critical** 98:20
121:22
**criticism** 93:12
**CRR** 1:24 364:4,21
**crunching** 41:3
**cumulative** 193:14
**current** 8:11,21
19:13,14 96:23
227:24
**currently** 18:4 91:6
94:17 127:18
333:7 345:12
348:11,19
**curriculum** 19:12
284:16
**cursory** 39:4
**cut** 204:14 214:13
**CV** 4:11 19:8,14
280:20 281:1
**cycle** 247:23
**cycles** 246:24
247:17,21,24

270:24 313:8,10
313:24 314:1
**Cypress** 2:4
**cytokine** 240:2
**cytotoxic** 36:12,25
**cytotoxicity** 240:9
**C-H-E-C-K-2**
266:12

___

**D**

**D** 277:18 327:24
**daily** 262:8
**dairy** 327:24
**damage** 72:15
239:6 303:8,9
304:21 312:10
**Dan** 278:13
**dash** 192:10
**data** 41:4,8 49:7,20
50:2 52:10,12,12
52:13,20 71:2,7
87:13 113:5,6,11
113:14,18,20
114:7,18 121:3
134:17 144:17
151:15,17 164:3,8
165:1,24 166:10
173:4 183:1 189:6
189:23,25 190:2
190:15 191:14
194:1 195:24
199:1 207:10
213:8,13,21 214:2
215:20,25 216:2
216:17,18,22,24
217:5,5,7 228:13
242:15 260:19
261:18 271:13
275:7 295:21,25
296:19 297:12
308:17,23 309:4
312:3 314:3
317:10 318:1,1
324:5,18 331:7
332:10 346:12
356:21

**dataset** 174:6
**date** 16:11,13 79:21
80:8 100:3 127:4
155:6,12,16 158:6
158:7 175:19
198:10 199:2,5,16
199:25 290:24
363:8
**dated** 76:7
**dates** 81:19
**David** 95:1
**DAVIDSON** 364:2
**day** 3:6 187:11
248:1 254:24
338:4 363:15
364:19
**days** 20:9 83:6
285:10,14 286:1
286:12,14
**deal** 233:25 236:22
312:3 330:19
350:2
**dealing** 114:16
141:16
**death** 298:6,12,17
299:3,4,4,9,13
**decades** 21:3 76:7
212:24 230:1
**December** 11:23
16:4,10 175:7,15
175:15,17
**decided** 146:24
150:8
**decision** 102:6,14
150:6
**decisions** 102:13
**decrease** 5:3
147:11 170:1
**decreased** 167:8
330:16 332:2
**Defendant** 2:12 3:2
**Defendants** 1:8,16
2:6
**Defendant's** 7:2
**Defense** 9:17 38:4,7
38:12,16,17

**deficiency** 277:18
**define** 34:3 136:14
250:13 338:8
351:17
**defined** 114:15
139:24 188:14
212:1 214:13
281:17
**definitely** 174:17
184:3 234:25
254:5 344:4
**definition** 306:3
**definitions** 137:8
**degree** 41:19 59:13
71:18 72:4 120:16
120:21 121:19
142:10 189:13
202:5 241:25
242:10
**delve** 31:6
**delved** 119:21
**demonstrated**
74:19 195:2
**denying** 87:11
**deodorizing** 176:10
188:17,25 189:9
**department** 8:22
8:24 9:3,17
281:25
**departments** 9:4
**dependent** 72:17
72:22 162:11,16
**depends** 69:15
201:22 222:8
309:22 329:19
330:3
**DEPONENT** 363:1
**deposition** 1:15 3:1
7:5 11:5 13:20
19:20 208:8 282:9
282:24,25 283:3
285:10 287:4,4
347:4 353:11
361:2 364:6,9,13
**deposits** 89:17
90:12

Patricia Moorman, Ph.D., M.S.P.H.

**depth** 267:22
**derived** 252:24
**describe** 103:3
  147:1 218:14
  250:24 278:2
  336:18 342:23
**described** 36:10
  46:4 73:1,12,16
  75:1 77:20 102:4
  102:10 115:17
  143:15 208:23
  220:11 241:10
  247:16,20 279:1
  311:25 312:14
  322:17 337:13
  342:22 348:14
  350:9 355:20,21
**describes** 350:13
**describing** 249:25
  317:23 338:22
**description** 4:8
  221:14
**design** 139:8,11,16
  226:5
**designated** 11:17
  13:24 14:2 18:17
  61:22 83:20 84:2
  84:14
**designation** 83:2
  102:18
**designed** 163:3,3
  188:1
**despite** 158:21
  193:21 194:3
  237:7
**detail** 30:8,18 36:9
  36:15 46:4 119:21
  120:13 122:5
  220:11 269:20
  270:4 273:14,22
  274:4 295:18
  319:11,18,24
  327:12 357:10
**detailed** 122:7
**details** 68:2,23
  105:10 245:23

**detect** 163:4 316:8
**determine** 75:20
  76:19 130:24
  298:14 352:2
**determined** 65:3
  76:16 205:18
  206:1 222:15
  262:24
**determining** 131:4
**develop** 112:17
  210:13 242:20,22
  265:12 304:24
  342:3
**developed** 51:16
  89:20 131:25
  299:21 339:14
  341:15,16
**developing** 82:10
  84:1 188:6 209:11
  209:15,19 214:25
  219:6 240:3 268:3
  285:9 286:20
  288:5
**development** 79:6
  195:1 239:7,23
  244:24
**Diabetes** 277:17
**diagnosed** 57:15
  305:25 306:1,20
  306:25 307:2
  308:5
**diagnoses** 298:14
**diagnosis** 299:14
  305:18,21
**diaphragm** 261:20
  262:7
**diaphragms** 259:23
  260:11,22,24
  262:9
**diet** 326:21 327:4,7
**Dietary** 5:8 152:13
**differ** 148:5 318:6
**difference** 66:8
  146:19 161:15
  162:5,15 202:20
  212:15 260:15

**differences** 5:22
  61:16 99:3 174:22
  180:18 318:14
**different** 14:3
  25:11 27:14 60:6
  60:10,17,20,25
  61:8,12 63:14
  66:13 71:24 77:4
  78:20 98:25 99:10
  111:25 129:7
  133:8 135:5 156:3
  163:1 175:12,14
  178:6 191:10
  227:9 228:21
  234:1 236:5,23,24
  241:24 242:9
  246:3 260:4 269:1
  274:24 281:8
  285:7 309:21
  325:2 348:18
  351:6
**differential** 323:11
  325:19
**differently** 88:9
  202:18 323:1
  330:21
**differs** 97:20
**difficult** 39:5 57:19
  57:20 69:18 104:4
  183:2 184:5
  212:20 254:13,21
  268:23 294:21
**difficulties** 57:2,10
**difficulty** 57:23
**dig** 287:15
**dioxide** 243:5,6
**direct** 123:11
**direction** 150:4
  236:21 364:11
**directions** 325:19
**directly** 56:19 79:9
**director** 282:1
**disagree** 89:24
  90:14,19 91:20,24
  97:19
**disagreement**

103:15
**disciplined** 280:18
**disclaimer** 238:24
**disclose** 185:15
  186:12,21
**disclosed** 13:17
  14:5,11,22 15:6,9
  15:16
**disclosing** 291:5
**disclosure** 4:9 15:2
  15:11,19,22 16:18
  16:22 17:14 18:22
  55:23 184:17
  185:1 187:10
  284:21 287:13
  347:5
**disclosures** 287:22
**discovered** 266:20
**discuss** 15:14
  354:19
**discussed** 35:25
  57:7,25 118:14,17
  123:20 124:9
  166:25 239:12
  249:6,9 275:25
  277:7,8 291:7
  319:10
**discussing** 250:25
**discussion** 65:12
  118:20 124:2,15
  258:5 308:13
  354:20 358:21
**discussions** 43:4
**disease** 112:19
  132:23 135:12,14
  136:5 139:21,22
  140:7,20 142:24
  143:10 201:1,15
  202:16 207:6,17
  322:19 323:25
  325:14 333:9,21
  333:25 334:6,9
  336:16 356:6
**dispute** 90:4 92:2
**dissecting** 31:7
**dissertation** 94:25

281:19
**distinct** 77:9 173:3
**distinction** 49:8
  67:10 294:21
**distinguish** 49:4
  57:20 129:5 130:8
  176:25 247:3
  299:19 300:6
**distinguishing** 57:3
  57:11
**distort** 59:23 140:5
**diverse** 174:8,10
**divided** 282:5
**division** 1:7 239:25
**DNA** 72:16 239:6
  239:25 303:5,8,9
  304:21 312:10
**DNA-damaging**
  304:15
**doctor** 118:9
  122:15,18,21
  130:11 224:6
  299:8 308:1,15
**doctors** 92:3 280:1
  287:21
**document** 14:23
  15:17 16:24 19:21
  20:3,5,7 68:3
  85:20 86:18 107:6
  117:5,9,11 118:2
  149:18 161:23
  168:23 175:11
  254:10 283:9
  284:21 287:22
**documents** 21:2
  22:11 23:5,7,15
  25:14,18 26:11,13
  27:4 28:2 30:13
  30:15 31:3 38:23
  38:25 39:11,15,19
  39:23,24 40:1,4,6
  40:16,17 45:22
  46:5,7,13,17,21
  46:23 47:2,23
  62:7 68:1 78:4,5
  82:6 284:23,25

Patricia Moorman, Ph.D., M.S.P.H.

285:2,11,16,18,20
285:25 344:25
345:7
**doing** 27:11,19
92:19 141:23
223:6 247:22
270:21 281:22
283:24 301:17
**domain** 28:20 29:7
29:18
**Don** 95:12
**dose** 71:4 104:24
105:4 191:4,14
195:9 203:2,5,14
203:25 204:17
251:11,11,23
252:5,6,10,13,19
253:2,5,19 254:3
254:15 256:1,9,10
256:16 257:10,19
258:23 259:15,15
259:16
**dose-response**
191:25 192:10
193:8,19,22
**double** 178:7
**doubled** 328:16
**doubling** 328:23
340:3
**doubt** 29:21
**douching** 315:18
316:10,16 317:3
**dozen** 111:21
236:20 288:9,11
**Dr** 8:6,11 11:4
13:23 16:16 53:15
86:3 94:19 95:11
96:25 116:19
123:6,6 145:8
148:12 150:3,4
187:8 188:1,3
196:3 200:14
207:1,2 209:10
221:10 229:5
262:21 289:3
290:6 297:2

306:19 313:7
340:18 344:24
353:8 355:15
**draft** 20:15 113:25
114:4
**drafts** 113:18
114:25
**draw** 43:20 134:20
135:12 216:21
225:24 272:10
**drawing** 32:23 34:8
135:6
**driven** 167:13
220:10,13,14
**drivers** 220:16
**Drs** 352:10
**drugstores** 78:19
**Duces** 7:5
**due** 133:11 134:1
138:21 225:5,10
**Duke** 8:12,13,18,21
8:25 9:6,13 10:25
122:18 123:3
124:25 125:3,3
186:11,16 301:22
301:22 302:2,13
**duly** 8:2 364:7
**duration** 191:5,14
192:2 193:13,14
193:19 194:25
203:14,17,18,22
204:1,5,20 237:10
252:16,17 253:1,4
253:20,24 255:4
257:11,20 259:15
**Durham** 1:17 3:5,5
8:13,15 11:2

──────── E ────────
**E** 175:7,15 285:24
362:1 364:3,3
**earlier** 71:12 75:4
78:3 129:1,8,11
143:11 187:10
218:5 219:2
230:18 240:16

302:19 312:5
314:11 322:18
324:25 325:10
327:21 330:7
335:15,17 336:22
343:4
**early** 336:13
**earn** 9:9,10
**easiest** 350:2
**eat** 326:20
**editor** 95:11
**editorial** 4:18 94:5
94:17 95:25 98:12
**effect** 23:3 34:17
63:10 82:1 142:1
145:10 170:8
198:14 236:21
247:3,4 259:3
**effects** 34:20,23
35:3,12 77:4
240:14
**effort** 61:15 282:4
**efforts** 354:12
**eight** 52:2 254:1
**either** 13:9 29:23
45:1 56:21 60:1,1
95:15 102:3
121:13 134:14
148:15 160:20
166:20 186:13
191:14 204:20
207:21,21 213:24
214:9 239:1
250:12 253:11
297:23 307:8
317:2 320:13
332:1 345:12
**Elba** 3:5
**electronic** 284:6
**Elisa** 320:13
**else's** 38:20
**embarrassing**
323:8
**emphasize** 134:25
165:17
**emphasizing**

219:11
**empirical** 324:5,18
**employed** 8:18
364:12,15
**employee** 364:15
**employer** 8:11
**employing** 354:10
**encouraged** 307:21
**encourages** 322:14
**endometrial** 294:11
296:2,5,16
**endometrioid**
215:13
**endometriosis**
273:25,25 274:5,7
275:19
**ends** 143:13
**engage** 316:14,19
**enrolled** 237:15
**entered** 40:15
**entire** 31:21 33:8
33:17 34:3 54:15
110:21 138:10
150:7 244:9
250:17,20 270:19
272:6 331:5 344:1
**entirely** 21:24
23:19
**entirety** 30:5,15,22
30:25 86:25
**entities** 90:22,25
**entitled** 16:17
18:17 19:21
147:10 149:10
154:3 168:1
174:22 223:16
256:17
**entity** 85:3 115:11
115:21 116:1
127:6
**environment**
201:16 202:9
239:3 241:21
**environmental**
56:15 298:1
**EOC** 116:22

180:24
**epi** 172:1
**epidemiologic**
29:25 32:24 33:22
34:5 49:3,20 53:1
75:13 104:11
109:5 110:18
111:11,15,21
121:20 143:18
144:3,4,9,16,18
205:17 206:1
219:24 227:25
247:12 250:24
252:3 258:10
298:13 355:4
359:9
**epidemiological**
5:20 168:2 359:2
**epidemiologist**
21:4 23:25 29:20
36:1 77:22 240:25
299:12 300:18
334:13,20 353:24
**epidemiologists**
120:10 279:3
301:1 338:24
**epidemiology** 5:23
6:5 18:4,19 37:19
40:10 44:3 113:13
128:1,12 135:2
136:11 137:10,14
144:4,8 173:22
174:23 185:5
187:14 211:23
221:20 281:6
323:23 334:25
343:5 359:5,20
**epithelial** 5:6 6:7
6:10 116:22
149:11 168:16
169:7,13,19
170:17 171:6
180:25 181:11,24
182:5 192:18,23
194:8 195:1 258:1
**Epstein** 4:16 86:9

**Errata** 363:6
**erroneous** 137:19
  138:1 140:10,13
**error** 352:2
**Erwin** 11:2
**escaping** 289:6
**especially** 183:1
**ESQUIRE** 2:3,8,13
  2:17
**essence** 26:24
  359:11
**essentially** 161:5
  264:4 358:20
**establish** 67:5
  143:19 144:5
  212:21 228:1
**established** 72:24
  112:18 148:4,10
  154:14,19 155:8
  155:18 156:8,17
  157:11,24 158:9
  180:24 181:11,23
  182:4,7,19 275:23
  326:9 335:21
  336:3,10 347:11
  356:3
**establishes** 54:19
**estimate** 10:14 66:2
  134:16 206:10
  286:21,23 288:10
  337:18
**estimated** 181:6
  253:22 264:8
  339:19
**estrogen** 77:5,6,8
  223:1,1
**et** 1:4,7 11:5,6
  23:15 195:25
  224:11 230:11
**ethical** 186:10
**Ethnic** 174:22
**ethnicity** 178:2,11
  181:7
**evaluate** 71:15 99:1
  133:5 162:21
  208:24 250:3

301:11
**evaluated** 63:2,18
  346:25
**evaluating** 80:16
  129:2 142:23
**evaluation** 4:24
  98:20 106:23
  108:5 140:5 237:5
  326:8 336:14
  358:18
**evening** 353:8
**evenly** 282:5
**event** 356:14
**events** 304:1
**eventually** 341:16
**everybody** 305:13
**ever-users** 258:4
**evidence** 43:5
  45:15,17 54:19
  70:6 84:15 87:14
  88:11 92:4 96:4
  97:7,14 98:1,5,24
  99:1,11 104:13
  110:3 112:20
  120:15,25 121:5
  144:4,10 226:12
  228:1,21 230:5
  242:7 244:7
  246:23 250:4
  254:15 272:17
  275:23 336:17
  342:23 350:7
**Evidence-based**
  127:25
**evident** 258:4
**evolve** 73:17 121:4
  230:5 238:12
**evolved** 110:19
  111:23 166:10
**evolves** 73:17 121:2
**evolving** 110:24
  238:11
**exact** 16:13 55:18
  56:9 57:1 65:7
  79:21 80:8 81:2
  81:18 104:21

117:19 118:2
  175:19 245:17
  260:2 263:19
  264:14 269:12
  327:9 329:13,14
**exactly** 17:17 25:24
  34:2 52:1 66:17
  66:25 105:3
  106:18 110:1
  126:19 150:2
  157:2 158:17
  227:13,16 295:7
  349:17
**EXAMINATION**
  8:4 290:4 344:19
  353:6 355:13
  359:17
**EXAMINATIONS**
  4:1
**examine** 58:10
  281:3 326:23
**examined** 8:3 36:4
  36:9,11 37:2
  70:11 166:21
  240:13 265:4
  324:24
**examining** 111:12
  167:14
**example** 22:11
  25:15 27:14 59:3
  60:24 66:3 77:2
  110:8 114:1
  116:17,20 141:23
  211:25 221:15
  222:15,16 260:18
  262:6 280:24
  286:4 303:13
  305:6 311:10
  350:16 356:24
  357:5
**examples** 144:23
  222:19,24 278:15
**exceeded** 205:20
**excess** 206:19
**exchanges** 113:19
**exclusions** 174:11

**exclusive** 176:13
**exclusively** 55:4
  138:6
**excuse** 241:19
  263:15
**exercise** 248:5
**exhaustive** 240:20
  240:22 277:9
**exhibit** 4:9,11,13
  4:15,17,19,23 5:2
  5:5,8,11,16,19,22
  6:2,6,9,12,16,18
  6:20 7:2 16:14,16
  16:19,20 19:8,9
  19:11,17,20 20:2
  20:8,10,14,22
  21:8,22 22:5,14
  23:2,8,16 26:9,10
  26:14,20 28:18,19
  29:5,14,16 30:5
  31:1 37:10,22
  38:1,5,22 40:6
  46:8,18 47:24
  55:23 86:1,8,21
  88:3 92:13 94:9
  94:12,16,18 96:19
  96:20,23 105:17
  105:19 106:4,5
  147:4,6 148:22
  149:4,7 150:17
  151:24,25 153:25
  154:1 159:19,23
  160:3 167:23
  168:1 173:11,13
  173:20,24 174:1
  174:18,21 187:5
  187:11 192:22
  193:1 194:14,16
  196:22,24 198:5
  223:9,10,10 224:1
  224:6 230:10,13
  256:17,20 283:2,5
  284:13 287:13,16
  287:19,19 335:5
**EXHIBITS** 4:7 5:1
  6:1 7:1

**exist** 89:19 90:13
  90:24 113:14,15
  115:2,8 210:1
  323:4,6
**existed** 57:3 209:23
  266:24
**existence** 113:7,20
**exists** 140:22
**exogenous** 274:25
**expect** 49:9 69:4,11
  324:13 339:20
**expected** 148:4
**experience** 23:1
  228:15
**experiment** 220:10
  349:21 350:2
**experimental**
  227:25 350:5,7
**experimentation**
  220:17
**expert** 4:10 11:18
  11:21 13:24 14:6
  14:11,23 15:12
  16:8,18 28:6
  36:16,18,19,22,24
  37:15,18,21,24
  38:5 74:5 103:21
  104:3 128:6,8,12
  128:14 184:12
  185:17,22 186:21
  241:2,3 278:22
  282:6,16 287:10
  287:13,21 343:5
  344:25 352:11
  355:2 359:20
**expertise** 29:19,23
  33:24 34:14,24,25
  35:15 36:15 40:10
  71:15 90:2,4,18
  91:25 109:5
  129:18 132:13
  214:23 240:24
  243:23 245:1
  248:9 280:9,12
  300:25 347:8,17
**experts** 15:20 38:7

38:12,17 47:7,7
186:13 278:18
279:11
**expires** 363:16
**explain** 202:19
260:15
**explained** 19:4
330:8
**explanation** 202:25
**exploratory** 91:6
**exploring** 36:7
**exposed** 35:3,7
42:16,17 48:19
56:20 63:13 72:19
75:21 197:15
210:5 214:9 218:8
218:22 241:6
242:22 258:11,14
258:23 297:4
304:24 305:4
316:5 339:4
**exposure** 6:6,9
42:20 43:18 44:13
55:11 56:7,12,13
56:15,20,21,24
58:7,16 59:8 60:4
60:7,9,10,11,22
61:1,9,12,13,23
61:25 62:8,11,14
63:22 64:4,19
65:4,21,22 66:3,7
66:10,11,12 67:6
67:12,20 68:4,5
68:12,20 70:12,13
70:22 71:6,9,19
72:5 73:8,19,22
73:24 74:18 75:13
77:1 96:2,6 97:6
97:11,16 98:6
131:21 132:5,6,22
134:21 135:12,13
136:4 140:6 142:8
142:24 143:10
145:18 148:10
155:3,7,7 156:7
180:14 183:8

188:15 192:17,23
194:8 201:1,14,22
201:25 202:15
207:6,17 212:22
213:24 214:6,16
220:5 222:8,9
223:2 237:6,12,14
237:15,17 238:20
239:17 240:21
241:11 242:4,6,10
242:16,24 243:6
244:22 245:8
251:25,25 259:22
262:2,3 264:17
273:15 275:20
276:5 278:7 281:4
297:25 300:3
304:9 322:21
327:15 329:10
333:2 346:15,21
348:12,21 350:3
350:20 352:22,25
356:5,14
**exposures** 56:8
60:18 61:16 66:22
66:23 77:9 131:20
139:21 184:6
204:24 222:14
247:11 274:25
316:6 324:23
325:15 327:19
328:19
**express** 291:21
**expressed** 70:1
109:21 166:5
292:13,24
**expressing** 113:23
**extensive** 330:14
332:20 342:20
353:18
**extent** 31:3 58:25
63:25 178:20
201:2,8 215:23
216:6 250:23
**extents** 272:11
**external** 293:23

**e-mail** 12:9,17 13:9
**e-mails** 113:19

---

**F**

**F** 364:3
**face** 200:25 244:22
**fact** 43:5 46:16
90:5 92:23 97:22
151:14 154:24
169:24 176:19
232:1 253:2 263:6
300:24 324:25
325:25 326:23
328:15 331:25
351:9 353:15
354:17
**factor** 58:22 75:24
76:22 82:8 88:23
116:22 119:20
125:21 130:24
142:7 144:19,20
145:14,16 146:5
146:24 148:10
155:8,19 156:8,17
157:2,11,24 158:3
158:9 166:14
181:11 211:1,3,7
218:5,6 223:6,7
236:17 242:21,22
249:12 250:8,22
251:2 261:8,16
263:3,12 264:17
267:10,14 270:20
271:2 272:8,22
274:6,15,20,21
275:11 276:14,19
277:16 279:2,23
280:5 304:5
310:14,19,22,23
310:25 314:4
317:14,16 319:25
323:21 330:3
336:7,9,10,14,15
336:19 337:17
342:24 344:4
345:15 351:7

356:11,13,14
358:18
**factories** 60:24
**factors** 5:16 51:25
52:3,6 59:4,9,10
97:6 112:19
130:21,24 145:10
145:23 146:11
147:1,2 148:5
150:8,18 153:5,7
154:15,19 159:24
163:1,5 173:21
181:1,3,3,24
182:5,7,10,19
183:6,16 184:4
210:14 211:10,15
218:1,3 219:19
247:9,19 259:12
262:24 274:3
275:15,24 276:17
276:23 277:22
279:5 302:22
311:16 313:15,17
313:21 314:8
319:10,15,18
326:9 329:16,25
330:9,15 335:19
335:19,20,20,21
335:22 336:1,2,3
342:21 350:24
351:12 357:9,16
357:20 358:1,13
358:14 359:23
360:9
**factory** 60:7
**faculty** 95:1
**failed** 224:19
**fair** 13:21 16:25
24:17 28:16
110:23 121:12
124:17,21 126:24
136:7 155:15
156:12,15 163:20
166:2 177:12
189:20 220:12
263:8 272:1

273:17 286:21
301:21 345:5
347:19 358:10,24
**fairly** 71:13 172:25
175:20 271:14
274:5 282:4 316:5
316:8
**fall** 124:16
**fallopian** 4:19 97:8
294:14,20,22
295:1,5 308:6
333:22 334:10
**false** 325:20 326:14
**familiar** 68:13,16
80:10 96:24 224:7
266:14 308:22
320:14,20,24
321:10 334:13
**familiarity** 299:24
345:11
**family** 8:23,25 9:4
56:22 183:10
274:10,14 275:17
275:18 306:22
307:8,9,13,16,20
308:10 315:6,11
315:16
**far** 10:2,4 16:2 29:6
33:24 39:14 95:14
151:3 189:7 190:2
275:14 298:25
301:8 302:1
**Faries** 2:3 4:4 12:2
12:11,13,13,16,19
12:22 13:9,13
15:7,18 16:4,7,23
19:24 20:13,24
21:10,12,23 22:7
22:18 23:9,17
24:15,22,25 26:11
26:15,17 28:22
29:1,9 31:13,19
32:4,13,20 33:10
33:19 34:11 37:5
39:2 40:22 41:25
42:8 43:2,4 44:16

46:9 47:4,12 48:1
48:6,25 49:17
50:12 51:1,5 52:8
52:23 53:6,9,25
54:11,24 55:17
57:5,13 58:9,23
59:11,19 60:8,16
61:4 62:16,21
63:16 64:5,22
65:8,23 66:15
67:8,21,24 68:14
68:21 69:6,13
70:15,25 72:20
73:2,9 74:3,15
75:9,25 76:23
77:17 79:14 80:6
80:21 81:1 82:22
83:10,15,22 84:5
84:18,24 85:6,13
85:16,23 87:23
88:4,13 89:4,25
90:16 91:1,22
92:6 93:13,19
94:6,13 95:3,21
96:8,13,21 97:24
98:16,22 99:7
100:2,10,19,25
101:6,12 102:8,20
103:12 104:17
105:2,15,22,25
106:5,16,24 107:3
107:7,9,12,17,24
108:22 109:3,12
109:19 110:12
111:1,8 112:15
113:8,21 114:11
115:14 116:5,12
117:7,15,18,25
118:12 120:9
121:17 122:2,11
122:23 123:19
124:1,20 125:5,16
125:22 127:7
128:10,19 129:16
130:4 131:6,12
132:1 133:3,13

134:2,23 135:15
135:18 136:6,22
137:12,21 138:5
138:23 139:5,14
140:8,14,24 141:7
141:19 142:3,11
142:14,17,25
143:20 144:6,21
145:1,5,15,25
146:14 147:7
148:16,25 150:19
151:5,10 152:1
153:21 154:21
155:9,22 156:11
156:20 157:14,25
158:10,23 159:4
160:13,22 161:6,9
161:21 162:23
163:11,18 164:14
165:5,16 166:7,24
167:11 168:9,21
169:14 170:2,10
170:20 171:3,16
171:22 172:8
173:12,15 176:16
176:22 177:9
178:4,12 179:19
181:13,17 182:8
183:18 184:1
185:9,25 186:6,24
187:3 188:10,21
190:18 191:6
193:24 194:10
195:10 197:17
200:1,18 201:5,18
202:3,10,23 203:7
203:11 204:2
205:21 206:4
207:7 208:22
209:5,13 210:15
210:23 211:11,19
212:7,19 213:5,18
214:1,11,21 215:3
215:15 217:3,23
218:11,23 220:18
220:22 221:1,4,23

222:3,20,23
223:11,14,18
224:3 225:6,16
226:2 228:9,18
229:12,21 231:15
232:10 234:17
235:7,19 236:3,9
238:4 239:13
241:9 242:13
243:1,8 244:4,17
245:10 246:20
247:6 248:14,19
251:17 252:2
253:6,10,13,16
254:8 255:6
257:13 258:12
261:9,13,23
262:18 263:10
264:6,19 265:16
267:5 269:8,25
271:8 272:24
273:11 274:13
277:2 278:9
279:15 285:16
287:14,17 288:19
289:9,16,19,23
291:24 292:16,18
292:20 294:15
295:24 296:22
297:15 298:8,15
298:22 299:22
300:8 301:12
302:6,24 303:11
303:16,22 304:18
305:20 306:5,7,11
306:14,17,23
307:14,23 308:12
309:2 310:12
311:1,7,24 312:12
312:21,24 313:3
313:11,19 314:6
314:16 315:20
316:2,20 317:9,19
317:22 318:8,23
319:6 321:2,9
322:23 325:6

326:2 327:8
329:18 330:1,10
331:2 332:9,17
333:11,18,24
335:6,8 336:11
337:1,11 338:19
339:25 340:5,11
341:3,5,17 342:5
342:8,10 343:14
343:24 344:12,16
345:19 346:1,4,10
346:18,23 347:10
348:8 349:15,25
351:16 352:5
353:3,7 354:1,5,9
354:16 355:1,9
356:18 357:7,17
358:3,9 359:1,3,5
359:22 360:5,12
360:18,24
**fat** 320:8,21
**father's** 307:9
**FDA** 4:15 79:9,11
79:15,18 80:2,11
80:16,17,17,24
81:14 82:2,15,19
83:9,20 84:2,15
84:22 86:4,9,21
87:11,12 88:14
91:5 92:3 93:24
**FDA's** 81:5 86:5
88:2
**features** 178:3
**February** 147:23
168:11
**feel** 19:3 29:25 34:6
48:4 52:24 107:5
121:5 161:21
164:25 238:6
254:6 255:16
271:3 342:22
**feeling** 67:11
103:14
**fees** 9:9,10,11,13,16
9:19
**fellow** 156:9 181:21

**felt** 40:9,11 151:14
153:19 189:12
216:17 220:5
252:24 261:17
300:24
**feminine** 316:14
**Ferris** 12:13
**fewer** 314:1
**fibers** 72:18,22,24
74:13,19 91:14
107:22 108:16
**field** 228:15 334:22
**fields** 29:21 33:23
**Figure** 224:10,13
230:21
**filed** 15:17 16:17
198:15
**fill** 184:16,21
186:20
**final** 146:8
**finalized** 20:15
**Finally** 355:2
**financially** 364:16
**find** 69:4,11 87:12
104:24 136:2
142:11 161:16,25
162:5 165:3
171:12,19 172:6
177:21 191:9
195:8 203:24
204:17,19 250:7
253:24 254:14
255:1 289:21
327:2 360:7
**finding** 83:9 109:10
109:16 134:20
137:19 138:1,14
138:20 142:2
172:5 196:11
203:25 232:15
236:23 246:1
249:14,21 261:25
270:6 271:22,23
333:15
**findings** 67:19
68:10 103:11

Patricia Moorman, Ph.D., M.S.P.H.

138:13 155:21
172:12 225:10
258:18 324:6
**fine** 85:22 187:1
**finish** 86:16 261:11
277:17 289:21
**finished** 86:17 91:7
286:18 289:20
**finishes** 306:7
**firm** 2:3 13:7 20:13
**firms** 13:16,19
15:15
**first** 7:4 8:2 11:20
12:4 16:21 17:18
20:7 86:9 87:2
91:5 99:17,22
103:9 104:2,7
108:5 111:5,10,15
112:12 143:22
147:22 148:3
152:17,18 159:21
160:2,3 176:7
190:25 195:16
196:8 220:24
227:22 239:9
253:21 256:24
259:9 282:15,15
289:5 290:24
326:8 328:6,12
**firsthand** 300:11
**first-degree** 274:10
275:18
**fit** 237:22
**five** 11:16 68:11
256:25
**focused** 135:23
**focuses** 136:11
137:10,14
**follow** 24:5 103:24
**follows** 8:3
**follow-up** 171:20
221:11 232:17,24
237:11 344:21
355:10
**food** 351:20,21
**foregoing** 363:3

364:6,8
**forest** 224:10
227:19 230:22
**form** 12:19 20:16
20:24 21:10 22:7
22:18 23:9,17
24:15,22 28:22
29:9 31:13,19
32:4,13,20 33:10
33:19 34:11 37:5
38:18 39:2 40:22
41:25 42:8 43:2
44:6,16 47:4 48:1
48:6,25 49:17
50:12 51:1 52:8
52:23 53:25 54:11
54:24 55:17 57:5
57:13 58:9,23
59:11,19 60:8,16
61:4 62:16,21
63:16 64:5,22
65:23 66:15 67:8
67:21,24 68:14,21
69:6,13 70:15,25
72:20 73:2,9 74:3
74:15 75:9,25
76:23 77:17 79:14
80:6,21 81:1
82:22 83:10,15,22
84:5,18,24 85:6
85:13 87:23 88:5
88:13 89:4,25
90:16 91:1,22
92:6 93:13,19
94:6 95:21 96:9
97:24 98:16,22
99:7 100:2,10,19
100:25 101:6,12
102:8,20 103:12
104:17 105:2,15
106:16 108:22
109:3,12,19
110:12 111:1,8
112:15 113:8,21
115:14 116:5,12
117:7,15,25

118:12 120:9
121:17 122:2,11
122:23 123:19
124:1,20 125:5,16
125:22 127:7
128:10,19 129:16
130:4 131:6,12
132:1 133:3,13
134:2,23 135:15
136:6,22 137:12
137:21 138:5,23
139:5,14 140:8,14
140:24 141:7,19
142:3,25 143:20
144:6,21 145:15
145:25 146:14
148:16 150:19
151:5,10 153:21
154:21 155:9,22
156:11,20 157:14
157:25 158:10,24
160:13,22 161:7
162:23 163:11
164:14 165:5,16
166:7,24 167:11
169:14 170:2,10
170:17,18,20,24
171:1,3,16 172:8
173:4 176:16,22
177:9 178:4,12
179:19 181:13
182:8 183:18
184:1 185:9,13,25
186:6,20 188:10
188:21 190:18
193:24 195:10
197:17 200:1,18
201:5,18 202:3,10
202:23 204:3
205:21 206:4
207:7 208:22
209:5,13 210:15
210:23 211:11,19
212:7,19 213:5,18
214:1,11,21
215:15 217:3,23

218:11,23 221:23
222:3,20 225:6,16
226:2 228:9,18
229:12,21 231:15
232:10 234:17
235:7,19 236:3,9
238:4 239:13
241:9 242:13
243:1,8 244:4,17
245:10 246:20
247:6 248:14,19
251:17 252:2
253:6 255:6
257:13 258:12
261:23 263:10
264:6 265:16
267:5 269:8,25
270:4 271:8
272:24 273:11
274:13 277:2
278:9 279:15
291:24 293:22
294:15 295:24
296:22 297:15
298:8,15,22
299:22 300:8
301:12 302:6,24
303:11,16,22
304:18 305:20
306:23 307:14,23
308:12 309:2
310:12 311:1,7,24
312:12 313:11,19
314:6,16 315:20
316:2,20 317:9,19
318:8,23 319:7
321:2,9 322:23
325:6 326:2 327:8
329:18 330:1,10
331:2 332:9,17
333:11,18,24
336:11 337:1,11
338:19 339:25
340:5,11 341:3,17
342:5 343:14,24
345:19 346:5,10

346:18,23 347:10
348:8 349:15,25
351:16 352:5
353:25 354:14,24
355:7 356:18
357:7,17 358:3,9
359:22 360:5
363:5
**formal** 14:6
**formally** 14:22
**format** 128:3
**formed** 110:17
165:18 269:18,21
269:22,22 271:15
273:6 293:6,8,10
293:12,14,15,18
295:15,16
**former** 124:4
**forming** 22:4 84:8
215:18 259:20
**forms** 62:24
**formulated** 43:11
44:2 65:16 67:4
71:25 72:3 293:4
**formulating** 43:12
67:2
**forth** 113:19
**forthcoming** 324:1
**forward** 290:1
**found** 39:4 81:10
91:13 160:19
161:15 169:11
170:17,25 171:11
177:6,6,18 179:4
179:5 180:2,18
192:10 193:9,18
199:3 203:5,14
204:22,24 205:9
219:25 226:22
227:8 232:9 245:9
254:21 257:10,19
257:25 260:25
261:1 315:17
328:15 329:1
333:8
**four** 11:24 89:15

Patricia Moorman, Ph.D., M.S.P.H.

155:16 175:22
**fraction** 39:25
178:18 337:15
**frame** 80:5 157:3
331:7
**free** 54:21 107:5
254:6 255:16
**frequency** 191:4,15
192:2 193:12,15
193:19 252:15,16
252:18 253:1,4,20
253:23 255:4
257:11,21 259:15
262:5
**frequent** 213:15
214:8
**frequently** 191:17
252:20 262:8
267:24
**friends** 308:10
**full** 8:8 22:20 48:8
100:6,14 152:25
174:5 195:16
196:8 215:16
**functions** 93:18
**funded** 18:5
**funding** 93:10
188:2
**further** 153:3 355:9
364:14

---

**G**

**GAIL** 1:4
**gain** 320:4
**game** 216:12
**gamut** 335:19
**Gates** 232:18,20
**gather** 25:7
**gathered** 25:10
**gene** 264:9,22,25
265:1,3,7,14
266:2,5,16 267:3
**general** 81:22
132:12 136:12,17
136:21 137:9,10
137:14 141:20

144:2 309:24
327:10 329:12
350:10
**generalization**
302:8
**generalized** 74:8
241:12,20 250:15
**generally** 64:2 83:7
104:5 126:16,18
137:17 212:4
219:20 233:6
249:6,9 251:6
256:9 303:4
350:10 355:4
**generated** 9:14
113:17 114:21
208:9
**generates** 246:13
**generation** 72:14
246:11 248:6,17
**genetic** 211:25
212:2,3 264:12
275:15 306:21
307:1,4,6,22,25
317:14,16 326:4,4
**geneticist** 266:10
326:4,18
**genital** 6:18,20
31:12 84:16
125:14,20 177:7
192:1,11 195:18
196:12 199:4,14
199:20 203:23
204:9 230:11
253:25 256:17
257:2,25 258:5
262:13 293:23
295:3,13 297:3,13
313:25 316:1,15
317:8 318:6,16
323:8 331:20
332:14 333:1,3
334:6
**genotoxic** 35:23,25
36:4,17
**genotoxicity** 240:5

**Gertig** 232:16
**getting** 248:8
263:15 288:5
290:22 359:14
**Gibson** 2:17 13:4,5
13:6,12 14:20
15:5 25:20 26:22
27:2 119:24 120:5
121:13 122:1,9
288:21 291:12
**gist** 116:24
**give** 24:2,25 30:16
44:25 54:9 55:18
133:16 142:15
167:2 222:15,17
222:18,18,18
268:15 277:12
281:10 301:9
302:3 313:2
329:16 353:3
356:24
**given** 88:22 122:15
127:5 200:23
201:13 212:22
230:6 247:2
249:17 251:25
277:8 281:8 282:9
285:5 293:1
303:10 308:3
330:19 336:6
353:19 363:4
**gives** 212:11 238:8
**giving** 172:1 302:13
332:22
**glycemic** 270:12,18
275:16
**go** 9:11 26:6 28:10
85:20 106:21
141:11,13 200:2
220:25 222:22,23
238:23 275:21
286:17 289:25
291:15 298:18,24
301:2 313:4 321:5
343:25 344:6,18
360:6,15,15,18

**goes** 128:25 130:5
158:14
**going** 13:13 15:14
16:16 19:23 23:20
26:18 48:18 49:13
53:9,15,16 61:8
65:9 76:14 78:2
83:6 85:19 86:7
91:24 92:14,18,21
92:22 105:25
137:6 147:3 149:6
150:9 151:23
153:24 167:25
174:20 185:22
186:19 187:2
190:24 192:22
194:14 220:20,25
229:17 230:9
235:19 238:23
241:1 250:1 261:9
275:20 280:6
291:15,19 303:23
306:17 312:21,22
313:1 330:17
331:19 338:10
344:22 348:19
350:15
**Gonzalez** 237:1,4
286:7 314:12
315:12,17
**good** 8:6,7 62:25
95:22 145:1
186:25 220:19
237:21 290:6
313:3 333:5
336:17 353:8
354:4
**Gordon** 2:13
**gotten** 337:8
338:17,25 339:23
340:9,14
**governmental** 85:3
85:10 86:4
**Government's** 93:7
**graduate** 94:24
**Graham** 278:14

**Grand** 2:9
**grant** 9:17 126:21
229:6
**GRAS** 83:2,9,21
84:2,14
**great** 30:17 233:24
236:21 312:3
330:19
**greater** 69:25 70:4
119:21 141:4,15
167:5 174:17
203:19 204:11
206:2,7,12,23
220:1 261:1
**grew** 131:19
**Gripka** 8:1,10
**group** 68:10,18
77:14,16 101:17
104:12 108:7,11
108:18 109:18
115:11,16,21
116:1,16 127:5
162:12 179:8,15
179:17 201:14
202:15 203:15
270:15 302:17
321:16,16 337:7
338:1,15,25 339:3
339:4,11,13,14,16
**groups** 90:22
101:19 156:23
166:21 178:25
179:1 180:19
227:8
**Group's** 67:18 68:7
**guess** 164:9 172:4
175:13 274:22
**guidelines** 219:3,5
219:9,13 249:13
249:22
**guys** 65:10
**gynecologic** 118:15
118:17 123:2
**G-R-A-S** 83:3

---

**H**

**half** 288:9,10
305:24 306:1
**hallmark** 73:12
**hallway** 65:10
**hand** 19:23 86:7
147:3 174:20
**hang** 13:13 15:7
106:24 107:12
161:6 287:14
292:16
**Hankinson** 229:5
**happen** 74:2
124:15 234:7
**happened** 332:6
341:10
**happens** 299:10
**hard** 30:18 64:9
68:23 88:21 89:6
112:21 155:11
244:5 247:12
254:4,23 263:19
283:14 284:2,4,5
313:18 330:18
331:9 340:13
**harder** 216:13
**Hardy** 2:9
**Havrilesky** 123:7
**head** 35:20 36:6
58:24 65:6 66:1
75:2 103:3 115:24
174:16 206:15,24
218:25 245:17
246:9 254:4,13,24
255:14 263:20
264:13 277:10
309:24 320:18
332:15 349:17
**heading** 97:5,6,11
**headings** 164:4
**health** 4:21 62:4
222:7 231:25
232:16
**healthy** 322:13,21
323:6,16 324:1
325:15
**hear** 229:17

**heard** 290:8 299:9
299:12 326:17
**hearing** 13:9
**heavily** 22:10 30:20
39:9
**heavy** 67:19 68:12
352:16,25
**Hegarty** 2:8 4:2 8:5
12:12,15,20 13:1
13:21,22 15:24
16:1,15,25 17:1
19:10,18 20:1
21:5,11,16 22:3
22:13,24 23:12
24:1,17,18,24
25:5 29:4,11
31:15,24 32:9,15
32:22 33:13 34:1
34:15 37:9 39:10
41:1 42:4,11 43:8
44:20 46:11 47:16
48:3,12 49:12,24
50:21 51:3,14
52:19 53:8,13,14
54:3,18 55:1,20
57:9,22 58:14
59:2,15,22 60:12
60:19 61:11 62:19
63:3,19 64:12
65:2,13 66:5,19
67:14,22 68:6,17
69:1,8,23 70:18
71:3 72:23 73:5
73:18 74:11,24
75:18 76:3 77:11
77:18 79:17 80:9
80:23 81:4 83:1
83:12,18,24 84:9
84:21 85:2,9,19
85:24 86:2 88:1,8
88:17 89:11 90:6
90:20 91:3 92:1
92:10 93:16,22
94:10,14,15 95:6
95:24 96:11,17,22
98:3,19 99:4,12

100:5,13,22 101:2
101:9,16 102:11
103:1,17 104:22
105:5,18,23 106:2
106:6,7,20 107:2
107:5,8,10,16,23
108:2,3 109:1,8
109:15,23 110:22
111:3,24 113:1,16
114:5,12 115:19
116:8 117:1,10,16
117:21 118:3,16
120:18 121:24
122:6,13 123:1,23
124:10,23 125:7
125:18,24 127:9
128:15,21 129:20
130:10 131:9,14
132:7 133:7,22
134:5 135:4,16,22
136:10 137:2,16
137:24 138:7
139:1,9,17 140:11
140:16 141:1,10
141:22 142:13,15
142:18,20 143:6
143:24 144:13,24
145:3,7,21 146:9
146:21 147:8
148:19,23 149:3,5
150:21 151:7,18
152:2,11,12
153:23 154:2,23
155:14 156:1,14
157:4,16 158:4,13
159:1,8,20 160:15
161:1,8,13 162:3
163:7,12,20,22
164:18 165:6
166:1,16 167:7,15
167:24 168:8,10
168:13 169:1,23
170:6,15,23 171:9
171:17 172:3,20
173:14,18 174:19
176:2,3,18 177:1

177:12,13 178:5
179:3 180:1
181:16,20 182:12
183:20 184:7
185:14 186:3,9
187:1,6 188:13,24
190:23 191:9,12
193:2 194:5,11,13
194:17 195:13
196:23 198:3
200:13,22 201:11
201:23 202:7,13
203:1,8,13 204:8
205:24 206:16
207:12 209:1,6,17
210:17 211:2,16
211:20 212:16
213:1,12,22 214:5
214:18,24 215:4
215:21 217:11
218:4,16 219:1
220:20,23 221:3,6
221:9,24 222:11
222:21 223:4,12
223:15,20,22
224:5 225:11,21
226:8 228:14
229:2,16,22
230:14 231:17
232:14 234:20
235:12,22 236:6
236:14 238:13
239:18 241:15
242:17 243:4,10
244:11,20 245:13
247:1,14 248:15
248:21 251:22
252:7 253:12,15
253:17 254:17
255:7 256:21
257:15 258:13
261:11,14 262:16
262:20 263:13
264:10,21 265:20
267:8 269:14
270:5 271:10

273:5,16 274:17
277:4 278:16
279:17 283:6
287:16,18 289:13
289:17,20,24
290:2 327:22
328:2 344:14,20
345:23 346:2,6,13
346:20 347:1,13
348:10 349:19
351:1,19 352:8
353:25 354:14,24
355:7,10,14
356:23 357:12,23
358:4,15 359:7
**Hegarty's** 302:18
312:6 336:21
342:14
**held** 65:12 119:19
124:19 158:16,18
**help** 27:22
**Henderson** 245:16
246:6
**hesitant** 323:6,16
**heterogeneity**
161:17 180:12
227:2
**high** 89:18 141:17
263:21 270:12,17
270:24 275:16
297:25 318:21
319:4 328:15,16
**higher** 41:20 48:23
49:15 50:4,9,24
61:13 66:22 69:4
69:11 101:19
118:24 120:1
134:9 216:9 269:5
309:13,17 310:24
314:21 315:6
316:18 318:19
324:15 328:3,10
339:21
**higher-than-aver...**
315:14
**highest** 327:3

Patricia Moorman, Ph.D., M.S.P.H.

highly 258:2
highly-respected 93:4
Hill 44:4 51:25 52:2,5 143:12 144:8 219:3,5,9 219:13 220:21 233:21 236:16 237:25 248:25 249:13,22 250:9 250:22 251:11,15 252:11 319:14 349:20 350:13,23 353:19,22 354:6 354:11,23 355:3 355:21 356:5,16 356:20,25 358:17 359:1,9,13
Hispanic 174:9 177:8 178:17 179:11
histories 323:15
history 183:10 274:10,14 275:18 276:10 307:13,17 307:20 315:6,11 315:16
hold 125:10 158:18 166:4
holding 158:21
home 114:14 283:25 298:3
homes 298:1
honest 302:3
honestly 110:13 332:21
hormonal 247:22 259:11 317:14,15
hormone 77:3 272:14,17,21 273:6,19 275:17 342:15,23,24 343:8,13,21
hospital 31:10
hospital-based 224:15,18,24

225:2,13,23 226:10,15,17 227:3 233:10
host 360:8
Hotel 3:4
hour 9:25 53:10 85:17 186:24 220:19 261:10 312:22
hourly 9:22
hours 10:9,12,15 10:16,19 286:20 286:25 288:13
Houston 2:4
Hoyo 268:20
hum 111:17
humans 4:25 108:7 109:18 350:7
hundreds 65:25 68:1 245:22
hygiene 316:14
hypothesis 246:22 311:17,23 312:2 312:17
hypothesized 112:19 318:2 330:15 336:19
hypothetical 54:25 76:2,10,10,14,18 77:12 201:12,20 201:24 317:13,24 335:20 336:2,8 337:24
hypothetically 317:24
hypotheticals 76:12
H-O-Y-O 268:20

**I**

IARC 4:23 67:15 68:2,9 99:24 100:6,14,20 101:3 101:10,19 102:2 102:17 103:11,19 104:1,10,23,24

105:13,19 106:9 106:14 108:11,24 109:10 115:17
IARC's 99:13,17 103:5,10 107:21 109:16
idea 332:15,19
identification 16:14 19:9,17 86:1 94:9 96:20 105:17 147:6 149:4 151:25 154:1 159:19 167:23 174:18 187:5 193:1 194:16 196:22 224:1 230:13 256:20 283:5 298:6
identified 21:22 24:13 26:3 27:13 47:24 109:6 130:1 217:25 266:16,22 266:25 267:4 278:4 289:2
identifies 233:22
identify 22:15 26:13 28:11 81:24 110:16 115:25 118:9 125:13 182:6 185:8 213:10 266:4 278:6,21 279:10 288:17 355:15
identifying 288:2 288:15
identity 291:6
ignore 223:13
illness 323:25
ill-defined 201:19
Imerys 2:12 40:2 78:11,25 290:7,8 290:11,18
immune 321:7
implies 333:1 334:2
importance 222:7

important 17:21 22:6,16,22,22,23 31:18,22,23 33:1 33:4,8,17 34:6,12 61:21 83:19,25 84:7 87:19 116:15 142:22 144:10 165:21 212:15 214:14 330:11 331:4 336:13 348:6
impossible 24:16 76:5,11 104:8 166:12 202:1
imprecision 206:9
impression 295:19 296:9
improper 258:9,15
improve 89:21
inaccuracies 298:17,24 299:16
inaccurate 59:18 59:25 183:14 194:2 228:7 229:11,20 230:4
inadequate 70:7 97:7 237:18
incessant 270:23 271:5 275:16
incidence 69:11 174:12
include 10:16,19 29:17 32:7 34:4 37:10 135:7 148:9 148:12,14 149:15 149:21 167:16 173:10,23,24 174:8 176:10 180:14 181:10 182:10 183:7 191:21 199:6 205:4 224:22 258:10 276:5 288:22 315:8 354:10
included 23:8 46:7

146:12 177:19 181:19,23 182:13 182:17,20 188:16 195:25 226:14 258:2,8,19 281:1 281:8 285:18
includes 28:19 122:18 133:23 176:7 181:16
including 43:6 47:15 72:14 89:9 150:9 192:7 219:24 225:9 354:18
inclusion 193:17
income 9:15,20
incomplete 54:25 73:15 201:19
inconsistent 236:13 271:14 272:7 275:7 333:16
incorporate 358:19
incorrect 223:19 229:20 352:4
incorrectly 195:12
increase 85:12 110:11 115:22 116:11 117:13 118:6,19 126:12 177:6 199:23 204:22,25 205:19 206:2,18 213:16 213:24 214:9 244:3,15 248:5,16 257:24 312:7 320:9 333:17 345:17 349:2,7,14 350:4 351:21
increased 51:21 69:9 96:6 97:16 98:6 110:7 119:6 121:8 166:18,20 166:23 167:4 169:22 171:8 177:20,22,25 179:16 207:19,21

Patricia Moorman, Ph.D., M.S.P.H.

207:22 225:14
228:23 232:12
239:24 240:1,2
241:21,21 261:2
266:11 270:6
271:18 274:23
296:5,10,12,14,19
296:24 309:8,19
310:6 315:22,25
316:9,12 317:16
327:5 328:4,20
329:2 330:16
331:17,24 336:16
338:12 343:12
349:11 350:17
**increases** 51:17
87:21 167:17
172:22 242:11
268:3 270:13
297:13 308:19
328:11 340:22
342:1 351:15
**increasing** 53:23
54:6 89:8 257:4
257:24
**increasingly**
307:11,19
**independent** 58:21
**INDEX** 4:1,7 5:1
6:1 7:1
**Indiana** 2:18,19
**Indianapolis** 2:19
**indicate** 62:5
132:21 203:21
**indicated** 57:18
136:16 190:4
251:19 276:2
279:22 316:24
321:15
**indicates** 45:23
47:20 169:21
350:23
**indicating** 62:7
114:1 133:17
173:16
**indication** 179:15

216:9
**indications** 238:9
**indicative** 228:23
**individual** 131:5
138:19 190:11
206:13 213:6
233:19 309:11,12
340:16
**individuals** 94:20
137:15 139:20,22
278:18 345:6,18
**industries** 297:25
**industry** 56:22
298:3 301:23
302:2,10,15
**infertility** 275:4
**inflammation**
72:12 73:11 74:8
239:1,4,15,24
243:24 244:22
246:13,15,16,22
249:6,10,25 250:5
250:15 251:3
311:17,22 312:17
320:9,22 321:1
333:16,22 334:3
**inflammatory**
72:13 241:12,21
242:25 243:7,14
243:20 244:2,6,8
244:13 248:11
312:9 327:7 333:9
333:21,25 334:6,9
334:10
**influence** 183:15,24
**influenced** 183:5
**informally** 308:10
**information** 39:8
83:16 84:7 87:6
87:10,20,25
131:21 151:3
157:12 159:7
189:11 252:24
318:4 319:22
323:17
**informed** 110:3,20

165:25
**ingested** 351:15,18
**ingesting** 351:21
**Ingham** 1:4 11:5,18
11:21 13:25 14:8
16:9 40:15 289:2
**inhalation** 56:21
73:19 74:18
241:17,20 242:9
242:15
**inhaled** 74:13
105:13 106:22
108:15 109:7
242:1
**inherently** 300:17
300:23
**inherited** 306:21
307:7,12,21
**initial** 16:6 147:17
**inject** 265:11
**input** 156:24
**instance** 206:6
356:15
**instances** 360:7
**institute** 93:5
**Institutional**
114:17
**instruct** 360:12,13
**instructing** 360:22
**insufficient** 144:5
228:1
**intake** 269:17,24
275:11 323:20
328:16,16 329:2,2
**integrated** 356:20
**intend** 21:7,20 23:6
23:14 41:13,23
42:5,24 45:5,11
46:24 92:11 132:8
291:21 352:15
**intended** 15:23
163:1 182:5
**intent** 145:22
**intentionally** 31:3,5
**interaction** 162:1
162:13

**interest** 38:15
184:17,25 185:8
185:13 186:20
323:1 364:16
**interested** 145:19
322:14
**interesting** 111:17
172:12
**interfered** 262:12
**internal** 22:11
25:14 344:25
345:7
**internally** 345:12
**International**
185:4
**interpret** 126:19
134:4 279:5
304:21 347:8
**interpretation**
104:13 179:21
**interpreted** 192:13
351:5
**interpreting**
344:25
**interrupt** 10:13
141:12 355:25
**interval** 133:16,23
133:25 134:10,14
169:21 177:18
179:13,24 197:11
199:11 205:4
225:8 231:6 332:3
**intervals** 167:2
199:6 224:21
331:25
**interview** 198:10
199:1,4,24 322:9
**interviewed** 331:16
332:6
**interviewer** 322:9
322:16
**interviewing**
322:11,12 332:13
**interviews** 198:10
199:9
**introduction**

239:20
**inverse** 170:4,12
**investigate** 166:14
321:16
**investigator** 17:20
17:22,23 18:7
19:2 183:5,16
**investigators**
116:17 182:16,20
189:16 228:11
321:17 326:22
**invoice** 10:5,7
**involve** 333:22
**involved** 56:22 79:6
112:1,12 113:3,10
114:8 129:13
130:13 150:6
289:1 327:14
348:11,15 352:15
**involvement** 57:16
123:21 124:3,7
**involving** 185:17
207:5
**in-depth** 55:10
121:9,14,23
357:21,24 358:11
**in-person** 12:5
**IRB** 114:17
**Islander** 177:22
**Islanders** 178:21
**ISRTP** 80:11,14
**issue** 42:18 57:7,25
79:12,18 80:2,3
99:14,18 100:16
100:17 110:24
290:25 291:3
300:21 301:10
331:1
**issued** 62:6
**issues** 262:5
**itemize** 250:11
**iterative** 146:4

———— **J** ————

**Jack** 278:14
**Jane** 289:6

Patricia Moorman, Ph.D., M.S.P.H.

**January** 147:19
**Jeff** 2:17 14:20
  291:12
**jelly** 262:11
**jgibson@cohena...**
  2:20
**job** 92:19
**jobs** 93:25
**Joellen** 18:9 114:2
  187:17
**Johnson** 1:7,7 2:6,6
  2:7,7,7,7 7:2,2,3,3
  54:19,22 78:8,9
  290:14,14,19,19
**Johnson's** 46:1,2
  82:3
**journal** 173:22
  184:24 185:5,7,15
**journals** 184:22
  185:11
**judgment** 70:7,10
  198:2 270:9,21
**jump** 291:19
  344:22 359:3
**jumped** 332:7
**June** 152:19
**J&J** 11:5 40:1
  46:20,23 78:24
  345:11
**J&J's** 42:25 45:12
  46:13,25

### K

**Kansas** 2:10
**keep** 107:9,10
  146:8 162:9
  306:15 312:21
**keeping** 107:13
**Kelemen** 271:17
**Kenneth** 334:14
**kept** 10:8
**key** 74:7 188:5
**kidney** 293:11
**kind** 17:21 44:8
  208:2,7 243:11
  264:7 294:17

**303:8 313:17**
**kinds** 107:4
**Klatt** 2:13 4:3
  15:16 106:3
  148:21 149:1
  152:9 168:7
  289:14,25 290:3,5
  290:7 292:3,23
  294:24 296:3
  297:1,18 298:11
  298:20 299:1
  300:1,12 301:19
  302:11 303:3,12
  303:18 304:7
  305:1,23 306:18
  307:5,18 308:2,16
  309:6 310:17
  311:3,21 312:4,15
  312:23 313:1,4,6
  313:14,22 314:10
  314:20 315:23
  316:7 317:4,12,20
  318:3,13 319:2,19
  321:4,12 323:3
  325:9 326:6
  327:13 329:20
  330:4,23 331:14
  332:11,24 333:14
  333:20 334:8
  335:9 336:20
  337:4,22 339:2
  340:2,6,15 341:13
  341:19 342:11
  343:16 344:8
  352:9 354:3
  359:16,18,25
  360:1,10,16,21
**knew** 38:3
**know** 11:8,10 13:2
  14:10,12,14,16
  15:4,9,10,11
  20:12 23:22 31:4
  31:7 38:8 39:21
  40:3 46:22 50:15
  50:17,23 55:24,24
  56:6,9,9,11,23

**57:1 63:2,7,8,17**
  64:6 69:15 75:16
  75:16 80:1,14
  81:17 83:2,11,13
  84:2,10 85:7,16
  88:24 91:2 92:7,8
  92:15 93:2,2
  94:19,21,22 95:2
  95:5,7,9,10,12,15
  96:18 98:13
  102:12,15,17,18
  103:2,14 104:5
  111:20 113:24,25
  116:7 120:12
  123:2,5,6,8
  126:20 129:1
  131:10,15,18,21
  132:2 136:24
  143:11 150:2,7
  157:2,5 158:17
  174:4,15,16
  175:16,19 176:23
  185:21 186:16
  188:3 190:16
  191:19 197:23
  200:20 201:8
  206:11 211:21
  214:22 220:8
  228:24,24 229:3,7
  230:1 237:10,19
  238:10 243:2,9
  245:21 250:16
  252:23 253:8
  254:19 255:14,20
  261:5 263:14
  270:1 271:23,24
  273:3 276:16
  279:22 280:3
  285:5 296:11
  301:8,15 302:1,7
  302:22 304:25
  305:5 306:14
  311:15 312:24
  314:11 321:18
  327:18 333:12
  334:2,16,17 339:5

**340:1 341:8,9,11**
  341:22 345:5,9
  346:11,11,19,24
  347:14 352:6
  355:20
**knowing** 51:10
  200:7 347:24
**knowledge** 21:2
  23:23 42:5 73:14
  73:17 84:25 95:14
  101:1 127:1
  131:23 160:7
  198:14 201:9
  238:8 261:6
  265:18 267:23
  275:6 300:11
  304:3,5 331:6
  336:5 350:11
**known** 2:7 210:14
  211:15 217:22
  304:9
**Kramer** 95:11,11

### L

**lab** 29:23
**laboratory** 218:13
  250:2
**lactose** 269:17,23
  328:4,10,15
**laid** 44:4 45:1
  71:21
**Langseth** 223:8,16
  224:11 227:11,14
**Lanier** 2:3
**large** 39:6 72:12
  89:17 142:7
  156:23 174:13
  237:8 302:17
  316:8 321:16
**larger** 97:6
**largest** 216:7
**late** 254:24 299:21
  300:4 338:4
**latency** 212:17,21
  212:23
**Laura** 123:6

**Lauren** 149:20
**law** 2:3 13:7,16
  282:12
**lawsuit** 290:9,10
**lawsuits** 198:15
  200:8
**lawyer** 207:23
**lawyers** 15:15
  200:16 207:3
  208:5
**layperson** 162:4
**lead** 44:8 49:10
  51:21 57:23 59:17
  59:25 69:19 72:16
  114:2 140:9,12
  151:19 152:6
  160:8 187:16
  238:9 239:4,7
  241:20 242:25
  243:14 244:8
  246:18 267:16
  329:8
**leads** 97:14 243:20
  243:25 320:25
  321:7
**leap** 304:23
**learn** 238:11,11
**leave** 230:8
**lecture** 128:3
  281:11
**lectured** 239:10
**lectures** 281:8,10
**led** 98:21 120:14
  244:23 331:11
**Lee** 289:9
**left** 86:4
**left-hand** 195:15
**Leone** 289:3
**lesser** 178:19
**letter** 4:15 15:19
  81:5,10,11 86:8
  86:10,21 87:10
  89:16 92:20
**let's** 12:4 106:21
  107:25 145:5
  184:14 193:18

Patricia Moorman, Ph.D., M.S.P.H.

197:6 220:4 221:1
266:8 286:6 290:2
297:19 301:20,20
301:21 306:15
312:24 330:5
337:24 344:18
**level** 46:3 60:21
61:1,9,12,13,23
61:25 62:7,11
67:11 72:7 90:2
91:24 122:5
201:25 202:5
214:3,16,19
241:21 272:22
273:7,18,22,23
302:21 309:10,12
309:12 315:5
316:13 319:24
336:5 340:18,19
345:25 346:8,14
**levels** 204:10,12
240:2 271:18
272:3,10 346:22
**lifetime** 209:19,22
212:4,5,12 257:5
257:20 263:18,21
264:1,11,14 313:8
313:10,24,25
314:1 339:19
340:7,19,23
341:25
**likelihood** 133:1
**likewise** 153:15
**limit** 177:2
**limitations** 226:6
237:5
**limited** 166:2 179:2
237:9 261:18
295:20 296:12
**limits** 13:19
**Linda** 271:16
**line** 82:21 90:7 91:5
108:14 148:3
182:1 191:21
307:8,9 362:3
**lines** 89:15 256:25

355:11
**link** 55:16 79:12,19
79:24 80:3 88:18
99:15 129:23,23
130:3 201:14,14
**linked** 63:22 100:8
265:4,8
**list** 15:20 24:8,12
24:21 25:4,7
28:10 37:23 39:11
39:11 55:21 86:12
173:10,23 181:2,3
181:23 182:9
189:23 251:14,16
251:18,21,21
254:14 275:20
276:4 277:9,12,21
280:20,22 285:6
285:19,23 286:9
289:10 335:10
**listed** 23:1 26:20
29:13 30:4,11,14
30:21 37:25 38:25
39:14 40:6 41:4
94:20 117:12
150:11,12 153:9
187:21,22,23
198:23 231:1
280:24 284:20
285:23 287:21
295:17
**listing** 38:22
**lists** 97:3 153:6
250:10
**literally** 177:11
**literature** 22:9,21
22:23 25:12 26:3
27:2,11,12,20
28:18,19 29:6,21
30:1,2,10 31:22
33:4,9,17,22,23
34:3,6,7,13 38:19
40:12,13 41:5,9
41:18 42:3 45:18
45:21,25 46:1,6
47:20,23 54:15

55:11,13 57:8
58:1 63:2,18
65:20,25 66:21
67:5,10 70:11,22
71:5 73:21 75:4
88:16 89:8 95:19
100:15,24 104:6
104:12,25 110:18
110:21,21 112:25
119:18 120:12
121:15 129:9
131:4 138:11,15
138:18 174:5
178:14,15,22
209:3 215:17
219:24 221:14
250:17,21 259:21
266:14 267:21,23
269:19,20 270:11
270:20,22 272:6,7
273:13,15,22
274:4 275:13
279:21 280:5
281:4 284:1,2
285:3 286:24
295:18,19 296:12
296:23 300:2
319:11 331:5
342:20 345:21
354:13 356:22
357:10,11
**litigation** 15:13
25:18 28:3 38:13
38:17 39:20 127:6
184:13 185:17,23
186:22 208:9
239:11 278:19
282:7 352:12
**little** 24:2 53:9
57:18 71:23 78:3
85:20 105:11
111:25 129:7
135:5 146:2 156:2
219:2 222:12
241:24 242:8
254:12,21,23

260:3 280:6 329:5
343:1 344:22
**live** 131:19
**lived** 298:1
**LLP** 2:9,13,18
**load** 270:12,18
275:16
**local** 239:24
**location** 198:9
**long** 8:18 85:21
189:15 213:3,10
213:14 214:8
252:21,21 285:24
347:4
**Longo** 347:4
**look** 12:14 16:19
19:11 20:2 22:14
28:4 33:8,17
38:21 67:17 77:9
77:12 83:20 86:15
87:2 91:4 94:13
94:18 96:24 98:24
106:22 107:5
108:4 130:23
132:17 134:6
149:14 152:18
154:11 161:18
163:1 164:3 169:2
169:10 172:9
176:4 177:5
180:22 191:2
193:6 194:21
196:15 198:13
199:1,13,19
217:17,18 223:6
224:6 227:18
228:22 230:21
231:8 233:3
234:19 236:20,23
236:25 240:12
243:11,18 251:2
254:6 255:17
256:24 284:12
287:12,19 347:6
347:15
**looked** 30:7,16

32:11 34:17,20,22
34:23 35:4,12,24
36:7,12,25 37:6
39:7 52:21 55:13
55:15 56:7 58:15
59:7 60:24 62:13
62:15,18 63:25
64:7 65:6 66:7,9
66:10,12 68:4
71:5 75:6,13
79:11,18,23 99:23
105:6,13 109:7
111:5 129:12
150:17 155:16
157:1 159:10
168:14,20 169:4
195:17 203:2
216:8 217:16
225:22 226:18
231:19 232:19
233:9,9 240:23
244:19 245:7,25
252:23,23 253:3
255:24,25 258:23
259:2 260:11
262:2 270:3 284:6
286:3,9,11 288:17
295:1,4 296:8
313:12,23 323:21
324:21 326:25
327:11 331:12
345:7 348:23
349:4
**looking** 26:7,8
35:22 36:20 37:3
37:22 55:11 56:1
56:4,12,24 58:7
58:17,20 60:3
61:17,18 65:20
70:12,22 77:2,8
92:3 100:17
104:25 112:2,7
114:8 121:8
128:23 129:14,21
130:2 132:22,23
135:11 140:19

Patricia Moorman, Ph.D., M.S.P.H.

143:17 146:11
164:9 173:9 191:1
201:15 202:16
203:7,16 207:20
207:21 219:23
225:12,17 227:19
237:24 240:5,9,21
242:8 253:19
257:11,19 259:14
259:15,21,22
260:21 261:3
268:6 274:21
281:4 286:7 314:2
335:5 339:17
341:11 345:17
348:12 349:1
**looks** 33:18 218:18
218:21
**lot** 30:17 55:25
82:12,13 228:13
324:18 326:20
332:22
**Louis** 1:1 11:11,13
**low** 141:16 327:7
329:22
**lower** 134:11 141:3
179:12,23
**lung** 141:24 223:3
303:13 345:17
**lymphatic** 74:21
**Lynch** 275:1,19

**M**

**magnitude** 143:4
309:19
**main** 220:16
**major** 261:8,16
**majority** 174:13,14
190:5 217:21
218:2 219:25
220:1 253:1 255:3
256:9 339:22
340:8,25 341:14
342:3
**making** 32:23
59:25 67:10 82:13

94:1 98:17 104:16
118:25 119:13
192:9 234:3
301:13 304:23
342:18
**Malad** 2:18 13:7
**MAN** 224:2,4
**manner** 273:8
**manufactured**
78:15,22
**manuscript** 147:16
198:18,19
**March** 1:18 3:6
19:22 96:12
168:12 364:19
**Marcus** 94:24
**mark** 2:8 16:16
53:6 96:18 105:19
142:11 152:9
168:7 192:22
194:14 196:19
256:17 344:12
**marked** 16:14 19:9
19:17 86:1,7,21
94:9,11 96:20
105:17 147:3,6
149:4,6 151:23,25
153:25 154:1
159:19,23 167:23
167:25 173:11
174:1,18,21 187:5
187:11 193:1
194:16 196:22
198:5 224:1
230:13 256:20
283:5 284:13
**markedly** 327:5
**MARKED/IDEN...**
4:8
**marketed** 91:6
**markets** 200:21
**marking** 19:8,20
230:10 283:2
**material** 29:24 91:7
91:15 113:7 115:2
290:14,15,16

**materials** 4:13
10:17 19:22 20:22
21:8,21 22:1,5
23:14 24:8,13,20
25:6,7,22 26:23
27:1 28:3 30:4,21
31:1 39:14 78:2
92:23 114:7,13,15
173:11 174:2
207:23 208:9
250:13 254:7
255:17 282:23
284:19 285:19
334:24 335:1
**math** 338:5
**matter** 13:18
121:18 122:4
184:20 186:14
**MDL** 15:13,17,21
**mean** 14:2 21:25
40:24 44:1 56:25
71:25 83:5 93:15
120:23,24 133:25
135:12 141:12
143:8 172:17
177:10 192:9
242:20 271:24
279:14 302:20
310:4 331:10
335:2 338:9,15
339:13 351:17
355:25 356:8
**meaning** 132:13
**means** 15:10 76:16
83:3 95:8 102:17
102:18 133:1,11
154:18 160:11
162:4 170:7
171:10 180:18
211:22 227:8
305:24 337:7
338:1,10
**measure** 162:10
252:6,25 254:16
259:16
**measurements**

247:22
**measures** 162:10
**meat** 326:20 327:4
**mechanism** 71:8,12
71:19 72:5,11,17
72:25 73:7,10,16
73:25 74:2 144:12
144:15 170:14
238:1,22 239:12
239:16 251:4
267:15,25 279:6
311:11,15 312:1
312:13 320:1
**mechanisms** 44:12
71:14,16,22 74:23
75:1 220:8 238:25
**media** 183:5,16
330:25 331:8,11
**median** 204:13
305:21,24 306:3
**medical** 8:25 34:5
41:4 92:3 100:15
110:18 115:10,20
115:25 122:21
125:3 127:13
130:11 131:4
262:23 266:15
278:3,6,11,22
279:10,25 281:18
284:8 285:3
286:24 299:8
300:14,20 302:3
302:14 307:25
308:14,14
**medication** 5:5
149:11 183:8
**medications** 275:4
**medicine** 8:23,25
9:4,5 127:25
**meeting** 12:5,6
280:25
**meetings** 10:19
288:18,22 289:8
**member** 56:22 95:1
**members** 98:13
**memorandum**

115:1
**memories** 200:8
**memory** 83:8 169:3
245:18 254:7
286:4
**menarche** 277:18
**menopausal** 77:3,5
77:5 223:1 259:11
342:23
**menopause** 277:18
**mention** 314:13
351:3
**mentioned** 22:25
26:1 27:7 46:6
97:13 121:8 124:7
222:12 223:6
246:7 256:14
259:14 269:21
277:11 280:1
286:16,19 291:9
296:17 335:15
**mentoring** 281:18
**Merit** 364:5
**mesothelioma** 57:4
57:11 69:5,12,16
69:25 299:20
300:6
**met** 12:5 95:2 123:7
229:5
**metal** 352:25
**metals** 291:22
352:16
**meta-analyses** 32:6
64:24 65:5 66:3
212:9 217:16,16
219:24 234:24
324:10 337:3
**meta-analysis** 6:19
18:13 19:1 31:25
32:16 41:3,6
217:18 230:12,23
231:4 260:18
261:7
**method** 131:3
**methodologies**
353:23

methodology 354:7
357:14 358:19
359:11
methods 258:10
259:17 354:19,22
355:5 359:6,9
mhegarty@shb.c...
2:11
MICHAEL 2:13
Michelle 2:24
14:20
mid 266:23
middle 154:11
migrate 37:3,16
migration 37:11
239:2
Mike 290:6
milk 269:16,23
275:15 328:3,10
328:16
milled 345:16
Millers 345:16
348:24 349:13
millions 39:18,22
212:14
Mills 192:15
mind 29:3 61:21
62:12 85:23
116:15 143:2
152:9 157:3 162:9
165:22 236:15
251:21 254:5
255:15 302:13
327:20 331:4
mined 345:16
mineral 44:17,23
47:7 62:23 90:2
129:19 208:15
347:12
Miners 345:15
348:24 349:13
minimum 114:18
minor 17:18 256:4
minute 312:16
minutes 142:16,19
221:5 296:18

325:11 344:13,15
344:17
mischaracterizes
157:15
misclassification
57:24 58:2,3,4
140:12
mismatch 266:9
missing 160:8
Missouri 1:1 2:10
11:9,10
misspoke 309:16
misstate 255:20
mistake 18:15
mixed 233:15,15,19
mklatt@grsm.com
2:15
model 146:8,18
150:9 153:3
180:24 181:19
182:10,18
moderate 221:16
222:1,5
Modern 334:25
modest 222:5
modifiable 116:21
modifier 336:12
Modifiers 326:9
moment 26:6 38:24
49:19 103:14
106:8 136:16
137:3 161:18
251:20 255:24
259:14 286:10
349:12
Monday 1:18 3:6
monograph 67:15
68:9 103:5,11,19
104:1 105:20
107:21 108:12
Monographs 4:23
month 316:24
monthly 246:12,17
312:6,8
months 11:24
175:22,22 237:13

Moorman 1:15 3:1
4:11,14 7:6 8:1,6
8:10,11 11:4
13:23 15:12 16:16
19:22 53:15 86:3
94:19 96:25 145:8
187:8 200:14
207:1,2 209:10
221:10 262:21
290:6 297:2
306:19 313:7
340:18 344:24
353:8 355:15
363:8
morning 8:6,7
335:18,24
mortality 64:11
68:11 298:10
mother's 307:8
motivated 325:14
move 51:6 110:15
187:2 268:13
movement 262:12
MSH 266:9
mucinous 215:13
multiple 64:23
73:11 74:20 78:19
135:2 158:24
217:15 247:11
249:24 254:12
303:21,25 311:14
318:25 331:12
351:9
multiplying 212:11
Multi-Center
326:10
multi-variant
153:2
mutagenic 36:8,25
mutation 212:1
264:3,12,23,25
265:1,7,14,25
266:2,5 275:15
306:21 307:1,4
308:4,25
mutations 265:3,12

266:9,16,20 267:3
303:5,14 307:6,12
307:16,22 308:19
308:21 325:22,24
326:16
M.S.P.H 1:15 3:2
4:12 7:6 8:1
363:8

_____
N
_____
name 8:8,10 14:12
17:3,10,15 35:2
35:18,21 36:3,5
56:16,17 63:4
75:2 123:5 124:14
185:21 255:19
268:15,16 289:5,6
321:24 322:1
334:2
named 334:14
names 35:5 63:7
95:3 131:10 229:7
345:6
nature 43:15
120:11 285:4
288:3
NCI 4:17 93:2,10
93:12,18,24 94:18
95:25 96:11,23
127:10
NCI's 92:24 94:4
96:24
near 335:3
nearly 237:22
necessarily 37:20
144:20 146:7
188:25 189:2,3
218:6 281:1
298:18 333:19
necessary 72:25
73:25 74:1 213:24
241:6
need 86:16 106:25
107:25 146:19
172:5 214:8
268:18 344:13,14

360:19
needed 222:17
300:24
needs 18:23 19:3
negative 325:21
326:14,16
neither 171:5
364:12
neoplasia 244:24
Ness 223:10
never 13:17 15:23
63:1 70:1 73:3
78:8,11 111:13
130:13,20,23
134:25 135:20
207:18 208:6
210:5,21 218:14
244:18 284:7
299:8 309:7
313:23 340:20
341:25 350:5
new 221:6 312:22
nice 196:15
NIH 9:17
nine 165:23 195:3
219:8
NIOSH 62:5
nitrogen 248:1,6,17
non 136:2
nonasbestos-cont...
129:6
nonexposed 258:24
nongenital 179:7
203:25 204:6,18
204:21 205:10
nonmucinous
258:1
nonoccupational
56:12 58:18 66:12
66:23 67:6 68:5
68:19 346:16
nonsignificant
68:20 224:25
nontalc 339:16
nonusers 54:7
258:1,7

Patricia Moorman, Ph.D., M.S.P.H.

**non-Hispanic** 178:18 179:1,9
**non-statistically** 134:19 169:25 170:8 171:14,21 172:5,7 231:5 232:21 233:7,11
**normal** 303:1 304:1
**North** 1:17 3:4,5 8:13,15 11:2 113:11 151:1 162:25 169:5 174:6 195:23,24 259:8 364:1
**notable** 237:7
**notably** 236:25 237:6
**Notary** 3:3 363:18 364:21
**notation** 319:16
**note** 164:7 271:21 271:24
**notebooks** 115:1,5
**noted** 197:20 363:6
**notes** 113:7,19 115:1,5 147:22 153:1 257:18 283:12,13,22 289:14,22
**notice** 7:4 282:25 283:1,3,7
**notion** 333:16
**notoriously** 298:13 298:19
**November** 147:18 168:10
**NSAID** 180:6
**nuanced** 146:2 234:19
**null** 132:18,21 134:6 161:5,12
**nulliparity** 276:11 276:12
**nulliparous** 309:24 310:2
**number** 4:8 10:9

16:14,17,19 17:20 17:24 19:8,9,11 19:17,21 20:8,10 20:14,22 21:9,22 22:5,14 23:2,8,16 26:20 28:18,19 29:6,14,17 30:5 31:1 37:10,22 38:1,5,22 39:25 40:6 41:2 46:8,18 47:24 55:23 56:9 57:1 59:4 72:24 86:1,8,21 92:13 94:9,12,16,18 96:19,20,23 105:17,19 139:3 147:4,6 149:4 150:17 151:24,25 153:6,25 154:1 159:19,23 163:14 163:15 164:6,16 167:23 173:11 174:2,18,21 178:17,18 187:5 187:11 192:2,22 193:1,20 194:10 194:16 196:4,22 197:22,23 198:5 199:15,16 202:20 202:21 204:10,13 204:20 205:6 224:1 230:10,13 237:4 246:24 247:9,17,20,23 253:22 256:20 257:4,19,24 259:3 283:2,5 284:13 288:6 316:5 317:1 348:2
**numbered** 39:15
**Numbering** 223:20
**numbers** 38:22 64:8 179:2 216:12 268:24 269:12 349:10
**numerical** 337:5

**numerically** 338:8
**numerous** 143:3 279:22 357:20
**Nurses** 231:25 232:16

---
**O**
---

**obese** 268:2
**obesity** 248:11,16 267:9,12,19,21 268:6 269:4 275:15 319:4,20 320:25 321:7 322:3 357:6
**object** 13:14 15:7 28:23 235:19 306:9
**objection** 12:19 20:24 21:10,23 22:7,18 23:9,17 24:15,22 28:22 29:9 31:13,19 32:4,13,20 33:10 33:19 34:11 37:5 39:2 40:22 41:25 42:8 43:2 44:16 47:4 48:1,6,25 49:17 50:12 51:1 52:8,23 53:25 54:11,24,24 55:17 57:5,13 58:9,23 59:11,19 60:8,16 61:4 62:16,21 63:16 64:5,22 65:23 66:15 67:8 67:21,24 68:14,21 69:6,13 70:15,25 72:20 73:2,9 74:3 74:15 75:9,25 76:23 77:17 79:14 80:6,21 81:1 82:22 83:10,15,22 84:5,18,24 85:6 85:13 87:23 88:4 88:13 89:4,25 90:16 91:1,22

92:6 93:13,19 94:6 95:21 96:8 97:24 98:16,22 99:7 100:2,10,19 100:25 101:6,12 102:8,20 103:12 104:17 105:2,15 106:16 108:22 109:3,12,19 110:12 111:1,8 112:15 113:8,21 114:11 115:14 116:5,12 117:7,15 117:18,25 118:12 120:9 121:17 122:2,11,23 123:19 124:1,20 125:5,16,22 127:7 128:10,19 129:16 130:4 131:6,12 132:1 133:3,13 134:2,23 135:15 135:18 136:6,22 137:12,21 138:5 138:23 139:5,14 140:8,14,24 141:7 141:19 142:3,25 143:20 144:6,21 145:15,25 146:14 148:16 150:19 151:5,10 153:21 154:21 155:9,22 156:11,20 157:14 157:25 158:10,23 158:23 160:13,22 161:7 162:23 163:11 164:14 165:5,16 166:7,24 167:11 169:14 170:2,10,20 171:3 171:16 172:8 176:16,22 177:9 178:4,12 179:19 181:13 182:8 183:18 184:1 185:9,25 186:6

188:10,21 190:18 193:24 195:10 197:17 200:1,18 201:5,18,19 202:3 202:10,23 204:2 205:21 206:4 207:7 208:22 209:5,13 210:15 210:23 211:11,19 212:7,19 213:5,18 214:1,11,21 215:15 217:3,23 218:11,23 221:23 222:3,20 225:6,16 226:2 228:9,18 229:12,21 231:15 232:10 234:17 235:7 236:3,9 238:4 239:13 241:9 242:13 243:1,8 244:4,17 245:10 246:20 247:6 248:14,19 251:17 252:2 253:6 255:6 257:13 258:12 261:23 263:10 264:6,19 265:16 267:5 269:8,25 271:8 272:24 273:11 274:13 277:2 278:9 279:15 291:24 294:15 295:24 296:22 297:15 298:8,15,22 299:22 300:8 301:12 302:6,24 303:11,16,22 304:18 305:20 306:23 307:14,23 308:12 309:2 310:12 311:1,7,24 312:12 313:11,19 314:6,16 315:20 316:2,20 317:9,19

Patricia Moorman, Ph.D., M.S.P.H.

| | | | |
|---|---|---|---|
| 317:22 318:8,23 | **odd** 66:8 | 221:6 260:5,8 | 277:15,21 278:10 | **ones** 62:12 94:22 |
| 319:6,7 321:2,9 | **odds** 64:3,18 65:17 | 287:14 289:8 | 284:23 285:25 | 95:10,14 123:5,8 |
| 322:23 325:6 | 112:6 132:17 | **okay** 8:10 9:3 10:14 | 289:4,7,10,15,22 | 212:3 220:9,11 |
| 326:2 327:8 | 141:4,6,16,17 | 13:13 14:4 15:7 | 289:23,24 290:3 | 237:7 252:17 |
| 329:18 330:1,10 | 142:21 143:2,8 | 17:18 18:9 21:1 | 291:14,17,20,25 | 255:15 277:6 |
| 331:2 332:9,17 | 159:11,15,22 | 21:24 22:2 23:18 | 292:17,19,22 | 285:13,22 286:5 |
| 333:11,18,24 | 160:5 161:2,11 | 25:2 26:12 28:25 | 296:15 297:21 | **one-third** 281:15 |
| 336:11 337:1,11 | 162:18 164:12,15 | 29:2,19 30:7 | 302:25 306:6,10 | **online** 147:23 |
| 338:19 339:25 | 165:9 167:1,1 | 33:20 37:18 39:7 | 306:12,13,16 | 168:12 |
| 340:5,11 341:3,17 | 169:16,19,24 | 41:17 42:1 43:3 | 313:3 319:8 | **Ooh** 107:18 |
| 342:5 343:14,24 | 170:3 172:17 | 44:2,7 47:19 49:1 | 320:15 324:7 | **Oops** 287:17 |
| 345:19 346:1,4,10 | 177:18 179:10,12 | 49:18 51:7,12,19 | 333:4,8 340:17 | **open** 272:2 |
| 346:18,23 347:10 | 179:17,21 180:19 | 52:12 53:11 55:3 | 344:10,11,16,23 | **operate** 325:15 |
| 348:8 349:15,25 | 197:9,15,18 | 64:21 65:24 69:15 | 354:17 355:9 | **operating** 156:25 |
| 351:16 352:5 | 198:10 199:7,9 | 70:20 77:1,4 | 356:1 | **opinion** 21:1 22:10 |
| 353:25 354:3,14 | 203:20 205:3 | 86:19 106:25 | **old** 305:22 | 22:20 24:10 31:23 |
| 354:24 355:7 | 206:23 216:4 | 107:12,17,17,17 | **older** 305:25 | 39:9 40:10 41:17 |
| 356:18 357:7,17 | 217:1 220:1 | 107:18,19,24 | **once** 23:10 29:2 | 42:2,7,10,14,15 |
| 358:3,9 359:22,22 | 224:23 225:4,18 | 108:1,1,2 111:9 | 33:11 35:14,25 | 42:20,24 43:7,11 |
| 360:5 | 225:20 226:23 | 111:10 115:15 | 36:5,13 44:23 | 44:2,6,21 45:2,4,7 |
| **objections** 151:16 | 228:22 233:20 | 133:9,14 134:24 | 45:7 46:22 49:18 | 45:11,14 47:11 |
| **objective** 146:2 | 236:12 261:1 | 136:18 138:10 | 62:17,22 65:24 | 48:8,10,18,19,21 |
| 301:9 302:3,14 | 263:22 264:5 | 139:10 141:20 | 66:16,25 76:24 | 49:1,2,13,14 50:1 |
| **observed** 235:9 | 268:8,21 269:3,5 | 142:11,17 143:11 | 81:18 82:6 89:5 | 50:2,8,13,19 51:9 |
| 257:3 | 273:3 324:15 | 143:21 147:5 | 90:1,17 110:1 | 51:12,19 53:16,16 |
| **obviously** 15:8 | 327:10,19 328:19 | 159:3,6,9 161:8 | 129:17 138:10 | 53:17 54:6,22 |
| 165:8 166:13 | 328:21 329:6,13 | 161:10 163:17,21 | 165:17 166:8 | 55:3,4,7 57:19 |
| **OCAC** 333:5 | 329:14,17,22 | 163:25 164:3 | 177:17 181:14 | 61:24 62:1,2,3,10 |
| 348:16 | 331:21 336:23 | 165:8 168:22,24 | 185:10 217:4 | 64:13 65:16 67:2 |
| **occasion** 301:23 | 337:6,15 338:9 | 169:15 171:4 | 227:16 232:11 | 67:4 69:18,24 |
| **occasionally** 9:16 | 348:20 | 172:12 173:15,16 | 238:23 244:25 | 70:1,2,3,6 71:17 |
| **occupation** 61:7 | **offer** 21:7,20 41:13 | 178:13 181:18 | 248:3,8 249:24 | 71:25 72:3,7,10 |
| **occupational** 56:8 | 41:24 42:6,9,24 | 187:3,7 195:14 | 250:16 254:11 | 73:6,25 82:14 |
| 58:18 60:6,10 | 45:5,7,11,14 | 196:10,14,18,21 | 270:14,19 271:14 | 83:20 84:8 88:15 |
| 61:16 65:21 66:10 | 46:24 92:11,14,18 | 197:6 203:12,16 | 272:5 273:12 | 88:15,18,21,24 |
| 66:11,22 67:20 | 92:21,22 132:9 | 206:5 211:13 | 274:2,14 296:8 | 89:2,7,9 92:11,14 |
| 68:3,12 204:24 | 352:16 | 215:14 218:12 | 298:23 299:23 | 92:18,22 97:20,22 |
| 205:7 297:24 | **offered** 31:5 124:18 | 221:3 223:11,14 | 315:5 326:3 | 98:4,8 99:3 |
| 346:17 | 128:4 178:8 | 224:4 225:7,17 | 327:17 328:18 | 109:20 110:2,2,4 |
| **occupationally** | **offering** 165:14 | 226:3 239:14 | 329:5,12 331:19 | 110:6,9,10,17,20 |
| 56:19 | 186:14 | 247:7 249:24 | 332:19 338:20 | 110:24 111:23 |
| **occur** 79:22 | **offhand** 25:3 185:2 | 252:13 253:9,16 | 343:25 347:16 | 116:1 118:18,22 |
| **occurred** 341:1 | **office** 114:14 | 253:21 261:11,13 | 357:18 | 119:3,5,9,11,15 |
| **occurs** 210:4 211:9 | 283:25 | 262:16 268:14,17 | **oncologist** 118:15 | 119:17,19,25 |
| 211:14 251:4 | **officer** 364:6 | 268:19 269:9 | 118:18 280:7 | 120:7 121:4,9 |
| **October** 147:17 | **Oh** 46:9 145:3 | 273:12 276:3,24 | **oncologists** 123:3 | 126:7,11,25,25 |

Patricia Moorman, Ph.D., M.S.P.H.

132:9 155:12,13
165:20,25 166:13
172:1,21,24 173:5
177:25 178:10,13
178:21 197:14
201:15 207:10
213:2,7,14 214:7
215:1,19 220:10
228:6 229:23
234:21 235:14,23
238:1,14,19 241:4
241:16,25 242:4,9
249:11 252:8,10
267:12,19 268:2,4
269:16,18,22,22
270:4,12,17,23
271:5,11,13,15
272:14,16,20
273:6,18,19,25
274:7 275:1,5,8
275:10,12,23
276:25 291:25
292:11 293:6,8,10
293:12,14,15,18
293:25 294:2,4,6
294:7,9,13,16,17
295:12,15,16
300:20 302:14
308:3 319:14
320:1 345:24
347:7 351:14,22
351:23,24 352:3
352:16,18 356:6
opinions 20:23
21:6,19 22:4,16
23:6,13 24:4,5
27:23 30:20 31:4
31:5 32:24 33:6
33:14 38:19,20
39:1 40:19,21
41:13,16,23 42:6
42:10,12,17 43:13
43:22 51:16 82:10
82:15 83:14 84:1
118:10 122:14,20
123:10,14,17

124:18,19 125:4
125:10,11 126:2
126:17 127:3,5,10
127:21,22 128:3
165:14,18 166:5,9
174:3 178:9 207:4
208:19,21 215:1,5
215:6,11 216:3
219:6 220:13
226:9 229:15
239:8 240:3 241:5
251:12 259:20
260:6,9 276:4
283:18 285:9
286:21 288:5
291:21 292:6,14
292:24 293:1,2,4
297:20 302:4
345:14,15 347:19
347:23 351:25
355:6
opportunity 24:7
153:15 289:13
opposed 289:17
opposite 97:23 98:9
oral 222:24 247:10
order 40:14,16
107:11,13 162:18
162:21 164:12,20
165:1 213:15
354:20
organization 62:4,6
115:11,21 116:1
127:14 333:6
organizations 62:4
214:15
orient 106:25
original 128:16,22
233:1 249:4
303:14
originate 294:19
ORs 181:5
outcome 43:19
44:13 142:9
145:17,20,24
201:22,25 237:6

364:17
outcomes 324:24
325:2
outlier 237:21
outline 184:4
283:17
outside 35:15 65:10
125:25 127:6
129:17 239:11
245:1 300:19,20
300:25 302:15
ovarian 4:19 5:3,6
5:8,12,16,19,23
6:3,7,10,13,17,19
6:21 17:20,24
18:6,18 28:21
29:8,13,18 30:3
31:12 32:2,12,25
33:7,15,18 34:8
34:10 35:7,12
36:20 37:19 40:11
41:21 43:23 48:23
49:10,16 50:4,10
50:25 51:18,21
52:7,21 53:18
54:7,8,16,23 55:8
55:11,14,16,22
56:2,4,7,13,25
57:4,12,14,21
58:8,16 59:3,8,10
61:17,18 62:14
63:12,20,21 64:4
64:14,20 65:4,17
65:22 66:4,7,24
67:7 69:3,10,17
69:21 70:5,8,12
70:14,23 71:6,9
71:20 72:6 73:8
73:20 74:9 75:5,7
79:13,19,24 80:4
80:18 81:7 82:17
84:17,22 85:5,12
87:16,21,21 88:12
88:19,23 89:3
92:25 95:20 96:2
96:6 97:7,16 98:7

99:15,18 100:8,18
103:6 104:25
110:7,11 111:6,7
111:10,12 112:3,7
112:14,24 113:5
113:12 114:10
115:12,22 116:3
116:11,22 117:6
117:13,24 118:6
118:10,19,24
119:6,12 120:1,7
120:17 121:16
122:16,21 125:15
125:21 126:3,13
126:15,18,23
127:1,11 128:9,12
128:17 129:3
130:3,7,14,21,25
131:5,25 132:3,11
146:12 147:11
148:5,10 149:11
152:14 153:5
154:4,14,19 155:8
155:17,18 156:8
157:10,24 158:3,9
159:12,17,24
160:6,20 162:6,22
162:25 163:2
166:14,18 167:9
167:18,20 168:2
168:16 169:6,8,13
169:19 170:17,18
170:25 171:1,6
173:1,2,20 174:7
174:12,23 177:7
178:1,9 179:7
180:6,25 181:11
181:24 182:5
185:18,24 187:13
188:8,12 191:24
192:11,18,24
194:8 195:1,17,24
196:25 198:16
200:17 204:18,23
204:25 205:14,20
206:3,20 208:4,24

209:11,16,19,23
210:1,4,9,13,21
210:25 211:4,8,9
211:12 212:18
213:4,16,25
214:10 215:2,7,23
216:4,6,7,11,20
217:2,10,22 218:1
218:21 220:6
223:17 224:20
225:14,25 228:3
229:25 230:12
231:11,24 232:2,8
233:6,12,16,18
234:14 235:2,4,16
235:24 238:2,10
238:16,20 239:16
240:5,10,13
241:14,18,23
242:2,11,20,24
243:6,14 246:25
249:15 251:4,7
252:12 255:5
256:11,18 258:1
259:9,12,21
260:23 262:24
263:4,8,12,15,18
264:23 265:1,4,8
265:8,13,15 266:6
266:16 267:3,10
267:13,20 268:1,3
268:6 269:4,7,17
269:24 270:13,18
270:24 271:4,6,7
271:12,19 272:4,8
272:11,12,15,19
272:23 273:8,10
274:1,6,8,11,12
274:18,20 275:2,5
275:11,18,24
276:13,15 277:1
277:22 278:1,2,4
278:8,23 279:2,13
279:19,23 280:2
281:5,11 291:3
294:17,19,21

295:23 296:15
297:20 298:6
299:19 300:3,6
302:19,21 303:4
305:19,25 306:1
306:20 307:20
308:5 309:8,14
310:6,10,14,19,25
311:6,19,23 312:7
312:11,17 314:18
314:22 315:3,7,14
315:19,25 316:9
316:18,25 317:17
318:22,25 319:4
319:21 320:2,5,10
320:22 322:12,20
324:22 325:1,23
327:6,16,24 328:4
328:11,17 329:3
329:11 330:6,22
331:9,13,17 332:5
332:13,16 333:10
333:17 335:14
336:24 337:8,25
338:2,11,16 339:6
339:12,15,23
340:9,20,25
341:15 342:3,16
342:19 343:5,9,12
343:22 344:6
346:22 348:12,21
350:18 351:10,15
351:21 352:1,17
352:22,25 356:17
357:2,15,16
359:19,21 360:3
**ovaries** 37:4,12,17
73:24 74:2,6,14
105:8 209:15,18
239:2 241:6,8
245:9 246:2 308:6
333:23 334:11
345:25 346:15
**ovary** 72:18 242:19
243:13,19 252:6
**overall** 17:24 60:1

64:14,16,25 65:3
65:16 66:2,8
67:11,13 72:7,10
72:11 74:5 106:23
108:5 120:25
146:7 151:15
178:14,22 206:18
216:19 217:9
219:23 225:22
226:5,12,14
228:22 232:8
235:3,15,24
236:12,21 237:2
246:21 260:8
261:20 285:9
292:9,12 296:5,9
296:11 310:24
324:14 336:22
339:17 341:12
349:9
**overarching** 42:2,6
**oversight** 173:25
186:2,4,8,17
**ovulation** 246:17
247:4,9 270:24
271:6 275:16
311:10,15 312:7,8
**ovulations** 311:13
**ovulatory** 246:12
246:24 247:17,21
247:24 270:24
313:8,10,24 314:1
**oxidative** 240:1
**oxygen** 72:15 239:5
246:12,13,18
248:1,6,17 249:4
312:9

**P**
**P** 258:3
**Pacific** 178:20
**page** 4:2,3,4 16:20
17:9,15 25:19
26:8,10,14 27:5
28:3 30:10,14,22
30:23 31:1,8

37:25 38:5,21,25
87:2 89:12 91:4
97:2 106:1,22
108:4 136:19
137:1 147:25
149:14 152:18,21
175:24 176:1,2
180:10 182:23,23
188:15 190:24,25
190:25 191:20
195:14 196:8
197:5 224:9
227:18 230:21,22
256:25 284:12
334:24 335:3
362:3
**pages** 39:19,22
97:4 107:10
287:21 363:3
**paid** 10:1,22
185:16,22 186:12
186:12,12,21
208:4
**Pam** 94:24
**panel** 126:23
144:25
**paper** 75:3 116:17
116:18 123:17
146:22 147:9
149:7,10 150:3,13
150:16,17 152:3,6
152:13,18 153:12
153:19,24 154:3
154:18 155:1,6
157:6 158:14
159:21 160:3,8,12
160:14,17,19,23
161:22 162:2
164:24,24 166:3,6
166:17 167:17,25
168:1,3,6,8,14,20
169:4 175:3,6,20
177:15 179:4
181:10 184:17,19
185:21 186:13,19
187:16,25 188:4

188:11,14 189:24
192:15,23 193:3,6
193:11,18,22
194:7,18 195:8
196:3,14,24 197:3
197:10,12,19,20
198:5 205:2,14,16
206:7,17 207:9
223:16 224:7,8
227:11,14 230:10
230:15,17 232:16
233:21 234:4,5,12
239:14,19 241:11
245:19,24 246:6,6
246:9 250:17
254:12 255:25
256:7,7,13,14,17
256:22,25 257:10
257:23 259:7,8,24
259:25 263:6
268:11,16,20,22
268:23,25 269:12
270:3,10 271:20
271:23 282:20
285:15 320:11
321:15,19,22,23
322:3 324:7
326:11,12,13,24
327:11,12,20
329:9 348:19,22
354:20 358:16,20
**papers** 27:15 31:17
64:7,8 66:1 71:21
73:11 74:25 82:13
112:5 123:25
143:3 146:10
150:25 151:9,11
151:14 155:16
156:6,10,18
157:22 158:6,7
159:9,15 188:2
192:14 195:21,22
206:22 230:1
232:19 245:22
249:25 250:4,7,15
250:24 251:1,4,5

251:6 259:17
260:21 261:6
268:6,8 269:2,11
270:2,7,8,14
285:2 297:17
318:10,18 320:18
320:19 327:18
329:7 345:21
354:17 357:22
**paper's** 187:11
**paragraph** 17:3,9
17:15 19:4 86:16
87:3 89:13 91:11
97:10,13 153:1
154:12 180:23
190:25 191:20
195:16 196:2,9
197:4,9 205:2
**paragraphs** 284:13
284:20
**parenthetical**
181:4 182:3,4,6
192:8,8
**Parfitt** 2:24 14:20
25:21 26:22 27:3
119:24 120:5
121:14 122:1,8
148:24 176:1
223:21 288:21
342:9
**Parkway** 2:4
**parous** 310:1
**parse** 247:13
313:18
**parsing** 276:16
**part** 18:22 47:12
60:25 69:21 72:12
82:2,14 92:24
100:24 105:8
116:16 163:18
167:13 174:2
184:17 186:2,18
246:21 256:6
257:10 283:18
315:10 333:6
**participants**

Patricia Moorman, Ph.D., M.S.P.H.

188:16 198:14
**participated** 126:22
**participating** 314:23
**particles** 239:2 243:12,18 262:13
**particular** 16:19 22:15 31:17 37:19 64:18 82:21 89:7 111:4 132:9 155:12 162:2 187:25 191:1 223:7 248:22 249:11 272:12 275:4 313:13 349:23 356:13,14
**particularly** 45:20 234:25 316:25 317:8 329:7
**parties** 364:13,16
**parts** 74:20
**pass** 158:21 159:6
**passed** 157:12
**pathological** 299:18
**pathologist** 218:13 299:24 300:10
**pathologists** 300:5
**pathology** 280:12
**pathway** 239:1 304:1 311:18,18
**patient** 122:16 130:14 131:24 291:18 302:23
**patients** 130:17 349:8
**patient's** 130:20,24 131:5
**Patricia** 1:15 3:1 4:11,13 7:6 8:1,10 19:22 363:8
**pause** 65:8 306:8
**PDQ** 4:17,21 92:25 94:4,16 96:23
**PDQs** 94:5

**peers** 128:3
**peer-reviewed** 22:9 25:11 26:2,4,19 27:2 28:4,5,18 29:6 30:9 40:13 41:9 47:19,22 208:20 209:2 221:14
**pelvic** 333:9,21,25 334:5,9
**pending** 11:8 14:14
**penetrance** 263:18 264:1,8,14
**people** 74:17,22 126:24 173:2 189:17 229:7 242:21 278:12,25 279:3,5 280:3 281:9,10 287:25 300:25 301:5,8,15 301:17 302:4,10 302:17 323:24,25 324:1 325:16 338:11 359:12
**perceive** 323:7
**percent** 133:16,24 133:24 169:20 174:17 190:16,17 199:15,20,21,24 212:12 263:21 264:3,4 332:7,8 339:19,20 340:21 340:22,23 341:25 342:2
**percentage** 174:15 199:13 281:13 282:2
**Peres** 149:21 150:3
**perfect** 187:3
**perfectly** 301:2
**perform** 41:6
**performed** 25:13 324:10
**performing** 93:18
**perineal** 6:6,9,16 60:5 87:15 88:12

96:1,5 97:5,8,11 97:15 98:6 108:6 192:17,23 194:7 206:3,20 223:17 228:2 245:8,20 297:3
**perineally** 69:25 70:4
**perineum** 37:4,17 105:8
**period** 39:6 45:24 189:15 212:17,22 212:23 213:11
**periods** 247:10
**peritoneal** 4:20 5:19 57:4,11,21 168:1,16 169:7,12 169:16,25 171:6 172:23,25
**peritoneum** 57:17
**person** 63:13 124:11,12 127:6 279:10 287:8 299:5 303:10 305:3,7 321:25
**personal** 131:23
**personally** 9:11 95:15 229:4,8 334:17
**person's** 284:8
**perspective** 234:19
**perspire** 317:6,15
**petitions** 80:17,25 81:6 86:6 87:7,9 87:12
**Peutz-Jeghers** 277:19
**pharmaceutical** 300:14
**pharmacist** 78:18
**pharmacy** 83:6
**phenomena** 137:18
**phenomenon** 325:12
**phrase** 102:16 120:20,23 171:25

211:21
**phrased** 190:8,14
**phrasing** 117:20 118:2 207:18,19 260:2
**physician** 281:16 299:5
**Ph.D** 1:15 3:1 4:12 4:14 7:6 8:1 19:22 363:8
**PI** 17:24
**pick** 27:22
**picture** 143:16
**piece** 16:24 209:3 314:3
**pinpoint** 104:9 110:5 155:11
**place** 101:20 102:13
**placebo** 139:11
**plaintiff** 14:12 15:12
**plaintiffs** 1:5 2:2 10:1,20 12:17 14:17 15:20 16:17 16:18 19:19 26:5 26:21 28:6,12 38:11 39:15 78:6 81:11 103:7,20 104:2 119:4,7,16 119:23 120:20 124:8 125:25 126:2,4,10 127:3 131:10,15 184:12 185:17,22 186:12 186:21 200:16 207:3 208:5 227:15 278:18,23 279:11 287:2,5,9 288:2,4
**plaintiff's** 4:9 207:23
**plant** 60:7 332:15 332:18
**plausibility** 43:18 43:22,24 51:24

52:6 142:23
220:15 237:24
238:15 239:9
249:1,12,21 250:8
250:21,25 251:2
358:23
**plausible** 44:12 49:9 51:20 71:11 71:22 133:19 143:5 144:11,14 220:8 238:20,25 267:15,24 279:6 310:15 319:25
**play** 43:17 104:21 138:16 202:17 229:1 330:12
**played** 89:9
**plays** 311:16
**pleading** 16:17
**please** 8:8 33:12 50:6 54:2 69:7 83:23 96:15 100:11 128:20 136:14,24 159:5 170:21 183:19 198:6 215:8 235:20 243:16 257:14 268:11 358:6
**pleurodesis** 349:1,8
**plot** 224:10 227:19 230:22
**plucked** 223:23,24
**plus** 77:6 228:16
**point** 16:25 24:17 27:13 62:22 81:9 86:23,24 88:22,25 89:5,7 110:2,17 134:16,25 142:12 145:2,4 157:3 158:12,18 163:20 166:11 177:12 186:24 195:23 204:14 214:13 220:19 221:7 229:14 230:3,6

325:10 333:5
336:6 340:7 349:5
**pointed** 143:3
**pointing** 18:25
**points** 17:18
**policy** 186:17
**pooled** 5:24 6:21
174:23 195:25
224:23 256:18
**population** 31:10
132:14 133:18
151:1 174:8,12
196:13 222:10
309:10,12,22
310:19 315:5,13
316:13,17 318:5,6
318:16,17 337:14
337:17,20,24
339:18 340:19
341:12
**populations** 137:15
178:16 318:15
**population-based**
5:14 154:5 224:14
226:18,20,22
227:2 233:14
325:4
**poses** 308:25
**position** 88:3,7
158:17
**positive** 68:11
263:7
**possession** 114:14
114:23 115:3,7
**possibilities** 200:10
**possibility** 200:5,7
324:4,18
**possible** 42:21 49:3
49:7 71:10 73:22
76:21 77:20,21
82:1 98:23 99:9
99:14 101:15,25
102:5,22 128:7
132:6 133:20
140:25 179:24
200:23 202:25

238:14 241:11
244:9 263:1 268:1
278:5 297:6
311:11,18 317:25
325:18
**possibly** 11:21
29:24 101:4 108:7
109:17 115:18
183:9
**postmenopausal**
259:12 342:15
**post-doc** 150:4
**potential** 33:5
44:12 55:16 58:5
58:6,11 59:9,21
59:23 74:21,23
75:1 126:15
128:23 129:9
139:4,12 140:22
142:1 146:6
149:22 153:4
185:8 198:13
200:4 226:6
239:16 262:14
271:3 314:9
322:25 324:12
350:19 352:14
**potentially** 59:17
103:20 243:12
**powder** 6:2,20
18:18 41:20 42:21
42:22,25 43:7
44:14,21,24 45:5
46:2,4,14,25
47:14 48:15,22
49:14,22,23 50:3
50:9,11,14,16,18
50:20,23 51:8,9
51:17 52:11,15,18
52:22 53:2,5,17
54:13,16,20,22
55:5 56:3 60:11
60:14 61:1,3,10
61:18 64:15,19
65:1,17 69:3,10
69:12,20 75:5,7,8

75:14,21 76:6
77:14,16,24 78:1
78:15,22,25 79:3
79:7,12,19,24
80:3,18 81:7 82:4
82:16,16,20 84:17
84:23 85:5,11
87:20 88:19 89:2
95:19 99:14,18
100:8,17 101:4,10
102:2 103:6
104:25 108:7
110:6,10 111:5,7
112:2,7,8,8,13
113:4 114:9,9
115:12,22 116:2
116:10,21 117:23
118:6,18,23 119:6
119:12,25 120:7
121:15 125:20
126:12 127:11
128:17,24 129:2,3
129:6,10,14,22
130:1,8 131:20,24
132:4,10 146:13
146:23 148:9
149:15,16,21,22
150:23,23 151:3
153:9,13 155:2,3
155:7,7,18,18
156:7,7 157:10,11
157:23,23 158:2,8
158:8 159:12,16
159:16 160:5,5,20
162:22 172:22
176:5,7,13,14,24
177:2,5 178:1,1,9
179:7 180:14
181:12,22,22
183:8,17,25
185:18,18,23,24
187:12 188:12,14
188:15 189:8,9,9
189:15,22 190:6,9
190:17,20,21
192:1,11 195:18

197:16 198:8,15
199:4,20 202:21
203:6 205:14,19
208:3,13,16
209:24 210:2,5,8
210:10,21 212:6
212:18 213:3,14
213:23 218:9,22
232:8,22 233:12
233:17 234:14
235:4,16,25 238:2
238:15 241:7,17
242:1,19 243:19
244:23 245:8,20
246:1,2 247:2,4
249:14 251:24
252:12 256:10,18
257:2,25 258:5
259:22 264:17
269:6 271:7
272:22 273:9,20
276:5,19 278:7
279:12,18 280:2
281:4 290:20
291:23 292:1,5,8
292:12 293:3,7,11
293:16 294:1,5,8
294:14 295:8,12
295:22 296:6,21
308:24 313:9,25
319:12 324:22
325:1 335:14
336:23 346:3,9
348:12,20 352:1
352:19 353:10,15
356:17 357:2,14
**powders** 47:13 76:8
76:17 78:20
109:17 117:5,6,13
159:17 176:10,14
188:17,19,22,25
189:3 239:22
285:17 295:3
308:18 317:7
318:5 353:10
**powder-covered**

260:11,12
**powder/talcum**
153:13
**power** 45:12
162:21 237:9
**powered** 163:4
**practice** 332:16
353:23
**practices** 315:18
316:15,19
**Pre** 259:12
**preceded** 220:5
**precise** 17:6
**precisely** 14:15
64:9
**precision** 212:21
**predisposition**
306:22
**predominantly**
178:16
**prefer** 170:11
**pregnancies** 247:10
259:4 311:14
**pregnancy** 259:4,6
276:10
**preparation** 283:15
283:16 284:24
286:20 287:3
**prepare** 20:10
284:25 285:10
**prepared** 10:5,7
20:12,13 24:5
41:12 283:12
288:6
**preparing** 92:19
94:3 98:14
**presence** 75:8,23
81:15 143:18
**present** 2:23 127:4
165:1 180:13
**presentations**
280:21
**presented** 87:13
151:17 153:19
194:1 259:25
**pretty** 186:4 205:6

246:23 272:16
273:1 274:5 277:9
279:7 310:3
331:21 359:11
**prevalence** 337:16
**Prevention** 4:18,21
94:4
**previous** 65:15
191:23 213:20
237:13 358:8
**previously** 31:21
36:10 38:18 47:11
59:12 80:7 86:5
127:2 167:1
251:14 275:25
328:14 357:9
**primarily** 24:8 68:3
252:23
**primary** 4:20 5:19
34:24 41:17 42:10
42:12,14,15 48:16
48:18,21 49:13
53:15 54:6 97:8
118:22 168:1,15
169:7,12,25 171:6
172:22,25
**principal** 17:19,22
18:7 19:2 93:7
**print** 175:8,16
**printed** 96:12
**prior** 12:11 13:8
16:22 45:20 86:7
121:7 157:15
364:8
**priority** 153:3
**probability** 72:4
209:22
**probable** 101:25
**probably** 11:16
25:24 29:10 30:12
60:21 101:24
111:21 113:24
120:13 157:18
174:17 189:12
218:1 222:5
273:14,22 284:5

286:25 288:9,13
344:5,14 351:9
**problem** 324:19
**problematic** 183:6
**proceed** 161:9
**process** 72:13 82:3
94:8 146:4 150:3
150:7 208:18
246:12 248:11
265:19 312:9
319:13 342:21,25
343:3 344:1,7
348:22 356:9
**produce** 247:25
**produced** 1:25
19:22 39:20 46:20
46:23 47:2 320:21
**produces** 320:9
**product** 52:18 53:2
60:25 64:15 69:3
78:15,22 79:3,3,7
112:8,8,9 113:6
114:9,9,20,22,24
131:20 189:14
208:3 209:24
210:5,9,22 213:3
241:7 251:24
292:1,10,12
296:21 346:9
352:19
**production** 239:5
**products** 41:20
42:21 43:1 44:22
44:24 45:6,12,15
45:20,23 46:2,14
46:25 47:14 48:15
48:22 49:4,5,14
49:22 50:9,11,14
50:19,20,24,25
51:8,10,11,13
52:11,15 53:17
54:13,16 55:5
56:3 61:2,3,8,10
61:18 64:19 69:10
69:12,21 72:14
75:14 78:25 79:12

79:19,24 80:4,19
81:7,15,24 82:1,6
82:17,20,21 84:17
84:23 85:5,11
88:19 91:8,16
95:19 99:14,18
100:8,18 101:4,11
102:3 103:6 107:4
110:7,11 111:6,7
111:12 112:2,14
113:4 115:12,22
116:3,11 117:24
118:6,18,23
119:12 120:1,7
121:16 126:12
127:11 128:17,24
129:10,14,22
130:1,1,3 131:24
132:10 172:22
176:8,20 208:13
210:2,10 212:6,18
213:14 218:9,22
241:7,17 242:1,19
243:19 244:23
245:8,9 246:1
247:3,5 249:14
269:7 271:7
272:23 273:9
276:19 279:12,19
280:2 290:17,20
291:23 292:8
293:3,7,11,16
294:1,5,8,14
295:8,12,22 296:7
300:15 316:10,16
352:1 353:10,16
356:17 357:2,14
**profession** 355:5
**professional** 4:22
308:14
**Professor** 8:22
**progestin** 77:6,7
**promote** 239:23
**pronunciation**
327:23
**proper** 92:19 98:13

258:10
**properties** 304:15
**proportion** 189:19
216:11 337:20
**proposal** 227:19
**proposed** 71:11,14
**propounded** 363:5
**prospective** 139:12
234:14,22 235:5
235:16,25 314:14
314:17 324:12
325:3,3
**prospectively**
234:2
**protective** 40:14,16
170:8,13
**proven** 238:2,6,7
**provide** 25:22
38:12 40:9 41:13
156:24 184:25
191:14 216:24
290:13
**provided** 19:19
25:16,17,20 26:4
26:11,14,16,20,22
26:23 27:2,3,4
39:12,15 40:1
45:22 46:13 81:11
81:13 118:22
119:9,11 122:14
123:10 127:4,22
128:2 217:13
347:24
**proximity** 297:7
**proxy** 247:20
**pro-inflammatory**
326:21 327:4
**public** 3:3 28:20
29:7,18 117:4
222:7 363:18
364:21
**publication** 98:21
113:18 116:10
117:3,23 118:5
152:19 178:23
181:15 208:20

228:7 255:19
322:6 356:13
**publications**
159:22 280:21,23
296:1,4 358:25
**publicity** 200:25
201:1 202:14
**publicly** 15:17
**publish** 185:10,11
186:13,19 327:1
**published** 40:12
41:4 45:21 89:10
96:14 99:20
109:25 117:9,11
131:3 147:14,22
150:14 151:9
155:6 156:6,18
157:22 158:6,7,15
164:24 165:22
166:3,6 168:11
175:7,8,15,16,17
184:11,23 185:4
185:16 191:24
208:20 209:2
215:19,25 221:13
228:8 230:18,20
232:17,25 239:10
239:15 256:13
279:1,21 320:3,6
324:8 333:13
354:13,17 357:25
358:22
**PubMed** 27:8,10
**pull** 254:4 263:19
268:11,18 309:23
**pulled** 48:11
**pulling** 132:13
**purification** 89:19
**purity** 89:18
**purpose** 24:9 40:19
60:13 83:19
215:11 251:12
283:21
**purposes** 20:23
21:6,19 22:4,16
23:6,13 27:23

Patricia Moorman, Ph.D., M.S.P.H.

43:21 83:14
108:12 176:14
226:9 241:5,16
248:24 249:22
258:17 260:6
275:14 284:2,9
285:8 286:1 288:5
345:14 348:24
**put** 30:18 39:5,12
73:14 80:11 92:4
102:2 107:14
146:18 162:8
182:3,4 188:4
233:24 336:22
337:19
**puts** 316:18
**putting** 102:23
**p-value** 179:14
193:12,13,15
203:21 227:7
**P.M** 145:6,6 187:4
187:4 221:8,8
262:19,19 313:5,5
353:5,5 361:2

**Q**

**Qin** 152:7 320:13
**qualifications** 92:9
95:23
**qualified** 92:5,12
93:25 172:18
250:2
**qualify** 17:21
171:18 277:16
**qualifying** 171:22
**quality** 5:8 89:21
152:14
**quantify** 61:15
251:24 352:7
**quartiles** 257:6
**question** 13:14 15:8
21:15 23:11 24:3
24:10 26:18 29:3
33:21 39:13 43:9
52:25 54:2 60:13
61:2 65:14,19

69:7 71:23 72:2
86:7 90:14 93:15
95:18,23 100:7
103:24 106:11,21
111:25 112:11
117:2 118:14
126:20 129:7
135:23 136:12
137:10 156:2,16
159:5 166:2,4
171:18,20 172:4
183:22 190:7,10
190:13 191:11
204:3 206:22
213:20 235:13
236:8 242:8
244:10,19 246:3,5
253:10 256:4
260:2 265:21,25
272:2 275:21
279:8,24 292:21
306:8 313:13
336:22 341:7
342:14 354:2
356:3 358:7,8
359:16 360:8,14
**questionnaire**
237:16 330:13,14
330:17 332:20
333:1
**questionnaires**
112:17 113:6,15
**questions** 53:21
54:5,8 107:20
112:18 128:25
171:24 191:19
214:7 221:12
240:16,18 244:6
244:25 273:24
289:15 296:18
302:19 312:6
332:20 344:21
355:9,11,12 363:4
**question's** 135:5
260:3
**quick** 94:13 221:1

**quiet** 65:10
**Quin** 327:22 329:9
**quite** 55:25 56:10
88:23 111:13
132:5 158:2 164:8
170:4 228:12
234:1 245:16
261:18 262:7
271:21 274:4
317:1 342:10,13
**quote** 233:21
**Q-U-I-N** 327:23

**R**

**R** 2:13 362:1,1
364:3
**race** 162:1 181:6
**race/ethnic** 178:24
178:25
**race/ethnicity**
174:11
**Rachel** 124:14
**racial** 166:20
174:22 178:2,11
179:8 180:19
**racially** 174:7,10
**Racial/Ethnic** 5:22
**rack** 322:20
**radiation** 304:9,15
305:12,14,16
**radon** 223:2
**raised** 57:19
**raising** 184:3
**ran** 200:15
**random** 133:2,12
324:9
**randomized** 139:11
350:6
**range** 64:2,10,16
133:19 167:2
179:22 200:10
219:19 263:17,23
305:18 310:2,8,23
329:17,23 330:7
332:3 336:24
343:18

**ranged** 336:1
**ranges** 221:17
**Ransohoff** 95:1
**rate** 9:22,22 264:2
338:18 339:5,9
352:2,3
**rates** 69:4 239:24
**ratio** 64:18 65:17
141:4,6,16,17
142:22 143:2,8
159:11,15,22
160:5 161:3,11
162:18 164:13,16
167:1 169:16,20
169:24 170:3
172:17 177:18
179:10,12,17,21
197:9,15,18 199:7
199:9 203:20
205:3 206:23
220:1 224:23
225:18 226:23
236:12 261:1
263:23 264:5
268:21 269:3,5
328:21 329:14,17
331:21 336:23
337:6,15 338:9
348:20
**ratios** 64:3,11 66:9
112:6 132:17
165:9 167:1
180:19 198:10
216:4 217:1 225:5
225:20 228:22
233:20 268:9
273:4 298:10
324:15 327:10,19
328:19 329:6,13
329:22
**raw** 91:7,15 290:19
**reach** 74:1,14
138:16 234:15
241:8 242:19
243:12,18 354:20
355:6

**reached** 217:15
234:1,22 355:17
**reaching** 33:6 74:6
208:19 239:8
**reaction** 106:18
218:9
**reactive** 72:15
239:5 246:11,13
246:17 247:25
248:1,6,17 249:4
312:9
**read** 27:25 30:17
30:23 31:2,9,25
32:5,11 47:19
63:2 65:25,25
71:10,21,24 72:2
73:3,10,21 81:9
82:7,12 86:20,23
86:24 87:17,18
89:22 97:10 103:5
103:9 105:10
106:19 150:13
183:11,12 224:8
227:13,14,17
228:4,5 229:10,18
240:18 245:22
249:24 253:14
256:1 257:7
268:20 273:13
326:7 345:21
358:7,8 363:3
**readily** 139:22
329:16
**reading** 66:20,21
81:23 87:4 89:16
90:7 91:12 105:16
108:14 147:15
148:3 152:9 153:1
154:12 180:2,11
180:23 181:4
182:24 185:20
191:22 192:16
194:23 227:11,23
233:23 239:21
251:8 257:1 300:9
**reads** 87:4 108:5

Patricia Moorman, Ph.D., M.S.P.H.

227:22
**readthrough** 39:4
**ready** 289:25
344:16
**real** 143:5 179:17
**realizing** 307:11
**really** 24:10 30:16
31:6 63:1 65:14
80:1 103:9,13
119:20 135:23
156:21,22 200:9
237:20 270:4
338:21 340:13
**realm** 36:14 129:18
**Realtime** 364:5
**reanalyze** 41:8
**reasked** 253:11
**reason** 24:3 36:10
91:20,23 92:2
112:23 250:6
295:16 312:6
336:15 339:3
362:5,7,9,11,13
362:15,17,19,21
362:23,25
**reasonable** 41:19
61:6 71:18 72:4
104:15 106:10,15
111:17 120:16,21
121:1,6 228:16
241:25 242:10
247:20 250:19
312:1 331:10
**reasonably** 44:5
237:7
**reasons** 49:9 51:20
92:15 237:22
245:6 259:5 262:1
262:14 310:15
311:9
**recall** 12:8,23 15:2
16:7,11 23:2
25:24 35:5 46:3,4
58:25 59:13 62:18
63:9,24 65:7 66:2
66:20,25 67:2,4,9

68:7,9,18,23,24
74:25 76:6 80:8
81:2,18,20,23
82:2 83:7 84:13
84:19 86:13,20
91:8 99:19,24
100:1,4 102:9
103:9,10,14,16,18
103:25 104:7,10
104:15,18,19,21
104:23 105:3,6,11
105:16 106:11,13
106:18 110:11
115:15 116:6,13
118:1,25 119:12
129:11 139:18,20
139:21,25 140:4,9
149:24 161:20
175:19 183:1,24
184:18 185:12
189:13 200:6,10
200:11 202:12,18
202:18,19 205:5
206:13,24 227:11
227:16 232:20,23
234:3,5,7,11,11
246:6 251:8
254:23 255:16
256:2 260:20
268:22,23,24
269:2,11 271:19
271:20 275:13
283:24 285:22
286:6,11,15
289:11 296:13
297:16 300:9
312:19 314:2
315:22 320:18
321:11,17 322:19
322:21,24 323:1,5
324:3,12,13
325:13,14 326:11
326:12 327:11,17
328:18,19 329:3,9
329:14,15,24
330:8,24 331:11

349:6,13,17
353:12,18
**recalled** 330:19
**recalling** 118:7
217:20 296:10
327:9 329:6,13
**recalls** 330:20
**receive** 9:16
**received** 10:4 24:12
46:7 87:8 93:10
147:16 168:10
207:22
**RECESS** 53:12
85:25 145:6 187:4
221:8 262:19
313:5 353:5
**recognition** 247:21
**recognize** 252:18
**recognized** 83:7
298:16
**recognizing** 34:14
69:15 74:4
**recollection** 101:7
290:24 349:9
**recommend** 148:14
149:20 150:18
181:21
**recommendation**
148:18 150:1
153:16 155:24
156:19 157:20
**recommended**
155:19 156:9
**record** 8:9 53:13
65:12 86:3 107:20
187:7 262:22
**records** 284:9
**rectal** 295:10,13
297:4,13
**red** 326:20 327:4
**reduced** 327:16
329:3,10 364:11
**Rees** 2:13
**refer** 46:1 92:23
107:25 217:14
239:15 250:14

309:11 359:12
**reference** 191:10
192:15 193:4
194:10,11,15,19
196:4,5
**referenced** 18:12
19:1 23:15 46:17
187:9 256:22
284:21 345:6
**references** 23:21,22
192:9
**referring** 16:23
18:2,3 96:10
172:2 177:10,15
191:7 194:18
196:7,11 268:12
299:25 320:11
353:15
**refers** 16:21 91:5
**reflect** 146:22
**reflecting** 174:12
217:7
**reflects** 29:19
**refrain** 45:9
**refresh** 254:7
**refreshed** 169:3
**refreshing** 286:4
**regard** 9:9 16:6
25:6 26:1 28:17
28:20 30:4,9,13
31:17 32:1,10,16
32:24 33:15 37:11
40:15 42:15 45:25
46:5,13 52:6
55:22 66:6 78:3
80:24 96:1 103:6
104:11 106:21
113:2 115:5 116:2
118:21 121:7
124:18 127:11
161:2 163:23
170:16,24 188:19
189:6 190:5
195:12 196:12
200:16 204:9
208:3,15 209:18

210:10 214:6,25
215:5 225:2
232:15 233:4,16
234:13 235:15,23
246:11 269:6
283:11 319:9
336:5 346:3
349:21 351:25
356:16
**regarded** 334:22
**regarding** 29:8
31:11 78:25 82:16
82:16 107:21
126:2 287:9,22
290:25
**regardless** 141:9
142:5 178:11
338:12 339:1
346:8,15
**Registered** 364:4
**regulate** 82:21
**regulations** 114:18
**regulatory** 125:13
125:19
**related** 9:1 30:3
55:13 72:12
134:21 140:6
235:1 237:10
246:24 247:9
250:5 259:10
262:5 266:6
270:20 273:8,15
275:13 285:16
291:1 295:2 296:2
297:20 314:7
332:16 351:7,11
364:12
**relates** 34:7 42:16
54:5 58:17 66:23
75:5 95:19 150:22
183:17,24 199:4
223:7 248:25
**relation** 5:11 43:17
63:25 77:3 105:4
111:12 119:19
129:3 130:8 154:4

Patricia Moorman, Ph.D., M.S.P.H.

172:14,15 222:25
223:1,3 237:5
254:3,15 260:22
260:24 275:7
323:13 331:8
357:19 358:13
**relationship** 9:2
33:16 67:6 69:2
70:13 84:16
140:19 142:24
143:9,19 192:1,10
193:19 317:18
333:9
**relative** 64:3,14,18
64:24,25 65:4,16
66:8,13,21 112:6
132:17 134:9
141:3,6,16,17,25
142:6,22 143:8
159:11,15,23
160:4 206:12
212:9,10 217:1,13
221:15,17,21
231:4 232:21
237:1,2 263:15,22
263:24 264:1,5
269:4 273:1
309:23 310:2
316:3 329:22
330:6 336:23
337:6,16,23 338:9
339:8 348:20
364:14
**relatively** 162:12
349:10
**released** 312:10
**relevant** 29:22
100:23
**reliably** 131:4
**reliance** 4:13 19:21
24:12,21 25:4,7
86:12 92:23
173:10 174:2
250:13 254:7
255:17 285:6,19
334:24 335:1,10

**relied** 249:5 250:18
**relies** 265:18
**reluctant** 325:16
**rely** 20:22 21:8,21
21:25 22:25 23:6
23:14,19 24:8
38:24 40:12 135:2
144:8 174:1
214:14 248:24
249:11 250:3,8
251:1 279:20
**relying** 157:19
215:25 250:1,20
280:4
**remaining** 114:7
**remains** 52:9
**remember** 67:23
82:5 99:22 117:19
205:1 227:13
245:17,22 246:10
254:13,21 255:22
259:7 260:2
264:13 275:20
286:5 322:20
347:5
**reminding** 223:9
**removed** 308:7
**repair** 239:25
266:9
**repeat** 21:14 23:10
50:6 51:5 54:1
69:7 83:23 110:14
133:21 231:18
243:16 257:14
358:6
**repeatedly** 84:6
166:9 179:21
356:10
**repeating** 29:3
**rephrase** 162:19
**replacement**
272:15,18,21
273:7,19 275:17
342:15 343:9,13
343:22
**replied** 31:20

**report** 13:18 38:16
49:21 81:23
164:20 165:8
183:3 184:6 188:7
191:13 193:8,11
193:12,13 195:9
199:15 202:2
205:3,8 215:17
227:4,7 231:7,9
237:1 250:10
253:2,4 257:23
258:18 263:17
270:15 283:17
315:21,24 318:20
348:19 349:10
**reported** 1:24
50:18 51:8,13
54:14 55:6 64:3,8
66:18 67:1 71:14
75:16 77:24 90:9
90:11 97:3 112:6
113:3 133:17
134:9 159:15,22
160:4 161:3 167:6
172:13 179:9
180:3 183:14
188:11 189:6,7,17
189:19,25 191:4
191:25 193:10
197:10,19 198:10
199:13,15,16,19
202:20,22 203:5
203:19 205:1,6
206:12,18,23
209:21 216:1
217:19 218:18,18
218:21 220:1,2
224:11,24 225:20
232:1,4,12,21
233:5,5 235:1,15
245:19 246:1
252:5,14,15,15,25
253:18 254:2
255:22 256:1
258:20 260:14
261:5 262:4

263:21,25 267:9
267:24 268:8
269:10 270:2,7,9
271:1,17 273:1
274:6,15 276:14
294:19 296:14
307:16 308:23
309:5,21 310:3,9
310:21 316:3,22
317:2,2 318:10,11
319:25 321:6
324:16 327:19
328:13 331:19,20
331:22 332:7
334:5 349:2,13,18
**reporter** 253:13
358:8 364:5
**Reporter/Certified**
364:5
**reporting** 52:11,18
159:10 190:6
235:24 257:9
258:2 269:3
297:17 298:10
323:11 325:19
**reports** 25:18 38:12
38:16 169:15
257:16,22 285:24
**represent** 39:25
290:7 328:21
**representation**
134:17 197:25
**reprimanded**
280:18
**reproductive** 297:8
**reputable** 98:24
**reputation** 95:8,9
95:10,15
**require** 80:18
170:13 186:11
**required** 84:22
125:14 183:3
184:24
**requirements**
186:10
**requires** 185:7

**research** 27:7 93:4
93:8 128:16,23
227:20 281:23,25
282:3
**RESERVED** 361:1
**residential** 223:2
**respect** 235:3 295:6
**respectable** 151:20
**respected** 95:16
**responded** 65:18
81:6
**response** 43:9,10
71:5 87:8 104:24
105:4 195:9 203:2
203:6,14,25
204:17 242:25
243:7,14,20
251:11,11,23
252:5,10,13,19
253:2,5,19 254:3
254:15 256:2,9,10
256:16 257:11,19
258:23 259:16
302:18 312:5
322:15 336:21
**responses** 319:9
342:13
**responsibilities**
281:24
**responsible** 94:5
160:11
**rest** 281:21 282:2
**restate** 253:15
346:7
**restricted** 32:6
258:4
**result** 133:1,11,25
136:3 137:18,25
138:21 141:5
239:17 303:5,7
320:22 322:25
**resulting** 246:17
354:12
**results** 58:7 59:17
59:24 81:20 82:9
113:4 116:20

Patricia Moorman, Ph.D., M.S.P.H.

133:5 145:11
148:1 160:16
161:14 164:20
165:10 166:22
171:7 173:6
183:14,24 184:8
189:7 194:21
198:14,21,22
201:10 202:2
225:4 233:15,25
234:16,23 312:8
312:11 324:11
325:8,21 326:14
347:8 354:20
**retained** 114:3,18
184:12 278:22
279:11 284:7
**retainer** 10:22
**retrospective** 6:14
18:20 139:3 140:1
140:4 196:25
201:3 234:15,22
235:5,10,17 236:1
**retrospectively**
234:2
**review** 10:16 20:14
20:19 27:12,23
30:5,10,14,21,25
33:3,22 34:7,16
35:16 38:19 40:5
40:15 42:3 47:10
47:23 67:15 78:2
79:22 81:5 86:5
87:5,9 96:14
98:14 99:10,13,17
99:17,20,25 100:7
100:15,16,16,21
100:23,24 101:3
104:6,7,8 114:17
121:10,14,25
122:7 147:17
161:22 207:4
228:20 229:6
230:17 232:17
240:4,9,20,23
250:12 270:21

283:21 284:25
285:13 289:14
319:17,23 322:5
342:20 348:25
357:13,21,25
358:11
**reviewed** 17:12
28:4,12 29:12,25
30:2 34:19 35:1
35:11,22 36:11,15
37:7 40:17 41:10
46:12,16 55:22
68:1 78:4 80:2
92:8,24 95:25
98:15 99:13
103:11,19 104:1,5
119:18 120:13
208:8 230:25
240:17 251:16
267:21,22 269:19
270:19 273:14,21
274:3 284:1,2,8
285:11,14,15
295:18 319:11
347:3 357:10,11
**reviewer** 198:18,19
**reviewers** 198:20
**reviewing** 27:14
38:15 47:1 86:17
86:17 88:15
120:12 126:21
129:8 283:20
285:2 286:24
300:2
**reviews** 9:18 20:5
86:18 121:23
149:18 161:23
168:23 254:10
283:9
**revisions** 147:19
**rheumatoid** 244:12
244:15
**right** 12:12 16:22
17:3 18:15 25:3
26:10 77:19 86:10
86:22 97:11 102:4

110:16 125:8,11
150:11 151:4
153:17 154:9
160:12 161:5,17
163:20 167:12
175:23 177:17
179:13,14 185:2
187:19 193:15,23
203:11 205:2
206:15 213:13
223:22 230:15
249:19 254:3,23
256:15 262:21
263:20 276:21
277:6 286:10
297:10,14 305:7
306:2 315:4 320:5
320:10 321:20
327:16 328:17
333:10 335:5
340:10,24 341:16
342:10 349:16
353:8 360:16
**right-hand** 97:3
175:6,10 182:23
**rinsed** 262:10
**rise** 329:17
**risk** 5:3,6,9,12,16
6:7,16,18,20
41:21 48:23 49:15
50:4,9,24 51:17
51:21 52:7,21
53:23 54:6 58:21
59:10 63:12,14
64:14,18,24,25
65:4,17 69:9,25
70:4 74:10 85:12
87:21 88:23 96:6
97:7,16 98:6
110:7,11 112:2,7
112:19 113:5
115:22 116:3,11
116:21 117:13
118:6,19,24 119:6
119:20 120:1
121:8 125:20

126:12 130:21,24
132:17 134:9
141:4,6,16,17,25
142:6,22 143:8
144:19 145:9,13
145:23 146:11,23
147:2,11 148:5,10
149:11 150:18
152:14 153:4,6
154:4,14,19 155:8
155:19 156:8,17
157:1,11,24 158:3
158:9 159:11,16
159:23,24 160:5
162:6,22 163:1,5
166:14,18,20,23
167:4,5,9,18
169:22 170:1
172:22 173:20
177:7,20,22,25
179:16 180:25
181:2,3,11,24
182:5,7,19 192:18
192:24 195:17
204:22,25 205:19
206:2,12,18
207:19,21,22
209:11,15,19
210:9,14 211:1,3
211:7,10,15 212:4
212:5,9,10,12
213:16,25 214:9
215:23 216:9
217:1,13 218:1,3
218:5 221:15,17
221:22 223:17
225:14 228:3,24
230:11 231:5
232:8,13,21 233:5
233:5 235:3,15,24
237:1,3 241:22
242:11,21,22
244:3,16 246:24
256:18 257:4,24
259:11 260:23
261:2 262:24

263:3,12,15,18,21
263:22,24 264:1,3
264:5,11,17 265:4
266:11 267:9,14
268:3 269:4 270:6
270:13 271:1,18
272:8,22 273:1
274:3,6,15,20,23
275:11,15,24
276:14,17,19,23
277:16 279:1,5,23
280:5 296:5,10,13
296:20,24 297:13
302:22 308:19,25
309:8,13,18,20,23
310:2,6,14,19,21
310:23,24 311:16
312:7 313:20
314:8,21 315:2,7
315:14,22,25
316:4,9,12,18
317:16 319:10,17
319:25 326:9
327:6,16,24 328:4
328:11,17,23
329:3,11,22 330:6
330:16,16 331:17
331:24 332:1,2
335:18,19,20,20
335:21,21 336:1,2
336:3,7,9,10,16
336:19,23 337:6
337:16,17,24
338:9,13 339:8,19
340:4,7,7,19,19
340:22,23 341:25
342:21,24 343:12
343:18 344:4
348:20,21 349:2,7
349:11,14 350:4
350:17 351:15,21
356:11,14 357:16
357:20,25 358:14
358:18 359:23
360:9,23
**risks** 4:25 64:3 66:8

Patricia Moorman, Ph.D., M.S.P.H.

66:13,22 112:6
296:14
**RMR** 1:24 364:4
364:21
**Road** 11:2
**role** 74:7 95:12
188:5 249:6,9,25
290:12 355:2
**Rothman** 334:14
**route** 73:22 242:4,5
242:10,15 350:20
350:20
**RPR** 1:24 364:4,21
**rule** 15:11,18,22
106:9 138:21
**ruled** 104:14
106:15
**run** 216:12 335:19
**running** 356:4

### S

**s** 7:4
**safe** 61:23,24 62:7
62:10 83:7 165:13
213:11 214:3,16
**safety** 92:5
**sample** 133:18
162:11,16 167:13
170:5 172:15
197:21 206:8,10
324:10
**samples** 82:3 91:15
217:8
**Samuel** 4:16 86:9
**sat** 283:12
**satisfied** 236:18
**save** 113:25
**saw** 30:19 48:9
230:19 325:2
**saying** 23:2 65:18
84:13 99:8 104:10
129:11 171:18
193:21 211:5,6,7
229:13 258:15,16
271:3 280:5
317:21 343:2

**says** 17:19 90:7
98:1 108:9,14
147:14 148:3
154:12 180:23
182:1 233:23
257:8 325:24
**Schildkraut** 18:9
114:2 116:19
123:17 150:4
187:17 188:1,3
198:4 239:19
255:9,25 256:6
282:20 285:15
**school** 8:25 9:5
83:6 94:24 122:22
125:3
**science** 29:23 73:6
121:2 238:7,10
262:23 266:15
267:4 278:3
**sciences** 29:24
**scientific** 33:3
41:18,19 48:10
71:18 72:4 73:14
73:17 87:10
115:11,20,25
120:16,21 121:6
127:13 241:25
242:11 300:20
302:3,14 354:13
355:5 359:5,6,9
**scientist** 44:18,23
75:20 92:7 132:14
166:11 218:13
300:18 347:12
**scientists** 44:5 92:3
93:23,24 94:2
95:16,22 98:24
99:9 151:20
228:20 301:1
**Screening** 4:17
94:4
**se** 250:2
**search** 25:13 26:3
27:8,9,10,11,16
**searches** 27:20

**sec** 65:11
**second** 65:9 89:12
89:13 152:11,25
180:10 198:9
224:9 232:6 254:9
297:19
**secondhand** 222:16
**second-to-last**
38:21 86:15 87:3
**Secord** 123:7
**section** 106:23,25
108:5 148:1
152:22,23 163:23
176:4,5 194:21
227:18,20,22
250:9 261:12
**see** 12:4 20:7 65:9
87:3 88:14 89:15
91:5,9,10,11,18
91:19 96:18 97:5
97:9 107:25
108:19,20 111:16
148:1 152:22
154:16 176:5
178:17 184:14
192:4,5 193:7,10
193:18 197:6,11
218:9 220:4
227:20 236:21
263:25 266:8
284:14 286:6
296:12 313:23
321:24 325:23
**seeing** 84:19 175:11
273:2
**seeking** 126:25
**seen** 16:22 17:2,4
20:3,6 35:15 78:4
86:10 200:19
230:15 245:11
262:15 297:12
300:4 308:17
317:10 318:18
323:18
**selected** 280:24
**Selenium** 5:2

147:10
**self-reported**
182:25
**senior** 187:25 188:4
**sense** 144:2 260:19
274:22 309:24
327:10 329:12
**sent** 10:6
**sentence** 17:19
18:10 191:1,21
192:4,5,6 255:25
320:19 321:18
**sentences** 183:23
184:2
**separate** 9:7 77:1
77:16 352:21,24
**separating** 56:3
**series** 54:4
**seriously** 350:9
**serous** 168:15,16
169:6,7,12,12,13
169:16,19,24
170:17,24 171:5
172:22 215:12
216:6,19 217:9,20
232:2,15,22 235:2
271:18 272:3,12
333:10
**serve** 16:8 28:6
**served** 282:6,16
**serves** 83:8
**serving** 11:21
103:21 104:2
281:19
**set** 12:6 21:8
221:18
**sets** 19:4 283:17
**setting** 255:1
296:15,16
**shape** 43:7
**share** 105:24
196:20
**Sheet** 363:6
**Shook** 2:9
**short** 85:24 107:9
312:25 353:3

**shortly** 21:7,21
142:14 230:19
**show** 94:11 96:15
149:6 151:23
153:24 166:17,19
167:25 205:9
224:19 225:14
230:9 231:23
255:3 256:9,10
296:4 326:19
332:10 343:11
**showed** 20:17
260:21 268:21
327:15 328:9
349:7
**Shower** 42:25,25
45:12,12 46:2,2
46:25,25 54:20,20
54:22,23 82:4,4
**showing** 246:23
256:16 261:20
296:10,19,24
328:3 329:9
**shown** 74:17 94:17
189:7 244:22
252:11 288:16
328:7,12
**shows** 70:12 175:6
175:14
**sic** 266:12
**side** 186:13
**Siemiatycki** 278:14
335:15 352:10
**sign** 40:16
**SIGNATURE**
361:1
**signed** 150:13
299:9
**significance** 132:16
133:4 138:4,9,16
138:20 172:10
193:16 233:16
**significant** 132:25
133:11,15 134:20
135:8,11,20 136:3
136:8 138:12

Patricia Moorman, Ph.D., M.S.P.H.

160:24 161:25
162:14 170:1,8
171:13,15,19,21
172:6,7,14,19
177:20,22 179:6
180:4,9 186:4
193:12,13 194:24
195:9 199:3,8,11
200:15 202:8
203:21,22 204:6
204:19 205:5,19
206:2,14,19,25
217:19 220:2
224:19 225:4,19
226:23 227:5
231:5,10,23
232:21 233:7,11
233:20 253:5,19
253:25 254:2
255:4 257:3,24
258:3 261:2,21
268:9 271:17
328:22
**significantly**
166:20 169:22
171:8 228:23
232:1,12 237:11
296:14 315:22
316:12 331:23
349:11
**signs** 299:3,3
**similar** 142:9 164:6
183:6,16 233:25
234:15,22 313:17
353:20,23 354:7
354:12 358:12
**similarity** 234:25
**similarly** 77:25
255:23 323:19
353:15
**simply** 69:19 288:6
**single** 111:15 135:1
135:7 138:11
165:19 211:1,3,7
270:10 291:16
303:19 304:5,6

305:7 316:21,23
**sir** 156:4
**sister** 286:8 314:12
314:23 315:1,4,9
315:10,12,17
**sit** 319:22
**site** 94:18 96:12,24
**sites** 70:8 96:14
295:20
**sitting** 24:20 35:18
124:24 266:4
286:10
**situation** 12:10
79:23 150:5
201:13,24 207:5
239:4 247:16
317:24 346:17
**situations** 304:4
**six** 114:19 226:4
**size** 142:21 143:1,8
162:11,16 167:14
170:5 172:15
206:10
**sizes** 217:8
**skipping** 291:13
**slash** 174:22
**slow** 161:6 292:18
306:5 319:6
**small** 162:12
164:16 170:4
173:1 178:18
189:18 197:21,22
205:6 206:10
212:15 316:5
317:1 338:25
349:10
**smaller** 143:4
216:11,13,16
217:6,8
**smoke** 222:17
**smokes** 305:7
**smoking** 141:24
142:9 271:11,18
272:3,8,11 275:17
303:13 304:9
305:6,9

**snapshot** 237:14
**Socioeconomic**
5:11 154:3
**sold** 78:15,20
**sole** 242:10,15
265:11,14
**somebody** 110:9
302:12 336:7,9
**somewhat** 30:18
33:24 39:5 60:17
71:15 178:24
179:2 236:12
237:10 240:24
248:8 261:25
272:7 275:7
281:17 309:22
**sorry** 10:12 28:23
46:9 65:8 67:24
86:16 88:4 93:24
96:8 97:4 103:22
106:3 135:24
141:11 145:1
148:21 158:23
161:6 163:13,13
163:18 175:9,12
181:22 182:15
190:24,25 191:6
196:4 198:21
203:8 204:2,23
205:22 209:7
215:3 223:18,18
223:22 231:16
233:17 246:3
254:22 255:21
259:22 260:9
286:16 291:13
309:25 321:5
328:8 335:6 338:4
346:4 355:25
**sort** 14:22 162:4
221:18 300:13
333:1
**sought** 80:17 82:15
126:2,6,11,17
127:10
**sound** 68:13

**sounds** 68:15
175:23 320:14
**source** 299:14
**sources** 9:15,19
33:5 139:4
**so-called** 15:21
**speak** 12:18 13:15
20:15 114:3 287:3
301:16
**SPEAKER** 224:2,4
**speaking** 90:1
172:16
**special** 308:25
**specialist** 62:23
90:3
**species** 72:15 239:5
246:12,14,18
248:1,7,18 249:5
312:10
**specific** 56:17 68:2
68:22 75:3 93:15
100:3 102:23,24
104:18 110:17
117:2 118:8,14,20
132:15 136:13
137:4,7,9,11
186:16 190:21
191:10 218:25
245:23 258:25
259:1 268:24,24
269:12 279:8
292:4,13 301:20
302:13,22 303:10
314:2 327:20
328:18 329:6
330:5 351:7
**specifically** 23:21
38:8 46:1 62:18
65:21 68:24 80:13
82:5 83:11 84:13
88:24 89:6 94:7
99:19 102:9 103:4
104:4 109:6
115:16 116:14
128:1,13 132:4
163:3,4 166:12

184:18 185:12
187:9 189:18
234:12 244:18
251:3,7,9 255:22
271:24 285:8
286:7 295:1 296:1
303:5 308:23
309:23 324:21
332:14 351:7,10
351:24 359:13
**specificity** 351:3,4
**specify** 215:10
**spectrum** 112:20
335:25
**spend** 281:13,15,21
281:23
**spent** 10:9,12 282:3
286:20,24 288:11
359:23
**spermicidal** 262:11
**spoke** 38:23
**spoken** 78:24 79:2
123:9 132:3 287:8
287:20,24 288:4
**sporadic** 211:18,21
211:24
**sporadically**
252:22
**spurious** 323:13
**Square** 2:18
**St** 1:1 11:11,13
**stand** 151:8,11,12
160:16 165:10
173:6 184:8
**standard** 64:11
186:1 221:14,20
**standardized**
298:10
**stands** 80:14
**start** 58:19 111:4
303:14
**started** 10:23 15:4
112:21
**starting** 27:12
191:21
**starts** 303:9

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 874 of 1022 PageID: 61997
Patricia Moorman, Ph.D., M.S.P.H.

Page 402

**state** 1:1 3:4 8:8
  90:3 128:20
  154:22,24 167:20
  181:4 183:19,23
  194:23 202:4
  238:8 242:3
  320:25 350:11
  364:1
**stated** 45:18 47:11
  71:12 77:21 82:12
  84:6 88:3 92:15
  101:13 102:4,21
  106:17 118:5
  143:11 155:10
  158:16 166:19
  181:9 190:19
  241:19 245:6
  263:6 326:14
  352:18 356:10,13
  357:9
**statement** 17:8
  81:25 89:24 90:15
  91:12,18,21 97:14
  97:19,20,23,25
  98:9,10,21 99:5,6
  104:16 106:9
  108:21 110:23
  116:9,14,24 117:3
  119:1 121:1,12
  124:17,22 146:16
  155:15 179:11
  192:9,15 193:17
  194:2,3,7 196:6
  201:4,7 205:11,13
  205:15 217:25
  220:12 228:6,11
  228:16,17 229:10
  229:14,18 232:7
  234:3,8,12 236:15
  239:11 256:8,13
  263:9 266:18
  273:17 304:20
  342:18 347:5,20
**statements** 90:22
  90:24 116:20
  167:17

**states** 6:15 89:16
  180:17 197:1
  239:21 299:4
**stating** 68:9 108:6
  183:13 254:20
  278:13 338:20
  357:20
**statistical** 132:16
  133:4 138:4,8,9
  138:20 146:8
  150:9 152:22
  162:9,10,10
  172:10 182:17
  193:16 233:16
  237:9 259:5
**statistically** 132:25
  133:10,15,20
  135:8,11,20 136:2
  136:8 138:12,16
  160:24 161:25
  162:14 167:3
  169:22 171:7,12
  171:19 172:13,19
  177:19,21 179:6
  179:23 180:4,9
  195:9 199:2,8,10
  204:5 205:5,18
  206:2,14,19,25
  220:2 224:19
  225:3,18 226:23
  227:5 231:10,23
  232:1,12 233:20
  253:4,19,24 254:2
  255:3 261:2,21
  268:9 271:17
  296:14 328:22
  331:23
**statistician** 95:12
**status** 5:11 154:4
  259:11
**Stenotype** 1:24
**steps** 208:21,24
**Steve** 2:3 354:3
**steve.faries@lani...**
  2:5
**stipulate** 274:2

**stopped** 210:2
**stopping** 142:12
**stored** 262:10
**stratified** 216:22
**stratify** 215:23
**Street** 3:5
**strength** 60:2 141:9
  142:5,10 143:14
  178:23 219:17,18
  219:21 220:14
  221:10 222:7,8,13
  358:23
**strengths** 32:18
**stress** 240:1
**strictly** 172:16
**strike** 17:12 27:25
  34:18 39:12 45:3
  48:20,20 51:15
  58:18 63:11 67:3
  68:8 70:2 73:23
  74:12 82:8 102:16
  104:23 119:10
  126:16 128:7
  129:23 182:2
  190:3 198:21
  200:24 204:16,23
  207:1,14 209:9
  218:19 233:3
  241:4 242:23
  248:22 252:8
  257:17 269:15
  275:8 276:22
  347:2
**strong** 120:15
  212:2 216:18,24
  217:6,8 221:16
  222:1 242:7
  263:12,24 264:14
  264:15 269:18,22
  298:18 315:18
  320:3
**stronger** 109:21,24
  119:18,20 235:9
  264:16 273:23
**strongest** 319:15
  351:12

**strongly** 63:22
  68:11 263:7
  264:16 350:22
**structures** 91:14
**student** 124:4
**students** 127:22
  143:23 281:14,16
  281:18,19
**studied** 56:24 70:8
  245:19 278:13
  351:23
**studies** 5:25 17:20
  17:23,24,25 18:1
  18:1 22:15 23:15
  31:10,18 32:1,7,8
  32:8,10,11,17,17
  32:19,24 33:2
  34:4,4,5,17,19,23
  35:1,2,6,9,11,17
  35:18,22,24 36:3
  36:7,9,11,13,20
  36:24 37:2,11,20
  49:2,3,20 50:15
  53:1 54:14 55:6
  55:15,21,25 56:1
  56:6,12,14,16,24
  58:15,20 59:1,4,5
  59:7,13,16 60:23
  61:17,18 62:13
  63:24 66:6,10,11
  66:14 67:13,19
  68:11 74:17 75:6
  75:12,13 109:5,6
  111:11,18,19,22
  111:22 112:1,16
  112:22 113:2,9
  114:8,16,19,21
  121:20 129:8,12
  129:19,25 130:7
  135:3 137:23
  138:15 143:18
  144:16 145:22
  173:9,10 174:24
  179:5 189:19
  190:1 191:24
  195:16 205:9

  206:12,14 215:17
  216:1,8,23 219:25
  220:6 224:10,14
  224:14,15,18,24
  225:3,13,23,24
  226:4,7,11,15,18
  226:18,21,22
  227:2,3 230:23
  231:1,6,9,20,23
  232:9 233:4,6,10
  233:10,15,19
  234:15,22 235:1,6
  235:10,11,17,18
  236:1,2,19,20,22
  237:3,4,23 240:5
  240:9,13,17,18,21
  241:2,3 244:21
  245:4,12 247:7
  248:22,24 249:4,8
  249:8,11,18,20
  250:2,11,14 252:4
  252:4,8,14,24,25
  253:2,3,18 254:2
  254:4,14,20 255:2
  255:3,9,13,22
  256:1,8,10 258:16
  259:2 260:10,13
  260:25 261:3,16
  261:20 262:1
  263:17 272:25
  283:13,14 286:11
  294:25 295:11
  297:23,24 298:1,5
  309:21 310:9
  319:1 323:19,20
  323:22,23 324:6,7
  324:11,14,16,17
  324:21 325:2,3,3
  325:4 326:19
  331:12,22 343:8
  343:11 345:16
  347:4 348:2,5,15
  348:17,24,25
  349:2,5,7,13,23
**study** 5:15 6:5,11
  6:14 18:4,5,8,12

Patricia Moorman, Ph.D., M.S.P.H.

18:17,20,20,25
19:2 56:18 58:7
58:13 59:24 69:18
75:20,21,24 76:5
76:15,22 94:24
111:5,10,15
112:12,23 113:6
113:12,13 114:1
129:2,13,21
132:25 133:6,10
133:21 134:18,21
134:22 135:1,7,7
135:10,17,21,25
136:1,4 137:19
138:1,11,20 139:2
139:3,7,10,12,15
140:1,3,5,13,18
140:22 141:23
144:18 145:9,11
148:20 150:25
151:2 154:6,8
155:21 160:4
162:21,24,25
163:2,6,15,19
164:21 165:4,11
165:15,19,20,22
169:6,17 170:16
170:25 171:10
173:7 174:7,14,20
174:21 175:25
176:15,20 177:11
180:2,12 184:9,11
187:8,9,14 188:3
188:6,7 190:5,15
191:3,13 194:9
195:24 197:1
201:3,17 202:2,6
202:12,15 203:3
205:8,18 206:1
218:17,20,25
223:7,8 226:19
231:25 232:16,17
232:24 233:1
236:25 237:1,9,11
237:16,17,20
245:7,14,15

247:12,18 250:24
253:21 254:1
255:9,9,10,11,18
255:18,23 258:17
258:22 259:9
271:16 286:7,8
295:4 309:22
314:12,13,14,17
314:23 315:12,13
315:17 316:21,23
320:12 321:17
323:18 326:23
327:2,14,18,23
328:3,7,9,12
329:1 331:4,5,15
347:8 348:12,15
349:6 350:5
**studying** 137:15
**sub** 216:23
**subcontract** 17:22
**subgroups** 216:14
216:16
**subject** 33:9 186:14
291:22 335:13,18
**subjective** 183:4,15
**submitted** 87:7,13
**suboptimal** 252:19
259:16
**subpoena** 7:5
**Subscribed** 363:14
**subsequent** 6:10
194:8 234:24
**subset** 173:1,2
**substance** 83:21
84:3 101:20
288:15 363:5
**substances** 320:8
**subtype** 63:15,15
63:20 215:1,6
216:7,10,19 217:1
217:9,20
**subtypes** 63:21
64:1 215:12,18
216:10,23 217:6
217:13,17,18
**suddenly** 332:8

**sufficient** 67:5
162:21 270:4
272:9 304:16,22
347:7
**suggest** 45:23 73:4
169:18 316:13
318:2
**suggesting** 324:19
**suggestion** 198:17
**suggestive** 172:12
306:21 307:3
**suggests** 178:23
275:6
**Suite** 2:14,18 11:2
**Suites** 3:4
**summarization**
183:4,15
**summarized**
283:13
**summary** 64:24
98:14 225:18
233:19 250:4
**summer** 291:4,8
**sun** 327:15
**sunburn** 305:13
**sunlight** 329:10
**Supplemental** 5:2
147:10
**supplies** 290:19
**support** 40:21
42:10 62:10 96:5
97:15 98:5 116:21
192:14 194:6
317:11
**supported** 42:2
312:2
**supports** 249:13,21
**supposed** 201:14
**suppression** 321:8
**sure** 14:1 15:1
21:17,25 23:13,19
24:7,11 29:5
33:14 34:2 37:14
41:2 44:3 50:7
54:4 69:9 71:23
83:25 85:19 94:14

96:17 100:14
103:23 107:2
119:22 126:19
128:22 136:18,25
155:11 156:22
161:19 168:19
170:24 183:21
191:8 205:25
215:9 231:18
235:23 243:17
253:12 265:23
312:23 325:12
338:6 347:24
348:6 351:20
360:21
**surprising** 261:25
**survey** 91:6,13
**suspect** 74:22
**switched** 191:10
**sworn** 8:2 363:14
364:8
**syndrome** 275:2,19
277:19
**synonymous** 279:7
**system** 74:22

**T**

**T** 362:1 364:3,3
**tab** 107:14
**table** 148:7,9,13,15
149:15 163:24
169:10 189:7
193:11 194:1
198:6,8,23 203:7
203:10,16
**tables** 149:14
254:12
**take** 11:4 16:19
28:2 48:7 53:6
85:21,24 94:13
106:1 120:5,24
144:15 168:21
221:1,4 262:16
312:25 337:24
**taken** 1:16 44:10
53:12 85:25

133:18 143:16
145:6 187:4 221:8
262:19 313:5
353:5 364:7,10,14
**takes** 121:2,2
**talc** 2:12 6:6,9,12
6:16,18 15:13
28:20 29:8,13,18
30:3 31:12 32:2
32:12,25 33:7,15
33:18 34:7,9,17
34:20,23 35:8,12
35:23 36:4,8,12
36:16,20,25 37:3
37:12,16 42:16,17
42:18,23 43:22
45:19 47:15 49:4
49:5,10 51:21
52:7,16,16,16
53:21,22 54:5,6,8
59:3 60:5,5 61:3
69:5,20,24 70:4
74:12 77:23 78:1
78:11 81:15,24
83:9,21 84:2
87:15 88:12,22
89:18,19,21 90:10
90:12,23,23 91:7
91:8,16,17 92:5
96:1,5 97:5,11,15
98:6 102:13 105:7
105:13 106:22
107:3,4,15,21
108:11,15 109:7
111:10,12 113:11
117:13 120:17
122:20 125:15
126:3 162:1,6,7
163:5,5,23 164:7
166:14,17,23
167:9,17,20
168:15 169:5,11
170:18 171:1
181:18 188:8,16
188:16,20,23
189:1,4,14 191:24

192:17,23 194:7
194:25 196:12,25
199:14 200:17
206:3,20 208:24
218:8 220:5
223:17 224:20
225:14,25 228:3
229:25 230:11
231:10,24 233:5
235:25 237:13
238:9,20 239:2,17
240:5,9,13,14,21
241:11,20 243:13
262:3,10 267:22
269:20 273:2,15
273:23 274:4
276:18 278:18,23
279:23 290:7,8,12
290:17,18,19
291:2 292:7,25
296:2 297:3,4,5
297:13 308:24
310:25 316:1,4,16
317:2,18 318:11
318:16,17,20
319:12,15,18
323:8 324:22
330:6,13,20 331:8
331:13,18 332:7
332:14 335:13
337:7,10,21
338:16 339:1,7,10
339:12,13,14,21
339:22 340:8,8,10
340:20,22 341:1
341:10,15,25
342:2,4,19 343:21
344:3 345:16,25
346:8 347:15
348:17 349:1,8
350:4 351:11,14
351:20 352:12,17
353:9,14 357:11
357:22 358:1
359:21 360:3
**talcum** 41:20 42:21

43:6 44:14,21,24
45:5 46:4,14
47:14 48:15,22
49:14,21,23 50:3
50:8,11,14,16,18
50:20,23 51:8,9
51:17 52:11,14,18
52:21 53:2,5,17
54:13,16 55:5
56:3 60:11,14
61:1,3,10,18
64:14,19,25 65:17
69:3,10,12,20
75:5,7,8,14,21
76:6 77:14,16
78:15,22,25 79:3
79:7,12,19,24
80:3,18 81:7
82:16,16,20 84:16
84:23 85:4,11
87:20 88:19 89:2
95:19 99:14,18
100:7,17 101:4,10
102:2 103:6
104:25 110:6,10
111:5,6 112:2,7,8
112:13 113:4
114:9 115:12,21
116:2,10 117:23
118:5,18,23
119:11,25 120:7
121:15 125:20
126:12 127:11
128:17,24 129:2,3
129:6,10,14,22
130:1,8 131:20,24
132:4,10 149:16
149:21 150:23
155:2,7,18 156:7
157:10,23 158:2,8
159:11,16 160:5
160:20 162:22
172:21 176:14
177:3 181:22
185:17,23 189:9
190:6,17 198:15

205:19 208:3,13
208:16 209:23
210:2,5,8,10,21
212:6,18 213:3,14
213:23 218:8,22
232:8,22 233:12
233:17 234:14
235:4,15 238:2,15
241:7,17 242:1,19
243:19 244:23
245:8,20 246:1,1
247:2,4 249:14
251:24 252:12
256:10 259:22
260:11,11 264:17
269:6 271:6
272:22 273:9,20
276:5,19 278:7
279:12,18 280:2
281:4 292:1,5,12
313:25 346:3,8
348:12,20 352:1
352:19 353:9,15
356:16 357:2,14
**talc-based** 108:6
109:17 117:6
189:21 290:20
291:23 292:8
293:3,7,11,16,25
294:4,7,13 295:2
295:6,12,22 296:6
296:21 308:18
313:9 317:7 318:5
325:1 335:13
336:23
**Talc-containing**
239:22
**talc-dusted** 260:21
260:22 261:4,15
261:20
**talc/ovarian** 290:25
**talk** 10:10 14:7
56:1 132:16
177:14 187:8
210:19 223:5
297:19 301:21

309:10,25 336:7,9
337:14 351:2
**talked** 13:4 75:4
78:3 179:20
187:10 206:6,9
208:18 219:2
221:10 269:6
275:14,22 277:5
290:22 292:5,5
311:10 314:11
320:7 322:18
327:21 328:2
339:18 347:18
**talking** 86:4 107:3
158:5 197:4
201:12 212:8
215:8 249:4
250:14 292:9
302:9 307:7
321:23 323:24
324:3,20 331:15
337:5 340:16,18
341:20,22,24
350:3
**taught** 127:20,21
281:3,6,7,9
**teach** 127:16,24,25
143:22
**teaching** 281:2,11
281:14,16
**techniques** 89:20
**Tecum** 7:5
**telephone** 12:3,7,8
13:10
**tell** 8:2 16:21 17:2
19:12 20:3 40:23
41:16 43:25 63:7
86:9 94:19 136:24
159:21 205:22
224:7 277:13
287:20 288:3
290:23 318:14
341:7 359:4
360:13
**telling** 119:13
360:10

**tells** 164:4 187:22
**temporality** 220:4
220:15
**ten** 141:25 228:12
232:25,25
**tend** 120:11 139:21
279:3
**tendency** 317:6
**tens** 37:24 38:6
46:21
**term** 21:25 23:19
172:2 211:24
**terminology** 102:19
115:17 238:6
**terms** 23:5 44:10
81:22 136:14
141:20 162:5
208:18 209:10
236:11 263:22
264:5 279:7
283:20 284:24
288:1 299:17
350:8 353:9
**Terry** 148:12
195:25 254:1
255:10 256:14,17
256:22 257:9
**test** 76:8 82:1,3,9
162:16 204:4
227:1,5 325:22,24
326:16
**tested** 81:14,24
82:6 162:13 251:3
325:21,23
**testified** 8:3 13:17
282:11 352:12
**testify** 13:24 137:4
137:6 185:23
284:24 285:1
286:2 288:6
**testifying** 9:10
11:18 14:6,11,23
16:8 47:8 124:24
125:2 157:21
**testimony** 4:10
9:23 16:18 22:12

Patricia Moorman, Ph.D., M.S.P.H.

37:23 46:24 89:1
119:24 121:7
157:9,15 158:1,7
158:20 186:15
208:9 229:9 235:5
235:8,14 258:9
287:22 353:18
356:12 364:9
**testing** 40:20,24
46:12,16,21 47:2
47:8 82:3 129:19
285:17
**tests** 81:21 299:18
299:20,25 307:21
347:14
**Texas** 2:4,14
**textbook** 334:25
**textbooks** 285:4
322:17 334:18
**thank** 19:16,24
96:21 147:7 152:1
223:9,23,25
289:24 359:15
360:24
**theoretical** 324:17
**theory** 246:16
**therapy** 272:15,18
272:21 273:7,19
275:17 342:15,24
343:9,13,22
**thereto** 364:16
**the's** 320:12
**thin** 48:11
**thing** 9:1 65:20
69:22 130:6 144:1
145:13 291:16
332:25
**things** 23:23 82:13
126:20 137:23
143:22 172:11
228:25 238:7
268:13 277:13
284:6 304:8 323:1
326:13 330:25
342:12 357:19
**think** 17:21 22:9

25:2 28:14 34:12
37:14 44:9,25
45:14 48:9 49:6,8
51:20 61:5,21
70:9 72:21 73:13
73:15,16 75:11
76:20 95:7 97:25
98:23 99:1 100:20
102:22 115:8,17
115:23 116:19,23
117:8 119:17
120:15,22 121:1
121:18,19 122:3,5
126:23 128:25
130:5 135:6
137:13 139:7
140:3 146:16
156:12 157:18
165:21 166:8
184:15 185:2
186:5 193:16,25
197:22 205:11
207:8 213:8,10,19
214:12,13 217:25
220:10 222:4
223:19 228:10,12
228:19 231:25
234:18 236:10,11
242:3,7,14 246:22
248:9 250:18
260:1,3 261:25
263:1 265:10,17
266:18 267:6,16
267:25 271:2,9
272:6 274:5,23
276:15 277:9,10
277:21,25 278:5
278:10,25 279:2,5
279:20,21 280:23
297:23 300:17,22
301:4,7,16 302:7
302:12 304:3,4
306:9 309:4,16
310:9,24 311:8
312:2,19 317:25
318:21 320:1,11

321:24 324:4
327:20,22 329:19
330:2,11,18
332:21,22 335:23
336:12,14,15
338:21,23 340:12
340:13 341:9
342:17 344:4,11
348:1,9 350:12
353:2 355:19
358:10,24 359:2
359:19,20 360:18
**thinking** 70:16
347:23 356:21
**third** 191:21
194:22
**thorough** 47:10
100:21
**thought** 56:20 68:4
74:8 124:6 150:2
150:7 153:16
190:4 200:9
212:23 286:19
303:7,25 330:20
332:23 335:25
350:4
**thousands** 46:21
301:15
**three** 26:16 137:18
175:21 225:19
236:19 278:17
280:1 285:23
335:6,7,8 347:4
349:22,24
**three-tenths** 342:1
**threw** 322:1
**time** 11:15 12:5
24:6,25 27:3 28:9
39:6 45:24 50:6
57:3 80:4 88:22
88:23,25 89:6,7
99:22 100:12,16
103:9,11,19 104:1
106:13,19 110:2
110:25 111:13,16
112:11,21 156:6

156:17 157:22
158:2 159:4 160:3
166:3,12 168:21
170:22 184:11
185:16 189:15
207:8 220:24
229:6,10,14,19
230:5,17 235:21
237:16 245:16
252:21 281:7,13
281:15,17,22,23
282:3,15 286:24
288:11 289:17
313:2 328:6,12
331:7 336:6,9
355:21 359:23
**times** 24:23 57:14
110:13 150:5
156:22 158:24
164:23 187:24
207:11 212:22
257:11,20 264:5
288:4,7,8,9,11
360:6
**timing** 259:4
**tiny** 39:25
**tips** 322:13
**tissue** 218:8,10,18
218:21 242:24
243:6 320:21
**tissues** 252:1
**titanium** 243:5,5
**title** 8:21 152:10,13
255:19,21
**titled** 159:24
187:12
**today** 8:15 10:10
11:4 13:20 14:7
19:7 20:4 24:13
24:20 35:19 41:12
76:20 89:1 119:13
122:15 123:10
124:24 125:2
127:5,23 128:4
157:21 165:14
166:5 186:20

240:16 266:4
269:6 275:25
282:19,22 283:8
284:25 285:1,9
286:1 288:6,22
291:7,9 292:5,24
319:22 324:25
336:22 343:4
347:18,25 348:3,7
353:12
**told** 48:14 84:12
122:20 123:16
286:12 343:4
357:4
**tonight** 353:19
**tool** 133:5
**top** 35:20 36:6
58:24 65:6 66:1
75:2 97:3 103:3
115:23 174:16
180:10 195:15
196:8 197:4
206:15,24 218:24
223:10 245:16
246:9 254:3,13,23
255:14 263:20
264:13 277:10
320:18 338:13
349:16
**topic** 270:3
**total** 39:25 56:23
143:16 247:17
**touch** 276:10
**toxicologist** 280:15
**trace** 291:22
292:25
**track** 10:8 262:13
**tract** 297:8
**Trade** 62:5
**traffic** 282:13
**training** 93:8
**transcript** 1:25
38:4 360:7,15,19
**transcription** 1:25
363:4
**transcripts** 25:14

25:18 27:4 31:7
37:25 38:6,10,12
38:16
**transformation**
303:1
**transformed** 304:2
**transition** 85:17
220:19 221:7
**translate** 179:14
**translocate** 37:16
**translocation** 37:11
105:7
**transport** 74:21
**transportation**
105:7
**transported** 37:3
**treat** 130:17
**treated** 122:15
**treating** 299:5
**treatment** 130:14
**treats** 118:10
**Tremolite** 63:8
**trend** 193:13
203:21,22 204:4
204:19 257:3
258:3,3
**trends** 258:8
**trial** 24:6 229:18
350:6
**tried** 31:6 38:18
121:22 190:11
221:17
**triggered** 200:8
**trouble** 118:7 329:6
**true** 130:21 139:7
160:25 178:19
201:4 266:19
302:9
**truly** 200:10
**truth** 8:2 299:7
**try** 24:25 107:10,12
216:15 236:24
251:24
**trying** 44:6 58:21
104:6 184:14
205:1 250:11

251:21 259:3
260:1 268:13
269:11 276:15
301:9 325:11
327:17 338:8
**tube** 4:19 97:8
294:14,22 295:1,5
**tubes** 294:20 308:6
333:22 334:11
**turn** 16:20 89:12
97:2 105:25
147:25 152:17,21
175:24 180:10
182:22 195:14
198:4 224:9
312:11
**TV** 200:20
**Twelve** 107:18
**two** 6:15 21:3 66:13
77:9 80:16,25
81:6 86:6 101:19
102:3 113:9
161:16 173:9,10
183:23 184:2
196:17 197:1
206:3,7,13,19,23
227:8 236:20
237:7 254:5
288:22 292:8
318:15 342:12
**two-thirds** 193:7
281:22 282:2
**type** 9:7 10:5,22
27:8,11 62:20
63:13 70:5,21
139:18 170:25
173:3 207:4
208:11 215:23
232:22 243:17
244:16 293:19
**types** 29:24 62:14
63:4,10 66:13
78:20 216:4
272:17,21 296:17
296:20 301:1
**typewriting** 364:11

**typical** 27:10
113:25 147:1
305:18
**typically** 77:22
139:24 179:13
192:13 209:21
221:21 262:2
263:25 273:3
283:23 309:24,25
322:16 338:24
350:8

## U

**ubiquitous** 132:5
**uh-huh** 76:13
89:14 161:24
297:22
**ultimately** 72:16
113:18 354:12
**unable** 341:7
**unanimous** 102:6
102:14
**UNC** 94:25 95:1
**uncertain** 335:20
336:8
**uncovered** 27:15
**underlying** 251:6
**understand** 11:6
16:3 24:4,14,16
39:24 46:20 56:2
56:4,5 71:24 94:3
105:22 136:15
177:16 236:24
254:25 259:3
266:11 276:16
290:11 317:21
335:17 338:6
344:9 355:23
**understanding**
14:21 33:20 47:6
62:24 72:8 74:6
74:16 76:19
136:20,23,25
248:4,10 290:13
290:18,21 307:24
308:1 334:3

**Understood** 51:23
158:5 229:17
254:25
**undoubtedly** 300:4
**unexposed** 339:4
**unfamiliar** 277:24
**unidentified**
329:16,24 330:8
**uniformly** 233:7,11
276:14
**unit** 281:25
**universe** 244:10
**university** 8:12,13
8:19 124:25 125:3
186:11,11
**unknown** 140:23
**unproven** 335:21
**unreasonable**
47:21 99:2,6
267:17
**unreliable** 298:14
298:19,21,25
299:13
**upper** 175:6,10
264:8
**upward** 239:1
**use** 5:5 6:3,12,16
6:18,20 18:18
31:12 32:2,12,25
41:21 48:22,24
49:14,21 50:3,8
50:10,16,19,23,25
51:9,12 53:2,5
60:5,11 61:1,9
64:15 65:1,17
69:3,10,20,24
70:3 75:10,16
76:6 77:2,3,5,8,24
78:1 84:16 85:18
87:15,20 88:12
89:2 104:25 108:6
112:9 114:9
115:12 116:2,25
117:5,17 118:5,23
118:25 119:5,10
120:2,17 125:15

125:20 130:8
132:4,10 133:5
143:12,13 146:13
146:23 149:11,16
149:21,22 150:9
150:23,25 151:3
153:9,13 155:18
157:11,23 158:3,9
159:12,16 160:6
160:20 162:1,22
163:23 164:7
166:17,23 167:9
167:17,20 168:15
169:5,11 170:18
171:1 172:21
176:5,7,7,13,24
177:3,6,7 178:2,9
179:7 180:6
181:12,23 183:9
183:17,25 185:18
185:23,24 187:12
188:8,12,14 189:8
189:20,21 190:8
190:20 191:5,5
192:1,7,11 193:12
193:14,14 194:25
195:18 196:12,25
197:16 198:8,15
199:4,4,14,20
202:21 203:6,17
203:18,22,23,25
204:1,5,6,9,10,18
204:20,21 205:7
205:10,14,19
206:3,20 208:4
210:10 212:17
213:3,11 221:25
222:1,25 223:1,17
224:20 225:15,25
228:3 230:11
231:10,24 232:8
232:22 233:5,12
233:17 234:14
235:4,16,25
237:13 238:2,5,15
247:11,19 251:25

Patricia Moorman, Ph.D., M.S.P.H.

252:5,12,14,15,16
252:17,18,20,21
252:22 253:25
256:10,18 262:5,9
272:15 277:19,19
295:2,6,12,22
296:21 297:12
308:17,24 310:25
316:4,15,16 317:2
317:7,18 318:5,11
318:16,17 323:8
324:2,22 330:6,20
331:20 332:7,14
335:13,14 336:13
336:24 337:7,10
337:21 339:12,21
339:22 340:22
341:10 342:15
343:9,12,22 346:3
346:9 349:1,8
355:5 356:11
360:4
**useful** 324:5
**users** 54:7 199:14
257:2 258:11,14
258:19 331:18
**uses** 212:6 325:17
**usually** 212:20
**uterine** 294:8,10
296:5,16
**utilize** 353:22
**utilized** 354:19
355:3
**utilizing** 354:11

**V**

**vaginal** 294:1
315:18 316:10,16
**vaguely** 68:15
**Valley** 6:8 192:19
192:24
**value** 65:7 132:18
132:21 133:24
134:7,7,8,9 161:5
161:12 179:25
237:21 258:3

**values** 67:1 133:19
167:2 179:22
263:19
**variations** 353:10
**variety** 324:23
**various** 63:4,10
180:19 214:15
216:4 311:9
316:14
**vary** 178:2,24
**vast** 174:13 216:7
217:21 219:25
**verbally** 335:13,16
**verify** 47:17,24
48:5
**Version** 4:22
**versus** 11:5 42:16
54:7 58:18 66:22
77:5,14 117:17
121:8 141:16
169:17 212:3
230:7 247:4
294:22 299:19
324:6,12
**viewed** 285:25
**viewpoint** 303:24
**viewpoints** 44:10
143:12
**virtually** 358:25
**vitae** 19:13 284:17
**vitamin** 277:18
327:24
**volume** 39:21 40:3
46:22 72:18,22
105:20 213:23
**volunteer** 323:16
**vs** 1:6
**vulvar** 293:16,20

**W**

**wait** 277:17
**waiting** 253:7
**walk** 220:20
**want** 24:6 62:22
83:13 85:21 96:18
107:8,19 136:18

143:12 146:1
149:1 162:8
165:17 166:13
171:24 177:17
187:8 191:1
195:23 222:6
223:5,6 236:23
254:6,19 255:20
263:20 300:19
306:5,14 319:8,16
324:2 325:11
339:5 342:12
347:24 353:9
360:4
**wanted** 24:13 31:4
**warning** 84:22
125:14
**warnings** 80:18
81:7
**wasn't** 12:24
271:22 328:9,11
342:13
**way** 12:14 14:3,6
40:11 49:21,22
51:10 76:8,15,20
84:10 102:13
110:5 130:7 133:8
134:6 138:3 150:6
151:12 178:6
187:22 188:5
190:14,16 193:7
194:22 241:24
242:5 250:12,19
252:6,19 258:6
259:16 269:1
274:24 280:18
285:7 298:14
304:20 317:11
335:21 336:2
337:12,19 338:21
338:22,22,23
344:2 348:18
352:2 356:21
**ways** 25:11 27:14
234:1 247:8
258:16 351:6

**weak** 221:15,25
**weaker** 141:3
**weakest** 350:14,23
**weaknesses** 32:18
**web** 94:17 96:11,14
96:24
**Weber** 124:14
**week** 17:7 20:9
**weighed** 39:9
**weight** 30:17,20
96:4 97:14 98:4
99:1 233:25 320:4
350:22
**weighted** 22:10
**welcome** 110:14
**well-formed**
172:24
**well-recognized**
334:19
**went** 65:14 94:24
150:7 199:10
264:3 322:5
349:20,23
**weren't** 67:18 92:5
262:15 299:20
**we'll** 15:24 21:7,20
51:6
**we're** 10:10 11:4
14:7 44:13 53:13
86:3 107:1 136:18
136:25 186:24
220:18 223:19
227:19 262:21
302:9 307:7,11
339:9,17 341:11
360:24
**we've** 108:1 179:20
197:4 261:9
275:22 277:5,9
285:5 312:22
347:18
**wheel** 12:14
**When's** 11:15
**white** 5:17 159:25
160:21 161:2,10
162:6 164:5,9

173:21 174:9,14
178:16 179:10
**whites** 161:14
178:19 179:1
**wholly** 72:22
**who've** 315:8 316:9
**widely** 200:20
**William** 285:24
**witness** 2:16 3:2
11:21 12:24 13:14
15:8,13 20:5 21:1
21:14,24 22:8,19
23:10,18 25:2
28:25 29:2,10
31:14,20 32:5,14
32:21 33:11,20
34:12 37:6 39:3
40:23 42:1,9 43:3
44:17 46:10 47:5
48:2,7 49:1,18
50:13 51:7 52:9
52:24 53:11 54:1
54:12 55:18 57:6
57:14 58:10,24
59:12,20 60:9,17
61:5 62:17,22
63:17 64:6,23
65:24 66:16 67:9
67:25 68:15,22
69:7,14 70:16
71:1 72:21 73:3
73:10 74:4,16
75:10 76:1,24
79:15 80:7,22
81:2 82:23 83:11
83:16,23 84:6,19
84:25 85:7,14
86:18 87:24 88:6
88:14 89:5 90:1
90:17 91:2,23
92:7 93:14,20
94:7 95:5,22
96:13 97:25 98:17
98:23 99:8 100:3
100:11,20 101:1,7
101:13 102:9,21

Patricia Moorman, Ph.D., M.S.P.H.

| | | | | |
|---|---|---|---|---|
| 103:13,21 104:3 | 202:24 203:12 | 319:8 321:3,10 | 77:15,23,24,25 | 330:21 331:16,20 |
| 104:18 105:3,16 | 204:4 205:22 | 322:24 325:7 | 113:4 116:23 | 332:5,22 334:5 |
| 106:17 108:23 | 206:5 207:8 | 326:3 327:9 | 117:17 118:23,24 | 337:7,19,25,25 |
| 109:4,13,20 | 208:23 209:14 | 329:19 330:2,11 | 119:5,9,25 120:2 | 338:16,25 339:4,4 |
| 110:16 111:2,9 | 210:16,24 211:12 | 331:3 332:10,18 | 132:2 147:12 | 339:6,9,11,13,14 |
| 112:16 113:9,22 | 212:8,20 213:6,19 | 333:12,19,25 | 149:12 152:15 | 339:15,21,22 |
| 115:15 116:6,13 | 214:2,12,22 | 335:7 336:12 | 154:5 159:25 | 340:4,9 341:1,14 |
| 117:8,19 118:1,13 | 215:16 217:4,24 | 337:2,12 338:20 | 160:21 161:2,11 | 342:3 343:12 |
| 120:10 121:18 | 218:12,24 222:4 | 340:1,12 341:4,8 | 161:15 162:6,7 | 346:8,15 |
| 122:3,12,25 | 222:24 225:7,17 | 341:18 342:6 | 173:21 174:9,9,9 | **women's** 328:17 |
| 123:20 124:2,21 | 226:3 228:10,19 | 343:15,25 344:18 | 174:14,14 176:19 | 345:25 |
| 125:6,17,23 127:8 | 229:13 231:16 | 345:20 346:11,19 | 177:8,23 178:17 | **Wong** 194:7 |
| 128:11,20 129:17 | 232:11 234:18 | 346:24 347:11 | 178:20 189:12,19 | **word** 31:7 70:17 |
| 130:5 131:7,13 | 235:8,20 236:4,10 | 348:9 349:16 | 190:5 191:4,13,16 | 75:10 143:12 |
| 132:2 133:4,14 | 238:5 239:14 | 350:1 351:17 | 197:15 198:2 | 151:8,13 192:6 |
| 134:3,24 135:19 | 241:10 242:14 | 352:6 354:6,15,25 | 200:9 202:18 | 234:5 279:4 283:1 |
| 136:7,23 137:13 | 243:2,9 244:5,18 | 355:8 356:19 | 203:18 205:6 | 353:14 |
| 137:22 138:6,24 | 245:11 246:21 | 357:8,18 358:10 | 206:8 209:11,14 | **wording** 104:19,21 |
| 139:6,15 140:9,15 | 247:7 248:20 | 364:7,9 | 209:18,24 210:1,4 | 118:8 |
| 140:25 141:8,20 | 251:18 252:3 | **witnessed** 299:10 | 210:13,18 212:14 | **words** 20:21 30:22 |
| 142:4 143:1,21 | 253:8 254:10,11 | **woman** 132:15 | 218:2 237:12 | 63:14 66:12 74:1 |
| 144:7,22 145:16 | 257:14 261:24 | 137:7 179:11 | 245:9,19,25 | 174:8 325:22 |
| 146:1,15 148:17 | 263:11 264:7,20 | 190:21 210:8 | 247:17 252:20,21 | **work** 9:6,13,14 |
| 149:18 150:20 | 265:17 267:6 | 212:5 213:3,6,17 | 259:6,13 262:2,6 | 16:2 44:4 48:4 |
| 151:6,11 153:22 | 269:9 270:1 271:9 | 214:8 242:18 | 262:9 265:12 | 95:13 113:6,17 |
| 154:22 155:10,23 | 272:25 273:12 | 247:2,22 264:11 | 293:17,23 296:6 | 114:20,22,24 |
| 156:12,21 157:15 | 274:14 277:3 | 297:3 306:19 | 296:21 297:24 | 125:25 283:11 |
| 158:1,11 159:6 | 278:10 279:16 | 308:3,25 309:7,12 | 298:1 305:25 | 287:9,23 289:1 |
| 160:14,23 161:10 | 282:7,16 283:9 | 309:25 310:4 | 306:2,24 307:2,12 | 346:16 354:7,10 |
| 161:23,24 162:24 | 287:10 291:25 | 315:1 317:6 | 307:15,19 308:9 | 355:22 356:9 |
| 163:21 164:15 | 292:17,19,22 | 330:17 332:13 | 308:18 309:8,13 | 357:25 |
| 165:17 166:8,25 | 294:16 295:25 | **woman's** 132:10 | 309:14,16,18 | **worked** 78:8,11,14 |
| 167:12 168:22,23 | 296:23 297:16 | 212:4 246:12 | 310:1,1,2,5,6,20 | 78:18,21 79:9 |
| 169:15 170:3,13 | 298:9,16,23 | **women** 5:4,7,10,13 | 311:5,11,12,13 | 116:16 297:24 |
| 170:21 171:4 | 299:23 300:9 | 5:18 18:6 41:19 | 313:7,23 314:1,18 | 298:2 |
| 172:9 173:16 | 301:13 302:7,25 | 41:21 42:16 48:19 | 314:21 315:3,5,8 | **workers** 298:2 |
| 176:17,23 177:11 | 303:17,23 304:19 | 48:22,24 49:14,16 | 315:13,25 316:9 | 349:14 |
| 178:13 179:20 | 305:21 306:6,10 | 49:21 50:3,4,8,10 | 316:14,19 317:1 | **working** 10:9,23 |
| 181:18 182:9 | 306:13,16,24 | 50:14,16,23,25 | 317:15 318:5,6,11 | 15:4,21 23:24 |
| 183:19 184:2 | 307:15,24 308:13 | 51:7,9 52:11 53:2 | 318:15,17,19 | 60:24 61:6 67:18 |
| 185:10 186:1,7 | 309:3 310:13 | 54:13 55:5 56:19 | 322:12,13,19,21 | 68:7,10,18 104:12 |
| 188:11,22 190:19 | 311:2,8,25 312:13 | 56:23 60:24 61:1 | 322:25 323:2,14 | 114:21 124:8 |
| 191:8 193:25 | 313:12,20 314:7 | 61:6,9 67:19 | 323:14,16 325:13 | 151:1 156:23 |
| 194:12 195:11 | 314:17 315:21 | 68:12 69:5,12,24 | 325:21,22 326:15 | 281:17 345:3 |
| 197:18 200:3,19 | 316:3,21 317:10 | 70:3 75:16,20,21 | 326:19 327:3,6,15 | 348:11,19 |
| 201:6,21 202:4,11 | 317:23 318:9,24 | 76:6,9,17 77:13 | 327:25 329:10 | **works** 345:11 |

Patricia Moorman, Ph.D., M.S.P.H.

workshop 80:10
world 62:4,5 85:4,8
  85:11 211:23
  305:3
worthing 271:21
worthy 271:25
wouldn't 29:3 69:3
  69:11 76:21
  155:15 261:19
  264:4 280:25
  337:13
wrap 353:4
wrapped 294:17
  306:15
write 17:9 148:25
  151:13,14 182:24
  207:9 257:1
  283:22 358:20
writing 335:12,16
written 17:17 96:1
  116:10 117:8,11
  117:23 280:4
  283:14 321:16,18
  334:18
wrong 223:20
  229:11 300:18,23
wrote 116:18,19
  160:14 322:3
Wu 255:12,18,22

**X**

x-ray 305:13

**Y**

yeah 53:8 76:13
  85:19,21 105:22
  107:7 142:13
  145:3,5 149:3
  152:11 177:14
  178:7 186:1 187:1
  191:8 193:17
  221:6 254:11
  260:5 262:18
  289:19 290:2
  338:7 341:8,18,23
  342:17 359:25

year 25:25 96:9
  124:16,19 168:7
  255:18
years 8:20 11:16
  23:24 45:13 54:21
  78:19 94:25 95:2
  114:19 126:22
  165:23 184:25
  191:17 195:3,4,5
  203:19,20 228:12
  228:16 232:25
  233:1 252:14
  266:21 278:14
  305:22 324:8
  345:12
young 210:19
younger 306:2,25
  307:3

**$**

$400 9:25

**0**

036 227:7
05 179:14
051 193:15

**1**

1 4:9,15 16:14,17
  16:19 86:8,20
  148:7,9 149:15
  169:16 172:17
  177:19 179:10,13
  220:2 224:10,13
  261:1 284:14
  287:16,19 340:7
1st 96:12
1.00 179:18
1.02 231:5
1.04 161:3,11
1.15 169:20
1.19 199:7,10
  331:21
1.2 329:17,22 330:7
  336:24 337:6,23
  338:10 339:13
  343:18

1.25 65:1,18 212:11
  212:11 217:12,14
  221:22 269:5
1.3 65:1,19 209:21
  212:5 217:12
  221:22 269:5
  329:17,22 330:7
  336:24 337:6,23
  338:10 339:13,19
  343:18
1.31 205:3
1.32 197:11
1.33 203:19
1.4 209:22 212:5,11
  264:2 339:19
  340:8,21,22
  341:25
1.40 199:7
1.41 177:18
1.5 310:5,23
1.52 203:20
1.55 179:11
1.63 332:4
1.7 212:12 310:6,24
  340:8,23 342:2
1.97 328:22
1:30 145:6
10 1:7 5:8 141:17
  151:24,25 168:11
  182:23 195:3,4
  337:8 338:17
10,000 337:24,25
10:04 53:12
10:20 53:12
100 338:1 339:11
  339:11,15
105 4:23
11 5:11 153:25
  154:1 192:15
  193:4 284:14,20
  334:24 335:3
11:05 85:25
11:14 85:25
111 164:5
12 1:18 5:16,25
  159:19,23 160:3

173:13,19,20
  174:24 237:13
  288:13 337:7
  338:15
12th 3:6
12:28 145:6
120 338:2 339:14
1282 152:21
13 5:19 167:23
  168:1 173:13,24
  174:2 194:10,11
  194:19 337:7
  338:16
13th 364:19
130 338:2 339:14
14 5:22 97:4 174:18
  174:21 190:24
1400 2:18
1411 190:25
1412 188:15 196:8
  197:5
147 5:2
149 5:5
15 6:2 30:14 97:2
  147:23 187:5,11
  192:10 195:3
  196:5 198:5
  199:24 344:14,17
150 237:8 314:18
151 5:8
1510 2:14
1522-CC10417-01
  1:6
154 5:11
159 5:16
16 4:9 6:6 30:14
  192:22 193:1
  197:21
167 5:19
17 6:9 194:14,16
  197:21
17th 147:19
174 5:22
18 6:12 8:20 168:10
  196:22,24 224:2,3
  224:3 320:4

187 6:2
19 4:11,13 6:16
  195:4 223:21,23
  223:25 224:1,6
19.6 197:11
193 6:6
194 6:9
196 6:12
1976 45:20
1990s 299:21 300:5
1994 80:4,12

**2**

2 4:11 19:8,9,11
  147:25 149:14
  163:24 169:10
  189:7 193:11
  198:6 203:10,16
  230:21 273:4
  284:20 325:22
  337:9
2B 101:5,17 102:14
  102:18 108:7
  109:18
2nd 175:7,15,15
2.0 205:20
2.91 199:10
2:24 187:4
2:38 187:4
20 6:18 141:18
  147:17 195:5
  203:19,20 228:16
  230:10,13 266:21
  363:15
2000 110:8 232:16
2000s 110:8
20023030055
  364:21
2005 268:21
2006 99:25 100:9
  100:24
2008 223:8,16
  228:8,17 229:19
2009 91:5 165:22
  166:3,6,17 168:11
  173:22 195:20

Patricia Moorman, Ph.D., M.S.P.H.

**2010** 99:21 103:5
  109:25 110:8
  168:9,11,12
  195:20 232:18,20
**2014** 4:15 86:8,21
  88:2,10,20,25
  89:2 198:11,11,23
  198:23 199:2,5,9
  199:14,16,20,21
  202:21,22 331:16
  331:17,21 332:6
**2015** 158:15
**2016** 147:17,18
  152:19 196:3
  239:19 255:24
  291:4,8
**2017** 11:23 147:19
  147:23 175:7,18
  230:10,18
**2018** 1:18 3:6 19:23
  96:12 364:19
**21** 6:20 97:2,4
  223:9,24 256:17
  256:20
**22** 7:2 283:2,5
  284:13
**224** 6:16
**23rd** 147:18 168:12
**230** 6:18
**2306** 3:5
**2424** 11:2
**25** 339:20
**2555** 2:9
**256** 6:20
**26** 15:11,18,22
**2715** 11:1
**27705** 11:3
**283** 7:2
**290** 4:3

___

**3**

**3** 4:13 19:17,21
  20:8,10,14,22
  21:9,22 22:5,14
  23:2,8,16 26:9,10
  26:14,20 28:18,19

29:6,14,17 30:5
31:1 37:10,22
38:1,5,22 40:6
46:8,18 47:24
55:23 108:18
109:10 149:15
173:11 284:12
337:9
**3ish** 64:11
**3.2** 268:9,21
**3:31** 221:8
**3:39** 221:8
**30** 141:18 263:23
  264:4 286:25
**30s** 306:20
**300** 163:8,8
**317** 2:19
**34** 199:20 332:7
**34.4** 199:21
**344** 4:2
**35** 332:7
**353** 4:4
**355** 4:2
**359** 4:3
**36.5** 199:15
**3600** 204:11,11
**391-0197** 2:15

___

**4**

**4** 4:15 86:1,8,21
  92:13 284:12
**4:42** 262:19
**4:58** 262:19
**40** 263:23 264:5
  286:25
**40s** 306:20
**40,000** 314:18
**405** 108:1
**411** 191:20
**412** 106:22 108:4
**46032** 2:19
**474-6550** 2:10

___

**5**

**5** 4:17 19:23 94:9
  94:12,16,18 310:2

**5.08** 197:10
**50** 10:14 263:21
  264:4 286:20
**51** 332:8
**51.14** 199:16
**512** 2:15

___

**6**

**6** 4:19 96:19,20,23
**6.3** 106:23 108:5
**6:09** 313:5
**6:20** 313:5
**60** 305:22,25 306:2
**600-plus** 164:9
**602** 11:2
**636-6481** 2:19
**64108** 2:10
**659-5200** 2:5
**6810** 2:4

___

**7**

**7** 4:23 105:17,19
  106:5,6 192:9
  230:21 310:3
**7-15** 192:8
**7:19** 353:5
**7:25** 353:5
**7:35** 360:25 361:2
**713** 2:5
**73** 237:1
**746** 164:5
**76** 316:4
**77069** 2:4
**78701** 2:14

___

**8**

**8** 4:2 5:2 147:4,6
  148:23,24 150:17
  175:24 176:1,2
**8th** 152:19
**8,525** 6:22
**80** 174:17
**816** 2:10,14
**823** 149:14
**83** 164:10
**8525** 256:19
**86** 4:15

**868** 164:5
**87** 332:4

___

**9**

**9** 5:5 16:20 17:9,15
  149:4,7 180:10
**9,859** 6:23
**9:01** 3:7
**90** 190:16,17
**90s** 266:23
**93** 105:20 107:21
**94** 4:17
**95** 133:16,24,24
  169:20
**96** 4:19
**9859** 256:19

Exhibit 24

**Research Article**

**Cancer Epidemiology, Biomarkers & Prevention**

# Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)

Joellen M. Schildkraut[1], Sarah E. Abbott[1], Anthony J. Alberg[2], Elisa V. Bandera[3], Jill S. Barnholtz-Sloan[4], Melissa L. Bondy[5], Michele L. Cote[6], Ellen Funkhouser[7], Lauren C. Peres[1], Edward S. Peters[8], Ann G. Schwartz[6], Paul Terry[9], Sydnee Crankshaw[10], Fabian Camacho[1], Frances Wang[10], and Patricia G. Moorman[10,11]

## Abstract

**Background:** Epidemiologic studies indicate increased ovarian cancer risk among women who use genital powder, but this has not been thoroughly investigated in African American (AA) women, a group with a high prevalence of use. We evaluate the relationship between use of genital powder and nongenital powder in invasive epithelial ovarian cancer (EOC).

**Methods:** Subjects are 584 cases and 745 controls enrolled in the African American Cancer Epidemiology Study (AACES), an ongoing, population-based case–control study of EOC in AA women in 11 geographic locations in the United States. AA controls were frequency matched to cases on residence and age. Logistic regression was used to calculate ORs and 95% confidence intervals (CI) for associations between genital and nongenital powder exposure and EOC risk, controlling for potential confounders.

**Results:** Powder use was common (62.8% of cases and 52.9% of controls). Genital powder was associated with an increased risk of EOC (OR = 1.44; 95% CI, 1.11–1.86) and a dose–response relationship was found for duration of use and number of lifetime applications ($P < 0.05$). Nongenital use was also associated with EOC risk, particularly among nonserous EOC cases (OR = 2.28; 95% CI, 1.39–3.74). An association between powder use and upper respiratory conditions suggests an enhanced inflammatory response may explain the association between body powder and EOC.

**Conclusions:** In a study of AA women, body powder use was significantly associated with EOC risk.

**Impact:** The results support that body powder is a modifiable risk factor for EOC among AA women. _Cancer Epidemiol Biomarkers Prev; 25(10); 1411–7. ©2016 AACR._

_See related commentary by Trabert, p. 1369_

## Introduction

Genital powder use may be a modifiable risk factor for epithelial ovarian cancer (EOC), the most deadly of all gynecologic cancers (1). In 2010, the International Agency for Research on Cancer (IARC) classified perineal (genital) use of nonasbestos–containing, talc-based body powder as "possibly" carcinogenic to humans (2). Although particles of asbestos have been found in older body powder formulations, particularly prior to 1976 (3), more recent body powder formulations no longer contain asbestos (4, 5). However, the relationship between genital powder use and ovarian cancer appears to persist (6). It has been proposed that talc-containing powders may promote cancer development through local inflammation, increased rates of cell division and DNA repair, increased oxidative stress, and increased cytokine levels (7).

A recent pooled analysis of eight population-based case–control studies demonstrated an elevated OR of 1.24 for the association between genital powder use and EOC (6). Some (7–15) but not all (6, 8, 16) previously published studies of talc and ovarian cancer reported a dose–response relationship with genital powder use for frequency, duration, or number of applications. In addition, some studies reported a stronger association among the most common serous histologic subtype (4, 10, 14, 16, 17) although the pooled analysis did not confirm this finding (6). Only one prospective study (17) found a significant association with ever genital talc use and invasive serous EOC (RR = 1.40; 95% CI, 1.02–1.91), although no overall association with EOC was found. The Women's Health Initiative (WHI; ref. 18) did not detect an association with

[1]Department of Public Health Sciences, University of Virginia, Charlottesville, Virginia. [2]Hollings Cancer Center and Department of Public Health Sciences, Medical University of South Carolina, Charleston, South Carolina. [3]Population Science Division, Rutgers Cancer Institute of New Jersey, New Brunswick, New Jersey. [4]Case Comprehensive Cancer Center, Case Western Reserve University School of Medicine, Cleveland, Ohio. [5]Cancer Prevention and Population Sciences Program, Baylor College of Medicine, Houston, Texas. [6]Department of Oncology and the Karmanos Cancer Institute Population Studies and Disparities Research Program, Wayne State University, Detroit, Michigan. [7]Division of Preventive Medicine, University of Alabama at Birmingham, Birmingham, Alabama. [8]Epidemiology Program, Louisiana State University Health Sciences Center School of Public Health, New Orleans, Louisiana. [9]Department of Medicine, University of Tennessee Medical Center-Knoxville, Knoxville, Tennessee. [10]Duke Cancer Institute, Duke University Medical Center, Durham, North Carolina. [11]Department of Community and Family Medicine, Duke University Medical Center, Durham, North Carolina.

**Corresponding Author:** Joellen M. Schildkraut, University of Virginia, PO Box 800765, 560 Ray C. Hunt Drive, Charlottesville, VA 22903. Phone: 434-924-8569; Fax: 434-924-8437; E-mail: jms2yf@virginia.edu

doi: 10.1158/1055-9965.EPI-15-1281

©2016 American Association for Cancer Research.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Schildkraut et al.

genital talc use and EOC. Neither prospective study found evidence of a dose–response relationship.

Previous studies of genital powder use have included mostly white women. However, two studies stratified analyses stratified by race and both found an increased EOC risk among African American (AA) women who used genital talc (14, 15). One study reported a nonsignificant association between one or more years of talc use and risk of ovarian cancer, OR = 1.56, [95% confidence interval (CI), 0.80–3.04] among a small sample of 128 AA EOC cases and 143 AA controls, who were shown to have higher prevalence of talc use compared with whites (14). A second study reported an imprecise but significant association with genital talc use with an OR of 5.08 (95% CI, 1.32–19.6) among a very small sample of 16 cases and 17 controls (15). In this article, we present analyses of the relationship between both genital powder and nongenital powder exposure from the African American Cancer Epidemiology Study (AACES), an ongoing, multicenter case–control study of invasive EOC in AA women.

## Materials and Methods

### Study population

AACES is an ongoing, population-based, case–control study of invasive EOC in AA women in 11 locations (Alabama, Georgia, Illinois, Louisiana, Michigan, New Jersey, North Carolina, Ohio, South Carolina, Tennessee, and Texas). Institutional review board approval was obtained from all participating institutions. Methods have been described in detail elsewhere (19). Briefly, cases include AA women 20 to 79 years of age with newly diagnosed EOC. With a goal of enrolling an equal number of cases and controls, controls were AA women identified through random digit dialing, with at least one intact ovary and no history of ovarian cancer, and frequency matched to cases on region of residence and 5-year age categories. Participants complete a baseline telephone interview, which includes detailed questions on demographic characteristics; reproductive, gynecologic, and medical history; hormone therapy (HT) and oral contraceptive (OC) use; cancer family history and lifestyle characteristics including smoking, alcohol consumption, and physical activity. In an effort to obtain information from as many women as possible, a short version of the questionnaire is offered to those who would otherwise refuse to participate in the study. Accrual began in December 2010 and as of August 31, 2015, 593 cases and 750 controls were enrolled. Eligibility for this analysis was restricted to participants for whom data on body powder use and all covariates were available, resulting in a final sample size of 584 cases and 745 controls; of these, 49 cases and 16 controls completed the short questionnaire.

### Exposure to body powder and talc

In the baseline interview, participants were asked whether they had ever regularly used talc, cornstarch, baby, or deodorizing powders. Participants were considered "regular users" if they reported using any of these powders at least one time per month for at least 6 months, and "never users" if they did not. Regular users were asked about their frequency and duration of use, age at first use, and whether they applied powders to genital areas (including on underwear or sanitary napkins, or on birth control devices like diaphragms) and/or nongenital areas. Participants were categorized according to their type of application as nongenital use only, genital use only, or genital and nongenital use. Lifetime number of applications was calculated by multiplying the number of body powder applications per month by the number of months used. Occupational exposure to talc (yes, no) was available only for subjects completing the long baseline survey.

### Statistical analysis

The prevalence of demographic characteristics was calculated and $t$ tests and $\chi^2$ tests were performed to compare distributions between cases and controls. Because of the relatively small number of women who reported having only used genital powder (43 cases and 44 controls), we merged this exposure category with those who reported use of both nongenital and genital powder, creating an exposure category of "any" genital powder use. Unconditional multivariable logistic regression was performed to calculate ORs and 95% CIs for the associations between body powder exposure ("only" nongenital use, and "any" genital use) and risk of EOC. Body powder exposure was further examined by frequency of use (less than 30 times per month, daily), duration of use categorized as less than the median or the median and greater among the controls (<20 years, ≥20 years), and lifetime number of applications categorized as less than the median or the median and greater among controls (<3,600, ≥3,600 lifetime applications). Trend tests for frequency, duration, and lifetime applications of powder use by route of exposure were conducted separately in two subsamples: only nongenital users plus never users and any genital users plus never users. For each subsample, each of the above variables was entered into a logistic regression as multiple indicator variables representing three levels and two degrees of freedom (i.e., for frequency of use: no exposure, less than daily, daily), adjusting for confounders. Trends were evaluated by statistical tests for the association between frequency/duration/lifetime applications with EOC risk, using Wald tests to simultaneously test the equality of parameter estimates with zero. Because experimental data suggest a relationship between inhaled inert particles and asthma (20), a logistic regression analysis was conducted to determine the association between body powder use and upper respiratory conditions (yes/no), controlling for EOC case/control status.

Covariates included reference age in years (age at diagnosis for cases and age at baseline interview for controls); study site [Alabama, Louisiana, New Jersey, North Carolina, Ohio, South Carolina, Texas, Michigan and Illinois (combined because of sample size and regional similarities), Georgia and Tennessee (combined because of sample size)]; education (≤high school, some after high school training, college or graduate degree); parity (0, 1, 2, 3+); duration of oral contraceptives (never, <60 months, ≥60 months); history of tubal ligation (yes/no); family history of breast or ovarian cancer in a first-degree relative (yes/no); smoking (ever/never); and body mass index (BMI < 25, 25–29.9, ≥30 kg/m$^2$). Two class action lawsuits were filed in 2014 (21) concerning possible carcinogenic effects of body powder, which may have influenced recall of use. Therefore, year of interview 2014 or later (yes/no) was included as a covariate in the logistic regression models. To assess potential reporting bias, we also examined whether there were differences in prevalence of reported powder use by interview year (before 2014, 2014 and later) for cases and controls as well as whether interview year was an effect modifier of the relationship between powder use and EOC risk.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 886 of 1022 PageID: 62009

Analyses by the histologic subtype versus all controls were also conducted and heterogeneity of risk estimates was tested by seemingly unrelated regression (22). Because of the missing data for histology, 48 cases were omitted from these analyses. Through stratified analyses, we also assessed possible effect modification of the association with powder use and ever use of HT among postmenopausal women using logistic regression. Experimental data show that the inflammatory response is enhanced in the presence of estrogen and progesterone and we therefore tested for interaction of the association with body powder use by menopausal status (20). Logistic regression and trend analyses were performed using SAS version 9.4 (SAS Institute).

## Results

Descriptive statistics for cases and controls are presented in Table 1. Cases were older than controls and had lower educational achievement. Although this study was designed to match controls to cases by 5-year age group, the difference in the age at diagnosis/age at interview may, in part, be because the study is actively enrolling subjects. However, age ranges of cases (20–79 years) and controls (20–79 years) overlap. Significant differences in the distributions of well-established risk factors, including a shorter duration of oral contraceptive use, and lower prevalence of tubal ligation in cases as compared with controls, were as expected. As expected, parity was lower among cases compared with controls, but the difference was not significant. In addition, cases were more likely to report a family history of breast or ovarian cancer. No significant difference in the median years of use of body powder or occupational exposure of talc in cases compared with controls was observed.

Table 2 shows the results of logistic regression models examining the relationship between any use of body powder (either "only" nongenital powder or "any" genital powder) as well as the use of body powder by type of application: "only" nongenital powder use or "any" genital powder use. Adjusting for potential confounders, we observed a significant positive association between any powder use and EOC (OR = 1.39; 95% CI, 1.10–1.76). The OR for the association with "any" genital powder use was 1.44 (95% CI, 1.11–1.86). An OR of 1.31 (95% CI, 0.95–1.79) for the measure of association between "only" nongenital powder use and EOC was only slightly lower in magnitude compared with the association when "any" genital powder use was reported, but not statistically different from one another ($P = 0.56$). In 2014 and later, we observed an increase in any powder use of 12% and 6% of cases and controls, respectively. Although increased, these exposure prevalences were not significantly different from those interviewed before 2014 ($P = 0.30$). For those interviewed in 2014 or later, we observed an OR for "any" genital powder use of 2.91 (95% CI, 1.70–4.97) compared with 1.19 (95% CI, 0.87–1.63) before 2014. We observed a weaker OR of 1.26 (95% CI, 0.69–2.32) for 2014 and later compared with 1.40 (95% CI, 0.96–2.03) before 2014 for those who reported "only" nongenital use. A test for effect modification by year of interview was statistically significant ($P = 0.005$).

The ORs for the association between daily use of powder for either "only" nongenital powder use (OR = 1.53; 95% CI, 1.00–2.35) or "any" genital powder use (OR = 1.71; 95% CI, 1.26–2.33) with EOC were larger in magnitude than ORs for less than daily use compared with never use but the test for trend was significant only for "any" genital powder use (Table 2). There is a

**Table 1.** Characteristics of ovarian cancer cases and controls in the African American Cancer Epidemiology Study (AACES)

| | Cases (n = 584) n (%) | Controls (n = 745) n (%) | P |
|---|---|---|---|
| Age (years) | | | <0.01 |
| <40 | 31 (5.3) | 80 (10.7) | |
| 40–59 | 299 (51.21) | 398 (53.4) | |
| 60+ | 254 (43.5) | 267 (35.8) | |
| Range (years) | 20–79 | 20–79 | |
| Education | | | 0.02 |
| High school or less | 262 (44.9) | 278 (37.3) | |
| Some after high school training | 145 (24.8) | 210 (28.2) | |
| College or graduate degree | 177 (30.3) | 257 (34.5) | |
| Body mass index (kg/m²) | | | 0.09 |
| <24.9 (under- and normal weight) | 86 (14.7) | 140 (18.8) | |
| 25–29.9 (overweight) | 148 (25.3) | 197 (26.4) | |
| >30 (obese) | 350 (59.9) | 408 (54.8) | |
| Parity (# of live births) | | | 0.06 |
| 0 | 105 (18.0) | 96 (12.9) | |
| 1 | 113 (19.4) | 141 (18.9) | |
| 2 | 136 (23.3) | 198 (26.6) | |
| 3+ | 230 (39.4) | 311 (41.6) | |
| Tubal ligation | | | 0.02 |
| Yes | 201 (34.4) | 302 (40.5) | |
| No | 383 (65.6) | 443 (59.5) | |
| Oral contraceptive use | | | <0.01 |
| Never | 180 (30.8) | 155 (20.8) | |
| <60 months | 230 (39.4) | 334 (44.8) | |
| >60 months | 174 (29.8) | 256 (34.4) | |
| First-degree family history of breast or ovarian cancer | | | <0.01 |
| Yes | 149 (25.5) | 132 (17.7) | |
| No | 435 (74.5) | 613 (82.3) | |
| Menopausal status | | | 0.31 |
| Premenopause | 158 (27.2) | 221 (29.7) | |
| Postmenopause | 423 (72.8) | 522 (70.3) | |
| Hormone therapy | | | 0.10 |
| Ever use | 118 (20.3) | 125 (16.8) | |
| Never use | 463 (79.7) | 618 (83.2) | |
| Smoking | | | 0.48 |
| Ever | 257 (44.0) | 313 (42.0) | |
| Never | 327 (56.0) | 432 (58.0) | |
| Hysterectomy[a] | | | 0.43 |
| Yes | 141 (24.1) | 166 (22.3) | |
| No | 443 (75.9) | 579 (77.7) | |
| Body powder use (median years)[b] | 20 | 20 | 0.48 |
| Occupational talc exposure[c] | | | 0.16 |
| Yes | 58 (10.8) | 62 (8.5) | |
| No | 477 (89.2) | 667 (91.5) | |
| Histologic subtype[d] | | | |
| Serous | 393 (73.2) | | |
| Mucinous | 24 (4.5) | | |
| Endometrioid | 72 (13.4) | | |
| Clear cell | 13 (2.4) | | |
| Other | 35 (6.5) | | |

[a]Defined as hysterectomy 2 years prior to diagnosis for cases and 2 years prior to interview for controls.
[b]Among body powder ever users only.
[c]Data not available for participants who completed the short questionnaire (49 cases and 16 controls).
[d]Data missing on histologic subtype for 47 cases.

moderately stronger association for ≥20 years of "any" genital powder use (OR = 1.51; 95% CI, 1.11–2.06) compared with <20 years of use (OR = 1.33; 95% CI, 0.95–1.86; $P_{trend} = 0.02$). No dose–response with years of use was detected for "only" nongenital powder use. The ORs for the number of lifetime applications

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Schildkraut et al.

**Table 2.** Adjusted ORs for the associations between mode, frequency, and duration of body powder use and ovarian cancer in the AACES

| Exposure | Cases ($n = 584$) n (%) | Controls ($n = 745$) n (%) | OR[a] (95% CI) |
|---|---|---|---|
| Body powder use | | | |
| Never use | 217 (37.2) | 351 (47.1) | 1.00 (Referent) |
| Ever use | 367 (62.8) | 394 (52.9) | 1.39 (1.10–1.76) |
| Body powder use by location | | | |
| Never use | 217 (37.2) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 119 (20.4) | 140 (18.8) | 1.31 (0.95–1.79) |
| Any genital use | 248 (42.5) | 254 (34.1) | 1.44 (1.11–1.86) |
| *Interview date <2014* | ($n = 351$) | ($n = 571$) | |
| Never use | 147 (41.9) | 286 (48.4) | 1.00 (Referent) |
| Only nongenital use | 76 (21.7) | 104 (17.6) | 1.40 (0.96–2.03) |
| Any genital use | 128 (36.5) | 201 (34.0) | 1.19 (0.87–1.63) |
| *Interview date >2014* | ($n = 233$) | ($n = 154$) | |
| Never use | 70 (30.0) | 65 (42.2) | 1.00 (Referent) |
| Only nongenital use | 43 (18.4) | 36 (23.3) | 1.26 (0.69–2.32) |
| Any genital use | 120 (51.5) | 53 (34.4) | 2.91 (1.70–4.97) |
| Frequency of use | | | |
| *Never use* | 217 (37.3) | 351 (47.2) | 1.00 (Referent) |
| *Only nongenital use* | | | |
| Less than daily | 61 (10.5) | 82 (11.0) | 1.15 (0.78–1.71) |
| Daily | 58 (10.0) | 58 (7.8) | 1.53 (1.00–2.35) |
| $P_{trend}$ | | | 0.09 |
| *Any genital use* | | | |
| Less than daily | 88 (15.1) | 119 (16.0) | 1.12 (0.80–1.58) |
| Daily | 158 (27.2) | 134 (18.0) | 1.71 (1.26–2.33) |
| $P_{trend}$ | | | <0.01 |
| Duration of use | | | |
| Never use | 217 (37.4) | 351 (47.4) | 1.00 (Referent) |
| *Only nongenital use* | | | |
| <20 years | 59 (10.2) | 68 (9.2) | 1.37 (0.91–2.07) |
| >20 years | 60 (10.3) | 70 (9.5) | 1.28 (0.85–1.93) |
| $P_{trend}$ | | | 0.13 |
| *Any genital use* | | | |
| <20 years | 101 (17.4) | 118 (15.9) | 1.33 (0.95–1.86) |
| >20 years | 144 (24.8) | 134 (18.1) | 1.52 (1.11–2.07) |
| $P_{trend}$ | | | 0.02 |
| Lifetime body powder applications | | | |
| Never use | 217 (37.4) | 351 (47.4) | 1.00 (Referent) |
| *Only nongenital use* | | | |
| Below median (<3,600 applications) | 60 (10.3) | 72 (9.7) | 1.35 (0.90–2.03) |
| Above median (>3,600 applications) | 59 (10.2) | 66 (8.9) | 1.30 (0.86–1.97) |
| $P_{trend}$ | | | 0.14 |
| *Any genital use* | | | |
| Below median (<3,600 applications) | 92 (15.9) | 119 (16.1) | 1.16 (0.83–1.63) |
| Above median (>3,600 applications) | 152 (26.2) | 133 (17.9) | 1.67 (1.23–2.26) |
| $P_{trend}$ | | | <0.01 |

[a]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first-degree family history of breast or ovarian cancer, and interview year.

of body powder at or above and below the median support a dose–response with "any" genital powder use ($P_{trend} < 0.01$) but not for nongenital powder use ($P_{trend} = 0.14$).

A report of any occupational talc exposure, for those completing the long baseline questionnaire, was found to be positively, but not statistically significantly, associated with EOC (OR = 1.31; 95% CI, 0.88–1.93; data not shown). Table 3 shows an OR of 1.38 (95% CI, 1.03–1.85) for the association in serous cases with "any" genital powder use. Among serous cases, the OR for "only" nongenital powder use was lower in

magnitude and not significant (OR = 1.10; 95% CI, 0.76–1.58). Compared with serous cases, larger and statistically significant ORs are found for the associations with type of powder application in nonserous EOC cases; ORs were 1.63 (95% CI, 1.04–2.55) and 2.28 (95% CI, 1.39–3.74), for "any" genital powder use and "only" nongenital powder use, respectively (Table 3). A comparison of adjusted odds ratios between serous and non-serous histologic subtypes and powder use, detected a difference in "only" nongenital powder use ($P = 0.008$), but did not detect significant differences in association for "any" genital powder use ($P = 0.50$).

The stratified results by menopausal status (Table 4) suggest differences in the association for exposure to "only" nongenital powder use among premenopausal where no association is seen for "only" nongenital powder use, whereas the association with the risk of EOC and "any" genital use is elevated. Among postmenopausal women, we observed positive associations of similar magnitude for both the association between EOC and "only" nongenital powder use (OR = 1.49; 95% CI, 1.04–2.15) and "any" genital powder use (OR = 1.41; CI, 1.03–1.92). However, tests of interaction indicate no evidence for interaction by menopausal status for either route of exposure. Among menopausal women, analyses stratified by HT use suggest a stronger association among users compared with nonusers of HT for both routes of applications, although we detected a borderline, nonsignificant interaction for the associations with "any" genital body powder by HT use ($P = 0.06$). The test for interaction for nongenital body powder by HT use was not significant ($P = 0.76$).

To further consider the underlying mechanism for the relationship between use of body powder and the risk of EOC, we calculated the association between both "only" nongenital powder use and "any" genital powder use and having an upper respiratory condition. Controlling for case–control status, age at diagnosis/interview, study site, education, smoking, and BMI, we found ORs of 1.35 (95% CI, 0.89–2.05) and 1.45 (95% CI, 1.03–2.05) for "only" nongenital and "any" genital powder use, respectively, in relation to a reported respiratory condition (data not shown). A nonsignificant, but elevated OR of 1.26 (95% CI, 0.77–2.06) was observed with occupational exposure to talc and respiratory conditions (data not shown).

**Table 3.** Adjusted ORs for the associations between talc use and serous/nonserous EOC

| Histologic subtype[a] | Cases n (%) | Controls n (%) | OR[b] (95% CI) |
|---|---|---|---|
| Serous ($n = 392$) | | | |
| Never use | 156 (39.8) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 71 (18.1) | 140 (18.8) | 1.10 (0.76–1.58) |
| Any genital use | 165 (42.1) | 254 (34.1) | 1.38 (1.03–1.85) |
| Nonserous ($n = 144$) | | | |
| Never use | 44 (30.6) | 351 (47.1) | 1.00 (Referent) |
| Only nongenital use | 42 (29.2) | 140 (18.8) | 2.28 (1.39–3.74) |
| Any genital use | 58 (40.3) | 254 (34.1) | 1.63 (1.04–2.55) |

[a]Test for interaction for association with powder use by serous and non-serous histologic subtype and route of body powder exposure was $P = 0.008$ for "only" nongenital powder use and $P = 0.50$ for "any" genital powder use.
[b]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first-degree family history of breast or ovarian cancer, and interview year.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Published OnlineFirst May 12, 2016; DOI: 10.1158/1055-9965.EPI-15-1281

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 888 of 1022 PageID: 62011

**Table 4.** Adjusted ORs for the association between EOC risk and body powder by menopausal status and HT use

| | Premenopause | | | Postmenopause | | |
|---|---|---|---|---|---|---|
| | Cases (n = 158) | Controls (n = 221) | | Cases (n = 423) | Controls (n = 522) | |
| Exposure | n (%) | n (%) | OR[a] (95% CI) | n (%) | n (%) | OR[a] (95% CI) |
| Body powder use[b] | | | | | | |
| Never use | 59 (37.3) | 103 (46.6) | 1.00 (Referent) | 157 (37.1) | 247 (47.3) | 1.00 (Referent) |
| Only nongenital use | 22 (13.9) | 42 (19.0) | 0.90 (0.44–1.84) | 97 (22.9) | 98 (18.8) | 1.49 (1.04–2.15) |
| Any genital use | 77 (48.7) | 76 (48.7) | 1.50 (0.87–2.57) | 169 (40.0) | 177 (33.9) | 1.41 (1.03–1.92) |
| HT ever/never use[c,d,e] | | | | | | |
| *HT ever use* | | | | | | |
| Never use | | | | 34 (32.1) | 55 (48.7) | 1.00 (Referent) |
| Only nongenital use | | | | 23 (21.7) | 23 (20.4) | 1.74 (0.77–3.92) |
| Any genital use | | | | 49 (46.2) | 35 (31.0) | 2.68 (1.33–5.40) |
| *HT never use* | | | | | | |
| Never use | | | | 122 (38.9) | 191 (46.9) | 1.00 (Referent) |
| Only nongenital use | | | | 73 (23.3) | 75 (18.4) | 1.51 (0.99–2.29) |
| Any genital use | | | | 119 (37.9) | 141 (34.6) | 1.24 (0.87–1.79) |

[a]Adjusted for age at diagnosis/interview, study site, education, tubal ligation, parity, BMI, duration of OC use, first-degree family history of breast or ovarian cancer, and interview year.
[b]Test for interaction between menopausal status and route of body powder exposure was nonsignificant for only non-genital use (P = 0.21) and any genital use (P = 0.85) compared with never use.
[c]Restricted to postmenopausal women.
[d]Test for interaction between HT use and only nongenital use was nonsignificant (P = 0.76).
[e]Test for interaction between HT use and any genital use was nonsignificant (P = 0.06).

## Discussion

In the largest EOC case–control study in AA women to date, we observed a positive association between regular use of powder and EOC regardless of the route of application. Users of genital powder were shown to have greater than a 40% increased risk of EOC compared with an increased risk of more than 30% among those who used only nongenital powder. The OR for the association with genital powder use in the current study is consistent with the association reported in AA women by Wu and colleagues (14). Of note, a high proportion of EOC cases (63%) and controls (53%) reported any use of body powder. A dose–response trend was evident for median years of use or greater as well as median number or greater of lifetime applications of "any" genital powder but not for use of "only" nongenital powder. Our results support that the association with "any" genital powder use is similar in premenopausal and postmenopausal women, whereas there appears to be an association with use of "only" nongenital powder use among postmenopausal but not premenopausal women. Associations were found among nonserous EOC cases and among postmenopausal users of HT exposed to either genital or non-genital powder.

Most published case–control studies have not found an association between nongenital powder use and ovarian cancer, including a large pooled analysis by Terry and colleagues who reported an adjusted OR of 0.98 (95% CI, 0.89–1.07; refs. 6, 16). No prospective studies have evaluated nongenital powder use, nor has any study examined these associations by histologic subtype (17, 18). In the current study, the overall association with nongenital powder use and EOC was similar to that for genital powder use though it did not reach statistical significance possibly due to small numbers and random variation. However, we also did not find a dose–response relationship with frequency, duration, or lifetime applications of "only" nongenital powder use. Furthermore, we did not detect a significant association with use of "only" nongenital powder among serous cases, whereas the OR for the association with use of "only" nongenital powder showed over a 2-fold signif-

icant increased risk for nonserous EOC. In fact, we found a statistically significant difference between associations by sub-type for "only" nongenital use. Given the inconsistency with previous published findings, it is also reasonable that under-reporting genital powder use, such as abdominal powder use that reaches the genital area, may have led to a spurious result. Another possible explanation for our finding may be that there is a higher inflammatory response in AAs compared with whites (23–25). Our results also suggest that the route of powder exposure may have different effects by histologic subtype. As most high-grade serous EOC, but not nonserous subtypes, arise in the fallopian tubes (26), it is possible that direct exposure through the genital tract specifically affects this disease subtype. The association with any genital powder use and nonserous cases may be due to the overlap between genital and nongenital powder use (83% of cases and 83% of controls). We were unable to examine associations with "only" genital powder users due to sample size considerations. In contrast, nongenital powder use may be related to inhalation of the exposure through the lungs. Several large pooled analyses have demonstrated risk factor associations with inflammatory-associated exposures, such as smoking (27), endometriosis (28), and obesity (29) with nonserous histologic subtypes of ovarian cancer but not high-grade serous EOC, providing a plausible theoretical basis for differences we found in associations by histologic subtype.

Akin to talc powders, titanium dioxide ($TiO_2$) is another inert particle that induces an inflammatory response upon inhalation and has been considered to be "possibly carcinogenic to humans" by IARC (2). Experimental evidence of enhanced inflammation due to exposure to inert environmental particulates of $TiO_2$ showed inhibition of phagocytic activity of alveolar macrophages in pregnancy, and was found to be associated with increased asthma risk in the offspring of BALB/c mice exposed to $TiO_2$. In this study, elevated estrogen levels during pregnancy were found to contribute to the resulting asthma risk (20). Our findings also support that enhanced airway inflammation is due to exposure to inert particles.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Schildkraut et al.

Consistent with a recent study (15) where an association with powder use and asthma was reported, the relationship between body powder use and respiratory conditions likely reflects an enhanced inflammatory response due to powder use, suggesting a mechanism by which EOC risk is increased. Therefore, lung inhalation of powder could be a biologically plausible mechanism for the association between nongenital body powder use and increased EOC risk, particularly in nonserous EOC cases.

To further explore whether estrogen influences the inflammatory response, we performed stratified analyses by menopausal status. We did not see a difference in the association with premenopausal compared with postmenopausal use of "any" genital powder use, which is not consistent with a recent report (15) where an association with premenopausal use but not postmenopausal use was found. However, consistent with this report, we found a stronger association between "any" genital powder use and EOC among postmenopausal women who reported HT use compared with nonusers. This finding is also consistent with experimental data showing that in the presence of estrogen and/or estrogen and progesterone, the ability of macrophages to clear inert particulates is altered, enhancing the inflammatory response leading to the development of asthma in mouse offspring (20). It has also been proposed that chronic inflammation, resulting from exposure to body powder, whether through inhalation or through a transvaginal route, may exert a suppressive effect on adaptive immunity, leading to increased risk of EOC (30). These findings suggest that AA women may be particularly susceptible to exposure to body powder due to having higher endogenous estrogen levels compared with white women (31, 32). Because of the limited sample size, we were not able to evaluate associations with the timing or duration of HT use or the concurrent effects of both HT and powder use. Tests for interaction of the associations in the stratified analyses by HT use were not significant and our findings should be considered exploratory.

The results of the current study showed that genital powder use was associated with ovarian cancer risk in AA women and are consistent with localized chronic inflammation in the ovary due to particulates that travel through a direct transvaginal route. The dose–response observed for duration of genital powder use provides further evidence for the relationship between genital powder and overall EOC risk. Our data suggest that the increased risk due to use of genital powder applies to both serous and nonserous histologic subtypes of EOC. Use of "only" nongenital powder was not found to be associated with the serous subtype, but our data suggest a relationship with nonserous EOC. The association with serous EOC is consistent with several previous studies (4, 6, 14–17). Only the pooled analysis found associations with the endometrioid and clear cell subtypes (6). The association with any occupational talc exposure and EOC (OR = 1.31; data not shown), though not statistically significant, is also consistent with the results for "only" nongenital powder use and suggest other routes of exposure, aside transvaginal, may effect EOC risk.

A recent publication of data from the WHI, which did not find an association with genital talc use and ovarian cancer (18), was accompanied by an editorial that emphasized the challenges in assessing the exposure to talc due to the reliance on self-report (33). This limitation in the measurement of the exposure variables in the current study needs to be considered when interpreting our results. The possibility of differential misclassification exists in a case–control study such as AACES, especially due to heightened awareness of the exposure as a result of two recent class action lawsuits (21). Because of such publicity, we adjusted for date of interview in the analysis. However, there is still a possibility that recall bias may have caused some inflation of the ORs. Although our findings suggest that the publicity of the class action lawsuits may have resulted in increased reporting of body powder use, our data do not support that recall bias alone before 2014 versus 2014 or later would account for the associations with body powder use and EOC. It is possible that the lawsuits sharpened memories of body powder use and improved the accuracy of reported use for both cases and controls interviewed in 2014 or later. As the association with nongenital body powder use is not consistent with the published literature, the possibility of misclassification of exposure, residual confounding, or a chance finding cannot be ruled out as an explanation for the associations with nongenital powder use.

In summary, we found that the application of genital powder is associated with serous and nonserous EOC in AA women, a novel observation in this population that is consistent with some large studies in whites. Our data are consistent with the notion that localized chronic inflammation in the ovary caused by exposure to genital powder contributes to the development of EOC. Although associations with nongenital powder use and EOC have not been previously reported, we cannot rule out the possibility that this relationship may be specific to AA women. The high prevalence of exposure to both genital and nongenital body powder among AA women compared with the mostly white subjects (41%), as in the large pooled analysis (6), underscores the importance of the study's findings. The results of the current study suggest that the use of body powder is an especially important modifiable risk factor for EOC in AA women.

## Disclosure of Potential Conflicts of Interest

No potential conflicts of interest were disclosed.

## Authors' Contributions

**Conception and design:** J.M. Schildkraut, A.G. Schwartz, P. Terry, P.G. Moorman

**Development of methodology:** J.M. Schildkraut, P. Terry, F. Camacho, F. Wang, P.G. Moorman

**Acquisition of data (provided animals, acquired and managed patients, provided facilities, etc.):** J.M. Schildkraut, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, E.S. Peters, A.G. Schwartz, P. Terry, S. Crankshaw, F. Camacho, P.G. Moorman

**Analysis and interpretation of data (e.g., statistical analysis, biostatistics, computational analysis):** J.M. Schildkraut, S.E. Abbott, M.L. Bondy, M.L. Cote, L.C. Peres, E.S. Peters, A.G. Schwartz, F. Camacho, F. Wang, P.G. Moorman

**Writing, review, and/or revision of the manuscript:** J.M. Schildkraut, S.E. Abbott, A.J. Alberg, E.V. Bandera, J.S. Barnholtz-Sloan, M.L. Bondy, M.L. Cote, E. Funkhouser, L.C. Peres, A.G. Schwartz, P. Terry, F. Camacho, P.G. Moorman

**Administrative, technical, or material support (i.e., reporting or organizing data, constructing databases):** P. Terry, S. Crankshaw, F. Camacho, P.G. Moorman

**Study supervision:** J.M. Schildkraut, S. Crankshaw, P.G. Moorman

## Acknowledgments

The authors thank the AACES interviewers, Christine Bard, LaTonda Briggs, Whitney Franz (North Carolina), and Robin Gold (Detroit). The authors also thank the individuals responsible for facilitating case ascertainment across the ten sites including: Jennifer Burczyk-Brown (Alabama); Rana Bayakly, Vicki Bennett and Judy Andrews (Georgia); the Louisiana Tumor Registry; Lisa Paddock, Natalia Herman, and Manisha Narang (New Jersey); Diana Slone,

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Yingli Wolinsky, Steven Waggoner, Anne Heugel, Nancy Fusco, Kelly Ferguson, Peter Rose, Deb Strater, Taryn Ferber, Donna White, Lynn Borzi, Eric Jenison, Nairmeen Haller, Debbie Thomas, Vivian von Gruenigen, Michele McCarroll, Joyce Neading, John Geisler, Stephanie Smiddy, David Cohn, Michele Vaughan, Luis Vaccarello, Elayna Freese, James Pavelka, Pam Plummer, William Nahhas, Ellen Cato, John Moroney, Mark Wysong, Tonia Combs, Marci Bowling, Brandon Fletcher, (Ohio); Susan Bolick, Donna Acosta, Catherine Flanagan (South Carolina); Martin Whiteside (Tennessee) and Georgina Armstrong and the Texas Registry, Cancer Epidemiology and Surveillance Branch, Department of State Health Services.

## Grant Support

This work was supported by the NCI (grant number R01CA142081; to J.M. Schildkraut, A.J. Alberg, E.V. Bandera, J. Barnholtz-Sloan, M.L. Bondy, M.L. Cote,

E. Funkhouser, E.S. Peters, A.G. Schwartz, P. Terry, and P.G. Moorman). Additional support was provided by the Metropolitan Detroit Cancer Surveillance System with funding from the NCI, NIH, and the Department of Health and Human Services (contract number HHSN261201000028C), and the Epidemiology Research Core, supported in part by the NCI Center (grant number P30CA22453; to A.G. Schwartz and M.L. Cote) to the Karmanos Cancer Institute, Wayne State University School of Medicine.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received December 14, 2015; revised May 2, 2016; accepted May 4, 2016; published OnlineFirst May 12, 2016.

## References

1. American Cancer Society. Cancer facts & figures 2015; 2015.
2. World Health Organization, International Agency for Research on Cancer. IARC monographs on the evaluation of carcinogenic risks to humans; 2010. p. 1–413.
3. Heller DS, Gordon RE, Westhoff C, Gerber S. Asbestos exposure and ovarian fiber burden. Am J Ind Med 1996;29:435–9.
4. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer 2008;122:170–6.
5. Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R, Bowes DR, et al. Consumer talcums and powders: mineral and chemical characterization. J Toxicol Environ Health 2009;2:255–84.
6. Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res 2013;6:811–21.
7. Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler J, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 2000;11:111–7.
8. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. Br J Cancer 1989;60:592–8.
9. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. Cancer 1997;79:2396–401.
10. Cook RC, Fradet G, English JC, Soos J, Müller NL, Connolly TP, et al. Recurrence of intravenous talc granulomatosis following single lung transplantation. Can Respir J 1998;5:511–4.
11. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer 2004;112:458–64.
12. Whittemore AS, Wu ML, Paffenbarger RS, Sarles DL, Kampert JB, Grosser S, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol 1988;128:1228–40.
13. Wong C. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol 1999;93:372–6.
14. Wu AH, Pearce CL, Tseng C-C, Templeman C, Pike MC. Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer 2009;124:1409–15.
15. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus IJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US states. Epidemiology 2016;27:334–46.
16. Cramer DW, Liberman RF, Titus-Ernstoff L, Welch WR, Greenberg ER, Baron JA, et al. Genital talc exposure and risk of ovarian cancer. Int J Cancer 1999;81:351–6.
17. Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, et al. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst 2000;92:249–52.
18. Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, et al. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst 2014;106:dju208.
19. Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, et al. A multi-center population-based case–control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). BMC Cancer 2014;14:688.
20. Zhang Y, Mikhaylova L, Kobzik L, Fedulov A V. Estrogen-mediated impairment of macrophageal uptake of environmental TiO2 particles to explain inflammatory effect of TiO2 on airways during pregnancy. J Immunotoxicol 2015;12:81–91.
21. Drugwatch. Talcum powder lawsuits [Internet]; 2015 [cited 2015 Nov 11]. Available from: http://www.drugwatch.com/talcum-powder/lawsuits/
22. Hosmer D, Lemeshow S. Applied logistic regression. 2nd ed. New York, NY: John Wiley & Sons, Inc; 2000.
23. Khera A, McGuire DK, Murphy SA, Stanek HG, Das SR, Vongpatanasin W, et al. Race and gender differences in C-reactive protein levels. J Am Coll Cardiol 2005;46:464–9.
24. Albert MA, Glynn RJ, Buring J, Ridker PM. C-reactive protein levels among women of various ethnic groups living in the United States (from the Women's Health Study). Am J Cardiol 2004;93:1238–42.
25. Paalani M, Lee JW, Haddad E, Tonstad S. Determinants of inflammatory markers in a bi-ethnic population. Ethn Dis 2011;21:142–9.
26. Bowtell DD, Böhm S, Ahmed AA, Aspuria P-J, Bast RC, Beral V, et al. Rethinking ovarian cancer II: reducing mortality from high-grade serous ovarian cancer. Nat Rev Cancer 2015;15:668–79.
27. Faber MT, Kjær SK, Dehlendorff C, Chang-Claude J, Andersen KK, Høgdall E, et al. Cigarette smoking and risk of ovarian cancer: a pooled analysis of 21 case-control studies. Cancer Causes Control 2013;24:989–1004.
28. Pearce CL, Templeman C, Rossing MA, Lee A, Near AM, Webb PM, et al. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. Lancet Oncol 2012;13:385–94.
29. Olsen CM, Nagle CM, Whiteman DC, Ness R, Pearce CL, Pike MC, et al. Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. Endocr Relat Cancer 2013;20:251–62.
30. Cramer DW, Finn OJ. Epidemiologic perspective on immune-surveillance in cancer. Curr Opin Immunol 2011;23:265–71.
31. Pinheiro SP. Racial differences in premenopausal endogenous hormones. Cancer Epidemiol Biomarkers Prev 2005;14:2147–53.
32. Setiawan VW, Haiman CA, Stanczyk FZ, Le Marchand L, Henderson BE. Racial/ethnic differences in postmenopausal endogenous hormones: the multiethnic cohort study. Cancer Epidemiol Biomarkers Prev 2006;15:1849–55.
33. Wentzensen N, Wacholder S. Talc use and ovarian cancer: epidemiology between a rock and a hard place. J Natl Cancer Inst 2014;106:dju260.

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.





# Cancer Epidemiology, Biomarkers & Prevention

## Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)

Joellen M. Schildkraut, Sarah E. Abbott, Anthony J. Alberg, et al.

*Cancer Epidemiol Biomarkers Prev* 2016;25:1411-1417. Published OnlineFirst May 12, 2016.

| | |
|---|---|
| **Updated version** | Access the most recent version of this article at:<br>doi:10.1158/1055-9965.EPI-15-1281 |

| | |
|---|---|
| **Cited articles** | This article cites 29 articles, 9 of which you can access for free at:<br>http://cebp.aacrjournals.org/content/25/10/1411.full.html#ref-list-1 |
| **Citing articles** | This article has been cited by 1 HighWire-hosted articles. Access the articles at:<br>/content/25/10/1411.full.html#related-urls |

| | |
|---|---|
| **E-mail alerts** | Sign up to receive free email-alerts related to this article or journal. |
| **Reprints and Subscriptions** | To order reprints of this article or to subscribe to the journal, contact the AACR Publications Department at pubs@aacr.org. |
| **Permissions** | To request permission to re-use all or part of this article, contact the AACR Publications Department at permissions@aacr.org. |

Downloaded from cebp.aacrjournals.org on November 29, 2016. © 2016 American Association for Cancer Research.

Exhibit 25

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--------------------------------X

IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS          MDL No.:
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY          16-2738 (FLW)(LHG)
LITIGATION

THIS DOCUMENT RELATES TO
ALL CASES
--------------------------------X

VIDEOTAPED DEPOSITION OF

PATRICIA G. MOORMAN, M.S.P.H., PH.D.

_____

FRIDAY, JANUARY 25, 2019

9:04 A.M.

_____

Taken by the Defendants
at Cambria Hotel & Suites Durham
2306 Elba Street
Durham, North Carolina 27705

- - -

Reported by Sophie Brock, RPR, RMR, RDR, CRR

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Patricia G. Moorman, M.S.P.H., Ph.D.

---

### Page 2

A P P E A R A N C E S
ON BEHALF OF THE PLAINTIFFS:
    ASHCRAFT & GEREL, LLP
      4900 Seminary Road
      Alexandria, Virginia 22311
      Telephone: (703) 931-5500
      By:  MICHELLE A. PARFITT, ESQ.
        mparfitt@ashcraftlaw.com

    - and -

    MUELLER LAW, LLC
      404 W 7th Street
      Austin, Texas 78701
      Telephone: (512) 478-1236
      By:  STEVE FARIES, ESQ.
        steve.faries@muellerlaw.com
    - and -
    NAPOLI SHKOLNIK PLLC
      400 Broadhollow Road, Suite 305
      Melville, New York 11747
      Telephone: (631) 224-1133
      By:  ALASTAIR J.M. FINDEIS, ESQ.
        afindeis@napolilaw.com

ON BEHALF OF THE DEFENDANTS JOHNSON & JOHNSON:
    SHOOK, HARDY & BACON L.L.P.
      600 Travis Street, Suite 3400
      Houston, Texas 77002
      Telephone: (713) 227-8008
      By:  SCOTT A. JAMES, ESQ.
        sjames@shb.com

    - and -

    DRINKER BIDDLE & REATH, LLP
      600 Campus Drive
      Florham Park, New Jersey 07932-1047
      Telephone: (973) 549-7164
      By:  JESSICA L. BRENNAN, ESQ.
        jessica.brennan@dbr.com

---

### Page 3

A P P E A R A N C E S  (Continued)
ON BEHALF OF THE DEFENDANT IMERYS TALC AMERICA, INC.:
    GORDON & REES, LLP
      816 Congress Avenue, Suite 1510
      Austin, Texas 78701
      Telephone: (512) 391-0197
      By:  JENNIFER A. FOSTER, ESQ.
        jfoster@gordonrees.com

    - and -

    COUGHLIN DUFFY LLP
      350 Mount Kemble Avenue
      Morristown, New Jersey 07962
      Telephone: (973) 267-0058
      By:  JONATHAN F. DONATH, ESQ.
        jdonath@coughlinduffy.com

ON BEHALF OF THE DEFENDANT PERSONAL CARE PRODUCTS COUNCIL:
    SEYFARTH SHAW LLP
      975 F Street, N.W.
      Washington, DC 20004-1454
      Telephone: (202) 463-2400
      By:  RENÉE B. APPEL, ESQ.
        rappel@seyfarth.com

ON BEHALF OF THE DEFENDANT PTI:
    TUCKER ELLIS LLP
      233 South Wacker Drive
      Chicago, Illinois 60606
      Telephone: (312) 624-6300
      By:  JAMES W. MIZGALA, ESQ.
        james.mizgala@tuckerellis.com

VIDEOGRAPHER:
    Brad Smith

---

### Page 4

INDEX OF EXAMINATIONS
                       PAGE

BY MR. JAMES . . . . . . . . . . . . . . . 9, 302, 315
BY MS. FOSTER . . . . . . . . . . . . . . . . . 280
BY MS. APPEL . . . . . . . . . . . . . . . . . . 294
BY MS. PARFITT . . . . . . . . . . . . . . . . 310

INDEX OF EXHIBITS
NUMBER     DESCRIPTION     MARKED

Exhibit 1  Invoices of Patricia G. Moorman, . . .15
      Ph.D.

Exhibit 2  Errata Page from Deposition . . . . . .17
      Transcript of Patricia Moorman,
      Ph.D.

Exhibit 3  Curriculum Vitae of Patricia  . . . . .20
      Moorman, M.S.P.H, Ph.D.
Exhibit 4  Notice of Oral and Videotaped . . . . .32
      Deposition of Patricia G. Moorman
      and Duces Tecum
Exhibit 5  Binder of Materials Considered  . . . .35
Exhibit 6  Plaintiffs' Steering Committee's . . .36
      Response and Objections to the
      Notice of Oral and Videotaped
      Deposition of Patricia G. Moorman
      and Duces Tecum
Exhibit 7  Rule 26 Expert Report of Patricia . . .37
      G. Moorman, M.S.P.H., Ph.D.

Exhibit 8  Additional Materials to . . . . . . . .41
      Dr. Patricia Moorman
Exhibit 9  Reliance Materials of Patricia  . . . .45
      Moorman, Ph.D., Produced March 5,
      2018

---

### Page 5

INDEX OF EXHIBITS (Continued)
NUMBER     DESCRIPTION     MARKED

Exhibit 10  References and Materials . . . . . . .49
       Considered List for the MDL Report

Exhibit 11  Deposition Transcript of Patricia . . .61
       Moorman, M.S.P.H., Ph.D., dated
       March 12, 2018

Exhibit 12  FDA Action Related to Talc  . . . . . .77

Exhibit 13  FDA Letter dated April 1, 2014 . . . .84

Exhibit 14  IARC Monographs Document titled . . . .91
       "Arsenic, Metals, Fibres, and
       Dusts, Volume 100 C, A Review of
       Human Carcinogens"
Exhibit 15  AACR Journal Article titled "Does . . 107
       Exposure to Asbestos Cause Ovarian
       Cancer? A Systematic Literature
       Review and Meta-analysis," by
       Alison Reid, et al.
Exhibit 16  American Journal of Epidemiology  . . 136
       Article titled "Ovarian Cancer Risk
       Factors in African-American and
       White Women," by Patricia G.
       Moorman, et al.
Exhibit 17  Cancer Causes Control Article . . . . 139
       titled "Primary peritoneal and
       ovarian cancers: an epidemiological
       comparative analysis," by Delores
       J. Grant, et al.
Exhibit 18  Printout from ACOG's Website: . . . . 149
       "Talc Use and Ovarian Cancer"

---

2 (Pages 2 to 5)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 6

INDEX OF EXHIBITS (Continued)

NUMBER          DESCRIPTION          MARKED

Exhibit 19  National Cancer Institute PDQ . . . . 151
            titled "Ovarian, Fallopian Tube,
            and Primary Peritoneal Cancer
            Prevention (PDQ®) - Health
            Professional Version

Exhibit 20  Epidemiology Article titled . . . . . 165
            "Perineal Talc Use and Ovarian
            Cancer, A Systematic Review and
            Meta-Analysis," by
            Ross Penninkilampi, et al.

Exhibit 21  Review Article titled "Genital  . . . 169
            use of talc and risk of ovarian
            cancer: a meta-analysis," by
            Wera Berge, et al.

Exhibit 22  Research Report titled "Perineal  . . 173
            use of talc and risk of ovarian
            cancer," by H. Langseth, et al.

Exhibit 23  Anticancer Research Article . . . . . 175
            titled "Perineal Application of
            Cosmetic Talc and Risk of Invasive
            Epithelial Ovarian Cancer: A
            Meta-analysis of 11,933 Subjects
            from Sixteen Observational
            Studies," by Michael Huncharek,
            et al.

Exhibit 24  AACR Journal Research Article . . . . 180
            titled "Genital Powder Use and Risk
            of Ovarian Cancer: A Pooled
            Analysis of 8,525 Cases and 9,859
            Controls," by Kathryn L. Terry,
            et al.

Exhibit 25  JNCI Article titled "Perineal . . . . 202
            Powder Use and Risk of Ovarian
            Cancer," by Serena C. Houghton,
            et al.

Page 7

INDEX OF EXHIBITS (Continued)

NUMBER          DESCRIPTION          MARKED

Exhibit 26  Journal of the National Cancer . . . 205
            Institute Article, titled
            "Prospective Study of Talc Use and
            Ovarian Cancer," by Dorota M.
            Gertig, et al.

Exhibit 27  PLOS ONE Research Article titled  . . 227
            "Comparison of Estimates between
            Cohort and Case-Control Studies in
            Meta-Analyses of Therapeutic
            Interventions: A
            Meta-Epidemiological Study," by Amy
            Lanza, et al.

Exhibit 28  AACR Journal Research Article . . . . 234
            titled "Association between Body
            Powder Use and Ovarian Cancer: The
            African American Cancer
            Epidemiology Study (AACES)," by
            Joellen M. Schildkraut, et al.

Exhibit 29  AACR Journal Article titled "Body . . 237
            Powder and Ovarian Cancer Risk –
            What is the Role of Recall Bias?"
            by Britton Trabert

Exhibit 30  International Journal of Cancer . . . 273
            Article titled "Perineal Talc
            Exposure and Epithelial Ovarian
            Cancer Risk in the Central Valley
            of California," by Paul K. Mills,
            et al.

Exhibit 31  Paper titled "Systematic Review . . . 307
            and Meta-Analysis of the
            Association between Perineal Use of
            Talc and Risk of Ovarian Cancer,"
            by Mohamed Kadry Taher, et al.

Page 8

1       P R O C E E D I N G S
2           THE VIDEOGRAPHER:  We are now on
3   record.  Today's date is January 25th, 2019, and the
4   time is approximately 9:04 a.m.  This is the
5   videotaped deposition of Dr. Patricia Moorman.
6           Could counsel please now introduce
7   themselves for the record, and then our court reporter
8   will swear in the witness.
9           MR. JAMES:  Scott James for the Johnson
10  & Johnson Defendants.
11          MS. BRENNAN:  Jessica Brennan for the
12  Johnson & Johnson Defendants.
13          MS. FOSTER:  Jennifer Foster for Imerys
14  Talc America, Inc.
15          MR. DONATH:  Jonathan Donath for Imerys
16  Talc, Inc.
17          MS. APPEL:  Renée Appel, here for
18  Personal Care Products Council.
19          MR. MIZGALA:  James Mizgala for PTI.
20          MR. FINDEIS:  Alastair Findeis,
21  Plaintiffs' Steering Committee.
22          MR. FARIES:  Steve Faries for the
23  Plaintiffs.
24          MS. PARFITT:  Michelle Parfitt for the
25  Plaintiffs.

Page 9

1   Whereupon,
2       PATRICIA G. MOORMAN, M.S.P.H., PH.D.
3       having first been duly sworn/affirmed,
4       was examined and testified as follows:
5           EXAMINATION BY COUNSEL FOR THE
6           JOHNSON & JOHNSON DEFENDANTS
7   BY MR. JAMES:
8       Q.  Good morning, Dr. Moorman.
9       A.  Good morning.
10      Q.  My name is Scott James.  We've had the
11  pleasure of meeting before the deposition.  I'm
12  counsel for the J&J Defendants in this matter.
13          Do you understand that?
14      A.  I do.
15      Q.  Super.  Could you state your name for the
16  record, please.
17      A.  My name is Patricia Moorman.
18      Q.  And you have been deposed before in a talc
19  ovarian cancer case; correct?
20      A.  Yes, I have.
21      Q.  And you've testified on behalf of the
22  Plaintiffs in that case; correct?
23      A.  Yes, I did.
24      Q.  And the allegations in that case were that
25  cosmetic talc powders cause ovarian cancer; correct?

3 (Pages 6 to 9)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 10

1    A. That's correct.
2    Q. You were deposed in the Ingham case.
3        Do you recall the name of the case?
4    A. Yes, I do.
5    Q. And you were last deposed in that case in
6  March of 2018. Do you recall that?
7    A. Yes, I do.
8    Q. Has there been any change in your employment
9  status since your March 2018 deposition?
10    A. I am still a professor at Duke University,
11  yes.
12    Q. Has there been any change in your work or
13  teaching activities since your deposition?
14    A. Yes.
15    Q. What are those changes?
16    A. I am in a preretirement transition, and so
17  I have been reducing my effort. And so I do not --
18  I'm not doing as much teaching as I was a year ago.
19    Q. Other than that fairly significant change,
20  are there any other changes in your teaching or work
21  activities since the deposition?
22    A. No.
23    Q. Have you done any new expert witness work
24  since the last deposition other than the talc MDL that
25  we're here about today?

Page 11

1    A. No, I have not.
2    Q. And you understand that we are taking your
3  deposition today in the talc MDL; correct?
4    A. Yes.
5    Q. Who first contacted you about serving as an
6  expert in the talc MDL?
7    A. It was -- let's see -- Jeff Gibson was the
8  first person who contacted me about talc litigation.
9    Q. When you say "talc litigation," are you
10  referring to the Ingham case?
11    A. I'm afraid that I'm a little unclear on --
12  you know, there are multiple attorneys, multiple
13  cases, and I don't know who was the Defendant and when
14  he first approached me.
15    Q. Understood.
16    A. Or the Plaintiff, rather. I'm sorry.
17    Q. Do you recall the time frame that Mr. Gibson
18  contacted you?
19    A. It was in summer of 2016.
20    Q. Are you retained in any talc cases other than
21  the talc MDL and the Ingham case?
22    A. Not to my knowledge, no.
23    Q. Sitting here today, do you have the ability
24  to distinguish as to whether any attorney contacted
25  you specifically about the talc MDL?

Page 12

1    A. I'm afraid I'm a little bit unclear about the
2  particular cases. I understand that this is an MDL
3  case. I have been in touch with attorneys about
4  various cases since, you know, 2016, but I'm a little
5  bit unclear about the distinctions.
6    Q. In preparing for today's deposition for the
7  talc MDL, did you meet with counsel?
8    A. Yes.
9    Q. Okay. And who did you meet with?
10    A. I have met with the individuals here,
11  Michelle Parfitt, Steve Faries, Alastair, and -- I'm
12  blanking on his last name all of a sudden -- and Jeff
13  Gibson.
14    Q. Are those the only attorneys that you've met
15  with regard to your deposition today?
16    A. Yes.
17    Q. In preparing your MDL talc report, are there
18  any other attorneys that you worked with other than
19  the ones that you just mentioned with regard to the
20  MDL?
21        MS. PARFITT: Objection. Form.
22        You may answer.
23        I just wanted to make sure that -- I believe
24  he's asking the names of people, not the
25  communications.

Page 13

1        MR. JAMES: Yes.
2        THE WITNESS: Okay. I believe that on
3  teleconferences, Chris Tisi was also on one of the --
4  at least one of the teleconferences, probably more
5  than one.
6  BY MR. JAMES:
7    Q. Was Mr. Tisi involved in teleconferences
8  pertaining to the report that you authored?
9    A. Yes.
10    Q. And, again, I'm not asking you about the
11  substance of the communications, just the
12  identification of the attorneys that you've worked
13  with. Okay?
14    A. Okay.
15    Q. Are there any other attorneys that you've
16  worked with on the MDL report?
17    A. None that I recall.
18    Q. Are you working with any of the counsel that
19  you just identified on any other litigation or
20  matters?
21    A. No, I am not.
22    Q. Okay. Today at the deposition, we'll follow
23  the same ground rules as the Ingham deposition. So
24  I know that you're familiar with them, but as a
25  reminder, my questions will be verbal and I ask that

4 (Pages 10 to 13)

Patricia G. Moorman, M.S.P.H., Ph.D.

1    your answers be verbal as well. Okay?
2        A. Okay.
3        Q. And that's so the court reporter can take
4    down what you're saying and can take down what I'm
5    saying as well.
6        Also, Michelle has told you this, but
7    anytime you need a break, just let us know and we'll
8    be happy to accommodate you. Okay?
9        A. Okay.
10       Q. And if you have any -- if you have any -- let
11   me rephrase that.
12       If you don't understand any questions that
13   I ask you, please ask me to rephrase. Okay?
14       A. Okay.
15       Q. Great.
16       What are you charging Plaintiffs' counsels
17   in the MDL?
18       A. My rate is $400 per hour.
19       Q. How much have you invoiced in the MDL to
20   date?
21       A. For the MDL, I believe it is 21,000.
22       Q. Okay. And prior -- sorry. Did I cut you
23   off?
24       A. No, you did not.
25       Q. This morning, your counsel handed me a copy

1    of the invoices that you furnished in the MDL, and I'm
2    going to mark this as Exhibit No. 1.
3        (Exhibit No. 1 was marked for identification.)
4    BY MR. JAMES:
5        Q. Exhibit No. 1 is containing four invoices.
6    I'm going to hand those to you and ask you to confirm
7    that those are the invoices that you have prepared for
8    your work in the MDL.
9        A. There are some for -- that work that was done
10   with the Ingham case, and my understanding, that's not
11   part of the MDL.
12       Q. That's fair. Yes.
13       A. Okay.
14       Q. So are the invoices that I've handed you as
15   part of Exhibit 1, are those the invoices related to
16   the work that you've done on the MDL?
17       A. I -- I'm sorry. I'm -- I'm trying to answer
18   your question, but the ones for prior -- other than
19   the Ashcraft & Gerel, my understanding was that these
20   were for, like, the Ingham case and the state cases,
21   not the MDL.
22       Q. Okay. Let me ask it this way: Are these the
23   invoices that you've submitted to Michelle Parfitt?
24       A. They've been submitted to the people noted on
25   there. So --

1        MS. PARFITT: And I've just got to add
2    some clarity to that.
3        MR. JAMES: Sure.
4        MS. PARFITT: There might be some
5    overlap. I think that's the problem. There might
6    just be some overlap.
7    BY MR. JAMES:
8        Q. Are there any invoices that you have prepared
9    for your work in the talc litigation that you have not
10   produced to us today in the MDL, be it Exhibit 1 or in
11   your work in Ingham?
12       A. These are the only invoices related to the
13   talc litigation, period.
14       Q. And do you have an estimate of -- when you
15   say that these are the only invoices for the talc
16   litigation -- and if these questions continue to be
17   confusing, let me know -- but are there other invoices
18   that you submitted in the Ingham case that are not
19   part of Exhibit 1?
20       A. No. These are all the invoices submitted.
21       Q. We got there finally. Sorry about that.
22       A. Okay.
23       Q. Have you discussed your work in this
24   litigation with any other experts who are working on
25   behalf of the Plaintiffs?

1        A. No. To my knowledge, I have not.
2        Q. Have you had any emails or other
3    communications with Plaintiffs' experts in the talc
4    litigation?
5        A. No, I have not.
6        Q. And you recall giving your testimony in the
7    Ingham case in March 2018; correct?
8        A. Yes, I do.
9        Q. After that testimony that you provided, you
10   also had an opportunity to review that testimony;
11   correct?
12       A. I did.
13       Q. And do you recall preparing a single
14   correction to the Ingham transcript?
15       A. Yes.
16       Q. And so I have with me a copy of what we refer
17   to as an errata sheet, which is the correction sheet
18   that you signed in Ingham. I'm going to mark that as
19   Exhibit No. 2. Okay?
20       (Exhibit No. 2 was marked for identification.)
21   BY MR. JAMES:
22       Q. And the way that we're configured, there's
23   some space between me and your counsel. So when
24   I have exhibits, as I will throughout the day --
25   we may have to figure out how to approach this, but I

5 (Pages 14 to 17)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 18

1  may hand them to you and ask that you hand them over
2  since we're all miked up.
3          Okay.  And do you recognize your handwriting
4  on that Exhibit?
5          A.  I do.
6          Q.  Does that reflect the correction that you
7  made to your testimony?
8          A.  Yes, it does.
9          Q.  And if you flip over to the other side of
10  Exhibit 2, does that contain your signature?
11          A.  Yes, it does.
12          Q.  By signing that errata sheet, you confirmed
13  that the testimony that you gave in Ingham was true
14  and correct; correct?
15          A.  Yes.
16          Q.  Do you still stand behind the testimony that
17  you provided in Ingham today?
18          A.  Yes, I do.
19          Q.  Subject to the one correction that you made;
20  correct?
21          A.  Yes, I do.
22          Q.  Sitting here today, do you believe there are
23  any other changes or corrections that you need to make
24  to your testimony in Ingham?
25          A.  I can't think of any, no.

Page 19

1          Q.  Did you review your Ingham deposition in
2  preparation for today's deposition?
3          A.  I did within the last few weeks, yes.
4          Q.  And so when you've reread the transcript in
5  the last few weeks, did you see anything in that
6  transcript that you wanted to correct?
7          A.  No.
8          Q.  Since your Ingham deposition in March of
9  2018, have you authored any publications or articles
10  pertaining to talc, asbestos, or ovarian cancer risk
11  factors?
12          A.  Yes, I have.
13          Q.  Okay.  And let's break up that, then.
14          Have you authored any articles pertaining to
15  talc?
16          A.  I have not authored any articles that
17  directly address talc as the main focus of the paper.
18  Talc has been mentioned in at least one paper as a
19  potential confounder.
20          Q.  And what was the name of that article,
21  please.
22          A.  If you'll give me just a moment, let me
23  look --
24          Q.  Dr. Moorman, are you looking at a copy of
25  your CV?

Page 20

1          A.  I am.
2          Q.  Okay.  So for purposes of the record, this
3  morning, before the deposition, your counsel handed me
4  a copy of your updated CV.
5          Is that what you're looking at right now?
6          A.  Yes, it is.
7          Q.  Okay.  I'm going to mark a copy of that as
8  Exhibit No. 3.
9          (Exhibit No. 3 was marked for identification.)
10          MR. JAMES:  Michelle, you have a copy,
11  I presume?
12          MS. PARFITT:  Actually, I think I gave
13  them all to you.  Sorry.
14          MR. JAMES:  Again, apologies for having
15  to handle it that way.
16          THE WITNESS:  Oh, I'm sorry.
17          MS. PARFITT:  Thank you.
18          THE WITNESS:  Okay.  The article that
19  I was referring to is -- the first author is Park.
20  The title of the article is "Benign gynecologic
21  conditions are associated with ovarian cancer risk in
22  African-American women:  A case-control study."
23          And I was a coauthor on that paper, and talc
24  was included as a potential confounder.
25

Page 21

1  BY MR. JAMES:
2          Q.  And, for the record, can you tell us the
3  number of the item you're looking at on your CV?
4          A.  Okay.  On page 14, it is Article No. 120.
5          Q.  And in that paper, Dr. Moorman, did you say
6  that you described talc as a potential confounder?
7          A.  Yes.
8          Q.  In that paper, did you include a disclosure
9  of your involvement in this talc litigation as an
10  expert for the Plaintiffs?
11          A.  I disclosed it -- actually, I had a
12  discussion with the senior author on this paper, who's
13  Michele Cote, and disclosed what I was doing.  And she
14  was -- she actually said she had also done some work
15  related to talc and ovarian cancer and she was going
16  to check with the editor and see if it required a
17  disclosure.  And so there was no disclosure.  So
18  apparently the editor did not feel it was warranted.
19          Q.  So the article, as published, does not
20  contain a disclosure of your involvement in the
21  litigation; correct?
22          A.  That is correct.
23          Q.  Did you review the disclosure requirements of
24  the journal in which the article was published?
25          A.  I can't remember if I specifically looked at

6 (Pages 18 to 21)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 22

1  that journal's requirements.  I don't recall if I did
2  or not.
3      Q.  Do you believe that it is important -- for an
4  author who's working on an article for a publication
5  pertaining to an issue that she's testifying about in
6  litigation, do you believe it's important to disclose
7  that to the reader of the article?
8      A.  I think that it is important to disclose it
9  in conjunction with the journal's policies, as I
10  described.  I did disclose it to the corresponding
11  author, who said she was going to discuss it with the
12  editor.  So I think that I did what was appropriate.
13      Q.  Did you communicate your involvement in the
14  litigation to anyone with the journal?
15      A.  I did not.  It is typical that the
16  communication with the journal is through the
17  corresponding author.
18      Q.  Have you attempted to amend any disclosures
19  in your prior papers since the last deposition?
20          MS. PARFITT:  Objection.  Form.
21          THE WITNESS:  I do --
22          MR. JAMES:  You're looking at your
23  counsel.  Michelle can correct me if I'm wrong.  She's
24  allowed to make the objections.  And once she does,
25  unless she tells you not to answer, you may answer.

Page 23

1          MS. PARFITT:  That's fine.
2          THE WITNESS:  Okay.  Yes.  In my last
3  deposition, there was an article that I was one of 40
4  authors that looked at about 20 different risk factors
5  for ovarian cancer.  I acknowledged in my deposition
6  that it was an oversight.  In my career, you know,
7  spanning 25 years, I've never had to make disclosures
8  about potential conflicts of interest.  I acknowledged
9  that it was an oversight on my part.  When it was
10  brought to my attention, I contacted the journal, and
11  they said, "Okay.  What's your disclosure?"  And
12  I disclosed it.
13  BY MR. JAMES:
14      Q.  So just to be clear, this was after the
15  deposition; correct?
16      A.  It was.
17      Q.  Is this the Peres paper?
18      A.  Yes.
19      Q.  Did they respond to you in any way about the
20  reported conflict?
21      A.  The editor just said, "Okay.  What is your
22  disclosure?"
23          And I gave it to him.  And I believe that
24  they subsequently published a correction to the
25  article.

Page 24

1      Q.  Did they communicate with you about the
2  disclosure in a written format?
3      A.  It was an email communication.
4      Q.  Was it a single email, or was it multiple
5  emails?
6      A.  As I recall, I sent an email to the editor
7  disclosing the situation, and he -- I think he
8  responded that, yes, it should be disclosed.  And then
9  I believe there was another email from -- I don't
10  know -- an editorial assistant or someone asking
11  specifically what was the -- what was the wording of
12  the disclosure that I wanted to make, and I gave them
13  that.
14          So it was, you know, two or three emails,
15  but...
16      Q.  Do you still have that email traffic in your
17  possession?
18      A.  Probably.
19      Q.  It's on your computer?
20      A.  I would think so.
21      Q.  Okay.  Could you ensure that you preserve
22  that email traffic for us, please.
23      A.  Yes.
24          MR. JAMES:  And then, Michelle, we will
25  request a copy of the email traffic.

Page 25

1          MS. PARFITT:  We'll certainly take it
2  under advisement, sure.
3  BY MR. JAMES:
4      Q.  Do you have any similar written
5  communications about the disclosure with the paper
6  that we just discussed, the Park paper?
7      A.  No, I do not.  That was a telephone
8  conference.
9      Q.  Other than the Park article that you just
10  identified, have you authored any other articles since
11  your last deposition concerning talc, asbestos, or
12  risk factors for ovarian cancer?
13      A.  As you can see on my CV, since the last
14  deposition, Article No. 121 is a paper on effect of
15  cultural, folk, and religious beliefs on delays in
16  diagnosis of ovarian cancer.  I was first author on
17  that paper.
18          Article 119, first author Anderson, was
19  looking at individual, social, and societal correlates
20  of health-related quality of life among
21  African-American survivors of ovarian cancer.
22          And I was a coauthor on a paper by Mills
23  that was looking at immune regulatory molecular
24  expression.
25      Q.  Since your Ingham deposition, have you

7 (Pages 22 to 25)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 26

```
 1   authored any articles that pertain to talc or asbestos
 2   other than the Park article?
 3        A.  No.
 4        Q.  Are you currently working on any articles or
 5   publications that pertain to the issues addressed in
 6   your expert report?
 7        A.  I am a coauthor on a paper that is in
 8   preparation that is describing the OCWAA Consortium,
 9   which stands for Ovarian Cancer in Women of African
10   Ancestry.  And this is a relatively newly formed
11   consortium, and it's describing the overall structure
12   of the consortium and some of the factors that we
13   intend to consider.  And in the draft of the paper,
14   talc is included along with a long list of other risk
15   factors that we will be considering.
16        Q.  Is that paper in draft form?
17        A.  It is in draft form.  It's being -- yeah, it
18   has not been submitted yet.
19        Q.  So it has not been submitted for peer review?
20        A.  No, it has not.
21        Q.  Is talc mentioned in the context of a
22   potential confounder, like the Park paper?
23        MS. PARFITT:  Object to form.
24        THE WITNESS:  Talc is mentioned in that
25   paper as one of many ovarian cancer risk factors that
```

Page 27

```
 1   we hope to examine in this -- within this consortium.
 2   BY MR. JAMES:
 3        Q.  So one of the purposes of that paper, as
 4   you've described, is that you will be looking at the
 5   association between talc and ovarian cancer; is that
 6   correct?
 7        MS. PARFITT:  Objection.  Form.
 8        THE WITNESS:  It is -- the purpose of
 9   the paper is to describe the consortium.  So there is
10   relatively little data about risk factors for ovarian
11   cancer among African -- African-American women, or
12   women of African ancestry.  And so the purpose of the
13   paper is not focused just on talc, but it is
14   describing how the consortium hopes to compare risk
15   factors for ovarian cancer between African-American
16   and white women.  So talc is among a long list of risk
17   factors that will be considered as we progress with
18   this consortium.
19   BY MR. JAMES:
20        Q.  Have you yet disclosed your involvement in
21   the litigation with respect to that paper?
22        A.  The -- I will disclose it when the paper will
23   be submitted, which is the typical time when such a
24   disclosure would be made.
25        Q.  Have you engaged in any written
```

Page 28

```
 1   communications or written paperwork about your
 2   conflict for that paper?  Your litigation disclosure
 3   for that paper?  Is there anything in writing about
 4   that to anyone or the journal itself, or a journal?
 5        A.  At this point, no, because it is still in
 6   draft form.  It's not ready to be submitted.
 7        Q.  Okay.  Other than the papers we have
 8   discussed this morning, are there any other papers
 9   that you -- that are works in progress that discuss
10   talc or asbestos that you're working on?
11        A.  Another paper that is in progress is looking
12   at infertility as a risk factor for ovarian cancer.
13   And talc is, again, considered as a potential
14   confounder of that association.
15        So, again, draft form.  It hasn't been
16   disclosed yet because it's not at the point where one
17   would disclose that.
18        Q.  Okay.  And you answered my next question, and
19   that's fine.  So thank you.
20        Can you identify the coauthors on the paper
21   that you've just -- that you just mentioned, the
22   infertility paper?
23        A.  The infertility paper?  Okay.  This was work
24   that was done with a medical student, Tolu Teniola is
25   the medical student that I was working with.  And then
```

Page 29

```
 1   all of the AACES -- this is, again, African American
 2   Cancer Epidemiology Study, which is an ovarian cancer
 3   study that I've worked on for about the last nine or
 4   ten years, and so all of the collaborators on that
 5   study.
 6        And when you look at the CV, the papers that
 7   come from AACES, it's Dr. Schildkraut, Dr. Bondy,
 8   Dr. Cote.  It's a large multicenter study; there are
 9   many coauthors, and so they would all be included.
10        Q.  And with respect to the other
11   work-in-progress paper that you have identified, can
12   you identify the coauthors on that paper?
13        MS. PARFITT:  Are you speaking of the
14   infertility paper?
15        MR. JAMES:  The first question was
16   about the infertility.  So now we're back to the first
17   work-in-progress paper that you identified.
18        THE WITNESS:  Okay.  So the study
19   describing the OCWAA Consortium, is that what you're
20   asking me about?
21   BY MR. JAMES:
22        Q.  Yes, Doctor.  Thank you for clearing that up.
23        A.  Okay.  So it includes -- again, this is a
24   multicenter study -- quite a few coauthors.  They
25   would include Dr. Schildkraut, Lynn Rosenberg, Traci
```

8 (Pages 26 to 29)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 30

1  Bethea, Wendy Setiawan.
2      Again, it's a large consortium with a lot of
3  coauthors. There would be probably at least a dozen,
4  probably more.
5      Q. For both work-in-progress papers, are you
6  aware of whether any of those coauthors are experts
7  for the Plaintiffs in the talc litigation?
8      A. I am not aware of -- if any of them are.
9      Q. Have you -- are there any other works in
10  progress that pertain to talc or asbestos that you're
11  working on?
12      A. No, I do not believe so.
13      Q. Have you submitted the substance of your
14  opinions in the MDL report to anyone for peer review?
15      A. No, I have not.
16      Q. Have you engaged in any internet postings,
17  blogs, chatroom postings concerning your opinions in
18  this litigation?
19      A. No, I have not.
20      Q. Have you given any presentations, speeches,
21  or lectures concerning talc or asbestos or ovarian
22  cancer risk factors since your March 2018 deposition?
23      A. No, I have not.
24      Q. Have you given any interviews, public
25  statements, or other public speaking engagements

Page 31

1  concerning talc, asbestos, or ovarian cancer risk
2  factors since your Ingham deposition?
3      A. No, I have not.
4      Q. Since your Ingham deposition -- and I'm
5  structuring my questions sometimes this way in hopes
6  of expediting. Okay?
7      So since your Ingham deposition, have you
8  discussed your opinions in this litigation with any of
9  your professional colleagues?
10      A. To some extent, yes.
11      Q. Okay. And can you tell me who that is?
12      A. I already mentioned Dr. Cote, Michele Cote,
13  described the work that I was doing.
14      I have mentioned some of the work that I'm
15  doing to some of my colleagues within my department,
16  Dr. Truls Ostbye for one, Dr. Kat Pollak for another.
17      Q. And when you say that you've mentioned your
18  litigation work with your department colleagues, what
19  have you told them?
20      A. I have basically described that I have been
21  working as an expert witness in this -- in this case,
22  and expressing my opinion, you know, that -- working
23  for the Plaintiffs and my opinion that talc is a cause
24  of ovarian cancer.
25      Q. And have you engaged in any written

Page 32

1  communications with your professional colleagues about
2  your opinions?
3      A. No, I have not.
4      Q. And when I say "about your opinions," I mean
5  about your opinions in this litigation.
6      Is there any written communications, emails,
7  or other writings expressing your opinions in this
8  litigation to your professional colleagues?
9      A. No, I do not believe so.
10      Q. Have you had any discussions, since your
11  Ingham deposition, with any healthcare professionals
12  who treat ovarian cancer patients about your
13  litigation opinions?
14      A. No, I have not.
15      Q. Have you prepared any letters to the editor
16  about any of the publications that you cite in your
17  MDL report?
18      A. No, I have not.
19      Q. Okay. I am going to hand you a copy of the
20  deposition notice for this case. I'm going to mark
21  that as Exhibit No. 4.
22      (Exhibit No. 4 was marked for identification.)
23      MR. JAMES: Michelle, do you need a
24  copy?
25      MS. PARFITT: I believe I might have

Page 33

1  given you mine. If you would be so kind, I appreciate
2  that.
3      MR. JAMES: Dr. Moorman.
4      THE WITNESS: Thank you.
5  BY MR. JAMES:
6      Q. Okay. Dr. Moorman, have you seen the
7  deposition notice that I just handed you before?
8      A. Yes, I have.
9      Q. Okay. And you understand from your prior
10  deposition, that this is a document that formally
11  notices the time and place and why we're here; right?
12      A. Yes.
13      Q. And if you turn to page 3 of the notice, you
14  see that there is a section for definitions, and then
15  it follows with a list of document requests; correct?
16      A. Yes.
17      Q. Okay. And your counsel this morning has
18  produced to me a copy of your invoices, a copy of your
19  updated CV, an additional-materials-considered list,
20  and has also indicated that the references to your MDL
21  report are going to be available to us on a thumb
22  drive.
23      Other than those materials that I just
24  described, are there any other materials that you've
25  brought with you today that respond to this deposition

9 (Pages 30 to 33)

Patricia G. Moorman, M.S.P.H., Ph.D.

---

Page 34

1  notice?
2      A.  No, there are no other documents.
3          MR. JAMES:  Michelle, is there anything
4  else that you brought with you that is responsive to
5  the deposition notice?
6          MS. PARFITT:  You know, the only thing
7  that might -- I believe you asked this, Mr. James --
8  any notes that she might have taken.
9          MR. JAMES:  Yes, I was going to ask
10 that.
11         MS. PARFITT:  So why don't we just wait
12 for that.  I do have something for that.
13         MR. JAMES:  Okay.  Fair enough.
14 BY MR. JAMES:
15     Q.  Dr. Moorman, did you provide to your counsel
16 any working copies of materials that you've reviewed
17 for purposes of preparing your report or preparing for
18 today's deposition?
19     A.  Can you tell me what you mean by "working
20 copies"?
21     Q.  Sure.  Have you made any notes on any of the
22 materials that you reviewed for purposes of your work
23 on the MDL?
24     A.  Yes.  In this notebook here, there are
25 articles.  Most of them are the epidemiologic studies.

---

Page 35

1  And on some of them, I have notes that basically help
2  me kind of categorize and -- categorize the articles
3  and some of the main things that they looked at.  You
4  know, did they address dose-response?  Did they look
5  at histology?  Those types of things.  It was just to
6  kind of help me sort them out.
7      Q.  And you brought that binder with you here
8  today; correct?
9      A.  Correct.
10         MR. JAMES:  Michelle, I'm going to mark
11 that as Exhibit No. 5.
12         MS. PARFITT:  You can.  What I would
13 ask, last evening we didn't have the ability to get
14 everything copied.  So what we will do is, we can mark
15 that, and we'll make some arrangements to get that
16 copied so we can get the originals back to
17 Dr. Moorman.
18         MR. JAMES:  Sure.  That's fine.
19         So I'm going to mark this binder
20 Exhibit No. 5.
21     (Exhibit No. 5 was marked for identification.)
22 BY MR. JAMES:
23     Q.  Dr. Moorman, other than what you've provided
24 to me in Exhibit No. 5, are there any other notes or
25 working copies of materials considered that you have

---

Page 36

1  in your possession that are not contained in this
2  binder?
3      A.  No.  It's there and the report.  That's it.
4          MS. PARFITT:  Mr. James, if we could,
5  do you mind, could she have that back?  In the event
6  you start to ask her questions about it, she may want
7  hers instead, and then we'll make sure you get it.
8          Thank you.
9  BY MR. JAMES:
10     Q.  And before we commenced this morning, your
11 counsel, Ms. Parfitt, handed me a copy of the
12 objections that they have lodged -- that the
13 Plaintiffs have lodged to the deposition.
14         MR. JAMES:  Ms. Parfitt, do you want to
15 mention that on the record?
16         MS. PARFITT:  Yes.  If we could kindly
17 have marked as Exhibit No. -- I believe it's 6 now.
18 This is the Plaintiffs Steering Committee's Response
19 and Objections to the Oral and Video Deposition of
20 Dr. Patricia Moorman.
21         Thank you.
22     (Exhibit No. 6 was marked for identification.)
23 BY MR. JAMES:
24     Q.  Dr. Moorman, I'm just going to hand you a
25 copy of this because it looks like you're keeping a

---

Page 37

1  pile over there for us of all the exhibits.  Okay?
2  I'm not going to ask any questions about it.
3      A.  Okay.
4      Q.  Okay.  Dr. Moorman, in anticipation -- or in
5  preparation for your work on the MDL, or in
6  conjunction with your work on the MDL, you also
7  authored an expert report; correct?
8      A.  That is correct.
9      Q.  I'm going to mark a copy of that as
10 Exhibit No. 7.  And we'll be talking about this
11 throughout the day today.  Okay?
12     A.  Okay.
13     (Exhibit No. 7 was marked for identification.)
14     Q.  Okay.  I'm handing you Exhibit 7.  Is that a
15 copy of your report that you've authored in the MDL?
16     A.  Yes, it is.
17     Q.  Do you agree that the report defines the
18 scope of the opinions that you intend to offer in the
19 MDL?
20     A.  Yes.
21         MS. PARFITT:  If I may, Scott, may
22 I just see a copy of that report?
23         MR. JAMES:  I have extra copies as
24 well, Michelle.  If you need anything, just let me
25 know.

10 (Pages 34 to 37)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 38

1     MS. PARFITT:  Thank you.  That would be
2  great.
3     MR. FARIES:  I'll be the runner on this
4  one.
5     MR. JAMES:  Thank you.
6  BY MR. JAMES:
7     Q.  Did you review your report prior to -- in
8  preparation -- let me start that over.
9        Did you review your report in preparation
10  for today's deposition?
11     A.  Yes, I did.
12     Q.  Are there any changes that you want to make
13  to the report today?
14     A.  No, there are not.
15     Q.  Did you write the report?
16     A.  Yes, I did.
17     Q.  Okay.  Are all parts of the report in your
18  wording?
19     A.  Yes.
20     Q.  Okay.  If you can turn with me, Dr. Moorman,
21  to page 41.  And you see here that there is a list of
22  references; correct?
23     A.  Yes.
24     Q.  Okay.  And if you also turn to page 50, do
25  you see that there's a separate list that begins on

Page 39

1  page 50, halfway down, that's titled "Additional
2  materials and data considered"?
3     A.  I'm sorry --
4     Q.  On page 50.
5     A.  -- let me get to the right page.
6        Yes.
7     Q.  Can you explain to me the difference between
8  the reference list and the additional materials and
9  data considered list?
10     A.  Okay.  The reference list are the references
11  to support the opinions and the statements in the
12  report that I wrote.  There are some other materials
13  that I was provided, might have read, but they just
14  did not meet the level of actually needing to be
15  referenced in the report to support a certain
16  statement.
17        Some of these I might have read in more
18  detail than others, but I feel like the reference list
19  are the ones that actually supported the statements
20  that I made in my report.
21     Q.  As described by you just now, are there items
22  on the additional materials and data considered list
23  that you have not reviewed at all?
24     A.  There are -- along the way, there seem to be
25  some -- like, for example, item 62, comparing a

Page 40

1  transcript for Curtis Omiencinski, I do not recall
2  reviewing that at all.  It might have been provided to
3  me, but I don't recall reviewing it.
4     Q.  Is there any way sitting here today that we
5  can efficiently identify which items on the additional
6  materials list that you have reviewed and which you
7  haven't?
8     A.  I don't know what you mean by "efficiently."
9  You know, it's kind of hard to recall exactly.  You
10  know, there are lots of articles here.  That might
11  have been provided to me.  I don't know how I could go
12  through it in just a few minutes to say did I look at
13  it or not.  It would just take some time.
14     Q.  Did Plaintiffs' counsel provide you all the
15  items on this list, the additional materials list?
16     A.  No, I don't believe so.  I mean, some of the
17  articles I've had -- like, again, some of them just
18  kind of jump out at me, like the reference 31,
19  Fathalla, "Incessant ovulation and ovarian cancer, a
20  hypothesis," that is an article that I have probably
21  referred to dozens of times.
22     Q.  So the additional materials list contains a
23  mixture of items that you had on your own and items
24  that were provided to you; is that fair?
25     A.  That is correct.

Page 41

1     Q.  Now, do you intend to rely on any materials
2  for your opinions in this case that are not identified
3  in the reference list or the additional materials
4  list?
5     MS. PARFITT:  Objection.  Form.
6     THE WITNESS:  I mean, I am relying on
7  the expertise that I developed over more than 25 years
8  as an epidemiologist.  And so there may be
9  publications, knowledge that I have that is not
10  specifically listed here.  But, in general, I think
11  that is a fairly comprehensive list.  I don't know
12  that I could say that it is completely exhaustive.
13  BY MR. JAMES:
14     Q.  All right.  I'm going to mark now as
15  Exhibit No. 8 a copy of a list entitled "Additional
16  Materials to Dr. Patricia Moorman."
17     (Exhibit No. 8 was marked for identification.)
18  BY MR. JAMES:
19     Q.  Have you seen a copy of Exhibit 8 before,
20  Dr. Moorman?
21     A.  I don't think that I have seen this
22  particular list.
23     MS. PARFITT:  And for the record, this
24  list was compiled by Plaintiffs' counsel, Mr. James,
25  and I'm not sure whether or not my office -- the

11 (Pages 38 to 41)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 42

1  materials were sent, but I'm not sure whether the list
2  was sent to Dr. Moorman.
3          MR. JAMES:  Okay.
4  BY MR. JAMES:
5      Q.  Looking at this list, Dr. Moorman, this list
6  was furnished to us this week.
7          Do you understand that?
8          MS. PARFITT:  Objection.
9          THE WITNESS:  I -- if you say so.
10 BY MR. JAMES:
11     Q.  Fair enough.  This list -- does this list
12 include items that you were provided after you
13 authored your MDL report?
14     A.  Yes.
15     Q.  This list of materials did not form the
16 opinions that you included in your MDL report;
17 correct?
18         MS. PARFITT:  Objection.  Form.
19         THE WITNESS:  I did not have access,
20 you know, to these expert reports and all before
21 I wrote my report, no.  So they did not inform my
22 report.
23 BY MR. JAMES:
24     Q.  Have you reviewed the materials on this list
25 as Exhibit No. 8 in their entirety?

Page 43

1      A.  No, not in their entirety.
2      Q.  Have you reviewed some and not reviewed
3  others?  Is that fair?
4      A.  I have -- yes, I have reviewed some of them.
5  I have not reviewed all of them.
6      Q.  Okay.  Is there any way for us to, again,
7  efficiently determine today which of these you've
8  reviewed and which ones you haven't?
9      A.  I -- again, I could go through them and, to
10 the best of my knowledge, tell you which ones
11 I reviewed.  Again, some of them I reviewed in more
12 detail, read more completely; others I looked at
13 more -- in a more cursory way.
14     Q.  Did your review of any of these additional
15 materials change the opinions that you've included in
16 your MDL report?
17     A.  No, they did not change my opinion.
18     Q.  Did you review all of these expert reports
19 listed?
20     A.  I did not review all of them.  I reviewed
21 some of them.
22     Q.  Okay.  And these are the Plaintiffs' expert
23 reports that are listed on this list; correct?
24     A.  That is my understanding.
25     Q.  Okay.  Which of the Plaintiffs' expert

Page 44

1  reports have you reviewed?
2      A.  Again, I have reviewed them in different
3  levels of detail and completeness.  But I have looked
4  at the report of Anne McTiernan, April
5  Zambelli-Weiner, Daniel Clarke-Pearson, David Kessler,
6  Jack Siemiatycki, Michael Crowley, Rebecca
7  Smith-Bindman, and Sonal Singh, you know, to some
8  extent.
9          And I might have looked at some of the
10 others, but those were the ones that I specifically
11 recall looking at to some extent.
12     Q.  Did you ask for Plaintiffs' counsel to
13 furnish you the expert reports in the litigation?
14     A.  I did not.  They provided them to me without
15 asking.
16     Q.  Why did you review the reports of the other
17 experts?
18     A.  Intellectual curiosity is the main thing.
19 I'm always interested to learn other people's
20 perspectives.  And also to see if there was any
21 additional evidence that I might consider.
22     Q.  And after reviewing those reports, did you
23 find any additional evidence that you might consider
24 that you didn't list in your MDL report?
25     A.  I really didn't.  I thought that there was a

Page 45

1  remarkable level of consistency in the opinions,
2  particularly among the people who were reviewing the
3  epidemiologic literature.
4      Q.  Dr. Moorman, I am going to now hand you a
5  copy of the reliance materials -- which is the title
6  of the list -- that you cited in the Ingham case.
7  Okay?  I'm going to mark that as Exhibit No. 9.
8      (Exhibit No. 9 was marked for identification.)
9  BY MR. JAMES:
10     Q.  Does that list look familiar to you?
11     A.  Yes.
12     Q.  And you see on the front of that list, it
13 says it was produced on March 5th, 2018; correct?
14     A.  That is correct.
15     Q.  And did you prepare this list?
16     A.  I did not personally prepare it, no.
17     Q.  Do you know that the reliance list that you
18 produced in Ingham and the reliance list that you have
19 attached as a reference list and a materials
20 considered list to your MDL report are substantially
21 different?
22     A.  I would --
23         MS. PARFITT:  Objection.  Form.
24         THE WITNESS:  I would not be surprised
25 to say that there are some different references cited,

12 (Pages 42 to 45)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 46

1  yes.
2  BY MR. JAMES:
3      Q.  Do you understand that there's a large number
4  of additional references that you have now cited in
5  your MDL report?
6      A.  I -- the reference list is longer, yes.
7      Q.  Do you have any idea by how much?
8      MS. PARFITT:  Objection.  Form.
9      THE WITNESS:  No, I do not.
10  BY MR. JAMES:
11      Q.  Would it surprise you to find out that there
12  are 94 new items listed in your MDL report that were
13  not listed in your March 2018 report?
14      MS. PARFITT:  Objection.  Form.
15      THE WITNESS:  I -- you know, as you go
16  along, I think that it is not unusual to include more
17  references.  I didn't know the exact number of new
18  items.
19  BY MR. JAMES:
20      Q.  Again, did you prepare the lists that are
21  attached to your MDL report?
22      A.  The -- the list of references, I prepared
23  that.  The list of additional items, I think that was
24  a combination of some of what I had prepared and
25  I think what counsel had provided to me.

Page 47

1      Q.  When you provided your opinion in March of
2  2018 in the Ingham case, did you do so based on a
3  comprehensive review of the literature?
4      A.  I think that -- yes, I believe that it was a
5  comprehensive review, particularly of the
6  epidemiologic data.
7      Q.  Why did you expand your list of references
8  and materials considered for the MDL?
9      A.  I think just as you acquire, you know, become
10  aware of more references, maybe if there were any new
11  publications, or just as I expanded the knowledge,
12  I think that it would be appropriate to include more
13  references.
14      Q.  Do you know that a number -- a large number
15  of the new references and materials considered were
16  available in the public domain or in the -- in this
17  litigation at the time that you gave your March 2018
18  deposition?
19      MS. PARFITT:  Objection.  Form.
20      THE WITNESS:  It would not surprise me
21  to say that -- to see that some of them were there.
22  BY MR. JAMES:
23      Q.  So, to be clear, the additional materials
24  that you have added between March 2018 and your MDL
25  report, those materials are not simply materials that

Page 48

1  have become part of the public domain since that time.
2      Do you understand that?
3      MS. PARFITT:  Objection.  Form.
4      THE WITNESS:  I understand that some of
5  them had been published before my deposition in March
6  2018.
7  BY MR. JAMES:
8      Q.  Are there specific topics of the new
9  materials that you added between your Ingham
10  deposition and your MDL report?
11      A.  I'm trying to think what they might be.  I --
12  some -- I think that some of the work, for example, by
13  Fletcher and Saed describing some of their work
14  related to possible biological mechanisms by which
15  talc exposure could lead to ovarian cancer -- I think
16  that was some work that I, perhaps, had not been aware
17  of previously.  And so that's one thought that comes
18  to mind.
19      Q.  All of the items that you added from March
20  2018 Ingham list to your MDL list, were all of those
21  items provided to you by Plaintiffs' counsel?
22      MS. PARFITT:  Objection.  Asked and
23  answered.
24      THE WITNESS:  I don't -- I don't think
25  so.

Page 49

1  BY MR. JAMES:
2      Q.  Would you say the majority of the items that
3  you've added from March 2018 to your MDL report were
4  provided to you by Plaintiffs' counsel?
5      MS. PARFITT:  Objection.  Form.
6      THE WITNESS:  I don't know what
7  quantity, what fraction was provided by counsel and
8  which I identified.
9      MR. JAMES:  Okay.  I'm going to mark as
10  Exhibit No. 10 a copy of your references and materials
11  considered list for the MDL report.
12      (Exhibit No. 10 was marked for identification.)
13  BY MR. JAMES:
14      Q.  Okay.  Dr. Moorman --
15      MS. PARFITT:  Just one correction,
16  Mr. James.  I think Exhibit 10 is just identified as
17  "references."  I believe you characterized it as
18  "references and material considered."
19      MR. JAMES:  Yeah.  I think if you keep
20  flipping, Michelle -- or Ms. Parfitt -- it contains
21  both.
22      MS. PARFITT:  Fair enough.
23  BY MR. JAMES:
24      Q.  Okay.  And you see, Dr. Moorman, if you've
25  had a chance to flip through it while counsel have

13 (Pages 46 to 49)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 50

1  been talking, you see that this Exhibit 10 includes
2  some highlighting; right?
3       A. Yes.
4       Q. The highlighting, I'll state for the record,
5  represents our effort to capture the items that have
6  been added between Ingham and your MDL report.
7           Do you see that highlighting?
8       A. Mm-hmm.
9       Q. Again, I think we discussed this earlier, but
10  does it surprise you to find out that there are 94 new
11  items on the two MDL lists?
12          MS. PARFITT: Objection. Asked and
13  answered.
14          THE WITNESS: Again, I believe that
15  I answered that question previously.
16  BY MR. JAMES:
17       Q. 13 of the 20 references that are new were
18  available to you as of March 2018. Did you know that?
19          MS. PARFITT: Objection. Asked and
20  answered.
21          THE WITNESS: Again, I answered the
22  question when you asked it previously.
23  BY MR. JAMES:
24       Q. I don't think that we've talked specifically
25  about the references, but the references -- the

Page 51

1  references that you've cited to your MDL report, those
2  are materials that you say form the opinions issued in
3  your MDL report; correct?
4       A. Yes.
5       Q. And you added 20 new references from your
6  Ingham list to your MDL report. Do you know that?
7       A. I know that there are new references, yes.
8       Q. And did you know that 13 of the 20 new
9  references -- again, the references are the list of
10  materials that formed your MDL report -- those were
11  available before March 2018? Did you know that?
12       A. I am aware that some of them were available.
13          Would like to make the point that many of
14  the points that I make in my report can be supported
15  by many, many references. And so the fact that
16  I added new references, that's really not too
17  surprising. It's -- again, if I felt like wanted to
18  emphasize a point more strongly, including additional
19  references, I don't think that would be surprising to
20  add additional references.
21       Q. Did you change your standards or search terms
22  that you used in the Ingham literature review for the
23  MDL review?
24          MS. PARFITT: Objection to form.
25          THE WITNESS: When we talk about

Page 52

1  "search terms" or the primary search that was done, it
2  was very simple. It was "talc" or "talcum powder" and
3  "ovarian cancer." But many times, the initial search
4  will not generate all of the articles that you would
5  need to describe the science. There may be additional
6  articles, either things that I was aware of or
7  different searches that might be done.
8           But the overall search term to find the
9  literature on talc and ovarian cancer, I did not
10  change that.
11           Would it be a good time to take a break?
12  We've been going for over an hour.
13          MR. JAMES: For sure.
14          MS. PARFITT: Certainly.
15          THE VIDEOGRAPHER: Going off record at
16  10:05 a.m.
17          (Recess taken from 10:05 a.m. to 10:18 a.m.)
18          THE VIDEOGRAPHER: Back on record at
19  10:18 a.m.
20  BY MR. JAMES:
21       Q. Dr. Moorman, are you ready to proceed?
22       A. I am.
23       Q. Great. Dr. Moorman, do you consider yourself
24  to be an expert in animal studies and talc?
25       A. No, I do not.

Page 53

1       Q. Do you consider yourself to be an expert in
2  cell studies and talc?
3       A. No, I do not.
4       Q. Okay. Do you consider yourself to be an
5  expert in cytotoxicity studies and talc?
6       A. No, I do not.
7       Q. Do you consider yourself to be an expert in
8  mutagenicity studies and talc?
9       A. No, I do not.
10       Q. Do you consider yourself to be an expert in
11  genotoxicity studies and talc?
12       A. No, I do not.
13       Q. Do you consider yourself to be an expert in
14  mineral testing methods?
15       A. No, I do not.
16       Q. Okay. Do you consider yourself an expert in
17  mineral characterization?
18       A. No, I do not.
19       Q. Do you consider yourself to be an expert in
20  cancer biology?
21       A. I am not a cancer biologist; however, I
22  consider cancer biology frequently in my work.
23       Q. Do you consider yourself to be an expert in
24  geology?
25       A. No, I do not.

14 (Pages 50 to 53)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 54

1    Q. And do you consider yourself to be an expert
2  in mining?
3    A. No, I do not.
4    Q. Do you have expertise in pathology?
5    A. I -- once again, I am not a pathologist.
6  Sometimes rely on pathology and have collaborated with
7  pathologists, but I am not an expert pathologist.
8    Q. And would you agree do that not have
9  expertise in pathology?
10    MS. PARFITT: Objection. Asked and
11  answered.
12    THE WITNESS: You asked that I -- I do
13  not have expertise in pathology. I stated that I am
14  not a pathologist, but I do know some pathology from
15  my work in ovarian cancer and other cancers over the
16  years. So to say that I have no expertise isn't --
17  I don't think that is correct. But we both -- I
18  acknowledge that I am not a trained pathologist.
19  BY MR. JAMES:
20    Q. Do you recall being asked in Ingham if you
21  considered yourself to have expertise in pathology?
22    A. I don't recall that question, specifically.
23    Q. I'm going to hand you a copy of the
24  transcript from Ingham that I brought with me, and I'm
25  going to refer you --

Page 55

1    MR. JAMES: And, Ms. Parfitt, I have
2  two copies, unfortunately, not three. And this will
3  be just a couple questions, Ms. Parfitt. So if you
4  bear with me --
5    MS. PARFITT: You can just direct me to
6  the page.
7    MR. JAMES: Sure. Looking at page 280.
8    MS. PARFITT: Just bear with us both --
9  me. All right.
10    MR. JAMES: I'm looking at lines 12
11  through 14.
12    MS. PARFITT: Thank you.
13  BY MR. JAMES:
14    Q. Do you see the question, Dr. Moorman, where
15  you were asked if you have expertise in pathology?
16    Do you see that question?
17    A. I do.
18    Q. Okay. And you answered that you do not;
19  correct?
20    MS. PARFITT: Objection.
21    THE WITNESS: Yes, that is how
22  I answered. I think that the more qualified answer
23  that I gave today is probably a more accurate
24  representation.
25

Page 56

1  BY MR. JAMES:
2    Q. Have you done anything between your March
3  deposition and today in regards to obtaining expertise
4  in pathology?
5    A. No, I have not.
6    Q. Dr. Moorman, that's all I have on the
7  transcript for right now.
8    Dr. Moorman, do you agree that, prior to
9  offering expert opinion on a particular topic, an
10  expert should be conducted to -- expected to conduct a
11  comprehensive review of the medical and scientific
12  literature on that topic?
13    A. I'm sorry, I'm reading the question.
14    I -- I think that it is important to be
15  comprehensive. I think it's also important to
16  recognize that there are expertise in different areas.
17  And so we recognize that my expertise is in
18  epidemiology, and I have supplemented that with
19  other -- information from other areas as well.
20    Q. And with respect to the epidemiology on talc
21  and ovarian cancer, do you believe you conducted a
22  comprehensive review of that body of literature?
23    A. I believe that I have.
24    Q. Do you believe you conducted a comprehensive
25  review of the literature and scientific evidence on

Page 57

1  mechanism?
2    A. I considered the scientific mechanisms and,
3  again, recognizing what my expertise is. As I have
4  indicated earlier, I am not a cancer biologist. I'm
5  not a laboratory scientist. I consider some of that
6  data, but I recognize that I am not -- you know, that
7  is not my major area of expertise.
8    Q. And I do understand from your MDL report that
9  you considered biology; correct?
10    A. I did consider biology.
11    Q. And so my precise question is whether you
12  conducted a comprehensive review on the issue of
13  mechanism.
14    MS. PARFITT: Objection. Asked and
15  answered.
16    THE WITNESS: I considered it, and,
17  again, I think that there is information out there
18  that a cancer biologist would have the expertise to
19  review it in more detail because of their training,
20  which is different than the training and expertise
21  that I have.
22    MR. JAMES: I object to the
23  nonresponsive portion of the answer.
24  BY MR. JAMES:
25    Q. Dr. Moorman, did you conduct a comprehensive

15 (Pages 54 to 57)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 58

1  review of all of the literature on animal studies and
2  talc?
3          MS. PARFITT:  Objection.  Form.
4          THE WITNESS:  I don't believe that -- I
5  cannot say that I considered -- identified or
6  considered every animal study.
7          MR. JAMES:  Object to the nonresponsive
8  answer.
9  BY MR. JAMES:
10     Q.  Did you conduct a comprehensive review of the
11  literature on animal studies and talc?
12         MS. PARFITT:  Asked and answered.
13  Objection.
14         THE WITNESS:  I -- I believe that
15  I answered your question.  I said that I don't think
16  that I identified or considered every animal study
17  related to talc and ovarian cancer.
18  BY MR. JAMES:
19     Q.  Did you conduct a comprehensive review of
20  cell studies and talc?
21     A.  Once again, I considered some of that
22  literature.  Whether it was comprehensive or not, I --
23  I don't think that I have the expertise to say that
24  I considered all of the cell studies and talc.
25     Q.  Did you conduct a comprehensive review on the

Page 59

1  issue of migration in this case?
2     A.  I believe -- again, I considered every study
3  that I was aware of on migration of talc.  It's a
4  little bit outside my area of expertise, so I am not
5  sure that I identified every single study in that
6  regard.
7     Q.  And with the methods that you applied in this
8  case, was it your intention to capture every study
9  pertaining to the issue of migration?
10         MS. PARFITT:  Objection.  Form.
11         THE WITNESS:  I tried -- you know, my
12  intent was to read the articles that I was aware of,
13  that were brought to my attention.  Because it is a
14  little bit outside my area of expertise, I cannot say
15  with 100 percent certainty that I identified every
16  single study related to migration.
17  BY MR. JAMES:
18     Q.  But you testified that your intent was to
19  read the articles that you are aware of or that were
20  brought to your attention.
21         When you say brought to your attention, was
22  that by Plaintiffs' counsel?
23     A.  It's some -- some of them could have been
24  brought to my attention in that way.  Some of them
25  could have been -- like, an article that I read might

Page 60

1  have referred to another article.
2     Q.  Did you conduct a comprehensive review of the
3  genotoxicity studies that are relevant to talc and
4  ovarian cancer?
5     A.  My answer to this question is similar to the
6  answers that I have given there.
7          I have read some of the mechanistic studies.
8  I would not say that I necessarily identified every
9  relevant genotoxicity study.
10     Q.  And I'm not asking you, Dr. Moorman, if you
11  did find 100 percent of the studies.  I'm asking you
12  if part of your review in this case began with the
13  intention to capture that body of literature.
14         MS. PARFITT:  Objection.  Asked and
15  answered several times.
16         THE WITNESS:  My intent was, as an
17  epidemiologist, was to be very comprehensive in my
18  area of expertise.  There were certainly some other
19  related areas where I reviewed the literature, but
20  there are experts that will speak to that more
21  directly because of their expertise.
22  BY MR. JAMES:
23     Q.  Okay.  So will you agree with me today that
24  you have not conducted a comprehensive review of the
25  cell studies and talc?

Page 61

1          MS. PARFITT:  Objection.  Misstates her
2  testimony.
3          You may answer, Dr. Moorman.
4          THE WITNESS:  I -- I think that --
5  I think that it is fair to say that I have probably
6  not reviewed every cell study and talc.
7  BY MR. JAMES:
8     Q.  Okay.  Dr. Moorman, I'm going to refer you
9  back to the Ingham transcript, please, that's in front
10  of you.
11         MS. PARFITT:  Are we marking this,
12  Scott?
13         MR. JAMES:  We can.  Sure.
14         Dr. Moorman, when we finish this, I'll take
15  that back from you and mark it as Exhibit No. 11.
16  Okay?
17     (Exhibit No. 11 was marked for identification.)
18  BY MR. JAMES:
19     Q.  Dr. Moorman, if you look at page 35 of your
20  transcript, please.  And if you look at lines -- it's
21  lines 11 through 17.  It's a question and answer.  If
22  you could review that for me.
23     A.  Okay.
24     Q.  And do you see that on line 16, you answered
25  in Ingham:

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 62

1          "I have not done a comprehensive
2          review of those studies."
3          And there, you're referring to cell studies;
4    correct?
5          A. Yes, that is what it says here.
6          Q. Is that a truthful answer?
7          A. I think --
8               MS. PARFITT: Objection. Form.
9          Go ahead.
10              THE WITNESS: I think that we -- you
11   know, as you have asked me the questions and I have
12   responded to them, that it's -- I have looked at some
13   of these studies. I would not have looked at all of
14   them.
15   BY MR. JAMES:
16        Q. As an epidemiologist, do you understand the
17   significance of the term "comprehensive review"?
18        A. Yes, I understand the term.
19        Q. Okay. And you understand that you have
20   testified that you conducted a comprehensive review of
21   the epidemiology literature for talc and ovarian
22   cancer; correct?
23              MS. PARFITT: Asked and answered.
24              THE WITNESS: Yes.
25

Page 63

1    BY MR. JAMES:
2         Q. And so I'm asking if you have applied the
3    same comprehensive review to these other areas,
4    including cell studies, animal studies, and mechanism
5    studies.
6               MS. PARFITT: Objection. Form. Asked
7    and answered.
8    BY MR. JAMES:
9         Q. Have you conducted the same comprehensive
10   review on that body of literature that you've
11   conducted on the epidemiology?
12              MS. PARFITT: Objection.
13              THE WITNESS: Once again, I have
14   answered the question. This is not my primary area of
15   expertise. And so I have not done the review to the
16   depth and the -- as comprehensive as I have done in my
17   area of expertise, which is epidemiology.
18   BY MR. JAMES:
19        Q. Have you done a comprehensive review of the
20   epidemiology on the relationship between asbestos and
21   ovarian cancer?
22        A. I believe that I have looked at a pretty
23   comprehensive -- I've had a pretty comprehensive look
24   at the asbestos and ovarian cancer. I believe that
25   I have looked at the talcum -- talc and ovarian cancer

Page 64

1    literature in greater detail.
2         Q. Have you undertaken a comprehensive review of
3    literature pertaining to the allegation that asbestos
4    may contaminate talcum powder products?
5               MS. PARFITT: Objection. Form.
6               THE WITNESS: A comprehensive review of
7    the literature pertaining to the allegation that
8    asbestos may contaminate talcum powder?
9          I have read quite a few articles and
10   documents addressing that. Whether or not I have read
11   every document addressing that, I'm not absolutely
12   sure.
13   BY MR. JAMES:
14        Q. Okay. Dr. Moorman, you're answering a
15   question that I didn't ask. And so I object to the
16   nonresponsiveness again.
17              Did you conduct a comprehensive review of
18   the body of literature assessing whether asbestos
19   contaminates talcum powder products?
20        A. I believe that I have answered your question.
21   It's --
22        Q. Could you please answer it again.
23        A. I have read many articles on it. I do not
24   know that I have read every article related to that
25   topic, again. So...

Page 65

1         Q. You understand that if you were going to
2    publish an opinion in peer-reviewed literature about
3    the allegation that asbestos contaminates talcum
4    powder products, you would be expected to conduct a
5    comprehensive review of that literature; correct?
6               MS. PARFITT: Objection. Form.
7               THE WITNESS: If I were to publish an
8    opinion in a peer-reviewed literature, you would want
9    to have a comprehensive review of the literature, yes.
10   BY MR. JAMES:
11        Q. And have you conducted a comprehensive review
12   of the literature on that topic, such that you would
13   feel comfortable providing an opinion for a
14   peer-reviewed journal?
15              MS. PARFITT: Objection. Form.
16   BY MR. JAMES:
17        Q. And the topic being the allegation that
18   asbestos contaminates talcum powder products.
19              MS. PARFITT: Objection. Form.
20              THE WITNESS: I think that I'm maybe
21   having some difficulty answering this question because
22   it would seem like this would be a topic that would be
23   more appropriately addressed by a mineralogist. And
24   I -- actually cannot see myself writing a
25   peer-reviewed article about this because it seems

17 (Pages 62 to 65)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 66

1  somewhat -- it's related to the epidemiology of talc
2  and ovarian cancer, but I would not be writing an
3  article focused solely on that.
4  BY MR. JAMES:
5      Q. You understand that, in your expert report,
6  you have opined with -- that there's "credible
7  evidence" there has been asbestos in talcum power
8  products.
9          Do you recall making that conclusion in your
10 report?
11     A. Yes.
12     Q. So to support that conclusion that you
13 believe there's "credible evidence" in talcum powder
14 products, did you conduct a systematic review of the
15 literature to support that conclusion?
16     A. I did not --
17         MS. PARFITT: I'm going to object to
18 the form of the question. Some words were left out.
19         You may answer.
20         THE WITNESS: In my report, I cited
21 literature that did support that opinion.
22         Did I conduct a systematic review that
23 identified possibly every piece of literature that
24 addressed the topic? No, I did not do that.
25

Page 67

1  BY MR. JAMES:
2      Q. Do you believe that the standards for
3  providing opinions in litigation reports differ from
4  the standards for providing opinions in published
5  literature?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: No. No. I think that
8  one is trying to provide evidence to support one's
9  opinions.
10 BY MR. JAMES:
11     Q. With respect to the issue of asbestos
12 contamination, Dr. Moorman, you said you did review
13 some articles.
14         How did you characterize that?
15     A. I said that I reviewed some -- some articles
16 and some -- some documents. I don't think that
17 I reviewed every article or document that is available
18 on that topic.
19     Q. With respect to documents, are you referring
20 to company documents provided to you by Plaintiffs'
21 counsel?
22     A. That -- that's part of what I reviewed, some
23 of those documents provided by counsel.
24     Q. And looking at those documents provided the
25 basis for your opinion; is that right?

Page 68

1      A. It was part of the basis for my opinion,
2  along with some peer-reviewed literature.
3      Q. Okay. With respect to the company documents,
4  were those documents hand-selected for you by
5  Plaintiffs' counsel?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: They were provided to me
8  by Plaintiffs' counsel.
9  BY MR. JAMES:
10     Q. Okay. When you saw those documents, did you
11 ask if there were additional documents that would
12 address the issue of asbestos contamination?
13     A. I don't know that I asked if there were
14 additional documents. It was my impression that there
15 were probably many other documents related to this
16 that were not provided to me.
17     Q. And as a scientist, wouldn't you be
18 interested in knowing if there are other documents
19 that have been produced in this litigation that rebut
20 the claim that asbestos contaminates talcum powder
21 products?
22         MS. PARFITT: Objection. Form.
23         THE WITNESS: This is an interesting
24 question because the claim had been made that
25 asbestos -- or, rather, that talcum -- talcum powder

Page 69

1  products had been asbestos-free since 1976. And it
2  is -- the documents provided, including the
3  peer-reviewed as well as the other, saying that --
4  provide evidence that that is not an accurate
5  statement.
6          We're not saying that every container of
7  talcum powder contains asbestos, but what I was saying
8  in my report is that there is evidence that some
9  talcum powder products have asbestos in them.
10         MR. DONATH: Move to strike,
11 nonresponsive.
12 BY MR. JAMES:
13     Q. So are you changing your report -- because in
14 the report, you say that there is "credible evidence."
15         Do you recall making that conclusion?
16     A. Yes.
17     Q. As a scientist, you understand that to give
18 something credit, you would necessarily need to
19 consider both sides of the story; correct?
20         MS. PARFITT: Objection. Misstates her
21 testimony. She's...
22         You can answer, Dr. Moorman.
23         THE WITNESS: I'm sorry?
24         MS. PARFITT: I said it misstates what
25 you're trying to suggest to the ladies and gentlemen

18 (Pages 66 to 69)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 70

1  of the jury.
2        But if you can answer that question again,
3  please try and answer Mr. James' question.  And
4  look -- if you need to look at the question, please
5  do.
6        THE WITNESS:  I think that I did -- it
7  says "As a scientist, you understand that to give
8  something credit, you would necessarily need to
9  consider both sides of the story."
10       And I think that I did consider both sides
11 of the story.
12       I think that, as I stated, the evidence does
13 not suggest that every container of talcum powder has
14 detectable asbestos in it.  But my statement that
15 there is credible evidence that some talcum powder
16 products contain asbestos, I think that that statement
17 is absolutely true.  There is some evidence to
18 indicate that some talcum powder -- or asbestos has
19 been identified in some talcum powder products.
20 BY MR. JAMES:
21       Q.  Do you understand what Johnson & Johnson's
22 position is with respect to that claim?
23       A.  I -- I don't know specifically.  Perhaps you
24 could -- could tell me.
25       Q.  You understand that Johnson & Johnson's

Page 71

1  position is that talcum powder products have not been
2  contaminated with asbestos?  Do you know that that's
3  Johnson & Johnson's position?
4        A.  I -- if you are telling me that now, I don't
5  know that I have -- I -- I'm trying to think what
6  I have read.  I think that, yes, I have probably read
7  statements from the company that describes that as
8  their position.
9        Q.  And do you know what Johnson & Johnson bases
10 their position on?
11       A.  Not specifically.
12       Q.  Wouldn't that be pretty important to
13 understand before making an opinion about whether
14 there's credible evidence of asbestos contamination?
15       MS. PARFITT:  Objection.  Form.
16       THE WITNESS:  Again, I think that when
17 one is trying to make a statement that there is no
18 asbestos contained in talc products, if you are
19 finding evidence from multiple sources that there is
20 asbestos contained in some talc products, that
21 supports the statement that I made in report that
22 there is credible evidence that not all talc products
23 are asbestos-free.
24 BY MR. JAMES:
25       Q.  How many hours did you spend reviewing

Page 72

1  company documents and other materials to support your
2  conclusions about asbestos contamination?
3        A.  I -- I wouldn't be able to quantify that.
4  I don't know specifically.
5        Q.  Can you give us an estimate?
6        A.  I think it would be pretty difficult to come
7  up with an estimate.  You know, I read some documents
8  from the company.  I read documents -- some
9  peer-reviewed literature.  I reviewed documents
10 provided by Plaintiffs' counsel.
11       Perhaps -- I don't know.  Perhaps ten -- ten
12 hours or so.
13       Q.  When you said that you reviewed company
14 documents, again, those are the documents provided to
15 you by Plaintiffs' counsel; correct?
16       A.  Yes.
17       MS. PARFITT:  Objection.  Form.
18       THE WITNESS:  Yes, the Plaintiff
19 provided those documents to me.
20 BY MR. JAMES:
21       Q.  And you did not ask Plaintiffs' counsel to
22 provide you additional documents once you saw the
23 first batch of documents; correct?
24       MS. PARFITT:  Objection.  Form.
25       THE WITNESS:  I did not ask, no.

Page 73

1  BY MR. JAMES:
2        Q.  You also looked at litigation reports from
3  Plaintiffs' expert regarding asbestos contamination;
4  correct?
5        A.  Yes, I did.
6        Q.  And you understand those experts are paid
7  litigation experts by the Plaintiffs; correct?
8        MS. PARFITT:  Objection.  Form.
9        THE WITNESS:  Yes, I understand that
10 they are paid by the Plaintiffs.
11 BY MR. JAMES:
12       Q.  One of those experts is Longo; correct?
13       A.  That is correct.
14       MS. PARFITT:  Is that Dr. Longo?
15       MR. JAMES:  Thank you, Michelle.
16 BY MR. JAMES:
17       Q.  Dr. Longo; is that correct?
18       A.  That is correct.
19       Q.  Okay.  So you reviewed Dr. Longo's reports?
20       A.  I looked at them, yes.
21       Q.  Okay.  Do you understand that in this
22 litigation, Johnson & Johnson has presented experts to
23 rebut Dr. Longo's findings?
24       MS. PARFITT:  Objection.  Just let the
25 record reflect that the defense expert reports have

19 (Pages 70 to 73)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 74

1   not yet been provided in this litigation, in the MDL
2   litigation, so it would have been difficult to provide
3   that to Dr. Moorman.
4   BY MR. JAMES:
5       Q.  You can still answer the question.
6       A.  It would not surprise me to know that there
7   were reports provided by -- that was done for the
8   defense, but I have not seen them.
9       Q.  Did you ask to see them?
10          MS. PARFITT:  Objection.  Form.
11          THE WITNESS:  I did not ask to see --
12  no, I did not.
13  BY MR. JAMES:
14      Q.  And counsel just made a note on the record
15  about these litigation reports from the defense not
16  being made available yet in the MDL.
17          Do you understand that the defense has
18  presented experts, for example, in the Ingham case to
19  rebut Dr. Longo's findings?
20      A.  I was not specifically aware of that.  It
21  would not surprise me, however.
22      Q.  You understand Dr. Longo's litigation reports
23  that you reviewed, those are not peer-reviewed.
24          Do you understand that?
25          MS. PARFITT:  Objection.  Form.

Page 75

1           THE WITNESS:  Yes, I know that they are
2   not peer-reviewed.
3   BY MR. JAMES:
4       Q.  With regard to the literature that you've
5   referenced having reviewed pertaining to the
6   allegation that talcum powder products are
7   contaminated with asbestos, what does that literature
8   say about Johnson & Johnson products specifically?
9       A.  I'm trying to recall specifically.  I believe
10  that some of the articles were not specific about the
11  particular brand names that they tested.  I think they
12  just described them as commercially available
13  products.  But I believe that -- I want to say that
14  I recall at least one that described the products as
15  being Johnson & Johnson.
16      Q.  With respect to everything that you reviewed
17  pertaining to your claim in your report of "credible
18  evidence" of contamination of talcum powder products,
19  what did everything you reviewed tell us about the
20  amount of contamination in the products?
21          Do you have any opinions about amount?
22      A.  My opinions are that most of the
23  analyses that detected asbestos fibers in talcum
24  powder products detected low levels, and putting that
25  in the context that asbestos has been characterized as

Page 76

1   there's no safe level of asbestos, that any level of
2   asbestos in a talcum powder product is bad for the
3   health of the people who use it.
4       Q.  Do you intend to offer any opinions about the
5   purported amount of contamination in talcum powder
6   products over the course of history?
7           MS. PARFITT:  Objection.  Form.
8           THE WITNESS:  I am not going to offer
9   an opinion about the quantity of asbestos in talcum
10  powder products.
11  BY MR. JAMES:
12      Q.  Have you, in the course of forming your
13  opinions in this case, ever reviewed the FDA testing
14  of talcum powder products for the presence of
15  asbestos?
16      A.  I recall reviewing a document from FDA, yes.
17      Q.  Okay.  And that document is not discussed in
18  your report, is it?
19      A.  No, I don't think that I specifically
20  reference that.
21      Q.  Why is that?
22      A.  I don't -- I don't know why I didn't
23  reference it.  I read it, but...
24          MR. JAMES:  I'm marking Exhibit No. 11
25  [sic], talc testing information from the FDA, that I'm

Page 77

1   handing you, Dr. Moorman.
2       (Exhibit No. 12 was marked for identification.)
3           MR. JAMES:  I provided an extra copy if
4   you want to hand one to your counsel, please.  Thank
5   you much.
6           MR. FARIES:  This is 12.
7           MS. PARFITT:  11 is the transcript.
8           MR. JAMES:  Got it.  Thank you.  I'll
9   fix the sticker once we finish the question.
10          MS. PARFITT:  No worries.
11  BY MR. JAMES:
12      Q.  Okay.  Dr. Moorman, is this the document that
13  you had seen before?
14      A.  I'm not sure if this is the same one or if
15  I -- no, I -- actually, I think that I did see this.
16      Q.  And if you look over on page 2 of the
17  exhibit -- it's page 2 of 8 -- do you see at the
18  bottom, it says in the section "The results of FDA's
19  survey" -- do you see where I'm reading?
20      A.  Yes.
21      Q.  And the FDA here says (as read):
22          "The survey found no asbestos
23          fibers or structures in any of the
24          samples of cosmetic-grade raw
25          material talc or cosmetic products

20  (Pages 74 to 77)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 78

1    containing talc."
2    Did I read that correctly?
3    A. You did.
4        MS. PARFITT: Are you going to complete
5    this paragraph, or are you going to leave it at that?
6        MR. JAMES: Michelle, you'll have an
7    opportunity to ask your questions.
8        MS. PARFITT: Well, just for
9    completeness. Certainly, if that's how you'd like to
10   handle it, that's fine.
11       MR. JAMES: Okay. That's how it works.
12       MS. PARFITT: Oh, I -- Scott, you don't
13   have to educate me on how it works. I get how you're
14   working, and we'll make it work on our side too.
15   Thank you.
16   BY MR. JAMES:
17       Q. Dr. Moorman, is that conclusion cited
18   anywhere in your report?
19       A. That --
20       MS. PARFITT: Objection to the partial
21   conclusion.
22       Please answer.
23       THE WITNESS: Right. It's -- I did not
24   put it in there. However, I considered as I was, you
25   know, evaluating this literature, what it goes on to

Page 79

1    say (as read):
2        "The results were limited by the
3        fact that only four talc suppliers
4        submitted samples and by the
5        number of products tested."
6    BY MR. JAMES:
7        Q. Okay.
8        A. And so it goes on to say, you know,
9    (as read):
10       "They do not prove that most or
11       all talc or talc-containing
12       cosmetic products currently
13       marketed in the US are likely to
14       be free of asbestos
15       contamination."
16       So...
17       Q. You're offering opinions in the MDL -- let me
18   re-ask this.
19       Are you offering opinions in the MDL that
20   Johnson & Johnson talcum powder products have been
21   contaminated with asbestos at some point in time?
22       A. In my opinion, I am referring to talcum
23   powder products. Okay? I don't believe in my report,
24   I ever specifically say Johnson & Johnson talcum
25   powder products, but I do recognize that a large

Page 80

1    proportion of the talcum powder products in the US are
2    Johnson & Johnson products.
3        Q. Do you know if the FDA test results
4    specifically pertain to Johnson & Johnson products?
5        A. I'm -- I believe that some of the products
6    tested -- I believe that some of them were Johnson &
7    Johnson products, if I'm not mistaken. But I can't
8    say that with certainty.
9        Actually, when I look at the report, I do
10   see that they list Johnson's baby powder.
11       Q. And, Dr. Moorman, you're referring to page 7;
12   correct?
13       A. Yes.
14       Q. Okay. Do you understand that the FDA also
15   tested samples provided to them by the supplier of
16   talc for Johnson & Johnson products? Did you know
17   that?
18       A. I -- I think that I knew that. I believe
19   I did know that.
20       Q. Again, that's not quoted anywhere in your
21   report either, is it?
22       A. No, that is --
23       MS. PARFITT: Object to form.
24       THE WITNESS: -- not.
25

Page 81

1    BY MR. JAMES:
2        Q. Before offering opinions about "credible
3    evidence," don't you think it would be important to
4    mention the findings of the FDA on such an important
5    issue?
6        MS. PARFITT: Objection. Form.
7        THE WITNESS: As I have stated before,
8    my opinion was that there is credible evidence that --
9    from peer-reviewed articles, from some other sources
10   as well, that asbestos has been found in talcum powder
11   products. I believe that that evidence is credible.
12       I did not make the statement that it is in
13   all products, but I think that my statement that there
14   is credible evidence that some talcum powder products
15   contain asbestos I think is accurate.
16   BY MR. JAMES:
17       Q. And is that a conclusion that you would feel
18   comfortable providing in published peer-reviewed
19   literature?
20       MS. PARFITT: Objection. Form.
21       THE WITNESS: To say that there is
22   credible evidence that some talcum powder products
23   contain asbestos, I think that that -- I would feel
24   comfortable saying that based on peer-reviewed
25   literature that has found that.

21 (Pages 78 to 81)

Patricia G. Moorman, M.S.P.H., Ph.D.

---

Page 82

BY MR. JAMES:
1  BY MR. JAMES:
2      Q.  But you never undertook an effort to conduct
3  a comprehensive review of the literature on the topic,
4  did you?
5          MS. PARFITT:  Objection.  Form.  Asked
6  and answered several times.
7          THE WITNESS:  Yes, I feel like I -- you
8  have asked that, and I think that I have answered it.
9  BY MR. JAMES:
10     Q.  What's your answer?
11     A.  My answer is that I have found evidence
12  that -- from peer-reviewed literature, from other
13  documents, that some asbestos has been detected in
14  some talcum powder products.
15     Q.  With regard to the company documents that you
16  reviewed that were provided to you by Plaintiffs'
17  counsel, do you consider yourself an expert in
18  reviewing the information conveyed by those documents?
19         MS. PARFITT:  Objection.  Form.
20         THE WITNESS:  As I have indicated
21  previously, I am not a mineralogist or a geologist,
22  and so I would not consider myself an expert in
23  reviewing those types of documents.
24  BY MR. JAMES:
25     Q.  Do you have any knowledge about the

---

Page 83

1  specifications that are used by Johnson & Johnson in
2  manufacturing its talcum powder products?
3      A.  No, I do not.
4      Q.  Do you have any expertise in the sufficiency
5  of the specifications to detect the presence of
6  asbestos?
7      A.  No, I do not.
8      Q.  Did you know that Johnson & Johnson produces
9  its talcum powder products in accordance with
10  specifications set out by the US Pharmaceipeal
11  Convention?
12         MS. PARFITT:  Objection.  Form.
13         THE WITNESS:  I was not specifically
14  aware of that.  I don't know what their specifications
15  are.
16  BY MR. JAMES:
17     Q.  Did Plaintiffs' counsel provide to you those
18  specifications?
19     A.  Not that I recall.
20     Q.  Did you know that the specifications provide
21  mechanisms to test for the absence of asbestos?
22         MS. PARFITT:  Objection.  Form.
23         THE WITNESS:  I have already stated
24  that I -- I don't know what those specifications are.
25

---

Page 84

1  BY MR. JAMES:
2      Q.  Dr. Moorman, have you seen a 2014 letter from
3  the FDA addressing a request for a warning on talcum
4  powder products?
5      A.  Yes, I have.
6      Q.  Do you know that within that letter, the FDA
7  comments on the issue of alleged asbestos
8  contamination?
9          MS. PARFITT:  Objection.  Form.
10         THE WITNESS:  If I could see the
11  document.  It has been a while since I have actually
12  looked at it.
13  BY MR. JAMES:
14     Q.  Absolutely.
15         MR. JAMES:  And if counsel could remind
16  me, are we now on 13?
17         MS. PARFITT:  We are indeed.
18         MR. JAMES:  Thank you.
19         MS. PARFITT:  You are very welcome.
20  (Exhibit No. 13 was marked for identification.)
21  BY MR. JAMES:
22     Q.  Okay.  Dr. Moorman, I'm handing you a copy of
23  the 2014 FDA letter with an extra copy to pass to your
24  counsel.
25         MS. PARFITT:  Thank you.

---

Page 85

1  BY MR. JAMES:
2      Q.  Dr. Moorman, if you could turn to the second
3  page of the letter.  Is this the letter that you've
4  seen before, Dr. Moorman?
5      A.  Yes, it is.
6      Q.  And do you see that, in the section entitled
7  "Chemistry Findings," there's a discussion there by
8  the FDA pertaining to asbestos; correct?
9      A.  Yes, I see that.
10     Q.  And do you see that at the bottom of the
11  letter, the very last sentence, the FDA says
12  (as read):
13         "You have not provided evidence
14         that asbestos-contaminated
15         talc-containing cosmetic products
16         are currently being marketed,
17         since the data submitted is almost
18         40 years old."
19         Do you see that?
20     A.  I do see that.
21     Q.  Okay.  And you said that you have reviewed
22  this letter in its entirety before?
23     A.  I have read it, yes.
24     Q.  Do you have any reason to quarrel with the
25  scientists at the FDA that have looked at the issue of

---

22 (Pages 82 to 85)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 86

1  asbestos contamination in talcum powder products?
2      MS. PARFITT: Objection. Form.
3      THE WITNESS: I don't know who those
4  scientists are. I don't know any scientists at the
5  FDA who would have done -- would have done this. I --
6  so I can't say that I have a quarrel with them because
7  I don't know them.
8  BY MR. JAMES:
9      Q. Do you have any opinions about the type of
10 asbestos that is alleged to contaminate talcum powder
11 products?
12     A. I am certainly aware that there are different
13 types of asbestos. Again, from a health perspective,
14 there is no safe form of asbestos. So if there are
15 different types, it really doesn't make a lot of
16 difference in terms of the potential health effects.
17     MR. JAMES: Object to the nonresponsive
18 portion.
19 BY MR. JAMES:
20     Q. Do you intend to offer any opinions about the
21 type of asbestos that Plaintiffs contend contaminates
22 talcum powder products?
23     A. No, I am not going to specifically address
24 the types of asbestos in talcum powder products.
25     Q. Do you hold the opinion that asbestos causes

Page 87

1  ovarian cancer?
2      A. Yes.
3      Q. Do you hold the opinion that exposure to
4  asbestos through use of talcum powder products causes
5  ovarian cancer?
6      A. My opinion is based on exposure to talcum
7  powder products and whatever is contained within them.
8  And so if there is asbestos within talcum powder
9  products, which we have some evidence to suggest that
10 that is the case, then that provides a potential
11 biological mechanism by which talcum powder products
12 could cause ovarian cancer.
13     Q. The opinion that you have pertaining to
14 asbestos and ovarian cancer, did you form that opinion
15 in the context of litigation?
16     MS. PARFITT: Objection. Form.
17     THE WITNESS: I'm not sure how -- could
18 you perhaps restate the question?
19 BY MR. JAMES:
20     Q. Absolutely.
21     A. I'm not sure --
22     Q. Absolutely.
23     A. -- what you're asking.
24     Q. Did you form the opinion that -- did you
25 form -- let me start over.

Page 88

1      Did you form your opinions about asbestos
2  and talcum powder that are contained within your MDL
3  report after being retained as an expert?
4      MS. PARFITT: Object to form.
5      THE WITNESS: I -- it is often -- has
6  often been reported in the literature that talcum
7  powder contained asbestos prior to 1976, and that
8  products produced after that did not contain asbestos.
9      And as I became involved in this litigation,
10 I was made aware of and discovered some of the
11 articles that showed that talcum powder products after
12 1976 contained asbestos.
13     And so my opinion was that -- my opinion
14 that asbestos in current or recently marketed talcum
15 powder products could explain -- was part of the
16 biological mechanism by which exposure to talcum
17 powder, that was -- that was formed as I became aware
18 of more of the available information, when I became
19 involved in this litigation.
20 BY MR. JAMES:
21     Q. Setting aside the issue of asbestos in talcum
22 powder, do you believe that asbestos is a cause of
23 ovarian cancer?
24     A. Yes, I do.
25     Q. How many studies have explored the link

Page 89

1  between asbestos and ovarian cancer?
2      MS. PARFITT: Objection. Form.
3      THE WITNESS: In terms of epidemiologic
4  literature, there have been a couple of meta-analyses;
5  and the exact number, I don't have that off the top of
6  my head, but I want to say approximately a dozen
7  studies.
8  BY MR. JAMES:
9      Q. Did you review the entire body of literature
10 looking at a purported link between asbestos and
11 ovarian cancer?
12     MS. PARFITT: Objection. Form.
13     THE WITNESS: I know that I looked at
14 the meta-analyses. I looked at some data from IARC,
15 and I believe that I have looked in some degree at,
16 I think, all of the epidemiologic studies about
17 asbestos and ovarian cancer.
18 BY MR. JAMES:
19     Q. So did you look at all of the studies that
20 are discussed in the IARC monograph?
21     MS. PARFITT: Objection. Form.
22     THE WITNESS: I have -- the IARC
23 monograph, as they typically do, they look at many of
24 the animal studies, some of the laboratory studies.
25 I have not looked at all of them. I have looked at

23 (Pages 86 to 89)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 90

1  the epidemiologic studies, which, again, is my area of
2  expertise.
3  BY MR. JAMES:
4      Q. And we're speaking currently about the IARC
5  monograph on asbestos; correct?
6      A. Correct.
7      Q. On page 34 of your report, if that you have
8  handy, Dr. Moorman -- actually, I think I have the
9  wrong page number. Give me one second.
10         Okay. It's actually page 35. My apologies.
11        And you see -- I'm looking at the first --
12  the top paragraph. And you state in the second
13  sentence -- do you see where I am? It starts with
14  "IARC"?
15     A. Yes.
16     Q. Says (as read):
17         "IARC has stated that a causal
18         association between exposure to
19         asbestos and cancer of the ovary
20         was clearly established based on
21         strongly positive cohort mortality
22         studies of women with occupational
23         exposure to asbestos, as well as
24         studies of women with
25         environmental exposure to

Page 91

1         asbestos."
2      A. Yes.
3      Q. Do you see where I was reading?
4      A. Yes.
5      Q. To be clear, Dr. Moorman, that's not
6  precisely how IARC has stated that, is it?
7         MS. PARFITT: Objection. Form.
8         THE WITNESS: I --
9  BY MR. JAMES:
10     Q. I'm sorry, Doctor.
11        If I may, Dr. Moorman, I'll just provide you
12  a copy. Is that okay?
13     A. Okay.
14     Q. I'm going to mark as Exhibit 14 a copy of
15  the -- what we're referring to as the asbestos
16  monograph that's 100C.
17     (Exhibit No. 14 was marked for identification.)
18        MS. PARFITT: Mr. James, just for the
19  record, that's not the entire 100C monograph, is it?
20        MR. JAMES: Thank you. Thank you. Let
21  me clarify. This is excerpts of -- Exhibit 14 is
22  excerpts of the monograph.
23        MS. PARFITT: Thank you.
24  BY MR. JAMES:
25     Q. Okay. And if we turn to page 254,

Page 92

1  Dr. Moorman.
2      A. Yes.
3      Q. Actually, 256 is where it carries into. And
4  on page 256, there's a section entitled "syntheses."
5         Do you see where I am, Dr. Moorman?
6      A. Yes.
7      Q. Okay. And if you look at the right-hand
8  column, it's the first full paragraph in the middle of
9  the page.
10     A. Yes.
11     Q. And there, the IARC states that (as read):
12         "The working group noted that a
13         causal association between
14         exposure to asbestos and cancer of
15         the ovary was clearly established
16         based on five strongly positive
17         cohort mortality studies of women
18         with heavy occupational exposure
19         to asbestos."
20         Do you see that?
21     A. Yes.
22     Q. Okay. And so the IARC then goes on to say,
23  in the next sentence, that the conclusion (as read):
24         "Received additional support from
25         studies showing that women and

Page 93

1         girls with environmental, but not
2         occupational exposure to asbestos,
3         had positive, but nonsignificant,
4         increases in both ovarian cancer
5         incidence and mortality."
6         Do you see that?
7      A. Yes.
8      Q. And so the IARC's conclusion here with
9  respect to asbestos and ovarian cancer.
10        Again, this conclusion is being made outside
11  the context of talcum powders; correct?
12     A. Right. This is based on asbestos exposure.
13     Q. And the way that IARC has structured this
14  paragraph is that they have said that they've based
15  their conclusion on the occupational studies; correct?
16        MS. PARFITT: Objection. Form.
17        THE WITNESS: Yes.
18  BY MR. JAMES:
19     Q. And then they do note the additional support
20  after that sentence; correct?
21        MS. PARFITT: Objection to form.
22        THE WITNESS: Yes.
23  BY MR. JAMES:
24     Q. Okay. And just to be clear, the IARC here
25  acknowledges that the non-occupational studies report

24 (Pages 90 to 93)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 94

1  nonstatistically significant associations; correct?
2      A.  They note "positive, though nonsignificant
3  increases."
4          Yes, that's what it states.
5      Q.  And if you turn with me to page 280 of the
6  same monograph, Dr. Moorman, with respect to talcum
7  powder, specifically, on the right-hand column of
8  page 280, it's the third full paragraph down, the IARC
9  monograph states (as read):
10         "The association between exposure
11         to talc, potential or retrograde
12         translocation to the ovarian
13         epithelium, and the development of
14         an ovarian cancer is
15         controversial."
16         Do you see where I was reading that?
17     A.  I do see that.
18     Q.  So in the same monograph where they're
19  talking about asbestos and ovarian cancer in general,
20  the IARC calls out the issue of talcum powder as a
21  controversial association; correct?
22         MS. PARFITT:  Objection.  Form.
23         THE WITNESS:  That's what it states,
24  yes.
25

Page 95

1  BY MR. JAMES:
2      Q.  Did you cite that conclusion in your report?
3          MS. PARFITT:  Objection.  Form.
4          THE WITNESS:  I did not specifically
5  cite this, because, you know, again, this was a
6  conclusion made IARC 2010, and additional data has
7  accumulated.  And so I think that we're seeing that if
8  they had -- you know, of course, I have no way of
9  knowing what they would conclude, but I think that, in
10  light of additional evidence that has arisen since the
11  time that this report was written, a different
12  conclusion could have been reached.
13         MR. JAMES:  Okay.  And I object to the
14  nonresponsive portion of that answer.
15  BY MR. JAMES:
16     Q.  And for purposes of the record, Dr. Moorman,
17  the monograph that we're looking at here together was
18  published in 2012; correct?
19     A.  That is correct.
20     Q.  I think that you're probably thinking of the
21  other monograph, which is the 2010 monograph; correct?
22  When you said 2010?
23     A.  Well, I was looking at what was stated in
24  that paragraph.
25     Q.  Fair enough.  Fair enough.

Page 96

1      A.  Yes.
2      Q.  The IARC has not concluded that the presence
3  of asbestos in talc powders renders such powders as
4  carcinogenic, has it?
5          MS. PARFITT:  Objection.  Form.
6          THE WITNESS:  I can't recall if they
7  have made that conclusion or not.
8  BY MR. JAMES:
9      Q.  You understand that when the IARC separately
10  assessed talcum powders in the other monograph that
11  we're talking about, they classified perineal talc use
12  as a 2B do you know that?
13         MS. PARFITT:  And you're referring to
14  the 2010 monograph?
15         MR. JAMES:  Yes, and I think that's
16  what I said, and if I didn't, my apologies.
17         THE WITNESS:  Yes, to be a possible
18  carcinogenic.
19  BY MR. JAMES:
20     Q.  Okay.  And by designating perineal talc use
21  as a 2B, the IARC is not concluding that it is, in
22  fact, a carcinogenic; correct?
23     A.  What they are concluding is that it is a
24  possible carcinogen.
25     Q.  IARC has multiple classifications; correct?

Page 97

1      A.  That is correct.
2      Q.  If they characterize -- if they -- if they
3  characterize something as a carcinogen, they label it
4  as a Group 1; correct?
5      A.  That is correct.
6      Q.  If they characterize something as a probable
7  carcinogen, they label it a 2A; correct?
8      A.  That is correct.
9      Q.  And if they characterize something as a
10  possible, it's a 2B; correct?
11     A.  That is correct.
12     Q.  And the IARC has settled on 2B with talc --
13  and with perineal talc use; correct?
14         MS. PARFITT:  Objection.  Form.
15         THE WITNESS:  Once again, at the time
16  of the report, that's what they decided on.
17  BY MR. JAMES:
18     Q.  The opinions that you're offering in
19  litigation in this MDL report are contrary to those
20  reached by IARC; correct?
21         MS. PARFITT:  Objection.  Form.
22         THE WITNESS:  No.  I don't think that
23  they are contrary.  I think possible carcinogen --
24  they are not saying it is not a carcinogen; they're
25  saying a possible carcinogen.

25  (Pages 94 to 97)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 98

1    And I -- my report, with the additional
2  information that has been published since the time
3  that this report was done, I think that it strengthens
4  the conclusions. And that's why I felt comfortable
5  saying that it is a cause of ovarian cancer.
6  BY MR. JAMES:
7    Q. And so what you're saying is different than
8  what the IARC said in 2010; correct?
9         MS. PARFITT: Objection. Misstates her
10  testimony. Asked and answered.
11        THE WITNESS: I'm saying that there is
12  additional evidence that has arisen, and it
13  strengthens the -- it strengthens the evidence for the
14  association between talc and ovarian cancer.
15  BY MR. JAMES:
16    Q. And in 2010, IARC did not determine that
17  perineal talc use was carcinogenic; correct?
18    A. They said --
19        MS. PARFITT: Objection. Misstates
20  testimony.
21        THE WITNESS: -- it was a possible
22  carcinogen.
23        MR. JAMES: I didn't misstate any
24  testimony. I didn't state anything about her
25  testimony. I asked a question.

Page 99

1         MS. PARFITT: You actually
2  misrepresented her answer in your question. That was
3  my objection. You can go ahead.
4         MR. JAMES: If you'd like to read the
5  realtime, I didn't say anything about what she
6  testified to. I asked a question --
7         MS. PARFITT: You said, "In 2010" --
8         (Over-speaking.)
9         MR. JAMES: But if you want to continue
10  to do that all day --
11        MS. PARFITT: -- "IARC did not
12  determine that peritoneal [sic] talc was carcinogenic;
13  correct?"
14    Just before that, she had said that it was
15  carcinogenic.
16        MR. JAMES: But I wasn't misstating her
17  testimony.
18        MS. PARFITT: Well, when you say that,
19  and she answered the question before that that's not
20  what IARC said, and then you say that is what IARC
21  says, you are misstating her testimony.
22        MR. MIZGALA: It's "perineal," not
23  "peritoneal."
24        MR. JAMES: Let's just move on. If you
25  continue to --

Page 100

1         MR. MIZGALA: There's a big difference.
2         MR. JAMES: Let's just move on.
3         MS. PARFITT: I didn't say
4  "peritoneal." That may be what the court reporter --
5         And, Sophie, the record should reflect that
6  when we are saying -- for the most part, when someone
7  wants to say something, it's "perineal" --
8         MR. JAMES: May we continue?
9         MS. PARFITT: I appreciate it. Thank
10  you.
11    I just want to help the court reporter out,
12  Scott. I'm sure you want a very clear record.
13        And, James, thank you very much for making
14  sure it is clear.
15        So, Sophie, thank you. When we say
16  "perineal," we mean "perineal." Not your fault at
17  all.
18    Thank you.
19        MR. JAMES: Are we good?
20        MS. PARFITT: We are so good.
21  BY MR. JAMES:
22    Q. In 2010, the IARC declared talc -- perineal
23  talc a 2B; correct?
24    A. That is correct.
25    Q. Okay. In 2010, the evidence that was before

Page 101

1  the IARC -- was the evidence at that time sufficient
2  for IARC to have said something more than 2B?
3         MS. PARFITT: Objection. Form.
4         THE WITNESS: I'm not quite sure.
5  BY MR. JAMES:
6    Q. You want me to rephrase?
7    A. Yes, if you wouldn't mind.
8    Q. You alluded to evidence that has -- and if
9  I'm misstating your testimony, Ms. Parfitt, please
10  object, because now I actually am talking about your
11  testimony.
12    A. Okay.
13    Q. But you alluded earlier that evidence has
14  developed since the 2010 monograph; correct?
15    A. Right.
16    Q. And so my question is, in your expert
17  assessment in 2010, when the IARC declared perineal
18  talc use to be a 2B, was the evidence at that snapshot
19  in time sufficient to support something more than 2B,
20  less than 2B, or did the IARC get it right?
21        MS. PARFITT: Objection. Form.
22        THE WITNESS: I -- I think that their
23  statement that it is a possible carcinogen -- I don't
24  know if you can -- you know, possible versus probable,
25  it's -- I don't know that there is any checklist to

26 (Pages 98 to 101)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 102

1  say this level of evidence would lead it to possible
2  versus probable.
3          And so to say whether or not they got it
4  right, I don't know how to answer that question.
5  I think that they certainly are indicating that there
6  was evidence indicating a problem, and now we have
7  more evidence that strengthens the -- I think there's
8  greater evidence that talc can cause ovarian cancer.
9  BY MR. JAMES:
10     Q. If someone had asked you to assess the body
11  of scientific and medical literature in 2010 on the
12  claim that talcum powder products cause ovarian
13  cancer, would you have opined in 2010 that the
14  evidence was sufficient to state that talcum powder
15  products generally cause ovarian cancer?
16         MS. PARFITT: Objection. Form.
17         THE WITNESS: I think that it is
18  impossible to say with certainty what -- at that point
19  in time what would I have opined? I think that, as we
20  are well aware, the body of literature has continued
21  to grow over time. I think that it has only
22  strengthened over time. At what point would I have
23  been able to opine that talc is a cause of ovarian
24  cancer? I can't pinpoint that exactly.
25

Page 103

1  BY MR. JAMES:
2      Q. And when you say in 2010 IARC declared talc a
3  2B, I think the phrasing that you used was that they
4  were saying that there was, quote, a problem.
5          Is that what you said?
6      A. I think that I said something to that effect.
7      Q. Okay. You understand that the IARC's
8  classification system does have a checklist of sorts
9  to determine if something is a 1, a 2A, or a 2B;
10  correct? Or a 3 and so on and so forth.
11     A. I am not familiar with the exact checklist.
12  Yes.
13     Q. Do you understand that, if IARC declares
14  something a 2B, it's concluding that chance, bias, and
15  confounding cannot be ruled out? Did you know that?
16     A. Again, off the top of my head, I cannot
17  recall exactly what are their -- you know, as you put
18  it, what is their checklist.
19     Q. Returning now back to the body of literature
20  on asbestos and ovarian cancer, you have testified
21  that you have reviewed that body of literature;
22  correct?
23     A. Yes.
24     Q. Do you recognize any limitations to that body
25  of literature?

Page 104

1          MS. PARFITT: Objection to form.
2          THE WITNESS: I -- when I look at some
3  of the studies, there are limitations, as there are
4  with -- I would say, with any study of humans and
5  cancer.
6          One of the things that comes to mind as a
7  possible limitation is that, in the occupational
8  studies, the cohorts are relatively small for looking
9  at cancer outcomes. So in many -- maybe the
10  majority -- of them, they had a few hundred people in
11  the cohort; and, when you looked at the expected
12  versus the observed number of cases, we're talking
13  about a handful of cases.
14         So it might be, you know, two or three
15  observed cases versus .6 expected or something like
16  that.
17         So that is a limitation of all of -- as
18  I recall, all of the occupational cohort studies that
19  the sample cites of the cohort.
20  BY MR. JAMES:
21     Q. Would you also acknowledge that another
22  limitation to that body of literature is the fact that
23  it's in the occupational context?
24         MS. PARFITT: Objection. Form.
25         THE WITNESS: I don't necessarily

Page 105

1  consider that a limitation. That is where people had
2  exposure to this -- to asbestos in an occupational
3  setting. So if you want to look at the health effects
4  of that exposure, that's exactly where you would do
5  the study.
6  BY MR. JAMES:
7      Q. Do you agree that the body of literature in
8  the occupational context, which looks at exposure to
9  asbestos in the occupational setting, is different
10  than the allegation that exposure to contaminated
11  talcum powder products causes ovarian cancer?
12     A. The -- I agree that there is some difference
13  in the exposure, but it's part of the body of
14  literature. It's -- people exposed in this way, they
15  are at increased risk for ovarian cancer. So they may
16  have different levels of exposure, different routes of
17  exposure, but it's all part of the body of literature.
18     Q. You would agree that someone that's exposed
19  to asbestos-containing products in a factory
20  environment for a full workday is experiencing a
21  different level of exposure to someone who is using
22  allegedly contaminated asbestos talcum powder
23  products?
24         MS. PARFITT: Objection. Form.
25

27 (Pages 102 to 105)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 106

1  BY MR. JAMES:
2      Q. Let me rephrase that, because I jumbled that
3  up.
4          Would you agree that the level of exposure
5  that someone would experience in the occupational
6  setting to asbestos products is qualitatively
7  different than what Plaintiffs are alleging in this
8  case, which is exposure to talcum powder products that
9  are allegedly contaminated with asbestos?
10     A. I acknowledge that the exposures are
11 different.  It's how they are applied -- or, you know,
12 the -- you know, we're talking about exposure to the
13 genital area when we're talking about talcum powder
14 products that may contain asbestos, where we would not
15 expect to have genital exposure of asbestos in an
16 occupational setting.
17         So, yes, there are differences.
18     Q. Do you acknowledge another limitation in the
19 body of literature that IARC looked at to be
20 misclassification?
21     A. In epidemiology, we -- we recognize that
22 there is likely to be misclassification in any
23 epidemiologic study that you do.  This is not a
24 situation like with laboratory studies of animals
25 where you can control every exposure, measure it very

Page 107

1  accurately.
2          So some potential misclassification is
3  possible, as it is in any epidemiologic study.
4      Q. And the issue of misclassification has been
5  specifically acknowledged in this body of literature;
6  correct?
7          MS. PARFITT:  Objection to form.
8          THE WITNESS:  Can you be more specific
9  about which misclassification you're referring to?
10 BY MR. JAMES:
11     Q. Sure.  So what I'm referring to is
12 misclassification of disease.
13         Do you -- do you recall that, in this body
14 of literature, there is discussion that, given the
15 small number of cases which you described earlier,
16 misclassification -- the potential for disease
17 misclassification is a limitation to this body of
18 literature?
19     A. I am aware that that is an issue that has
20 been discussed in this literature, yes.
21         MR. JAMES:  And I'm going to mark as
22 Exhibit No. 15 the Reid paper.
23         (Exhibit No. 15 was marked for identification.)
24 BY MR. JAMES:
25     Q. And, Dr. Moorman, you've seen this Reid

Page 108

1  meta-analysis before; correct?
2      A. I have.
3      Q. You don't have any discussion of the Reid
4  paper in your report; correct?
5      A. I don't -- I don't believe I do.
6      Q. Do you understand that the Reid paper
7  conflicts in part with the claim that asbestos is a
8  cause of ovarian cancer?
9          MS. PARFITT:  Objection.
10         THE WITNESS:  I know what they -- what
11 these authors concluded.
12 BY MR. JAMES:
13     Q. And if you look with me on page 1294,
14 Dr. Moorman, in the "conclusions" section, you see at
15 the bottom of that paragraph, with the sentence
16 beginning with the word "however" -- it's sort of
17 three-fourths of the way down -- the authors state
18 (as read):
19         "However, the authors of this
20         article suggest that the IARC
21         decision to determine asbestos
22         exposure as a cause of ovarian
23         cancer was premature and not
24         wholly supported by the evidence."
25     Do you see where I read that?

Page 109

1      A. I do see that.
2      Q. Okay.  And so you acknowledge here that the
3  authors of this paper have called into question the
4  IARC decision; correct?
5          MS. PARFITT:  Objection.  Form.
6          THE WITNESS:  I see what they have
7  stated here, that --
8  BY MR. JAMES:
9      Q. And --
10     A. -- that is their opinion, yes.
11     Q. Excuse me, Doctor.  My apologies.
12     A. Yes.
13     Q. And, again, this paper is assessing the
14 IARC's conclusion about asbestos and ovarian cancer in
15 general; correct?
16         MS. PARFITT:  Objection.  Form.
17 BY MR. JAMES:
18     Q. It's not -- this article isn't pertaining to
19 the issue of alleged asbestos contamination in talcum
20 powder products, is it?
21     A. Right.  This is focused just on asbestos and
22 ovarian cancer.
23     Q. And if you look at the bottom of that -- the
24 very last sentence in that paragraph, you see where
25 the authors there discuss the potential problem of

28 (Pages 106 to 109)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 110

1  misclassification?
2      A. I'm sorry, where are you?
3      Q. It's the very last sentence, Doctor.
4      A. Yes, I see what is written there.
5      Q. So this article conflicts with your
6  litigation opinion; correct?
7          MS. PARFITT: Objection. Form.
8          THE WITNESS: This reflects the opinion
9  of these authors. There was another meta-analysis of
10 asbestos and ovarian cancer that I believe was
11 published in the same year. And as I recall, the
12 conclusions of those authors, while acknowledging
13 potential misclassification of disease, they felt like
14 the evidence was adequate to rule that out as a
15 possible source of bias that would explain the
16 association that was observed.
17 BY MR. JAMES:
18     Q. And you're speaking of the Camargo article,
19 I believe?
20     A. Yes.
21     Q. And have you separately assessed the issue of
22 misclassification and whether, in your mind, that
23 presents a significant enough problem to call into
24 question the IARC conclusions?
25         MS. PARFITT: Objection. Form.

Page 111

1          THE WITNESS: Let me read your...
2      I believe that I was convinced by the
3  information presented in the Camargo article that
4  I don't think that misclassification was enough of a
5  problem to change the conclusion.
6  BY MR. JAMES:
7      Q. Are you familiar with -- did you undertake a
8  Bradford Hill analysis of the literature on asbestos
9  and ovarian cancer to reach the conclusion that
10 asbestos is a cause of ovarian cancer?
11     A. I didn't -- did not do the Bradford Hill
12 analysis as I did with the talcum powder products and
13 ovarian cancer. I felt like it was pretty well
14 accepted.
15     Q. Did you consider a body of literature
16 commonly referred to as the "miners and millers
17 studies"?
18     A. Please -- I'm sorry. When you talk about the
19 miners and millers studies, I'm not sure that I'm on
20 the same page with you.
21     Q. Are you familiar -- are you aware of the fact
22 that there's a body of literature that has looked at
23 cancer incidence rates in miners and millers of talc?
24     A. Yes, I am aware of some of those articles.
25 Yes.

Page 112

1      Q. Did you review those articles?
2      A. I did look at them, and as I recall, almost
3  all of those -- the miners and -- almost all of the
4  miners, and probably the millers, they were focusing
5  primarily on males who were the people who were mostly
6  involved in that type of work.
7      Q. You would agree with me that if talcum
8  powder, that is used in cosmetic talc products, is, in
9  fact, contaminated with asbestos, then you would
10 expect to see increased cancer incidence rates, for
11 example, of mesothelioma, in cosmetic talc miners and
12 millers; correct?
13         MS. PARFITT: Objection. Form.
14         THE WITNESS: I wouldn't be surprised
15 to see that, yes.
16 BY MR. JAMES:
17     Q. And did you know that that body of literature
18 reports no increased cancer incidence in talc miners
19 and millers?
20     A. It has been a while since I have looked at
21 those papers, so I don't remember exactly what they
22 reported.
23     Q. And those papers are not discussed in your
24 report; correct?
25     A. Once again, I was focusing primarily on

Page 113

1  ovarian cancer. And as many of these were on male
2  subjects, I had looked at them, but they were of
3  somewhat lesser importance to my review.
4      Q. If --
5          MS. PARFITT: I don't want to
6  interrupt, and maybe a few follow-up questions. We're
7  probably into about an hour and 20 minutes or so. But
8  I don't want to interrupt your flow either.
9          MR. JAMES: I can finish up in a few,
10 or if you need a break now, we can take it now.
11         THE WITNESS: Let's finish up in a few.
12         MR. JAMES: And when I say "finish up,"
13 I just mean this line. I apologize for that. That
14 was misleading, I think.
15         Sure. Give me a couple more, and then we'll
16 take a break.
17         THE WITNESS: Yeah, we can go a few
18 more minutes.
19         MS. PARFITT: Thank you, Scott.
20 BY MR. JAMES:
21     Q. If asbestos-contaminated talcum powder
22 products have existed on the market for some period of
23 time, wouldn't you expect to find higher incidence
24 rates of other cancers of talcum powder users?
25         MS. PARFITT: Objection. Form.

29 (Pages 110 to 113)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 114

1    THE WITNESS: It depends.
2    BY MR. JAMES:
3    Q. For example -- oh, I'm sorry. I thought you
4  were done.
5    A. I am done. Go ahead.
6    Q. For example, if asbestos has contaminated
7  talcum powder products for some period of time,
8  wouldn't you expect to see higher rates of
9  mesothelioma in users of cosmetic talcum powder
10  products?
11    A. You know, mesothelioma is an exceedingly rare
12  cancer, and I don't know -- I don't know to what
13  extent it has been -- talcum powder products --
14  cosmetic talcum powder products has been examined as a
15  risk factor for that.
16    Q. Are you aware of any data showing that users
17  of cosmetic talcum powder products are at greater risk
18  of mesothelioma, asbestosis, or any other
19  asbestos-related diseases?
20    MS. PARFITT: Objection. Form.
21    THE WITNESS: I can't think of that
22  data right offhand, no.
23    MR. JAMES: Okay. And how about now
24  for a break?
25    THE WITNESS: Okay.

Page 115

1    MS. PARFITT: Thank you.
2    THE VIDEOGRAPHER: Going off record at
3  11:45 a.m.
4    (Recess taken from 11:45 a.m. to 12:39 p.m.)
5    THE VIDEOGRAPHER: Back on record at
6  12:39 p.m.
7  BY MR. JAMES:
8    Q. Dr. Moorman, you include in your MDL report
9  references to "talc occurring in the fibrous habit."
10    Do you recall referring to that in your
11  report?
12    A. Yes, I do.
13    Q. That terminology is new to the MDL for you,
14  isn't it?
15    MS. PARFITT: Objection. Form.
16  BY MR. JAMES:
17    Q. I'll clarify.
18    A. Please. Please do.
19    Q. You did not -- in your Ingham testimony,
20  where you provided your opinions in the Ingham case,
21  you did not refer to "fibrous talc," did you?
22    A. No, I don't believe I did.
23    Q. So that -- sorry.
24    So that's a new component of your opinion in
25  the MDL?

Page 116

1    MS. PARFITT: Objection. Form.
2    THE WITNESS: I considered it as part
3  of the constituents of the talcum powder products. My
4  overall opinion is based on exposure to talcum powder
5  products and whatever constituents are in there,
6  including the fibrous talc.
7  BY MR. JAMES:
8    Q. Given that you have opined in your MDL report
9  for the first time on fibrous talc and did not provide
10  that opinion in the Ingham case, can you tell me what
11  you're basing your opinion on with regard to the
12  fibrous talc?
13    MS. PARFITT: Objection.
14    Hey, Scott, if I can ask -- I'm sorry, it
15  isn't rolling. Is there some reason? I don't want to
16  interrupt. We'll deal with it.
17    THE COURT REPORTER: I can come over
18  and do it, but we'll have to go off.
19    MS. PARFITT: Sorry about that.
20    THE VIDEOGRAPHER: Going off the record
21  at 12:40 p.m.
22    (Off the record.)
23    THE VIDEOGRAPHER: Back on record at
24  12:41 p.m.
25

Page 117

1  BY MR. JAMES:
2    Q. Dr. Moorman, before the quick break -- I'll
3  just restate the question.
4    A. Okay.
5    Q. So what do you base your opinions on with
6  regard to fibrous talc?
7    A. Okay. My opinion, I guess, is -- again, it's
8  always been based on the constituents of the talcum
9  powder products. And so maybe clarifying based on
10  maybe further reading on the constituents of, like,
11  asbestiform talc, that this again contributes to the
12  biological plausibility of it, that this is another
13  potential constituent of the talcum powder product
14  that could contribute to ovarian cancer risk.
15    Q. So one component of your opinion is that
16  there is fibrous talc in talcum powder products;
17  correct?
18    A. Yes.
19    Q. Okay. And given that that is a new opinion,
20  I am attempting to source the bases for that opinion.
21    Are the opinions that you have about the
22  presence of fibrous talc in talcum powder products
23  based upon the same materials that you rely on for
24  your opinions about the presence of asbestos in talcum
25  powder products?

30 (Pages 114 to 117)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 118

1     MS. PARFITT: Objection. Form. As far
2  as a new opinion.
3         THE WITNESS: I'm sorry, let me read
4  that.
5         So my opinions about the presence of fibrous
6  talc in talcum powder products is based on some of the
7  same materials that have done analyses of talcum
8  powder products, yeah.
9  BY MR. JAMES:
10    Q. Would that include the Longo -- Dr. Longo
11 litigation testing?
12    A. I believe that he did make some mention of
13 that in his report, yes.
14    Q. And other -- would that include other
15 litigation reports that you reviewed?
16       MS. PARFITT: Objection. Form.
17       THE WITNESS: I'm -- precisely where
18 the information came from, that there is fibrous talc
19 in talcum powder products, I -- I don't recall exactly
20 where -- where I gleaned that information.
21 BY MR. JAMES:
22    Q. And did you -- did you ask counsel if there
23 was any information provided by Johnson & Johnson in
24 the talc litigation rebutting the claim that there's
25 fibrous talc present in the products?

Page 119

1        MS. PARFITT: Objection. Form.
2        THE WITNESS: No, I did not
3  specifically ask them for that information.
4  BY MR. JAMES:
5     Q. Have you relied on any epidemiology
6  substantiating a claim that fibrous talc is
7  carcinogenic?
8     A. I am not aware of any epidemiologic
9  literature that specifically addressed that question.
10    Q. Turning to your opinions on heavy metals,
11 Dr. Moorman, you have opined in your report about
12 chromium, nickel, and cobalt; correct?
13    A. Yes, I have.
14    Q. Yet your opinions in the MDL report about the
15 alleged presence of chromium, nickel, and cobalt in
16 talcum powder products is new in the sense that you
17 did not express that opinion in the Ingham case;
18 correct?
19       MS. PARFITT: Objection. Misstates her
20 testimony -- our testimony.
21       THE WITNESS: I think the gist of my
22 opinions are based on talcum powder products and
23 whatever constituents are in there; so talc, asbestos,
24 any fragrances or other contaminants that may be in
25 there. So it's based on the product.

Page 120

1  BY MR. JAMES:
2     Q. Would you defer to others with regard to the
3  question of whether heavy metals are in the talcum
4  powder products?
5     A. I -- by deferring to others, okay, I clearly
6  do not do the analyses of those -- of those -- those
7  types of analyses myself, so I am relying on a report.
8  In this case, it was a report done by Dr. Crowley.
9     Q. Just to clarify, and Ms. Parfitt can correct
10 me if I'm wrong, but when you refer to Dr. Crowley's
11 report, are you referring to Dr. Crowley's report
12 about fragrances?
13    A. And I believe that it was not just
14 fragrances, but it was a number of substances that he
15 analyzed in that -- that he addressed in his analysis.
16    Q. Did you do any independent searching for
17 materials or scientific literature on the allegation
18 that heavy metals in cosmetic talc powders cause
19 ovarian cancer?
20       MS. PARFITT: Objection.
21       THE WITNESS: Okay. I'm reading your
22 question again.
23       No. I -- the -- what I looked at in regards
24 to heavy metals -- again, we have this report
25 indicating that these can be found in some talcum

Page 121

1  powder products, and then again we have data
2  indicating that these heavy metals can cause certain
3  types of cancer.
4        So it contributes to the biological
5  plausibility that there are substances in the talcum
6  powder products that could lead to cancer.
7  BY MR. JAMES:
8     Q. With regard to opinions about the presence of
9  heavy metals in talcum powder products, did you ask to
10 see any information or materials presented in the talc
11 litigation by Johnson & Johnson as to that claim?
12    A. No, I did not.
13    Q. Did you do any separate analysis of the
14 talcum powder products to determine the presence of
15 heavy metals in these products?
16    A. I did not do any analyses of talcum powder
17 products.
18    Q. Do you have any knowledge concerning the
19 testing that is performed by Johnson & Johnson and
20 third parties with respect to constituent elements in
21 the products?
22    A. No. This is outside my area of expertise.
23    Q. Do you have any information about allowable
24 levels of constituent elements in the talcum powder
25 products?

31 (Pages 118 to 121)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 122

1     A. No, I do not.
2     Q. Do you have any basis to believe that if
3  talcum powder products exceeded allowable levels for
4  constituent elements, that those products went to
5  market?
6              MS. PARFITT: Objection. Form.
7              THE WITNESS: No, I -- I don't have any
8  information in that regard.
9  BY MR. JAMES:
10    Q. Okay. Turning to -- with -- to your opinion
11 on -- strike that.
12       Do you hold the independent opinion that
13 cadmium, chromium, and cobalt cause ovarian cancer?
14             MS. PARFITT: Objection. Form.
15             THE WITNESS: I do -- I am not aware of
16 papers that have directly addressed those metals in
17 relation to ovarian cancer risk. I am basing it more
18 on the conclusions from IARC that they do have
19 carcinogenic potential.
20 BY MR. JAMES:
21    Q. And is the same true for nickel?
22    A. Yes.
23    Q. With regard to the alleged carcinogenicity of
24 the constituent metal elements that you've identified
25 in your report, did you consider anything other than

Page 123

1  the IARC monograph that you cited?
2     A. No, I did not.
3     Q. Did the IARC monograph that you cited include
4  any assertion that the presence of these metals in
5  talcum powder products rendered those powders carcinogenic?
6     A. I do not believe so.
7     Q. Did the IARC 2010 monograph on talc include
8  any assertion that the presence of heavy metals in
9  those powders supports the 2B conclusion?
10             MS. PARFITT: Objection. Form.
11             THE WITNESS: I don't recall any
12 mention of heavy metals in that monograph.
13 BY MR. JAMES:
14    Q. Returning back to fragrances, in your MDL
15 report, you refer to a report by Crowley. Did I say
16 that right?
17    A. I've never met the man, so I don't know how
18 it's pronounced, but yes, that's what I said.
19    Q. And that's the report you identified for the
20 basis of your fragrance opinions; correct?
21    A. Yes.
22    Q. Do you have -- do you hold the independent
23 opinion that the fragrance ingredients in talcum
24 powder products renders those products carcinogenic?
25             MS. PARFITT: Objection.

Page 124

1              THE WITNESS: I -- I think that we do
2  not have the data to specifically address that
3  question specifically in regard to ovarian cancer.
4  BY MR. JAMES:
5     Q. With regard to the opinions you've expressed
6  as to fragrances, is the sole basis of those opinions
7  the value of work?
8     A. That's the only document that I referred to.
9     Q. And you understand --
10             MR. JAMES: Ms. Parfitt, is it
11 Dr. Crowley?
12             MS. PARFITT: Dr. Crowley.
13 BY MR. JAMES:
14    Q. Okay. Do you understand that Dr. Crowley is
15 a paid expert in this litigation for the Plaintiffs?
16    A. I do understand that.
17    Q. Do you know if Dr. Crowley conducted any sort
18 of risk assessment with regard to his calculations?
19    A. I do not know that.
20    Q. If Johnson & Johnson talcum powder products
21 were not contaminated with asbestos, if you would
22 accept that proposition from me, would you still hold
23 the opinion that talcum powder products are a general
24 cause of ovarian cancer?
25             MS. PARFITT: Objection. Form.

Page 125

1        You can answer.
2              THE WITNESS: Okay. The opinion
3  I formed is based primarily on the epidemiologic data;
4  and the epidemiologic data is based on talcum powder
5  products, whatever is contained in them. And in study
6  after study, we see increased risk for ovarian cancer.
7  So whatever is contained in the talcum powder products
8  leads me to conclude that it can cause ovarian cancer.
9  BY MR. JAMES:
10    Q. And just to make sure that I understand your
11 answer --
12    A. Yes.
13    Q. -- if the talcum powder products were not
14 contaminated with asbestos, would you still reach the
15 general cause opinion that you've offered in this
16 case?
17             MS. PARFITT: Objection. Form.
18             THE WITNESS: I am -- I think that I've
19 answered the question that it's based on talcum powder
20 products, whatever is contained them -- in them. If
21 it is shown that there is no asbestos, that doesn't
22 change the fact that these dozens of epidemiological
23 studies have led to the conclusion of increased risk.
24 BY MR. JAMES:
25    Q. And does that same answer hold true if

32 (Pages 122 to 125)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 126

1  I asked you the same question with respect to heavy
2  metals, fibrous talc, and fragrance ingredients?
3          MS. PARFITT: Objection. Form.
4          THE WITNESS: Yes. I am basing my
5  opinion on the use of talcum powder products and
6  whatever are -- whatever their constituents are.
7  BY MR. JAMES:
8      Q. As a professional epidemiologist -- is that a
9  fair way to say it?
10     A. Yes.
11     Q. Okay. As a professional epidemiologist, part
12 of your day-in, day-out work is to look at literature
13 on purported associations and make conclusions about
14 the strengths or weaknesses of that literature;
15 correct?
16     A. Yes.
17     Q. And you have done that before you were
18 brought into the talc litigation on a variety of
19 different exposures or other things evaluated for
20 associations; correct?
21     A. That is correct.
22     Q. And setting aside the issue of talcum powder
23 products, have you ever before, in assessing other
24 exposures or other associations, relied upon company
25 documents to reach your conclusions?

Page 127

1      A. I -- I'm trying to think.
2          We have -- my colleagues and I have
3  published systematic reviews of oral contraceptive use
4  and ovarian cancer and other cancer risk. And as part
5  of that procedure -- this was through the Agency on
6  Healthcare Research and Quality, or AHRQ -- and as
7  part of that procedure trying to ensure that we have
8  all relevant documents, I believe that there was an
9  effort to see if there were any company document
10 studies that would be relevant to that systematic
11 review.
12     Q. What about any internal company testing
13 documents? Have you ever looked at any internal
14 company testing documents in assessing any association
15 that you've considered throughout your career?
16     A. No --
17         MS. PARFITT: Objection.
18         THE WITNESS: -- I did not.
19 BY MR. JAMES:
20     Q. Have you ever considered any paid litigation
21 expert reports in assessing any other association that
22 you've looked at through your career?
23         MS. PARFITT: Objection. Form.
24         THE WITNESS: I -- I can't think of
25 another instance where I have done that.

Page 128

1  BY MR. JAMES:
2      Q. On page 4 of your -- actually, it's page 5 of
3  your report, Dr. Moorman. You refer on the top of
4  that page, in the first full paragraph, to the
5  Schildkraut 2016 study; correct?
6      A. First paragraph? Yes, that is correct.
7      Q. And you say in that paragraph -- and if
8  you're looking at the same paragraph as I am -- you
9  say there that (as read):
10         "This was the first study of talc
11         use and ovarian cancer focused
12         exclusively on African-American
13         women."
14         Correct?
15     A. Yes, I do.
16     Q. And to be clear, Dr. Moorman, that study did
17 not look exclusively at talc use, did it?
18     A. No. The purpose of the African American
19 cancer epidemiology study was to look at the
20 epidemiology of ovarian cancer in African American
21 broadly. So we've looked at a number of exposures.
22     Q. And specific to the issue of powder, the
23 Schildkraut 2016 study -- and I guess is the
24 underlying study, the AACES -- looks at body powder,
25 not talc per se; correct?

Page 129

1      A. That was how the question was asked in the
2  questionnaire, yes.
3      Q. Okay. And so the statements in your report
4  that state that the study looked at talc powder should
5  be clarified; correct?
6          MS. PARFITT: Objection. Form.
7          THE WITNESS: I think to be absolutely
8  precise, we should have -- I should have said body
9  powder. But based on other literature, most body
10 powder use is talcum powder product use. So I agree,
11 I could have been more precise in my language there.
12 BY MR. JAMES:
13     Q. And you understand body powders are made up
14 of a variety of constituents; correct?
15     A. Yes.
16     Q. There are baby powders that are made of
17 things other than talc; correct?
18     A. I believe so, that there are cornstarch
19 powders as well.
20     Q. And there are deodorizing powders that are
21 made of things other than talc; correct?
22     A. I believe so, yes.
23     Q. And you know cornstarch, if there's a baby
24 powder made of cornstarch, that product does not
25 contain talc; correct?

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 130

1    A. Yes.
2    Q. Or -- I should clarify.
3        If the version of the baby powder one is
4    purchasing is labeled as a cornstarch product, it's
5    cornstarch, not talc; correct?
6    A. That is correct.
7    Q. So the study participants in this study are
8    not limited to talc users; correct?
9    A. That is correct.
10   Q. You also say in the report, in conjunction
11   with these statements, that the study found a high
12   prevalence of talc use; correct?
13   A. Yes.
14   Q. And we're looking at the same paragraph,
15   Dr. Moorman. And, again, to be clear, the study
16   didn't find that. The study, instead, found a high
17   prevalence of powder use; correct?
18       MS. PARFITT: Objection.
19       THE WITNESS: Again, once I -- as I
20   acknowledged earlier, I could have been more precise
21   in the language, that it's -- I think that it -- based
22   on our knowledge of the sales and other studies that
23   have specifically reported on the types of powder use,
24   the majority of the powder use would have been talc.
25

Page 131

1    BY MR. JAMES:
2    Q. You're not offering opinions on the MDL
3    litigation about cornstarch, are you?
4    A. No, I am not.
5    Q. And you understand that the body of
6    epidemiological literature that has developed over the
7    last several decades has included findings looking at
8    talc powders versus cornstarch powders versus non-talc
9    powders; correct?
10   A. Some studies, yes, have looked at the
11   different powders.
12   Q. And your -- the Schildkraut 2016 study didn't
13   undertake the effort to make that distinction, did it?
14       MS. PARFITT: Objection.
15       THE WITNESS: I've already acknowledged
16   that the question in the questionnaire just asked
17   about body powder use.
18   BY MR. JAMES:
19   Q. You state that this study found a
20   statistically significant increase for risk among talc
21   users; right?
22   A. Yes. We're in the same paragraph. Right?
23   Q. Yes, Doctor. Thank you.
24   A. Yes.
25   Q. But you did not know in this paragraph, or

Page 132

1    anywhere else in your report, that for any genital use
2    of body powder with an interview date before 2014, the
3    results were not statistically significant; correct?
4        MS. PARFITT: Objection.
5        THE WITNESS: If you would give me just
6    a moment to look through the report, I'd like to
7    verify how I addressed that.
8        I -- on page 23, I acknowledged that there
9    was an attenuation of the odds ratio when comparing
10   the women who were interviewed in the later time frame
11   than in the earlier time frame.
12   BY MR. JAMES:
13   Q. Okay. And I'm looking at where you're
14   looking, I believe, and it's the middle paragraph on
15   page 23; correct?
16   A. That is correct.
17   Q. And there you say (as read):
18       "The fact that the association was
19       attenuated but not eliminated when
20       considering the full study
21       population suggested that the
22       association was not due entirely
23       to recall bias."
24       Did I read that correctly?
25   A. That is correct.

Page 133

1    Q. Okay. And, again, here you do not report --
2    let me start over.
3        The association for talc users before 2014
4    date was not statistically significant; correct?
5        MS. PARFITT: Objection. Form.
6        THE WITNESS: Yes. The -- the odds
7    ratio was elevated but not statistically significant.
8    BY MR. JAMES:
9    Q. And you don't call that out in your report,
10   do you?
11       MS. PARFITT: Objection. Form.
12       THE WITNESS: No. It's as it's
13   written.
14   BY MR. JAMES:
15   Q. And as it's written, it says, "The
16   association was attenuated but not eliminated."
17       That's the wording you used; correct?
18   A. Yes.
19   Q. Okay. But if the association is not
20   statistically significant, would you still refer to
21   that association as attenuated and not eliminated? Is
22   that the proper way to refer to it?
23   A. If the association was eliminated, if there
24   was no association, we would have had an odds ratio of
25   1. We have an odds ratio of 1.19.

34 (Pages 130 to 133)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 134

1    It is -- I acknowledge that it was not
2 statistically significant, but it was not eliminated.
3 It was attenuated. I think that my statement in my
4 report is accurate.
5    Q. So for any epidemiologic study that has an
6 odds ratio that crosses 1 but is reported to be above
7 1 with the odds ratio crossing 1 -- do you understand
8 what I'm asking? -- would you refer to that as an
9 association, an null association, a not statistically
10 significant association? What terminology would you
11 use?
12    A. I would refer to it as a non-statistically
13 significant association. If the data show 19 percent
14 increased risk, it's not statistically significant.
15    Q. And by saying that, what you're saying is
16 that the odds ratio that -- could fall with any --
17 within the range identified; correct?
18    MS. PARFITT: Objection. Form.
19    THE WITNESS: The -- when you report a
20 95 percent confidence interval, it gives a range of
21 values which is statistically compatible with what you
22 found. Like, if the study were repeated again with
23 other samples, you might find an odds ratio that was a
24 bit higher or a bit lower.
25    But I think that it's very important to make

Page 135

1 the distinction between no association and no
2 statistically significant association.
3 BY MR. JAMES:
4    Q. But you didn't make that distinction in your
5 report?
6    MS. PARFITT: Objection.
7    THE WITNESS: You've asked the
8 question, and I've acknowledged that I did not address
9 statistical significance in that sentence.
10 BY MR. JAMES:
11    Q. On the same page of your report, if we go
12 back to page 5, you refer to a 2009 paper entitled
13 "Ovarian Cancer Risk Factors in African-American and
14 White Women"; correct?
15    A. Let me get to page 5. Which paragraph are
16 you --
17    Q. So it's the second paragraph. In fact, you
18 refer to it here as the North Carolina Ovarian Cancer
19 Study; correct?
20    A. Right. Right. Okay. Yes.
21    Q. My apologies. I -- with -- in conjunction
22 that study, you published a paper in 2009; correct?
23    A. Right. Talc was not the primary focus of it,
24 but it was one of the risk factors that we looked at.
25    Q. And do you recall the results of that study

Page 136

1 with respect to talc?
2    A. If you -- I know you have it right in front
3 of you. So if I could see it, so I could report it
4 accurately. I think I know what I found, but that was
5 paper that was done ten years ago.
6    MR. JAMES: Okay. And, Dr. Moorman,
7 I'm marking as Exhibit 16 a paper entitled "Ovarian
8 Cancer Risk Factors in African-American and White
9 Women."
10    I'm handing you two copies to pass along.
11    (Exhibit No. 16 was marked for identification.)
12    THE WITNESS: Okay. So we reported on
13 talc use for white women and for African-American
14 women. Neither association was statistically
15 significant, again, particularly for the African
16 American, which can be a reflection of the relatively
17 small sample size for African-American women. It was
18 an odds ratio of 1.19; in the white women, it was
19 1.04.
20 BY MR. JAMES:
21    Q. And those two associations reported in your
22 paper in 2009 are not reported in your report, are
23 they?
24    A. I did not -- I do not believe that I reported
25 those specific odds ratios. Data from the

Page 137

1 North Carolina ovarian cancer study was included in
2 the meta-analyses that I did describe.
3    Q. And with respect to odds ratio of 1.04 for
4 white women -- do you see that? Are we looking at the
5 same table together? Table 2?
6    A. Yes.
7    Q. Okay. And the 1.04 association there is very
8 close to the null; correct?
9    MS. PARFITT: Objection. Form.
10    THE WITNESS: Yes, it's close to 1.
11 BY MR. JAMES:
12    Q. And it has the odds ratio that crosses 1;
13 correct? The odds ratio range? Is that a fair way to
14 say it?
15    A. No.
16    Q. Okay. Tell me how to say it.
17    A. The 95 percent confidence interval --
18    Q. That's right.
19    A. -- does cross 1.
20    Q. So we have the 1.04 with the CI crossing 1;
21 correct?
22    A. Yes.
23    Q. Would you refer to the 1.04 as an association
24 that is attenuated but not eliminated?
25    A. Well, first of all, I would not refer to it

35 (Pages 134 to 137)

Patricia G. Moorman, M.S.P.H., Ph.D.

---

Page 138

1  as attenuated because that implies that there's a
2  comparison with something else; and in the other
3  paper, it was comparing the full study population to a
4  subset.  So I would never refer to this as attenuated.
5      This is what was shown in this particular
6  study.  It's an odds ratio of 1.04.  It's very close
7  to 1.
8      Q.  Fair enough.  And fair point about
9  attenuated.
10     Would you refer to a 1.04 with a CI that
11 crosses 1 as a positive association, as professional
12 epidemiologist?
13     A.  When I would look at that, I would say that
14 there's little evidence of an association, very close
15 to 1, in this study population -- in this study.
16     Q.  You've also published another study coming
17 out of the North Carolina Ovarian Cancer Study;
18 correct?
19     A.  I have published quite a few papers that came
20 out of the North Carolina Ovarian Cancer Study.
21     Q.  And do you recall publishing a paper in 2010
22 entitled "Primary peritoneal and ovarian cancers: An
23 epidemiologic comparative analysis"?
24     A.  I was a coauthor on that paper, yes.
25     Q.  Okay.  And is this paper discussed in your

---

Page 139

1  expert report at all?
2      A.  I don't think that I specifically addressed
3  it.  Again, the data from the North Carolina Ovarian
4  Cancer Study was included in the Terry analysis --
5      MR. JAMES:  And I've marked the study
6  that I just referenced as Exhibit No. 17.  I'm going
7  to hand you two copies.
8      (Exhibit No. 17 was marked for identification.)
9  BY MR. JAMES:
10     Q.  And, Dr. Moorman, if we turn to page 995,
11 there is a Table 2 continued onto page.  And if you
12 look down, this paper does report odds ratios for talc
13 use; correct?
14     A.  Yes, it does.
15     Q.  And for -- if you look over to the right, all
16 the way to the right, you see that you've reported a
17 1.15 not statistically significant association for
18 serous invasive ovarian cancer; correct?
19     A.  That's correct.
20     Q.  And that's with a CI that crosses 1; correct?
21     A.  That is correct.
22     Q.  And if you look to the left of that, you've
23 reported here a .76 odds ratio for the relationship
24 between talc use and primary peritoneal cancer;
25 correct?

---

Page 140

1      A.  Yes, that's what's reported there based on a
2  quite small sample size.
3      Q.  And, again, both of these associations are
4  not statistically significant; correct?
5      A.  That is correct.
6      Q.  And also I see over here to the left, the
7  category listed here is labeled "Talc use"; correct?
8      A.  Yes.
9      Q.  So this paper looks specifically at talcum
10 powders; is that right?
11     A.  I -- I believe that, in that questionnaire,
12 it was specifically asking about talc use.
13     Q.  And, again, the results of this study are not
14 reported in your report; correct?
15     A.  As I said before when you asked that, the
16 data from the North Carolina Ovarian Cancer are
17 included in the Terry paper that combined data from
18 multiple studies.
19     Q.  On page 11 of your report, Dr. Moorman, you
20 state, in the -- I guess it's the second paragraph
21 down from the top, starting with the "it is important"
22 language.
23     A.  Mm-hmm.
24     Q.  Okay.  And if you look down to the second
25 sentence, you note there that (as read):

---

Page 141

1          "It is not unusual for scientists
2          and epidemiologists to weigh the
3          Hill factors differently in
4          reaching the conclusion."
5      Correct?
6      A.  Yes, I state that.
7      Q.  And then in the next sentence, you go on to
8  provide examples of that; correct?
9      A.  Correct.
10     Q.  And you note there (as read):
11         "The evidence that cigarette
12         smoking causes lung cancer or
13         asbestos causes lung disease."
14     Right?
15     A.  Yes.
16     Q.  And those are the examples that you're
17 providing to support the prior sentence that
18 epidemiologists can sometimes weigh things
19 differently; is that right?
20     A.  I give that as an example, yes.
21     Q.  For the two examples that you've provided
22 there, has the medical and scientific community
23 accepted that smoking causes lung cancer and that
24 asbestos causes lung disease?
25     A.  I think that, yes, that is true.  Now, the

---

36 (Pages 138 to 141)

Patricia G. Moorman, M.S.P.H., Ph.D.

| Page 142 |
|---|

1  point that I am making here is that some scientists,
2  especially in the early years when the data were
3  accumulating related to smoking and lung cancer, some
4  people weighted the evidence differently.
5       For example, some of the studies looked at
6  whether people reported whether or not they inhaled or
7  not, and some funny results were observed there.  And
8  some scientists thought that was really important
9  evidence against an association, whereas others
10  thought it was -- it was not to be regarded very
11  seriously.
12       Q.  Do you regard the body of evidence on smoking
13  and asbestos to be equivalent to the body of evidence
14  on talc and ovarian cancer with regard to evaluating
15  cause?
16            MS. PARFITT:  Objection.
17            THE WITNESS:  Could you clarify what
18  you mean by "equivalent"?
19  BY MR. JAMES:
20       Q.  Sure.  By providing these two examples
21  here -- first, the smoking example, and second, the
22  asbestos example -- are you suggesting that the body
23  of evidence to support the causal conclusion with
24  respect to asbestos and smoking is qualitatively
25  and/or quantitatively the same or similar to the body

| Page 143 |
|---|

1  of evidence we have in 2019 as to talc and ovarian
2  cancer?
3       A.  To say that it is the same is -- I don't know
4  that you can say that it's the same.  It's different
5  studies done in different time frames.  The assessment
6  of the exposure is a bit different.
7       So there are similarities and, you know, the
8  criteria that I applied to come to my conclusion of
9  causality, I think, are similar to what has been
10  applied to smoking and lung cancer.  But the data are
11  different.  There are different studies, different
12  time frame.
13       Q.  Would you say that the data on smoking and
14  lung cancer is stronger than the data on talc and
15  ovarian cancer --
16            MS. PARFITT:  Objection.
17  BY MR. JAMES:
18       Q.  -- to support a causal conclusion?
19       A.  I'm not sure why one would make such a
20  comparison of what is stronger or not.  I mean,
21  clearly, we know that smoking and lung cancer is one
22  of the strongest associations between an exposure and
23  a cancer.
24       The odds ratio that is associated with talc
25  use and ovarian cancer is not as large, but I think

| Page 144 |
|---|

1  that the criteria that I applied to come to a
2  conclusion of causality are based on strong data.
3            MR. JAMES:  Object to the nonresponsive
4  answer.
5            THE WITNESS:  Maybe you can clarify
6  your question, because I'm -- maybe I didn't
7  understand what you were asking.
8  BY MR. JAMES:
9       Q.  Sure.  Dr. Moorman, you provided these
10  examples in your report; correct?
11       A.  These are examples to make the point that, as
12  we have said here, that some people weigh different
13  parts of the evidence a bit differently.
14       Q.  And so if someone who's reading your report
15  gets an impression that you are equating the body of
16  scientific and medical evidence on the issue of
17  smoking and lung cancer to the body of scientific
18  evidence on talc and ovarian cancer, then they would
19  be getting the wrong impression; is that correct?
20            MS. PARFITT:  Objection.
21            THE WITNESS:  I don't think that I am
22  equating the evidence for the two.  I am -- equating
23  the evidence for the two types of cancer.  I was using
24  that to illustrate -- to support the sentence right
25  before that, is that, when we look at these Hill

| Page 145 |
|---|

1  factors, scientists can look at them and they might
2  weight one more heavily than another.
3  BY MR. JAMES:
4       Q.  And you -- you believe that the medical
5  community accepts that smoking is a cause of lung
6  cancer; correct?
7       A.  Yes, in general, I think that's true.
8       Q.  Does the medical community believe that talc
9  is a cause of ovarian cancer?  Is that the medical
10  community's consensus?
11            MS. PARFITT:  Objection.  Form.
12            THE WITNESS:  I'm not sure who you mean
13  by "the medical community."  I -- I think that there
14  are certainly -- there's plenty of evidence to support
15  my conclusion.  We have evidence very recently from
16  Health Canada that they have come to the same
17  conclusion.  So...
18  BY MR. JAMES:
19       Q.  Did Health Canada come to a causal
20  conclusion?
21       A.  That was my reading of their document.
22       Q.  When's the last time you've read the
23  documents from Health Canada?
24       A.  Probably within the last few days.
25       Q.  Did Plaintiffs' counsel provide those to you?

37 (Pages 142 to 145)

Patricia G. Moorman, M.S.P.H., Ph.D.

---

Page 146

1    A. Yes, they did.
2    Q. Okay. And your recollection is that the
3  Health Canada documents state that talc is a cause of
4  ovarian cancer?
5    A. I definitely recall them using the "causal"
6  language in the document. If -- we can pull it up if
7  we want to confirm the precise language.
8    Q. Other than identifying Health Canada, which
9  you've just done, are there any other bodies or
10 scientific organizations or medical organizations that
11 you can cite to that have concluded that talc is a
12 cause of ovarian cancer?
13   A. We've already discussed the IARC conclusion
14 that it's possibly carcinogenic.
15   Q. And so, again, I'm asking you about -- sorry.
16   A. Sorry. Go ahead.
17   Q. Sorry. My apologies.
18   A. Okay.
19   Q. Were you done?
20   A. I'm finished.
21   Q. So my question, I think, is different than
22 that the one you're answering.
23   A. Yeah.
24   Q. So I'm asking you if you're aware of any
25 scientific or medical bodies that have concluded that

---

Page 147

1  talc is a general cause of ovarian cancer.
2    A. I'm not aware of a -- I'm not aware of a
3  statement that has been published, other than the ones
4  that I mentioned.
5    Q. And by others that you mentioned, you're
6  referring to the Health Canada document?
7    A. Yes.
8    Q. Okay. And we will turn back to that, and
9  that way we can have a copy in front of us both.
10 Okay?
11   A. Okay.
12   Q. With regard to IARC, again, you understand
13 that they have concluded "possible." Correct?
14   A. They conclude possible at that point in time,
15 which was 2010.
16   Q. Have you ever looked to see if any medical
17 organizations that represent the gynecologic oncology
18 community have concluded that talc is a cause of
19 ovarian cancer?
20   A. I am aware that, in a recent article in
21 Obstetrics and Gynecology, which is one of the leading
22 journals in the field, they were summarizing some of
23 the information that is new. They were describing the
24 Penninkilampi meta-analysis, and their conclusion was
25 that talc is associated with increased risk for

---

Page 148

1  ovarian cancer. So...
2    Q. And when you say talc -- sorry. I think
3  you're dropping off a bit, and so I'm jumping in too
4  quickly. And I apologize.
5    Are you done?
6    A. I'm finished, yes.
7    Q. You're referring there to a journal article;
8  is that right?
9    A. It was a summary of -- I think it was
10 something like "What's new in ovarian cancer." It was
11 published maybe --
12   Q. And do you believe the article that you're
13 referring to represents the consensus view of the
14 medical community?
15       MS. PARFITT: Objection. Form.
16       THE WITNESS: I don't know that it does
17 or not. It wasn't presented as the official opinion
18 of that organization.
19 BY MR. JAMES:
20   Q. And the article that you were mentioning, you
21 said increased risk -- or increased association. Is
22 that what you said? I don't have the realtime in
23 front of me right now.
24   A. I don't have it in front of me either.
25   Q. Okay.

---

Page 149

1    A. I am recalling something like there is --
2  I don't know what the phrasing is. It's associated
3  with increased risk or there is an increased risk of
4  ovarian cancer with talc use.
5    Q. Do you recall if that article made a
6  statement on causality?
7    A. I don't recall.
8    Q. Have you consulted information provided by
9  the ACOG or the SGO with respect to the talc ovarian
10 cancer hypothesis?
11       MS. PARFITT: Objection.
12       THE WITNESS: I don't recall if I have
13 or not.
14 BY MR. JAMES:
15   Q. Would you be interested to know the positions
16 by the leading organizations for the gynecologic
17 oncology community on this issue?
18       MS. PARFITT: Objection. Form.
19       THE WITNESS: Of course. Any
20 information is important to know.
21       MR. JAMES: I'm going to mark as
22 Exhibit No. 18 a copy of a statement issued by ACOG on
23 talc use and ovarian cancer.
24   (Exhibit No. 18 was marked for identification.)
25       MR. JAMES: I'm handing you two copies

38 (Pages 146 to 149)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 150

1 again.
2 BY MR. JAMES:
3     Q. Dr. Moorman, have you seen this statement
4 before?
5     A. I don't recall if I have or not. I might
6 have.
7     Q. Do you see at the bottom of the statement --
8 it's a single paragraph -- the statement concludes
9 with the quote (as read):
10         "There was no medical consensus
11         that talcum powder causes ovarian
12         cancer."
13         Do you see where I was reading?
14     A. I do see that.
15     Q. Do you disagree with that statement?
16     A. Again, going back to the recent conclusion
17 from Health Canada, I think that that is some evidence
18 of medical consensus. And I do acknowledge that
19 this -- what is said here, that -- yeah, I acknowledge
20 what they have written here, yes.
21     Q. Have you, in preparing your report for this
22 litigation, have you taken a look to see what the
23 National Cancer Institute has said about the purported
24 association between talc and ovarian cancer?
25     A. Yes, I have.

Page 151

1     Q. Okay. And what do they say?
2     A. I -- when you are -- I think you are
3 referring to the PDQ --
4     Q. Yes.
5     A. -- from NCI.
6     Q. Would you like a copy of it?
7     A. I would very much like a copy.
8     Q. Fair enough.
9         Okay. Dr. Moorman, I'm going to hand you a
10 copy of the NCI PDQ on "Ovarian, Fallopian Tube, and
11 Primary Peritoneal Cancer, Health Professional
12 Version."
13     (Exhibit No. 19 was marked for identification.)
14         THE WITNESS: Thank you.
15 BY MR. JAMES:
16     Q. And if you turn to -- this is not paginated,
17 unfortunately -- have you gotten there already? Or
18 I can count for us. I flipped seven times to get
19 there. Looks like you beat me to it.
20     A. Okay.
21     Q. And do you see here that is this the PDQ you
22 were thinking of, Dr. Moorman?
23     A. Yes.
24     Q. Okay. And in here, do you see that the NCI
25 has listed perineal talc exposure as a factor with

Page 152

1 inadequate evidence of an association?
2     A. Yes.
3         And if I may address this document --
4     Q. If you could give me just one second, and
5 then --
6     A. Okay.
7     Q. -- I'll let you finish, if you don't mind.
8     A. Okay.
9     Q. Have you considered this before?
10     A. Have I --
11         MS. PARFITT: Objection.
12 BY MR. JAMES:
13     Q. Yes.
14     A. -- considered it?
15     Q. In forming your opinions in this case?
16     A. Yes.
17     Q. Okay. It's not cited or discussed in your
18 report, is it?
19     A. I don't know that I have, but again, it's one
20 of the documents that I have -- I have seen in my --
21 in my work.
22     Q. And so within your report, you do discuss
23 findings of IARC; correct?
24     A. Yes.
25     Q. But you don't discuss findings of the NCI; is

Page 153

1 that right?
2     A. I don't think that I specifically addressed
3 it.
4     Q. Is that because it conflicts with your
5 litigation opinion?
6         MS. PARFITT: Objection.
7         THE WITNESS: No.
8         May I ask --
9 BY MR. JAMES:
10     Q. And, Dr. Moorman, you said you wanted to
11 comment, and now is fine.
12     A. Let's see. I wanted -- when did you print
13 out this version of the PDQ, if I may ask you?
14     Q. So do you understand that this is a -- this
15 is a -- well, if you turn to the back page of the copy
16 that I handed you --
17     A. Mm-hmm.
18     Q. -- the very back --
19     A. Okay.
20     Q. -- it says "Updated: December 21, 2018."
21     A. Okay.
22     Q. All the way on the back page.
23     A. Yeah.
24     Q. Got it.
25     A. Okay. One of the -- I have looked at this

39 (Pages 150 to 153)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 154

1  very recently, and on the online version, there were
2  some rather what I considered kind of interesting
3  conclusions that were made. I'm actually not seeing
4  it in this version here. But, for example, they --
5  I'm sorry. I don't see it even mentioned here.
6      But on the online version, they had listed
7  DMPA -- depot medroxyprogesterone acetate -- as
8  something that there was adequate evidence of reduced
9  effect. And they were basing that -- there are very
10  few studies on that to begin with, and as they
11  summarized it, again, the last time I looked at it
12  online, they said it was inconsistent data, but they
13  still summarized that there was adequate evidence.
14      And then in regard to things like comparing
15  the evidence for something like breastfeeding, they
16  said (as read):
17         "Based on solid evidence,
18         breastfeeding is associated with
19         decreased risk of ovarian cancer."
20      If we compare the evidence to breastfeeding
21  to the evidence for talcum -- talc use, again, the
22  online version that I last looked at, it gave a little
23  bit more detail about the meta-analyses and so on.
24      So the meta-analyses for breastfeeding and
25  the meta-analyses for talc, there were a lot of

Page 155

1  similarities. There are roughly 30 studies addressing
2  each of them. For breastfeeding, it's about a
3  25 percent reduction in risk; for talc, about a
4  25 percent increased risk.
5      When you look at the overall number of
6  studies, roughly 90 percent of them support
7  breastfeeding -- in terms of just looking at the
8  direction of the effect -- about 90 percent of them
9  support that breastfeeding is associated with reduced
10  risk. When you look at the meta-analyses for talc,
11  about 90 percent of the studies have an odds ratio
12  greater than 1.
13      And so when we look at the overall body of
14  evidence, to me, I think it's comparable for
15  breastfeeding versus talc, but they conclude that the
16  evidence is adequate for breastfeeding but not
17  adequate for talc. And they don't really describe
18  their methodology for how they reach their
19  conclusions.
20      So it leaves me just a little bit baffled
21  about why is one adequate evidence and one inadequate
22  evidence.
23      Q. If the NCI's PDQ that's available on their
24  website as of today classifies talc as a factor with
25  inadequate evidence of an association, do you disagree

Page 156

1  with the NCI?
2      A. Okay. Just looking at this, and it came
3  up -- it says "with inadequate evidence of an
4  association."
5         Did you say "adequate" or "inadequate"?
6      Q. I said "inadequate."
7      A. Okay. My judgment based on the evidence is
8  that there is adequate evidence. So I would disagree
9  with the NCI in the conclusion that they reached.
10      Q. With regard to your discussion that we've had
11  just now on the body of evidence to look at
12  breastfeeding and ovarian cancer risk --
13      A. Yes.
14      Q. -- and this is a yes-or-no question -- did
15  you conduct a comprehensive review of the scientific
16  medical literature and evidence surrounding the
17  association between breastfeeding and ovarian cancer?
18      A. I did not do as comprehensive a review of
19  that literature as I did for the talc.
20      Q. And have you, in the course of your career,
21  ever looked comprehensively at the body of scientific
22  and medical evidence surrounding the association of
23  breastfeeding and ovarian cancer to the cell studies,
24  the plausibility, the dose-response, have you done all
25  of that with respect to breastfeeding and ovarian

Page 157

1  cancer?
2      A. I -- in the course of looking at ovarian
3  cancer, I have actually never written a paper that was
4  strictly focused on breastfeeding and ovarian cancer,
5  and that is typically where one would go through the
6  very comprehensive review.
7         I am familiar with much of the literature,
8  but the degree to which I reviewed the literature was
9  not in the same level of detail as I did the talc
10  literature.
11      Q. And do you know if the scientists at the NCI
12  who have commented on the association between
13  breastfeeding and ovarian cancer have conducted an
14  examination of the scientific and medical literature
15  that is more comprehensive, less comprehensive, or the
16  same that you've conducted?
17         MS. PARFITT: Objection to form.
18         THE WITNESS: They do not describe
19  their methodology, and so I can't say if it was more
20  or less comprehensive.
21  BY MR. JAMES:
22      Q. Okay. Dr. Moorman, on page 10 of your
23  report --
24      A. Yes.
25      Q. -- you have the -- it's the third full

40 (Pages 154 to 157)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 158

1  paragraph down, and you make the statement that
2  meta-analyses are "considered to be some of the
3  strongest evidence for a causal association."
4          Do you see where I'm reading that?
5  A. Yes, I do.
6  Q. Okay. So that's -- so you've made that
7  comment.
8          And then further down, you say (as read):
9          "Data from meta-analyses are
10         particularly important for
11         evaluating exposure-disease
12         relationships such as talc and
13         ovarian cancer where the relative
14         risks for most individuals are
15         approximately 1.2 to 1.5."
16         Do you see where I've read that?
17 A. Yes, I do.
18 Q. Can you cite any published authority for the
19 statement that meta-analyses are considered to be some
20 of the strongest evidence for causal association?
21 A. I'm trying to think of whether it's a
22 published source. It's something that I have seen,
23 for example, multiple times in lectures and so on
24 where it will give a hierarchy of evidence. And
25 meta-analyses combining data from multiple studies is

Page 159

1  often put at kind of the top of the pyramid for making
2  causal assessments.
3          I want to say that maybe some of the
4  evidence-based medicine -- I know that there are
5  online summaries of evidence-based medicine that would
6  describe meta-analyses as kind of some of the
7  strongest evidence for causality.
8  Q. Meta-analyses combine data from underlying
9  studies; correct?
10 A. That is correct.
11 Q. Meta-analyses do not correct for bias and
12 confounding in underlying studies; correct?
13 A. The meta-analysis itself -- no. They combine
14 the data. They...
15 Q. And -- were you finished?
16 A. Yeah. They do not correct for the bias.
17 Q. Meta-analyses, for example, do not eliminate
18 recall bias if there is a recall bias problem in the
19 underlying studies; correct?
20 A. That is correct. Meta-analyses cannot do
21 that.
22 Q. And the meta-analyses studies that you
23 reviewed and discussed in your report all concede that
24 point, don't they?
25 A. They acknowledge that they are combining the

Page 160

1  data as reported. It could not correct the bias.
2  Q. So to the extent the meta-analyses are
3  collecting data from underlying studies that are
4  flawed by recall bias or confounding, those
5  inaccuracies carry over into the meta-analyses;
6  correct?
7          MS. PARFITT: Objection.
8          THE WITNESS: I would not characterize
9  it as "carry over." We recognize when we combine the
10 data from the meta-analyses, it is combining the
11 reported data. If there were biases that either led
12 to an underestimate or an overestimate of the relative
13 risk, they are not correcting that.
14 BY MR. JAMES:
15 Q. And do you caution the reader of your MDL
16 report about that limitation to meta-analyses anywhere
17 in your report?
18 A. I do not specifically make that caution, no.
19 Q. The meta-analyses that we have on the talc
20 ovarian cancer issue, they are progressed over a
21 period of time; correct?
22 A. That is correct.
23 Q. And we know that there's been two recent
24 meta-analyses. And all of the meta-analyses that have
25 been published on this association are in some ways

Page 161

1  overlapping; correct?
2          MS. PARFITT: Objection to form.
3          THE WITNESS: The meta-analyses, their
4  intent is to combine all the published data. So, yes,
5  there is some overlap. More recent ones would have
6  included studies that had been published in prior
7  meta-analyses.
8  BY MR. JAMES:
9  Q. And recognizing that meta-analyses can differ
10 here and there for various -- various reasons, the
11 talc ovarian cancer meta-analyses generally pull data
12 from the same body of literature; is that fair?
13 A. Yes.
14 Q. And any suggestion that because you have
15 multiple meta-analyses reaching around the same odds
16 ratio and that that somehow demonstrates consistency,
17 isn't that a little bit misleading?
18         MS. PARFITT: Objection. Form.
19         THE WITNESS: I think that when we look
20 at it, when we see that, early on, you see some
21 meta-analyses were done, I want to say maybe in the
22 '90s, and then as more data are added in, you -- they
23 still settled in on roughly the same summary odds
24 ratio as even more data were accumulated.
25         Sometimes there is a concern that early on

41 (Pages 158 to 161)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 162

1  the studies with positive associations are published,
2  and then after -- as time goes on, other studies are
3  done that didn't find that association.  So you would
4  expect that the summary odds ratio might become
5  attenuated as more studies were added.
6          And that's not the situation with the talc
7  literature.  It's been pretty consistent from the
8  meta-analyses done in the 1990s to the 2000s to 2018.
9  BY MR. JAMES:
10      Q.  And the 2018 meta-analyses that they are
11  grabbing in the studies from decades prior, they're
12  grabbing in the same studies that the 1990s
13  meta-analyses grabbed in; right?
14      MS. PARFITT:  Objection.  Form.
15      THE WITNESS:  Yeah.  The purpose is to
16  include all of the published data.  So yes, of course.
17  BY MR. JAMES:
18      Q.  And in your report, you place significant
19  emphasis -- if that's a fair word -- on meta-analyses.
20  Is that a fair way to describe it?
21      MS. PARFITT:  Objection.
22      THE WITNESS:  Yes, I think I -- I think
23  that's fair to characterize it that way.
24  BY MR. JAMES:
25      Q.  You -- did you read the conclusions of all of

Page 163

1  the meta-analyses performed to date?
2      A.  I did.
3      Q.  Do any of the authors of the meta-analyses
4  performed to date conclude causation?
5      A.  If I may take a minute to address the issue
6  of how causation is reported in the epidemiologic
7  literature.
8      Q.  With all due respect, Doctor, if you could
9  just answer the question.
10      A.  I think that they typically refer to, like,
11  increased risk.  I don't know that any of them refer
12  to -- made the conclusion of -- I don't know that they
13  used the word "causal."
14      Q.  In fact, many of the meta-analyses
15  specifically caution against a causal interpretation,
16  don't they?
17      MS. PARFITT:  Objection.
18      THE WITNESS:  Once again, if -- may
19  I take a moment to address how the word --
20  BY MR. JAMES:
21      Q.  Because my time is limited --
22      A.  Okay.
23      Q.  -- I'm really going to have to respectfully
24  ask you to answer my question to the extent that
25  you're able, and then your counsel will have an

Page 164

1  opportunity to ask questions afterwards.
2      A.  Some of them did raise some concerns about
3  whether or not it could be a causal association.
4      Q.  We're going to take a look at the studies
5  shortly as I grab these folders out.
6          Did you report in your report for the MDL
7  any of the cautionary language from these
8  meta-analyses about causation?
9      A.  I -- in my report, when you look at some of
10  the cautionary language, they will refer to perhaps
11  concerns about recall bias or things like that.
12          In my report, I went through potential
13  biases and how I weighed that and whether I thought it
14  was an important concern in the studies that
15  contributed to the meta-analyses.
16      Q.  Did you talk about any weaknesses or problems
17  with the meta-analyses themselves?
18      A.  I don't believe I did in my report.
19      Q.  And just -- okay.
20      MR. JAMES:  I'm going to mark as
21  Exhibit No. 20 a meta-analysis that I think that
22  you've mentioned this morning.  It's the Penninkilampi
23  study.
24      THE WITNESS:  Yes.
25      MR. JAMES:  I'm going to hand you two

Page 165

1  copies again.
2      (Exhibit No. 20 was marked for identification.)
3      MR. JAMES:  It's marked as Exhibit 20.
4      THE WITNESS:  Would this be a good time
5  to take a break before we get into --
6      MR. JAMES:  Absolutely.
7      THE WITNESS:  Okay.
8      THE VIDEOGRAPHER:  Going off record at
9  1:48 p.m.
10      (Recess taken from 1:48 p.m. to 2:03 p.m.)
11      THE VIDEOGRAPHER:  Back on record at
12  2:03 p.m.
13  BY MR. JAMES:
14      Q.  Dr. Moorman, I handed you had a copy of the
15  Penninkilampi paper.
16      A.  I'm sorry, the papers were moved while
17  I was...
18      Q.  It was marked as Exhibit 20, I believe.
19          Here, I have an extra, if that would speed
20  things along.  I'm sure it's somewhere in there.
21      A.  It got moved around.  Oh, here it is.
22      Q.  Okay.  Again, Dr. Moorman, this is one of the
23  meta-analyses that you reviewed to inform your
24  opinions in this case; correct?
25      A.  That is correct.

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 166

1     Q. It's also one of the more recent
2   meta-analyses on the issue; correct?
3     A. That's correct.
4     Q. And what did the Penninkilampi authors say
5   about causation?
6     A. Okay. They describe perineal talc is
7   associated with a 24 to 39 percent increased risk of
8   ovarian cancer.
9        And this is a very typical way that it would
10  be described in the epidemiologic literature. It --
11  as described very eloquently in some articles in the
12  American Journal of Public Health last spring, they
13  noted that, to the detriment of the science, that
14  epidemiologists are frequently loathe -- or don't
15  often use the word "causal" when they describe a risk
16  factor; and, in part, this is because we are relying
17  on observational data. This is not an experimental
18  study.
19       And so, many times, reviewers, if they refer
20  to "we found that talc caused ovarian cancer," they
21  would object to that, saying that it wasn't a
22  randomized controlled trial.
23       But in this series of articles in the
24  American Journal of Public Health, they indicated that
25  the tendency not to use the word "causal" is to the

Page 167

1   detriment of the science. It's like "Why would we be
2   looking at risk factors for a disease if we didn't
3   think that it caused the disease?"
4        So I think that when an epidemiologist sees
5   an increased risk of ovarian cancer, we are thinking
6   that this is -- this causes ovarian cancer.
7     Q. But epidemiologists, including many of the
8   meta-analyses that we're about to review, have talked
9   about cause, haven't they?
10       MS. PARFITT: Objection.
11       THE WITNESS: Some of them have
12  addressed, yes.
13  BY MR. JAMES:
14    Q. For example, Penninkilampi doesn't seem shy
15  of the word "cause." If we look at page 42,
16  Dr. Moorman, we see, in the top paragraph in the
17  left-hand column, at the bottom of that paragraph, the
18  Penninkilampi authors write, quote -- this is the last
19  sentence --
20    A. Wait. Page 42?
21    Q. Page 42.
22    A. Yes.
23    Q. It's the top left paragraph. The bottom last
24  sentence of that paragraph, the authors state
25  (as read):

Page 168

1        "Hence, while perineal talc use
2        has not been shown to be safe, in
3        a similar regard, a certain causal
4        link between talc use and ovarian
5        cancer has not yet been
6        established."
7     That's what the authors say; correct?
8     A. That's what they say, yes.
9     Q. Okay. So they caution that causation has not
10  been established; correct?
11       MS. PARFITT: Objection.
12       THE WITNESS: They say a certain causal
13  link has not been established -- not yet been
14  established.
15  BY MR. JAMES:
16    Q. And you're here today testifying about what
17  you believe to be evidence supporting the causal link;
18  correct?
19    A. Yes, I am -- I am.
20    Q. Okay. And so where in your report do you
21  advise the reader that the Penninkilampi authors
22  expressed reservations about causation?
23    A. I do not have anything like that in my
24  report.
25       MR. JAMES: The next meta-analysis that

Page 169

1   we can look at is the Berg -- or Berge meta-analysis.
2   I'm going to mark that as Exhibit 21.
3        (Exhibit No. 21 was marked for identification.)
4   BY MR. JAMES:
5     Q. Do the Berge authors conclude that the
6   evidence is sufficient to support a causation
7   conclusion?
8     A. They do not make that conclusion, no.
9     Q. In fact, they actually -- they do address
10  causation, don't they?
11    A. They state their opinion, yes.
12    Q. Okay. And their opinion is expressed several
13  times throughout the article. The first is in the
14  abstract of the article; correct?
15       If we look at the abstract, it's the first
16  page of the article, page 248, the last sentence of
17  the abstract. Do you see that?
18    A. Yes, I do.
19    Q. They say (as read):
20       "The heterogeneity of results by
21       study design, however, detracts
22       from a causal interpretation of
23       this association."
24    Correct?
25    A. That's what it says, yes.

43 (Pages 166 to 169)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 170

1    Q. Where do you advise the reader of your MDL
2  report that the authors of the Berge meta-analyses
3  expressed reservations about causation?
4         MS. PARFITT:  Objection.  Form.
5         THE WITNESS:  That is not in my report.
6  BY MR. JAMES:
7    Q. Do you see at the very end of article, at
8  the very last page on 256, before the acknowledgment
9  section, again, the authors conclude the article with
10  a statement that the results (as read):
11        "do not support a causal
12         interpretation of the
13         association."
14     Do you see where I'm reading?
15    A. They say some -- several aspects of the
16  results there.
17    Q. Fair enough.
18    A. Yes.
19    Q. So let's just read the sentence in full.  So
20  they say (as read):
21        "Several aspects of our results,
22         including the heterogeneity of
23         results between case-control and
24         cohort studies, however, do not
25         support a causal interpretation of

Page 171

1         the association."
2      That's what they say; correct?
3    A. Right.
4    Q. And, again, do you advise the readers of your
5  MDL report that those are the conclusions of the Berge
6  meta-analysis?
7         MS. PARFITT:  Objection.  Form.
8         THE WITNESS:  I do not specifically do
9  that.  But in my report, I think that I really address
10  some of the heterogeneity of the results between
11  case-control and cohort studies and why some of the
12  differences might be observed and, for example, some
13  of the biases in the cohort studies would lead to an
14  underestimate of the --
15  BY MR. JAMES:
16    Q. And, Dr. Moorman --
17         MS. PARFITT:  Excuse me --
18  BY MR. JAMES:
19    Q. -- I'm going to ask you questions about that.
20         MS. PARFITT:  -- Mr. James, she was in
21  the middle of her sentence.
22         MR. JAMES:  I object to the
23  nonresponsive portion of her answer.
24         MS. PARFITT:  You may, but let her
25  complete her answer.

Page 172

1         MR. JAMES:  And I'm going to reserve
2  the time that it takes --
3         MS. PARFITT:  No, you're not going to
4  reserve the time.  You asked her a question; she was
5  answering it.
6         MR. JAMES:  It was a yes-or-no
7  question.
8         MS. PARFITT:  You can object -- it was
9  not, Scott.  Let's have her finish her statement, and
10  you can decide what you want to do it with it.  But
11  she's going to finish her comment.
12     Dr. Moorman, please.
13         THE WITNESS:  So I think that in my
14  report, I did address the aspects of the heterogeneity
15  of the results, although I might not specifically have
16  addressed -- said anything specifically about the
17  limitation of the Berge.
18  BY MS. PARFITT:
19    Q. Right.  So my question, which was very
20  precise, is where do you note in your MDL report the
21  causation reservations of the Berge authors?
22         MS. PARFITT:  Objection.
23         THE WITNESS:  And as I stated before,
24  that is not in -- that specific reservations of the
25  Berge authors, I do not have that in my -- in my

Page 173

1  report.
2  BY MS. PARFITT:
3    Q. The next meta-analyses is -- and I'm working
4  backwards chronologically -- is the Langseth
5  meta-analyses.
6     Are you familiar with that paper?
7    A. Yes, I have seen that paper.
8         MR. JAMES:  And I'm going to mark the
9  Langseth paper as Exhibit No. 23.
10     (Exhibit No. 22 was marked for identification.)
11         MR. JAMES:  I'm handing you two copies.
12         MR. DONATH:  23 or 22?
13         MS. BRENNAN:  22.
14         MR. JAMES:  It's 22.  So we'll sub
15  stickers.
16  BY MR. JAMES:
17    Q. So Langseth is 22.  Did the authors of
18  Langseth conclude that causation is shown?  Yes or no,
19  please.
20    A. They -- if I may take just a moment to read
21  through it --
22    Q. Sure.
23    A. -- as it...
24     No, they do not.
25    Q. And, in fact, the authors do address the

44 (Pages 170 to 173)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 174

1  issue of causation on page 359 of the article;
2  correct, under the section "Proposal to research
3  community."
4       Do you see where I am?
5  A. I do see that.
6  Q. Okay. And the authors state (as read):
7       "The current body of experimental
8       and epidemiological evidence is
9       insufficient to establish a causal
10      association between perineal use
11      of talc and ovarian cancer risk."
12 A. That is correct. And, again, noting the date
13 of this paper, 2008. So quite a lot of evidence has
14 emerged since then. And one of the authors on the
15 paper has since concluded that there is sufficient
16 evidence for causality.
17 Q. And you're talking about a paid expert in
18 this case; correct?
19      MS. PARFITT: Objection.
20      THE WITNESS: Dr. Siemiatycki, who's a
21 paid expert, well-respected epidemiologist.
22 BY MR. JAMES:
23 Q. And he's a paid expert in this litigation for
24 the Plaintiffs; correct?
25      MS. PARFITT: Objection.

Page 175

1       THE WITNESS: That is correct.
2  BY MR. JAMES:
3  Q. Where in your report -- and this is a
4  yes-or-no question, or actually it's not "yes" or
5  "no." You tell me if it exists or not.
6       Where in your report do you show to the
7  reader of the report that the Langseth authors
8  reserved judgment on causation?
9       MS. PARFITT: Objection to form.
10      THE WITNESS: I did not specifically
11 include that in my report.
12 BY MR. JAMES:
13 Q. Dr. Moorman, have you reviewed the Huncharek
14 2003 meta-analyses?
15 A. Yes, I have.
16      MR. JAMES: And I'm going to mark the
17 Huncharek 2003 meta-analyses as Exhibit No. 23, and
18 we'll switch stickers at the break.
19      (Exhibit No. 23 was marked for identification.)
20 BY MR. JAMES:
21 Q. I'm handing you two copies, Dr. Moorman.
22      Is this another meta-analysis that you
23 reviewed in forming your opinions in this case?
24 A. Yes, it is.
25 Q. Okay. Did the authors of this meta-analysis

Page 176

1  conclude that the evidence was sufficient to support
2  causation?
3  A. No, they did not.
4  Q. Okay. And, in fact, the authors did address
5  causation in their paper in the abstract; correct?
6       MS. PARFITT: Objection. Form.
7       THE WITNESS: Yes, they do.
8  BY MR. JAMES:
9  Q. Okay. And at page 195 in the conclusion of
10 the abstract, the authors say (as read):
11      "The available observational data
12      do not support the existence of a
13      causal relationship between
14      perineal talc exposure and
15      increased risk of epithelial
16      ovarian cancer. Selection bias
17      and uncontrolled confounding may
18      account for the positive
19      associations seen in prior
20      epidemiological studies."
21      That's what the authors say; correct?
22 A. That is what these authors say.
23 Q. And did you report to the reader of your MDL
24 report the Huncharek authors' reserved judgment on
25 causation?

Page 177

1       MS. PARFITT: Objection.
2       THE WITNESS: As with the other
3  meta-analysis, this is now 16 years old, and I did not
4  specifically report that, but I did consider in my
5  report the biases and uncontrolled confounding that
6  they were concerned about.
7  BY MR. JAMES:
8  Q. Do any of the -- there are a handful of
9  meta-analyses that precede the Huncharek 2003
10 meta-analyses; correct?
11 A. That is correct.
12 Q. Do any of those meta-analyses conclude
13 causation?
14      MS. PARFITT: Objection. Form.
15      THE WITNESS: I don't believe that they
16 do.
17 BY MR. JAMES:
18 Q. And returning back to our discussion on the
19 Langseth meta-analyses, you noted sort of -- when I
20 asked you a question about their conclusions on
21 causation, you noted the timing of the article;
22 correct?
23 A. Yes.
24 Q. You noted that the article was published
25 in --

45 (Pages 174 to 177)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 178

1      A. 2008.
2      Q. -- 2008?
3      A. Yes.
4      Q. That is right?
5      So is your opinion that the evidence in 2008
6   was, in fact, insufficient to support a causal
7   conclusion but has now transitioned to a status where
8   it is sufficient?
9          MS. PARFITT: Objection. Form.
10         THE WITNESS: You have asked me that
11  question in -- that or a similar question before.
12     There is a growing body of evidence.
13  I would be hard-pressed to say at what point in time,
14  you know, it reached the tipping point where there is
15  enough evidence to say that there is this causal
16  association.
17     At this point in time, I feel very confident
18  in saying that, but I can't say when sufficient data
19  accumulated to say that. I think that's an impossible
20  answer -- or an impossible question to answer.
21  BY MR. JAMES:
22     Q. And the reason I asked it again is because
23  you made the qualification in discussing the Langseth
24  paper. When I asked you about the authors'
25  conclusions on causation, you specifically noted that

Page 179

1   it was a paper from the 2008 time frame; correct?
2      A. Right. And I think that -- I think that it
3   is obvious that one of the authors, considering all
4   the additional data that's accumulated, would -- has
5   made a different conclusion at this point in time.
6      Q. And the author you're referring to there is
7   the author that we were discussing as a paid expert in
8   this case; correct?
9          MS. PARFITT: Objection. Form.
10         THE WITNESS: Yes. We established he
11  is a paid expert and, at the same time, a very
12  well-respected epidemiologist.
13  BY MR. JAMES:
14     Q. There's also a pooled analysis that you
15  looked at to inform your opinions in this case;
16  correct?
17     A. Yes.
18     Q. Okay. And the pooled analysis is the Terry
19  2013 paper?
20     A. That is correct.
21     Q. Okay. Did the Terry 2013 paper conclude
22  cause?
23         MS. PARFITT: Objection. Form.
24  BY MR. JAMES:
25     Q. It's yes or no.

Page 180

1      A. No --
2          MS. PARFITT: Objection.
3          THE WITNESS: -- for the same reasons
4   I described prior.
5          MR. JAMES: And I'm going to mark the
6   2013 Terry paper as Exhibit 24.
7      (Exhibit No. 24 was marked for identification.)
8          MR. JAMES: I think I'm back on track
9   on the numbers. I'm handing you two copies.
10  BY MR. JAMES:
11     Q. And again, Dr. Moorman, you've used this
12  paper to inform your opinions in the case; correct?
13     A. That is correct.
14     Q. And if you look at the last page of the text
15  on 820 with me, you see in the last paragraph, which
16  is -- the last paragraph on page 820, the authors
17  state at the top right-hand column (as read):
18         "More work is needed to understand
19         how genital powders may exert a
20         carcinogenic effect and which
21         constituents may be involved."
22         Do you see that sentence?
23     A. Yes, I do.
24     Q. There, the authors are again noting that --
25  let me rephrase it this way.

Page 181

1      The authors there are reserving judgment on
2   causation; correct?
3          MS. PARFITT: Objection. Form.
4          THE WITNESS: I don't think that that
5   is how I would necessarily interpret that.
6   BY MR. JAMES:
7      Q. Okay.
8      A. I think that, first of all, basically, any
9   scientific paper concludes with "more work is needed."
10  And so it's talking about, you know, trying to advance
11  scientific knowledge by understanding the biological
12  mechanism.
13     But I don't see anything -- any statement
14  there related to causal. It says "small to moderate
15  increased risk of ovarian cancer." And as I've stated
16  previously, basically, when we talk about risk
17  factors, we are thinking that this is something that
18  causes this cancer.
19     Q. So in your professional opinion, the word
20  "risk factor" is equivalent to "causation"?
21     A. Not always equivalent. And if I may give an
22  example.
23     Women who have higher educational level are
24  at increased risk for breast cancer. And so higher
25  education level, we might describe it as a risk factor

46 (Pages 178 to 181)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 182

1  for breast cancer. But, clearly, going to college is
2  not going to cause breast cancer. It's the other
3  factors that are associated with it, like your
4  childbearing patterns, alcohol use, other things.
5      But when we talk about a risk factor and
6  there is a plausible biological mechanism to get from
7  that exposure to cancer, I think that "risk factor"
8  and "cause" are pretty synonymous.
9      Q. But to say something is associated in
10 epidemiologic literature is not to say that it's
11 causal.
12     Do you agree with that?
13         MS. PARFITT: Objection.
14         THE WITNESS: Yes. That's kind of
15 epi 101, that everything that is associated is not
16 necessarily a cause.
17 BY MR. JAMES:
18     Q. To reach a causal conclusion, it's -- one
19 must undertake a more in-depth analysis; correct?
20     A. As I did for this, and as all of us in this
21 room are well aware, the Bradford Hill framework is a
22 framework for taking the data and leading to making a
23 judgment on causality.
24     Q. So if a paper refers to something as a risk
25 factor or a potential risk factor or a modifiable risk

Page 183

1  factor, that terminology by itself does not suggest
2  that the authors of that paper have concluded
3  causation; correct?
4      A. I -- I think that I have answered that
5  question already.
6      When they're -- if they refer to it as a
7  risk factor, they may or may not have gone through the
8  full Bradford Hill evaluation of it. And then, also,
9  some things that we refer to as risk factors, where
10 there is not a plausible biological mechanism, we
11 wouldn't equate risk factor and cause in that
12 situation as well.
13     Q. So you -- returning back to the Penninkilampi
14 meta-analysis, which I believe will be somewhere in
15 that pile --
16     A. Mm-hmm.
17     Q. -- you cite Penninkilampi 14 times in your
18 report.
19     Were you aware of that?
20     A. I don't know how many times I've cited it.
21     Q. It's one of the most cited articles in your
22 report.
23     Were you aware of that?
24     A. I know that I referred to it frequently
25 because it is one of the most up-to-date, most recent

Page 184

1  meta-analyses.
2      Q. Are you aware of any flaws in the
3  Penninkilampi study?
4          MS. PARFITT: Objection. Form.
5          THE WITNESS: Overall, I felt like it
6  seemed to be a very well done meta-analysis. When we
7  look at judgments of meta-analyses, we like to see
8  things like, you know, what were the search terms they
9  used? What were the criteria for including or
10 excluding studies? Were the study questions defined
11 in advance?
12     And when I look through all of that,
13 I judged it overall to be a very well done
14 meta-analysis.
15 BY MR. JAMES:
16     Q. And so your answer to the question that
17 I asked is no; correct?
18         MS. PARFITT: Objection.
19         THE WITNESS: I -- I don't see any
20 serious problems with any -- you characterized it as
21 "flaws." I don't -- I don't see anything that I would
22 characterize as a flaw in their methodology.
23 BY MR. JAMES:
24     Q. If you look at page 47 with me, Dr. Moorman,
25 in the "Conclusions" section.

Page 185

1      The conclusions section, I think you had
2  previously read in the first sentence of the
3  conclusions, the percentage increased risk reported in
4  the paper.
5      The second sentence says (as read):
6          "While the results of case-control
7          studies are prone to recall bias,
8          especially with intense media
9          attention following the
10         commencement of litigation in
11         2014, the confirmation of an
12         association in cohort studies
13         between perineal talc use and
14         serous invasive ovarian cancer is
15         suggestive of a causal
16         association."
17     Do you see where I was reading?
18     A. Yes, I do.
19     Q. Okay. So here we see that Penninkilampi is
20 acknowledging the recall bias problems of the
21 case-control studies; correct?
22     A. They are acknowledging that it is a
23 possibility.
24     Q. Okay.
25     A. Okay.

47 (Pages 182 to 185)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 186

1      MS. PARFITT:  Wait.  Are you still --
2  thank you.
3      Please, finish.
4      THE WITNESS:  Yes.  And, you know, this
5  is, again, one of the things that I addressed in my
6  report.  I very carefully considered recall bias and
7  how it could have contributed or not to the elevated
8  risk that has been seen across so many studies.
9  BY MR. JAMES:
10     Q.  And one of the -- so within the sentence
11  "after acknowledging the recall bias" that we just
12  discussed, the Penninkilampi authors emphasize the
13  confirmation of an association in cohort studies.
14     Do you see that?
15     A.  I do.
16     Q.  Okay.  Are there cohort studies that support
17  the association?
18     A.  There are three cohort studies that have
19  examined talc use and ovarian cancer, and you're
20  probably very much aware of them:  the Gonzalez study,
21  the Houghton -- which was from the Sister Study -- the
22  Houghton study, the Women's Health
23  Initiative; and the Nurses' Health Study, which has
24  been published in several of them.
25     And as they indicate in here, when you look

Page 187

1  at the studies that reported on invasive serous -- and
2  if you will give me just a second here -- find it on
3  this paper.  Okay.
4      When they report in Table 2 that combining
5  the two studies that reported on the histologic
6  subtypes, there was a significantly increased risk of
7  serous invasive cancer in the cohort studies as well
8  in the case-control studies.
9      Q.  Sorry.
10     A.  Okay.
11     Q.  You did pause there.
12     A.  I did.
13     The one study that really found no
14  association whatsoever with talc was the Gonzalez
15  study, the Sister Study, that has numerous problems
16  with it, most specifically in their assessment of the
17  talc exposure, the sample size, the duration of
18  follow-up.
19     Q.  And returning to my question about this
20  article, were you aware that the Penninkilampi authors
21  didn't factor in the Gates 2010 data at all?
22     A.  When one does a meta-analysis, sometimes when
23  data are reported in a couple of reports, you have to
24  make a decision about which one to include.
25     I believe they used data from the -- I'm not

Page 188

1  entirely sure of their rationale for why they looked
2  at one rather than the other.  There were some
3  differences between the studies; like the later study,
4  the unexposed group was actually women who had used it
5  for less than once a week rather than never used.  And
6  so they don't really go into the detail why they made
7  that decision.
8      But investigators will make a judgment
9  sometimes about which of a -- which studies to include
10  when there's more than one publication from a given
11  study.
12     Q.  And do you know that with respect to the NHS
13  cohort, they have published two studies arising from
14  the NHS cohort looking at the issue of talc and the
15  ovarian cancer association; correct?
16     MS. PARFITT:  Objection.  Form.
17     THE WITNESS:  They actually -- they
18  have published two studies, and data from the Nurses'
19  Health Study was also included in at least one other
20  publication.  I believe Cramer was -- I'm not sure if
21  he was the first author or one of the authors where
22  they combined data.
23  BY MR. JAMES:
24     Q.  The NHS cohort has published two papers with
25  respect to the talc/ovarian cancer association;

Page 189

1  correct?
2      A.  I just answered the question.  It's -- data
3  from it was also in another -- in another publication.
4      Q.  The Gertig 2000 paper reported on the
5  talc/ovarian cancer association; correct?
6      A.  Yes.
7      Q.  And that's an NHS publication; correct?
8      A.  It is.
9      Q.  The Gates 2010 paper reported on talc/ovarian
10  cancer association; correct?
11     A.  That is correct.
12     Q.  And that's an NHS publication; correct?
13     A.  Correct.
14     Q.  An NHS publication of 2010 offered an
15  additional ten years of follow-up to the talc/ovarian
16  cancer hypothesis; correct?
17     MS. PARFITT:  Objection.  Form.
18     THE WITNESS:  It was additional
19  follow-up, but no update on exposure during that
20  time -- period of follow-up.
21  BY MR. JAMES:
22     Q.  For that period of follow-up, they followed
23  the study participants for an additional ten years;
24  correct?
25     MS. PARFITT:  Objection.  Form.

48  (Pages 186 to 189)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 190

1    THE WITNESS:  Yes.  I answered that
2  already.  Yes.
3  BY MR. JAMES:
4    Q.  And you agree more follow-up for a cohort is
5  better; correct?
6    MS. PARFITT:  Objection. Form.
7    THE WITNESS:  In general, longer
8  follow-up would be desirable.  However, when they're
9  not updating exposure information, that could -- that
10  creates a bias, a possible bias.
11  BY MR. JAMES:
12    Q.  Do you think the 2010 data and the Gates
13  paper with respect to the talc ovarian cancer issue is
14  superior to the 2000 data in the Gertig 2000 paper?
15    MS. PARFITT:  Objection. Form.
16    THE WITNESS:  I already made the point
17  that how they define the unexposed group was different
18  between the two studies; and so including some women
19  who had low levels of exposure in their unexposed
20  group, that could potentially have had the effect of
21  attenuating the association.
22    And so, you know, longer follow-up is
23  generally better, but some of the other things they
24  did, that's -- they were not so good.
25

Page 191

1  BY MR. JAMES:
2    Q.  Elsewhere in your report, you do complain
3  about lack of follow-up in the cohort studies, don't
4  you?
5    A.  I do mention that as one of the limitations,
6  yes.
7    Q.  And you specifically discuss the NHS cohort
8  as having a period of -- I believe you say it's
9  14 years; is that right?
10    A.  From -- yeah.  I -- I can't remember
11  specifically.  It's from the 1980s to -- I don't
12  remember the exact date of the last -- the last date
13  of follow-up in their papers.
14    Q.  And, again, that's the exposure period that
15  Penninkilampi is looking at as well; correct?
16    Or excuse me, not the exposure period, the
17  period of time that they follow the study
18  participants; correct?
19    Penninkilampi is looking at from
20  questionnaire to 2000; correct?
21    A.  Correct.
22    Q.  Okay.  And when you say in your report that
23  the NHS study has a 14-year follow-up period, that's
24  what you're looking at too, as well; correct?
25    A.  Right.  From the time of exposures --

Page 192

1    Q.  So one of your complaints --
2    A.  So I --
3    Q.  Sorry.
4    A.  Okay.
5    Q.  One of your issues with the cohort studies is
6  lack of follow-up; correct?
7    A.  For -- yes, for -- there are -- it's one of
8  several concerns I have about the cohort studies.
9    Q.  And the Penninkilampi study did not factor in
10  the additional period of follow-up through the 2010
11  paper; correct?
12    A.  I don't believe they did.  I think they went
13  with the earlier study.
14    Q.  In fact, they didn't even cite to the Gates
15  2010 data, did they?
16    MS. PARFITT:  Objection.
17    THE WITNESS:  No, they -- they didn't.
18  BY MR. JAMES:
19    Q.  And they didn't offer any explanation about
20  why they went with the earlier study, did they?
21    A.  Not that I recall.
22    Q.  And do you understand that in the 2010 NHS
23  paper through Gates, the association with serous
24  ovarian cancer washed out?
25    MS. PARFITT:  Objection to form.

Page 193

1    THE WITNESS:  "Washed out," I don't
2  like that term.  But again, I fully acknowledge that
3  the later study showed weaker associations, yes.
4  BY MR. JAMES:
5    Q.  And the association for serous invasive
6  ovarian cancer in the Gates 2010 paper was not
7  statistically significant; correct?
8    A.  I believe that is correct.
9    Q.  So when you include the critique in your
10  report about the follow-up being a 14-year period, you
11  also, like Penninkilampi, aren't crediting the
12  additional ten years of follow-up that the Gates paper
13  published on; correct?
14    MS. PARFITT:  Objection to form.
15    THE WITNESS:  "Aren't crediting the
16  additional ten years of follow-up."
17    You know, as I have stated before, when
18  people do meta-analyses, they will make decisions
19  about which studies to include.  I acknowledge that
20  Penninkilampi didn't describe in detail why they went
21  with the Gertig rather than a later study.
22    My understanding, however, is that other
23  people -- other meta-analyses have looked at -- have
24  included the later study, and the overall conclusions
25  were not changed in any real way.

49 (Pages 190 to 193)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 194

1  BY MR. JAMES:
2      Q. Well, Penninkilampi, you say, didn't describe
3  in detail about why they went with the earlier study,
4  but, in truth, they didn't describe it at all.
5          MS. PARFITT: Objection.
6          THE WITNESS: That's -- that's correct.
7  BY MR. JAMES:
8      Q. And when you refer to other studies that
9  have, in fact, looked at the Gates 2010 cohort data
10 that provides a longer period of follow-up, those
11 papers have necessarily noted that the serous
12 relationship found in Gertig 2000 disappeared in 2010;
13 correct?
14         MS. PARFITT: Objection. Form.
15         THE WITNESS: Can you -- can we -- tell
16 me which -- specifically which article you're --
17 BY MR. JAMES:
18     Q. Sure. Let's turn to the Berge article.
19     A. Okay.
20     Q. The Berge article was marked as
21 Exhibit No. 21. And you have it before you, Doctor?
22     A. I do.
23     Q. Okay. And if you turn to Figure 2, which is
24 on page 254, do you see that there that in the forest
25 plot, they have listed the cohort studies at the

Page 195

1  bottom; correct?
2      A. Correct.
3      Q. Okay. And there they report data from the
4  Gates 2010 study; correct?
5      A. Correct.
6      Q. Okay. They do not report the data from the
7  Gertig 2000 paper; correct?
8      A. That is correct.
9      Q. And if you look at the conclusions of the
10 Berge authors -- and we talked about this before --
11 but if you look at the abstract of the paper,
12 Dr. Moorman, the authors say (as read):
13         "The heterogeneity of results by
14         study design, however, detracts
15         from a causal interpretation of
16         this association."
17     Do you see that?
18     A. Yes. You've asked that before. Yes.
19     Q. And what the authors there are saying is that
20 the results from the case-control studies, the
21 meta-analyses of the case-control studies, and the
22 results of the meta-analyses of the cohort studies are
23 different; right?
24         MS. PARFITT: Objection.
25         THE WITNESS: They -- yes.

Page 196

1  BY MR. JAMES:
2      Q. They're heterogeneous. Did I pronounce that
3  correctly?
4      A. No. Heterogeneous.
5      Q. Heterogeneous. Thank you. I figured I got
6  that wrong.
7          So what they're saying there is that the
8  results by the study design are different; right?
9      A. That's -- yes, that's what they are saying.
10     Q. And here we see, again, that this study used
11 the more recent data; correct?
12         MS. PARFITT: Objection. Form.
13         THE WITNESS: It used the more recent
14 publication from the Nurses' Health Study, yes.
15 BY MR. JAMES:
16     Q. Which includes the more recent data; correct?
17         MS. PARFITT: Objection.
18         THE WITNESS: Yes.
19 BY MR. JAMES:
20     Q. On page 8 of your report, Dr. Moorman, you
21 say at the bottom paragraph (as read):
22         "Cohort studies and case-control
23         studies each have advantages and
24         disadvantages for assessing talc
25         as a risk factor for ovarian

Page 197

1          cancer, and one study design is
2          not clearly superior to the
3          other."
4      Do you see where I was reading that?
5      A. Yes, I do.
6      Q. So your expert opinion in this case is that
7  the cohort studies on talc ovarian cancer and the
8  case-control studies on talc ovarian cancer are on
9  equal footing?
10     A. I think -- again, using terminology like
11 "equal footing," it's -- I wouldn't really describe it
12 like that.
13         I think that case-control studies and cohort
14 studies are both well-established, well-accepted
15 methods for studying cancer epidemiology. There are
16 strengths and weaknesses to each design, as I have
17 indicated here. And some of them very -- some of the
18 strengths and weaknesses are very specific to this
19 exposure and outcome.
20     Q. Doesn't the body of talc ovarian cancer
21 literature that you've looked at for your MDL opinions
22 emphasize the importance of cohort data on the issue?
23         MS. PARFITT: Objection. Form.
24         THE WITNESS: I considered all of the
25 epidemiologic data; and when we look at the body of

50 (Pages 194 to 197)

Patricia G. Moorman, M.S.P.H., Ph.D.

| Page 198 | Page 200 |
|---|---|

**Page 198**

1 literature, more of the literature comes from
2 case-control studies than from cohort studies. So all
3 of the data are important. There just happen to be
4 more case-control studies than cohort studies.
5 BY MR. JAMES:
6     Q. But your testimony is that the cohorts are
7 not superior to the case-controls, and the
8 case-controls are not superior to the cohorts;
9 correct?
10     A. As I describe in my report -- the same page,
11 I say (as read):
12         "Rather than making a judgment
13         based only on the overall study
14         design, the evaluation and
15         interpretation of the findings of
16         the studies must consider the
17         strengths and weaknesses of the
18         individual studies."
19         And I think that I did consider that.
20 I considered strengths and weaknesses of the cohort
21 studies. I considered strengths and weaknesses of the
22 case-control studies.
23     Q. And you're not claiming that the study design
24 of these studies -- the cohort versus the
25 case-control -- one is superior to the other? You're

**Page 199**

1 not claiming that?
2         MS. PARFITT: Objection. Asked and
3 answered several times.
4         THE WITNESS: Right. I -- again,
5 I think that I have answered that, that they -- the
6 study designs are both well-accepted study designs;
7 they have advantages and disadvantages; and so you
8 have to look at some of the specific characteristics
9 of the individual studies.
10 BY MR. JAMES:
11     Q. And so the body of talc literature that
12 you've looked at, whether it be cohort studies,
13 meta-analyses, case-control studies, are you aware
14 that that body of literature has generally emphasized
15 the importance of cohort data on this topic?
16         MS. PARFITT: Objection. Misstates the
17 record -- scientific record.
18         THE WITNESS: I am aware -- I have read
19 some studies that mistakenly say that the cohort
20 studies, because they involve 40,000 or 60,000 people,
21 that they provide more of the evidence than all the
22 case-control studies, which are generally smaller.
23         However, just, again, to take the example of
24 the Gonzalez sisters study, that's a cohort with
25 40,000 people in it, but there were only 154 cases.

**Page 200**

1 And it's the number of cases rather than the overall
2 size of the cohort that contributes to the statistical
3 power. And that doesn't address all the other
4 problems with that study.
5         But sometimes people will mistakenly say
6 these large studies -- you know, this large study,
7 40,000 people, and they didn't find an association.
8 But they're not looking into all the limitations of
9 that particular study.
10 BY MR. JAMES:
11     Q. Okay, Dr. Moorman, I'm going to object to the
12 nonresponsive nature of your answer.
13     A. I -- I think that I was responsive, but
14 please ask your question again.
15     Q. Okay. So the question that I asked you is
16 whether you are aware that the body of literature that
17 you've looked at has generally emphasized the
18 importance of cohort data on this topic. The answer
19 is yes or the answer is no.
20         MS. PARFITT: The answer is -- first,
21 I object to the question. And the witness has
22 answered the question several times. Your time.
23 You're on your clock.
24 BY MR. JAMES:
25     Q. Are you aware that the body of literature has

**Page 201**

1 emphasized the importance of cohort data? Are you
2 aware of that? Yes or no?
3         MS. PARFITT: Objection.
4         THE WITNESS: I -- I disagree that --
5 your characterization of it.
6 BY MR. JAMES:
7     Q. Then, the answer is no.
8     A. No. You asked am I aware --
9     Q. The answer is yes or it's no, Dr. Moorman.
10 I have limited time to ask questions today.
11         Were you aware -- are you aware that the
12 body of literature on talc and ovarian cancer has
13 emphasized the importance of cohort data on this
14 topic?
15         MS. PARFITT: Objection. Form.
16         THE WITNESS: I don't think --
17         MS. PARFITT: Asked and answered.
18         THE WITNESS: -- the statement is true.
19 I think that the --
20 BY MR. JAMES:
21     Q. So then the answer is no.
22         MS. PARFITT: Stop. Let her answer.
23         THE WITNESS: No. You're asking me if
24 I'm aware --
25         MS. PARFITT: Why do you ask her the

51 (Pages 198 to 201)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 202

1    same question?
2         THE WITNESS:  -- that this has
3    emphasized that.  And I don't think that is it at all.
4         I think that the body of literature
5    emphasizes again and again and again that of the
6    roughly 25 to 30 studies, only three of them are
7    cohort studies.
8         It's part of the data on the topic, but it's
9    just part of it.  So to say that it has emphasized the
10   importance of cohort data, I don't agree with that
11   statement.
12   BY MR. JAMES:
13        Q.  I marked the Houghton WHI study as
14   Exhibit No. 25, and I'm going to hand you two copies.
15        (Exhibit No. 25 was marked for identification.)
16             THE WITNESS:  Thank you.
17   BY MR. JAMES:
18        Q.  All right.  Dr. Moorman, you see here in the
19   abstract, the "Background" section of the paper, the
20   authors of the WHI study in 2014 say that (as read):
21        "The purpose of this analysis was
22        to assess perineal powder use and
23        risk of ovarian cancer
24        prospectively."
25        Correct?

Page 203

1         A.  That is what it says, yes.
2         Q.  Okay.  And if we look towards page 5, we see,
3    at the top of the left-hand column, the authors there
4    emphasize (as read):
5         "The prospective nature of our
6         study would eliminate the
7         potential for recall bias."
8         Do you see that?
9         A.  I do see that.
10        Q.  Do you agree with that general proposition?
11   "Yes" or "no"?
12        A.  It eliminates the potential for recall bias.
13   It does not eliminate the potential for inaccurate
14   recall.
15        Q.  And if you look at page 4, it's the preceding
16   set of sentences, the authors note -- quote -- at the
17   bottom of the right column (as read):
18        "One potential reason that
19        case-control studies have found
20        slight increases in risk is the
21        potential for an overestimation of
22        the true association due to recall
23        bias, because the participants are
24        aware of their ovarian cancer
25        status when reporting powder

Page 204

1         exposure."
2         Do you see where I read that?
3         A.  I do.
4         Q.  Okay.  Again, do you agree with that
5    statement as a general proposition?
6         A.  I would like to point out there are --
7    potential reason, a potential for an overestimation.
8    And in my own report, I acknowledge the potential for
9    recall bias, and I go back to explain why I don't
10   think that recall bias is a full explanation for this
11   association.
12        Q.  Nevertheless, you will agree with me that the
13   authors of this paper are acknowledging the importance
14   of cohort data?  Agree?
15             MS. PARFITT:  Objection.
16             THE WITNESS:  As you would expect the
17   investigators on a cohort study to do.
18   BY MR. JAMES:
19        Q.  And the answer was yes --
20        A.  Yes.
21        Q.  -- comma, as you would expect?
22             MS. PARFITT:  Objection.
23             THE WITNESS:  Yes.
24             MR. JAMES:  I'm going to mark as the
25   next exhibit the Gertig 2000 paper, which is

Page 205

1    Exhibit No. 26.
2         (Exhibit No. 26 was marked for identification.)
3    BY MR. JAMES:
4         Q.  Again, this is the NHS 2000 paper; correct?
5         A.  That is correct.
6         Q.  And we see that in the abstract of this
7    cohort paper, the authors state at the -- well, it's
8    not in the abstract -- it's right above the "Methods"
9    section, the authors state (as read):
10        "Despite the relative consistency
11        among studies, the limited
12        supporting biologic evidence,
13        together with the possibility of
14        recall and selection bias in
15        case-control studies, has raised
16        questions about the plausibility
17        of the association.  We,
18        therefore, prospectively examined
19        the relationship between perineal
20        talc use and ovarian cancer risk
21        in a large cohort of US women."
22        Do you see where I read that?
23        A.  Yes, I do.
24        Q.  And again, methodologically, the authors of
25   this cohort paper are emphasizing the importance of

52 (Pages 202 to 205)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 206

1    cohort data on the topic; correct?
2            MS. PARFITT: Objection.
3            THE WITNESS: Yes. Again, they
4    emphasize the importance of doing it prospectively, as
5    you would expect the investigators on a cohort study
6    to do.
7    BY MR. JAMES:
8        Q. Do you think that's just because there's some
9    sort of subjective bias the authors of that cohort
10   paper have towards cohorts? Do you think that's just
11   their personal opinion?
12           MS. PARFITT: Objection.
13           THE WITNESS: I have no way of knowing
14   what their opinion is.
15   BY MR. JAMES:
16       Q. A number of the meta-analyses that we've
17   looked at today and that you looked at to inform your
18   report have also talked about the benefits of cohort
19   data. And I've asked that question before, and that's
20   where we -- that's where we sort of ran into issues,
21   so I'll just strike that question.
22           If you can turn to -- back to the
23   Penninkilampi study. And the Penninkilampi study is
24   the recent meta-analysis that you cited 14 times in
25   your report; correct?

Page 207

1            MS. PARFITT: Objection. Form.
2            THE WITNESS: As stated below -- or
3    stated above, I have cited it. I don't know how many
4    times.
5    BY MR. JAMES:
6        Q. And meta-analyses also are what you refer to
7    in your report as some of the strongest evidence;
8    correct?
9        A. Yes, that is correct.
10       Q. Okay. And so the authors of this
11   meta-analysis, on page 47 in the conclusion section,
12   which we have looked at already, again note that
13   case-control studies are "prone to recall bias";
14   right?
15       A. That's what it says, yes.
16       Q. Okay. And then if you continue on past the
17   section that we've already read -- and actually, it
18   begins at the bottom of page 47 and carries to 48 --
19   but the authors state (as read):
20           "Additional epidemiologic evidence
21           from prospective studies with
22           attention to effects within
23           ovarian cancer subtype is
24           warranted."
25           So here the authors of Penninkilampi are

Page 208

1    again stressing the desire for cohort data on this
2    topic; correct?
3            MS. PARFITT: Objection. Misstates the
4    evidence.
5            THE WITNESS: When -- if we were to
6    look at a cohort study where women were enrolled in
7    the study early in their life when they started using
8    talc and they were followed throughout their life and
9    exposure information was updated throughout the period
10   of follow-up and you followed them for 50 years, that
11   would be a wonderful way -- a stronger design than to
12   do a case-control study. So I could not disagree with
13   that.
14           But we're being asked to make a judgment on
15   the data that we have here -- here and now, not
16   something that's decades away.
17   BY MR. JAMES:
18       Q. Do you agree that case-control studies are
19   low-level evidence?
20       A. No, I do not agree with that.
21       Q. Do you know that the Penninkilampi authors
22   referred to case-control studies as low-level
23   evidence?
24       A. I see that in their paper.
25       Q. Do you --

Page 209

1        A. I --
2        Q. I'm sorry.
3        A. I will disagree with that. It's -- just
4    using the example of my own study, the AACES study.
5    Of all the studies that have looked at talc and
6    ovarian cancer, I believe that one is the one that has
7    been most recently funded. So about 2009, 2010. It's
8    quite an expensive study, and I can't imagine that the
9    National Cancer Institute would have invested that
10   much money in the study if they thought that we were
11   only going to get low-level evidence.
12           MS. PARFITT: Scott, we've been going
13   about an hour and ten.
14           You may want to keep going? Just let me
15   know.
16           THE WITNESS: I could use a break.
17           MR. JAMES: May I finish this line? Is
18   that okay with you?
19           THE WITNESS: Yes.
20           MR. JAMES: Everyone?
21           MS. PARFITT: Sure.
22   BY MR. JAMES:
23       Q. Dr. Moorman, if you can turn with me to the
24   Langseth study. It's Exhibit 22. And this will be
25   the last series of questions, and then we'll take our

53 (Pages 206 to 209)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 210

1  break.
2      A.  Langseth -- okay.  The exhibit number is
3  incorrect.
4      Q.  Oh, you're right.  And I'm going to fix that
5  at break.  Thank you.
6      A.  Okay.
7      Q.  If you turn with me to page -- well, you
8  don't have to turn.  It's page 358.  It's the first
9  page of the article.  And, again, Langseth is one of
10  the meta-analyses upon which you rely; correct?
11     A.  Correct.
12     Q.  And the meta-analyses authors here say, in
13  the left-hand column at the bottom, the second
14  sentence of the bottom paragraph, they say (as read):
15          "In the cohort study, arguably the
16          strongest study because of its
17          partly prospective ascertainment
18          of exposure, there was no
19          association between cosmetic talc
20          use and risk of all subtypes of
21          ovarian cancer combined."
22      Do you see that?
23     A.  Yes.
24     Q.  Okay.  You agree with the Langseth authors
25  that the cohort study is arguably the strongest study

Page 211

1  because of its prospective nature?
2      A.  I really can't say that I agree with that,
3  because the prospective aspect of it is certainly a
4  positive for the study, but the way they did exposure
5  assessment kind of weakened the study.
6          So I think that there were some very well
7  done case-control studies, so I wouldn't necessarily
8  say this was the strongest study.
9          MR. JAMES:  And now is a good time for
10  the break.
11         THE WITNESS:  Okay.
12         MR. JAMES:  Thank you.
13         THE VIDEOGRAPHER:  Going off record at
14  3:02 p.m.
15     (Recess taken from 3:02 p.m. to 3:16 p.m.)
16         THE VIDEOGRAPHER:  Back on record at
17  3:16 p.m.
18  BY MR. JAMES:
19     Q.  Dr. Moorman, on page 25 of your report, you
20  make a comment about power and the cohort studies;
21  correct?
22     A.  Can you --
23     Q.  It's the bottom of first paragraph, where you
24  cite the Narod article.
25     A.  Yes.

Page 212

1      Q.  And you cite Narod for your comments about
2  power in the cohorts; correct?
3      A.  Yes.
4      Q.  Have you analyzed the calculations performed
5  by Narod?  Have you separately analyzed his
6  calculations?
7      A.  No, I did not.
8      Q.  Have you considered any other commentaries or
9  articles looking at the issue of power in the cohort
10  studies in the talc ovarian cancer literature?
11     A.  I -- I'm trying to remember specifically.  It
12  seems like the Sister Study might have mentioned power
13  as a limitation of their study because of the number
14  of cases.
15     Q.  Did you consider -- let me just hand this to
16  you.  We already have it marked.  It's the Berge
17  article, which is Exhibit 21.
18     A.  Okay.
19     Q.  And I'm turning to page 253.  And at the
20  far -- the right column, top paragraph, and halfway
21  down through that paragraph, the authors state
22  (as read):
23          "It should be noted that the
24          cohort studies included in the
25          meta-analyses comprised a total of

Page 213

1          429 cases of ovarian cancer
2          exposed to genital talc and 943
3          unexposed cases.  The statistical
4          power of the meta-analysis of
5          these cohort studies to detect a
6          relative risk of 1.25, similar to
7          the result of meta-analyses of
8          case-control studies, was .99.
9          Thus low power of cohort studies
10         cannot be invoked as an
11         explanation of the heterogeneity
12         of results."
13      You see where I was reading?
14     A.  I do.
15     Q.  Have you considered this portion of the Berge
16  article before?
17     A.  I have looked at this article, and I have
18  considered all aspects of it, as I did all of the
19  other meta-analyses and articles.
20     Q.  You did not cite the Berge article with
21  regard to the issue of power in your report; correct?
22         MS. PARFITT:  Objection.  Form.
23         THE WITNESS:  No, I -- I did not.
24  BY MR. JAMES:
25     Q.  Okay.  And why is that?

54 (Pages 210 to 213)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 214

1      A. I can't cite any specific reason.
2      Q. Is that because this conflicts with your
3   litigation opinion on power?
4            MS. PARFITT: Objection. Form.
5            THE WITNESS: No. I -- I don't -- that
6   was not my reason, no.
7   BY MR. JAMES:
8      Q. Do you have any reason to disagree with the
9   power analysis set forth in the Berge paper?
10     A. I -- I don't have a reason to disagree with
11  the power issue, but I think that it's only one part
12  of the picture, that there are other factors that
13  could contribute to differences in the findings
14  between the cohort studies and the case-control
15  studies.
16     Q. With respect to this precise power
17  calculation in the Berge paper, do you have any
18  criticisms of this power calculation?
19     A. They do not provide much detail on how they
20  calculated it, so there's really -- I can't say if
21  they did it correctly or not. But I -- I just can't
22  comment on it. It's just a single sentence there.
23     Q. Similar to the Narod sentence that you
24  reviewed?
25     A. I --

Page 215

1      Q. Let me rephrase it if it helps.
2            Did you separately assess the Berge --
3   excuse me -- the power calculation in either the Narod
4   article or the Berge article?
5      A. If I may go back to my report for just a
6   moment.
7      Q. Sure.
8      A. I think that this statement that I have
9   here -- I'm -- I think my intent in my report was
10  indicating that the lack of statistical significance
11  in the individual studies was a power concern.
12           Berge was talking about the statistical
13  power for the combined studies. So I think that there
14  is some distinction there between what I'm referring
15  to individual studies versus what Berge is describing
16  as the power of the combined analysis.
17     Q. Well, Berge is saying that the low power of
18  cohort studies cannot be invoked as an explanation for
19  the heterogeneity of results.
20           Do you agree or disagree with that
21  statement?
22     A. When they are combining them, I -- I don't
23  disagree with that. I think there are other reasons
24  that can explain the heterogeneity.
25     Q. On page 25, we've touched upon this already,

Page 216

1   but with respect to the issue of follow-up -- it's the
2   paragraph above the Narod comment.
3            Do you see where I am?
4      A. Yes.
5      Q. Okay. And there, we talk about -- excuse me.
6   There, you talk about the follow-up for the cohort
7   studies; correct?
8      A. Yes.
9      Q. Okay. And with respect to the NHS follow-up,
10  there is where you report 14 years of follow-up;
11  right?
12     A. Correct.
13     Q. And as we discussed earlier today, that does
14  not account for the additional ten years of data as
15  reflected by the Gates 2010 paper; correct?
16     A. What I am referring here, I'm describing the
17  three cohort studies in the most recent meta-analyses
18  and what they reported in that meta-analysis --
19     Q. Understood.
20     A. Okay.
21     Q. So you're referring there to the
22  Penninkilampi meta-analysis; correct?
23     A. I believe that is the case. Let me check the
24  reference. Yes.
25     Q. So Penninkilampi reports the 14 years of

Page 217

1   follow-up; correct?
2      A. I believe so.
3      Q. And we know that the Penninkilampi paper did
4   not include the additional 10 years of follow-up as
5   reflected by the Gates 2010 paper; correct?
6      A. Yes. We have already -- you've already asked
7   and I've already answered that.
8      Q. And then the next one you discuss is the WHI
9   study where you are reporting Penninkilampi's
10  reporting of 12.4 years of follow-up; correct?
11     A. That is correct.
12     Q. And do you know that the follow-up period in
13  the WHI -- do you know that the WHI asked about
14  duration of talc use?
15     A. May I go back to that study?
16     Q. Sure.
17     A. Do you --
18     Q. It's 25.
19     A. Yes, they describe in their exposure
20  assessment, that they did ask about duration of use
21  using five categories from less than a year all the
22  way up to 20 or more years.
23     Q. And so we know that they -- they followed the
24  study participants for, according to Penninkilampi,
25  12.4 years. But, in addition to that, they also asked

55 (Pages 214 to 217)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 218

1  about the -- study participants about their prior
2  duration of usage; correct?
3      A. They asked about that, but I think that one
4  has to consider some of the caveats that go along with
5  that. These -- may I continue?
6      These women, they report that they were, on
7  average, 63 years of age when they -- at baseline, so
8  at the start of enrollment in the cohort. So they
9  were asking them to recall an exposure that went back,
10  for many women, that probably started in their teens
11  or twenties. So there was certainly the possibilities
12  of some inaccurate recall because they were asking
13  them to recall an exposure that went back quite a few
14  years.
15      Another consideration with this study is
16  they excluded roughly -- let's see -- the cohort
17  was -- they started off with 90-some-thousand women in
18  the cohort, and they excluded any history of any women
19  with cancer at baseline, which is appropriate to do,
20  but the potential concern about that is, if there were
21  talc users who had developed ovarian -- or had
22  developed ovarian cancer before the follow-up began,
23  that would never be captured.
24      MR. JAMES: Okay. Dr. Moorman, just
25  very respectfully, I'm going to have to object to the

Page 219

1  nonresponsive portion of the answer.
2  BY MR. JAMES:
3      Q. So the question that I asked is not the
4  question that you ended up answering.
5      A. I did answer your question, I believe.
6      Q. Okay. I didn't ask you for your critiques of
7  the WHI. I asked you about the follow-up issue.
8  Okay? Do we need to look at the question again?
9      I asked -- my question is:
10      "Question: But in addition to that,
11      they also asked about -- the study
12      participants about their prior
13      duration of usage; correct?"
14      A. And I answered it but thought that there were
15  important relevant considerations.
16      MR. JAMES: Can we go off the record
17  for a second --
18      MS. PARFITT: Yes.
19      MR. JAMES: -- please?
20      THE VIDEOGRAPHER: Off record at 3:29.
21      (Discussion off the record.)
22      THE VIDEOGRAPHER: Back on record at
23  3:31 p.m.
24  BY MR. JAMES:
25      Q. On page 25 of your report, Dr. Moorman --

Page 220

1  excuse me -- page 26, you discuss updating exposure
2  information in the cohort studies.
3      A. Yes.
4      Q. Do you have any basis to dispute the accuracy
5  of the reported talc use at the time it was initially
6  ascertained in the cohort studies?
7      A. The accuracy of the reported talc use at the
8  time that they started follow-up in the cohorts.
9      Q. Correct.
10      A. I believe that, when you are asking people to
11  recall exposures that occurred over a long period of
12  time, there will be some inadvertent inaccuracies.
13      Q. And are you saying with respect to questions
14  about duration?
15      A. It could be with ever use or with duration.
16  Some women who used it might have forgotten and never
17  reported it. So that's just kind of an inherent
18  problem anytime you ask someone to recall exposures,
19  particularly if they might have occurred decades ago.
20      Q. Is that true for the case-control studies as
21  well?
22      A. Yes. In my report, I indicate that -- I make
23  the distinction between recall bias and inaccurate
24  recall and indicate that inaccurate recall --
25  specifically on page 21, make the distinction between

Page 221

1  recall bias and inaccurate recall that is difficult --
2  inaccurate recall and exposure that is difficult to
3  remember with precision.
4      And that's an issue with any type of study
5  when you're asking people to recall past exposures.
6      Q. And transitioning to the topic that you
7  brought up, which is the recall bias. We can stay on
8  page 216 your report.
9      A. Yes.
10      Q. And there, you address -- at the bottom
11  paragraph, you say that (as read):
12      "Recall bias, which theoretically
13      could result in the bias estimate
14      of the relative risk, must be
15      considered."
16      Do you see where I am?
17      A. I do.
18      Q. And you cite three situations where recall
19  bias would be a "particular threat" to a study's
20  validity; right?
21      A. Yes.
22      Q. And with -- let's walk through those three
23  together.
24      The first is -- the first threat that you
25  identify is "if the exposure of interest is one that

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 222

1  could be considered sensitive"; right?
2      A. Yes.
3      Q. Okay. And then you address that reason in
4  turn on the next page, on page 22 of your report?
5      A. Yes.
6      Q. And you state there that (as read):
7          "In regard to the situation,
8          genital talc use would 'not be
9          considered a particularly
10         sensitive topic.'"
11     Right?
12     A. That's what I state in my report, yes.
13     Q. Okay. And what basis do you have for that
14 statement? Do you cite to anything? Have you
15 conducted any studies to support that statement? What
16 scientific basis do you have for that statement?
17     A. This is based on my professional judgment,
18 based on years and years of doing studies where we
19 collect data, getting feedback from interviewers. In
20 our studies, we ask about a lot of personal things,
21 you know, their menstrual history, their contraceptive
22 history, those kind of things.
23         And I have never gotten the impression that
24 these were things that women considered sensitive and
25 did not want to reveal, whereas when you get into

Page 223

1  other topics, say -- like, I give the example of
2  induced abortion, that, I have heard from some of our
3  interviewers, that sometimes that evokes strong
4  emotions in the women.
5          And so I think that, you know, there are
6  some exposures that are sensitive, as I describe, that
7  women might be hesitant to report. And I contrast
8  that with things that are personal but not
9  particularly sensitive.
10         When a woman has agreed to be in a study,
11 she knows that we're going to be asking some of these
12 questions. And I have never heard any comments from
13 any of the interviewers in the many studies I've done
14 that this was a question that women felt uncomfortable
15 with.
16     Q. Do you acknowledge the possibility that a
17 person's use of a cosmetic talcum powder in their
18 genital region could be viewed by some as a sensitive
19 topic?
20     A. I -- again, I -- I kind of make the
21 distinction between something that is personal -- and
22 we ask them a lot of personal questions, but it's --
23 I don't see any aspect of that that would seem
24 particularly sensitive, why someone might be
25 embarrassed or feel that someone was going to judge

Page 224

1  them, or any reason why a woman, if she's telling you
2  her whole pregnancy and menstrual history, why she
3  would feel embarrassed about her use of genital talc.
4      Q. And do you have any empirical data to support
5  that opinion?
6      A. I am unaware of any empirical data that
7  specifically addresses that.
8      Q. Okay. The second situation you identify on
9  page 21 and then discuss on page 22 is if -- is if the
10 study hypotheses are known to the study subjects or
11 interviewers.
12     Do you see that?
13     A. Yes.
14     Q. Okay. And your analysis is on page 22.
15     What did you do to evaluate this factor?
16     A. Whether the study hypotheses are known to the
17 study subjects or interviewers?
18     Q. Correct. With respect to the talc ovarian
19 cancer literature.
20     A. Okay. Again, this is based on my experience
21 in having done epidemiologic studies for many years.
22 As I state here, it's standard practice in
23 epidemiologic research where we're not discussing the
24 hypotheses with the interviewers. We're asking a lot
25 of questions. Some thought to increase risk; some

Page 225

1  thought to decrease risk. It's standard that you
2  would not really discuss the hypotheses with the
3  interviewers.
4          And, similarly, when we invite or ask women
5  to be in our studies, we will tell them that, you
6  know, it is a study of ovarian cancer, but we're not
7  telling them which factors we think might be
8  associated with increased risk and which ones might be
9  associated with decreased risk.
10     Q. To support this statement, did you conduct
11 any post-interview interviews?
12     A. Can you restate that? Tell me -- I'm not
13 sure what you're asking.
14     Q. So to determine if study hypotheses were
15 known to the study subjects at the time that they were
16 asked the questions, there would be methods or ways to
17 which you could find that out; correct?
18     A. We -- I'm thinking about it. I have never
19 known that to be -- I've never known a study that has
20 done that.
21         In one breast cancer study, at the end of
22 the interview, we asked the women if they had any
23 ideas about what caused breast cancer. And, you know,
24 we thought it might maybe raise some new ideas, but we
25 found that it was largely -- we didn't see anything

57 (Pages 222 to 225)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 226

1   that was usable.  I think that the most common
2   response was that women thought it was stress.  So --
3       Q.  But you don't have any evidence of anything
4   similar being done in the talc ovarian cancer
5   literature; correct?
6       A.  Not to my knowledge.
7       Q.  At the bottom of page 22, and then carrying
8   over through 23, you cite to the Lanza study; correct?
9       A.  That's correct.
10      Q.  And you cite Lanza for the proposition
11  that -- to provide "further evidence that recall bias
12  in case-control studies does not inevitably lead to an
13  overestimate."
14          Do you see where I was reading?  It's at the
15  bottom of 22.
16      A.  Yes.  Yes, I see where you're reading.
17      Q.  Lanza did not pertain to talc and ovarian
18  cancer; correct?
19      A.  As I state in my report, yes.  It's looking
20  at a variety of meta-analyses that looked at both
21  case-control studies and cohort studies.  And the
22  point of that paper was to determine if recall bias
23  seemed to lead to a consistently increased risk.  And
24  their conclusion, as I state in here, there's no
25  significant difference in the effect estimates between

Page 227

1   the case-control and cohort studies, suggesting that
2   the study design didn't have an important impact on
3   the conclusions of the meta-analyses.
4           MR. JAMES:  Okay.  I marked Lanza as
5   Exhibit 27.  I'll hand you two copies.
6       (Exhibit No. 27 was marked for identification.)
7   BY MR. JAMES:
8       Q.  And so Lanza concerns therapeutic
9   interventions; correct?
10      A.  Yes.
11      Q.  And isn't -- and correct me if I'm wrong
12  here, but looking at Lanza, isn't what Lanza doing is
13  they're comparing the odds ratios reached in both the
14  case-control studies and in the prospective cohort studies on
15  a completely different body of literature; right?
16      A.  It is not dealing with talc and ovarian
17  cancer, if that is your question.
18      Q.  And they're looking at whether the results of
19  the case-control studies on that separate body of
20  literature and the results of the prospective cohort
21  studies on that separate body of literature reached
22  different results; right?
23      A.  Yes.
24      Q.  Okay.  And so the author's conclusions in the
25  abstract here are -- which you note in your report --

Page 228

1   are that the estimates did not differ between
2   case-control and prospective or retrospective cohort
3   studies; correct?
4       A.  Where are you reading, please?
5       Q.  I'm in the "Results" section.
6       A.  Okay.  Yes.
7       Q.  And then they say, "Heterogeneity was also
8   low," below that; right?
9       A.  Yes.
10      Q.  Again, if I'm understanding this paper
11  correctly, the situation for talc and ovarian cancer
12  is completely different, isn't it?  Where we do have
13  heterogeneity between the prospective studies and the
14  retrospective case-control studies; right?
15          MS. PARFITT:  Objection.  Form.
16          THE WITNESS:  We have one example in
17  the talc and the -- and the ovarian cancer -- in the
18  meta-analyses, they did note some heterogeneity
19  between the cohort studies and the case-control
20  studies.
21          I think that the point that I was trying to
22  get with that is in the observational studies, there's
23  always concern, as several of these people have -- as
24  several of the meta-analyses and other papers have
25  reported, that the stronger association due to --

Page 229

1   among the case-control studies was due to some kind of
2   recall bias.
3           So the point is, if it was recall bias, you
4   would expect to see that case-control studies always
5   had higher estimates than the cohort studies; and this
6   study is making the point that in this wide variety of
7   interventions that they looked at, that doesn't seem
8   to be the case at all.  Okay.
9   BY MR. JAMES:
10      Q.  So, again, this study is saying, "Look, the
11  results of case-control studies and the results of
12  prospective cohort studies on these therapeutic
13  interventions are similar, same ballpark, and so thus,
14  we can conclude that recall bias in this body of
15  literature must not be a big deal."
16          Is that a layman's fair way to describe the
17  results of this paper?
18          MS. PARFITT:  Objection.  Form.
19          THE WITNESS:  Yeah.  I -- I mean,
20  I think that it's one part of the -- I think that,
21  overall, that's a pretty fair summary of the point
22  that this paper is making.  So...
23  BY MR. JAMES:
24      Q.  And if you acknowledge that in the talc
25  ovarian cancer literature, there is a disparity

58  (Pages 226 to 229)

Patricia G. Moorman, M.S.P.H., Ph.D.

|  | Page 230 |
|---|---|

1    between the retrospective case-control studies and the
2    prospective cohort studies, then Lanza isn't really
3    applicable at all, is it?
4           MS. PARFITT:  Objection.
5           THE WITNESS:  It is -- I think that it
6    is very applicable because it's trying to get at the
7    recall -- is recall bias -- is that a problem in
8    case-control studies that is going to inevitably lead
9    to higher risk estimates than what you would get in
10   cohort studies?
11          And as we have seen in these articles, we
12   see recall bias is frequently cited as a potential
13   reason that we saw stronger associations in
14   case-control studies than in cohort studies.
15          And I think this paper is really pointing
16   out that that's not inevitable, that you're always
17   going to have higher estimates with case-control
18   studies than cohort studies.
19          Specifically in relation to the
20   heterogeneity between the cohort studies and the
21   case-control studies in talc, I think that we have to
22   consider other biases that may be operating.
23   BY MR. JAMES:
24      Q.  I mean, the justification for the Lanza
25   conclusions is that the results in the two study

|  | Page 232 |
|---|---|

1       Q.  If you're looking at Lanza objectively,
2    doesn't it say exactly the opposite of what you're
3    saying here, Doctor?
4           I mean, again, the justification for Lanza
5    is the results are the same, and so recall bias isn't
6    a problem.  But that justification doesn't exist in
7    the world of talc ovarian cancer.
8           That will be my last question on that.
9       A.  No.  I think that this addresses the recall
10   bias in the -- you know, I acknowledge it doesn't
11   directly address talc and ovarian cancer in this
12   paper; but it does address this -- this commonly-cited
13   thing that, you know, recall bias in case-control
14   studies could lead to higher risk estimates.  And it's
15   saying that's not necessarily the case always.
16      Q.  I promised that was my last question --
17      A.  Okay.
18      Q.  -- so we'll move on.
19          The third factor that you discuss as a
20   particular threat for recall bias is if there is
21   considerable media attention.
22          Do you see where I've returned back to on
23   page 22?
24          21 is where you -- 21 through 22 is where
25   you lay out the three reasons.  At the top of 22, you

|  | Page 231 |
|---|---|

1    designs are pretty much the same.  So these two study
2    designs didn't reach different results.  And so in
3    this body of literature, we don't really need to be
4    worried about recall bias.  Recall bias was not
5    operating to create a disparity of results in this
6    body of literature."
7           But, in contrast, in the talc ovarian cancer
8    world, there is a disparity in the results by study
9    design; right?
10      A.  We've already acknowledged there is some
11   heterogeneity in results.  Is it due to recall bias?
12   Is it -- do we have to assume that recall bias is in
13   play here and that explains the higher -- or the
14   stronger associations generally reported in the
15   case-control studies.
16          And this article is addressing one -- one
17   potential bias, the recall bias.  And I don't --
18   I think that it provides support that we cannot just
19   do a knee-jerk reaction of "case-control studies, they
20   have the potential for recall bias, that leads to
21   higher estimates, and therefore, these studies are
22   biased."
23          There are other biases in play in the cohort
24   studies that I think are very plausible explanations
25   for why there might be some differences.

|  | Page 233 |
|---|---|

1    say "considerable media attention."
2       A.  Yes.
3       Q.  And then you evaluate the media attention
4    factor on the following page; right?
5       A.  On page 23, yes.
6       Q.  On 23, you say that, for the media attention
7    concern, you say in the middle of the first full
8    paragraph (as read):
9               "The concern is not relevant to
10              the vast majority of the studies
11              as virtually all the data
12              collection in the epidemiologic
13              studies of talc and ovarian cancer
14              occurred prior to such
15              litigation."
16          Do you see that?
17      A.  Yes, I do.
18      Q.  And you agree that media attention is not
19   limited to litigation; correct?
20      A.  Yes.
21      Q.  Did you undertake any effort to analyze the
22   extent of publicity or media attention to the talc
23   ovarian cancer issue prior to 2014?
24      A.  I did not do any specific analysis of that.
25   I personally was unaware of any media attention on

59 (Pages 230 to 233)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 234

1  this topic prior to the litigation.
2       Q.  Then I believe on page 23, you go on to
3  discuss the Schildkraut 2016 paper; correct?
4       A.  Yes.
5       Q.  Okay.  And if we can pull that back out.  It
6  is the exhibit -- did I mark it?
7            MS. PARFITT:  I don't think so.
8            MR. JAMES:  Okay.  I'll mark it as the
9  next one, so you don't have to fish for it here.  It's
10  Exhibit 28.
11  (Exhibit No. 28 was marked for identification.)
12            MR. JAMES:  Which is the Schildkraut
13  2016 paper.  I'll hand you two copies.
14  BY MR. JAMES:
15       Q.  And so we touched upon this a bit earlier,
16  Dr. Moorman, where we talked about the phraseology
17  where you say the association was "attenuated but not
18  eliminated."
19            Do you recall that exchange we had earlier?
20            THE WITNESS:  Yes, I do.
21  BY MR. JAMES:
22       Q.  Okay.  And in this 2016 paper, again, you,
23  among the authors, compared the odds ratios for talc
24  and ovarian cancer for participants before 2014 and
25  for participants after 2014; correct?

Page 235

1       A.  Correct.
2       Q.  And if we look at page 1414 -- I'm looking
3  for my place here.
4            If you look at Table 2, Dr. Moorman, you see
5  there where you have broken out the data on interview
6  date after 2014; right?
7       A.  Yes.
8       Q.  And then above that is the interview date
9  before 2014; correct?
10       A.  Yes.
11       Q.  And we see that the odds ratio here for
12  interview date after 2014 is 2.91; correct?
13       A.  That is correct.
14       Q.  That's well in excess of any odds ratio
15  reported in any of the meta-analyses; correct?
16       A.  For the overall summary odds ratio, yes.
17       Q.  And before 2014, we see that the odds ratio
18  is a 1.19 that is not statistically significant, which
19  is what we discussed earlier; correct?
20       A.  Yes, we discussed that earlier.
21       Q.  And you also report in this article a
22  distinction between the pre-2014 interviewees and the
23  post-2014 interviewees based upon their reported talc
24  usage; right?
25       A.  Yes.

Page 236

1       Q.  And you -- I believe this table reflects --
2  though I'm still looking for it, and maybe you can
3  help me with it -- but the data in this table reflects
4  that pre-2014 interviewees reported talc usage at the
5  rate of 36 percent, and post-2014 interviewees
6  reported rates -- excuse me, reported usage at the
7  rate of 51 percent.
8       A.  Yes, I see that in the table.
9       Q.  And so that's a significant disparity in
10  reported usage rates; would you agree with that?
11            MS. PARFITT:  Objection.  Form.
12            THE WITNESS:  Clearly, it is what it
13  is.  It's 36 percent as -- versus 51 percent.  Okay.
14  BY MR. JAMES:
15       Q.  And so we have your paper here showing that
16  before 2014, before the onset of the litigation, you
17  had study participants reporting talc usage at a lower
18  rate; right?
19       A.  Than -- yes.
20       Q.  And if you isolated the association analysis
21  to those -- to that group, you also have a
22  non-statistically significant association; correct?
23       A.  And again, when you stratify -- we've already
24  covered that.  I acknowledge that prior to 2014, it
25  was not statistically significant.  We also indicated

Page 237

1  certainly in the range of what many other studies have
2  seen.  But when you stratify like that, you are
3  getting into smaller sample sizes.  So there's
4  statistical significance that -- the fact that it's no
5  longer statistically significant is not all that
6  surprising.
7       Q.  Have you seen the Trabert editorial that
8  followed the publication of the Schildkraut article?
9       A.  I'm sure that I have read it at some point,
10  but --
11       Q.  Okay.  I'm going to -- I'm sorry.
12       A.  -- please, let's -- I haven't looked at it in
13  quite some time.
14       Q.  So I'm going to mark as Exhibit 29 an
15  editorial by Britton Trabert entitled "Body Powder and
16  Ovarian Cancer Risk -- What is the Role of Recall
17  Bias?"
18            I'll hand you two copies.
19  (Exhibit No. 29 was marked for identification.)
20  BY MR. JAMES:
21       Q.  Dr. Moorman, does this editorial look
22  familiar to you?  Have you seen it before?
23       A.  Yes, I have seen it before.
24       Q.  Have you ever spoken with or communicated
25  with Britton Trabert about this editorial?

60 (Pages 234 to 237)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 238

1      A. No, I have not.
2      Q. And you see that in the right-hand column,
3   about midway down, Dr. Trabert refers to the data
4   points that we were just discussing; correct?
5      A. Yes.
6      Q. And if you look to the second page of the
7   editorial, Trabert reports, at the last paragraph of
8   the article (as read):
9           "The current study highlights the
10          concern over recall bias in
11          case-control studies, particularly
12          once an exposure becomes the
13          subject of considerable media
14          coverage."
15       Do you see where I was reading that?
16      A. Yes, I do.
17      Q. Do you agree with Dr. Trabert's concerns
18   about media coverage impacting the results of the
19   Schildkraut study?
20      A. I -- I think that the investigators on our
21   study, they had that concern. That's why we did those
22   analyses. So...
23      Q. So do you acknowledge the possibility that
24   the results of the 2016 study may reflect recall bias
25   in the study?

Page 239

1      A. In this discussion -- if I may take just a
2   moment to --
3      Q. Certainly.
4      A. Okay. You know, I think that
5   Dr. Schildkraut, who did the major writing of this
6   article -- and I think all of the coauthors were in
7   agreement -- that we were concerned about the recall
8   bias. As I said, that was some of the reason for
9   doing those analyses.
10       I think that it's also important to point
11   out here the other possibility. There may have been
12   some recall bias. But she also makes the statement
13   that (as read):
14          "It is possible that the lawsuit
15          sharpened memories of body powder
16          use and improved the accuracy of
17          reported use for both cases and
18          controls interviewed in 2014 or
19          later."
20       I think that that goes to say that anytime
21   someone -- you know, there's some memory trigger, it
22   could have made actually more accurate recall.
23       So we --
24      Q. And Dr. --
25      A. I'm sorry. So we acknowledge both the

Page 240

1   possibility of recall bias, but I think that we looked
2   at the other side of the coin as well.
3      Q. And can you tell me where you're reading that
4   sentence from, Dr. Moorman?
5      A. Let's see. The -- it is on page 1416, the
6   right-hand column, and it's about -- probably about
7   eight or nine lines down.
8       So I think that this sentence -- or this
9   whole paragraph gives a pretty balanced assessment of
10   the data, that we thoughtfully considered the issue of
11   recall bias, but we also considered that maybe the
12   greater publicity led to -- was kind of a memory
13   trigger that led to more accurate recall.
14      Q. And in your report, do you include a caution
15   on the Schildkraut 2016 study about the potential for
16   recall bias based upon the 2014 pre- and post-data?
17      A. I -- let's see. We have discussed that
18   section of the report a couple of times already. And
19   I state that there is the possibility that recall bias
20   could have led to the higher odds ratios when
21   including women interviewed during the time when there
22   was more media attention focused on this exposure.
23      Q. And you're at page 23; right?
24      A. Yes.
25      Q. Okay. And then you conclude the middle

Page 241

1   paragraph with the statement that -- the "attenuated
2   but not eliminated" statement. But I'm not going to
3   ask about that again. But you go on in that sentence
4   to say (as read):
5           "The association is not due
6           entirely to recall bias."
7        Do you see that phrasing that I just read?
8       A. Yes.
9       Q. So are you conveying in that wording that you
10   think some portion of the odds ratio that you are
11   seeing in these case-control studies that you're
12   relying on or the meta-analyses that you're relying
13   on, that some portion of that odds ratio is
14   attributable to recall bias?
15          MS. PARFITT: Objection.
16          THE WITNESS: I think that probably
17   every meta-analysis published, probably every
18   case-control study that was published, we acknowledge
19   this as a -- recall bias is a potential bias. But
20   I think that we went on to give evidence --
21   I explained why I did not think that it was a complete
22   explanation.
23          Can we completely rule out any possibility
24   of recall bias? I don't know that we can do it. But
25   I think that as -- for some of the reasons

61 (Pages 238 to 241)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 242

1  I articulated.
2      I know that Dan Cramer in his 2016 paper
3  also went into great detail considering the issue of
4  recall bias.  And I don't think that we can attribute
5  this association to recall bias.
6  BY MR. JAMES:
7      Q.  Can you cite to any publication that has
8  analyzed the literature and ruled out recall bias --
9          MS. PARFITT:  Objection.
10  BY MR. JAMES:
11     Q.  -- as a method -- as a basis for the elevated
12  odds ratio of the 1.2 to 1.3 that you're citing in
13  your report?
14         MS. PARFITT:  Objection.
15         THE WITNESS:  Okay.  I went back to the
16  Dan Cramer article, and I'm hoping that I'm recalling
17  that particular article, the date of it, accurately.
18  But he did analyze the data and the degree of
19  misclassification that would have had to occur for
20  recall bias to account for this association.  He gave
21  other reasons for why it seemed unlikely that recall
22  bias would account for this association.
23     So I think he did a pretty thorough
24  analysis -- a thoughtful analysis of it.
25

Page 243

1  BY MR. JAMES:
2      Q.  Can you cite any other publications other
3  than the Cramer 2016 paper, sitting here today, that
4  have addressed recall bias in the fashion that you
5  just described?
6      A.  The Cramer article is the one that I -- that
7  comes to mind as the one that addressed it most
8  thoroughly.
9      Q.  Have you ever published the three factors
10  that you have addressed with regard to recall bias?
11     A.  The three factors are --
12     Q.  Sure.  So --
13     A.  Okay.
14     Q.  Within your report, you -- we just walked
15  through the three factors that you've considered, the
16  three factors that you deemed to be a particular
17  threat to case-control studies for recall bias;
18  correct?  We just walked through those three?
19     A.  Yes.
20     Q.  Have you ever published those three in any
21  article or journal or anything else?
22     A.  I have not published that.  That is just
23  based on my general epidemiologic knowledge from doing
24  this type of research and teaching in this field for
25  the last couple of decades.

Page 244

1      Q.  Okay.  Dr. Moorman, on page 11 of your
2  report, you talk about -- this is where you begin your
3  analysis of the Bradford Hill factors.
4      A.  Yes.
5      Q.  And are you there with me?
6      A.  Yes, I am.
7      Q.  Okay.  You say, in page 11 -- you have a
8  section titled "Strength and consistency of the
9  association"; correct?
10     A.  Correct.
11     Q.  You say in the first sentence that strength
12  and consistency are "deeply intertwined."  Correct?
13     A.  Yes.
14     Q.  Can you cite to any publication where you
15  have combined the analysis of strength and consistency
16  before?
17     A.  I -- I can't cite any publication that
18  specifically addresses that, no.
19     Q.  Can you cite any published authority that
20  states these two Bradford Hill criteria are deeply
21  intertwined?
22     A.  I -- I think that as I was -- I cannot cite a
23  published authority.
24     I think that, again, this is based on when
25  I was looking at these and how I was weighting these

Page 245

1  considerations.
2      Q.  Do you agree that strength is an important
3  criteria in and of itself?
4      A.  I think that the strength of the association
5  is an important criteria, but I think that we also
6  have to bear in mind that as -- that there are many
7  well-established causal associations that are
8  certainly not in the order of magnitude of what we
9  see, for example, with smoking and lung cancer.
10     Q.  Do you think the criteria of strength is met
11  with the talc and ovarian cancer literature?
12     A.  When -- as I go through my report, I give
13  numerous examples of well-accepted causal associations
14  that are of a similar magnitude as what we see with
15  talc and ovarian cancer, and so I think that the data
16  are strong enough.
17     Q.  And I think that I'm going to ask my question
18  again.
19     A.  Okay.
20     Q.  Do you think that the criteria of strength is
21  met with the talc and ovarian cancer literature?
22     A.  Okay --
23         MS. PARFITT:  Objection.  Asked and
24  answered.
25     Try again, Dr. Moorman.

62 (Pages 242 to 245)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 246

1          THE WITNESS:  Okay.  So, once again,
2   I -- we have to use -- we have to be careful of --
3   Dr. Hill did not refer to these as "criteria," but
4   guidelines or viewpoints I think was the terminology
5   he used.  And I do think that the criteria of strength
6   has been met.
7   BY MR. JAMES:
8       Q.  Can you cite to a single study in the talc
9   ovarian cancer literature that refers to the
10  association as a strong association?
11      A.  I -- I cannot, off the top of my head, think
12  of anyone that refers to it as a strong association.
13  I do, once again, want to say that we see evidence of
14  causal associations of similar magnitude; so I think
15  that it is strong enough to be a causal association.
16      Q.  Do you understand that a number of the papers
17  that you have cited in your reference list or
18  materials-considered list refer to the association as
19  weak?
20          MS. PARFITT:  Objection.
21          THE WITNESS:  Which papers are you
22  referring to specifically?
23  BY MR. JAMES:
24      Q.  If an author in the talc ovarian cancer
25  literature has referred to the association as a weak

Page 247

1   association, would you agree or disagree with that
2   characterization?
3           MS. PARFITT:  Object to form.
4           THE WITNESS:  I would disagree with
5   the -- I would disagree with that.
6   BY MR. JAMES:
7       Q.  If an author or authors in the talc ovarian
8   cancer literature have referred to the association as
9   modest, would you agree or disagree with that?
10      A.  Once again, I think that many of the risk
11  factors that we are considering are not going to be
12  the odds ratios of 10 or greater that we saw with
13  this.
14          And when you read the papers written by
15  Dr. -- by Bradford Hill, he certainly makes the point
16  that some weaker associations can certainly be real.
17      Q.  So is this a weaker association?
18      A.  Weaker is in comparison to what?  It's not --
19  it's weaker than smoking and lung cancer.  It is --
20  I keep making the point that it -- we fully
21  acknowledge that it is not a tenfold increased risk.
22  It's a 25 to 30 percent increased risk.  And --
23      Q.  Would you call the association modest?
24          MS. PARFITT:  Objection.  Asked and
25  answered.

Page 248

1          MR. JAMES:  It hasn't been answered.
2          MS. PARFITT:  It's been asked.
3          THE WITNESS:  I don't think that we
4   have any actual definition of what is modest.  I think
5   that the association is what it is, a 25 to 30 percent
6   increased risk.
7   BY MR. JAMES:
8       Q.  As an epidemiologist, you're not capable of
9   discerning whether an association is modest or not
10  modest?
11          MS. PARFITT:  Objection.
12          THE WITNESS:  As I have said before,
13  I don't think there is any clear definition of that
14  adjective.
15  BY MR. JAMES:
16      Q.  Is there a definition in the epidemiologic
17  community of a weak association?  Are you able to
18  understand what that would mean in the epidemiologic
19  community?
20      A.  Once again, there is no -- to my knowledge,
21  there is nothing that would say, you know, an odds
22  ratio in this range is weak, this is modest, this is
23  moderate, this is strong.
24          And, again, going back to Bradford Hill, he
25  certainly emphasizes that there are some associations

Page 249

1   that are not in the magnitude of smoking and lung
2   cancer, but they are certainly real.
3       Q.  And I think you're conflating -- or you're
4   misunderstanding my question, because you're answering
5   the question about whether the association is real or
6   not real, and my question for you is whether the
7   association is weak, modest, or strong.
8           How would you characterize it?
9       A.  And I would -- as I have said, there is no
10  absolute terminology that would say what is a weak
11  association, what is modest, and what is strong.  So
12  I think that it is more accurate just to describe it
13  as it is, a 25 to 30 percent increased risk of ovarian
14  cancer.
15      Q.  Well, in assessing the Bradford Hill factors
16  or considerations or criteria -- in assessing that and
17  determining whether the association is strong or not
18  strong, as an epidemiologist, don't you need to be
19  capable of determining whether the association is
20  strong or not strong?
21      A.  Once again, it is an adjective that is not
22  well defined.  And --
23      Q.  And do you -- I'm sorry.
24      A.  I -- I -- I keep going back to I think that
25  the association that we see is what it is, a 25 to

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 250

1  30 percent increased risk. It is consistent with
2  other factors that we consider causal associations.
3  They have a similar strength of association.
4      Q. And I do -- I do intend to go to that very
5  next topic next --
6      A. Okay.
7      Q. -- but in assessing strength, what I'm asking
8  is whether, in all of the papers that you've cited,
9  when the epidemiologists that you've cited refer to
10  the association as weak or modest or small, is that
11  terminology that you can accept, or is that
12  terminology that you reject?
13      A. I say that it is terminology that is
14  imprecise. What one would consider modest, someone
15  else might consider moderate. It's imprecise
16  terminology.
17      Q. And certainly in the epidemiology world, if
18  you have a small or modest or weak association, what
19  you're saying is that that doesn't bar a causal
20  conclusion. But wouldn't you agree with me that if
21  the association is small or modest or weak, it makes
22  the other considerations more important?
23      MS. PARFITT: Objection.
24      THE WITNESS: I think that all of the
25  considerations are important. It's --

Page 251

1  BY MR. JAMES:
2      Q. Do you agree that, with a small association,
3  there's more concern for recall bias?
4      MS. PARFITT: Objection.
5      THE WITNESS: I think that with a
6  smaller association, there is more concern that it
7  could be due to bias from various reasons.
8  BY MR. JAMES:
9      Q. Can you cite to any scientific agency or
10  organization that has described the talc ovarian
11  cancer association as strong?
12      A. I do not recall anyone describing it that
13  way.
14      Q. Okay. And then we will turn now to page 12
15  of your report, Dr. Moorman, where you cite a number
16  of other exposures.
17      A. Yes.
18      Q. And do you see where I am?
19      A. Yes.
20      Q. And you say on page 12 that (as read):
21          "Well-accepted exposure to these
22          associations have relative risks
23          of similar magnitude and are
24          generally accepted to be causal."
25      Do you see where I was reading?

Page 252

1      A. Yes.
2      Q. And these associations that you've listed,
3  you have concluded are generally accepted to be
4  causal; correct?
5      A. I think so, yes.
6      Q. And below that, you state that the IARC has
7  reached a causal conclusion with respect to each of
8  these associations; is that right?
9      A. Yes, that is what I state.
10      Q. And so to state that, are you saying that all
11  five of these exposures and associations have been
12  classified by IARC as Category 1?
13      A. I don't recall if -- I don't recall the
14  classifications, specifically, for all of these.
15      Q. Well, to say that the IARC has made a causal
16  judgment on these associations, you are necessarily
17  saying that they have classified these associations as
18  Category 1; correct?
19      A. I -- you know, I answered the question.
20  I don't recall which IARC category that each of these
21  exposures is right off the top of my head.
22      Q. But do you say in the report that they are
23  judged to be causal by IARC; correct?
24      A. I do say that in my report.
25      Q. And IARC has not judged talc ovarian cancer

Page 253

1  to be a causal association, has it?
2      A. As we have discussed several times today,
3  they describe it as possibly carcinogenic.
4      Q. Can you cite to any publication that assesses
5  the strength of an epidemiologic association by
6  considering "similar magnitude" odds ratios from
7  unrelated exposures to diseases?
8      A. I -- off the top of my head, I can't cite any
9  such publication.
10      Q. Have any scientific agencies that have looked
11  at this issue assessed strength of the talc ovarian
12  cancer relationship by considering similar magnitude
13  associations of unrelated exposures to diseases?
14      A. I know that in the Health Canada report, they
15  went through assessing the strength of the
16  association. I don't recall if they kind of
17  considered it in relation to other exposures that have
18  a similar magnitude of association.
19      Q. With regard to the associations that you have
20  identified on page 12, did you review the entire body
21  of scientific and medical literature pertaining to
22  those associations?
23      A. In -- let's see. Since when I cited these,
24  I did not go through the same level of detail like
25  I have done for the talc and ovarian cancer.

64 (Pages 250 to 253)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 254

1      The oral contraceptive use and breast cancer
2  that I cite, I was part of a team of researchers that
3  did a systematic review and meta-analysis of oral
4  contraceptives in relation to ovarian cancer as well
5  as breast cancer and some other cancers.
6      The other ones, again, I did not go in --
7  did not review the body of literature in the same
8  detail as I did the talc and ovarian cancer.
9      Q. Did you assess, in any of these bodies of
10 literature, the risks for recall bias?
11     A. I did not.
12     Q. Did you consider, in these bodies of
13 literature, biologic mechanism for these five
14 exposures that you've identified?
15     A. I considered biologic mechanism, again, not
16 in the level of detail with the talc and ovarian
17 cancer.
18     Q. Did you assess them in a manner sufficient to
19 which you would opine in a published article or a
20 litigation report about the evidence supporting
21 causation?
22     A. I'm reading your question again.
23     Q. So am I.
24     A. I'm not sure.
25     Q. For these five exposures and diseases that

Page 255

1  you've cited on page 12, did you assess the body of
2  scientific and medical literature and evidence in a
3  manner sufficient to which you would feel comfortable
4  offering an opinion in the published literature or in
5  a litigation report about causation?
6      A. I think that I have answered the question
7  repeatedly that I did not do it in the detail that
8  I did the talc and ovarian cancer. If I were to put
9  in published literature or a litigation report,
10 I would want to make sure that I had done it as
11 absolutely thoroughly as possible.
12     Q. Your comparison of the odds ratios to these
13 five exposures -- you acknowledge that there are
14 exposures that you have not identified in your report
15 that are in the 1.2 to 1.3 range that are not causal
16 or have not proven to be causal; correct?
17     MS. PARFITT: Objection. Form.
18     THE WITNESS: I acknowledge that -- of
19 course, that there are reports of exposures that have
20 reported relative risk in this range, and it could
21 either be something that was associated with another
22 risk factor and that it was not the causal factor or the
23 level of evidence was not adequate. Maybe people --
24 there were fewer articles, people have not gone
25 through the whole evaluation of the causal criteria.

Page 256

1  BY MR. JAMES:
2      Q. So in your report, when you are assessing
3  strength, and you discuss the fact that there are
4  similar magnitude odds ratios from other exposures
5  upon which one could conclude causation, you do not
6  also remark that there are similar magnitude ratios
7  upon one which could not conclude causation.
8      Why is that? Why did you lay out the
9  analysis this way?
10     A. What I was trying to do here is to make the
11 point that an association in the range of a 25 to
12 30 percent increased risk is something that there are
13 multiple examples of this being generally accepted as
14 a causal association.
15     I -- it was not my intent to describe the
16 entire universe of exposures and some that might be in
17 this range.
18     Q. There are certainly examples that you didn't
19 cite in the 1.2 to 1.3 range that are not causal;
20 right?
21     A. Did you have something specific in mind that
22 you are --
23     Q. I'm asking you, actually.
24     Did you just go searching for similar
25 magnitude ratios upon which one could reach a

Page 257

1  causation conclusion?
2      A. I -- I think that I was trying to get at that
3  is this association strong enough to be causal? And
4  we have evidence from these other exposures that, yes,
5  it's certainly possible.
6      The point is that you do not -- or you do
7  not dismiss an association of 1.25 or 1.3 as it
8  couldn't possibly be causal. We have evidence to
9  suggest that it -- there are many examples of it.
10     Q. But in your report, Dr. Moorman, you're not
11 just not dismissing it. You're not just using the
12 similar magnitude odds ratios to not dismiss the
13 possibility that this is a real association. You're
14 using the similar magnitude ratios in an effort to
15 ascribe strength to the association; correct?
16     A. Right. I am saying that I think this is
17 strong enough to be a real association, and I think
18 that we have other examples of similar magnitude
19 associations that are generally accepted as causal
20 associations.
21     Q. But if there are other odds ratios for other
22 exposures to diseases that you did not identify in
23 your report in the 1.2 to 1.3 range that are not
24 causal, then the magnitude ratio that you have here in
25 the top ovarian cancer literature, in that instance,

65 (Pages 254 to 257)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 258

1  is not strong enough to support causation?
2      MS. PARFITT: Objection. Form.
3  BY MR. JAMES:
4      Q. I'll just restate it because it's confusing.
5      A. Yeah, it is.
6      Q. To support strength in your report, why do
7  you select only similar magnitude ratios that, by your
8  estimation, are Category 1 -- by your estimation, have
9  been declared by IARC to be causal associations? Why
10  do you only select associations by which one has -- by
11  which IARC has concluded causation? Why don't you
12  also acknowledge that there are associations of a
13  similar magnitude that don't support causation?
14      MS. PARFITT: Objection.
15      THE WITNESS: I'm not really sure --
16  I'm still not really sure what you're getting at with
17  this question.
18      I think that I was trying to make the point
19  that the association we see here is strong enough to
20  be accepted as a causal association. I'm not -- I'm
21  not saying that every association of this magnitude
22  has gone through the same process of assessing all of
23  the Bradford Hill viewpoints and have come to the same
24  conclusion, but I am saying that we have multiple
25  examples of where an association of this magnitude is

Page 259

1  causal.
2      MS. PARFITT: Scott, is this a breaking
3  point or no?
4      MR. JAMES: How long have we been
5  going?
6      MR. FARIES: About an hour and 15.
7      MS. BRENNAN: Yeah, we've been going
8  about an hour and 15.
9      MR. JAMES: Sure. Are we ready for a
10  break?
11      MS. PARFITT: Sure. Just a short one,
12  yeah. Thank you.
13      THE VIDEOGRAPHER: Going off the record
14  at 4:33 p.m.
15      (Recess taken from 4:33 p.m. to 4:46 p.m.)
16      THE VIDEOGRAPHER: Back on record at
17  4:47 p.m.
18  BY MR. JAMES:
19      Q. Dr. Moorman, on page 13 to 14 of your report,
20  and really the top of page 14, you have a sentence
21  stating that (as read):
22          "The evidence for talc and ovarian
23          cancer is as significant as for
24          passive smoke exposure and lung
25          cancer."

Page 260

1      Do you see where I'm reading that?
2      A. Yes.
3      Q. There, are you referring to epidemiologic
4  literature?
5      A. What -- you're taking one sentence and --
6  I think that I discussed what I considered related to
7  the passive smoke exposure and lung cancer and
8  described it in more detail on page 13, the first full
9  paragraph.
10      Q. And is it fair to say that that body of
11  evidence that you're referring to there is the
12  epidemiologic literature?
13      A. Yes.
14      Q. You're not referring there to any sort of
15  mechanistic studies or plausibility studies or
16  anything like that; correct?
17      A. No. I was looking at -- basically, I was
18  comparing the two -- or the meta-analyses for the two
19  topics.
20      Q. On page 14, Dr. Moorman, you discuss the
21  "prevalence of exposure."
22      Do you see where I am? It's the --
23      A. It's about halfway down?
24      Q. Yeah, second full paragraph.
25      A. Yes.

Page 261

1      Q. And you say that it's critical to consider
2  the prevalence of exposure in conjunction with
3  considering strength; correct?
4      A. I say (as read):
5          "It's critical to consider the
6          prevalence of the exposure in the
7          population when evaluating its
8          public health impact."
9      Q. Before that, you say "in conjunction with the
10  strength of the association." Right?
11      A. Yes.
12      Q. Okay. Do you think that the prevalence of
13  exposure in the population, that that impacts your
14  analysis on whether an association is strong or not
15  strong?
16      A. I think that the way that I stated it here
17  is, you know, as an epidemiologist, a public health
18  professional, I'm interested in the public health
19  impact and how many cases of disease could be
20  attributable to this exposure.
21      So I go through and describe that factor
22  that has a stronger association but is less common in
23  the population could have potentially less public
24  health impact than a risk factor that is -- doesn't
25  have as high an odds ratio but you have many more

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 262

1  exposed people in the population.
2      Q.  Moving on to consistency, Dr. Moorman, is
3  consistency met on this body of literature?
4      A.  I do feel that consistency is met.
5      Q.  And on page 14, you -- I think it's page 14.
6  Yes.  In the first full paragraph, you see your --
7  you see the last sentence of that paragraph, where you
8  say (as read):
9          "This observation has been quite
10         consistent with findings
11         replicated in studies conducted by
12         different teams of investigators
13         in different geographic locations
14         and different race ethnic groups
15         over a span of several decades."
16     Do you see that?
17     A.  Yes, I do.
18     Q.  Is that reflective of -- is that the basis
19  upon which you conclude consistency is met?
20     A.  It is part of the basis of it.  I think that,
21  when we look at the overall meta-analyses, we look at
22  the direction of the effect in all the studies and of
23  these, like, 27 different studies, like, 90 percent of
24  them show an increased -- or an odds ratio greater
25  than 1.

Page 263

1      When we look at epidemiologic data, for
2  reasons that we have discussed earlier today, it is
3  very uncommon for every single study to reach the same
4  conclusion.  Some are going to have higher risk; some
5  are going to be lower risk.  And the level of
6  consistency seen here, where virtually every study is
7  showing an odds ratio greater than 1, I consider that
8  quite consistent.
9      Q.  You understand that Bradford Hill, when he
10  describes consistency, he talks about consistency
11  across study design.
12     Were you aware of that?
13     A.  Yes, I am.  And I actually do -- the way that
14  I described consistency, where even, you know -- two
15  of the three cohort studies -- and we've already
16  discussed the concerns I have about the Sister Study,
17  which is really quite an outlier when we look at this
18  whole body of literature.  But both the Houghton study
19  and the Nurses' Health Study, they are consistent in
20  terms of the direction of the effect.  And we have
21  discussed the statistical significance at all.
22     But in terms of the direction of the effect,
23  I think that it is consistent.
24     Q.  So is your position that the cohorts
25  demonstrate an association between talc and ovarian

Page 264

1  cancer?
2      A.  They -- if we can go back to them, we see
3  that there are multiple studies from the Nurses'
4  Health Study, and then the Houghton study.  They are
5  showing a relative risk in most cases, I think, 1.12
6  to 1.19.  And, again, we have discussed some of the
7  biases that might result in an attenuation of the
8  association.
9      And so I acknowledge that, with the
10  exception of the serous invasive cancer in one of the
11  studies, the associations have not been statistically
12  significant, but they are certainly kind of in the
13  direction of -- as the case-control studies.
14     Q.  Doctor, let's turn back briefly to the
15  Houghton study.  It's Exhibit 25.
16     Are you with me?
17     Dr. Moorman, if we look at the Houghton
18  study on the first page in the results section of the
19  abstract.  Do you see where I'm looking?
20     A.  Yes.
21     Q.  Okay.  The authors there, they report
22  every-use odds ratio as a 1.06.
23     Do you see that?
24     A.  I do see that --
25     Q.  Okay.  I'm running out of time, Dr. Moorman,

Page 265

1  so I really am going to ask you to answer my precise
2  question.
3      Do you see where the authors, they say
4  there -- the authors say that it's "not associated
5  with risk of ovarian cancer compared with never-use."
6      Do you see that?
7      A.  Yes, that is what they state.
8      Q.  Okay.  And 1.06 is -- again, it's not a
9  statistically significant association; correct?
10     A.  With the confidence interval that they
11  report.  That's what tells you whether or not it's
12  statistically significant.  And with that confidence
13  interval, no, it is not statistically significant.
14     Q.  And it's also very close to the null, isn't
15  it?
16     A.  Yes.  It's the 1.06, yes.
17     Q.  And the conclusion of the authors here is
18  that (as read):
19         "Perineal powder use does not
20         appear to influence ovarian cancer
21         risk."
22     Correct?
23     A.  That's what they state, yes.
24     Q.  So this is one of the cohorts that you're
25  talking about today; correct?

67 (Pages 262 to 265)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 266

1    A. Right. And --
2    Q. And the authors here conclude that there's
3  not an association between ovarian cancer risk and
4  perineal talc use, don't they?
5    MS. PARFITT: Objection. Form.
6    THE WITNESS: Okay. Yes, I acknowledge
7  that's their conclusion. And I think that -- I'm
8  sorry -- the data that I was referring to comes from
9  Table 3. And I, again, acknowledge that it was not
10  statistically significant, but he said only genital
11  powder use -- which is mostly what we're
12  considering -- it had a hazard ratio of 1.4 or 1.3 --
13  I'm sorry -- 1.14 or 1.13.
14    And so, again, it's in the direction of
15  effect, and, as we have discussed, biases could have
16  led to some attenuation.
17  BY MR. JAMES:
18    Q. Are you saying that you believe that there's
19  consistency among -- or between the case-control
20  studies and the cohort studies in the talc ovarian
21  cancer literature?
22    A. I am saying that -- as I have pointed out
23  here and with also the Nurses' Health Study, I am
24  saying that there is consistency in the direction of
25  the effect that they observed, and acknowledging that

Page 267

1  these were not statistically significant findings.
2    Q. So even though the authors report that
3  there's not an association, you're claiming today that
4  the cohort studies are consistent with the
5  case-control studies in finding a association?
6    MS. PARFITT: Objection. Form.
7    THE WITNESS: I think that I have
8  answered the question already that, in terms of the
9  direction of the effect, that the Houghton study for
10  the genital powder use and as well as some of the data
11  from the Nurses' Health Study, it is consistent that
12  there -- the odds ratio is greater than 1.
13  BY MR. JAMES:
14    Q. So as long as the odds ratio, even if it's
15  statistically insignificant, exceeds 1, then you are
16  claiming that that's reflective of an association that
17  is consistent with the case-control studies?
18    MS. PARFITT: Objection. Form.
19    THE WITNESS: I am saying that there is
20  consistency in the direction of the effect.
21    If I may clarify. If you look at something
22  like alcohol use and ovarian cancer, which is a fact,
23  which overall there seems to be little association
24  between alcohol and ovarian cancer, if you look at the
25  meta-analyses from there, the overall estimate is

Page 268

1  right around 1. About half the studies have odds
2  ratios greater than 1; about half have odds ratios
3  less than 1. So in that case, I would say there is no
4  consistency.
5    I contrast it with this where, when you look
6  at the forest plots from the meta-analyses, nearly all
7  of the studies have odds ratios greater than 1.
8  BY MR. JAMES:
9    Q. And you're including in that testimony the
10  cohort studies?
11    A. Yes.
12    Q. Odds ratios that are not statistically
13  significant, in your mind, demonstrate consistency
14  by -- among study design. Is that your testimony?
15    MS. PARFITT: Objection. Form.
16    THE WITNESS: I'm sorry --
17  BY MR. JAMES:
18    Q. Your testimony here today is that the results
19  reached by the cohort studies and the case-control
20  studies are consistent. Is that your testimony?
21    A. My testimony, as I have stated repeatedly,
22  that there is a great deal of consistency in the
23  direction of the effect, that nearly all of the
24  studies report an odds ratio greater than 1. And
25  I acknowledge that not all studies are statistically

Page 269

1  significant, but I'm just saying that the direction of
2  the effect is very consistent.
3    Q. And we talked earlier today about the Berge
4  paper; correct?
5    A. Yes, we did.
6    Q. And they have performed an analysis for
7  heterogeneity on the -- by study design; right?
8    A. If I could go back to that.
9    Q. Sure.
10    A. Okay.
11    Q. Dr. Moorman, if we look at the abstract of
12  the paper, at the beginning, this is the point we
13  discussed earlier. Here, the authors say (as read):
14    "The heterogeneity of results by
15      study design detracts from a
16      causal interpretation."
17    Correct?
18    A. That is the statement that they make in their
19  abstract, yes.
20    Q. Okay. And then we looked earlier also at the
21  Figure 2; correct?
22    A. Yes, we did.
23    Q. Okay. And, again, that reflects an analysis
24  of the cohorts as compared to the case-controls;
25  correct?

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 270

1    A. Yes.
2    Q. If you look at page 253 of the Berge article,
3  and we look at the right column, the first -- the
4  second full paragraph, the authors there state
5  (as read):
6            "The fact that the association
7            between genital talc use and risk
8            of ovarian cancer is present in
9            case-control but not in cohort
10           studies can be attributed to bias
11           in the former type of studies."
12           Do you see that?
13   A. I do see what they say.
14      I -- I think that they are not considering
15  that there is also potential bias in the cohort
16  studies. They say "bias in the former type of
17  studies," not acknowledging the biases in the cohort
18  studies.
19      When you look at these data for the cohort
20  studies, you look at the Gonzalez study, which again,
21  I have referred to it as kind of an outlier with its
22  relative risk of .73, there are many problems with
23  that study. They assessed exposure in the past 12
24  months. The level of exposure is very different than
25  many of the other studies.

Page 271

1        And so part of the heterogeneity by study
2  design could be attributed to this Gonzalez study that
3  has very significant biases.
4    Q. If other experts for Plaintiffs in this MDL
5  litigation have conceded that there is not consistency
6  between the cohorts and the case-controls, then you
7  would differ with those experts; correct?
8        MS. PARFITT: Objection. Form.
9        THE WITNESS: I have --
10       MS. PARFITT: Misstates the evidence.
11  Thank you.
12       THE WITNESS: I have answered the
13  question, I think I've answered it repeatedly, why
14  I think that the aspect of consistency is met.
15  BY MR. JAMES:
16   Q. Okay. On dose-response -- on page 30, you
17  include discussion of dose-response in the literature.
18   A. Yes.
19   Q. And you acknowledge in your report that there
20  are inconsistencies in reported dose-response;
21  correct?
22   A. I -- what I state is (as read):
23           "While the inconsistency in
24           reported dose-response trends for
25           talc and ovarian cancer have been

Page 272

1            noted in some meta-analysis and
2            reviews, there are considerations
3            about those that should be taken
4            into account."
5    Q. Do you believe that there are inconsistencies
6  in the literature with regard to dose-response? Yes
7  or no.
8    A. I think that, yes, that there -- that across
9  the studies, some have found a dose-response, some
10  have not.
11   Q. At the bottom of page 30, you say that
12  (as read):
13           "When considering the studies that
14           examine dose-response associations
15           considering both dose and
16           frequency to estimate the total
17           number of applications of talc,
18           the majority did find significant
19           trends of higher risk with more
20           lifetime applications of talc."
21           Do you see that, where I read that?
22   A. Yes.
23   Q. Okay. And so for that proposition, you're
24  citing to eight studies. If you look at the
25  footnotes, you would agree with me that that's

Page 273

1  reflective of eight studies cited; correct?
2    A. Yes.
3    Q. And you're saying that five of the eight
4  studies that have looked at dose and frequency
5  together did find significant trends; correct?
6    A. Yes.
7    Q. Among those studies that you cite for that
8  proposition that the majority of those studies reflect
9  a dose-response, you cited to the Mills study;
10  correct?
11   A. I believe so.
12       MS. PARFITT: And, Dr. Moorman, you
13  have your binder in front of you as well if you need
14  it.
15       MR. JAMES: Okay. I'm going to mark
16  Mills as Exhibit 30.
17   (Exhibit No. 30 was marked for identification.)
18  BY MR. JAMES:
19   Q. I'm going to hand you two copies.
20       And, again, this is one of the papers you've
21  cited for the proposition that there's a dose-response
22  in the majority of studies that have looked at
23  frequency times duration; correct?
24   A. Okay. Yes.
25   Q. And we're looking at Table 2 as the relevant

69 (Pages 270 to 273)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 274

1 table with the data; correct?
2     A. Yes.
3     Q. And if you look at Table 2, you go down to
4 the cumulative use category, it says "frequency times
5 duration"; correct?
6     A. Yes.
7     Q. And if I'm looking at this correctly,
8 Dr. Moorman, doesn't the data in that table reflect an
9 actual decrease in the odds ratio for the highest
10 exposure category?
11     MS. PARFITT: Objection. Form.
12     THE WITNESS: It is -- the highest
13 category, yes, does report an odds ratio of 1.06.
14 BY MR. JAMES:
15     Q. And based upon that, is it fair to say that
16 this paper reflects a dose-response when measuring
17 frequency times duration?
18     A. They looked at the -- they did a test for
19 trend, and we have a p-value of .051, so right at
20 borderline statistically significant. Some people
21 would argue that you should never use two decimal
22 points for p-values. But nonetheless, it's -- the
23 trend test was what I was referring to here, and it
24 was right at borderline statistical significance.
25     Q. And if you look at page 463 of the article,

Page 275

1 the third full paragraph down -- 463 in the left
2 column -- the authors -- this is in the authors'
3 words. They say (as read):
4     "As in other studies, the present
5     study did not find a clear
6     dose-response based on duration of
7     use or cumulative use."
8 Do you see that?
9     A. Right. And they go on to say that -- again,
10 I was basing what I said here based on their test for
11 trend, and -- and I think they do acknowledge that in
12 that category where they had relatively few exposed
13 cases, they didn't -- it was not a perfectly linear
14 association.
15     Q. So the authors are concluding that there's
16 not dose-response for cumulative use; correct?
17     MS. PARFITT: Objection.
18 BY MR. JAMES:
19     Q. Yes or no? That's what the authors conclude
20 in the text that we just read together?
21     A. I -- what we read -- yes. I'm trying --
22 let's see.
23     Yeah, I think that they are acknowledging
24 that it was not a perfect linear increase. My report
25 was basing it on the test for trend that they did.

Page 276

1     Q. And they're not just acknowledging that
2 there's not a perfect linear increase; they're saying
3 that there's no dose-response for cumulative use.
4     A. They say there is not a clear dose-response.
5 I think -- you know, again, that's what they say. My
6 conclusion here was, again, based on the test for
7 trend that they did. I don't think that it was
8 inaccurate, what I said here.
9     Q. Another paper that you cite for the majority
10 claim is the Terry 2013 paper; correct?
11     A. Yes.
12     Q. And do you know what the authors concluded in
13 that paper about dose-response for cumulative use?
14     A. May we look at that article?
15     Q. Sure. It's Exhibit 24. And if we look at
16 the abstract first together, the abstract says, the
17 second sentence from the bottom (as read):
18     "Among genital powder users, we
19     observed no significant trend in
20     risk with increasing number of
21     lifetime applications assessed in
22     quartiles."
23 Did I read that correctly?
24     MS. PARFITT: In the abstract?
25     THE WITNESS: I'm sorry, I wasn't quite

Page 277

1 there with you. Could you --
2 BY MR. JAMES:
3     Q. Understood. No worries.
4     A. Okay.
5     Q. So second sentence from the bottom of the
6 abstract, the author's conclusions on dose-response
7 are as follows (as read):
8     "Among genital powder users, we
9     observed no significant trend in
10     risk with increasing number of
11     lifetime applications assessed in
12     quartiles."
13     A. That's what they describe, and --
14     Q. I just asked, is that -- did I read that
15 correctly?
16     A. You did read that correctly.
17     Q. So the authors of the paper that you've cited
18 as one of the five papers that finds dose-response by
19 measuring lifetime of cumulative use says the exact
20 opposite; correct?
21     MS. PARFITT: Objection.
22     THE WITNESS: If I may take just a
23 moment. I want to find the part of this paper that
24 supported the statement that I made in my report.
25     MR. JAMES: Sure. Let's go off the

70 (Pages 274 to 277)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 278

1  record.
2          THE VIDEOGRAPHER:  Going off record at
3  5:14 p.m.
4              (Off the record.)
5          THE VIDEOGRAPHER:  Back on record at
6  5:15 p.m.
7          THE WITNESS:  Okay.  On page 817, it
8  reads (as read):
9          "Although a significant increase
10         in risk with an increasing number
11         of genital powder applications was
12         found for non-mucinous epithelial
13         ovarian cancer when non-users were
14         included in the analysis."
15         And it then goes on (as read):
16         "Note trend in cumulative use was
17         evident in analyses restricted to
18         ever-users of genital powders."
19         And so, again, my -- the statement that
20 I had here, "a significant trend with increasing
21 number of genital powder applications," they make the
22 distinction of looking at the trend when you include
23 non-users, and that's a pretty standard thing to do in
24 epidemiology.  It's -- you look -- can look as
25 non-users as your reference group and then assess a

Page 279

1  trend.
2          I know what they say here, but I -- but
3  I think that what I stated in my report is accurate,
4  that they did find that a significant trend.  So
5  I don't think that I'm misstating what -- the data in
6  the paper.
7  BY MR. JAMES:
8      Q.  So the results that are reported by the
9  authors in the abstract you disagree with; correct?
10         MS. PARFITT:  Objection.  Form.
11 BY MR. JAMES:
12     Q.  The statements in the abstract pertaining to
13 dose-response, do you disagree with those statements?
14     A.  What they say is "among genital powder
15 users."  And so the statement that they make is
16 accurate, but I think that they are citing data
17 that -- it's one way to look at the data, but I think
18 that considering the non-users in their test for trend
19 is also a very well-accepted way to do that, to do a
20 test for trend.
21         And so I think that both -- they reported
22 one aspect of their analysis, and I reported what
23 I think accurately reflects another aspect of their
24 analysis.
25     Q.  Okay.  I am getting close to the end of my

Page 280

1  questions, Dr. Moorman.
2          MR. JAMES:  Michelle, is it fine if
3  I have some time to review my notes while the others
4  are asking questions and then come back?
5          MS. PARFITT:  Sure.
6          MR. JAMES:  Is that okay with you?
7          MS. PARFITT:  That's fine.  Sure.
8          MS. FOSTER:  Can we go off and I'll
9  switch.
10         THE VIDEOGRAPHER:  Going off the record
11 at 5:18 p.m.
12             (Off the record.)
13         THE VIDEOGRAPHER:  Back on record at
14 5:20 p.m.
15 CROSS-EXAMINATION BY COUNSEL FOR THE DEFENDANT
16         IMERYS TALC AMERICA, INC.
17 BY MS. FOSTER:
18     Q.  Good evening, Dr. Moorman.  We met a long
19 time ago this morning.  My name is Jennifer Foster.
20 I represent one of the Defendants in this action,
21 Imerys Talc America, Inc.  Do you understand that?
22     A.  Yes, I do.
23     Q.  And before you got involved in this
24 litigation, did you know who Imerys Talc America, Inc.
25 was?

Page 281

1      A.  No, I did not.
2      Q.  Had you ever heard of them before?
3      A.  No.
4      Q.  And do you have an understanding of who they
5  are now that you've become involved in the litigation?
6      A.  I do.
7      Q.  And you understand that Imerys mines and
8  supplies talc to Johnson & Johnson for use in some of
9  its talcum powder products?
10     A.  That is my understanding, yes.
11     Q.  Do you understand that Imerys does not sell
12 talcum powder products directly to consumers?
13     A.  That was my understanding, yes.
14     Q.  And based on some testimony earlier today
15 about the basis of your opinions being grounded in
16 epidemiology studies about talcum powder products, am
17 I correct that you wouldn't have any personal
18 knowledge with respect to the composition of the talc
19 that Imerys mines and supplies to Johnson & Johnson?
20         MS. PARFITT:  Objection.
21         THE WITNESS:  No, I would not have that
22 personal knowledge.
23 BY MS. FOSTER:
24     Q.  And you have no opinions about any talc
25 mining practices that Imerys employs; correct?

71 (Pages 278 to 281)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 282

1    A. I know nothing about their mining practices.
2    Q. And you have no opinions about Imerys's
3  compliance with any applicable standards or
4  specifications regarding the mining of talc; correct?
5    A. I do not know anything about that.
6    Q. And I'm going to be hopping around a lot
7  because Mr. James covered a lot of ground, so just
8  bear with me.  If I go somewhere and you don't know
9  what I'm talking about, please just tell me you don't
10  know what I'm talking about --
11    A. Okay.
12    Q. -- and I'll rephrase so that we can get on
13  the same page.
14    One of the first things you talked about
15  this morning when you were talking to Mr. James is
16  that you have entered a period I think you called
17  preretirement transition.  Do I have that right?
18    A. Yes.
19    Q. Okay.  And do you have a retirement date in
20  mind?
21    A. That's still somewhat being discussed with my
22  husband.
23    Q. Okay.  So you don't have a set "I'm going to
24  retire in a year," for example?
25    A. The exact date is not defined yet.

Page 283

1    Q. And when you do retire, are you still going
2  to have any involvement with what you've defined as
3  the AACES study, the African American Cancer
4  Epidemiology Study?
5    A. That is still to be determined as well.
6    Q. And am I correct that that study is still
7  ongoing?
8    A. The funding for that study ended -- I think
9  it was 2015/2016.  I don't recall the exact date.  And
10  so we have not collected any data for that study since
11  that time.
12    We have continued to do analysis of data
13  that we have collected, and we are also trying to
14  secure funding to continue data collection with that
15  study.
16    Q. That was going to be my question.  Who have
17  you made that request to for additional funding?
18    A. The grant application was submitted to
19  National Cancer Institute.
20    Q. And that's who funded the original research;
21  correct?
22    A. That is correct.
23    Q. And you also mentioned a publication that is
24  in draft form regarding something called the OCWAA
25  Consortium; is that correct?

Page 284

1    A. Yes, that is.
2    Q. And is that a study that's designed to
3  collect new data from study participants, or is that
4  going to be an evaluation of data that you already
5  have collected from other studies?
6    A. It is a consortium that is planning to
7  analyze data that have already been collected.  It
8  involves -- I believe it is a total of seven studies;
9  some case-control, some cohort studies.
10    Q. And -- were you finished?  I'm sorry.
11    A. Go ahead.
12    Q. And how were the studies selected to be
13  included in that consortium?
14    A. It was -- the purpose of that was to try to
15  put more data together, especially related to women of
16  African ancestry.  So they're all US studies, so
17  African American.  Recognizing that the AACES study,
18  with about 600 cases, we still have some issues with
19  statistical power.  So we contacted -- Dr. Schildkraut
20  is the PI on this study as well.
21    And so studies that had a reasonable number
22  of African American study participants, they were
23  contacted to see if they were interested in
24  participating in such a study.
25    And so it includes studies such as the Black

Page 285

1  Women's Health Study Cohort, that's out of Boston
2  University; the Multiethnic Cohort, which is out of
3  California; the Southern Community Cohort Study; the
4  Women's Health Initiative; as well as a Los Angeles
5  case-control study and a case-control study out of
6  Chicago, in addition to the AACES study.
7    I think that that's most of them.
8    Q. Okay.  Are you involved in any current
9  research where the intent is to collect new data for
10  evaluation of risk factors for ovarian cancer?
11    A. Other than what I described to you, that we
12  hope to -- that we are applying for funding to
13  continue the AACES study, I'm not currently doing any
14  data collection related to ovarian cancers.
15    Q. Are the coauthors and coinvestigators that
16  you worked with on the AACES and the North Carolina
17  Ovarian Cancer Study aware of your involvement in the
18  talcum powder litigation?
19    A. Some of them are.  I -- you know, as --
20  I have disclosed it on one publication, and if they've
21  read it, they are aware.  I've discussed it with some
22  of them but not all of them.  You know, I haven't had
23  a conversation, per se, with all of them.
24    Q. And you mentioned earlier, with respect to
25  some of the new publications that are in draft form

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 286

1  that are currently in the peer review process, that
2  they have talc as a -- as a confounding factor under
3  investigation; correct?
4      A. I think -- I'm going to reread your --
5      Q. I can rephrase it.
6          I think when you were talking earlier about
7  the studies that you have in draft, the question was
8  whether or not you had any publications that, you
9  know, mentioned talc. And I thought your testimony
10 was that talc was listed as a possible confounding
11 factor in some of the studies that were in draft form.
12 Is that correct?
13     A. Right. I mentioned that specifically in
14 relation to the infertility and ovarian cancer paper
15 that is in draft form, it's -- talc is considered as a
16 confounder there.
17         In regard to the description of the OCWAA
18 study, that paper, we are listing it as one of the
19 factors that we are likely to evaluate as a risk
20 factor for ovarian cancer.
21     Q. Okay. And my question is have you ever
22 included asbestos as a risk factor under investigation
23 in your epidemiology studies?
24     A. If I am not mistaken, I think that we had a
25 question on the AACES questionnaire that we asked if

Page 287

1  women had ever been -- ever had a job where they were
2  exposed to asbestos, and I don't know that we have
3  analyzed that data yet.
4      Q. Okay. And you had some discussion with
5  Mr. James earlier today about different types of
6  terminology that might be used to describe
7  associations in the epidemiology literature.
8          Do you recall that?
9      A. Yes.
10     Q. And you were talking about weak associations,
11 modest associations, strong associations. Do you
12 remember that general discussion?
13     A. Yes.
14     Q. Now, as an epidemiologist, how would you
15 define a weak positive association?
16     A. As we have said before, there is no absolute
17 cut-point what's a weak association, what's a modest,
18 what's a moderate association. I -- I can't put a
19 number on that. I don't think any epidemiologist
20 could.
21     Q. In papers that you've authored that have used
22 the words "weak positive association," what do the
23 authors mean by that?
24         MS. PARFITT: Objection. Form.
25         THE WITNESS: I'm -- I'm not -- if --

Page 288

1  did you have a particular paper in -- in mind?
2      BY MS. FOSTER:
3      Q. Not with 20 minutes left, no.
4      A. I'm sorry. I just -- you know, you're asking
5  me what did they mean, and I'm not even sure which
6  paper might have described something as a weak
7  positive association, and I'm not sure who would have
8  used that terminology or what was going through their
9  mind when they chose those words.
10     Q. I assume there are standard epidemiology
11 textbooks that you use in your field; correct?
12     A. Yes.
13     Q. Okay. And what are some of your go-to
14 epidemiology textbooks?
15     A. Let's see. Ken Rothman's Modern Epidemiology
16 is -- different editions of it have been around since
17 I was in school 30 years ago. I still refer to that.
18         When I have taught the physician assistant
19 students, the textbook that we use, which is a little
20 bit lower-level textbook, was going to us. Those are
21 probably my go-to ones.
22     Q. Okay. Do any of the standard epidemiology
23 textbooks use terms like "weak," "modest," "strong,"
24 to describe associations?
25     A. I -- I imagine that in the textbooks, they

Page 289

1  might use that. But the point that I have been trying
2  to make is that there is no numerical value to go
3  along with those descriptors.
4      Q. All right. Switching topics, I want to talk
5  a little bit about some of the things that you
6  reviewed before you came and gave your deposition
7  today.
8          Now, you confirmed earlier that you reviewed
9  the reports of some of the other Plaintiffs' experts
10 in this case; correct?
11     A. Yes.
12     Q. And you reviewed those all between the time
13 that you finished your report and when you came here
14 to testify; correct?
15     A. That is correct.
16     Q. And those were all provided to you by
17 Plaintiffs' counsel; correct?
18     A. That is correct.
19     Q. And how did you choose which of the 22 expert
20 reports that you were going to sit down and read?
21     A. I knew which of the ones that were more of
22 the epidemiology-focused ones. And because that is my
23 area of expertise, those were the ones that I went to
24 first.
25         Also, some of it was, you know, some of the

73 (Pages 286 to 289)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 290

1  names that I recognized: David Kessler, former chair
2  of the -- former head of the FDA; Daniel
3  Clarke-Pearson, who is a gynecologic oncologist who
4  was formerly at Duke. He's now at UNC.
5      Q. Do you know Dr. Clarke-Pearson?
6      A. Only by reputation.
7      Q. You haven't talked to him about your opinions
8  in this litigation?
9      A. No, I have not.
10     Q. And you haven't talked to any other
11 Plaintiffs' expert about your opinions in this
12 litigation?
13     A. No, I have not.
14     Q. In reviewing those reports, did you work
15 under the assumption that the authors of those reports
16 had employed generally accepted methodologies in
17 forming their conclusions?
18     A. I -- I assumed that they had. You know, some
19 of the experts, they are names that I know, even if
20 I don't know the individual personally. You knows,
21 Dr. Siemiatycki, Dr. McTiernan, these are very
22 well-known epidemiologists. And so my assumption is
23 that they use generally accepted methodologies.
24     Q. I noticed on the
25 additional-materials-provided list -- I think it was

Page 291

1  marked as Exhibit 8 earlier. It's a document that
2  I believe you said counsel had prepared, and it has
3  the expert reports on it. It also has a couple of
4  deposition transcripts on it from Dr. Plunkett and
5  Dr. Singh.
6      Did you review either of those before you
7  came and testified today?
8      A. Dr. Plunkett and Dr. Singh, S-I-N-G-H?
9      Q. Yes.
10     A. I don't believe that I read Dr. Plunkett's
11 deposition. I did read a fair bit of Dr. Singh's
12 deposition.
13     Q. When did you do that?
14     A. Probably a week or so ago.
15     Q. Do you have any intention of reading the rest
16 of the reports that Plaintiffs' counsel sent to you
17 after you're closed here today?
18     A. I think that it is possible that I will read
19 some of them, time permitting.
20     Q. You testified about a literature search that
21 you conducted on talcum powder and ovarian cancer.
22     When did you first conduct that search?
23     A. I believe that probably the first time I did
24 that search was not long after I was contacted about
25 possible involvement in this. So probably summer of

Page 292

1  2016, and then updated it to make sure that my report
2  reflected the current literature.
3      Q. Did you do any kind of Bradford Hill analysis
4  of the claimed association between talcum powder usage
5  and ovarian cancer before you were retained as an
6  expert in the talcum powder litigation?
7      A. Doing -- considering the talcum powder -- or
8  considering the Bradford Hill criteria, this is
9  something that we do in our work all the time. It's
10 probably not as formalized as what was done here.
11     As you're aware, I was a coauthor, but I was
12 not the lead author on the AACES study of talc and
13 ovarian cancer. And in regard to the North Carolina
14 Ovarian Cancer Study, that was not the major focus of
15 the -- those papers that reported on talc and -- that
16 reported on talc as a risk factor.
17     So have I done the Bradford Hill criteria?
18 Certainly not in the detail that I have done for the
19 report that I prepared.
20     Q. And when you were -- when Mr. James asked you
21 about the NCI PDQ -- and you all looked at that as an
22 exhibit to the deposition.
23     Do you recall that earlier today?
24     A. Yes, I do.
25     Q. And one of the things that you mentioned is

Page 293

1  you see some kind of inconsistency in the way that NCI
2  evaluates data as to whether there is adequate
3  evidence of association or inadequate evidence of
4  association and specifically used the example of the
5  way that they evaluated the breastfeeding data.
6      Do you remember that?
7      A. Right. What I -- I think the point that
8  I was trying to make when I was asked about that is
9  that the NCI PDQ, they do not describe their
10 methodology. So we're kind of left at what method did
11 they use to evaluate the data? Did they do a complete
12 systematic review, or was it -- was it something less
13 than a complete systematic review?
14     And my point is that, from the information
15 provided, we don't know what methods they used.
16     Q. Have you ever tried to communicate with any
17 of the editorial board members who write the NCI PDQ?
18     A. No, I have not.
19     Q. And you haven't submitted your report to
20 IARC; correct?
21     A. My --
22     Q. Your expert report. You haven't submitted a
23 copy of your expert report to IARC for their
24 consideration; correct?
25     A. No, I have not.

Patricia G. Moorman, M.S.P.H., Ph.D.

## Page 294

1    Q.  Being conscious of the fact that we have
2  limited time left, I'm going to -- okay.  One last
3  question.
4          In terms of the expert report that you
5  provided in the MDL litigation that we've been talking
6  about all day today, are all of the opinions that you
7  intend to give in this litigation contained within
8  that report?
9    A.  I believe they are, yes.
10         MS. FOSTER:  I don't have anything else
11  for you.  So I'm going to pass you on to my colleague
12  here.  Thank you very much.
13         THE WITNESS:  Okay.
14  CROSS-EXAMINATION BY COUNSEL FOR THE DEFENDANTS
15         PERSONAL CARE PRODUCTS COUNCIL
16  BY MS. APPEL:
17    Q.  Hi, Dr. Moorman.  You can you hear me okay?
18    A.  I can, yes.
19    Q.  And just as a reminder from this morning,
20  I am Renée Appel, and I represent Personal Care
21  Products Council.  And I just have a handful of
22  questions to follow up on.
23         When did you first form your opinion in your
24  expert report that talcum powder products can cause
25  ovarian cancer?

## Page 295

1    A.  I think that we have talked about this, that
2  the literature on talc and ovarian cancer has been
3  accruing since 1982, and to say at what point I formed
4  my opinion that it causes ovarian cancer, I can't
5  pinpoint that date.
6          I can say that I have considered talc as a
7  risk factor for ovarian cancer for quite some time.
8  Just over my career, it just seems like it has been an
9  accumulating volume of evidence.
10    Q.  Did you hold that opinion before you were
11  retained as an expert in the talc litigation dating
12  back to the Ingham case?
13    A.  I think that, yes, I did.
14    Q.  But, sitting here today, you can't recall a
15  specific year or point in time in which you formed
16  that opinion?
17         MS. PARFITT:  Objection.
18         THE WITNESS:  I think that I've
19  answered that.  I can't pinpoint at what point
20  I concluded it was a risk factor for ovarian cancer.
21  It's been something that I've considered a risk factor
22  for ovarian cancer for quite -- quite a number of
23  years.
24  BY MS. APPEL:
25    Q.  And when you refer to "it," Doctor, are you

## Page 296

1  referring to talcum powder products?
2    A.  Yes, because all of the literature is -- the
3  epidemiologic literature is based on talcum powder
4  products, whatever the women reported that they used.
5    Q.  So is it correct, Dr. Moorman, that you had
6  not formed an opinion as to whether pure talc is a
7  risk factor for forming ovarian cancer?
8         MS. PARFITT:  Objection.
9         THE WITNESS:  Again, my opinion is
10  based on the product that women have used, and my
11  understanding is that all of the products, they have
12  other constituents in them.  So they may contain, you
13  know, as we have discussed previously, fragrances, for
14  example.  We have also talked about that there are
15  other -- there's evidence to suggest other
16  constituents, such as asbestos or possibly heavy
17  metals.
18  BY MS. APPEL:
19    Q.  And as to those constituents, would you defer
20  to other experts to opine on them, based on the
21  examples you just provided, fragrances or heavy
22  metals?
23         MS. PARFITT:  Objection.  Form.
24         THE WITNESS:  You're asking me defer to
25  other estimates to opine on them in what sense?  Opine

## Page 297

1  on them in what sense?
2  BY MS. APPEL:
3    Q.  Sure.  Would you defer to other experts to
4  opine on whether those particular constituents in
5  isolation are a risk factor for ovarian cancer?
6         MS. PARFITT:  Objection.  Form.  Asked
7  and answered.
8         THE WITNESS:  Okay.  Those particular
9  constituents in isolation are a risk factor for
10  ovarian cancer.
11         I think that we have discussed this
12  previously today, that what is the evidence about, for
13  example, the heavy metals in isolation in ovarian
14  cancer and limited to -- limited epidemiologic data in
15  that regard.
16         So I don't know that I'm deferring to other
17  experts, but, as I phrased it earlier today, I --
18  the -- whether or not these substances are in talc
19  products, it adds to the biologic plausibility, but
20  the epidemiologic data is based on the talc products.
21  That's what the women were exposed to.
22  BY MS. APPEL:
23    Q.  Okay.  So in forming your opinion, you are
24  assuming that those constituents that you've
25  mentioned -- heavy metals, asbestos -- that they are

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 298

1    in the talc powder product that you've rendered an
2    opinion about today?
3            MS. PARFITT: Objection. Misstates her
4    earlier opinions.
5        You might want to read that.
6            THE WITNESS: I -- I am not making,
7    really, any assumptions that these are in the
8    products. My -- you know, my focus on the
9    epidemiologic data is based on the use of the talc
10   products, whatever is contained in them.
11   BY MS. APPEL:
12       Q. In your report on page 30, you've indicated
13   that -- second paragraph, I'm reading from. And I'll
14   give you a moment to turn to it. (As read):
15           "For an association like talc and
16            ovarian cancer, the dose that is
17            most relevant is the amount of
18            talc that actually reaches the
19            fallopian tubes and ovaries."
20       Did I read that correctly?
21       A. Yes, you did.
22       Q. There is, in fact, though, no dose that has
23   been determined that actually reaches the fallopian
24   tubes and the ovaries in any of the studies that
25   you've relied upon; correct?

Page 299

1            MS. PARFITT: Objection. Form.
2            THE WITNESS: Let's see.
3    BY MS. APPEL:
4        Q. I can rephrase if you don't understand.
5        A. If you wouldn't mind, please.
6        Q. Absolutely.
7            In the studies that you've relied upon in
8    forming your opinion, none of those studies have
9    determined a particular dose of talc that actually
10   reaches the fallopian tubes and ovaries; correct?
11           MS. PARFITT: Objection.
12           THE WITNESS: Okay. So if we are
13   talking about the epidemiologic studies, there -- no,
14   of course, they did not measure what dose of talc
15   reached the ovaries and fallopian tubes. That would
16   not be feasible to do for -- reflecting the many, many
17   years of use, and also it would be completely
18   unfeasible to do something like that in an
19   epidemiologic study.
20   BY MS. APPEL:
21       Q. But you maintain the opinion that a
22   determination of that amount -- the amount being what
23   talc reaches the fallopian tubes and ovaries -- is
24   important to making a determination about an
25   association between talc and ovarian cancer; correct?

Page 300

1            MS. PARFITT: Objection. Form.
2            THE WITNESS: I think that the sentence
3    that followed the one that you're reading is that, for
4    all the pragmatic reasons, we rely on the measures of
5    external application as a surrogate of the level of
6    exposure. There's no way that we could measure what
7    dose of talc reached the ovaries or the fallopian
8    tubes for something that women might have applied over
9    20, 30, 40 years of their lives.
10   BY MS. APPEL:
11       Q. Earlier today, you had discussed the
12   hierarchy of scientific evidence.
13       Do you recall that discussion?
14       A. I don't think that I used that terminology,
15   but I think that -- in talking about the
16   meta-analyses, yes. Yes.
17       Q. In terms of that hierarchy, that you
18   understand that I'm referring to based on that prior
19   discussion, where do cohort studies fall in comparison
20   to case-control studies?
21           MS. PARFITT: Objection. Asked and
22   answered.
23           THE WITNESS: Okay. If you have a
24   cohort study that was able to determine exposure
25   completely and accurately, and follow women for a

Page 301

1    sufficient period of time, I think most people would
2    consider that a -- generally a stronger design than a
3    case-control study.
4            But, as I have indicated in my report, you
5    can't rely just on what is the stronger study design,
6    in general. You look -- have to look at the strengths
7    and limitations of the individual studies.
8            Cohort studies have some strengths; they
9    have some notable weaknesses. And I've described
10   those weaknesses several times over the course of
11   today. And I also acknowledge that case-control
12   studies have some weaknesses, but they also have
13   noticeable strengths too.
14   BY MS. APPEL:
15       Q. Is it accurate, Dr. Moorman, that, when you
16   were previously discussing meta-analyses and where
17   that falls on the hierarchy, you were envisioning a
18   pyramid graphic? Is that correct?
19       A. I have -- yes, I have seen graphics that
20   depict it like that.
21       Q. And in those particular graphics, where is
22   cohort studies listed in comparison to case-control
23   studies?
24           MS. PARFITT: Objection.
25           THE WITNESS: As I have said, that in

76 (Pages 298 to 301)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 302

1  that pyramid, it is -- typically, the cohort study is
2  ranked as a stronger study design. But, again, I
3  cannot emphasize strongly enough that you have to
4  consider strengths and weaknesses of individual.
5  BY MS. APPEL:
6      Q. And, Dr. Moorman, have you considered
7  publishing your expert report or the findings that you
8  arrived at in your expert report?
9      A. I have considered it. I have not actually
10 done anything to translate it into a manuscript.
11     MS. APPEL: Okay. Thank you,
12 Dr. Moorman. That concludes my questions.
13         THE WITNESS: Okay.
14     MR. JAMES: I think there's about eight
15 minutes. Off the record.
16         THE VIDEOGRAPHER: Going off the record
17 at 5:50 p.m.
18         (Discussion off the record.)
19         THE VIDEOGRAPHER: Back on record at
20 5:51 p.m.
21     FURTHER EXAMINATION BY COUNSEL FOR THE
22         JOHNSON & JOHNSON DEFENDANTS
23 BY MR. JAMES:
24     Q. Dr. Moorman, in regard to your general cause
25 opinion, do you hold the opinion that the evidence is

Page 303

1  sufficient to support a general cause opinion for all
2  subtypes of ovarian cancer or do you distinguish among
3  the subtypes?
4      A. Okay. The majority of the studies looked at
5  epithelial ovarian cancer as a whole. Some of the
6  studies did look at subtypes. As we are aware, the
7  serous subtype is the vast majority, probably about
8  60 -- maybe "vast majority" is overstating it. But
9  serous subtypes are roughly 60 percent of ovarian
10 cancer cases. And so the studies that looked at the
11 subtypes tended to focus on that.
12         The other subtypes -- the mucinous, the
13 clear cell, and the other subtypes -- they are a much
14 smaller percentage of epithelial ovarian cancer. And
15 so there's really not adequate data to make a
16 conclusion about these subtypes.
17     Q. With regard to inhalation, which you touch
18 upon in your report, do you hold the opinion that
19 inhalation of talcum powder products can cause ovarian
20 cancer?
21     A. I have stated that that is a possible route
22 of exposure to the ovaries. The epidemiologic studies
23 have not specifically addressed the risk associated
24 with inhalation only of talcum powder products.
25     Q. So is there evidence upon which you believe

Page 304

1  is sufficient to conclude that inhaled talcum powder
2  can cause ovarian cancer?
3      A. I do not think that there are epidemiologic
4  studies that have actually looked at inhaled talcum
5  powder in relation to ovarian cancer.
6      Q. And so is your answer that -- let me just ask
7  this again.
8          Do you believe there's sufficient evidence
9  upon which you can conclude that inhaled talc powder
10 causes ovarian cancer?
11         MS. PARFITT: Objection.
12         THE WITNESS: I think that I answered
13 that when I said that I don't think that there are
14 epidemiologic studies that have looked at that. So
15 I can't say that there is sufficient evidence.
16 BY MR. JAMES:
17     Q. Dr. Moorman, are you generally aware that, in
18 the African-American population, there is a lower
19 incidence of ovarian cancer?
20     A. Yes.
21     Q. And you have -- have you also seen in the
22 literature that there is at least some discussion in
23 the literature that the prevalence of talcum powder
24 used in the African-American populations may be
25 higher?

Page 305

1      A. Yes.
2      Q. If both of those things are true, can you
3  provide us an explanation as to why -- why that would
4  be the case?
5      A. There are many causes of ovarian cancer. And
6  some of the risk factors are more common in
7  African-American women; some are less common.
8          So when you consider the whole spectrum of
9  risk factors, you know, breastfeeding, pregnancy, oral
10 contraceptive use, to pinpoint one factor like talc
11 that is used more frequently in African Americans and
12 then say that that conflicts with the lower incidence
13 of ovarian cancer that we see in African-American
14 women, it doesn't take into account the full spectrum
15 of risk factors.
16     Q. With regard to the Health Canada assessment
17 that we discussed much earlier today, do you
18 understand that that assessment is in draft form
19 currently?
20         MS. PARFITT: Objection.
21         THE WITNESS: My understanding is that
22 the scientific assessment they did is complete and
23 that they are -- that there is a period of comment
24 that -- so, I'm sorry, I want to make sure...
25

77 (Pages 302 to 305)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 306

1  BY MR. JAMES:
2      Q.  Do you understand that right now that
3  assessment is currently in the process of a comment
4  period?
5          MS. PARFITT:  Objection.  Form.
6          THE WITNESS:  My understanding is the
7  assessment of the risk that they did, that is
8  complete, and then they are assessing -- or it is in a
9  comment period.  And I think that, you know,
10 potentially, if there were some serious concerns
11 raised, they might revisit the risk assessment that
12 they did.  But my understanding is what they published
13 is their -- that they felt like the risk assessment
14 was complete.
15 BY MR. JAMES:
16     Q.  And to be very quick here, I understand that
17 one of the materials provided to you in the additional
18 materials list was the Taher paper; correct?
19     A.  Yes.
20     Q.  And do you understand that the Taher paper is
21 one of the items discussed in the Health Canada
22 assessment?
23     A.  Yes.
24     Q.  And do you understand the Taher paper's
25 conclusion is consistent with the IARC's conclusion of

Page 307

1  possible cause?
2          MS. PARFITT:  Objection.  Form.
3  Misstates the evidence.
4          THE WITNESS:  If you have the Taher
5  paper -- again, just recalling exactly what they
6  stated, I -- too many papers to remember all the
7  detail.
8  BY MR. JAMES:
9      Q.  When is the last time you reviewed the Taher
10 paper?
11     A.  I would say probably a week or two ago.
12         MR. JAMES:  So if Michelle doesn't cut
13 me off, I will hand you a copy of it.  I'm going to
14 mark it as Exhibit 31.
15     (Exhibit No. 31 was marked for identification.)
16 BY MR. JAMES:
17     Q.  I'll hand you two copies.
18         Okay.  And, Dr. Moorman, again, because I'm
19 running out of time, I'll direct you to the precise
20 portion of the article that founds my question.  It's
21 on page 49, and it's in the conclusion section of the
22 paper.
23         And you see in the last sentence -- in the
24 last sentence, they report that the data indicates
25 "possible cause of ovarian cancer"?

Page 308

1      A.  Yes, I --
2          MS. PARFITT:  Is the question is that
3  what it says?
4  BY MR. JAMES:
5      Q.  That is the question.
6          We had a discussion earlier today about
7  possible cause; correct?
8      A.  Yes.
9          MS. PARFITT:  Objection.
10 BY MR. JAMES:
11     Q.  And, Dr. Moorman, with respect to the
12 Bradford Hill analysis --
13         MS. PARFITT:  Can we stop for a minute?
14     Are you going to tell us when we're off and
15 when we're done?
16         THE VIDEOGRAPHER:  Just one minute.
17         MS. PARFITT:  Thank you.  Oh, that's
18 good.
19 BY MR. JAMES:
20     Q.  With respect to your Bradford Hill
21 analysis -- and this should be my last question --
22     A.  Okay.
23     Q.  -- you will agree with me that in order to
24 reach a causal conclusion, you must rely on items
25 other than the cohorts, case controls, and

Page 309

1  meta-analyses of the epidemiologic literature;
2  correct?
3          MS. PARFITT:  Objection.  Form.
4          THE WITNESS:  The -- some of the
5  Bradford Hill aspects which I think I discussed in my
6  report were the biological plausibility, and so I did
7  rely on literature other than the epidemiologic
8  literature.
9  BY MR. JAMES:
10     Q.  And those are necessary as part of your
11 methodology to reach a causal conclusion; correct?
12         MS. PARFITT:  Objection.  Form.
13         THE WITNESS:  They are a consideration.
14 When you do a Bradford Hill analysis, of course you
15 take into account the biological plausibility and the
16 data that may come from cancer biology studies, animal
17 studies, and so on.  So yes, it should be considered.
18         MR. JAMES:  Okay.  Dr. Moorman, thank
19 you for your time.
20         THE WITNESS:  Okay.
21         MS. PARFITT:  Can we go off the record,
22 please.
23         THE VIDEOGRAPHER:  Going off the record
24 at 6:01 p.m.
25     (Recess taken from 6:01 p.m. to 6:14 p.m.)

78  (Pages 306 to 309)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 310

1          THE VIDEOGRAPHER: Back on record at
2  6:15 p.m.
3          CROSS-EXAMINATION BY COUNSEL FOR THE PLAINTIFF
4  BY MS. PARFITT:
5      Q. Dr. Moorman, good evening.
6      A. Good evening.
7      Q. I just have a few questions to follow up with
8  counsel for J&J and then for PCPC.
9          Dr. Moorman, you were asked not too long ago
10 by Mr. James a question with regard to your general
11 causation opinions as they relate to does talc -- do
12 talcum powder products cause ovarian cancer.
13         Do you remember that discussion?
14     A. Yes, I do.
15     Q. All right. And I believe the question dealt
16 with subtypes of epithelial ovarian cancer.
17         Do you remember that?
18     A. Yes.
19     Q. All right. And I believe your testimony was
20 that there's really not adequate data to make a
21 conclusion about the subtypes.
22         Did you mean, when you said that, that
23 there's not adequate data to make a conclusion about
24 these other subtypes, that that was because the
25 non-serous subtypes were relatively rare?

Page 311

1      A. Yes, but the bulk of the literature is
2  addressing epithelial ovarian cancer, which includes
3  all of the subtypes.
4      Q. All right. So that the ladies and gentlemen
5  are clear as to what your opinion is, is it your
6  opinion that talcum powder products can cause -- or
7  exposure -- let me strike that.
8          Is it your opinion that exposure to talcum
9  powder products can cause ovarian cancer? Is that
10 your opinion?
11     A. That is my opinion.
12     Q. All right. And does that include all types
13 of epithelial ovarian cancer?
14     A. That -- yes. The data are based -- are
15 largely based on all types of epithelial ovarian
16 cancer. Yes.
17     Q. You were questioned a little earlier, and
18 briefly, about the Health Canada assessment. Do you
19 recall those discussions?
20     A. Yes.
21     Q. Okay. And have you had an opportunity to
22 review the recommendations of Health Canada?
23     A. I have, yes.
24     Q. All right. Based upon your review of the
25 Health Canada assessment, what is your understanding

Page 312

1  of the opinion of Health Canada vis-à-vis exposure to
2  talcum powder products and ovarian cancer?
3      A. My -- my understanding is that Health Canada
4  indicated that talcum powder products can cause
5  ovarian cancer.
6      Q. Mr. James showed you a study, the Taher
7  study.
8      A. Yes.
9      Q. And you had an opportunity to review the
10 Taher study as well; correct?
11     A. Yes.
12     Q. Is the Taher study a -- one of the pieces of
13 evidence that you looked at in your review of the
14 Health Canada assessment?
15     A. One of -- it's one of the pieces of evidence,
16 but not the sole body of evidence that they
17 considered.
18     Q. Okay. And is the Taher study also considered
19 a meta-analysis?
20     A. Yes.
21     Q. Okay. For purposes of rendering your
22 opinions in this case, that talcum powder products can
23 cause ovarian cancer, you have shared with the ladies
24 and gentlemen of the jury that you have reviewed
25 multiple meta-analyses; correct?

Page 313

1      A. That is correct.
2      Q. And I believe you spent time today talking
3  with us with regard to the various meta-analyses that
4  you've looked at, examined, and assessed; correct?
5      A. That is correct.
6      Q. Okay. Based upon the totality of the
7  meta-analyses that you have reviewed, what is your
8  opinion with regard to whether or not they demonstrate
9  that talcum powder products can cause ovarian cancer?
10     A. I think that the meta-analyses show
11 consistent conclusions of a 25 to 30 percent increased
12 risk for ovarian cancer; and that coupled with the
13 other criteria that I considered -- the biological
14 plausibility and the various other Bradford Hill
15 criteria -- that I came to the conclusion that talc is
16 a cause of ovarian cancer.
17     Q. Dr. Moorman, is it fair to say that the
18 method -- method of review and your methodology and
19 the analysis that you performed, for purposes of the
20 preparation of your report and the opinions that you
21 shared today, is the type of methodology and the type
22 of process that is generally accepted in your
23 scientific community of epidemiologists?
24         MS. FOSTER: Objection to form.
25         THE WITNESS: I think that the methods

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 314

1  that I used are what I do routinely in my work as an
2  epidemiologist and that is routinely done when we
3  conduct systematic reviews.
4  BY MS. PARFITT:
5      Q. You were questioned numerous times today with
6  regard to the IARC review of talcum powder products
7  and ovarian cancer. Do you recall those discussions?
8      A. Yes, I do.
9      Q. The IARC committee put out a monograph in
10 2010. Is that your understanding?
11     A. That is my understanding, yes.
12     Q. Do you have any knowledge as to when the IARC
13 committee met to make their findings as it pertained
14 to the role of talcum powder products in ovarian
15 cancer?
16     A. I don't recall the exact date, but I believe
17 that it was quite a bit earlier than that. I'm not
18 sure of the exact date.
19     Q. Okay. But it preceded the monograph that
20 came out in 2010?
21     A. Yes.
22         MS. PARFITT: Dr. Moorman, I have no
23 further questions. Thank you very much. I appreciate
24 it. A long day.
25         MR. JAMES: Dr. Moorman, just a handful

Page 315

1  more questions. Okay?
2         THE VIDEOGRAPHER: Mr. James.
3         MR. JAMES: Oh, of course.
4      Can we go off just for one second?
5      How long did Ms. Parfitt go?
6         THE VIDEOGRAPHER: Going of record at
7  6:22 p.m.
8      (Discussion off the record.)
9         THE VIDEOGRAPHER: Back on record at
10 6:23 p.m.
11     FURTHER EXAMINATION BY COUNSEL FOR THE
12         JOHNSON & JOHNSON DEFENDANTS
13 BY MR. JAMES:
14     Q. Dr. Moorman, since the IARC published its
15 monograph in 2010, we have had the publication of
16 additional cohort data on the talc ovarian cancer
17 association; correct?
18     A. Correct.
19     Q. With regard to the subtypes issue, do you
20 believe that different subtypes of ovarian cancer have
21 different risk profiles?
22         MS. PARFITT: Objection. Form.
23     You can answer.
24 BY MR. JAMES:
25     Q. And I'm talking about in general.

Page 316

1      A. The most pronounced difference that we are
2  aware of is that smoking seems to be more strongly
3  associated with mucinous ovarian cancer than with
4  other subtypes.
5      But in most -- for most other risk factors,
6  there -- the risk factors seem to be pretty consistent
7  across the subtypes.
8      Q. Are you aware that many clinicians consider
9  the various subtypes of ovarian cancer to be different
10 diseases?
11         MS. PARFITT: Objection. Form.
12         THE WITNESS: I think that clinicians
13 recognize that they -- there are differences. Again,
14 going to pathologists, they can distinguish between
15 them.
16     But in terms of how they treat them, it's
17 my -- I'm not aware of any real difference in how they
18 would treat the different subtypes of ovarian cancer.
19 BY MR. JAMES:
20     Q. And other than smoking, which is the factor
21 that you just mentioned, can you think of any other
22 risk factors that have a different impact on a
23 specific subtype of ovarian cancer as opposed to
24 another subtype?
25     A. That is the only one that comes to mind.

Page 317

1         MR. JAMES: That's all I have. Thank
2  you again for your time.
3         THE WITNESS: Okay.
4         MS. PARFITT: Thank you.
5         THE VIDEOGRAPHER: This concludes the
6  deposition of Dr. Patricia Moorman. The time going
7  off record is 6:25 p.m.
8      (Whereupon, at 6:25 p.m., the deposition ceased.
9         Signature was reserved.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

80 (Pages 314 to 317)

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 318

1    ACKNOWLEDGMENT OF DEPONENT
2       I, PATRICIA G. MOORMAN, M.S.P.H., PH.D., do
3    hereby acknowledge that I have read and examined the
4    foregoing testimony, and the same is a true, correct,
5    and complete transcription of the testimony given by me,
6    and any corrections appear on the attached errata sheet
7    signed by me.
8
9    _____   _____
10      (DATE)            (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 320

1    STATE OF NORTH CAROLINA  )
2    COUNTY OF ORANGE        ) C E R T I F I C A T E
2
3       I, Sophie Brock, Court Reporter and Notary Public,
4    the officer before whom the foregoing proceeding was
5    conducted, do hereby certify that the witness(es) whose
6    testimony appears in the foregoing proceeding were duly
7    sworn by me; that the testimony of said witness(es) were
8    taken by me to the best of my ability and thereafter
9    transcribed under my supervision; and that the foregoing
10   pages, inclusive, constitute a true and accurate
11   transcription of the testimony of the witness(es).
12      I do further certify that I am neither counsel for,
13   related to, nor employed by any of the parties to this
14   action, and further, that I am not a relative or
15   employee of any attorney or counsel employed by the
16   parties thereof, nor financially or otherwise interested
17   in the outcome of said action.
18      This, the 26th day of January, 2019.
19
20
21
22   _____
     Sophie Brock, RDR, CRR
23   Notary Number: 200834000001
24
25

Page 319

1       E R R A T A
2    CASE NAME:  TALCUM POWDER LITIGATION MDL NO. 2738
3    WITNESS NAME:  PATRICIA G. MOORMAN, M.S.P.H., PH.D.
4    CASE NUMBER:  16-2738 (FLW)(LHG)
5    PAGE  LINE      READS        SHOULD READ
6    ____ ____ _____ _____
7    ____ ____ _____ _____
8    ____ ____ _____ _____
9    ____ ____ _____ _____
10   ____ ____ _____ _____
11   ____ ____ _____ _____
12   ____ ____ _____ _____
13   ____ ____ _____ _____
14   ____ ____ _____ _____
15   ____ ____ _____ _____
16   ____ ____ _____ _____
17   ____ ____ _____ _____
18   ____ ____ _____ _____
19   ____ ____ _____ _____
20   ____ ____ _____ _____
21   ____ ____ _____ _____
22   ____ ____ _____ _____
23   ____ ____ _____ _____
24   ____ ____ _____ _____
25   ____ ____ _____ _____

81 (Pages 318 to 320)

Patricia G. Moorman, M.S.P.H., Ph.D.

## A

**AACES**
7:12 29:1,7 128:24
209:4 283:3
284:17 285:6,13
285:16 286:25
292:12

**AACR**
5:11 6:18 7:10,13

**ability**
11:23 35:13 320:8

**able**
72:3 102:23 163:25
248:17 300:24

**abortion**
223:2

**absence**
83:21

**absolute**
249:10 287:16

**absolutely**
64:11 70:17 84:14
87:20,22 129:7
165:6 255:11
299:6

**abstract**
169:14,15,17 176:5
176:10 195:11
202:19 205:6,8
227:25 264:19
269:11,19 276:16
276:16,24 277:6
279:9,12

**accept**
124:22 250:11

**accepted**
111:14 141:23
251:24 252:3
256:13 257:19
258:20 290:16,23
313:22

**accepts**
145:5

**access**
42:19

**accommodate**

**14:8**

**account**
176:18 216:14
242:20,22 272:4
305:14 309:15

**accruing**
295:3

**accumulated**
95:7 161:24 178:19
179:4

**accumulating**
142:3 295:9

**accuracy**
220:4,7 239:16

**accurate**
55:23 69:4 81:15
134:4 239:22
240:13 249:12
279:3,16 301:15
320:10

**accurately**
107:1 136:4 242:17
279:23 300:25

**acetate**
154:7

**acknowledge**
54:18 104:21
106:10,18 109:2
134:1 150:18,19
159:25 193:2,19
204:8 223:16
229:24 232:10
236:24 238:23
239:25 241:18
247:21 255:13,18
258:12 264:9
266:6,9 268:25
271:19 275:11
301:11 318:3

**acknowledged**
23:5,8 107:5
130:20 131:15
132:8 135:8
231:10

**acknowledges**
93:25

**acknowledging**
110:12 185:20,22
186:11 204:13
266:25 270:17
275:23 276:1

**acknowledgment**
170:8 318:1

**ACOG**
149:9,22

**ACOG's**
5:20

**acquire**
47:9

**action**
5:6 280:20 320:14
320:17

**activities**
10:13,21

**actual**
248:4 274:9

**add**
16:1 51:20

**added**
47:24 48:9,19 49:3
50:6 51:5,16
161:22 162:5

**addition**
217:25 219:10
285:6

**additional**
4:22 39:1,8,22 40:5
40:15,22 41:3,15
43:14 44:21,23
46:4,23 47:23
51:18,20 52:5
68:11,14 72:22
92:24 93:19 95:6
95:10 98:1,12
179:4 189:15,18
189:23 192:10
193:12,16 207:20
216:14 217:4
283:17 306:17
315:16

**additional-mater...**
33:19

**additional-mater...**
290:25

**address**
19:17 35:4 68:12
86:23 124:2 135:8
152:3 163:5,19
169:9 171:9
172:14 173:25
176:4 200:3
221:10 222:3
232:11,12

**addressed**
26:5 65:23 66:24
119:9 120:15
122:16 132:7
139:2 153:2
167:12 172:16
186:5 243:4,7,10
303:23

**addresses**
224:7 232:9 244:18

**addressing**
64:10,11 84:3
155:1 231:16
311:2

**adds**
297:19

**adequate**
110:14 154:8,13
155:16,17,21
156:5,8 255:23
293:2 303:15
310:20,23

**adjective**
248:14 249:21

**advance**
181:10 184:11

**advantages**
196:23 199:7

**advise**
168:21 170:1 171:4

**advisement**
25:2

**afindeis@napolil...**
2:14

**afraid**

**11:11 12:1**

**African**
7:11 26:9 27:11,12
29:1 128:18,20
136:15 283:3
284:16,17,22
305:11

**African-American**
5:15 20:22 25:21
27:11,15 128:12
135:13 136:8,13
136:17 304:18,24
305:7,13

**age**
218:7

**agencies**
253:10

**agency**
127:5 251:9

**ago**
10:18 136:5 220:19
280:19 288:17
291:14 307:11
310:9

**agree**
37:17 54:8 56:8
60:23 105:7,12,18
106:4 112:7
129:10 182:12
190:4 202:10
203:10 204:4,12
204:14 208:18,20
210:24 211:2
215:20 233:18
236:10 238:17
245:2 247:1,9
250:20 251:2
272:25 308:23

**agreed**
223:10

**agreement**
239:7

**ahead**
62:9 99:3 114:5
146:16 284:11

**AHRQ**

127:6
**al**
5:13,16,19 6:8,10
6:12,17,20,23 7:5
7:9,12,18,21
**Alastair**
2:14 8:20 12:11
**alcohol**
182:4 267:22,24
**Alexandria**
2:4
**Alison**
5:13
**allegation**
64:3,7 65:3,17 75:6
105:10 120:17
**allegations**
9:24
**alleged**
84:7 86:10 109:19
119:15 122:23
**allegedly**
105:22 106:9
**alleging**
106:7
**allowable**
121:23 122:3
**allowed**
22:24
**alluded**
101:8,13
**amend**
22:18
**America**
3:2 8:14 280:16,21
280:24
**American**
5:14 7:11 29:1
128:18,20 136:16
166:12,24 283:3
284:17,22
**Americans**
305:11
**amount**
75:20,21 76:5
298:17 299:22,22

**Amy**
7:8
**analyses**
75:23 118:7 120:6
120:7 121:16
238:22 239:9
278:17
**analysis**
5:18 6:19 111:8,12
120:15 121:13
138:23 139:4
179:14,18 182:19
202:21 214:9
215:16 224:14
233:24 236:20
242:24,24 244:3
244:15 256:9
261:14 269:6,23
278:14 279:22,24
283:12 292:3
308:12,21 309:14
313:19
**analyze**
233:21 242:18
284:7
**analyzed**
120:15 212:4,5
242:8 287:3
**ancestry**
26:10 27:12 284:16
**Anderson**
25:18
**and/or**
142:25
**Angeles**
285:4
**animal**
52:24 58:1,6,11,16
63:4 89:24 309:16
**animals**
106:24
**Anne**
44:4
**answer**
12:22 15:17 22:25
22:25 55:22 57:23

58:8 60:5 61:3,21
62:6 64:22 66:19
69:22 70:2,3 74:5
78:22 82:10,11
95:14 99:2 102:4
125:1,11,25 144:4
163:9,24 171:23
171:25 178:20,20
184:16 200:12,18
200:19,20 201:7,9
201:21,22 204:19
219:1,5 265:1
304:6 315:23
**answered**
28:18 48:23 50:13
50:15,20,21 54:11
55:18,22 57:15
58:12,15 60:15
61:24 62:23 63:7
63:14 64:20 82:6
82:8 98:10 99:19
125:19 183:4
189:2 190:1 199:3
199:5 200:22
201:17 217:7
219:14 245:24
247:25 248:1
252:19 255:6
267:8 271:12,13
295:19 297:7
300:22 304:12
**answering**
64:14 65:21 146:22
172:5 219:4 249:4
**answers**
14:1 60:6
**Anticancer**
6:13
**anticipation**
37:4
**anytime**
14:7 220:18 239:20
**apologies**
20:14 90:10 96:16
109:11 135:21
146:17

**apologize**
113:13 148:4
**apparently**
21:18
**appear**
265:20 318:6
**appears**
320:6
**Appel**
3:15 4:5 8:17,17
294:16,20 295:24
296:18 297:2,22
298:11 299:3,20
300:10 301:14
302:5,11
**applicable**
230:3,6 282:3
**application**
6:14 283:18 300:5
**applications**
272:17,20 276:21
277:11 278:11,21
**applied**
59:7 63:2 106:11
143:8,10 144:1
300:8
**applying**
285:12
**appreciate**
33:1 100:9 314:23
**approach**
17:25
**approached**
11:14
**appropriate**
22:12 47:12 218:19
**appropriately**
65:23
**approximately**
8:4 89:6 158:15
**April**
5:7 44:4
**area**
57:7 59:4,14 60:18
63:14,17 90:1
106:13 121:22

289:23
**areas**
56:16,19 60:19
63:3
**arguably**
210:15,25
**argue**
274:21
**arisen**
95:10 98:12
**arising**
188:13
**arrangements**
35:15
**arrived**
302:8
**Arsenic**
5:9
**article**
5:11,14,17 6:6,9,13
6:18,21 7:3,6,10
7:13,16 19:20
20:18,20 21:4,19
21:24 22:4,7 23:3
23:25 25:9,14,18
26:2 40:20 59:25
60:1 64:24 65:25
66:3 67:17 108:20
109:18 110:5,18
111:3 147:20
148:7,12,20 149:5
169:13,14,16
170:7,9 174:1
177:21,24 187:20
194:16,18,20
210:9 211:24
212:17 213:16,17
213:20 215:4,4
231:16 235:21
237:8 238:8 239:6
242:16,17 243:6
243:21 254:19
270:2 274:25
276:14 307:20
**articles**
19:9,14,16 25:10

26:1,4 34:25 35:2
40:10,17 52:4,6
59:12,19 64:9,23
67:13,15 75:10
81:9 88:11 111:24
112:1 166:11,23
183:21 212:9
213:19 230:11
255:24
**articulated**
242:1
**asbestiform**
117:11
**asbestos**
5:11 19:10 25:11
26:1 28:10 30:10
30:21 31:1 63:20
63:24 64:3,8,18
65:3,18 66:7
67:11 68:12,20,25
69:7,9 70:14,16
70:18 71:2,14,18
71:20 72:2 73:3
75:7,23,25 76:1,2
76:9,15 77:22
79:14,21 81:10,15
81:23 82:13 83:6
83:21 84:7 85:8
86:1,10,13,14,21
86:24,25 87:4,8
87:14 88:1,7,8,12
88:14,21,22 89:1
89:10,17 90:5,19
90:23 91:1,15
92:14,19 93:2,9
93:12 94:19 96:3
103:20 105:2,9,22
106:6,9,14,15
108:7,21 109:14
109:19,21 110:10
111:8,10 112:9
114:6 117:24
119:23 124:21
125:14,21 141:13
141:24 142:13,22
142:24 286:22

287:2 296:16
297:25
**asbestosis**
114:18
**asbestos-containi...**
105:19
**asbestos-contami...**
85:14 113:21
**asbestos-free**
69:1 71:23
**asbestos-related**
114:19
**ascertained**
220:6
**ascertainment**
210:17
**ascribe**
257:15
**Ashcraft**
2:3 15:19
**aside**
88:21 126:22
**asked**
34:7 48:22 50:12
50:19,22 54:10,12
54:20 55:15 57:14
58:12 60:14 62:11
62:23 63:6 68:13
82:5,8 98:10,25
99:6 102:10 126:1
129:1 131:16
135:7 140:15
172:4 177:20
178:10,22,24
184:17 195:18
199:2 200:15
201:8,17 206:19
208:14 217:6,13
217:25 218:3
219:3,7,9,11
225:16,22 245:23
247:24 248:2
277:14 286:25
292:20 293:8
297:6 300:21
310:9

**asking**
12:24 13:10 24:10
29:20 44:15 60:10
60:11 63:2 87:23
134:8 140:12
144:7 146:15,24
201:23 218:9,12
220:10 221:5
223:11 224:24
225:13 250:7
256:23 280:4
288:4 296:24
**aspect**
211:3 223:23
271:14 279:22,23
**aspects**
170:15,21 172:14
213:18 309:5
**assertion**
123:4,8
**assess**
102:10 202:22
215:2 254:9,18
255:1 278:25
**assessed**
96:10 110:21
253:11 270:23
276:21 277:11
313:4
**assesses**
253:4
**assessing**
64:18 109:13
126:23 127:14,21
196:24 249:15,16
250:7 253:15
256:2 258:22
306:8
**assessment**
101:17 124:18
143:5 187:16
211:5 217:20
240:9 305:16,18
305:22 306:3,7,11
306:13,22 311:18
311:25 312:14

**assessments**
159:2
**assistant**
24:10 288:18
**associated**
20:21 143:24
147:25 149:2
154:18 155:9
166:7 182:3,9,15
225:8,9 255:21
265:4 303:23
316:3
**association**
7:10,20 27:5 28:14
90:18 92:13 94:10
94:21 98:14
110:16 127:14,21
132:18,22 133:3
133:16,19,21,23
133:24 134:9,9,10
134:13 135:1,2
136:14 137:7,23
138:11,14 139:17
142:9 148:21
150:24 152:1
155:25 156:4,17
156:22 157:12
158:3,20 160:25
162:3 164:3
169:23 170:13
171:1 174:10
178:16 185:12,16
186:13,17 187:14
188:15,25 189:5
189:10 190:21
192:23 193:5
195:16 200:7
203:22 204:11
205:17 210:19
228:25 234:17
236:20,22 241:5
242:5,20,22 244:9
245:4 246:10,10
246:12,15,18,25
247:1,8,17,23
248:5,9,17 249:5

249:7,11,17,19,25
250:3,10,18,21
251:2,6,11 253:1
253:5,16,18
256:11,14 257:3,7
257:13,15,17
258:19,20,21,25
261:10,14,22
263:25 264:8
265:9 266:3 267:3
267:5,16,23 270:6
275:14 287:15,17
287:18,22 288:7
292:4 293:3,4
298:15 299:25
315:17
**associations**
94:1 126:13,20,24
136:21 140:3
143:22 162:1
176:19 193:3
230:13 231:14
245:7,13 246:14
247:16 248:25
250:2 251:22
252:2,8,11,16,17
253:13,19,22
257:19,20 258:9
258:10,12 264:11
272:14 287:7,10
287:11,11 288:24
**assume**
231:12 288:10
**assumed**
290:18
**assuming**
297:24
**assumption**
290:15,22
**assumptions**
298:7
**attached**
45:19 46:21 318:6
**attempted**
22:18
**attempting**

Patricia G. Moorman, M.S.P.H., Ph.D.

117:20
**attention**
23:10 59:13,20,21
59:24 185:9
207:22 232:21
233:1,3,6,18,22
233:25 240:22
**attenuated**
132:19 133:16,21
134:3 137:24
138:1,4,9 162:5
234:17 241:1
**attenuating**
190:21
**attenuation**
132:9 264:7 266:16
**attorney**
11:24 320:15
**attorneys**
11:12 12:3,14,18
13:12,15
**attributable**
241:14 261:20
**attribute**
242:4
**attributed**
270:10 271:2
**Austin**
2:8 3:4
**author**
20:19 21:12 22:4
22:11,17 25:16,18
179:6,7 188:21
246:24 247:7
292:12
**authored**
13:8 19:9,14,16
25:10 26:1 37:7
37:15 42:13
287:21
**authority**
158:18 244:19,23
**authors**
23:4 108:11,17,19
109:3,25 110:9,12
163:3 166:4

167:18,24 168:7
168:21 169:5
170:2,9 172:21,25
173:17,25 174:6
174:14 175:7,25
176:4,10,21,22,24
178:24 179:3
180:16,24 181:1
183:2 186:12
187:20 188:21
195:10,12,19
202:20 203:3,16
204:13 205:7,9,24
206:9 207:10,19
207:25 208:21
210:12,24 212:21
234:23 247:7
264:21 265:3,4,17
266:2 267:2
269:13 270:4
275:2,2,15,19
276:12 277:17
279:9 287:23
290:15
**author's**
227:24 277:6
**available**
33:21 47:16 50:18
51:11,12 67:17
74:16 75:12 88:18
155:23 176:11
**Avenue**
3:3,8
**average**
218:7
**aware**
30:6,8 47:10 48:16
51:12 52:6 59:3
59:12,19 74:20
83:14 86:12 88:10
88:17 102:20
107:19 111:21,24
114:16 119:8
122:15 146:24
147:2,2,20 182:21
183:19,23 184:2

186:20 187:20
199:13,18 200:16
200:25 201:2,8,11
201:11,24 203:24
263:12 285:17,21
292:11 303:6
304:17 316:2,8,17
**a.m**
1:15 8:4 52:16,17
52:17,19 115:3,4

---

## B

**B**
3:15
**baby**
80:10 129:16,23
130:3
**back**
29:16 35:16 36:5
52:18 61:9,15
103:19 115:5
116:23 123:14
135:12 147:8
150:16 153:15,18
153:22 165:11
177:18 180:8
183:13 204:9
206:22 211:16
215:5 217:15
218:9,13 219:22
232:22 234:5
242:15 248:24
249:24 259:16
264:2,14 269:8
278:5 280:4,13
295:12 302:19
310:1 315:9
**Background**
202:19
**backwards**
173:4
**BACON**
2:17
**bad**
76:2
**baffled**

155:20
**balanced**
240:9
**ballpark**
229:13
**bar**
250:19
**base**
117:5
**based**
47:2 81:24 87:6
90:20 92:16 93:12
93:14 116:4 117:8
117:9,23 118:6
119:22,25 125:3,4
125:19 129:9
130:21 140:1
144:2 154:17
156:7 198:13
222:17,18 224:20
235:23 240:16
243:23 244:24
274:15 275:6,10
276:6 281:14
296:3,10,20
297:20 298:9
300:18 311:14,15
311:24 313:6
**baseline**
218:7,19
**bases**
71:9 117:20
**basically**
31:20 35:1 181:8
181:16 260:17
**basing**
116:11 122:17
126:4 154:9
275:10,25
**basis**
67:25 68:1 122:2
123:20 124:6
220:4 222:13,16
242:11 262:18,20
281:15
**batch**

72:23
**bear**
55:4,8 245:6 282:8
**beat**
151:19
**began**
60:12 218:22
**beginning**
108:16 269:12
**begins**
38:25 207:18
**behalf**
2:2,16 3:2,11,17
9:21 16:25
**beliefs**
25:15
**believe**
12:23 13:2 14:21
18:22 22:3,6
23:23 24:9 30:12
32:9,25 34:7
36:17 40:16 47:4
49:17 50:14 56:21
56:23,24 58:4,14
59:2 63:22,24
64:20 66:13 67:2
75:9,13 79:23
80:5,6,18 81:11
88:22 89:15 108:5
110:10,19 111:2
115:22 118:12
120:13 122:2
123:6 127:8
129:18,22 132:14
136:24 140:11
145:4,8 148:12
164:18 165:18
168:17 177:15
183:14 187:25
188:20 191:8
192:12 193:8
209:6 216:23
217:2 219:5
220:10 234:2
236:1 266:18
272:5 273:11

284:8 291:2,10,23
294:9 303:25
304:8 310:15,19
313:2 314:16
315:20
**benefits**
206:18
**Benign**
20:20
**Berg**
169:1
**Berge**
6:10 169:1,5 170:2
171:5 172:17,21
172:25 194:18,20
195:10 212:16
213:15,20 214:9
214:17 215:2,4,12
215:15,17 269:3
270:2
**best**
43:10 320:8
**Bethea**
30:1
**better**
190:5,23
**bias**
7:14 103:14 110:15
132:23 159:11,16
159:18,18 160:1,4
164:11 176:16
185:7,20 186:6,11
190:10,10 203:7
203:12,23 204:9
204:10 205:14
206:9 207:13
220:23 221:1,7,12
221:13,19 226:11
226:22 229:2,3,14
230:7,12 231:4,4
231:11,12,17,17
231:20 232:5,10
232:13,20 237:17
238:10,24 239:8
239:12 240:1,11
240:16,19 241:6

241:14,19,19,24
242:4,5,8,20,22
243:4,10,17 251:3
251:7 254:10
270:10,15,16
**biased**
231:22
**biases**
160:11 164:13
171:13 177:5
230:22 231:23
264:7 266:15
270:17 271:3
**BIDDLE**
2:21
**big**
100:1 229:15
**binder**
4:17 35:7,19 36:2
273:13
**biologic**
205:12 254:13,15
297:19
**biological**
48:14 87:11 88:16
117:12 121:4
181:11 182:6
183:10 309:6,15
313:13
**biologist**
53:21 57:4,18
**biology**
53:20,22 57:9,10
309:16
**bit**
12:1,5 59:4,14
134:24,24 143:6
144:13 148:3
154:23 155:20
161:17 234:15
288:20 289:5
291:11 314:17
**Black**
284:25
**blanking**
12:12

**blogs**
30:17
**board**
293:17
**bodies**
146:9,25 254:9,12
**body**
7:10,13 56:22
60:13 63:10 64:18
89:9 102:10,20
103:19,21,24
104:22 105:7,13
105:17 106:19
107:5,13,17
111:15,22 112:17
128:24 129:8,9,13
131:5,17 132:2
142:12,13,22,25
144:15,17 155:13
156:11,21 161:12
174:7 178:12
197:20,25 199:11
199:14 200:16,25
201:12 202:4
227:15,19,21
229:14 231:3,6
237:15 239:15
253:20 254:7
255:1 260:10
262:3 263:18
312:16
**Bondy**
29:7
**borderline**
274:20,24
**Boston**
285:1
**bottom**
77:18 85:10 108:15
109:23 150:7
167:17,23 195:1
196:21 203:17
207:18 210:13,14
211:23 221:10
226:7,15 272:11
276:17 277:5

**Brad**
3:23
**Bradford**
111:8,11 182:21
183:8 244:3,20
247:15 248:24
249:15 258:23
263:9 292:3,8,17
308:12,20 309:5
309:14 313:14
**brand**
75:11
**break**
14:7 19:13 52:11
113:10,16 114:24
117:2 165:5
175:18 209:16
210:1,5 211:10
259:10
**breaking**
259:2
**breast**
181:24 182:1,2
225:21,23 254:1,5
**breastfeeding**
154:15,18,20,24
155:2,7,9,15,16
156:12,17,23,25
157:4,13 293:5
305:9
**Brennan**
2:23 8:11,11
173:13 259:7
**briefly**
264:14 311:18
**Britton**
7:15 237:15,25
**Broadhollow**
2:12
**broadly**
128:21
**Brock**
1:21 320:3,22
**broken**
235:5
**brought**

23:10 33:25 34:4
35:7 54:24 59:13
59:20,21,24
126:18 221:7
**bulk**
311:1

**C**

**C**
2:1 3:1 5:9 6:22 8:1
320:1,1
**cadmium**
122:13
**calculated**
214:20
**calculation**
214:17,18 215:3
**calculations**
124:18 212:4,6
**California**
7:18 285:3
**call**
110:23 133:9
247:23
**called**
109:3 282:16
283:24
**calls**
94:20
**Camargo**
110:18 111:3
**Cambria**
1:17
**Campus**
2:22
**Canada**
145:16,19,23 146:3
146:8 147:6
150:17 253:14
305:16 306:21
311:18,22,25
312:1,3,14
**cancer**
5:12,14,17,20 6:3,4
6:7,10,12,15,19
6:22 7:3,4,11,11

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 979 of 1022 PageID: 62102
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 326

7:14,16,17,21
9:19,25 19:10
20:21 21:15 23:5
25:12,16,21 26:9
26:25 27:5,11,15
28:12 29:2,2
30:22 31:1,24
32:12 40:19 48:15
52:3,9 53:20,21
53:22 54:15 56:21
57:4,18 58:17
60:4 62:22 63:21
63:24,25 66:2
87:1,5,12,14
88:23 89:1,11,17
90:19 92:14 93:4
93:9 94:14,19
98:5,14 102:8,13
102:15,24 103:20
104:5,9 105:11,15
108:8,23 109:14
109:22 110:10
111:9,10,13,23
112:10,18 113:1
114:12 117:14
120:19 121:3,6
122:13,17 124:3
124:24 125:6,8
127:4,4 128:11,19
128:20 135:13,18
136:8 137:1
138:17,20 139:4
139:18,24 140:16
141:12,23 142:3
142:14 143:2,10
143:14,15,21,23
143:25 144:17,18
144:23 145:6,9
146:4,12 147:1,19
148:1,10 149:4,10
149:23 150:12,23
150:24 151:11
154:19 156:12,17
156:23 157:1,3,4
157:13 158:13
160:20 161:11

166:8,20 167:5,6
168:5 174:11
176:16 181:15,18
181:24 182:1,2,7
185:14 186:19
187:7 188:15,25
189:5,10,16
190:13 192:24
193:6 197:1,7,8
197:15,20 201:12
202:23 203:24
205:20 207:23
209:6,9 210:21
212:10 213:1
218:19,22 224:19
225:6,21,23 226:4
226:18 227:17
228:11,17 229:25
231:7 232:7,11
233:13,23 234:24
237:16 245:9,11
245:15,21 246:9
246:24 247:8,19
249:2,14 251:11
252:25 253:12,25
254:1,4,5,8,17
255:8 257:25
259:23,25 260:7
264:1,10 265:5,20
266:3,21 267:22
267:24 270:8
271:25 278:13
283:3,19 285:10
285:17 286:14,20
291:21 292:5,13
292:14 294:25
295:2,4,7,20,22
296:7 297:5,10,14
298:16 299:25
303:2,5,10,14,20
304:2,5,10,19
305:5,13 307:25
309:16 310:12,16
311:2,9,13,16
312:2,5,23 313:9
313:12,16 314:7

314:15 315:16,20
316:3,9,18,23
**cancers**
5:18 54:15 113:24
138:22 254:5
285:14
**capable**
248:8 249:19
**capture**
50:5 59:8 60:13
**captured**
218:23
**carcinogen**
96:24 97:3,7,23,24
97:25 98:22
101:23
**carcinogenic**
96:4,18,22 98:17
99:12,15 119:7
122:19 123:5,24
146:14 180:20
253:3
**carcinogenicity**
122:23
**Carcinogens**
5:10
**Care**
3:11 8:18 294:15
294:20
**career**
23:6 127:15,22
156:20 295:8
**careful**
246:2
**carefully**
186:6
**Carolina**
1:18 135:18 137:1
138:17,20 139:3
140:16 285:16
292:13 320:1
**carries**
92:3 207:18
**carry**
160:5,9
**carrying**

226:7
**case**
9:19,22,24 10:2,3,5
11:10,21 12:3
15:10,20 16:18
17:7 31:21 32:20
41:2 45:6 47:2
59:1,8 60:12
74:18 76:13 87:10
106:8 115:20
116:10 119:17
120:8 125:16
152:15 165:24
174:18 175:23
179:8,15 180:12
197:6 216:23
229:8 232:15
268:3 289:10
295:12 305:4
308:25 312:22
319:2,4
**cases**
1:9 6:19 11:13,20
12:2,4 15:20
104:12,13,15
107:15 199:25
200:1 212:14
213:1,3 239:17
261:19 264:5
275:13 284:18
303:10
**case-control**
7:7 20:22 170:23
171:11 185:6,21
187:8 195:20,21
196:22 197:8,13
198:2,4,22,25
199:13,22 203:19
205:15 207:13
208:12,18,22
211:7 213:8
214:14 220:20
226:12,21 227:1
227:14,19 228:2
228:14,19 229:1,4
229:11 230:1,8,14

230:17,21 231:15
231:19 232:13
238:11 241:11,18
243:17 264:13
266:19 267:5,17
268:19 270:9
284:9 285:5,5
300:20 301:3,11
301:22
**case-controls**
198:7,8 269:24
271:6
**categories**
217:21
**categorize**
35:2,2
**category**
140:7 252:12,18,20
258:8 274:4,10,13
275:12
**causal**
90:17 92:13 142:23
143:18 145:19
146:5 158:3,20
159:2 163:13,15
164:3 166:15,25
168:3,12,17
169:22 170:11,25
174:9 176:13
178:6,15 181:14
182:11,18 185:15
195:15 245:7,13
246:14,15 250:2
250:19 251:24
252:4,7,15,23
253:1 255:15,16
255:22,25 256:14
256:19 257:3,8,19
257:24 258:9,20
259:1 269:16
308:24 309:11
**causality**
143:9 144:2 149:6
159:7 174:16
182:23
**causation**

Patricia G. Moorman, M.S.P.H., Ph.D.

163:4,6 164:8
166:5 168:9,22
169:6,10 170:3
172:21 173:18
174:1 175:8 176:2
176:5,25 177:13
177:21 178:25
181:2,20 183:3
254:21 255:5
256:5,7 257:1
258:1,11,13
310:11
**cause**
5:11 9:25 31:23
87:12 88:22 98:5
102:8,12,15,23
108:8,22 111:10
120:18 121:2
122:13 124:24
125:8,15 142:15
145:5,9 146:3,12
147:1,18 167:9,15
179:22 182:2,8,16
183:11 294:24
302:24 303:1,19
304:2 307:1,25
308:7 310:12
311:6,9 312:4,23
313:9,16
**caused**
166:20 167:3
225:23
**causes**
5:17 86:25 87:4
105:11 141:12,13
141:23,24 150:11
167:6 181:18
295:4 304:10
305:5
**caution**
160:15,18 163:15
168:9 240:14
**cautionary**
164:7,10
**caveats**
218:4

**ceased**
317:8
**cell**
53:2 58:20,24
60:25 61:6 62:3
63:4 156:23
303:13
**Central**
7:17
**certain**
39:15 121:2 168:3
168:12
**certainly**
25:1 52:14 60:18
78:9 86:12 102:5
145:14 211:3
218:11 237:1
239:3 245:8
247:15,16 248:25
249:2 250:17
256:18 257:5
264:12 292:18
**certainty**
59:15 80:8 102:18
**certify**
320:5,12
**chair**
290:1
**chance**
49:25 103:14
**change**
10:8,12,19 43:15
43:17 51:21 52:10
111:5 125:22
**changed**
193:25
**changes**
10:15,20 18:23
38:12
**changing**
69:13
**characteristics**
199:8
**characterization**
53:17 201:5 247:2
**characterize**

67:14 97:2,3,6,9
160:8 162:23
184:22 249:8
**characterized**
49:17 75:25 184:20
**charging**
14:16
**chatroom**
30:17
**check**
21:16 216:23
**checklist**
101:25 103:8,11,18
**Chemistry**
85:7
**Chicago**
3:19 285:6
**childbearing**
182:4
**choose**
289:19
**chose**
288:9
**Chris**
13:3
**chromium**
119:12,15 122:13
**chronologically**
173:4
**CI**
137:20 138:10
139:20
**cigarette**
141:11
**cite**
32:16 95:2,5
146:11 158:18
183:17 192:14
211:24 212:1
213:20 214:1
221:18 222:14
226:8,10 242:7
243:2 244:14,17
244:19,22 246:8
251:9,15 253:4,8
254:2 256:19

273:7 276:9
**cited**
45:6,25 46:4 51:1
66:20 78:17 123:1
123:3 152:17
183:20,21 206:24
207:3 230:12
246:17 250:8,9
253:23 255:1
273:1,9,21 277:17
**cites**
104:19
**citing**
242:12 272:24
279:16
**claim**
68:20,24 70:22
75:17 102:12
108:7 118:24
119:6 121:11
276:10
**claimed**
292:4
**claiming**
198:23 199:1 267:3
267:16
**clarified**
129:5
**clarify**
91:17 115:17 120:9
130:2 142:17
144:5 267:21
**clarifying**
117:9
**clarity**
16:2
**Clarke-Pearson**
44:5 290:3,5
**classification**
103:8
**classifications**
96:25 252:14
**classified**
96:11 252:12,17
**classifies**
155:24

**clear**
23:14 47:23 91:5
93:24 100:12,14
128:16 130:15
248:13 275:5
276:4 303:13
311:5
**clearing**
29:22
**clearly**
90:20 92:15 120:5
143:21 182:1
197:2 236:12
**clinicians**
316:8,12
**clock**
200:23
**close**
137:8,10 138:6,14
265:14 279:25
**closed**
291:17
**coauthor**
20:23 25:22 26:7
138:24 292:11
**coauthors**
28:20 29:9,12,24
30:3,6 239:6
285:15
**cobalt**
119:12,15 122:13
**cohort**
7:7 90:21 92:17
104:11,18,19
170:24 171:11,13
185:12 186:13,16
186:18 187:7
188:13,14,24
190:4 191:3,7
192:5,8 194:9,25
195:22 196:22
197:7,13,22 198:2
198:4,20,24
199:12,15,19,24
200:2,18 201:1,13
202:7,10 204:14

Patricia G. Moorman, M.S.P.H., Ph.D.

204:17 205:7,21
205:25 206:1,5,9
206:18 208:1,6
210:15,25 211:20
212:9,24 213:5,9
214:14 215:18
216:6,17 218:8,16
218:18 220:2,6
226:21 227:1,20
228:2,19 229:5,12
230:2,10,14,18,20
231:23 263:15
266:20 267:4
268:10,19 270:9
270:15,17,19
284:9 285:1,2,3
300:19,24 301:8
301:22 302:1
315:16
**cohorts**
104:8 198:6,8
206:10 212:2
220:8 263:24
265:24 269:24
271:6 308:25
**coin**
240:2
**coinvestigators**
285:15
**collaborated**
54:6
**collaborators**
29:4
**colleague**
294:11
**colleagues**
31:9,15,18 32:1,8
127:2
**collect**
222:19 284:3 285:9
**collected**
283:10,13 284:5,7
**collecting**
160:3
**collection**
233:12 283:14

285:14
**college**
182:1
**column**
92:8 94:7 167:17
180:17 203:3,17
210:13 212:20
238:2 240:6 270:3
275:2
**combination**
46:24
**combine**
159:8,13 160:9
161:4
**combined**
140:17 188:22
210:21 215:13,16
244:15
**combining**
158:25 159:25
160:10 187:4
215:22
**come**
29:7 72:6 116:17
143:8 144:1
145:16,19 258:23
280:4 309:16
**comes**
48:17 104:6 198:1
243:7 266:8
316:25
**comfortable**
65:13 81:18,24
98:4 255:3
**coming**
138:16
**comma**
204:21
**commenced**
36:10
**commencement**
185:10
**comment**
153:11 158:7
172:11 211:20
214:22 216:2

305:23 306:3,9
**commentaries**
212:8
**commented**
157:12
**comments**
84:7 212:1 223:12
**commercially**
75:12
**committee**
8:21 314:9,13
**Committee's**
4:18 36:18
**common**
226:1 261:22 305:6
305:7
**commonly**
111:16
**commonly-cited**
232:12
**communicate**
22:13 24:1 293:16
**communicated**
237:24
**communication**
22:16 24:3
**communications**
12:25 13:11 17:3
25:5 28:1 32:1,6
**community**
141:22 145:5,8,13
147:18 148:14
149:17 174:3
248:17,19 285:3
313:23
**community's**
145:10
**company**
67:20 68:3 71:7
72:1,8,13 82:15
126:24 127:9,12
127:14
**comparable**
155:14
**comparative**
5:18 138:23

**compare**
27:14 154:20
**compared**
234:23 265:5
269:24
**comparing**
39:25 132:9 138:3
154:14 227:13
260:18
**comparison**
7:6 138:2 143:20
247:18 255:12
300:19 301:22
**compatible**
134:21
**compiled**
41:24
**complain**
191:2
**complaints**
192:1
**complete**
78:4 171:25 241:21
293:11,13 305:22
306:8,14 318:5
**completely**
41:12 43:12 227:15
228:12 241:23
299:17 300:25
**completeness**
44:3 78:9
**compliance**
282:3
**component**
115:24 117:15
**composition**
281:18
**comprehensive**
41:11 47:3,5 56:11
56:15,22,24 57:12
57:25 58:10,19,22
58:25 60:2,17,24
62:1,17,20 63:3,9
63:16,19,23,23
64:2,6,17 65:5,9
65:11 82:3 156:15

156:18 157:6,15
157:15,20
**comprehensively**
156:21
**comprised**
212:25
**computer**
24:19
**concede**
159:23
**conceded**
271:5
**concern**
161:25 164:14
215:11 218:20
228:23 233:7,9
238:10,21 251:3,6
**concerned**
177:6 239:7
**concerning**
25:11 30:17,21
31:1 121:18
**concerns**
164:2,11 192:8
227:8 238:17
263:16 306:10
**conclude**
95:9 125:8 147:14
155:15 163:4
169:5 170:9
173:18 176:1
177:12 179:21
229:14 240:25
256:5,7 262:19
266:2 275:19
304:1,9
**concluded**
96:2 108:11 146:11
146:25 147:13,18
174:15 183:2
252:3 258:11
276:12 295:20
**concludes**
150:8 181:9 302:12
317:5
**concluding**

Patricia G. Moorman, M.S.P.H., Ph.D.

96:21,23 103:14
275:15
**conclusion**
66:9,12,15 69:15
78:17,21 81:17
92:23 93:8,10,15
95:2,6,12 96:7
109:14 111:5,9
123:9 125:23
141:4 142:23
143:8,18 144:2
145:15,17,20
146:13 147:24
150:16 156:9
163:12 169:7,8
176:9 178:7 179:5
182:18 207:11
226:24 250:20
252:7 257:1
258:24 263:4
265:17 266:7
276:6 303:16
306:25,25 307:21
308:24 309:11
310:21,23 313:15
**conclusions**
72:2 98:4 108:14
110:12,24 122:18
126:13,25 154:3
155:19 162:25
171:5 177:20
178:25 184:25
185:1,3 193:24
195:9 227:3,24
230:25 277:6
290:17 313:11
**conditions**
20:21
**conduct**
56:10 57:25 58:10
58:19,25 60:2
64:17 65:4 66:14
66:22 82:2 156:15
225:10 291:22
314:3
**conducted**

56:10,21,24 57:12
60:24 62:20 63:9
63:11 65:11
124:17 157:13,16
222:15 262:11
291:21 320:5
**conference**
25:8
**confidence**
134:20 137:17
265:10,12
**confident**
178:17
**configured**
17:22
**confirm**
15:6 146:7
**confirmation**
185:11 186:13
**confirmed**
18:12 289:8
**conflating**
249:3
**conflict**
23:20 28:2
**conflicts**
23:8 108:7 110:5
153:4 214:2
305:12
**confounder**
19:19 20:24 21:6
26:22 28:14
286:16
**confounding**
103:15 159:12
160:4 176:17
177:5 286:2,10
**confusing**
16:17 258:4
**Congress**
3:3
**conjunction**
22:9 37:6 130:10
135:21 261:2,9
**conscious**
294:1

**consensus**
145:10 148:13
150:10,18
**consider**
26:13 44:21,23
52:23 53:1,4,7,10
53:13,16,19,22,23
54:1 57:5,10
69:19 70:9,10
82:17,22 105:1
111:15 122:25
177:4 198:16,19
212:15 218:4
230:22 250:2,14
250:15 254:12
261:1,5 263:7
301:2 302:4 305:8
316:8
**considerable**
232:21 233:1
238:13
**consideration**
218:15 293:24
309:13
**considerations**
219:15 245:1
249:16 250:22,25
272:2
**considered**
4:17 5:3 27:17
28:13 35:25 39:2
39:9,22 45:20
47:8,15 49:11,18
54:21 57:2,9,16
58:5,6,16,21,24
59:2 78:24 116:2
127:15,20 152:9
152:14 154:2
158:2,19 186:6
197:24 198:20,21
212:8 213:15,18
221:15 222:1,9,24
240:10,11 243:15
253:17 254:15
260:6 286:15
295:6,21 302:6,9

309:17 312:17,18
313:13
**considering**
26:15 132:20 179:3
242:3 247:11
253:6,12 261:3
266:12 270:14
272:13,15 279:18
292:7,8
**consistency**
45:1 161:16 205:10
244:8,12,15 262:2
262:3,4,19 263:6
263:10,10,14
266:19,24 267:20
268:4,13,22 271:5
271:14
**consistent**
162:7 250:1 262:10
263:8,19,23 267:4
267:11,17 268:20
269:2 306:25
313:11 316:6
**consistently**
226:23
**consortium**
26:8,11,12 27:1,9
27:14,18 29:19
30:2 283:25 284:6
284:13
**constituent**
117:13 121:20,24
122:4,24
**constituents**
116:3,5 117:8,10
119:23 126:6
129:14 180:21
296:12,16,19
297:4,9,24
**constitute**
320:10
**consulted**
149:8
**consumers**
281:12
**contacted**

11:5,8,18,24 23:10
284:19,23 291:24
**contain**
18:10 21:20 70:16
81:15,23 88:8
106:14 129:25
296:12
**contained**
36:1 71:18,20 87:7
88:2,7,12 125:5,7
125:20 294:7
298:10
**container**
69:6 70:13
**containing**
15:5 78:1
**contains**
40:22 49:20 69:7
**contaminants**
119:24
**contaminate**
64:4,8 86:10
**contaminated**
71:2 75:7 79:21
105:10,22 106:9
112:9 114:6
124:21 125:14
**contaminates**
64:19 65:3,18
68:20 86:21
**contamination**
67:12 68:12 71:14
72:2 73:3 75:18
75:20 76:5 79:15
84:8 86:1 109:19
**contend**
86:21
**context**
26:21 75:25 87:15
93:11 104:23
105:8
**continue**
16:16 99:9,25
100:8 207:16
218:5 283:14
285:13

Patricia G. Moorman, M.S.P.H., Ph.D.

**continued**
3:1 5:1 6:1 7:1
   102:20 139:11
   283:12
**contraceptive**
127:3 222:21 254:1
   305:10
**contraceptives**
254:4
**contrary**
97:19,23
**contrast**
223:7 231:7 268:5
**contribute**
117:14 214:13
**contributed**
164:15 186:7
**contributes**
117:11 121:4 200:2
**control**
5:17 106:25
**controlled**
166:22
**controls**
6:20 239:18 308:25
**controversial**
94:15,21
**Convention**
83:11
**conversation**
285:23
**conveyed**
82:18
**conveying**
241:9
**convinced**
111:2
**copied**
35:14,16
**copies**
34:16,20 35:25
   37:23 55:2 136:10
   139:7 149:25
   165:1 173:11
   175:21 180:9
   202:14 227:5

234:13 237:18
273:19 307:17
**copy**
14:25 17:16 19:24
   20:4,7,10 24:25
   32:19,24 33:18,18
   36:11,25 37:9,15
   37:22 41:15,19
   45:5 49:10 54:23
   77:3 84:22,23
   91:12,14 147:9
   149:22 151:6,7,10
   153:15 165:14
   293:23 307:13
**cornstarch**
129:18,23,24 130:4
   130:5 131:3,8
**correct**
9:19,22,25 10:1
   11:3 17:7,11
   18:14,14,20 19:6
   21:21,22 22:23
   23:15 27:6 33:15
   35:8,9 37:7,8
   38:22 40:25 42:17
   43:23 45:13,14
   51:3 54:17 55:19
   57:9 62:4,22 65:5
   69:19 72:15,23
   73:4,7,12,13,17
   73:18 80:12 85:8
   90:5,6 93:11,15
   93:20 94:1,21
   95:18,19,21 96:22
   96:25 97:1,4,5,7,8
   97:10,11,13,20
   98:8,17 99:13
   100:23,24 101:14
   103:10,22 107:6
   108:1,4 109:4,15
   110:6 112:12,24
   117:17 119:12,18
   120:9 123:20
   126:15,20,21
   128:5,6,14,25
   129:5,14,17,21,25

130:5,6,8,9,12,17
131:9 132:3,15,16
132:25 133:4,17
134:17 135:14,19
135:22 137:8,13
137:21 138:18
139:13,18,19,20
139:21,25 140:4,5
140:7,14 141:5,8
141:9 144:10,19
145:6 147:13
152:23 159:9,10
159:11,12,16,19
159:20 160:1,6,21
160:22 161:1
165:24,25 166:2,3
168:7,10,18
169:14,24 171:2
174:2,12,18,24
175:1 176:5,21
177:10,11,22
179:1,8,16,20
180:12,13 181:2
182:19 183:3
184:17 185:21
188:15 189:1,5,7
189:10,11,12,13
189:16,24 190:5
191:15,18,20,21
191:24 192:6,11
193:7,8,13 194:6
194:13 195:1,2,4
195:5,7,8 196:11
196:16 198:9
202:25 205:4,5
206:1,25 207:8,9
208:2 210:10,11
211:21 212:2
213:21 216:7,12
216:15,22 217:1,5
217:10,11 218:2
219:13 220:9
224:18 225:17
226:5,8,9,18
227:9,11 228:3
233:19 234:3,25

235:1,9,12,13,15
235:19 236:22
238:4 243:18
244:9,10,12 252:4
252:18,23 255:16
257:15 260:16
261:3 265:9,22,25
269:4,17,21,25
271:7,21 273:1,5
273:10,23 274:1,5
275:16 276:10
277:20 279:9
281:17,25 282:4
283:6,21,22,25
286:3,12 288:11
289:10,14,15,17
289:18 293:20,24
296:5 298:25
299:10,25 301:18
306:18 308:7
309:2,11 312:10
312:25 313:1,4,5
315:17,18 318:4
**correcting**
160:13
**correction**
17:14,17 18:6,19
   23:24 49:15
**corrections**
18:23 318:6
**correctly**
78:2 132:24 196:3
   214:21 228:11
   274:7 276:23
   277:15,16 298:20
**correlates**
25:19
**corresponding**
22:10,17
**cosmetic**
6:14 9:25 77:25
   79:12 85:15 112:8
   112:11 114:9,14
   114:17 120:18
   210:19 223:17
**cosmetic-grade**

77:24
**Cote**
21:13 29:8 31:12
   31:12
**COUGHLIN**
3:7
**Council**
3:12 8:18 294:15
   294:21
**counsel**
8:6 9:5,12 12:7
   13:18 14:25 17:23
   20:3 22:23 33:17
   34:15 36:11 40:14
   41:24 44:12 46:25
   48:21 49:4,7,25
   59:22 67:21,23
   68:5,8 72:10,15
   72:21 74:14 77:4
   82:17 83:17 84:15
   84:24 118:22
   145:25 163:25
   280:15 289:17
   291:2,16 294:14
   302:21 310:3,8
   315:11 320:12,15
**counsels**
14:16
**count**
151:18
**COUNTY**
320:2
**couple**
55:3 89:4 113:15
   187:23 240:18
   243:25 291:3
**coupled**
313:12
**course**
76:6,12 95:8
   149:19 156:20
   157:2 162:16
   255:19 299:14
   315:3
**court**

Case 3:16-md-02738-MAS-RLS  Document 9886-10  Filed 05/29/19  Page 984 of 1022 PageID: 62107
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 331

1:1 8:7 14:3
100:4,11 116:17
320:3
**coverage**
238:14,18
**covered**
236:24 282:7
**Cramer**
188:20 242:2,16
243:3,6
**create**
231:5
**creates**
190:10
**credible**
66:6,13 69:14
70:15 71:14,22
75:17 81:2,8,11
81:14,22
**credit**
69:18 70:8
**crediting**
193:11,15
**criteria**
143:8 144:1 184:9
244:20 245:3,5,10
245:20 246:3,5
249:16 255:25
292:8,17 313:13
313:15
**critical**
261:1,5
**criticisms**
214:18
**critique**
193:9
**critiques**
219:6
**cross**
137:19
**crosses**
134:6 137:12
138:11 139:20
**crossing**
134:7 137:20
**CROSS-EXAMI...**

280:15 294:14
310:3
**Crowley**
44:6 120:8 123:15
124:11,12,14,17
**Crowley's**
120:10,11
**CRR**
1:21 320:22
**cultural**
25:15
**cumulative**
274:4 275:7,16
276:3,13 277:19
278:16
**curiosity**
44:18
**current**
88:14 174:7 238:9
285:8 292:2
**currently**
26:4 79:12 85:16
90:4 285:13 286:1
305:19 306:3
**Curriculum**
4:13
**cursory**
43:13
**Curtis**
40:1
**cut**
14:22 307:12
**cut-point**
287:17
**CV**
19:25 20:4 21:3
25:13 29:6 33:19
**cytotoxicity**
53:5

---
**D**

**D**
8:1
**Dan**
242:2,16
**Daniel**

44:5 290:2
**data**
27:10 39:2,9,22
47:6 57:6 85:17
89:14 95:6 114:16
114:22 121:1
124:2 125:3,4
134:13 136:25
139:3 140:16,17
142:2 143:10,13
143:14 144:2
154:12 158:9,25
159:8,14 160:1,3
160:10,11 161:4
161:11,22,24
162:16 166:17
176:11 178:18
179:4 182:22
187:21,23,25
188:18,22 189:2
190:12,14 192:15
194:9 195:3,6
196:11,16 197:22
197:25 198:3
199:15 200:18
201:1,13 202:8,10
204:14 206:1,19
208:1,15 216:14
222:19 224:4,6
233:11 235:5
236:3 238:3
240:10 242:18
245:15 263:1
266:8 267:10
270:19 274:1,8
279:5,16,17
283:10,12,14
284:3,4,7,15
285:9,14 287:3
293:2,5,11 297:14
297:20 298:9
303:15 307:24
309:16 310:20,23
311:14 315:16
**date**
8:3 14:20 132:2

133:4 163:1,4
174:12 191:12,12
235:6,8,12 242:17
282:19,25 283:9
295:5 314:16,18
318:10
**dated**
5:5,7
**dating**
295:11
**David**
44:5 290:1
**day**
17:24 37:11 99:10
294:6 314:24
320:18
**days**
145:24
**day-in**
126:12
**day-out**
126:12
**DC**
3:14
**deal**
116:16 229:15
268:22
**dealing**
227:16
**dealt**
310:15
**decades**
131:7 162:11
208:16 220:19
243:25 262:15
**December**
153:20
**decide**
172:10
**decided**
97:16
**decimal**
274:21
**decision**
108:21 109:4
187:24 188:7

**decisions**
193:18
**declared**
100:22 101:17
103:2 258:9
**declares**
103:13
**decrease**
225:1 274:9
**decreased**
154:19 225:9
**deemed**
243:16
**deeply**
244:12,20
**Defendant**
3:2,11,17 11:13
280:15
**Defendants**
1:16 2:16 8:10,12
9:6,12 280:20
294:14 302:22
315:12
**defense**
73:25 74:8,15,17
**defer**
120:2 296:19,24
297:3
**deferring**
120:5 297:16
**define**
190:17 287:15
**defined**
184:10 249:22
282:25 283:2
**defines**
37:17
**definitely**
146:5
**definition**
248:4,13,16
**definitions**
33:14
**degree**
89:15 157:8 242:18
**delays**

Patricia G. Moorman, M.S.P.H., Ph.D.

25:15
**Delores**
5:18
**demonstrate**
263:25 268:13
313:8
**demonstrates**
161:1
**deodorizing**
129:20
**department**
31:15,18
**depends**
114:1
**depict**
301:20
**DEPONENT**
318:1
**deposed**
9:18 10:2,5
**deposition**
1:11 4:11,15,19 5:4
8:5 9:11 10:9,13
10:21,24 11:3
12:6,15 13:22,23
19:1,2,8 20:3
22:19 23:3,5,15
25:11,14,25 30:22
31:2,4,7 32:11,20
33:7,10,25 34:5
34:18 36:13,19
38:10 47:18 48:5
48:10 56:3 289:6
291:4,11,12
292:22 317:6,8
**depot**
154:7
**deps@golkow.com**
1:25
**depth**
63:16
**describe**
27:9 52:5 137:2
155:17 157:18
159:6 162:20
166:6,15 181:25

193:20 194:2,4
197:11 198:10
217:19 223:6
229:16 249:12
253:3 256:15
261:21 277:13
287:6 288:24
293:9
**described**
21:6 22:10 27:4
31:13,20 33:24
39:21 75:12,14
107:15 166:10,11
180:4 243:5
251:10 260:8
263:14 285:11
288:6 301:9
**describes**
71:7 263:10
**describing**
26:8,11 27:14
29:19 48:13
147:23 215:15
216:16 251:12
**description**
4:9 5:2 6:2 7:2
286:17
**descriptors**
289:3
**design**
169:21 195:14
196:8 197:1,16
198:14,23 208:11
227:2 231:9
263:11 268:14
269:7,15 271:2
301:2,5 302:2
**designating**
96:20
**designed**
284:2
**designs**
199:6,6 231:1,2
**desirable**
190:8
**desire**

208:1
**Despite**
205:10
**detail**
39:18 43:12 44:3
57:19 64:1 154:23
157:9 188:6
193:20 194:3
214:19 242:3
253:24 254:8,16
255:7 260:8
292:18 307:7
**detect**
83:5 213:5
**detectable**
70:14
**detected**
75:23,24 82:13
**determination**
299:22,24
**determine**
43:7 98:16 99:12
103:9 108:21
121:14 225:14
226:22 300:24
**determined**
283:5 298:23 299:9
**determining**
249:17,19
**detracts**
169:21 195:14
269:15
**detriment**
166:13 167:1
**developed**
41:7 101:14 131:6
218:21,22
**development**
94:13
**diagnosis**
25:16
**differ**
67:3 161:9 228:1
271:7
**difference**
39:7 86:16 100:1

105:12 226:25
316:1,17
**differences**
106:17 171:12
188:3 214:13
231:25 316:13
**different**
23:4 44:2 45:21,25
52:7 56:16 57:20
86:12,15 95:11
98:7 105:9,16,16
105:21 106:7,11
126:19 131:11
143:4,5,6,11,11
143:11 144:12
146:21 179:5
190:17 195:23
196:8 227:15,22
228:12 231:2
262:12,13,14,23
270:24 287:5
288:16 315:20,21
316:9,18,22
**differently**
141:3,19 142:4
144:13
**difficult**
72:6 74:2 221:1,2
**difficulty**
65:21
**direct**
55:5 307:19
**direction**
155:8 262:22
263:20,22 264:13
266:14,24 267:9
267:20 268:23
269:1
**directly**
19:17 60:21 122:16
232:11 281:12
**disadvantages**
196:24 199:7
**disagree**
150:15 155:25
156:8 201:4

208:12 209:3
214:8,10 215:20
215:23 247:1,4,5
247:9 279:9,13
**disappeared**
194:12
**discerning**
248:9
**disclose**
22:6,8,10 27:22
28:17
**disclosed**
21:11,13 23:12
24:8 27:20 28:16
285:20
**disclosing**
24:7
**disclosure**
21:8,17,17,20,23
23:11,22 24:2,12
25:5 27:24 28:2
**disclosures**
22:18 23:7
**discovered**
88:10
**discuss**
22:11 28:9 109:25
152:22,25 191:7
217:8 220:1 224:9
225:2 232:19
234:3 256:3
260:20 262:6
**discussed**
16:23 25:6 28:8
31:8 50:9 76:17
89:20 107:20
112:23 138:25
146:13 152:17
159:23 186:12
216:13 235:19,20
240:17 253:2
260:6 263:2,16,21
264:6 266:15
269:13 282:21
285:21 296:13
297:11 300:11

Patricia G. Moorman, M.S.P.H., Ph.D.

305:17 306:21 309:5

**discussing**
178:23 179:7
224:23 238:4
301:16

**discussion**
21:12 85:7 107:14
108:3 156:10
177:18 219:21
239:1 271:17
287:4,12 300:13
300:19 302:18
304:22 308:6
310:13 315:8

**discussions**
32:10 311:19 314:7

**disease**
107:12,16 110:13
141:13,24 167:2,3
261:19

**diseases**
114:19 253:7,13
254:25 257:22
316:10

**dismiss**
257:7,12

**dismissing**
257:11

**disparity**
229:25 231:5,8
236:9

**dispute**
220:4

**distinction**
131:13 135:1,4
215:14 220:23,25
223:21 235:22
278:22

**distinctions**
12:5

**distinguish**
11:24 303:2 316:14

**DISTRICT**
1:1,2

**DMPA**

154:7

**Doctor**
29:22 91:10 109:11
110:3 131:23
163:8 194:21
232:3 264:14
295:25

**document**
1:9 5:8 33:10,15
64:11 67:17 76:16
76:17 77:12 84:11
124:8 127:9
145:21 146:6
147:6 152:3 291:1

**documents**
34:2 64:10 67:16
67:19,20,23,24
68:3,4,10,11,14
68:15,18 69:2
72:1,7,8,9,14,14
72:19,22,23 82:13
82:15,18,23
126:25 127:8,13
127:14 145:23
146:3 152:20

**doing**
10:18 21:13 31:13
31:15 206:4
222:18 227:12
239:9 243:23
285:13 292:7

**domain**
47:16 48:1

**Donath**
3:9 8:15,15 69:10
173:12

**Dorota**
7:4

**dose**
272:15 273:4
298:16,22 299:9
299:14 300:7

**dose-response**
35:4 156:24 271:16
271:17,20,24
272:6,9,14 273:9

273:21 274:16
275:6,16 276:3,4
276:13 277:6,18
279:13

**dozen**
30:3 89:6

**dozens**
40:21 125:22

**Dr**
4:23 8:5 9:8 19:24
21:5 29:7,7,8,25
31:12,16,16 33:3
33:6 34:15 35:17
35:23 36:20,24
37:4 38:20 41:16
41:20 42:2,5 45:4
49:14,24 52:21,23
55:14 56:6,8
57:25 60:10 61:3
61:8,14,19 64:14
67:12 69:22 73:14
73:17,19,23 74:3
74:19,22 77:1,12
78:17 80:11 84:2
84:22 85:2,4 90:8
91:5,11 92:1,5
94:6 95:16 107:25
108:14 115:8
117:2 118:10
119:11 120:8,10
120:11 124:11,12
124:14,17 128:3
128:16 130:15
136:6 139:10
140:19 144:9
150:3 151:9,22
153:10 157:22
165:14,22 167:16
171:16 172:12
174:20 175:13,21
180:11 184:24
195:12 196:20
200:11 201:9
202:18 209:23
211:19 218:24
219:25 234:16

235:4 237:21
238:3,17 239:5,24
240:4 244:1
245:25 246:3
247:15 251:15
257:10 259:19
260:20 262:2
264:17,25 269:11
273:12 274:8
280:1,18 284:19
290:5,21,21 291:4
291:5,8,8,10,11
294:17 296:5
301:15 302:6,12
302:24 304:17
307:18 308:11
309:18 310:5,9
313:17 314:22,25
315:14 317:6

**draft**
26:13,16,17 28:6
28:15 283:24
285:25 286:7,11
286:15 305:18

**DRINKER**
2:21

**drive**
2:22 3:18 33:22

**dropping**
148:3

**Duces**
4:16,20

**due**
132:22 163:8
203:22 228:25
229:1 231:11
241:5 251:7

**DUFFY**
3:7

**Duke**
10:10 290:4

**duly**
9:3 320:6

**duration**
187:17 217:14,20
218:2 219:13

220:14,15 273:23
274:5,17 275:6

**Durham**
1:17,18

**Dusts**
5:9

———————————

### E

**E**
2:1,1 3:1,1 8:1,1
319:1 320:1,1

**earlier**
50:9 57:4 101:13
107:15 130:20
132:11 192:13,20
194:3 216:13
234:15,19 235:19
235:20 263:2
269:3,13,20
281:14 285:24
286:6 287:5 289:8
291:1 292:23
297:17 298:4
300:11 305:17
308:6 311:17
314:17

**early**
142:2 161:20,25
208:7

**editions**
288:16

**editor**
21:16,18 22:12
23:21 24:6 32:15

**editorial**
24:10 237:7,15,21
237:25 238:7
293:17

**educate**
78:13

**education**
181:25

**educational**
181:23

**effect**
25:14 103:6 154:9

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 987 of 1022 PageID: 62110
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 334

155:8 180:20
190:20 226:25
262:22 263:20,22
266:15,25 267:9
267:20 268:23
269:2
**effects**
86:16 105:3 207:22
**efficiently**
40:5,8 43:7
**effort**
10:17 50:5 82:2
127:9 131:13
233:21 257:14
**eight**
240:7 272:24 273:1
273:3 302:14
**either**
52:6 80:21 113:8
148:24 160:11
215:3 255:21
291:6
**Elba**
1:17
**elements**
121:20,24 122:4,24
**elevated**
133:7 186:7 242:11
**eliminate**
159:17 203:6,13
**eliminated**
132:19 133:16,21
133:23 134:2
137:24 234:18
241:2
**eliminates**
203:12
**ELLIS**
3:18
**eloquently**
166:11
**email**
24:3,4,6,9,16,22,25
**emails**
17:2 24:5,14 32:6
**embarrassed**

223:25 224:3
**emerged**
174:14
**emotions**
223:4
**emphasis**
162:19
**emphasize**
51:18 186:12
197:22 203:4
206:4 302:3
**emphasized**
199:14 200:17
201:1,13 202:3,9
**emphasizes**
202:5 248:25
**emphasizing**
205:25
**empirical**
224:4,6
**employed**
290:16 320:13,15
**employee**
320:15
**employment**
10:8
**employs**
281:25
**ended**
219:4 283:8
**engaged**
27:25 30:16 31:25
**engagements**
30:25
**enrolled**
208:6
**enrollment**
218:8
**ensure**
24:21 127:7
**entered**
282:16
**entire**
89:9 91:19 253:20
256:16
**entirely**

132:22 188:1 241:6
**entirety**
42:25 43:1 85:22
**entitled**
41:15 85:6 92:4
135:12 136:7
138:22 237:15
**environment**
105:20
**environmental**
90:25 93:1
**envisioning**
301:17
**epi**
182:15
**epidemiologic**
34:25 45:3 47:6
89:3,16 90:1
106:23 107:3
119:8 125:3,4,22
134:5 138:23
163:6 166:10
182:10 197:25
207:20 224:21,23
233:12 243:23
248:16,18 253:5
260:3,12 263:1
296:3 297:14,20
298:9 299:13,19
303:22 304:3,14
309:1,7
**epidemiological**
5:18 131:6 174:8
176:20
**epidemiologist**
41:8 60:17 62:16
126:8,11 138:12
167:4 174:21
179:12 248:8
249:18 261:17
287:14,19 314:2
**epidemiologists**
141:2,18 166:14
167:7 250:9
290:22 313:23
**epidemiology**

5:14 6:6 7:12 29:2
56:18,20 62:21
63:11,17,20 66:1
106:21 119:5
128:19,20 197:15
250:17 278:24
281:16 283:4
286:23 287:7
288:10,14,15,22
**epidemiology-foc...**
289:22
**epithelial**
6:15 7:17 176:15
278:12 303:5,14
310:16 311:2,13
311:15
**epithelium**
94:13
**equal**
197:9,11
**equate**
183:11
**equating**
144:15,22,22
**equivalent**
142:13,18 181:20
181:21
**errata**
4:11 17:17 18:12
318:6
**especially**
142:2 185:8 284:15
**ESQ**
2:5,9,14,19,23 3:5
3:9,15,20
**establish**
174:9
**established**
90:20 92:15 168:6
168:10,13,14
179:10
**estimate**
16:14 72:5,7
221:13 267:25
272:16
**estimates**

7:6 226:25 228:1
229:5 230:9,17
231:21 232:14
296:25
**estimation**
258:8,8
**et**
5:13,16,19 6:8,10
6:12,17,20,23 7:5
7:9,12,18,21
**ethnic**
262:14
**evaluate**
224:15 233:3
286:19 293:11
**evaluated**
126:19 293:5
**evaluates**
293:2
**evaluating**
78:25 142:14
158:11 261:7
**evaluation**
183:8 198:14
255:25 284:4
285:10
**evening**
35:13 280:18 310:5
310:6
**event**
36:5
**every-use**
264:22
**ever-users**
278:18
**evidence**
44:21,23 56:25
66:7,13 67:8 69:4
69:8,14 70:12,15
70:17 71:14,19,22
75:18 81:3,8,11
81:14,22 82:11
85:13 87:9 95:10
98:12,13 100:25
101:1,8,13,18
102:1,6,7,8,14

108:24 110:14
138:14 141:11
142:4,9,12,13,23
143:1 144:13,16
144:18,22,23
145:14,15 150:17
152:1 154:8,13,15
154:17,20,21
155:14,16,21,22
155:25 156:3,7,8
156:11,16,22
158:3,20,24 159:7
168:17 169:6
174:8,13,16 176:1
178:5,12,15
199:21 205:12
207:7,20 208:4,19
208:23 209:11
226:3,11 241:20
246:13 254:20
255:2,23 257:4,8
259:22 260:11
271:10 293:3,3
295:9 296:15
297:12 300:12
302:25 303:25
304:8,15 307:3
312:13,15,16
**evidence-based**
159:4,5
**evident**
278:17
**evokes**
223:3
**exact**
46:17 89:5 103:11
191:12 277:19
282:25 283:9
314:16,18
**exactly**
40:9 102:24 103:17
105:4 112:21
118:19 232:2
307:5
**examination**
9:5 157:14 302:21

315:11
**EXAMINATIONS**
4:1
**examine**
27:1 272:14
**examined**
9:4 114:14 186:19
205:18 313:4
318:3
**example**
39:25 48:12 74:18
112:11 114:3,6
141:20 142:5,21
142:22 154:4
158:23 159:17
167:14 171:12
181:22 199:23
209:4 223:1
228:16 245:9
282:24 293:4
296:14 297:13
**examples**
141:8,16,21 142:20
144:10,11 245:13
256:13,18 257:9
257:18 258:25
296:21
**exceeded**
122:3
**exceedingly**
114:11
**exceeds**
267:15
**exception**
264:10
**excerpts**
91:21,22
**excess**
235:14
**exchange**
234:19
**excluded**
218:16,18
**excluding**
184:10
**exclusively**

128:12,17
**excuse**
109:11 171:17
191:16 215:3
216:5 220:1 236:6
**exert**
180:19
**exhaustive**
41:12
**exhibit**
4:10,11,13,15,17
4:18,21,22,24 5:3
5:4,6,7,8,11,14,17
5:20 6:3,6,9,11,13
6:18,21 7:3,6,10
7:13,16,19 15:2,3
15:5,15 16:10,19
17:19,20 18:4,10
20:8,9 32:21,22
35:11,20,21,24
36:17,22 37:10,13
37:14 41:15,17,19
42:25 45:7,8
49:10,12,16 50:1
61:15,17 76:24
77:2,17 84:20
91:14,17,21
107:22,23 136:7
136:11 139:6,8
149:22,24 151:13
164:21 165:2,3,18
169:2,3 173:9,10
175:17,19 180:6,7
194:21 202:14,15
204:25 205:1,2
209:24 210:2
212:17 227:5,6
234:6,10,11
237:14,19 264:15
273:16,17 276:15
291:1 292:22
307:14,15
**exhibits**
4:8 5:1 6:1 7:1
17:24 37:1
**exist**

232:6
**existed**
113:22
**existence**
176:12
**exists**
175:5
**expand**
47:7
**expanded**
47:11
**expect**
106:15 112:10
113:23 114:8
162:4 204:16,21
206:5 229:4
**expected**
56:10 65:4 104:11
104:15
**expediting**
31:6
**expensive**
209:8
**experience**
106:5 224:20
**experiencing**
105:20
**experimental**
166:17 174:7
**expert**
4:21 10:23 11:6
21:10 26:6 31:21
37:7 42:20 43:18
43:22,25 44:13
52:24 53:1,5,7,10
53:13,16,19,23
54:1,7 56:9,10
66:5 73:3,25
82:17,22 88:3
101:16 124:15
127:21 139:1
174:17,21,23
179:7,11 197:6
289:19 290:11
291:3 292:6
293:22,23 294:4

294:24 295:11
302:7,8
**expertise**
41:7 54:4,9,13,16
54:21 55:15 56:3
56:16,17 57:3,7
57:18,20 58:23
59:4,14 60:18,21
63:15,17 83:4
90:2 121:22
289:23
**experts**
16:24 17:3 30:6
44:17 60:20 73:6
73:7,12,22 74:18
271:4,7 289:9
290:19 296:20
297:3,17
**explain**
39:7 88:15 110:15
204:9 215:24
**explained**
241:21
**explains**
231:13
**explanation**
192:19 204:10
213:11 215:18
241:22 305:3
**explanations**
231:24
**explored**
88:25
**exposed**
105:14,18 213:2
262:1 275:12
287:2 297:21
**exposure**
5:11 7:17 48:15
87:3,6 88:16
90:18,23,25 92:14
92:18 93:2,12
94:10 105:2,4,8
105:10,13,16,17
105:21 106:4,8,12
106:15,25 108:22

116:4 143:6,22
151:25 176:14
182:7 187:17
189:19 190:9,19
191:14,16 197:19
204:1 208:9
210:18 211:4
217:19 218:9,13
220:1 221:2,25
238:12 240:22
251:21 259:24
260:7,21 261:2,6
261:13,20 270:23
270:24 274:10
300:6,24 303:22
311:7,8 312:1

**exposures**
106:10 126:19,24
128:21 191:25
220:11,18 221:5
223:6 251:16
252:11,21 253:7
253:13,17 254:14
254:25 255:13,14
255:19 256:4,16
257:4,22

**exposure-disease**
158:11

**express**
119:17

**expressed**
124:5 168:22
169:12 170:3

**expressing**
31:22 32:7

**expression**
25:24

**extent**
31:10 44:8,11
114:13 160:2
163:24 233:22

**external**
300:5

**extra**
37:23 77:3 84:23
165:19

---

**F**

**F**
3:9,13 320:1

**fact**
51:15 79:3 96:22
104:22 111:21
112:9 125:22
132:18 135:17
163:14 169:9
173:25 176:4
178:6 192:14
194:9 237:4 256:3
267:22 270:6
294:1 298:22

**factor**
28:12 114:15
151:25 155:24
166:16 181:20,25
182:5,7,25,25
183:1,7,11 187:21
192:9 196:25
224:15 232:19
233:4 255:22,22
261:21,24 286:2
286:11,20,22
292:16 295:7,20
295:21 296:7
297:5,9 305:10
316:20

**factors**
5:15 19:11 23:4
25:12 26:12,15,25
27:10,15,17 30:22
31:2 135:13,24
136:8 141:3 145:1
167:2 181:17
182:3 183:9
214:12 225:7
243:9,11,15,16
244:3 247:11
249:15 250:2
285:10 286:19
305:6,9,15 316:5
316:6,22

**factory**
105:19

---

**fair**
15:12 34:13 40:24
42:11 43:3 49:22
61:5 95:25,25
126:9 137:13
138:8,8 151:8
161:12 162:19,20
162:23 170:17
229:16,21 260:10
274:15 291:11
313:17

**fairly**
10:19 41:11

**fall**
134:16 300:19

**fallopian**
6:3 151:10 298:19
298:23 299:10,15
299:23 300:7

**falls**
301:17

**familiar**
13:24 45:10 103:11
111:7,21 157:7
173:6 237:22

**far**
118:1 212:20

**Faries**
2:9 8:22,22 12:11
38:3 77:6 259:6

**fashion**
243:4

**Fathalla**
40:19

**fault**
100:16

**fax**
1:24

**FDA**
5:6,7 76:13,16,25
77:21 80:3,14
81:4 84:3,6,23
85:8,11,25 86:5
290:2

**FDA's**
77:18

---

**feasible**
299:16

**feedback**
222:19

**feel**
21:18 39:18 65:13
81:17,23 82:7
178:17 223:25
224:3 255:3 262:4

**felt**
51:17 98:4 110:13
111:13 184:5
223:14 306:13

**fewer**
255:24

**fibers**
75:23 77:23

**Fibres**
5:9

**fibrous**
115:9,21 116:6,9
116:12 117:6,16
117:22 118:5,18
118:25 119:6
126:2

**field**
147:22 243:24
288:11

**figure**
17:25 194:23
269:21

**figured**
196:5

**finally**
16:21

**financially**
320:16

**find**
44:23 46:11 50:10
52:8 60:11 113:23
130:16 134:23
162:3 187:2 200:7
225:17 272:18
273:5 275:5
277:23 279:4

**Findeis**

---

2:14 8:20,20

**finding**
71:19 267:5

**findings**
73:23 74:19 81:4
85:7 131:7 152:23
152:25 198:15
214:13 262:10
267:1 302:7
314:13

**finds**
277:18

**fine**
23:1 28:19 35:18
78:10 153:11
280:2,7

**finish**
61:14 77:9 113:9
113:11,12 152:7
172:9,11 186:3
209:17

**finished**
146:20 148:6
159:15 284:10
289:13

**first**
9:3 11:5,8,14 20:19
25:16,18 29:15,16
72:23 90:11 92:8
116:9 128:4,6,10
137:25 142:21
169:13,15 181:8
185:2 188:21
200:20 210:8
211:23 221:24,24
233:7 244:11
260:8 262:6
264:18 270:3
276:16 282:14
289:24 291:22,23
294:23

**fish**
234:9

**five**
92:16 217:21
252:11 254:13,25

Patricia G. Moorman, M.S.P.H., Ph.D.

255:13 273:3
277:18
**fix**
77:9 210:4
**flaw**
184:22
**flawed**
160:4
**flaws**
184:2,21
**Fletcher**
48:13
**flip**
18:9 49:25
**flipped**
151:18
**flipping**
49:20
**Florham**
2:22
**flow**
113:8
**FLW**
1:7 319:4
**focus**
19:17 135:23
292:14 298:8
303:11
**focused**
27:13 66:3 109:21
128:11 157:4
240:22
**focusing**
112:4,25
**folders**
164:5
**folk**
25:15
**follow**
13:22 191:17
294:22 300:25
310:7
**followed**
189:22 208:8,10
217:23 237:8
300:3

**following**
185:9 233:4
**follows**
9:4 33:15 277:7
**follow-up**
113:6 187:18
189:15,19,20,22
190:4,8,22 191:3
191:13,23 192:6
192:10 193:10,12
193:16 194:10
208:10 216:1,6,9
216:10 217:1,4,10
217:12 218:22
219:7 220:8
**footing**
197:9,11
**footnotes**
272:25
**foregoing**
318:4 320:4,6,9
**forest**
194:24 268:6
**forgotten**
220:16
**form**
12:21 22:20 26:16
26:17,23 27:7
28:6,15 41:5
42:15,18 45:23
46:8,14 47:19
48:3 49:5 51:2,24
58:3 59:10 62:8
63:6 64:5 65:6,15
65:19 66:18 67:6
68:6,22 71:15
72:17,24 73:8
74:10,25 76:7
80:23 81:6,20
82:5,19 83:12,22
84:9 86:2,14
87:14,16,24,25
88:1,4 89:2,12,21
91:7 93:16,21
94:22 95:3 96:5
97:14,21 101:3,21

102:16 104:1,24
105:24 107:7
109:5,16 110:7,25
112:13 113:25
114:20 115:15
116:1 118:1,16
119:1 122:6,14
123:10 124:25
125:17 126:3
127:23 129:6
133:5,11 134:18
137:9 145:11
148:15 149:18
157:17 161:2,18
162:14 170:4
171:7 175:9 176:6
177:14 178:9
179:9,23 181:3
184:4 188:16
189:17,25 190:6
190:15 192:25
193:14 194:14
196:12 197:23
201:15 207:1
213:22 214:4
228:15 229:18
236:11 247:3
255:17 258:2
266:5 267:6,18
268:15 271:8
274:11 279:10
283:24 285:25
286:11,15 287:24
294:23 296:23
297:6 299:1 300:1
305:18 306:5
307:2 309:3,12
313:24 315:22
316:11
**formalized**
292:10
**formally**
33:10
**format**
24:2
**formed**

26:10 51:10 88:17
125:3 295:3,15
296:6
**former**
270:11,16 290:1,2
**formerly**
290:4
**forming**
76:12 152:15
175:23 290:17
296:7 297:23
299:8
**forth**
103:10 214:9
**Foster**
3:5 4:4 8:13,13
280:8,17,19
281:23 288:2
294:10 313:24
**found**
77:22 81:10,25
82:11 120:25
130:11,16 131:19
134:22 136:4
166:20 187:13
194:12 203:19
225:25 272:9
278:12
**founds**
307:20
**four**
15:5 79:3
**fraction**
49:7
**fragrance**
123:20,23 126:2
**fragrances**
119:24 120:12,14
123:14 124:6
296:13,21
**frame**
11:17 132:10,11
143:12 179:1
**frames**
143:5
**framework**

182:21,22
**free**
79:14
**frequency**
272:16 273:4,23
274:4,17
**frequently**
53:22 166:14
183:24 230:12
305:11
**FRIDAY**
1:14
**front**
45:12 61:9 136:2
147:9 148:23,24
273:13
**full**
92:8 94:8 105:20
128:4 132:20
138:3 157:25
170:19 183:8
204:10 233:7
260:8,24 262:6
270:4 275:1
305:14
**fully**
193:2 247:20
**funded**
209:7 283:20
**funding**
283:8,14,17 285:12
**funny**
142:7
**furnish**
44:13
**furnished**
15:1 42:6
**further**
117:10 158:8
226:11 302:21
314:23 315:11
320:12,14

---
**G**
---
**G**
1:12 4:10,15,19,21

Patricia G. Moorman, M.S.P.H., Ph.D.

5:15 8:1 9:2
318:2 319:3
**Gates**
187:21 189:9
190:12 192:14,23
193:6,12 194:9
195:4 216:15
217:5
**general**
41:10 94:19 109:15
124:23 125:15
145:7 147:1 190:7
203:10 204:5
243:23 287:12
301:6 302:24
303:1 310:10
315:25
**generally**
102:15 161:11
190:23 199:14,22
200:17 231:14
251:24 252:3
256:13 257:19
290:16,23 301:2
304:17 313:22
**generate**
52:4
**genital**
6:9,18 106:13,15
132:1 180:19
213:2 222:8
223:18 224:3
266:10 267:10
270:7 276:18
277:8 278:11,18
278:21 279:14
**genotoxicity**
53:11 60:3,9
**gentlemen**
69:25 311:4 312:24
**geographic**
262:13
**geologist**
82:21
**geology**
53:24

**Gerel**
2:3 15:19
**Gertig**
7:5 189:4 190:14
193:21 194:12
195:7 204:25
**getting**
144:19 222:19
237:3 258:16
279:25
**Gibson**
11:7,17 12:13
**girls**
93:1
**gist**
119:21
**give**
19:22 69:17 70:7
72:5 90:9 113:15
132:5 141:20
152:4 158:24
181:21 187:2
223:1 241:20
245:12 294:7
298:14
**given**
30:20,24 33:1 60:6
107:14 116:8
117:19 188:10
318:5
**gives**
134:20 240:9
**giving**
17:6
**gleaned**
118:20
**go**
40:11 43:9 46:15
62:9 99:3 113:17
114:5 116:18
135:11 141:7
146:16 157:5
188:6 204:9 215:5
217:15 218:4
219:16 234:2
241:3 245:12

250:4 253:24
254:6 256:24
261:21 264:2
269:8 274:3 275:9
277:25 280:8
282:8 284:11
289:2 309:21
315:4,5
**goes**
78:25 79:8 92:22
162:2 239:20
278:15
**going**
15:2,6 17:18 20:7
21:15 22:11 32:19
32:20 33:21 34:9
35:10,19 36:24
37:2,9 41:14 45:4
45:7 49:9 52:12
52:15 54:23,25
61:8 65:1 66:17
76:8 78:4,5 86:23
91:14 107:21
115:2 116:20
139:6 149:21
150:16 151:9
163:23 164:4,20
164:25 165:8
169:2 171:19
172:1,3,11 173:8
175:16 180:5
182:1,2 200:11
202:14 204:24
209:11,12,14
210:4 211:13
218:25 223:11,25
230:8,17 237:11
237:14 241:2
245:17 247:11
248:24 249:24
259:5,7,13 263:4
263:5 265:1
273:15,19 278:2
280:10 282:6,23
283:1,16 284:4
286:4 288:8,20

289:20 294:2,11
302:16 307:13
308:14 309:23
315:6 316:14
317:6
**GOLKOW**
1:24
**Gonzalez**
186:20 187:14
199:24 270:20
271:2
**good**
9:8,9 52:11 100:19
100:20 165:4
190:24 211:9
280:18 308:18
310:5,6
**GORDON**
3:3
**gotten**
151:17 222:23
**go-to**
288:13,21
**grab**
164:5
**grabbed**
162:13
**grabbing**
162:11,12
**grant**
5:19 283:18
**graphic**
301:18
**graphics**
301:19,21
**great**
14:15 38:2 52:23
242:3 268:22
**greater**
64:1 102:8 114:17
155:12 240:12
247:12 262:24
263:7 267:12
268:2,7,24
**ground**
13:23 282:7

**grounded**
281:15
**group**
92:12 97:4 188:4
190:17,20 236:21
278:25
**groups**
262:14
**grow**
102:21
**growing**
178:12
**guess**
117:7 128:23
140:20
**guidelines**
246:4
**gynecologic**
20:20 147:17
149:16 290:3
**Gynecology**
147:21

---

**H**

**H**
6:12
**habit**
115:9
**half**
268:1,2
**halfway**
39:1 212:20 260:23
**hand**
15:6 18:1,1 32:19
36:24 45:4 54:23
77:4 139:7 151:9
164:25 202:14
212:15 227:5
234:13 237:18
273:19 307:13,17
**handed**
14:25 15:14 20:3
33:7 36:11 153:16
165:14
**handful**
104:13 177:8

Patricia G. Moorman, M.S.P.H., Ph.D.

294:21 314:25
**handing**
37:14 77:1 84:22
   136:10 149:25
   173:11 175:21
   180:9
**handle**
20:15 78:10
**handwriting**
18:3
**handy**
90:8
**hand-selected**
68:4
**happen**
198:3
**happy**
14:8
**hard**
40:9
**HARDY**
2:17
**hard-pressed**
178:13
**hazard**
266:12
**head**
89:6 103:16 246:11
   252:21 253:8
   290:2
**health**
6:4 76:3 86:13,16
   105:3 145:16,19
   145:23 146:3,8
   147:6 150:17
   151:11 166:12,24
   186:22,23 188:19
   196:14 253:14
   261:8,17,18,24
   263:19 264:4
   266:23 267:11
   285:1,4 305:16
   306:21 311:18,22
   311:25 312:1,3,14
**healthcare**
32:11 127:6

**health-related**
25:20
**hear**
294:17
**heard**
223:2,12 281:2
**heavily**
145:2
**heavy**
92:18 119:10 120:3
   120:18,24 121:2,9
   121:15 123:8,12
   126:1 296:16,21
   297:13,25
**help**
35:1,6 100:11
   236:3
**helps**
215:1
**hesitant**
223:7
**heterogeneity**
169:20 170:22
   171:10 172:14
   195:13 213:11
   215:19,24 228:7
   228:13,18 230:20
   231:11 269:7,14
   271:1
**heterogeneous**
196:2,4,5
**Hey**
116:14
**Hi**
294:17
**hierarchy**
158:24 300:12,17
   301:17
**high**
130:11,16 261:25
**higher**
113:23 114:8
   134:24 181:23,24
   229:5 230:9,17
   231:13,21 232:14
   240:20 263:4

272:19 304:25
**highest**
274:9,12
**highlighting**
50:2,4,7
**highlights**
238:9
**Hill**
111:8,11 141:3
   144:25 182:21
   183:8 244:3,20
   246:3 247:15
   248:24 249:15
   258:23 263:9
   292:3,8,17 308:12
   308:20 309:5,14
   313:14
**histologic**
187:5
**histology**
35:5
**history**
76:6 218:18 222:21
   222:22 224:2
**hold**
86:25 87:3 122:12
   123:22 124:22
   125:25 295:10
   302:25 303:18
**hope**
27:1 285:12
**hopes**
27:14 31:5
**hoping**
242:16
**hopping**
282:6
**Hotel**
1:17
**Houghton**
6:22 186:21,22
   202:13 263:18
   264:4,15,17 267:9
**hour**
14:18 52:12 113:7
   209:13 259:6,8

**hours**
71:25 72:12
**Houston**
2:18
**Human**
5:10
**humans**
104:4
**Huncharek**
6:16 175:13,17
   176:24 177:9
**hundred**
104:10
**husband**
282:22
**hypotheses**
224:10,16,24 225:2
   225:14
**hypothesis**
40:20 149:10
   189:16

**I**

**IARC**
5:8 89:14,20,22
   90:4,14,17 91:6
   92:11,22 93:13,24
   94:8,20 95:6 96:2
   96:9,21,25 97:12
   97:20 98:8,16
   99:11,20,20
   100:22 101:1,2,17
   101:20 103:2,13
   106:19 108:20
   109:4 110:24
   122:18 123:1,3,7
   146:13 147:12
   152:23 252:6,12
   252:15,20,23,25
   258:9,11 293:20
   293:23 314:6,9,12
   315:14
**IARC's**
93:8 103:7 109:14
   306:25
**idea**

46:7
**ideas**
225:23,24
**identification**
13:12 15:3 17:20
   20:9 32:22 35:21
   36:22 37:13 41:17
   45:8 49:12 61:17
   77:2 84:20 91:17
   107:23 136:11
   139:8 149:24
   151:13 165:2
   169:3 173:10
   175:19 180:7
   202:15 205:2
   227:6 234:11
   237:19 273:17
   307:15
**identified**
13:19 25:10 29:11
   29:17 41:2 49:8
   49:16 58:5,16
   59:5,15 60:8
   66:23 70:19
   122:24 123:19
   134:17 253:20
   254:14 255:14
**identify**
28:20 29:12 40:5
   221:25 224:8
   257:22
**identifying**
146:8
**Illinois**
3:19
**illustrate**
144:24
**imagine**
209:8 288:25
**Imerys**
3:2 8:13,15 280:16
   280:21,24 281:7
   281:11,19,25
**Imerys's**
282:2
**immune**

25:23
**impact**
227:2 261:8,19,24
316:22
**impacting**
238:18
**impacts**
261:13
**implies**
138:1
**importance**
113:3 197:22
199:15 200:18
201:1,13 202:10
204:13 205:25
206:4
**important**
22:3,6,8 56:14,15
71:12 81:3,4
134:25 140:21
142:8 149:20
158:10 164:14
198:3 219:15
227:2 239:10
245:2,5 250:22,25
299:24
**impossible**
102:18 178:19,20
**imprecise**
250:14,15
**impression**
68:14 144:15,19
222:23
**improved**
239:16
**inaccuracies**
160:5 220:12
**inaccurate**
203:13 218:12
220:23,24 221:1,2
276:8
**inadequate**
152:1 155:21,25
156:3,5,6 293:3
**inadvertent**
220:12

**Incessant**
40:19
**incidence**
93:5 111:23 112:10
112:18 113:23
304:19 305:12
**include**
21:8 29:25 42:12
46:16 47:12 115:8
118:10,14 123:3,7
162:16 175:11
187:24 188:9
193:9,19 217:4
240:14 271:17
278:22 311:12
**included**
20:24 26:14 29:9
42:16 43:15 131:7
137:1 139:4
140:17 161:6
188:19 193:24
212:24 278:14
284:13 286:22
**includes**
29:23 50:1 196:16
284:25 311:2
**including**
51:18 63:4 69:2
116:6 167:7
170:22 184:9
190:18 240:21
268:9
**inclusive**
320:10
**inconsistencies**
271:20 272:5
**inconsistency**
271:23 293:1
**inconsistent**
154:12
**incorrect**
210:3
**increase**
131:20 224:25
275:24 276:2
278:9

**increased**
105:15 112:10,18
125:6,23 134:14
147:25 148:21,21
149:3,3 155:4
163:11 166:7
167:5 176:15
181:15,24 185:3
187:6 225:8
226:23 247:21,22
248:6 249:13
250:1 256:12
262:24 313:11
**increases**
93:4 94:3 203:20
**increasing**
276:20 277:10
278:10,20
**independent**
120:16 122:12
123:22
**INDEX**
4:1,8 5:1 6:1 7:1
**indicate**
70:18 186:25
220:22,24
**indicated**
33:20 57:4 82:20
166:24 197:17
236:25 298:12
301:4 312:4
**indicates**
307:24
**indicating**
102:5,6 120:25
121:2 215:10
**individual**
25:19 198:18 199:9
215:11,15 290:20
301:7 302:4
**individuals**
12:10 158:14
**induced**
223:2
**inevitable**
230:16

**inevitably**
226:12 230:8
**infertility**
28:12,22,23 29:14
29:16 286:14
**influence**
265:20
**inform**
42:21 165:23
179:15 180:12
206:17
**information**
56:19 57:17 76:25
82:18 88:18 98:2
111:3 118:18,20
118:23 119:3
121:10,23 122:8
147:23 149:8,20
190:9 208:9 220:2
293:14
**Ingham**
10:2 11:10,21
13:23 15:10,20
16:11,18 17:7,14
17:18 18:13,17,24
19:1,8 25:25 31:2
31:4,7 32:11 45:6
45:18 47:2 48:9
48:20 50:6 51:6
51:22 54:20,24
61:9,25 74:18
115:19,20 116:10
119:17 295:12
**ingredients**
123:23 126:2
**inhalation**
303:17,19,24
**inhaled**
142:6 304:1,4,9
**inherent**
220:17
**initial**
52:3
**initially**
220:5
**Initiative**

186:23 285:4
**insignificant**
267:15
**instance**
127:25 257:25
**Institute**
6:3 7:3 150:23
209:9 283:19
**insufficient**
174:9 178:6
**Intellectual**
44:18
**intend**
26:13 37:18 41:1
76:4 86:20 250:4
294:7
**intense**
185:8
**intent**
59:12,18 60:16
161:4 215:9
256:15 285:5
**intention**
59:8 60:13 291:15
**interest**
23:8 221:25
**interested**
44:19 68:18 149:15
261:18 284:23
320:16
**interesting**
68:23 154:2
**internal**
127:12,13
**International**
7:16
**internet**
30:16
**interpret**
181:5
**interpretation**
163:15 169:22
170:12,25 195:15
198:15 269:16
**interrupt**
113:6,8 116:16

Patricia G. Moorman, M.S.P.H., Ph.D.

**intertwined**
244:12,21
**interval**
134:20 137:17
265:10,13
**interventions**
7:8 227:9 229:7,13
**interview**
132:2 225:22 235:5
235:8,12
**interviewed**
132:10 239:18
240:21
**interviewees**
235:22,23 236:4,5
**interviewers**
222:19 223:3,13
224:11,17,24
225:3
**interviews**
30:24 225:11
**introduce**
8:6
**invasive**
6:14 139:18 185:14
187:1,7 193:5
264:10
**invested**
209:9
**investigation**
286:3,22
**investigators**
188:8 204:17 206:5
238:20 262:12
**invite**
225:4
**invoiced**
14:19
**invoices**
4:10 15:1,5,7,14,15
15:23 16:8,12,15
16:17,20 33:18
**invoked**
213:10 215:18
**involve**
199:20

**involved**
13:7 88:9,19 112:6
180:21 280:23
281:5 285:8
**involvement**
21:9,20 22:13
27:20 283:2
285:17 291:25
**involves**
284:8
**in-depth**
182:19
**isolated**
236:20
**isolation**
297:5,9,13
**issue**
22:5 57:12 59:1,9
67:11 68:12 81:5
84:7 85:25 88:21
94:20 107:4,19
109:19 110:21
126:22 128:22
144:16 149:17
160:20 163:5
166:2 174:1
188:14 190:13
197:22 212:9
213:21 214:11
216:1 219:7 221:4
233:23 240:10
242:3 253:11
315:19
**issued**
51:2 149:22
**issues**
26:5 192:5 206:20
284:18
**item**
21:3 39:25
**items**
39:21 40:5,15,23
40:23 42:12 46:12
46:18,23 48:19,21
49:2 50:5,11
306:21 308:24

| **J** |
| :---: |
**J**
5:19
**Jack**
44:6
**James**
2:19 3:20 4:3 8:9,9
8:19 9:7,10 13:1,6
15:4 16:3,7 17:21
20:10,14 21:1
22:22 23:13 24:24
25:3 27:2,19
29:15,21 32:23
33:3,5 34:3,7,9,13
34:14 35:10,18,22
36:4,9,14,23
37:23 38:5,6
41:13,18,24 42:3
42:4,10,23 45:9
46:2,10,19 47:22
48:7 49:1,9,13,16
49:19,23 50:16,23
52:13,20 54:19
55:1,7,10,13 56:1
57:22,24 58:7,9
58:18 59:17 60:22
61:7,13,18 62:15
63:1,8,18 64:13
65:10,16 66:4
67:1,10 68:9
69:12 70:3,20
71:24 72:20 73:1
73:11,15,16 74:4
74:13 75:3 76:11
76:24 77:3,8,11
78:6,11,16 79:6
81:1,16 82:1,9,24
83:16 84:1,13,15
84:18,21 85:1
86:8,17,19 87:19
88:20 89:8,18
90:3 91:9,18,20
91:24 93:18,23
95:1,13,15 96:8
96:15,19 97:17
98:6,15,23 99:4,9

99:16,24 100:2,8
100:13,19,21
101:5 102:9 103:1
104:20 105:6
106:1 107:10,21
107:24 108:12
109:8,17 110:17
111:6 112:16
113:9,12,20 114:2
114:23 115:7,16
116:7 117:1 118:9
118:21 119:4
120:1 121:7 122:9
122:20 123:13
124:4,10,13 125:9
125:24 126:7
127:19 128:1
129:12 131:1,18
132:12 133:8,14
135:3,10 136:6,20
137:11 139:5,9
142:19 143:17
144:3,8 145:3,18
148:19 149:14,21
149:25 150:2
151:15 152:12
153:9 157:21
160:14 161:8
162:9,17,24
163:20 164:20,25
165:3,6,13 167:13
168:15,25 169:4
170:6 171:15,18
171:20,22 172:1,6
173:8,11,14,16
174:22 175:2,12
175:16,20 176:8
177:7,17 178:21
179:13,24 180:5,8
180:10 181:6
182:17 184:15,23
186:9 188:23
189:21 190:3,11
191:1 192:18
193:4 194:1,7,17
196:1,15,19 198:5

199:10 200:10,24
201:6,20 202:12
202:17 204:18,24
205:3 206:7,15
207:5 208:17
209:17,20,22
211:9,12,18
213:24 214:7
218:24 219:2,16
219:19,24 227:4,7
229:9,23 230:23
234:8,12,14,21
236:14 237:20
242:6,10 243:1
246:7,23 247:6
248:1,7,15 251:1
251:8 256:1 258:3
259:4,9,18 266:17
267:13 268:8,17
271:15 273:15,18
274:14 275:18
277:2,25 279:7,11
280:2,6 282:7,15
287:5 292:20
302:14,23 304:16
306:1,15 307:8,12
307:16 308:4,10
308:19 309:9,18
310:10 312:6
314:25 315:2,3,13
315:24 316:19
317:1
**james.mizgala@t...**
3:20
**January**
1:14 8:3 320:18
**jdonath@coughl...**
3:10
**Jeff**
11:7 12:12
**Jennifer**
3:5 8:13 280:19
**Jersey**
1:2 2:22 3:8
**Jessica**
2:23 8:11

Patricia G. Moorman, M.S.P.H., Ph.D.

jessica.brennan...
2:24
jfoster@gordonr...
3:5
JNCI
6:21
job
287:1
Joellen
7:12
Johnson
1:5,5 2:16,16 8:9
8:10,12,12 9:6,6
70:21,25 71:3,9,9
73:22,22 75:8,8
75:15,15 79:20,20
79:24,24 80:2,2,4
80:4,6,7,16,16
83:1,1,8,8 118:23
118:23 121:11,11
121:19,19 124:20
124:20 281:8,8,19
281:19 302:22,22
315:12,12
Johnson's
70:21,25 71:3
80:10
Jonathan
3:9 8:15
journal
5:11,14 6:18 7:3,10
7:13,16 21:24
22:14,16 23:10
28:4,4 65:14
148:7 166:12,24
243:21
journals
147:22
journal's
22:1,9
judge
223:25
judged
184:13 252:23,25
judgment
156:7 175:8 176:24

181:1 182:23
188:8 198:12
208:14 222:17
252:16
judgments
184:7
jumbled
106:2
jump
40:18
jumping
148:3
jury
70:1 312:24
justification
230:24 232:4,6
J&J
9:12 310:8
J.M
2:14

K

K
7:18
Kadry
7:21
Kat
31:16
Kathryn
6:20
keep
49:19 209:14
247:20 249:24
keeping
36:25
Kemble
3:8
Ken
288:15
Kessler
44:5 290:1
kind
33:1 35:2,6 40:9,18
154:2 159:1,6
182:14 211:5
220:17 222:22

223:20 229:1
240:12 253:16
264:12 270:21
292:3 293:1,10
kindly
36:16
knee-jerk
231:19
knew
80:18 289:21
know
11:12,13 12:4
13:24 14:7 16:17
23:6 24:10,14
31:22 34:6 35:4
37:25 40:8,9,10
40:11 41:11 42:20
44:7 45:17 46:15
46:17 47:9,14
49:6 50:18 51:6,7
51:8,11 54:14
57:6 59:11 62:11
64:24 68:13 70:23
71:2,5,9 72:4,7,11
74:6 75:1 76:22
78:25 79:8 80:3
80:16,19 83:8,14
83:20,24 84:6
86:3,4,7 89:13
95:5,8 96:12
101:24,24,25
102:4 103:15,17
104:14 106:11,12
108:10 112:17
114:11,12,12
123:17 124:17,19
129:23 131:25
136:2,4 143:3,7
143:21 148:16
149:2,15,20
152:19 157:11
159:4 160:23
163:11,12 178:14
181:10 183:20,24
184:8 186:4
188:12 190:22

193:17 200:6
207:3 208:21
209:15 217:3,12
217:13,23 222:21
223:5 225:6,23
232:10,13 239:4
239:21 241:24
242:2 248:21
252:19 253:14
261:17 263:14
276:5,12 279:2
280:24 282:1,5,8
282:10 285:19,22
286:9 287:2 288:4
289:25 290:5,18
290:19,20 293:15
296:13 297:16
298:8 305:9 306:9
knowing
68:18 95:9 206:13
knowledge
11:22 17:1 41:9
43:10 47:11 82:25
121:18 130:22
181:11 226:6
243:23 248:20
281:18,22 314:12
known
224:10,16 225:15
225:19,19
knows
223:11 290:20

L

L
2:23 6:20
label
97:3,7
labeled
130:4 140:7
laboratory
57:5 89:24 106:24
lack
191:3 192:6 215:10
ladies
69:25 311:4 312:23

Langseth
6:12 173:4,9,17,18
175:7 177:19
178:23 209:24
210:2,9,24
language
129:11 130:21
140:22 146:6,7
164:7,10
Lanza
7:9 226:8,10,17
227:4,8,12,12
230:2,24 232:1,4
large
29:8 30:2 46:3
47:14 79:25
143:25 200:6,6
205:21
largely
225:25 311:15
LAW
2:7
lawsuit
239:14
lay
232:25 256:8
layman's
229:16
lead
48:15 102:1 121:6
171:13 226:12,23
230:8 232:14
292:12
leading
147:21 149:16
182:22
leads
125:8 231:20
learn
44:19
leave
78:5
leaves
155:20
lectures
30:21 158:23

Patricia G. Moorman, M.S.P.H., Ph.D.

**led**
125:23 160:11
240:12,13,20
266:16
**left**
66:18 139:22 140:6
167:23 275:1
288:3 293:10
294:2
**left-hand**
167:17 203:3
210:13
**lesser**
113:3
**letter**
5:7 84:2,6,23 85:3
85:3,11,22
**letters**
32:15
**let's**
11:7 19:13 99:24
100:2 113:11
153:12 170:19
172:9 194:18
218:16 221:22
237:12 240:5,17
253:23 264:14
275:22 277:25
288:15 299:2
**level**
39:14 45:1 76:1,1
102:1 105:21
106:4 157:9
181:23,25 253:24
254:16 255:23
263:5 270:24
300:5
**levels**
44:3 75:24 105:16
121:24 122:3
190:19
**LHG**
1:7 319:4
**LIABILITY**
1:7
**life**

25:20 208:7,8
**lifetime**
272:20 276:21
277:11,19
**light**
95:10
**limitation**
104:7,17,22 105:1
106:18 107:17
160:16 172:17
212:13
**limitations**
103:24 104:3 191:5
200:8 301:7
**limited**
79:2 130:8 163:21
201:10 205:11
233:19 294:2
297:14,14
**line**
61:24 113:13
209:17 319:5
**linear**
275:13,24 276:2
**lines**
55:10 61:20,21
240:7
**link**
88:25 89:10 168:4
168:13,17
**list**
5:3 26:14 27:16
33:15,19 38:21,25
39:8,9,10,18,22
40:6,15,15,22
41:3,4,11,15,22
42:11,15,24 43:23
44:24 45:6,10,12
45:15,17,18,19,20
46:6,22,23 47:7
48:20,20 49:11
51:6,9 80:10
246:17,18 290:25
306:18
**listed**

41:10 43:19,23
46:12,13 140:7
151:25 154:6
194:25 252:2
286:10 301:22
**listing**
286:18
**lists**
46:20 50:11
**literature**
5:12 45:3 47:3
51:22 52:9 56:12
56:22,25 58:1,11
58:22 60:13,19
62:21 63:10 64:1
64:3,7,18 65:2,5,8
65:9,12 66:15,21
66:23 67:5 68:2
72:9 75:4,7 78:25
81:19,25 82:3,12
88:6 89:4,9
102:11,20 103:19
103:21,25 104:22
105:7,14,17
106:19 107:5,14
107:18,20 111:8
111:15,22 112:17
119:9 120:17
126:12,14 129:9
131:6 156:16,19
157:7,8,10,14
161:12 162:7
163:7 166:10
182:10 197:21
198:1,1 199:11,14
200:16,25 201:12
202:4 212:10
224:19 226:5
227:15,20,21
229:15,25 231:3,6
242:8 245:11,21
246:9,25 247:8
253:21 254:7,10
254:13 255:2,4,9
257:25 260:4,12
262:3 263:18

266:21 271:17
272:6 287:7
291:20 292:2
295:2 296:2,3
304:22,23 309:1,7
309:8 311:1
**litigation**
1:7,24 11:8,9 13:19
16:9,13,16,24
17:4 21:9,21 22:6
22:14 27:21 28:2
30:7,18 31:8,18
32:5,8,13 44:13
47:17 67:3 68:19
73:2,7,22 74:1,2
74:15,22 87:15
88:9,19 97:19
110:6 118:11,15
118:24 121:11
124:15 126:18
127:20 131:3
150:22 153:5
174:23 185:10
214:3 233:15,19
234:1 236:16
254:20 255:5,9
271:5 280:24
281:5 285:18
290:8,12 292:6
294:5,7 295:11
319:2
**little**
11:11 12:1,4 27:10
59:4,14 138:14
154:22 155:20
161:17 267:23
288:19 289:5
311:17
**lives**
300:9
**LLC**
2:7
**LLP**
2:3,21 3:3,7,13,18
**loathe**
166:14

**locations**
262:13
**lodged**
36:12,13
**long**
26:14 27:16 220:11
259:4 267:14
280:18 291:24
310:9 314:24
315:5
**longer**
46:6 190:7,22
194:10 237:5
**Longo**
73:12,14,17 118:10
118:10
**Longo's**
73:19,23 74:19,22
**look**
19:23 29:6 35:4
40:12 45:10 61:19
61:20 63:23 70:4
70:4 77:16 80:9
89:19,23 92:7
104:2 105:3
108:13 109:23
112:2 126:12
128:17,19 132:6
138:13 139:12,15
139:22 140:24
144:25 145:1
150:22 155:5,10
155:13 156:11
161:19 164:4,9
167:15 169:1,15
180:14 184:7,12
184:24 186:25
195:9,11 197:25
199:8 203:2,15
208:6 219:8
229:10 235:2,4
237:21 238:6
262:21,21 263:1
263:17 264:17
267:21,24 268:5
269:11 270:2,3,19

Patricia G. Moorman, M.S.P.H., Ph.D.

270:20 272:24
274:3,25 276:14
276:15 278:24,24
279:17 301:6,6
303:6
**looked**
21:25 23:4 35:3
43:12 44:3,9
62:12,13 63:22,25
73:2,20 84:12
85:25 89:13,14,15
89:25,25 104:11
106:19 111:22
112:20 113:2
120:23 127:13,22
128:21 129:4
131:10 135:24
142:5 147:16
153:25 154:11,22
156:21 179:15
188:1 193:23
194:9 197:21
199:12 200:17
206:17,17 207:12
209:5 213:17
226:20 229:7
237:12 240:1
253:10 269:20
273:4,22 274:18
292:21 303:4,10
304:4,14 312:13
313:4
**looking**
19:24 20:5 21:3
22:22 25:19,23
27:4 28:11 42:5
44:11 55:7,10
67:24 89:10 90:11
95:17,23 104:8
128:8 130:14
131:7 132:13,14
137:4 155:7 156:2
157:2 167:2
188:14 191:15,19
191:24 200:8
212:9 226:19

227:12,18 232:1
235:2 236:2
244:25 260:17
264:19 273:25
274:7 278:22
**looks**
36:25 105:8 128:24
140:9 151:19
**Los**
285:4
**lot**
30:2 86:15 154:25
174:13 222:20
223:22 224:24
282:6,7
**lots**
40:10
**low**
75:24 190:19 213:9
215:17 228:8
**lower**
134:24 236:17
263:5 304:18
305:12
**lower-level**
288:20
**low-level**
208:19,22 209:11
**lung**
141:12,13,23,24
142:3 143:10,14
143:21 144:17
145:5 245:9
247:19 249:1
259:24 260:7
**Lynn**
29:25
**L.L.P**
2:17

――――――――――
**M**
――――――――――
**M**
7:4,12
**magnitude**
245:8,14 246:14
249:1 251:23

253:6,12,18 256:4
256:6,25 257:12
257:14,18,24
258:7,13,21,25
**main**
19:17 35:3 44:18
**maintain**
299:21
**major**
57:7 239:5 292:14
**majority**
49:2 104:10 130:24
233:10 272:18
273:8,22 276:9
303:4,7,8
**making**
66:9 69:15 71:13
100:13 142:1
159:1 182:22
198:12 229:6,22
247:20 298:6
299:24
**male**
113:1
**males**
112:5
**man**
123:17
**manner**
254:18 255:3
**manufacturing**
83:2
**manuscript**
302:10
**March**
4:24 5:5 10:6,9
17:7 19:8 30:22
45:13 46:13 47:1
47:17,24 48:5,19
49:3 50:18 51:11
56:2
**mark**
15:2 17:18 20:7
32:20 35:10,14,19
37:9 41:14 45:7
49:9 61:15 91:14

107:21 149:21
164:20 169:2
173:8 175:16
180:5 204:24
234:6,8 237:14
273:15 307:14
**marked**
4:9 5:2 6:2 7:2 15:3
17:20 20:9 32:22
35:21 36:17,22
37:13 41:17 45:8
49:12 61:17 77:2
84:20 91:17
107:23 136:11
139:5,8 149:24
151:13 165:2,3,18
169:3 173:10
175:19 180:7
194:20 202:13,15
205:2 212:16
227:4,6 234:11
237:19 273:17
291:1 307:15
**market**
113:22 122:5
**marketed**
79:13 85:16 88:14
**MARKETING**
1:6
**marking**
61:11 76:24 136:7
**material**
49:18 77:25
**materials**
4:17,22,24 5:3
33:23,24 34:16,22
35:25 39:2,8,12
39:22 40:6,15,22
41:1,3,16 42:1,15
42:24 43:15 45:5
45:19 47:8,15,23
47:25,25 48:9
49:10 51:2,10
72:1 117:23 118:7
120:17 121:10
306:17,18

**materials-consid...**
246:18
**matter**
9:12
**matters**
13:20
**McTiernan**
44:4 290:21
**MDL**
1:6 5:3 10:24 11:3
11:6,21,25 12:2,7
12:17,20 13:16
14:17,19,21 15:1
15:8,11,16,21
16:10 30:14 32:17
33:20 34:23 37:5
37:6,15,19 42:13
42:16 43:16 44:24
45:20 46:5,12,21
47:8,24 48:10,20
49:3,11 50:6,11
51:1,3,6,10,23
57:8 74:1,16
79:17,19 88:2
97:19 115:8,13,25
116:8 119:14
123:14 131:2
160:15 164:6
170:1 171:5
172:20 176:23
197:21 271:4
294:5 319:2
**mean**
32:4 34:19 40:8,16
41:6 100:16
113:13 142:18
143:20 145:12
229:19 230:24
232:4 248:18
287:23 288:5
310:22
**measure**
106:25 299:14
300:6
**measures**
300:4

Patricia G. Moorman, M.S.P.H., Ph.D.

measuring
274:16 277:19
mechanism
57:1,13 63:4 87:11
88:16 181:12
182:6 183:10
254:13,15
mechanisms
48:14 57:2 83:21
mechanistic
60:7 260:15
media
185:8 232:21 233:1
233:3,6,18,22,25
238:13,18 240:22
medical
28:24,25 56:11
102:11 141:22
144:16 145:4,8,9
145:13 146:10,25
147:16 148:14
150:10,18 156:16
156:22 157:14
253:21 255:2
medicine
159:4,5
medroxyprogeste...
154:7
meet
12:7,9 39:14
meeting
9:11
Melville
2:13
members
293:17
memories
239:15
memory
239:21 240:12
menstrual
222:21 224:2
mention
36:15 81:4 118:12
123:12 191:5
mentioned

12:19 19:18 26:21
26:24 28:21 31:12
31:14,17 147:4,5
154:5 164:22
212:12 283:23
285:24 286:9,13
292:25 297:25
316:21
mentioning
148:20
mesothelioma
112:11 114:9,11,18
met
12:10,14 123:17
245:10,21 246:6
262:3,4,19 271:14
280:18 314:13
metal
122:24
metals
5:9 119:10 120:3
120:18,24 121:2,9
121:15 122:16
123:4,8,12 126:2
296:17,22 297:13
297:25
meta-analyses
7:7 89:4,14 137:2
154:23,24,25
155:10 158:2,9,19
158:25 159:6,8,11
159:17,20,22
160:2,5,10,16,19
160:24,24 161:3,7
161:9,11,15,21
162:8,10,13,19
163:1,3,14 164:8
164:15,17 165:23
166:2 167:8 170:2
173:3,5 175:14,17
177:9,10,12,19
184:1,7 193:18,23
195:21,22 199:13
206:16 207:6
210:10,12 212:25
213:7,19 216:17

226:20 227:3
228:18,24 235:15
241:12 260:18
262:21 267:25
268:6 300:16
301:16 309:1
312:25 313:3,7,10
meta-analysis
5:12 6:7,10,15 7:20
108:1 110:9
147:24 159:13
164:21 168:25
169:1 171:6
175:22,25 177:3
183:14 184:6,14
187:22 206:24
207:11 213:4
216:18,22 241:17
254:3 272:1
312:19
Meta-Epidemiol...
7:8
method
242:11 293:10
313:18,18
methodologically
205:24
methodologies
290:16,23
methodology
155:18 157:19
184:22 293:10
309:11 313:18,21
methods
53:14 59:7 197:15
205:8 225:16
293:15 313:25
Michael
6:16 44:6
Michele
21:13 31:12
Michelle
2:5 8:24 12:11 14:6
15:23 20:10 22:23
24:24 32:23 34:3
35:10 37:24 49:20

73:15 78:6 280:2
307:12
middle
92:8 132:14 171:21
233:7 240:25
midway
238:3
migration
59:1,3,9,16
miked
18:2
millers
111:16,19,23 112:4
112:12,19
Mills
7:18 25:22 273:9
273:16
mind
36:5 48:18 101:7
104:6 110:22
152:7 243:7 245:6
256:21 268:13
282:20 288:1,9
299:5 316:25
mine
33:1
mineral
53:14,17
mineralogist
65:23 82:21
miners
111:16,19,23 112:3
112:4,11,18
mines
281:7,19
mining
54:2 281:25 282:1
282:4
minute
163:5 308:13,16
minutes
40:12 113:7,18
288:3 302:15
misclassification
106:20,22 107:2,4
107:9,12,16,17

110:1,13,22 111:4
242:19
misleading
113:14 161:17
misrepresented
99:2
misstate
98:23
misstates
61:1 69:20,24 98:9
98:19 119:19
199:16 208:3
271:10 298:3
307:3
misstating
99:16,21 101:9
279:5
mistaken
80:7 286:24
mistakenly
199:19 200:5
misunderstanding
249:4
mixture
40:23
Mizgala
3:20 8:19,19 99:22
100:1
Mm-hmm
50:8 140:23 153:17
183:16
moderate
181:14 248:23
250:15 287:18
Modern
288:15
modest
247:9,23 248:4,9
248:10,22 249:7
249:11 250:10,14
250:18,21 287:11
287:17 288:23
modifiable
182:25
Mohamed
7:21

Patricia G. Moorman, M.S.P.H., Ph.D.

molecular
25:23
moment
19:22 132:6 163:19
173:20 215:6
239:2 277:23
298:14
money
209:10
monograph
89:20,23 90:5
91:16,19,22 94:6
94:9,18 95:17,21
95:21 96:10,14
101:14 123:1,3,7
123:12 314:9,19
315:15
Monographs
5:8
months
270:24
Moorman
1:12 4:10,12,14,15
4:19,21,23,24 5:5
5:16 8:5 9:2,8,17
19:24 21:5 33:3,6
34:15 35:17,23
36:20,24 37:4
38:20 41:16,20
42:2,5 45:4 49:14
49:24 52:21,23
55:14 56:6,8
57:25 60:10 61:3
61:8,14,19 64:14
67:12 69:22 74:3
77:1,12 78:17
80:11 84:2,22
85:2,4 90:8 91:5
91:11 92:1,5 94:6
95:16 107:25
108:14 115:8
117:2 119:11
128:3,16 130:15
136:6 139:10
140:19 144:9
150:3 151:9,22

153:10 157:22
165:14,22 167:16
171:16 172:12
175:13,21 180:11
184:24 195:12
196:20 200:11
201:9 202:18
209:23 211:19
218:24 219:25
234:16 235:4
237:21 240:4
244:1 245:25
251:15 257:10
259:19 260:20
262:2 264:17,25
269:11 273:12
274:8 280:1,18
294:17 296:5
301:15 302:6,12
302:24 304:17
307:18 308:11
309:18 310:5,9
313:17 314:22,25
315:14 317:6
318:2 319:3
morning
9:8,9 14:25 20:3
28:8 33:17 36:10
164:22 280:19
282:15 294:19
Morristown
3:8
mortality
90:21 92:17 93:5
Mount
3:8
move
69:10 99:24 100:2
232:18
moved
165:16,21
Moving
262:2
mparfitt@ashcra...
2:5
mucinous

303:12 316:3
MUELLER
2:7
multicenter
29:8,24
Multiethnic
285:2
multiple
11:12,12 24:4
71:19 96:25
140:18 158:23,25
161:15 256:13
258:24 264:3
312:25
mutagenicity
53:8
M.S.P.H
1:12 4:14,21 5:5
9:2 318:2 319:3

_____

## N

N
2:1 3:1 8:1
name
9:10,15,17 10:3
12:12 19:20
280:19 319:2,3
names
12:24 75:11 290:1
290:19
NAPOLI
2:12
Narod
211:24 212:1,5
214:23 215:3
216:2
National
6:3 7:3 150:23
209:9 283:19
nature
200:12 203:5 211:1
NCI
151:5,10,24 152:25
156:1,9 157:11
292:21 293:1,9,17
NCI's

155:23
nearly
268:6,23
necessarily
60:8 69:18 70:8
104:25 181:5
182:16 194:11
211:7 232:15
252:16
necessary
309:10
need
14:7 18:23 32:23
37:24 52:5 69:18
70:4,8 113:10
219:8 231:3
249:18 273:13
needed
180:18 181:9
needing
39:14
neither
136:14 320:12
never
23:7 82:2 123:17
138:4 157:3 188:5
218:23 220:16
222:23 223:12
225:18,19 274:21
Nevertheless
204:12
never-use
265:5
new
1:2 2:13,22 3:8
10:23 46:12,17
47:10,15 48:8
50:10,17 51:5,7,8
51:16 115:13,24
117:19 118:2
119:16 147:23
148:10 225:24
284:3 285:9,25
newly
26:10
NHS

188:12,14,24 189:7
189:12,14 191:7
191:23 192:22
205:4 216:9
nickel
119:12,15 122:21
nine
29:3 240:7
nonresponsive
57:23 58:7 69:11
86:17 95:14 144:3
171:23 200:12
219:1
nonresponsiveness
64:16
nonsignificant
93:3 94:2
nonstatistically
94:1
non-mucinous
278:12
non-occupational
93:25
non-serous
310:25
non-statistically
134:12 236:22
non-talc
131:8
non-users
278:13,23,25
279:18
North
1:18 135:18 137:1
138:17,20 139:3
140:16 285:16
292:13 320:1
notable
301:9
Notary
320:3,23
note
74:14 93:19 94:2
140:25 141:10
172:20 203:16
207:12 227:25

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 1000 of 1022
PageID: 62123
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 347

228:18 278:16
**notebook**
34:24
**noted**
15:24 92:12 166:13
177:19,21,24
178:25 194:11
212:23 272:1
**notes**
34:8,21 35:1,24
280:3
**notice**
4:15,19 32:20 33:7
33:13 34:1,5
**noticeable**
301:13
**noticed**
290:24
**notices**
33:11
**noting**
174:12 180:24
**null**
134:9 137:8 265:14
**number**
4:9 5:2 6:2 7:2 21:3
46:3,17 47:14,14
79:5 89:5 90:9
104:12 107:15
120:14 128:21
155:5 200:1
206:16 210:2
212:13 246:16
251:15 272:17
276:20 277:10
278:10,21 284:21
287:19 295:22
319:4 320:23
**numbers**
180:9
**numerical**
289:2
**numerous**
187:15 245:13
314:5
**Nurses**

186:23 188:18
196:14 263:19
264:3 266:23
267:11
**N.W**
3:13

___

**O**

**O**
8:1
**object**
26:23 57:22 58:7
64:15 66:17 80:23
86:17 88:4 95:13
101:10 144:3
166:21 171:22
172:8 200:11,21
218:25 247:3
**objection**
12:21 22:20 27:7
41:5 42:8,18
45:23 46:8,14
47:19 48:3,22
49:5 50:12,19
51:24 54:10 55:20
57:14 58:3,13
59:10 60:14 61:1
62:8 63:6,12 64:5
65:6,15,19 67:6
68:6,22 69:20
71:15 72:17,24
73:8,24 74:10,25
76:7 78:20 81:6
81:20 82:5,19
83:12,22 84:9
86:2 87:16 89:2
89:12,21 91:7
93:16,21 94:22
95:3 96:5 97:14
97:21 98:9,19
99:3 101:3,21
102:16 104:1,24
105:24 107:7
108:9 109:5,16
110:7,25 112:13
113:25 114:20

115:15 116:1,13
118:1,16 119:1,19
120:20 122:6,14
123:10,25 124:25
125:17 126:3
127:17,23 129:6
130:18 131:14
132:4 133:5,11
134:18 135:6
137:9 142:16
143:16 144:20
145:11 148:15
149:11,18 152:11
153:6 157:17
160:7 161:2,18
162:14,21 163:17
167:10 168:11
170:4 171:7
172:22 174:19,25
175:9 176:6 177:1
177:14 178:9
179:9,23 180:2
181:3 182:13
184:4,18 188:16
189:17,25 190:6
190:15 192:16,25
193:14 194:5,14
195:24 196:12,17
197:23 199:2,16
201:3,15 204:15
204:22 206:2,12
207:1 208:3
213:22 214:4
228:15 229:18
230:4 236:11
241:15 242:9,14
245:23 246:20
247:24 248:11
250:23 251:4
255:17 258:2,14
266:5 267:6,18
268:15 271:8
274:11 275:17
277:21 279:10
281:20 287:24
295:17 296:8,23

297:6 298:3 299:1
299:11 300:1,21
301:24 304:11
305:20 306:5
307:2 308:9 309:3
309:12 313:24
315:22 316:11
**objections**
4:18 22:24 36:12
36:19
**objectively**
232:1
**observation**
262:9
**observational**
6:16 166:17 176:11
228:22
**observed**
104:12,15 110:16
142:7 171:12
266:25 276:19
277:9
**Obstetrics**
147:21
**obtaining**
56:3
**obvious**
179:3
**occupational**
90:22 92:18 93:2
93:15 104:7,18,23
105:2,8,9 106:5
106:16
**occur**
242:19
**occurred**
220:11,19 233:14
**occurring**
115:9
**OCWAA**
26:8 29:19 283:24
286:17
**odds**
132:9 133:6,24,25
134:6,7,16,23
136:18,25 137:3

137:12,13 138:6
139:12,23 143:24
155:11 161:15,23
162:4 227:13
234:23 235:11,14
235:16,17 240:20
241:10,13 242:12
247:12 248:21
253:6 255:12
256:4 257:12,21
261:25 262:24
263:7 264:22
267:12,14 268:1,2
268:7,12,24 274:9
274:13
**offer**
37:18 76:4,8 86:20
192:19
**offered**
125:15 189:14
**offering**
56:9 79:17,19 81:2
97:18 131:2 255:4
**offhand**
114:22
**office**
41:25
**officer**
320:4
**official**
148:17
**oh**
20:16 78:12 114:3
165:21 210:4
308:17 315:3
**okay**
12:9 13:2,13,14,22
14:1,2,8,9,13,14
14:22 15:13,22
16:22 17:19 18:3
19:13 20:2,7,18
21:4 23:2,11,21
24:21 28:7,18,23
29:18,23 31:6,11
32:19 33:6,9,17
34:13 37:1,3,4,11

Patricia G. Moorman, M.S.P.H., Ph.D.

37:12,14 38:17,20
38:24 39:10 42:3
43:6,22,25 45:7
49:9,14,24 53:4
53:16 55:18 60:23
61:8,16,23 62:19
64:14 68:3,10
73:19,21 76:17
77:12 78:11 79:7
79:23 80:14 84:22
85:21 90:10 91:12
91:13,25 92:7,22
93:24 95:13 96:20
100:25 101:12
103:7 109:2
114:23,25 117:4,7
117:19 120:5,21
122:10 124:14
125:2 126:11
129:3 132:13
133:1,19 135:20
136:6,12 137:7,16
138:25 140:24
146:2,18 147:8,10
147:11 148:25
151:1,9,20,24
152:6,8,17 153:19
153:21,25 156:2,7
157:22 158:6
163:22 164:19
165:7,22 166:6
168:9,20 169:12
174:6 175:25
176:4,9 179:18,21
181:7 185:19,24
185:25 186:16
187:3,10 191:22
192:4 194:19,23
195:3,6 200:11,15
203:2 204:4
207:10,16 209:18
210:2,6,24 211:11
212:18 213:25
216:5,9,20 218:24
219:6,8 222:3,13
224:8,14,20 227:4

227:24 228:6
229:8 232:17
234:5,8,22 236:13
237:11 239:4
240:25 242:15
243:13 244:1,7
245:19,22 246:1
250:6 251:14
261:12 264:21,25
265:8 266:6
269:10,20,23
271:16 272:23
273:15,24 277:4
278:7 279:25
280:6 282:11,19
282:23 285:8
286:21 287:4
288:13,22 294:2
294:13,17 297:8
297:23 299:12
300:23 302:11,13
303:4 307:18
308:22 309:18,20
311:21 312:18,21
313:6 314:19
315:1 317:3
**old**
85:18 177:3
**Omiencinski**
40:1
**once**
22:24 54:5 58:21
  63:13 72:22 77:9
  97:15 112:25
  130:19 163:18
  188:5 238:12
  246:1,13 247:10
  248:20 249:21
**oncologist**
290:3
**oncology**
147:17 149:17
**ones**
12:19 15:18 39:19
  43:8,10 44:10
  147:3 161:5 225:8

254:6 288:21
289:21,22,23
**one's**
67:8
**ongoing**
283:7
**online**
154:1,6,12,22
  159:5
**onset**
236:16
**operating**
230:22 231:5
**opine**
102:23 254:19
  296:20,25,25
  297:4
**opined**
66:6 102:13,19
  116:8 119:11
**opinion**
31:22,23 43:17
  47:1 56:9 65:2,8
  65:13 66:21 67:25
  68:1 71:13 76:9
  79:22 81:8 86:25
  87:3,6,13,14,24
  88:13,13 109:10
  110:6,8 115:24
  116:4,10,11 117:7
  117:15,19,20
  118:2 119:17
  122:10,12 123:23
  124:23 125:2,15
  126:5 148:17
  153:5 169:11,12
  178:5 181:19
  197:6 206:11,14
  214:3 224:5 255:4
  294:23 295:4,10
  295:16 296:6,9
  297:23 298:2
  299:8,21 302:25
  302:25 303:1,18
  311:5,6,8,10,11
  312:1 313:8

**opinions**
30:14,17 31:8 32:2
  32:4,5,7,13 37:18
  39:11 41:2 42:16
  43:15 45:1 51:2
  67:3,4,9 75:21,22
  76:4,13 79:17,19
  81:2 86:9,20 88:1
  97:18 115:20
  117:5,21,24 118:5
  119:10,14,22
  121:8 123:20
  124:5,6 131:2
  152:15 165:24
  175:23 179:15
  180:12 197:21
  281:15,24 282:2
  290:7,11 294:6
  298:4 310:11
  312:22 313:20
**opportunity**
17:10 78:7 164:1
  311:21 312:9
**opposed**
316:23
**opposite**
232:2 277:20
**oral**
4:15,19 36:19
  127:3 254:1,3
  305:9
**ORANGE**
320:2
**order**
245:8 308:23
**organization**
148:18 251:10
**organizations**
146:10,10 147:17
  149:16
**original**
283:20
**originals**
35:16
**Ostbye**
31:16

**outcome**
197:19 320:17
**outcomes**
104:9
**outlier**
263:17 270:21
**outside**
59:4,14 93:10
  121:22
**ovarian**
5:11,14,18,20 6:3,6
  6:9,12,15,19,22
  7:4,11,14,17,21
  9:19,25 19:10
  20:21 21:15 23:5
  25:12,16,21 26:9
  26:25 27:5,10,15
  28:12 29:2 30:21
  31:1,24 32:12
  40:19 48:15 52:3
  52:9 54:15 56:21
  58:17 60:4 62:21
  63:21,24,25 66:2
  87:1,5,12,14
  88:23 89:1,11,17
  93:4,9 94:12,14
  94:19 98:5,14
  102:8,12,15,23
  103:20 105:11,15
  108:8,22 109:14
  109:22 110:10
  111:9,10,13 113:1
  117:14 120:19
  122:13,17 124:3
  124:24 125:6,8
  127:4 128:11,20
  135:13,18 136:7
  137:1 138:17,20
  138:22 139:3,18
  140:16 142:14
  143:1,15,25
  144:18 145:9
  146:4,12 147:1,19
  148:1,10 149:4,9
  149:23 150:11,24
  151:10 154:19

Patricia G. Moorman, M.S.P.H., Ph.D.

| | | | | |
|---|---|---|---|---|
| 156:12,17,23,25 | 316:18,23 | 153:15,22 157:22 | 140:9,17 157:3 | 132:14 135:15,17 |
| 157:2,4,13 158:13 | **ovaries** | 167:15,20,21 | 165:15 173:6,7,9 | 140:20 150:8 |
| 160:20 161:11 | 298:19,24 299:10 | 169:16,16 170:8 | 174:13,15 176:5 | 158:1 167:16,17 |
| 166:8,20 167:5,6 | 299:15,23 300:7 | 174:1 176:9 | 178:24 179:1,19 | 167:23,24 180:15 |
| 168:4 174:11 | 303:22 | 180:14,16 184:24 | 179:21 180:6,12 | 180:16 196:21 |
| 176:16 181:15 | **ovary** | 194:24 196:20 | 181:9 182:24 | 210:14 211:23 |
| 185:14 186:19 | 90:19 92:15 | 198:10 203:2,15 | 183:2 185:4 187:3 | 212:20,21 216:2 |
| 188:15 190:13 | **overall** | 207:11,18 210:7,8 | 189:4,9 190:13,14 | 221:11 233:8 |
| 192:24 193:6 | 26:11 52:8 116:4 | 210:9 211:19 | 192:11,23 193:6 | 238:7 240:9 241:1 |
| 196:25 197:7,8,20 | 155:5,13 184:5,13 | 212:19 215:25 | 193:12 195:7,11 | 260:9,24 262:6,7 |
| 201:12 202:23 | 193:24 198:13 | 219:25 220:1,25 | 202:19 204:13,25 | 270:4 275:1 |
| 203:24 205:20 | 200:1 229:21 | 221:8 222:4,4 | 205:4,7,25 206:10 | 298:13 |
| 207:23 209:6 | 235:16 262:21 | 224:9,9,14 226:7 | 208:24 214:9,17 | **Parfitt** |
| 210:21 212:10 | 267:23,25 | 232:23 233:4,5 | 216:15 217:3,5 | 2:5 4:6 8:24,24 |
| 213:1 218:21,22 | **overestimate** | 234:2 235:2 238:6 | 226:22 228:10 | 12:11,21 15:23 |
| 224:18 225:6 | 160:12 226:13 | 240:5,23 244:1,7 | 229:17,22 230:15 | 16:1,4 20:12,17 |
| 226:4,17 227:16 | **overestimation** | 251:14,20 253:20 | 232:12 234:3,13 | 22:20 23:1 25:1 |
| 228:11,17 229:25 | 203:21 204:7 | 255:1 259:19,20 | 234:22 236:15 | 26:23 27:7 29:13 |
| 231:7 232:7,11 | **overlap** | 260:8,20 262:5,5 | 242:2 243:3 269:4 | 32:25 34:6,11 |
| 233:13,23 234:24 | 16:5,6 161:5 | 264:18 270:2 | 269:12 274:16 | 35:12 36:4,11,14 |
| 237:16 245:11,15 | **overlapping** | 271:16 272:11 | 276:9,10,13 | 36:16 37:21 38:1 |
| 245:21 246:9,24 | 161:1 | 274:25 278:7 | 277:17,23 279:6 | 41:5,23 42:8,18 |
| 247:7 249:13 | **oversight** | 282:13 298:12 | 286:14,18 288:1,6 | 45:23 46:8,14 |
| 251:10 252:25 | 23:6,9 | 307:21 319:5 | 306:18,20 307:5 | 47:19 48:3,22 |
| 253:11,25 254:4,8 | **overstating** | **pages** | 307:10,22 | 49:5,15,20,22 |
| 254:16 255:8 | 303:8 | 320:10 | **papers** | 50:12,19 51:24 |
| 257:25 259:22 | **Over-speaking** | **paginated** | 22:19 28:7,8 29:6 | 52:14 54:10 55:1 |
| 263:25 265:5,20 | 99:8 | 151:16 | 30:5 112:21,23 | 55:3,5,8,12,20 |
| 266:3,20 267:22 | **ovulation** | **paid** | 122:16 138:19 | 57:14 58:3,12 |
| 267:24 270:8 | 40:19 | 73:6,10 124:15 | 165:16 188:24 | 59:10 60:14 61:1 |
| 271:25 278:13 | | 127:20 174:17,21 | 191:13 194:11 | 61:11 62:8,23 |
| 285:10,14,17 | **P** | 174:23 179:7,11 | 228:24 246:16,21 | 63:6,12 64:5 65:6 |
| 286:14,20 291:21 | **P** | **paper** | 247:14 250:8 | 65:15,19 66:17 |
| 292:5,13,14 | 2:1,1 3:1,1 8:1 | 7:19 19:17,18 | 273:20 277:18 | 67:6 68:6,22 |
| 294:25 295:2,4,7 | **page** | 20:23 21:5,8,12 | 287:21 292:15 | 69:20,24 71:15 |
| 295:20,22 296:7 | 4:2,11 21:4 33:13 | 23:17 25:5,6,14 | 307:6 | 72:17,24 73:8,14 |
| 297:5,10,13 | 38:21,24 39:1,4,5 | 25:17,22 26:7,13 | **paperwork** | 73:24 74:10,25 |
| 298:16 299:25 | 55:6,7 61:19 | 26:16,22,25 27:3 | 28:1 | 76:7 77:7,10 78:4 |
| 303:2,5,9,14,19 | 77:16,17 80:11 | 27:9,13,21,22 | **paper's** | 78:8,12,20 80:23 |
| 304:2,5,10,19 | 85:3 90:7,9,10 | 28:2,3,11,20,22 | 306:24 | 81:6,20 82:5,19 |
| 305:5,13 307:25 | 91:25 92:4,9 94:5 | 28:23 29:11,12,14 | **paragraph** | 83:12,22 84:9,17 |
| 310:12,16 311:2,9 | 94:8 108:13 | 29:17 107:22 | 78:5 90:12 92:8 | 84:19,25 86:2 |
| 311:13,15 312:2,5 | 111:20 128:2,2,4 | 108:4,6 109:3,13 | 93:14 94:8 95:24 | 87:16 88:4 89:2 |
| 312:23 313:9,12 | 132:8,15 135:11 | 135:12,22 136:5,7 | 108:15 109:24 | 89:12,21 91:7,18 |
| 313:16 314:7,14 | 135:12,15 139:10 | 136:22 138:3,21 | 128:4,6,7,8 | 91:23 93:16,21 |
| 315:16,20 316:3,9 | 139:11 140:19 | 138:24,25 139:12 | 130:14 131:22,25 | 94:22 95:3 96:5 |

Patricia G. Moorman, M.S.P.H., Ph.D.

96:13 97:14,21
98:9,19 99:1,7,11
99:18 100:3,9,20
101:3,9,21 102:16
104:1,24 105:24
107:7 108:9 109:5
109:16 110:7,25
112:13 113:5,19
113:25 114:20
115:1,15 116:1,13
116:19 118:1,16
119:1,19 120:9,20
122:6,14 123:10
123:25 124:10,12
124:25 125:17
126:3 127:17,23
129:6 130:18
131:14 132:4
133:5,11 134:18
135:6 137:9
142:16 143:16
144:20 145:11
148:15 149:11,18
152:11 153:6
157:17 160:7
161:2,18 162:14
162:21 163:17
167:10 168:11
170:4 171:7,17,20
171:24 172:3,8,18
172:22 173:2
174:19,25 175:9
176:6 177:1,14
178:9 179:9,23
180:2 181:3
182:13 184:4,18
186:1 188:16
189:17,25 190:6
190:15 192:16,25
193:14 194:5,14
195:24 196:12,17
197:23 199:2,16
200:20 201:3,15
201:17,22,25
204:15,22 206:2
206:12 207:1

208:3 209:12,21
213:22 214:4
219:18 228:15
229:18 230:4
234:7 236:11
241:15 242:9,14
245:23 246:20
247:3,24 248:2,11
250:23 251:4
255:17 258:2,14
259:2,11 266:5
267:6,18 268:15
271:8,10 273:12
274:11 275:17
276:24 277:21
279:10 280:5,7
281:20 287:24
295:17 296:8,23
297:6 298:3 299:1
299:11 300:1,21
301:24 304:11
305:20 306:5
307:2 308:2,9,13
308:17 309:3,12
309:21 310:4
314:4,22 315:5,22
316:11 317:4
**Park**
2:22 20:19 25:6,9
26:2,22
**part**
15:11,15 16:19
23:9 48:1 60:12
67:22 68:1 88:15
100:6 105:13,17
108:7 116:2
126:11 127:4,7
166:16 202:8,9
214:11 229:20
254:2 262:20
271:1 277:23
309:10
**partial**
78:20
**participants**
130:7 189:23

191:18 203:23
217:24 218:1
219:12 234:24,25
236:17 284:3,22
**participating**
284:24
**particular**
12:2 41:22 56:9
75:11 138:5 200:9
221:19 232:20
242:17 243:16
288:1 297:4,8
299:9 301:21
**particularly**
45:2 47:5 136:15
158:10 220:19
222:9 223:9,24
238:11
**parties**
121:20 320:13,16
**partly**
210:17
**parts**
38:17 144:13
**pass**
84:23 136:10
294:11
**passive**
259:24 260:7
**pathologist**
54:5,7,14,18
**pathologists**
54:7 316:14
**pathology**
54:4,6,9,13,14,21
55:15 56:4
**patients**
32:12
**Patricia**
1:12 4:10,12,13,15
4:19,21,23,24 5:4
5:15 8:5 9:2,17
36:20 41:16 317:6
318:2 319:3
**patterns**
182:4

**Paul**
7:18
**pause**
187:11
**PCPC**
310:8
**PDQ**
6:3,4 151:3,10,21
153:13 155:23
292:21 293:9,17
**peer**
26:19 30:14 286:1
**peer-reviewed**
65:2,8,14,25 68:2
69:3 72:9 74:23
75:2 81:9,18,24
82:12
**Penninkilampi**
6:8 147:24 164:22
165:15 166:4
167:14,18 168:21
183:13,17 184:3
185:19 186:12
187:20 191:15,19
192:9 193:11,20
194:2 206:23,23
207:25 208:21
216:22,25 217:3
217:24
**Penninkilampi's**
217:9
**people**
12:24 15:24 45:2
76:3 104:10 105:1
105:14 112:5
142:4,6 144:12
193:18,23 199:20
199:25 200:5,7
220:10 221:5
228:23 255:23,24
262:1 274:20
301:1
**people's**
44:19
**percent**
59:15 60:11 134:13

134:20 137:17
155:3,4,6,8,11
166:7 236:5,7,13
236:13 247:22
248:5 249:13
250:1 256:12
262:23 303:9
313:11
**percentage**
185:3 303:14
**Peres**
23:17
**perfect**
275:24 276:2
**perfectly**
275:13
**performed**
121:19 163:1,4
212:4 269:6
313:19
**perineal**
6:6,11,14,21 7:16
7:20 96:11,20
97:13 98:17 99:22
100:7,16,16,22
101:17 151:25
166:6 168:1
174:10 176:14
185:13 202:22
205:19 265:19
266:4
**period**
16:13 113:22 114:7
160:21 189:20,22
191:8,14,16,17,23
192:10 193:10
194:10 208:9
217:12 220:11
282:16 301:1
305:23 306:4,9
**peritoneal**
5:17 6:4 99:12,23
100:4 138:22
139:24 151:11
**permitting**
291:19

Patricia G. Moorman, M.S.P.H., Ph.D.

person
11:8
personal
3:11 8:18 206:11
222:20 223:8,21
223:22 281:17,22
294:15,20
personally
45:16 233:25
290:20
person's
223:17
perspective
86:13
perspectives
44:20
pertain
26:1,5 30:10 80:4
226:17
pertained
314:13
pertaining
13:8 19:10,14 22:5
59:9 64:3,7 75:5
75:17 85:8 87:13
109:18 253:21
279:12
ph
1:24
Pharmacopeial
83:10
phrased
297:17
phraseology
234:16
phrasing
103:3 149:2 241:7
physician
288:18
Ph.D
1:12 4:10,12,14,21
4:24 5:5 9:2
318:2 319:3
PI
284:20
picture

214:12
piece
66:23
pieces
312:12,15
pile
37:1 183:15
pinpoint
102:24 295:5,19
305:10
place
33:11 162:18 235:3
Plaintiff
11:16 72:18 310:3
Plaintiffs
2:2 4:18 8:21,23,25
9:22 14:16 16:25
17:3 21:10 30:7
31:23 36:13,18
40:14 41:24 43:22
43:25 44:12 48:21
49:4 59:22 67:20
68:5,8 72:10,15
72:21 73:3,7,10
82:16 83:17 86:21
106:7 124:15
145:25 174:24
271:4 289:9,17
290:11 291:16
planning
284:6
plausibility
117:12 121:5
156:24 205:16
260:15 297:19
309:6,15 313:14
plausible
182:6 183:10
231:24
play
231:13,23
please
8:6 9:16 14:13
19:21 24:22 61:9
61:20 64:22 70:3
70:4 77:4 78:22

101:9 111:18
115:18,18 172:12
173:19 186:3
200:14 219:19
228:4 237:12
282:9 299:5
309:22
pleasure
9:11
plenty
145:14
PLLC
2:12
PLOS
7:6
plot
194:25
plots
268:6
Plunkett
291:4,8
Plunkett's
291:10
point
28:5,16 51:13,18
79:21 102:18,22
138:8 142:1
144:11 147:14
159:24 178:13,14
178:17 179:5
190:16 204:6
226:22 228:21
229:3,6,21 237:9
239:10 247:15,20
256:11 257:6
258:18 259:3
269:12 289:1
293:7,14 295:3,15
295:19
pointed
266:22
pointing
230:15
points
51:14 238:4 274:22
policies

22:9
Pollak
31:16
pooled
6:19 179:14,18
population
132:21 138:3,15
261:7,13,23 262:1
304:18
populations
304:24
portion
57:23 86:18 95:14
171:23 213:15
219:1 241:10,13
307:20
position
70:22 71:1,3,8,10
263:24
positions
149:15
positive
90:21 92:16 93:3
94:2 138:11 162:1
176:18 211:4
287:15,22 288:7
possession
24:17 36:1
possibilities
218:11
possibility
185:23 205:13
223:16 238:23
239:11 240:1,19
241:23 257:13
possible
48:14 96:17,24
97:10,23,25 98:21
101:23,24 102:1
104:7 107:3
110:15 147:13,14
190:10 239:14
255:11 257:5
286:10 291:18,25
303:21 307:1,25
308:7

possibly
66:23 146:14 253:3
257:8 296:16
postings
30:16,17
post-data
240:16
post-interview
225:11
post-2014
235:23 236:5
potential
19:19 20:24 21:6
23:8 26:22 28:13
86:16 87:10 94:11
107:2,16 109:25
110:13 117:13
122:19 164:12
182:25 203:7,12
203:13,18,21
204:7,7,8 218:20
230:12 231:17,20
240:15 241:19
270:15
potentially
190:20 261:23
306:10
powder
1:6 6:18,22 7:11,14
52:2 64:4,8,19
65:4,18 66:13
68:20,25 69:7,9
70:13,15,18,19
71:1 75:6,18,24
76:2,5,10,14
79:20,23,25 80:1
80:10 81:10,14,22
82:14 83:2,9 84:4
86:1,10,22,24
87:4,7,8,11 88:2,7
88:11,15,17,22
94:7,20 102:12,14
105:11,22 106:8
106:13 109:20
111:12 112:8
113:21,24 114:7,9

Patricia G. Moorman, M.S.P.H., Ph.D.

114:13,14,17
116:3,4 117:9,13
117:16,22,25
118:6,8,19 119:16
119:22 120:4
121:1,6,9,14,16
121:24 122:3
123:24 124:20,23
125:4,7,13,19
126:5,22 128:22
128:24 129:4,9,10
129:10,24 130:3
130:17,23,24
131:17 132:2
150:11 202:22
203:25 223:17
237:15 239:15
265:19 266:11
267:10 276:18
277:8 278:11,21
279:14 281:9,12
281:16 285:18
291:21 292:4,6,7
294:24 296:1,3
298:1 303:19,24
304:1,5,9,23
310:12 311:6,9
312:2,4,22 313:9
314:6,14 319:2
**powders**
9:25 93:11 96:3,3
96:10 120:18
123:5,5,9 129:13
129:16,19,20
131:8,8,9,11
140:10 180:19
278:18
**power**
66:7 200:3 211:20
212:2,9,12 213:4
213:9,21 214:3,9
214:11,16,18
215:3,11,13,16,17
284:19
**practice**
224:22

**practices**
1:6 281:25 282:1
**pragmatic**
300:4
**pre**
240:16
**precede**
177:9
**preceded**
314:19
**preceding**
203:15
**precise**
57:11 129:8,11
130:20 146:7
172:20 214:16
265:1 307:19
**precisely**
91:6 118:17
**precision**
221:3
**pregnancy**
224:2 305:9
**premature**
108:23
**preparation**
19:2 26:8 37:5 38:8
38:9 313:20
**prepare**
45:15,16 46:20
**prepared**
15:7 16:8 32:15
46:22,24 291:2
292:19
**preparing**
12:6,17 17:13
34:17,17 150:21
**preretirement**
10:16 282:17
**presence**
76:14 83:5 96:2
117:22,24 118:5
119:15 121:8,14
123:4,8
**present**
118:25 270:8 275:4

**presentations**
30:20
**presented**
73:22 74:18 111:3
121:10 148:17
**presents**
110:23
**preserve**
24:21
**presume**
20:11
**pretty**
63:22,23 71:12
72:6 111:13 162:7
182:8 229:21
231:1 240:9
242:23 278:23
316:6
**prevalence**
130:12,17 260:21
261:2,6,12 304:23
**Prevention**
6:4
**previously**
48:17 50:15,22
82:21 181:16
185:2 296:13
297:12 301:16
**pre-2014**
235:22 236:4
**primarily**
112:5,25 125:3
**primary**
5:17 6:4 52:1 63:14
135:23 138:22
139:24 151:11
**print**
153:12
**Printout**
5:20
**prior**
14:22 15:18 22:19
33:9 38:7 56:8
88:7 141:17 161:6
162:11 176:19
180:4 218:1

219:12 233:14,23
234:1 236:24
300:18
**probable**
97:6 101:24 102:2
**probably**
13:4 24:18 30:3,4
40:20 55:23 61:5
68:15 71:6 95:20
112:4 113:7
145:24 186:20
218:10 240:6
241:16,17 288:21
291:14,23,25
292:10 303:7
307:11
**problem**
16:5 102:6 103:4
109:25 110:23
111:5 159:18
220:18 230:7
232:6
**problems**
164:16 184:20
185:20 187:15
200:4 270:22
**procedure**
127:5,7
**proceed**
52:21
**proceeding**
320:4,6
**process**
258:22 286:1 306:3
313:22
**produced**
4:24 16:10 33:18
45:13,18 68:19
88:8
**produces**
83:8
**product**
76:2 117:13 119:25
129:10,24 130:4
296:10 298:1
**products**

1:6,7 3:11 8:18
64:4,19 65:4,18
66:8,14 68:21
69:1,9 70:16,19
71:1,18,20,22
75:6,8,13,14,18
75:20,24 76:6,10
76:14 77:25 79:5
79:12,20,23,25
80:1,2,4,5,7,16
81:11,13,14,22
82:14 83:2,9 84:4
85:15 86:1,11,22
86:24 87:4,7,9,11
88:8,11,15 102:12
102:15 105:11,19
105:23 106:6,8,14
109:20 111:12
112:8 113:22
114:7,10,13,14,17
116:3,5 117:9,16
117:22,25 118:6,8
118:19,25 119:16
119:22 120:4
121:1,6,9,14,15
121:17,21,25
122:3,4 123:24,24
124:20,23 125:5,7
125:13,20 126:5
126:23 281:9,12
281:16 294:15,21
294:24 296:1,4,11
297:19,20 298:8
298:10 303:19,24
310:12 311:6,9
312:2,4,22 313:9
314:6,14
**professional**
6:5 31:9 32:1,8
126:8,11 138:11
151:11 181:19
222:17 261:18
**professionals**
32:11
**professor**
10:10

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 1006 of 1022
PageID: 62129
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 353

profiles
315:21
progress
27:17 28:9,11
30:10
progressed
160:20
promised
232:16
prone
185:7 207:13
pronounce
196:2
pronounced
123:18 316:1
proper
133:22
proportion
80:1
Proposal
174:2
proposition
124:22 203:10
204:5 226:10
272:23 273:8,21
prospective
7:4 203:5 207:21
210:17 211:1,3
227:14,20 228:2
228:13 229:12
230:2
prospectively
202:24 205:18
206:4
prove
79:10
proven
255:16
provide
34:15 40:14 67:8
69:4 72:22 74:2
83:17,20 91:11
116:9 141:8
145:25 199:21
214:19 226:11
305:3

provided
17:9 18:17 35:23
39:13 40:2,11,24
42:12 44:14 46:25
47:1 48:21 49:4,7
67:20,23,24 68:7
68:16 69:2 72:10
72:14,19 74:1,7
77:3 80:15 82:16
85:13 115:20
118:23 141:21
144:9 149:8
289:16 293:15
294:5 296:21
306:17
provides
87:10 194:10
231:18
providing
65:13 67:3,4 81:18
141:17 142:20
PTI
3:17 8:19
public
30:24,25 47:16
48:1 166:12,24
261:8,17,18,23
320:3
publication
22:4 188:10,20
189:3,7,12,14
196:14 237:8
242:7 244:14,17
253:4,9 283:23
285:20 315:15
publications
19:9 26:5 32:16
41:9 47:11 243:2
285:25 286:8
publicity
233:22 240:12
publish
65:2,7
published
21:19,24 23:24
48:5 67:4 81:18

95:18 98:2 110:11
127:3 135:22
138:16,19 147:3
148:11 158:18,22
160:25 161:4,6
162:1,16 177:24
186:24 188:13,18
188:24 193:13
241:17,18 243:9
243:20,22 244:19
244:23 254:19
255:4,9 306:12
315:14
publishing
138:21 302:7
pull
146:6 161:11 234:5
purchasing
130:4
pure
296:6
purported
76:5 89:10 126:13
150:23
purpose
27:8,12 128:18
162:15 202:21
284:14
purposes
20:2 27:3 34:17,22
95:16 312:21
313:19
put
78:24 103:17 159:1
255:8 284:15
287:18 314:9
putting
75:24
pyramid
159:1 301:18 302:1
p-value
274:19
p-values
274:22
p.m
115:4,6 116:21,24

165:9,10,10,12
211:14,15,15,17
219:23 259:14,15
259:15,17 278:3,6
280:11,14 302:17
302:20 309:24,25
309:25 310:2
315:7,10 317:7,8

_____

**Q**

qualification
178:23
qualified
55:22
qualitatively
106:6 142:24
quality
25:20 127:6
quantify
72:3
quantitatively
142:25
quantity
49:7 76:9
quarrel
85:24 86:6
quartiles
276:22 277:12
question
15:18 28:18 29:15
50:15,22 54:22
55:14,16 56:13
57:11 58:15 60:5
61:21 63:14 64:15
64:20 65:21 66:18
68:24 70:2,3,4
74:5 77:9 87:18
98:25 99:2,6,19
101:16 102:4
109:3 110:24
117:3 119:9 120:3
120:22 124:3
125:19 126:1
129:1 131:16
135:8 144:6
146:21 156:14

163:9,24 172:4,7
172:19 175:4
177:20 178:11,11
178:20 183:5
184:16 187:19
189:2 200:14,15
200:21,22 202:1
206:19,21 219:3,4
219:5,8,9,10
223:14 227:17
232:8,16 245:17
249:4,5,6 252:19
254:22 255:6
258:17 265:2
267:8 271:13
283:16 286:7,21
286:25 294:3
307:20 308:2,5,21
310:10,15
questioned
311:17 314:5
questionnaire
129:2 131:16
140:11 191:20
286:25
questions
13:25 14:12 16:16
31:5 36:6 37:2
55:3 62:11 78:7
113:6 164:1
171:19 184:10
201:10 205:16
209:25 220:13
223:12,22 224:25
225:16 280:1,4
294:22 302:12
310:7 314:23
315:1
quick
117:2 306:16
quickly
148:4
quite
29:24 64:9 101:4
138:19 140:2
174:13 209:8

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 1007 of 1022
PageID: 62130
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 354

218:13 237:13
262:9 263:8,17
276:25 295:7,22
295:22 314:17
**quote**
103:4 150:9 167:18
203:16
**quoted**
80:20

**R**
**R**
2:1 3:1 8:1 319:1,1
320:1
**race**
262:14
**raise**
164:2 225:24
**raised**
205:15 306:11
**ran**
206:20
**randomized**
166:22
**range**
134:17,20 137:13
237:1 248:22
255:15,20 256:11
256:17,19 257:23
**ranked**
302:2
**rappel@seyfarth...**
3:15
**rare**
114:11 310:25
**rate**
14:18 236:5,7,18
**rates**
111:23 112:10
113:24 114:8
236:6,10
**ratio**
132:9 133:7,24,25
134:6,7,16,23
136:18 137:3,12
137:13 138:6

139:23 143:24
155:11 161:16,24
162:4 235:11,14
235:16,17 241:10
241:13 242:12
248:22 257:24
261:25 262:24
263:7 264:22
266:12 267:12,14
268:24 274:9,13
**rationale**
188:1
**ratios**
136:25 139:12
227:13 234:23
240:20 247:12
253:6 255:12
256:4,6,25 257:12
257:14,21 258:7
268:2,2,7,12
**raw**
77:24
**RDR**
1:21 320:22
**reach**
111:9 125:14
126:25 155:18
182:18 231:2
256:25 263:3
308:24 309:11
**reached**
95:12 97:20 156:9
178:14 227:13,21
252:7 268:19
299:15 300:7
**reaches**
298:18,23 299:10
299:23
**reaching**
141:4 161:15
**reaction**
231:19
**read**
39:13,17 43:12
59:12,19,25 60:7
64:9,10,23,24

71:6,6 72:7,8
76:23 77:21 78:2
79:1,9 85:12,23
90:16 92:11,23
94:9 99:4 108:18
108:25 111:1
118:3 128:9
132:17,24 140:25
141:10 145:22
150:9 154:16
158:8,16 162:25
167:25 169:19
170:10,19,20
173:20 174:6
176:10 180:17
185:2,5 195:12
196:21 198:11
199:18 202:20
203:4,17 204:2
205:9,22 207:17
207:19 210:14
212:22 221:11
222:6 233:8 237:9
238:8 239:13
241:4,7 247:14
251:20 259:21
261:4 262:8
265:18 269:13
270:5 271:22
272:12,21 275:3
275:20,21 276:17
276:23 277:7,14
277:16 278:8,15
285:21 289:20
291:10,11,18
298:5,14,20 318:3
319:5
**reader**
22:7 160:15 168:21
170:1 175:7
176:23
**readers**
171:4
**reading**
56:13 77:19 91:3
94:16 117:10

120:21 144:14
145:21 150:13
158:4 170:14
185:17 197:4
213:13 226:14,16
228:4 238:15
240:3 251:25
254:22 260:1
291:15 298:13
300:3
**reads**
278:8 319:5
**ready**
28:6 52:21 259:9
**real**
193:25 247:16
249:2,5,6 257:13
257:17 316:17
**really**
44:25 51:16 86:15
142:8 155:17
163:23 171:9
187:13 188:6
197:11 211:2
214:20 225:2
230:2,15 231:3
258:15,16 259:20
263:17 265:1
298:7 303:15
310:20
**realtime**
99:5 148:22
**reason**
85:24 116:15
178:22 203:18
204:7 214:1,6,8
214:10 222:3
224:1 230:13
239:8
**reasonable**
284:21
**reasons**
161:10 180:3
215:23 232:25
241:25 242:21
251:7 263:2 300:4

**REATH**
2:21
**Rebecca**
44:6
**rebut**
68:19 73:23 74:19
**rebutting**
118:24
**recall**
7:14 10:3,6 11:17
13:17 17:6,13
22:1 24:6 40:1,3,9
44:11 54:20,22
66:9 69:15 75:9
75:14 76:16 83:19
96:6 103:17
104:18 107:13
110:11 112:2
115:10 118:19
123:11 132:23
135:25 138:21
146:5 149:5,7,12
150:5 159:18,18
160:4 164:11
185:7,20 186:6,11
192:21 203:7,12
203:14,22 204:9
204:10 205:14
207:13 218:9,12
218:13 220:11,18
220:23,24,24
221:1,1,2,5,7,12
221:18 226:11,22
229:2,3,14 230:7
230:7,12 231:4,4
231:11,12,17,20
232:5,9,13,20
234:19 237:16
238:10,24 239:7
239:12,22 240:1
240:11,13,16,19
241:6,14,19,24
242:4,5,8,20,21
243:4,10,17 251:3
251:12 252:13,13
252:20 253:16

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 1008 of 1022
PageID: 62131
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 355

254:10 283:9
287:8 292:23
295:14 300:13
311:19 314:7,16
**recalling**
149:1 242:16 307:5
**Received**
92:24
**Recess**
52:17 115:4 165:10
211:15 259:15
309:25
**recognize**
18:3 56:16,17 57:6
79:25 103:24
106:21 160:9
316:13
**recognized**
290:1
**recognizing**
57:1 161:9 284:17
**recollection**
146:2
**recommendations**
311:22
**record**
8:3,7 9:16 20:2
21:2 36:15 41:23
50:4 52:15,18
73:25 74:14 91:19
95:16 100:5,12
115:2,5 116:20,22
116:23 165:8,11
199:17,17 211:13
211:16 219:16,20
219:21,22 259:13
259:16 278:1,2,4
278:5 280:10,12
280:13 302:15,16
302:18,19 309:21
309:23 310:1
315:6,8,9 317:7
**reduced**
154:8 155:9
**reducing**
10:17

**reduction**
155:3
**REES**
3:3
**refer**
17:16 54:25 61:8
115:21 120:10
123:15 128:3
133:20,22 134:8
134:12 135:12,18
137:23,25 138:4
138:10 163:10,11
164:10 166:19
183:6,9 194:8
207:6 246:3,18
250:9 288:17
295:25
**reference**
39:8,10,18 40:18
41:3 45:19 46:6
76:20,23 216:24
246:17 278:25
**referenced**
39:15 75:5 139:6
**references**
5:3 33:20 38:22
39:10 45:25 46:4
46:17,22 47:7,10
47:13,15 49:10,17
49:18 50:17,25,25
51:1,5,7,9,9,15,16
51:19,20 115:9
**referred**
40:21 60:1 111:16
124:8 183:24
208:22 246:25
247:8 270:21
**referring**
11:10 20:19 62:3
67:19 79:22 80:11
91:15 96:13 107:9
107:11 115:10
120:11 147:6
148:7,13 151:3
179:6 215:14
216:16,21 246:22

260:3,11,14 266:8
274:23 296:1
300:18
**refers**
182:24 238:3 246:9
246:12
**reflect**
18:6 73:25 100:5
238:24 273:8
274:8
**reflected**
216:15 217:5 292:2
**reflecting**
299:16
**reflection**
136:16
**reflective**
262:18 267:16
273:1
**reflects**
110:8 236:1,3
269:23 274:16
279:23
**regard**
12:15,19 59:6 75:4
82:15 116:11
117:6 120:2 121:8
122:8,23 124:3,5
124:18 142:12,14
147:12 154:14
156:10 168:3
213:21 222:7
243:10 253:19
272:6 286:17
292:13 297:15
302:24 303:17
305:16 310:10
313:3,8 314:6
315:19
**regarded**
142:10
**regarding**
73:3 282:4 283:24
**regards**
56:3 120:23
**region**

223:18
**regulatory**
25:23
**Reid**
5:13 107:22,25
108:3,6
**reject**
250:12
**relate**
310:11
**related**
5:6 15:15 16:12
21:15 48:14 58:17
59:16 60:19 64:24
66:1 68:15 142:3
181:14 260:6
284:15 285:14
320:13
**RELATES**
1:9
**relation**
122:17 230:19
253:17 254:4
286:14 304:5
**relationship**
63:20 139:23
176:13 194:12
205:19 253:12
**relationships**
158:12
**relative**
158:13 160:12
205:10 213:6
221:14 251:22
255:20 264:5
270:22 320:14
**relatively**
26:10 27:10 104:8
136:16 275:12
310:25
**relevant**
60:3,9 127:8,10
219:15 233:9
273:25 298:17
**reliance**
4:24 45:5,17,18

**relied**
119:5 126:24
298:25 299:7
**religious**
25:15
**rely**
41:1 54:6 117:23
210:10 300:4
301:5 308:24
309:7
**relying**
41:6 120:7 166:16
241:12,12
**remark**
256:6
**remarkable**
45:1
**remember**
21:25 112:21
191:10,12 212:11
221:3 287:12
293:6 307:6
310:13,17
**remind**
84:15
**reminder**
13:25 294:19
**rendered**
123:5 298:1
**rendering**
312:21
**renders**
96:3 123:24
**RENÉE**
3:15
**Renée**
8:17 294:20
**repeated**
134:22
**repeatedly**
255:7 268:21
271:13
**rephrase**
14:11,13 101:6
106:2 180:25
215:1 282:12

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 356

286:5 299:4
**replicated**
262:11
**report**
4:21 5:3 6:11 12:17
  13:8,16 26:6
  30:14 32:17 33:21
  34:17 36:3 37:7
  37:15,17,22 38:7
  38:9,13,15,17
  39:12,15,20 42:13
  42:16,21,22 43:16
  44:4,24 45:20
  46:5,12,13,21
  47:25 48:10 49:3
  49:11 50:6 51:1,3
  51:6,10,14 57:8
  66:5,10,20 69:8
  69:13,14 71:21
  75:17 76:18 78:18
  79:23 80:9,21
  88:3 90:7 93:25
  95:2,11 97:16,19
  98:1,3 108:4
  112:24 115:8,11
  116:8 118:13
  119:11,14 120:7,8
  120:11,11,24
  122:25 123:15,15
  123:19 128:3
  129:3 130:10
  132:1,6 133:1,9
  134:4,19 135:5,11
  136:3,22 139:1,12
  140:14,19 144:10
  144:14 150:21
  152:18,22 157:23
  159:23 160:16,17
  162:18 164:6,6,9
  164:12,18 168:20
  168:24 170:2,5
  171:5,9 172:14,20
  173:1 175:3,6,7
  175:11 176:23,24
  177:4,5 183:18,22
  186:6 187:4 191:2

191:22 193:10
195:3,6 196:20
198:10 204:8
206:18,25 207:7
211:19 213:21
215:5,9 216:10
218:6 219:25
220:22 221:8
222:4,12 223:7
226:19 227:25
235:21 240:14,18
242:13 243:14
244:2 245:12
251:15 252:22,24
253:14 254:20
255:5,9,14 256:2
257:10,23 258:6
259:19 264:21
265:11 267:2
268:24 271:19
274:13 275:24
277:24 279:3
289:13 292:1,19
293:19,22,23
294:4,8,24 298:12
301:4 302:7,8
303:18 307:24
309:6 313:20
**reported**
1:21 23:20 88:6
  112:22 130:23
  134:6 136:12,21
  136:22,24 139:16
  139:23 140:1,14
  142:6 160:1,11
  163:6 185:3 187:1
  187:5,23 189:4,9
  216:18 220:5,7,17
  228:25 231:14
  235:15,23 236:4,6
  236:6,10 239:17
  255:20 271:20,24
  279:8,21,22
  292:15,16 296:4
**reporter**
8:7 14:3 100:4,11

116:17 320:3
**reporting**
203:25 217:9,10
  236:17
**reports**
42:20 43:18,23
  44:1,13,16,22
  67:3 73:2,19,25
  74:7,15,22 112:18
  118:15 127:21
  187:23 216:25
  238:7 255:19
  289:9,20 290:14
  290:15 291:3,16
**represent**
147:17 280:20
  294:20
**representation**
55:24
**represents**
50:5 148:13
**reputation**
290:6
**request**
24:25 84:3 283:17
**requests**
33:15
**required**
21:16
**requirements**
21:23 22:1
**reread**
19:4 286:4
**research**
6:11,13,18 7:6,10
  127:6 174:2
  224:23 243:24
  283:20 285:9
**researchers**
254:2
**reservations**
168:22 170:3
  172:21,24
**reserve**
172:1,4
**reserved**

175:8 176:24 317:9
**reserving**
181:1
**respect**
27:21 29:10 56:20
  67:11,19 68:3
  70:22 75:16 93:9
  94:6 121:20 126:1
  136:1 137:3
  142:24 149:9
  156:25 163:8
  188:12,25 190:13
  214:16 216:1,9
  220:13 224:18
  252:7 281:18
  285:24 308:11,20
**respectfully**
163:23 218:25
**respond**
23:19 33:25
**responded**
24:8 62:12
**response**
4:18 36:18 226:2
**responsive**
34:4 200:13
**rest**
291:15
**restate**
87:18 117:3 225:12
  258:4
**restricted**
278:17
**result**
213:7 221:13 264:7
**results**
77:18 79:2 80:3
  132:3 135:25
  140:13 142:7
  169:20 170:10,16
  170:21,23 171:10
  172:15 185:6
  195:13,20,22
  196:8 213:12
  215:19 227:18,20
  227:22 228:5

229:11,11,17
230:25 231:2,5,8
231:11 232:5
238:18,24 264:18
268:18 269:14
279:8
**retained**
11:20 88:3 292:5
  295:11
**retire**
282:24 283:1
**retirement**
282:19
**retrograde**
94:11
**retrospective**
228:2,14 230:1
**returned**
232:22
**returning**
103:19 123:14
  177:18 183:13
  187:19
**reveal**
222:25
**review**
5:9,12 6:7,9 7:19
  17:10 19:1 21:23
  26:19 30:14 38:7
  38:9 43:14,18,20
  44:16 47:3,5
  51:22,23 56:11,22
  56:25 57:12,19
  58:1,10,19,25
  60:2,12,24 61:22
  62:2,17,20 63:3
  63:10,15,19 64:2
  64:6,17 65:5,9,11
  66:14,22 67:12
  82:3 89:9 112:1
  113:3 127:11
  156:15,18 157:6
  167:8 253:20
  254:3,7 280:3
  286:1 291:6
  293:12,13 311:22

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 1010 of 1022
PageID: 62133
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 357

311:24 312:9,13
313:18 314:6
**reviewed**
34:16,22 39:23
40:6 42:24 43:2,2
43:4,5,8,11,11,20
44:1,2 60:19 61:6
67:15,17,22 72:9
72:13 73:19 74:23
75:5,16,19 76:13
82:16 85:21
103:21 118:15
157:8 159:23
165:23 175:13,23
214:24 289:6,8,12
307:9 312:24
313:7
**reviewers**
166:19
**reviewing**
40:2,3 44:22 45:2
71:25 76:16 82:18
82:23 290:14
**reviews**
127:3 272:2 314:3
**revisit**
306:11
**re-ask**
79:18
**right**
20:5 33:11 39:5
41:14 50:2 55:9
56:7 67:25 78:23
93:12 101:15,20
102:4 109:21
114:22 123:16
131:21,22 135:20
135:20,23 136:2
137:18 139:15,16
140:10 141:14,19
144:24 148:8,23
153:1 162:13
171:3 172:19
178:4 179:2 191:9
191:25 195:23
196:8 199:4

202:18 203:17
205:8 207:14
210:4 212:20
216:11 221:20
222:1,11 227:15
227:22 228:8,14
231:9 233:4 235:6
235:24 236:18
240:23 252:8,21
256:20 257:16
261:10 266:1
268:1 269:7 270:3
274:19,24 275:9
282:17 286:13
289:4 293:7 306:2
310:15,19 311:4
311:12,24
**right-hand**
92:7 94:7 180:17
238:2 240:6
**risk**
5:14 6:9,12,14,18
6:22 7:14,17,21
19:10 20:21 23:4
25:12 26:14,25
27:10,14,16 28:12
30:22 31:1 105:15
114:15,17 117:14
122:17 124:18
125:6,23 127:4
131:20 134:14
135:13,24 136:8
147:25 148:21
149:3,3 154:19
155:3,4,10 156:12
160:13 163:11
166:7,15 167:2,5
174:11 176:15
181:15,16,20,24
181:25 182:5,7,24
182:25,25 183:7,9
183:11 185:3
186:8 187:6
196:25 202:23
203:20 205:20
210:20 213:6

221:14 224:25
225:1,8,9 226:23
230:9 232:14
237:16 247:10,21
247:22 248:6
249:13 250:1
255:20,22 256:12
261:24 263:4,5
264:5 265:5,21
266:3 270:7,22
272:19 276:20
277:10 278:10
285:10 286:19,22
292:16 295:7,20
295:21 296:7
297:5,9 303:23
305:6,9,15 306:7
306:11,13 313:12
315:21 316:5,6,22
**risks**
158:14 251:22
254:10
**RMR**
1:21
**Road**
2:3,12
**role**
7:14 237:16 314:14
**rolling**
116:15
**room**
182:21
**Rosenberg**
29:25
**Ross**
6:8
**Rothman's**
288:15
**roughly**
155:1,6 161:23
202:6 218:16
303:9
**route**
303:21
**routes**
105:16

**routinely**
314:1,2
**RPR**
1:21
**rule**
4:21 110:14 241:23
**ruled**
103:15 242:8
**rules**
13:23
**runner**
38:3
**running**
264:25 307:19

---

**S**

**S**
2:1 3:1 8:1
**Saed**
48:13
**safe**
76:1 86:14 168:2
**sales**
1:6 130:22
**sample**
104:19 136:17
140:2 187:17
237:3
**samples**
77:24 79:4 80:15
134:23
**saw**
68:10 72:22 230:13
247:12
**saying**
14:4,5 69:3,6,7
81:24 97:24,25
98:5,7,11 100:6
103:4 134:15,15
166:21 178:18
195:19 196:7,9
215:17 220:13
229:10 232:3,15
250:19 252:10,17
257:16 258:21,24
266:18,22,24

267:19 269:1
273:3 276:2
**says**
45:13 62:5 70:7
77:18,21 85:11
90:16 99:21
133:15 153:20
156:3 169:25
181:14 185:5
203:1 207:15
274:4 276:16
277:19 308:3
**Schildkraut**
7:12 29:7,25 128:5
128:23 131:12
234:3,12 237:8
238:19 239:5
240:15 284:19
**school**
288:17
**science**
52:5 166:13 167:1
**scientific**
56:11,25 57:2
102:11 120:17
141:22 144:16,17
146:10,25 156:15
156:21 157:14
181:9,11 199:17
222:16 251:9
253:10,21 255:2
300:12 305:22
313:23
**scientist**
57:5 68:17 69:17
70:7
**scientists**
85:25 86:4,4 141:1
142:1,8 145:1
157:11
**scope**
37:18
**Scott**
2:19 8:9 9:10 37:21
61:12 78:12
100:12 113:19

Patricia G. Moorman, M.S.P.H., Ph.D.

116:14 172:9
209:12 259:2
**se**
128:25 285:23
**search**
51:21 52:1,1,3,8
184:8 291:20,22
291:24
**searches**
52:7
**searching**
120:16 256:24
**second**
85:2 90:9,12
135:17 140:20,24
142:21 152:4
185:5 187:2
210:13 219:17
224:8 238:6
260:24 270:4
276:17 277:5
298:13 315:4
**section**
33:14 77:18 85:6
92:4 108:14 170:9
174:2 184:25
185:1 202:19
205:9 207:11,17
228:5 240:18
244:8 264:18
307:21
**secure**
283:14
**see**
11:7 19:5 21:16
25:13 33:14 37:22
38:21,25 44:20
45:12 47:21 49:24
50:1,7 55:14,16
61:24 65:24 74:9
74:11 77:15,17,19
80:10 84:10 85:9
85:9,10,19,20
90:11,13 91:3
92:5,20 93:6
94:16,17 108:14

108:25 109:1,6,24
110:4 112:10,15
114:8 121:10
125:6 127:9 136:3
137:4 139:16
140:6 147:16
150:7,13,14,22
151:21,24 153:12
154:5 158:4,16
161:20,20 167:16
169:17 170:7,14
174:4,5 180:15,22
181:13 184:7,19
184:21 185:17,19
186:14 194:24
195:17 196:10
197:4 202:18
203:2,8,9 204:2
205:6,22 208:24
210:22 213:13
216:3 218:16
221:16 223:23
224:12 225:25
226:14,16 229:4
230:12 232:22
233:16 235:4,11
235:17 236:8
238:2,15 240:5,17
241:7 245:9,14
246:13 249:25
251:18,25 253:23
258:19 260:1,22
262:7,16 264:2,19
264:23,24 265:3,6
270:12,13 272:21
275:8,22 284:23
288:15 293:1
299:2 305:13
307:23
**seeing**
95:7 154:3 241:11
**seen**
33:6 41:19,21 74:8
77:13 84:2 85:4
107:25 150:3
152:20 158:22

173:7 176:19
186:8 230:11
237:2,7,22,23
263:6 301:19
304:21
**sees**
167:4
**select**
258:7,10
**selected**
284:12
**selection**
176:16 205:14
**sell**
281:11
**Seminary**
2:3
**senior**
21:12
**sense**
119:16 296:25
297:1
**sensitive**
222:1,10,24 223:6
223:9,18,24
**sent**
24:6 42:1,2 291:16
**sentence**
85:11 90:13 92:23
93:20 108:15
109:24 110:3
135:9 140:25
141:7,17 144:24
167:19,24 169:16
170:19 171:21
180:22 185:2,5
186:10 210:14
214:22,23 240:4,8
241:3 244:11
259:20 260:5
262:7 276:17
277:5 300:2
307:23,24
**sentences**
203:16
**separate**

38:25 121:13
227:19,21
**separately**
96:9 110:21 212:5
215:2
**Serena**
6:22
**series**
166:23 209:25
**serious**
184:20 306:10
**seriously**
142:11
**serous**
139:18 185:14
187:1,7 192:23
193:5 194:11
264:10 303:7,9
**SERVICES**
1:24
**serving**
11:5
**set**
83:10 203:16 214:9
282:23
**Setiawan**
30:1
**setting**
88:21 105:3,9
106:6,16 126:22
**settled**
97:12 161:23
**seven**
151:18 284:8
**SEYFARTH**
3:13
**SGO**
149:9
**shared**
312:23 313:21
**sharpened**
239:15
**SHAW**
3:13
**sheet**
17:17,17 18:12

318:6
**SHKOLNIK**
2:12
**SHOOK**
2:17
**short**
259:11
**shortly**
164:5
**show**
134:13 175:6
262:24 313:10
**showed**
88:11 193:3 312:6
**showing**
92:25 114:16
236:15 263:7
264:5
**shown**
125:21 138:5 168:2
173:18
**shy**
167:14
**sic**
76:25 99:12
**side**
18:9 78:14 240:2
**sides**
69:19 70:9,10
**Siemiatycki**
44:6 174:20 290:21
**signature**
18:10 317:9 318:10
**signed**
17:18 318:7
**significance**
62:17 135:9 215:10
237:4 263:21
274:24
**significant**
10:19 94:1 110:23
131:20 132:3
133:4,7,20 134:2
134:10,13,14
135:2 136:15
139:17 140:4

Patricia G. Moorman, M.S.P.H., Ph.D.

162:18 193:7
226:25 235:18
236:9,22,25 237:5
259:23 264:12
265:9,12,13
266:10 267:1
268:13 269:1
271:3 272:18
273:5 274:20
276:19 277:9
278:9,20 279:4
**significantly**
187:6
**signing**
18:12
**similar**
25:4 60:5 142:25
143:9 168:3
178:11 213:6
214:23 226:4
229:13 245:14
246:14 250:3
251:23 253:6,12
253:18 256:4,6,24
257:12,14,18
258:7,13
**similarities**
143:7 155:1
**similarly**
225:4
**simple**
52:2
**simply**
47:25
**Singh**
44:7 291:5,8
**Singh's**
291:11
**single**
17:13 24:4 59:5,16
150:8 214:22
246:8 263:3
**Sister**
186:21 187:15
212:12 263:16
**sisters**

199:24
**sit**
289:20
**sitting**
11:23 18:22 40:4
243:3 295:14
**situation**
24:7 106:24 162:6
183:12 222:7
224:8 228:11
**situations**
221:18
**Sixteen**
6:16
**size**
136:17 140:2
187:17 200:2
**sizes**
237:3
**sjames@shb.com**
2:19
**slight**
203:20
**small**
104:8 107:15
136:17 140:2
181:14 250:10,18
250:21 251:2
**smaller**
199:22 237:3 251:6
303:14
**Smith**
3:23
**Smith-Bindman**
44:7
**smoke**
259:24 260:7
**smoking**
141:12,23 142:3,12
142:21,24 143:10
143:13,21 144:17
145:5 245:9
247:19 249:1
316:2,20
**snapshot**
101:18

**social**
25:19
**societal**
25:19
**sole**
124:6 312:16
**solely**
66:3
**solid**
154:17
**somewhat**
66:1 113:3 282:21
**Sonal**
44:7
**Sophie**
1:21 100:5,15
320:3,22
**sorry**
11:16 14:22 15:17
16:21 20:13,16
39:3 56:13 69:23
91:10 110:2
111:18 114:3
115:23 116:14,19
118:3 146:15,16
146:17 148:2
154:5 165:16
187:9 192:3 209:2
237:11 239:25
249:23 266:8,13
268:16 276:25
284:10 288:4
305:24
**sort**
35:6 108:16 124:17
177:19 206:9,20
260:14
**sorts**
103:8
**source**
110:15 117:20
158:22
**sources**
71:19 81:9
**South**
3:18

**Southern**
285:3
**space**
17:23
**span**
262:15
**spanning**
23:7
**speak**
60:20
**speaking**
29:13 30:25 90:4
110:18
**specific**
48:8 75:10 107:8
128:22 136:25
172:24 197:18
199:8 214:1
233:24 256:21
295:15 316:23
**specifically**
11:25 21:25 24:11
41:10 44:10 50:24
54:22 70:23 71:11
72:4 74:20 75:8,9
76:19 79:24 80:4
83:13 86:23 94:7
95:4 107:5 119:3
119:9 124:2,3
130:23 139:2
140:9,12 153:2
160:18 163:15
171:8 172:15,16
175:10 177:4
178:25 187:16
191:7,11 194:16
212:11 220:25
224:7 230:19
244:18 246:22
252:14 286:13
293:4 303:23
**specifications**
83:1,5,10,14,18,20
83:24 282:4
**spectrum**
305:8,14

**speeches**
30:20
**speed**
165:19
**spend**
71:25
**spent**
313:2
**spoken**
237:24
**spring**
166:12
**stand**
18:16
**standard**
224:22 225:1
278:23 288:10,22
**standards**
51:21 67:2,4 282:3
**stands**
26:9
**start**
36:6 38:8 87:25
133:2 218:8
**started**
208:7 218:10,17
220:8
**starting**
140:21
**starts**
90:13
**state**
9:15 15:20 50:4
90:12 98:24
102:14 108:17
129:4 131:19
140:20 141:6
146:3 167:24
169:11 174:6
180:17 205:7,9
207:19 212:21
222:6,12 224:22
226:19,24 240:19
252:6,9,10 265:7
265:23 270:4
271:22 320:1

Patricia G. Moorman, M.S.P.H., Ph.D.

**stated**
54:13 70:12 81:7
  83:23 90:17 91:6
  95:23 109:7
  172:23 181:15
  193:17 207:2,3
  261:16 268:21
  279:3 303:21
  307:6
**statement**
39:16 69:5 70:14
  70:16 71:17,21
  81:12,13 101:23
  134:3 147:3 149:6
  149:22 150:3,7,8
  150:15 158:1,19
  170:10 172:9
  181:13 201:18
  202:11 204:5
  215:8,21 222:14
  222:15,16 225:10
  239:12 241:1,2
  269:18 277:24
  278:19 279:15
**statements**
30:25 39:11,19
  71:7 129:3 130:11
  279:12,13
**states**
1:1 92:11 94:4,9,23
  244:20
**stating**
259:21
**statistical**
135:9 200:2 213:3
  215:10,12 237:4
  263:21 274:24
  284:19
**statistically**
131:20 132:3 133:4
  133:7,20 134:2,9
  134:14,21 135:2
  136:14 139:17
  140:4 193:7
  235:18 236:25
  237:5 264:11

265:9,12,13
  266:10 267:1,15
  268:12,25 274:20
**status**
10:9 178:7 203:25
**stay**
221:7
**Steering**
4:18 8:21 36:18
**Steve**
2:9 8:22 12:11
**steve.faries@mu...**
2:10
**sticker**
77:9
**stickers**
173:15 175:18
**stop**
201:22 308:13
**story**
69:19 70:9,11
**stratify**
236:23 237:2
**Street**
1:17 2:8,17 3:13
**strength**
244:8,11,15 245:2
  245:4,10,20 246:5
  250:3,7 253:5,11
  253:15 256:3
  257:15 258:6
  261:3,10
**strengthened**
102:22
**strengthens**
98:3,13,13 102:7
**strengths**
126:14 197:16,18
  198:17,20,21
  301:6,8,13 302:4
**stress**
226:2
**stressing**
208:1
**strictly**
157:4

**strike**
69:10 122:11
  206:21 311:7
**strong**
144:2 223:3 245:16
  246:10,12,15
  248:23 249:7,11
  249:17,18,20,20
  251:11 257:3,17
  258:1,19 261:14
  261:15 287:11
  288:23
**stronger**
143:14,20 208:11
  228:25 230:13
  231:14 261:22
  301:2,5 302:2
**strongest**
143:22 158:3,20
  159:7 207:7
  210:16,25 211:8
**strongly**
51:18 90:21 92:16
  302:3 316:2
**structure**
26:11
**structured**
93:13
**structures**
77:23
**structuring**
31:5
**student**
28:24,25
**students**
288:19
**studies**
6:16 7:7 34:25
  52:24 53:2,5,8,11
  58:1,11,20,24
  60:3,7,11,25 62:2
  62:3,13 63:4,4,5
  88:25 89:7,16,19
  89:24,24 90:1,22
  90:24 92:17,25
  93:15,25 104:3,8

104:18 106:24
  111:17,19 125:23
  127:10 130:22
  131:10 140:18
  142:5 143:5,11
  154:10 155:1,6,11
  156:23 158:25
  159:9,12,19,22
  160:3 161:6 162:1
  162:2,5,11,12
  164:4,14 170:24
  171:11,13 176:20
  184:10 185:7,12
  185:21 186:8,13
  186:16,18 187:1,5
  187:7,8 188:3,9
  188:13,18 190:18
  191:3 192:5,8
  193:19 194:8,25
  195:20,21,22
  196:22,23 197:7,8
  197:13,14 198:2,2
  198:4,4,16,18,21
  198:22,24 199:9
  199:12,13,19,20
  199:22 200:6
  202:6,7 203:19
  205:11,15 207:13
  207:21 208:18,22
  209:5 211:7,20
  212:10,24 213:5,8
  213:9 214:14,15
  215:11,13,15,18
  216:7,17 220:2,6
  220:20 222:15,18
  222:20 223:13
  224:21 225:5
  226:12,21,21
  227:1,14,14,19,21
  228:3,13,14,19,20
  228:22 229:1,4,5
  229:11,12 230:1,2
  230:8,10,14,14,18
  230:18,20,21
  231:15,19,21,24
  232:14 233:10,13

237:1 238:11
  241:11 243:17
  260:15,15 262:11
  262:22,23 263:15
  264:3,11,13
  266:20,20 267:4,5
  267:17 268:1,7,10
  268:19,20,24,25
  270:10,11,16,17
  270:18,20,25
  272:9,13,24 273:1
  273:4,7,8,22
  275:4 281:16
  284:5,8,9,12,16
  284:21,25 286:7
  286:11,23 298:24
  299:7,8,13 300:19
  300:20 301:7,8,12
  301:22,23 303:4,6
  303:10,22 304:4
  304:14 309:16,17
**study**
7:4,8,12 20:22 29:2
  29:3,5,8,18,24
  58:6,16 59:2,5,8
  59:16 60:9 61:6
  104:4 105:5
  106:23 107:3
  125:5,6 128:5,10
  128:16,19,23,24
  129:4 130:7,7,11
  130:15,16 131:12
  131:19 132:20
  134:5,22 135:19
  135:22,25 137:1
  138:3,6,15,15,16
  138:17,20 139:4,5
  140:13 164:23
  166:18 169:21
  184:3,10 186:20
  186:21,22,23
  187:13,15,15
  188:3,11,19
  189:23 191:17,23
  192:9,13,20 193:3
  193:21,24 194:3

Case 3:16-md-02738-MAS-RLS Document 9886-10 Filed 05/29/19 Page 1014 of 1022
PageID: 62137
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 361

195:4,14 196:8,10
196:14 197:1
198:13,23 199:6,6
199:24 200:4,6,9
202:13,20 203:6
204:17 206:5,23
206:23 208:6,7,12
209:4,4,8,10,24
210:15,16,25,25
211:4,5,8 212:12
212:13 217:9,15
217:24 218:1,15
219:11 221:4
223:10 224:10,10
224:16,17 225:6
225:14,15,19,21
226:8 227:2 229:6
229:10 230:25
231:1,8 236:17
238:9,19,21,24,25
240:15 241:18
246:8 263:3,6,11
263:16,18,19
264:4,4,15,18
266:23 267:9,11
268:14 269:7,15
270:20,23 271:1,2
273:9 275:5 283:3
283:4,6,8,10,15
284:2,3,17,20,22
284:24 285:1,3,5
285:5,6,13,17
286:18 292:12,14
299:19 300:24
301:3,5 302:1,2
312:6,7,10,12,18
**studying**
197:15
**study's**
221:19
**sub**
173:14
**subject**
18:19 238:13
**subjective**
206:9

**subjects**
6:15 113:2 224:10
224:17 225:15
**submitted**
15:23,24 16:18,20
26:18,19 27:23
28:6 30:13 79:4
85:17 283:18
293:19,22
**subsequently**
23:24
**subset**
138:4
**substance**
13:11 30:13
**substances**
120:14 121:5
297:18
**substantially**
45:20
**substantiating**
119:6
**subtype**
207:23 303:7
316:23,24
**subtypes**
187:6 210:20 303:2
303:3,6,9,11,12
303:13,16 310:16
310:21,24,25
311:3 315:19,20
316:4,7,9,18
**sudden**
12:12
**sufficiency**
83:4
**sufficient**
101:1,19 102:14
169:6 174:15
176:1 178:8,18
254:18 255:3
301:1 303:1 304:1
304:8,15
**suggest**
69:25 70:13 87:9
108:20 183:1

257:9 296:15
**suggested**
132:21
**suggesting**
142:22 227:1
**suggestion**
161:14
**suggestive**
185:15
**Suite**
2:12,17 3:3
**Suites**
1:17
**summaries**
159:5
**summarized**
154:11,13
**summarizing**
147:22
**summary**
148:9 161:23 162:4
229:21 235:16
**summer**
11:19 291:25
**Super**
9:15
**superior**
190:14 197:2 198:7
198:8,25
**supervision**
320:9
**supplemented**
56:18
**supplier**
80:15
**suppliers**
79:3
**supplies**
281:8,19
**support**
39:11,15 66:12,15
66:21 67:8 72:1
92:24 93:19
101:19 141:17
142:23 143:18
144:24 145:14

155:6,9 169:6
170:11,25 176:1
176:12 178:6
186:16 222:15
224:4 225:10
231:18 258:1,6,13
303:1
**supported**
39:19 51:14 108:24
277:24
**supporting**
168:17 205:12
254:20
**supports**
71:21 123:9
**sure**
12:23 16:3 25:2
34:21 35:18 36:7
41:25 42:1 52:13
55:7 59:5 61:13
64:12 77:14 87:17
87:21 100:12,14
101:4 107:11
111:19 113:15
125:10 142:20
143:19 144:9
145:12 165:20
173:22 188:1,20
194:18 209:21
215:7 217:16
225:13 237:9
243:12 254:24
255:10 258:15,16
259:9,11 269:9
276:15 277:25
280:5,7 288:5,7
292:1 297:3
305:24 314:18
**surprise**
46:11 47:20 50:10
74:6,21
**surprised**
45:24 112:14
**surprising**
51:17,19 237:6
**surrogate**

300:5
**surrounding**
156:16,22
**survey**
77:19,22
**survivors**
25:21
**swear**
8:8
**switch**
175:18 280:9
**Switching**
289:4
**sworn**
320:7
**sworn/affirmed**
9:3
**synonymous**
182:8
**syntheses**
92:4
**system**
103:8
**systematic**
5:12 6:7 7:19 66:14
66:22 127:3,10
254:3 293:12,13
314:3
**S-I-N-G-H**
291:8

T

**T**
319:1 320:1,1
**table**
137:5,5 139:11
187:4 235:4 236:1
236:3,8 266:9
273:25 274:1,3,8
**Taher**
7:21 306:18,20,24
307:4,9 312:6,10
312:12,18
**take**
14:3,4 25:1 40:13
52:11 61:14

Patricia G. Moorman, M.S.P.H., Ph.D.

113:10,16 163:5
163:19 164:4
165:5 173:20
199:23 209:25
239:1 277:22
305:14 309:15
**taken**
1:16 34:8 52:17
115:4 150:22
165:10 211:15
259:15 272:3
309:25 320:8
**takes**
172:2
**talc**
3:2 5:6,20 6:6,9,12
6:14 7:4,16,25
8:14,16 9:18,25
10:24 11:3,6,8,9
11:20,21,25 12:7
12:17 16:9,13,15
17:3 19:10,15,17
19:18 20:23 21:6
21:9,15 25:11
26:1,14,21,24
27:5,13,16 28:10
28:13 30:7,10,21
31:1,23 48:15
52:2,9,24 53:2,5,8
53:11 56:20 58:2
58:11,17,20,24
59:3 60:3,25 61:6
62:21 63:25 66:1
71:18,20,22 76:25
77:25 78:1 79:3
79:11 80:16 94:11
96:3,11,20 97:12
97:13 98:14,17
99:12 100:22,23
101:18 102:8,23
103:2 111:23
112:8,11,18 115:9
115:21 116:6,9,12
117:6,11,16,22
118:6,18,24,25
119:6,23 120:18

121:10 123:7
126:2,18 128:10
128:17,25 129:4
129:17,21,25
130:5,8,12,24
131:8,20 133:3
135:23 136:1,13
139:12,24 140:7
140:12 142:14
143:1,14,24
144:18 145:8
146:3,11 147:1,18
147:25 148:2
149:4,9,23 150:24
151:25 154:21,25
155:3,10,15,17,24
156:19 157:9
158:12 160:19
161:11 162:6
166:6,20 168:1,4
174:11 176:14
185:13 186:19
187:14,17 188:14
190:13 196:24
197:7,8,20 199:11
201:12 205:20
208:8 209:5
210:19 212:10
213:2 217:14
218:21 220:5,7
222:8 224:3,18
226:4,17 227:16
228:11,17 229:24
230:21 231:7
232:7,11 233:13
233:22 234:23
235:23 236:4,17
245:11,15,21
246:8,24 247:7
251:10 252:25
253:11,25 254:8
254:16 255:8
259:22 263:25
266:4,20 270:7
271:25 272:17,20
280:16,21,24

281:8,18,24 282:4
286:2,9,10,15
292:12,15,16
295:2,6,11 296:6
297:18,20 298:1,9
298:15,18 299:9
299:14,23,25
300:7 304:9
305:10 310:11
313:15 315:16
**talcum**
1:6 52:2 63:25 64:4
64:8,19 65:3,18
66:7,13 68:20,25
68:25 69:7,9
70:13,15,18,19
71:1 75:6,18,23
76:2,5,9,14 79:20
79:22,24 80:1
81:10,14,22 82:14
83:2,9 84:3 86:1
86:10,22,24 87:4
87:6,8,11 88:2,6
88:11,14,16,21
93:11 94:6,20
96:10 102:12,14
105:11,22 106:8
106:13 109:19
111:12 112:7
113:21,24 114:7,9
114:13,14,17
116:3,4 117:8,13
117:16,22,24
118:6,7,19 119:16
119:22 120:3,25
121:5,9,14,16,24
122:3 123:5,23
124:20,23 125:4,7
125:13,19 126:5
126:22 129:10
140:9 150:11
154:21 223:17
281:9,12,16
285:18 291:21
292:4,6,7 294:24
296:1,3 303:19,24

304:1,4,23 310:12
311:6,8 312:2,4
312:22 313:9
314:6,14 319:2
**talc-containing**
79:11 85:15
**talc/ovarian**
188:25 189:5,9,15
**talk**
51:25 111:18
164:16 181:16
182:5 216:5,6
244:2 289:4
**talked**
50:24 167:8 195:10
206:18 234:16
269:3 282:14
290:7,10 295:1
296:14
**talking**
37:10 50:1 94:19
96:11 101:10
104:12 106:12,13
174:17 181:10
215:12 265:25
282:9,10,15 286:6
287:10 294:5
299:13 300:15
313:2 315:25
**talks**
263:10
**taught**
288:18
**teaching**
10:13,18,20 243:24
**team**
254:2
**teams**
262:12
**Tecum**
4:16,20
**teens**
218:10
**teleconferences**
13:3,4,7
**telephone**

2:4,9,13,18,23 3:4
3:9,14,19 25:7
**tell**
21:2 31:11 34:19
43:10 70:24 75:19
116:10 137:16
175:5 194:15
225:5,12 240:3
282:9 308:14
**telling**
71:4 224:1 225:7
**tells**
22:25 265:11
**ten**
29:4 72:11,11
136:5 189:15,23
193:12,16 209:13
216:14
**tended**
303:11
**tendency**
166:25
**tenfold**
247:21
**Teniola**
28:24
**term**
52:8 62:17,18
193:2
**terminology**
115:13 134:10
183:1 197:10
246:4 249:10
250:11,12,13,16
287:6 288:8
300:14
**terms**
51:21 52:1 86:16
89:3 155:7 184:8
263:20,22 267:8
288:23 294:4
300:17 316:16
**Terry**
6:20 139:4 140:17
179:18,21 180:6
276:10

Case 3:16-md-02738-MAS-RLS Document 9886-10 Filed 05/29/19 Page 1016 of 1022
PageID: 62139
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 363

**test**
80:3 83:21 274:18
274:23 275:10,25
276:6 279:18,20
**tested**
75:11 79:5 80:6,15
**testified**
9:4,21 59:18 62:20
99:6 103:20 291:7
291:20
**testify**
289:14
**testifying**
22:5 168:16
**testimony**
17:6,9,10 18:7,13
18:16,24 61:2
69:21 98:10,20,24
98:25 99:17,21
101:9,11 115:19
119:20,20 198:6
268:9,14,18,20,21
281:14 286:9
310:19 318:4,5
320:6,7,11
**testing**
53:14 76:13,25
118:11 121:19
127:12,14
**Texas**
2:8,18 3:4
**text**
180:14 275:20
**textbook**
288:19,20
**textbooks**
288:11,14,23,25
**thank**
20:17 28:19 29:22
33:4 36:8,21 38:1
38:5 55:12 73:15
77:4,8 78:15
84:18,25 91:20,20
91:23 100:9,13,15
100:18 113:19
115:1 131:23

151:14 186:2
196:5 202:16
210:5 211:12
259:12 271:11
294:12 302:11
308:17 309:18
314:23 317:1,4
**theoretically**
221:12
**therapeutic**
7:7 227:8 229:12
**thereof**
320:16
**thing**
34:6 44:18 232:13
278:23
**things**
35:3,5 52:6 104:6
126:19 129:17,21
141:18 154:14
164:11 165:20
182:4 183:9 184:8
186:5 190:23
222:20,22,24
223:8 282:14
289:5 292:25
305:2
**think**
16:5 18:25 20:12
22:8,12 24:7,20
41:10,21 46:16,23
46:25 47:4,9,12
48:11,12,15,24
49:16,19 50:9,24
51:19 54:17 55:22
56:14,15 57:17
58:15,23 61:4,5
62:7,10 65:20
67:7,16 70:6,10
70:12,16 71:5,6
71:16 72:6 75:11
76:19 77:15 80:18
81:3,13,15,23
82:8 89:16 90:8
95:7,9,20 96:15
97:22,23 98:3

101:22 102:5,7,17
102:19,21 103:3,6
111:4 113:14
114:21 119:21
124:1 125:18
127:1,24 129:7
130:21 134:3,25
136:4 139:2
141:25 143:9,25
144:21 145:7,13
146:21 148:2,9
150:17 151:2
153:2 155:14
158:21 161:19
162:22,22 163:10
164:21 167:3,4
171:9 172:13
178:19 179:2,2
180:8 181:4,8
182:7 183:4 185:1
190:12 192:12
197:10,13 198:19
199:5 200:13
201:16,19 202:3,4
204:10 206:8,10
211:6 214:11
215:8,9,13,23
218:3 223:5 225:7
226:1 228:21
229:20,20 230:5
230:15,21 231:18
231:24 232:9
234:7 238:20
239:4,6,10,20
240:1,8 241:10,16
241:20,21,25
242:4,23 244:22
244:24 245:4,5,10
245:15,17,20
246:4,5,11,14
247:10 248:3,4,13
249:3,12,24
250:24 251:5
252:5 255:6 257:2
257:16,17 258:18
260:6 261:12,16

262:5,20 263:23
264:5 266:7 267:7
270:14 271:13,14
272:8 275:11,23
276:5,7 279:3,5
279:16,17,21,23
282:16 283:8
285:7 286:4,6,24
287:19 290:25
291:18 293:7
295:1,13,18
297:11 300:2,14
300:15 301:1
302:14 304:3,12
304:13 306:9
309:5 313:10,25
316:12,21
**thinking**
95:20 151:22 167:5
181:17 225:18
**third**
94:8 121:20 157:25
232:19 275:1
**thorough**
242:23
**thoroughly**
243:8 255:11
**thought**
44:25 48:17 114:3
142:8,10 164:13
209:10 219:14
224:25 225:1,24
226:2 286:9
**thoughtful**
242:24
**thoughtfully**
240:10
**threat**
221:19,24 232:20
243:17
**three**
24:14 55:2 104:14
186:18 202:6
216:17 221:18,22
232:25 243:9,11
243:15,16,18,20

263:15
**three-fourths**
108:17
**thumb**
33:21
**time**
8:4 11:17 27:23
33:11 40:13 47:17
48:1 52:11 79:21
95:11 97:15 98:2
101:1,19 102:19
102:21,22 113:23
114:7 116:9
132:10,11 143:5
143:12 145:22
147:14 154:11
160:21 162:2
163:21 165:4
172:2,4 178:13,17
179:1,5,11 189:20
191:17,25 200:22
201:10 211:9
220:5,8,12 225:15
237:13 240:21
264:25 280:3,19
283:11 289:12
291:19,23 292:9
294:2 295:7,15
301:1 307:9,19
309:19 313:2
317:2,6
**times**
40:21 52:3 60:15
82:6 151:18
158:23 166:19
169:13 183:17,20
199:3 200:22
206:24 207:4
240:18 253:2
273:23 274:4,17
301:10 314:5
**timing**
177:21
**tipping**
178:14
**Tisi**

Patricia G. Moorman, M.S.P.H., Ph.D.

13:3,7
**title**
20:20 45:5
**titled**
5:8,11,14,17 6:3,6
  6:9,11,14,18,21
  7:3,6,10,13,16,19
  39:1 244:8
**today**
10:25 11:3,23
  12:15 13:22 16:10
  18:17,22 33:25
  35:8 37:11 38:13
  40:4 43:7 55:23
  56:3 60:23 155:24
  168:16 201:10
  206:17 216:13
  243:3 253:2 263:2
  265:25 267:3
  268:18 269:3
  281:14 287:5
  289:7 291:7,17
  292:23 294:6
  295:14 297:12,17
  298:2 300:11
  301:11 305:17
  308:6 313:2,21
  314:5
**today's**
8:3 12:6 19:2 34:18
  38:10
**told**
14:6 31:19
**Tolu**
28:24
**top**
89:5 90:12 103:16
  128:3 140:21
  159:1 167:16,23
  180:17 203:3
  212:20 232:25
  246:11 252:21
  253:8 257:25
  259:20
**topic**
56:9,12 64:25

65:12,17,22 66:24
67:18 82:3 199:15
200:18 201:14
202:8 206:1 208:2
221:6 222:10
223:19 234:1
250:5
**topics**
48:6 223:1 260:19
  289:4
**total**
212:25 272:16
  284:8
**totality**
313:6
**touch**
12:3 303:17
**touched**
215:25 234:15
**Trabert**
7:15 237:7,15,25
  238:3,7
**Trabert's**
238:17
**Traci**
29:25
**track**
180:8
**traffic**
24:16,22,25
**trained**
54:18
**training**
57:19,20
**transcribed**
320:9
**transcript**
4:12 5:4 17:14 19:4
  19:6 40:1 54:24
  56:7 61:9,20 77:7
**transcription**
318:5 320:11
**transcripts**
291:4
**transition**
10:16 282:17

**transitioned**
178:7
**transitioning**
221:6
**translate**
302:10
**translocation**
94:12
**Travis**
2:17
**treat**
32:12 316:16,18
**trend**
274:19,23 275:11
  275:25 276:7,19
  277:9 278:16,20
  278:22 279:1,4,18
  279:20
**trends**
271:24 272:19
  273:5
**trial**
166:22
**tried**
59:11 293:16
**trigger**
239:21 240:13
**true**
18:13 70:17 122:21
  125:25 141:25
  145:7 201:18
  203:22 220:20
  305:2 318:4
  320:10
**Truls**
31:16
**truth**
194:4
**truthful**
62:6
**try**
70:3 245:25 284:14
**trying**
15:17 48:11 67:8
  69:25 71:5,17
  75:9 127:1,7

158:21 181:10
212:11 228:21
230:6 256:10
257:2 258:18
275:21 283:13
289:1 293:8
**Tube**
6:3 151:10
**tubes**
298:19,24 299:10
  299:15,23 300:8
**TUCKER**
3:18
**turn**
33:13 38:20,24
  85:2 91:25 94:5
  139:10 147:8
  151:16 153:15
  194:18,23 206:22
  209:23 210:7,8
  222:4 251:14
  264:14 298:14
**turning**
119:10 122:10
  212:19
**twenties**
218:11
**two**
24:14 50:11 55:2
  104:14 136:10,21
  139:7 141:21
  142:20 144:22,23
  149:25 160:23
  164:25 173:11
  175:21 180:9
  187:5 188:13,18
  188:24 190:18
  202:14 227:5
  230:25 231:1
  234:13 237:18
  244:20 260:18,18
  263:14 273:19
  274:21 307:11,17
**type**
86:9,21 112:6
  221:4 243:24

270:11,16 313:21
313:21
**types**
35:5 82:23 86:13
  86:15,24 120:7
  121:3 130:23
  144:23 287:5
  311:12,15
**typical**
22:15 27:23 166:9
**typically**
89:23 157:5 163:10
  302:1

---

**U**

**unaware**
224:6 233:25
**UNC**
290:4
**unclear**
11:11 12:1,5
**uncomfortable**
223:14
**uncommon**
263:3
**uncontrolled**
176:17 177:5
**underestimate**
160:12 171:14
**underlying**
128:24 159:8,12,19
  160:3
**understand**
9:13 11:2 12:2
  14:12 33:9 42:7
  46:3 48:2,4 57:8
  62:16,18,19 65:1
  66:5 69:17 70:7
  70:21,25 71:13
  73:6,9,21 74:17
  74:22,24 80:14
  96:9 103:7,13
  108:6 124:9,14,16
  125:10 129:13
  131:5 134:7 144:7
  147:12 153:14

180:18 192:22
246:16 248:18
263:9 280:21
281:7,11 299:4
300:18 305:18
306:2,16,20,24
**understanding**
15:10,19 43:24
181:11 193:22
228:10 281:4,10
281:13 296:11
305:21 306:6,12
311:25 312:3
314:10,11
**Understood**
11:15 216:19 277:3
**undertake**
111:7 131:13
182:19 233:21
**undertaken**
64:2
**undertook**
82:2
**unexposed**
188:4 190:17,19
213:3
**unfeasible**
299:18
**unfortunately**
55:2 151:17
**UNITED**
1:1
**universe**
256:16
**University**
10:10 285:2
**unrelated**
253:7,13
**unusual**
46:16 141:1
**update**
189:19
**updated**
20:4 33:19 153:20
208:9 292:1
**updating**

190:9 220:1
**up-to-date**
183:25
**usable**
226:1
**usage**
218:2 219:13
235:24 236:4,6,10
236:17 292:4
**use**
5:20 6:6,9,12,18,22
7:4,11,20 76:3
87:4 96:11,20
97:13 98:17
101:18 126:5
127:3 128:11,17
129:10,10 130:12
130:17,23,24
131:17 132:1
134:11 136:13
139:13,24 140:7
140:12 143:25
149:4,23 154:21
166:15,25 168:1,4
174:10 182:4
185:13 186:19
202:22 205:20
209:16 210:20
217:14,20 220:5,7
220:15 222:8
223:17 224:3
239:16,17 246:2
254:1 265:19
266:4,11 267:10
267:22 270:7
274:4,21 275:7,7
275:16 276:3,13
277:19 278:16
281:8 288:11,19
288:23 289:1
290:23 293:11
298:9 299:17
305:10
**users**
113:24 114:9,16
130:8 131:21

133:3 218:21
276:18 277:8
279:15

_____

**V**

**validity**
221:20
**Valley**
7:17
**value**
124:7 289:2
**values**
134:21
**variety**
126:18 129:14
226:20 229:6
**various**
12:4 161:10,10
251:7 313:3,14
316:9
**vast**
233:10 303:7,8
**verbal**
13:25 14:1
**verify**
132:7
**version**
6:5 130:3 151:12
153:13 154:1,4,6
154:22
**versus**
101:24 102:2
104:12,15 131:8,8
155:15 198:24
215:15 236:13
**Video**
36:19
**VIDEOGRAPH...**
3:22 8:2 52:15,18
115:2,5 116:20,23
165:8,11 211:13
211:16 219:20,22
259:13,16 278:2,5
280:10,13 302:16
302:19 308:16
309:23 310:1

315:2,6,9 317:5
**videotaped**
1:11 4:15,19 8:5
**view**
148:13
**viewed**
223:18
**viewpoints**
246:4 258:23
**Virginia**
2:4
**virtually**
233:11 263:6
**vis-à-vis**
312:1
**Vitae**
4:13
**volume**
5:9 295:9

_____

**W**

**W**
2:8 3:20
**Wacker**
3:18
**wait**
34:11 167:20 186:1
**walk**
221:22
**walked**
243:14,18
**want**
36:6,14 38:12 65:8
75:13 77:4 89:6
99:9 100:11,12
101:6 105:3 113:5
113:8 116:15
146:7 159:3
161:21 172:10
209:14 222:25
246:13 255:10
277:23 289:4
298:5 305:24
**wanted**
12:23 19:6 24:12
51:17 153:10,12

**wants**
100:7
**warning**
84:3
**warranted**
21:18 207:24
**washed**
192:24 193:1
**Washington**
3:14
**wasn't**
99:16 148:17
166:21 276:25
**way**
15:22 17:22 20:15
23:19 31:5 39:24
40:4 43:6,13
59:24 93:13 95:8
105:14 108:17
126:9 133:22
137:13 139:16
147:9 153:22
162:20,23 166:9
180:25 193:25
206:13 208:11
211:4 217:22
229:16 251:13
256:9 261:16
263:13 279:17,19
293:1,5 300:6
**ways**
160:25 225:16
**weak**
246:19,25 248:17
248:22 249:7,10
250:10,18,21
287:10,15,17,22
288:6,23
**weakened**
211:5
**weaker**
193:3 247:16,17,18
247:19
**weaknesses**
126:14 164:16
197:16,18 198:17

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 1019 of 1022
PageID: 62142
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 366

198:20,21 301:9
301:10,12 302:4
**website**
5:20 155:24
**week**
42:6 188:5 291:14
307:11
**weeks**
19:3,5
**weigh**
141:2,18 144:12
**weighed**
164:13
**weight**
145:2
**weighted**
142:4
**weighting**
244:25
**welcome**
84:19
**well-accepted**
197:14 199:6
245:13 251:21
279:19
**well-established**
197:14 245:7
**well-known**
290:22
**well-respected**
174:21 179:12
**Wendy**
30:1
**went**
122:4 164:12
192:12,20 193:20
194:3 218:9,13
241:20 242:3,15
253:15 289:23
**Wera**
6:10
**we'll**
13:22 14:7 25:1
35:15 36:7 37:10
78:14 113:15
116:16,18 173:14

175:18 209:25
232:18
**we're**
10:25 17:22 18:2
29:16 33:11 69:6
90:4 91:15 95:7
95:17 96:11
104:12 106:12,13
113:6 130:14
131:22 164:4
167:8 208:14
223:11 224:23,24
225:6 266:11
273:25 293:10
308:14,15
**we've**
9:10 50:24 52:12
128:21 146:13
156:10 206:16
207:17 209:12
215:25 231:10
236:23 259:7
263:15 294:5
**whatsoever**
187:14
**When's**
145:22
**WHI**
202:13,20 217:8,13
217:13 219:7
**white**
5:15 27:16 135:14
136:8,13,18 137:4
**wholly**
108:24
**wide**
229:6
**witness**
8:8 10:23 13:2
20:16,18 22:21
23:2 26:24 27:8
29:18 31:21 33:4
41:6 42:9,19
45:24 46:9,15
47:20 48:4,24
49:6 50:14,21

51:25 54:12 55:21
57:16 58:4,14
59:11 60:16 61:4
62:10,24 63:13
64:6 65:7,20
66:20 67:7 68:7
68:23 69:23 70:6
71:16 72:18,25
73:9 74:11 75:1
76:8 78:23 80:24
81:7,21 82:7,20
83:13,23 84:10
86:3 87:17 88:5
89:3,13,22 91:8
93:17,22 94:23
95:4 96:6,17
97:15,22 98:11,21
101:4,22 102:17
104:2,25 107:8
108:10 109:6
110:8 111:1
112:14 113:11,17
114:1,21,25 116:2
118:3,17 119:2,21
120:21 122:7,15
123:11 124:1
125:2,18 126:4
127:18,24 129:7
130:19 131:15
132:5 133:6,12
134:19 135:7
136:12 137:10
142:17 144:5,21
145:12 148:16
149:12,19 151:14
153:7 157:18
160:8 161:3,19
162:15,22 163:18
164:24 165:4,7
167:11 168:12
170:5 171:8
172:13,23 174:20
175:1,10 176:7
177:2,15 178:10
179:10 180:3
181:4 182:14

184:5,19 186:4
188:17 189:18
190:1,7,16 192:17
193:1,15 194:6,15
195:25 196:13,18
197:24 199:4,18
200:21 201:4,16
201:18,23 202:2
202:16 204:16,23
206:3,13 207:2
208:5 209:16,19
211:11 213:23
214:5 228:16
229:19 230:5
234:20 236:12
241:16 242:15
246:1,21 247:4
248:3,12 250:24
251:5 255:18
258:15 266:6
267:7,19 268:16
271:9,12 274:12
276:25 277:22
278:7 281:21
287:25 294:13
295:18 296:9,24
297:8 298:6 299:2
299:12 300:2,23
301:25 302:13
304:12 305:21
306:6 307:4 309:4
309:13,20 313:25
316:12 317:3
319:3
**witness(es)**
320:5,7,11
**woman**
223:10 224:1
**women**
5:15 20:22 26:9
27:11,12,16 90:22
90:24 92:17,25
128:13 132:10
135:14 136:9,13
136:14,17,18
137:4 181:23

188:4 190:18
205:21 208:6
218:6,10,17,18
220:16 222:24
223:4,7,14 225:4
225:22 226:2
240:21 284:15
287:1 296:4,10
297:21 300:8,25
305:7,14
**Women's**
186:22 285:1,4
**wonderful**
208:11
**word**
108:16 162:19
163:13,19 166:15
166:25 167:15
181:19
**wording**
24:11 38:18 133:17
241:9
**words**
66:18 275:3 287:22
288:9
**work**
10:12,20,23 15:8,9
15:16 16:9,11,23
21:14 28:23 31:13
31:14,18 34:22
37:5,6 48:12,13
48:16 53:22 54:15
78:14 112:6 124:7
126:12 152:21
180:18 181:9
290:14 292:9
314:1
**workday**
105:20
**worked**
12:18 13:12,16
29:3 285:16
**working**
13:18 16:24 22:4
26:4 28:10,25
30:11 31:21,22

Patricia G. Moorman, M.S.P.H., Ph.D.

34:16,19 35:25
78:14 92:12 173:3
**works**
28:9 30:9 78:11,13
**work-in-progress**
29:11,17 30:5
**world**
231:8 232:7 250:17
**worried**
231:4
**worries**
77:10 277:3
**wouldn't**
68:17 71:12 72:3
101:7 112:14
113:23 114:8
183:11 197:11
211:7 250:20
281:17 299:5
**write**
38:15 167:18
293:17
**writing**
28:3 65:24 66:2
239:5
**writings**
32:7
**written**
24:2 25:4 27:25
28:1 31:25 32:6
95:11 110:4
133:13,15 150:20
157:3 247:14
**wrong**
22:23 90:9 120:10
144:19 196:6
227:11
**wrote**
39:12 42:21

**X**
**X**
1:3,10

**Y**
**yeah**

26:17 49:19 113:17
118:8 146:23
150:19 153:23
159:16 162:15
191:10 229:19
258:5 259:7,12
260:24 275:23
**year**
10:18 110:11
217:21 282:24
295:15
**years**
23:7 29:4 41:7
54:16 85:18 136:5
142:2 177:3
189:15,23 191:9
193:12,16 208:10
216:10,14,25
217:4,10,22,25
218:7,14 222:18
222:18 224:21
288:17 295:23
299:17 300:9
**yes-or-no**
156:14 172:6 175:4
**York**
2:13

**Z**
**Zambelli-Weiner**
44:5

**$**
**$400**
14:18

**0**
**051**
274:19
**07932-1047**
2:22
**07962**
3:8

**1**
**1**
4:10 5:7 15:2,3,5

15:15 16:10,19
97:4 103:9 133:25
134:6,7,7 137:10
137:12,19,20
138:7,11,15
139:20 155:12
252:12,18 258:8
262:25 263:7
267:12,15 268:1,2
268:3,7,24
**1.04**
136:19 137:3,7,20
137:23 138:6,10
**1.06**
264:22 265:8,16
274:13
**1.12**
264:5
**1.13**
266:13
**1.14**
266:13
**1.15**
139:17
**1.19**
133:25 136:18
235:18 264:6
**1.2**
158:15 242:12
255:15 256:19
257:23
**1.25**
213:6 257:7
**1.3**
242:12 255:15
256:19 257:7,23
266:12
**1.4**
266:12
**1.5**
158:15
**1:48**
165:9,10
**10**
5:3 49:10,12,16
50:1 157:22 217:4

247:12
**10:05**
52:16,17
**10:18**
52:17,19
**100**
5:9 59:15 60:11
**100C**
91:16,19
**101**
182:15
**107**
5:11
**11**
5:4 61:15,17,21
76:24 77:7 140:19
244:1,7
**11,933**
6:15
**11:45**
115:3,4
**11747**
2:13
**119**
25:18
**12**
5:5,6 55:10 77:2,6
251:14,20 253:20
255:1 270:23
**12.4**
217:10,25
**12:39**
115:4,6
**12:40**
116:21
**12:41**
116:24
**120**
21:4
**121**
25:14
**1294**
108:13
**13**
5:7 50:17 51:8
84:16,20 259:19

260:8
**136**
5:14
**139**
5:17
**14**
5:8 21:4 55:11
91:14,17,21
183:17 191:9
206:24 216:10,25
259:19,20 260:20
262:5,5
**14-year**
191:23 193:10
**1414**
235:2
**1416**
240:5
**149**
5:20
**15**
4:10 5:11 107:22
107:23 259:6,8
**151**
6:3
**1510**
3:3
**154**
199:25
**16**
5:14 61:24 136:7
136:11 177:3
**16-2738**
1:7 319:4
**165**
6:6
**169**
6:9
**17**
4:11 5:17 61:21
139:6,8
**173**
6:11
**175**
6:13
**18**

Patricia G. Moorman, M.S.P.H., Ph.D.

Page 368

5:20 149:22,24
**180**
6:18
**19**
6:3 134:13 151:13
**195**
176:9
**1976**
69:1 88:7,12
**1980s**
191:11
**1982**
295:3
**1990s**
162:8,12

--- **2** ---

**2**
4:11 17:19,20
  18:10 77:16,17
  137:5 139:11
  187:4 194:23
  235:4 269:21
  273:25 274:3
**2A**
97:7 103:9
**2B**
96:12,21 97:10,12
  100:23 101:2,18
  101:19,20 103:3,9
  103:14 123:9
**2.91**
235:12
**2:03**
165:10,12
**20**
4:13 6:6 23:4 50:17
  51:5,8 113:7
  164:21 165:2,3,18
  217:22 288:3
  300:9
**2000**
189:4 190:14,14
  191:20 194:12
  195:7 204:25
  205:4

**2000s**
162:8
**20004-1454**
3:14
**2003**
175:14,17 177:9
**2008**
174:13 178:1,2,5
  179:1
**200834000001**
320:23
**2009**
135:12,22 136:22
  209:7
**2010**
95:6,21,22 96:14
  98:8,16 99:7
  100:22,25 101:14
  101:17 102:11,13
  103:2 123:7
  138:21 147:15
  187:21 189:9,14
  190:12 192:10,15
  192:22 193:6
  194:9,12 195:4
  209:7 216:15
  217:5 314:10,20
  315:15
**2012**
95:18
**2013**
179:19,21 180:6
  276:10
**2014**
5:7 84:2,23 132:2
  133:3 185:11
  202:20 233:23
  234:24,25 235:6,9
  235:12,17 236:16
  236:24 239:18
  240:16
**2015/2016**
283:9
**2016**
11:19 12:4 128:5
  128:23 131:12

234:3,13,22
238:24 240:15
242:2 243:3 292:1
**2018**
4:25 5:5 10:6,9
  17:7 19:9 30:22
  45:13 46:13 47:2
  47:17,24 48:6,20
  49:3 50:18 51:11
  153:20 162:8,10
**2019**
1:14 8:3 143:1
  320:18
**202**
3:14 6:21
**205**
7:3
**21**
6:9 153:20 169:2,3
  194:21 212:17
  220:25 224:9
  232:24,24
**21,000**
14:21
**216**
221:8
**22**
6:11 173:10,12,13
  173:14,17 209:24
  222:4 224:9,14
  226:7,15 232:23
  232:24,25 289:19
**22311**
2:4
**224-1133**
2:13
**227**
7:6
**227-8008**
2:18
**23**
6:13 132:8,15
  173:9,12 175:17
  175:19 226:8
  233:5,6 234:2
  240:23

**2306**
1:17
**233**
3:18
**234**
7:10
**237**
7:13
**24**
6:18 166:7 180:6,7
  276:15
**248**
169:16
**25**
1:14 6:21 23:7 41:7
  155:3,4 202:6,14
  202:15 211:19
  215:25 217:18
  219:25 247:22
  248:5 249:13,25
  256:11 264:15
  313:11
**25th**
8:3
**253**
212:19 270:2
**254**
91:25 194:24
**256**
92:3,4 170:8
**26**
4:21 7:3 205:1,2
  220:1
**26th**
320:18
**267-0058**
3:9
**27**
7:6 227:5,6 262:23
**273**
7:16
**2738**
319:2
**27705**
1:18
**28**

7:10 234:10,11
**280**
4:4 55:7 94:5,8
**29**
7:13 237:14,19
**294**
4:5

--- **3** ---

**3**
4:13 20:8,9 33:13
  103:10 266:9
**3:02**
211:14,15
**3:16**
211:15,17
**3:29**
219:20
**3:31**
219:23
**30**
7:16 155:1 202:6
  247:22 248:5
  249:13 250:1
  256:12 271:16
  272:11 273:16,17
  288:17 298:12
  300:9 313:11
**302**
4:3
**305**
2:12
**307**
7:19
**31**
7:19 40:18 307:14
  307:15
**310**
4:6
**312**
3:19
**315**
4:3
**32**
4:15
**34**

Case 3:16-md-02738-MAS-RLS   Document 9886-10   Filed 05/29/19   Page 1022 of 1022
PageID: 62145
Patricia G. Moorman, M.S.P.H., Ph.D.

Page 369

90:7
**3400**
2:17
**35**
4:17 61:19 90:10
**350**
3:8
**358**
210:8
**359**
174:1
**36**
4:18 236:5,13
**37**
4:21
**39**
166:7
**391-0197**
3:4

**4**
**4**
4:15 32:21,22
128:2 203:15
**4:33**
259:14,15
**4:46**
259:15
**4:47**
259:17
**40**
23:3 85:18 300:9
**40,000**
199:20,25 200:7
**400**
2:12
**404**
2:8
**41**
4:22 38:21
**42**
167:15,20,21
**429**
213:1
**45**
4:24

**463**
274:25 275:1
**463-2400**
3:14
**47**
184:24 207:11,18
**478-1236**
2:9
**48**
207:18
**49**
5:3 307:21
**4900**
2:3

**5**
**5**
4:17,24 35:11,20
35:21,24 128:2
135:12,15 203:2
**5th**
45:13
**5:14**
278:3
**5:15**
278:6
**5:18**
280:11
**5:20**
280:14
**5:50**
302:17
**5:51**
302:20
**50**
38:24 39:1,4
208:10
**51**
236:7,13
**512**
2:9 3:4
**549-7164**
2:23

**6**
**6**

4:18 36:17,22
104:15
**6:01**
309:24,25
**6:14**
309:25
**6:15**
310:2
**6:22**
315:7
**6:23**
315:10
**6:25**
317:7,8
**60**
303:8,9
**60,000**
199:20
**600**
2:17,22 284:18
**60606**
3:19
**61**
5:4
**62**
39:25
**624-6300**
3:19
**63**
218:7
**631**
2:13

**7**
**7**
4:21 37:10,13,14
80:11
**7th**
2:8
**703**
2:4
**713**
2:18
**73**
270:22
**76**

139:23
**77**
5:6
**77002**
2:18
**78701**
2:8 3:4

**8**
**8**
4:22 41:15,17,19
42:25 77:17
196:20 291:1
**8,525**
6:19
**816**
3:3
**817**
278:7
**820**
180:15,16
**84**
5:7
**877.370.3377**
1:24

**9**
**9**
4:3,24 45:7,8
**9,859**
6:19
**9:04**
1:15 8:4
**90**
155:6,8,11 262:23
**90s**
161:22
**90-some-thousand**
218:17
**91**
5:8
**917.591.5672**
1:24
**931-5500**
2:4
**94**

46:12 50:10
**943**
213:2
**95**
134:20 137:17
**973**
2:23 3:9
**975**
3:13
**99**
213:8
**995**
139:10