UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

### CERTIFICATION OF MICHELLE A. PARFITT, ESQ. REGARDING REPLACEMENT FILING

I, Michelle A. Parfitt, Esq., hereby certify as follows:

1. I am an attorney at law and member of the law firm of Ashcraft & Gerel, LLP. I was appointed as Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2. I submit this certification based on personal knowledge in support of The Plaintiffs' Steering Committee's Memorandum of Law in Response and Opposition to J&J's Conditional Motion to Exclude Certain Plaintiffs' Experts' Opinions.

3. This memorandum replaces a previously-filed version (CM/ECF 9870), which was filed under seal in error.

4. While this memorandum is not and should not have been filed under seal, certain exhibits accompanying this memorandum will be filed under seal.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Respectfully submitted,

Date: May 29, 2019

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-783-6400
Fax: 202-416-6392
mparfitt@ashcraftlaw.com

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
Leigh.odell@beasleyallen.com

***Plaintiffs' Co-Lead Counsel***