# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

MDL No. 16-2738 (FLW) (LHG)

This Document Applies to All Actions Filed
Against Defendant Personal Care Products
Council

**DECLARATION OF THOMAS T. LOCKE IN SUPPORT OF
PERSONAL CARE PRODUCTS COUNCIL'S OPPOSITION TO PLAINTIFFS'
MOTION TO EXCLUDE THE OPINIONS OF JONATHAN BORAK, M.D., DABT**

I, Thomas T. Locke, do hereby declare under penalty of perjury that the following is true
and correct to the best of my personal knowledge:

1.      I am an attorney with Seyfarth Shaw LLP, counsel for Defendant Personal Care
Products Council ("PCPC") in the above-captioned matter.

2.      I am over 18 years of age and have personal knowledge of the matters set forth
herein.

3.      I submit this declaration to place certain documents before the Court and in
support of PCPC's Opposition to Plaintiffs' Motion to Exclude the Opinions of Jonathan Borak,
M.D., DABT.

4.      A true and correct copy of Dr. Jonathan Borak's Curriculum Vitae is attached
hereto as **Exhibit 1**, and was identified as Exhibit 2 to the Deposition of Dr. Borak.

5.      A true and correct copy of the invoices generated by Dr. Jonathan Borak in
connection with his engagement for talc-ovarian cancer litigation is attached hereto as **Exhibit 2**,
and was identified as Exhibits 3 and 30 to the Deposition of Dr. Borak.

EXECUTED this 29th day of May 2019

Washington, D.C.

By: _____

Thomas T. Locke
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
T: (202) 828-5376
F: (202) 828-5393
tlocke@seyfarth.com

*Attorney for Defendant Personal Care Products Council*

57179042v.1

Ex. 1

Case 3:16-md-02738-MAS-RLS   Document 9887-1   Filed 05/29/19   Page 4 of 79 PageID: 63698

# BORAK, Jonathan Benjamin

## BUSINESS ADDRESS:

Office:     Jonathan Borak & Company
            234 Church Street, New Haven, Connecticut, 06510
            (203) 777-6611    Fax: (203) 777-1411
            Email: jborak@jborak.com

Hospital:   Occupational and Environmental Medicine Program
            Yale School of Medicine
            135 College Street, New Haven, Connecticut 06510
            Telephone:  (203) 785-5885
            Email: jonathan.borak@yale.edu
            Https://medicine.yale.edu/intmed/people/specialtypeople/jonathan_
            borak.profile

## CURRENT APPOINTMENTS:

Clinical Professor of Medicine, Yale University
Adjunct Associate Professor of Medicine, John Hopkins University
Member, Yale Program in Occupational and Environmental Medicine
President, Jonathan Borak & Company

## EDUCATION:

| 1968 | BA (Cum Laude) | Amherst College |
| 1972 | MD | New York University |
| 1974-76 | Graduate Studies in Economics | McGill University |

## PROFESSIONAL TRAINING:

| 1972-73 | Internship, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1973-74 | Junior Assistant Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1974-75 | Clinical and Research Fellow, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1975-76 | Senior Assistant Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1976-77 | Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1977-78 | Clinical Fellow, Section of Gastroenterology, Yale-New Haven Hospital, New Haven, Connecticut |



EXHIBIT
2

BORAK, Jonathan Benjamin                                    Page 2 of 27

## COMPETITIVE FELLOWSHIPS, AWARDS and HONORS:

| | |
|---|---|
| 1974-76 | Clinical Scholar, Robert Wood Johnson Foundation. |
| 1977-78 | Research Fellowship, Conseil de la Recherche en Sante du Quebec |
| 1994 | President's Award, American College of Occupational and Environmental Medicine |
| 1996 | Meritorious Service Award, American College of Occupational and Environmental Medicine |
| 2002 | President's Award, American College of Occupational and Environmental Medicine |
| 2003 | Adolph G. Kammer Merit in Authorship Award, American College of Occupational and Environmental Medicine |
| | *"To recognize the author(s) of the most outstanding article published in Journal of Occupational and Environmental Medicine during the past year."* |
| 2004 | Robert A. Kehoe Award of Merit Recognition, American College of Occupational and Environmental Medicine |
| | *"Presented to an individual for significant contributions made to academic excellence or research in the disciplines of occupational medicine, environmental medicine, and/or environmental health."* |
| 2005 | George H. Gerchman Memorial Prize, American College of Occupational and Environmental Medicine |
| 2008 | President's Award, American College of Occupational and Environmental Medicine |
| 2009 | Certificate of Recognition, Elsevier's Top 10 Cited Articles for 2007-08 |
| | Borak J, Hosgood HD: Seafood Arsenic: Implications for human risk assessment. *Regulatory Toxicology and Pharmacology* 2007; 47:204-212 |
| 2010 | Fellow of the Academy of Toxicological Sciences |
| 2012 | Harriet Hardy Award, New England College of Occupational and Environmental Medicine |
| | *"For a physician who exemplifies the highest ideal of occupational and environmental medicine practice."* |
| 2012 | Fellow of the American Industrial Hygiene Association |
| 2015 | Nominee, Inspiring Yale |
| | Nomination by Yale Graduate & Professional Student Senate for recognition as Most Inspiring Teacher at Yale |

## PROFESSIONAL CERTIFICATION:

Fellow, American College of Physicians
Fellow, American College of Occupational and Environmental Medicine
Fellow, Royal College of Physicians of Canada
Fellow, Academy of Toxicological Sciences
Diplomate, American Board of Internal Medicine
Diplomate, American Board of Preventive Medicine

BORAK, Jonathan Benjamin                                    Page 3 of 27

       Diplomate, American Board of Toxicology
       Diplomate, National Board of Medical Examiners
       Licentiate, Medical Council of Canada

## PROFESSIONAL EXPERIENCE:

### CLINICAL and TEACHING ACTIVITIES

| | |
|---|---|
| 2008-Current | Clinical Professor of Medicine, Yale University |
| 2007-2017 | Clinical Professor of Epidemiology & Public Health, Yale University |
| 2003-Current | Adjunct Associate Professor of Medicine, Johns Hopkins University |
| 2000-2010 | Director, Yale University Interdisciplinary Risk Assessment Forum |
| 1999-2007 | Associate Clinical Professor of Epidemiology & Public Health, Yale University |
| 1993-2008 | Associate Clinical Professor of Medicine, Yale University. |
| 1983-1993 | Assistant Clinical Professor of Medicine, Yale University. |
| 1981-1983 | Clinical Instructor of Internal Medicine, Yale University. |
| 1988-2001 | Courtesy Attending Physician, Department of Emergency Medicine, Hospital of St. Raphael, New Haven, Connecticut. |
| 1988-1998 | Consulting Physician (Internal Medicine, Emergency Medicine, Toxicology), Hospital of St. Raphael, New Haven, Connecticut. |
| 1980-1988 | Director, Section of Emergency Medicine, Hospital of St. Raphael, New Haven, Connecticut. |
| 1979-1988 | Associate Attending Physician, Department of Ambulatory Services, Hospital of St. Raphael, New Haven, Connecticut. |
| 1986 | Visiting Professor, St. George's University School of Medicine, Kingstown Medical College, St. Vincent, W.I. |
| 1978-80 | Attending Physician, Department of Ambulatory Services, Mercy Hospital, Springfield, Massachusetts. |
| 1978-79 | Attending Physician, Emergency Physicians Incorporated, Chicopee, Massachusetts. |

### YALE UNIVERSITY TEACHING ACTIVITIES

### Courses Taught: 1997-Current

1998-2017    EHS 511b. Principles of Risk Assessment: Course Director
       Graduate-level course listed in the School of Public Heal, Department of Environmental Health Sciences. This course is also listed as a graduate-level course in the School of Forestry and Environmental Studies (F&ES 893b).

2002-2016    EHS 503a. Principles of Toxicology: Course Director
       Graduate-level course listed in the School of School of Public Heal, Department of Environmental Health Sciences. This course was also listed as a graduate-level course in the School of Forestry and Environmental Studies (F&ES 96005a).

BORAK, Jonathan Benjamin                                    Page 4 of 27

2012-Current  EHS 575a Introduction to Occupational and Environmental Medicine: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health and the Department of Internal Medicine.

2011-Current  EHS 573b Epidemiological Issues in Occupational and Environmental
              Medicine: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health and the Department of Internal Medicine.

2001-2010     EHS 551a and b. Seminar in Environmental Health: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

2005-2016     Interdisciplinary Center for Bioethics Summer Internship Program: Lecturer
              International program for undergraduate and graduate students, supported by the
              Donaghue Medical Research Foundation

2012-2015     EHS 510a (Principles of Environmental Health): Lecturer
              Graduate-level course listed in the School of School of Public Heal, Department of
              Environmental Health Sciences.

2014   EHS 525a (Seminar and Journal Club in Environmental Health): Lecturer
              Graduate-level course listed in the School of School of Public Heal, Department of
              Environmental Health Sciences.

2005-2016     EPH 500 (Introduction to Epidemiology and Public Health): Lecturer
              Graduate-level (second-year required) course in the School of Medicine.

2006-2012     Faculty Advisor, Yale Center for Environmental Law & Policy
              The Center is a joint initiative between the Yale School of Forestry & Environmental
              Studies and the Yale Law School.

2005-2015     EHS 508a Assessing Exposures to Environmental Stressors: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

2008-2010     FES 96017. Fundamentals of Environmental Health: Lecturer
              Graduate-level course listed in the School of Forestry and Environmental Studies.

2002-2007     EHS 510b. Fundamentals of Environmental Health & Risk Assessment: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

2000-2003     EHS 580a. Special Topics in Society and Risk Assessment: Course Director
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

1999-2002     EHS 509a. Environmental Toxicology: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health, and cross-listed in the School of Forestry and Environmental Studies.

**Thesis and Dissertation Committees**

2017   Primary Advisor: Jie Wu: "Toxicology and Pharmacokinetics of Perfluorooctanoic
       Acid (PFOA)". Thesis for MPH in Environmental Health Sciences, Yale School of Public
       Health.

Case 3:16-md-02738-MAS-RLS   Document 9887-1   Filed 05/29/19   Page 8 of 79 PageID: 63702

2015   *Primary Advisor: Shae Selix: "Critical Review and Stratified Meta-Analysis of Lung Cancer Risk in Petroleum Refinery Workers. Thesis for MPH in Environmental Health Sciences, Yale School of Public Health.*

2012   Committee Member. Sanjay Baliga: "Assessing the Capacity of Countries to Manage the Human Health and Ecosystem Risk of Chemicals: Using Stakeholder Input to Evaluate Risk Management Programs in Tanzania". Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies.

2008   Primary Advisor: Catherine Salipante-Zaidel: "Markov Chain Analysis of the Use of Beryllium Lymphocyte Proliferation Tests for Screening of Asymptomatic Individuals". Masters Thesis for MEE, Yale School of Forestry and Environmental Studies.

2005   Primary Advisor: H. Dean Hosgood: "Silica and Lung Cancer: Industrial Hygiene Methods and Mathematical Modeling Revisited". Thesis for MPH in Environmental Health Sciences, Yale School of Medicine

2003   Committee Member: Carlos Gonzalez: "The Beef Hormone Ban in the European Union and the Role of the WTO in Resolving Scientific Barriers to Trade". Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies.

2002   Primary Advisor: Susan Chemerynski: "Methodological Uncertainties in the Exposure Assessment of Diesel Particulate Matter: Implications for Risk Assessment". Thesis for MPH in Environmental Health Sciences, Yale School of Medicine

2002   Committee Member: Montira Pongisiri: "Institutional Capacity to Assess and Manage Risk-Tradeoffs: The DDT/Malaria Dilemma". Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies

**Other Yale Activities**

2013-Current   Member, Clinical Competency Committee, Yale Program in Occupational and Environmental Medicine

This committee is responsible for the review and evaluation of the professional development of medical residents and fellows in Yale's OEM training program.

2013   Faculty Mentor, Edward A. Bouchet Undergraduate Fellowships Program

This program provides financial and academic research support to minority students at Yale College who have determined to pursue careers in academics.

2002-2010   Director, Yale Interdisciplinary Risk-Assessment Forum

This program, a cooperative project underwritten by Yale's Institution for Social and Policy Studies, School of Public Health, and School of Forestry and Environmental Studies, organized and hosted a regular schedule of lectures, seminars and other educational activities

## ORGANIZATIONAL ACTIVITIES

**United States Environmental Protection Agency**
1996-2006   National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances (NAC/AEGL)

**National Research Council (National Academy of Sciences)**
2001-2005   Subcommittee on Toxicologic Assessment of Low-Level Exposures to Chemical

BORAK, Jonathan Benjamin                                    Page 6 of 27

*Warfare Agents*

**National Institute for Occupational Safety and Health**
2011-2012      External Review Panel – "Criteria for a Recommended Standard: Occupational
               Exposures to Diacetyl and 2,3-Pentanedione"

**National Institute of Environmental Health Sciences**
2009-2010      Review Panel – RFA ES-09-001 – Partnership for Environmental Public Health

**American College of Occupational and Environmental Medicine**
1999-2002      Board of Directors
1999-2002      Board Finance Committee
1993-Current   Council on Scientific Affairs (Chair 1999-2012)
2008-Current   Council on Public Affairs
2003-2004      Planning Committee, 2005 American Occupational Health Conference
1997-2002      Council on Conferences (Associate Chair 1998-2002)
1993-1999      Course Director, Core Curriculum in Environmental Medicine.
1992-2008      Committee on Environmental Medicine (Chair 1993-96)
1993-2000      Committee on Medical Surveillance (Chair 1998-2000)
1996-1998      Seminar Chair, 1998 American Occupational Health Conference
1992-1993      Scientific Chair, 1993 State-of-the-Arts Conference
1997-2002      Committee on Conferences (Associate Chair 1997-2002)
1995-2006      Committee on Government Affairs
1992-1997      Committee for Liaison with Government Agencies
1995-1997      Committee on Distance Learning (Associate Chair 1996-1997)
1993-1996      Occupational Medicine Self-Assessment Program
1993-1997      House of Delegates

**International Dose-Response Society** (previously the International Hormesis Society)
2005-Current   Executive Committee

**Cyanide Poisoning Treatment Coalition**
2006-2009      Board of Directors

**American Industrial Hygiene Association**
1990-2000      Committee on Emergency Response Planning
2010-Current   Committee on Occupational Medicine

**Connecticut Academy of Science and Engineering**
2010-2010      CASE Artificial Turf Study Peer Review Committee

**Connecticut State Medical Society**
1994-1996      Section of Preventive Medicine (Chairman 1994-96)
1983-1994      Committee on Emergency Medical Services (Chairman 1985-1988)
1987-1992      Committee on Organ and Tissue Transfer

**Occupational and Environmental Medical Association of Connecticut**
1992-1998      Board of Directors
1994-1995      President
1993-1994      President-Elect
1992-1993      Secretary-Treasurer

**American College of Emergency Physicians**
1992-1994      Liaison to ATSDR Case Studies in Environmental Medicine

BORAK, Jonathan Benjamin                                    Page 7 of 27

| 1991-1994 | Section of Disaster Medicine (Chair, Hazardous Materials Subsection 1991-1994) |
| 1988-1990 | National Councilor (Alternate) |
| 1987-1988 | National Committee on Chapter Grants |
| 1984-1986 | National Committee on Bio-Ethics |

**Connecticut Poison Control Center**
| 1993-1999 | Medical Advisory Committee |

**American College of Surgeons**
| 1984-1988 | Associate Member, Connecticut Committee on Trauma |

**American Heart Association**
| 1981-2000 | Instructor, Advanced and Basic Cardiac Life Support |
| 1985-1987 | National Faculty for Advanced Cardiac Life Support |
| 1980-1984 | State Chairman, Advanced Cardiac Life Support |
| 1980-1984 | State Emergency Cardiac Care Task Force |

**Connecticut College of Emergency Physicians**
| 1986-1987 | President |
| 1980-1990 | Board of Directors |

**Connecticut Red Cross**
| 1987-1992 | Medical Advisory Committee on Blood Programs |

**Connecticut Dept of Health Services, Office of Emergency Medical Services**
| 1985-1988 | Helicopter Over-site Committee (Chairman, Patient Care Review) |
| 1987-1988 | Trauma Network Committee |

**Emergency Medical Systems Council of South Central Connecticut**
| 1980-1988 | Medical Advisory Committee (Chairman 1987-1988) |

**New Haven County Medical Association**
| 1984 | Committee on Consumer Protection |

**Town of North Haven, Connecticut**
| 1987-1995 | Local Emergency Planning Committee (Chairman 1988-1990) |

**Town of Branford, Connecticut**
| 1982-84 | Ambulance Commissioner |

**Shirley Frank Foundation**, New Haven, Connecticut
| 1983-1989 | Board of Directors |
| 1983-1989 | Chairman, Medical Treatment/Quality Assurance Committee |
| 1985-1989 | Executive Committee |

**Alcohol Services Organization of South Central Connecticut**
| 1981-1984 | Board of Directors |

**Columbus House Shelter**, New Haven, Connecticut
| 1981-83 | Founding Member, Board of Directors |

**World Figure Skating Championships**
| 1980-81 | Medical Director |

**Canadian Association of Interns and Residents**
| 1973-75 | Board of Directors |

BORAK, Jonathan Benjamin                                         Page 8 of 27

**Federation des Medicins Residents du Quebec**
1973-75        Treasurer

**Canadian National Committee on Physician Manpower**
1973-74        Committee Member

**PROFESSIONAL LICENSURE**:

    State of Connecticut     #19428

**PROFESSIONAL ORGANIZATIONS and SOCIETIES**:

    American College of Physicians
    American College of Emergency Physicians
    American College of Occupational and Environmental Medicine
    American College of Preventive Medicine
    Royal College of Physicians of Canada
    Society for Toxicology
    Society for Risk Analysis
    Society of Occupational Medicine (London)
    American Industrial Hygiene Association
    Association of Occupational and Environmental Clinics
    Medichem
    International Hormesis Society
    Ramazzini Society
    Connecticut State Medical Society
    Occupational and Environmental Medical Association of Connecticut
    New Haven County Medical Society
    New Haven Medical Association

## PUBLICATIONS and EDITORIAL ACTIVITIES:

### Editorial Activities

2004-Current   Editorial Board, Journal of Occupational and Environmental Medicine

2003-Current   Editorial Board, Journal of Occupational and Environmental Hygiene

    Guest Editor: State of the Science of Occupational Exposure Limit Methods and Guidance; JOEH 12(Supplement 1): 2015

2007-Current   International Advisory Board, Occupational Medicine

1999-2004   Editorial Board, American Industrial Hygiene Association Journal

1997-2004   Associate Editor, OEM: Occupational and Environmental Medicine Report

1992-Current   Editorial Reviewer: American Journal of Industrial Medicine; American Journal of Critical Care and Respiratory Medicine; Annals of Occupational Hygiene; Annals of Emergency Medicine; Critical Reviews in Toxicology; Dose Response; Human and Ecological Risk Assessment; Inhalation Toxicology; Journal of Allergy & Asthma; Journal of the Air & Waste Management Association; Nonlinearity in Biology, Toxicology and Medicine; PLOS One; Proceedings of the American Thoracic Society; Psychological Reports; Regulatory Toxicology and Pharmacology; Toxicology and Applied Pharmacology; Toxicology & Industrial

Case 3:16-md-02738-MAS-RLS Document 9887-1 Filed 05/29/19 Page 12 of 79 PageID: 63706

Health

| | |
|---|---|
| 1991-2004 | Editorial Board, OEM: Occupational and Environmental Medicine Report |
| 2011-2012 | Peer Reviewer, NIOSH: "Criteria for a Recommended Standard: Occupational Exposures to Diacetyl and 2,3-Pentanedione" |
| 1988-2010 | Peer Reviewer, Case Studies in Environmental Medicine, US Agency for Toxic Substances and Disease Registry, Atlanta, Georgia |
| 2006-2010 | Peer Reviewer, Medical Management Guidelines for Acute Chemical Exposures, US Agency for Toxic Substances and Disease Registry, Atlanta, Georgia |
| 1991-92 | Peer Reviewer, Toxicology Profiles, US Agency for Toxic Substances and Disease Registry, Atlanta, Georgia |
| 1979-81 | Consulting Editor, Update Publications, Ltd., London |

## Books and Monographs

Borak J, Callan M, Abbott W: Hazardous Materials Exposure: Emergency Response and Patient Care. Englewood Cliffs, NJ: Prentice Hall, 1991.

Borak J, Callan M, Abbott W: Hazardous Materials Exposure: Emergency Response and Patient Care - Instructor's Manual. Englewood Cliffs: Prentice Hall, 1991.

Levy B,. McCunney RM, Adamowski SE, Borak J, Halperin W, McDiarmid MA, Orris P: Occupational Medicine Self-Assessment Program (3rd Ed). Arlington Heights: American College of Occupational and Environmental Medicine, 1993.

Medical Management Guidelines for Acute Chemical Exposures. (Principal Authors: Borak J, Olsen K, Sublet V). Atlanta: Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, 1994.

Borak J (ed): Core Curriculum in Environmental Medicine. Arlington Heights, IL: American College of Occupational and Environmental Medicine, 1994.

Russi M, Borak J: The OSHA Asbestos Standard: A Medical Compliance System. New Haven, CT: AEGIS Healthcare Systems, 1995.

Borak J (Guest Editor): Amler R, Amler S, Balk SJ, McLellan RM (Guest Contributors): Pediatric Environmental Health (ATSDR-HE-CS-2002-0002). Case Studies in Environmental Medicine, US Agency for Toxic Substances and Disease Registry, Atlanta, 2002.

Ducatman AM, Borak J, Kaye W, Peipens L (Guest Contributors): Investigating Disease Clusters (ATSDR-HE-CS-2002-0006). Case Studies in Environmental Medicine. Atlanta: Agency for Toxic Substances and Disease Registry, 2002.

McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (ed): A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia, Lippincott Williams & Wilkins, 2003.

## Book Chapters and Technical Reports

Borak J: Training and Education of Workers and Managers. In: Levy B (ed): Air Pollution in Central and Eastern Europe. Boston: Management Sciences for Health, 1991.

Borak J, Callan M, Abbott W: Protection of the Health Care System. In: Tokle G (ed): Hazardous Materials Response Handbook (Second Edition). Quincy, MA: National

Fire Protection Association, 1993.

Borak J: Anion and Osmolar Gaps. In: Viccellio P (ed): Handbook of Medical Toxicology (1st edition). Boston: Little, Brown, 1993.

Borak J: Worksite and Environmental Emergencies: Planning Requirements. In: McCunney RJ (ed): A Practical Approach to Occupational and Environmental Medicine. Boston: Little, Brown, 1994.

Borak J: Les nouvelles normes de qualité de l'air aux Etats-Unis: bases épidémiologiques et bénéfices attendus. In: Pollution Atmospherique Urbaine et Santé Humaine. Paris: la Société de Pneumologie de Langue Française, 1997.

Borak J: Anion and Osmolar Gaps. In: Viccellio P (ed): Handbook of Medical Toxicology (2nd edition). Boston: Lippincott-Raven, 1998.

McKay CA, Borak J: Chlorine. In: Haddad LM, Winchester JF, Shannon M (ed): Clinical Management of Poisoning and Drug Overdose (3rd edition). Philadelphia: Saunders, 1998.

Borak J: Four Organic Pollutants in the Quinnipiac River: Effects on Human Health. In: Tyrrell ML (ed): Quinnipiac River Point Source Pollution: Is it Still a Problem? New Haven: Center for Coastal and Watershed Systems, Yale School of Forestry and Environmental Studies, 2000.

Russi M, Borak J: Chemical Hazards in Health Care Workers. In: Orford R (ed): Clinics in Occupational and Environmental Medicine: Occupational Health in the Healthcare Industry. Philadelphia: W.A. Saunders, 2001; 1(2):369-395.

Borak J: Surveillance and Monitoring for Occupational Carcinogens. In: Whysner J, Shields PG (eds): Clinics in Occupational and Environmental Medicine: Cancer in the Workplace: Agents, Mechanisms, Detection, Diagnosis, Management and Prevention: Philadelphia: W.A. Saunders, 2002; 2(4): 737-752.

Borak J: Medical Aspects of Environmental Emergencies. In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds): A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 768-773.

Borak J, Heywood JB, Parsley W, Pickett T, Widmer W:  FY 2003 Two Hundred Bus Procurement: Expert Panel Report to Massachusetts Bay Transportation Authority. 10/14/2002

Borak J, Pleus R:  Toxicology. In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 554-570.

Moore JS, Rose S, Borak J:  Ergonomics. In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 607-623.

Borak J, Fields C, Sirianni G: The Toxicology of Complex Mixtures. In: Lutrell WE, Jederberg WM, Still KE, Robert K (ed):  Toxicology Principles for the Industrial Hygienist. Fairfax: American Industrial Hygiene Association, 2008; 273-282.

Fields C, Borak J: Iodine Deficiency in Vegetarian and Vegan Diets: Evidence-Based Review of the World's Literature on Iodine Content in Vegetarian Diets. In: Preedy VR, Burrow GN, Watson RR (ed): Comprehensive Handbook on Iodine. Oxford: Academic Press, 2009; 521- 531.

Borak J: Cyanide Treatment in Fire Victims. In: American Academy of Orthopedic Surgeons: Assessment and Treatment of Trauma. Sudbury, MA: Jones & Bartlett, 2010; 196-197.

Borak J, Sirianni G: Clinical Practice of Biological Monitoring: Trichloroethylene. In: Hoffman H, Phillips S (eds): Clinical Practice of Biological Monitoring. Beverly, MA: OEM Press, 2012; 214-220.

Borak J, Fields C, Sirianni G: The Toxicology of Complex Mixtures. In: Lutrell WE, Jederberg WM, Still KE, Robert K (ed): Toxicology Principles for the Industrial Hygienist. Fairfax: American Industrial Hygiene Association, 2019; (in press)

### Journal Articles

Borak J:  Clinical decisions analysis [letter].  Journal of the American Medical Association, 1977; 237:641.

Borak J:  *Hypertension: A Policy Perspective* by MC Weinstein and W Stason [book review]. Annals of Internal Medicine, 1977; 87:135.

Borak J:  Data requirements for clinical decisions on renovascular hypertension. Clinical and Investigative Medicine, 1979; 2:105.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Contino C, McCallum R:  Flexible fiberoptic sigmoidoscopy in asymptomatic and symptomatic patients: a comparative study.  Gastrointestinal Endoscopy, 1979; 25:43.

Borak J, Vasey F, Lauter S, Dorval G, Osterland CK:  Immunofluorescence assay for antinuclear factor: a nonspecific test in hospitalized patients.  Canadian Medical Association Journal, 1979; 121:1372.

Abstracted in: Twenty-Fifth Rheumatism Review. Atlanta: Arthritis Foundation, 1981.

Borak J, Vasey F, Lauter S, Dorval G, Osterland CK:  Immunofluorescence assay for antinuclear factor: the meaning of specificity [letter]. Canadian Medical Association Journal, 1980; 123:474.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Black HR, McCallum RW:  Clinical experience with flexible sigmoidoscopy in asymptomatic and symptomatic patients. Yale Journal of Biology and Medicine, 1980; 53:345.

Borak J, Veilleux S:  Does statistical training improve physician logic? Clinical Research, 1981; 29:316A.

Borak J, Veilleux S:  Prophylactic lidocaine: Uncertain benefits in emergency settings.  Annals of Emergency Medicine, 1982; 11:493.

Borak J, Veilleux S:  Errors of intuitive logic among physicians. Social Science and Medicine, 1982; 16:1939.

Bell C, Borak J, Loeffler JR:  Pneumothorax in drug abusers: A complication of internal jugular venous injections.  Annals of Emergency Medicine, 1983; 12:167.

Borak J, Veilleux S:  Informed consent in emergency settings.  Annals of Emergency

Medicine, 1984; 13:731.

Reprinted in Connecticut Medicine, 1984; 48:235.

Granata AV, Halickman JF, Borak J:  Utility of military anti-shock trousers (MAST) in anaphylactic shock.  Journal of Emergency Medicine, 1985; 2:349.

Starr LM, Borak J, Waymaster S:  Responding to industrial accidents requires development of disaster plan.  Occupational Health and Safety, 1985; 55:19.

Borak J:  A Primer on EMS for Connecticut physicians.  Connecticut Medicine, 1985; 49:657.

Starr LM, Bush DF, Borak J, Waymaster S, Somerfield M:  Emergency teams and industry have different perceptions of each other.  Occupational Health and Safety, 1986; 55(June):20.

Borak J, Bush DF, Starr L, Waymaster S:  The hazards of ignorance: the EMS/Industry interface.  Journal of Emergency Medical Services, 1986; 11(September):6.

Starr LM, Bush DF, Borak J, Waymaster S:  Workplace medical emergencies.  The Health Psychologist, 1986; 8(2):2.

Borak J, Starr LM:  On emergency medical preparedness for industrial accidents.  ECO, 1987; (March):3.

Starr LM, Leach T, Borak J:  Occupational emergencies and EMS.  Journal Emergency Care and Transport, 1988; 17:46.

Herbener D, Borak J:  Cutaneous larva migrans in Northern climates.  American Journal of Emergency Medicine, 1988; 6:462.

Borak J:  The Superfund Amendments and Reauthorization Act of 1986: Implications for prehospital services.  Emergency Care Quarterly, 1990; 6(3):29.

Borak J:  HazMat training.  Journal of Emergency Care and Transport, 1991; 20(4):44.

Borak J:  Predicting HazMat effects through exposure routes and injury mechanisms.  Rescue, 1991; 4(3):62.

Borak J:  Phosgene toxicity: Review and update.  Occupational and Environmental Medicine Report, 1991; 5:19.

Borak J:  Welding-related illness: New thoughts on an old malady.  Occupational and Environmental Medicine Report, 1991; 5:89.

Borak J, Sidell FC:  Agents of chemical warfare. I. Sulfur mustard.  Annals of Emergency Medicine, 1992; 21:303.

Sidell FC, Borak J:  Agents of chemical warfare. II. Nerve agents.  Annals of Emergency Medicine, 1992; 21:865.

Borak J:  Acute acrylonitrile toxicity: Reconsideration of mechanisms and antidotes.  Occupational and Environmental Medicine Report, 1992; 6:19.

Borak J:  Cadmium nephropathy: Review and update.  Occupational and Environmental Medicine Report, 1992; 10:75.

Borak J:  Toxicology of glycol ethers: a quick review.  Occupational and Environmental Medicine Report, 1993; 7:43.

BORAK, Jonathan Benjamin                                    Page 13 of 27

Borak J, Jaffe D:  Aluminum and Alzheimer's disease.  Occupational and Environmental Medicine Report, 1994; 8:3.

Borak J:  Environmental Surveillance: understanding of exposure limits needed for proper job application.  Occupational Health and Safety , 1994; 63(5):30.

Borak J, Russi M, Jaffe D:  Criteria for significant threshold shift in occupational hearing programs: a re-evaluation.  Occupational and Environmental Medicine Report, 1994; 8:49.

Borak J: Environmental Surveillance: ACGIH's Threshold Limit Values. Occupational Health and Safety, 1994; 63 (8):26.

Borak J:  Environmental Surveillance: OSHA's outdated Air Contaminants system.  Occupational Health and Safety , 1994; 63(12):41.

Russi M, Borak J: Special Report: Medical surveillance under the new Asbestos Standards.  Occupational and Environmental Medicine Report, 1995; 9:6.

Borak J:  Workplace monitoring and environmental surveillance: What's the difference?  Occupational Health and Safety, 1995; 649:(4):30.

Borak J: Pharmacologic mechanism of antidotes in cyanide and nitrile poisoning (letter).  Journal of Occupational and Environmental Medicine, 1995; 37:793.

Flaten TP, Pollack ES, Hill G, Borak J, Bonham GH: Aluminum and Alzheimer's disease: concluding remarks.  EnvironMetrics 1995; 6:319.

Borak J:  Dioxins and Health, edited by A Schecter [book review].  Journal of Occupational and Environmental Medicine 1995:38:305.

Borak J, Israel L: Does in utero exposure to PCBs cause developmental toxicity? Occupational and Environmental Report, 1997; 11:13.

Borak J, Wise JP:  DNA-Protein crosslinks as biomarkers of formaldehyde exposure.  International Journal of Occupational and Environmental Health, 1997; 3:307.

Borak J: Chromium valence and chromium species: A carcinogenicity dilemma (editorial).  Occupational and Environmental Medicine Report, 1997; 11:93.

Borak J, Pastides H, Van Ert M, Russi M, Herzstein J: Exposure to MTBE and acute human health effects: a critical literature review.  Human and Ecological Risk Assessment, 1998; 4:177.

Borak J, Wise JP: Does aluminum exposure of pregnant animals lead to accumulation in mothers or their offspring?  Teratology 1998; 57:127.

Borak J, Silverstein BD: Emergency response plans: the benefits of integration.  Occupational Hazards, 1999: 61(9): 44.

Borak J, Cohen HJ, Hethmon TA: Copper exposure and metal fume fever: Lack of evidence for a causal relationship.  American Industrial Hygiene Association Journal 2000: 61:832.

Borak J, Russi M, Puglisi JP: Meta-analyses [letter].  Environmental Health Perspectives, 2000: 108:A542.

Borak J, Diller WF: Phosgene exposure: Mechanisms of injury and treatment strategies.  Journal of Occupational and Environmental Medicine, 2001; 43:110.

Borak J:  Why diesel and why now? [editorial]. Occupational and Environmental Report, 2001;

15:65.

Borak J, Sirianni G, Cohen H, Chemerynski S, Jongeneelen F: Biological vs. ambient exposure monitoring of creosote facility workers. Journal of Occupational and Environmental Medicine, 2002; 44:310.

Reprinted in: Journal of the Institution for Social and Policy Studies. 2003; 4:7.

Recipient of the 2003 **Adolph G. Kammer Merit in Authorship Award** of the American College of Occupational and Environmental Medicine

Cohen HJ, Borak J, Hall T, Sirianni G, Chemerynski S: Exposure of miners to diesel particulate matter in underground non-metal mines. American Industrial Hygiene Association Journal, 2002; 63:651.

Cohen, HJ, Sirianni G, Chemerynski S, Wheeler R, Borak J: Observations on the suitability of the Aethalometer for vehicular and workplace monitoring. Journal of the Air & Waste Management Association, 2002; 52:1258.

Borak J, Sirianni G, Cohen HJ, Chemerynski S, Wheeler R: Comparison of NIOSH 5040 method vs. Aethalometer to monitor diesel particulate in school buses and work sites. American Industrial Hygiene Association Journal, 2003; 64:260.

Sirianni G, Chemerynski S, Cohen HJ, Wheeler R, Borak J: Sources of Interferences in field studies of diesel exhaust emission. Applied Occupational and Environmental Hygiene, 2003; 18:591.

Fiellin M, Chemerynski S, Borak J: Editorial: Race, ethnicity and the SEER Database. Medical and Pediatric Oncology, 2003; 40:413.

Borak J, Fiellin M, Chemerynski S: Who is Hispanic? Implications for epidemiological research in the United States. Epidemiology, 2004; 15:240-244.

Borak J: Adequacy of iodine nutrition in the United States. Connecticut Medicine, 2005; 69:73-77.

Borak J, Slade MD, Russi M: Risks of brain tumors in rubber workers: a meta-analysis. Journal of Occupational and Environmental Medicine 2005; 47:294-298.

Fields C, Dourson M, Borak J: Iodine-Deficient Vegetarians: A hypothetical perchlorate-susceptible population? Regulatory Toxicology and Pharmacology, 2005; 42:37-46.

Borak J: Neonatal hypothyroidism due to maternal vegan diet. Journal of Pediatric Endocrinology and Metabolism 2005; 18:621.

Fields C, Borak J: *Toxicology of the Kidney* by JB Tarloff and LH Lash [book review]. Journal of Occupational and Environmental Medicine 2005; 47:1317-1318.

Borak J: The Beryllium Occupational Exposure Limit: Historical perspectives and current inadequacy. Journal of Occupational and Environmental Medicine 2006; 48:109-116.

Borak J, Sirianni G: Hormesis: Implications for cancer risk assessment. Dose Response 2005; 3:443-451.

Borak J, Woolf SH, Fields CA: Use of BeLPT for screening of asymptomatic individuals: An evidence-based assessment. Journal of Occupational and Environmental Medicine 2006; 48:937-948.

Borak J: The Beryllium Occupational Exposure Limit: Historical origin and current inadequacy: Author's Response. Journal of Occupational and Environmental Medicine 2006; 48:998-1001.

Borak J, Hosgood HD: Seafood Arsenic: Implications for human risk assessment. Regulatory Toxicology and Pharmacology 2007; 47:204-212.

    Recipient of **Certificate of Recognition: Elsevier's Top 10 Cited Articles of 2007-08**

Borak J, Woolf SH, Fields CA: Use of BeLPT for screening of asymptomatic individuals: Author's Response [letter]. Journal of Occupational and Environmental Medicine 2007; 49:358-9.

Borak J, Sirianni G: Studies of Self-pollution in Diesel School Buses: Methodological Issues. Journal of Occupational and Environmental Hygiene 2007; 4:660-668.

Sirianni G, Hosgood HD, Slade MD, Borak J: Particle size distribution and particle size-related silica content in granite quarry dust. Journal of Occupational and Environmental Hygiene 2008; 5:279-285.

Russi MB, Borak JB, Cullen MR: An examination of cancer epidemiology studies among populations living close to toxic waste sites. Environmental Health 2008; 7:32.

Slade MD, Borak J: *Statistical Evidence in Medical Trials: What do the data really tell us?* By SD Simon [book review]. Journal of Occupational and Environmental Medicine 2008; 50:602.

Borak J: *Nanotoxicology: Characterization, Dosing and Health Effects.* By NA Monteiro-Riviere and CL Tran [book review]. Journal of Occupational and Environmental Medicine 2009; 51:620.

Borak J: Five classic articles in Public Health. Yale Journal of Biology and Medicine 2010; 83:43-45.

Sirianni G, Borak J: How clean is "Clean"? Regulations and standards for workplace clothing and personal protective equipment. Journal of Occupational and Environmental Medicine 2010; 52:190-196.

Borak J, Fields C, Andrews LS, Pemberton MA: Methyl Methacrylate and respiratory sensitization: A critical review. Critical Reviews in Toxicology 2011; 41:230-268.

Borak J, Bunn WB, Chase GR, Hall TA, Head JH, Hesterberg TW, Sirianni G, Slavin TJ: Comments on the Diesel Exhaust in Miners Study [Letter]. Annals of Occupational Hygiene, 2011; 55:339-342.

Borak J: Obesity and the Work Place [editorial]. Occupational Medicine, 2011; 61: 220-222.

Fields C, Borak J: *Heavy Metals: A Rapid Clinical Guide to Neurotoxicity and other Common Concerns.* By KR Spaeth, AJ Tsismenakis, SN Kales [book review]. Journal of Occupational and Environmental Medicine 2011; 53:587.

Borak J, Salipante-Zaidel C, Slade MD, Fields CA: Mortality Disparities in Appalachia: Reassessment of Major Risk Factors. Journal of Occupational and Environmental Medicine 2012; 54:146-156.

Borak J, Slade MD, Allen RA, Salipante-Zaidel C, Fields CA: Ecological Bias and Data Entry Errors: Response to Hendryx and Ahern. Journal of Occupational and Environmental Medicine 2012; 54:770-773.

Borak J: *A Biologic Approach to Environmental Assessment and Epidemiology.* By TJ Smith and

D Kriebel [book review]. Journal of Occupational and Environmental Medicine 2012; 54:1040-1041.

Dworak JJ, Roberts DW, Calter MA, Fields CA, Borak J: Is Diacetyl a Respiratory Sensitizer? A Reconsideration using QSAR, QMM and Competition Experiments. Chemical Research in Toxicology, 2013; 26:631-633. (http://dx.doi.org/10.1021/tx400097v).

Roberts DW, Calter MA, Borak J, Fields CA, Letter to the editor. Food and Chemical Toxicology, 2014; 70:260-62. (http://dx.doi.org/10.1016/j.fct.2014.05.013).

Borak J: The Norm Chronicles: Stories and Numbers about Danger and Death by M Blastland and D Spiegelhalter [book review]. Journal of Occupational and Environmental Medicine 2015; 57:e11.

Borak J, Brosseau LM: The Past and Future of Occupational Exposure Limits. Journal of Occupational and Environmental Hygiene 2015; 12:S1-S3.

Borak J, Lefkowitz RY: Bronchial Hyperresponsiveness: In-Depth Review. Occupational Medicine (London) 2016; 66:95-105. (doi: 10.1093/occmed/kqv158).

Borak J: Chronic Beryllium Disease: The Search for a Dose-Response. Journal of Occupational and Environmental Medicine 2016; 58:e355-361.

Fields CA, Borak J, Louis ED: Mercury-induced sensory and motor neurotoxicity: systematic review of workers currently exposed to mercury vapor. Critical Reviews in Toxicology; 2017; 10, 815-848; (doi: 10.1080/10408444.2017.1342598)

Fields CA, Borak J, Louis ED: Persistence of mercury-induced sensory and motor neurotoxicity: systematic review of workers remotely exposed to mercury vapor. Critical Reviews in Toxicology; 2017; 10: 849-870. (doi: 10.1080/10408444.2017.1342599)

Borak J, Lefkowitz RY, Linde, B: Bronchial Hyperresponsiveness: Technical Update. Occupational Medicine (London) 2018; (doi: 10.1093/occmed/kqy122).

### Committee and Group Publications

Bioethics Committee, American College of Emergency Physicians: Medical, moral, legal, and ethical aspects of resuscitation for patients who have minimal ability to function or ultimately survive. Annals of Emergency Medicine, 1985; 14:919.

American Hospitals in Transition: Business Implications and Strategic Considerations for Medical Suppliers. New York: Channing, Weinberg & Co., 1984.

Committee on Organ and Tissue Transfers, Connecticut State Medical Society.  HIV testing of transfusion recipients. Connecticut Medicine, 1990; 54:217.

Badon SJ, Cable RG and Committee on Organ and Tissue Transfers, Connecticut State Medical Society.  Yersinia enterocolitica contamination of blood. Connecticut Medicine, 1992; 56:287.

Emergency Response Planning Committee, American Industrial Hygiene Association:  The AIHA 1996 Emergency Response Planning Guidelines and Workplace Environmental Exposure Level Guides Handbook. Fairfax: AIHA, 1996.

World Health Organization.  Environmental Health Criteria 194: Aluminium.  Geneva: World Health Organization, International Program on Chemical Safety, 1997.

Environmental Medicine Committee, American College of Occupational and Environmental Medicine: Multiple Chemical Sensitivities: Idiopathic Environmental Intolerance. Journal of Occupational and Environmental Medicine 41:940, 1999.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume #1. Washington, DC: National Academy Press, 2000.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Standing Operating Procedures for Developing Acute Exposure Guideline Levels for Hazardous Chemicals. Washington, DC: National Academy Press, 2001.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 2. Washington, DC: National Academy Press, 2002.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 3. Washington, DC: National Academy Press, 2003.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 4. Washington, DC: National Academy Press, 2004.

National Research Council Subcommittee on Toxicologic Assessment of Low-Level Exposures to Chemical Warfare Agents: Review of the Department of Defense Research Program on Low-Level Exposures to Chemical Warfare Agents. Washington, DC: National Academy Press, 2005.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 5. Washington, DC: National Academy Press, 2006.

Calabrese EJ, Bachmann KJ, Bailer AJ, Bolger PM, **Borak J**, et al.: Biological Stress Response Terminology: Integrating the Concepts of Adaptive Response and Preconditioning Stress within a Hormetic Dose-Response Framework. Toxicology and Applied Pharmacology 2007; 222:122-128.

Ainslie VS, Barr DB, **Borak J**, Cessna AL, Fry AJ, Jones-Lepp T, Lioy P, Stopford W, Wickman A: Peer Review of an Evaluation of the Health and Environmental Impacts Associated with Synthetic Turf Playing Fields. Hartford: Connecticut Academy of Science and Engineering, 2010.

Brandt-Rauf, P, Deubner DC, Withers BF, Hudson TW, **Borak J**: Genetic Screening in the Workplace: ACOEM Guidance Statement. Journal of Occupational and Environmental Medicine 2010; 52:763.

Fischman M, Kosnett M, Lichty P, Howard J, Murashov V, **Borak J**, and Seward J: Nanotechnology and Health: ACOEM Guideline Statement. Journal of Occupational and Environmental Medicine 2011: 687–689.

Brandt-Rauf, P, **Borak J**, Deubner DC: Genetic Screening in the Workplace: ACOEM Position Statement. Journal of Occupational and Environmental Medicine 2015; 57:e17.

Fischman M, Murashov V, **Borak J**, and Seward J: Nanotechnology and Health: ACOEM Guideline Statement. Journal of Occupational and Environmental Medicine 2019: 61:

BORAK, Jonathan Benjamin

doi:10.1097/JOM.0000000154 8.

**Internet Resources**

Borak J: International Cyanide Antidote Database. Cyanide Poisoning Treatment Coalition. Available at: http://www.cyanidepoisoning.org/pages/ICAD.asp

Sirianni G, Borak J: How clean is "Clean"? Regulations and standards for workplace clothing and personal protective equipment: On-Line Supplemental Guide. Journal of Occupational and Environmental Medicine. Available at: http://links.lww.com/JOM/A28

## PRESENTATIONS:

Borak J: "Medical decision making: The case of renovascular hypertension". Annual Meeting, Robert Wood Johnson Clinical Scholar Program; Asheville, N.C., 1976.

Borak J: "An evaluation of the adequacy of methods used in clinical investigations of renovascular hypertension". American Federation for Clinical Research, Sydenham Society; Atlantic City, 1976.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Contino C, McCallum R: "Flexible fiberoptic sigmoidoscopy in asymptomatic and symptomatic patients". American Society of Gastrointestinal Endoscopy; New Orleans, 1979.

Borak J, Veilleux S: "Errors of intuitive logic among physicians". Annual Meeting, Robert Wood Johnson Clinical Scholar Program; Scottsdale, 1981.

Borak J: "The epidemiology of cardiac arrest". Annual Scientific Session, Connecticut State Medical Society; New Haven, 1985.

Borak J: "Emergency medicine: What is it and where is it going?". Tenth Annual Symposium, The Wilkerson Group; New York, 1985.

Bush DF, Starr LM, Borak J, Waymaster S: "Communication about medical emergencies: The different perceptions of plant safety directors and EMTs". International Communication Association; Evanston, 1985.

Borak J: "Communication -- The key to the comprehensive emergency response system". International Communication Association; Chicago, 1986.

Bush DF, Starr LM, Borak J, Rachlis V: "The role of the primary care physician in preparation for industrial disasters". International Communication Association; Oxford, England, 1986.

Borak J: "Acute medical aspects of SARA Title III". Summer National Meeting, American Institute of Chemical Engineers; Denver, 1988.

Starr LM, Rachlis V, Borak J: "How to structure the communication process of primary care physicians when discussing occupational health hazards". International Conference on Doctor-Patient Communication; London, Ontario, 1986.

Borak J: "SARA Title III for physicians: Navigating the muddy water of community Right-to-Know". Postgraduate Seminar, American Occupational Health Conference, American College of Occupational Medicine; Boston, 1989.

Borak J: "EMS and hazardous materials". SARA Title III: Progress and Prospects, Department of Environmental Protection, State of Connecticut; Cromwell, 1989.

BORAK, Jonathan Benjamin                                    Page 19 of 27

Borak J: "The implications of SARA Title III for EMS services". SARA Title III State Planning Conference, Department of State Police, State of Michigan; Lansing, MI, 1989.

Borak J, Flynn D: "The management of hazardous materials accidents in the emergency department". Scientific Assembly, Emergency Nurses Association; Washington, D.C., 1989.

Borak J, Leonard RB: "Hazardous materials: Approach and management". Scientific Assembly, American College of Emergency Physicians; Washington, D.C., 1989.

Borak J: "A Guide to SARA Title III for physicians: Disaster planning and community Right-to-Know". Disaster '90: The International Disaster Management Conference; Orlando, 1990.

Borak J: "Emergency medical response to industrial accidents: The U.S. perspective". Medische Rampenplanning en de Gentse Industrie, (Medical Disaster Planning in the Ghent Industries), Rijksuniversiteit; Ghent, Belgium, 1990.

Borak J: "Acute toxic inhalation injuries". Annual Meeting, Connecticut Lung Association; New Haven, 1990.

Borak J: "Environmental toxins: The emergency medicine response". National Medical Association; Las Vegas, 1990.

Borak J: "Disasters and trauma: Managing the aftermath". National Society for Patient Representation, American Hospital Association; Washington, D.C., 1990.

Borak J: "HazMat and the EMS responders". Connecticut HazMat Week, Commission on Fire Prevention and Control; New Haven, 1990.

Borak J: "Medical monitoring". Connecticut HazMat Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1990.

Borak J, Callan M: "Mitigation and response to chemical warfare and terrorism". Disaster '91: The International Disaster Management Conference; Orlando, 1991.

Borak J: "The contaminated victim". SARA Title III Workshops, State Emergency Response Commission, State of Connecticut; Cromwell, CT, 1991.

Connor S, Borak J: "Hazard emergencies: Recognition and management for nurses". (Full-Day Course), American Occupational Health Conference, American Association of Occupational Health Nurses; San Francisco, 1991.

Borak J, Callan M, Abbott W: "Hazardous materials emergency response for EMS personnel". (24-hour OSHA certification program). Emergency Response Conference; Rosemont, 1991.

Borak J: "What physicians need to know about environmental regulations". Environmental Medicine Seminar, New Hampshire Medical Society; Portsmouth, NH, 1991.

Borak J: "Toxic reproductive hazards". Annual Meeting, Philadelphia Occupational Health Nurses Association; West Point, PA, 1991.

Borak J, White S: "Hazardous materials update". Annual Educational Conference, National Association of Emergency Medical Technicians; Kansas City, 1991.

Borak J, Bouvier KJ: "HazMat: The essentials of training EMS". Annual Educational Conference, National Association of Emergency Medical Technicians; Kansas City, 1991.

Borak J: "Training and education of workers and managers". Air Pollution in Central and Eastern Europe: Health and Public Policy; Frydek-Mistek, Czechoslovakia, 1991.

Borak J: "EMS first responders at Hazmats incidents". Connecticut Hazardous Materials Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1991.

Borak J: "The pathophysiology of inhalation injury". Recognition and Treatment of Toxic Inhalation Emergencies; Norwalk Hospital, Norwalk, CT, 1991.

Borak J, Moss M: "HazMat exposure: Health effects and medical monitoring". Connecticut Hazardous Materials Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1991.

Borak J: "Hazmats recognition and identification". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J: "Health effects of Hazmats exposure". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J: "Personal protection from Hazmats exposure". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J: "Hazmats incident procedures". Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Pendergrass JA, Forster F, Borak J, Vance L: "What you need to know to talk to an Industrial Hygienist". Postgraduate Seminar, American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Klein HM, Borak J: "Resource allocation for environmental health training". Fifth National Environmental Health Conference; Centers for Disease Control; Atlanta, 1992.

Borak J, Falk H, Elliott D, Goldstein BD, Melius J, Cullen MR, Rusch G: "The what, why and how of environmental emergencies: A guide for occupational physicians". American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Borak J: "The emergency planning elements of EPA and OSHA regulations". American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Borak J: "Environmental regulations: What the occupational health professional should know. Annual Conference, New England Occupational Medicine Association; Boston, 1992.

Borak J, Polsky SS: "Medical control of hazardous materials incidents". Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J: "Hazardous materials injury: Prehospital and hospital care". Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J: "Hazardous materials incidents: Hospital based decontamination procedures". Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J: "Medical emergencies in the workplace". Harvard School of Public Health Education Resource Center, Boston, 1993.

Borak J: "Toxicology of hazardous materials". Medical Grand Rounds, Department of Emergency Medicine, Rhode Island Hospital, Providence, 1993.

Borak J: "Hazardous materials emergencies". 3rd Annual Occupational Health Nursing Institute, Environmental and Occupational Health Sciences Institute, University of Medicine and Dentistry of New Jersey, 1993.

Olson, KR, Borak J, George E, Lum M, Tominack R: "Clinical Management of Hazardous Materials Emergencies: Mini-Symposium for Poison Center Professionals". International Congress of Clinical Toxicology, New York, 1993.

Borak J: "Basics of HazMat Toxicology". Annual Meeting, International Congress of Clinical Toxicology, New York, 1993.

Borak J: "ED Management of HazMat incidents". Scientific Assembly, Emergency Nurses Association, Seattle, 1993.

Borak J: "Hazmats: Emergency response and patient care". Scientific Assembly, American College of Emergency Physicians, Chicago, 1993.

McLellan RM, Borak J: "Treatment, Prevention and Control of Environmental Exposures". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

McCunney RJ, Borak J: "Occupational Medicine Self-Assessment Program III". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

McLellan RK, Borak J: "Sources of Environmental Exposure". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J: "Environmental Disaster Issues". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J, Mitchell FL, Sublet VH: "Environmental Medicine Case Studies". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J: "Occupational Health Hazards of Hospital Workers". Grand Rounds in Internal Medicine, Thomas Jefferson Medical College, Philadelphia, 1993.

Borak J: "Environmental Disaster Issues". State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J: "Prepare for Industrial Emergencies and Disasters". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J: "Monitoring Exposure to Heavy Metals". Medical Surveillance in the Workplace. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J: "Hazardous Materials Emergencies". Grand Rounds in Emergency Medicine, Hartford Hospital, Hartford, 1994.

Borak J: "Health Effects of Hazardous Materials" . Post Graduate Seminar. State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Denver, 1994.

Borak J, Mitchell FL, Lewis-Younger C, Middleton D, Lum MR: "Cases in Environmental Medicine : The Physician's Perspective". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J: "Incident Procedures for Hazardous Materials Emergencies" . Post Graduate Seminar. State-of-the-Art Conference, American College of Occupational and Environmental

Case 3:16-md-02738-MAS-RLS   Document 9887-1   Filed 05/29/19   Page 25 of 79 PageID: 63719

Medicine, Denver, 1994.

Borak J: "Emergency Planning for Governmental Agencies and Contractors". New Environmental Issues & Liabilities of Governmental Agencies & Contractors, Federal Publications, Washington, DC and San Diego, 1995.

Borak J, McCunney RJ, Dunn W, Dhara R: "Emergency Response Planning for Toxic Air Releases". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Levy B, McCunney RJ, Borak J, Orris P: "Occupational Medicine Self-Assessment Program". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Pope A, Kipen HM, Lum M, Borak J, Roberts M: "Integrating Environmental Health into Medical School Curricula". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Borak J: "Controversies in Environmental Medicine: Reformulated Gasoline, Methyl tert-Butyl Ether and Human Health". New England College of Occupational and Environmental Medicine, Boston, 1995.

Borak J: "Toxic Terrorism and Inhaled Poisons". Third Annual Advances in Toxicology, University of Connecticut School of Medicine, Farmington, 1995.

Borak J: "Inhalation Toxicology of Hazardous Materials". Grand Rounds in Emergency Medicine, Rhode Island Hospital, Providence, 1996.

Borak J: "Health Effects of Acute Hazardous Materials Exposure". Post Graduate Seminar. American Occupational Health Conference. American College of Occupational and Environmental Medicine, San Antonio, 1996.

McCunney RJ, Borak J, Orris P: "Occupational Medicine Self-Assessment Program". Post Graduate Seminar. American Occupational Health Conference. American College of Occupational and Environmental Medicine, San Antonio, 1996.

Kess SL, Hryhorczuk DO, Falk H, Mitchell FL, Hall AH, Borak J: "Career Opportunities in Environmental Medicine". American Occupational Health Conference, San Antonio, 1996.

Borak J: "Les Novelles Normes de Qualité de L'air Aux États-Unis: Bases Épidémiologiques et Bénifices Attendus". Pollution Atmospherique Urbaine et Santé Humaine. Faculté de Médecine Xavier Bichat, Paris, 1997.

Borak J, Goldstein BM, Kavlock R, Lipshultz LI, Wolff MS: "Endocrine Disrupter Chemicals, Environmental Exposures and Human Health". American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J: "Determination of Work-relatedness of Disease - Evidence of Disease: What Is Necessary?" American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J: "Fluoride and Drinking Water: Historical Perspective and Current Toxicology". American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J: "Health Effects of Acute Hazardous Materials Exposure". Post Graduate Seminar. State of the Art Conference. American College of Occupational and Environmental Medicine,

Nashville, 1997.

Borak J: "Risk Assessment: Survival Guide for Physicians". State of the Art Conference. American College of Occupational and Environmental Medicine, Phoenix, 1998.

Borak J: "Pollutants in the Quinnipiac River: Effects on Human Health". Point Source Pollution Conference. Yale School of Forestry and Environmental Studies, New Haven, 1999.

Borak J, Upfal M: "Occupational Health Services Course for General Practitioners: Clinical Occupational Health: Train-the-Trainer". (3-day educational program for Slovak physicians, sponsored by Harvard Institute for International Development and US Agency for Industrial Development). Bratislava, Slovakia, 1999.

Borak J: Plausible Conservatism and Maximal Use of Scientific Information: A Risk Assessment Paradigm. Yale University Interdisciplinary Bioethics Conference, New Haven, CT, 2000

Borak J: Toxicology, Risk Assessment, and the "New, New" Science. Annual Meeting, Kentucky Medical Association, Louisville, KY, 2000.

Bunn, W, Borak J, Cohen JT, Mauderly J, Modarres M: Health Effects of Diesel and Other Combustion Technologies. Society of Automotive Engineers, International Truck & Bus Meeting. Chicago, 2001

Chemerynski S, Borak J: Diesel Exhaust: A Risk Assessment Conundrum. Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2000

Borak J, Brandt-Rauf, P, Cooper W, Diaz J, McLellan R, Pendergast J: Environmental Medicine Series: Water, Water Everywhere -- But is it Safe to Drink? Millennium Series, American Occupational Health Conference, Chicago, 2002.

Sirianni G, Cohen H, Borak J, Chemerynski S, Wheeler R, Gunter B, Jongeneelen F: Assessment of Creosote Exposure among Wood Preservation Workers: A Pilot Study. American Industrial Hygiene Conference and Exposition, San Diego, 2002.

Chemerynski S, Borak J, Sirianni G, Cohen H: Pseudo Hormesis: An Explanation in Search of a Manifestation. Non-Linear Dose-Response Relationships in Biology, Toxicology and Medicine, International Conference, Amherst, MA, 2002.

Chemerynski S, Borak J, Sirianni G, Cohen H: Uncertainties Surrounding the Risk Assessment of Diesel Particulate Matter. Annual Meeting, American Public Health Association, Philadelphia, 2002.

Sirianni G, Chemerynski S, Cohen H, Borak J, Jongeneelen F: Assessment of Creosote Exposure in Wood Preservation Workers at Two Locations. American Public Health Association, Philadelphia, 2002.

Borak J: The Toxicology of Chemical Warfare Agents. Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2000.

Borak J, Warnock DW, Woodward S, Hardin B, Redd SC, McLellan RM: Overview of the Issues of Indoor Mold. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Atlanta, 2003.

Borak J, Dalton P, Kipen HM, Morata TC, Rabinowitz PM: Adverse Effects of Toxic Exposures on Sensory Perception. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Atlanta, 2003.

BORAK, Jonathan Benjamin                                      Page 24 of 27

Borak J: Evidence, Risk Assessment and Causality: State of the Art Conference. American College of Occupational and Environmental Medicine, Toronto, 2003.

Borak J, Brandt-Rauf P, Maier L, Talaska G: Molecular Epidemiology: Studying the Interactions of Exposures, Genetics and Health. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Kansas City, 2004.

Borak J: Implications of Hormesis for Risk Assessment. 3rd International Conference on Non-linear Dose-response Relationships in Biology, Toxicology and Medicine, University of Massachusetts, Amherst, 2004.

Borak J: What is a 'Susceptible Sub-Population'? Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2004.

Borak J: Uncertainty, Variability and Susceptible Sub-Populations. Occupational Medicine Colloquium, University of Connecticut Health Center, Farmington, 2005.

Borak J: An Introduction to Risk Assessment as an Issue of Ethics. Summer Ethics Program, Yale Center for Bioethics, Institute for Social and Policy Studies, New Haven, 2005.

Borak J: Scientific Risk Assessment and the Future of Occupational and Environmental Medicine. George H. Gehrman Memorial Lecture. State of the Art Conference. American College of Occupational and Environmental Medicine, Chicago, 2005

Hosgood D, Borak J, Slade M: Silica and Lung Cancer: a Monte Carlo Analysis. Annual Meeting, American Public Health Association, Philadelphia, 2005.

Borak J, Sirianni G: Methodological Limitations in Studies Evaluating Diesel Emissions inside School Bus Cabins. Annual Conference, Air & Waste Management Association, New Orleans, 2006.

Borak J: The Origins of Scientific Risk Assessment in Occupational and Environmental Health Policy. Annual Student Day Lecture, Institute of Environmental and Human Health Texas Tech University, Lubbock, TX 2006.

Borak J: Does Silica Cause Lung Cancer (in the Absence of Silicosis)? Occupational Medicine Colloquium, University of Connecticut Health Center, Farmington, 2006.

Hosgood HD, Sirianni G, Slade MD, Borak J: Combining Historical and Contemporary Exposure Data to Evaluate Silica-Related Lung Cancer. Annual Conference, Air & Waste Management Association, Pittsburgh, 2007

Borak J: Origins of Risk Assessment in Occupational Health Policy. Connecticut Chapter, American Industrial Hygiene Association, Hamden, 2007

Borak J, Hoffmann G, McCord J: Plenary Session: Dose-Response 2008. Annual Meeting of the International Dose-Response Society, Amherst, 2008.

McAdoo B, Borak J: Global Environmental Disasters. The Foreign Affairs Symposium at Hopkins: Global Leadership for the 21st Century. Johns Hopkins University, Baltimore, 2009.

Borak J: The Ethics of Risk Assessment. Bio-Ethics Society at Yale. New Haven, 2009.

Borak J: The History and Legacy of the 1976 Seveso Disaster. Occupational Medicine Colloquium, University of Connecticut Health Center, Farmington, 2010.

Sirianni G, Borak J: How clean is "Clean"? Regulations and standards for workplace clothing and personal protective equipment. American Industrial Hygiene Conference & Expo, Portland,

Case 3:16-md-02738-MAS-RLS   Document 9887-1   Filed 05/29/19   Page 28 of 79 PageID: 63722

Oregon, 2011.

Borak J, Bunn WB, Clark N, Head HJ, Hesterberg TW, Valberg PA: Exposure Assessment in Epidemiologic Studies of Diesel Exhaust and Lung Cancer. International Congress on Occupational Health, Cancun, 2012.

Borak J: Keynote Address: Physical Environment Meets Social Environment: Health Implications. Harriet Hardy Award Lecture. Annual Meeting, New England College of Occupational and Environmental Medicine, Newton, MA, 2012.

Borak J: Strengthening Public Health Protections by Addressing Toxic Chemical Threats. Senate Committee on Environment and Public Works (Invited Testimony). Washington, DC, 7/31/2013.

Borak J: Physical Environment Meets Social Environment (Annual Oration). Annual Meeting, Ramazzini Society, Laguna, CA, 2013.

Borak J: The Benzene Risk Assessment (Invited Lecture). Dartmouth Institute of Health Policy & Clinical Practice, Geisel School of Medicine at Dartmouth, Hanover, 2014.

Borak J, Valberg P, Long C, Hessel P, Lieckfield R, Hall T, Bunn W: Comments on OSHA Proposed Rule: Occupational Exposure to Crystalline Silica. Occupational Safety and Health Administration, Washington, DC, 3/19/14.

Borak J, Civic T, Deubner D, Fredericks J: The New Beryllium Standard: A Cooperative Effort of Industry and Labor. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Baltimore, 2015.

Borak J: Toxicology and Environmental Risk Assessment (Invited Lecture). Dartmouth Institute of Health Policy & Clinical Practice, Geisel School of Medicine at Dartmouth, Hanover, 2017.

Borak J, Fagiman DL, Haug CJ: Is Peer Review a Proxy for Scientific Validity? DRI Toxic Tort and Environmental Law Seminar, New Orleans, 2017.

Borak J, Slade MD: Mortality Disparities in Appalachia (Invited webinar presentation). Committee on the Potential Human Health Effects of surface Coal Mining Operations in Central Appalachia. National Academies of Science, 2017.

### Stand-alone Courses

Borak J: "Risk Assessment: A Practical Introduction for Physicians". (Half-day continuing education program).

>   Post Graduate Seminar. State of the Art Conference. American College of Occupational and Environmental Medicine, San Antonio, 1999.

>   Post Graduate Seminar. State of the Art Conference. American College of Occupational and Environmental Medicine, Nashville, 2000.

Borak J, Becker C, Ducatman AM, Kipen HM, McKinnon HW, McLellan RM, Mitchell FL, Russi M: "Core Curriculum in Environmental Medicine". (Continuing Education Program, accredited for 14 CME credits by American College of Occupational and Environmental Medicine and included as a component of the "Essentials of Occupational and Environmental Medicine").

>   State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993

BORAK, Jonathan Benjamin                                    Page 26 of 27

American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994

American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995

American Occupational Health Conference, American College of Occupational and Environmental Medicine, San Antonio, 1996

American Occupational Health Conference, American College of Occupational and Environmental Medicine, Orlando, 1997

American Occupational Health Conference, American College of Occupational and Environmental Medicine, Boston, 1998

Borak J: "Hazardous Materials Training for Hospital Emergency Personnel" (16-Hour Continuing Education Program).

Occupational Safety & Health Spring Academy, Concord, NH. (Sponsored by Harvard School of Public Health), 1992.

Exeter, NH (Sponsored by Exeter Hospital), 1992.

Bentley College, Waltham, MA. (Sponsored by Harvard School of Public Health), 1992

Pittsburgh, PA (Sponsored by Allegheny County Health Department), 1994.

Bombay, India (Sponsored by US Agency for Industrial Development, World Environment Center and the National Safety Council of India), 1996

Vadadora, India (Sponsored by US Agency for Industrial Development and World Environment Center and the National Safety Council of India), 1996

Cochin, India (Sponsored by US Agency for Industrial Development, World Environment Center and the National Safety Council of India), 1996

Borak J: "An Introduction to Industrial Hazards for Physicians". (Continuing Education Program, accredited for 7 Category CME credits by American College of Emergency Physicians, 1988-92).

Wallingford, CT (Sponsored by Connecticut ACEP), 1988.

Bristol, PA (Sponsored by Rohm and Haas Company), 1988.

Pasadena Medical Center, Pasadena, TX (Sponsored by ARCO Chemical) 1988.

Newtown Square, PA (Sponsored by ARCO Chemical Company), 1989.

Hospital of St. Raphael, New Haven (Sponsored by Connecticut ACEP), 1989.

Rhode Island Hospital, Providence (Sponsored by Rhode Island ACEP), 1990.

Pre-Conference Seminar, Disaster '91: The International Disaster Management Conference; Orlando, 1991.

Seattle (Sponsored by Washington ACEP), 1991

Concord, MA (Sponsored by Emerson Hospital), 1991.

Concord, NH (Sponsored by Harvard School of Public Health), 1992.

Boston, MA, (Sponsored by Conference of Boston Teaching Hospitals), 1992

BORAK, Jonathan Benjamin                                    Page 27 of 27

Pittsburgh, PA (Sponsored by Allegheny County Health Department), 1994.

Map Ta Phut, Thailand (Sponsored by US Agency for Industrial Development and World Environment Center), 1995

Bangpoo, Thailand (Sponsored by US Agency for Industrial Development and World Environment Center), 1995

Serang, Indonesia (Sponsored by US Agency for Industrial Development and World Environment Center), 1995

Boston, MA (Sponsored by Metropolitan Boston EMS Council), 1996.

(3/19)

# Ex. 2



**Technical Advisory Service for Attorneys • TASAmed • TASconsulting**

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:**   Jul-20-2017

**To:**   Thomas Locke, Esquire
Seyfarth Shaw LLP
975 F Street N.W.
Washington, DC 20004

**Phone:**  (202) 828-5376
**Fax:**  ()-
**Fed. I.D.#:**  23-1569731

**RE:**   Re: Medical Claim v. [Trade Association]     **Expert:**  Jonathan B. Borak, M.D.

**Terms:**   Payable Upon Presentation    PLEASE WRITE THIS NUMBER ON YOUR CHECK:     DC-59-0050-1148618

| Description | Quantity | Amount |
|---|---|---|
| 05/26/2017 to 05/31/2017 Work Performed by Research Assistant | | |
| | 12.50 Hour(s) | |
| 06/01/2017 to 06/06/2017 Work Performed By Librarian | | |
| | 2.50 Hour(s) | |
| 06/01/2017 to 06/02/2017 Work Performed By Jonathan Borak | | |
| | 11.00 Hour(s) | |
| 06/03/2017 to 06/04/2017 Work Performed By Jonathan Borak | | |
| | 12.00 Hour(s) | |
| 06/05/2017 Work Performed By Jonathan Borak | | |
| | 7.00 Hour(s) | |
| 06/06/2017 Work Performed By Jonathan Borak | | |
| | 6.00 Hour(s) | |
| 06/07/2017 Work Performed By Jonathan Borak | | |
| | 10.00 Hour(s) | |
| 06/08/2017 Work Performed By Jonathan Borak | | |
| | 1.25 Hour(s) | |

**EXHIBIT**
**3**

Total for Professional Services    32,218.75

KSB
Page 1 of 1



## THE TASA GROUP
### SINCE 1956

Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:** Aug-04-2017

To:   Thomas Locke, Esquire
      Seyfarth Shaw LLP
      975 F Street N.W.
      Washington, DC 20004

**Phone:** (202) 828-5376
**Fax:** ()-
**Fed. I.D.#:** 23-1569731

RE:   Re: Medical Claim v. [Trade Association]          **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation   **PLEASE WRITE THIS NUMBER ON YOUR CHECK:**   DC-59-0050-1148895

| Description | Quantity | Amount |
|---|---|---|
| 07/05/2017   Work Performed By Librarian | 3.00 Hour(s) | |
| 07/05/2017   Work Performed By Jonathan Borak | 3.25 Hour(s) | |
| 07/06/2017   Work Performed By Jonathan Borak | 1.50 Hour(s) | |
| 07/07/2017   Work Performed By Jonathan Borak | 3.75 Hour(s) | |
| 07/10/2017   Work Performed By Librarian | 0.50 Hour(s) | |
| 07/10/2017   Work Performed By Librarian | 0.50 Hour(s) | |
| 07/13/2017   Work Performed By Jonathan Borak | 4.25 Hour(s) | |
| 07/14/2017   Work Performed By Jonathan Borak | 3.00 Hour(s) | |

**Total for Professional Services** 10,548.25

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.   PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# THE TASA GROUP

*SINCE 1956*

## Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:** Sep-06-2017

To:   Thomas Locke, Esquire
Seyfarth Shaw, LLP
975 F Street N.W.
Washington, DC 20004

**Phone:** (202) 828-5376
**Fax:** ()-
**Fed. I.D.#:** 23-1569731

**RE:** Re: Medical Claim v. [Trade Association]       **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation       **PLEASE WRITE THIS NUMBER ON YOUR CHECK:**       DC-59-0050-1149534

| | Description | Quantity | Amount |
|---|---|---|---|
| 08/01/2017 | Work Performed By Librarian | 3.50  Hour(s) | |
| 08/01/2017 | Work Performed By Jonathan Borak | 2.00  Hour(s) | |
| 08/02/2017 | Work Performed By Librarian | 1.50  Hour(s) | |
| 08/02/2017 | Work Performed By Jonathan Borak | 5.00  Hour(s) | |
| 08/03/2017 | Work Performed By Jonathan Borak | 4.50  Hour(s) | |
| 08/07/2017 | Work Performed By Librarian | 0.50  Hour(s) | |
| 08/08/2017 | Work Performed By Jonathan Borak | 2.00  Hour(s) | |

**Total for Professional Services**       **9,161.50**

DL

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

**THE TASA GROUP**
SINCE 1956

## Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:**   Oct-04-2017

| To: | Thomas Locke, Esquire<br>Seyfarth Shaw, LLP<br>975 F Street N.W.<br>Washington, DC 20004 | **Phone:** (202) 828-5376<br>**Fax:** ()-<br>**Fed. I.D.#:** 23-1569731 |
|---|---|---|

| RE: | Re: Medical Claim v. [Trade Association] | **Expert:** Jonathan B. Borak, M.D. |
|---|---|---|

| Terms: | Payable Upon Presentation | **PLEASE WRITE THIS NUMBER ON YOUR CHECK:** | DC-59-0050-1150307 |
|---|---|---|---|

| Description | Quantity | Amount |
|---|---|---|
| 09/01/2017 to 09/14/2017 Work Performed by Librarian | | |
| | 7.50 Hour(s) | |
| 09/01/2017 to 09/14/2017 Work Performed by Jonathan Borak | | |
| | 14.00 Hour(s) | |
| **Total for Professional Services** | | **9,605.00** |

KSB

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# THE TASA GROUP

**SINCE 1956**

Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:**     Nov-07-2017

To:  Thomas Locke, Esquire
     Seyfarth Shaw, LLP
     975 F Street N.W.
     Washington, DC 20004

**Phone:** (202) 828-5376
**Fax:** ()-
**Fed. I.D.#:** 23-1569731

**RE:**  Re: Medical Claim v. [Trade Association]                    **Expert:** Jonathan B. Borak, M.D.

**Terms:** **Payable Upon Presentation**     **PLEASE WRITE THIS NUMBER ON YOUR CHECK:**     DC-59-0050-1151106

| Description | Quantity |
|---|---|
| 10/02/2017      Work Performed By Jonathan Borak | |
|  | 3.75  Hour(s) |
| 10/02/2017  to 10/18/2017  Work Performed By Librarian | |
|  | 3.50  Hour(s) |
| 10/03/2017      Work Performed By Jonathan Borak | |
|  | 2.50  Hour(s) |

**Total for Professional Services**          **4,296.75**

KSB

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



SINCE 1956

# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:**     May-14-2018

To:     Thomas Locke, Esq.                          **Phone:**   (202) 828-5376
        Seyfarth Shaw LLP                              **Fax:**   ()
        975 F Street, N. W.                       **Fed. I.D.#:**   **23-1569731**
        Washington, DC 20004

RE:     Re: Medical Claim v. [Trade Association]          **Expert:** Jonathan B. Borak, M.D.

Terms:     Payable Upon Presentation    **PLEASE WRITE THIS NUMBER ON YOUR CHECK:**     DC-59-0050-1154914

| Description | Quantity | Amount |
|---|---|---|
| 04/28/2018   Work Performed By Jonathan Borak | 1.75  Hour(s) | |
| 04/30/2018   Work Performed By Jonathan Borak | 0.25  Hour(s) | |

|  | Total for Professional Services | 1,310.00 |

KSB

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

|  |  |
|---|---|
| **Invoice Date:** | May-16-2018 |

| To: | Thomas Locke, Esquire<br>Seyfarth Shaw, LLP<br>975 F Street N.W.<br>Washington, DC 20004 | | **Phone:** (202) 828-5376<br>**Fax:** ()<br>**Fed. I.D.#:** 23-1569731 |

| RE: | Re: Medical Claim v. [Trade Association] | **Expert:** Jonathan B. Borak, M.D. |

| Terms: | **Payable Upon Presentation** | **PLEASE WRITE THIS NUMBER ON YOUR CHECK:** | DC-59-0050-1154973 |
|---|---|---|---|
| | Description | Quantity | Amount |

| 03/31/2018 | to 04/11/2018 Work Performed By Jonathan Borak | | |
| | | 21.00 Hour(s) | |
| 04/02/2018 | Work Performed By Librarian | | |
| | | 0.50 Hour(s) | |

**Total for Professional Services**  **14,099.00**

KSB

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



## Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

|  |  |
|---|---|
| **Invoice Date:** | May-31-2018 |

| To: | Thomas Locke, Esquire<br>Seyfarth Shaw LLP<br>975 F Street N.W.<br>Washington, DC 20004 | **Phone:** (202) 828-5376<br>**Fax:** ()<br>**Fed. I.D.#:** 23-1569731 |
|---|---|---|

| RE: | Re: Medical Claim v. [Trade Association] | Expert: Jonathan B. Borak, M.D. |
|---|---|---|

| Terms: | **Payable Upon Presentation** | **PLEASE WRITE THIS NUMBER ON YOUR CHECK:** | DC-59-0050-1155265 |
|---|---|---|---|
| | Description | Quantity | Amount |

| 05/01/2018 | to 05/18/2018 Work Performed By Librarian | | |
|---|---|---|---|
| | | 8.00 Hour(s) | |
| 05/01/2018 | to 05/18/2018 Work Performed By Jonathan Borak | | |
| | | 34.50 Hour(s) | |

|  |  |
|---|---|
| **Total for Professional Services** | **23,061.50** |

KSB

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

**THE TASA GROUP**
SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

| | |
|---|---|
| Invoice Date: | Dec-03-2018 |

| To: | Thomas Locke, Esquire<br>Seyfarth Shaw LLP<br>975 F Street N.W.<br>Washington, DC 20004 | Phone: (202) 828-5376<br>Fax: ()-<br>Fed. I.D.#: 23-1569731 |
|---|---|---|

| RE: | Re: Medical Claim v. [Trade Association] | **Expert:** Jonathan B. Borak, M.D. |
|---|---|---|

**Terms:** Payable Upon Presentation    PLEASE WRITE THIS NUMBER ON YOUR CHECK:    DC-59-0050-1159457

| Description | Quantity | Amount |
|---|---|---|
| 10/01/2018 to 11/30/2018 Work Performed By Librarian | | |
| | 22.00 Hour(s) | |
| 10/01/2018 to 11/30/2018 Work Performed By Jonathan Borak | | |
| | 85.75 Hour(s) | |
| Total for Professional Services | | 57,442.25 |

DL

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:**     Jan-14-2019

To:     Thomas Locke, Esquire
        Seyfarth Shaw, LLP
        975 F Street N.W.
        Washington, DC 20004

|  |  |
|---|---|
| **Phone:** | (202) 828-5376 |
| **Fax:** | ()- |
| **Fed. I.D.#:** | 23-1569731 |

| RE: | Re: Medical Claim v. [Trade Association] | **Expert:** Jonathan B. Borak, M.D. |
|---|---|---|

| Terms: | Payable Upon Presentation | PLEASE WRITE THIS NUMBER ON YOUR CHECK: | DC-59-0050-1160288 |
|---|---|---|---|
| | Description | Quantity | Amount |

12/18/2018  to 12/27/2018 Work Performed By Jonathan Borak

78.50  Hour(s)

12/18/2018  to 12/27/2018 Work Performed By Librarian

19.00  Hour(s)

**Total for Professional Services**     52,519.50

DL

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1955

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

Invoice Date:  Feb-15-2019

| To: | Thomas Locke, Esquire<br>Seyfarth Shaw LLP<br>975 F Street N.W.<br>Washington, DC 20004 | Phone:<br>Fax:<br>Fed. I.D.#: | (202) 828-5376<br>()-<br>23-1569731 |
|---|---|---|---|

| RE: | Re: Medical Claim v. [Trade Association] | Expert: Jonathan B. Borak, M.D. |
|---|---|---|

| Terms: | Payable Upon Presentation | PLEASE WRITE THIS NUMBER ON YOUR CHECK: | DC-59-0050-1161017 |
|---|---|---|---|

| Description | Quantity | Amount |
|---|---|---|
| 01/04/2019 to 01/29/2019 Work Performed By Jonathan Borak | | |
| | 48.50 Hour(s) | |
| 01/04/2019 to 01/29/2019 Work Performed By Librarian: | | |
| | 10.00 Hour(s) | |

Total for Professional Services   **32,347.50**

DL

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.   PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

**THE TASA GROUP**
SINCE 1956

Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

Invoice Date:     Mar-15-2019

To:   Thomas Locke, Esquire                        **Phone:**   (202) 828-5376
      Seyfarth Shaw LLP                            **Fax:**   ( )-
      975 F Street N.W.                            **Fed. I.D.#:**   23-1569731
      Washington, DC 20004

RE:   Re: Medical Claim v. [Trade Association]              **Expert:** Jonathan B. Borak, M.D.

Terms:   **Payable Upon Presentation**   PLEASE WRITE THIS NUMBER ON YOUR CHECK:        DC-59-0050-1161650

| Description | Quantity | Amount |
|---|---|---|
| 02/01/2019 to 02/22/2019 Services Performed by Librarian | | |
| | 4.50  Hour(s) | |
| 02/01/2019 to 02/25/2019 Services Performed by Jonathan Borak | | |
| | 55.50  Hour(s) | |

Total for Professional Services     36,613.50

KSB

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.   PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.





# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:**   Oct-05-2015



To:   

**Phone:**   (312)822-1938
**Fax:**   (888)262-1276
**Fed. I.D.#:**   23-1569731

**RE:**   Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]   **Expert:** Jonathan B. Borak, M.D.

**Terms:**   Payable Upon Presentation   PLEASE WRITE THIS NUMBER ON YOUR CHECK:   DC-59-0050-1132921

| | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 08/24/2015 to 09/25/2015 | Services performed by Research Assistants:<br>Analysis, research, review, consultation<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | | | |
| | | 25.00 Hour(s) | 90.00 | 2,250.00 |
| 09/02/2015 to 09/28/2015 | Services performed by J. Borak:<br>Analysis, research, review, consultation<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | | | |
| | | 41.50 Hour(s) | 655.00 | 27,182.50 |
| 09/03/2015 to 09/28/2015 | Services performed by Librarian:<br>Analysis, research, review, consultation<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | | | |
| | | 6.00 Hour(s) | 58.00 | 348.00 |
| 09/04/2015 to 09/11/2015 | Services performed by C. Fields:<br>Analysis, research, review, consultation<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | | | |
| | | 1.50 Hour(s) | 300.00 | 450.00 |

|  | | |
|---|---|---|
| | **Subtotal for Professional Services** | **30,230.50** |
| Waived administrative charge, Courtesy | | 0.00 |
| | **Total Amount Due (USD)** | **30,230.50** |

cc: Attorney Thomas Locke, Esq.

KSB

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA
**WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.**

## INVOICE # 11660

### Tale Litigation

#### Professional Services

| | | | Hours |
|---|---|---|---|
| 8/24/2015 | RA | Review: 34933 | 1.00 |
| 8/25/2015 | RA | Review: 34933 | 2.00 |
| 8/30/2015 | RA | Develop survey instrument | 2.00 |
| 9/2/2015 | JB | Review: Muscat report; 34930; | 4.25 |
| 9/3/2015 | JB | Review: Muscat report; | 2.00 |
| | Libr. | Medline searches, download and process articles | 0.50 |
| 9/4/2015 | JB | Meeting: CF, RW; Review: 24742; 34928; 34941; 34944; 34997; 34998; 34999; 35000; 35004; 35009; Prepare: opinions chronology | 6.50 |
| | Libr. | Medline searches, download and process articles | 1.50 |
| | CAF | Spreadsheet Development | 1.00 |
| 9/7/2015 | RA | Complete spreadsheet; Review: 34916 | 2.00 |
| 9/8/2015 | JB | Review: 35015; 35016; | 2.00 |
| | Libr. | Medline searches, download and process articles | 1.50 |

Seyfarth Shaw LLP                                                              Page   2

|            |       |                                                               | Hours |
|------------|-------|---------------------------------------------------------------|-------|
| 9/9/2015   | JB    | Review: 34916; 34917; 34985; 35020;                           | 2.25  |
| 9/10/2015  | JB    | Review: 34910; 35012; 35014;                                  | 2.25  |
|            | Libr. | Medline searches, download and process articles               | 1.50  |
| 9/11/2015  | JB    | Phone: T Locke, C Fields                                       | 0.50  |
|            | RA    | Review: 34913; 34949; 34915; 34931;                           | 4.50  |
|            | CAF   | Phone: T Locke, J Borak                                        | 0.50  |
| 9/13/2015  | JB    | Review: Cramer testimony in re: Berg; trial exhibits          | 6.00  |
| 9/14/2015  | JB    | Review: 34932; 35041; 35042; NTP talc studies; Update: Chronology | 3.00  |
|            | Libr. | Medline searches, download and process articles               | 0.50  |
| 9/16/2015  | RA    | Review: 16236; 29886;                                         | 1.50  |
| 9/18/2015  | RA    | Review: 34921; 34953; 34954; 34948                           | 4.50  |
| 9/21/2015  | RA    | Review: 34952; 34956; 34957;                                 | 2.00  |
| 9/23/2015  | RA    | Review: 34942; 34950; 34941;                                 | 3.00  |
| 9/24/2015  | JB    | Email: T Locke; Review: Godelski Testimony in Berg           | 3.25  |
| 9/25/2015  | JB    | Meeting: RW, CF; Review: case-control summary table          | 1.25  |
|            | RA    | Review: 34947; 34955; 34998;                                 | 2.50  |
| 9/27/2015  | JB    | Review: Muscat testimony (re: Berg); Cramer depo (re: Blaes) | 5.25  |
| 9/28/2015  | JB    | Review: Cramer depo (re: Blaes); 34934; 35083;              | 3.00  |
|            | Libr. | Medline searches, download and process articles               | 0.50  |
|            |       | **For professional services rendered**                        | 74.00 |

Seyfarth Shaw LLP                                                                 Page   3

## Consultant Summary

| Name | Hours |
| --- | --- |
| Cheryl A. Fields, Senior Scientist; MPH | 1.50 |
| Jonathan Borak, M.D. | 41.50 |
| Librarian | 6.00 |
| Research Assistant | 25.00 |



**THE TASA GROUP** SINCE 1956

Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

| Invoice Date: | Nov-11-2015 |
| --- | --- |

To: 

| Phone: | (312)822-1938 |
| --- | --- |
| Fax: | (888)262-1276 |
| Fed. I.D.#: | 23-1569731 |

RE:  Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]     **Expert:** Jonathan B. Borak, M.D.

Terms:  Payable Upon Presentation   PLEASE WRITE THIS NUMBER ON YOUR CHECK:   DC-59-0050-1133925

| Date | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| 10/05/2015 | Review Rosenthal Depo re: Blaes; NCI PDQ | 3.50  Hour(s) | 655.00 | 2,292.50 |
| 10/06/2015 | Librarian: Medline Searches; download/process articles | 0.50  Hour(s) | 58.00 | 29.00 |
| 10/06/2015 | Review Rosenthal Depo re: Blaes; talc pleurodesis literature | 4.00  Hour(s) | 655.00 | 2,620.00 |
| 10/07/2015 | Librarian: Medline Searches; download/process articles | 0.50  Hour(s) | 58.00 | 29.00 |
| 10/07/2015 | Review: 35106, 35107, 35108, 35109; NTP TALC WEBSITE | 2.50  Hour(s) | 655.00 | 1,637.50 |

| | |
| --- | --- |
| Subtotal for Professional Services | 6,608.00 |
| Total Amount Due (USD) | 6,608.00 |
| Outstanding Invoice Dated 10/05/15 | 30,230.50 |
| Total Amount Due | 36,838.50 |

cc: Attorney Thomas Locke

DL
Page 1
Con

t of the Expert herein named, on this or any other matter, must be requested through TASA.
E CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



## Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:**     Dec-07-2015

**To:**



**Phone:**   (312)822-1938
**Fax:**    (888)262-1276
**Fed. I.D.#:**   23-1569731

**RE:**   Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]     **Expert:** Jonathan B. Borak, M.D.

**Terms:**   Payable Upon Presentation     **PLEASE WRITE THIS NUMBER ON YOUR CHECK:**     DC-59-0050-1134531

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 08/19/2015 to 08/31/2015 Services Performed by J. Borak:<br>Telephone conference, review, and meeting<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 36.25 Hour(s) | 655.00 | 23,743.75 |
| 08/19/2015 to 08/26/2015 Services Performed by C. Fields:<br>Conference call, literature search, meeting<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 2.25 Hour(s) | 300.00 | 675.00 |
| 08/21/2015 to 08/27/2015 Services Performed by Librarian:<br>Medline searches/download and process articles<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 9.50 Hour(s) | 58.00 | 551.00 |

| | |
|---|---|
| Subtotal for Professional Services | 24,969.75 |
| Total Amount Due (USD) | 24,969.75 |

cc: Thomas Locke, Esq.

KSB

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

Fed ID: 06-1186701

September 08, 2015

Invoice submitted to:

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
ATTN: Thomas Locke, Esq.

## INVOICE # 10655

### Talc Litigation

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 8/19/2015 | JB | Phone conference: T Locke, C Fields | 0.50 |
|  | CAF | Conf call: JB, T Locke | 0.50 |
| 8/20/2015 | JB | Review: Ness report | 1.50 |
| 8/21/2015 | JB | Review: Ness report; Ness, 2015; Omiecinski report; IARC Monograph 93; | 4.50 |
|  | Libr. | Medline searches/download and process articles | 5.50 |
| 8/23/2015 | JB | Review: Huncharek report; Muscat 2008; Langseth 2008; IARC Monograph 93; | 5.00 |
| 8/24/2015 | JB | Review: 34911; 34916; 34917; 34927; 34929; 34931; 34947; Prepare: Case-control summaries; Ness deposition | 6.50 |
|  | CAF | Literature search on ovarian cancer and talc | 0.75 |
| 8/25/2015 | JB | Review: Ness deposition; | 3.00 |
|  | Libr. | Medline searches/download and process articles | 1.50 |

234 Church Street, 6th Floor, New Haven, CT 06510 / Telephone (203) 777-5611 / Fax (203) 777-1411

Seyfarth Shaw LLP                                                                Page   2

|  |  |  | Hours |
|---|---|---|---:|
| 8/26/2015 JB | Meeting: CF, RW; Review: Ness deposition; Organize survey of case-control studies; | | 3.00 |
| | CAF | Meeting with JB, Rebecca Wong, RE: ovarian cancer and talc | 1.00 |
| | Libr. | Medline searches/download and process articles | 1.00 |
| 8/27/2015 JB | Review: Ness deposition; Omiecinski deposition; 34914; 34919; 34925; 34937; 34941; 34960; | | 7.00 |
| | Libr. | Medline searches/download and process articles | 1.50 |
| 8/28/2015 JB | Review: Omiecinski deposition and references; | | 3.00 |
| 8/31/2015 JB | Review: Omiecinski deposition and references; | | 2.25 |
| **For professional services rendered** | | | **48.00** |

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

Fed ID: 06-1186701

February 09, 2016

Invoice submitted to:

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
ATTN: Thomas Locke, Esq.

**INVOICE # 10696**

Talc Litigation

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/27/2016 JB | | Phone conference: T Locke, C Fields; Emails: T Locke; Review: document set #2 | 1.50 | 802.50 |
| | CAF | Conf call: Tom Locke, JB, re: new materials and update | 0.75 | 187.50 |
| 1/29/2016 JB | | Review: Ness re: Fox (report and deposition) | 2.25 | 1,203.75 |
| 1/31/2016 JB | | Review: Ness re: Fox (report and deposition) | 4.00 | 2,140.00 |
| **For professional services rendered** | | | **8.50** | **$4,333.75** |

Consultant Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cheryl A. Fields, Senior Scientist; MPH | 0.75 | 250.00 | $187.50 |
| Jonathan Borak, M.D. | 7.75 | 535.00 | $4,146.25 |

234 Church Street, 6th Floor, New Haven, CT 06510 / Telephone (203) 777-6611 / Fax (203) 777-1411



## Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:**      Mar-14-2016

To:    

| | |
|---|---|
| **Phone:** | (312)822-1938 |
| **Fax:** | (888)262-1276 |
| **Fed. I.D.#:** | 23-1569731 |

**RE:**    Re: Medical Claim v. [Trade Association]      **Expert:**   Jonathan B. Borak, M.D.

**Terms:**    Payable Upon Presentation     PLEASE WRITE THIS NUMBER ON YOUR CHECK:     DC-59-0050-1136960

| Description | | Quantity | Rate | Amount |
|---|---|---|---|---|
| 02/01/2016 to 02/27/2016 Work performed by: Senior Scientist/Toxicologis | | | | |
| | | 3.00 Hour(s) | 300.00 | 900.00 |
| 02/01/2016 to 02/27/2016 Work performed by : Librarian | | | | |
| | | 7.00 Hour(s) | 58.00 | 406.00 |
| 02/01/2016 to 02/27/2016 SEE ATTACHED FOR BREAKDOWN OF SERVICES | | | | |
| Work performed by: Dr Borak | | | | |
| | | 114.25 Hour(s) | 655.00 | 74,833.75 |

| | |
|---|---|
| **Subtotal for Professional Services** | **76,139.75** |
| **Total Amount Due (USD)** | **76,139.75** |

CH

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

Fed ID: 06-1186701

March 11, 2016

Invoice submitted to:

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
ATTN: Thomas Locke, Esq.

## INVOICE # 10701

### Talc Litigation

Professional Services

|  |  | Hours |
|---|---|---|
| 2/1/2016 JB | Review: 35256; 35264; Ness re: Blaes (deposition); | 3.50 |
| Libr. | Medline searches/download and process articles | 1.00 |
| 2/2/2016 JB | Phone: S Izfar; Email: S Izfar; Review: 35262; Ness re: Hancock (report) | 3.75 |
| 2/3/2016 JB | Review: 34928; Ness re: Pfau(report) | 2.50 |
| 2/4/2016 JB | Review: 35271; 35272; Rothman, Pastides & Samet; Cramer report re: Fox; Cramer report re: Pfau; Cramer report re: Blaes; | 7.50 |
| Libr. | Medline searches/download and process articles | 1.50 |
| 2/5/2016 JB | Review: 35273; 35274; 35275; Cramer report re: Blaes; Cramer report re: Riestesund; Colditz report re: Talc; | 5.00 |
| Libr. | Medline searches/download and process articles | 1.50 |
| 2/6/2016 JB | Review: G Balderamma depo re: Balderamma; Lin depo re: Balderama; | 4.00 |

Seyfarth Shaw LLP

| | | | Hours |
|---|---|---|---|
| 2/8/2016 JB | | Review:  35278; 35280; Berkowitz depo re: Balderamma; Steinberg report re: Blaes; Hoel depo re: Blaes; | 7.50 |
| 2/9/2016 JB | | Review:  25533; 34927; 34944; 35279; 35283; 35285; Hoel depo re: Blaes; | 5.75 |
| | Libr. | Medline searches/download and process articles | 0.50 |
| 2/10/2016 JB | | Review:  34930; 35286; 35287; 35288;  Prepare: DR chronology | 7.00 |
| | Libr. | Medline searches/download and process articles | 0.50 |
| 2/11/2016 JB | | Email: T Locke; A Detherage; Review:  352376; 35293; Ness depo re: Pfau; Rosenthal report re: Berg; Prepare: DR chronology | 8.00 |
| | Libr. | Medline searches/download and process articles | 0.50 |
| 2/12/2016 JB | | Phone: T Locke (2); Email: T Locke; Report preparation | 7.50 |
| 2/13/2016 JB | | Review:  Cramer depo re: Ristensund; Report preparation | 2.75 |
| 2/14/2016 JB | | Review:  35296; Cramer depo re: Blais; Colditz depo re: Hogan (vol 1); Report preparation; | 5.00 |
| 2/15/2016 JB | | Review:  35296; Colditz depo re: Hogan (vol 1 & 2); Websites (CDC, NCI, ACS, YourDiseaseRisk.com, HSPH, Brigham); Report preparation | 11.00 |
| 2/16/2016 JB | | Report preparation | 3.50 |
| | Libr. | Medline searches/download and process articles | 1.00 |
| 2/17/2016 JB | | Phone: T Locke, S Izfar; Report preparation | 8.00 |
| 2/18/2016 JB | | Phone: T Locke, S Izfar; Report preparation | 8.00 |
| | CAF | Review JB report | 2.00 |
| | Libr. | Medline searches/download and process articles | 0.50 |

Seyfarth Shaw LLP

| | | Hours |
|---|---|---|
| 2/19/2016 JB | Email: T Locke, S Izfar; Report preparation | |
| 2/23/2016 JB | Review: E Burton deposition | 3.75 |
| | | 3.50 |
| 2/24/2016 JB | Review: B Carl deposition | |
| 2/25/2016 JB | Phone: T Locke; Review: B Carl deposition | 2.00 |
| | | 1.75 |
| CAF | Review JB report | |
| 2/27/2016 JB | Review: J Carl deposition | 1.00 |
| | | 3.00 |

For professional services rendered

124.25

Consultant Summary

| Name | Hours |
|---|---|
| Cheryl A. Fields, Senior Scientist; MPH | 3.00 |
| Jonathan Borak, M.D. | 114.25 |
| Librarian | 7.00 |



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

|  |  |
|---|---|
| **Invoice Date:** | Apr-08-2016 |

To:  

| | |
|---|---|
| **Phone:** | (202)828-5370 |
| **Fax:** | (202)828-5393 |
| **Fed. I.D.#:** | 23-1569731 |

**RE:**  Re: Medical Claim v. [Trade Association]          **Expert:**  Jonathan B. Borak, M.D.

**Terms:**   Payable Upon Presentation     PLEASE WRITE THIS NUMBER ON YOUR CHECK:          DC-59-0050-1137589

| | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/03/2016 to 03/18/2016 | Phone call with attorney, review and email **SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 10.25 Hour(s) | 655.00 | 6,713.75 |

|  |  |
|---|---|
| **Subtotal for Professional Services** | **6,713.75** |
| **Total Amount Due (USD)** | **6,713.75** |
| Applied Monies Received 05/10/16 | 6,713.75 |
|  | **Paid In Full** |

DL

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

Fed ID: 06-1186701

April 05, 2016

Invoice submitted to:

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
ATTN: Thomas Locke, Esq.

## INVOICE # 10704

### Talc Litigation

Professional Services

|  |  | Hours |
|---|---|---|
| 3/3/2016 JB | Phone: T Locke | 1.00 |
| 3/7/2016 JB | Review: NAS: Ovarian Cancers: Evolving Paradigms | 4.00 |
| 3/11/2016 JB | Review: NAS: Ovarian Cancers: Evolving Paradigms | 2.25 |
| 3/18/2016 JB | Email: T Locke; Review: 35347; 35349; 35351; 35352 | 3.00 |
| **For professional services rendered** | | **10.25** |

Consultant Summary

| Name | Hours |
|---|---|
| Jonathan Borak, M.D. | 10.25 |



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:** May-20-2016

To:


**Phone:** (312)822-1938
**Fax:** (888)262-1276
**Fed. I.D.#:** 23-1569731

**RE:** Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]     **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation     PLEASE WRITE THIS NUMBER ON YOUR CHECK:     DC-59-0050-1138712

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 04/01/2016  Services Performed by Librarian:<br>Medline searches/download and process articles | 0.50  Hour(s) | 58.00 | 29.00 |
| 04/05/2016  Services Performed by Librarian:<br>Medline searches/download and process articles | 2.00  Hour(s) | 58.00 | 116.00 |
| 04/12/2016  Services Performed by Jonathan Borak:<br>Review: 35368; 35379; update Chronology of Opinions | 2.00  Hour(s) | 655.00 | 1,310.00 |
| 04/13/2016  Services Performed by Jonathan Borak:<br>Review: 35363; 35365; 35368; update Chronology of<br>Opinion | 2.00  Hour(s) | 655.00 | 1,310.00 |
| 04/22/2016  Services Performed by Librarian:<br>Medline searches/download and process articles | 1.00  Hour(s) | 58.00 | 58.00 |

|  | Subtotal for Professional Services | 2,823.00 |
|---|---|---|
|  | Total Amount Due (USD) | 2,823.00 |

cc: Thomas Locke, Esq.

KSB

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



**Technical Advisory Service for Attorneys • TASAmed • TASconsulting**

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

Invoice Date:      Jun-14-2016

To: 

Phone:   (312)822-1938
Fax:   (888)262-1276
Fed. I.D.#:   23-1569731

RE:   Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]      Expert: Jonathan B. Borak, M.D.

Terms:   Payable Upon Presentation      PLEASE WRITE THIS NUMBER ON YOUR CHECK:      DC-59-0050-1139284

| | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 05/01/2016 | Medline searches/download and process articles | 3.50 Hour(s) | 655.00 | 2,292.50 |
| 05/02/2016 | Email; Attorney Locke; review: April Tale/Ovarian CA literature search; review 35400; 35401; 35403; 35404; 35406; 35407 | 4.50 Hour(s) | 655.00 | 2,947.50 |
| 05/04/2016 | Email; T Locke; review: April Tale/Ovarian CA literature search; review 35402; 35405; 35408; 35409; 35411 | 3.00 Hour(s) | 655.00 | 1,965.00 |

Subtotal for Professional Services      **7,205.00**

Total Amount Due (USD)      **7,205.00**

cc: Thomas Locke, Esq.

KSB

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
**WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.**



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:** Jul-13-2016

To: 

| | |
|---|---|
| **Phone:** | (312)822-1938 |
| **Fax:** | (888)262-1276 |
| **Fed. I.D.#:** | 23-1569731 |

**RE:** Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]  **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation   PLEASE WRITE THIS NUMBER ON YOUR CHECK:   DC-59-0050-1140051

| | Description | Quantity | | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2016 to 06/06/2016 | Medline searches/download and process articles (6/1, 6/2, 6/3, 6/6) | 8.50 Hour(s) | | 58.00 | 493.00 |
| 06/01/2016 | Email; T. Locke; May Talc/EOC literature; review: 35296; 35506; 35507; 33509; 33510 | 4.00 Hour(s) | | 655.00 | 2,620.00 |
| 06/02/2016 | Review: 35357; 35511; 33512; 35313; 35314; 33515 | 4.00 Hour(s) | | 655.00 | 2,620.00 |
| 06/08/2016 | Phone: T. Locke | 1.00 Hour(s) | | 655.00 | 655.00 |

| | | |
|---|---|---|
| Subtotal for Professional Services | | 6,388.00 |
| **Total Amount Due (USD)** | | **6,388.00** |
| Open Invoice Dated 06/14/16 | | 7,205.00 |
| **Total Amount Due** | | **13,593.00** |

cc: Thomas Locke, Esq.

DL

Page 1 of 1

# JONATHAN BORAK & COMPANY, INC.

Specialis's in Occupational & Environmental Health

Fed ID: 06-1186701

July 12, 2016

Invoice submitted to:

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
ATTN:  Thomas Locke, Esq.

| INVOICE #   10729 |
|---|

**Talc Litigation**

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 6/1/2016 JB | Email: T Locke; May Talc/EOC literature; Review: 35296; 35506; 35507; 33509; 33510; | | 4.00 |
| | Libr. | Medline searches/download and process articles | 4.00 |
| 6/2/2016 JB | Review: 3535?; 35511; 33512; 35313; 35314; 33515; | | 4.00 |
| | Libr. | Medline searches/download and process articles | 3.50 |
| 6/3/2016 Libr. | | Medline searches/download and process articles | 0.50 |
| 6/6/2016 Libr. | | Medline searches/download and process articles | 0.50 |
| 6/8/2016 JB | | Phone: T Locke | 1.00 |
| **For professional services rendered** | | | **17.50** |



**Technical Advisory Service for Attorneys • TASAmed • TASconsulting**

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

Invoice Date:    Aug-03-2016

To:  

Phone:    (312)822-1938
Fax:    (888)262-1276
Fed. I.D.#:    23-1569731

RE:    Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]         Expert:  Jonathan B. Borak, M.D.

Terms:    Payable Upon Presentation    PLEASE WRITE THIS NUMBER ON YOUR CHECK:         DC-59-0050-1140514

| | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/01/2016 | Services Performed by Librarian:<br>Medline searches/download and process articles | 0.50  Hour(s) | 58.00 | 29.00 |
| 07/05/2016 | Services Performed by Librarian:<br>Medline searches/download and process articles | 2.50  Hour(s) | 58.00 | 145.00 |
| 07/06/2016 | Services Performed by Librarian:<br>Medline searches/download and process articles | 0.50  Hour(s) | 58.00 | 29.00 |
| 07/07/2016 | Services Performed by Jonathan Borak:<br>Email: Attorney Locke, review, June Tale/Ovarian Cancer<br>Literature search, review: 35400; 35573; Prepare report | 2.75  Hour(s) | 655.00 | 1,801.25 |
| 07/08/2016 | Services Performed by Jonathan Borak:<br>Review: 35278; 35403; 35574; 35575; 35581 | 3.75  Hour(s) | 655.00 | 2,456.25 |
| 07/11/2016 | Services Performed by Jonathan Borak:<br>Review: 35577; 35578; 35579; 35582; 35583 | 2.50  Hour(s) | 655.00 | 1,637.50 |
| 07/15/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of J. Godelski (Vol. 1) | 2.50  Hour(s) | 655.00 | 1,637.50 |
| 07/18/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of Godelski (Vol. 2); 34922;<br>23923; 34944; 35229; 33297; Langseth '07; LARC 100c | 4.00  Hour(s) | 655.00 | 2,620.00 |

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1960

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:**     Aug-03-2016

To:       

| | Phone: | (312)822-1938 |
|---|---|---|
| | Fax: | (888)262-1276 |
| | Fed. I.D.#: | 23-1569731 |

**RE:**     Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]          **Expert:** Jonathan B. Borak, M.D.

| Terms: | Payable Upon Presentation          PLEASE WRITE THIS NUMBER ON YOUR CHECK: | | DC-59-0050-1140514 | |
|---|---|---|---|---|
| | Description | Quantity | Rate | Amount |
| 07/19/2016 | Services Performed by Jonathan Borak:<br>Review; Ristensund testimony of D. Cramer (Vol. 2) 35000 | | | |
| | | 2.00 Hour(s) | 655.00 | 1,310.00 |
| 07/20/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of D. Cramer (Vol. 2) 34919;<br>34925; 34947; 35256 | | | |
| | | 3.50 Hour(s) | 655.00 | 2,292.50 |
| 07/21/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of D. Cramer (Vol. 3) 34930;<br>34956; 35282; 35598 | | | |
| | | 5.25 Hour(s) | 655.00 | 3,438.75 |
| 07/21/2016 | Services Performed by Librarian:<br>Medline searches/download and process articles | | | |
| | | 0.50 Hour(s) | 58.00 | 29.00 |
| 07/22/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of D. Cramer (Vol. 4) | | | |
| | | 1.00 Hour(s) | 655.00 | 655.00 |
| 07/24/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of RJ Kurman (Vol. 1) | | | |
| | | 2.00 Hour(s) | 655.00 | 1,310.00 |
| 07/25/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of RJ Kurman (Vol. 1)<br>35598; 35599 | | | |
| | | 3.00 Hour(s) | 655.00 | 1,965.00 |

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:** Aug-03-2016

To: 

| | |
|---|---|
| **Phone:** | (312)822-1938 |
| **Fax:** | (888)262-1276 |
| **Fed. I.D.#:** | 23-1569731 |

**RE:** Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]  **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation  PLEASE WRITE THIS NUMBER ON YOUR CHECK:  DC-59-0050-1140514

| | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/25/2016 | Services Performed by Librarian:<br>Medline searches/download and process articles | 0.50 Hour(s) | 58.00 | 29.00 |
| 07/28/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of RJ Kurman (Vol. 1)<br>35608; 35609 | 2.25 Hour(s) | 655.00 | 1,473.75 |
| 07/28/2016 | Services Performed by Librarian:<br>Medline searches/download and process articles | 1.00 Hour(s) | 58.00 | 58.00 |
| 07/28/2016 | Services Performed by Jonathan Borak:<br>Review: Ristensund testimony of K. Barnhart (Vol. 1)<br>34927; 34930; 34960; 35000 | 4.50 Hour(s) | 655.00 | 2,947.50 |
| 07/28/2016 | Services Performed by Librarian:<br>Medline searches/download and process articles | 0.50 Hour(s) | 58.00 | 29.00 |

| | |
|---|---|
| Subtotal for  Professional Services | 25,893.00 |
| Total Amount Due (USD) | 25,893.00 |

cc: Thomas Locke, Esq.

KSB

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



## Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike ▬ Blue Bell, PA 19422-1853 ▬ 610-275-8272 ▬ 800-523-2319 ▬ Fax: 800-329-8272
experts@tasanet.com ▬ www.tasanet.com ▬ United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

Invoice Date:     Sep-13-2016

To:     

Phone:   (312)822-1938
Fax:   (888)262-1276
Fed. I.D.#:   23-1569731

RE:     Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]          Expert: Jonathan B. Borak, M.D.

Terms:   Payable Upon Presentation     PLEASE WRITE THIS NUMBER ON YOUR CHECK:     DC-59-0050-1141533

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 08/01/2016 to 08/11/2016 Emails, review testimony and review literature on Talc and Ovarian Cancer **SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 16.75 Hour(s) | 655.00 | 10,971.25 |
| Subtotal for Professional Services | | | 10,971.25 |
| Total Amount Due (USD) | | | 10,971.25 |

cc: Thomas Locke, Esquire

DL

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

Fed ID: 06-1186701

September 06, 2016

Invoice submitted to:

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
ATTN: Thomas Locke, Esq.

**INVOICE # 10736**

## Talc Litigation

Professional Services

|  |  | Hours |
|---|---|---|
| 8/1/2016 JB | Email: T Locke; Review: Ristensund Testimony of K Barnhart (vol 2); 34917; 34958; 34959; 35296; 35614; 35615; | 4.50 |
| 8/4/2016 JB | Email: T Locke; Review: July literature on Talc and Ovarian Cancer | 1.50 |
| 8/5/2016 JB | Review: 35617; 35619; 35626; 35627; 35630; 35631; 35632; | 3.00 |
| 8/9/2016 JB | Review: Ristensund Testimony of L Chodosh (vol 1); | 2.25 |
| 8/11/2016 JB | Review: Ristensund Testimony of L Chodosh (vol 2); 34912; 34914; 35000; 35014; 35637; | 5.50 |

**For professional services rendered**                          **16.75**

Consultant Summary

| Name | Hours |
|---|---|
| Jonathan Borak, M.D. | 16.75 |

234 Church Street, 6th Floor, New Haven, CT 06510 / Telephone (203) 777-6611 / Fax (203) 777-1411



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:** Oct-07-2016

To:



| | |
|---|---|
| **Phone:** | (312)822-1938 |
| **Fax:** | (888)262-1276 |
| **Fed. I.D.#:** | 23-1569731 |

**RE:** Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]      **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation      PLEASE WRITE THIS NUMBER ON YOUR CHECK:      DC-59-0050-1142089

| | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/01/2016 | Medline searches/download and process articles | 0.50 Hour(s) | 58.00 | 29.00 |
| 09/02/2016 | Medline searches/download and process articles | 2.50 Hour(s) | 58.00 | 145.00 |
| 09/08/2016 | August NLM Lit. Search; Review: 35507, 35689 | 2.75 Hour(s) | 655.00 | 1,801.25 |
| 09/09/2016 | Review: 35575, 35624, 35625, 35684, 35685, 35690 | 3.25 Hour(s) | 655.00 | 2,128.75 |
| 09/12/2016 | Review: 35686, 35687, 35688 | 2.00 Hour(s) | 655.00 | 1,310.00 |

| | | |
|---|---|---|
| | **Subtotal for Professional Services** | **5,414.00** |
| Administrative charge waived | | 0.00 |
| | **Total Amount Due (USD)** | **5,414.00** |

cc: **Attorney Thomas Locke**

DL

Page 1 of 1



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:** Nov-02-2016

To: 

Phone: (312)822-1938
Fax: (888)262-1276
Fed. I.D.#: 23-1569731

**RE:** Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]     **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation     PLEASE WRITE THIS NUMBER ON YOUR CHECK:     DC-59-0050-1142774

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Literature Search, Review, Email, Review: Kemp Hearing Day<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 45.50 Hour(s) | 655.00 | 29,802.50 |
| Medline Searches and Process<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 5.00 Hour(s) | 58.00 | 290.00 |

| | |
|---|---|
| Subtotal for Professional Services | 30,092.50 |

| | |
|---|---|
| Total Amount Due (USD) | 30,092.50 |
| Open Invoice Dated 10/07/16 | 5,414.00 |
| TOTAL AMOUNT DUE | 35,506.50 |

cc: Attorney Thomas Locke

DL

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

Fed ID: 06-1186701

November 01, 2016

---

## INVOICE # 10753

### Tale Litigation

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 10/3/2016 | Libr. | Medline searches/download and process articles | 0.50 |
| 10/4/2016 | JB | September NLM lit search; Review: 35402; 35626; | 2.25 |
|  | Libr. | Medline searches/download and process articles | 2.50 |
| 10/5/2016 | JB | Email: T Locke; 35768; 35769; 35770; 35771; 35772; 35773; 35774; 35775; 35776; | 5.00 |
|  | Libr. | Medline searches/download and process articles | 0.50 |
| 10/12/2016 | JB | Review: Kemp Hearing Day #1 (Dr. Cramer) | 6.00 |
| 10/13/2016 | JB | Review: Kemp Hearing Day #2 (Dr. Godleski); 35800; update report and chronology | 5.50 |
|  | Libr. | Medline searches/download and process articles | 0.50 |
| 10/14/2016 | JB | Phone: T Locke; Review: Kemp Hearing Day #3 (Dr. Weed); 35614;35614;5615; update report and chronology | 6.75 |
| 10/17/2016 | JB | Review: 35805; | 0.75 |

---

234 Church Street, 6th Floor, New Haven, CT 06510 / Telephone (203) 777-6611 / Fax (203) 777-1411

Seyfarth Shaw LLP

|  |  | Hours |
|---|---|---|
| 10/17/2016 Libr. | Medline searches/download and process articles | 0.50 |
| 10/18/2016 JB | Review: Kemp Hearing Day #4 (Dr. Cunningham; Ms. Schumacher) | 4.00 |
| 10/19/2016 JB | Review: Kemp Hearing Day #6 (Dr. Colditz) | 1.50 |
| 10/20/2016 JB | Review: Kemp Hearing Day #6 (Dr. Colditz); 34954; 35827; | 4.00 |
| Libr. | Medline searches/download and process articles | 0.50 |
| 10/23/2016 JB | Review: Kemp Hearing Day #5 (Dr. Omiecinski; Mr.Steinberg); | 1.50 |
| 10/24/2016 JB | Review: Kemp Hearing Day #5 (Dr. Omiecinski; Mr.Steinberg); Opinion of Judge Johnson (09/02/16); 35042; | 4.25 |
| 10/31/2016 JB | Review: Colditz Oules expert report (10/05/16) Siemiatycki Oules expert report (10/04/16); Revise: chronology of opinions | 4.00 |
| **For professional services rendered** | | **50.50** |



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc, and return with one copy to the above address.

Invoice Date:     Jan-12-2017

To:



Phone:     (312)822-1938
Fax:     (888)262-1276
Fed. I.D.#:     23-1569731

RE:     Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]          Expert: Jonathan B. Borak, M.D.

Terms:     Payable Upon Presentation     PLEASE WRITE THIS NUMBER ON YOUR CHECK:          DC-59-0050-1144430

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/02/2016 | Medline searches/download and process articles | 0.50 Hour(s) | 58.00 | 29.00 |
| 12/05/2016 | Review: November NLM searches | 1.00 Hour(s) | 655.00 | 655.00 |
| 12/05/2016 | Medline searches/download and process articles | 1.50 Hour(s) | 58.00 | 87.00 |
| 12/06/2016 | Email: T. Locke; Review: 35967; 35968; 35969; 35970; 35971; 35972; 35973; 35974 | 5.50 Hour(s) | 655.00 | 3,602.50 |
| 12/08/2016 | Email: T. Locke; Review: Ovarian CA websites | 1.00 Hour(s) | 655.00 | 655.00 |
| 12/09/2016 | Medline searches/download and process articles | 0.50 Hour(s) | 58.00 | 29.00 |
| 12/13/2016 | Phone: T. Locke | 0.75 Hour(s) | 655.00 | 491.25 |
| 12/22/2016 | Review: Siemiatycki depo #1; Siemiatycki report | 3.00 Hour(s) | 655.00 | 1,965.00 |
| 12/23/2016 | Review: Siemiatycki depo #1; Siemiatycki report; 35981 | 4.50 Hour(s) | 655.00 | 2,947.50 |
| 12/27/2016 | Review: Siemiatycki depo #2; Siemiatycki report; 35510 | 5.50 Hour(s) | 655.00 | 3,602.50 |

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:**   Jan-12-2017

To:   

|  |  |
|---|---|
| **Phone:** | (312)822-1938 |
| **Fax:** | (888)262-1276 |
| **Fed. I.D.#:** | 23-1569731 |

**RE:**   Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]   **Expert:** Jonathan B. Borak, M.D.

**Terms:**   Payable Upon Presentation   PLEASE WRITE THIS NUMBER ON YOUR CHECK:   DC-59-0050-1144430

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| | | | |

| | |
|---|---|
| **Subtotal for Professional Services** | **14,063.75** |

| | |
|---|---|
| **Total Amount Due (USD)** | **14,063.75** |

cc: **Attorney Thomas Locke**

DL

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

|  | Invoice Date: | Feb-06-2017 |
|---|---|---|

To: 

|  |  |  |
|---|---|---|
| Phone: | (312)822-1938 |
| Fax: | (888)262-1276 |
| Fed. I.D.#: | 23-1569731 |

RE:   Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]        Expert: Jonathan B. Borak, M.D.

Terms:   Payable Upon Presentation     PLEASE WRITE THIS NUMBER ON YOUR CHECK:        DC-59-0050-1144951

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 01/03/2017 to 01/31/2017 Review, email, and revise report<br>**SEE ATTACHED FOR BREAKDOWN OF SERVICES** | 21.75  Hour(s) | 655.00 | 14,246.25 |

| | |
|---|---|
| Subtotal for  Professional Services | 14,246.25 |

| | |
|---|---|
| Total Amount Due (USD) | 14,246.25 |

cc: Thomas Locke, Esq.

KSB

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

Fed ID: 06-1186701

February 03, 2017

Invoice submitted to:

Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004-1454
ATTN: Thomas Locke, Esq.

## INVOICE #   10774

### Talc Litigation

Professional Services

| | | Hours |
|---|---|---|
| 1/3/2017 JB | Review: December NLM searches; 35983; 35984; 35985; 35986; 35987; 35989; | 4.75 |
| 1/9/2017 JB | Email: T Locke; Review: Cramer deposition re: Oules | 6.00 |
| 1/10/2017 JB | Revise report | 0.75 |
| 1/12/2017 JB | Email: T Locke; Review: Godleski deposition re: Oules; Godleski report; 36008; | 4.50 |
| 1/17/2017 JB | Review:35263; Revise: report | 3.25 |
| 1/31/2017 JB | Review: January NLM searches; Review: 36032; 36033; 35770; Prepare: memo re: Barge meta-analysis | 2.50 |
| For professional services rendered | | 21.75 |

Consultant Summary

| Name | Hours |
|---|---|
| Jonathan Borak, M.D. | 21.75 |

234 Church Street, 6th Floor, New Haven, CT 06510 / Telephone (203) 777-6611 / Fax (203) 777-1411



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:** Mar-22-2017

To: 

| | |
|---|---|
| **Phone:** | (312)822-1938 |
| **Fax:** | (888)262-1276 |
| **Fed. I.D.#:** | 23-1569731 |

**RE:** Re: Medical Claim v. [Trade Association]          **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation    PLEASE WRITE THIS NUMBER ON YOUR CHECK:          DC-59-0050-1145954

| | Description | Quantity | | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/2017 | Medline searches/download and process articles - Librarian | 4.50 | Hour(s) | 58.00 | 261.00 |
| 02/01/2017 | Review Whittemore et al and calculate weighted relative risk; review JB comparison between Berge and Langseth meta-analyses – CAF | 2.00 | Hour(s) | 300.00 | 600.00 |
| 02/02/2017 | Review Berge et al; and Terry et al; Merritt et al – CAF | 3.00 | Hour(s) | 300.00 | 900.00 |
| 02/02/2017 | Review 36034, 36036, 36037, 36038, and 36039; prepare memo and excel table regarding Berge meta-analysis - JB | 4.00 | Hour(s) | 655.00 | 2,620.00 |
| 02/02/2017 | Medline searches/download and process articles – Librarian | 0.50 | Hour(s) | 58.00 | 29.00 |
| 02/03/2017 | Email; Attorney Locke; prepare memo and excel table regarding Berge meta-analysis – JB | 4.00 | Hour(s) | 655.00 | 2,620.00 |
| 02/03/2017 | Review JB revised documents regarding comparison between Berge, Langseth and Semiateki meta-analyses; review Cramer 2016 – CAF | 2.25 | Hour(s) | 300.00 | 675.00 |
| 02/08/2017 | Telephone call with Attorney Locke – JB | 0.75 | Hour(s) | 655.00 | 491.25 |

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS.  PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

*Please make payment to The TASA Group, Inc. and return with one copy to the above address.*

**Invoice Date:** Mar-22-2017

To: 

**Phone:** (312)822-1938
**Fax:** (888)262-1276
**Fed. I.D.#:** 23-1569731

**RE:** Re: Medical Claim v. [Trade Association]   **Expert:** Jonathan B. Borak, M.D.

**Terms:** Payable Upon Presentation   PLEASE WRITE THIS NUMBER ON YOUR CHECK:   DC-59-0050-1145954

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 02/10/2017 | Review CDC FDQ – JB | | | |
| | 1.50 Hour(s) | 655.00 | 982.50 |
| 02/10/2017 | Medline searches/download and process articles – Librarian | | | |
| | 1.00 Hour(s) | 58.00 | 58.00 |
| 02/28/2017 | Medline searches/download and process articles – Librarian | | | |
| | 0.50 Hour(s) | 58.00 | 29.00 |

Subtotal for Professional Services   9,265.75

Total Amount Due (USD)   9,265.75

Applied Monies Received 04/27/17   9,265.75

PAID IN FULL

KSB

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

Invoice Date:        Apr-05-2017

To:   

Phone:   (312)822-1938
Fax:   (888)262-1276
Fed. I.D.#:   23-1569731

RE:   *Medical Claim v. [Trade Assn Talc Litigation, MT003639 ]*        Expert: *Jonathan B. Borak, M.D.*

Terms:   Payable Upon Presentation   PLEASE WRITE THIS NUMBER ON YOUR CHECK:      DC-59-0050-1146276

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 03/01/2017 to 03/03/2017 Services Performed by Librarian<br>Medline searches/download and process articles | 2.50 Hour(s) | 58.00 | 145.00 |
| 03/02/2017 to 03/03/2017 Services Performed by Jonathan Borak<br>Review February NLM searches, review and revise summary | 6.75 Hour(s) | 655.00 | 4,421.25 |
| 03/07/2017 Services Performed by Jonathan Borak<br>Review and revise report | 2.00 Hour(s) | 655.00 | 1,310.00 |
| 03/08/2017 Services Performed by Jonathan Borak<br>Telephone call with Attorney Locke (2); review and revise report | 3.00 Hour(s) | 655.00 | 1,965.00 |
| 03/09/2017 Services Performed by Jonathan Borak<br>Emails: Attorney Locke (2); review and revise report | 1.50 Hour(s) | 655.00 | 982.50 |
| 03/10/2017 Services Performed by Jonathan Borak<br>Telephone call and emails: Attorney Locke; review and revise report | 3.25 Hour(s) | 655.00 | 2,128.75 |

Subtotal for   Professional Services        10,952.50
Total Amount Due (USD)        10,952.50

KSB

Page 1 of 1

cc: Thomas Locke, Esq.

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
**WE APPRECIATE YOUR BUSINESS.   PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.**



## Technical Advisory Service for Attorneys • TASAmed • TASconsulting

SINCE 1956

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

Invoice Date:     May-03-2017

To: 

| | |
|---|---|
| Phone: | (312)822-1938 |
| Fax: | (888)262-1276 |
| Fed. I.D.#: | 23-1569731 |

RE:    Re: Medical Claim v. [Trade Association]       Expert: Jonathan B. Borak, M.D.

Terms:    Payable Upon Presentation    PLEASE WRITE THIS NUMBER ON YOUR CHECK:    DC-59-0050-1146936

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 04/03/2017 to 04/04/2017 Medline searches/download and process articles | | | |
| | 2.00 Hour(s) | 58.00 | 116.00 |
| 04/05/2017    Telephone: S. Wells, email Attorney Locke; S. Wells, March literature search and review 36009, 36100, 36103 & 36106 | | | |
| | 4.00 Hour(s) | 655.00 | 2,620.00 |
| 04/10/2017    Review 36101; 36102 | | | |
| | 1.00 Hour(s) | 655.00 | 655.00 |

| | |
|---|---|
| Subtotal for Professional Services | 3,391.00 |
| Total Amount Due (USD) | 3,391.00 |

cc: Thomas Locke, Esq.

KSB

Page 1 of 1